| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Lifeworks Technology Group, LLC, Dba Lifeworks Technology Group | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | 365391 | 12/27/17 | $4,692.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | 378039 | 4/30/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | 379686 | 5/17/18 | $648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | 381648 | 5/31/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | 378796 | 6/1/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | 8361D006330731 | 6/20/18 | -$2,800.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | MA18186714649 | 7/5/18 | -$129.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | VPOT991484649 | 7/22/18 | -$43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989479 | $4,731.11 | 8/8/18 | VPASN993117694 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993067 | $226.60 | 8/15/18 | 380511 | 5/23/18 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993067 | $226.60 | 8/15/18 | 382274 | 6/8/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993067 | $226.60 | 8/15/18 | VPLB990101615 | 7/23/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993067 | $226.60 | 8/15/18 | 8361D006381297 | 7/27/18 | -$1,641.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382784 | 6/12/18 | $2,933.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382796 | 6/12/18 | $2,514.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382790 | 6/12/18 | $2,234.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382798 | 6/12/18 | $1,955.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382787 | 6/12/18 | $1,676.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382793 | 6/12/18 | $1,676.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382799 | 6/12/18 | $1,396.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382797 | 6/12/18 | $1,396.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382783 | 6/12/18 | $1,385.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382789 | 6/12/18 | $989.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382785 | 6/12/18 | $726.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382792 | 6/12/18 | $593.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382786 | 6/12/18 | $593.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382791 | 6/12/18 | $544.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382788 | 6/12/18 | $363.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382794 | 6/12/18 | $363.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382780 | 6/13/18 | $5,854.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382779 | 6/13/18 | $2,444.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382781 | 6/13/18 | $977.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382795 | 6/13/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382782 | 6/13/18 | $363.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382776 | 6/14/18 | $2,653.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382778 | 6/14/18 | $2,234.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382775 | 6/14/18 | $1,187.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | 382777 | 6/14/18 | $726.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997240 | $33,581.10 | 8/22/18 | MA18214715827 | 8/2/18 | -$5,042.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384257 | 6/18/18 | $4,551.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384260 | 6/18/18 | $2,572.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384258 | 6/18/18 | $2,374.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384261 | 6/18/18 | $1,780.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384259 | 6/18/18 | $1,583.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384256 | 6/18/18 | $1,385.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384187 | 6/18/18 | $1,187.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384255 | 6/18/18 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384203 | 6/19/18 | $4,155.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384205 | 6/19/18 | $3,166.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384495 | 6/19/18 | $907.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384497 | 6/19/18 | $544.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384498 | 6/19/18 | $544.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384496 | 6/19/18 | $544.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384494 | 6/19/18 | $363.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384201 | 6/20/18 | $2,514.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384202 | 6/20/18 | $1,885.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384200 | 6/21/18 | $2,176.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384504 | 6/21/18 | $2,125.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384503 | 6/21/18 | $1,545.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384500 | 6/21/18 | $966.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384499 | 6/21/18 | $726.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384204 | 6/22/18 | $5,540.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000601 | $46,192.17 | 8/31/18 | 384199 | 6/22/18 | $2,770.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004072 | $8,962.80 | 9/7/18 | 385297 | 6/26/18 | $3,014.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004072 | $8,962.80 | 9/7/18 | 385296 | 6/26/18 | $209.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004072 | $8,962.80 | 9/7/18 | 385407 | 6/27/18 | $2,176.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004072 | $8,962.80 | 9/7/18 | 385409 | 6/27/18 | $1,978.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004072 | $8,962.80 | 9/7/18 | 385410 | 6/27/18 | $989.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004072 | $8,962.80 | 9/7/18 | 385408 | 6/27/18 | $593.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007557 | $5,503.39 | 9/14/18 | 385405 | 6/29/18 | $1,978.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007557 | $5,503.39 | 9/14/18 | 384505 | 7/2/18 | $1,545.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007557 | $5,503.39 | 9/14/18 | 388995 | 7/5/18 | $791.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007557 | $5,503.39 | 9/14/18 | 388993 | 7/5/18 | $791.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007557 | $5,503.39 | 9/14/18 | 388994 | 7/5/18 | $197.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007557 | $5,503.39 | 9/14/18 | 388996 | 7/5/18 | $197.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | 388997 | 7/9/18 | $791.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | 384501 | 7/10/18 | $2,705.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | 384502 | 7/10/18 | $1,545.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | 391076 | 7/13/18 | $1,885.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | VIB082018334243 | 8/30/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | MA18242716735 | 8/30/18 | -$949.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011693 | $4,683.82 | 9/21/18 | MA18242715496 | 8/30/18 | -$1,145.25 |

Totals:    7 transfer(s),    $103,880.99

Lifeworks Technology Group, LLC, Dba Lifeworks Technology Group
Bankruptcy Case: Sears Holding Corporation, et al.