Defendant: **May Cheong Toy Products Fty. Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28830 | $149,495.00 | 8/6/18 | 201819891433 | 6/25/18 | $41,283.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28830 | $149,495.00 | 8/6/18 | 201819891433 | 6/25/18 | $33,557.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28830 | $149,495.00 | 8/6/18 | 201819891433 | 6/25/18 | $30,663.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28830 | $149,495.00 | 8/6/18 | 201819891433 | 6/25/18 | $20,148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28830 | $149,495.00 | 8/6/18 | 201819891433 | 6/25/18 | $18,620.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28830 | $149,495.00 | 8/6/18 | 201819891433 | 6/25/18 | $5,221.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28831 | $2,653.39 | 9/12/18 | 201820224553 | 7/30/18 | $2,653.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28832 | $6,998.47 | 10/2/18 | 201820695356 | 8/12/18 | $6,998.47 |

Totals:    3 transfer(s),  $159,146.86