| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Milestone Distributors Inc., Dba Milestone Distributors** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913878 | $7,564.50 | 7/20/18 | 319127 | 6/25/18 | $1,521.00 |
| StarWest, LLC | StarWest, LLC | 913878 | $7,564.50 | 7/20/18 | 319166 | 6/26/18 | $1,131.00 |
| StarWest, LLC | StarWest, LLC | 913878 | $7,564.50 | 7/20/18 | 319126 | 6/26/18 | $722.00 |
| StarWest, LLC | StarWest, LLC | 913878 | $7,564.50 | 7/20/18 | 319440 | 6/28/18 | $3,095.50 |
| StarWest, LLC | StarWest, LLC | 913878 | $7,564.50 | 7/20/18 | 319441 | 6/28/18 | $1,095.00 |
| StarWest, LLC | StarWest, LLC | 913983 | $15,617.26 | 7/27/18 | 319853 | 7/5/18 | $6,388.00 |
| StarWest, LLC | StarWest, LLC | 913983 | $15,617.26 | 7/27/18 | 319851 | 7/5/18 | $4,189.00 |
| StarWest, LLC | StarWest, LLC | 913983 | $15,617.26 | 7/27/18 | 319854 | 7/5/18 | $2,359.00 |
| StarWest, LLC | StarWest, LLC | 913983 | $15,617.26 | 7/27/18 | 319850 | 7/5/18 | $2,336.88 |
| StarWest, LLC | StarWest, LLC | 913983 | $15,617.26 | 7/27/18 | 320767 | 7/7/18 | $344.38 |
| StarWest, LLC | StarWest, LLC | 914094 | $15,051.00 | 8/3/18 | 320425 | 7/12/18 | $8,320.00 |
| StarWest, LLC | StarWest, LLC | 914094 | $15,051.00 | 8/3/18 | 320426 | 7/12/18 | $2,520.00 |
| StarWest, LLC | StarWest, LLC | 914094 | $15,051.00 | 8/3/18 | 320427 | 7/12/18 | $235.00 |
| StarWest, LLC | StarWest, LLC | 914094 | $15,051.00 | 8/3/18 | 320570 | 7/13/18 | $3,151.00 |
| StarWest, LLC | StarWest, LLC | 914094 | $15,051.00 | 8/3/18 | 320567 | 7/13/18 | $825.00 |
| StarWest, LLC | StarWest, LLC | 914207 | $3,894.00 | 8/10/18 | 320937 | 7/19/18 | $1,879.00 |
| StarWest, LLC | StarWest, LLC | 914207 | $3,894.00 | 8/10/18 | 320938 | 7/19/18 | $1,408.00 |
| StarWest, LLC | StarWest, LLC | 914207 | $3,894.00 | 8/10/18 | 321051 | 7/20/18 | $714.00 |
| StarWest, LLC | StarWest, LLC | 914207 | $3,894.00 | 8/10/18 | 321106 | 7/20/18 | $128.00 |
| StarWest, LLC | StarWest, LLC | 914207 | $3,894.00 | 8/10/18 | 321276 | 7/25/18 | -$235.00 |
| StarWest, LLC | StarWest, LLC | 914439 | $13,536.00 | 8/24/18 | 321505 | 7/26/18 | $1,960.00 |
| StarWest, LLC | StarWest, LLC | 914439 | $13,536.00 | 8/24/18 | 321504 | 7/26/18 | $1,664.00 |
| StarWest, LLC | StarWest, LLC | 914439 | $13,536.00 | 8/24/18 | 322617 | 8/9/18 | $4,160.00 |
| StarWest, LLC | StarWest, LLC | 914439 | $13,536.00 | 8/24/18 | 322620 | 8/9/18 | $2,520.00 |
| StarWest, LLC | StarWest, LLC | 914439 | $13,536.00 | 8/24/18 | 322616 | 8/9/18 | $1,656.00 |
| StarWest, LLC | StarWest, LLC | 914439 | $13,536.00 | 8/24/18 | 322619 | 8/9/18 | $1,576.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 322076 | 8/2/18 | $1,344.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323185 | 8/16/18 | $3,504.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323114 | 8/16/18 | $1,725.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323112 | 8/16/18 | $1,576.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323115 | 8/16/18 | $1,575.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323116 | 8/16/18 | $1,520.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323113 | 8/16/18 | $675.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323621 | 8/17/18 | $905.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323254 | 8/17/18 | $68.36 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323407 | 8/21/18 | $958.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323613 | 8/23/18 | $3,615.00 |
| StarWest, LLC | StarWest, LLC | 914561 | $19,041.36 | 8/31/18 | 323612 | 8/23/18 | $1,576.00 |
| StarWest, LLC | StarWest, LLC | 914682 | $7,080.00 | 9/7/18 | 322614 | 8/9/18 | $3,280.00 |
| StarWest, LLC | StarWest, LLC | 914682 | $7,080.00 | 9/7/18 | 322618 | 8/9/18 | $2,280.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914682 | $7,080.00 | 9/7/18 | 322615 | 8/9/18 | $1,520.00 |
| StarWest, LLC | StarWest, LLC | 914848 | $8,432.16 | 9/21/18 | 323614 | 8/23/18 | $4,382.16 |
| StarWest, LLC | StarWest, LLC | 914848 | $8,432.16 | 9/21/18 | 313827 | 8/27/18 | $4,050.00 |
| StarWest, LLC | StarWest, LLC | 914980 | $9,345.88 | 9/28/18 | 324230 | 8/30/18 | $2,935.00 |
| StarWest, LLC | StarWest, LLC | 914980 | $9,345.88 | 9/28/18 | 324229 | 8/30/18 | $1,616.00 |
| StarWest, LLC | StarWest, LLC | 914980 | $9,345.88 | 9/28/18 | 324232 | 8/30/18 | $1,323.00 |
| StarWest, LLC | StarWest, LLC | 914980 | $9,345.88 | 9/28/18 | 324231 | 8/30/18 | $498.00 |
| StarWest, LLC | StarWest, LLC | 914980 | $9,345.88 | 9/28/18 | 324141 | 8/31/18 | $2,336.88 |
| StarWest, LLC | StarWest, LLC | 914980 | $9,345.88 | 9/28/18 | 324142 | 8/31/18 | $637.00 |
| StarWest, LLC | StarWest, LLC | 915102 | $8,374.00 | 10/9/18 | 324575 | 9/6/18 | $4,368.00 |
| StarWest, LLC | StarWest, LLC | 915102 | $8,374.00 | 10/9/18 | 324578 | 9/6/18 | $1,704.00 |
| StarWest, LLC | StarWest, LLC | 915102 | $8,374.00 | 10/9/18 | 324579 | 9/6/18 | $1,168.00 |
| StarWest, LLC | StarWest, LLC | 915102 | $8,374.00 | 10/9/18 | 324576 | 9/6/18 | $995.00 |
| StarWest, LLC | StarWest, LLC | 915102 | $8,374.00 | 10/9/18 | 324577 | 9/6/18 | $139.00 |

Totals:    10 transfer(s),  $107,936.16