Defendant: **Ningbo Meiqi Tool Co. Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8421 | $50,741.60 | 8/10/18 | 201818787926 | 5/16/18 | $25,370.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8421 | $50,741.60 | 8/10/18 | 201818787926 | 5/16/18 | $25,370.80 |

Totals:    1 transfer(s),  $50,741.60