Defendant: **Northtowne Associates Inc., Dba Northtowne Associates**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 121809 | $31,034.45 | 8/9/18 | 0000097137 | 7/12/18 | $31,034.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116141 | $30,034.46 | 9/13/18 | 0000095998 | 4/13/18 | $30,034.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116931 | $1,000.00 | 9/13/18 | 0000096251 | 4/26/18 | $1,000.00 |

Totals:    3 transfer(s),  $62,068.91