| | |
|---|---|
| Defendant: | **NW SRP MA Holdings LLC, Dba NW Cambridge Property Owner LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122498 | $29,558.32 | 8/9/18 | 0000097402 | 7/23/18 | $29,558.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171734 | $137,377.57 | 8/13/18 | 0000072618 | 7/26/18 | $125,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171734 | $137,377.57 | 8/13/18 | 0000072618 | 7/26/18 | $6,028.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171734 | $137,377.57 | 8/13/18 | 0000072618 | 7/26/18 | $4,849.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171734 | $137,377.57 | 8/13/18 | 0000072618 | 7/26/18 | $1,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124774 | $29,558.32 | 9/6/18 | 0000097998 | 8/22/18 | $29,558.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116619 | $29,558.32 | 9/13/18 | 0000096133 | 4/23/18 | $29,558.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173111 | $137,377.57 | 9/17/18 | 0000082618 | 8/26/18 | $125,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173111 | $137,377.57 | 9/17/18 | 0000082618 | 8/26/18 | $6,028.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173111 | $137,377.57 | 9/17/18 | 0000082618 | 8/26/18 | $4,849.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173111 | $137,377.57 | 9/17/18 | 0000082618 | 8/26/18 | $1,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126928 | $29,558.32 | 10/11/18 | 0000098377 | 9/24/18 | $29,558.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126987 | $3,729.58 | 10/11/18 | 0000098455 | 9/24/18 | $3,729.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174458 | $137,377.57 | 10/12/18 | 0000092518 | 9/25/18 | $125,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174458 | $137,377.57 | 10/12/18 | 0000092518 | 9/25/18 | $6,028.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174458 | $137,377.57 | 10/12/18 | 0000092518 | 9/25/18 | $4,849.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174458 | $137,377.57 | 10/12/18 | 0000092518 | 9/25/18 | $1,500.00 |

Totals:    8 transfer(s),  $534,095.57

Exhibit A    P. 1