| Defendant: | Pratt Industries Inc., Dba Pratt Industries USA |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990322 | $26,463.27 | 7/30/18 | 509687647 | 7/3/18 | $5,130.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990322 | $26,463.27 | 7/30/18 | 128307000 | 7/11/18 | $21,332.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993985 | $7,858.70 | 8/6/18 | 128307323 | 7/19/18 | $7,858.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998001 | $24,730.52 | 8/13/18 | 502502407 | 7/23/18 | $8,774.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998001 | $24,730.52 | 8/13/18 | 509690652 | 7/26/18 | $15,956.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001434 | $29,495.38 | 8/20/18 | 509690266 | 7/24/18 | $7,629.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001434 | $29,495.38 | 8/20/18 | 128307862 | 8/3/18 | $21,865.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012431 | $21,955.80 | 9/10/18 | 128308485 | 8/22/18 | $21,955.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015838 | $16,199.17 | 9/17/18 | 502503037 | 8/28/18 | $7,946.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015838 | $16,199.17 | 9/17/18 | 128308779 | 8/30/18 | $8,252.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019318 | $23,698.93 | 9/24/18 | 509695966 | 9/5/18 | $8,003.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019318 | $23,698.93 | 9/24/18 | 38789 | 9/6/18 | $15,695.93 |

Totals:     7 transfer(s),   $150,401.77