Defendant: **Red Book Connect, LLC, Dba Red Book Solutions**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1199456 | 3/23/18 | $403.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1201900 | 3/29/18 | $1,303.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1201899 | 3/29/18 | $822.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1201898 | 3/29/18 | $45.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1206195 | 4/18/18 | $20,332.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1206265 | 4/19/18 | $1,342.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1206264 | 4/19/18 | $846.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1206266 | 4/19/18 | $416.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1208920 | 5/15/18 | $901.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1208919 | 5/15/18 | $558.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1209020 | 5/16/18 | $21,735.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986905 | $50,198.55 | 7/31/18 | 1209060 | 5/16/18 | $1,489.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990384 | $24,693.55 | 8/9/18 | 1227539 | 6/26/18 | $1,474.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990384 | $24,693.55 | 8/9/18 | 1227486 | 6/26/18 | $926.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990384 | $24,693.55 | 8/9/18 | 1227538 | 6/26/18 | $516.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990384 | $24,693.55 | 8/9/18 | 1228028 | 6/28/18 | $21,776.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008469 | $22,890.58 | 9/17/18 | 1230198 | 7/31/18 | $22,890.58 |

Totals: 3 transfer(s), $97,782.68