Defendant: **Shadloo Industrial Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-23386 | $43,558.10 | 9/4/18 | 201819195727 | 6/7/18 | $17,923.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23386 | $43,558.10 | 9/4/18 | 201819195727 | 6/7/18 | $10,953.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23386 | $43,558.10 | 9/4/18 | 201819195727 | 6/7/18 | $7,812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23386 | $43,558.10 | 9/4/18 | 201819195727 | 6/7/18 | $6,868.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23387 | $1,137.66 | 9/17/18 | 201819196538 | 6/18/18 | $1,137.66 |

Totals:   2 transfer(s),  $44,695.76