| | |
|---|---|
| Defendant: | **Sterling Value Add Investments II, Dba Svap II Stones River LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171998 | $16,818.08 | 8/8/18 | 0000072618 | 7/26/18 | $15,726.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171998 | $16,818.08 | 8/8/18 | 0000072618 | 7/26/18 | $1,092.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173372 | $16,818.08 | 9/6/18 | 0000082618 | 8/26/18 | $15,726.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173372 | $16,818.08 | 9/6/18 | 0000082618 | 8/26/18 | $1,092.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174715 | $16,818.08 | 10/10/18 | 0000092518 | 9/25/18 | $15,726.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174715 | $16,818.08 | 10/10/18 | 0000092518 | 9/25/18 | $1,092.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 125823 | $75,558.92 | 10/11/18 | 0000098217 | 9/6/18 | $75,558.92 |

Totals:    4 transfer(s),  $126,013.16