Defendant: **Tradewinds Distributing Company, Dba Comfortup**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91289 | $749.82 | 7/19/18 | 000007NUMJ | 7/6/18 | $749.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92678 | $8,043.44 | 7/23/18 | 000007O0SG | 7/9/18 | $3,585.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92678 | $8,043.44 | 7/23/18 | 000007O157 | 7/9/18 | $2,014.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92678 | $8,043.44 | 7/23/18 | 000007O156 | 7/9/18 | $1,334.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92678 | $8,043.44 | 7/23/18 | 000007O5B0 | 7/10/18 | $1,109.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95410 | $1,821.22 | 7/26/18 | 000007OEE6 | 7/13/18 | $1,821.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97918 | $1,741.73 | 7/31/18 | 000007ORIO | 7/18/18 | $1,048.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97918 | $1,741.73 | 7/31/18 | 000007OS0N | 7/18/18 | $693.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99358 | $1,205.96 | 8/2/18 | 000007OYCM | 7/20/18 | $1,205.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01812 | $2,897.85 | 8/7/18 | 000007PA4I | 7/25/18 | $2,937.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01812 | $2,897.85 | 8/7/18 | 0000480448 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06345 | $3,544.46 | 8/15/18 | 000007PUXJ | 8/2/18 | $2,694.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06345 | $3,544.46 | 8/15/18 | 000007PV1G | 8/2/18 | $719.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06345 | $3,544.46 | 8/15/18 | 000007PUXI | 8/2/18 | $130.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07194 | $1,410.91 | 8/16/18 | 000007PXQ0 | 8/3/18 | $752.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07194 | $1,410.91 | 8/16/18 | 000007PXWG | 8/3/18 | $658.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08548 | $1,777.33 | 8/20/18 | 000007Q84U | 8/7/18 | $1,777.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13735 | $817.01 | 8/28/18 | 000007QVW4 | 8/15/18 | $817.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15248 | $1,065.88 | 8/30/18 | 000007R16P | 8/17/18 | $788.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15248 | $1,065.88 | 8/30/18 | 000007R19Y | 8/17/18 | $276.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16541 | $1,345.66 | 9/4/18 | 000007R9OF | 8/21/18 | $1,345.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20642 | $57.05 | 9/11/18 | 000007RWCA | 8/29/18 | $612.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20642 | $57.05 | 9/11/18 | 0000605404 | 8/31/18 | -$515.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20642 | $57.05 | 9/11/18 | 0000480432 | 9/1/18 | -$39.99 |

Totals:     13 transfer(s),  $26,478.32