| Defendant: | **Xiamen Top Mountain Trading Co. Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16762 | $1,501.37 | 9/11/18 | 201820671137 | 8/10/18 | $1,501.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16763 | $20,454.02 | 9/18/18 | 201819402940 | 7/6/18 | $13,843.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16763 | $20,454.02 | 9/18/18 | 201820671067 | 8/18/18 | $6,610.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16764 | $10,098.12 | 9/19/18 | 201819402817 | 7/7/18 | $10,098.12 |

Totals: 3 transfer(s), $32,053.51