| Defendant: | **Zhuji Yousheng Imp. And Exp. Co. Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27592 | $46,280.44 | 9/17/18 | 201819720300 | 6/18/18 | $18,228.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27592 | $46,280.44 | 9/17/18 | 201819720300 | 6/18/18 | $16,072.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27592 | $46,280.44 | 9/17/18 | 201819720300 | 6/18/18 | $7,098.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27592 | $46,280.44 | 9/17/18 | 201819720300 | 6/18/18 | $4,880.76 |

Totals:    1 transfer(s),  $46,280.44