**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATIONS, et al. | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

**REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST**

Dennis D. Miller, whose email address is dmiller@luinolson.com, requests that he be removed from the list that allows service of filings through the Court's CM/ECF case management system on behalf of Trinet Essential Facilities XXVII, Inc.

Dated: October 12, 2020              Respectfully submitted,

By:  */s/ Dennis D. Miller*
Dennis D. Miller, Cal. Bar No. 138669
LUBIN OLSON & NIEWIADOMSKI LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Tel:  (415) 981-0550
Email:  dmiller@lubinolson.com
Attorneys for Creditor
Trinet Essential Facilities XXVII, Inc.

**CERTIFICATE OF SERVICE**

I Dennis Miller do hereby certify on October 12, 2020, I served the foregoing request on named on the CM/ECF Electronic Service List by Causing to be filed electronically via the CM/ECF filing system.

/s/ *Dennis D. Miller*