COZEN O'CONNOR
*Attorneys for Sherthal, LLC*
Allen J. Guon
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-4450 phone
(312) 462-1770 fax
aguon@cozen.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, | (Jointly Administered) |
| *et al.*,[1] | |
| Debtors. | Related Doc. No. 760 |

**MOTION FOR WITHDRAWAL OF ALLEN J. GUON**
**AS ATTORNEY OF RECORD**

The undersigned counsel Allen J. Guon ("Counsel") hereby moves (the "Motion") pursuant to Rule 2090-1(e) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Southern District of New York to enter an order permitting Counsel to withdraw as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

LEGAL\48777072\2 88888.8888.888/807841.000

counsel of record for Sherthal, LLC ("Sherthal") in the above-captioned bankruptcy cases (the "Cases") and in support thereto represents as follows:

1. Sherthal was the landlord and Kmart Corporation was the tenant under a lease of nonresidential real property located in North Hollywood, California. Sherthal's lease was assumed and assigned during the Cases. As a result, Sherthal is no longer in need of counsel in connection with these Cases.

2. Sherthal has consented to Counsel's withdrawal of his appearance in the Cases. Sherthal has also been served with a copy of this Motion.[2]

WHEREFORE, it is respectfully requested that the Court authorize the withdrawal of Counsel from the above-captioned Cases and instruct the Clerk of the Court to remove Counsel from any applicable notice and service lists. A proposed order is attached hereto as Exhibit "A".

Dated: October 12, 2020

                          COZEN O'CONNOR

                          By: /s/ Allen J. Guon
                              Allen J. Guon *
                              123 North Wacker Drive, Suite 1800
                              Chicago, Illinois 60606
                              Phone: (312) 474-4450
                              Facsimile: (312) 462-1770
                              Email: aguon@cozen.com
                              *Admitted Pro Hac Vice*
                              Attorneys for Sherthal, LLC

---

[2] Counsel filed his appearance in this case while an attorney at Fox Rothschild LLP. As of September 1, 2020, Counsel is now affiliated with Cozen O'Connor.