EXHIBIT "A"

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF**
**ALLEN J. GUON AS ATTORNEY OF RECORD**

Upon consideration of the motion (the "Motion") of Allen J. Guon ("Counsel") to withdraw his appearance on behalf of Sherthal, LLC in the above-captioned bankruptcy cases; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157; and no additional notice or hearing being required under the circumstances; and good and sufficient cause appearing, it is hereby

ORDERED, that Allen J. Guon is removed pursuant to Local Bankruptcy Rule 2090-1 as counsel of record for Sherthal, LLC in the above-captioned cases and shall be removed from any applicable notice and service lists.

Dated: _____
       White Plains, New York

 

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE