## <u>CERTIFICATE OF SERVICE</u>

I, Allen J. Guon, hereby certify that on the 12th day of October, 2020, I caused a copy of

the foregoing **Motion for Withdrawal of Allen J. Guon as Attorney of Record** to be served via

the Court's ECF noticing system, at their respective email addresses registered with the Court and

by first class mail to:

> Sherthal, LLC
> C/O Michel Bolour
> 12301 Wilshire Blvd., Suite 403
> Los Angeles, CA 90025

Dated: October 12, 2020

COZEN O'CONNOR

By: /s/ Allen J. Guon
   Allen J. Guon *
   123 North Wacker Drive, Suite 1800
   Chicago, Illinois
   Phone: (312) 474-4450
   Facsimile: (312) 462-1770
   Email: aguon@cozen.com
   *Admitted Pro Hac Vice*

   Attorneys for Sherthal, LLC

**Mailing Information for Case 18-23538-rdd**

**Electronic Mail Notice List**

- **Robin S. Abramowitz** abramowitz@larypc.com, fox@larypc.com
- **Thomas L Abrams** tabrams@tabramslaw.com
- **Anthony Charles Acampora** filings@spallp.com
- **Neil H. Ackerman** na@pryormandelup.com, kfox@ackermanfox.com;r52605@notify.bestcase.com
- **Rajeev Kumar Adlakha** rkadlakha@vorys.com
- **David G. Aelvoet** sanantonio.bankruptcy@publicans.com
- **Jaime Agnew** jaimeagnew21@gmail.com
- **Richard A. Aguilar** raguilar@mcglinchey.com
- **Kathleen M. Aiello** KAiello@Klestadt.com
- **Luma Al-Shibib** lal-shibib@andersonkill.com, dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com
- **Justin Alaburda** jmalaburda@bmdllc.com

- **Rachel Ehrlich Albanese**    rachel.albanese@dlapiper.com, rachel-albanese-9956@ecf.pacerpro.com
- **Myles H Alderman**    myles.alderman@alderman.com
- **Joaquin J Alemany**    joaquin.alemany@hklaw.com
- **John C. Allerding**    john.allerding@thompsonhine.com
- **Paul Aloe**    paloe@kudmanlaw.com, yali@kudmanlaw.com
- **Arlene Rene Alves**    alves@sewkis.com
- **Michael S. Amato**    mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com
- **Michele Angell**    mangell@kasowitz.com, courtnotices@kasowitz.com
- **Philip D. Anker**    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com
- **Tara B. Annweiler**    tannweiler@greerherz.com
- **Rick Bruce Antonoff**    rantonoff@blankrome.com
- **Laura E. Appleby**    appleby@chapman.com
- **Kyle Arendsen**    kyle.arendsen@squirepb.com, sarah.conley@squirepb.com;kyle-f-arendsen-5494@ecf.pacerpro.com
- **Jenelle C Arnold**    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
- **Todd Morris Arnold**    tma@lnbyb.com
- **Simon Aron**    saron@wrslawyers.com, jnarcise@wrslawyers.com
- **Joseph Aronauer**    jaronauer@aryllp.com
- **Peter M. Aronoff**    peter.aronoff@usdoj.gov
- **Kory A. Atkinson**    kaa@koryatkinson.com
- **Todd Allan Atkinson**    todd.atkinson@wbd-us.com
- **Joseph Badtke-Berkow**    joseph.badtke-berkow@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com
- **Brandon K. Bains**    bbains@l-llp.com, ehyman@l-llp.com
- **Lauren A Baio**    lauren.baio@gray-robinson.com, leanna.copeland@gray-robinson.com
- **Michael I. Baird**    baird.michael@pbgc.gov, efile@pbgc.gov
- **David M. Banker**    dbanker@mmwr.com, david-banker-1986@ecf.pacerpro.com
- **John T. Banks**    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
- **Sedric Banks**    sedbanks@aol.com
- **Shari Barak**    sbarak@logs.com, LOGSECF@logs.com
- **Carlos Baralt-Suarez**    cbaralt@delgadofernandez.com
- **Luke A Barefoot**    lbarefoot@cgsh.com, maofiling@cgsh.com
- **Erika R. Barnes**    ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com
- **Stephanie Rene' Barnes**    sbarnes@plunksmith.com
- **Michael Jason Barrie**    mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com
- **Joseph Charles Barsalona**    jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com
- **Bradley J. Bartolomeo**    bradley.bartolomeo@lewisbrisbois.com
- **Aldo G Bartolone**    aldo@bartolonelaw.com
- **David M. Bass**    dbass@coleschotz.com, ssallie@coleschotz.com
- **Robert D. Bass**    bob.bass47@icloud.com, bob.bass47@icloud.com

- **Paul M. Basta**    pbasta@paulweiss.com
- **Joshua S. Bauchner**    jb@ansellgrimm.com, carols@ansellgrimm.com
- **Kenneth L. Baum**    kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com
- **Charles A Beckham**    charles.beckham@haynesboone.com, Kenneth.rusinko@haynesboone.com
- **Alexander J. Beeby**    abeeby@larkinhoffman.com
- **James J. Beha**    jbeha@mofo.com, docketny@mofo.com;james-beha-7414@ecf.pacerpro.com
- **Christopher Robert Belmonte**    crbelmonte@duanemorris.com, pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com
- **Nola R Bencze**    nbencze@clarkhill.com
- **Daniel J Bennett**    dan@danbennettlaw.com
- **Tammy L. Terrell Benoza**    bankruptcy@feinsuch.com
- **Neil Matthew Berger**    neilberger@teamtogut.com, dcahir@teamtogut.com;kricciardi@teamtogut.com;kortiz@teamtogut.com;mnester@teamtogut.com;ewu@teamtogut.com;arodriguez@teamtogut.com;eblander@teamtogut.com;coliver@teamtogut.com;mdalessandro@teamtogut.com
- **Thomas Daniel Berghman**    tberghman@munsch.com
- **Leslie Ann Berkoff**    lberkoff@morritthock.com
- **Ted A. Berkowitz**    tberkowitz@morritthock.com, tberkowitz@morritthock.com
- **Daniel J. Berman**    djberman@pacificlawyers.law, chrisap@pacificlawyers.law
- **Richard J. Bernard**    rbernard@foley.com
- **Jeffrey Bernstein**    jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
- **Karen C. Bifferato**    kbifferato@connollygallagher.com
- **Anthony L Bini**    abinilaw@yahoo.com
- **Patrick M. Birney**    pbirney@rc.com, ctrivigno@rc.com
- **Jeffrey E Bjork**    jeff.bjork@lw.com
- **Jason I Blanchard**    jblanchard@bakerlaw.com, bhlitdocket@bakerlaw.com
- **David M. Blau**    dblau@clarkhill.com
- **George Anthony Bleus**    bleusandassociates@gmail.com
- **Michael V. Blumenthal**    michael.blumenthal@tklaw.com
- **Jonathan S. Bodner**    jbodner@bodnerlawpllc.com
- **Melissa Boey**    melissa.boey@morganlewis.com
- **Phillip W. Bohl**    phillip.bohl@lathropgpm.com
- **Johnathan C. Bolton**    jbolton@goodsill.com
- **Sandra Bonder**    sandrabonder23@gmail.com
- **Wanda Borges**    ecfcases@borgeslawllc.com
- **Nelson A. Boxer**    nboxer@pkbllp.com
- **Michael Hagop Boyamian**    michael@boyamianlaw.com
- **Richard D Brady**    richard@thebradyfirm.com
- **Dustin Parker Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;simonjm@ballardspahr.com
- **Harrison Breakstone**    hbreakstone@archerlaw.com, chansen@archerlaw.com

- **Duane Brescia**    duane.brescia@clarkhillstrasburger.com, bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com
- **Kay Diebel Brock**    bkecf@co.travis.tx.us
- **Michael D. Brofman**    mbrofman@weisszarett.com
- **H. Bruce Bronson**    ecf@bronsonlaw.net, hbbronson@bronsonlaw.net
- **Robert J. Bruce**    bobbruce@rjblawyerllc.com
- **William E. Brueckner**    wbrueckner@mccmlaw.com, sciaio@mccmlaw.com
- **Matthew J. Burne**    mburne@leechtishman.com
- **Lynn Hamilton Butler**    Lynn.Butler@huschblackwell.com, lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
- **Lawrence W Byrne**    lbyrne@pedersenhoupt.com
- **CRG Financial LLC**    notices@CRGfinancial.com
- **Aaron R. Cahn**    cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **Edwin H Caldie**    ed.caldie@stinson.com, jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Donald F. Campbell**    dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
- **Rebeca Caquias-Mejias**    notices@rcmlawpr.com
- **Cardinal Health 110 LLC**    brotenberg@csglaw.com
- **Jeffrey A. Carlino**    jacarlino@kslnlaw.com, rabacon@kslnlaw.com
- **James S. Carr**    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Robert Carson**    rcarson@carsonfischer.com
- **Christopher Carty**    ccarty@herrick.com
- **Jamie S. Cassel**    jsc@renozahm.com, jsc@renozahm.com
- **Kara E. Casteel**    kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com
- **Michael J. Catalfimo**    mcatalfimo@rlglawny.com, jstein@rlglawny.com;jdavis@rlglawny.com
- **Katherine R. Catanese**    kcatanese@foley.com
- **George B. Cauthen**    george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com
- **Rocco A. Cavaliere**    rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- **Rudy J Cerone**    rcerone@mcglinchey.com, lgraff@mcglinchey.com
- **Eric Chafetz**    echafetz@lowenstein.com, msavetsky@lowenstein.com
- **Charles E Chamberlin**    charles.chamberlin@nebraska.gov
- **Jeffrey C. Chancas**    jchancas@borahgoldstein.com
- **Dean Lindsay Chapman**    dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com
- **Scott K. Charles**    skcharles@wlrk.com, calert@wlrk.com
- **Michael Chatwin**    LOGSECF@logs.com
- **Clement Cheng**    law@clemcheng.com
- **Rachel M. Cherington**    rcherington@jha.com
- **Evan R. Chesler**    echesler@cravath.com

- **Gustavo A Chico-Barris**    gchico@ferraiuoli.com, hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com
- **Sue Liu Chin**    schin@borgeslawllc.com
- **Hyun Suk Choi**    hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@choiandpark.com
- **James P Chou**    jchou@moritthock.com
- **Carol Chow**    Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey Chubak**    jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com
- **Louis J. Cisz**    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Mary Ann Claraval**    maryann@claravallaw.com
- **Darrell W. Clark**    darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com
- **Perry R Clark**    perry@perryclarklaw.com
- **R. John Clark**    rjclark@hancocklaw.com
- **Ronald Alexander Clark**    aclark@cov.com
- **Donald W. Clarke**    dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
- **Marvin E. Clements**    agbanknewyork@ag.tn.gov
- **Eboney Cobb**    ecobb@pbfcm.com
- **Dianne F. Coffino**    dcoffino@cov.com
- **Joshua W. Cohen**    jwcohen@daypitney.com, apetranek@daypitney.com
- **Mark E. Cohen**    MECESQ2@aol.com
- **Charles Dewey Cole**    dcole@newmanmyers.com
- **Patrick Collins**    pcollins@farrellfritz.com
- **Sonia E Colon**    scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com
- **Kari B Coniglio**    kbconiglio@vorys.com
- **Michael J. Connolly**    mconnolly@formanlaw.com, kanema@formanlaw.com
- **Andrew S. Conway**    aconway@taubman.com
- **Michael P. Cooley**    mpcooley@reedsmith.com, bkemp@akingump.com
- **Richard Corbi**    rcorbi@corbilaw.com
- **Stephen A Corr**    scorr@begleycarlin.com
- **Joseph Corrigan**    bankruptcy2@ironmountain.com
- **Ramon Coto-Ojeda**    nac@crlawpr.com
- **Jennifer Elizabeth Cranston**    jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com
- **David N. Crapo**    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Julie Cvek Curley**    jcurley@kacllp.com, AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com
- **Kelly Rose Cusick**    cusick.kelly@pbgc.gov, efile@pbgc.gov
- **Brian Custy**    bcusty@custylaw.com
- **Noah Saul Czarny**    czarny@sewkis.com
- **Jason Anthony D'Angelo**    jdangelo@herrick.com, courtnotices@herrick.com

LEGAL\48777072\2 88888.8888.888/807841.000

- **Anthony J D'Artiglio**    ajd@ansellgrimm.com, jb@ansellgrimm.com;carols@ansellgrimm.com
- **Raniero D'Aversa**    rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com
- **Robert K. Dakis**    rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
- **Michael Lewis Dallaire**    mdallaire@dickinsonwright.com
- **Al J. Daniel**    ajd@daniellawpllc.com
- **Eric C. Daucher**    eric.daucher@nortonrosefulbright.com
- **Janice I Daul**    jdaul@kcr-law.com
- **Erica Dausch**    edausch@babstcalland.com
- **Clayton W Davidson**    triser@mcneeslaw.com
- **Richard T. Davis**    rdavis@cafarocompany.com
- **Louis Thomas DeLucia**    louis.delucia@icemiller.com, john.acquaviva@icemiller.com
- **Sam Della Fera**    sdellafera@msbnj.com, ldipaolo@msbnj.com
- **Roma N. Desai**    rdesai@bernsteinshur.com, acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com
- **Dean J Despotovich**    djdatty@aol.com, djdatty@aol.com
- **Andrew Devore**    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Duriya Dhinojwala**    ddhinojwala@bmdllc.com
- **Allan B Diamond**    adiamond@diamondmccarthy.com
- **Andrew G. Dietderich**    dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Ted A. Dillman**    ted.dillman@lw.com
- **Ira S. Dizengoff**    idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com
- **Caroline Djang**    caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com,sansanee.wells@bbklaw.com
- **J. Ted Donovan**    TDonovan@GWFGlaw.com
- **Amish R. Doshi**    amish@doshilegal.com
- **James F. Dowden**    jfdowden@swbell.net
- **Elizabeth L Doyaga**    edoyaga@flwlaw.com, jspiegelman@flwlaw.com
- **Robert W. Dremluk**    rdremluk@culhanemeadows.com, rwd1517@gmail.com,grantecf@gmail.com
- **Leo B Dubler**    leodubler@fast.net
- **Marcel Charles Duhamel**    mcduhamel@vorys.com
- **Joshua A. Dunn**    jdunn@vedderprice.com, ecfnydocket@vedderprice.com
- **David W. Dykhouse**    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- **Wes Earnhardt**    wearnhardt@cravath.com
- **Rachel E. Edwards**    redwards@l-llp.com, ehyman@l-llp.com
- **Devon Eggert**    deggert@bcblaw.net, pfoster@bcblaw.net
- **Shana A. Elberg**    Shana.Elberg@skadden.com, wendy.lamanna@skadden.com;andrea.bates@skadden.com

- **Brad Elias**    belias@omm.com
- **Judith Elkin**    elkinj@mac.com, elkinj@mac.com
- **Samuel G Encarnacion**    same@haggertylaw.com
- **Marita S. Erbeck**    marita.erbeck@dbr.com
- **Carrie Essenfeld**    cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
- **Kevin J Etzel**    ketzel@vedderprice.com
- **Carly Everhardt**    ceverhardt@foley.com
- **Michael Eversden**    meversden@mcgrathnorth.com
- **Garrett A. Fail**    garrett.fail@weil.com, Paloma.VanGroll@weil.com;Paul.Genender@weil.com
- **Stephen Vincent Falanga**    sfalanga@walsh.law, mvargas@walsh.law
- **Thomas A. Farinella**    tf@lawtaf.com, ecf@lawgmf.com
- **Steven Charles Farkas**    scf@cohmlaw.com, jenniferg@cohmlaw.com;lindac@cohmlaw.com;lah@cohmlaw.com
- **John Tucker Farnum**    jfarnum@milesstockbridge.com, jfarnum@milesstockbridge.com
- **Thomas R. Fawkes**    thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com
- **Julie Feigeles**    jf@womenatlawfl.com
- **Alan Feld**    afeld@sheppardmullin.com
- **Mark E. Felger**    MFelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
- **William P Fennell**    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com
- **Alfredo Fernandez-Martinez**    afernandez@delgadofernandez.com
- **Elias L Fernandez-Perez**    eliaslaureano@gmail.com
- **Raymond W Ferrario**    ferrariobk@comcast.net
- **John R. Fifarek**    knelson@laskyfifarek.com, csczepanski@laskyfifarek.com
- **Janine Marie Figueiredo**    jfigueiredo@hahnhessen.com
- **Charles J. Filardi**    cfilardi@rrlawpc.com, abothwell@rrlawpc.com
- **Anastasia Filopoulos**    stacy.filopoulos@fnf.com
- **Scott D. Fink**    brodellecf@weltman.com
- **Glenn M. Fjermedal**    gfjermedal@davidsonfink.com, vbillups@davidsonfink.com
- **Jonathan L. Flaxer**    jflaxer@golenbock.com, courtnotifications@golenbock.com;mweinstein@golenbock.com
- **Deborah L. Fletcher**    fletcher@fsblegal.com, d.fletcher@me.com
- **Ken Florey**    kflorey@rsnlt.com
- **Thomas J. Flynn**    tflynn@larkinhoffman.com, grice@larkinhoffman.com
- **Lawrence Fogelman**    lawrence.fogelman@usdoj.gov
- **Christopher Fong**    cfong@nixonpeabody.com
- **Laura M. Fontaine**    laura@hedrickkring.com, Robbyn@HedrickKring.com;McKenzie@HedrickKring.com
- **Kiah T Ford**    chipford@parkerpoe.com
- **Edward M. Fox**    emfox@seyfarth.com
- **Gregory W. Fox**    gfox@goodwinprocter.com, ACunningham@goodwinlaw.com

- **Kamini Fox**    kamini@kfoxlaw.com, nackerman@acklaw.com
- **Michael S. Fox**    mfox@olshanlaw.com, docketclerk@olshanlaw.com
- **Shawn Randall Fox**    sfox@mcguirewoods.com
- **Andrew Frackman**    afrackman@omm.com
- **Joseph D. Frank**    jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Mark A. Frankel**    mfrankel@bfklaw.com, mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com
- **Elise S. Frejka**    efrejka@frejka.com
- **Alana M. Friedberg**    alana.friedberg@dlapiper.com
- **Jeff J. Friedman**    jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com
- **Kenneth Friedman**    kfriedman@manatt.com, astaltari@manatt.com
- **Michael Friedman**    friedman@chapman.com, iyassin@chapman.com
- **Patricia J Friesinger**    friesinger@coollaw.com
- **Joseph Froehlich**    jfroehlich@lockelord.com
- **Patricia B. Fugee**    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
- **David M. Fusco**    dfusco@smcnlaw.com, dmfuscolaw@yahoo.com
- **Thomas M. Gaa**    tgaa@bbslaw.com, yessenia@bbslaw.com
- **Isaac M. Gabriel**    isaac.gabriel@quarles.com, sybil.aytch@quarles.com
- **James Gadsden**    bankruptcy@clm.com, CourtMail@clm.com
- **Gregg M. Galardi**    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Alan E. Gamza**    Agamza@mosessinger.com, dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com
- **William Gannon**    bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com
- **Victoria D. Garry**    vgarry@ag.state.oh.us
- **Christopher Gartman**    gartman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
- **Robert Gayda**    gayda@sewkis.com
- **Ryan Zachary Gelber**    zgelber@gelbersantillo.com
- **Matthew Gensburg**    mgensburg@gcklegal.com
- **Charles George**    cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
- **Stephen B. Gerald**    sgerald@wtplaw.com, clano@wtplaw.com
- **Yann Geron**    ygeron@reitlerlaw.com, ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;jtrainor@reitlerlaw.com;asuffern@axosfs.com;jrodriguez@reitlerlaw.com;kmenendez@reitlerlaw.com
- **Christopher J. Giaimo**    christopher.giaimo@squirepb.com, sarah.conley@squirepb.com;christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- **Peter M. Gilhuly**    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
- **Bruce M Ginsberg**    bginsberg@dglaw.com, jheatherton@dglaw.com;alevy@dglaw.com
- **Steven A. Ginther**    sdnyecf@dor.mo.gov
- **Sheryl P Giugliano**    sgiugliano@rmfpc.com, tpavalis@diamondmccarthy.com
- **Anthony F. Giuliano**    afg@pryormandelup.com, cg@pryormandelup.com

- **Luvell L Glanton**    glantonfirm@gmail.com
- **Eduardo J. Glas**    ejglas@gmail.com
- **Richard R. Gleissner**    rick@gleissnerlaw.com, anissa@gleissnerlaw.com
- **Jeffrey R. Gleit**    jgleit@sullivanlaw.com, bcooley@sullivanlaw.com,rosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,tkethro@sullivanlaw.com
- **Joel R. Glucksman**    jglucksman@sh-law.com, rjoyce@sh-law.com
- **Brian D. Glueckstein**    gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
- **Lea Pauley Goff**    lea.goff@skofirm.com, emily.keith@skofirm.com
- **Ronald Eric Gold**    rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
- **Daniel P Goldberg**    crodriguez@hsgllp.com;Managingclerk@hsgllp.com
- **Michael Ira Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Harley J. Goldstein**    harleyg@restructuringshop.com, teresag@restructuringshop.com;amritk@goldmclaw.com
- **Michael Goldstein**    mgoldstein@goodwinlaw.com
- **Brendan Goodhouse**    bgoodhouse@cuddyfeder.com
- **Brett D. Goodman**    brett.goodman@troutman.com, john.murphy@troutman.com
- **Eric R Goodman**    egoodman@bakerlaw.com
- **Leon B Gordon**    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
- **Charles Gormally**    cgormally@bracheichler.com, ncapra@bracheichler.com
- **Andrew R. Gottesman**    gottesman@mintzandgold.com, gottesman@mintzandgold.com
- **Michael I. Gottfried**    MGottfried@elkinskalt.com
- **David S. Gragg**    dgragg@langleybanack.com, cjohnston@langleybanack.com
- **Christopher F. Graham**    cgraham@eckertseamans.com
- **Jonathan Adam Grasso**    jon@piercemccoy.com
- **Ira S. Greene**    ira.greene@lockelord.com
- **Norman Edwin Greenspan**    ngreenspan@starfieldsmith.com
- **David A. Greer**    dgreer@davidgreerlaw.com
- **Christopher A. Grosman**    cgrosman@carsonfischer.com
- **Brian L. Grossman**    bgrossman@shipkevich.com
- **Janice Beth Grubin**    jgrubin@barclaydamon.com
- **Charles A. Gruen**    cgruen@gruenlaw.com
- **Carl Grumer**    cgrumer@manatt.com
- **Allen J. Guon**    aguon@cozen.com, cknez@cozen.com;allen-guon-6333@ecf.pacerpro.com
- **Matthew Gurgel**    mgurgel@hsgllp.com
- **Harry M. Gutfleish**    harry@gutfleishlaw.com
- **Barry N. Gutterman**    bngassc@aol.com
- **Eric J. Haber**    eric@ehaberlaw.com
- **Dennis M. Haley**    dhaley@winegarden-law.com
- **Laura R Hall**    laura.hall@allenovery.com, kurt.vellek@allenovery.com,courtnotices@allenovery.com

9

- **Mark E. Hall**    mhall@foxrothschild.com, cbrown@foxrothschild.com
- **Alan D. Halperin**    lgu@halperinlaw.net
- **Aaron L. Hammer**    ahammer@hmblaw.com,
  ecfnotices@hmblaw.com;jguzzardo@hmblaw.com
- **William J. Hanlon**    whanlon@seyfarth.com, bosdocket@seyfarth.com
- **Paul E. Harner**    paul.harner@lw.com
- **Scott M. Harrington**    sharrington@dmoc.com
- **Juandisha Harris**    harrisj12@michigan.gov
- **David Henry Hartheimer**    david@mhlaw-ny.com, david@clearbid.com
- **Michael E. Hastings**    mhastings@woodsrogers.com, twhitt@wtplaw.com
- **Jonathan Scott Hawkins**    jonathan.hawkins@thompsonhine.com,
  THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@th
  ompsonhine.com
- **Salah M. Hawkins**    smhawkins@cravath.com
- **Patrick L. Hayden**    phayden@mcguirewoods.com
- **Melissa S Hayward**    mhayward@haywardfirm.com
- **Curtis Hehn**    curtishehn@comcast.net
- **Leslie C. Heilman**    heilmanl@ballardspahr.com
- **Zachary Heller**    zheller@btlaw.com
- **Christopher Matthew Hemrick**    chemrick@walsh.law, chemrick@walsh.law
- **Ira L. Herman**    iherman@blankrome.com,
  nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
- **Neil E. Herman**    neil.herman@kirkland.com
- **Jose-Trelles Herrera**    jtherrera@herreralawfirm.com, vtarajano@herreralawfirm.com
- **Michael R. Herz**    mherz@formanlaw.com, cbrown@formanlaw.com
- **Lucy E. Hill**    lucy.hill@dentons.com,
  helen.ward@dentons.com,michelle.graeb@dentons.com
- **Robert M. Hirsh**    rhirsh@lowenstein.com,
  beth.brownstein@arentfox.com;lisa.indelicato@arentfox.com;jordana.renert@arentfox.c
  om
- **Christopher Hoffman**    chris@dandwlawgroup.com
- **George Bernard Hofmann**    ghofmann@cohnekinghorn.com,
  mparks@cohnekinghorn.com
- **Marie Polito Hofsdal**    mhofsdal@pryorcashman.com
- **Timothy G. Holden**    tholden@tholdenlaw.com
- **Evan C Hollander**    echollander@orrick.com,
  jgoldfinger@orrick.com;efua@orrick.com
- **James J. Holman**    jjholman@duanemorris.com
- **Caleb T. Holzaepfel**    caleb.holzaepfel@huschblackwell.com
- **Robert Honeywell**    robert.honeywell@klgates.com, brian.koosed@klgates.com
- **Joon P. Hong**    joonhong@chapman.com
- **Thomas Ross Hooper**    hooper@sewkis.com
- **Jonathan M. Horne**    jhorne@murthalaw.com
- **Kyle Hosmer**    kyle.hosmer@faegredrinker.com
- **Benjamin Hugon**    bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
- **Joan S. Huh**    joan.huh@cdtfa.ca.gov

- **Rita L Hullett**    rhullett@bakerdonelson.com
- **Hanh Vinh Huynh**    hhuynh@rubinlawllc.com, prubin@rubinlawllc.com
- **Alexander C Hyder**    ahyder@foderalawfirm.com
- **Mark J. Hyland**    hyland@sewkis.com
- **Allison Akiko Ito**    aito@hibklaw.com
- **Russell Jackson**    rjackson@thomasjhenrylaw.com
- **Henry Jaffe**    Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Don D.G. James**    donjamespa@aol.com
- **Hugh G. Jasne**    hgj@jasneflorio.com, hgj@jasneflorio.com
- **George Jawlakian**    george@jawlakianlaw.com
- **Christian Paul Jensen**    jensenc@sullcrom.com, christian-jensen-7493@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com
- **Monique Debrikka Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Jeremy R. Johnson**    jeremy.johnson@polsinelli.com
- **Leon S. Jones**    ljones@joneswalden.com, jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com
- **Roland Gary Jones**    pacer.rolandjones@gmail.com
- **Gregory P. Joseph**    gjoseph@jha.com
- **Shannon Jost**    shannon.jost@stokeslaw.com, alicia.cason@stokeslaw.com
- **William Austin Jowers**    ajowers@kslaw.com, jcmccullough@kslaw.com
- **Allen G. Kadish**    akadish@archerlaw.com, lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
- **Gus Kallergis**    gkallergis@calfee.com
- **Vera N Kanova**    verkanova@pa.gov
- **Howard J. Kaplan**    hkaplan@kaplanrice.com, Girizarry@kaplanrice.com;dwong@kaplanrice.com
- **Eve H. Karasik**    ehk@lnbyb.com
- **Alan H Katz**    akatz@lockelord.com, autodocket@lockelord.com
- **Jason M. Katz**    jkatz@ccsb.com, wmartinez@ccsb.com
- **Alan F. Kaufman**    alan.kaufman@nelsonmullins.com
- **Barry M. Kazan**    kazan@mintzandgold.com
- **Michael Courtney Keats**    michael.keats@friedfrank.com
- **William E. Kelleher**    bill.kelleher@dentons.com, michelle.graeb@dentons.com;helen.ward@dentons.com
- **Steven W. Kelly**    skelly@s-d.com
- **Sean M. Kemp**    sean@seanmkemp.com
- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- **William B. Kerr**    wkerr@kerrllp.com
- **Roland Scott Keske**    rsk@lefltd.com, eg@lefltd.com
- **John W Kettering**    jk@pietragallo.com, rjp@pietragallo.com;ms@pietragallo.com
- **Ferve E. Khan**    fkhan@bakerlaw.com
- **Erin C. Kim**    kim.erin@pbgc.gov, efile@pbgc.gov

- **Jane Kim**    jkim@kellerbenvenutti.com
- **Alan M Kindred**    akindred@leechtishman.com, dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com
- **Edward M. King**    tking@fbtlaw.com
- **Dawn Kirby**    dkirby@kacllp.com, bleonardo@kacllp.com;dap@ddw-law.com
- **Lauren Catherine Kiss**    lkiss@klestadt.com
- **Armand Raffi Kizirian**    armand@kizirianlaw.com
- **Richard Klass**    richklass@courtstreetlaw.com
- **Sarah J Klebolt**    sjk@carmodymacdonald.com, ala@carmodymacdonald.com
- **Michael Klein**    mklein@aftlaw.com
- **Jeremy C. Kleinman**    jkleinman@fgllp.com
- **Tracy L. Klestadt**    tklestadt@klestadt.com, tklestadt@yahoo.com
- **John R. Knapp**    john.knapp@millernash.com, edgar.rosales@millernash.com;dona.purdy@millernash.com
- **Louis R Koerner**    koerner@koerner-law.com
- **Kyle J. Kolb**    kkolb@herrick.com
- **Tanya Korkhov**    tkorkhov@kellerrohrback.com
- **Lawrence J. Kotler**    ljkotler@duanemorris.com
- **Salene Kraemer**    skraemer@bernsteinlaw.com
- **Eric Keith Krasle**    eric@krasle.com
- **Matthew Patrick Kremer**    mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
- **David S. Kupetz**    dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
- **Jeffrey Kurtzman**    jkurtzma@klehr.com
- **Marc J. Kurzman**    mkurzman@carmodylaw.com
- **Alyssa E. Kutner**    kutnera@ballardspahr.com
- **Michael Kwiatkowski**    mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com
- **Paul J. Labov**    plabov@pszjlaw.com, plabov@foley.com
- **Darryl S. Laddin**    bkrfilings@agg.com
- **Stephen C Lane**    steve@stevelanelawoffice.com
- **Keith A Langley**    klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- **Lynn Rowe Larsen**    llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM
- **Fernand L Laudumiey**    laudumiey@chaffe.com
- **Francis J. Lawall**    francis.lawall@troutman.com, henrys@pepperlaw.com;mclaughlinm@pepperlaw.com
- **James N. Lawlor**    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- **Lacy Martin Lawrence**    llawrence@akingump.com, txdocketing@akingump.com;AGSearch-Lit@akingump.com
- **Vincent Edward Lazar**    vlazar@jenner.com
- **Gilbert A. Lazarus**    gillazarus@gmail.com
- **Harlan Mitchell Lazarus**    hmllaw@att.net, hlazarus@lazarusandlazarus.com
- **Tara LeDay**    ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

LEGAL\48777072\2 88888.8888.888/807841.000

- **Robert L. LeHane**    KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Paul D. Leake**    wendy.lamanna@skadden.com;andrea.bates@skadden.com
- **Andrew M Leblanc**    aleblanc@milbank.com, andrew-leblanc-7769@ecf.pacerpro.com
- **Bernice C Lee**    blee@slp.law, mc@kttlaw.com
- **Michael Skoy Legge**    tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
- **Joseph H. Lemkin**    jlemkin@stark-stark.com
- **Nicole A Leonard**    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **William J. Levant**    efile.wjl@kaplaw.com
- **Richard B. Levin**    rlevin@jenner.com
- **Mark Levine**    mark.levine.180@gmail.com, mlevine@zlk.com
- **Noah Levine**    noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com
- **Sidney P. Levinson**    slevinson@debevoise.com, jeroberts@debevoise.com
- **Adam Levy**    alevy@dglaw.com
- **Vincent Levy**    vlevy@hsgllp.com
- **Kenneth M. Lewis**    klewis@wtplaw.com, klewis@lewispllc.com
- **Lawrence A. Lichtman**    llichtman@honigman.com, litdocket@honigman.com
- **Melissa N Licker**    NY_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Donna H. Lieberman**    dlieberman@halperinlaw.net, dlieberman@halperinlaw.net
- **Angelina E. Lim**    angelinal@jpfirm.com, minervag@jpfirm.com;katherineb@jpfirm.com
- **Lewis J. Liman**    LLiman@cgsh.com, maofiling@cgsh.com
- **Lewis A. Lindenberg**    llindenberg@bbwg.com
- **Jessica Liou**    jessica.liou@weil.com
- **Kevin M Lippman**    klippman@munsch.com
- **Sergey Joseph Litvak**    joelitvakesq@gmail.com
- **Robert Liubicic**    rliubicic@milbank.com, robert-liubicic-8157@ecf.pacerpro.com
- **Elena Liveris**    eliveris@mmulderlaw.com, adonnelly@mmulderlaw.com
- **James S Livermon**    charlie.livermon@wbd-us.com, kim.cone@wbd-us.com
- **Armando Llorens**    armando@furgang.com
- **Jacqulyn S. Loftin**    jsl@lhmlawfirm.com
- **Brian J. Lohan**    brian.lohan@arnoldporter.com, brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@arnoldporter.com
- **John G. Loughnane**    jloughnane@nutter.com
- **Scott Brian Luftglass**    scott.luftglass@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com
- **Michael Luskin**    luskin@lsellp.com
- **Thomas A Lynam**    tlynam@vll-law.com
- **Christopher A. Lynch**    clynch@reedsmith.com
- **Kramer Lyons**    klyons@ohdbslaw.com
- **Lauren M. Macksoud**    lauren.macksoud@dentons.com
- **Marilyn Macron**    marilyn@marilynmacron.com
- **Jayson Macyda**    generalcounsel@kykoglobal.com

- **Howard P. Magaliff**    hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
- **Abena Mainoo**    amainoo@cgsh.com, maofiling@cgsh.com
- **John S. Mairo**    jsmairo@pbnlaw.com,
  pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- **Christopher J. Major**    cjm@msf-law.com, bm@msf-law.com
- **Jacob A. Manheimer**    jmanheimer@pierceatwood.com,
  mpottle@pierceatwood.com;rkelley@pierceatwood.com;kcunningham@pierceatwood.co
  m;afisk@pierceatwood.com
- **David Michael Mannion**    DMannion@BlakeleyLLP.com, ecf@blakeleyllp.com
- **Stuart M Maples**    smaples@mapleslawfirmpc.com
- **Jacqueline Marcus**    jacqueline.marcus@weil.com,
  jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- **Jennifer L. Marines**    jmarines@mofo.com, docketny@mofo.com;jennifer-marines-
  1173@ecf.pacerpro.com
- **Vincent M. Marino**    vmarino@mzslaw.com
- **Ilan Markus**    imarkus@barclaydamon.com, andrew.cole@leclairryan.com
- **Joe E. Marshall**    jmarshall@marshalllaw.net
- **Jonathan D. Marshall**    jmarshall@choate.com
- **Jarrod Martin**    jarrod.martin@chamberlainlaw.com,
  3012436420@filings.docketbird.com;lara.coleman@chamberlainlaw.com
- **Robert Craig Martin**    craig.martin@dlapiper.com, bill-countryman-
  0154@ecf.pacerpro.com;craig-martin-0553@ecf.pacerpro.com
- **Patrick Maschio**    patrick.maschio@rimonlaw.com
- **Gregory J Mascitti**    gmascitti@mccarter.com
- **Rosemarie E. Matera**    law@kmpclaw.com
- **Benjamin M Mather**    bmather@kcr-law.com
- **Rachel J. Mauceri**    rmauceri@morganlewis.com, ronald.cappiello@morganlewis.com
- **Laurence May**    lmay@eisemanlevine.com
- **Sandra E. Mayerson**    sandy@mhlaw-ny.com
- **Matthew McCann**    matthewmccann@specialedlawyer.com, mmccann@swc-law.com
- **William McCarron**    mccarron.william@pbgc.gov, efile@pbgc.gov
- **Daniel J. McCarthy**    dmccarthy@hillfarrer.com
- **John G. McCarthy**    jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
- **Chantelle D. McClamb**    mcclambc@ballardspahr.com
- **Richard J. McCord**    RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com
- **Robert McCorquodale**    mhamolka@cpso.com
- **Neil E. McCullagh**    nmccullagh@spottsfain.com
- **Sawnie A. McEntire**    smcentire@pmmlaw.com
- **Brian S. McGrath**    BMcGrath@hinshawlaw.com
- **Brigette McGrath**    bmcgrath@askllp.com,
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askl
  lp.com;brubis@askllp.com
- **Ronald McMillan**    rmcmillan@calfee.com
- **Brent Meyer**    brent@meyerllp.com

LEGAL\48777072\2 88888.8888.888/807841.000

- **Brittany Mitchell Michael**   brittany.michael@stinson.com,
  jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Todd R Michaelis**   tmichaelis@carmodylaw.com
- **Deborah Jill Michelson**   michelson@mgfl-law.com
- **Lisa Milas**   lmilas@schillerknapp.com,
  lgadomski@schillerknapp.com;TJohnson@schillerknapp.com
- **Aaron Gerhard Miller**   amiller@vazirilaw.com
- **Curtis S. Miller**   cmiller@mnat.com
- **Dennis D. Miller**   dmiller@steinlubin.com
- **Jonathan H. Miller**   jon@saracheklawfirm.com
- **Stephen M. Miller**   smiller@morrisjames.com, wweller@morrisjames.com
- **Russell W. Mills**   rmills@bellnunnally.com, nsummerville@bellnunnally.com
- **Lindsay Zahradka Milne**   lmilne@bernsteinshur.com,
  astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com
  ;sbaker@bernsteinshur.com
- **Stephan William Milo**   smilo@wawlaw.com,
  jjohnson@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
- **Robert K. Minkoff**   rminkoff@cedargladecapital.com
- **Benjamin Mintz**   Benjamin.Mintz@arnoldporter.com,
  Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@a
  rnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com
- **Rosendo E Miranda-Lopez**   notificatio@rmirandalex.net
- **Joseph Thomas Moldovan**   bankruptcy@morrisoncohen.com
- **Thomas J. Moloney**   tmoloney@cgsh.com,
  jkay@cgsh.com;dschwartz@cgsh.com;maofiling@cgsh.com
- **Carol E. Momjian**   cmomjian@attorneygeneral.gov
- **Laura J. Monroe**   lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Kevin P. Montee**   kmontee@monteefirm.com, kmontee@monteefirm.com
- **Eric J. Monzo**   emonzo@morrisjames.com,
  wweller@morrisjames.com;jdawson@morrisjames.com;bkeilson@morrisjames.com
- **Brett S. Moore**   bsmoore@pbnlaw.com,
  mpdermatis@pbnlaw.com;nvfuentes@pbnlaw.com
- **Erika Morabito**   emorabito@foley.com
- **Courtney Morgan**   morgan.courtney@pbgc.gov, efile@pbgc.gov
- **Pauline K. Morgan**   bankfilings@ycst.com, dlaskin@ycst.com
- **Elliot Moskowitz**   elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com
- **Michael L. Moskowitz**   mlm@weltmosk.com,
  mkj@weltmosk.com;mag@weltmosk.com;aw@weltmosk.com;dk@weltmosk.com;jg@
  weltmosk.com
- **John Mueller**   jmueller@lippes.com
- **Rahul Mukhi**   rmukhi@cgsh.com, maofiling@cgsh.com
- **Michael M Mulder**   mmmulder@mmulderlaw.com, spitre@mmulderlaw.com
- **Edgardo Munoz**   emunozpsc@gmail.com
- **Klaus Peter Muthig**   muthigk@mcao.maricopa.gov
- **Bruce S. Nathan**   bnathan@lowenstein.com, msavetsky@lowenstein.com

LEGAL\48777072\2 88888.8888.888/807841.000

- **Edward E. Neiger**    eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- **Kevin Michael Newman**    knewman@barclaydamon.com
- **Victor Newmark**    vnewmark@evict.net
- **Timothy F. Nixon**    tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com
- **Darlene M. Nowak**    nowak@marcus-shapira.com
- **Rebecca K. O'Brien**    robrien@rllaz.com
- **Sean E. O'Donnell**    sodonnell@herrick.com, courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com
- **Daniel M O'Hara**    dohara@mowklaw.com
- **Sean A. O'Neal**    soneal@cgsh.com, maofiling@cgsh.com
- **Sean A. OKeefe**    sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Rachel R Obaldo**    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Thomas S. Onder**    tonder@stark-stark.com
- **Mark Russell Owens**    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- **Stephen M. Packman**    spackman@archerlaw.com, ahuber@archerlaw.com;jkulback@archerlaw.com
- **James P. Pagano**    jppaganoesq@gmail.com, jppaganoesq@gmail.com
- **Emily L. Pagorski**    emily.pagorski@skofirm.com, emily.keith@skofirm.com
- **Steven Paradise**    sparadise@seyfarth.com, NYCManagingClerksOffice@seyfarth.com;mcatalano@seyfarth.com
- **Jennifer Kennedy Park**    jkpark@cgsh.com, maofiling@cgsh.com
- **Banyan Parker**    banyan@hansenmiller.com
- **Richard J. Parks**    rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- **Barbra R. Parlin**    barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Jennifer Pastarnack**    jennifer.pastarnack@cliffordchance.com
- **Kristen N. Pate**    bk@brookfieldpropertiesretail.com
- **Richard C. Pedone**    rpedone@nixonpeabody.com
- **Christopher A. Pellegrini**    cpellegrini@chuhak.com
- **Melissa A. Pena**    mapena@norris-law.com, pfreda@nmmlaw.com
- **Eloy A. Peral**    eperal@wilkauslander.com
- **Phillip Russell Perdew**    pperdew@lockelord.com, chicagodocket@lockelord.com
- **Frank Peretore**    fperetore@csglaw.com, ecf@csglaw.com
- **Ryanne E. Perio**    ryanne.perio@wilmerhale.com
- **Deborah M Perry**    dperry@munsch.com
- **Geoffrey J. Peters**    colnyecf@weltman.com
- **Albena Petrakov**    apetrakov@offitkurman.com, janet.mukherjee@offitkurman.com
- **Jeffery Phillips**    jphillips@demarb-brophy.com
- **Alissa K. Piccione**    alissa.piccione@troutman.com, Brett.Goodman@troutman.com
- **Douglas J. Pick**    dpick@picklaw.net, ezabicki@picklaw.net
- **Jonathan E. Pickhardt**    jonpickhardt@quinnemanuel.com
- **Jordan C. Pilevsky**    jpilevsky@njslaw.com

LEGAL\48777072\2 88888.8888.888/807841.000

- **Michael Ryan Pinkston**    rpinkston@seyfarth.com
- **Curtis M. Plaza**    cplaza@riker.com, tschellhorn@riker.com
- **Dana S. Plon**    dplon@sirlinlaw.com
- **David L. Pollack**    pollack@ballardspahr.com
- **Cynthia L Pollick**    pollick@lawyer.com
- **Michael P. Pompeo**    mpompeo@dbr.com
- **Kimberly A. Posin**    kim.posin@lw.com
- **Sara Maresa Posner**    sara.posner@hoganlovells.com
- **Cassandra Postighone**    cpostighone@wmd-law.com
- **Constantine Dean Pourakis**    cp@stevenslee.com
- **Jennifer L. Pruski**    jpruski@trainorfairbrook.com
- **Robert L. Pryor**    rlp@pryormandelup.com
- **Charles Pugh**    pmryan@sorlinglaw.com
- **Charles F. Pugh**    pmryan@sorlinglaw.com
- **Jack Pugh**    pmryan@sorlinglaw.com
- **Nicole Pugh**    pmryan@sorlinglaw.com
- **Sam Pugh**    pmryan@sorlinglaw.com
- **Lori Jean Quinn**    ljquinn@grsm.com
- **Jonathan I. Rabinowitz**    jrabinowitz@rltlawfirm.com
- **Anthony M. Rainone**    arainone@bracheichler.com,
  palonso@bracheichler.com;ECF@bracheichler.com
- **Rafael Humberto Ramirez**    rhr@corretjerlaw.com
- **Kurt Ernest Kates Ramlo**    kr@lnbyb.com
- **Shane Ramsey**    shane.ramsey@nelsonmullins.com,
  jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
- **Philip Rantzer**    prantzer@manhattanbeer.net
- **Justin Logan Rappaport**    lr@pryormandelup.com, kj@pryormandelup.com
- **Paul L. Ratelle**    pratelle@fwhtlaw.com
- **Jeffrey A. Reich**    reichlaw@reichpc.com
- **Kevin Reid**    kreid@kozonislaw.com
- **Norman Neville Reid**    nreid@foxswibel.com
- **Annemarie V. Reilly**    annemarie.reilly@lw.com
- **Christopher J Reilly**    creilly@klestadt.com
- **Ryan C. Reinert**    rreinert@shutts.com, juanitasanchez@shutts.com
- **Steven J. Reisman**    sreisman@katten.com, nyc.bknotices@katten.com
- **Guy A. Reiss**    greiss@reisspreuss.com
- **Michael B. Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Michelle Amy Rice**    mrice@kaplanrice.com,
  imisrok@kaplanrice.com;girizarry@kaplanrice.com;mprutting@kaplanrice.com
- **Carol Ann Rich**    crich@dudleylaw.com
- **Steven Richman**    srichman@clarkhill.com
- **Michael J. Riela**    riela@thsh.com
- **Fred B. Ringel**    fbr@robinsonbrog.com
- **Carlos Rios-Gautier**    riosgautierlaw@yahoo.com
- **Christy Rivera**    christy.rivera@nortonrosefulbright.com
- **Peter J. Roberts**    proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com

LEGAL\48777072\2 88888.8888.888/807841.000

- **Lindsey Robin**    lrobin@reedsmith.com, shikendra.rhea@bclplaw.com
- **Richard A. Robinson**    rrobinson@burr.com, debankruptcy@burr.com
- **Jennifer L. Rodburg**    jennifer.rodburg@friedfrank.com, managingattorneysdepartment@friedfrank.com
- **Beth Ellen Rogers**    brogers@berlawoffice.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com
- **Alexis J. Rogoski**    arogoski@skarzynski.com
- **Mark S. Roher**    mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com
- **Lee Rohn**    angelique@rohnlaw.com
- **Vincent J. Roldan**    vroldan@lawfirm.ms
- **David A. Rolf**    darolf@sorlinglaw.com
- **Kristen D Romano**    kromano@fpservicing.com
- **Julie H Rome-Banks**    julie@bindermalter.com
- **Matthew G. Roseman**    mroseman@cullenanddykman.com
- **Adam L. Rosen**    adam.rosen@alrcounsel.com, carolann@alrcounsel.com
- **Kenneth A. Rosen**    krosen@lowenstein.com
- **Robert M. Rosen**    rrosen@pmmlaw.com
- **Sanford Philip Rosen**    srosen@rosenpc.com, RosenSR81087@notify.bestcase.com
- **Andrew Rosenblatt**    andrew.rosenblatt@nortonrosefulbright.com
- **David A. Rosenzweig**    david.rosenzweig@nortonrosefulbright.com
- **Douglas B. Rosner**    drosner@goulstonstorrs.com
- **Frederick B. Rosner**    rosner@teamrosner.com, leonhardt@teamrosner.com;klein@teamrosner.com
- **Sacha Ross**    sross@grimesgalvano.com
- **Beth J. Rotenberg**    ecf@csglaw.com
- **Jeffrey Neil Rothleder**    jeffrey.rothleder@squirepb.com, sarah.conley@squirepb.com;jeffrey-n-rothleder-1393@ecf.pacerpro.com
- **Alex R. Rovira**    emcdonnell@sidley.com
- **Paul Rubin**    prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
- **Charles Rubio**    crubio@parkinslee.com, arobles@parkinslee.com;7485062420@filings.docketbird.com
- **Myrna Ruiz-Olmo**    mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com
- **Patrick Morgan Ryan**    smjordan@sorlinglaw.com
- **CARL JOSEPH SORANNO**    csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com
- **Kayvan B. Sadeghi**    ksadeghi@schiffhardin.com
- **Jonathan Saffer**    jsaffer@rllaz.com
- **Thomas James Salerno**    thomas.salerno@stinson.com, Karen.graves@stinson.com
- **Diane W. Sanders**    austin.bankruptcy@lgbs.com
- **Thomas J. Sansone**    tsansone@carmodylaw.com
- **Kristen Santillo**    ksantillo@gelbersantillo.com
- **Joseph E. Sarachek**    joe@sarackelawfirm.com, jon@sarackelawfirm.com
- **Robert M. Sasloff**    rms@robinsonbrog.com
- **Bruce M. Sattin**    bsattin@szaferman.com
- **Russell W. Savory**    russ@bsavory.com

- **Gilbert R. Saydah**    gsaydah@mmwr.com
- **Courtney A Schael**    cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
- **Michael L. Schein**    mschein@vedderprice.com,
  ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-
  3874@ecf.pacerpro.com
- **Robert K. Scheinbaum**    rscheinbaum@connellfoley.com
- **Aaron J. Scheinfield**    aaron@bk-lawyer.net
- **Brad Eric Scheler**    schelbr@ffhsj.com,
  ManagingAttorneysDepartment@friedfrank.com
- **Tara J Schellhorn**    tschellhorn@riker.com, jschwartz@riker.com
- **David M. Schlachter**    davids@lawdms.com
- **Frederick E. Schmidt**    eschmidt@cozen.com, frederick-schmidt-
  4035@ecf.pacerpro.com
- **Bradley Schneider**    bradley.schneider@mto.com
- **Lucas Schneider**    lucas.schneider@stinson.com, Sydney.varma@stinson.com
- **Edward L. Schnitzer**    eschnitzer@mmwr.com, edward-schnitzer-
  0033@ecf.pacerpro.com
- **Sarah M. Schrag**    sarah.schrag@dentons.com
- **Ray C Schrock**    ray.schrock@weil.com, matthew.goren@weil.com
- **Christopher P. Schueller**    christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com
- **H. Jeffrey Schwartz**    hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
- **Patrick S Scott**    Patrick.Scott@gray-robinson.com
- **Gary F Seitz**    gseitz@gsbblaw.com, gary.seitz@gmail.com
- **Michelle Marie Sekowski**    msekowski@herrick.com,
  courtnotices@herrick.com;lporetsky@herrick.com
- **Stephen B. Selbst**    sselbst@herrick.com,
  courtnotices@herrick.com;lporetsky@herrick.com
- **Richard M. Seltzer**    rseltzer@cwsny.com, ecf@cwsny.com
- **Joel Martin Shafferman**    jshafferman@swc-law.com
- **Pearl Shah**    pshah@mcgrailbensinger.com
- **Yaron Shaham**    yshaham@kahanafeld.com
- **Michael Abtin Shakouri**    mshakouri@goodkinlynch.com
- **Daniel Shamah**    dshamah@omm.com, daniel-shamah-9039@ecf.pacerpro.com
- **Ross G Shank**    rshank@kasowitz.com, courtnotices@kasowitz.com
- **Karen Sheehan**    ksheehan@flwlaw.com, jspiegelman@flwlaw.com
- **Mark Sherrill**    marksherrill@eversheds-sutherland.com
- **Joseph E. Shickich**    jshickich@foxrothschild.com
- **Bradley S. Shraiberg**    bss@slp.law,
  dwoodall@slp.law;ependergraft@slp.law;bshraibergecfmail@gmail.com
- **Michelle E. Shriro**    mshriro@singerlevick.com, scotton@singerlevick.com
- **Michael Steven Shuster**    mshuster@hsgllp.com,
  crodriguez@hsgllp.com;managingclerk@hsgllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com,
  beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.c
  om

LEGAL\48777072\2 88888.8888.888/807841.000

- **Leah Silverman**    lsilverman@opeaklp.com
- **Mark D. Silverschotz**    msilverschotz@andersonkill.com, bankruptcy-2628@ecf.pacerpro.com;dfraser@andersonkill.com;dflynn@andersonkill.com
- **Daniel M. Silvershein**    daniel@dmsilverlaw.com
- **Paul N. Silverstein**    paulsilverstein@andrewskurth.com
- **Kevin J. Simard**    ksimard@choate.com
- **Wendy M. Simkulak**    wmsimkulak@duanemorris.com
- **Jessica Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **Sunny Singh**    sunny.singh@weil.com,
Paloma.VanGroll@weil.com;Philip.DiDonato@weil.com
- **Peter B. Siroka**    peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com
- **Doug Skierski**    enotices@skijain.com
- **Daniel W. Sklar**    dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
- **Jennifer Slocum**    jennifer.slocum@stoel.com
- **Thomas R. Slome**    tslome@cullenanddykman.com, cmohan@cullenanddykman.com
- **Stanley M Slonaker**    Stan@SSlonaker.us
- **Patrick Slyne**    pkslyne@ssbny.com
- **Aaron C. Smith**    asmith@lockelord.com,
autodocket@lockelord.com;jcataldo@lockelord.com;jmedina@lockelord.com
- **Dustin Smith**    smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
- **James Hartmann Smith**    jsmith@mckoolsmith.com
- **Neal Smith**    nsmith@robbins-schwartz.com
- **Steven B Smith**    ssmith@herrick.com,
ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com
- **David R. Softness**    david@softnesslaw.com, mari@softnesslaw.com
- **Courtney Solomon**    csolomon@jha.com
- **Jay B Solomon**    JSolomon@bbgllp.com
- **Natasha M. Songonuga**    nsongonuga@gibbonslaw.com
- **Owen M. Sonik**    osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
- **James E. Sorenson**    bk@svllaw.com, jim@svllaw.com
- **Fredric Sosnick**    fsosnick@shearman.com, Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com
- **Sean C. Southard**    ssouthard@klestadt.com
- **Ronald A. Spinner**    spinner@millercanfield.com
- **Penny R. Stark**    pstarkesq@gmail.com
- **Joel A. Stein**    joelastein@dlec.com
- **Matthew Benjamin Stein**    mstein@kasowitz.com, courtnotices@kasowitz.com
- **Miriam R Stein**    mstein@chuhak.com
- **Rick Aaron Steinberg**    rsteinberg@pricemeese.com
- **Joseph L. Steinfeld**    jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;
bmcgrath@askllp.com;jchristian@askllp.com

- **John Mark Stern**    bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Richard A. Stieglitz**    RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
- **Todd Strassberg**    todd@strassbergpc.com
- **Sabrina L. Streusand**    streusand@slollp.com, prentice@slollp.com
- **Philip E. Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com
- **Enid Nagler Stuart**    enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
- **Jennifer Sucher**    jsucher@foxswibel.com
- **Kevin N Summers**    ksummers@dflaw.com
- **Matthew G. Summers**    summersm@ballardspahr.com
- **Vivek Suri**    info@viveksuri.com, lawyer@surilawoffice.com
- **Casey Cantrell Swartz**    cswartz@taftlaw.com
- **Stephanie R. Sweeney**    ssweeney@klestadt.com
- **Daniel R. Swetnam**    Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
- **Douglas T. Tabachnik**    dtabachnik@dttlaw.com, rdalba@dttlaw.com
- **Daniel H. Tabak**    dtabak@cohengresser.com, managingclerksoffice@cohengresser.com,autodocket@cohengresser.com
- **Derrick Talerico**    dtalerico@ztlegal.com, maraki@ztlegal.com;sfritz@ztlegal.com
- **Kesha L. Tanabe**    KESHA@TANABELAW.COM, lmiskowiec@askllp.com
- **Stanley B. Tarr**    tarr@blankrome.com
- **David R Taxin**    davidtaxin@dahannowick.com
- **Benjamin A. Taylor**    btaylor@jha.com
- **Claire Taylor**    claire.taylor@stokeslaw.com, aek@stokeslaw.com
- **Andrew Tenzer**    andrewtenzer@paulhastings.com
- **Brett S. Theisen**    btheisen@gibbonslaw.com
- **David L. Tillem**    tillemd@wemed.com
- **Linda M. Tirelli**    LTirelli@TirelliLawGroup.com, alopez@tw-lawgroup.com;mshowers@tw-lawgroup.com;notices@tw-lawgroup.com;ahendricks@tw-lawgroup.com
- **My Chi To**    mcto@debevoise.com
- **David G. Tobias**    dtobias@tobiaslawpc.com
- **Gordon J. Toering**    gtoering@wnj.com
- **Andrew M. Troop**    andrew.troop@pillsburylaw.com
- **Michael Tsang**    mtsang@tsanglawfirm.com
- **Mark Tsukerman**    mtsukerman@coleschotz.com, ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
- **Ronald M. Tucker**    rtucker@simon.com, bankruptcy@simon.com
- **Curtis Lee Tuggle**    curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
- **Andrew P. Tureaud**    atureaud@kblaw.com, atureaud@kblaw.com
- **Bethany Turke**    brt@wexlerwallace.com, ecf@wexlerwallace.com
- **Marshall C. Turner**    marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- **Marianna Udem**    mudem@askllp.com

- **Gary D. Underdahl**   gunderdahl@askllp.com,
  lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com
- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV
- **Veronique Urban**   vurban@farrellfritz.com
- **Seth Van Aalten**   svanaalten@coleschotz.com,
  ssallie@coleschotz.com;fpisano@coleschotz.com
- **James Christopher Vandermark**   vandermarkj@whiteandwilliams.com
- **Luiz Felipe Vargas dos Santos Correa de Oliveira**   loliveira@steinip.com
- **Javier Vilarino**   jvilarino@vilarinolaw.com, javier.vilarino@gmail.com
- **James J. Vincequerra**   James.Vincequerra@alston.com
- **Ilana Volkov**   ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com
- **Eli J. Vonnegut**   eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
- **Lauren Wagner**   lwagner@omm.com, lauren-m-wagner-6717@ecf.pacerpro.com
- **Kaitlin R. Walsh**   KRWalsh@mintz.com, docketing@mintz.com
- **David H. Wander**   dhw@dhclegal.com
- **Eric Waxman**   eric.waxman@cwt.com,
  Sarah.Roberts@cwt.com;Andrew.Greenberg@cwt.com
- **Andrew W. Weaver**   aweaver@cgsh.com, maofiling@cgsh.com
- **Adam J. Webb**   awebb@fbtlaw.com
- **Daniel J. Weiner**   dweiner@schaferandweiner.com
- **Jocelyn Weinstein**   jocelynweinstein@eversheds-sutherland.com
- **Michael Scott Weinstein**   mweinstein@golenbock.com,
  courtnotifications@golenbock.com
- **William P. Weintraub**   wweintraub@goodwinprocter.com,
  gfox@goodwinprocter.com
- **Robert A Weisberg**   rweisberg@carsonfischer.com, njudge@carsonfischer.com
- **Erica Weisgerber**   eweisgerber@debevoise.com, eweisgerber@debevoise.com;mao-
  bk-ecf@debevoise.com
- **Elizabeth Weller**   dallas.bankruptcy@publicans.com,
  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Erin West**   ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Stephanie Wickouski**   stephanie.wickouski@bclplaw.com,
  dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com
- **Carlton Wiggam**   carlton.wiggam@nebraska.gov
- **Larry Wilcher**   lwilcher@calfee.com
- **Courtney R Williams**   cwilliams@grosspolowy.com, ecfnotices@grosspolowy.com
- **Sean Patrick Williams**   swilliams@lplegal.com,
  ikropiewnicka@lplegal.com;ecaldwell@lplegal.com
- **Eric R.
  Wilson**   KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.c
  om
- **Garth D. Wilson**   wilson.garth@pbgc.gov, efile@pbgc.gov
- **Craig V Winslow**   craig@cvwlaw.com
- **Jeffrey C. Wisler**   jwisler@connollygallagher.com
- **Samuel C. Wisotzkey**   swisotzkey@kmksc.com, kmksc@kmksc.com
- **Norman C Witte**   ncwitte@wittelaw.com, mmallswede@wittelaw.com

- **Amy R. Wolf**    arwolf@wlrk.com, calert@wlrk.com
- **Ellen K. Wolf**    ewolf@wolfgroupla.com, kmanning@wolfgroupla.com
- **Craig A. Wolfe**    craig.wolfe@morganlewis.com
- **Owen Richard Wolfe**    owolfe@seyfarth.com
- **David Wolkenstein**    david.wolkenstein@fnf.com
- **Lee E. Woodard**    bkemail@harrisbeach.com, kgriffith@harrisbeach.com;efilings@harrisbeach.com
- **Melissa S. Woods**    mwoods@cwsny.com, ecf@cwsny.com
- **Derek L. Wright**    dlwright@foley.com
- **James Yan**    jsyan@msn.com
- **Thomas Yanega**    ty@devacklaw.com
- **Doron Yitzchaki**    dyitzchaki@dickinsonwright.com
- **Rafael X. Zahralddin**    rxza@elliottgreenleaf.com
- **Magdalena Zalewski**    mz@magdalenazalewski.com
- **Marc A. Zelina**    marc.zelina@lw.com
- **David M. Zensky**    dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com
- **Matthew C. Ziegler**    matthew.ziegler@morganlewis.com
- **David Brett Zolkin**    dzolkin@ztlegal.com, maraki@ztlegal.com;sfritz@ztlegal.com
- **Scott A. Zuber**    szuber@csglaw.com, ecf@csglaw.com
- **Evan J. Zucker**    ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
- **Richard L. Zucker**    rzucker@lasserhochman.com
- **Paul H. Zumbro**    pzumbro@cravath.com, mao@cravath.com

LEGAL\48777072\2 88888.8888.888/807841.000