WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                       :    **Chapter 11**
                                                                                :
**SEARS HOLDINGS CORPORATION**, *et al.*,       :    **Case No. 18-23538 (RDD)**
                                                                                :
Debtors.[1]                                                             :    **(Jointly Administered)**
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN OF THE DEBTORS' PENDING OBJECTIONS TO PROOFS OF CLAIM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 West 42nd St., 17th Floor, New York, NY 10036.

**PLEASE TAKE NOTICE** that pursuant to paragraph 7(vii) of the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"), the hearings to consider the following objections to proofs of claim and/or ballots, previously scheduled to be heard October 15, 2020 at 10:00 a.m. (Prevailing Eastern Time), **are hereby adjourned to November 18, 2020 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearings**"):

(i) *Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims)* (ECF No. 8451) with respect to the claims listed on **Exhibit 1**; and

(ii) *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)* (ECF No. 8452) with respect to the claims listed on **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the reply deadline for the Twenty-Second Omnibus Objection is extended until **November 11, 2020 at 4:00 p.m. (Prevailing Eastern Time)** solely for claimant DeSoto County, Mississippi.

      The Hearings may be rescheduled further by the Debtors on notice to the affected claimant(s) pursuant to the Claims Procedures Order.

Dated: October 12, 2020
      New York, New York

                                    */s/ Garrett A. Fail*
                                    Ray C. Schrock, P.C.
                                    Jacqueline Marcus
                                    Garrett A. Fail
                                    Sunny Singh
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

## Exhibit 1 – Adjourned Claims for Debtors' Twenty-First Omnibus Objection

| Ref # | Name of Claimant | Proof Claim No. | Ballot No. |
|---|---|---|---|
| 1 | Adams, Patricia | 9124 | 182353801043204 |
| 6 | Crickm Lafayette Trust | 19605 | 182353801018242 |
| 8 | Elm Creek Real Estate LLC | - | 182353801043434 |
| 20 | Oxo International, Ltd. | 9824 | 182353801019683 |
| 20 | Oxo International, Ltd. | 10026 | 182353801019683 |
| 20 | Oxo International, Ltd. | 13706 | 182353801019683 |
| 20 | Oxo International, Ltd. | 13728 | 182353801019683 |
| 20 | Oxo International, Ltd. | 13835 | 182353801019683 |
| 27 | Shaghal, Ltd. | 7035 | 182353801043366 |

**Exhibit 2 – Adjourned Claims for Debtors' Twenty-Second Omnibus Objection**

| Ref # | Name of Claimant | Proof Claim No. |
|---|---|---|
| 1 | Clermont County Treasurer | 20187 |
| 3 | DeSoto County, Mississippi | 19770 |
| 51 | Collin County Tax Assessor/Collector | 8926 |
| 52 | Collin County Tax Assessor/Collector | 8989 |
| 53 | Collin County Tax Assessor/Collector | 8936 |
| 54 | Collin County Tax Assessor/Collector | 8985 |
| 55 | Collin County Tax Assessor/Collector | 8985 |