# EXHIBIT B



----- Message from Sears Ballot Invoices <searsballotinvoices@miiipartners.com> on Sun, 1 Dec 2019 16:12:00 +0000 -----

**To:** "Weyand, Robin" <Robin.Weyand@sbdinc.com>

**Subject:** Sears Administrative Expense Consent Program

**// External Email, Please Be Safe //**

RE: Sears Administrative Expense Consent Program Ballot ID 182353801041000: Waterloo Industries Inc.,

Hello,

You are receiving this email because you checked the "Opt-In" box on a Sears Administrative Expense Consent Program Ballot.

M-III Partners is the Restructuring Professional for Sears, Kmart and their affiliates, reconciling the Administrative Expense Consent Program Ballots. For your reference, a copy of the court order approving M-III's retention can be found at the link below:

[Docket 814] M-III Retention Order

To facilitate the reconciliation of the amounts you have claimed, we request that you please provide supporting information in **Excel as soon as possible** for the amount that was submitted on your

Administrative Expense Consent Program Ballot.

**Please reply with your Ballot ID number and Creditor name.**

Include the following fields at a minimum (if applicable):

1. DUNS (unique identifier(s) with Sears, Kmart and their affiliates)

2. DBA name(s) (Doing Business As, if there is another name your company goes by)

3. Invoice Number

4. Purchase Order Number (if applicable)

5. Invoice Date

6. Dates of Service the Invoice Covers (if applicable)

7. Invoice Amount

8. Property Tax Notice (if applicable)

9. 503(b)(9) "Y" or "N": (mark "Y" next to any invoices you believe are entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code)

10. Administrative "Y" or "N" (Post-petition/Post-Bankruptcy): (mark "Y" next to any invoices you believe are post-petition/post-bankruptcy administrative invoices)

11. Indicate whether you have previously filed a proof of claim for any amounts claimed in your Administrative Expense Consent Program Ballot.

12. Indicate whether you have previously filed a motion seeking payment for any amounts claimed in your Administrative Expense Consent Program Ballot.

13. List of payments received from Sears and its affiliates **90 days prior to the bankruptcy filing** on October 15, 2018 (for the period of July 15, 2018 through October 14, 2018)

14. Other info that may be relevant to reconcile the ballot amount submitted

Best regards,

Chris Casamassima
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
searsballotinvoices@miiipartners.com
(o): 212-804-9742

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the**

message.

----- Message from Sears Ballot Invoices <searsballotinvoices@miiipartners.com> on Sun, 1 Dec 2019 16:11:40 +0000 -----

**To:** "Weyand, Robin" <Robin.Weyand@sbdinc.com>

**Subject:** Sears Administrative Expense Consent Program

**// External Email, Please Be Safe //**

RE: Sears Administrative Expense Consent Program Ballot ID 182353801039842: Black & Decker Macao Commercial Offshore Ltd.,

Hello,

You are receiving this email because you checked the "Opt-In" box on a Sears Administrative Expense Consent Program Ballot.

M-III Partners is the Restructuring Professional for Sears, Kmart and their affiliates, reconciling the Administrative Expense Consent Program Ballots. For your reference, a copy of the court order approving M-III's retention can be found at the link below:

[Docket 814]_M-III_Retention_Order

To facilitate the reconciliation of the amounts you have claimed, we request that you please provide supporting information in **Excel as soon as possible** for the amount that was submitted on your Administrative Expense Consent Program Ballot.

**Please reply with your Ballot ID number and Creditor name.**

Include the following fields at a minimum (if applicable):

1. DUNS (unique identifier(s) with Sears, Kmart and their affiliates)

2. DBA name(s) (Doing Business As, if there is another name your company goes by)

3. Invoice Number

4. Purchase Order Number (if applicable)

5. Invoice Date

6. Dates of Service the Invoice Covers (if applicable)

7. Invoice Amount

8. Property Tax Notice (if applicable)

9. 503(b)(9) "Y" or "N": (mark "Y" next to any invoices you believe are entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code)

10. Administrative "Y" or "N" (Post-petition/Post-Bankruptcy): (mark "Y" next to any invoices

you believe are post-petition/post-bankruptcy administrative invoices)

11.  Indicate whether you have previously filed a proof of claim for any amounts claimed in your Administrative Expense Consent Program Ballot.

12.  Indicate whether you have previously filed a motion seeking payment for any amounts claimed in your Administrative Expense Consent Program Ballot.

13.  List of payments received from Sears and its affiliates **90 days prior to the bankruptcy filing** on October 15, 2018 (for the period of July 15, 2018 through October 14, 2018)

14.  Other info that may be relevant to reconcile the ballot amount submitted

Best regards,

Chris Casamassima
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
searsballotinvoices@miiipartners.com
(o): 212-804-9742

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

----- Message from Sears Ballot Invoices <searsballotinvoices@miiipartners.com> on Sun, 1 Dec 2019 16:11:39 +0000 -----

To: "Weyand, Robin" <Robin.Weyand@sbdinc.com>
Subject: Sears Administrative Expense Consent Program

**// External Email, Please Be Safe //**
RE: Sears Administrative Expense Consent Program Ballot ID 182353801039986: Black & Decker (U.S.) Inc.,

Hello,

You are receiving this email because you checked the "Opt-In" box on a Sears Administrative Expense Consent Program Ballot.

M-III Partners is the Restructuring Professional for Sears, Kmart and their affiliates, reconciling the Administrative Expense Consent Program Ballots.  For your reference, a copy of the court order approving M-III's retention can be found at the link below:
[Docket 814]_M-III_Retention_Order

To facilitate the reconciliation of the amounts you have claimed, we request that you please provide supporting information in **Excel as soon as possible** for the amount that was submitted on your Administrative Expense Consent Program Ballot.

**Please reply with your Ballot ID number and Creditor name.**

Include the following fields at a minimum (if applicable):

1. DUNS (unique identifier(s) with Sears, Kmart and their affiliates)

2. DBA name(s) (Doing Business As, if there is another name your company goes by)

3. Invoice Number

4. Purchase Order Number (if applicable)

5. Invoice Date

6. Dates of Service the Invoice Covers (if applicable)

7. Invoice Amount

8. Property Tax Notice (if applicable)

9. 503(b)(9) "Y" or "N": (mark "Y" next to any invoices you believe are entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code)

10. Administrative "Y" or "N" (Post-petition/Post-Bankruptcy): (mark "Y" next to any invoices you believe are post-petition/post-bankruptcy administrative invoices)

11. Indicate whether you have previously filed a proof of claim for any amounts claimed in your Administrative Expense Consent Program Ballot.

12. Indicate whether you have previously filed a motion seeking payment for any amounts claimed in your Administrative Expense Consent Program Ballot.

13. List of payments received from Sears and its affiliates **90 days prior to the bankruptcy filing** on October 15, 2018 (for the period of July 15, 2018 through October 14, 2018)

14. Other info that may be relevant to reconcile the ballot amount submitted

Best regards,

Chris Casamassima
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
searsballotinvoices@miiipartners.com
(o): 212-804-9742

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**