# EXHIBIT D

## Salah M. Hawkins

| | |
|---|---|
| **From:** | Rosella, Michael <michael.rosella@katten.com> |
| **Sent:** | Friday, October 2, 2020 2:16 PM |
| **To:** | Paul Zumbro; Salah M. Hawkins |
| **Cc:** | Banich, Terence G.; Lawrence, Carl M.; Sears Info |
| **Subject:** | Sears - Stanley Black & Decker |
| **Attachments:** | Waterloo Industries Inc.pdf |

External (michael.rosella@katten.com)

Report This Email    FAQ

Paul,

As you know, Katten is special avoidance counsel to the Debtors in the Sears Holdings Corporation, *et al*. chapter 11 cases. I am reaching out to inform you that we will be commencing an avoidance action against your clients Black & Decker (U.S.) Inc., Black & Decker Macao, and Waterloo Industries Inc. on or before October 15, 2020.

Attached for your reference is a copy of the demand letter sent to Waterloo Industries on September 9, 2020.

Please let us know if you have any questions.  Thank you very much.

**Michael Rosella**
Associate

**Katten**

Katten Muchin Rosenman LLP
575 Madison Avenue | New York, NY 10022-2585
direct +1.212.940.6625 mobile +1.973.897.9218
michael.rosella@katten.com | katten.com

```
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================
```