| Defendant: | A iPower Corporation | | | | | | |
|---|---|---|---|---|---|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $321,289.29 | 7/24/18 | Prepayment | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 273759213 | 8/12/18 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 292249989 | 8/15/18 | $268,491.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 292249990 | 8/15/18 | $268,491.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 292249991 | 8/15/18 | $105,596.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 274467864 | 8/18/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 274551030 | 8/19/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 274577826 | 8/19/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 274745250 | 8/21/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 274754841 | 8/21/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275160291 | 8/23/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275137482 | 8/23/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275165106 | 8/24/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275331456 | 8/25/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275347818 | 8/25/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275350095 | 8/25/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275281584 | 8/25/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275538168 | 8/27/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275780064 | 8/29/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275800710 | 8/29/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275804658 | 8/29/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275805528 | 8/29/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $325,105.29 | 9/4/18 | 275857812 | 8/30/18 | $180.00 |

Totals:    2 transfer(s),    $646,394.58