| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | | **AAdvantage North American Inc.** | | | | | |
| Bankruptcy Case: | | **Sears Holding Corporation, et al.** | | | | | |
| Preference Period: | | **Jul 17, 2018 - Oct 15, 2018** | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318810016 | 6/23/18 | $2,602.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $2,498.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $1,680.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $874.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318810016 | 6/23/18 | $780.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 17353 | 6/23/18 | $730.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318810016 | 6/23/18 | $650.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 17353 | 6/23/18 | $500.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 17354 | 6/23/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $183.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $111.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318810016 | 6/23/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980333 | $11,001.17 | 7/18/18 | 62318807516 | 6/23/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17133 | 4/17/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17325 | 6/16/18 | $980.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17350 | 6/16/18 | $426.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17326 | 6/16/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17325 | 6/16/18 | $198.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17352 | 6/23/18 | $804.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018810016 | 6/30/18 | $2,667.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018807516 | 6/30/18 | $2,105.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17376 | 6/30/18 | $1,189.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018810016 | 6/30/18 | $845.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17378 | 6/30/18 | $555.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018807516 | 6/30/18 | $539.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018807516 | 6/30/18 | $306.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018807516 | 6/30/18 | $233.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17377 | 6/30/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018810016 | 6/30/18 | $175.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018810016 | 6/30/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 17376 | 6/30/18 | $83.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018810016 | 6/30/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018807516 | 6/30/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | 63018807516 | 6/30/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983615 | $5,577.69 | 7/25/18 | KM161589 | 7/3/18 | -$6,450.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984435 | $304.30 | 7/26/18 | 17229 | 5/19/18 | $304.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718810016 | 7/7/18 | $2,798.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $1,530.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718810016 | 7/7/18 | $1,366.47 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $1,202.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $428.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $417.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718810016 | 7/7/18 | $195.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718810016 | 7/7/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718810016 | 7/7/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 70718807516 | 7/7/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 17403 | 7/8/18 | $886.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 17403 | 7/8/18 | $260.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 17404 | 7/8/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987082 | $9,356.03 | 8/1/18 | 17229KW | 7/20/18 | -$304.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989064 | $2,139.98 | 8/8/18 | 17300 | 6/9/18 | $1,428.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989064 | $2,139.98 | 8/8/18 | 17300 | 6/9/18 | $511.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989064 | $2,139.98 | 8/8/18 | 17301 | 6/9/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418810016 | 7/14/18 | $3,223.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $2,927.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $2,222.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418810016 | 7/14/18 | $1,561.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $957.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $244.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418810016 | 7/14/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 71418807516 | 7/14/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 17427 | 7/15/18 | $1,595.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 17427 | 7/15/18 | $876.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990571 | $14,180.25 | 8/10/18 | 17428 | 7/15/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118810016 | 7/21/18 | $2,602.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $2,509.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $1,886.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 17451 | 7/21/18 | $1,251.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $1,158.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118810016 | 7/21/18 | $910.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $601.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 17451 | 7/21/18 | $479.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $267.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118810016 | 7/21/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118810016 | 7/21/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $111.41 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118810016 | 7/21/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118810016 | 7/21/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994260 | $12,292.57 | 8/17/18 | 72118807516 | 7/21/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818807516 | 7/28/18 | $2,325.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818810016 | 7/28/18 | $1,832.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818807516 | 7/28/18 | $1,213.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818810016 | 7/28/18 | $1,046.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 17472 | 7/28/18 | $959.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818807516 | 7/28/18 | $834.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818807516 | 7/28/18 | $773.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818810016 | 7/28/18 | $327.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 17473 | 7/28/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 17472 | 7/28/18 | $114.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818810016 | 7/28/18 | $65.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818807516 | 7/28/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818807516 | 7/28/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998210 | $9,861.01 | 8/28/18 | 72818810016 | 7/28/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118810016 | 8/11/18 | $2,928.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $2,377.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $2,203.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 17519 | 8/11/18 | $1,168.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 17519 | 8/11/18 | $876.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 17521 | 8/11/18 | $803.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118810016 | 8/11/18 | $715.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118810016 | 8/11/18 | $650.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $428.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $267.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 17520 | 8/11/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $183.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118810016 | 8/11/18 | $175.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118810016 | 8/11/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005102 | $13,354.19 | 8/28/18 | 81118807516 | 8/11/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000982 | $803.79 | 9/3/18 | 17453 | 7/21/18 | $803.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 17452 | 7/16/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418810016 | 8/4/18 | $2,993.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $2,460.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $1,886.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418810016 | 8/4/18 | $715.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $590.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $244.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418810016 | 8/4/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418810016 | 8/4/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $122.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $111.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 80418807516 | 8/4/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 17496 | 8/5/18 | $1,303.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 17497 | 8/5/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001655 | $11,296.22 | 9/4/18 | 17496 | 8/5/18 | $146.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $2,993.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818807516 | 8/18/18 | $2,621.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818807516 | 8/18/18 | $2,155.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818807516 | 8/18/18 | $1,074.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 17544 | 8/18/18 | $907.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 58778 | 8/18/18 | $899.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 17546 | 8/18/18 | $803.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818807516 | 8/18/18 | $751.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $715.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $350.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 17544 | 8/18/18 | $229.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 58778 | 8/18/18 | $201.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 17545 | 8/18/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818810016 | 8/18/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 58778 | 8/18/18 | $64.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818807516 | 8/18/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 81818807516 | 8/18/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008661 | $14,434.62 | 9/4/18 | 58778 | 8/18/18 | $18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 17229BD | 5/19/18 | $608.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518807516 | 8/25/18 | $2,754.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518810016 | 8/25/18 | $2,637.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518807516 | 8/25/18 | $1,936.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 17569 | 8/25/18 | $1,230.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518810016 | 8/25/18 | $585.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518807516 | 8/25/18 | $528.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518807516 | 8/25/18 | $356.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 17569 | 8/25/18 | $344.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518810016 | 8/25/18 | $260.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 17570 | 8/25/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518810016 | 8/25/18 | $195.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012685 | $11,699.93 | 9/11/18 | 82518807516 | 8/25/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $908.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $137.70 |

AAdvantage North American Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $82.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $73.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $45.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014030 | $1,276.02 | 9/13/18 | 58901 | 8/25/18 | $9.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $3,058.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118807516 | 9/1/18 | $2,559.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118807516 | 9/1/18 | $1,814.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $1,301.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118807516 | 9/1/18 | $1,035.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $761.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $390.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $247.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118807516 | 9/1/18 | $183.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118807516 | 9/1/18 | $111.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $91.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118810016 | 9/1/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 90118807516 | 9/1/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $55.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $55.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $9.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016064 | $12,108.36 | 9/18/18 | 58902 | 9/1/18 | $9.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818810016 | 9/8/18 | $2,732.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $2,688.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $2,682.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 17621 | 9/8/18 | $1,731.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818810016 | 9/8/18 | $650.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 58903 | 9/8/18 | $633.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $306.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 58903 | 9/8/18 | $229.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 17621 | 9/8/18 | $219.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 17622 | 9/8/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818810016 | 9/8/18 | $175.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $111.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 90818807516 | 9/8/18 | $61.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 58903 | 9/8/18 | $9.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019539 | $12,562.18 | 9/25/18 | 58903 | 9/8/18 | $9.18 |

AAdvantage North American Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022340 | $1,003.79 | 10/1/18 | 17599 | 9/1/18 | $803.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022340 | $1,003.79 | 10/1/18 | 17598 | 9/1/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $3,078.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $2,472.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $1,812.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 17643 | 9/15/18 | $1,314.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $1,171.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $752.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $481.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $348.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 17643 | 9/15/18 | $229.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 17644 | 9/15/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $173.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $130.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $111.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $111.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $82.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518810016 | 9/15/18 | $65.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $61.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $61.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $61.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 91518807516 | 9/15/18 | $61.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $36.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $36.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023101 | $13,208.24 | 10/2/18 | 58990 | 9/15/18 | $9.18 |

Totals:    18 transfer(s),  $156,460.34