**Defendant:** Advanced Integrated Services, Inc., Dba Advanced Integrated Services
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982963 | $3,098.88 | 7/24/18 | 1805041 | 5/10/18 | $1,446.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982963 | $3,098.88 | 7/24/18 | 1805045 | 5/10/18 | $925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982963 | $3,098.88 | 7/24/18 | 1805047 | 5/10/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982963 | $3,098.88 | 7/24/18 | 1805052 | 5/10/18 | $327.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984452 | $5,807.53 | 7/26/18 | 1805056 | 5/14/18 | $2,159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984452 | $5,807.53 | 7/26/18 | 1805054 | 5/14/18 | $1,533.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984452 | $5,807.53 | 7/26/18 | 1805058 | 5/14/18 | $898.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984452 | $5,807.53 | 7/26/18 | 1805072 | 5/14/18 | $705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984452 | $5,807.53 | 7/26/18 | 1805063 | 5/14/18 | $512.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985036 | $1,272.80 | 7/27/18 | 1805078 | 5/15/18 | $1,272.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989072 | $6,250.00 | 8/8/18 | 1805079 | 5/23/18 | $2,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989072 | $6,250.00 | 8/8/18 | 1805080 | 5/23/18 | $1,896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989072 | $6,250.00 | 8/8/18 | 1805082 | 5/23/18 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989072 | $6,250.00 | 8/8/18 | 1805083 | 5/23/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989072 | $6,250.00 | 8/8/18 | 1805089 | 5/23/18 | $332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993435 | $5,329.00 | 8/16/18 | 1805100 | 5/31/18 | $2,708.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993435 | $5,329.00 | 8/16/18 | 1805101 | 5/31/18 | $1,111.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993435 | $5,329.00 | 8/16/18 | 1805145 | 5/31/18 | $642.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993435 | $5,329.00 | 8/16/18 | 1805103 | 5/31/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993435 | $5,329.00 | 8/16/18 | 1805113 | 5/31/18 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993435 | $5,329.00 | 8/16/18 | 1805108 | 5/31/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806011 | 6/1/18 | $304.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806008 | 6/1/18 | $270.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806002 | 6/1/18 | $218.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806005 | 6/1/18 | $166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806001 | 6/1/18 | $166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806007 | 6/1/18 | $166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806004 | 6/1/18 | $166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806003 | 6/1/18 | $166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806010 | 6/1/18 | $166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806006 | 6/1/18 | $83.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994273 | $1,960.43 | 8/17/18 | 1806009 | 6/1/18 | $83.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999525 | $3,651.00 | 8/30/18 | 1806050 | 6/12/18 | $1,783.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999525 | $3,651.00 | 8/30/18 | 1806032 | 6/12/18 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999525 | $3,651.00 | 8/30/18 | 1806043 | 6/12/18 | $693.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999525 | $3,651.00 | 8/30/18 | 1806053 | 6/12/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806066 | 6/21/18 | $7,601.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806063 | 6/21/18 | $5,939.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806062 | 6/21/18 | $1,841.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806077 | 6/21/18 | $1,802.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806069 | 6/21/18 | $1,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806064 | 6/21/18 | $867.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806080 | 6/21/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806086 | 6/21/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806081 | 6/21/18 | $448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806089 | 6/21/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004441 | $21,273.00 | 9/10/18 | 1806078 | 6/21/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005111 | $400.00 | 9/11/18 | 1805060 | 5/14/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007926 | $2,007.00 | 9/17/18 | 1806117 | 6/28/18 | $608.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007926 | $2,007.00 | 9/17/18 | 1806110 | 6/28/18 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007926 | $2,007.00 | 9/17/18 | 1806118 | 6/28/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007926 | $2,007.00 | 9/17/18 | 1806107 | 6/28/18 | $379.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008676 | $642.00 | 9/18/18 | 1806141 | 6/29/18 | $642.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011938 | $2,713.00 | 9/24/18 | 1807018 | 7/5/18 | $2,113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011938 | $2,713.00 | 9/24/18 | 1807025 | 7/5/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011938 | $2,713.00 | 9/24/18 | 1807024 | 7/5/18 | $300.00 |

Totals:     12 transfer(s),  $54,404.64