Defendant: **Benner Mechanical And Electrical Inc., Dba Benner Mechanical & Electrical**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984585 | $267.50 | 7/26/18 | 71540 | 5/11/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991488 | $4,317.90 | 8/13/18 | 72312 | 5/25/18 | $779.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991488 | $4,317.90 | 8/13/18 | 72310 | 5/25/18 | $465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991488 | $4,317.90 | 8/13/18 | 72204 | 5/25/18 | $356.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991488 | $4,317.90 | 8/13/18 | 72830 | 5/31/18 | $1,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991488 | $4,317.90 | 8/13/18 | 72542 | 5/31/18 | $1,118.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991488 | $4,317.90 | 8/13/18 | 72765 | 5/31/18 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999098 | $1,778.45 | 8/29/18 | 73228 | 6/8/18 | $1,465.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999098 | $1,778.45 | 8/29/18 | 73171 | 6/8/18 | $178.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999098 | $1,778.45 | 8/29/18 | 73210 | 6/8/18 | $134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002606 | $1,916.00 | 9/5/18 | 73639 | 6/15/18 | $1,916.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005992 | $7,605.03 | 9/12/18 | 74044 | 6/22/18 | $6,299.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005992 | $7,605.03 | 9/12/18 | 74056 | 6/22/18 | $727.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005992 | $7,605.03 | 9/12/18 | 76161 | 7/27/18 | $577.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 74962 | 6/30/18 | $4,816.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 74377 | 6/30/18 | $2,633.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 74555 | 6/30/18 | $1,517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 75113 | 6/30/18 | $1,350.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 75127 | 6/30/18 | $804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 74444 | 6/30/18 | $551.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 75154 | 6/30/18 | $382.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 75161 | 6/30/18 | $275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009772 | $12,604.56 | 9/19/18 | 75141 | 6/30/18 | $275.00 |

Totals:    6 transfer(s),   $28,489.44