Defendant: **Builder's Best, Inc., Dba Builders Best**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000256263 | 6/13/18 | $264.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000256265 | 6/13/18 | $264.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000256264 | 6/13/18 | $175.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000256262 | 6/13/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000256261 | 6/13/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000479005 | 7/11/18 | -$3.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000478969 | 7/11/18 | -$11.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000482871 | 7/12/18 | -$1.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90325 | $1,004.50 | 7/18/18 | 0000481780 | 7/12/18 | -$10.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92036 | $17,736.04 | 7/20/18 | 0000255988 | 6/15/18 | $8,746.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92036 | $17,736.04 | 7/20/18 | 0000255989 | 6/15/18 | $8,097.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92036 | $17,736.04 | 7/20/18 | 0000255830 | 6/15/18 | $905.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92036 | $17,736.04 | 7/20/18 | 0000484712 | 7/16/18 | -$1.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92036 | $17,736.04 | 7/20/18 | 0000485967 | 7/16/18 | -$11.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93838 | $8,094.53 | 7/24/18 | 0000255990 | 6/19/18 | $5,847.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93838 | $8,094.53 | 7/24/18 | 0000255834 | 6/19/18 | $2,250.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93838 | $8,094.53 | 7/24/18 | 0000487466 | 7/19/18 | -$3.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96132 | $28,498.93 | 7/27/18 | 0000256260 | 6/22/18 | $12,110.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96132 | $28,498.93 | 7/27/18 | 0000256257 | 6/22/18 | $10,556.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96132 | $28,498.93 | 7/27/18 | 0000256181 | 6/22/18 | $3,155.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96132 | $28,498.93 | 7/27/18 | 0000256175 | 6/22/18 | $2,691.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96132 | $28,498.93 | 7/27/18 | 0000488514 | 7/23/18 | -$6.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96132 | $28,498.93 | 7/27/18 | 0000488489 | 7/23/18 | -$8.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96718 | $22,450.92 | 7/30/18 | 0000256258 | 6/25/18 | $20,207.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96718 | $22,450.92 | 7/30/18 | 0000256179 | 6/25/18 | $2,250.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96718 | $22,450.92 | 7/30/18 | 0000491706 | 7/25/18 | -$7.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00076 | $15,346.04 | 8/3/18 | 0000737631 | 2/12/18 | $3,468.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00076 | $15,346.04 | 8/3/18 | 0000256180 | 6/29/18 | $6,519.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00076 | $15,346.04 | 8/3/18 | 0000256259 | 6/29/18 | $5,382.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00076 | $15,346.04 | 8/3/18 | 0000492860 | 7/30/18 | -$5.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00076 | $15,346.04 | 8/3/18 | 0000493125 | 7/30/18 | -$7.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00076 | $15,346.04 | 8/3/18 | 0000493585 | 7/30/18 | -$11.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00643 | $19,556.22 | 8/6/18 | 0000256256 | 7/2/18 | $14,825.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00643 | $19,556.22 | 8/6/18 | 0000256176 | 7/2/18 | $4,733.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00643 | $19,556.22 | 8/6/18 | 0000494220 | 8/1/18 | -$3.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03176 | $11,021.22 | 8/9/18 | 0000256443 | 7/5/18 | $8,097.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03176 | $11,021.22 | 8/9/18 | 0000256573 | 7/5/18 | $2,923.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000497011 | 8/7/18 | -$5.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000497453 | 8/8/18 | -$7.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000498810 | 8/8/18 | -$7.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000501598 | 8/9/18 | -$0.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000500693 | 8/9/18 | -$5.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000501946 | 8/9/18 | -$6.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000499188 | 8/9/18 | -$12.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05647 | $336.43 | 8/14/18 | 0000009027 | 8/10/18 | $381.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06312 | $3,407.25 | 8/15/18 | 0000256567 | 7/11/18 | $1,345.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06312 | $3,407.25 | 8/15/18 | 0000257636 | 7/11/18 | $1,067.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06312 | $3,407.25 | 8/15/18 | 0000256569 | 7/11/18 | $672.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06312 | $3,407.25 | 8/15/18 | 0000257503 | 7/11/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06312 | $3,407.25 | 8/15/18 | 0000257504 | 7/11/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06312 | $3,407.25 | 8/15/18 | 0000501948 | 8/10/18 | -$6.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07156 | $502.16 | 8/16/18 | 0000257506 | 7/12/18 | $339.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07156 | $502.16 | 8/16/18 | 0000257507 | 7/12/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07156 | $502.16 | 8/16/18 | 0000502249 | 8/13/18 | -$1.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07906 | $12,543.18 | 8/17/18 | 0000256568 | 7/13/18 | $6,311.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07906 | $12,543.18 | 8/17/18 | 0000256439 | 7/13/18 | $3,363.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07906 | $12,543.18 | 8/17/18 | 0000257505 | 7/13/18 | $1,805.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07906 | $12,543.18 | 8/17/18 | 0000257637 | 7/13/18 | $1,067.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07906 | $12,543.18 | 8/17/18 | 0000507921 | 8/14/18 | -$1.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07906 | $12,543.18 | 8/17/18 | 0000507691 | 8/14/18 | -$3.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08484 | $13,492.85 | 8/20/18 | 0000256440 | 7/16/18 | $11,926.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08484 | $13,492.85 | 8/20/18 | 0000256570 | 7/16/18 | $1,577.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08484 | $13,492.85 | 8/20/18 | 0000508811 | 8/15/18 | -$11.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09660 | $1,810.25 | 8/21/18 | 0000256571 | 7/17/18 | $1,810.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10352 | $503.42 | 8/22/18 | 0000257759 | 7/18/18 | $175.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10352 | $503.42 | 8/22/18 | 0000257760 | 7/18/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10352 | $503.42 | 8/22/18 | 0000257758 | 7/18/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000256888 | 7/23/18 | $2,715.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000256885 | 7/23/18 | $2,018.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000256442 | 7/23/18 | $1,810.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000256882 | 7/23/18 | $1,810.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000256572 | 7/23/18 | $905.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000514659 | 8/22/18 | -$3.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12522 | $9,250.54 | 8/27/18 | 0000513223 | 8/22/18 | -$5.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13695 | $4,036.75 | 8/28/18 | 0000256884 | 7/24/18 | $4,036.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14426 | $4,252.08 | 8/29/18 | 0000258263 | 7/25/18 | $1,417.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14426 | $4,252.08 | 8/29/18 | 0000258262 | 7/25/18 | $1,242.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14426 | $4,252.08 | 8/29/18 | 0000258260 | 7/25/18 | $1,242.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14426 | $4,252.08 | 8/29/18 | 0000258261 | 7/25/18 | $350.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16479 | $16,412.89 | 9/4/18 | 0000257838 | 7/30/18 | $8,746.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16479 | $16,412.89 | 9/4/18 | 0000256883 | 7/30/18 | $3,620.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16479 | $16,412.89 | 9/4/18 | 0000256733 | 7/31/18 | $2,715.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16479 | $16,412.89 | 9/4/18 | 0000256887 | 7/31/18 | $1,345.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16479 | $16,412.89 | 9/4/18 | 0000517224 | 8/28/18 | -$13.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16479 | $16,412.89 | 9/4/18 | 0000519581 | 8/29/18 | -$1.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258491 | 8/1/18 | $350.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258492 | 8/1/18 | $175.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258490 | 8/1/18 | $175.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258414 | 8/1/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258413 | 8/1/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258417 | 8/1/18 | $164.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000258415 | 8/1/18 | $99.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000520361 | 8/30/18 | -$2.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17711 | $1,275.74 | 9/5/18 | 0000520428 | 8/30/18 | -$14.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000256889 | 8/6/18 | $7,865.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000256881 | 8/6/18 | $6,727.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000256886 | 8/6/18 | $5,847.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000256732 | 8/6/18 | $2,715.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000256731 | 8/6/18 | $2,250.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000256734 | 8/6/18 | $2,018.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19505 | $27,409.89 | 9/10/18 | 0000521155 | 9/5/18 | -$14.88 |

Totals:     21 transfer(s),  $218,941.83

Builder's Best, Inc., Dba Builders Best
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020

Exhibit A