| Defendant: | **Community Newspaper Company, Dba Community Newspaper** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083789 | $11,447.70 | 8/3/18 | 418100024071 | 5/1/18 | $11,162.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083789 | $11,447.70 | 8/3/18 | 518100024071 | 5/1/18 | $285.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086868 | $9,666.77 | 9/26/18 | 518100024071 | 6/1/18 | $8,113.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086868 | $9,666.77 | 9/26/18 | 618100024071 | 6/1/18 | $215.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086868 | $9,666.77 | 9/26/18 | 618100024071 | 7/2/18 | $1,337.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087222 | $11,342.58 | 10/10/18 | 618100024071 | 6/1/18 | $3,425.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087222 | $11,342.58 | 10/10/18 | 618100024071 | 7/2/18 | $7,244.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087222 | $11,342.58 | 10/10/18 | 718100024071 | 7/2/18 | $672.53 |

Totals:    3 transfer(s),  $32,457.05