Defendant: **Cypress Media, LLC, Dba The Kansas City Star**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989419 | $33,459.85 | 8/8/18 | 218592973 | 3/2/18 | $11,946.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989419 | $33,459.85 | 8/8/18 | 318592973 | 3/2/18 | $186.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989419 | $33,459.85 | 8/8/18 | 318592973 | 4/2/18 | $4,914.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989419 | $33,459.85 | 8/8/18 | 418592973 | 5/1/18 | $13,354.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989419 | $33,459.85 | 8/8/18 | 518592973 | 5/1/18 | $3,056.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997184 | $7,418.85 | 8/22/18 | 618592973 | 6/1/18 | $7,418.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004022 | $15,228.22 | 9/7/18 | 518592973 | 6/1/18 | $14,566.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004022 | $15,228.22 | 9/7/18 | 618592973 | 6/1/18 | $661.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011630 | $6,284.86 | 9/21/18 | 618592973 | 7/2/18 | $5,521.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011630 | $6,284.86 | 9/21/18 | 718592973 | 7/2/18 | $762.92 |

Totals:    4 transfer(s),  $62,391.78