| | | |
|---|---|---|
| Defendant: | **Dunlop Sports Group Americas Inc, Dba Dunlop Sports Group Americas** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082496 | $2,867.38 | 7/18/18 | 60236072 | 4/9/18 | $1,287.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082496 | $2,867.38 | 7/18/18 | 60239788 | 4/13/18 | $249.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082496 | $2,867.38 | 7/18/18 | 60241702 | 4/26/18 | $943.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082496 | $2,867.38 | 7/18/18 | 60241708 | 4/26/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082496 | $2,867.38 | 7/18/18 | 60241701 | 4/26/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083064 | $721.34 | 7/24/18 | 60231705 | 4/26/18 | $296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083064 | $721.34 | 7/24/18 | 60241704 | 4/26/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083064 | $721.34 | 7/24/18 | 60247914 | 5/8/18 | $168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083064 | $721.34 | 7/24/18 | 8361AD070118AB4 | 6/29/18 | -$10.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5374754 | 5/3/18 | $224.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5374756 | 5/3/18 | $224.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5374750 | 5/3/18 | $76.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5375774 | 5/4/18 | $790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5375772 | 5/4/18 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5375773 | 5/4/18 | $294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5375771 | 5/4/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5375775 | 5/4/18 | $64.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60249107 | 5/8/18 | $1,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60245078 | 5/8/18 | $1,211.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60245075 | 5/8/18 | $847.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60245076 | 5/8/18 | $751.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 5377741 | 5/8/18 | $726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60245074 | 5/8/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60245256 | 5/8/18 | $480.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60249091 | 5/8/18 | $294.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60245254 | 5/8/18 | $232.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60249102 | 5/8/18 | $201.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 60249101 | 5/8/18 | $124.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | 8361AD070818AB2 | 7/6/18 | -$39.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | MA18188711097 | 7/7/18 | -$686.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083448 | $8,285.76 | 8/6/18 | VPASN993116720 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60249108 | 5/8/18 | $946.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60245257 | 5/8/18 | $310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60245077 | 5/8/18 | $201.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 5377742 | 5/8/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 5380014 | 5/10/18 | $269.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 5380015 | 5/10/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60249105 | 5/16/18 | $2,968.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60249103 | 5/16/18 | $887.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60249104 | 5/16/18 | $870.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60249106 | 5/16/18 | $447.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 60241699 | 5/18/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083818 | $7,247.19 | 8/15/18 | 8361AD071518AB0 | 7/13/18 | -$12.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5382283 | 5/14/18 | $332.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5393126 | 5/25/18 | $486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5393131 | 5/25/18 | $414.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5393130 | 5/25/18 | $64.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5393128 | 5/25/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5398401 | 5/30/18 | $530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5398395 | 5/30/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 5398403 | 5/30/18 | $224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 8361AD072218AB1 | 7/20/18 | -$4.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117394 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117398 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117397 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117395 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117393 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117392 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117391 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117390 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117396 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | 8361AD072918AA9 | 7/27/18 | -$5.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117762 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084781 | $674.57 | 8/27/18 | VPASN993117763 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 5398398 | 5/30/18 | $1,612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 60260565 | 6/4/18 | $1,472.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 60260567 | 6/4/18 | $1,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 60260564 | 6/4/18 | $1,086.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 60259889 | 6/4/18 | $812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 5402666 | 6/4/18 | $448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 60260569 | 6/4/18 | $352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | 8361AD080518AB2 | 8/3/18 | -$14.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085114 | $6,851.98 | 9/4/18 | MA18216711097 | 8/4/18 | -$8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085476 | $5,584.07 | 9/11/18 | 60259890 | 6/4/18 | $4,046.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085476 | $5,584.07 | 9/11/18 | 60259894 | 6/4/18 | $1,108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085476 | $5,584.07 | 9/11/18 | 60259888 | 6/4/18 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085476 | $5,584.07 | 9/11/18 | 8361AD081218AA5 | 8/10/18 | -$1.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086313 | $115.61 | 9/24/18 | 5420445 | 6/26/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086313 | $115.61 | 9/24/18 | 8361AD082618AB1 | 8/24/18 | -$12.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086886 | $92.14 | 10/3/18 | 5422238 | 6/28/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086886 | $92.14 | 10/3/18 | 8361AD090218AB1 | 8/31/18 | -$3.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087238 | $158.07 | 10/16/18 | 5422237 | 6/28/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087238 | $158.07 | 10/16/18 | 8361AD090918AB0 | 9/7/18 | -$1.93 |

Totals:    10 transfer(s),    $32,598.11

Dunlop Sports Group Americas Inc., Dba Dunlop Sports Group Americas
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020