| | | |
|---|---|---|
| Defendant: | Elizabeth Arden Inc. | |
| Bankruptcy Case | Sears Holding Corporation, et al. | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981902 | $127,087.90 | 7/20/18 | 6483986 | 5/31/18 | $216.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981902 | $127,087.90 | 7/20/18 | 6483987 | 5/31/18 | $207.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981902 | $127,087.90 | 7/20/18 | 6483985 | 5/31/18 | $176.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981902 | $127,087.90 | 7/20/18 | 6487941 | 6/4/18 | $126,543.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981902 | $127,087.90 | 7/20/18 | 209757CPN | 6/30/18 | -$36.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981902 | $127,087.90 | 7/20/18 | 8710K88475030 | 7/10/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6470979 | 5/17/18 | $1,692.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6470992 | 5/17/18 | $88.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6478923 | 5/25/18 | $4,943.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485405 | 5/31/18 | $76,154.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485406 | 5/31/18 | $12,856.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485404 | 5/31/18 | $9,471.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485397 | 5/31/18 | $8,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485386 | 5/31/18 | $3,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485419 | 5/31/18 | $2,221.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485409 | 5/31/18 | $1,114.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485388 | 5/31/18 | $509.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485399 | 5/31/18 | $398.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485387 | 5/31/18 | $377.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485385 | 5/31/18 | $340.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485394 | 5/31/18 | $323.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485390 | 5/31/18 | $264.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485396 | 5/31/18 | $243.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485398 | 5/31/18 | $234.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485392 | 5/31/18 | $200.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485407 | 5/31/18 | $198.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485400 | 5/31/18 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485384 | 5/31/18 | $135.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485401 | 5/31/18 | $122.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485402 | 5/31/18 | $106.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485381 | 5/31/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485389 | 5/31/18 | $65.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485382 | 5/31/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485403 | 5/31/18 | $59.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485391 | 5/31/18 | $58.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485393 | 5/31/18 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485395 | 5/31/18 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 6485383 | 5/31/18 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 210003CPN | 7/7/18 | -$50.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985270 | $124,564.15 | 7/27/18 | 8710K88482183 | 7/17/18 | -$79.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6520592 | 6/22/18 | $9,172.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6520594 | 6/22/18 | $549.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6521294 | 6/22/18 | $107.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6520588 | 6/22/18 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522691 | 6/25/18 | $1,870.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6523679 | 6/25/18 | $1,101.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522682 | 6/25/18 | $432.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522679 | 6/25/18 | $355.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522687 | 6/25/18 | $262.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522680 | 6/25/18 | $142.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522684 | 6/25/18 | $111.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 6522672 | 6/25/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 210038CPN | 7/14/18 | -$10.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | VPJIT0326989981 | 7/22/18 | -$1,212.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 8710K88484403 | 7/24/18 | -$88.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | VPJIT0326990028 | 7/29/18 | -$235.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | VPJIT0326990048 | 7/29/18 | -$278.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992186 | $12,220.58 | 8/14/18 | 8710K88488417 | 7/31/18 | -$210.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6520591 | 6/22/18 | $11,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6521168 | 6/22/18 | $7,038.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6520585 | 6/22/18 | $765.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6520586 | 6/22/18 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6520584 | 6/22/18 | $389.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6520590 | 6/22/18 | $130.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6520589 | 6/22/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6523626 | 6/25/18 | $5,796.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522683 | 6/25/18 | $554.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522681 | 6/25/18 | $313.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522675 | 6/25/18 | $310.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522674 | 6/25/18 | $280.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522689 | 6/25/18 | $255.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522678 | 6/25/18 | $211.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522673 | 6/25/18 | $139.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522688 | 6/25/18 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6522676 | 6/25/18 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537209 | 6/28/18 | $7,845.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537203 | 6/28/18 | $4,641.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537201 | 6/28/18 | $1,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537210 | 6/28/18 | $1,626.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537213 | 6/28/18 | $211.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537211 | 6/28/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537206 | 6/28/18 | $177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537208 | 6/28/18 | $164.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6537204 | 6/28/18 | $156.00 |

Elizabeth Arden Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6540366 | 6/29/18 | $6,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6540367 | 6/29/18 | $1,067.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6540368 | 6/29/18 | $287.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6540364 | 6/29/18 | $193.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6540365 | 6/29/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6544922 | 6/30/18 | $5,859.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6544923 | 6/30/18 | $138.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6545547 | 6/30/18 | $97.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6552001 | 7/6/18 | $11,010.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6551996 | 7/6/18 | $522.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6552000 | 7/6/18 | $470.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6552868 | 7/6/18 | $234.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6551999 | 7/6/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6551995 | 7/6/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6553906 | 7/7/18 | $13,830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6553902 | 7/7/18 | $1,639.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6553905 | 7/7/18 | $822.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6553904 | 7/7/18 | $647.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6554140 | 7/7/18 | $526.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6554139 | 7/7/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6553901 | 7/7/18 | $61.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6553903 | 7/7/18 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562539 | 7/12/18 | $5,523.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562537 | 7/12/18 | $4,977.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562536 | 7/12/18 | $1,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562538 | 7/12/18 | $1,386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562530 | 7/12/18 | $603.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562533 | 7/12/18 | $582.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562528 | 7/12/18 | $456.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562532 | 7/12/18 | $340.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562540 | 7/12/18 | $300.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562529 | 7/12/18 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562535 | 7/12/18 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562534 | 7/12/18 | $239.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562531 | 7/12/18 | $234.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562544 | 7/12/18 | $149.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562541 | 7/12/18 | $60.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562542 | 7/12/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6562543 | 7/12/18 | $29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6565588 | 7/13/18 | $8,857.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6565592 | 7/13/18 | $390.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6565589 | 7/13/18 | $243.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 6565591 | 7/13/18 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | MA18214715784 | 8/2/18 | -$10,152.00 |

Elizabeth Arden Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | MA18214715785 | 8/2/18 | -$11,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | MA18214715786 | 8/2/18 | -$31,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | MA18214715789 | 8/2/18 | -$51,321.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 210142CPN | 8/4/18 | -$21.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687182 | 8/12/18 | -$0.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687136 | 8/12/18 | -$0.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687153 | 8/12/18 | -$0.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687178 | 8/12/18 | -$0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687143 | 8/12/18 | -$0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687144 | 8/12/18 | -$0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687165 | 8/12/18 | -$1.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687152 | 8/12/18 | -$1.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687164 | 8/12/18 | -$1.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687150 | 8/12/18 | -$1.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687142 | 8/12/18 | -$1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687145 | 8/12/18 | -$2.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687133 | 8/12/18 | -$2.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPOT991485923 | 8/12/18 | -$6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687149 | 8/12/18 | -$13.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687154 | 8/12/18 | -$24.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687132 | 8/12/18 | -$29.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687148 | 8/12/18 | -$62.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687163 | 8/12/18 | -$79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687161 | 8/12/18 | -$101.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991687179 | 8/12/18 | -$178.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 8710K88461437 | 8/17/18 | -$17.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689052 | 8/19/18 | -$0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689051 | 8/19/18 | -$1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689053 | 8/19/18 | -$1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689049 | 8/19/18 | -$2.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689047 | 8/19/18 | -$2.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689054 | 8/19/18 | -$2.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689055 | 8/19/18 | -$5.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689045 | 8/19/18 | -$7.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689050 | 8/19/18 | -$21.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689046 | 8/19/18 | -$75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | VPFR991689048 | 8/19/18 | -$102.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003271 | $10,531.61 | 9/6/18 | 8710K88502914 | 8/21/18 | -$95.70 |

Totals:    4 transfer(s),  $274,404.24

Elizabeth Arden Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                              Exhibit A                              P. 4