| | | |
|---|---|---|
| Defendant: | **Empresas Velazquez, Inc., Dba Empresas Velazquez** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 11777 | 5/7/18 | $86.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 12289 | 5/8/18 | $1,042.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 12762 | 5/10/18 | $1,384.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 13728 | 5/10/18 | $906.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 12762A | 5/10/18 | $63.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 13935 | 5/11/18 | $737.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 13936 | 5/11/18 | $730.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 13934 | 5/11/18 | $654.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 13935 | 5/11/18 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 36060A | 6/25/18 | -$42.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 36060 | 6/25/18 | -$127.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 38227 | 6/29/18 | -$19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 38220 | 6/29/18 | -$79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981909 | $5,353.22 | 7/20/18 | 39375C | 7/3/18 | -$3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985277 | $6,106.53 | 7/27/18 | 14887 | 5/14/18 | $343.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985277 | $6,106.53 | 7/27/18 | 15867 | 5/15/18 | $1,449.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985277 | $6,106.53 | 7/27/18 | 16952 | 5/17/18 | $1,938.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985277 | $6,106.53 | 7/27/18 | 17385 | 5/18/18 | $1,337.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985277 | $6,106.53 | 7/27/18 | 18189 | 5/18/18 | $555.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985277 | $6,106.53 | 7/27/18 | 17558 | 5/18/18 | $480.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 18825 | 5/21/18 | $1,520.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 18911 | 5/22/18 | $1,897.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 19897 | 5/23/18 | $527.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 21176 | 5/25/18 | $2,269.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 21035 | 5/25/18 | $1,621.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 21285 | 5/25/18 | $1,415.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 20658 | 5/25/18 | $1,266.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 45901 | 7/17/18 | -$149.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988688 | $10,322.23 | 8/7/18 | 46621 | 7/18/18 | -$48.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992192 | $1,339.55 | 8/14/18 | 22098 | 5/29/18 | $1,339.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27219 | 6/6/18 | $364.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27973 | 6/7/18 | $503.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27849 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27844 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27842 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27841 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27839 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27855 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27815 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27794 | 6/7/18 | $269.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27862 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27450 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27858 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27799 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27856 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27808 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27867 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27857 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27847 | 6/7/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 28358 | 6/8/18 | $1,144.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 27868 | 6/8/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 28358A | 6/8/18 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 52647 | 7/31/18 | -$38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 53271 | 8/1/18 | -$76.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 52383 | 8/1/18 | -$154.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996439 | $6,604.51 | 8/21/18 | 52973 | 8/2/18 | -$0.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 27702 | 6/11/18 | $1,232.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 27703 | 6/11/18 | $1,115.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 29208 | 6/11/18 | $582.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 27860 | 6/11/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 27869 | 6/11/18 | $269.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 32226 | 6/15/18 | $1,539.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 32226B | 6/15/18 | $38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 55755 | 8/8/18 | -$18.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999780 | $4,862.66 | 8/30/18 | 69190 | 8/9/18 | -$165.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003277 | $2,666.61 | 9/6/18 | 33475 | 6/19/18 | $1,878.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003277 | $2,666.61 | 9/6/18 | 34159 | 6/20/18 | $955.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003277 | $2,666.61 | 9/6/18 | 71329 | 8/14/18 | -$57.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003277 | $2,666.61 | 9/6/18 | 73133 | 8/17/18 | -$109.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 36060 | 6/25/18 | $2,104.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 36274 | 6/25/18 | $1,000.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 37049 | 6/27/18 | $821.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 38220 | 6/29/18 | $1,797.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 38227 | 6/29/18 | $1,303.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 73131 | 8/17/18 | -$15.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006697 | $6,965.29 | 9/13/18 | 73361 | 8/17/18 | -$45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010954 | $1,932.77 | 9/20/18 | 39375 | 7/3/18 | $1,077.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010954 | $1,932.77 | 9/20/18 | 40899 | 7/6/18 | $864.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010954 | $1,932.77 | 9/20/18 | 73593 | 8/20/18 | -$8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 42036 | 7/9/18 | $647.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 43424 | 7/11/18 | $2,059.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 43325 | 7/11/18 | $1,241.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 44508 | 7/13/18 | $861.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 44494 | 7/13/18 | $861.18 |

Empresas Velazquez, Inc., Dba Empresas Velazquez
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 44499 | 7/13/18 | $861.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 44500 | 7/13/18 | $861.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014268 | $7,316.64 | 9/27/18 | 82033 | 9/5/18 | -$76.16 |

Totals:    10 transfer(s),  $53,470.01

Empresas Velazquez, Inc., Dba Empresas Velazquez
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020

Exhibit A

P. 3