Defendant: **Exteriors By Design, Inc., Dba California Commercial Roofing Systems**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985705 | $38,364.19 | 7/30/18 | 4391 | 7/5/18 | $38,364.19 |
| **Totals:** | 1 transfer(s), $38,364.19 | | | | | | |