Defendant: **GIV Green Tree Mall Investors LLC, Dba Gem IV Ra LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171488 | $36,666.67 | 8/6/18 | 0000072618 | 7/26/18 | $36,666.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172883 | $36,666.67 | 9/4/18 | 0000082618 | 8/26/18 | $36,666.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174227 | $36,666.67 | 10/5/18 | 0000092518 | 9/25/18 | $36,666.67 |

Totals: 3 transfer(s), $110,000.01