Defendant: **Grand Home Holdings Inc., Dba Barbeques Galore**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89955 | $444.58 | 7/17/18 | 0000180518 | 5/18/18 | $444.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92114 | $1,861.06 | 7/20/18 | 0000180521 | 5/21/18 | $1,861.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92817 | $3,452.38 | 7/23/18 | 0000180522 | 5/22/18 | $572.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92817 | $3,452.38 | 7/23/18 | 0000180523 | 5/23/18 | $1,648.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92817 | $3,452.38 | 7/23/18 | 0000180524 | 5/24/18 | $1,231.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93950 | $436.07 | 7/24/18 | 0000180525 | 5/25/18 | $436.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96907 | $2,751.49 | 7/30/18 | 0000180529 | 5/29/18 | $1,411.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96907 | $2,751.49 | 7/30/18 | 0000180530 | 5/30/18 | $881.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96907 | $2,751.49 | 7/30/18 | 0000180531 | 5/31/18 | $458.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97997 | $770.85 | 7/31/18 | 0000180601 | 6/1/18 | $770.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00147 | $1,455.41 | 8/3/18 | 0000180604 | 6/4/18 | $1,455.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00822 | $1,222.86 | 8/6/18 | 0000180606 | 6/6/18 | $983.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00822 | $1,222.86 | 8/6/18 | 0000180607 | 6/7/18 | $238.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01873 | $564.69 | 8/7/18 | 0000180608 | 6/8/18 | $564.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03988 | $1,053.64 | 8/10/18 | 0000180611 | 6/11/18 | $1,053.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04678 | $2,941.09 | 8/13/18 | 0000180612 | 6/12/18 | $1,092.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04678 | $2,941.09 | 8/13/18 | 0000180613 | 6/13/18 | $1,466.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04678 | $2,941.09 | 8/13/18 | 0000180614 | 6/14/18 | $382.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05747 | $391.20 | 8/14/18 | 0000180615 | 6/15/18 | $391.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07987 | $1,163.43 | 8/17/18 | 0000180618 | 6/18/18 | $1,163.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08681 | $2,197.12 | 8/20/18 | 0000180619 | 6/19/18 | $658.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08681 | $2,197.12 | 8/20/18 | 0000180620 | 6/20/18 | $523.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08681 | $2,197.12 | 8/20/18 | 0000180621 | 6/21/18 | $1,014.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09762 | $426.21 | 8/21/18 | 0000180622 | 6/22/18 | $426.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12709 | $1,315.31 | 8/27/18 | 0000180626 | 6/26/18 | $419.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12709 | $1,315.31 | 8/27/18 | 0000180627 | 6/27/18 | $531.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12709 | $1,315.31 | 8/27/18 | 0000180628 | 6/28/18 | $364.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13805 | $773.68 | 8/28/18 | 0000180629 | 6/29/18 | $773.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16008 | $1,423.82 | 8/31/18 | 0000180702 | 7/2/18 | $1,423.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16667 | $1,901.07 | 9/4/18 | 0000180703 | 7/3/18 | $590.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16667 | $1,901.07 | 9/4/18 | 0000180705 | 7/5/18 | $1,017.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16667 | $1,901.07 | 9/4/18 | 0000180706 | 7/6/18 | $292.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17832 | $682.83 | 9/5/18 | 0000180605 | 6/5/18 | $682.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19182 | $367.72 | 9/7/18 | 0000180709 | 7/9/18 | $367.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19687 | $1,030.39 | 9/10/18 | 0000180710 | 7/10/18 | $592.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19687 | $1,030.39 | 9/10/18 | 0000180711 | 7/11/18 | $275.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19687 | $1,030.39 | 9/10/18 | 0000180712 | 7/12/18 | $162.14 |

Totals:    22 transfer(s),  $28,626.90