Defendant: **GSF USA Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 10/12/18 | INR049450 | 10/12/18 | $129,872.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 10/12/18 | INR049470 | 10/12/18 | $105,723.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 10/12/18 | IN522483 | 10/12/18 | $5,198.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 10/12/18 | INR049451 | 10/12/18 | $4,435.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 10/12/18 | INR049452 | 10/12/18 | $3,748.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 10/12/18 | IN522870 | 10/12/18 | $1,022.84 |

Totals:   1 transfer(s),  $250,000.00