| | | |
|---|---|---|
| Defendant: | **Hangzhou Bestsino I/E Co. Ltd.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-24728 | $20,809.27 | 7/26/18 | 201820058719 | 6/29/18 | $20,809.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24729 | $68,921.66 | 8/1/18 | 201820057885 | 7/5/18 | $27,557.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24729 | $68,921.66 | 8/1/18 | 201820225130 | 7/5/18 | $17,468.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24729 | $68,921.66 | 8/1/18 | 201820141888 | 7/5/18 | $16,413.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24729 | $68,921.66 | 8/1/18 | 201820141888 | 7/5/18 | $6,982.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24729 | $68,921.66 | 8/1/18 | 201820141888 | 7/5/18 | $498.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24730 | $52,942.14 | 8/3/18 | 201820225294 | 7/7/18 | $22,326.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24730 | $52,942.14 | 8/3/18 | 201820142549 | 7/7/18 | $20,837.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24730 | $52,942.14 | 8/3/18 | 201820142549 | 7/7/18 | $8,964.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24730 | $52,942.14 | 8/3/18 | 201820142549 | 7/7/18 | $814.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24731 | $13,711.53 | 8/23/18 | 201820725347 | 7/25/18 | $9,906.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24731 | $13,711.53 | 8/23/18 | 201820559326 | 7/25/18 | $3,804.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24732 | $17,656.36 | 8/30/18 | 201820725424 | 7/30/18 | $12,646.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24732 | $17,656.36 | 8/30/18 | 201820559687 | 7/30/18 | $5,009.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820726090 | 8/2/18 | $6,229.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820726090 | 8/2/18 | $5,350.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820726090 | 8/2/18 | $1,792.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820726090 | 8/2/18 | $1,746.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820726090 | 8/2/18 | $731.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820726090 | 8/2/18 | $665.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $7,822.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $6,882.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $2,359.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $2,211.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $913.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $498.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24733 | $37,370.65 | 9/4/18 | 201820729941 | 8/6/18 | $166.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24734 | $33,139.84 | 9/12/18 | 201820876790 | 8/14/18 | $12,372.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24734 | $33,139.84 | 9/12/18 | 201820876790 | 8/14/18 | $10,477.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24734 | $33,139.84 | 9/12/18 | 201820876790 | 8/14/18 | $4,118.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24734 | $33,139.84 | 9/12/18 | 201820876790 | 8/14/18 | $3,598.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24734 | $33,139.84 | 9/12/18 | 201820876790 | 8/14/18 | $2,400.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24734 | $33,139.84 | 9/12/18 | 201820876790 | 8/14/18 | $172.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24735 | $27,973.68 | 9/13/18 | 201820876032 | 8/15/18 | $10,637.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24735 | $27,973.68 | 9/13/18 | 201820876032 | 8/15/18 | $8,299.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24735 | $27,973.68 | 9/13/18 | 201820876032 | 8/15/18 | $3,883.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24735 | $27,973.68 | 9/13/18 | 201820876032 | 8/15/18 | $3,327.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24735 | $27,973.68 | 9/13/18 | 201820876032 | 8/15/18 | $1,826.76 |

Totals:    8 transfer(s),  $272,525.13