**Defendant:** Huppins Hi Fi Photo & Video Inc., Dba Onecall.com
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90065 | $368.12 | 7/17/18 | 000007NNC0 | 7/4/18 | $368.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90784 | $697.26 | 7/18/18 | 000007NRAQ | 7/5/18 | $197.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90784 | $697.26 | 7/18/18 | 000007NRAT | 7/5/18 | $160.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90784 | $697.26 | 7/18/18 | 000007NRAR | 7/5/18 | $118.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90784 | $697.26 | 7/18/18 | 000007NRAS | 7/5/18 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90784 | $697.26 | 7/18/18 | 000007NRAP | 7/5/18 | $73.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90784 | $697.26 | 7/18/18 | 000007NRKI | 7/5/18 | $73.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91664 | $857.19 | 7/19/18 | 000007NSVU | 7/6/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91664 | $857.19 | 7/19/18 | 000007NSQB | 7/6/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91664 | $857.19 | 7/19/18 | 000007NUEF | 7/6/18 | $110.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91664 | $857.19 | 7/19/18 | 000007NU7W | 7/6/18 | $60.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007NWXO | 7/8/18 | $373.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O26O | 7/9/18 | $576.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007NXCT | 7/9/18 | $365.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007NYE9 | 7/9/18 | $195.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007NZOG | 7/9/18 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O1KO | 7/9/18 | $87.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O05B | 7/9/18 | $79.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O18D | 7/9/18 | $77.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O05C | 7/9/18 | $74.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O05D | 7/9/18 | $74.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O18C | 7/9/18 | $69.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O55A | 7/10/18 | $2,154.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O5I9 | 7/10/18 | $512.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O2ZE | 7/10/18 | $372.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O4WQ | 7/10/18 | $147.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O4WP | 7/10/18 | $118.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93275 | $5,459.14 | 7/23/18 | 000007O5N1 | 7/10/18 | $79.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94177 | $117.73 | 7/24/18 | 000007O8CM | 7/11/18 | $117.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94946 | $79.61 | 7/25/18 | 000007OBQI | 7/12/18 | $79.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95780 | $727.11 | 7/26/18 | 000007OE5G | 7/13/18 | $340.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95780 | $727.11 | 7/26/18 | 000007OEMB | 7/13/18 | $212.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95780 | $727.11 | 7/26/18 | 000007OE5H | 7/13/18 | $118.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95780 | $727.11 | 7/26/18 | 000007OEAK | 7/13/18 | $55.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OL5H | 7/16/18 | $2,602.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OKL2 | 7/16/18 | $371.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OKL1 | 7/16/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OKWI | 7/16/18 | $195.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OL5I | 7/16/18 | $101.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OLHR | 7/16/18 | $82.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OJS5 | 7/16/18 | $81.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OKL0 | 7/16/18 | $74.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OLHS | 7/16/18 | $30.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OP48 | 7/17/18 | $339.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97317 | $4,271.64 | 7/30/18 | 000007OP8S | 7/17/18 | $49.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 000007OVV6 | 7/19/18 | $102.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 000007OVV7 | 7/19/18 | $92.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 000007OYOP | 7/20/18 | $451.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 000007OYRV | 7/20/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 000007OYBF | 7/20/18 | $232.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 0000594236 | 7/26/18 | -$158.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 0000593981 | 7/26/18 | -$177.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99728 | $468.56 | 8/2/18 | 0000594237 | 7/26/18 | -$418.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 000007P3SF | 7/23/18 | $197.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 000007P4V9 | 7/23/18 | $148.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 000007P3ZR | 7/23/18 | $111.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 000007P4VA | 7/23/18 | $99.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 000007P7W1 | 7/24/18 | $502.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 000007P7W2 | 7/24/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 0000595474 | 7/31/18 | -$202.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01258 | $1,159.76 | 8/6/18 | 0000480068 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02095 | $1,195.33 | 8/7/18 | 000007P9WD | 7/25/18 | $517.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02095 | $1,195.33 | 8/7/18 | 000007P9QV | 7/25/18 | $347.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02095 | $1,195.33 | 8/7/18 | 000007P9WC | 7/25/18 | $213.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02095 | $1,195.33 | 8/7/18 | 000007P9WB | 7/25/18 | $92.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02095 | $1,195.33 | 8/7/18 | 000007PAIG | 7/25/18 | $79.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02095 | $1,195.33 | 8/7/18 | 0000596788 | 8/3/18 | -$55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02794 | $323.93 | 8/8/18 | 000007PCL3 | 7/26/18 | $232.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02794 | $323.93 | 8/8/18 | 000007PCL4 | 7/26/18 | $91.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03582 | $1,354.02 | 8/9/18 | 000007PFBU | 7/27/18 | $463.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03582 | $1,354.02 | 8/9/18 | 000007PDPX | 7/27/18 | $368.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03582 | $1,354.02 | 8/9/18 | 000007PFK9 | 7/27/18 | $245.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03582 | $1,354.02 | 8/9/18 | 000007PFBV | 7/27/18 | $122.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03582 | $1,354.02 | 8/9/18 | 000007PFUG | 7/27/18 | $79.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03582 | $1,354.02 | 8/9/18 | 000007PFUF | 7/27/18 | $74.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04166 | $77.73 | 8/10/18 | 000007PGGP | 7/28/18 | $77.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PHF5 | 7/29/18 | $373.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PGYM | 7/29/18 | $156.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PM77 | 7/30/18 | $474.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PM1C | 7/30/18 | $370.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PLDR | 7/30/18 | $201.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PLDQ | 7/30/18 | $98.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PLNO | 7/30/18 | $79.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PM1D | 7/30/18 | $79.61 |

Huppins Hi Fi Photo & Video Inc., Dba Onecall.com

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PKSF | 7/30/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PP2T | 7/31/18 | $654.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PN9Y | 7/31/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PP2U | 7/31/18 | $210.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PQ2G | 7/31/18 | $162.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PP2W | 7/31/18 | $115.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05104 | $3,456.89 | 8/13/18 | 000007PP2V | 7/31/18 | $80.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05958 | $872.66 | 8/14/18 | 000007PQ5D | 8/1/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05958 | $872.66 | 8/14/18 | 000007PRN2 | 8/1/18 | $271.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05958 | $872.66 | 8/14/18 | 000007PQCL | 8/1/18 | $147.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05958 | $872.66 | 8/14/18 | 000007PRCN | 8/1/18 | $110.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06721 | $312.88 | 8/15/18 | 000007PV03 | 8/2/18 | $118.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06721 | $312.88 | 8/15/18 | 000007PV5L | 8/2/18 | $100.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06721 | $312.88 | 8/15/18 | 000007PV02 | 8/2/18 | $92.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07561 | $1,096.58 | 8/16/18 | 000007PXH9 | 8/3/18 | $376.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07561 | $1,096.58 | 8/16/18 | 000007PXHA | 8/3/18 | $246.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07561 | $1,096.58 | 8/16/18 | 000007PXHC | 8/3/18 | $239.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07561 | $1,096.58 | 8/16/18 | 000007PXOK | 8/3/18 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07561 | $1,096.58 | 8/16/18 | 000007PXHB | 8/3/18 | $74.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07561 | $1,096.58 | 8/16/18 | 000007PYBZ | 8/3/18 | $59.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q3TP | 8/6/18 | $502.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q438 | 8/6/18 | $194.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q437 | 8/6/18 | $110.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q4XF | 8/6/18 | $99.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q436 | 8/6/18 | $73.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q3I8 | 8/6/18 | $70.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q2OR | 8/6/18 | $59.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q439 | 8/6/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q4PQ | 8/6/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q2OS | 8/6/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q3I7 | 8/6/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q5LE | 8/7/18 | $373.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q7VJ | 8/7/18 | $176.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09108 | $1,982.99 | 8/20/18 | 000007Q7VI | 8/7/18 | $98.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09981 | $1,272.89 | 8/21/18 | 000007QBJO | 8/8/18 | $1,217.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09981 | $1,272.89 | 8/21/18 | 000007QBP8 | 8/8/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10777 | $307.67 | 8/22/18 | 000007QEV2 | 8/9/18 | $228.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10777 | $307.67 | 8/22/18 | 000007QDXD | 8/9/18 | $79.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11498 | $367.07 | 8/23/18 | 000007QGBI | 8/10/18 | $367.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12112 | $61.45 | 8/24/18 | 000007QH0R | 8/11/18 | $61.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QJXJ | 8/13/18 | $790.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QOI5 | 8/13/18 | $365.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QOI6 | 8/13/18 | $363.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QOI9 | 8/13/18 | $117.73 |

Huppins Hi Fi Photo & Video Inc., Dba Onecall.com

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QOI7 | 8/13/18 | $110.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QOI8 | 8/13/18 | $99.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QNC7 | 8/13/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QQ13 | 8/14/18 | $368.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QQ12 | 8/14/18 | $367.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QS6C | 8/14/18 | $147.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13142 | $2,869.42 | 8/27/18 | 000007QRZW | 8/14/18 | $81.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QWFH | 8/15/18 | $500.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QV6Y | 8/15/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QV6X | 8/15/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QW2B | 8/15/18 | $149.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QVLQ | 8/15/18 | $118.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QVEN | 8/15/18 | $93.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QVLR | 8/15/18 | $92.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QW2C | 8/15/18 | $59.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14041 | $1,758.51 | 8/28/18 | 000007QVLP | 8/15/18 | $59.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14815 | $573.74 | 8/29/18 | 000007QX08 | 8/16/18 | $371.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14815 | $573.74 | 8/29/18 | 000007QYJT | 8/16/18 | $201.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15605 | $491.91 | 8/30/18 | 000007R157 | 8/17/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15605 | $491.91 | 8/30/18 | 000007R1WH | 8/17/18 | $148.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R2YS | 8/19/18 | $157.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7AF | 8/20/18 | $1,903.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7S3 | 8/20/18 | $641.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HY | 8/20/18 | $371.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R6M0 | 8/20/18 | $368.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HW | 8/20/18 | $343.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HV | 8/20/18 | $284.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HX | 8/20/18 | $256.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HT | 8/20/18 | $163.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HU | 8/20/18 | $110.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R65D | 8/20/18 | $81.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7I0 | 8/20/18 | $79.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R7HZ | 8/20/18 | $78.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007RAS8 | 8/21/18 | $283.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007RAS6 | 8/21/18 | $227.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007R9LY | 8/21/18 | $78.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007RAS7 | 8/21/18 | $74.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007RDR1 | 8/22/18 | $836.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007RDZ9 | 8/22/18 | $377.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007RDLB | 8/22/18 | $110.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17148 | $6,922.38 | 9/4/18 | 000007REJG | 8/22/18 | $92.95 |

Totals:    28 transfer(s),    $39,504.17

Huppins Hi Fi Photo & Video Inc., Dba Onecall.com
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020