| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Defendant:** | **Island Movers Inc.** | | | | | | |
| **Bankruptcy Case** | **Sears Holding Corporation, et al.** | | | | | | |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980573 | $40,655.60 | 7/18/18 | 898723 | 6/23/18 | $32,075.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980573 | $40,655.60 | 7/18/18 | 898723 | 6/23/18 | $5,431.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980573 | $40,655.60 | 7/18/18 | 898723 | 6/23/18 | $2,243.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980573 | $40,655.60 | 7/18/18 | 898723 | 6/23/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804710 | 6/23/18 | $10,813.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804410 | 6/23/18 | $5,382.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804710 | 6/23/18 | $2,495.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804410 | 6/23/18 | $343.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804710 | 6/23/18 | $277.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804710 | 6/23/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982555 | $19,589.50 | 7/23/18 | 62318804710 | 6/23/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985942 | $17,805.44 | 7/30/18 | 63018804710 | 6/30/18 | $9,842.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985942 | $17,805.44 | 7/30/18 | 63018804410 | 6/30/18 | $5,726.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985942 | $17,805.44 | 7/30/18 | 63018804710 | 6/30/18 | $1,663.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985942 | $17,805.44 | 7/30/18 | 63018804410 | 6/30/18 | $458.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985942 | $17,805.44 | 7/30/18 | 63018804410 | 6/30/18 | $114.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986592 | $99,957.58 | 7/31/18 | 201807070 | 7/1/18 | $98,763.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986592 | $99,957.58 | 7/31/18 | 72018046 | 7/1/18 | $1,194.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 899929 | 7/7/18 | $32,019.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 70718804710 | 7/7/18 | $10,258.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 899929 | 7/7/18 | $5,431.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 70718804410 | 7/7/18 | $5,382.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 899929 | 7/7/18 | $2,038.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 70718804710 | 7/7/18 | $1,109.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 899929 | 7/7/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 70718804410 | 7/7/18 | $343.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 70718804710 | 7/7/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989363 | $57,657.31 | 8/8/18 | 899929 | 7/7/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990046 | $39,169.64 | 8/9/18 | 899341 | 6/30/18 | $30,566.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990046 | $39,169.64 | 8/9/18 | 899341 | 6/30/18 | $5,431.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990046 | $39,169.64 | 8/9/18 | 899341 | 6/30/18 | $2,266.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990046 | $39,169.64 | 8/9/18 | 899341 | 6/30/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992371 | $2,033.07 | 8/14/18 | 899040 | 6/30/18 | $466.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992371 | $2,033.07 | 8/14/18 | 899043 | 6/30/18 | $465.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992371 | $2,033.07 | 8/14/18 | 899042 | 6/30/18 | $462.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992371 | $2,033.07 | 8/14/18 | 899045 | 6/30/18 | $462.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992371 | $2,033.07 | 8/14/18 | 899510 | 6/30/18 | $87.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992371 | $2,033.07 | 8/14/18 | 899511 | 6/30/18 | $87.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 900046 | 7/14/18 | $33,807.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804710 | 7/14/18 | $13,169.85 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 900046 | 7/14/18 | $7,242.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804410 | 7/14/18 | $6,299.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 900046 | 7/14/18 | $2,389.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804710 | 7/14/18 | $1,802.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804410 | 7/14/18 | $1,030.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804410 | 7/14/18 | $229.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804710 | 7/14/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 900046 | 7/14/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992932 | $66,342.67 | 8/15/18 | 71418804410 | 7/14/18 | $114.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994737 | $41,603.85 | 8/17/18 | 900253 | 7/21/18 | $28,387.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994737 | $41,603.85 | 8/17/18 | 900253 | 7/21/18 | $8,147.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994737 | $41,603.85 | 8/17/18 | 900253 | 7/21/18 | $2,715.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994737 | $41,603.85 | 8/17/18 | 900253 | 7/21/18 | $2,233.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994737 | $41,603.85 | 8/17/18 | 900253 | 7/21/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997131 | $14,401.38 | 8/22/18 | 72118804710 | 7/21/18 | $8,040.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997131 | $14,401.38 | 8/22/18 | 72118804410 | 7/21/18 | $4,014.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997131 | $14,401.38 | 8/22/18 | 72118804410 | 7/21/18 | $1,261.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997131 | $14,401.38 | 8/22/18 | 72118804710 | 7/21/18 | $970.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997131 | $14,401.38 | 8/22/18 | 72118804410 | 7/21/18 | $114.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000486 | $18,249.06 | 8/31/18 | 72818804710 | 7/28/18 | $9,704.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000486 | $18,249.06 | 8/31/18 | 72818804410 | 7/28/18 | $5,963.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000486 | $18,249.06 | 8/31/18 | 72818804710 | 7/28/18 | $1,663.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000486 | $18,249.06 | 8/31/18 | 72818804410 | 7/28/18 | $917.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 896410 | 4/30/18 | $2,082.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 896441 | 4/30/18 | $1,086.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 896413 | 4/30/18 | $751.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 896242 | 4/30/18 | $475.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 896411 | 4/30/18 | $403.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 896278 | 4/30/18 | $344.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898048 | 6/7/18 | $599.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898294 | 6/14/18 | $2,018.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898295 | 6/14/18 | $2,018.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898298 | 6/14/18 | $1,480.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898297 | 6/14/18 | $1,480.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898296 | 6/14/18 | $403.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898293 | 6/14/18 | $357.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898764 | 6/25/18 | $1,449.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 898765 | 6/25/18 | $1,086.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 899779 | 6/30/18 | $593.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 899778 | 6/30/18 | $472.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 899774 | 6/30/18 | $467.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 899777 | 6/30/18 | $441.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900717 | 7/30/18 | $33,472.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900717 | 7/30/18 | $6,336.82 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900717 | 7/30/18 | $2,259.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900717 | 7/30/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900998 | 7/31/18 | $10,784.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901383 | 7/31/18 | $2,729.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900998 | 7/31/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 900998 | 7/31/18 | $651.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901150 | 7/31/18 | $436.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901371 | 7/31/18 | $395.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 201808070 | 8/1/18 | $98,763.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 82018046 | 8/1/18 | $1,059.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901430 | 8/4/18 | $20,005.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901430 | 8/4/18 | $4,526.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901430 | 8/4/18 | $1,576.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901430 | 8/4/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001927 | $202,941.62 | 9/4/18 | 901430 | 8/4/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 869688 | 2/26/17 | $755.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 869708 | 2/26/17 | $378.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 870079 | 2/28/17 | $2,754.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 870185 | 2/28/17 | $341.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 870677 | 3/16/17 | $382.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 870679 | 3/16/17 | $382.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 870678 | 3/16/17 | $379.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 870680 | 3/16/17 | $304.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 871722 | 3/31/17 | $1,487.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002842 | $7,642.42 | 9/5/18 | 896234 | 4/30/18 | $475.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003969 | $22,048.86 | 9/7/18 | 80418804710 | 8/4/18 | $11,783.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003969 | $22,048.86 | 9/7/18 | 80418804410 | 8/4/18 | $7,340.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003969 | $22,048.86 | 9/7/18 | 80418804710 | 8/4/18 | $1,524.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003969 | $22,048.86 | 9/7/18 | 80418804410 | 8/4/18 | $1,261.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003969 | $22,048.86 | 9/7/18 | 80418804710 | 8/4/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 901702 | 8/11/18 | $26,487.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804710 | 8/11/18 | $10,951.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 901702 | 8/11/18 | $7,242.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804410 | 8/11/18 | $6,078.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 901702 | 8/11/18 | $2,086.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804710 | 8/11/18 | $1,802.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804410 | 8/11/18 | $688.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804710 | 8/11/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804710 | 8/11/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804710 | 8/11/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007434 | $55,866.65 | 9/14/18 | 81118804410 | 8/11/18 | $114.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008968 | $42,324.03 | 9/18/18 | 902015 | 8/18/18 | $34,422.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008968 | $42,324.03 | 9/18/18 | 902015 | 8/18/18 | $4,526.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008968 | $42,324.03 | 9/18/18 | 902015 | 8/18/18 | $2,410.39 |

Island Movers Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008968 | $42,324.03 | 9/18/18 | 902015 | 8/18/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008968 | $42,324.03 | 9/18/18 | 902015 | 8/18/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011583 | $23,866.96 | 9/21/18 | 882018018 | 8/1/18 | $2,620.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011583 | $23,866.96 | 9/21/18 | 81818804710 | 8/18/18 | $11,783.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011583 | $23,866.96 | 9/21/18 | 81818804410 | 8/18/18 | $7,110.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011583 | $23,866.96 | 9/21/18 | 81818804710 | 8/18/18 | $1,524.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011583 | $23,866.96 | 9/21/18 | 81818804410 | 8/18/18 | $688.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011583 | $23,866.96 | 9/21/18 | 81818804710 | 8/18/18 | $138.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012917 | $27,210.31 | 9/25/18 | 902221 | 8/25/18 | $21,290.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012917 | $27,210.31 | 9/25/18 | 902221 | 8/25/18 | $3,621.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012917 | $27,210.31 | 9/25/18 | 902221 | 8/25/18 | $1,363.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012917 | $27,210.31 | 9/25/18 | 902221 | 8/25/18 | $905.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012917 | $27,210.31 | 9/25/18 | 902221 | 8/25/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $391,457.00 | 10/12/18 | O/A | O/A | O/A |

Totals:    19 transfer(s),  $1,190,822.95

Island Movers Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A