Defendant: **J. B. Hunt Transport Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $150,000.00 | 7/19/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $110,000.00 | 7/26/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $327,000.00 | 8/2/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $308,000.00 | 8/9/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $305,000.00 | 8/16/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $250,000.00 | 8/23/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $185,000.00 | 8/30/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $322,000.00 | 9/6/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,000.00 | 9/13/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $365,000.00 | 9/20/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $455,000.00 | 9/27/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $500,000.00 | 10/11/18 | O/A | O/A | O/A |

**Totals:** 12 transfer(s), **$3,505,000.00**