**Defendant:** Keystone Freight Corp., Dba Keystone Freight, Dba National Retail Transportation

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062701304 | $1,102.01 | 7/17/18 | 18062701304 | 7/2/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062501268 | $1,101.10 | 7/17/18 | 18062501268 | 7/2/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061201287 | $1,101.10 | 7/17/18 | 18061201287 | 7/2/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900569 | $471.64 | 7/17/18 | 18062900569 | 7/2/18 | $471.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700614 | $1,187.06 | 7/18/18 | 18062700614 | 7/3/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901454 | $1,101.10 | 7/18/18 | 18061901454 | 7/3/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070100456 | $1,102.01 | 7/19/18 | 18070100456 | 7/4/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061801717 | $1,101.10 | 7/19/18 | 18061801717 | 7/4/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062501269 | $1,101.10 | 7/19/18 | 18062501269 | 7/4/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062101013 | $258.22 | 7/20/18 | 18062101013 | 7/5/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500582 | $258.22 | 7/20/18 | 18061500582 | 7/5/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500583 | $258.22 | 7/20/18 | 18061500583 | 7/5/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100915 | $1,187.06 | 7/20/18 | 18062100915 | 7/6/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070201394 | $1,102.01 | 7/20/18 | 18070201394 | 7/6/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070201395 | $1,102.01 | 7/20/18 | 18070201395 | 7/6/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070501173 | $471.64 | 7/20/18 | 18070501173 | 7/6/18 | $471.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900574 | $258.22 | 7/20/18 | 18062900574 | 7/6/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700615 | $1,187.06 | 7/24/18 | 18062700615 | 7/9/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070301357 | $1,102.01 | 7/24/18 | 18070301357 | 7/9/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070301356 | $1,102.01 | 7/24/18 | 18070301356 | 7/9/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062001483 | $1,101.10 | 7/24/18 | 18062001483 | 7/9/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062501270 | $1,101.10 | 7/24/18 | 18062501270 | 7/9/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070302156 | $1,189.49 | 7/25/18 | 18070302156 | 7/10/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062400452 | $1,101.10 | 7/25/18 | 18062400452 | 7/10/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062901647 | $1,189.49 | 7/26/18 | 18062901647 | 7/11/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062601398 | $1,101.10 | 7/26/18 | 18062601398 | 7/11/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062701306 | $1,102.01 | 7/27/18 | 18062701306 | 7/12/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070501250 | $1,102.01 | 7/27/18 | 18070501250 | 7/12/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070100458 | $1,102.01 | 7/27/18 | 18070100458 | 7/13/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070901232 | $1,102.01 | 7/27/18 | 18070901232 | 7/13/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070100459 | $1,102.01 | 7/27/18 | 18070100459 | 7/13/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300147 | $472.16 | 7/27/18 | 18071300147 | 7/13/18 | $472.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070900813 | $259.13 | 7/27/18 | 18070900813 | 7/13/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060600667 | $258.22 | 7/27/18 | 18060600667 | 7/13/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070301358 | $1,102.01 | 7/31/18 | 18070301358 | 7/16/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071101216 | $1,102.01 | 7/31/18 | 18071101216 | 7/16/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071001292 | $1,102.01 | 7/31/18 | 18071001292 | 7/16/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18030801068 | $588.26 | 7/31/18 | 18030801068 | 7/16/18 | $588.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18032200979 | $588.26 | 7/31/18 | 18032200979 | 7/16/18 | $588.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18020900559 | $587.92 | 7/31/18 | 18020900559 | 7/16/18 | $587.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041600778 | $587.13 | 7/31/18 | 18041600778 | 7/16/18 | $587.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18020500747 | $587.13 | 7/31/18 | 18020500747 | 7/16/18 | $587.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062500827 | $258.22 | 7/31/18 | 18062500827 | 7/16/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070302155 | $1,189.49 | 8/1/18 | 18070302155 | 7/17/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070800495 | $1,102.01 | 8/1/18 | 18070800495 | 7/17/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070800496 | $1,102.01 | 8/1/18 | 18070800496 | 7/17/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061800749 | $764.28 | 8/1/18 | 18061800749 | 7/17/18 | $764.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300662 | $259.13 | 8/1/18 | 18071300662 | 7/17/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070301359 | $1,102.01 | 8/2/18 | 18070301359 | 7/18/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300633 | $1,189.49 | 8/3/18 | 18071300633 | 7/19/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000429 | $1,189.49 | 8/3/18 | 18071000429 | 7/19/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070201396 | $1,102.01 | 8/3/18 | 18070201396 | 7/19/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070800497 | $1,102.01 | 8/3/18 | 18070800497 | 7/19/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071500402 | $1,102.01 | 8/3/18 | 18071500402 | 7/20/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300632 | $1,189.49 | 8/8/18 | 18071300632 | 7/24/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071101218 | $1,102.01 | 8/8/18 | 18071101218 | 7/24/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071601305 | $1,102.01 | 8/8/18 | 18071601305 | 7/24/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070800498 | $1,102.01 | 8/8/18 | 18070800498 | 7/24/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700937 | $1,189.49 | 8/9/18 | 18071700937 | 7/25/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700938 | $1,189.49 | 8/9/18 | 18071700938 | 7/25/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071500403 | $1,102.01 | 8/9/18 | 18071500403 | 7/25/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071601306 | $1,102.01 | 8/9/18 | 18071601306 | 7/25/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071900423 | $1,189.49 | 8/10/18 | 18071900423 | 7/26/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070501252 | $1,102.01 | 8/10/18 | 18070501252 | 7/26/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071001294 | $1,102.01 | 8/10/18 | 18071001294 | 7/26/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072200474 | $1,102.01 | 8/10/18 | 18072200474 | 7/26/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072200475 | $1,102.01 | 8/10/18 | 18072200475 | 7/27/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071701452 | $1,102.01 | 8/10/18 | 18071701452 | 7/27/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071500405 | $1,102.01 | 8/10/18 | 18071500405 | 7/27/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071500404 | $1,102.01 | 8/10/18 | 18071500404 | 7/27/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301209 | $1,102.01 | 8/14/18 | 18072301209 | 7/30/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301210 | $1,102.01 | 8/14/18 | 18072301210 | 7/30/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071701454 | $1,102.01 | 8/14/18 | 18071701454 | 7/30/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071900422 | $1,189.49 | 8/15/18 | 18071900422 | 7/31/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600371 | $1,189.49 | 8/15/18 | 18072600371 | 7/31/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401350 | $1,102.01 | 8/15/18 | 18072401350 | 7/31/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062901646 | $1,189.49 | 8/16/18 | 18062901646 | 8/1/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000428 | $1,189.49 | 8/16/18 | 18071000428 | 8/1/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071601304 | $1,102.01 | 8/16/18 | 18071601304 | 8/1/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072200476 | $1,102.01 | 8/16/18 | 18072200476 | 8/1/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072501447 | $1,102.01 | 8/16/18 | 18072501447 | 8/1/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070901234 | $1,102.01 | 8/16/18 | 18070901234 | 8/1/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041100605 | $1,177.34 | 8/17/18 | 18041100605 | 8/2/18 | $1,177.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18041100606 | $1,177.34 | 8/17/18 | 18041100606 | 8/2/18 | $1,177.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072200477 | $1,102.01 | 8/17/18 | 18072200477 | 8/2/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072900365 | $1,102.01 | 8/17/18 | 18072900365 | 8/2/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301211 | $1,102.01 | 8/17/18 | 18072301211 | 8/2/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18052901625 | $912.22 | 8/17/18 | 18052901625 | 8/2/18 | $912.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401248 | $1,189.49 | 8/17/18 | 18072401248 | 8/3/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401349 | $1,102.01 | 8/17/18 | 18072401349 | 8/3/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072900364 | $1,102.01 | 8/17/18 | 18072900364 | 8/3/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101654 | $1,189.49 | 8/21/18 | 18073101654 | 8/6/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600372 | $1,189.49 | 8/21/18 | 18072600372 | 8/6/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101256 | $1,102.01 | 8/21/18 | 18073101256 | 8/6/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072301208 | $1,102.01 | 8/21/18 | 18072301208 | 8/6/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101653 | $1,189.49 | 8/22/18 | 18073101653 | 8/7/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073001183 | $1,102.01 | 8/22/18 | 18073001183 | 8/7/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080101215 | $1,102.01 | 8/22/18 | 18080101215 | 8/7/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072501449 | $1,102.01 | 8/22/18 | 18072501449 | 8/7/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072900367 | $1,102.01 | 8/23/18 | 18072900367 | 8/8/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073001185 | $1,102.01 | 8/23/18 | 18073001185 | 8/8/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300248 | $1,189.49 | 8/24/18 | 18080300248 | 8/9/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080500383 | $1,102.01 | 8/24/18 | 18080500383 | 8/9/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072900366 | $1,102.01 | 8/24/18 | 18072900366 | 8/9/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901179 | $259.13 | 8/24/18 | 18071901179 | 8/9/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801137 | $259.13 | 8/24/18 | 18071801137 | 8/9/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401249 | $1,189.49 | 8/24/18 | 18072401249 | 8/10/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101258 | $1,102.01 | 8/24/18 | 18073101258 | 8/10/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080101217 | $1,102.01 | 8/24/18 | 18080101217 | 8/10/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080500384 | $1,102.01 | 8/24/18 | 18080500384 | 8/10/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011200540 | $68.76 | 8/24/18 | 18011200540 | 8/10/18 | $68.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011200541 | $68.76 | 8/24/18 | 18011200541 | 8/10/18 | $68.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010301168 | $51.26 | 8/24/18 | 18010301168 | 8/10/18 | $51.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011101128 | $51.12 | 8/24/18 | 18011101128 | 8/10/18 | $51.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011000635 | $51.12 | 8/24/18 | 18011000635 | 8/10/18 | $51.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011501272 | $51.12 | 8/24/18 | 18011501272 | 8/10/18 | $51.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011800791 | $51.12 | 8/24/18 | 18011800791 | 8/10/18 | $51.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011101129 | $50.76 | 8/24/18 | 18011101129 | 8/10/18 | $50.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011200539 | $50.76 | 8/24/18 | 18011200539 | 8/10/18 | $50.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011000632 | $47.16 | 8/24/18 | 18011000632 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011000634 | $47.16 | 8/24/18 | 18011000634 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011800793 | $47.16 | 8/24/18 | 18011800793 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18012300849 | $47.16 | 8/24/18 | 18012300849 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011800795 | $47.16 | 8/24/18 | 18011800795 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010900816 | $47.16 | 8/24/18 | 18010900816 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010900815 | $47.16 | 8/24/18 | 18010900815 | 8/10/18 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P17122900951 | $33.84 | 8/24/18 | 17122900951 | 8/10/18 | $33.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011200544 | $32.76 | 8/24/18 | 18011200544 | 8/10/18 | $32.76 |

Keystone Freight Corp., Dba Keystone Freight, Dba National Retail Transportation

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P17122801193 | $12.24 | 8/24/18 | 17122801193 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P17122801194 | $12.24 | 8/24/18 | 17122801194 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P17122801195 | $12.24 | 8/24/18 | 17122801195 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P17122801196 | $12.24 | 8/24/18 | 17122801196 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011101127 | $12.24 | 8/24/18 | 18011101127 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010900814 | $12.24 | 8/24/18 | 18010900814 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010301167 | $12.24 | 8/24/18 | 18010301167 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010301166 | $12.24 | 8/24/18 | 18010301166 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18010301165 | $12.24 | 8/24/18 | 18010301165 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011000630 | $12.24 | 8/24/18 | 18011000630 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011200546 | $12.24 | 8/24/18 | 18011200546 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011501271 | $12.24 | 8/24/18 | 18011501271 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011800796 | $12.24 | 8/24/18 | 18011800796 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011800797 | $12.24 | 8/24/18 | 18011800797 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011900991 | $12.24 | 8/24/18 | 18011900991 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011200542 | $12.24 | 8/24/18 | 18011200542 | 8/10/18 | $12.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P17122900950 | $11.16 | 8/24/18 | 17122900950 | 8/10/18 | $11.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300246 | $1,189.49 | 8/28/18 | 18080300246 | 8/13/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080500385 | $1,102.01 | 8/28/18 | 18080500385 | 8/13/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080601166 | $1,102.01 | 8/28/18 | 18080601166 | 8/13/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080701291 | $1,102.01 | 8/28/18 | 18080701291 | 8/13/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080700945 | $1,189.49 | 8/29/18 | 18080700945 | 8/14/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080801354 | $1,102.01 | 8/29/18 | 18080801354 | 8/14/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080500386 | $1,102.01 | 8/29/18 | 18080500386 | 8/14/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080601168 | $1,102.01 | 8/29/18 | 18080601168 | 8/14/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080700946 | $1,189.49 | 8/30/18 | 18080700946 | 8/15/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080701293 | $1,102.01 | 8/31/18 | 18080701293 | 8/16/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081200437 | $1,102.01 | 8/31/18 | 18081200437 | 8/16/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200849 | $259.13 | 8/31/18 | 18080200849 | 8/16/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300589 | $259.13 | 8/31/18 | 18080300589 | 8/16/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081100045 | $1,189.49 | 8/31/18 | 18081100045 | 8/17/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081301203 | $1,102.01 | 8/31/18 | 18081301203 | 8/17/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080801356 | $1,102.01 | 8/31/18 | 18080801356 | 8/17/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081300666 | $764.62 | 8/31/18 | 18081300666 | 8/17/18 | $764.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081100044 | $1,189.49 | 9/4/18 | 18081100044 | 8/20/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081401281 | $1,102.01 | 9/4/18 | 18081401281 | 8/20/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081501161 | $1,102.01 | 9/4/18 | 18081501161 | 8/20/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081301159 | $1,189.49 | 9/5/18 | 18081301159 | 8/21/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081301204 | $1,102.01 | 9/5/18 | 18081301204 | 8/21/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000865 | $259.13 | 9/5/18 | 18082000865 | 8/21/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000868 | $259.13 | 9/5/18 | 18082000868 | 8/21/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000867 | $259.13 | 9/5/18 | 18082000867 | 8/21/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000864 | $259.13 | 9/5/18 | 18082000864 | 8/21/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000866 | $259.13 | 9/5/18 | 18082000866 | 8/21/18 | $259.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081301158 | $1,189.49 | 9/6/18 | 18081301158 | 8/22/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081501160 | $1,102.01 | 9/6/18 | 18081501160 | 8/22/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081501163 | $1,102.01 | 9/6/18 | 18081501163 | 8/22/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081900444 | $1,102.01 | 9/6/18 | 18081900444 | 8/22/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600771 | $1,189.49 | 9/7/18 | 18081600771 | 8/23/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082001132 | $1,102.01 | 9/7/18 | 18082001132 | 8/23/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081401282 | $1,102.01 | 9/7/18 | 18081401282 | 8/23/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601104 | $764.62 | 9/7/18 | 18081601104 | 8/23/18 | $764.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601103 | $764.62 | 9/7/18 | 18081601103 | 8/23/18 | $764.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081200439 | $1,102.01 | 9/7/18 | 18081200439 | 8/24/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600770 | $1,189.49 | 9/11/18 | 18081600770 | 8/27/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000798 | $1,189.49 | 9/12/18 | 18082000798 | 8/28/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081900445 | $1,102.01 | 9/12/18 | 18081900445 | 8/28/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082200915 | $1,101.10 | 9/12/18 | 18082200915 | 8/28/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000797 | $1,189.49 | 9/13/18 | 18082000797 | 8/29/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082001133 | $1,102.01 | 9/13/18 | 18082001133 | 8/29/18 | $1,102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082200917 | $1,101.10 | 9/13/18 | 18082200917 | 8/29/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082600400 | $1,101.10 | 9/13/18 | 18082600400 | 8/29/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082100798 | $1,189.49 | 9/14/18 | 18082100798 | 8/30/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082200918 | $1,101.10 | 9/14/18 | 18082200918 | 8/30/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082700937 | $1,101.10 | 9/14/18 | 18082700937 | 8/30/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082101214 | $1,062.88 | 9/14/18 | 18082101214 | 8/30/18 | $1,062.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082800832 | $472.16 | 9/14/18 | 18082800832 | 8/30/18 | $472.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082100799 | $1,189.49 | 9/14/18 | 18082100799 | 8/31/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082300793 | $1,189.49 | 9/14/18 | 18082300793 | 8/31/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082800354 | $1,189.49 | 9/14/18 | 18082800354 | 8/31/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082801571 | $1,189.49 | 9/14/18 | 18082801571 | 8/31/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082800353 | $1,189.49 | 9/18/18 | 18082800353 | 9/3/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082801297 | $1,101.10 | 9/18/18 | 18082801297 | 9/3/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082600401 | $1,101.10 | 9/18/18 | 18082600401 | 9/3/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082700938 | $1,101.10 | 9/18/18 | 18082700938 | 9/3/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082701286 | $764.62 | 9/19/18 | 18082701286 | 9/4/18 | $764.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081300661 | $259.13 | 9/19/18 | 18081300661 | 9/4/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400834 | $259.13 | 9/19/18 | 18082400834 | 9/4/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082300792 | $1,189.49 | 9/20/18 | 18082300792 | 9/5/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082901144 | $1,101.10 | 9/20/18 | 18082901144 | 9/5/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082700940 | $1,101.10 | 9/21/18 | 18082700940 | 9/6/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090300190 | $1,101.10 | 9/21/18 | 18090300190 | 9/6/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082101213 | $1,062.88 | 9/21/18 | 18082101213 | 9/6/18 | $1,062.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082701315 | $764.62 | 9/21/18 | 18082701315 | 9/6/18 | $764.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082801572 | $1,189.49 | 9/21/18 | 18082801572 | 9/7/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083000358 | $1,189.49 | 9/21/18 | 18083000358 | 9/7/18 | $1,189.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090300191 | $1,101.10 | 9/21/18 | 18090300191 | 9/7/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083000357 | $1,189.49 | 9/25/18 | 18083000357 | 9/10/18 | $1,189.49 |

Keystone Freight Corp., Dba Keystone Freight, Dba National Retail Transportation

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090401331 | $1,101.10 | 9/25/18 | 18090401331 | 9/10/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090400914 | $1,187.06 | 9/26/18 | 18090400914 | 9/11/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082801298 | $1,101.10 | 9/26/18 | 18082801298 | 9/11/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082901146 | $1,101.10 | 9/26/18 | 18082901146 | 9/11/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090600889 | $1,101.10 | 9/26/18 | 18090600889 | 9/11/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090700695 | $471.64 | 9/26/18 | 18090700695 | 9/11/18 | $471.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090400916 | $1,187.06 | 9/27/18 | 18090400916 | 9/12/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090501092 | $1,101.10 | 9/27/18 | 18090501092 | 9/12/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090300192 | $1,101.10 | 9/27/18 | 18090300192 | 9/12/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090501134 | $1,101.10 | 9/27/18 | 18090501134 | 9/12/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18011501270 | $1,493.02 | 9/28/18 | 18011501270 | 9/13/18 | $1,493.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090501787 | $1,187.06 | 9/28/18 | 18090501787 | 9/13/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090300193 | $1,101.10 | 9/28/18 | 18090300193 | 9/13/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091001294 | $1,101.10 | 9/28/18 | 18091001294 | 9/13/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091000850 | $471.64 | 9/28/18 | 18091000850 | 9/13/18 | $471.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082100728 | $259.13 | 9/28/18 | 18082100728 | 9/13/18 | $259.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091000750 | $258.22 | 9/28/18 | 18091000750 | 9/13/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090601005 | $258.22 | 9/28/18 | 18090601005 | 9/13/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090501786 | $1,187.06 | 9/28/18 | 18090501786 | 9/14/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090601234 | $1,101.10 | 9/28/18 | 18090601234 | 9/14/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091101332 | $1,101.10 | 9/28/18 | 18091101332 | 9/14/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090700804 | $1,187.06 | 10/2/18 | 18090700804 | 9/17/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090401332 | $1,101.10 | 10/2/18 | 18090401332 | 9/17/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091200678 | $1,101.10 | 10/2/18 | 18091200678 | 9/17/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091101017 | $258.22 | 10/2/18 | 18091101017 | 9/17/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091101018 | $258.22 | 10/2/18 | 18091101018 | 9/17/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090501094 | $1,101.10 | 10/3/18 | 18090501094 | 9/18/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090601233 | $1,101.10 | 10/3/18 | 18090601233 | 9/18/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091200577 | $1,187.06 | 10/4/18 | 18091200577 | 9/19/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091600509 | $1,101.10 | 10/4/18 | 18091600509 | 9/19/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090601235 | $1,101.10 | 10/4/18 | 18090601235 | 9/19/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091001295 | $1,101.10 | 10/4/18 | 18091001295 | 9/19/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090700803 | $1,187.06 | 10/5/18 | 18090700803 | 9/20/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090900497 | $1,101.10 | 10/5/18 | 18090900497 | 9/20/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091701207 | $1,101.10 | 10/5/18 | 18091701207 | 9/20/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091901239 | $471.64 | 10/5/18 | 18091901239 | 9/20/18 | $471.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091701208 | $1,101.10 | 10/5/18 | 18091701208 | 9/21/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091001297 | $1,101.10 | 10/5/18 | 18091001297 | 9/21/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091200576 | $1,187.06 | 10/9/18 | 18091200576 | 9/24/18 | $1,187.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091801250 | $1,101.10 | 10/9/18 | 18091801250 | 9/24/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090900499 | $1,101.10 | 10/9/18 | 18090900499 | 9/24/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090900498 | $1,101.10 | 10/9/18 | 18090900498 | 9/24/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091300735 | $258.22 | 10/9/18 | 18091300735 | 9/24/18 | $258.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090700693 | $258.22 | 10/9/18 | 18090700693 | 9/24/18 | $258.22 |

Keystone Freight Corp., Dba Keystone Freight, Dba National Retail Transportation

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091801252 | $1,101.10 | 10/10/18 | 18091801252 | 9/25/18 | $1,101.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18091101333 | $1,101.10 | 10/10/18 | 18091101333 | 9/25/18 | $1,101.10 |

**Totals:** **262 transfer(s), $224,986.08**