Defendant: **Mayaguez Optical Laboratories Inc., Dba Mayaguez Optical Laboratories Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986660 | $14,818.00 | 7/23/18 | 825318181976018 | 7/16/18 | $14,818.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990117 | $16,169.00 | 7/30/18 | 825318182046018 | 7/23/18 | $16,169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993757 | $22,392.00 | 8/6/18 | 825318182116018 | 7/30/18 | $22,392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997813 | $17,155.00 | 8/13/18 | 825318182186018 | 8/6/18 | $17,155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001238 | $16,002.00 | 8/20/18 | 825318182256018 | 8/13/18 | $16,002.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004686 | $13,293.00 | 8/27/18 | 825318182326018 | 8/20/18 | $13,293.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008190 | $14,775.00 | 9/3/18 | 825318182396018 | 8/27/18 | $14,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012233 | $14,686.00 | 9/10/18 | 825318182466018 | 9/3/18 | $14,686.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015660 | $13,997.00 | 9/17/18 | 825318182536018 | 9/10/18 | $13,997.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019131 | $14,138.00 | 9/24/18 | 825318182606018 | 9/17/18 | $14,138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022651 | $10,348.00 | 10/1/18 | 825318182676018 | 9/24/18 | $10,348.00 |

**Totals:** 11 transfer(s), **$167,773.00**