| Defendant: | **Midland Empire Retail LLC, Dba East Hills Shopping Center** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115412 | $32,709.90 | 9/13/18 | 0000095764 | 4/3/18 | $32,709.90 |

**Totals:**       **1 transfer(s),  $32,709.90**