Defendant: **P B Home Services Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983980 | $40,277.70 | 7/17/18 | 617640712186045 | 7/12/18 | $21,396.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983980 | $40,277.70 | 7/17/18 | 617640713186045 | 7/13/18 | $18,881.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984899 | $22,890.90 | 7/18/18 | 617640714186045 | 7/14/18 | $12,529.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984899 | $22,890.90 | 7/18/18 | 617640715186045 | 7/15/18 | $10,361.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986202 | $14,624.90 | 7/20/18 | 617640717186045 | 7/17/18 | $14,624.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986763 | $11,394.65 | 7/23/18 | 617640718186045 | 7/18/18 | $11,394.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987418 | $20,323.27 | 7/24/18 | 617640719186045 | 7/19/18 | $9,839.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987418 | $20,323.27 | 7/24/18 | 617640720186045 | 7/20/18 | $10,484.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988306 | $25,050.41 | 7/25/18 | 617640721186045 | 7/21/18 | $13,714.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988306 | $25,050.41 | 7/25/18 | 617640722186045 | 7/22/18 | $11,335.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989643 | $7,719.32 | 7/27/18 | 617640724186045 | 7/24/18 | $7,719.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990219 | $5,825.84 | 7/30/18 | 617640725186045 | 7/25/18 | $5,825.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990916 | $20,166.14 | 7/31/18 | 617640726186045 | 7/26/18 | $10,695.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990916 | $20,166.14 | 7/31/18 | 617640727186045 | 7/27/18 | $9,470.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991770 | $11,092.88 | 8/1/18 | 617640728186045 | 7/28/18 | $3,599.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991770 | $11,092.88 | 8/1/18 | 617640729186045 | 7/29/18 | $7,492.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993230 | $11,973.64 | 8/3/18 | 617640731186045 | 7/31/18 | $11,973.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993880 | $5,695.48 | 8/6/18 | 617640801186045 | 8/1/18 | $5,695.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994974 | $33,428.48 | 8/7/18 | 617640802186045 | 8/2/18 | $11,832.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994974 | $33,428.48 | 8/7/18 | 617640803186045 | 8/3/18 | $21,595.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996080 | $18,681.34 | 8/8/18 | 617640804186045 | 8/4/18 | $10,554.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996080 | $18,681.34 | 8/8/18 | 617640805186045 | 8/5/18 | $8,127.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997391 | $8,966.56 | 8/10/18 | 617640807186045 | 8/7/18 | $8,966.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997913 | $11,615.83 | 8/13/18 | 617640808186045 | 8/8/18 | $11,615.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998546 | $23,177.37 | 8/14/18 | 617640809186045 | 8/9/18 | $12,260.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998546 | $23,177.37 | 8/14/18 | 617640810186045 | 8/10/18 | $10,917.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999394 | $13,482.74 | 8/15/18 | 617640811186045 | 8/11/18 | $9,250.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999394 | $13,482.74 | 8/15/18 | 617640812186045 | 8/12/18 | $4,232.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000770 | $13,359.72 | 8/17/18 | 617640814186045 | 8/14/18 | $13,359.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001345 | $12,134.15 | 8/20/18 | 617640815186045 | 8/15/18 | $12,134.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002029 | $23,259.22 | 8/21/18 | 617640816186045 | 8/16/18 | $13,370.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002029 | $23,259.22 | 8/21/18 | 617640817186045 | 8/17/18 | $9,888.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002921 | $27,285.19 | 8/22/18 | 617640818186045 | 8/18/18 | $16,947.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002921 | $27,285.19 | 8/22/18 | 617640819186045 | 8/19/18 | $10,337.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004231 | $2,357.48 | 8/24/18 | 617640821186045 | 8/21/18 | $2,357.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004784 | $11,717.59 | 8/27/18 | 617640822186045 | 8/22/18 | $11,717.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005441 | $28,759.98 | 8/28/18 | 617640823186045 | 8/23/18 | $13,727.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005441 | $28,759.98 | 8/28/18 | 617640824186045 | 8/24/18 | $15,032.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006285 | $25,531.96 | 8/29/18 | 617640825186045 | 8/25/18 | $12,422.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006285 | $25,531.96 | 8/29/18 | 617640826186045 | 8/26/18 | $13,109.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006954 | $3.05 | 8/30/18 | 617640827186045 | 8/27/18 | $3.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007725 | $10,236.28 | 8/31/18 | 617640828186045 | 8/28/18 | $10,236.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008308 | $5,352.75 | 9/3/18 | 617640829186045 | 8/29/18 | $5,352.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009096 | $12,706.11 | 9/4/18 | 617640830186045 | 8/30/18 | $12,706.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010393 | $14,367.54 | 9/5/18 | 617640901186045 | 9/1/18 | $2,692.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010393 | $14,367.54 | 9/5/18 | 617640902186045 | 9/2/18 | $11,675.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012339 | $5,392.08 | 9/10/18 | 617640905186045 | 9/5/18 | $5,392.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013013 | $25,823.28 | 9/11/18 | 617640906186045 | 9/6/18 | $11,722.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013013 | $25,823.28 | 9/11/18 | 617640907186045 | 9/7/18 | $14,101.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013878 | $16,051.58 | 9/12/18 | 617640908186045 | 9/8/18 | $8,040.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013878 | $16,051.58 | 9/12/18 | 617640909186045 | 9/9/18 | $8,011.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015212 | $8,254.54 | 9/14/18 | 617640911186045 | 9/11/18 | $8,254.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015756 | $9,414.79 | 9/17/18 | 617640912186045 | 9/12/18 | $9,414.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016431 | $27,028.90 | 9/18/18 | 617640913186045 | 9/13/18 | $14,198.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016431 | $27,028.90 | 9/18/18 | 617640914186045 | 9/14/18 | $12,830.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017298 | $29,207.33 | 9/19/18 | 617640915186045 | 9/15/18 | $20,757.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017298 | $29,207.33 | 9/19/18 | 617640916186045 | 9/16/18 | $8,450.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018685 | $14,940.92 | 9/21/18 | 617640918186045 | 9/18/18 | $14,940.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019226 | $17,752.96 | 9/24/18 | 617640919186045 | 9/19/18 | $17,752.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019910 | $26,896.73 | 9/25/18 | 617640920186045 | 9/20/18 | $16,732.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019910 | $26,896.73 | 9/25/18 | 617640921186045 | 9/21/18 | $10,163.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020805 | $20,928.95 | 9/26/18 | 617640922186045 | 9/22/18 | $11,945.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020805 | $20,928.95 | 9/26/18 | 617640923186045 | 9/23/18 | $8,983.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022156 | $4,191.47 | 9/28/18 | 617640925186045 | 9/25/18 | $4,191.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022759 | $14,328.40 | 10/1/18 | 617640926186045 | 9/26/18 | $14,328.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023546 | $22,800.93 | 10/2/18 | 617640927186045 | 9/27/18 | $15,975.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023546 | $22,800.93 | 10/2/18 | 617640928186045 | 9/28/18 | $6,825.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024581 | $35,903.39 | 10/3/18 | 617640929186045 | 9/29/18 | $19,463.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024581 | $35,903.39 | 10/3/18 | 617640930186045 | 9/30/18 | $16,439.89 |

Totals:    46 transfer(s),  $772,374.72