| | |
|---|---|
| Defendant: | **Robert C. Capshaw, Dba RBD Six Forks, LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170624 | $25,000.00 | 8/3/18 | 0000062618 | 6/26/18 | $25,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122505 | $2,838.99 | 8/9/18 | 0000097423 | 7/23/18 | $2,838.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171808 | $25,000.00 | 8/15/18 | 0000072618 | 7/26/18 | $25,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124784 | $2,838.99 | 9/6/18 | 0000098019 | 8/22/18 | $2,838.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173183 | $25,000.00 | 9/6/18 | 0000082618 | 8/26/18 | $25,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174530 | $25,000.00 | 10/10/18 | 0000092518 | 9/25/18 | $25,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126935 | $2,838.99 | 10/11/18 | 0000098400 | 9/24/18 | $2,838.99 |

**Totals:**   7 transfer(s),  $108,516.97