| Defendant: | Solon OH Retail LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 121059 | $54,362.56 | 8/9/18 | 0000097087 | 7/2/18 | $54,362.56 |
| **Totals:** | **1 transfer(s), $54,362.56** | | | | | | |