| | | |
|---|---|---|
| Defendant: | **The Eureka Company, Dba Electrolux Home Care** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608378 | 5/14/18 | $10,183.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608382 | 5/14/18 | $3,973.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608376 | 5/14/18 | $2,352.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608380 | 5/14/18 | $1,686.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608375 | 5/14/18 | $1,177.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608379 | 5/14/18 | $1,082.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608377 | 5/14/18 | $499.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608383 | 5/14/18 | $334.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000608381 | 5/14/18 | $230.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92386 | $19,100.82 | 7/20/18 | 0000509060 | 7/10/18 | -$2,421.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609974 | 5/21/18 | $7,552.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609971 | 5/21/18 | $6,473.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609978 | 5/21/18 | $2,807.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609972 | 5/21/18 | $2,446.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609976 | 5/21/18 | $1,829.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609975 | 5/21/18 | $1,639.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609979 | 5/21/18 | $487.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609977 | 5/21/18 | $155.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000609973 | 5/21/18 | $19.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96483 | $21,369.83 | 7/27/18 | 0000604035 | 7/20/18 | -$2,041.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612100 | 5/29/18 | $9,070.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612103 | 5/29/18 | $3,831.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612099 | 5/29/18 | $2,858.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612102 | 5/29/18 | $1,701.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612101 | 5/29/18 | $256.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612098 | 5/29/18 | $136.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000612104 | 5/29/18 | $96.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01531 | $17,890.90 | 8/6/18 | 0000745921 | 5/29/18 | -$59.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615302 | 6/8/18 | $9,648.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615306 | 6/8/18 | $3,058.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615300 | 6/8/18 | $2,991.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615304 | 6/8/18 | $2,787.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615303 | 6/8/18 | $1,983.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615307 | 6/8/18 | $705.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615301 | 6/8/18 | $474.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615299 | 6/8/18 | $453.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06099 | $22,475.56 | 8/14/18 | 0000615305 | 6/8/18 | $373.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615575 | 6/11/18 | $11,179.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615574 | 6/11/18 | $4,715.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615578 | 6/11/18 | $3,717.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615577 | 6/11/18 | $1,064.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615573 | 6/11/18 | $954.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615576 | 6/11/18 | $329.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08259 | $21,972.44 | 8/17/18 | 0000615579 | 6/11/18 | $11.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617633 | 6/18/18 | $7,237.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617636 | 6/18/18 | $4,329.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617631 | 6/18/18 | $3,391.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617632 | 6/18/18 | $2,601.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617635 | 6/18/18 | $1,923.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617637 | 6/18/18 | $101.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000617634 | 6/18/18 | $95.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12254 | $19,626.52 | 8/24/18 | 0000748057 | 6/18/18 | -$53.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619323 | 6/25/18 | $13,108.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619325 | 6/25/18 | $7,871.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619324 | 6/25/18 | $3,599.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619328 | 6/25/18 | $3,238.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619327 | 6/25/18 | $1,489.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619326 | 6/25/18 | $77.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16236 | $29,399.84 | 8/31/18 | 0000619329 | 6/25/18 | $14.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621214 | 7/2/18 | $9,882.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621211 | 7/2/18 | $6,623.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621217 | 7/2/18 | $3,191.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621212 | 7/2/18 | $2,953.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621216 | 7/2/18 | $2,314.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621215 | 7/2/18 | $202.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19308 | $25,234.24 | 9/7/18 | 0000621213 | 7/2/18 | $66.84 |

Totals:     8 transfer(s),  $177,070.15