| Defendant: | The J.M. Smucker Company, Dba Smucker Retail Foods Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 7669234A | 2/13/18 | -$23,495.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 9735P10940 | 6/10/18 | -$46.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 3266P10940 | 6/10/18 | -$74.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 4857P10940 | 6/11/18 | -$0.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 9255P10940 | 6/11/18 | -$9.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 4349P10940 | 6/11/18 | -$18.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 9693P10940 | 6/11/18 | -$28.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 3239P10940 | 6/11/18 | -$28.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 3722P10940 | 6/11/18 | -$28.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 4736P10940 | 6/11/18 | -$37.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 7104P10940 | 6/11/18 | -$37.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 3202P10940 | 6/11/18 | -$46.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 7383P10940 | 6/11/18 | -$46.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 4048P10940 | 6/11/18 | -$56.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 9761P10940 | 6/11/18 | -$65.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 3086P10940 | 6/11/18 | -$74.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 7756P10940 | 6/11/18 | -$168.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 3155P10941 | 6/23/18 | -$9.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 4782P10941 | 6/25/18 | -$37.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 20180745KPW | 6/26/18 | -$162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | ACH062618A | 6/26/18 | -$400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | ACH062618 | 6/26/18 | -$509,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 210008CPN | 7/7/18 | -$14.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991483940 | 7/8/18 | -$41.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991483939 | 7/8/18 | -$1,322.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70047218 | 7/13/18 | $25,376.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70042743 | 7/13/18 | $4,216.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70047239 | 7/14/18 | $944.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70054870 | 7/15/18 | $16,717.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70047219 | 7/15/18 | $4,391.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056339 | 7/17/18 | $40,395.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056346 | 7/17/18 | $39,449.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056345 | 7/17/18 | $38,736.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056341 | 7/17/18 | $37,732.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056343 | 7/17/18 | $36,743.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056347 | 7/17/18 | $36,734.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056337 | 7/17/18 | $34,437.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056315 | 7/17/18 | $10,189.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056314 | 7/17/18 | $10,093.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056338 | 7/17/18 | $7,147.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056344 | 7/17/18 | $5,829.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056342 | 7/17/18 | $4,928.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056341 | 7/17/18 | $1,103.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056345 | 7/17/18 | $1,019.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 70056340 | 7/18/18 | $6,901.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 210074CPN | 7/21/18 | -$29.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991484090 | 7/22/18 | -$159.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991484295 | 7/22/18 | -$184.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991484294 | 7/22/18 | -$1,232.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991484088 | 7/22/18 | -$1,867.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | VPOT991484089 | 7/22/18 | -$1,892.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | CD3102898ED | 7/25/18 | $469.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 8361S000936 | 7/26/18 | -$449.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 20180834KPW | 7/26/18 | -$813.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 20180830KPW | 7/26/18 | -$3,557.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 210116CPN | 7/28/18 | -$8.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | MA18214715852 | 8/2/18 | -$7,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | CKw073118 | 8/3/18 | $224,152.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995211 | $34,479.82 | 8/7/18 | 20180850KPW | 8/3/18 | -$334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992546 | $53,871.20 | 9/11/18 | 70011421 | 6/24/18 | $38,336.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992546 | $53,871.20 | 9/11/18 | 70011422 | 6/24/18 | $2,979.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992546 | $53,871.20 | 9/11/18 | MA18188711754 | 7/7/18 | -$16,380.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992546 | $53,871.20 | 9/11/18 | 70042743 | 7/13/18 | $15,738.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992546 | $53,871.20 | 9/11/18 | 70047238 | 7/13/18 | $7,309.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992546 | $53,871.20 | 9/11/18 | 70047239 | 7/14/18 | $5,886.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70072772 | 7/25/18 | $41,987.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70072773 | 7/25/18 | $2,060.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | LA6526RG | 8/3/18 | -$1,346.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 210146CPN | 8/4/18 | -$10.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | MA18216712762 | 8/4/18 | -$2,175.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | MA18216714000 | 8/4/18 | -$51,730.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 210508CPN | 8/18/18 | -$12.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 8361S000956 | 8/20/18 | -$271.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70136604 | 8/24/18 | $3,756.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70136605 | 8/24/18 | $3,756.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70136606 | 8/24/18 | $2,414.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70142031 | 8/24/18 | $2,146.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70136603 | 8/25/18 | $2,146.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 210545CPN | 8/25/18 | -$20.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70136607 | 8/26/18 | $2,414.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70154448 | 8/31/18 | $40,778.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 70154449 | 8/31/18 | $1,970.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | MA18244714000 | 9/1/18 | -$6,406.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015989 | $41,447.68 | 9/17/18 | 210894CPN | 9/8/18 | -$8.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020047 | $60,256.00 | 9/25/18 | 70165393 | 9/8/18 | $39,551.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020047 | $60,256.00 | 9/25/18 | 70165394 | 9/9/18 | $22,828.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020047 | $60,256.00 | 9/25/18 | VPOT991488348 | 9/16/18 | -$152.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020047 | $60,256.00 | 9/25/18 | VPOT991488347 | 9/16/18 | -$1,972.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020881 | $18,931.89 | 9/26/18 | 70170344 | 9/11/18 | $18,931.89 |

**Totals:**     5 transfer(s),  $208,986.59