Defendant: **White Plains Galleria Limited Partnership, Dba WP Galleria Realty LP**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172084 | $26,030.05 | 8/8/18 | 0000072618 | 7/26/18 | $17,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172084 | $26,030.05 | 8/8/18 | 0000072618 | 7/26/18 | $8,530.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122234 | $231,125.40 | 8/9/18 | 0000097316 | 7/18/18 | $231,125.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173457 | $17,911.16 | 9/6/18 | 0000082618 | 8/26/18 | $9,477.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173457 | $17,911.16 | 9/6/18 | 0000082618 | 8/26/18 | $8,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173457 | $17,911.16 | 9/6/18 | 0000082618 | 8/26/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115960 | $68,369.40 | 9/13/18 | 0000095816 | 4/11/18 | $68,369.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174798 | $17,811.16 | 10/9/18 | 0000092518 | 9/25/18 | $9,477.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174798 | $17,811.16 | 10/9/18 | 0000092518 | 9/25/18 | $8,333.33 |

Totals: 5 transfer(s), $361,247.17