Defendant: **TSG Downtown Chesterfield Redevelopment, LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171978 | $5,855.42 | 8/7/18 | 0000072618 | 7/26/18 | $3,937.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171978 | $5,855.42 | 8/7/18 | 0000072618 | 7/26/18 | $1,916.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171978 | $5,855.42 | 8/7/18 | 0000072618 | 7/26/18 | $1.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122515 | $14,350.00 | 8/9/18 | 0000097405 | 7/23/18 | $14,350.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173351 | $2,732.54 | 9/5/18 | 0000082618 | 8/26/18 | $1,837.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173351 | $2,732.54 | 9/5/18 | 0000082618 | 8/26/18 | $894.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173351 | $2,732.54 | 9/5/18 | 0000082618 | 8/26/18 | $0.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124800 | $14,350.00 | 9/6/18 | 0000098001 | 8/22/18 | $14,350.00 |

Totals:    4 transfer(s),  $37,287.96