| Defendant: | Tai Fong Shoes Limited |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7187 | $27,581.31 | 8/15/18 | 201820141781 | 7/11/18 | $18,254.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7187 | $27,581.31 | 8/15/18 | 201820142003 | 7/11/18 | $9,326.40 |

**Totals:** 1 transfer(s),  $27,581.31