| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Scribcor Global Lease Administration LLC, Dba Scribcor Global Lease Administration** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983514 | $78,795.00 | 7/24/18 | 5482 | 5/31/18 | $78,795.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986265 | $77,032.50 | 7/30/18 | 5482 | 6/30/18 | $77,032.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000839 | $78,645.00 | 8/31/18 | 5603 | 7/31/18 | $78,645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $22,425.00 | 10/12/18 | O/A | O/A | O/A |

Totals:    4 transfer(s),  $256,897.50