Defendant: **Nova Genesis Int'l Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5953 | $9,999.29 | 7/18/18 | 201818068489 | 5/9/18 | $9,999.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5954 | $51,293.58 | 8/30/18 | 201819151726 | 6/14/18 | $29,420.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5954 | $51,293.58 | 8/30/18 | 201819509783 | 6/14/18 | $12,264.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5954 | $51,293.58 | 8/30/18 | 201819341334 | 6/14/18 | $5,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5954 | $51,293.58 | 8/30/18 | 201819509783 | 6/14/18 | $4,509.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5955 | $30,281.42 | 9/11/18 | 201819768450 | 6/27/18 | $9,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5955 | $30,281.42 | 9/11/18 | 201819768450 | 6/27/18 | $9,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5955 | $30,281.42 | 9/11/18 | 201820223944 | 6/27/18 | $6,621.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5955 | $30,281.42 | 9/11/18 | 201819343036 | 6/27/18 | $5,659.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5956 | $49,368.33 | 10/2/18 | 201820406864 | 7/12/18 | $24,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5956 | $49,368.33 | 10/2/18 | 201820406864 | 7/12/18 | $20,762.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5956 | $49,368.33 | 10/2/18 | 201819821932 | 7/12/18 | $3,705.93 |

Totals:    4 transfer(s),  $140,942.62