Defendant: **Winners Industry Company Limited**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $14,329.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $8,432.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $8,392.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $7,968.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $6,278.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $5,629.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $4,565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $4,026.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $3,995.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $3,035.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $2,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $2,306.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $2,227.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $2,162.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $1,688.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11695 | $78,488.68 | 9/24/18 | 201820110944 | 7/9/18 | $973.00 |

Totals:    1 transfer(s),  $78,488.68