| Defendant: | **Toy2U Manufactory Company Limited** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20401 | $50,218.32 | 9/4/18 | 201819426607 | 6/7/18 | $20,950.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20401 | $50,218.32 | 9/4/18 | 201819426607 | 6/7/18 | $13,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20401 | $50,218.32 | 9/4/18 | 201819426607 | 6/7/18 | $12,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20401 | $50,218.32 | 9/4/18 | 201819426607 | 6/7/18 | $3,288.00 |

Totals:     1 transfer(s),  $50,218.32