| Defendant: | **Shanghai Fochier Int'l Trade Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11615 | $8,767.17 | 7/18/18 | 201818095935 | 4/24/18 | $8,767.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11616 | $87,439.29 | 8/2/18 | 201818332459 | 5/7/18 | $58,684.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11616 | $87,439.29 | 8/2/18 | 201818332459 | 5/7/18 | $28,754.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11617 | $45,616.05 | 8/21/18 | 201818951732 | 5/24/18 | $23,091.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11617 | $45,616.05 | 8/21/18 | 201818951732 | 5/24/18 | $22,524.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11618 | $6,286.74 | 8/27/18 | 201818951874 | 5/28/18 | $6,286.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11619 | $77,625.51 | 9/4/18 | 201819398155 | 6/4/18 | $48,283.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11619 | $77,625.51 | 9/4/18 | 201819398155 | 6/4/18 | $29,342.25 |

**Totals:     5 transfer(s),  $225,734.76**