| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Thermo Dynamics Inc. of Connecticut, Dba Thermo Dynamics Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980285 | $350.43 | 7/17/18 | 16216 | 5/3/18 | $350.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982908 | $3,098.01 | 7/23/18 | 16246 | 5/9/18 | $2,173.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982908 | $3,098.01 | 7/23/18 | 16247 | 5/9/18 | $924.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983565 | $4,495.43 | 7/24/18 | 16205 | 5/10/18 | $1,361.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983565 | $4,495.43 | 7/24/18 | 16207 | 5/10/18 | $1,308.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983565 | $4,495.43 | 7/24/18 | 16206 | 5/10/18 | $1,219.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983565 | $4,495.43 | 7/24/18 | 16208 | 5/10/18 | $606.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984237 | $2,191.88 | 7/25/18 | 16221 | 5/11/18 | $2,191.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986318 | $1,341.75 | 7/30/18 | 16228 | 5/16/18 | $1,341.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987034 | $3,207.06 | 7/31/18 | 16229 | 5/17/18 | $2,120.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987034 | $3,207.06 | 7/31/18 | 16214 | 5/17/18 | $1,086.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987644 | $1,793.39 | 8/1/18 | 16231 | 5/18/18 | $1,793.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990518 | $4,746.41 | 8/9/18 | 16294 | 5/24/18 | $4,746.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991158 | $9,922.60 | 8/10/18 | 16256 | 5/25/18 | $4,988.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991158 | $9,922.60 | 8/10/18 | 16264 | 5/25/18 | $2,354.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991158 | $9,922.60 | 8/10/18 | 16255 | 5/25/18 | $905.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991158 | $9,922.60 | 8/10/18 | 16271 | 5/25/18 | $581.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991158 | $9,922.60 | 8/10/18 | 16295 | 5/25/18 | $573.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991158 | $9,922.60 | 8/10/18 | 16296 | 5/25/18 | $518.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991157 | $2,595.00 | 8/10/18 | 18270 | 5/30/18 | $2,595.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992569 | $2,885.28 | 8/14/18 | 15995 | 5/29/18 | $2,335.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992569 | $2,885.28 | 8/14/18 | 15994 | 5/29/18 | $549.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | 16257 | 5/30/18 | $2,426.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $1,249.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $1,177.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | 16258 | 5/30/18 | $1,156.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $948.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $896.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $777.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | 16301 | 5/30/18 | $754.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $611.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $466.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $333.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $154.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $83.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805 | 5/30/18 | $68.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805MDO | 5/30/18 | $23.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805SHIPS | 5/30/18 | $20.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993357 | $12,085.22 | 8/15/18 | PM201805MDO | 5/30/18 | $17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994199 | $1,766.83 | 8/16/18 | 16276 | 5/31/18 | $1,122.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994199 | $1,766.83 | 8/16/18 | 16299 | 5/31/18 | $644.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995350 | $3,638.50 | 8/17/18 | 18151 | 2/13/18 | $1,242.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995350 | $3,638.50 | 8/17/18 | 18182 | 3/21/18 | $1,146.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995350 | $3,638.50 | 8/17/18 | 18273 | 5/31/18 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995351 | $387.94 | 8/17/18 | 16300 | 6/1/18 | $387.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996168 | $3,631.01 | 8/20/18 | 16306 | 6/4/18 | $2,467.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996168 | $3,631.01 | 8/20/18 | 16303 | 6/4/18 | $1,163.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996780 | $9,190.77 | 8/21/18 | 16305 | 6/5/18 | $4,818.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996780 | $9,190.77 | 8/21/18 | 16304 | 6/5/18 | $4,372.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997507 | $1,737.50 | 8/22/18 | 16307 | 6/6/18 | $1,737.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998163 | $7,664.64 | 8/23/18 | 15928 | 6/7/18 | $7,664.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18263 | 5/23/18 | $4,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18269 | 5/30/18 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18272 | 5/31/18 | $6,955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18271 | 5/31/18 | $1,488.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998774 | $708.30 | 8/28/18 | 16283 | 6/8/18 | $708.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18285 | 6/12/18 | $3,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18286 | 6/12/18 | $703.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998773 | $18,086.00 | 8/28/18 | 18284 | 6/12/18 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999480 | $4,998.45 | 8/29/18 | 16308 | 6/11/18 | $4,998.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000123 | $4,746.41 | 8/30/18 | 16309 | 6/12/18 | $4,746.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $1,249.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $1,177.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | 16326 | 6/13/18 | $1,113.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $1,029.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $896.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $777.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $531.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $466.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $333.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $154.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $83.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806 | 6/13/18 | $68.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806MDO | 6/13/18 | $23.96 |

Thermo Dynamics Inc. of Connecticut, Dba Thermo Dynamics Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806SHIPS | 6/13/18 | $20.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000912 | $8,861.00 | 8/31/18 | PM201806MDO | 6/13/18 | $17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001611 | $4,729.37 | 9/3/18 | 16312 | 6/14/18 | $2,830.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001611 | $4,729.37 | 9/3/18 | 16311 | 6/14/18 | $1,898.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002277 | $852.94 | 9/4/18 | 16358 | 6/15/18 | $852.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003013 | $1,024.53 | 9/5/18 | 16314 | 6/18/18 | $1,024.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003599 | $1,507.57 | 9/6/18 | 16360 | 6/19/18 | $925.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003599 | $1,507.57 | 9/6/18 | 16315 | 6/19/18 | $582.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004369 | $11,888.07 | 9/7/18 | 16361 | 6/20/18 | $7,141.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004369 | $11,888.07 | 9/7/18 | 16328 | 6/20/18 | $4,746.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005050 | $2,185.50 | 9/10/18 | 16317 | 6/21/18 | $1,512.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005050 | $2,185.50 | 9/10/18 | 16330 | 6/21/18 | $673.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006381 | $6,956.75 | 9/12/18 | 16318 | 6/25/18 | $4,767.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006381 | $6,956.75 | 9/12/18 | 16362 | 6/25/18 | $2,189.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007052 | $3,663.28 | 9/13/18 | 16363 | 6/26/18 | $3,663.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008604 | $2,160.11 | 9/17/18 | 16319 | 6/28/18 | $2,160.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16124 | 4/11/18 | $852.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16329 | 6/29/18 | $2,167.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16365 | 6/29/18 | $1,072.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16331 | 6/29/18 | $717.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16366 | 6/30/18 | $1,598.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16322 | 6/30/18 | $1,364.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009380 | $8,740.99 | 9/18/18 | 16367 | 7/1/18 | $968.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010597 | $1,763.39 | 9/19/18 | 16368 | 7/2/18 | $1,763.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011300 | $3,814.36 | 9/20/18 | 16370 | 7/3/18 | $2,290.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011300 | $3,814.36 | 9/20/18 | 16371 | 7/3/18 | $856.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011300 | $3,814.36 | 9/20/18 | 16369 | 7/3/18 | $666.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013972 | $4,759.17 | 9/26/18 | 16376 | 7/9/18 | $4,759.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014616 | $7,853.38 | 9/27/18 | 16378 | 7/10/18 | $4,355.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014616 | $7,853.38 | 9/27/18 | 16379 | 7/10/18 | $3,498.34 |

Totals:   38 transfer(s),  $176,029.22