**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | : | Case No. 18-23538-RDD |
| Debtors | : | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jason A. Fountain to be admitted, *pro hac vice*, to represent Clermont County Ohio Treasurer (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Jason A. Fountain, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee is paid. As the Client has represented that it is without means to pay the filing fee electronically, the fee may be paid and received by U.S. Mail.

Dated: October 9, 2020  /s/ Robert D. Drain
White Plains, New York  UNITED STATES BANKRUPTCY JUDGE