Defendant: **ACI International, Inc., Dba ACI International**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22703 | $112,300.95 | 7/18/18 | 201819922610 | 6/29/18 | $20,793.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22703 | $112,300.95 | 7/18/18 | 201819922610 | 6/29/18 | $20,793.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22703 | $112,300.95 | 7/18/18 | 201819922610 | 6/29/18 | $20,793.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22703 | $112,300.95 | 7/18/18 | 201819922610 | 6/29/18 | $20,793.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22703 | $112,300.95 | 7/18/18 | 201819427610 | 6/29/18 | $14,812.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22703 | $112,300.95 | 7/18/18 | 201819427610 | 6/29/18 | $14,316.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981082 | $7,177.61 | 7/19/18 | 583989R | 4/18/18 | $1,516.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981082 | $7,177.61 | 7/19/18 | 584768 | 4/30/18 | $3,444.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981082 | $7,177.61 | 7/19/18 | 584769 | 4/30/18 | $1,379.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981082 | $7,177.61 | 7/19/18 | 585081 | 4/30/18 | $964.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981082 | $7,177.61 | 7/19/18 | 8361D006335087 | 6/28/18 | -$127.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982274 | $932.72 | 7/23/18 | 583755 | 4/13/18 | $932.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $28,814.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $19,538.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $19,538.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $19,538.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $18,837.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $17,882.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $17,745.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $17,579.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $17,345.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $17,038.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $14,407.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $1,792.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22704 | $210,056.68 | 7/23/18 | 201819890489 | 6/30/18 | $0.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987089 | $6,479.76 | 8/1/18 | 586506 | 5/17/18 | $413.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987089 | $6,479.76 | 8/1/18 | 586888 | 5/24/18 | $2,871.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987089 | $6,479.76 | 8/1/18 | 586897R | 5/24/18 | $1,479.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987089 | $6,479.76 | 8/1/18 | 586889 | 5/24/18 | $1,001.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987089 | $6,479.76 | 8/1/18 | 586897 | 5/24/18 | $714.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987844 | $3,101.02 | 8/2/18 | 583754 | 4/13/18 | $724.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987844 | $3,101.02 | 8/2/18 | 586887 | 5/24/18 | $2,376.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820340859 | 7/13/18 | $20,445.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820340859 | 7/13/18 | $16,941.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820340859 | 7/13/18 | $16,890.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820143153 | 7/13/18 | $8,682.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820143153 | 7/13/18 | $8,135.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820340859 | 7/13/18 | $6,237.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820340859 | 7/13/18 | $6,237.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22705 | $89,809.75 | 8/3/18 | 201820340859 | 7/13/18 | $6,237.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $19,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $17,801.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $17,078.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $9,281.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $8,028.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $5,807.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $5,807.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $5,807.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22706 | $91,363.69 | 8/6/18 | 201820298781 | 7/14/18 | $2,716.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591693R | 6/30/18 | $5,592.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591691R | 6/30/18 | $5,592.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591690R | 6/30/18 | $5,499.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591689R | 6/30/18 | $5,499.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591687R | 6/30/18 | $4,057.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591692R | 6/30/18 | $3,747.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591688R | 6/30/18 | $3,719.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591683R | 6/30/18 | $3,104.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591686R | 6/30/18 | $2,971.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591568R | 6/30/18 | $2,533.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591569R | 6/30/18 | $2,515.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591564R | 6/30/18 | $2,488.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591565R | 6/30/18 | $2,470.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591685R | 6/30/18 | $1,545.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989831 | $52,453.68 | 8/9/18 | 591684R | 6/30/18 | $1,117.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22707 | $45,014.38 | 8/10/18 | 201820437605 | 7/20/18 | $17,362.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22707 | $45,014.38 | 8/10/18 | 201820439025 | 7/20/18 | $13,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22707 | $45,014.38 | 8/10/18 | 201820438722 | 7/20/18 | $12,735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22707 | $45,014.38 | 8/10/18 | 201820341094 | 7/20/18 | $1,806.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991356 | $1,959.83 | 8/13/18 | 587397 | 5/29/18 | $754.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991356 | $1,959.83 | 8/13/18 | 587530 | 5/30/18 | $1,205.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993430 | $26,136.08 | 8/16/18 | 591779R | 7/6/18 | $7,456.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993430 | $26,136.08 | 8/16/18 | 591780R | 7/6/18 | $5,592.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993430 | $26,136.08 | 8/16/18 | 591781R | 7/6/18 | $5,592.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993430 | $26,136.08 | 8/16/18 | 591782R | 7/6/18 | $3,747.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993430 | $26,136.08 | 8/16/18 | 591783R | 7/6/18 | $3,747.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994270 | $1,007.02 | 8/17/18 | 588748 | 6/8/18 | $629.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994270 | $1,007.02 | 8/17/18 | 588747 | 6/8/18 | $377.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22708 | $49,291.79 | 8/21/18 | 201820529904 | 7/27/18 | $17,414.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22708 | $49,291.79 | 8/21/18 | 201820479873 | 7/27/18 | $12,735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22708 | $49,291.79 | 8/21/18 | 201820478581 | 7/27/18 | $12,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22708 | $49,291.79 | 8/21/18 | 201820478581 | 7/27/18 | $6,632.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996836 | $11,544.02 | 8/22/18 | 592394R | 7/11/18 | $3,082.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996836 | $11,544.02 | 8/22/18 | 592392R | 7/11/18 | $3,082.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996836 | $11,544.02 | 8/22/18 | 592391R | 7/11/18 | $2,311.93 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996836 | $11,544.02 | 8/22/18 | 592395R | 7/11/18 | $1,541.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996836 | $11,544.02 | 8/22/18 | 592393R | 7/11/18 | $1,525.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22709 | $9,392.70 | 8/22/18 | 201820530889 | 7/28/18 | $9,392.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22710 | $63,670.14 | 8/30/18 | 201820530553 | 8/3/18 | $27,185.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22710 | $63,670.14 | 8/30/18 | 201820479201 | 8/3/18 | $949.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22710 | $63,670.14 | 8/30/18 | 201820703520 | 8/4/18 | $30,206.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22710 | $63,670.14 | 8/30/18 | 201820703520 | 8/4/18 | $5,328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000989 | $918.89 | 9/3/18 | 590051 | 6/20/18 | $572.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000989 | $918.89 | 9/3/18 | 590050 | 6/20/18 | $346.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820782706 | 8/8/18 | $13,713.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $26,043.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $25,640.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $25,640.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $15,624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $15,624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $10,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820876828 | 8/10/18 | $10,274.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $10,188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $10,137.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $7,866.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $7,866.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $7,556.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820875104 | 8/10/18 | $7,455.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820876828 | 8/10/18 | $6,227.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $6,063.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $5,748.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820915795 | 8/10/18 | $5,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22711 | $222,873.16 | 9/4/18 | 201820876828 | 8/10/18 | $5,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22712 | $40,082.34 | 9/11/18 | 201821020483 | 8/17/18 | $20,661.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22712 | $40,082.34 | 9/11/18 | 201821020483 | 8/17/18 | $19,421.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22713 | $19,997.52 | 9/12/18 | 201820915242 | 8/18/18 | $10,188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22713 | $19,997.52 | 9/12/18 | 201820782375 | 8/18/18 | $9,809.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 583871R | 3/5/18 | $849.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 583872R | 3/6/18 | $615.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 582234R | 3/30/18 | $1,777.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585454R | 5/9/18 | $6,180.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585456R | 5/9/18 | $5,943.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585455R | 5/9/18 | $5,909.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585457R | 5/9/18 | $5,410.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585458R | 5/9/18 | $4,948.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585451 | 5/9/18 | $932.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585450 | 5/9/18 | $724.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585453 | 5/9/18 | $365.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 585452 | 5/9/18 | $293.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 586509R | 5/17/18 | $2,309.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 586893R | 5/24/18 | $2,884.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 586895R | 5/24/18 | $2,844.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 586894R | 5/24/18 | $2,668.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 586892R | 5/24/18 | $2,325.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 587620R | 5/31/18 | $2,902.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 587622R | 5/31/18 | $2,844.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 587621R | 5/31/18 | $2,675.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589828R | 6/13/18 | $7,744.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589829R | 6/13/18 | $7,697.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589830R | 6/13/18 | $7,059.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589827R | 6/13/18 | $6,234.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589831R | 6/13/18 | $5,517.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589818R | 6/13/18 | $2,650.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589823R | 6/13/18 | $2,318.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589817R | 6/13/18 | $2,317.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 589821R | 6/13/18 | $1,352.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 590054R | 6/20/18 | $2,317.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 590059R | 6/20/18 | $2,311.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007111 | $104,279.93 | 9/14/18 | 590056R | 6/20/18 | $1,352.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007920 | $6,325.33 | 9/17/18 | 587843R | 5/31/18 | $4,265.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007920 | $6,325.33 | 9/17/18 | 587843 | 5/31/18 | $2,059.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22714 | $26,953.58 | 9/18/18 | 201821191728 | 8/24/18 | $16,851.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22714 | $26,953.58 | 9/18/18 | 201821154051 | 8/24/18 | $5,781.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22714 | $26,953.58 | 9/18/18 | 201821154051 | 8/24/18 | $4,320.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22715 | $73,400.09 | 9/19/18 | 201821115981 | 8/25/18 | $34,803.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22715 | $73,400.09 | 9/19/18 | 201821116646 | 8/25/18 | $23,047.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22715 | $73,400.09 | 9/19/18 | 201821115981 | 8/25/18 | $11,756.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22715 | $73,400.09 | 9/19/18 | 201821021254 | 8/25/18 | $3,792.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 596530R | 7/31/18 | $3,534.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 596138R | 7/31/18 | $2,028.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598784R | 8/8/18 | $3,926.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598785R | 8/8/18 | $3,906.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598792R | 8/8/18 | $2,692.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598789R | 8/8/18 | $2,692.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598793R | 8/8/18 | $1,792.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598794R | 8/8/18 | $1,723.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598791R | 8/8/18 | $1,541.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598786R | 8/8/18 | $772.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011356 | $25,382.85 | 9/21/18 | 598787R | 8/8/18 | $772.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011933 | $4,579.99 | 9/24/18 | 598788R | 8/8/18 | $2,301.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011933 | $4,579.99 | 9/24/18 | 598790R | 8/8/18 | $2,278.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22716 | $32,234.33 | 10/2/18 | 201821196919 | 8/31/18 | $32,234.33 |

Totals:    28 transfer(s),  $1,338,719.83

Defendant: **ACI International, Inc., Dba ACI International**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $42,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $42,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $36,873.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $31,212.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $25,652.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $25,238.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $24,808.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $20,496.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $18,211.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $17,434.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $10,656.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $6,444.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $5,140.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7243 | $310,353.46 | 7/18/18 | 201819619849 | 6/27/18 | $3,585.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819685776 | 7/4/18 | $57,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819685776 | 7/4/18 | $43,020.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819691234 | 7/4/18 | $21,796.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819685776 | 7/4/18 | $21,223.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819685776 | 7/4/18 | $17,208.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819685776 | 7/4/18 | $14,784.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7244 | $187,007.81 | 7/27/18 | 201819685776 | 7/4/18 | $11,615.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820234063 | 7/12/18 | $28,823.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820234063 | 7/12/18 | $28,823.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820195069 | 7/12/18 | $23,712.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820195069 | 7/12/18 | $23,712.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820195069 | 7/12/18 | $17,784.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820195069 | 7/12/18 | $11,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7245 | $139,673.23 | 8/3/18 | 201820195069 | 7/12/18 | $5,082.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7246 | $12,758.82 | 8/30/18 | 201820488382 | 8/1/18 | $12,758.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820773288 | 8/8/18 | $20,708.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820773288 | 8/8/18 | $20,708.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820773288 | 8/8/18 | $17,704.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820773288 | 8/8/18 | $17,525.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820773288 | 8/8/18 | $11,856.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820492794 | 8/8/18 | $10,555.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7247 | $109,091.79 | 9/4/18 | 201820492794 | 8/8/18 | $10,032.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7248 | $98,365.56 | 9/11/18 | 201820934823 | 8/15/18 | $44,168.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7248 | $98,365.56 | 9/11/18 | 201820935405 | 8/15/18 | $25,981.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7248 | $98,365.56 | 9/11/18 | 201820935716 | 8/15/18 | $15,606.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7248 | $98,365.56 | 9/11/18 | 201820934823 | 8/15/18 | $12,610.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7249 | $38,573.28 | 10/2/18 | 201821196045 | 8/29/18 | $38,573.28 |
| **Totals:** | 7 transfer(s), $895,823.95 | | | | | | |