| Defendant: | **Apogee Delivery & Installation Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980361 | $32,511.13 | 7/18/18 | SMF062318 | 6/23/18 | $14,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980361 | $32,511.13 | 7/18/18 | MIL062318 | 6/23/18 | $6,982.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980361 | $32,511.13 | 7/18/18 | SPK062318 | 6/23/18 | $5,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980361 | $32,511.13 | 7/18/18 | SMF062318 | 6/23/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980361 | $32,511.13 | 7/18/18 | SPK062318 | 6/23/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980361 | $32,511.13 | 7/18/18 | MIL062318 | 6/23/18 | $688.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983648 | $29,831.57 | 7/25/18 | SMF063018 | 6/30/18 | $13,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983648 | $29,831.57 | 7/25/18 | MIL063018 | 6/30/18 | $8,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983648 | $29,831.57 | 7/25/18 | SMF063018 | 6/30/18 | $3,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983648 | $29,831.57 | 7/25/18 | MIL063018 | 6/30/18 | $450.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983648 | $29,831.57 | 7/25/18 | 201807114 | 7/1/18 | $3,846.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987109 | $22,235.44 | 8/1/18 | SMF070718 | 7/7/18 | $12,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987109 | $22,235.44 | 8/1/18 | MIL070718 | 7/7/18 | $5,652.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987109 | $22,235.44 | 8/1/18 | SMF070718 | 7/7/18 | $3,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987109 | $22,235.44 | 8/1/18 | MIL070718 | 7/7/18 | $472.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990603 | $16,943.25 | 8/10/18 | BEN071418 | 7/14/18 | $6,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990603 | $16,943.25 | 8/10/18 | SMF071418 | 7/14/18 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990603 | $16,943.25 | 8/10/18 | MIL071418 | 7/14/18 | $2,802.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990603 | $16,943.25 | 8/10/18 | BEN071418 | 7/14/18 | $1,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990603 | $16,943.25 | 8/10/18 | SMF071418 | 7/14/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990603 | $16,943.25 | 8/10/18 | MIL071418 | 7/14/18 | $190.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | SMF072118 | 7/21/18 | $13,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | ONT072118 | 7/21/18 | $6,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | BEN072118 | 7/21/18 | $6,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | SMF072118 | 7/21/18 | $3,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | MIL072118 | 7/21/18 | $3,182.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | DEN072118 | 7/21/18 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | ONT072118 | 7/21/18 | $1,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | BEN072118 | 7/21/18 | $1,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | DEN072118 | 7/21/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | MIL072118 | 7/21/18 | $236.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994305 | $40,018.75 | 8/17/18 | MIL072118 | 7/21/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | SMF072818 | 7/28/18 | $13,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | ONT072818 | 7/28/18 | $11,830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | DEN072818 | 7/28/18 | $9,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | BEN072818 | 7/28/18 | $6,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | MIL072818 | 7/28/18 | $5,177.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | SMF072818 | 7/28/18 | $3,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | ONT072818 | 7/28/18 | $3,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | DEN072818 | 7/28/18 | $2,700.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | BEN072818 | 7/28/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998233 | $58,519.15 | 8/28/18 | MIL072818 | 7/28/18 | $241.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | DEN081118 | 8/11/18 | $18,130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | SMF081118 | 8/11/18 | $6,860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | BEN081118 | 8/11/18 | $6,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | MIL081118 | 8/11/18 | $5,367.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | DEN081118 | 8/11/18 | $5,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | SMF081118 | 8/11/18 | $1,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | BEN081118 | 8/11/18 | $1,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005125 | $46,117.00 | 8/28/18 | MIL081118 | 8/11/18 | $339.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999038 | $10,890.00 | 8/29/18 | SMF071418A | 7/14/18 | $8,470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999038 | $10,890.00 | 8/29/18 | SMF071418A | 7/14/18 | $2,420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999541 | $4,057.32 | 8/30/18 | 201808115 | 8/1/18 | $3,846.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999541 | $4,057.32 | 8/30/18 | 82018001 | 8/1/18 | $211.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | DEN080418 | 8/4/18 | $13,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | ONT080418 | 8/4/18 | $12,670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | SMF080418 | 8/4/18 | $12,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | BEN080418 | 8/4/18 | $6,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | DEN080418 | 8/4/18 | $3,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | ONT080418 | 8/4/18 | $3,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | SMF080418 | 8/4/18 | $3,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | MIL080418 | 8/4/18 | $3,515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | BEN080418 | 8/4/18 | $1,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001684 | $60,926.00 | 9/4/18 | MIL080418 | 8/4/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | DEN081818 | 8/18/18 | $19,460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | SMF081818 | 8/18/18 | $13,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | BEN081818 | 8/18/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | MIL081818T | 8/18/18 | $10,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | DEN081818 | 8/18/18 | $5,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | MIL081818 | 8/18/18 | $4,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | SMF081818 | 8/18/18 | $3,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | BEN081818 | 8/18/18 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | MIL081818T | 8/18/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008699 | $76,519.35 | 9/4/18 | MIL081818 | 8/18/18 | $244.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | DEN082518 | 8/25/18 | $19,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | SMF082518 | 8/25/18 | $13,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | MIL082518T | 8/25/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | BEN082518 | 8/25/18 | $9,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | DEN082518 | 8/25/18 | $5,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | MIL082518 | 8/25/18 | $3,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | SMF082518 | 8/25/18 | $3,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | MIL082518T | 8/25/18 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | BEN082518 | 8/25/18 | $2,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012706 | $75,360.90 | 9/11/18 | MIL082518 | 8/25/18 | $360.90 |

Apogee Delivery & Installation Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | DEN090118 | 9/1/18 | $15,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | ONT090118 | 9/1/18 | $9,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | BEN090118 | 9/1/18 | $6,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | MIL090118T | 9/1/18 | $5,740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | 201809117 | 9/1/18 | $4,807.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | DEN090118 | 9/1/18 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | MIL090118 | 9/1/18 | $3,752.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | ONT090118 | 9/1/18 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | BEN090118 | 9/1/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | MIL090118T | 9/1/18 | $1,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | MIL090118 | 9/1/18 | $349.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016089 | $58,033.34 | 9/18/18 | 92018001 | 9/1/18 | $253.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017465 | $8,640.00 | 9/20/18 | SYL090118 | 9/1/18 | $6,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017465 | $8,640.00 | 9/20/18 | SYL090118 | 9/1/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | DEN090818 | 9/8/18 | $15,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | ONT090818 | 9/8/18 | $10,710.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | SMF090818 | 9/8/18 | $6,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | SYL090818 | 9/8/18 | $5,460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | BEN090818 | 9/8/18 | $5,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | MIL090818 | 9/8/18 | $4,655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | DEN090818 | 9/8/18 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | ONT090818 | 9/8/18 | $3,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | SMF090818 | 9/8/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | SYL090818 | 9/8/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | BEN090818 | 9/8/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | MIL090818T | 9/8/18 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | MIL090818 | 9/8/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019564 | $62,741.00 | 9/25/18 | MIL090818T | 9/8/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | DEN091518 | 9/15/18 | $18,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | BEN091518 | 9/15/18 | $7,420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | SMF091518 | 9/15/18 | $6,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | MIL091518 | 9/15/18 | $5,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | DEN091518 | 9/15/18 | $5,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | BEN091518 | 9/15/18 | $2,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | SMF091518 | 9/15/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023129 | $47,866.70 | 10/2/18 | MIL091518 | 9/15/18 | $416.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $140,106.00 | 10/12/18 | O/A | O/A | O/A |

**Totals:**     **17 transfer(s),  $791,316.90**

Apogee Delivery & Installation Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

| Defendant: | **Apogee Delivery & Installation Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913888 | $16,150.00 | 7/24/18 | MK080T | 7/6/18 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 913888 | $16,150.00 | 7/24/18 | MK080P | 7/16/18 | $12,250.00 |
| StarWest, LLC | StarWest, LLC | 913994 | $16,100.00 | 7/27/18 | MK081P | 7/23/18 | $12,200.00 |
| StarWest, LLC | StarWest, LLC | 913994 | $16,100.00 | 7/27/18 | MK081T | 7/23/18 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 914106 | $15,532.65 | 8/3/18 | CHARGEBACK DORN HOMES | 7/27/18 | -$308.35 |
| StarWest, LLC | StarWest, LLC | 914106 | $15,532.65 | 8/3/18 | MK082P | 7/30/18 | $12,050.00 |
| StarWest, LLC | StarWest, LLC | 914106 | $15,532.65 | 8/3/18 | MK082T | 7/30/18 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 914106 | $15,532.65 | 8/3/18 | CHARGE-BACK ROSEWOOD HMS | 7/31/18 | -$109.00 |
| StarWest, LLC | StarWest, LLC | 914219 | $16,800.00 | 8/10/18 | MK083P | 8/6/18 | $13,400.00 |
| StarWest, LLC | StarWest, LLC | 914219 | $16,800.00 | 8/10/18 | MK083T | 8/6/18 | $3,750.00 |
| StarWest, LLC | StarWest, LLC | 914219 | $16,800.00 | 8/10/18 | CHARGEBACK SO 31647046 | 8/7/18 | -$350.00 |
| StarWest, LLC | StarWest, LLC | 914345 | $15,700.00 | 8/17/18 | MK084P | 8/13/18 | $11,950.00 |
| StarWest, LLC | StarWest, LLC | 914345 | $15,700.00 | 8/17/18 | MK084T | 8/13/18 | $3,750.00 |
| StarWest, LLC | StarWest, LLC | 914449 | $15,600.00 | 8/24/18 | MK085P | 8/20/18 | $11,700.00 |
| StarWest, LLC | StarWest, LLC | 914449 | $15,600.00 | 8/24/18 | MK085T | 8/20/18 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 914583 | $10,050.00 | 8/31/18 | MK086P | 8/27/18 | $7,650.00 |
| StarWest, LLC | StarWest, LLC | 914583 | $10,050.00 | 8/31/18 | MK086T | 8/27/18 | $2,400.00 |

Totals:    7 transfer(s),  $105,932.65