| | | |
|---|---|---|
| Defendant: | **Baby Coca For Wears and Textiles Co., Dba Baby Coca For Wears and Textiles** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-26185 | $135,583.52 | 7/17/18 | 201819507308 | 6/7/18 | $135,583.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201819709971 | 6/16/18 | $49,869.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201819709971 | 6/16/18 | $49,010.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201819709971 | 6/16/18 | $38,399.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201819709971 | 6/16/18 | $21,250.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201820023901 | 6/16/18 | $16,874.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201820023901 | 6/16/18 | $15,728.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26186 | $198,097.42 | 7/27/18 | 201819709971 | 6/16/18 | $6,965.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26187 | $197,090.83 | 8/30/18 | 201820262037 | 7/15/18 | $81,720.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26187 | $197,090.83 | 8/30/18 | 201820262037 | 7/15/18 | $59,253.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26187 | $197,090.83 | 8/30/18 | 201820262037 | 7/15/18 | $34,908.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26187 | $197,090.83 | 8/30/18 | 201820262037 | 7/15/18 | $11,947.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26187 | $197,090.83 | 8/30/18 | 201820262037 | 7/15/18 | $9,210.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26187 | $197,090.83 | 8/30/18 | 201820262037 | 7/15/18 | $51.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26188 | $89,615.45 | 9/11/18 | 201820612134 | 7/28/18 | $72,029.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26188 | $89,615.45 | 9/11/18 | 201820790186 | 7/28/18 | $16,456.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26188 | $89,615.45 | 9/11/18 | 201820790186 | 7/28/18 | $1,129.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26189 | $51,408.98 | 9/17/18 | 201820847675 | 8/2/18 | $51,408.98 |

**Totals:**   5 transfer(s),  $671,796.20

Baby Coca For Wears and Textiles Co., Dba Baby Coca For Wears and Textiles
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020                                                Exhibit A                                                P. 1

Defendant: **Baby Coca For Wears and Textiles Co., Dba Baby Coca For Wears and Textiles**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9563 | $175,374.68 | 7/17/18 | 201819747139 | 6/7/18 | $104,554.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9563 | $175,374.68 | 7/17/18 | 201819507171 | 6/7/18 | $70,820.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9564 | $113,928.25 | 7/27/18 | 201820023757 | 6/16/18 | $73,728.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9564 | $113,928.25 | 7/27/18 | 201819711831 | 6/16/18 | $40,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9565 | $39,158.08 | 8/30/18 | 201820261800 | 7/14/18 | $39,158.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9566 | $67,711.78 | 9/11/18 | 201820818667 | 7/28/18 | $66,112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9566 | $67,711.78 | 9/11/18 | 201820612131 | 7/28/18 | $1,599.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9567 | $64,851.84 | 9/17/18 | 201820848825 | 8/2/18 | $64,851.84 |

Totals:    5 transfer(s),    $461,024.63

Baby Coca For Wears and Textiles Co., Dba Baby Coca For Wears and Textiles
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020                    Exhibit B                    P. 1