Defendant: **Beko US Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914115 | $3,570.00 | 8/3/18 | 5610194606 | 7/10/18 | $3,570.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914356 | $1,028.00 | 8/17/18 | 5601041406 | 1/16/18 | $1,028.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914356 | $1,028.00 | 8/17/18 | 5601074289 | 5/3/18 | $1,189.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914356 | $1,028.00 | 8/17/18 | 5800080848 | 5/10/18 | -$1,189.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914232 | $39,792.00 | 8/21/18 | 5601096847 | 7/17/18 | $1,767.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914232 | $39,792.00 | 8/21/18 | 5601097485 | 7/20/18 | $35,800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914232 | $39,792.00 | 8/21/18 | 5601097476 | 7/20/18 | $2,225.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914461 | $7,065.00 | 8/24/18 | 5601099778 | 7/26/18 | $1,178.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914461 | $7,065.00 | 8/24/18 | 5601105929 | 8/16/18 | $3,018.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914461 | $7,065.00 | 8/24/18 | 5601106238 | 8/16/18 | $1,680.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914461 | $7,065.00 | 8/24/18 | 5601105930 | 8/16/18 | $1,189.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914570 | $37,354.00 | 8/31/18 | 5800083149 | 8/7/18 | -$514.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914570 | $37,354.00 | 8/31/18 | 5604407165 | 8/20/18 | $768.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914570 | $37,354.00 | 8/31/18 | 5601107611 | 8/22/18 | $37,100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914760 | $38,752.18 | 9/14/18 | 5601097486 | 7/20/18 | $35,800.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914760 | $38,752.18 | 9/14/18 | 5601112983 | 9/6/18 | $760.32 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914760 | $38,752.18 | 9/14/18 | 5601113397 | 9/7/18 | $1,608.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914760 | $38,752.18 | 9/14/18 | 5601113400 | 9/7/18 | $583.11 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914895 | $12,572.00 | 9/21/18 | 5601041405 | 1/12/18 | $11,803.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914895 | $12,572.00 | 9/21/18 | 5601069211 | 4/18/18 | $769.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915002 | $64,540.00 | 10/2/18 | 5601111115 | 8/31/18 | $15,096.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915002 | $64,540.00 | 10/2/18 | 5601116310 | 9/17/18 | $1,678.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915002 | $64,540.00 | 10/2/18 | 5601117632 | 9/20/18 | $28,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915002 | $64,540.00 | 10/2/18 | 5601117633 | 9/20/18 | $19,250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915002 | $64,540.00 | 10/2/18 | 5601117634 | 9/20/18 | $516.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915111 | $33,340.00 | 10/9/18 | 5601112982 | 9/6/18 | $28,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915111 | $33,340.00 | 10/9/18 | 5601120683 | 9/28/18 | $5,340.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915173 | $29,567.84 | 10/12/18 | 5601122934 | 10/4/18 | $510.84 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915173 | $29,567.84 | 10/12/18 | 5601124083 | 10/8/18 | $28,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915173 | $29,567.84 | 10/12/18 | 5601124084 | 10/8/18 | $1,057.00 |

**Totals:**     **10 transfer(s),  $267,581.02**

| Defendant: | Beko US Inc. | | | | | | |
|---|---|---|---|---|---|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913913 | $26,384.90 | 7/24/18 | 5601090495 | 6/27/18 | $22,130.10 |
| StarWest, LLC | StarWest, LLC | 913913 | $26,384.90 | 7/24/18 | 5601093237 | 6/28/18 | $4,254.80 |
| StarWest, LLC | StarWest, LLC | 913995 | $49,689.12 | 7/27/18 | 70618 | 7/6/18 | $13,417.60 |
| StarWest, LLC | StarWest, LLC | 913995 | $49,689.12 | 7/27/18 | 5601097471 | 7/19/18 | $19,422.60 |
| StarWest, LLC | StarWest, LLC | 913995 | $49,689.12 | 7/27/18 | 5601097473 | 7/19/18 | $13,402.55 |
| StarWest, LLC | StarWest, LLC | 913995 | $49,689.12 | 7/27/18 | 5601097472 | 7/19/18 | $3,446.37 |
| StarWest, LLC | StarWest, LLC | 914450 | $68,390.46 | 8/24/18 | 5601105922 | 8/16/18 | $42,488.28 |
| StarWest, LLC | StarWest, LLC | 914450 | $68,390.46 | 8/24/18 | 5601105923 | 8/16/18 | $16,460.34 |
| StarWest, LLC | StarWest, LLC | 914450 | $68,390.46 | 8/24/18 | 5601105924 | 8/16/18 | $9,441.84 |
| StarWest, LLC | StarWest, LLC | 914584 | $7,081.38 | 8/31/18 | 5601107608 | 8/22/18 | $7,081.38 |
| StarWest, LLC | StarWest, LLC | 914692 | $21,244.14 | 9/7/18 | 5601109992 | 8/29/18 | $21,244.14 |
| StarWest, LLC | StarWest, LLC | 914815 | $27,798.38 | 9/14/18 | 5601097474 | 7/19/18 | $19,618.80 |
| StarWest, LLC | StarWest, LLC | 914815 | $27,798.38 | 9/14/18 | 5601112585 | 9/5/18 | $5,486.78 |
| StarWest, LLC | StarWest, LLC | 914815 | $27,798.38 | 9/14/18 | 5601112584 | 9/5/18 | $2,692.80 |
| StarWest, LLC | StarWest, LLC | 914886 | $16,014.53 | 9/21/18 | 5601114980 | 9/12/18 | $16,014.53 |
| StarWest, LLC | StarWest, LLC | 914991 | $9,537.20 | 9/28/18 | 5601111108 | 8/31/18 | $9,537.20 |
| StarWest, LLC | StarWest, LLC | 915161 | $10,166.08 | 10/12/18 | 5601120757 | 10/3/18 | $10,166.08 |

Totals:     9 transfer(s),  $236,306.19