| | |
|---|---|
| Defendant: | **Billion Best Industrial Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-24828 | $33,686.08 | 8/23/18 | 201819285423 | 5/26/18 | $33,686.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24829 | $36,900.00 | 8/27/18 | 201819287185 | 5/28/18 | $32,767.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24829 | $36,900.00 | 8/27/18 | 201819287185 | 5/28/18 | $4,132.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24830 | $2,618.82 | 9/13/18 | 201819774637 | 6/16/18 | $1,508.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24830 | $2,618.82 | 9/13/18 | 201819774637 | 6/16/18 | $1,110.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24831 | $2,502.17 | 9/17/18 | 201819773948 | 6/18/18 | $1,348.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24831 | $2,502.17 | 9/17/18 | 201819773948 | 6/18/18 | $1,153.60 |

**Totals:**      **4 transfer(s),  $75,707.07**

| Defendant: | **Billion Best Industrial Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11553 | $46,408.05 | 8/23/18 | 201819285795 | 5/26/18 | $29,456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11553 | $46,408.05 | 8/23/18 | 201819285795 | 5/26/18 | $16,952.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11554 | $59,759.35 | 8/27/18 | 201819287380 | 5/28/18 | $36,094.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11554 | $59,759.35 | 8/27/18 | 201819287380 | 5/28/18 | $23,664.85 |

**Totals:**    **2 transfer(s),  $106,167.40**