Defendant: **Border Transfer Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 89132518 | 6/23/18 | $26,051.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 80842518 | 6/23/18 | $25,314.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 80842518 | 6/23/18 | $6,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 89132518 | 6/23/18 | $4,775.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 80842518 | 6/23/18 | $2,770.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 89132518 | 6/23/18 | $1,096.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 80842518 | 6/23/18 | $936.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 89132518 | 6/23/18 | $498.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 89132518 | 6/23/18 | $480.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980388 | $68,133.81 | 7/18/18 | 89132518 | 6/23/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981720 | $3,748.95 | 7/20/18 | 662018005 | 6/12/18 | $3,748.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 80842618 | 6/30/18 | $33,430.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 89132618 | 6/30/18 | $22,386.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 80842618 | 6/30/18 | $6,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 89132618 | 6/30/18 | $5,044.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 80842618 | 6/30/18 | $3,282.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 80842618 | 6/30/18 | $1,018.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 89132618 | 6/30/18 | $1,013.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 89132618 | 6/30/18 | $533.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 89132618 | 6/30/18 | $480.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 89132618 | 6/30/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 80842618 | 6/30/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 201807094 | 7/1/18 | $39,769.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983675 | $147,858.93 | 7/25/18 | 201807095 | 7/1/18 | $34,030.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985690 | $1,388.70 | 7/30/18 | 72018002 | 7/1/18 | $816.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985690 | $1,388.70 | 7/30/18 | 72018001 | 7/1/18 | $572.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 89132718 | 7/7/18 | $23,311.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 80842718 | 7/7/18 | $21,490.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 80842718 | 7/7/18 | $5,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 89132718 | 7/7/18 | $4,533.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 80842718 | 7/7/18 | $2,296.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 89132718 | 7/7/18 | $503.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 80842718 | 7/7/18 | $447.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 89132718 | 7/7/18 | $320.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987141 | $58,183.77 | 8/1/18 | 89132718 | 7/7/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 80842818 | 7/14/18 | $34,760.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 89132818 | 7/14/18 | $28,294.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 80842818 | 7/14/18 | $6,630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 89132818 | 7/14/18 | $5,277.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 80842818 | 7/14/18 | $3,445.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 89132818 | 7/14/18 | $1,441.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 89132818 | 7/14/18 | $1,055.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 80842818 | 7/14/18 | $949.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 89132818 | 7/14/18 | $391.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 80842818 | 7/14/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990635 | $82,335.21 | 8/10/18 | 89132818 | 7/14/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 80842918 | 7/21/18 | $29,177.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $27,190.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 80842918 | 7/21/18 | $5,610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $5,403.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 80842918 | 7/21/18 | $3,185.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $1,011.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $960.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 80842918 | 7/21/18 | $950.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $427.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994363 | $74,111.66 | 8/17/18 | 89132918 | 7/21/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 80843018 | 7/28/18 | $35,178.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 89133018 | 7/28/18 | $29,005.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 80843018 | 7/28/18 | $6,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 89133018 | 7/28/18 | $5,330.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 80843018 | 7/28/18 | $3,050.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 89133018 | 7/28/18 | $1,103.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 80843018 | 7/28/18 | $501.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 89133018 | 7/28/18 | $427.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 89133018 | 7/28/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998252 | $81,573.27 | 8/28/18 | 89133018 | 7/28/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999572 | $74,990.62 | 8/30/18 | 201808094 | 8/1/18 | $39,769.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999572 | $74,990.62 | 8/30/18 | 201808095 | 8/1/18 | $34,030.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999572 | $74,990.62 | 8/30/18 | 82018003 | 8/1/18 | $633.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999572 | $74,990.62 | 8/30/18 | 82018002 | 8/1/18 | $557.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 80843118 | 8/4/18 | $37,319.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 89133118 | 8/4/18 | $25,197.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 80843118 | 8/4/18 | $6,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 89133118 | 8/4/18 | $5,089.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 80843118 | 8/4/18 | $2,852.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 89133118 | 8/4/18 | $1,064.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 80843118 | 8/4/18 | $946.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 89133118 | 8/4/18 | $480.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 89133118 | 8/4/18 | $284.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001715 | $79,480.56 | 9/4/18 | 89133118 | 8/4/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 80843218 | 8/11/18 | $34,479.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 89133218 | 8/11/18 | $25,197.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 80843218 | 8/11/18 | $6,780.00 |

Border Transfer Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 89133218 | 8/11/18 | $4,843.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 80843218 | 8/11/18 | $2,852.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 89133218 | 8/11/18 | $1,054.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 89133218 | 8/11/18 | $462.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 80843218 | 8/11/18 | $447.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005156 | $76,177.85 | 9/11/18 | 89133218 | 8/11/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 80843318 | 8/18/18 | $29,803.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 89133318 | 8/18/18 | $24,379.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 89133318 | 8/18/18 | $4,925.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 80843318 | 8/18/18 | $3,955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 80843318 | 8/18/18 | $2,038.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 80843318 | 8/18/18 | $1,354.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 89133318 | 8/18/18 | $1,054.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 80843318 | 8/18/18 | $484.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 89133318 | 8/18/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 89133318 | 8/18/18 | $71.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008737 | $68,201.99 | 9/18/18 | 89133318 | 8/18/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011393 | $3,282.64 | 9/21/18 | 882018026 | 8/1/18 | $3,282.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 80843418 | 8/25/18 | $33,430.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 89133418 | 8/25/18 | $24,913.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 89133418 | 8/25/18 | $4,539.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 80843418 | 8/25/18 | $3,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 80843418 | 8/25/18 | $2,418.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 89133418 | 8/25/18 | $1,105.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 80843418 | 8/25/18 | $450.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 89133418 | 8/25/18 | $284.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 89133418 | 8/25/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012732 | $70,667.96 | 9/25/18 | 89133418 | 8/25/18 | $30.00 |

Totals:    14 transfer(s),    $890,135.92

Defendant: **Border Transfer Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | Incentive Payment | NA | $1,469.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | Short Payment | NA | -$60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 201809096 | 9/1/18 | $49,711.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 80843518 | 9/1/18 | $47,805.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 201809097 | 9/1/18 | $42,538.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 89133518 | 9/1/18 | $33,994.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 80843618 | 9/8/18 | $50,809.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 89133618 | 9/8/18 | $35,955.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | DEN090818 | 9/8/18 | $20,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 80843718 | 9/15/18 | $57,549.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 89133718 | 9/15/18 | $37,773.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | DEN091518 | 9/15/18 | $33,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 80843818 | 9/22/18 | $55,918.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | 89133818 | 9/22/18 | $30,543.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $527,760.80 | 10/10/18 | DEN092218 | 9/22/18 | $30,000.00 |

Totals:    1 transfer(s),  $527,760.80