| | | |
|---|---|---|
| Defendant: | **Border Transfer Of MA Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 85512518 | 6/23/18 | $29,318.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 85512518 | 6/23/18 | $2,602.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 85512518 | 6/23/18 | $610.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 85512518 | 6/23/18 | $287.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 85512518 | 6/23/18 | $179.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 85512518 | 6/23/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980389 | $32,029.26 | 7/18/18 | 70518 | 7/5/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981721 | $2,809.85 | 7/20/18 | 662018006 | 6/12/18 | $2,809.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 85512618 | 6/30/18 | $31,259.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 85512618 | 6/30/18 | $2,640.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 85512618 | 6/30/18 | $251.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 85512618 | 6/30/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 85512618 | 6/30/18 | $35.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 201807096 | 7/1/18 | $44,861.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983676 | $121,969.49 | 7/25/18 | 201807097 | 7/1/18 | $42,830.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902518 | 6/23/18 | $15,409.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902518 | 6/23/18 | $1,806.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902518 | 6/23/18 | $652.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902518 | 6/23/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902518 | 6/23/18 | $34.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902618 | 6/30/18 | $18,567.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902618 | 6/30/18 | $2,120.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902618 | 6/30/18 | $583.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902618 | 6/30/18 | $507.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902618 | 6/30/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984615 | $39,900.17 | 7/26/18 | 87902618 | 6/30/18 | $68.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985691 | $1,357.56 | 7/30/18 | 72018004 | 7/1/18 | $752.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985691 | $1,357.56 | 7/30/18 | 72018003 | 7/1/18 | $605.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987142 | $30,927.50 | 8/1/18 | 85512718 | 7/7/18 | $27,019.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987142 | $30,927.50 | 8/1/18 | 85512718 | 7/7/18 | $2,309.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987142 | $30,927.50 | 8/1/18 | 85512718 | 7/7/18 | $1,221.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987142 | $30,927.50 | 8/1/18 | 85512718 | 7/7/18 | $215.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987142 | $30,927.50 | 8/1/18 | 85512718 | 7/7/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987142 | $30,927.50 | 8/1/18 | 85512718 | 7/7/18 | $71.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990636 | $39,220.24 | 8/10/18 | 85512818 | 7/14/18 | $36,145.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990636 | $39,220.24 | 8/10/18 | 85512818 | 7/14/18 | $2,895.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990636 | $39,220.24 | 8/10/18 | 85512818 | 7/14/18 | $179.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994364 | $40,584.86 | 8/17/18 | 85512918 | 7/21/18 | $37,582.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994364 | $40,584.86 | 8/17/18 | 85512918 | 7/21/18 | $3,124.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994364 | $40,584.86 | 8/17/18 | 85512918 | 7/21/18 | $107.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994364 | $40,584.86 | 8/17/18 | 85512918 | 7/21/18 | $71.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994364 | $40,584.86 | 8/17/18 | 85512918 | 7/21/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994364 | $40,584.86 | 8/17/18 | 197647 | 8/2/18 | -$361.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996250 | $3,058.87 | 8/21/18 | 772018001 | 7/15/18 | $3,058.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902718 | 7/7/17 | $15,924.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902718 | 7/7/17 | $1,829.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902718 | 7/7/17 | $1,015.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902718 | 7/7/17 | $377.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902718 | 7/7/17 | $102.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902818 | 7/14/18 | $20,797.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902818 | 7/14/18 | $2,136.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902818 | 7/14/18 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902918 | 7/21/18 | $21,244.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902918 | 7/21/18 | $2,239.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902918 | 7/21/18 | $549.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 87902918 | 7/21/18 | $34.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 85513018 | 7/28/18 | $42,079.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 85513018 | 7/28/18 | $2,585.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 85513018 | 7/28/18 | $688.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 85513018 | 7/28/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 85513018 | 7/28/18 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998253 | $112,624.06 | 8/28/18 | 85513018 | 7/28/18 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 87903018 | 7/28/18 | $17,743.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 87903018 | 7/28/18 | $1,986.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 87903018 | 7/28/18 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 87903018 | 7/28/18 | $507.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 87903018 | 7/28/18 | $68.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 87903018 | 7/28/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 201808096 | 8/1/18 | $44,861.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 201808097 | 8/1/18 | $42,830.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 82018005 | 8/1/18 | $824.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999573 | $110,041.36 | 8/30/18 | 82018004 | 8/1/18 | $643.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 85513018 | 8/4/18 | $39,771.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 87903118 | 8/4/18 | $18,395.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 85513018 | 8/4/18 | $2,742.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 87903118 | 8/4/18 | $2,060.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 85513018 | 8/4/18 | $729.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 87903118 | 8/4/18 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 85513018 | 8/4/18 | $283.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 87903118 | 8/4/18 | $137.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 87903118 | 8/4/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001716 | $64,754.08 | 9/4/18 | 85513018 | 8/4/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 88513218 | 8/11/18 | $32,764.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 87903218 | 8/11/18 | $18,773.04 |

Border Transfer Of MA Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---:|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 88513218 | 8/11/18 | $2,400.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 87903218 | 8/11/18 | $2,044.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 87903218 | 8/11/18 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 87903218 | 8/11/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 88513218 | 8/11/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 88513218 | 8/11/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 87903218 | 8/11/18 | $68.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005157 | $56,923.04 | 9/11/18 | 88513218 | 8/11/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 88513218 | 8/18/18 | $59,818.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 87903318 | 8/18/18 | $15,993.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 88513218 | 8/18/18 | $3,841.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 87903318 | 8/18/18 | $1,654.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 88513218 | 8/18/18 | $688.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 87903318 | 8/18/18 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 88513218 | 8/18/18 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 88513218 | 8/18/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 88513218 | 8/18/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 87903318 | 8/18/18 | $102.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008738 | $83,254.37 | 9/18/18 | 197648 | 8/28/18 | -$35.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011394 | $2,321.87 | 9/21/18 | 882018027 | 8/1/18 | $2,321.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 88513318 | 8/25/18 | $57,064.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 87903418 | 8/25/18 | $16,164.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 88513318 | 8/25/18 | $3,671.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 87903418 | 8/25/18 | $1,833.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 88513318 | 8/25/18 | $688.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 87903418 | 8/25/18 | $480.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 88513318 | 8/25/18 | $324.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 88513318 | 8/25/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012733 | $80,448.12 | 9/25/18 | 88513318 | 8/25/18 | $40.50 |

Totals:   16 transfer(s),  $822,224.70

| Defendant: | **Border Transfer Of MA Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $390,457.54 | 10/10/18 | O/A | O/A | O/A |
| **Totals:** | **1 transfer(s), $390,457.54** | | | | | | |