**Defendant:** Centro Recaudaciones Ingresos Municipales, Dba CRIM, Dba Municipal Revenue Collecti

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $327,412.33 | 7/31/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,191,900.00 | 8/15/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $291,250.00 | 8/15/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,758.16 | 8/30/18 | O/A | O/A | O/A |

**Totals:** 4 transfer(s), $1,855,320.49

| Defendant: | Centro Recaudaciones Ingresos Municipales, Dba CRIM, Dba Municipal Revenue Collecti |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $545,857.96 | 7/31/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $996,750.00 | 8/15/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,150.00 | 8/15/18 | O/A | O/A | O/A |

Totals:    3 transfer(s),  $1,770,757.96