| Defendant: | **Chun Fung Footwear Company Limited** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-14759 | $5,919.07 | 8/23/18 | 201818982372 | 5/26/18 | $5,919.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14760 | $9,512.10 | 8/27/18 | 201818982710 | 5/28/18 | $9,512.10 |
| **Totals:** | 2 transfer(s),  $15,431.17 | | | | | | |

Defendant: **Chun Fung Footwear Company Limited**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2881 | $28,969.00 | 8/30/18 | 201818983608 | 5/29/18 | $15,895.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2881 | $28,969.00 | 8/30/18 | 201818983608 | 5/29/18 | $8,195.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-2881 | $28,969.00 | 8/30/18 | 201818983608 | 5/29/18 | $4,878.00 |

Totals:    1 transfer(s),  **$28,969.00**