Defendant: **Cleva North America Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | EINV136591 | 6/13/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | EINV136954 | 6/14/18 | $586.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | 9255030587 | 7/1/18 | -$122.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | VPASN993116674 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | VPASN993116675 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | VPASN993116676 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | VPASN993116677 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980424 | $79.92 | 7/18/18 | 7034032673 | 7/4/18 | -$122.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983713 | $414.71 | 7/25/18 | EINV138360 | 6/21/18 | $837.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983713 | $414.71 | 7/25/18 | 4215020016 | 7/8/18 | -$122.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983713 | $414.71 | 7/25/18 | VPASN993116981 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983713 | $414.71 | 7/25/18 | VPASN993116982 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984709 | $451.58 | 7/26/18 | EINV138361 | 6/21/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987179 | $555.91 | 8/1/18 | EINV139570 | 6/29/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987179 | $555.91 | 8/1/18 | EINV139569 | 6/29/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987179 | $555.91 | 8/1/18 | 4448032441 | 7/14/18 | -$122.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987179 | $555.91 | 8/1/18 | 7098021458 | 7/18/18 | -$111.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | EINV139568 | 6/29/18 | $1,336.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | EINV140478 | 7/5/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | EINV141272 | 7/10/18 | $1,160.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | VPASN993117366 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | VPASN993117367 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | VPASN993117691 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990672 | $2,235.53 | 8/10/18 | VPASN993117692 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | EINV143038 | 7/17/18 | $3,120.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | EINV143039 | 7/17/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | EINV143041 | 7/17/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | EINV143040 | 7/17/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | MA18208715871 | 7/27/18 | -$194.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | VPASN993118200 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | VPASN993118201 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | VPASN993118202 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | MA18212715869 | 7/31/18 | -$389.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | 20180863KPW | 8/3/18 | -$62.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | VPASN993118833 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996277 | $2,853.26 | 8/21/18 | VPASN993118834 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999212 | $1,137.76 | 8/29/18 | EINV144750 | 7/23/18 | $1,249.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999212 | $1,137.76 | 8/29/18 | EINV144752 | 7/23/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999212 | $1,137.76 | 8/29/18 | VPASN993119122 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999212 | $1,137.76 | 8/29/18 | VPASN993119121 | 8/12/18 | -$150.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999212 | $1,137.76 | 8/29/18 | VPASN993119120 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001061 | $12,252.07 | 9/3/18 | 93002242820 | 7/14/18 | $75.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001061 | $12,252.07 | 9/3/18 | EINV146099 | 7/31/18 | $6,827.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001061 | $12,252.07 | 9/3/18 | EINV146094 | 7/31/18 | $5,348.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | 93002292455 | 7/15/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | 93002365784 | 7/16/18 | $99.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | 93002445764 | 7/17/18 | $90.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | 93002415756 | 7/17/18 | $52.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146100 | 7/31/18 | $1,128.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146095 | 7/31/18 | $872.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146098 | 7/31/18 | $523.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146102 | 7/31/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146097 | 7/31/18 | $349.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146096 | 7/31/18 | $349.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001754 | $4,286.26 | 9/4/18 | EINV146101 | 7/31/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002729 | $552.38 | 9/5/18 | EINV145676 | 7/26/18 | $523.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002729 | $552.38 | 9/5/18 | EINV145686 | 7/26/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002729 | $552.38 | 9/5/18 | 3819022590 | 8/19/18 | -$122.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002729 | $552.38 | 9/5/18 | VPASN993119508 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002729 | $552.38 | 9/5/18 | VPASN993119509 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003023250 | 7/19/18 | $117.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003033083 | 7/20/18 | $456.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003060634 | 7/20/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003029181 | 7/20/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003171888 | 7/22/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003180638 | 7/22/18 | $117.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93120776471 | 7/22/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003200557 | 7/23/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003263726 | 7/24/18 | $58.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003263726OP | 7/25/18 | -$29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | EINV146495 | 8/2/18 | $1,160.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93000170537OP | 8/3/18 | -$342.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | EINV147200 | 8/8/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | EINV147199 | 8/8/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | EINV147198 | 8/8/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93002242820 | 8/9/18 | -$56.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003352112OP | 8/9/18 | -$56.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003180638OP | 8/9/18 | -$88.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003023250OP | 8/9/18 | -$88.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003029181OP | 8/9/18 | -$91.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003350284OP | 8/9/18 | -$91.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003171888OP | 8/9/18 | -$91.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003200557OP | 8/9/18 | -$91.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003060634OP | 8/9/18 | -$91.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003596530OP | 8/9/18 | -$158.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003362728OP | 8/9/18 | -$270.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005192 | $1,892.46 | 9/11/18 | 93003033083OP | 8/9/18 | -$342.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006113 | $536.61 | 9/12/18 | 93003350284 | 7/25/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006113 | $536.61 | 9/12/18 | 93003352112 | 7/25/18 | $75.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006113 | $536.61 | 9/12/18 | EINV146496 | 8/2/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006515 | $79.90 | 9/13/18 | 93003362728 | 7/26/18 | $360.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006515 | $79.90 | 9/13/18 | 93003402776 | 7/26/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006515 | $79.90 | 9/13/18 | VPASN993119820 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006515 | $79.90 | 9/13/18 | VPASN993119819 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008787 | $1,720.82 | 9/18/18 | 93003596530 | 7/30/18 | $210.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008787 | $1,720.82 | 9/18/18 | 93003590342 | 7/30/18 | $114.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008787 | $1,720.82 | 9/18/18 | 93000065532 | 7/31/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008787 | $1,720.82 | 9/18/18 | 93000037988 | 7/31/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008787 | $1,720.82 | 9/18/18 | EINV147710 | 8/10/18 | $1,346.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009946 | $12,252.07 | 9/19/18 | 93002242820 | 7/14/18 | $75.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009946 | $12,252.07 | 9/19/18 | EINV146099 | 7/31/18 | $6,827.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009946 | $12,252.07 | 9/19/18 | EINV146094 | 7/31/18 | $5,348.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017108 | $10.85 | 9/19/18 | 93000584581 | 8/9/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017108 | $10.85 | 9/19/18 | 93001357728 | 8/15/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017108 | $10.85 | 9/19/18 | PFVD18091210539 | 9/12/18 | -$49.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | 93002292455 | 7/15/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | 93002365784 | 7/16/18 | $99.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | 93002445764 | 7/17/18 | $90.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | 93002415756 | 7/17/18 | $52.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146100 | 7/31/18 | $1,128.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146095 | 7/31/18 | $872.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146098 | 7/31/18 | $523.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146102 | 7/31/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146097 | 7/31/18 | $349.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146096 | 7/31/18 | $349.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146101 | 7/31/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | 93000170537 | 8/2/18 | $684.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | EINV146497 | 8/2/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010769 | $5,340.05 | 9/20/18 | 93000158634 | 8/2/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018211 | $2,261.99 | 9/21/18 | EINV148586 | 8/20/18 | $2,110.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018211 | $2,261.99 | 9/21/18 | EINV148587 | 8/20/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018211 | $2,261.99 | 9/21/18 | VPASN993121043 | 9/16/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018211 | $2,261.99 | 9/21/18 | VPASN993121044 | 9/16/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019625 | $1,439.38 | 9/25/18 | 93002077578 | 8/21/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019625 | $1,439.38 | 9/25/18 | 93002143756 | 8/21/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019625 | $1,439.38 | 9/25/18 | EINV150437 | 8/31/18 | $1,164.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019625 | $1,439.38 | 9/25/18 | EINV150438 | 8/31/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019625 | $1,439.38 | 9/25/18 | 7566048292 | 9/19/18 | -$122.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020595 | $77.68 | 9/26/18 | 93002167583 | 8/22/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020595 | $77.68 | 9/26/18 | 93002176337 | 8/22/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020595 | $77.68 | 9/26/18 | 93120790876 | 8/22/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93120778047 | 8/3/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93000170537OC | 8/3/18 | -$228.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93000281299 | 8/4/18 | $114.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93000598913 | 8/10/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93000591590 | 8/10/18 | $30.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93120779537 | 8/10/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93001163438 | 8/12/18 | $52.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | 93001185654 | 8/13/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93002280610 | 8/24/18 | $114.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93120791062 | 8/25/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93002443933 | 8/27/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93120791098 | 8/27/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93120791907 | 8/27/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | EINV149740 | 8/28/18 | $984.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | EINV149635 | 8/28/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | EINV149741 | 8/28/18 | $338.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93002579863 | 8/28/18 | $61.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | 93002572397 | 8/28/18 | $29.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | VPASN993120401 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | VPASN993120402 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | EINV151063 | 9/6/18 | $932.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | EINV151064 | 9/6/18 | $451.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | VPASN993120704 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016162 | $789.62 | 10/2/18 | VPASN993120703 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023224 | $1,089.85 | 10/2/18 | MA18268717354 | 9/25/18 | -$1,057.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024356 | $56.94 | 10/3/18 | 93003033660 | 8/29/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024356 | $56.94 | 10/3/18 | 93003039835 | 8/29/18 | $18.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024356 | $56.94 | 10/3/18 | 93120792016 | 8/29/18 | $18.98 |

Totals:    23 transfer(s),   $52,367.60

**Defendant:** Cleva North America Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000018303 | 6/12/18 | $1,500.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000018127 | 6/14/18 | $2,580.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000136949 | 6/14/18 | $693.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000136953 | 6/14/18 | $396.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000136947 | 6/14/18 | $308.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000136945 | 6/14/18 | $252.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000136951 | 6/14/18 | $192.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 00009410AA | 6/28/18 | $88.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 00009409AA | 6/28/18 | $29.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000139572 | 6/29/18 | $3,031.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000139574 | 6/29/18 | $3,008.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000139577 | 6/29/18 | $1,898.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000139575 | 6/29/18 | $533.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 00009579AA | 6/29/18 | $51.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 00009580AA | 6/29/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000509059 | 7/10/18 | -$464.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000509021 | 7/10/18 | -$1,061.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000436642 | 7/12/18 | -$24.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91280 | $12,804.09 | 7/19/18 | 0000703012 | 7/13/18 | -$230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92054 | $3,624.54 | 7/20/18 | 0000018108 | 6/15/18 | $3,624.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92663 | $8,244.84 | 7/23/18 | 0000018226 | 6/18/18 | $7,865.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92663 | $8,244.84 | 7/23/18 | 00009871AA | 7/3/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92663 | $8,244.84 | 7/23/18 | 00009870AA | 7/3/18 | $97.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92663 | $8,244.84 | 7/23/18 | 00009874AA | 7/3/18 | $88.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92663 | $8,244.84 | 7/23/18 | 00009872AA | 7/3/18 | $51.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92663 | $8,244.84 | 7/23/18 | 00009873AA | 7/3/18 | $29.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93863 | $7,156.96 | 7/24/18 | 0000018235 | 6/19/18 | $7,156.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94567 | $36,727.13 | 7/25/18 | 0000018311 | 6/20/18 | $4,330.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94567 | $36,727.13 | 7/25/18 | 0000140480 | 7/5/18 | $26,793.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94567 | $36,727.13 | 7/25/18 | 0000140482 | 7/5/18 | $1,680.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94567 | $36,727.13 | 7/25/18 | 0000140486 | 7/5/18 | $1,417.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94567 | $36,727.13 | 7/25/18 | 0000140479 | 7/5/18 | $1,372.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94567 | $36,727.13 | 7/25/18 | 0000140484 | 7/5/18 | $1,132.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95400 | $9,508.78 | 7/26/18 | 0000018253 | 6/21/18 | $8,137.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95400 | $9,508.78 | 7/26/18 | 0000138365 | 6/21/18 | $754.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95400 | $9,508.78 | 7/26/18 | 0000138367 | 6/21/18 | $311.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95400 | $9,508.78 | 7/26/18 | 0000138366 | 6/21/18 | $143.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95400 | $9,508.78 | 7/26/18 | 0000138362 | 6/21/18 | $84.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95400 | $9,508.78 | 7/26/18 | 0000138364 | 6/21/18 | $77.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 0000018146 | 6/22/18 | $3,106.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 00000757AA | 7/7/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 00000752AA | 7/7/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 00000753AA | 7/7/18 | $29.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 00000755AA | 7/7/18 | $29.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 00000756AA | 7/7/18 | $28.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96151 | $3,437.12 | 7/27/18 | 00000754AA | 7/7/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 0000018243 | 6/25/18 | $3,127.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 0000141271 | 7/10/18 | $26,793.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 0000141270 | 7/10/18 | $1,548.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 0000141273 | 7/10/18 | $468.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 00001267AA | 7/10/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 00001268AA | 7/10/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 00001269AA | 7/10/18 | $28.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 00001266AA | 7/10/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96761 | $32,094.53 | 7/30/18 | 0000593472 | 7/25/18 | -$114.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 0000018237 | 6/26/18 | $2,290.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001806AA | 7/11/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001807AA | 7/11/18 | $97.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001803AA | 7/11/18 | $28.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001804AA | 7/11/18 | $28.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001808AA | 7/11/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001805AA | 7/11/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97907 | $2,613.05 | 7/31/18 | 00001802AA | 7/11/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98620 | $4,927.48 | 8/1/18 | 0000018308 | 6/27/18 | $4,927.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99346 | $1,943.16 | 8/2/18 | 0000018243 | 6/28/18 | $1,845.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99346 | $1,943.16 | 8/2/18 | 00002521AA | 7/13/18 | $97.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 0000018205 | 6/29/18 | $2,013.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 0000139573 | 6/29/18 | $347.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 0000139576 | 6/29/18 | $245.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 0000139578 | 6/29/18 | $210.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 0000139571 | 6/29/18 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 00002682AA | 7/14/18 | $111.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00096 | $2,988.98 | 8/3/18 | 00002681AA | 7/14/18 | $18.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00683 | $2,576.98 | 8/6/18 | 0000018234 | 7/2/18 | $1,177.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00683 | $2,576.98 | 8/6/18 | 0000143043 | 7/17/18 | $1,244.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00683 | $2,576.98 | 8/6/18 | 0000143045 | 7/17/18 | $155.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01803 | $9,705.11 | 8/7/18 | 0000018242 | 7/3/18 | $12,152.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01803 | $9,705.11 | 8/7/18 | 0000139867 | 7/3/18 | $706.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01803 | $9,705.11 | 8/7/18 | 0000604135 | 8/3/18 | -$515.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01803 | $9,705.11 | 8/7/18 | 0000604200 | 8/3/18 | -$2,638.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000018239 | 7/5/18 | $5,195.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000140483 | 7/5/18 | $4,215.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000140481 | 7/5/18 | $115.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000140487 | 7/5/18 | $38.58 |

Cleva North America Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000140485 | 7/5/18 | $14.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000803001 | 8/6/18 | -$1,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000122473 | 8/7/18 | -$115.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03205 | $7,411.21 | 8/9/18 | 0000118740 | 8/7/18 | -$292.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03941 | $2,567.67 | 8/10/18 | 0000018209 | 7/6/18 | $2,567.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04530 | $10,877.18 | 8/13/18 | 0000018257 | 7/9/18 | $6,622.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04530 | $10,877.18 | 8/13/18 | 0000144764 | 7/23/18 | $1,372.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04530 | $10,877.18 | 8/13/18 | 0000144758 | 7/23/18 | $1,007.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04530 | $10,877.18 | 8/13/18 | 0000144755 | 7/23/18 | $948.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04530 | $10,877.18 | 8/13/18 | 0000144761 | 7/23/18 | $926.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05669 | $5,885.28 | 8/14/18 | 0000018308 | 7/10/18 | $8,654.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05669 | $5,885.28 | 8/14/18 | 0000609081 | 8/7/18 | -$393.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05669 | $5,885.28 | 8/14/18 | 0000609036 | 8/7/18 | -$2,375.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06334 | $11,494.77 | 8/15/18 | 0000018259 | 7/11/18 | $8,681.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06334 | $11,494.77 | 8/15/18 | 0000145680 | 7/26/18 | $1,340.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06334 | $11,494.77 | 8/15/18 | 0000145684 | 7/26/18 | $695.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06334 | $11,494.77 | 8/15/18 | 0000145678 | 7/26/18 | $607.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06334 | $11,494.77 | 8/15/18 | 0000145682 | 7/26/18 | $170.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07183 | $5,307.76 | 8/16/18 | 0000018251 | 7/12/18 | $5,498.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07183 | $5,307.76 | 8/16/18 | 0000117436 | 8/14/18 | -$191.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07922 | $1,900.78 | 8/17/18 | 0000018200 | 7/13/18 | $1,900.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08531 | $3,615.37 | 8/20/18 | 0000018246 | 7/16/18 | $3,615.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09683 | $4,384.07 | 8/21/18 | 0000018239 | 7/17/18 | $2,182.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09683 | $4,384.07 | 8/21/18 | 0000143047 | 7/17/18 | $966.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09683 | $4,384.07 | 8/21/18 | 0000143044 | 7/17/18 | $603.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09683 | $4,384.07 | 8/21/18 | 0000143042 | 7/17/18 | $424.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09683 | $4,384.07 | 8/21/18 | 0000143048 | 7/17/18 | $192.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09683 | $4,384.07 | 8/21/18 | 0000143046 | 7/17/18 | $14.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10384 | $22,797.70 | 8/22/18 | 0000018259 | 7/18/18 | $21,459.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10384 | $22,797.70 | 8/22/18 | 0000146502 | 8/2/18 | $533.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10384 | $22,797.70 | 8/22/18 | 0000146503 | 8/2/18 | $374.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10384 | $22,797.70 | 8/22/18 | 0000146498 | 8/2/18 | $243.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10384 | $22,797.70 | 8/22/18 | 0000146500 | 8/2/18 | $187.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11199 | $25,065.95 | 8/23/18 | 0000018318 | 7/19/18 | $25,065.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11838 | $23,263.93 | 8/24/18 | 0000018219 | 7/20/18 | $23,263.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12565 | $6,948.08 | 8/27/18 | 0000018302 | 7/23/18 | $4,740.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12565 | $6,948.08 | 8/27/18 | 0000144759 | 7/23/18 | $747.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12565 | $6,948.08 | 8/27/18 | 0000144766 | 7/23/18 | $592.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12565 | $6,948.08 | 8/27/18 | 0000144756 | 7/23/18 | $406.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12565 | $6,948.08 | 8/27/18 | 0000144762 | 7/23/18 | $273.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12565 | $6,948.08 | 8/27/18 | 0000144753 | 7/23/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13722 | $4,503.17 | 8/28/18 | 0000018253 | 7/24/18 | $4,503.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14457 | $2,313.20 | 8/29/18 | 0000018240 | 7/25/18 | $2,313.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000018242 | 7/26/18 | $2,030.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000145681 | 7/26/18 | $1,295.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000145679 | 7/26/18 | $420.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000145685 | 7/26/18 | $297.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000145683 | 7/26/18 | $136.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000145677 | 7/26/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000147714 | 8/10/18 | $1,640.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000147712 | 8/10/18 | $1,340.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15235 | $8,058.28 | 8/30/18 | 0000147717 | 8/10/18 | $790.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15958 | $7,011.75 | 8/31/18 | 0000018203 | 7/27/18 | $7,011.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16524 | $8,170.18 | 9/19/18 | 0000018344 | 7/30/18 | $5,075.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16524 | $8,170.18 | 9/19/18 | 0000018259 | 7/31/18 | $3,094.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17740 | $2,009.22 | 9/19/18 | 0000018312 | 8/1/18 | $2,009.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18476 | $3,515.13 | 9/19/18 | 0000018317 | 8/2/18 | $3,180.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18476 | $3,515.13 | 9/19/18 | 0000146499 | 8/2/18 | $578.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18476 | $3,515.13 | 9/19/18 | 0000146504 | 8/2/18 | $38.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18476 | $3,515.13 | 9/19/18 | 0000146501 | 8/2/18 | $29.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19151 | $991.24 | 9/19/18 | 0000018107 | 8/3/18 | $1,361.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19546 | $2,675.35 | 9/19/18 | 0000018304 | 8/6/18 | $792.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22034 | $2,686.71 | 9/19/18 | 0000018344 | 8/7/18 | $2,055.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22034 | $2,686.71 | 9/19/18 | 0000018320 | 8/8/18 | $3,535.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22034 | $2,686.71 | 9/19/18 | 0000181249 | 8/9/18 | $2,885.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000181254 | 8/10/18 | $3,010.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000147715 | 8/10/18 | $2,685.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000147716 | 8/10/18 | $182.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000147711 | 8/10/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000147718 | 8/10/18 | $59.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000147713 | 8/10/18 | $38.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19546 | $2,675.35 | 9/19/18 | 0000148590 | 8/20/18 | $1,033.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19546 | $2,675.35 | 9/19/18 | 0000148588 | 8/20/18 | $598.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19546 | $2,675.35 | 9/19/18 | 0000148591 | 8/20/18 | $250.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18476 | $3,515.13 | 9/19/18 | 0000604731 | 9/4/18 | -$312.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22034 | $2,686.71 | 9/19/18 | 0000709072 | 9/4/18 | -$333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22034 | $2,686.71 | 9/19/18 | 0000709034 | 9/4/18 | -$5,456.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19151 | $991.24 | 9/19/18 | 0000492258 | 9/5/18 | -$370.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22742 | $5,982.34 | 9/19/18 | 0000607591 | 9/10/18 | -$99.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23245 | $3,530.34 | 9/20/18 | 0000147759 | 8/13/18 | $617.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23245 | $3,530.34 | 9/20/18 | 0000018248 | 8/13/18 | $615.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23245 | $3,530.34 | 9/20/18 | 0000149641 | 8/28/18 | $1,210.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23245 | $3,530.34 | 9/20/18 | 0000149637 | 8/28/18 | $625.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23245 | $3,530.34 | 9/20/18 | 0000149636 | 8/28/18 | $275.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23245 | $3,530.34 | 9/20/18 | 0000149639 | 8/28/18 | $187.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24273 | $1,628.37 | 9/21/18 | 0000018247 | 8/14/18 | $1,628.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24945 | $1,702.31 | 9/24/18 | 0000018242 | 8/15/18 | $2,055.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25718 | $6,815.78 | 9/24/18 | 0000018255 | 8/16/18 | $3,585.07 |

Cleva North America Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26366 | $1,879.88 | 9/24/18 | 0000018246 | 8/17/18 | $294.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25718 | $6,815.78 | 9/24/18 | 0000150441 | 8/31/18 | $1,739.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26366 | $1,879.88 | 9/24/18 | 0000150444 | 8/31/18 | $1,585.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25718 | $6,815.78 | 9/24/18 | 0000150440 | 8/31/18 | $976.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25718 | $6,815.78 | 9/24/18 | 0000150443 | 8/31/18 | $515.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24945 | $1,702.31 | 9/24/18 | 0000521034 | 9/17/18 | -$89.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24945 | $1,702.31 | 9/24/18 | 0000521239 | 9/17/18 | -$263.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26853 | $170.20 | 9/27/18 | 0000018405 | 8/20/18 | $288.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26853 | $170.20 | 9/27/18 | 0000010213 | 9/20/18 | -$17.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26853 | $170.20 | 9/27/18 | 0000010226 | 9/20/18 | -$44.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26853 | $170.20 | 9/27/18 | 0000010237 | 9/20/18 | -$55.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27867 | $2,720.19 | 9/28/18 | 0000018314 | 8/21/18 | $2,845.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27867 | $2,720.19 | 9/28/18 | 0000476903 | 9/20/18 | -$125.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29853 | $3,509.01 | 10/1/18 | 0000148589 | 8/20/18 | $1,565.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29853 | $3,509.01 | 10/1/18 | 0000756681 | 8/20/18 | -$146.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28533 | $2,972.04 | 10/1/18 | 0000018308 | 8/22/18 | $1,344.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29237 | $2,623.79 | 10/1/18 | 0000018406 | 8/23/18 | $2,623.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29853 | $3,509.01 | 10/1/18 | 0000018157 | 8/24/18 | $1,661.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28533 | $2,972.04 | 10/1/18 | 0000151068 | 9/6/18 | $1,107.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29853 | $3,509.01 | 10/1/18 | 0000151070 | 9/6/18 | $428.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28533 | $2,972.04 | 10/1/18 | 0000151072 | 9/6/18 | $333.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28533 | $2,972.04 | 10/1/18 | 0000151066 | 9/6/18 | $187.22 |

Totals:    48 transfer(s),  $345,340.98