Defendant: **Colecciones De Santa (HK) Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023595 | 7/3/18 | $85,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819979388 | 7/3/18 | $51,000.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $35,706.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $34,257.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023595 | 7/3/18 | $34,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $32,802.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $31,317.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $28,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $25,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $23,595.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $19,193.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $18,579.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $17,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $15,811.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $15,477.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $14,487.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $12,738.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $10,767.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819979388 | 7/3/18 | $10,450.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $9,363.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819979388 | 7/3/18 | $9,349.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $9,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $7,305.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023623 | 7/3/18 | $7,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $5,395.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $5,145.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $5,024.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $4,960.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $4,784.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $4,423.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $4,166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $3,784.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $3,220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $2,918.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $2,916.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819979388 | 7/3/18 | $2,812.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $2,711.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $2,373.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $2,148.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $1,968.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $1,930.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $1,912.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $1,687.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $1,380.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $1,233.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $1,195.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201820023877 | 7/3/18 | $1,010.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $981.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $691.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $673.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $652.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $587.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $544.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $470.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $450.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $446.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $438.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $436.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $430.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $354.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $245.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996531 | 7/3/18 | $208.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27190 | $637,542.20 | 7/26/18 | 201819996544 | 7/3/18 | $78.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27191 | $31,129.43 | 8/2/18 | 201820489445 | 7/10/18 | $31,129.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $81,248.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $36,616.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $35,011.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $32,841.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $31,555.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $30,167.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $28,039.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $25,899.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $24,897.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $19,955.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $18,784.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $17,572.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $14,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $11,035.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $9,526.80 |

Colecciones De Santa (HK) Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $9,172.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $8,592.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $7,045.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $6,912.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $6,523.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $6,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $6,199.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $6,182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $6,026.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $5,981.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $5,377.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $3,474.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $2,857.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $2,683.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185665 | 7/19/18 | $2,455.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $2,302.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $2,210.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27192 | $508,900.28 | 8/10/18 | 201820185679 | 7/19/18 | $1,409.88 |

Totals:    3 transfer(s),  $1,177,571.91

Defendant: **Colecciones De Santa (HK) Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820084243 | 7/10/18 | $32,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820084349 | 7/10/18 | $21,747.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820084349 | 7/10/18 | $17,358.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820084349 | 7/10/18 | $10,890.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820084243 | 7/10/18 | $5,799.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820084243 | 7/10/18 | $2,558.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820058618 | 7/10/18 | $792.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9885 | $91,734.34 | 8/1/18 | 201820058618 | 7/10/18 | $109.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9886 | $11,603.14 | 8/8/18 | 201820145192 | 7/16/18 | $7,313.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9886 | $11,603.14 | 8/8/18 | 201820145128 | 7/16/18 | $4,290.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9887 | $50,716.41 | 9/4/18 | 201820449720 | 8/9/18 | $22,572.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9887 | $50,716.41 | 9/4/18 | 201820449720 | 8/9/18 | $18,960.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9887 | $50,716.41 | 9/4/18 | 201820449720 | 8/9/18 | $9,183.93 |

**Totals:** 3 transfer(s), $154,053.89

Colecciones De Santa (HK) Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020 — Exhibit B — P. 1