Defendant: **Demar Logistics, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983763 | $9,009.72 | 7/17/18 | 1905 | 7/2/18 | $9,009.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984752 | $26,083.32 | 7/18/18 | 1924 | 6/19/18 | $78.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984752 | $26,083.32 | 7/18/18 | 1925 | 6/20/18 | $74.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984752 | $26,083.32 | 7/18/18 | 1906 | 7/3/18 | $25,930.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985776 | $11,340.52 | 7/20/18 | 1907 | 7/5/18 | $11,340.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986503 | $13,632.10 | 7/23/18 | 1926 | 7/6/18 | $13,632.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987219 | $13,940.43 | 7/24/18 | 1927 | 7/9/18 | $13,940.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988148 | $20,236.91 | 7/25/18 | 1945 | 6/25/18 | $58.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988148 | $20,236.91 | 7/25/18 | 1928 | 7/10/18 | $20,178.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988611 | $10,867.14 | 7/26/18 | 1929 | 7/11/18 | $10,867.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989206 | $13,045.25 | 7/27/18 | 1930 | 7/12/18 | $13,045.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989950 | $8,148.92 | 7/30/18 | 1946 | 7/13/18 | $8,148.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990720 | $11,680.07 | 7/31/18 | 1947 | 7/16/18 | $11,680.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991650 | $16,826.27 | 8/1/18 | 1968 | 7/3/18 | $133.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991650 | $16,826.27 | 8/1/18 | 1948 | 7/17/18 | $16,692.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992104 | $9,749.36 | 8/2/18 | 1949 | 7/18/18 | $9,749.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992743 | $8,137.39 | 8/3/18 | 1950 | 7/19/18 | $8,137.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993572 | $6,464.04 | 8/6/18 | 1969 | 7/20/18 | $6,464.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994530 | $6,509.14 | 8/7/18 | 1970 | 7/23/18 | $6,509.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995952 | $9,806.74 | 8/8/18 | 1989 | 7/5/18 | $58.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995952 | $9,806.74 | 8/8/18 | 1990 | 7/12/18 | $19.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995952 | $9,806.74 | 8/8/18 | 1971 | 7/24/18 | $9,728.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996371 | $9,569.86 | 8/9/18 | 1972 | 7/25/18 | $9,569.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996970 | $15,435.52 | 8/10/18 | 1973 | 7/26/18 | $15,435.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997670 | $5,706.53 | 8/13/18 | 1991 | 7/27/18 | $5,706.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998341 | $3,705.51 | 8/14/18 | 1992 | 7/30/18 | $3,705.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999252 | $12,154.49 | 8/15/18 | 2012 | 7/16/18 | $184.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999252 | $12,154.49 | 8/15/18 | 1993 | 7/31/18 | $11,969.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999699 | $17,133.45 | 8/16/18 | 1994 | 8/1/18 | $17,133.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000307 | $5,113.56 | 8/17/18 | 1995 | 8/2/18 | $5,113.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001103 | $5,290.98 | 8/20/18 | 2013 | 8/3/18 | $5,290.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001811 | $19,906.33 | 8/21/18 | 2014 | 8/6/18 | $19,906.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002767 | $14,540.08 | 8/22/18 | 2034 | 7/23/18 | $31.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002767 | $14,540.08 | 8/22/18 | 2035 | 7/24/18 | $535.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002767 | $14,540.08 | 8/22/18 | 2015 | 8/7/18 | $13,972.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003207 | $10,189.17 | 8/23/18 | 2016 | 8/8/18 | $10,189.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003802 | $19,420.49 | 8/24/18 | 2017 | 8/9/18 | $19,420.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004545 | $2,619.65 | 8/27/18 | 2036 | 8/10/18 | $2,619.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005242 | $14,426.55 | 8/28/18 | 2037 | 8/13/18 | $14,426.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006150 | $30,018.84 | 8/29/18 | 2055 | 7/30/18 | $110.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006150 | $30,018.84 | 8/29/18 | 2038 | 8/14/18 | $29,908.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006615 | $14,074.76 | 8/30/18 | 2039 | 8/15/18 | $14,074.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007245 | $13,254.67 | 8/31/18 | 2040 | 8/16/18 | $13,254.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008039 | $5,798.21 | 9/3/18 | 2056 | 8/17/18 | $5,798.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010029 | $26,649.47 | 9/5/18 | 2075 | 8/8/18 | $953.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010029 | $26,649.47 | 9/5/18 | 2057 | 8/21/18 | $25,696.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010877 | $20,692.28 | 9/6/18 | 2058 | 8/22/18 | $20,692.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011441 | $7,549.77 | 9/7/18 | 2059 | 8/23/18 | $7,549.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012056 | $4,835.43 | 9/10/18 | 2076 | 8/24/18 | $4,835.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012812 | $9,351.54 | 9/11/18 | 2077 | 8/27/18 | $9,351.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013719 | $14,096.39 | 9/12/18 | 2078 | 8/28/18 | $14,096.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014201 | $5,917.91 | 9/13/18 | 2079 | 8/29/18 | $5,917.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014814 | $5,172.76 | 9/14/18 | 2080 | 8/30/18 | $5,172.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015525 | $6,003.27 | 9/17/18 | 2095 | 8/31/18 | $6,003.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017150 | $9,139.44 | 9/19/18 | 2114 | 8/21/18 | $23.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017150 | $9,139.44 | 9/19/18 | 2096 | 9/4/18 | $9,116.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017622 | $3,679.41 | 9/20/18 | 2097 | 9/5/18 | $3,679.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018255 | $13,296.11 | 9/21/18 | 2098 | 9/6/18 | $13,296.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018966 | $5,507.54 | 9/24/18 | 2115 | 9/7/18 | $5,507.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019672 | $6,824.95 | 9/25/18 | 2116 | 9/10/18 | $6,824.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020632 | $18,232.58 | 9/26/18 | 2134 | 8/28/18 | $432.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020632 | $18,232.58 | 9/26/18 | 2135 | 8/29/18 | $74.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020632 | $18,232.58 | 9/26/18 | 2117 | 9/11/18 | $17,725.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021121 | $15,581.85 | 9/27/18 | 2118 | 9/12/18 | $15,581.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021738 | $13,435.49 | 9/28/18 | 2119 | 9/13/18 | $13,435.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022471 | $9,348.29 | 10/1/18 | 2136 | 9/14/18 | $9,348.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023283 | $7,802.58 | 10/2/18 | 2137 | 9/17/18 | $7,802.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024403 | $28,818.94 | 10/3/18 | 2138 | 9/18/18 | $28,818.94 |

Totals:    54 transfer(s),   $645,771.97

Defendant: **Demar Logistics, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,252.66 | 7/23/18 | 7994663 | 7/13/18 | $2,831.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,252.66 | 7/23/18 | 7994658 | 7/13/18 | $1,382.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,252.66 | 7/23/18 | 7994659 | 7/13/18 | $673.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,252.66 | 7/23/18 | 7994711 | 7/13/18 | $365.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $892.72 | 7/26/18 | 7994769 | 7/16/18 | $892.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,767.10 | 7/27/18 | 7994768 | 7/18/18 | $1,820.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,767.10 | 7/27/18 | 7994657 | 7/18/18 | $1,708.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,767.10 | 7/27/18 | 7994661 | 7/18/18 | $1,564.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,767.10 | 7/27/18 | 7994662 | 7/18/18 | $1,382.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,767.10 | 7/27/18 | 7994664 | 7/18/18 | $291.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,820.33 | 8/6/18 | 7994660 | 7/26/18 | $1,820.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994975 | 9/13/18 | $3,990.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994857 | 9/13/18 | $2,842.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995244 | 9/13/18 | $2,209.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994974 | 9/13/18 | $1,736.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994882 | 9/13/18 | $1,709.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995036 | 9/13/18 | $1,694.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995414 | 9/13/18 | $1,517.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994819 | 9/13/18 | $1,407.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994820 | 9/13/18 | $1,407.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994822 | 9/13/18 | $1,407.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994823 | 9/13/18 | $1,407.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994824 | 9/13/18 | $1,407.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994828 | 9/13/18 | $1,407.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994825 | 9/13/18 | $1,293.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994909 | 9/13/18 | $1,264.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994821 | 9/13/18 | $1,092.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994908 | 9/13/18 | $1,044.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995181 | 9/13/18 | $1,036.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994818 | 9/13/18 | $986.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995183 | 9/13/18 | $895.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994826 | 9/13/18 | $865.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995037 | 9/13/18 | $832.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995182 | 9/13/18 | $832.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995243 | 9/13/18 | $563.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994817 | 9/13/18 | $563.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994976 | 9/13/18 | $551.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995185 | 9/13/18 | $549.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994827 | 9/13/18 | $536.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994910 | 9/13/18 | $532.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995083 | 9/13/18 | $514.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995352 | 9/13/18 | $428.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7994973 | 9/13/18 | $411.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995421 | 9/13/18 | $269.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995184 | 9/13/18 | $180.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995923 | 9/14/18 | $5,648.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995860 | 9/14/18 | $5,462.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996644 | 9/14/18 | $2,946.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996350 | 9/14/18 | $2,939.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996348 | 9/14/18 | $2,524.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996453 | 9/14/18 | $2,361.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996316 | 9/14/18 | $2,241.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996685 | 9/14/18 | $2,145.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995654 | 9/14/18 | $2,143.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996934 | 9/14/18 | $2,123.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996687 | 9/14/18 | $1,912.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996454 | 9/14/18 | $1,888.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996451 | 9/14/18 | $1,888.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996750 | 9/14/18 | $1,874.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996688 | 9/14/18 | $1,874.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995815 | 9/14/18 | $1,695.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996222 | 9/14/18 | $1,586.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995595 | 9/14/18 | $1,555.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7997062 | 9/14/18 | $1,519.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996909 | 9/14/18 | $1,516.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996394 | 9/14/18 | $1,458.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996455 | 9/14/18 | $1,416.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995540 | 9/14/18 | $1,392.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995816 | 9/14/18 | $1,160.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995971 | 9/14/18 | $1,068.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995718 | 9/14/18 | $1,020.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996642 | 9/14/18 | $996.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995717 | 9/14/18 | $992.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995967 | 9/14/18 | $959.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996313 | 9/14/18 | $954.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995775 | 9/14/18 | $805.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996395 | 9/14/18 | $786.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995970 | 9/14/18 | $760.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995922 | 9/14/18 | $688.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996811 | 9/14/18 | $672.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995596 | 9/14/18 | $659.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995541 | 9/14/18 | $629.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995302 | 9/14/18 | $554.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995968 | 9/14/18 | $552.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995656 | 9/14/18 | $552.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996223 | 9/14/18 | $542.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995964 | 9/14/18 | $532.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995594 | 9/14/18 | $531.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996349 | 9/14/18 | $522.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996351 | 9/14/18 | $491.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996154 | 9/14/18 | $491.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996749 | 9/14/18 | $489.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7997000 | 9/14/18 | $483.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995772 | 9/14/18 | $479.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995963 | 9/14/18 | $478.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995617 | 9/14/18 | $430.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995597 | 9/14/18 | $419.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995508 | 9/14/18 | $419.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995507 | 9/14/18 | $391.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995966 | 9/14/18 | $379.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995924 | 9/14/18 | $373.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996315 | 9/14/18 | $372.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995774 | 9/14/18 | $367.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995349 | 9/14/18 | $362.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995985 | 9/14/18 | $362.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995777 | 9/14/18 | $327.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995776 | 9/14/18 | $327.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995431 | 9/14/18 | $322.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995969 | 9/14/18 | $321.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996155 | 9/14/18 | $321.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996393 | 9/14/18 | $309.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995859 | 9/14/18 | $303.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995470 | 9/14/18 | $303.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995719 | 9/14/18 | $300.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995619 | 9/14/18 | $300.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996392 | 9/14/18 | $300.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996347 | 9/14/18 | $272.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996636 | 9/14/18 | $267.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7995925 | 9/14/18 | $254.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,648.62 | 9/24/18 | 7996637 | 9/14/18 | $179.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996608 | 9/17/18 | $2,741.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996805 | 9/17/18 | $2,715.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996861 | 9/17/18 | $2,663.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996452 | 9/17/18 | $2,477.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996862 | 9/17/18 | $2,379.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996908 | 9/17/18 | $1,981.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996999 | 9/17/18 | $1,919.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996800 | 9/17/18 | $1,632.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7997063 | 9/17/18 | $1,519.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996612 | 9/17/18 | $1,417.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996863 | 9/17/18 | $1,404.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996611 | 9/17/18 | $1,291.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996807 | 9/17/18 | $1,281.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996995 | 9/17/18 | $987.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996610 | 9/17/18 | $916.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996809 | 9/17/18 | $672.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996994 | 9/17/18 | $484.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996609 | 9/17/18 | $426.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996932 | 9/17/18 | $425.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996803 | 9/17/18 | $362.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996221 | 9/17/18 | $332.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996806 | 9/17/18 | $331.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996996 | 9/17/18 | $321.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996748 | 9/17/18 | $309.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996606 | 9/17/18 | $301.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996808 | 9/17/18 | $284.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $31,844.13 | 9/27/18 | 7996998 | 9/17/18 | $263.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,729.15 | 10/4/18 | 7997537 | 9/24/18 | $1,729.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,472.47 | 10/8/18 | 7997536 | 9/27/18 | $364.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,472.47 | 10/8/18 | 7997535 | 9/28/18 | $2,020.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,472.47 | 10/8/18 | 7997551 | 9/28/18 | $87.86 |

**Totals:**    8 transfer(s),   $169,427.18