Defendant: **Dragon Eyes HK Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28288 | $32,872.74 | 8/21/18 | 201819081617 | 5/24/18 | $11,265.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28288 | $32,872.74 | 8/21/18 | 201819081617 | 5/24/18 | $11,082.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28288 | $32,872.74 | 8/21/18 | 201819081617 | 5/24/18 | $10,524.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28289 | $34,260.78 | 8/24/18 | 201819084279 | 5/27/18 | $11,738.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28289 | $34,260.78 | 8/24/18 | 201819084279 | 5/27/18 | $11,550.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28289 | $34,260.78 | 8/24/18 | 201819084279 | 5/27/18 | $10,972.08 |

Totals:    2 transfer(s),  $67,133.52

| Defendant: | Dragon Eyes HK Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11331 | $39,776.67 | 8/20/18 | 201818959126 | 5/21/18 | $18,158.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11331 | $39,776.67 | 8/20/18 | 201818959126 | 5/21/18 | $15,830.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11331 | $39,776.67 | 8/20/18 | 201818959126 | 5/21/18 | $5,787.87 |

Totals:    1 transfer(s),  $39,776.67