| Defendant: | **Feng Tai Footwear Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201819079126 | 5/14/18 | $7,962.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $7,021.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $6,993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $6,993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201819079126 | 5/14/18 | $6,725.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $6,260.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $5,555.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $4,968.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $3,971.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $3,880.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $3,834.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201819079126 | 5/14/18 | $3,087.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $2,624.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201819079126 | 5/14/18 | $1,882.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22167 | $73,534.01 | 7/25/18 | 201818802972 | 5/14/18 | $1,771.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $6,429.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $5,731.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $5,602.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $5,000.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $4,998.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $4,998.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $4,794.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818566979 | 5/16/18 | $3,834.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818736475 | 5/16/18 | $3,834.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $3,823.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $3,546.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $2,754.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $2,305.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22168 | $59,467.95 | 7/27/18 | 201818737044 | 5/16/18 | $1,814.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $12,364.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $11,169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $8,438.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $7,644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $7,526.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $4,927.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $3,186.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22169 | $57,891.90 | 8/1/18 | 201818861431 | 5/21/18 | $2,635.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $12,921.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $9,477.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $8,745.60 |

Transfers During Preference Period
Pg 2 of 6

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $6,011.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $5,990.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $5,961.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201819078888 | 5/24/18 | $4,963.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $2,764.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22170 | $59,147.55 | 8/3/18 | 201818861230 | 5/24/18 | $2,312.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22172 | $15,804.42 | 8/20/18 | 201819144535 | 6/5/18 | $10,123.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22172 | $15,804.42 | 8/20/18 | 201819144535 | 6/5/18 | $5,681.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819365492 | 6/12/18 | $12,585.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $8,480.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819365492 | 6/12/18 | $6,926.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $6,513.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $6,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $5,971.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $5,157.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $4,963.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $4,949.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $4,878.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $4,237.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $4,029.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $3,767.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $3,693.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $3,613.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $3,609.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $3,499.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $3,496.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $2,870.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $2,735.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $2,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $2,481.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $1,974.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $1,938.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $1,748.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $1,708.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819552568 | 6/12/18 | $1,699.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $1,346.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $1,190.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22173 | $120,177.30 | 8/27/18 | 201819551307 | 6/12/18 | $1,180.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $19,028.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $18,684.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $11,894.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $8,436.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $6,873.60 |

Feng Tai Footwear Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $6,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $6,710.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $6,595.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $6,482.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $6,451.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $5,994.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $5,905.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $5,839.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $5,839.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $5,678.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $5,548.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $5,548.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $4,963.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $4,963.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $4,809.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $4,774.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $4,617.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $4,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $4,554.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $4,416.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $4,406.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $3,880.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,811.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $3,802.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,770.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $3,744.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,712.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $3,582.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,580.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,496.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,496.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,298.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,258.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $3,168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $3,121.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $3,082.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $2,872.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $2,721.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $2,649.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $2,592.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $2,467.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $2,182.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $2,042.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,940.40 |

Feng Tai Footwear Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period
Pg 4 of 6

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $1,917.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $1,846.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $1,762.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,749.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,722.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,377.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,353.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,353.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $1,308.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819822455 | 6/26/18 | $1,239.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $994.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22174 | $282,819.60 | 9/10/18 | 201819773029 | 6/26/18 | $994.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22175 | $4,170.00 | 9/11/18 | 201819856754 | 6/29/18 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22175 | $4,170.00 | 9/11/18 | 201819856754 | 6/29/18 | $1,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22175 | $4,170.00 | 9/11/18 | 201819856754 | 6/29/18 | $1,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22176 | $3,780.00 | 9/12/18 | 201819856866 | 6/30/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22176 | $3,780.00 | 9/12/18 | 201819856866 | 6/30/18 | $1,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22176 | $3,780.00 | 9/12/18 | 201819856866 | 6/30/18 | $1,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22177 | $36,907.20 | 9/18/18 | 201820077426 | 7/4/18 | $18,819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22177 | $36,907.20 | 9/18/18 | 201820077426 | 7/4/18 | $18,088.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820081681 | 7/9/18 | $8,611.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820081681 | 7/9/18 | $7,172.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820081681 | 7/9/18 | $6,793.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $2,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $2,213.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $2,213.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820250502 | 7/9/18 | $2,139.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $1,649.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $1,635.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $1,614.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $1,381.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $1,381.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22178 | $40,731.25 | 9/21/18 | 201820354434 | 7/9/18 | $1,233.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22179 | $20,536.20 | 10/2/18 | 201820081441 | 7/12/18 | $8,667.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22179 | $20,536.20 | 10/2/18 | 201820081441 | 7/12/18 | $6,141.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22179 | $20,536.20 | 10/2/18 | 201820081441 | 7/12/18 | $5,727.60 |

**Totals:**      **12 transfer(s),  $774,967.38**

Feng Tai Footwear Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

| Defendant: | **Feng Tai Footwear Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7059 | $42,644.14 | 7/25/18 | 201818803506 | 5/14/18 | $14,057.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7059 | $42,644.14 | 7/25/18 | 201818803506 | 5/14/18 | $13,973.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7059 | $42,644.14 | 7/25/18 | 201818803506 | 5/14/18 | $8,014.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7059 | $42,644.14 | 7/25/18 | 201818803506 | 5/14/18 | $6,598.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7060 | $2,061.60 | 8/8/18 | 201818566836 | 5/25/18 | $2,061.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7061 | $100,546.65 | 8/10/18 | 201819144879 | 5/31/18 | $38,419.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7061 | $100,546.65 | 8/10/18 | 201819144879 | 5/31/18 | $20,772.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7061 | $100,546.65 | 8/10/18 | 201819144879 | 5/31/18 | $13,948.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7061 | $100,546.65 | 8/10/18 | 201819144879 | 5/31/18 | $13,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7061 | $100,546.65 | 8/10/18 | 201818861501 | 5/31/18 | $11,731.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7061 | $100,546.65 | 8/10/18 | 201819144879 | 5/31/18 | $2,235.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $27,848.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $20,069.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $18,357.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $17,118.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $16,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $11,372.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7062 | $121,148.80 | 8/17/18 | 201819365278 | 6/4/18 | $9,792.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $27,627.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $19,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $14,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $13,246.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $7,632.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $7,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $6,976.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $6,432.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Transfer-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $6,342.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $6,210.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $4,602.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $4,230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $4,230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $4,140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $4,004.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $3,916.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $2,340.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $1,693.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7063 | $144,620.36 | 8/24/18 | 201819549795 | 6/11/18 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7064 | $4,950.00 | 9/11/18 | 201819856642 | 6/27/18 | $1,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7064 | $4,950.00 | 9/11/18 | 201819856642 | 6/27/18 | $1,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7064 | $4,950.00 | 9/11/18 | 201819856642 | 6/27/18 | $1,650.00 |

Feng Tai Footwear Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit B

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7065 | $61,545.00 | 9/18/18 | 201820012883 | 7/6/18 | $22,755.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7065 | $61,545.00 | 9/18/18 | 201820012883 | 7/6/18 | $18,864.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7065 | $61,545.00 | 9/18/18 | 201819927286 | 7/6/18 | $16,821.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7065 | $61,545.00 | 9/18/18 | 201820012883 | 7/6/18 | $3,105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820258439 | 7/12/18 | $38,563.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820297209 | 7/12/18 | $28,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820258439 | 7/12/18 | $17,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201819772316 | 7/12/18 | $14,717.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820297209 | 7/12/18 | $13,073.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820012908 | 7/12/18 | $10,852.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201819772316 | 7/12/18 | $10,810.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201819772316 | 7/12/18 | $9,193.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201819772316 | 7/12/18 | $8,844.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820012908 | 7/12/18 | $5,467.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820012908 | 7/12/18 | $4,860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820297209 | 7/12/18 | $4,740.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820012908 | 7/12/18 | $3,060.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-7066 | $178,969.50 | 10/2/18 | 201820297209 | 7/12/18 | $1,506.60 |

**Totals:**     **8 transfer(s),  $656,486.05**