| | | |
|---|---|---|
| Defendant: | **Feroza Garments Ltd.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20773 | $113,495.64 | 7/18/18 | 201819344184 | 5/25/18 | $55,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20773 | $113,495.64 | 7/18/18 | 201819344073 | 5/25/18 | $48,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20773 | $113,495.64 | 7/18/18 | 201819343958 | 5/25/18 | $7,356.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20773 | $113,495.64 | 7/18/18 | 201819344311 | 5/25/18 | $2,435.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20774 | $120,319.44 | 7/24/18 | 201819344268 | 5/28/18 | $57,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20774 | $120,319.44 | 7/24/18 | 201819344115 | 5/28/18 | $50,274.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20774 | $120,319.44 | 7/24/18 | 201819343993 | 5/28/18 | $7,759.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20774 | $120,319.44 | 7/24/18 | 201819344360 | 5/28/18 | $3,075.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20774 | $120,319.44 | 7/24/18 | 201819343993 | 5/28/18 | $1,610.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20775 | $402.60 | 7/27/18 | 201819400002 | 6/1/18 | $402.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20776 | $530.70 | 7/30/18 | 201819400119 | 6/3/18 | $530.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20777 | $54,135.62 | 8/3/18 | 201819507099 | 6/9/18 | $35,345.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20777 | $54,135.62 | 8/3/18 | 201819510771 | 6/9/18 | $18,790.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201820012511 | 6/18/18 | $74,134.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819657092 | 6/18/18 | $14,742.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819887084 | 6/18/18 | $9,234.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819886887 | 6/18/18 | $9,102.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201820012511 | 6/18/18 | $7,142.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819742783 | 6/18/18 | $5,928.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819743247 | 6/18/18 | $2,651.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201820023104 | 6/18/18 | $1,488.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819507081 | 6/18/18 | $771.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20778 | $125,508.80 | 8/16/18 | 201819510656 | 6/18/18 | $312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201820012576 | 6/19/18 | $84,509.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819507128 | 6/19/18 | $36,795.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819510876 | 6/19/18 | $19,476.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819657096 | 6/19/18 | $15,599.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819887157 | 6/19/18 | $9,592.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819887008 | 6/19/18 | $9,289.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819742873 | 6/19/18 | $7,488.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819743413 | 6/19/18 | $3,325.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201820023111 | 6/19/18 | $1,686.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819507088 | 6/19/18 | $1,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201819510716 | 6/19/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20779 | $190,158.26 | 8/17/18 | 201820012576 | 6/19/18 | $226.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201820077796 | 6/22/18 | $34,258.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201820078207 | 6/22/18 | $33,104.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201819742390 | 6/22/18 | $32,955.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201819743677 | 6/22/18 | $30,861.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201819886392 | 6/22/18 | $19,866.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201819886471 | 6/22/18 | $2,808.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201819744069 | 6/23/18 | $53,323.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20780 | $228,702.66 | 8/21/18 | 201819742613 | 6/23/18 | $21,525.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819744199 | 6/24/18 | $47,174.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819742499 | 6/24/18 | $44,137.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819743875 | 6/24/18 | $39,316.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201820077914 | 6/24/18 | $35,273.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201820078429 | 6/24/18 | $32,906.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819742702 | 6/24/18 | $24,707.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819886422 | 6/24/18 | $20,714.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819744199 | 6/24/18 | $20,361.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819742702 | 6/24/18 | $2,740.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819886526 | 6/24/18 | $1,855.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20781 | $270,141.85 | 8/22/18 | 201819886526 | 6/24/18 | $952.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201819742982 | 6/29/18 | $28,421.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820254759 | 6/29/18 | $21,688.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023721 | 6/29/18 | $8,128.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023699 | 6/29/18 | $3,517.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023751 | 6/29/18 | $2,496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820254231 | 6/29/18 | $1,833.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201819743163 | 6/29/18 | $1,505.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023552 | 6/29/18 | $658.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201819743101 | 7/2/18 | $37,629.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820254923 | 7/2/18 | $26,934.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023734 | 7/2/18 | $9,577.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023705 | 7/2/18 | $3,740.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023781 | 7/2/18 | $3,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820254288 | 7/2/18 | $2,345.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201819743205 | 7/2/18 | $2,090.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820254923 | 7/2/18 | $2,032.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20782 | $156,617.03 | 8/30/18 | 201820023564 | 7/2/18 | $896.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201820453344 | 7/8/18 | $21,366.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201819856999 | 7/8/18 | $15,108.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201819857137 | 7/8/18 | $14,731.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201820453271 | 7/8/18 | $13,155.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201819857137 | 7/8/18 | $6,327.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201820378864 | 7/8/18 | $5,848.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201820312934 | 7/8/18 | $4,801.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201820378802 | 7/8/18 | $4,140.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20783 | $88,945.20 | 9/5/18 | 201820312886 | 7/8/18 | $3,465.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20784 | $64,933.68 | 9/11/18 | 201820376396 | 7/13/18 | $29,479.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20784 | $64,933.68 | 9/11/18 | 201820381662 | 7/13/18 | $23,028.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20784 | $64,933.68 | 9/11/18 | 201820381662 | 7/13/18 | $12,426.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20785 | $69,336.00 | 9/12/18 | 201820381699 | 7/15/18 | $37,620.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20785 | $69,336.00 | 9/12/18 | 201820376633 | 7/15/18 | $31,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20786 | $110,831.76 | 9/18/18 | 201820377021 | 7/20/18 | $52,218.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20786 | $110,831.76 | 9/18/18 | 201820023576 | 7/20/18 | $37,844.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20786 | $110,831.76 | 9/18/18 | 201820378229 | 7/20/18 | $20,769.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820023679 | 7/23/18 | $132,672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820023622 | 7/23/18 | $94,732.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820378138 | 7/23/18 | $54,270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820023599 | 7/23/18 | $50,177.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820329055 | 7/23/18 | $35,131.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820379061 | 7/23/18 | $29,920.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820378326 | 7/23/18 | $28,250.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820023686 | 7/23/18 | $26,945.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820329052 | 7/23/18 | $25,028.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820378968 | 7/23/18 | $21,687.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820623264 | 7/23/18 | $17,539.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820623202 | 7/23/18 | $12,528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820378138 | 7/23/18 | $12,312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820699107 | 7/23/18 | $10,941.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820374584 | 7/23/18 | $10,202.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820023686 | 7/23/18 | $9,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820699065 | 7/23/18 | $7,747.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820374526 | 7/23/18 | $7,484.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820374066 | 7/23/18 | $5,739.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820379258 | 7/23/18 | $4,982.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820379170 | 7/23/18 | $4,010.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20787 | $604,262.87 | 9/20/18 | 201820379326 | 7/23/18 | $2,455.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | T-20788 | $59,350.52 | 9/21/18 | 201820023691 | 7/24/18 | $48,384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20788 | $59,350.52 | 9/21/18 | 201820374115 | 7/24/18 | $7,710.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20788 | $59,350.52 | 9/21/18 | 201820379394 | 7/24/18 | $3,255.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20789 | $38,035.81 | 10/2/18 | 201820374208 | 7/29/18 | $11,144.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20789 | $38,035.81 | 10/2/18 | 201820374150 | 7/29/18 | $8,000.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20789 | $38,035.81 | 10/2/18 | 201820374380 | 7/29/18 | $7,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20789 | $38,035.81 | 10/2/18 | 201820374340 | 7/29/18 | $5,337.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20789 | $38,035.81 | 10/2/18 | 201820698086 | 7/29/18 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20789 | $38,035.81 | 10/2/18 | 201820697951 | 7/29/18 | $2,620.80 |

Totals:    17 transfer(s),    $2,295,708.44

Feroza Garments Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 3

| Defendant: | Feroza Garments Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8131 | $28,835.71 | 7/18/18 | 201819344125 | 5/25/18 | $8,191.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8131 | $28,835.71 | 7/18/18 | 201819343969 | 5/25/18 | $7,647.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8131 | $28,835.71 | 7/18/18 | 201819344068 | 5/25/18 | $5,761.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8131 | $28,835.71 | 7/18/18 | 201819284287 | 5/25/18 | $5,126.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8131 | $28,835.71 | 7/18/18 | 201819283978 | 5/25/18 | $2,109.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8132 | $23,562.16 | 7/24/18 | 201819344171 | 5/28/18 | $6,655.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8132 | $23,562.16 | 7/24/18 | 201819343995 | 5/28/18 | $6,260.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8132 | $23,562.16 | 7/24/18 | 201819344093 | 5/28/18 | $4,811.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8132 | $23,562.16 | 7/24/18 | 201819284338 | 5/28/18 | $4,218.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8132 | $23,562.16 | 7/24/18 | 201819284244 | 5/28/18 | $1,615.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201818600719 | 6/1/18 | $25,455.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201818600839 | 6/1/18 | $22,313.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201819345929 | 6/1/18 | $16,151.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201818600928 | 6/1/18 | $15,073.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201819349104 | 6/1/18 | $12,350.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201818600651 | 6/1/18 | $10,591.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8133 | $103,404.22 | 7/27/18 | 201819350011 | 6/1/18 | $1,469.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201818600746 | 6/3/18 | $21,564.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201818600891 | 6/3/18 | $18,794.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819346196 | 6/3/18 | $13,167.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819349393 | 6/3/18 | $13,154.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819349265 | 6/3/18 | $12,641.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201818600975 | 6/3/18 | $12,632.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819349172 | 6/3/18 | $10,541.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201818600688 | 6/3/18 | $8,698.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819349606 | 6/3/18 | $5,752.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819349935 | 6/3/18 | $5,226.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819349794 | 6/3/18 | $4,943.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819350739 | 6/3/18 | $2,691.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819350263 | 6/3/18 | $1,186.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8134 | $131,651.17 | 7/30/18 | 201819350811 | 6/3/18 | $655.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819349349 | 6/4/18 | $16,102.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819349224 | 6/4/18 | $15,615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819349542 | 6/4/18 | $7,017.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819349891 | 6/4/18 | $6,340.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819349732 | 6/4/18 | $6,042.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819350533 | 6/4/18 | $3,347.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8135 | $55,267.24 | 7/31/18 | 201819350776 | 6/4/18 | $801.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8136 | $46,018.98 | 8/3/18 | 201819706379 | 6/9/18 | $26,879.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8136 | $46,018.98 | 8/3/18 | 201819706084 | 6/9/18 | $17,588.16 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8136 | $46,018.98 | 8/3/18 | 201819822159 | 6/9/18 | $1,551.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819580769 | 6/18/18 | $48,135.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819922191 | 6/18/18 | $30,660.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819891046 | 6/18/18 | $22,174.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819581102 | 6/18/18 | $18,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819923936 | 6/18/18 | $18,058.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819747182 | 6/18/18 | $16,011.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819371395 | 6/18/18 | $12,536.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819926106 | 6/18/18 | $12,445.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819925811 | 6/18/18 | $8,942.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819371545 | 6/18/18 | $8,856.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819371751 | 6/18/18 | $7,448.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201820012241 | 6/18/18 | $6,660.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8137 | $216,435.30 | 8/16/18 | 201819371961 | 6/18/18 | $5,583.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819580812 | 6/19/18 | $39,308.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819922354 | 6/19/18 | $25,085.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819706494 | 6/19/18 | $22,089.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819891115 | 6/19/18 | $18,100.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819581152 | 6/19/18 | $15,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819924045 | 6/19/18 | $14,907.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819706207 | 6/19/18 | $14,329.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819747276 | 6/19/18 | $13,082.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819371466 | 6/19/18 | $10,309.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819926211 | 6/19/18 | $10,295.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819925938 | 6/19/18 | $7,286.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819371598 | 6/19/18 | $7,248.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819371805 | 6/19/18 | $6,060.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201820012298 | 6/19/18 | $5,397.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819372000 | 6/19/18 | $4,580.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8138 | $214,740.65 | 8/17/18 | 201819822167 | 6/19/18 | $1,260.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201820108742 | 6/22/18 | $60,837.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819923679 | 6/22/18 | $56,947.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201820079045 | 6/22/18 | $52,466.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819851056 | 6/22/18 | $48,055.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819741698 | 6/22/18 | $47,345.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819927802 | 6/22/18 | $44,911.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819886428 | 6/22/18 | $36,814.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819805792 | 6/22/18 | $35,173.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201820012176 | 6/22/18 | $30,378.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201819925516 | 6/22/18 | $16,808.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201820012125 | 6/22/18 | $8,860.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201820012125 | 6/22/18 | $8,288.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8139 | $455,163.47 | 8/21/18 | 201820621532 | 6/22/18 | $8,276.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201820108871 | 6/24/18 | $51,841.40 |

Feroza Garments Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit B

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819923772 | 6/24/18 | $51,110.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201820079162 | 6/24/18 | $43,754.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819927930 | 6/24/18 | $41,176.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819741799 | 6/24/18 | $40,350.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819851209 | 6/24/18 | $39,222.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819805887 | 6/24/18 | $30,925.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819886506 | 6/24/18 | $30,084.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201820012231 | 6/24/18 | $25,038.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201820012160 | 6/24/18 | $14,039.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201819925660 | 6/24/18 | $13,814.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8140 | $387,982.55 | 8/22/18 | 201820621596 | 6/24/18 | $6,622.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820333979 | 6/29/18 | $6,855.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820023718 | 6/29/18 | $5,256.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820009941 | 6/29/18 | $4,713.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010660 | 6/29/18 | $1,804.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010595 | 6/29/18 | $1,696.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010734 | 6/29/18 | $961.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820334023 | 7/2/18 | $5,507.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820023731 | 7/2/18 | $4,287.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010565 | 7/2/18 | $3,870.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010684 | 7/2/18 | $1,496.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010642 | 7/2/18 | $1,383.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8141 | $38,578.81 | 8/30/18 | 201820010751 | 7/2/18 | $747.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201819850562 | 7/8/18 | $57,485.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820181474 | 7/8/18 | $52,069.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201819850687 | 7/8/18 | $46,921.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820181510 | 7/8/18 | $42,477.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820315456 | 7/8/18 | $32,761.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820315495 | 7/8/18 | $26,788.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313992 | 7/8/18 | $26,500.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820415961 | 7/8/18 | $22,260.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820314058 | 7/8/18 | $21,621.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820416001 | 7/8/18 | $18,394.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313203 | 7/8/18 | $16,850.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313235 | 7/8/18 | $13,872.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313286 | 7/8/18 | $9,337.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313368 | 7/8/18 | $7,958.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313312 | 7/8/18 | $7,643.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313383 | 7/8/18 | $6,504.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820317298 | 7/8/18 | $3,434.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820315766 | 7/8/18 | $2,808.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820318401 | 7/8/18 | $2,790.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313406 | 7/8/18 | $2,296.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820316719 | 7/8/18 | $2,281.50 |

Feroza Garments Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit B

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313527 | 7/8/18 | $2,126.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313434 | 7/8/18 | $1,886.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8142 | $428,720.00 | 9/5/18 | 201820313788 | 7/8/18 | $1,649.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8143 | $60,119.98 | 9/11/18 | 201820496464 | 7/13/18 | $17,923.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8143 | $60,119.98 | 9/11/18 | 201820496851 | 7/13/18 | $1,094.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8143 | $60,119.98 | 9/11/18 | 201820497003 | 7/13/18 | $32.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8143 | $60,119.98 | 9/11/18 | 201819850810 | 7/14/18 | $41,069.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8144 | $48,805.74 | 9/12/18 | 201819850931 | 7/15/18 | $33,509.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8144 | $48,805.74 | 9/12/18 | 201820496563 | 7/15/18 | $14,463.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8144 | $48,805.74 | 9/12/18 | 201820496945 | 7/15/18 | $832.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820010705 | 7/20/18 | $76,343.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820542904 | 7/20/18 | $72,427.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820542904 | 7/20/18 | $25,710.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820576247 | 7/20/18 | $18,886.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820576134 | 7/20/18 | $18,456.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820576192 | 7/20/18 | $13,197.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820576284 | 7/20/18 | $6,745.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820496657 | 7/20/18 | $5,577.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820756128 | 7/21/18 | $55,906.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820339066 | 7/21/18 | $39,594.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820756542 | 7/21/18 | $39,019.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8145 | $399,225.92 | 9/18/18 | 201820683038 | 7/21/18 | $27,361.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820542996 | 7/23/18 | $80,210.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820010722 | 7/23/18 | $62,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820576261 | 7/23/18 | $15,500.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820576145 | 7/23/18 | $15,032.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820576213 | 7/23/18 | $10,901.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820576303 | 7/23/18 | $5,591.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8146 | $194,370.15 | 9/20/18 | 201820496744 | 7/23/18 | $4,493.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820329742 | 7/28/18 | $62,105.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820766505 | 7/28/18 | $46,117.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820930725 | 7/29/18 | $86,039.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820318922 | 7/29/18 | $76,419.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820319447 | 7/29/18 | $62,553.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820329761 | 7/29/18 | $51,597.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820682019 | 7/29/18 | $40,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820682142 | 7/29/18 | $39,450.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820023709 | 7/29/18 | $24,119.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820902918 | 7/29/18 | $22,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820930828 | 7/29/18 | $22,524.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820766510 | 7/29/18 | $19,305.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820766510 | 7/29/18 | $18,562.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820930630 | 7/29/18 | $16,104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8147 | $599,420.44 | 10/2/18 | 201820930892 | 7/29/18 | $10,920.96 |

Feroza Garments Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | **17 transfer(s), $3,432,302.49** | | | | | | |