Defendant: **Fibre World, Inc., Dba Fibre World**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-28291 | $72,459.20 | 10/2/18 | 201820439809 | 7/14/18 | $378.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28291 | $72,459.20 | 10/2/18 | 201820439809 | 7/14/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28291 | $72,459.20 | 10/2/18 | 201820454249 | 7/26/18 | $71,812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28292 | $32,056.00 | 10/5/18 | 201820902427 | 8/2/18 | $32,056.00 |

Totals: 2 transfer(s), $104,515.20

Defendant: **Fibre World, Inc., Dba Fibre World**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-6768 | $24,167.20 | 10/2/18 | 201820649889 | 7/14/18 | $647.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-6768 | $24,167.20 | 10/2/18 | 201820650117 | 7/26/18 | $23,520.00 |

Totals:    1 transfer(s),  $24,167.20