**Defendant:** Hasbro International Trading B.V.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770436 | 6/18/18 | $24,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770391 | 6/18/18 | $19,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770290 | 6/18/18 | $19,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770549 | 6/18/18 | $18,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770351 | 6/18/18 | $17,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819701137 | 6/18/18 | $16,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770121 | 6/18/18 | $15,619.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819771781 | 6/18/18 | $15,228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770197 | 6/18/18 | $14,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770239 | 6/18/18 | $14,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819770465 | 6/18/18 | $7,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819701045 | 6/18/18 | $6,963.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819701003 | 6/18/18 | $6,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819701098 | 6/18/18 | $4,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819769812 | 6/18/18 | $2,916.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819701179 | 6/18/18 | $1,632.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16920 | $206,946.90 | 7/18/18 | 201819701215 | 6/18/18 | $1,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820031619 | 6/25/18 | $125,688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820031469 | 6/25/18 | $119,970.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820030460 | 6/25/18 | $105,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820060813 | 6/25/18 | $104,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820060873 | 6/25/18 | $104,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820030133 | 6/25/18 | $104,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820060952 | 6/25/18 | $63,338.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820031774 | 6/25/18 | $58,652.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820060952 | 6/25/18 | $44,655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201819857090 | 6/25/18 | $44,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820031774 | 6/25/18 | $35,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820061206 | 6/25/18 | $30,473.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820061206 | 6/25/18 | $25,181.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820061206 | 6/25/18 | $23,770.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201819857090 | 6/25/18 | $16,479.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201819857090 | 6/25/18 | $11,773.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201819857090 | 6/25/18 | $8,424.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201819857090 | 6/25/18 | $6,401.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16921 | $1,040,208.50 | 7/25/18 | 201820061206 | 6/25/18 | $5,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16922 | $15,360.00 | 7/30/18 | 201820027250 | 6/28/18 | $10,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16922 | $15,360.00 | 7/30/18 | 201820027362 | 6/28/18 | $4,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820061261 | 7/3/18 | $85,476.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820031850 | 7/3/18 | $60,774.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820032023 | 7/3/18 | $59,670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820032118 | 7/3/18 | $43,533.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820032188 | 7/3/18 | $34,164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820032078 | 7/3/18 | $31,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820061338 | 7/3/18 | $23,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820031948 | 7/3/18 | $17,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820031903 | 7/3/18 | $11,553.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820061309 | 7/3/18 | $9,759.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16923 | $387,300.65 | 8/2/18 | 201820061291 | 7/3/18 | $9,759.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16924 | $62,000.00 | 8/6/18 | 201820029932 | 7/5/18 | $35,984.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16924 | $62,000.00 | 8/6/18 | 201820027029 | 7/5/18 | $20,496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16924 | $62,000.00 | 8/6/18 | 201820030062 | 7/5/18 | $5,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16925 | $35,074.40 | 8/8/18 | 201820061442 | 7/9/18 | $23,914.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16925 | $35,074.40 | 8/8/18 | 201820061483 | 7/9/18 | $11,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16926 | $55,330.20 | 8/9/18 | 201820061417 | 7/10/18 | $23,770.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16926 | $55,330.20 | 8/9/18 | 201820061395 | 7/10/18 | $19,831.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16926 | $55,330.20 | 8/9/18 | 201820061365 | 7/10/18 | $11,727.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16927 | $13,571.00 | 8/10/18 | 201819692844 | 7/11/18 | $10,239.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16927 | $13,571.00 | 8/10/18 | 201819692908 | 7/11/18 | $3,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16928 | $13,073.80 | 8/13/18 | 201820355312 | 7/12/18 | $6,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16928 | $13,073.80 | 8/13/18 | 201820354841 | 7/12/18 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16928 | $13,073.80 | 8/13/18 | 201820355224 | 7/12/18 | $2,948.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16929 | $37,639.00 | 8/14/18 | 201820482603 | 7/15/18 | $13,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16929 | $37,639.00 | 8/14/18 | 201820482748 | 7/15/18 | $10,584.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16929 | $37,639.00 | 8/14/18 | 201820482830 | 7/15/18 | $7,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16929 | $37,639.00 | 8/14/18 | 201820482117 | 7/15/18 | $5,830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482646 | 7/16/18 | $13,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482411 | 7/16/18 | $11,944.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820481034 | 7/16/18 | $9,805.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482527 | 7/16/18 | $9,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820524979 | 7/16/18 | $8,064.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820480893 | 7/16/18 | $7,386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482809 | 7/16/18 | $7,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483217 | 7/16/18 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483427 | 7/16/18 | $4,410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820480309 | 7/16/18 | $3,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483245 | 7/16/18 | $3,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483258 | 7/16/18 | $3,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483337 | 7/16/18 | $3,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482899 | 7/16/18 | $3,330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483313 | 7/16/18 | $3,052.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482858 | 7/16/18 | $2,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483456 | 7/16/18 | $2,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483283 | 7/16/18 | $2,775.00 |

Hasbro International Trading B.V.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482948 | 7/16/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482475 | 7/16/18 | $2,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483367 | 7/16/18 | $2,214.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483387 | 7/16/18 | $1,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483482 | 7/16/18 | $1,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820482674 | 7/16/18 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483166 | 7/16/18 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16930 | $120,707.05 | 8/15/18 | 201820483193 | 7/16/18 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16931 | $5,636.20 | 8/22/18 | 201819928305 | 7/23/18 | $5,636.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677757 | 7/25/18 | $93,946.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820674020 | 7/25/18 | $63,512.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672924 | 7/25/18 | $60,063.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820673084 | 7/25/18 | $60,063.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680148 | 7/25/18 | $53,001.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820675792 | 7/25/18 | $51,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820675270 | 7/25/18 | $47,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820674657 | 7/25/18 | $44,655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679981 | 7/25/18 | $33,487.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680059 | 7/25/18 | $31,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680296 | 7/25/18 | $29,688.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820673359 | 7/25/18 | $23,973.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680028 | 7/25/18 | $23,391.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672545 | 7/25/18 | $22,687.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679725 | 7/25/18 | $20,688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672604 | 7/25/18 | $20,572.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672454 | 7/25/18 | $19,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680465 | 7/25/18 | $18,420.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680843 | 7/25/18 | $18,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679884 | 7/25/18 | $17,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820676995 | 7/25/18 | $16,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680163 | 7/25/18 | $10,365.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820678296 | 7/25/18 | $9,625.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820678447 | 7/25/18 | $8,970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677799 | 7/25/18 | $8,639.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672636 | 7/25/18 | $8,416.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679186 | 7/25/18 | $7,870.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672801 | 7/25/18 | $7,585.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820681410 | 7/25/18 | $7,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672727 | 7/25/18 | $7,254.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672691 | 7/25/18 | $7,254.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820676874 | 7/25/18 | $6,963.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820675853 | 7/25/18 | $6,942.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677285 | 7/25/18 | $6,930.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672879 | 7/25/18 | $6,615.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820672852 | 7/25/18 | $6,615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820676760 | 7/25/18 | $6,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680661 | 7/25/18 | $6,045.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680615 | 7/25/18 | $5,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677132 | 7/25/18 | $5,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677590 | 7/25/18 | $5,604.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820676938 | 7/25/18 | $4,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820681594 | 7/25/18 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820678154 | 7/25/18 | $4,576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679830 | 7/25/18 | $4,564.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679446 | 7/25/18 | $4,510.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680231 | 7/25/18 | $4,365.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680115 | 7/25/18 | $4,024.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820678089 | 7/25/18 | $3,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680565 | 7/25/18 | $3,515.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680456 | 7/25/18 | $3,494.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679712 | 7/25/18 | $3,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820678393 | 7/25/18 | $2,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679830 | 7/25/18 | $2,888.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680185 | 7/25/18 | $2,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680514 | 7/25/18 | $2,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680300 | 7/25/18 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679609 | 7/25/18 | $2,655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677345 | 7/25/18 | $2,301.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820678219 | 7/25/18 | $1,938.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677520 | 7/25/18 | $1,896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680028 | 7/25/18 | $1,836.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820681550 | 7/25/18 | $1,815.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677430 | 7/25/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680115 | 7/25/18 | $1,732.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677096 | 7/25/18 | $1,632.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820677686 | 7/25/18 | $1,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680300 | 7/25/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820679877 | 7/25/18 | $1,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16932 | $999,427.55 | 8/24/18 | 201820680537 | 7/25/18 | $1,155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16933 | $74,825.72 | 9/12/18 | 201821115760 | 8/13/18 | $72,093.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16933 | $74,825.72 | 9/12/18 | 201821149515 | 8/13/18 | $2,732.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16934 | $177,667.00 | 9/18/18 | 201820857703 | 8/17/18 | $40,322.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16934 | $177,667.00 | 9/18/18 | 201820858455 | 8/17/18 | $13,092.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16934 | $177,667.00 | 9/18/18 | 201821115506 | 8/19/18 | $51,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16934 | $177,667.00 | 9/18/18 | 201821115506 | 8/19/18 | $47,628.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16934 | $177,667.00 | 9/18/18 | 201821115506 | 8/19/18 | $25,384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115633 | 8/21/18 | $73,696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821112609 | 8/21/18 | $43,680.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115071 | 8/21/18 | $40,833.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114825 | 8/21/18 | $39,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145338 | 8/21/18 | $37,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114965 | 8/21/18 | $36,782.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114894 | 8/21/18 | $36,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145725 | 8/21/18 | $34,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821146413 | 8/21/18 | $33,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115271 | 8/21/18 | $27,939.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145828 | 8/21/18 | $24,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821117968 | 8/21/18 | $23,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821117921 | 8/21/18 | $23,010.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115704 | 8/21/18 | $20,882.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821112735 | 8/21/18 | $20,452.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145828 | 8/21/18 | $19,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145828 | 8/21/18 | $17,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115600 | 8/21/18 | $16,537.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114250 | 8/21/18 | $16,447.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145244 | 8/21/18 | $15,228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115183 | 8/21/18 | $14,707.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145828 | 8/21/18 | $14,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145828 | 8/21/18 | $14,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821112838 | 8/21/18 | $14,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114347 | 8/21/18 | $11,377.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821144568 | 8/21/18 | $10,833.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821146451 | 8/21/18 | $10,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821146164 | 8/21/18 | $10,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145824 | 8/21/18 | $10,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821146246 | 8/21/18 | $10,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821144568 | 8/21/18 | $9,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821144630 | 8/21/18 | $8,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114433 | 8/21/18 | $7,724.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145534 | 8/21/18 | $7,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115395 | 8/21/18 | $7,270.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145397 | 8/21/18 | $6,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114520 | 8/21/18 | $6,438.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114741 | 8/21/18 | $5,405.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821144568 | 8/21/18 | $4,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115538 | 8/21/18 | $4,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115477 | 8/21/18 | $4,116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821149670 | 8/21/18 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114065 | 8/21/18 | $3,663.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821114152 | 8/21/18 | $3,187.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821117478 | 8/21/18 | $2,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821145462 | 8/21/18 | $1,950.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821118056 | 8/21/18 | $1,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821146052 | 8/21/18 | $1,656.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16935 | $815,436.40 | 9/20/18 | 201821115326 | 8/21/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16936 | $61,441.30 | 9/25/18 | 201821112250 | 8/25/18 | $17,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16936 | $61,441.30 | 9/25/18 | 201821112398 | 8/25/18 | $14,045.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16936 | $61,441.30 | 9/25/18 | 201821146284 | 8/25/18 | $12,190.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16936 | $61,441.30 | 9/25/18 | 201821112339 | 8/25/18 | $9,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16936 | $61,441.30 | 9/25/18 | 201821112510 | 8/25/18 | $7,935.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411987 | 8/27/18 | $25,122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411491 | 8/27/18 | $14,781.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411559 | 8/27/18 | $14,158.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411175 | 8/27/18 | $11,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821409798 | 8/27/18 | $11,668.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411449 | 8/27/18 | $8,952.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411940 | 8/27/18 | $7,258.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411449 | 8/27/18 | $7,254.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411449 | 8/27/18 | $7,254.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411175 | 8/27/18 | $7,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411449 | 8/27/18 | $6,615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411449 | 8/27/18 | $6,615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-16937 | $131,429.90 | 9/26/18 | 201821411175 | 8/27/18 | $2,835.00 |

Totals:    18 transfer(s),    $4,253,075.57

| | |
|---|---|
| Defendant: | **Hasbro International Trading B.V.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3390 | $87,947.80 | 7/25/18 | 201820115618 | 6/25/18 | $87,947.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820145124 | 7/3/18 | $109,242.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033740 | 7/3/18 | $93,665.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820145201 | 7/3/18 | $86,209.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033876 | 7/3/18 | $69,871.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061533 | 7/3/18 | $66,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820034147 | 7/3/18 | $37,177.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033604 | 7/3/18 | $33,380.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061318 | 7/3/18 | $30,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820034305 | 7/3/18 | $29,829.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820115667 | 7/3/18 | $24,129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201819984196 | 7/3/18 | $22,313.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061383 | 7/3/18 | $21,875.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033528 | 7/3/18 | $21,836.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033408 | 7/3/18 | $21,723.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033493 | 7/3/18 | $21,359.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820033569 | 7/3/18 | $20,825.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201819984566 | 7/3/18 | $15,401.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061498 | 7/3/18 | $15,330.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061400 | 7/3/18 | $14,773.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820034262 | 7/3/18 | $14,630.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820034051 | 7/3/18 | $14,508.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061464 | 7/3/18 | $8,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3391 | $796,830.90 | 8/2/18 | 201820061432 | 7/3/18 | $3,052.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3392 | $33,494.60 | 8/8/18 | 201820145237 | 7/9/18 | $17,732.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3392 | $33,494.60 | 8/8/18 | 201820145260 | 7/9/18 | $15,762.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3393 | $29,994.00 | 8/9/18 | 201820061571 | 7/10/18 | $29,994.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3394 | $48,750.00 | 8/13/18 | 201820355380 | 7/12/18 | $13,625.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3394 | $48,750.00 | 8/13/18 | 201820355429 | 7/12/18 | $13,625.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3394 | $48,750.00 | 8/13/18 | 201820354949 | 7/12/18 | $10,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3394 | $48,750.00 | 8/13/18 | 201820355110 | 7/12/18 | $10,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3395 | $48,057.50 | 8/14/18 | 201820483754 | 7/15/18 | $31,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3395 | $48,057.50 | 8/14/18 | 201820483768 | 7/15/18 | $16,607.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483674 | 7/16/18 | $118,555.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483086 | 7/16/18 | $94,725.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483727 | 7/16/18 | $71,067.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483362 | 7/16/18 | $65,544.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483718 | 7/16/18 | $64,141.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483619 | 7/16/18 | $57,695.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820526022 | 7/16/18 | $40,789.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483794 | 7/16/18 | $39,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820485814 | 7/16/18 | $39,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483386 | 7/16/18 | $31,065.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483519 | 7/16/18 | $30,625.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483739 | 7/16/18 | $28,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483286 | 7/16/18 | $26,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483486 | 7/16/18 | $25,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483607 | 7/16/18 | $24,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483222 | 7/16/18 | $23,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483846 | 7/16/18 | $23,375.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483584 | 7/16/18 | $22,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483417 | 7/16/18 | $22,355.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483817 | 7/16/18 | $20,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483786 | 7/16/18 | $18,634.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820526151 | 7/16/18 | $17,955.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483443 | 7/16/18 | $17,225.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820482852 | 7/16/18 | $12,650.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820482852 | 7/16/18 | $11,025.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820482802 | 7/16/18 | $9,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483537 | 7/16/18 | $8,602.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483814 | 7/16/18 | $6,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3396 | $978,083.75 | 8/15/18 | 201820483804 | 7/16/18 | $6,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3397 | $160,500.50 | 8/24/18 | 201820680850 | 7/25/18 | $107,168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3397 | $160,500.50 | 8/24/18 | 201820680952 | 7/25/18 | $53,332.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3398 | $44,688.00 | 8/30/18 | 201820681020 | 7/30/18 | $44,688.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3399 | $83,734.70 | 9/12/18 | 201821112363 | 8/13/18 | $45,343.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3399 | $83,734.70 | 9/12/18 | 201821112410 | 8/13/18 | $24,727.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3399 | $83,734.70 | 9/12/18 | 201821117587 | 8/13/18 | $13,664.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146695 | 8/21/18 | $119,070.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146587 | 8/21/18 | $76,456.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821115997 | 8/21/18 | $51,277.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146517 | 8/21/18 | $45,225.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146131 | 8/21/18 | $34,489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146465 | 8/21/18 | $24,521.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146131 | 8/21/18 | $22,157.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821255917 | 8/21/18 | $19,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821255971 | 8/21/18 | $17,886.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3400 | $420,625.45 | 9/20/18 | 201821146653 | 8/21/18 | $10,044.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3401 | $22,356.00 | 9/26/18 | 201820542220 | 8/27/18 | $22,356.00 |

**Totals:    12 transfer(s),   $2,755,063.20**

Hasbro International Trading B.V.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                            Exhibit B                            P. 2