| | |
|---|---|
| Defendant: | **Hauck (Hong Kong) Limited** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-14181 | $217,628.92 | 9/11/18 | 201819705547 | 6/12/18 | $41,578.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14181 | $217,628.92 | 9/11/18 | 201819705547 | 6/12/18 | $38,337.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14181 | $217,628.92 | 9/11/18 | 201819705547 | 6/12/18 | $28,402.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14181 | $217,628.92 | 9/11/18 | 201819705547 | 6/12/18 | $27,337.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14181 | $217,628.92 | 9/11/18 | 201819705547 | 6/12/18 | $16,944.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14181 | $217,628.92 | 9/11/18 | 201819469827 | 6/14/18 | $65,028.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14182 | $103,916.18 | 9/24/18 | 201819851420 | 6/25/18 | $41,759.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14182 | $103,916.18 | 9/24/18 | 201819851420 | 6/25/18 | $18,612.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14182 | $103,916.18 | 9/24/18 | 201819851420 | 6/25/18 | $13,665.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14182 | $103,916.18 | 9/24/18 | 201819851420 | 6/25/18 | $12,877.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14182 | $103,916.18 | 9/24/18 | 201819851420 | 6/25/18 | $12,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14182 | $103,916.18 | 9/24/18 | 201819851420 | 6/25/18 | $4,993.20 |

**Totals:** **2 transfer(s), $321,545.10**

| Defendant: | **Hauck (Hong Kong) Limited** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6767 | $31,866.93 | 9/11/18 | 201819774508 | 6/14/18 | $31,866.93 |

**Totals:**    **1 transfer(s),  $31,866.93**