Defendant: **HKD Global Limited, Dba HKD Global Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20101 | $37,131.60 | 8/23/18 | 201820494636 | 7/24/18 | $37,131.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $11,789.96 | 9/17/18 | O/A | O/A | O/A |

Totals:   2 transfer(s),  $48,921.56

| Defendant: | **HKD Global Limited, Dba HKD Global Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1667 | $13,502.40 | 8/21/18 | 201820754846 | 7/21/18 | $13,502.40 |
| **Totals:** | 1 transfer(s), $13,502.40 | | | | | | |