| Defendant: | Innovative Technology Electronics, LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5552255000-1 | 4/9/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5526985000-1 | 4/9/18 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5499375000-1 | 4/9/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5642395000-1 | 4/10/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5648815000-1 | 4/11/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5646605000-1 | 4/11/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5860555000-1 | 4/20/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5954005000-1 | 4/25/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5992695000-1 | 4/26/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 5998905000-1 | 4/27/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6012865000-1 | 4/27/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6009285000-1 | 4/27/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6060615000-1 | 5/1/18 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6052645000-1 | 5/1/18 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6064005000-1 | 5/2/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6168645000-1 | 5/11/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6237335000-1 | 5/18/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6220675000-1 | 5/21/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6299145000-1 | 5/24/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6298465000-1 | 5/24/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6296095000-1 | 5/24/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 6316725000-1 | 5/25/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90284571 | 6/6/18 | $33,969.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90284569 | 6/6/18 | $815.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90284570 | 6/6/18 | $679.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 8361D006273457 | 6/7/18 | -$3,838.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90285766 | 6/8/18 | $1,630.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90288473 | 6/14/18 | $1,019.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90288413 | 6/14/18 | $883.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90288474 | 6/14/18 | $883.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90288286 | 6/14/18 | $407.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90288296 | 6/14/18 | $339.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90289033 | 6/15/18 | $3,261.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991482474 | 6/17/18 | -$185.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991482475 | 6/17/18 | -$304.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90290193 | 6/19/18 | $1,019.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90290192 | 6/19/18 | $611.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90290194 | 6/19/18 | $271.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90290191 | 6/19/18 | $271.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90290584 | 6/20/18 | $1,290.84 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 90290968 | 6/21/18 | $3,261.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | 8361D006323448 | 6/21/18 | -$3,870.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991483889 | 7/8/18 | -$98.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991483891 | 7/8/18 | -$105.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991483890 | 7/8/18 | -$119.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991484606 | 7/22/18 | -$157.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992911 | $42,592.06 | 8/15/18 | VPOT991484607 | 7/22/18 | -$182.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6427865000-1 | 6/4/18 | $22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6411315000-1 | 6/4/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6451245000-1 | 6/5/18 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6472775000-1 | 6/7/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6472225000-1 | 6/7/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6477615000-1 | 6/8/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6479515000-1 | 6/8/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 6484305000-1 | 6/8/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 90293054 | 6/28/18 | $12,432.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 90293056 | 6/28/18 | $4,619.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 90293055 | 6/28/18 | $3,804.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 90293147 | 6/28/18 | $2,581.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 90292966 | 6/28/18 | $1,290.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997113 | $21,981.28 | 8/22/18 | 8361D006371766 | 8/3/18 | -$2,905.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000466 | $123.50 | 8/31/18 | 6512925000-1 | 6/11/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000466 | $123.50 | 8/31/18 | 6541235000-1 | 6/12/18 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000466 | $123.50 | 8/31/18 | 6537135000-1 | 6/12/18 | $21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000466 | $123.50 | 8/31/18 | 6541505000-1 | 6/12/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000466 | $123.50 | 8/31/18 | 6561445000-1 | 6/14/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 6595305000-1 | 6/18/18 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 6602555000-1 | 6/18/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 6618185000-1 | 6/19/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90293148 | 6/28/18 | $9,919.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90296994 | 7/11/18 | $1,494.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90296993 | 7/11/18 | $1,222.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90297290 | 7/12/18 | $8,084.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90297125 | 7/12/18 | $1,766.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90297287 | 7/12/18 | $611.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90297289 | 7/12/18 | $407.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003954 | $23,874.58 | 9/7/18 | 90297288 | 7/12/18 | $271.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007410 | $80,170.26 | 9/14/18 | 6643565000-1 | 6/28/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007410 | $80,170.26 | 9/14/18 | 90297293 | 7/12/18 | $14,199.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007410 | $80,170.26 | 9/14/18 | 90297292 | 7/12/18 | $9,647.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007410 | $80,170.26 | 9/14/18 | 90297291 | 7/12/18 | $3,668.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007410 | $80,170.26 | 9/14/18 | 90298413 | 7/16/18 | $54,351.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007410 | $80,170.26 | 9/14/18 | VPOT991487201 | 8/26/18 | -$1,751.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 6785825000-1 | 7/6/18 | $100.00 |

Innovative Technology Electronics, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020         Exhibit A         P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 6813015000-1 | 7/6/18 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 6795705000-1 | 7/6/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 6814265000-1 | 7/6/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 6796355000-1 | 7/6/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 90297294 | 7/12/18 | $3,396.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 90302006 | 7/25/18 | $1,426.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 90301915 | 7/25/18 | $339.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 90302457 | 7/26/18 | $611.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 90302416 | 7/26/18 | $475.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011570 | $7,775.26 | 9/21/18 | 90303816 | 7/30/18 | $1,222.90 |

Totals:     6 transfer(s),  $176,516.94

**Defendant:** Innovative Technology Electronics, LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005865AA | 5/14/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005632AA | 5/14/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005794AA | 5/14/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005240AA | 5/14/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005633AA | 5/14/18 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005503AA | 5/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00005988AA | 5/15/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 0000276125 | 5/16/18 | $7,004.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00006306AA | 5/16/18 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00006227AA | 5/16/18 | $21.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00007587AA | 6/12/18 | $32.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00007588AA | 6/12/18 | $26.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00007408AA | 6/12/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00007907AA | 6/13/18 | $21.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00007869AA | 6/13/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00008934AA | 6/15/18 | $135.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00008933AA | 6/15/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00008708AA | 6/15/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 00008656AA | 6/15/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 0000509135 | 7/10/18 | -$1,393.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92191 | $6,545.17 | 7/20/18 | 0000909000 | 7/13/18 | $122.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00006653AA | 5/17/18 | $107.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00006837AA | 5/17/18 | $15.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00007157AA | 5/18/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00007212AA | 5/18/18 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00007211AA | 5/18/18 | $28.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00007292AA | 5/18/18 | $15.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00009335AA | 6/18/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00009439AA | 6/18/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00009481AA | 6/18/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00009482AA | 6/18/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00009979AA | 6/18/18 | $38.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93039 | $527.44 | 7/23/18 | 00009980AA | 6/18/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94798 | $23.64 | 7/25/18 | 00007497AA | 5/21/18 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94798 | $23.64 | 7/25/18 | 00000645AA | 6/20/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95642 | $96.00 | 7/26/18 | 00008293AA | 5/22/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95642 | $96.00 | 7/26/18 | 00008294AA | 5/22/18 | $41.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96290 | $162.00 | 7/27/18 | 00008716AA | 5/23/18 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96290 | $162.00 | 7/27/18 | 00008607AA | 5/23/18 | $55.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96290 | $162.00 | 7/27/18 | 00008686AA | 5/23/18 | $15.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00009485AA | 5/25/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00009486AA | 5/25/18 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00009541AA | 5/25/18 | $42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00009382AA | 5/25/18 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00009514AA | 5/25/18 | $12.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001541AA | 6/25/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001578AA | 6/25/18 | $46.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001808AA | 6/25/18 | $40.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001807AA | 6/25/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001809AA | 6/25/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001811AA | 6/25/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97095 | $459.81 | 7/30/18 | 00001810AA | 6/25/18 | $19.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00002164AA | 6/26/18 | $43.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00002309AA | 6/26/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003057AA | 6/28/18 | $135.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00002753AA | 6/28/18 | $19.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00002808AA | 6/28/18 | $14.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003227AA | 6/29/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003212AA | 6/29/18 | $14.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003210AA | 6/29/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003211AA | 6/29/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 0000294020 | 7/2/18 | $1,970.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 0000294019 | 7/2/18 | $1,290.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00004133AA | 7/2/18 | $135.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003901AA | 7/2/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003902AA | 7/2/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003986AA | 7/2/18 | $21.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00004376AA | 7/2/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 00003987AA | 7/2/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01021 | $1,673.36 | 8/6/18 | 0000441271 | 7/26/18 | -$2,176.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01975 | $9,594.85 | 8/7/18 | 0000294560 | 7/3/18 | $6,386.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01975 | $9,594.85 | 8/7/18 | 0000294466 | 7/3/18 | $3,125.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01975 | $9,594.85 | 8/7/18 | 00004527AA | 7/3/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01975 | $9,594.85 | 8/7/18 | 00004365AA | 7/3/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01975 | $9,594.85 | 8/7/18 | 00004467AA | 7/3/18 | $27.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03433 | $128.52 | 8/9/18 | 00004665AA | 7/5/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03433 | $128.52 | 8/9/18 | 00004664AA | 7/5/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03433 | $128.52 | 8/9/18 | 00004934AA | 7/5/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03433 | $128.52 | 8/9/18 | 00004933AA | 7/5/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04066 | $89.24 | 8/10/18 | 00005201AA | 7/6/18 | $89.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00005788AA | 7/9/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00006151AA | 7/9/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00006150AA | 7/9/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00005787AA | 7/9/18 | $31.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00005790AA | 7/9/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00006098AA | 7/9/18 | $26.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04872 | $244.44 | 8/13/18 | 00005789AA | 7/9/18 | $23.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00006388AA | 7/10/18 | $135.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00006341AA | 7/10/18 | $38.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00006410AA | 7/10/18 | $14.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00006340AA | 7/10/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00006745AA | 7/11/18 | $135.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00007233AA | 7/12/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00007017AA | 7/12/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00007263AA | 7/12/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00007018AA | 7/12/18 | $21.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00007087AA | 7/12/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 00007044AA | 7/12/18 | $15.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07409 | $35.90 | 8/16/18 | 0000609165 | 8/7/18 | -$507.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08063 | $28.13 | 8/17/18 | 00007544AA | 7/13/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00007868AA | 7/16/18 | $67.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00008007AA | 7/16/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00007869AA | 7/16/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00008010AA | 7/16/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00008008AA | 7/16/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00007870AA | 7/16/18 | $27.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00008009AA | 7/16/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00007867AA | 7/16/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00008216AA | 7/16/18 | $19.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08884 | $342.40 | 8/20/18 | 00007871AA | 7/16/18 | $17.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09867 | $309.43 | 8/21/18 | 00008723AA | 7/17/18 | $108.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09867 | $309.43 | 8/21/18 | 00008797AA | 7/17/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09867 | $309.43 | 8/21/18 | 00008798AA | 7/17/18 | $53.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09867 | $309.43 | 8/21/18 | 00008869AA | 7/17/18 | $50.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09867 | $309.43 | 8/21/18 | 00008868AA | 7/17/18 | $43.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10625 | $224.55 | 8/22/18 | 00009438AA | 7/18/18 | $81.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10625 | $224.55 | 8/22/18 | 00009244AA | 7/18/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10625 | $224.55 | 8/22/18 | 00009437AA | 7/18/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10625 | $224.55 | 8/22/18 | 00009243AA | 7/18/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10625 | $224.55 | 8/22/18 | 00009203AA | 7/18/18 | $26.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10625 | $224.55 | 8/22/18 | 00009306AA | 7/18/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11382 | $81.96 | 8/23/18 | 00009803AA | 7/19/18 | $61.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11382 | $81.96 | 8/23/18 | 00009802AA | 7/19/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 0000300947 | 7/23/18 | $30,164.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 0000301088 | 7/23/18 | $3,940.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 0000301087 | 7/23/18 | $3,464.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 0000301110 | 7/23/18 | $2,309.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 00000696AA | 7/23/18 | $53.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 00000768AA | 7/23/18 | $38.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 00000504AA | 7/23/18 | $32.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12911 | $40,026.06 | 8/27/18 | 00000769AA | 7/23/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14680 | $107.67 | 8/29/18 | 00002039AA | 7/25/18 | $40.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14680 | $107.67 | 8/29/18 | 00001528AA | 7/25/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14680 | $107.67 | 8/29/18 | 00001985AA | 7/25/18 | $21.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14680 | $107.67 | 8/29/18 | 00001984AA | 7/25/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16081 | $106.21 | 8/31/18 | 00002709AA | 7/27/18 | $45.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16081 | $106.21 | 8/31/18 | 00002707AA | 7/27/18 | $28.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16081 | $106.21 | 8/31/18 | 00002708AA | 7/27/18 | $20.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16081 | $106.21 | 8/31/18 | 00002841AA | 7/27/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003301AA | 7/30/18 | $89.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003197AA | 7/30/18 | $40.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003302AA | 7/30/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003669AA | 7/30/18 | $33.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003599AA | 7/30/18 | $32.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003049AA | 7/30/18 | $26.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003491AA | 7/30/18 | $14.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003492AA | 7/30/18 | $14.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00003600AA | 7/30/18 | $11.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16897 | $337.56 | 9/4/18 | 00004047AA | 7/31/18 | $39.77 |

Totals:    21 transfer(s),  $61,144.34