| | |
|---|---|
| Defendant: | Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC |
| Bankruptcy Case: | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 60626 | 6/30/18 | $934.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 60626 | 6/30/18 | $881.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $8,286.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $6,538.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $6,413.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $6,116.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $5,516.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $5,427.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $5,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $5,019.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,987.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,851.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,811.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,744.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,612.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,524.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,511.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,502.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,475.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,363.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,190.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,150.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,139.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,131.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,129.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,102.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,080.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,069.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $4,046.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,894.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,831.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,815.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,809.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,787.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,763.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,744.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,736.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,729.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,729.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,670.71 |

Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,656.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,625.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,611.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,540.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,539.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,522.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,503.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,441.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,425.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,415.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,407.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,212.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,191.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,169.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,044.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,008.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $3,004.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,988.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,978.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,976.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,924.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,918.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,902.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,902.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,902.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,827.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,793.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,780.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,750.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,694.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,678.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,678.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,672.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,638.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,630.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,615.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,586.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,571.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,563.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,554.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,552.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,517.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,499.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,494.05 |

Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,470.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,437.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,193.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,176.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,145.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,135.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,128.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $2,121.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,984.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,966.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,928.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,888.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,602.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,600.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,342.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $1,199.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102650 | 7/1/18 | $1,063.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $950.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102650 | 7/1/18 | $917.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102650 | 7/1/18 | $917.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102650 | 7/1/18 | $917.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102650 | 7/1/18 | $763.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $597.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $572.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $544.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $459.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102648 | 7/1/18 | $452.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $341.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $293.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $272.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $234.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $177.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102649 | 7/1/18 | $126.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102651 | 7/1/18 | -$87.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102651 | 7/1/18 | -$200.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102651 | 7/1/18 | -$441.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102651 | 7/1/18 | -$989.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988842 | $343,840.95 | 7/26/18 | 102651 | 7/1/18 | -$1,768.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996591 | $1,903.50 | 8/9/18 | 60855 | 6/30/18 | $951.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996591 | $1,903.50 | 8/9/18 | 60855 | 6/30/18 | $951.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 60626CR | 6/30/18 | -$881.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 60626CR | 6/30/18 | -$934.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 60855CR | 6/30/18 | -$951.75 |

Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 60855CR | 6/30/18 | -$951.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $4,896.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $4,311.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $3,344.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,990.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,893.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,893.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,777.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,379.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,311.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,272.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,174.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,095.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,094.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,048.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $2,048.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,990.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,984.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,940.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,936.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,809.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,770.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,770.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,666.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102655 | 7/31/18 | $1,541.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $972.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $960.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $950.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $900.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656CR | 7/31/18 | $805.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $795.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $760.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $759.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $755.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $742.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $733.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $720.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $714.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $708.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $685.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $679.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $659.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $651.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $648.17 |

Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $638.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $631.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $623.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $619.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $610.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $593.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $553.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $491.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102656 | 7/31/18 | $436.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102657 | 8/1/18 | -$598.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102657 | 8/1/18 | -$815.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102657 | 8/1/18 | -$842.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004626 | $70,026.91 | 8/27/18 | 102657 | 8/1/18 | -$1,744.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $8,562.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $6,569.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $6,296.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $5,604.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $5,587.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $5,211.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $5,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $5,108.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,953.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,937.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,884.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,724.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,657.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,583.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,582.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,433.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,272.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,262.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,256.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,251.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,231.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,216.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,202.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,189.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,165.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $4,009.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,928.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,902.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,899.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,899.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,874.66 |

Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,839.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,803.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,795.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,779.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,732.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,721.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,699.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,644.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,626.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,607.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,603.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,542.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,515.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,486.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,461.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,307.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,285.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,269.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,262.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,134.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,093.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,066.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,063.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,056.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $3,041.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,976.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,970.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,954.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,954.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,954.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,877.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,862.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,842.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,799.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,759.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,726.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,726.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,719.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,684.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,677.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,662.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,662.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,616.76 |

Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,609.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,599.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,598.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,562.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,543.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,543.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,538.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,480.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,257.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,229.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,222.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,184.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,183.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,173.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,166.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,020.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $2,001.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $1,985.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $1,944.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $1,649.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $1,628.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $1,382.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $1,239.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102653 | 8/1/18 | $1,105.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $967.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102653 | 8/1/18 | $960.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102653 | 8/1/18 | $952.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102653 | 8/1/18 | $952.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102653 | 8/1/18 | $654.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $597.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $544.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $459.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005336 | $345,480.51 | 8/28/18 | 102652 | 8/1/18 | $452.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $333,873.05 | 9/27/18 | 102659 | 8/31/18 | $329,480.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $333,873.05 | 9/27/18 | 102660 | 8/31/18 | $4,347.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $333,873.05 | 9/27/18 | 102662 | 8/31/18 | $1,423.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $333,873.05 | 9/27/18 | 102661 | 8/31/18 | $772.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $333,873.05 | 9/27/18 | 102658 | 8/31/18 | -$2,149.90 |

Totals:   5 transfer(s),   $1,095,124.92