| Defendant: | Jiangsu Soho Garments Co. Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22784 | $32,370.11 | 8/21/18 | 201820081415 | 7/6/18 | $13,731.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22784 | $32,370.11 | 8/21/18 | 201820081415 | 7/6/18 | $10,416.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22784 | $32,370.11 | 8/21/18 | 201820081415 | 7/6/18 | $8,221.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22785 | $27,860.54 | 9/4/18 | 201820080893 | 7/19/18 | $11,793.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22785 | $27,860.54 | 9/4/18 | 201820080893 | 7/19/18 | $8,425.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22785 | $27,860.54 | 9/4/18 | 201820080893 | 7/19/18 | $7,641.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820531309 | 8/10/18 | $19,846.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820531309 | 8/10/18 | $18,793.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820531309 | 8/10/18 | $15,985.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820531309 | 8/10/18 | $14,801.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820531309 | 8/10/18 | $13,582.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820531309 | 8/10/18 | $12,324.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820530302 | 8/10/18 | $10,395.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820530302 | 8/10/18 | $10,015.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820770503 | 8/10/18 | $9,523.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820770503 | 8/10/18 | $9,355.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820529031 | 8/10/18 | $6,933.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820770503 | 8/10/18 | $6,441.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820770503 | 8/10/18 | $6,379.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820770503 | 8/10/18 | $4,615.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820529031 | 8/10/18 | $2,676.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820529031 | 8/10/18 | $2,598.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22786 | $166,866.11 | 10/2/18 | 201820529031 | 8/10/18 | $2,598.42 |

Totals:    3 transfer(s),  $227,096.76

Defendant: **Jiangsu Soho Garments Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10319 | $47,340.71 | 8/20/18 | 201820141561 | 7/5/18 | $17,667.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10319 | $47,340.71 | 8/20/18 | 201820141561 | 7/5/18 | $15,873.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10319 | $47,340.71 | 8/20/18 | 201820141561 | 7/5/18 | $10,478.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10319 | $47,340.71 | 8/20/18 | 201820141561 | 7/5/18 | $3,322.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $21,567.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $20,071.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $18,983.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $18,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $15,342.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $13,161.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $12,865.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $12,865.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $9,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10320 | $144,220.50 | 8/27/18 | 201820250281 | 7/12/18 | $1,643.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10321 | $33,947.98 | 9/7/18 | 201820141878 | 7/5/18 | $19,992.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10321 | $33,947.98 | 9/7/18 | 201820141878 | 7/5/18 | $13,955.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10322 | $5,013.62 | 9/24/18 | 201820529688 | 8/9/18 | $2,808.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10322 | $5,013.62 | 9/24/18 | 201820529379 | 8/9/18 | $2,205.62 |

Totals:    4 transfer(s),  $230,522.81