| Defendant: | Just Play (HK) Ltd. |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $1,176,736.16 | 8/10/18 | O/A | O/A | O/A |
| **Totals:** | 1 transfer(s), $1,176,736.16 | | | | | | |

| Defendant: | Just Play (HK) Ltd. |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $1,512,772.29 | 8/9/18 | O/A | O/A | O/A |
| **Totals:** | 1 transfer(s),  $1,512,772.29 | | | | | | |