**Defendant:** Korpack Inc.

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986018 | $51,850.32 | 7/20/18 | 29237 | 6/5/18 | $17,300.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986018 | $51,850.32 | 7/20/18 | 29322 | 6/13/18 | $2,013.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986018 | $51,850.32 | 7/20/18 | 29320 | 6/13/18 | $1,727.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986018 | $51,850.32 | 7/20/18 | 29283 | 6/14/18 | $12,289.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986018 | $51,850.32 | 7/20/18 | 29308 | 6/15/18 | $18,519.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989443 | $43,341.91 | 7/27/18 | 29119 | 6/1/18 | $5,703.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989443 | $43,341.91 | 7/27/18 | 29321 | 6/13/18 | $3,454.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989443 | $43,341.91 | 7/27/18 | 29564 | 6/21/18 | $10,527.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989443 | $43,341.91 | 7/27/18 | 29487 | 6/22/18 | $13,533.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989443 | $43,341.91 | 7/27/18 | 29494 | 6/22/18 | $8,570.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989443 | $43,341.91 | 7/27/18 | 29495 | 6/22/18 | $1,552.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993020 | $9,106.65 | 8/3/18 | 29761 | 6/29/18 | $9,106.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | 30108 | 7/3/18 | $11,524.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | 29801 | 7/3/18 | $9,251.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | 30109 | 7/5/18 | $11,490.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | 30267 | 7/9/18 | $11,497.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | VPOT991485433 | 8/5/18 | -$105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | VPASN993118740 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997207 | $43,358.86 | 8/10/18 | VPASN993118741 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000563 | $23,827.91 | 8/17/18 | 29933 | 7/10/18 | $13,590.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000563 | $23,827.91 | 8/17/18 | 30340 | 7/13/18 | $10,237.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004041 | $13,450.58 | 8/24/18 | 30341 | 7/19/18 | $11,524.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004041 | $13,450.58 | 8/24/18 | 29323 | 7/29/18 | $2,013.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004041 | $13,450.58 | 8/24/18 | VPOT991486545 | 8/19/18 | -$88.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 25908 | 3/15/18 | $3,846.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 28695 | 5/30/18 | $6,585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 28695 | 5/30/18 | $6,453.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 28695 | 5/30/18 | -$6,585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 29132 | 6/1/18 | $1,727.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 30144 | 7/16/18 | $15,572.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 30547 | 7/25/18 | $9,294.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 30499 | 7/26/18 | $11,860.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 31115 | 7/26/18 | $10,330.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 31088 | 7/26/18 | $9,150.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 31115 | 7/26/18 | $1,645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 30564 | 7/30/18 | $9,525.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 30667 | 7/31/18 | $11,505.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | 30666 | 7/31/18 | $9,005.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | VPOT991487284 | 8/26/18 | -$0.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007518 | $99,767.06 | 8/31/18 | VPASN993119771 | 8/26/18 | -$150.00 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30697 | 7/26/18 | $12,321.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30780 | 8/1/18 | $18,513.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30967 | 8/1/18 | $12,574.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 31099 | 8/1/18 | $10,486.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30781 | 8/2/18 | $9,366.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30927 | 8/3/18 | $8,673.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30966 | 8/6/18 | $9,150.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | 30887 | 8/24/18 | $10,386.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011653 | $91,322.56 | 9/7/18 | VPASN993120123 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012936 | $13,781.74 | 9/11/18 | 30951 | 8/6/18 | $9,603.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012936 | $13,781.74 | 9/11/18 | 31123 | 8/6/18 | $4,178.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013818 | $31,618.72 | 9/12/18 | 31069 | 8/8/18 | $11,330.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013818 | $31,618.72 | 9/12/18 | 30947 | 8/8/18 | $9,164.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013818 | $31,618.72 | 9/12/18 | 30963 | 8/9/18 | $11,123.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014451 | $9,643.20 | 9/13/18 | 30955 | 8/9/18 | $9,643.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 28562 | 5/22/18 | $3,454.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 31105 | 8/1/18 | $11,172.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 30644 | 8/1/18 | $5,468.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 31106 | 8/1/18 | $3,454.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 30896 | 8/6/18 | $16,562.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 30886 | 8/8/18 | $15,101.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 30920 | 8/8/18 | $14,501.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 31002 | 8/10/18 | $10,245.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 31031 | 8/13/18 | $15,005.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016342 | $103,855.54 | 9/18/18 | 31162 | 8/14/18 | $8,889.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017243 | $17,929.20 | 9/19/18 | 31070 | 8/14/18 | $17,929.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017899 | $3,454.50 | 9/20/18 | 31113 | 8/1/18 | $3,454.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019095 | $11,524.80 | 9/24/18 | 31547 | 8/18/18 | $11,524.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019814 | $11,918.02 | 9/25/18 | 31317 | 8/22/18 | $11,918.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020739 | $3,454.50 | 9/26/18 | 31112 | 8/1/18 | $3,454.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021366 | $11,113.20 | 9/27/18 | 31562 | 8/23/18 | $11,113.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021975 | $26,558.39 | 9/28/18 | 31673 | 8/24/18 | $16,282.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021975 | $26,558.39 | 9/28/18 | 31497 | 8/24/18 | $10,276.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023447 | $2,526.20 | 10/2/18 | 32434 | 9/25/18 | $2,526.20 |

Totals:    20 transfer(s),  $623,403.86

Defendant: **Korpack Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000026122 | 3/15/18 | $2,013.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01089 | $22,024.90 | 8/13/18 | 0000026554 | 3/27/18 | $5,257.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01089 | $22,024.90 | 8/13/18 | 0000026557 | 3/27/18 | $3,763.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01089 | $22,024.90 | 8/13/18 | 0000026555 | 3/27/18 | $3,763.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029470 | 6/21/18 | $11,906.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029515 | 6/22/18 | $10,167.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029771 | 6/26/18 | $10,574.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029785 | 6/26/18 | $8,673.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029783 | 6/27/18 | $9,760.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99617 | $13,469.41 | 8/13/18 | 0000029423 | 6/28/18 | $2,989.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96320 | $2,989.00 | 8/13/18 | 0000029424 | 6/28/18 | $2,989.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97163 | $1,494.50 | 8/13/18 | 0000029425 | 6/28/18 | $1,494.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98838 | $20,188.00 | 8/13/18 | 0000030118 | 7/1/18 | $20,188.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99617 | $13,469.41 | 8/13/18 | 0000029753 | 7/3/18 | $6,751.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99617 | $13,469.41 | 8/13/18 | 0000029751 | 7/3/18 | $3,729.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029752 | 7/3/18 | $1,729.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00254 | $63,642.77 | 8/13/18 | 0000029807 | 7/4/18 | $8,817.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01089 | $22,024.90 | 8/13/18 | 0000029931 | 7/6/18 | $9,241.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000748615 | 3/27/18 | -$61.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000748616 | 3/27/18 | -$61.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000748617 | 3/27/18 | -$3,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000744805 | 5/17/18 | -$1,731.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000744635 | 5/17/18 | -$7,900.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000748381 | 6/21/18 | -$23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000748382 | 6/26/18 | -$177.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000747449 | 6/28/18 | -$1,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000748124 | 6/28/18 | -$1,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000030339 | 7/13/18 | $12,286.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04940 | $4,557.61 | 8/20/18 | 0000030338 | 7/13/18 | $8,326.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10674 | $3,825.92 | 8/27/18 | 0000029704 | 7/2/18 | $3,825.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12033 | $8,756.79 | 8/29/18 | 0000029814 | 7/5/18 | $8,756.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15505 | $2,006.55 | 9/4/18 | 0000030707 | 7/31/18 | $2,006.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16098 | $16,318.57 | 9/5/18 | 0000030704 | 8/2/18 | $16,318.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17995 | $48,080.56 | 9/10/18 | 0000030172 | 7/16/18 | $15,559.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17995 | $48,080.56 | 9/10/18 | 0000430338 | 7/19/18 | $9,366.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17995 | $48,080.56 | 9/10/18 | 0000030548 | 7/25/18 | $10,533.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17995 | $48,080.56 | 9/10/18 | 0000031062 | 8/6/18 | $12,620.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000750849 | 7/2/18 | -$2,074.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000751415 | 7/5/18 | -$8,103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000753058 | 7/16/18 | -$25.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000753060 | 7/19/18 | -$8,496.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000753059 | 7/25/18 | -$20.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000030708 | 7/31/18 | $10,106.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000753134 | 7/31/18 | -$20.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19240 | $1,391.94 | 9/12/18 | 0000030776 | 8/2/18 | $10,025.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20851 | $22,533.63 | 9/17/18 | 0000029769 | 6/29/18 | $11,837.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19944 | $76,662.60 | 9/17/18 | 0000030423 | 7/24/18 | $14,997.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20851 | $22,533.63 | 9/17/18 | 0000030968 | 8/6/18 | $10,696.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21550 | $19,501.26 | 9/17/18 | 0000030885 | 8/6/18 | $10,391.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19944 | $76,662.60 | 9/17/18 | 0000031116 | 8/9/18 | $31,035.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19944 | $76,662.60 | 9/17/18 | 0000031013 | 8/9/18 | $11,515.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19944 | $76,662.60 | 9/17/18 | 0000030957 | 8/9/18 | $9,760.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19944 | $76,662.60 | 9/17/18 | 0000031014 | 8/10/18 | $9,354.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21550 | $19,501.26 | 9/17/18 | 0000031097 | 8/13/18 | $9,110.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000753539 | 6/29/18 | -$35.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000753501 | 7/24/18 | -$82.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000030895 | 7/31/18 | $30,697.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000753326 | 8/2/18 | -$269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000753878 | 8/6/18 | -$20.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000753538 | 8/6/18 | -$954.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000031104 | 8/14/18 | $10,431.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22291 | $48,294.28 | 9/18/18 | 0000031149 | 8/14/18 | $8,528.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22895 | $20,606.21 | 9/19/18 | 0000031150 | 8/15/18 | $20,606.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24490 | $19,670.31 | 9/24/18 | 0000031001 | 8/9/18 | $19,670.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25206 | $9,121.10 | 9/24/18 | 0000031000 | 8/11/18 | $9,121.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25945 | $15,012.72 | 9/25/18 | 0000030777 | 8/3/18 | $15,012.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28100 | $5,662.85 | 10/1/18 | 0000029704 | 7/2/18 | $5,662.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27219 | $13,187.27 | 10/1/18 | 0000031445 | 8/24/18 | $13,187.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000755177 | 7/2/18 | -$1,830.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000029814 | 7/5/18 | $12,507.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000754039 | 7/31/18 | -$35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000754678 | 8/3/18 | -$323.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000754200 | 8/9/18 | -$14.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000754569 | 8/11/18 | -$457.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29457 | $11,861.24 | 10/2/18 | 0000031732 | 8/28/18 | $2,013.90 |

Totals:     24 transfer(s),  $470,859.99