| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Plastic Products Hardware Co., Ltd., Dba Dongguan City Strong Excitation** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $30,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $18,524.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $14,301.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $11,717.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $11,225.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $11,212.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $9,586.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $9,251.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $8,692.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28279 | $129,714.23 | 7/18/18 | 201819825321 | 7/3/18 | $4,899.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201819833636 | 7/9/18 | $59,935.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201819833636 | 7/9/18 | $48,695.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201819833636 | 7/9/18 | $38,736.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201819833636 | 7/9/18 | $34,661.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201819833636 | 7/9/18 | $21,199.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201819833636 | 7/9/18 | $9,040.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201820480329 | 7/10/18 | $15,474.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28280 | $240,799.55 | 7/27/18 | 201820480329 | 7/10/18 | $13,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28281 | $157,517.04 | 9/11/18 | 201820520453 | 8/19/18 | $32,826.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28281 | $157,517.04 | 9/11/18 | 201820521520 | 8/21/18 | $69,379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28281 | $157,517.04 | 9/11/18 | 201820521520 | 8/21/18 | $33,436.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28281 | $157,517.04 | 9/11/18 | 201820521520 | 8/21/18 | $21,874.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28282 | $33,083.60 | 9/18/18 | 201821515226 | 8/27/18 | $21,424.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28282 | $33,083.60 | 9/18/18 | 201821515226 | 8/27/18 | $11,659.56 |

Totals:    4 transfer(s),  $561,114.42

Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Plastic Products Hardware Co., Ltd., Dba Dongguan City Strong Excitation** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6557 | $2,604.30 | 7/27/18 | 201819837639 | 7/10/18 | $2,604.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6558 | $46,038.18 | 8/3/18 | 201819837705 | 7/16/18 | $46,038.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6559 | $39,657.98 | 9/18/18 | 201820523095 | 8/26/18 | $15,547.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6559 | $39,657.98 | 9/18/18 | 201820559837 | 8/27/18 | $12,055.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6559 | $39,657.98 | 9/18/18 | 201820559837 | 8/27/18 | $12,055.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6560 | $15,547.54 | 10/2/18 | 201820523273 | 9/3/18 | $15,547.54 |

Totals:    4 transfer(s),  $103,848.00