Defendant: **Sport Squad Inc., Dba Joola North America LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $19,735.06 | 7/26/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $23,661.68 | 8/13/18 | O/A | O/A | O/A |
| Totals: | 2 transfer(s), $43,396.74 | | | | | | |

Defendant: **Sport Squad Inc., Dba Joola North America LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---:|---|---|---|---:|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $45,697.31 | 7/26/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $58,844.00 | 7/31/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $540,817.34 | 8/10/18 | O/A | O/A | O/A |

Totals:    3 transfer(s),  $645,358.65

Sport Squad Inc., Dba Joola North America LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                        Exhibit B                                        P. 1