**Defendant:** Long Charm Trading Limited
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819615158 | 6/12/18 | $13,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819615158 | 6/12/18 | $11,034.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819616985 | 6/12/18 | $10,762.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819366419 | 6/12/18 | $9,497.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819616985 | 6/12/18 | $9,065.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819616985 | 6/12/18 | $6,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819615158 | 6/12/18 | $6,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819615158 | 6/12/18 | $5,055.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819616985 | 6/12/18 | $5,004.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28013 | $79,034.60 | 7/24/18 | 201819366419 | 6/12/18 | $2,259.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28014 | $7,086.96 | 7/26/18 | 201819705961 | 6/14/18 | $7,086.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28015 | $10,049.04 | 7/27/18 | 201819705792 | 6/16/18 | $10,049.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28017 | $18,852.68 | 8/10/18 | 201819885524 | 6/29/18 | $7,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28017 | $18,852.68 | 8/10/18 | 201819885524 | 6/29/18 | $6,580.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28017 | $18,852.68 | 8/10/18 | 201819885524 | 6/29/18 | $4,712.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28018 | $23,195.08 | 8/16/18 | 201819885288 | 7/3/18 | $10,837.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28018 | $23,195.08 | 8/16/18 | 201819885288 | 7/3/18 | $6,627.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28018 | $23,195.08 | 8/16/18 | 201819885288 | 7/3/18 | $5,730.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28019 | $6,674.57 | 8/17/18 | 201819929021 | 7/4/18 | $3,393.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28019 | $6,674.57 | 8/17/18 | 201819929021 | 7/4/18 | $3,281.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28020 | $17,754.91 | 8/30/18 | 201820438756 | 7/16/18 | $9,155.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28020 | $17,754.91 | 8/30/18 | 201820438756 | 7/16/18 | $8,599.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28021 | $5,846.40 | 9/4/18 | 201820310720 | 7/19/18 | $5,846.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28022 | $23,648.69 | 9/6/18 | 201820439024 | 7/24/18 | $9,471.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28022 | $23,648.69 | 9/6/18 | 201820436746 | 7/24/18 | $8,653.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28022 | $23,648.69 | 9/6/18 | 201820310774 | 7/24/18 | $5,524.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28023 | $23,131.01 | 9/10/18 | 201820703437 | 7/26/18 | $12,173.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28023 | $23,131.01 | 9/10/18 | 201820703437 | 7/26/18 | $10,957.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28024 | $18,136.51 | 9/11/18 | 201820703314 | 7/28/18 | $9,663.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28024 | $18,136.51 | 9/11/18 | 201820703314 | 7/28/18 | $8,473.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28025 | $4,549.75 | 10/2/18 | 201820845834 | 8/13/18 | $2,375.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28025 | $4,549.75 | 10/2/18 | 201820845834 | 8/13/18 | $2,174.65 |

**Totals:** 12 transfer(s), $237,960.20

Defendant: **Long Charm Trading Limited**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6608 | $6,351.82 | 7/23/18 | 201819372398 | 6/11/18 | $6,351.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6609 | $111,392.19 | 7/27/18 | 201819706292 | 6/16/18 | $24,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6609 | $111,392.19 | 7/27/18 | 201819706292 | 6/16/18 | $24,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6609 | $111,392.19 | 7/27/18 | 201819706292 | 6/16/18 | $24,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6609 | $111,392.19 | 7/27/18 | 201819706292 | 6/16/18 | $14,496.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6609 | $111,392.19 | 7/27/18 | 201819706292 | 6/16/18 | $12,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6609 | $111,392.19 | 7/27/18 | 201819706292 | 6/16/18 | $11,095.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6610 | $120,243.46 | 8/3/18 | 201819883282 | 6/23/18 | $27,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6610 | $120,243.46 | 8/3/18 | 201819883282 | 6/23/18 | $22,709.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6610 | $120,243.46 | 8/3/18 | 201819883282 | 6/23/18 | $17,806.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6610 | $120,243.46 | 8/3/18 | 201819883282 | 6/23/18 | $17,806.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6610 | $120,243.46 | 8/3/18 | 201819883282 | 6/23/18 | $17,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6610 | $120,243.46 | 8/3/18 | 201819883282 | 6/23/18 | $17,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6611 | $9,507.20 | 8/7/18 | 201819707025 | 6/26/18 | $9,507.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6612 | $61,171.20 | 8/10/18 | 201820082684 | 6/30/18 | $31,860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6612 | $61,171.20 | 8/10/18 | 201820082684 | 6/30/18 | $29,311.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6613 | $83,996.06 | 8/21/18 | 201819929763 | 7/6/18 | $6,693.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6613 | $83,996.06 | 8/21/18 | 201819929763 | 7/6/18 | $3,493.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6613 | $83,996.06 | 8/21/18 | 201820312929 | 7/7/18 | $29,366.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6613 | $83,996.06 | 8/21/18 | 201820312929 | 7/7/18 | $28,041.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6613 | $83,996.06 | 8/21/18 | 201820312929 | 7/7/18 | $16,401.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6614 | $11,760.05 | 8/27/18 | 201820115383 | 7/12/18 | $7,560.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6614 | $11,760.05 | 8/27/18 | 201820115383 | 7/12/18 | $4,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6615 | $61,476.67 | 8/30/18 | 201820312861 | 7/14/18 | $42,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6615 | $61,476.67 | 8/30/18 | 201820312752 | 7/16/18 | $4,480.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6615 | $61,476.67 | 8/30/18 | 201820312752 | 7/16/18 | $4,189.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6615 | $61,476.67 | 8/30/18 | 201820312752 | 7/16/18 | $4,020.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6615 | $61,476.67 | 8/30/18 | 201820312752 | 7/16/18 | $3,157.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6615 | $61,476.67 | 8/30/18 | 201820312752 | 7/16/18 | $3,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6616 | $23,141.38 | 9/4/18 | 201820380209 | 7/21/18 | $23,141.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6617 | $31,635.07 | 9/11/18 | 201820439522 | 7/28/18 | $19,446.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6617 | $31,635.07 | 9/11/18 | 201820439404 | 7/28/18 | $12,189.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6618 | $10,644.48 | 9/18/18 | 201820700268 | 8/4/18 | $5,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6618 | $10,644.48 | 9/18/18 | 201820700268 | 8/4/18 | $2,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6618 | $10,644.48 | 9/18/18 | 201820700268 | 8/4/18 | $1,812.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6618 | $10,644.48 | 9/18/18 | 201820700268 | 8/4/18 | $1,692.00 |

Totals:    11 transfer(s),  $531,319.58