Defendant: **Loretta Lee Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-14606 | $100,017.49 | 7/27/18 | 201819769342 | 6/16/18 | $86,585.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14606 | $100,017.49 | 7/27/18 | 201819769342 | 6/16/18 | $10,832.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14606 | $100,017.49 | 7/27/18 | 201819769508 | 6/16/18 | $2,598.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14607 | $90,269.82 | 7/30/18 | 201819768850 | 6/18/18 | $70,795.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14607 | $90,269.82 | 7/30/18 | 201819768850 | 6/18/18 | $19,474.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14608 | $2,061.75 | 8/24/18 | 201820250659 | 7/11/18 | $1,180.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14608 | $2,061.75 | 8/24/18 | 201820250659 | 7/11/18 | $880.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820231225 | 7/15/18 | $96,744.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820256416 | 7/15/18 | $18,749.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820230484 | 7/15/18 | $6,022.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820251990 | 7/16/18 | $109,969.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820251990 | 7/16/18 | $100,372.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820249947 | 7/16/18 | $78,384.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820252259 | 7/17/18 | $139,954.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14609 | $659,175.66 | 8/30/18 | 201820252259 | 7/17/18 | $108,977.49 |

Totals:    4 transfer(s),  $851,524.72

Defendant: **Loretta Lee Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3086 | $1,308.84 | 7/30/18 | 201819464112 | 6/18/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3087 | $631.00 | 8/27/18 | 201820278635 | 7/12/18 | $631.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3088 | $128,890.08 | 8/30/18 | 201820452910 | 7/16/18 | $81,861.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3088 | $128,890.08 | 8/30/18 | 201820452910 | 7/16/18 | $47,028.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3089 | $12,641.16 | 9/5/18 | 201820452947 | 7/23/18 | $12,641.16 |

Totals: 4 transfer(s), $143,471.08

Loretta Lee Limited
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020     Exhibit B     P. 1