| Defendant: | **Mark H Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28089 | $15,206.66 | 7/17/18 | 201819833392 | 6/22/18 | $15,206.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28090 | $12,485.53 | 7/19/18 | 201819833275 | 6/24/18 | $12,485.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28091 | $42,632.26 | 9/11/18 | 201821199724 | 8/15/18 | $14,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28091 | $42,632.26 | 9/11/18 | 201821199878 | 8/15/18 | $13,752.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28091 | $42,632.26 | 9/11/18 | 201821199636 | 8/15/18 | $10,539.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28091 | $42,632.26 | 9/11/18 | 201821199724 | 8/15/18 | $3,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28092 | $44,194.50 | 9/12/18 | 201821199791 | 8/18/18 | $15,484.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28092 | $44,194.50 | 9/12/18 | 201821199914 | 8/18/18 | $11,321.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28092 | $44,194.50 | 9/12/18 | 201821199834 | 8/18/18 | $8,982.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28092 | $44,194.50 | 9/12/18 | 201821199791 | 8/18/18 | $3,444.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28092 | $44,194.50 | 9/12/18 | 201821283813 | 8/18/18 | $2,772.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28092 | $44,194.50 | 9/12/18 | 201821283813 | 8/18/18 | $2,191.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28093 | $4,424.00 | 9/17/18 | 201821283659 | 8/21/18 | $2,436.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28093 | $4,424.00 | 9/17/18 | 201821283659 | 8/21/18 | $1,988.00 |

Totals:    5 transfer(s),  $118,942.95

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Mark H Ltd.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6692 | $10,267.20 | 7/17/18 | 201819974685 | 6/22/18 | $10,267.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6693 | $8,332.80 | 7/19/18 | 201819974724 | 6/24/18 | $8,332.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6694 | $88,530.30 | 8/2/18 | 201820439330 | 7/8/18 | $37,368.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6694 | $88,530.30 | 8/2/18 | 201820439380 | 7/8/18 | $30,441.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6694 | $88,530.30 | 8/2/18 | 201820332562 | 7/8/18 | $6,435.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6694 | $88,530.30 | 8/2/18 | 201820332823 | 7/8/18 | $5,370.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6694 | $88,530.30 | 8/2/18 | 201820332562 | 7/8/18 | $4,595.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6694 | $88,530.30 | 8/2/18 | 201820332823 | 7/8/18 | $4,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6695 | $22,706.86 | 8/7/18 | 201820403966 | 7/13/18 | $6,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6695 | $22,706.86 | 8/7/18 | 201820403966 | 7/13/18 | $6,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6695 | $22,706.86 | 8/7/18 | 201820403966 | 7/13/18 | $6,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6695 | $22,706.86 | 8/7/18 | 201820403966 | 7/13/18 | $4,406.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6696 | $124,319.00 | 8/8/18 | 201820642928 | 7/14/18 | $81,008.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6696 | $124,319.00 | 8/8/18 | 201820642928 | 7/14/18 | $43,310.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6697 | $121,758.10 | 8/9/18 | 201820642997 | 7/15/18 | $66,159.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6697 | $121,758.10 | 8/9/18 | 201820642997 | 7/15/18 | $35,492.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6697 | $121,758.10 | 8/9/18 | 201820404072 | 7/15/18 | $5,026.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6697 | $121,758.10 | 8/9/18 | 201820404072 | 7/15/18 | $5,026.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6697 | $121,758.10 | 8/9/18 | 201820404072 | 7/15/18 | $5,026.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6697 | $121,758.10 | 8/9/18 | 201820404072 | 7/15/18 | $5,026.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6698 | $118,222.89 | 8/17/18 | 201820682899 | 7/23/18 | $55,873.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6698 | $118,222.89 | 8/17/18 | 201820682935 | 7/23/18 | $53,282.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6698 | $118,222.89 | 8/17/18 | 201820682899 | 7/23/18 | $9,066.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6699 | $54,892.20 | 8/22/18 | 201820922237 | 7/28/18 | $46,536.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6699 | $54,892.20 | 8/22/18 | 201820922076 | 7/28/18 | $8,356.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6700 | $47,748.66 | 8/23/18 | 201820922206 | 7/29/18 | $38,080.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6700 | $47,748.66 | 8/23/18 | 201820922136 | 7/29/18 | $9,668.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6701 | $9,870.00 | 8/30/18 | 201821022291 | 8/4/18 | $5,445.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6701 | $9,870.00 | 8/30/18 | 201821022291 | 8/4/18 | $4,425.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6702 | $34,639.51 | 9/4/18 | 201821199194 | 8/10/18 | $15,085.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6702 | $34,639.51 | 9/4/18 | 201821199194 | 8/10/18 | $9,910.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6702 | $34,639.51 | 9/4/18 | 201821199194 | 8/10/18 | $7,335.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6702 | $34,639.51 | 9/4/18 | 201821199194 | 8/10/18 | $2,307.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6703 | $42,551.77 | 9/11/18 | 201821199513 | 8/15/18 | $29,433.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6703 | $42,551.77 | 9/11/18 | 201821220255 | 8/15/18 | $7,039.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6703 | $42,551.77 | 9/11/18 | 201821198772 | 8/15/18 | $6,078.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821199563 | 8/18/18 | $24,292.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821199441 | 8/18/18 | $12,601.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821244956 | 8/18/18 | $11,931.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821198864 | 8/18/18 | $8,642.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821199441 | 8/18/18 | $8,045.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821199441 | 8/18/18 | $5,975.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821220286 | 8/18/18 | $3,910.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821283516 | 8/18/18 | $2,248.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821220286 | 8/18/18 | $1,881.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821199441 | 8/18/18 | $1,774.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821283516 | 8/18/18 | $1,360.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821283516 | 8/18/18 | $1,005.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6704 | $83,906.32 | 9/12/18 | 201821283516 | 8/18/18 | $236.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6705 | $50,871.33 | 9/14/18 | 201821245148 | 8/20/18 | $19,775.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6705 | $50,871.33 | 9/14/18 | 201821245052 | 8/20/18 | $16,250.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6705 | $50,871.33 | 9/14/18 | 201821244846 | 8/20/18 | $14,845.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6706 | $6,803.40 | 9/17/18 | 201821281055 | 8/21/18 | $2,839.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6706 | $6,803.40 | 9/17/18 | 201821281055 | 8/21/18 | $2,011.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6706 | $6,803.40 | 9/17/18 | 201821281055 | 8/21/18 | $1,419.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6706 | $6,803.40 | 9/17/18 | 201821281055 | 8/21/18 | $532.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6707 | $71,298.60 | 9/18/18 | 201821244687 | 8/23/18 | $24,243.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6707 | $71,298.60 | 9/18/18 | 201821408735 | 8/23/18 | $7,780.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6707 | $71,298.60 | 9/18/18 | 201821391803 | 8/24/18 | $24,091.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6707 | $71,298.60 | 9/18/18 | 201821392100 | 8/24/18 | $8,731.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6707 | $71,298.60 | 9/18/18 | 201821408791 | 8/24/18 | $6,452.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6708 | $43,394.80 | 9/19/18 | 201821244302 | 8/25/18 | $18,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6708 | $43,394.80 | 9/19/18 | 201821244490 | 8/25/18 | $14,493.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6708 | $43,394.80 | 9/19/18 | 201821391940 | 8/25/18 | $10,601.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6709 | $44,315.12 | 9/21/18 | 201821391632 | 8/27/18 | $29,635.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6709 | $44,315.12 | 9/21/18 | 201821244584 | 8/27/18 | $14,679.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6710 | $209,708.14 | 9/25/18 | 201821393248 | 8/31/18 | $156,272.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6710 | $209,708.14 | 9/25/18 | 201821393248 | 8/31/18 | $53,436.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821393282 | 9/5/18 | $49,734.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821393282 | 9/5/18 | $49,734.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821393282 | 9/5/18 | $27,988.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821393282 | 9/5/18 | $26,132.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821393282 | 9/5/18 | $11,996.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821393282 | 9/5/18 | $5,270.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821789735 | 9/7/18 | $45,792.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821789735 | 9/7/18 | $16,797.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821846446 | 9/7/18 | $5,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821846446 | 9/7/18 | $4,771.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821846446 | 9/7/18 | $3,292.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821818295 | 9/7/18 | $1,197.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821818295 | 9/7/18 | $1,080.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821818295 | 9/7/18 | $739.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821818295 | 9/7/18 | $567.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6711 | $250,604.66 | 10/2/18 | 201821818295 | 9/7/18 | $470.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | **20 transfer(s), $1,444,741.66** | | | | | | |