| Defendant: | **Meenu Creation LLP** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-23937 | $43,116.00 | 7/23/18 | 201819771431 | 6/11/18 | $43,116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23938 | $47,065.83 | 8/6/18 | 201820028073 | 6/25/18 | $30,992.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23938 | $47,065.83 | 8/6/18 | 201820028073 | 6/25/18 | $16,073.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23939 | $72,004.68 | 9/4/18 | 201819465723 | 6/4/18 | $72,004.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23940 | $14,044.76 | 9/17/18 | 201819893471 | 6/18/18 | $14,044.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23941 | $133,730.01 | 9/19/18 | 201820801007 | 8/6/18 | $78,444.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23941 | $133,730.01 | 9/19/18 | 201820801007 | 8/6/18 | $38,024.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23941 | $133,730.01 | 9/19/18 | 201820801007 | 8/6/18 | $17,261.41 |

Totals:    5 transfer(s),  $309,961.28

Defendant: **Meenu Creation LLP**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10851 | $62,194.02 | 7/23/18 | 201819744178 | 6/11/18 | $45,158.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10851 | $62,194.02 | 7/23/18 | 201819744178 | 6/11/18 | $17,035.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10852 | $39,118.67 | 8/6/18 | 201820028310 | 6/25/18 | $39,118.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201820878951 | 8/6/18 | $64,196.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201821048345 | 8/6/18 | $46,926.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201820878951 | 8/6/18 | $38,441.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201820878951 | 8/6/18 | $19,489.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201820878951 | 8/6/18 | $17,718.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201820878951 | 8/6/18 | $16,951.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10854 | $214,150.89 | 9/19/18 | 201820878951 | 8/6/18 | $10,427.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10855 | $112,185.37 | 10/2/18 | 201821101200 | 8/13/18 | $74,735.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10855 | $112,185.37 | 10/2/18 | 201821101200 | 8/13/18 | $37,449.97 |

Totals:    4 transfer(s),  $427,648.95