Defendant: **Modern-Aire Ventilating Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132649 | $270.48 | 7/18/18 | 55344 | 6/28/18 | $270.48 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132672 | $3,102.93 | 7/26/18 | 55379 | 7/6/18 | $2,033.43 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132672 | $3,102.93 | 7/26/18 | 55378 | 7/6/18 | $1,069.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132707 | $6,806.16 | 8/3/18 | 55394 | 7/11/18 | $6,806.16 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132808 | $5,286.78 | 8/9/18 | 55427 | 7/17/18 | $3,349.26 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132808 | $5,286.78 | 8/9/18 | 55457 | 7/20/18 | $1,937.52 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132828 | $3,117.42 | 8/16/18 | 55476 | 7/24/18 | $3,117.42 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132855 | $4,799.64 | 8/23/18 | 55499 | 7/27/18 | $4,799.64 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132875 | $1,674.63 | 8/30/18 | 55554 | 8/7/18 | $1,674.63 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132892 | $2,304.60 | 9/6/18 | 55589 | 8/14/18 | $2,304.60 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132916 | $5,204.27 | 9/13/18 | 55608 | 8/17/18 | $3,284.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132916 | $5,204.27 | 9/13/18 | 55632 | 8/21/18 | $1,920.27 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132928 | $10,382.43 | 9/21/18 | 55644 | 8/22/18 | $3,327.87 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132928 | $10,382.43 | 9/21/18 | 55657 | 8/24/18 | $3,983.37 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132928 | $10,382.43 | 9/21/18 | 55658 | 8/24/18 | $3,071.19 |

Totals:    10 transfer(s),  $42,949.34

Defendant: **Modern-Aire Ventilating Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128854 | $148.31 | 8/2/18 | 55303 | 6/25/18 | $148.31 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128933 | $39,016.31 | 8/16/18 | 55462 | 7/23/18 | $36,728.88 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128933 | $39,016.31 | 8/16/18 | 55472 | 7/24/18 | $2,287.43 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128960 | $4,030.55 | 8/30/18 | 55545 | 8/6/18 | $4,030.55 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128989 | $5,117.09 | 9/13/18 | 55612 | 8/17/18 | $4,672.10 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 128989 | $5,117.09 | 9/13/18 | 55618 | 8/17/18 | $444.99 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 129040 | $3,720.70 | 10/4/18 | 55746 | 9/10/18 | $3,720.70 |

**Totals:**    5 transfer(s),  $52,032.96