| Defendant: | **Nexgrill Industries Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-12633 | $68,490.66 | 7/27/18 | 201818596209 | 5/13/18 | $68,490.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-12634 | $34,245.33 | 8/3/18 | 201818596422 | 5/20/18 | $34,245.33 |

**Totals:** 2 transfer(s), $102,735.99

**Defendant:** **Nexgrill Industries Inc.**
**Bankruptcy Case** **Sears Holding Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3617 | $422,405.08 | 7/23/18 | 201818154333 | 5/7/18 | $135,019.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3617 | $422,405.08 | 7/23/18 | 201818154333 | 5/7/18 | $124,254.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3617 | $422,405.08 | 7/23/18 | 201818154333 | 5/7/18 | $94,641.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3617 | $422,405.08 | 7/23/18 | 201818154333 | 5/7/18 | $68,490.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3618 | $309,076.92 | 8/7/18 | 201818828524 | 5/22/18 | $165,672.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3618 | $309,076.92 | 8/7/18 | 201818828524 | 5/22/18 | $89,397.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3618 | $309,076.92 | 8/7/18 | 201818828524 | 5/22/18 | $54,007.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3619 | $82,836.00 | 8/13/18 | 201818997252 | 5/28/18 | $82,836.00 |

**Totals:**    3 transfer(s),  **$814,318.00**