| | |
|---|---|
| Defendant: | **Novel Shoes Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-25372 | $65,628.66 | 7/17/18 | 201819517381 | 6/7/18 | $17,510.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25372 | $65,628.66 | 7/17/18 | 201819517381 | 6/7/18 | $16,600.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25372 | $65,628.66 | 7/17/18 | 201819529618 | 6/7/18 | $15,759.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25372 | $65,628.66 | 7/17/18 | 201819517381 | 6/7/18 | $8,670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25372 | $65,628.66 | 7/17/18 | 201819529618 | 6/7/18 | $7,089.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25373 | $37,621.93 | 7/18/18 | 201819510531 | 6/8/18 | $10,923.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25373 | $37,621.93 | 7/18/18 | 201819510531 | 6/8/18 | $9,741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25373 | $37,621.93 | 7/18/18 | 201819510531 | 6/8/18 | $9,741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25373 | $37,621.93 | 7/18/18 | 201819510531 | 6/8/18 | $7,216.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25374 | $82,575.32 | 7/26/18 | 201819689138 | 6/14/18 | $35,918.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25374 | $82,575.32 | 7/26/18 | 201819689138 | 6/14/18 | $15,595.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25374 | $82,575.32 | 7/26/18 | 201819689138 | 6/14/18 | $10,422.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25374 | $82,575.32 | 7/26/18 | 201819689138 | 6/14/18 | $7,635.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25374 | $82,575.32 | 7/26/18 | 201819689138 | 6/14/18 | $7,009.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25374 | $82,575.32 | 7/26/18 | 201819689138 | 6/14/18 | $5,994.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25375 | $70,048.36 | 8/2/18 | 201819776554 | 6/21/18 | $28,221.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25375 | $70,048.36 | 8/2/18 | 201819776554 | 6/21/18 | $15,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25375 | $70,048.36 | 8/2/18 | 201819776554 | 6/21/18 | $12,176.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25375 | $70,048.36 | 8/2/18 | 201819776554 | 6/21/18 | $4,989.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25375 | $70,048.36 | 8/2/18 | 201819776554 | 6/21/18 | $4,806.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25375 | $70,048.36 | 8/2/18 | 201819776554 | 6/21/18 | $4,032.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25376 | $9,428.40 | 8/3/18 | 201819690723 | 6/23/18 | $9,428.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820144478 | 7/5/18 | $9,486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820144478 | 7/5/18 | $7,797.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820143499 | 7/5/18 | $7,497.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820144478 | 7/5/18 | $7,047.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820144478 | 7/5/18 | $6,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820143499 | 7/5/18 | $6,088.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820143499 | 7/5/18 | $3,264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820143499 | 7/5/18 | $1,683.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25377 | $49,566.73 | 8/20/18 | 201820143499 | 7/5/18 | $583.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $33,936.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $27,378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $27,316.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $25,452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $22,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $21,104.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $16,548.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $13,952.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $13,246.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $13,183.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $12,877.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $10,354.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $10,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $7,905.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $6,384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820655561 | 7/26/18 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $4,158.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25378 | $272,969.20 | 9/10/18 | 201820652276 | 7/26/18 | $2,772.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25379 | $40,403.02 | 9/17/18 | 201820729073 | 8/2/18 | $18,501.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25379 | $40,403.02 | 9/17/18 | 201820729073 | 8/2/18 | $12,447.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25379 | $40,403.02 | 9/17/18 | 201820729073 | 8/2/18 | $6,177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-25379 | $40,403.02 | 9/17/18 | 201820729073 | 8/2/18 | $3,276.00 |

Totals:    8 transfer(s),  $628,241.62

| Defendant: | Novel Shoes Co. Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8645 | $24,240.38 | 7/18/18 | 201819313353 | 6/8/18 | $9,710.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8645 | $24,240.38 | 7/18/18 | 201819313353 | 6/8/18 | $6,804.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8645 | $24,240.38 | 7/18/18 | 201819313353 | 6/8/18 | $3,002.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8645 | $24,240.38 | 7/18/18 | 201819313353 | 6/8/18 | $2,192.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8645 | $24,240.38 | 7/18/18 | 201819313353 | 6/8/18 | $2,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8645 | $24,240.38 | 7/18/18 | 201819313353 | 6/8/18 | $491.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8646 | $77,366.47 | 8/20/18 | 201820079110 | 7/5/18 | $47,800.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8646 | $77,366.47 | 8/20/18 | 201820079110 | 7/5/18 | $29,565.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8647 | $104,621.53 | 8/27/18 | 201820201149 | 7/12/18 | $43,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8647 | $104,621.53 | 8/27/18 | 201820188433 | 7/12/18 | $26,771.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8647 | $104,621.53 | 8/27/18 | 201820188433 | 7/12/18 | $26,771.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8647 | $104,621.53 | 8/27/18 | 201820141643 | 7/12/18 | $7,428.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8648 | $49,628.30 | 9/4/18 | 201820478777 | 7/19/18 | $24,046.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8648 | $49,628.30 | 9/4/18 | 201820478777 | 7/19/18 | $22,888.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8648 | $49,628.30 | 9/4/18 | 201820478777 | 7/19/18 | $2,692.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8649 | $29,026.60 | 10/2/18 | 201820931038 | 8/10/18 | $29,026.60 |

Totals:    5 transfer(s),  $284,883.28