Defendant: **Oriental Lead Investments Limited**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $141,642.72 | 8/6/18 | O/A | O/A | O/A |
| **Totals:** | 1 transfer(s), $141,642.72 | | | | | | |

| Defendant: | Oriental Lead Investments Limited |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $326,080.06 | 8/13/18 | O/A | O/A | O/A |
| **Totals:** | **1 transfer(s), $326,080.06** | | | | | | |