| Defendant: | Pacific Transfer LLC, Dba Pacific Transfer, Dba Pacific Transfer & Warehouse |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083238 | $92.00 | 7/24/18 | 100285309 | 6/22/18 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083345 | $59.92 | 7/27/18 | 100285467 | 6/26/18 | $59.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083599 | $126.63 | 8/2/18 | 100285967 | 6/29/18 | $59.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083599 | $126.63 | 8/2/18 | 100286258 | 6/30/18 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084486 | $59.92 | 8/21/18 | 100286981 | 7/17/18 | $59.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084663 | $157.73 | 8/21/18 | 100287177 | 7/18/18 | $157.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084965 | $200.13 | 8/28/18 | 100287482 | 7/23/18 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084965 | $200.13 | 8/28/18 | 100287478 | 7/23/18 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084965 | $200.13 | 8/28/18 | 100287481 | 7/23/18 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085032 | $66.71 | 8/28/18 | 100287622 | 7/24/18 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085780 | $126.63 | 9/13/18 | 100288653 | 8/7/18 | $66.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085780 | $126.63 | 9/13/18 | 100288654 | 8/7/18 | $59.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086711 | $257.59 | 9/25/18 | 100289614 | 8/20/18 | $257.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | 100292254 | 9/26/18 | $1,865.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | 100292316 | 9/27/18 | $6,571.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | 100292635 | 9/28/18 | $4,200.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | 100292512 | 9/28/18 | $3,285.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | 100292511 | 9/28/18 | $222.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | 100292634 | 9/28/18 | $111.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,259.11 | 10/12/18 | Unknown | 9/28/18 | $1.83 |

Totals: 10 transfer(s), $17,406.37

Defendant: **Pacific Transfer LLC, Dba Pacific Transfer, Dba Pacific Transfer & Warehouse**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,373.20 | 7/17/18 | 18062901663 | 7/2/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,373.20 | 7/17/18 | 18062901662 | 7/2/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,373.20 | 7/17/18 | 18062901671 | 7/2/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,373.20 | 7/17/18 | 18062901672 | 7/2/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070301862 | 7/4/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070301864 | 7/4/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070302109 | 7/4/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070302110 | 7/4/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070302112 | 7/4/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070302114 | 7/4/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070302095 | 7/4/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,783.39 | 7/19/18 | 18070302108 | 7/4/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070302143 | 7/9/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070302146 | 7/9/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070302144 | 7/9/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070302145 | 7/9/18 | $1,593.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070302147 | 7/9/18 | $889.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070601190 | 7/9/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,486.76 | 7/24/18 | 18070601191 | 7/9/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,123.80 | 7/25/18 | 18070901819 | 7/10/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,123.80 | 7/25/18 | 18070901818 | 7/10/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,123.80 | 7/25/18 | 18070901820 | 7/10/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,123.80 | 7/25/18 | 18070901760 | 7/10/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,123.80 | 7/25/18 | 18070901817 | 7/10/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001715 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001645 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001647 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001654 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001655 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001708 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001714 | 7/11/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001706 | 7/11/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,807.71 | 7/26/18 | 18071001707 | 7/11/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $223.75 | 7/27/18 | 18071101732 | 7/12/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $223.75 | 7/27/18 | 18071101719 | 7/12/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601671 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601699 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601657 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601660 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601661 | 7/17/18 | $1,633.35 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601697 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601696 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601664 | 7/17/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601668 | 7/17/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601648 | 7/17/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601655 | 7/17/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,514.30 | 8/1/18 | 18071601669 | 7/17/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,551.43 | 8/3/18 | 18071901660 | 7/20/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,551.43 | 8/3/18 | 18071901661 | 7/20/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,551.43 | 8/3/18 | 18071901662 | 7/20/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,551.43 | 8/3/18 | 18071901652 | 7/20/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,551.43 | 8/3/18 | 18071901653 | 7/20/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801808 | 7/23/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801809 | 7/23/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801736 | 7/23/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801749 | 7/23/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801750 | 7/23/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801726 | 7/23/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801733 | 7/23/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,080.69 | 8/7/18 | 18071801735 | 7/23/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,134.22 | 8/8/18 | 18072301568 | 7/24/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,134.22 | 8/8/18 | 18072301551 | 7/24/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,134.22 | 8/8/18 | 18072301567 | 7/24/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601450 | 7/26/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601446 | 7/26/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601448 | 7/26/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601449 | 7/26/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601565 | 7/27/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601560 | 7/27/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,062.66 | 8/10/18 | 18072601558 | 7/27/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701235 | 7/30/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701184 | 7/30/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701239 | 7/30/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701237 | 7/30/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701185 | 7/30/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701170 | 7/30/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701240 | 7/30/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701215 | 7/30/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,934.32 | 8/14/18 | 18072701233 | 7/30/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101677 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101695 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101696 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101684 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101678 | 8/1/18 | $1,633.35 |

Pacific Transfer LLC, Dba Pacific Transfer, Dba Pacific Transfer & Warehouse

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                     Exhibit B                                    P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001350 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001357 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001356 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001349 | 8/1/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001358 | 8/1/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101671 | 8/1/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001354 | 8/1/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18073101672 | 8/1/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $16,058.12 | 8/16/18 | 18072001355 | 8/1/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301305 | 8/6/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301304 | 8/6/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301300 | 8/6/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301294 | 8/6/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301272 | 8/6/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301296 | 8/6/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301269 | 8/6/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,451.48 | 8/21/18 | 18080301270 | 8/6/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,034.27 | 8/22/18 | 18080701568 | 8/7/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,034.27 | 8/22/18 | 18080701548 | 8/7/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,034.27 | 8/22/18 | 18080701563 | 8/7/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,034.27 | 8/22/18 | 18080601563 | 8/7/18 | $910.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,034.27 | 8/22/18 | 18080601560 | 8/7/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,034.27 | 8/22/18 | 18080601562 | 8/7/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,857.10 | 8/23/18 | 18080701740 | 8/8/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,857.10 | 8/23/18 | 18080701729 | 8/8/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,857.10 | 8/23/18 | 18080701734 | 8/8/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,900.05 | 8/24/18 | 18080901550 | 8/10/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,900.05 | 8/24/18 | 18080901551 | 8/10/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,900.05 | 8/24/18 | 18080901552 | 8/10/18 | $1,633.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301577 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301576 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301595 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301596 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301597 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301598 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301568 | 8/14/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301578 | 8/14/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301594 | 8/14/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $12,789.04 | 8/29/18 | 18081301566 | 8/14/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,928.37 | 8/30/18 | 18081401582 | 8/15/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,928.37 | 8/30/18 | 18081401578 | 8/15/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,928.37 | 8/30/18 | 18081401579 | 8/15/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081301617 | 8/16/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081301618 | 8/16/18 | $1,642.79 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081301615 | 8/16/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081301639 | 8/16/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081301616 | 8/16/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081301640 | 8/16/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081601420 | 8/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081601421 | 8/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081601422 | 8/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,924.01 | 8/31/18 | 18081601419 | 8/17/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,509.33 | 9/5/18 | 18082001479 | 8/21/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,509.33 | 9/5/18 | 18082001481 | 8/21/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,509.33 | 9/5/18 | 18082001460 | 8/21/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,509.33 | 9/5/18 | 18082001462 | 8/21/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,397.28 | 9/6/18 | 18081501699 | 8/22/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,397.28 | 9/6/18 | 18081501701 | 8/22/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,397.28 | 9/6/18 | 18081501698 | 8/22/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,642.79 | 9/7/18 | 18082001482 | 8/23/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701607 | 8/28/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701608 | 8/28/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701609 | 8/28/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701610 | 8/28/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701612 | 8/28/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701613 | 8/28/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,906.61 | 9/12/18 | 18082701568 | 8/28/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,306.91 | 9/13/18 | 18082801602 | 8/29/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,306.91 | 9/13/18 | 18082801611 | 8/29/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,306.91 | 9/13/18 | 18082801573 | 8/29/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,306.91 | 9/13/18 | 18082801574 | 8/29/18 | $262.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,306.91 | 9/13/18 | 18082801575 | 8/29/18 | $112.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,306.91 | 9/13/18 | 18082801576 | 8/29/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,843.62 | 9/14/18 | 18082901615 | 8/30/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,843.62 | 9/14/18 | 18082901628 | 8/30/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,843.62 | 9/14/18 | 18082901630 | 8/30/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,843.62 | 9/14/18 | 18082901645 | 8/30/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,414.42 | 9/19/18 | 18090401681 | 9/4/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,414.42 | 9/19/18 | 18090401682 | 9/4/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,414.42 | 9/19/18 | 18090401649 | 9/4/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,414.42 | 9/19/18 | 18090401648 | 9/4/18 | $262.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,414.42 | 9/19/18 | 18090401653 | 9/4/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,414.42 | 9/19/18 | 18090401680 | 9/4/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $111.70 | 9/20/18 | 18082901657 | 9/5/18 | $111.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $223.59 | 9/21/18 | 18090401705 | 9/6/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $223.59 | 9/21/18 | 18090401716 | 9/6/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,870.44 | 9/25/18 | 18090701203 | 9/10/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,870.44 | 9/25/18 | 18090701211 | 9/10/18 | $1,642.79 |

Pacific Transfer LLC, Dba Pacific Transfer, Dba Pacific Transfer & Warehouse

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                           Exhibit B                           P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,870.44 | 9/25/18 | 18090701255 | 9/10/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,870.44 | 9/25/18 | 18090701201 | 9/10/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,870.44 | 9/25/18 | 18090701293 | 9/10/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,870.44 | 9/25/18 | 18090701199 | 9/10/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $262.46 | 9/26/18 | 18090701253 | 9/11/18 | $262.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $111.57 | 9/28/18 | 18091301490 | 9/14/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401200 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091301494 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401201 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401174 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401170 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401163 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401144 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091301495 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091301496 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401152 | 9/17/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401199 | 9/17/18 | $262.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401192 | 9/17/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401132 | 9/17/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401136 | 9/17/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,137.54 | 10/2/18 | 18091401195 | 9/17/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,781.63 | 10/3/18 | 18091701447 | 9/18/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,781.63 | 10/3/18 | 18091701448 | 9/18/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,781.63 | 10/3/18 | 18091701443 | 9/18/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,781.63 | 10/3/18 | 18091701444 | 9/18/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,151.96 | 10/4/18 | 18091801558 | 9/19/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,151.96 | 10/4/18 | 18091801564 | 9/19/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,151.96 | 10/4/18 | 18091801565 | 9/19/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,151.96 | 10/4/18 | 18091801556 | 9/19/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,151.96 | 10/4/18 | 18091801557 | 9/19/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,548.04 | 10/5/18 | 18092001605 | 9/21/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,548.04 | 10/5/18 | 18092001606 | 9/21/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,548.04 | 10/5/18 | 18092001604 | 9/21/18 | $262.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101119 | 9/24/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101158 | 9/24/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101159 | 9/24/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101160 | 9/24/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101161 | 9/24/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101123 | 9/24/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101142 | 9/24/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101162 | 9/24/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,071.27 | 10/9/18 | 18092101118 | 9/24/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,866.38 | 10/10/18 | 18092101157 | 9/25/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,866.38 | 10/10/18 | 18092101154 | 9/25/18 | $112.02 |

Pacific Transfer LLC, Dba Pacific Transfer, Dba Pacific Transfer & Warehouse

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,866.38 | 10/10/18 | 18092101155 | 9/25/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092501767 | 9/26/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092501765 | 9/26/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092501760 | 9/26/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092501761 | 9/26/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092601583 | 9/27/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092601604 | 9/27/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092601570 | 9/27/18 | $112.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092601571 | 9/27/18 | $111.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092701443 | 9/28/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092701444 | 9/28/18 | $1,642.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092701446 | 9/28/18 | $915.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,392.73 | 10/12/18 | 18092701428 | 9/28/18 | $111.57 |

**Totals:**     39 transfer(s),  $247,568.94