| Defendant: | **Pimkie Apparels Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28241 | $32,466.29 | 9/6/18 | 201819700889 | 6/9/18 | $27,719.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28241 | $32,466.29 | 9/6/18 | 201819700889 | 6/9/18 | $4,746.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28242 | $13,981.06 | 9/17/18 | 201819854283 | 6/18/18 | $13,981.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28243 | $60,670.28 | 9/18/18 | 201819701380 | 6/19/18 | $35,682.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28243 | $60,670.28 | 9/18/18 | 201819854555 | 6/19/18 | $18,461.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28243 | $60,670.28 | 9/18/18 | 201819701380 | 6/19/18 | $4,010.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28243 | $60,670.28 | 9/18/18 | 201819701380 | 6/19/18 | $2,373.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28243 | $60,670.28 | 9/18/18 | 201819701380 | 6/19/18 | $143.22 |

Totals:    3 transfer(s),  $107,117.63

Defendant: **Pimkie Apparels Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6750 | $41,422.21 | 8/22/18 | 201819515066 | 5/25/18 | $41,422.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6751 | $36,788.81 | 8/27/18 | 201819515218 | 5/28/18 | $36,788.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6752 | $74,549.35 | 8/30/18 | 201819524313 | 6/1/18 | $50,694.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6752 | $74,549.35 | 8/30/18 | 201819579104 | 6/1/18 | $23,855.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6753 | $62,309.52 | 9/4/18 | 201819524436 | 6/3/18 | $41,769.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6753 | $62,309.52 | 9/4/18 | 201819579227 | 6/3/18 | $20,540.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6754 | $48,411.07 | 9/6/18 | 201819661021 | 6/9/18 | $33,835.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6754 | $48,411.07 | 9/6/18 | 201819660896 | 6/9/18 | $10,996.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6754 | $48,411.07 | 9/6/18 | 201819660896 | 6/9/18 | $3,579.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6755 | $41,705.88 | 9/18/18 | 201819661045 | 6/19/18 | $27,744.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6755 | $41,705.88 | 9/18/18 | 201819660969 | 6/19/18 | $11,005.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6755 | $41,705.88 | 9/18/18 | 201819660969 | 6/19/18 | $2,956.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6756 | $64,883.85 | 9/19/18 | 201819885374 | 6/22/18 | $36,755.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6756 | $64,883.85 | 9/19/18 | 201820054773 | 6/22/18 | $28,128.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6757 | $184,374.45 | 9/20/18 | 201820076797 | 6/23/18 | $94,364.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6757 | $184,374.45 | 9/20/18 | 201820168460 | 6/23/18 | $36,560.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6757 | $184,374.45 | 9/20/18 | 201820168460 | 6/23/18 | $28,879.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6757 | $184,374.45 | 9/20/18 | 201820168460 | 6/23/18 | $24,570.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6758 | $52,997.10 | 9/21/18 | 201819885462 | 6/24/18 | $29,970.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6758 | $52,997.10 | 9/21/18 | 201820054865 | 6/24/18 | $23,026.50 |

Totals:    9 transfer(s),  $607,442.24