Defendant: **Quanzhou Baofeng Shoes Co. Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-14842 | $4,956.03 | 8/6/18 | 201818388331 | 5/11/18 | $3,075.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14842 | $4,956.03 | 8/6/18 | 201818388331 | 5/11/18 | $871.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14842 | $4,956.03 | 8/6/18 | 201818388331 | 5/11/18 | $864.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14842 | $4,956.03 | 8/6/18 | 201818388331 | 5/11/18 | $144.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14843 | $7,409.80 | 8/10/18 | 201818388571 | 5/17/18 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14843 | $7,409.80 | 8/10/18 | 201818388571 | 5/17/18 | $1,333.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14843 | $7,409.80 | 8/10/18 | 201818388571 | 5/17/18 | $1,326.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14843 | $7,409.80 | 8/10/18 | 201818388571 | 5/17/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14844 | $864.60 | 9/13/18 | 201819422730 | 6/16/18 | $864.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14845 | $1,326.60 | 9/19/18 | 201819423180 | 6/22/18 | $1,326.60 |

Totals:    4 transfer(s),  $14,557.03

| Defendant: | Quanzhou Baofeng Shoes Co. Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-641 | $19,740.78 | 9/6/18 | 201819150293 | 6/9/18 | $19,740.78 |
| Totals: | 1 transfer(s), $19,740.78 | | | | | | |