| Defendant: | **Rubyred Garment Manufacturing SAE** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27352 | $116,924.61 | 9/13/18 | 201819706482 | 6/16/18 | $116,306.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27352 | $116,924.61 | 9/13/18 | 201819706482 | 6/16/18 | $618.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27353 | $88,273.46 | 10/2/18 | 201820256536 | 6/28/18 | $44,689.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27353 | $88,273.46 | 10/2/18 | 201820256536 | 6/28/18 | $43,584.00 |

**Totals:** **2 transfer(s), $205,198.07**

| Defendant: | **Rubyred Garment Manufacturing SAE** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10002 | $83,652.99 | 9/4/18 | 201819552340 | 6/3/18 | $65,590.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10002 | $83,652.99 | 9/4/18 | 201819495812 | 6/3/18 | $18,062.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10003 | $66,438.96 | 9/14/18 | 201819706482 | 6/16/18 | $66,438.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10004 | $42,956.40 | 10/2/18 | 201820245037 | 6/28/18 | $42,956.40 |

**Totals:**     **3 transfer(s),  $193,048.35**