Defendant: **S.P. Apparels Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27579 | $136,397.61 | 7/25/18 | 201818811313 | 4/29/18 | $53,353.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27579 | $136,397.61 | 7/25/18 | 201818733992 | 4/29/18 | $27,928.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27579 | $136,397.61 | 7/25/18 | 201818786212 | 4/29/18 | $19,773.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27579 | $136,397.61 | 7/25/18 | 201818750908 | 4/29/18 | $18,671.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27579 | $136,397.61 | 7/25/18 | 201818786295 | 4/29/18 | $16,670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27580 | $23,096.40 | 8/1/18 | 201818846033 | 5/6/18 | $16,443.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27580 | $23,096.40 | 8/1/18 | 201818846378 | 5/6/18 | $6,652.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27581 | $25,475.58 | 8/20/18 | 201819290943 | 5/21/18 | $25,475.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27582 | $319,276.22 | 9/5/18 | 201819402719 | 6/8/18 | $143,950.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27582 | $319,276.22 | 9/5/18 | 201819402559 | 6/8/18 | $70,088.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27582 | $319,276.22 | 9/5/18 | 201819402559 | 6/8/18 | $48,560.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27582 | $319,276.22 | 9/5/18 | 201819404034 | 6/8/18 | $31,671.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27582 | $319,276.22 | 9/5/18 | 201819404034 | 6/8/18 | $25,005.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27583 | $86,881.04 | 9/24/18 | 201819974507 | 6/25/18 | $50,042.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27583 | $86,881.04 | 9/24/18 | 201819974597 | 6/25/18 | $36,838.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27584 | $61,132.50 | 10/2/18 | 201820084294 | 6/27/18 | $61,132.50 |

Totals:   6 transfer(s),  $652,259.35

| Defendant: | **S.P. Apparels Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10184 | $52,529.04 | 7/25/18 | 201818786137 | 4/29/18 | $19,773.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10184 | $52,529.04 | 7/25/18 | 201818786057 | 4/29/18 | $19,388.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10184 | $52,529.04 | 7/25/18 | 201818749871 | 4/29/18 | $13,367.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10185 | $118,494.48 | 8/1/18 | 201818844922 | 5/6/18 | $59,417.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10185 | $118,494.48 | 8/1/18 | 201818844397 | 5/6/18 | $45,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10185 | $118,494.48 | 8/1/18 | 201818845717 | 5/6/18 | $9,060.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10185 | $118,494.48 | 8/1/18 | 201818845372 | 5/6/18 | $4,897.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10186 | $22,785.93 | 8/20/18 | 201819290905 | 5/21/18 | $22,785.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10187 | $56,138.06 | 8/30/18 | 201819413979 | 6/1/18 | $29,892.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10187 | $56,138.06 | 8/30/18 | 201819402966 | 6/1/18 | $19,805.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10187 | $56,138.06 | 8/30/18 | 201819290961 | 6/1/18 | $6,440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10188 | $86,246.80 | 9/24/18 | 201819974865 | 6/25/18 | $50,078.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10188 | $86,246.80 | 9/24/18 | 201819974715 | 6/25/18 | $36,168.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10189 | $270,266.60 | 10/2/18 | 201820087106 | 6/27/18 | $108,142.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10189 | $270,266.60 | 10/2/18 | 201820085338 | 6/27/18 | $92,383.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10189 | $270,266.60 | 10/2/18 | 201820084348 | 6/27/18 | $47,320.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10189 | $270,266.60 | 10/2/18 | 201819974984 | 6/27/18 | $12,180.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10189 | $270,266.60 | 10/2/18 | 201820087106 | 6/27/18 | $9,328.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-10189 | $270,266.60 | 10/2/18 | 201819974984 | 6/27/18 | $912.00 |

Totals:    6 transfer(s),  $606,460.91