Defendant: **Shivalik Prints Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-17579 | $85,417.08 | 7/23/18 | 201820296322 | 7/9/18 | $85,417.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17605 | $529.59 | 7/27/18 | 201820033292 | 7/2/18 | $529.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17606 | $7,850.70 | 8/3/18 | 201820297143 | 7/9/18 | $7,850.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17580 | $68,275.62 | 8/7/18 | 201820544340 | 7/23/18 | $33,892.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17580 | $68,275.62 | 8/7/18 | 201820544510 | 7/23/18 | $16,441.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17580 | $68,275.62 | 8/7/18 | 201820539163 | 7/23/18 | $6,554.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17580 | $68,275.62 | 8/7/18 | 201820543607 | 7/23/18 | $3,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17580 | $68,275.62 | 8/7/18 | 201820538610 | 7/23/18 | $3,883.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17580 | $68,275.62 | 8/7/18 | 201820543799 | 7/23/18 | $3,528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17581 | $3,375.30 | 8/13/18 | 201820376528 | 7/16/18 | $985.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17581 | $3,375.30 | 8/13/18 | 201820539334 | 7/23/18 | $1,680.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17581 | $3,375.30 | 8/13/18 | 201820539334 | 7/23/18 | $708.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17582 | $16,077.91 | 8/15/18 | 201820030038 | 7/2/18 | $4,293.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17582 | $16,077.91 | 8/15/18 | 201820538924 | 7/23/18 | $11,784.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17583 | $110,251.20 | 8/17/18 | 201820771505 | 8/6/18 | $51,105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17583 | $110,251.20 | 8/17/18 | 201820771820 | 8/6/18 | $39,347.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17583 | $110,251.20 | 8/17/18 | 201820784071 | 8/6/18 | $19,798.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820957333 | 8/6/18 | $69,999.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201821017929 | 8/6/18 | $25,552.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820785404 | 8/6/18 | $11,416.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820784578 | 8/6/18 | $10,305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820776518 | 8/6/18 | $5,676.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820770954 | 8/6/18 | $4,172.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820776912 | 8/6/18 | $3,893.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820957505 | 8/6/18 | $3,794.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820771381 | 8/6/18 | $3,789.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820771381 | 8/6/18 | $2,399.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820783947 | 8/6/18 | $1,865.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17584 | $144,279.14 | 8/20/18 | 201820770954 | 8/6/18 | $1,413.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17607 | $8,390.20 | 8/21/18 | 201820562904 | 7/23/18 | $8,051.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17607 | $8,390.20 | 8/21/18 | 201820544562 | 7/23/18 | $339.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17585 | $70,242.00 | 8/28/18 | 201820784763 | 8/6/18 | $68,512.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17585 | $70,242.00 | 8/28/18 | 201820932775 | 8/13/18 | $1,729.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821193291 | 8/19/18 | $44,292.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821115367 | 8/19/18 | $20,268.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821148593 | 8/19/18 | $11,978.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821155078 | 8/19/18 | $10,996.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821148187 | 8/19/18 | $8,876.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821115367 | 8/19/18 | $3,481.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17586 | $100,878.44 | 9/4/18 | 201821154818 | 8/19/18 | $985.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-17587 | $68,311.99 | 9/6/18 | 201821193389 | 8/19/18 | $28,573.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17587 | $68,311.99 | 9/6/18 | 201821307797 | 8/19/18 | $25,139.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17587 | $68,311.99 | 9/6/18 | 201821193141 | 8/19/18 | $14,598.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17588 | $27,296.40 | 9/7/18 | 201821358760 | 8/27/18 | $27,296.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17608 | $3,376.35 | 9/11/18 | 201820932471 | 8/13/18 | $3,376.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17589 | $18,096.00 | 9/11/18 | 201821358796 | 8/27/18 | $11,518.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17589 | $18,096.00 | 9/11/18 | 201821358796 | 8/27/18 | $6,577.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193349 | 8/19/18 | $11,081.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193476 | 8/19/18 | $10,746.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821155244 | 8/19/18 | $9,661.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821282761 | 8/19/18 | $7,700.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193248 | 8/19/18 | $6,883.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193584 | 8/19/18 | $5,331.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193174 | 8/19/18 | $4,777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193193 | 8/19/18 | $4,300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821308106 | 8/19/18 | $4,173.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821193644 | 8/19/18 | $4,057.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821148334 | 8/19/18 | $2,994.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17609 | $71,855.96 | 9/18/18 | 201821155300 | 8/19/18 | $147.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17590 | $1,508.76 | 9/19/18 | 201821493116 | 9/3/18 | $1,508.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17591 | $12,456.40 | 9/20/18 | 201821627745 | 9/9/18 | $12,456.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821781549 | 9/9/18 | $40,360.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821781424 | 9/9/18 | $15,346.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821661502 | 9/9/18 | $7,718.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821661354 | 9/9/18 | $4,865.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821661539 | 9/9/18 | $4,719.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821661393 | 9/9/18 | $4,163.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821569453 | 9/9/18 | $1,060.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17592 | $78,361.56 | 9/21/18 | 201821661502 | 9/9/18 | $128.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17593 | $12,810.40 | 9/24/18 | 201821628320 | 9/9/18 | $6,421.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17593 | $12,810.40 | 9/24/18 | 201821628013 | 9/9/18 | $6,388.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17594 | $18,846.52 | 10/5/18 | 201821934603 | 9/16/18 | $11,836.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17594 | $18,846.52 | 10/5/18 | 201821934985 | 9/16/18 | $7,010.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17595 | $23,516.85 | 10/9/18 | 201821816255 | 9/16/18 | $6,033.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17595 | $23,516.85 | 10/9/18 | 201821816473 | 9/16/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17595 | $23,516.85 | 10/9/18 | 201821816004 | 9/16/18 | $2,369.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17595 | $23,516.85 | 10/9/18 | 201821816473 | 9/16/18 | $83.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-17595 | $23,516.85 | 10/9/18 | 201821968789 | 9/23/18 | $11,953.86 |

Totals:    22 transfer(s),    $952,004.37

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Shivalik Prints Limited | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5338 | $166,339.18 | 7/23/18 | 201820291000 | 7/9/18 | $85,331.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5338 | $166,339.18 | 7/23/18 | 201820287619 | 7/9/18 | $71,551.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5338 | $166,339.18 | 7/23/18 | 201820285481 | 7/9/18 | $9,456.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5339 | $31,176.45 | 7/24/18 | 201820286093 | 7/9/18 | $13,702.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5339 | $31,176.45 | 7/24/18 | 201820287303 | 7/9/18 | $8,769.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5339 | $31,176.45 | 7/24/18 | 201820296732 | 7/9/18 | $7,237.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5339 | $31,176.45 | 7/24/18 | 201820287480 | 7/9/18 | $1,467.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820377360 | 7/16/18 | $69,780.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820376199 | 7/16/18 | $66,302.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820379899 | 7/16/18 | $21,983.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820439456 | 7/16/18 | $21,969.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820376960 | 7/16/18 | $19,923.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820439554 | 7/16/18 | $17,940.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820375588 | 7/16/18 | $15,206.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820377549 | 7/16/18 | $7,992.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820375779 | 7/16/18 | $5,386.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5340 | $251,177.02 | 7/27/18 | 201820379548 | 7/16/18 | $4,692.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820543512 | 7/23/18 | $27,513.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820538221 | 7/23/18 | $24,679.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820538440 | 7/23/18 | $22,240.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820543156 | 7/23/18 | $18,074.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820539599 | 7/23/18 | $15,177.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820542386 | 7/23/18 | $12,654.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820538221 | 7/23/18 | $10,554.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820542582 | 7/23/18 | $4,588.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5341 | $139,368.71 | 8/7/18 | 201820542156 | 7/23/18 | $3,886.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5342 | $28,839.10 | 8/8/18 | 201820576296 | 7/23/18 | $26,788.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5342 | $28,839.10 | 8/8/18 | 201820542694 | 7/23/18 | $2,050.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5343 | $115,837.14 | 8/9/18 | 201820649629 | 7/29/18 | $82,024.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5343 | $115,837.14 | 8/9/18 | 201820649437 | 7/29/18 | $33,813.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5344 | $50,490.36 | 8/16/18 | 201820788392 | 8/6/18 | $28,391.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5344 | $50,490.36 | 8/16/18 | 201820775097 | 8/6/18 | $22,099.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5345 | $156,358.26 | 8/17/18 | 201820774429 | 8/6/18 | $105,829.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5345 | $156,358.26 | 8/17/18 | 201820873135 | 8/6/18 | $50,528.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5346 | $33,613.72 | 8/20/18 | 201820775752 | 8/6/18 | $14,057.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5346 | $33,613.72 | 8/20/18 | 201820771091 | 8/6/18 | $10,037.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5346 | $33,613.72 | 8/20/18 | 201820775534 | 8/6/18 | $9,518.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820932344 | 8/13/18 | $71,409.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820935100 | 8/13/18 | $41,020.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820935253 | 8/13/18 | $38,212.23 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820920490 | 8/13/18 | $29,676.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820958152 | 8/13/18 | $22,453.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820921782 | 8/13/18 | $13,335.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820922080 | 8/13/18 | $11,164.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820922415 | 8/13/18 | $10,974.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5347 | $248,733.18 | 8/28/18 | 201820922178 | 8/13/18 | $10,487.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5348 | $8,264.40 | 8/31/18 | 201820921594 | 8/13/18 | $8,264.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821147915 | 8/19/18 | $73,436.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821155531 | 8/19/18 | $23,109.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821147380 | 8/19/18 | $19,426.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821147788 | 8/19/18 | $19,386.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821115658 | 8/19/18 | $16,091.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821115995 | 8/19/18 | $14,778.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821119645 | 8/19/18 | $12,070.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821115995 | 8/19/18 | $12,011.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821147440 | 8/19/18 | $9,593.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821147574 | 8/19/18 | $3,855.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5349 | $207,233.75 | 9/4/18 | 201821119645 | 8/19/18 | $3,473.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5350 | $35,765.60 | 9/6/18 | 201821155632 | 8/19/18 | $35,765.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5351 | $44,408.45 | 9/11/18 | 201820033723 | 7/2/18 | $108.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5351 | $44,408.45 | 9/11/18 | 201821336977 | 8/27/18 | $44,300.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5352 | $233,666.65 | 9/14/18 | 201821490893 | 9/3/18 | $190,332.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5352 | $233,666.65 | 9/14/18 | 201821492813 | 9/3/18 | $21,580.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5352 | $233,666.65 | 9/14/18 | 201821490955 | 9/3/18 | $17,594.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5352 | $233,666.65 | 9/14/18 | 201821492813 | 9/3/18 | $4,159.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5378 | $40,453.95 | 9/18/18 | 201821193049 | 8/19/18 | $10,296.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5378 | $40,453.95 | 9/18/18 | 201821155413 | 8/19/18 | $9,903.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5378 | $40,453.95 | 9/18/18 | 201821283020 | 8/19/18 | $9,755.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5378 | $40,453.95 | 9/18/18 | 201821155784 | 8/19/18 | $8,849.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5378 | $40,453.95 | 9/18/18 | 201821193049 | 8/19/18 | $1,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5353 | $24,684.60 | 9/19/18 | 201821336442 | 8/27/18 | $5,614.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5353 | $24,684.60 | 9/19/18 | 201821336442 | 8/27/18 | $3,028.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5353 | $24,684.60 | 9/19/18 | 201821490789 | 9/3/18 | $16,041.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5354 | $48,081.60 | 9/20/18 | 201821630843 | 9/9/18 | $20,259.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5354 | $48,081.60 | 9/20/18 | 201821630549 | 9/9/18 | $16,618.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5354 | $48,081.60 | 9/20/18 | 201821630843 | 9/9/18 | $11,203.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821568638 | 9/9/18 | $144,027.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821626792 | 9/9/18 | $52,455.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821568946 | 9/9/18 | $25,316.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821627156 | 9/9/18 | $22,463.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821569508 | 9/9/18 | $22,456.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821627482 | 9/9/18 | $15,637.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821569290 | 9/9/18 | $14,067.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5355 | $298,207.84 | 9/21/18 | 201821569215 | 9/9/18 | $1,784.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5356 | $11,185.80 | 9/24/18 | 201821155858 | 8/19/18 | $11,185.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5357 | $51,684.15 | 9/27/18 | 201821491658 | 9/3/18 | $22,380.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5357 | $51,684.15 | 9/27/18 | 201821491658 | 9/3/18 | $15,654.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5357 | $51,684.15 | 9/27/18 | 201821568185 | 9/9/18 | $8,981.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5357 | $51,684.15 | 9/27/18 | 201821568185 | 9/9/18 | $4,668.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5358 | $181,906.13 | 10/3/18 | 201821818136 | 9/16/18 | $166,209.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5358 | $181,906.13 | 10/3/18 | 201821822940 | 9/16/18 | $11,484.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5358 | $181,906.13 | 10/3/18 | 201821817734 | 9/16/18 | $4,212.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821823027 | 9/16/18 | $33,565.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821816755 | 9/16/18 | $27,588.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821816755 | 9/16/18 | $16,176.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821817887 | 9/16/18 | $3,893.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821817887 | 9/16/18 | $2,255.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821997714 | 9/23/18 | $75,999.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201822120680 | 9/23/18 | $16,886.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201822120680 | 9/23/18 | $9,498.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821969183 | 9/23/18 | $8,991.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821971637 | 9/23/18 | $7,882.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821971637 | 9/23/18 | $7,441.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201822051211 | 9/23/18 | $6,542.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-5359 | $221,419.30 | 10/9/18 | 201821968530 | 9/23/18 | $4,697.55 |

Totals:    23 transfer(s),  $2,628,895.34