| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | | **Smittys Supply Inc.** | | | | | |
| Bankruptcy Case | | **Sears Holding Corporation, et al.** | | | | | |
| Preference Period: | | **Jul 17, 2018 - Oct 15, 2018** | | | | | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 842450 | 5/23/18 | $5,335.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 8448584 | 5/30/18 | $13,039.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 844570 | 5/30/18 | $3,670.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 844572 | 5/31/18 | $4,281.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 3861074892 | 5/31/18 | -$7.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 846651 | 6/6/18 | $12,417.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 846589 | 6/6/18 | $6,167.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 846637 | 6/6/18 | $5,112.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 7767022778 | 6/22/18 | -$18.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 4355017462 | 6/25/18 | -$2.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 8361AD070118A83 | 6/29/18 | -$0.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 9746029089 | 6/29/18 | -$5.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 3722023780 | 6/29/18 | -$8.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 8361AD070118A84 | 6/29/18 | -$68.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 3982020417 | 6/30/18 | -$0.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 4726030302 | 7/2/18 | -$17.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 3884020045 | 7/3/18 | -$0.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 4206023380 | 7/3/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 7229019229 | 7/5/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980794 | $49,865.54 | 7/18/18 | 9746029108 | 7/5/18 | -$18.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 7415026273 | 5/10/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 846667 | 6/6/18 | $14,487.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 846593 | 6/6/18 | $5,152.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 846580 | 6/6/18 | $2,950.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3136019712 | 6/22/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 4858046071 | 7/6/18 | -$0.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3380035058 | 7/6/18 | -$19.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 8361AD070818A28 | 7/6/18 | -$22.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3056031019 | 7/7/18 | -$7.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3415033717 | 7/7/18 | -$7.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3499020462 | 7/9/18 | -$1.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 4054047173 | 7/9/18 | -$10.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3412034171 | 7/10/18 | -$1.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3499020467 | 7/10/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 3040042992 | 7/12/18 | -$0.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984122 | $22,489.49 | 7/25/18 | 7756014209 | 7/12/18 | -$5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 848916 | 6/15/18 | $12,163.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 845843 | 6/15/18 | $165.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 848960 | 6/17/18 | $9,367.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 848887 | 6/17/18 | $4,960.91 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 848952 | 6/17/18 | $4,659.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 848907 | 6/17/18 | $3,535.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 848925 | 6/17/18 | $2,291.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 847200 | 6/17/18 | $591.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 847198 | 6/17/18 | $60.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 850245 | 6/20/18 | $3,968.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 850144 | 6/20/18 | $3,149.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 850258 | 6/20/18 | $1,797.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3873019364 | 7/11/18 | -$0.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 9348034096 | 7/12/18 | -$0.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 7788028914 | 7/12/18 | -$1.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 4762028015 | 7/12/18 | -$18.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3839021243 | 7/12/18 | -$19.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043017 | 7/13/18 | -$0.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 8361AD071518A02 | 7/13/18 | -$6.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 9746029149 | 7/13/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3582024615 | 7/13/18 | -$8.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3737034460 | 7/13/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | VPLB990101588 | 7/13/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 9746029160 | 7/14/18 | -$7.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3175021249 | 7/15/18 | -$3.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3393019852 | 7/15/18 | -$7.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 4453017502 | 7/16/18 | -$7.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043047 | 7/16/18 | -$8.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3911028840 | 7/16/18 | -$22.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043092 | 7/17/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043120 | 7/17/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043113 | 7/17/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043107 | 7/17/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043099 | 7/17/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 3040043127 | 7/17/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987550 | $46,471.25 | 8/1/18 | 9348034135 | 7/19/18 | -$0.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 850281 | 6/20/18 | $12,981.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 850277 | 6/20/18 | $9,133.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 850220 | 6/21/18 | $4,618.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 852243 | 6/26/18 | $17,347.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 852227 | 6/26/18 | $3,679.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 852248 | 6/27/18 | $12,982.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 852214 | 6/27/18 | $7,329.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 852205 | 6/27/18 | $5,140.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 4010028766 | 7/12/18 | -$0.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | VPLB990101594 | 7/17/18 | -$81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 7390038546 | 7/19/18 | -$0.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 9551031524 | 7/19/18 | -$2.31 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 3941033458 | 7/19/18 | -$19.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 7147046001 | 7/20/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 7035012443 | 7/20/18 | -$6.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 4726030319 | 7/20/18 | -$7.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 8361AD072218A14 | 7/20/18 | -$13.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | VPASN993117254 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | VPASN993117576 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 3820016275 | 7/23/18 | -$7.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 7255038835 | 7/23/18 | -$8.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 4129022126 | 7/24/18 | -$1.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 9274017125 | 7/24/18 | -$1.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 7329027389 | 7/24/18 | -$1.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 3501034093 | 7/24/18 | -$24.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 3225013097 | 7/25/18 | -$0.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991057 | $72,723.88 | 8/10/18 | 7195058949 | 7/25/18 | -$10.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 3155028373 | 5/26/18 | -$18.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 4455027729 | 6/22/18 | -$1.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 852253 | 6/28/18 | $5,541.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 854707 | 7/4/18 | $16,896.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 854720 | 7/4/18 | $5,625.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 854704 | 7/4/18 | $3,249.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 4857032731 | 7/23/18 | -$1.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | VPLB990101632 | 7/26/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7653036448 | 7/27/18 | -$0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7289042002 | 7/27/18 | -$2.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7034032719 | 7/27/18 | -$7.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7653036454 | 7/27/18 | -$8.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 8361AD072918A29 | 7/27/18 | -$12.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 4064036427 | 7/28/18 | -$5.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 3592054534 | 7/28/18 | -$7.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 3737034484 | 7/30/18 | -$7.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7034032723 | 7/30/18 | -$16.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7741058206 | 7/31/18 | -$0.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 9520020571 | 7/31/18 | -$7.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 4047095655 | 7/31/18 | -$7.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 4457032173 | 7/31/18 | -$8.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995209 | $31,144.99 | 8/17/18 | 7042013311 | 8/1/18 | -$5.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 854732 | 7/4/18 | $5,114.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 854994 | 7/4/18 | $439.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 854997 | 7/4/18 | $337.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 854716 | 7/8/18 | $19,934.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 856322 | 7/11/18 | $14,309.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 856289 | 7/11/18 | $5,438.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 856300 | 7/11/18 | $4,462.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 856283 | 7/11/18 | $2,291.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | VPLB990101638 | 8/1/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | VPLB990101647 | 8/1/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 3990024166 | 8/2/18 | -$2.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 3982020550 | 8/2/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 3884020101 | 8/3/18 | -$7.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 8361AD080518A46 | 8/3/18 | -$18.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 3954018779 | 8/6/18 | -$9.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 4809035574 | 8/6/18 | -$12.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 9662038924 | 8/7/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 9797026351 | 8/7/18 | -$2.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 7274012818 | 8/7/18 | -$2.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 3748027700 | 8/7/18 | -$3.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 3873019423 | 8/7/18 | -$58.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 4732061529 | 8/8/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 7752047893 | 8/9/18 | -$0.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 7619052316 | 8/9/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998684 | $52,102.28 | 8/28/18 | 4858046162 | 8/9/18 | -$3.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 854700 | 7/4/18 | $6,040.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 856321 | 7/12/18 | $5,950.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 856305 | 7/15/18 | $17,422.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 858042 | 7/18/18 | $15,781.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 858036 | 7/18/18 | $10,637.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 858047 | 7/18/18 | $2,134.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 857663 | 7/18/18 | $992.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 857693 | 7/18/18 | $343.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 857685 | 7/18/18 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 9614026852 | 8/7/18 | -$29.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 4457032200 | 8/8/18 | -$1.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 3941033482 | 8/9/18 | -$0.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 4206023459 | 8/10/18 | -$0.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 9693011509 | 8/10/18 | -$6.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 8361AD081218AZ4 | 8/10/18 | -$11.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 9255030649 | 8/11/18 | -$1.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 4713032574 | 8/11/18 | -$1.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 3748027707 | 8/11/18 | -$3.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 4741026737 | 8/13/18 | -$5.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 7192034932 | 8/14/18 | -$7.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002177 | $59,431.17 | 9/4/18 | 4494044669 | 8/14/18 | -$7.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 858051 | 7/19/18 | $4,571.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 858030 | 7/19/18 | $4,386.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 858044 | 7/19/18 | $4,147.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 857689 | 7/19/18 | $405.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 857684 | 7/19/18 | $361.46 |

Smittys Supply Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 854998 | 7/19/18 | $357.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 857682 | 7/19/18 | $329.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 859717 | 7/25/18 | $15,316.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 859593 | 7/25/18 | $11,107.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 859585 | 7/25/18 | $5,084.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 859560 | 7/25/18 | $2,423.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 4123036171 | 8/17/18 | -$1.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 8361AD081918AT3 | 8/17/18 | -$4.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 3737034517 | 8/17/18 | -$33.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 9746029284 | 8/18/18 | -$0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | VPASN993119379 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | VPASN993119380 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | VPASN993119381 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 9423039930 | 8/20/18 | -$0.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 3056031113 | 8/21/18 | -$1.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005584 | $47,994.49 | 9/11/18 | 9423039943 | 8/23/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 859712 | 7/26/18 | $8,122.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 859566 | 7/28/18 | $20,614.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 861646 | 7/31/18 | $4,634.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 861637 | 7/31/18 | $4,296.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 861625 | 7/31/18 | $2,791.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 4128030323 | 8/22/18 | -$19.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 3842028909 | 8/24/18 | -$0.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 3582024697 | 8/24/18 | -$2.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 3818053288 | 8/24/18 | -$22.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 8361AD082618A68 | 8/24/18 | -$27.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 3415033810 | 8/25/18 | -$4.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | VPASN993119715 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | VPASN993119714 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | VPASN993119713 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 7676016480 | 8/27/18 | -$0.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 4206023498 | 8/27/18 | -$3.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 9746029311 | 8/28/18 | -$0.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 3882064794 | 8/29/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 4423030333 | 8/29/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 7713028517 | 8/30/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009270 | $39,918.53 | 9/18/18 | 3737034538 | 8/30/18 | -$7.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 861649 | 7/31/18 | $1,959.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 863543 | 8/8/18 | $860.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 863535 | 8/9/18 | $4,220.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3972089870 | 8/10/18 | -$6.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 7195059106 | 8/22/18 | -$0.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 4713032590 | 8/27/18 | -$0.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3412034233 | 8/28/18 | -$1.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 4478044511 | 8/28/18 | -$1.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 4113030946 | 8/28/18 | -$20.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 9030021477 | 8/30/18 | -$0.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3990024259 | 8/30/18 | -$0.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 7756014354 | 8/31/18 | -$3.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 9420055349 | 8/31/18 | -$7.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 8361AD090218A37 | 8/31/18 | -$8.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3592054714 | 9/1/18 | -$1.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3368067034 | 9/2/18 | -$7.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 7653036590 | 9/4/18 | -$0.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 9423040003 | 9/4/18 | -$1.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3882064824 | 9/4/18 | -$8.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 4421040199 | 9/4/18 | -$19.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013164 | $6,940.91 | 9/25/18 | 3954018822 | 9/6/18 | -$8.09 |

Totals:    10 transfer(s),  $429,082.53

**Defendant:** Smittys Supply Inc.

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90936 | $2,068.44 | 7/18/18 | 0000842606 | 6/13/18 | $2,000.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90936 | $2,068.44 | 7/18/18 | 0000847203 | 6/13/18 | $683.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90936 | $2,068.44 | 7/18/18 | 0000844670 | 6/13/18 | $130.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90936 | $2,068.44 | 7/18/18 | 0000509154 | 7/10/18 | -$741.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90936 | $2,068.44 | 7/18/18 | 0000478660 | 7/13/18 | -$4.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93480 | $18,472.02 | 7/23/18 | 0000846477 | 6/6/18 | $17,812.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93480 | $18,472.02 | 7/23/18 | 0000746924 | 6/6/18 | -$4,354.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93480 | $18,472.02 | 7/23/18 | 0000844494 | 6/17/18 | $2,248.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93480 | $18,472.02 | 7/23/18 | 0000842611 | 6/17/18 | $2,116.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93480 | $18,472.02 | 7/23/18 | 0000844504 | 6/17/18 | $324.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93480 | $18,472.02 | 7/23/18 | 0000847900 | 6/17/18 | $324.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95078 | $7,742.06 | 7/25/18 | 0000850102 | 6/20/18 | $4,879.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95078 | $7,742.06 | 7/25/18 | 0000850105 | 6/20/18 | $1,268.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95078 | $7,742.06 | 7/25/18 | 0000850091 | 6/20/18 | $1,075.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95078 | $7,742.06 | 7/25/18 | 0000850098 | 6/20/18 | $519.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95913 | $2,421.12 | 7/26/18 | 0000848645 | 6/21/18 | $2,421.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96456 | $455.71 | 7/27/18 | 0000847897 | 6/17/18 | $162.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96456 | $455.71 | 7/27/18 | 0000844656 | 6/22/18 | $293.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98357 | $507.50 | 7/31/18 | 0000853568 | 6/26/18 | $507.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99049 | $1,664.59 | 8/1/18 | 0000850401 | 6/27/18 | $889.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99049 | $1,664.59 | 8/1/18 | 0000848647 | 6/27/18 | $786.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99049 | $1,664.59 | 8/1/18 | 0000489060 | 7/27/18 | -$11.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01449 | $21,292.69 | 8/6/18 | 0000844485 | 6/17/18 | $2,020.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01449 | $21,292.69 | 8/6/18 | 0000748625 | 6/17/18 | -$173.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01449 | $21,292.69 | 8/6/18 | 0000853566 | 6/30/18 | $9,405.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01449 | $21,292.69 | 8/6/18 | 0000853563 | 6/30/18 | $6,090.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01449 | $21,292.69 | 8/6/18 | 0000848640 | 6/30/18 | $2,172.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01449 | $21,292.69 | 8/6/18 | 0000850404 | 6/30/18 | $1,777.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02200 | $2,237.04 | 8/7/18 | 0000844489 | 6/17/18 | $2,410.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02200 | $2,237.04 | 8/7/18 | 0000748656 | 6/17/18 | -$173.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854243 | 7/4/18 | $4,184.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854248 | 7/4/18 | $1,771.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854235 | 7/4/18 | $818.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854245 | 7/4/18 | $522.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854251 | 7/4/18 | $496.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854252 | 7/4/18 | $496.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854250 | 7/4/18 | $496.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854693 | 7/4/18 | $318.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000854691 | 7/4/18 | $93.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02910 | $9,191.06 | 8/8/18 | 0000493109 | 8/3/18 | -$6.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000855184 | 7/11/18 | $3,335.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000855175 | 7/11/18 | $2,714.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000855192 | 7/11/18 | $1,901.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000855188 | 7/11/18 | $1,596.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000609106 | 8/7/18 | -$391.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000609180 | 8/7/18 | -$774.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000604394 | 8/7/18 | -$1,570.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06862 | $6,798.96 | 8/15/18 | 0000498980 | 8/10/18 | -$11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07679 | $2,830.27 | 8/16/18 | 0000855179 | 7/12/18 | $2,830.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10916 | $3,104.97 | 8/22/18 | 0000858076 | 7/18/18 | $3,104.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11603 | $825.07 | 8/23/18 | 0000847896 | 6/17/18 | $324.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11603 | $825.07 | 8/23/18 | 0000750998 | 6/17/18 | -$334.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11603 | $825.07 | 8/23/18 | 0000858077 | 7/19/18 | $835.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13342 | $3,035.71 | 8/27/18 | 0000853083 | 7/21/18 | $2,020.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13342 | $3,035.71 | 8/27/18 | 0000859107 | 7/21/18 | $1,015.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000853082 | 7/25/18 | $2,020.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000858064 | 7/25/18 | $1,191.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000859743 | 7/25/18 | $1,182.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000858061 | 7/25/18 | $496.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000858052 | 7/25/18 | $488.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000858062 | 7/25/18 | $488.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14936 | $6,358.11 | 8/29/18 | 0000860159 | 7/25/18 | $488.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15723 | $4,895.00 | 8/30/18 | 0000853073 | 7/26/18 | $2,020.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15723 | $4,895.00 | 8/30/18 | 0000859110 | 7/26/18 | $1,691.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15723 | $4,895.00 | 8/30/18 | 0000859744 | 7/26/18 | $1,182.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17352 | $5,285.82 | 9/4/18 | 0000853085 | 7/21/18 | $2,020.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17352 | $5,285.82 | 9/4/18 | 0000752239 | 7/21/18 | -$173.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17352 | $5,285.82 | 9/4/18 | 0000861579 | 7/31/18 | $1,804.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17352 | $5,285.82 | 9/4/18 | 0000862102 | 7/31/18 | $1,115.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17352 | $5,285.82 | 9/4/18 | 0000861575 | 7/31/18 | $519.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18958 | $14,175.56 | 9/6/18 | 0000853076 | 7/25/18 | $4,041.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18958 | $14,175.56 | 9/6/18 | 0000753162 | 7/25/18 | -$173.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18958 | $14,175.56 | 9/6/18 | 0000861584 | 8/2/18 | $7,579.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18958 | $14,175.56 | 9/6/18 | 0000861577 | 8/2/18 | $2,727.78 |

Totals:     19 transfer(s),  $113,361.70