| Defendant: | **Star Bright Int'l Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-26479 | $45,254.60 | 7/18/18 | 201819345506 | 7/3/18 | $36,504.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26479 | $45,254.60 | 7/18/18 | 201819345506 | 7/3/18 | $8,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819707311 | 8/6/18 | $59,935.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819707311 | 8/6/18 | $57,801.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819707311 | 8/6/18 | $56,681.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819707311 | 8/6/18 | $38,848.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819707311 | 8/6/18 | $38,494.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819365300 | 8/6/18 | $4,089.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819707311 | 8/6/18 | $2,446.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26480 | $259,046.40 | 8/30/18 | 201819365300 | 8/6/18 | $748.78 |

Totals:    2 transfer(s),  $304,301.00

Defendant: **Star Bright Int'l Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9901 | $4,380.77 | 8/30/18 | 201819708533 | 8/6/18 | $1,510.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9901 | $4,380.77 | 8/30/18 | 201819708533 | 8/6/18 | $1,332.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9901 | $4,380.77 | 8/30/18 | 201819708533 | 8/6/18 | $952.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9901 | $4,380.77 | 8/30/18 | 201819708533 | 8/6/18 | $585.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9902 | $149,356.27 | 9/4/18 | 201820291929 | 8/13/18 | $46,584.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9902 | $149,356.27 | 9/4/18 | 201820291929 | 8/13/18 | $37,087.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9902 | $149,356.27 | 9/4/18 | 201820291929 | 8/13/18 | $33,766.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9902 | $149,356.27 | 9/4/18 | 201820844406 | 8/13/18 | $27,892.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9902 | $149,356.27 | 9/4/18 | 201820291929 | 8/13/18 | $4,026.15 |

Totals:    2 transfer(s),  $153,737.04