Defendant: **Styletex Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27429 | $42,930.50 | 8/1/18 | 201819540526 | 6/20/18 | $42,930.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27430 | $69,082.88 | 8/30/18 | 201820399476 | 7/17/18 | $60,892.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27430 | $69,082.88 | 8/30/18 | 201820399476 | 7/17/18 | $8,190.82 |

Totals:    2 transfer(s),  $112,013.38

| Defendant: | **Styletex Limited** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9125 | $35,863.67 | 8/1/18 | 201819540603 | 6/20/18 | $35,863.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9126 | $36,390.61 | 8/8/18 | 201819540801 | 6/27/18 | $36,390.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9127 | $108,248.55 | 8/24/18 | 201819775554 | 7/11/18 | $51,752.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9127 | $108,248.55 | 8/24/18 | 201819775554 | 7/11/18 | $33,316.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9127 | $108,248.55 | 8/24/18 | 201819775554 | 7/11/18 | $23,179.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9128 | $62,800.45 | 8/30/18 | 201820638336 | 7/16/18 | $33,059.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9128 | $62,800.45 | 8/30/18 | 201820638336 | 7/16/18 | $27,374.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9128 | $62,800.45 | 8/30/18 | 201820638336 | 7/16/18 | $2,366.98 |

Totals:    4 transfer(s),  $243,303.28