Defendant: **Transport Express, Inc., Dba Transport Xpress**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $22,926.96 | 10/12/18 | O/A | O/A | O/A |
| **Totals:** | 1 transfer(s), $22,926.96 | | | | | | |

**Defendant:** Transport Express, Inc., Dba Transport Xpress
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,257.57 | 7/18/18 | 18061101543 | 6/18/18 | $3,119.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,257.57 | 7/18/18 | 18061000393 | 6/18/18 | $3,015.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,257.57 | 7/18/18 | 18061000411 | 6/18/18 | $2,949.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,257.57 | 7/18/18 | 18061000410 | 6/18/18 | $2,940.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,257.57 | 7/18/18 | 18061000409 | 6/18/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,257.57 | 7/18/18 | 18061101547 | 6/18/18 | $2,320.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061801407 | 6/25/18 | $3,119.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061401897 | 6/25/18 | $3,015.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061700355 | 6/25/18 | $2,955.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061700353 | 6/25/18 | $2,949.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061700381 | 6/25/18 | $2,940.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061401899 | 6/25/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061700347 | 6/25/18 | $2,750.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 7/25/18 | 18061801412 | 6/25/18 | $2,320.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,015.18 | 7/26/18 | 18061700377 | 6/26/18 | $3,015.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,439.12 | 7/27/18 | 18061901748 | 6/27/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,439.12 | 7/27/18 | 18061700488 | 6/28/18 | $2,949.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,439.12 | 7/27/18 | 18061700352 | 6/28/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,439.12 | 7/27/18 | 18062101476 | 6/28/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,439.12 | 7/27/18 | 18061700486 | 6/28/18 | $2,750.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062501587 | 6/29/18 | $3,119.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062400357 | 6/29/18 | $3,015.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062400375 | 6/29/18 | $2,955.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062400362 | 6/29/18 | $2,949.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062400376 | 6/29/18 | $2,940.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062400370 | 6/29/18 | $2,750.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,049.71 | 7/30/18 | 18062501593 | 6/29/18 | $2,320.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,913.23 | 8/1/18 | 18062601684 | 7/2/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,949.21 | 8/3/18 | 18062400361 | 7/4/18 | $2,949.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18070100412 | 7/6/18 | $3,119.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18062801574 | 7/6/18 | $3,015.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18062801610 | 7/6/18 | $2,955.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18062701804 | 7/6/18 | $2,949.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18062801611 | 7/6/18 | $2,940.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18062801589 | 7/6/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18062801605 | 7/6/18 | $2,750.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,962.94 | 8/6/18 | 18070100403 | 7/6/18 | $2,320.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,913.23 | 8/9/18 | 18070201833 | 7/10/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,837.72 | 8/13/18 | 18070800554 | 7/13/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,837.72 | 8/13/18 | 18070800555 | 7/13/18 | $2,950.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,837.72 | 8/13/18 | 18070501533 | 7/13/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,165.35 | 8/15/18 | 18070901645 | 7/16/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,165.35 | 8/15/18 | 18070800551 | 7/16/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,165.35 | 8/15/18 | 18070800561 | 7/16/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,165.35 | 8/15/18 | 18070800550 | 7/16/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,165.35 | 8/15/18 | 18070901639 | 7/16/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,597.20 | 8/17/18 | 18071201588 | 7/18/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,597.20 | 8/17/18 | 18071500686 | 7/19/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,597.20 | 8/17/18 | 18071500687 | 7/19/18 | $2,950.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,597.20 | 8/17/18 | 18071500682 | 7/19/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,078.11 | 8/20/18 | 18071601683 | 7/20/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,078.11 | 8/20/18 | 18071500681 | 7/20/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,078.11 | 8/20/18 | 18071500694 | 7/20/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,922.42 | 8/23/18 | 18071701919 | 7/24/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,633.92 | 8/24/18 | 18072200526 | 7/26/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,633.92 | 8/24/18 | 18072200514 | 7/26/18 | $2,959.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,633.92 | 8/24/18 | 18072301205 | 7/26/18 | $2,950.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,633.92 | 8/24/18 | 18072200523 | 7/26/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,327.76 | 8/27/18 | 18071601689 | 7/27/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,328.29 | 8/30/18 | 18072301580 | 7/31/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,328.29 | 8/30/18 | 18072200518 | 7/31/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,328.29 | 8/30/18 | 18072200515 | 7/31/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,328.29 | 8/30/18 | 18072401788 | 7/31/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,328.29 | 8/30/18 | 18072301589 | 7/31/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,055.68 | 9/3/18 | 18073001424 | 8/3/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,055.68 | 9/3/18 | 18072900514 | 8/3/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,055.68 | 9/3/18 | 18072900515 | 8/3/18 | $2,950.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,055.68 | 9/3/18 | 18072900511 | 8/3/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,055.68 | 9/3/18 | 18072900512 | 8/3/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,055.68 | 9/3/18 | 18073001436 | 8/3/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,024.97 | 9/5/18 | 18072900507 | 8/6/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,922.42 | 9/6/18 | 18072601492 | 8/7/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,674.78 | 9/10/18 | 18080500520 | 8/10/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,674.78 | 9/10/18 | 18080500521 | 8/10/18 | $2,950.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,674.78 | 9/10/18 | 18080500515 | 8/10/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,405.87 | 9/12/18 | 18080500512 | 8/13/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,405.87 | 9/12/18 | 18080201403 | 8/13/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,405.87 | 9/12/18 | 18080201394 | 8/13/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,405.87 | 9/12/18 | 18080601463 | 8/13/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,947.39 | 9/13/18 | 18080601451 | 8/14/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,947.39 | 9/13/18 | 18080801826 | 8/14/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,922.42 | 9/14/18 | 18080500526 | 8/15/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,674.78 | 9/17/18 | 18081200612 | 8/17/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,674.78 | 9/17/18 | 18081200607 | 8/17/18 | $2,950.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,674.78 | 9/17/18 | 18081200603 | 8/17/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,078.11 | 9/19/18 | 18080901493 | 8/20/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,078.11 | 9/19/18 | 18081200610 | 8/20/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,078.11 | 9/19/18 | 18081200599 | 8/20/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,327.76 | 9/20/18 | 18081301435 | 8/21/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,727.92 | 9/21/18 | 18081301427 | 8/22/18 | $3,130.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,727.92 | 9/21/18 | 18081900650 | 8/23/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,727.92 | 9/21/18 | 18081900651 | 8/23/18 | $2,950.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,727.92 | 9/21/18 | 18081601319 | 8/23/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,727.92 | 9/21/18 | 18081900638 | 8/23/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,327.76 | 9/24/18 | 18082001410 | 8/24/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,947.39 | 9/26/18 | 18081900647 | 8/27/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,947.39 | 9/26/18 | 18081900657 | 8/27/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,837.72 | 10/1/18 | 18082600585 | 8/31/18 | $2,965.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,837.72 | 10/1/18 | 18082600586 | 8/31/18 | $2,950.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,837.72 | 10/1/18 | 18082301421 | 8/31/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,034.63 | 10/3/18 | 18082600576 | 9/3/18 | $3,024.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,034.63 | 10/3/18 | 18082600592 | 9/3/18 | $2,922.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,034.63 | 10/3/18 | 18082600583 | 9/3/18 | $2,759.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,034.63 | 10/3/18 | 18082701476 | 9/3/18 | $2,327.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,955.15 | 10/8/18 | 18083001738 | 9/7/18 | $2,955.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,145.35 | 10/10/18 | 18090300317 | 9/10/18 | $3,119.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,145.35 | 10/10/18 | 18083001741 | 9/10/18 | $3,015.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,145.35 | 10/10/18 | 18083001747 | 9/10/18 | $2,940.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,145.35 | 10/10/18 | 18083001739 | 9/10/18 | $2,750.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,145.35 | 10/10/18 | 18090300342 | 9/10/18 | $2,320.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,781.61 | 10/12/18 | 18090501495 | 9/11/18 | $2,955.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,781.61 | 10/12/18 | 18090401674 | 9/11/18 | $2,913.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,781.61 | 10/12/18 | 18090601548 | 9/13/18 | $2,913.23 |

Totals:    35 transfer(s),  $325,145.61