Defendant: **The Asean Corporation Limited**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-19044 | $4,465.72 | 7/27/18 | 201819307614 | 6/29/18 | $4,465.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19045 | $8,786.08 | 8/10/18 | 201819975438 | 7/14/18 | $2,496.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19045 | $8,786.08 | 8/10/18 | 201820107422 | 7/14/18 | $2,126.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19045 | $8,786.08 | 8/10/18 | 201819975438 | 7/14/18 | $2,075.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19045 | $8,786.08 | 8/10/18 | 201819975438 | 7/14/18 | $1,093.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19045 | $8,786.08 | 8/10/18 | 201819975438 | 7/14/18 | $994.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19046 | $6,785.10 | 8/16/18 | 201819343148 | 6/29/18 | $5,715.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19046 | $6,785.10 | 8/16/18 | 201819343211 | 7/7/18 | $1,069.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19047 | $46,850.50 | 8/21/18 | 201819975852 | 7/20/18 | $11,178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19047 | $46,850.50 | 8/21/18 | 201819975852 | 7/20/18 | $8,991.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19047 | $46,850.50 | 8/21/18 | 201820107552 | 7/20/18 | $7,848.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19047 | $46,850.50 | 8/21/18 | 201819975852 | 7/20/18 | $6,086.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19047 | $46,850.50 | 8/21/18 | 201819975852 | 7/20/18 | $2,187.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19047 | $46,850.50 | 8/21/18 | 201820486546 | 7/21/18 | $10,558.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19048 | $6,879.57 | 8/23/18 | 201820629129 | 7/25/18 | $6,879.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19049 | $35,541.94 | 8/30/18 | 201820681908 | 7/29/18 | $6,298.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19049 | $35,541.94 | 8/30/18 | 201820681908 | 7/29/18 | $5,370.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19049 | $35,541.94 | 8/30/18 | 201820534906 | 7/30/18 | $10,612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19049 | $35,541.94 | 8/30/18 | 201820534906 | 7/30/18 | $8,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19049 | $35,541.94 | 8/30/18 | 201820682065 | 7/30/18 | $2,269.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19049 | $35,541.94 | 8/30/18 | 201820682065 | 7/30/18 | $2,065.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19050 | $20,230.55 | 9/7/18 | 201820535124 | 8/8/18 | $11,531.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19050 | $20,230.55 | 9/7/18 | 201820535124 | 8/8/18 | $8,699.30 |

**Totals:** **7 transfer(s), $129,539.46**

Defendant: **The Asean Corporation Limited**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1944 | $283,447.66 | 7/25/18 | 201819497514 | 6/27/18 | $75,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1944 | $283,447.66 | 7/25/18 | 201819497514 | 6/27/18 | $75,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1944 | $283,447.66 | 7/25/18 | 201819497514 | 6/27/18 | $67,875.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1944 | $283,447.66 | 7/25/18 | 201819497514 | 6/27/18 | $64,072.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1945 | $86,144.77 | 7/26/18 | 201819580954 | 6/28/18 | $32,629.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1945 | $86,144.77 | 7/26/18 | 201819580954 | 6/28/18 | $29,215.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1945 | $86,144.77 | 7/26/18 | 201819580954 | 6/28/18 | $24,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1946 | $40,618.04 | 8/2/18 | 201819661191 | 7/6/18 | $37,651.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1946 | $40,618.04 | 8/2/18 | 201819661191 | 7/6/18 | $2,966.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820239188 | 7/11/18 | $71,421.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820239188 | 7/11/18 | $66,336.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820311395 | 7/11/18 | $65,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820311395 | 7/11/18 | $65,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820288439 | 7/11/18 | $49,693.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820239188 | 7/11/18 | $11,900.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820239188 | 7/11/18 | $10,634.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820239188 | 7/11/18 | $2,025.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1947 | $342,971.95 | 8/8/18 | 201820239188 | 7/11/18 | $759.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1948 | $33,706.65 | 8/9/18 | 201819831302 | 7/12/18 | $33,706.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1949 | $13,918.74 | 8/15/18 | 201820114430 | 7/11/18 | $13,918.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1950 | $49,752.20 | 8/16/18 | 201820650355 | 7/18/18 | $13,291.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1950 | $49,752.20 | 8/16/18 | 201820650355 | 7/18/18 | $11,188.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1950 | $49,752.20 | 8/16/18 | 201820338192 | 7/18/18 | $8,658.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1950 | $49,752.20 | 8/16/18 | 201820650355 | 7/18/18 | $8,562.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1950 | $49,752.20 | 8/16/18 | 201820338192 | 7/18/18 | $7,385.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1950 | $49,752.20 | 8/16/18 | 201820338192 | 7/18/18 | $666.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820535920 | 7/18/18 | $96,087.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820535920 | 7/18/18 | $76,687.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820337065 | 7/18/18 | $26,664.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820337065 | 7/18/18 | $19,392.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820289337 | 7/18/18 | $18,975.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820289337 | 7/18/18 | $9,665.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1951 | $251,124.17 | 8/17/18 | 201820289337 | 7/18/18 | $3,652.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1952 | $64,264.71 | 8/27/18 | 201819976430 | 7/26/18 | $33,904.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1952 | $64,264.71 | 8/27/18 | 201819976430 | 7/26/18 | $30,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820356680 | 7/28/18 | $42,818.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820356680 | 7/28/18 | $38,225.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820356680 | 7/28/18 | $32,016.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820679140 | 7/31/18 | $83,307.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820679140 | 7/31/18 | $46,979.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820847073 | 7/31/18 | $16,665.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1953 | $261,575.16 | 8/30/18 | 201820847073 | 7/31/18 | $1,562.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1954 | $79,962.51 | 9/4/18 | 201820541366 | 8/2/18 | $20,815.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1954 | $79,962.51 | 9/4/18 | 201820541366 | 8/2/18 | $18,054.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1954 | $79,962.51 | 9/4/18 | 201820224643 | 8/5/18 | $41,093.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1955 | $65,188.64 | 9/6/18 | 201820679620 | 8/7/18 | $32,780.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1955 | $65,188.64 | 9/6/18 | 201820679620 | 8/7/18 | $32,408.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1956 | $35,720.14 | 9/14/18 | 201820481211 | 8/15/18 | $35,720.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1957 | $68,991.04 | 9/17/18 | 201820928706 | 8/16/18 | $35,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1957 | $68,991.04 | 9/17/18 | 201820682156 | 8/16/18 | $15,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1957 | $68,991.04 | 9/17/18 | 201820682156 | 8/16/18 | $13,062.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1957 | $68,991.04 | 9/17/18 | 201820771679 | 8/16/18 | $5,019.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821066803 | 8/22/18 | $45,177.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $38,018.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $31,875.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $28,912.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $24,738.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821066803 | 8/22/18 | $22,588.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $18,228.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $15,877.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821066803 | 8/22/18 | $13,455.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821066986 | 8/22/18 | $9,324.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $7,812.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $7,681.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $6,900.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821097982 | 8/22/18 | $3,906.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1958 | $275,309.13 | 9/21/18 | 201821015569 | 8/22/18 | $813.63 |

**Totals:** **15 transfer(s), $1,952,695.51**