Defendant: Water Inc.
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268221 | 6/25/18 | $2,977.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268220 | 6/25/18 | $2,452.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268194 | 6/25/18 | $184.69 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268391 | 6/27/18 | $3,266.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268393 | 6/27/18 | $2,975.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268412 | 6/27/18 | $1,797.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268365 | 6/27/18 | $175.73 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913868 | $18,996.42 | 7/20/18 | 1268484 | 6/28/18 | $5,169.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913971 | $12,845.07 | 7/27/18 | 1268420 | 6/28/18 | $12,052.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913971 | $12,845.07 | 7/27/18 | 1268678 | 7/3/18 | $379.79 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913971 | $12,845.07 | 7/27/18 | 1268674 | 7/3/18 | $207.08 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913971 | $12,845.07 | 7/27/18 | 1268698 | 7/3/18 | $206.20 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914084 | $6,428.00 | 8/3/18 | 1269103 | 7/12/18 | $3,906.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914084 | $6,428.00 | 8/3/18 | 1269102 | 7/12/18 | $2,522.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914193 | $8,383.95 | 8/10/18 | 1267572 | 6/13/18 | $5,569.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914193 | $8,383.95 | 8/10/18 | 1269264 | 7/16/18 | $152.46 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914193 | $8,383.95 | 8/10/18 | 1269377 | 7/18/18 | $1,111.90 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914193 | $8,383.95 | 8/10/18 | 1269366 | 7/18/18 | $944.83 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914193 | $8,383.95 | 8/10/18 | 1269356 | 7/18/18 | $117.06 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914193 | $8,383.95 | 8/10/18 | 1269696 | 7/20/18 | $488.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914318 | $9,351.90 | 8/17/18 | 1268421 | 6/28/18 | $146.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914318 | $9,351.90 | 8/17/18 | 1269712 | 7/20/18 | $239.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914318 | $9,351.90 | 8/17/18 | 1269742 | 7/23/18 | $435.46 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914318 | $9,351.90 | 8/17/18 | 1269963 | 7/25/18 | $5,499.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914318 | $9,351.90 | 8/17/18 | 1269964 | 7/25/18 | $2,733.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914318 | $9,351.90 | 8/17/18 | 1269945 | 7/25/18 | $299.34 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914427 | $188.58 | 8/24/18 | 1270237 | 7/31/18 | $188.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270375 | 8/1/18 | $7,473.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270370 | 8/1/18 | $1,062.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270334 | 8/1/18 | $93.29 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270625 | 8/6/18 | $2,546.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270750 | 8/7/18 | $10,073.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270751 | 8/7/18 | $2,119.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270718 | 8/7/18 | $250.08 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914549 | $23,688.85 | 8/31/18 | 1270654 | 8/7/18 | $72.48 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914658 | $18,413.63 | 9/7/18 | 1270833 | 8/8/18 | $4,017.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914658 | $18,413.63 | 9/7/18 | 1270857 | 8/8/18 | $57.63 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914658 | $18,413.63 | 9/7/18 | 1271200 | 8/13/18 | $5,954.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914658 | $18,413.63 | 9/7/18 | 1271198 | 8/13/18 | $4,715.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914658 | $18,413.63 | 9/7/18 | 1271272 | 8/14/18 | $3,670.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914759 | $4,221.01 | 9/14/18 | 1270773 | 8/8/18 | -$2,522.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914759 | $4,221.01 | 9/14/18 | 1271449 | 8/15/18 | $2,452.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914759 | $4,221.01 | 9/14/18 | 1271387 | 8/15/18 | $411.86 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914759 | $4,221.01 | 9/14/18 | 1271533 | 8/16/18 | $107.15 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914759 | $4,221.01 | 9/14/18 | 1271820 | 8/21/18 | $3,772.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914882 | $196.25 | 9/21/18 | 1272089 | 8/27/18 | $165.83 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914882 | $196.25 | 9/21/18 | 1272089 | 8/27/18 | $30.42 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914971 | $18,883.30 | 9/28/18 | 1272368 | 8/30/18 | $15,078.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914971 | $18,883.30 | 9/28/18 | 1272355 | 8/30/18 | $208.51 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914971 | $18,883.30 | 9/28/18 | 1272521 | 9/4/18 | $3,217.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914971 | $18,883.30 | 9/28/18 | 1272484 | 9/4/18 | $379.79 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915087 | $4,933.87 | 10/9/18 | 1272698 | 9/6/18 | $2,124.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915087 | $4,933.87 | 10/9/18 | 1272856 | 9/10/18 | $263.87 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915087 | $4,933.87 | 10/9/18 | 1272929 | 9/11/18 | $2,546.00 |

Totals:    12 transfer(s),  $126,530.83

Water Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Defendant: **Water Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913885 | $3,218.62 | 7/20/18 | 1267503 | 6/12/18 | -$195.77 |
| StarWest, LLC | StarWest, LLC | 913885 | $3,218.62 | 7/20/18 | 1268288 | 6/26/18 | $2,339.00 |
| StarWest, LLC | StarWest, LLC | 913885 | $3,218.62 | 7/20/18 | 1268362 | 6/27/18 | $754.93 |
| StarWest, LLC | StarWest, LLC | 913885 | $3,218.62 | 7/20/18 | 1268349 | 6/27/18 | $188.61 |
| StarWest, LLC | StarWest, LLC | 913885 | $3,218.62 | 7/20/18 | 1268549 | 6/29/18 | $131.85 |
| StarWest, LLC | StarWest, LLC | 913992 | $822.57 | 7/27/18 | 1268677 | 7/3/18 | $467.25 |
| StarWest, LLC | StarWest, LLC | 913992 | $822.57 | 7/27/18 | 1268807 | 7/5/18 | $355.32 |
| StarWest, LLC | StarWest, LLC | 914103 | $467.46 | 8/3/18 | 1269036 | 7/11/18 | $467.46 |
| StarWest, LLC | StarWest, LLC | 914218 | $436.05 | 8/10/18 | 1269229 | 7/16/18 | $247.00 |
| StarWest, LLC | StarWest, LLC | 914218 | $436.05 | 8/10/18 | 1269370 | 7/18/18 | $189.05 |
| StarWest, LLC | StarWest, LLC | 914301 | $13,474.30 | 8/17/18 | 1270331 | 7/1/18 | $73.71 |
| StarWest, LLC | StarWest, LLC | 914301 | $13,474.30 | 8/17/18 | 1269862 | 7/25/18 | $2,602.00 |
| StarWest, LLC | StarWest, LLC | 914301 | $13,474.30 | 8/17/18 | 1270238 | 7/31/18 | $272.59 |
| StarWest, LLC | StarWest, LLC | 914301 | $13,474.30 | 8/17/18 | 1270436 | 8/2/18 | $5,615.00 |
| StarWest, LLC | StarWest, LLC | 914301 | $13,474.30 | 8/17/18 | 1270748 | 8/7/18 | $4,911.00 |
| StarWest, LLC | StarWest, LLC | 914446 | $409.37 | 8/24/18 | 1270113 | 7/27/18 | $197.23 |
| StarWest, LLC | StarWest, LLC | 914446 | $409.37 | 8/24/18 | 1270103 | 7/27/18 | $106.07 |
| StarWest, LLC | StarWest, LLC | 914446 | $409.37 | 8/24/18 | 1270121 | 7/27/18 | $106.07 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1270440 | 8/2/18 | $5,635.50 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1270738 | 8/7/18 | $488.70 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1270706 | 8/7/18 | $250.08 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1270713 | 8/7/18 | $250.08 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1270685 | 8/7/18 | $98.84 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1271728 | 8/20/18 | $2,105.00 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1271783 | 8/21/18 | $386.64 |
| StarWest, LLC | StarWest, LLC | 914569 | $9,525.34 | 8/31/18 | 1271794 | 8/21/18 | $310.50 |
| StarWest, LLC | StarWest, LLC | 914691 | $254.63 | 9/7/18 | 1271253 | 8/14/18 | $254.63 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1270897 | 8/9/18 | -$36.54 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1270896 | 8/9/18 | -$61.77 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1271243 | 8/14/18 | -$111.36 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1271242 | 8/14/18 | -$113.81 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1271374 | 8/15/18 | -$36.54 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1271373 | 8/15/18 | -$43.71 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1272775 | 9/7/18 | $2,612.00 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1272900 | 9/10/18 | $2,001.00 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1272881 | 9/10/18 | $721.69 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1272855 | 9/10/18 | $250.00 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1273002 | 9/11/18 | $488.70 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1273186 | 9/13/18 | $417.33 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1273334 | 9/14/18 | $431.63 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1273575 | 9/19/18 | $104.11 |
| StarWest, LLC | StarWest, LLC | 915109 | $6,922.18 | 10/9/18 | 1273825 | 9/24/18 | $299.45 |

**Totals:**     9 transfer(s),  $35,530.52