| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Wholesale Interiors Inc. | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6404755000-1 | 6/4/18 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6416895000-1 | 6/4/18 | $151.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6400945000-1 | 6/4/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6414235000-1 | 6/4/18 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6421155000-1 | 6/4/18 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6415645000-1 | 6/4/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6413565000-1 | 6/4/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6450265000-1 | 6/5/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981034 | $763.00 | 7/18/18 | 6446125000-1 | 6/5/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981656 | $277.00 | 7/19/18 | 6464875000-1 | 6/6/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981656 | $277.00 | 7/19/18 | 6466485000-1 | 6/6/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981656 | $277.00 | 7/19/18 | 6460855000-1 | 6/6/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981656 | $277.00 | 7/19/18 | 6465715000-1 | 6/6/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982251 | $113.00 | 7/20/18 | 6469805000-1 | 6/7/18 | $94.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982251 | $113.00 | 7/20/18 | 6473165000-1 | 6/7/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6511305000-1 | 6/11/18 | $228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6520705000-1 | 6/11/18 | $221.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6503675000-1 | 6/11/18 | $143.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6500065000-1 | 6/11/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6522595000-1 | 6/11/18 | $56.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6519955000-1 | 6/11/18 | $56.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6517405000-1 | 6/11/18 | $53.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6529415000-1 | 6/11/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6529935000-1 | 6/11/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6520285000-1 | 6/11/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6500015000-1 | 6/11/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6541285000-1 | 6/12/18 | $137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6538175000-1 | 6/12/18 | $113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6544805000-1 | 6/12/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 6520995000-1 | 6/12/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984383 | $1,187.65 | 7/25/18 | 5378025000-1 | 7/12/18 | -$179.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6557375000-1 | 6/13/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6584265000-1 | 6/15/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6572635000-1 | 6/15/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6591295000-1 | 6/18/18 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6605215000-1 | 6/18/18 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6593975000-1 | 6/18/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6591615000-1 | 6/18/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6593025000-1 | 6/18/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6581965000-1 | 6/18/18 | $56.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6610365000-1 | 6/19/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6621055000-1 | 6/19/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6616135000-1 | 6/19/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 6619685000-1 | 6/19/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 5376355000-1 | 7/13/18 | -$63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 5375535000-1 | 7/13/18 | -$189.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 5378185000-1 | 7/14/18 | -$119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987788 | $725.78 | 8/1/18 | 5377865000-1 | 7/19/18 | -$119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988429 | $326.36 | 8/2/18 | 6625125000-1 | 6/20/18 | $194.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988429 | $326.36 | 8/2/18 | 6630945000-1 | 6/20/18 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989045 | $307.28 | 8/7/18 | 6627855000-1 | 6/21/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989045 | $307.28 | 8/7/18 | 6647775000-1 | 6/21/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989045 | $307.28 | 8/7/18 | 6634855000-1 | 6/21/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989800 | $286.00 | 8/8/18 | 6643595000-1 | 6/22/18 | $113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989800 | $286.00 | 8/8/18 | 6657105000-1 | 6/22/18 | $111.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989800 | $286.00 | 8/8/18 | 6643375000-1 | 6/22/18 | $62.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6658525000-1 | 6/25/18 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6667035000-1 | 6/25/18 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6664085000-1 | 6/25/18 | $129.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6668835000-1 | 6/25/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6700435000-1 | 6/26/18 | $218.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6699625000-1 | 6/26/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 6686975000-1 | 6/26/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991294 | $731.95 | 8/10/18 | 5380535000-1 | 7/26/18 | -$149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991883 | $360.12 | 8/13/18 | 6706385000-1 | 6/27/18 | $126.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991883 | $360.12 | 8/13/18 | 6704895000-1 | 6/27/18 | $126.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991883 | $360.12 | 8/13/18 | 6703875000-1 | 6/27/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 6715875000-1 | 6/28/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 6720805000-1 | 6/29/18 | $126.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 6724865000-1 | 6/29/18 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 6725835000-1 | 6/29/18 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 6737095000-1 | 6/29/18 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 5380795000-1 | 7/30/18 | -$140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993403 | $308.57 | 8/15/18 | 5380005000-1 | 7/31/18 | -$59.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6739085000-1 | 7/2/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6754125000-1 | 7/2/18 | $127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6741445000-1 | 7/2/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6765955000-1 | 7/2/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6739325000-1 | 7/2/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6736685000-1 | 7/2/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6744355000-1 | 7/2/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6742445000-1 | 7/2/18 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6743675000-1 | 7/2/18 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6738765000-1 | 7/2/18 | $43.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6774525000-1 | 7/3/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 6760835000-1 | 7/3/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995547 | $1,084.56 | 8/17/18 | 5383335000-1 | 8/1/18 | -$228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6800675000-1 | 7/5/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6801625000-1 | 7/5/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6798885000-1 | 7/5/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6806225000-1 | 7/5/18 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6784375000-1 | 7/5/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6792665000-1 | 7/5/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6805125000-1 | 7/5/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6801765000-1 | 7/5/18 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6802775000-1 | 7/5/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996806 | $1,230.56 | 8/21/18 | 6803855000-1 | 7/5/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997545 | $518.00 | 8/22/18 | 6807435000-1 | 7/6/18 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997545 | $518.00 | 8/22/18 | 6811885000-1 | 7/6/18 | $221.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6829475000-1 | 7/9/18 | $333.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6845215000-1 | 7/9/18 | $308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6825885000-2 | 7/9/18 | $189.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6830235000-1 | 7/9/18 | $172.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6833475000-1 | 7/9/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6839725000-1 | 7/9/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6850895000-1 | 7/9/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6844535000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6833265000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6820405000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6825885000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6840895000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6851455000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6854225000-1 | 7/9/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6818655000-1 | 7/9/18 | $56.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6818655000-2 | 7/9/18 | $56.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6855245000-1 | 7/9/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6860075000-1 | 7/10/18 | $228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6861595000-1 | 7/10/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6864345000-1 | 7/10/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6862525000-1 | 7/10/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 6853935000-1 | 7/10/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998921 | $2,302.08 | 8/28/18 | 5393075000-1 | 8/9/18 | -$147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999509 | $658.00 | 8/29/18 | 6870225000-1 | 7/11/18 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999509 | $658.00 | 8/29/18 | 6874305000-1 | 7/11/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999509 | $658.00 | 8/29/18 | 6876185000-1 | 7/11/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999509 | $658.00 | 8/29/18 | 6876225000-1 | 7/11/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6886415000-1 | 7/12/18 | $138.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6886845000-1 | 7/12/18 | $137.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6889115000-1 | 7/12/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6886355000-1 | 7/12/18 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6886355000-2 | 7/12/18 | $76.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6893115000-1 | 7/12/18 | $76.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000153 | $683.54 | 8/30/18 | 6789725000-1 | 7/12/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000959 | $265.00 | 8/31/18 | 6895775000-1 | 7/13/18 | $113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000959 | $265.00 | 8/31/18 | 6897115000-1 | 7/13/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000959 | $265.00 | 8/31/18 | 6893835000-1 | 7/13/18 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6910445000-1 | 7/16/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6931075000-1 | 7/16/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6908215000-1 | 7/16/18 | $194.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6925205000-1 | 7/16/18 | $189.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6921395000-1 | 7/16/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6926115000-1 | 7/16/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6919475000-1 | 7/16/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6918295000-1 | 7/16/18 | $137.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6907675000-1 | 7/16/18 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6912425000-1 | 7/16/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6921325000-1 | 7/16/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6932315000-1 | 7/16/18 | $83.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6896885000-1 | 7/16/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6917345000-1 | 7/16/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6917825000-1 | 7/16/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6904005000-1 | 7/16/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6938095000-1 | 7/16/18 | $61.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6927955000-1 | 7/16/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6941865000-1 | 7/17/18 | $176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6937735000-1 | 7/17/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 6942355000-1 | 7/17/18 | $79.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002421 | $2,468.16 | 9/4/18 | 5393555000-1 | 8/16/18 | -$194.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003045 | $560.56 | 9/5/18 | 6960175000-1 | 7/18/18 | $228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003045 | $560.56 | 9/5/18 | 6965125000-1 | 7/18/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003045 | $560.56 | 9/5/18 | 6952675000-1 | 7/18/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003045 | $560.56 | 9/5/18 | 6960755000-1 | 7/18/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003045 | $560.56 | 9/5/18 | 6965205000-1 | 7/18/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003633 | $227.50 | 9/6/18 | 6977445000-1 | 7/19/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003633 | $227.50 | 9/6/18 | 6975225000-1 | 7/19/18 | $56.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003633 | $227.50 | 9/6/18 | 6981415000-1 | 7/19/18 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004409 | $63.28 | 9/7/18 | 6987655000-1 | 7/20/18 | $63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7019225000-1 | 7/23/18 | $221.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7004225000-1 | 7/23/18 | $211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7023295000-1 | 7/23/18 | $137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7005325000-1 | 7/23/18 | $137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7035055000-1 | 7/23/18 | $113.00 |

Wholesale Interiors Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7027305000-1 | 7/23/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7010455000-1 | 7/23/18 | $74.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 6996335000-1 | 7/23/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005808 | $1,099.58 | 9/11/18 | 7014615000-1 | 7/23/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006413 | $706.86 | 9/12/18 | 7042325000-1 | 7/25/18 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006413 | $706.86 | 9/12/18 | 7059015000-1 | 7/25/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006413 | $706.86 | 9/12/18 | 7050025000-1 | 7/25/18 | $137.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006413 | $706.86 | 9/12/18 | 7048495000-1 | 7/25/18 | $113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006413 | $706.86 | 9/12/18 | 7033875000-1 | 7/25/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006413 | $706.86 | 9/12/18 | 7046125000-1 | 7/25/18 | $53.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007082 | $261.00 | 9/13/18 | 7066535000-1 | 7/26/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007889 | $578.56 | 9/14/18 | 1926825 | 4/2/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007889 | $578.56 | 9/14/18 | 7070975000-1 | 7/27/18 | $214.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007889 | $578.56 | 9/14/18 | 7078655000-1 | 7/27/18 | $157.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007889 | $578.56 | 9/14/18 | 7078875000-1 | 7/27/18 | $126.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008642 | $287.00 | 9/17/18 | 1858794 | 2/21/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008642 | $287.00 | 9/17/18 | 1864284 | 2/26/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008642 | $287.00 | 9/17/18 | 1922659 | 3/29/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7117495000-1 | 7/30/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7104555000-1 | 7/30/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7118485000-1 | 7/30/18 | $219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7101785000-1 | 7/30/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7089475000-1 | 7/30/18 | $146.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7087195000-1 | 7/30/18 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7120085000-1 | 7/30/18 | $89.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7085985000-1 | 7/30/18 | $82.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7093485000-1 | 7/30/18 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7085795000-1 | 7/30/18 | $59.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7085895000-1 | 7/30/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7124685000-1 | 7/31/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7121665000-1 | 7/31/18 | $113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009537 | $1,986.27 | 9/18/18 | 7130245000-1 | 7/31/18 | $63.28 |

Totals:    28 transfer(s),    $20,367.22

Defendant: **Wholesale Interiors Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90170 | $98.84 | 7/17/18 | 00003135AA | 6/12/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90170 | $98.84 | 7/17/18 | 00002750AA | 6/12/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91081 | $58.00 | 7/18/18 | 00004280AA | 6/13/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91081 | $58.00 | 7/18/18 | 00004463AA | 6/13/18 | $19.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 00008689AA | 6/14/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 00006018AA | 6/14/18 | $85.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 00003827AA | 6/14/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 00006664AA | 6/14/18 | $74.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 00006150AA | 6/14/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 00007487AA | 6/14/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91928 | $360.74 | 7/19/18 | 0000160092 | 7/16/18 | -$125.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92427 | $416.99 | 7/20/18 | 00008281AA | 6/15/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92427 | $416.99 | 7/20/18 | 00007803AA | 6/15/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92427 | $416.99 | 7/20/18 | 00007945AA | 6/15/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92427 | $416.99 | 7/20/18 | 00007593AA | 6/15/18 | $59.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92427 | $416.99 | 7/20/18 | 00008179AA | 6/15/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92427 | $416.99 | 7/20/18 | 00007762AA | 6/15/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00008816AA | 6/18/18 | $146.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00000159AA | 6/18/18 | $126.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00009296AA | 6/18/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00009906AA | 6/18/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00009865AA | 6/18/18 | $118.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00000182AA | 6/18/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00009964AA | 6/18/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00008938AA | 6/18/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00000342AA | 6/18/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00008918AA | 6/18/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00009417AA | 6/18/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00008935AA | 6/18/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93682 | $1,299.36 | 7/23/18 | 00000012AA | 6/18/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94379 | $456.68 | 7/24/18 | 00003317AA | 6/19/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94379 | $456.68 | 7/24/18 | 00003779AA | 6/19/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94379 | $456.68 | 7/24/18 | 00002740AA | 6/19/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94379 | $456.68 | 7/24/18 | 00003949AA | 6/19/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94379 | $456.68 | 7/24/18 | 00003347AA | 6/19/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00005101AA | 6/20/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00004800AA | 6/20/18 | $126.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00004890AA | 6/20/18 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00005298AA | 6/20/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00004960AA | 6/20/18 | $76.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00004883AA | 6/20/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00005239AA | 6/20/18 | $74.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95217 | $772.82 | 7/25/18 | 00004566AA | 6/20/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96038 | $22.00 | 7/26/18 | 00006429AA | 6/21/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96524 | $152.00 | 7/27/18 | 00008885AA | 6/22/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96524 | $152.00 | 7/27/18 | 00008974AA | 6/22/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96524 | $152.00 | 7/27/18 | 00008257AA | 6/22/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97716 | $396.60 | 7/30/18 | 00000113AA | 6/25/18 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97716 | $396.60 | 7/30/18 | 00000031AA | 6/25/18 | $135.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97716 | $396.60 | 7/30/18 | 00009861AA | 6/25/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97716 | $396.60 | 7/30/18 | 00009945AA | 6/25/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97716 | $396.60 | 7/30/18 | 00009812AA | 6/25/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 00003799AA | 6/26/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 00004696AA | 6/26/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 00006230AA | 6/27/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 00006404AA | 6/27/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 00006391AA | 6/27/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 00006120AA | 6/27/18 | $20.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 0000594332 | 7/27/18 | -$56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99166 | $402.70 | 8/1/18 | 0000594319 | 7/27/18 | -$137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99982 | $285.12 | 8/2/18 | 00007754AA | 6/28/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99982 | $285.12 | 8/2/18 | 00007330AA | 6/28/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99982 | $285.12 | 8/2/18 | 00007319AA | 6/28/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99982 | $285.12 | 8/2/18 | 00007384AA | 6/28/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00452 | $214.00 | 8/3/18 | 00008748AA | 6/29/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00452 | $214.00 | 8/3/18 | 00009515AA | 6/29/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00005761AA | 7/2/18 | $384.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00007193AA | 7/2/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00001492AA | 7/2/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00008164AA | 7/2/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00002515AA | 7/2/18 | $199.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00001335AA | 7/2/18 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00001704AA | 7/2/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00007086AA | 7/2/18 | $135.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00000808AA | 7/2/18 | $129.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00001373AA | 7/2/18 | $118.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00001294AA | 7/2/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00009097AA | 7/2/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00009332AA | 7/2/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00008113AA | 7/2/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00002763AA | 7/2/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00000019AA | 7/2/18 | $56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00007974AA | 7/2/18 | $40.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00001089AA | 7/2/18 | $22.00 |

Wholesale Interiors Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                    Exhibit B                                    P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 00000459AA | 7/2/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01641 | $2,218.78 | 8/6/18 | 0000494522 | 8/1/18 | -$275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02296 | $120.00 | 8/7/18 | 00005246AA | 7/3/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 00008485AA | 7/5/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 00006681AA | 7/5/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 00007514AA | 7/5/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 00007780AA | 7/5/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 00008204AA | 7/5/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 00008138AA | 7/5/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03811 | $745.78 | 8/9/18 | 0000596843 | 8/4/18 | -$56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04292 | $90.02 | 8/10/18 | 00001099AA | 7/6/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04292 | $90.02 | 8/10/18 | 00000694AA | 7/6/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04292 | $90.02 | 8/10/18 | 00000198AA | 7/6/18 | $61.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04292 | $90.02 | 8/10/18 | 0000597381 | 8/7/18 | -$111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05491 | $453.28 | 8/13/18 | 00003377AA | 7/9/18 | $120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05491 | $453.28 | 8/13/18 | 00002454AA | 7/9/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05491 | $453.28 | 8/13/18 | 00001833AA | 7/9/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05491 | $453.28 | 8/13/18 | 00003667AA | 7/9/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05491 | $453.28 | 8/13/18 | 00001957AA | 7/9/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05491 | $453.28 | 8/13/18 | 00003172AA | 7/9/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06159 | $728.42 | 8/14/18 | 00006655AA | 7/10/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06159 | $728.42 | 8/14/18 | 00006287AA | 7/10/18 | $153.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06159 | $728.42 | 8/14/18 | 00005755AA | 7/10/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06159 | $728.42 | 8/14/18 | 00006357AA | 7/10/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06159 | $728.42 | 8/14/18 | 00006165AA | 7/10/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06159 | $728.42 | 8/14/18 | 00006396AA | 7/10/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07003 | $305.28 | 8/15/18 | 00008209AA | 7/11/18 | $177.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07003 | $305.28 | 8/15/18 | 00007977AA | 7/11/18 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07003 | $305.28 | 8/15/18 | 00008526AA | 7/11/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00000199AA | 7/12/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00003389AA | 7/13/18 | $253.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002584AA | 7/13/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00004283AA | 7/13/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00007782AA | 7/13/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00004741AA | 7/13/18 | $194.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00005388AA | 7/13/18 | $176.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00006255AA | 7/13/18 | $167.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00004693AA | 7/13/18 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002928AA | 7/13/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00005826AA | 7/13/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00003754AA | 7/13/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002120AA | 7/13/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00008978AA | 7/13/18 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00006713AA | 7/13/18 | $128.82 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002660AA | 7/13/18 | $126.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002828AA | 7/13/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002933AA | 7/13/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00004583AA | 7/13/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00003162AA | 7/13/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00007557AA | 7/13/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00002294AA | 7/13/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00005389AA | 7/13/18 | $81.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00001435AA | 7/13/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00001286AA | 7/13/18 | $74.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00000208AA | 7/13/18 | $56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 00004354AA | 7/13/18 | $40.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 0000599268 | 8/13/18 | -$99.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 0000160037 | 8/13/18 | -$150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08298 | $2,938.56 | 8/17/18 | 0000503421 | 8/13/18 | -$389.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 00004117AA | 7/16/18 | $145.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 00003250AA | 7/16/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 00004642AA | 7/16/18 | $129.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 00004332AA | 7/16/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 00004238AA | 7/16/18 | $63.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 00003029AA | 7/16/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09511 | $515.63 | 8/20/18 | 0000599651 | 8/14/18 | -$76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 00007438AA | 7/17/18 | $85.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 00006370AA | 7/17/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 00007699AA | 7/17/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 00009637AA | 7/18/18 | $221.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 00009758AA | 7/18/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 00009468AA | 7/18/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 0000510467 | 8/16/18 | -$126.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11042 | $496.92 | 8/22/18 | 0000600938 | 8/17/18 | -$115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11696 | $241.82 | 8/23/18 | 00000697AA | 7/19/18 | $167.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11696 | $241.82 | 8/23/18 | 00001794AA | 7/19/18 | $74.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12314 | $166.00 | 8/24/18 | 00003251AA | 7/20/18 | $83.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12314 | $166.00 | 8/24/18 | 00003349AA | 7/20/18 | $83.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00007175AA | 7/23/18 | $348.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00005320AA | 7/23/18 | $284.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00006522AA | 7/23/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00001204AA | 7/23/18 | $224.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00005647AA | 7/23/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00006581AA | 7/23/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00006533AA | 7/23/18 | $135.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00004758AA | 7/23/18 | $126.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00004783AA | 7/23/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00004334AA | 7/23/18 | $111.00 |

Wholesale Interiors Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                            Exhibit B                                            P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00004759AA | 7/23/18 | $80.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00005706AA | 7/23/18 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00007960AA | 7/23/18 | $56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00002373AA | 7/23/18 | $56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00001738AA | 7/23/18 | $56.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00003691AA | 7/23/18 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00005365AA | 7/23/18 | $40.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13541 | $2,268.63 | 8/27/18 | 00006561AA | 7/23/18 | $20.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000637AA | 7/25/18 | $280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000880AA | 7/25/18 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00001579AA | 7/25/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000916AA | 7/25/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000669AA | 7/25/18 | $112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000239AA | 7/25/18 | $99.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000561AA | 7/25/18 | $85.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00000152AA | 7/25/18 | $76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00001274AA | 7/25/18 | $74.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15056 | $1,234.30 | 8/29/18 | 00001008AA | 7/25/18 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00004701AA | 7/26/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00006634AA | 7/26/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00002021AA | 7/26/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00006220AA | 7/26/18 | $113.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00007782AA | 7/26/18 | $113.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00002643AA | 7/26/18 | $80.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 00004700AA | 7/26/18 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 0000603630 | 8/27/18 | -$76.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 0000515540 | 8/27/18 | -$89.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15848 | $477.15 | 8/30/18 | 0000603620 | 8/27/18 | -$224.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006490AA | 7/30/18 | $205.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006736AA | 7/30/18 | $153.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00005831AA | 7/30/18 | $143.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00007530AA | 7/30/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00007449AA | 7/30/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00007213AA | 7/30/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006282AA | 7/30/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006133AA | 7/30/18 | $102.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00005179AA | 7/30/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006441AA | 7/30/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00002375AA | 7/31/18 | $233.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006352AA | 7/31/18 | $224.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00000423AA | 7/31/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00000643AA | 7/31/18 | $137.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00009996AA | 7/31/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00000109AA | 7/31/18 | $101.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00006353AA | 7/31/18 | $94.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00000024AA | 7/31/18 | $94.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00000823AA | 7/31/18 | $85.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 00000180AA | 7/31/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17564 | $2,408.30 | 9/4/18 | 0000604024 | 8/28/18 | -$101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18306 | $230.00 | 9/5/18 | 00002092AA | 8/1/18 | $230.00 |

Totals:    30 transfer(s),  $20,574.72