Defendant: **WXZ Construction LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984406 | $46,754.00 | 7/25/18 | 9RETAINAGE | 6/14/18 | $46,754.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084926 | $3,068.70 | 8/9/18 | 2018010 | 7/27/18 | $3,068.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084925 | $2,202.18 | 8/9/18 | 2018008 | 7/27/18 | $2,202.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005831 | $117,525.00 | 9/11/18 | 10 | 7/26/18 | $117,525.00 |

Totals:    4 transfer(s),  $169,549.88

Defendant: **WXZ Construction LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $118,480.00 | 10/12/18 | O/A | O/A | O/A |
| **Totals:** | **1 transfer(s), $118,480.00** | | | | | | |