**Defendant:** Xiamen Golden Textile Imp. & Exp. Co. Ltd.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20999 | $421.12 | 7/17/18 | 201819704056 | 6/22/18 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20999 | $421.12 | 7/17/18 | 201819704056 | 6/22/18 | $105.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20999 | $421.12 | 7/17/18 | 201819704056 | 6/22/18 | $105.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21000 | $16,619.08 | 7/26/18 | 201819972044 | 6/29/18 | $16,619.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21001 | $15,696.00 | 7/27/18 | 201819927974 | 6/30/18 | $15,696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21002 | $1,007.16 | 8/1/18 | 201819850430 | 7/5/18 | $1,007.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201819972186 | 7/6/18 | $13,226.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $105.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $94.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $81.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $81.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $51.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $51.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $50.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $45.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $39.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21003 | $13,866.63 | 8/2/18 | 201820141403 | 7/6/18 | $38.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21004 | $33,871.62 | 8/3/18 | 201818990516 | 5/24/18 | $15,728.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21004 | $33,871.62 | 8/3/18 | 201819928201 | 7/7/18 | $8,532.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21004 | $33,871.62 | 8/3/18 | 201820141859 | 7/7/18 | $7,529.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21004 | $33,871.62 | 8/3/18 | 201820141859 | 7/7/18 | $2,082.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21005 | $18,545.12 | 8/7/18 | 201818991243 | 5/27/18 | $18,545.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $30,031.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $26,948.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $22,110.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $20,940.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $13,615.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $12,054.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820142121 | 7/13/18 | $9,676.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $9,352.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $9,266.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820479036 | 7/13/18 | $6,924.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21006 | $163,102.09 | 8/9/18 | 201820142121 | 7/13/18 | $2,182.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $29,013.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $21,625.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $21,430.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $20,102.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $13,072.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $11,634.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $11,322.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $11,139.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $8,999.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21007 | $157,256.28 | 8/10/18 | 201820402888 | 7/14/18 | $8,916.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21008 | $20,470.63 | 8/20/18 | 201820479307 | 7/20/18 | $11,764.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21008 | $20,470.63 | 8/20/18 | 201820479307 | 7/20/18 | $4,400.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21008 | $20,470.63 | 8/20/18 | 201820671361 | 7/20/18 | $4,306.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21009 | $15,795.00 | 8/21/18 | 201820521463 | 7/21/18 | $15,795.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21010 | $13,445.40 | 8/23/18 | 201820521335 | 7/25/18 | $13,445.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820622355 | 7/27/18 | $25,017.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820622355 | 7/27/18 | $24,575.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $4,842.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $4,377.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $2,674.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $2,103.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $2,008.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $1,762.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21011 | $68,942.31 | 8/27/18 | 201820626989 | 7/27/18 | $1,579.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820621337 | 7/28/18 | $19,528.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820621337 | 7/28/18 | $17,618.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $4,658.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $4,187.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $2,539.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820781129 | 7/28/18 | $1,712.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $1,686.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $1,540.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $1,497.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $1,376.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21012 | $56,738.21 | 8/30/18 | 201820623908 | 7/28/18 | $391.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820781863 | 8/3/18 | $1,780.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935756 | 8/4/18 | $14,642.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935756 | 8/4/18 | $13,990.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935756 | 8/4/18 | $13,597.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935756 | 8/4/18 | $12,935.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935842 | 8/4/18 | $11,733.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935756 | 8/4/18 | $3,934.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935842 | 8/4/18 | $2,775.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820935756 | 8/4/18 | $2,644.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821090236 | 8/6/18 | $90,312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821090236 | 8/6/18 | $86,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821090236 | 8/6/18 | $74,482.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820937502 | 8/6/18 | $12,371.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820937502 | 8/6/18 | $3,676.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820937502 | 8/6/18 | $3,564.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201820937502 | 8/6/18 | $2,943.36 |

Xiamen Golden Textile Imp. & Exp. Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821090236 | 8/6/18 | $2,894.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821111190 | 8/6/18 | $340.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821111190 | 8/6/18 | $289.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821111190 | 8/6/18 | $196.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821111190 | 8/6/18 | $146.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821111190 | 8/6/18 | $88.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21013 | $356,308.38 | 9/4/18 | 201821111190 | 8/6/18 | $66.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21014 | $17,375.74 | 9/5/18 | 201820812266 | 8/7/18 | $7,115.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21014 | $17,375.74 | 9/5/18 | 201820812266 | 8/7/18 | $5,030.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21014 | $17,375.74 | 9/5/18 | 201820812266 | 8/7/18 | $3,443.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21014 | $17,375.74 | 9/5/18 | 201820812266 | 8/7/18 | $1,786.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $183,804.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $80,657.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $15,294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $14,216.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $13,893.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $13,441.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $12,933.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $12,263.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $4,083.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $3,726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $3,706.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $3,101.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098389 | 8/10/18 | $2,874.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21015 | $366,782.22 | 9/10/18 | 201821098594 | 8/10/18 | $2,785.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21016 | $17,371.80 | 9/12/18 | 201820815401 | 8/14/18 | $7,324.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21016 | $17,371.80 | 9/12/18 | 201820815401 | 8/14/18 | $3,662.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21016 | $17,371.80 | 9/12/18 | 201820815401 | 8/14/18 | $3,544.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21016 | $17,371.80 | 9/12/18 | 201820815401 | 8/14/18 | $2,839.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821261733 | 8/17/18 | $60,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821120463 | 8/17/18 | $29,979.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821120463 | 8/17/18 | $26,985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821261733 | 8/17/18 | $26,768.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821254509 | 8/17/18 | $19,376.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821254509 | 8/17/18 | $11,044.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821261733 | 8/17/18 | $8,255.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821120463 | 8/17/18 | $2,730.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821261733 | 8/17/18 | $1,028.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821254509 | 8/17/18 | $668.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821254509 | 8/17/18 | $561.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21017 | $187,738.60 | 9/17/18 | 201821254509 | 8/17/18 | $280.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $62,462.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $22,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $13,613.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $11,444.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $8,856.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $8,517.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $5,948.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $5,587.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $2,056.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $917.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21018 | $141,582.24 | 9/18/18 | 201821262714 | 8/18/18 | $146.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821119962 | 8/24/18 | $23,856.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821254346 | 8/24/18 | $18,708.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821119962 | 8/24/18 | $17,863.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821261334 | 8/24/18 | $13,115.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821261334 | 8/24/18 | $10,870.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821254346 | 8/24/18 | $10,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821261334 | 8/24/18 | $8,634.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821261334 | 8/24/18 | $5,554.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-21019 | $109,648.11 | 9/24/18 | 201821254346 | 8/24/18 | $280.80 |

Totals:    21 transfer(s),  $1,792,583.74

Defendant: **Xiamen Golden Textile Imp. & Exp. Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6915 | $26,087.57 | 7/17/18 | 201819700280 | 6/22/18 | $26,087.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6916 | $245,841.00 | 7/27/18 | 201819972644 | 6/29/18 | $100,104.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6916 | $245,841.00 | 7/27/18 | 201819972644 | 6/29/18 | $10,922.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6916 | $245,841.00 | 7/27/18 | 201819927157 | 6/30/18 | $121,453.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6916 | $245,841.00 | 7/27/18 | 201819927157 | 6/30/18 | $13,360.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $15,034.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $13,635.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $4,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $3,187.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $2,860.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $2,562.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6917 | $41,944.40 | 8/1/18 | 201819043543 | 5/21/18 | $614.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6918 | $16,384.81 | 8/9/18 | 201820138791 | 7/13/18 | $12,203.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6918 | $16,384.81 | 8/9/18 | 201820138791 | 7/13/18 | $3,868.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6918 | $16,384.81 | 8/9/18 | 201820138791 | 7/13/18 | $313.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6919 | $19,229.04 | 8/15/18 | 201820138636 | 7/17/18 | $14,096.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6919 | $19,229.04 | 8/15/18 | 201820138636 | 7/17/18 | $5,132.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820376293 | 7/20/18 | $33,286.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820622445 | 7/20/18 | $21,172.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820378522 | 7/20/18 | $18,883.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820622445 | 7/20/18 | $18,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820378522 | 7/20/18 | $8,528.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820376293 | 7/20/18 | $5,224.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820376293 | 7/20/18 | $4,571.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820378522 | 7/20/18 | $4,443.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6920 | $119,096.51 | 8/20/18 | 201820378522 | 7/20/18 | $4,267.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6921 | $16,222.05 | 8/21/18 | 201820477157 | 7/21/18 | $10,530.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6921 | $16,222.05 | 8/21/18 | 201820477157 | 7/21/18 | $5,692.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820475435 | 7/25/18 | $12,870.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820490547 | 7/25/18 | $8,659.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820490547 | 7/25/18 | $6,272.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820490547 | 7/25/18 | $5,567.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820490547 | 7/25/18 | $5,270.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820490547 | 7/25/18 | $4,517.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820475435 | 7/25/18 | $4,311.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6922 | $49,095.64 | 8/23/18 | 201820490547 | 7/25/18 | $1,627.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6923 | $32,611.84 | 8/27/18 | 201820622486 | 7/27/18 | $17,311.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6923 | $32,611.84 | 8/27/18 | 201820622486 | 7/27/18 | $15,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820629589 | 7/28/18 | $25,733.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $20,108.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $18,076.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820629589 | 7/28/18 | $17,684.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $16,617.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $16,365.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $15,658.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $15,652.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $9,920.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $9,760.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820629589 | 7/28/18 | $7,795.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6924 | $177,062.40 | 8/30/18 | 201820781510 | 7/28/18 | $3,691.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820644373 | 8/3/18 | $35,069.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $21,003.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $18,880.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $17,184.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $16,964.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $16,334.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $16,323.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $10,362.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $10,194.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820644373 | 8/3/18 | $5,938.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820782346 | 8/3/18 | $3,859.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $43,276.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $40,606.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $35,966.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $33,994.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $25,083.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $13,490.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $12,208.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $5,506.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $2,982.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $2,948.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $2,934.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $2,131.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $404.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820936018 | 8/4/18 | $226.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820785056 | 8/6/18 | $119,284.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $37,138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $25,429.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $19,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $10,599.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $8,309.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $5,836.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $5,554.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $3,139.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $3,103.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $513.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $193.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201820937417 | 8/6/18 | $185.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $177.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $177.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $169.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $124.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $117.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $112.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $37.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6925 | $633,604.29 | 9/4/18 | 201821111530 | 8/6/18 | $37.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6926 | $43,776.39 | 9/5/18 | 201820918360 | 8/7/18 | $23,176.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6926 | $43,776.39 | 9/5/18 | 201820918360 | 8/7/18 | $6,884.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6926 | $43,776.39 | 9/5/18 | 201820918360 | 8/7/18 | $5,013.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6926 | $43,776.39 | 9/5/18 | 201820918360 | 8/7/18 | $3,477.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6926 | $43,776.39 | 9/5/18 | 201820918360 | 8/7/18 | $3,256.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6926 | $43,776.39 | 9/5/18 | 201820918360 | 8/7/18 | $1,968.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $45,104.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $42,207.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $38,626.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $36,306.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $35,117.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $35,051.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $31,218.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $25,870.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $14,348.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $12,898.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $6,438.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $5,974.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $5,216.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $3,413.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $3,314.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $3,249.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $3,197.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $3,139.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $2,614.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $560.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098979 | 8/10/18 | $313.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6927 | $354,405.95 | 9/10/18 | 201821098019 | 8/10/18 | $226.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6928 | $36,202.51 | 9/12/18 | 201820919501 | 8/14/18 | $18,973.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6928 | $36,202.51 | 9/12/18 | 201820919501 | 8/14/18 | $5,640.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6928 | $36,202.51 | 9/12/18 | 201820919501 | 8/14/18 | $4,109.13 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6928 | $36,202.51 | 9/12/18 | 201820919501 | 8/14/18 | $3,165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6928 | $36,202.51 | 9/12/18 | 201820919501 | 8/14/18 | $2,687.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6928 | $36,202.51 | 9/12/18 | 201820919501 | 8/14/18 | $1,627.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201821261885 | 8/17/18 | $90,852.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201820989155 | 8/17/18 | $59,646.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201821261885 | 8/17/18 | $19,657.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201821120226 | 8/17/18 | $17,040.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201820989155 | 8/17/18 | $10,672.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201821120226 | 8/17/18 | $9,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6929 | $210,514.74 | 9/17/18 | 201820989155 | 8/17/18 | $3,196.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6930 | $114,416.86 | 9/18/18 | 201821262138 | 8/18/18 | $94,603.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6930 | $114,416.86 | 9/18/18 | 201821262138 | 8/18/18 | $19,813.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201820929511 | 8/21/18 | $72,017.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201821120154 | 8/21/18 | $20,810.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201820929511 | 8/21/18 | $13,080.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201821120154 | 8/21/18 | $11,550.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201821145152 | 8/21/18 | $7,084.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201821145152 | 8/21/18 | $5,797.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201820929511 | 8/21/18 | $5,457.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201821145152 | 8/21/18 | $4,492.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6931 | $144,042.28 | 9/19/18 | 201821145152 | 8/21/18 | $3,751.44 |

Totals:    17 transfer(s),  $2,280,538.28