| Defendant: | **Adam Levine Productions Inc., Dba Ashman Music LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | ACH | $362,517.98 | 9/4/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $150,000.00 | 10/2/18 | O/A | O/A | O/A |

Totals:     **2 transfer(s),  $512,517.98**

Adam Levine Productions Inc., Dba Ashman Music LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A