| | |
|---|---|
| Defendant: | **Centra Marketing & Communications LLC, Dba Centra360** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995879 | $35,300.00 | 8/20/18 | 18060008Z015 | 6/1/18 | $24,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995879 | $35,300.00 | 8/20/18 | 18060002 | 6/1/18 | $11,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009894 | $10,075.00 | 9/19/18 | 18070002Z015 | 7/3/18 | $10,075.00 |

Totals:  2 transfer(s),  $45,375.00