**Defendant:** JB LLC, Dba Island Mfg. & Wholesale, Dba Islander Wholesale
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982557 | $4,195.24 | 7/23/18 | 403442 | 6/6/18 | $2,156.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982557 | $4,195.24 | 7/23/18 | 403468 | 6/8/18 | $1,122.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982557 | $4,195.24 | 7/23/18 | 403482 | 6/11/18 | $920.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982557 | $4,195.24 | 7/23/18 | 403696 | 7/4/18 | -$3.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985944 | $5,497.88 | 7/30/18 | 403508 | 6/13/18 | $3,436.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985944 | $5,497.88 | 7/30/18 | 403541 | 6/15/18 | $734.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985944 | $5,497.88 | 7/30/18 | 403555 | 6/18/18 | $1,330.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985944 | $5,497.88 | 7/30/18 | 403759 | 7/11/18 | -$3.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989365 | $3,737.15 | 8/8/18 | 403588 | 6/20/18 | $5,599.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989365 | $3,737.15 | 8/8/18 | 403608 | 6/22/18 | $895.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989365 | $3,737.15 | 8/8/18 | 403623 | 6/25/18 | $1,211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989365 | $3,737.15 | 8/8/18 | 403826 | 7/18/18 | -$3,964.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989365 | $3,737.15 | 8/8/18 | 403850 | 7/20/18 | -$5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992934 | $601.81 | 8/15/18 | 403646 | 6/28/18 | $882.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992934 | $601.81 | 8/15/18 | 403666 | 6/29/18 | $1,007.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992934 | $601.81 | 8/15/18 | 403675 | 7/2/18 | $1,048.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992934 | $601.81 | 8/15/18 | 403884 | 7/25/18 | -$2,335.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992934 | $601.81 | 8/15/18 | 403922 | 7/30/18 | -$1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997133 | $3,119.46 | 8/22/18 | 403695 | 7/4/18 | $856.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997133 | $3,119.46 | 8/22/18 | 403716 | 7/6/18 | $921.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997133 | $3,119.46 | 8/22/18 | 403729 | 7/9/18 | $1,345.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997133 | $3,119.46 | 8/22/18 | 403970 | 8/3/18 | -$4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000488 | $7,260.99 | 8/31/18 | 403758 | 7/11/18 | $6,942.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000488 | $7,260.99 | 8/31/18 | 403781 | 7/13/18 | $760.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000488 | $7,260.99 | 8/31/18 | 403794 | 7/16/18 | $1,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000488 | $7,260.99 | 8/31/18 | 404012 | 8/8/18 | -$1,550.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000488 | $7,260.99 | 8/31/18 | 403983 | 8/13/18 | -$12.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003971 | $8,906.60 | 9/7/18 | 402412 | 7/17/18 | $1,593.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003971 | $8,906.60 | 9/7/18 | 403825 | 7/18/18 | $4,995.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003971 | $8,906.60 | 9/7/18 | 403849 | 7/20/18 | $1,180.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003971 | $8,906.60 | 9/7/18 | 403859 | 7/23/18 | $1,150.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003971 | $8,906.60 | 9/7/18 | 404076 | 8/17/18 | -$13.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007436 | $3,514.57 | 9/14/18 | 403883 | 7/25/18 | $1,063.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007436 | $3,514.57 | 9/14/18 | 403909 | 7/27/18 | $1,184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007436 | $3,514.57 | 9/14/18 | 403920 | 7/30/18 | $1,268.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007436 | $3,514.57 | 9/14/18 | 404131 | 8/24/18 | -$2.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011585 | $4,830.76 | 9/21/18 | 403946 | 8/1/18 | $3,480.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011585 | $4,830.76 | 9/21/18 | 403969 | 8/3/18 | $1,354.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011585 | $4,830.76 | 9/21/18 | 404197 | 9/3/18 | -$4.36 |

**Totals:** 9 transfer(s), $41,664.46

JB LLC, Dba Island Mfg. & Wholesale, Dba Islander Wholesale
Bankruptcy Case: Sears Holding Corporation, et al.