Defendant: **Max-Union Int'l Enterprises Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27749 | $30,728.40 | 7/31/18 | 201818654092 | 5/5/18 | $22,885.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27749 | $30,728.40 | 7/31/18 | 201818654092 | 5/5/18 | $7,842.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27750 | $17,176.76 | 8/7/18 | 201818609380 | 5/12/18 | $13,259.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27750 | $17,176.76 | 8/7/18 | 201818609380 | 5/12/18 | $3,916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27751 | $38,418.38 | 9/6/18 | 201819664511 | 6/9/18 | $38,418.38 |

Totals:    3 transfer(s),  $86,323.54