Defendant: **PR North Dartmouth LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171784 | $16,752.05 | 8/6/18 | 0000072618 | 7/26/18 | $15,497.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171784 | $16,752.05 | 8/6/18 | 0000072618 | 7/26/18 | $903.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171784 | $16,752.05 | 8/6/18 | 0000072618 | 7/26/18 | $350.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173160 | $16,752.05 | 9/5/18 | 0000082618 | 8/26/18 | $15,497.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173160 | $16,752.05 | 9/5/18 | 0000082618 | 8/26/18 | $903.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173160 | $16,752.05 | 9/5/18 | 0000082618 | 8/26/18 | $350.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115359 | $78,120.06 | 9/13/18 | 0000095761 | 4/2/18 | $78,120.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174507 | $16,752.05 | 10/9/18 | 0000092518 | 9/25/18 | $15,497.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174507 | $16,752.05 | 10/9/18 | 0000092518 | 9/25/18 | $903.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174507 | $16,752.05 | 10/9/18 | 0000092518 | 9/25/18 | $350.71 |

Totals:    4 transfer(s),  $128,376.21