| Defendant: | SITE Centers Corp., Dba Retail Value Inc., Dba Ddr Norte LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173509 | $36,217.06 | 9/4/18 | 0000082718 | 8/27/18 | $15,854.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173509 | $36,217.06 | 9/4/18 | 0000082718 | 8/27/18 | $13,612.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173509 | $36,217.06 | 9/4/18 | 0000082718 | 8/27/18 | $6,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115680 | $3,546.81 | 9/13/18 | 0000095791 | 4/6/18 | $3,546.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174019 | $36,217.06 | 10/9/18 | 0000092518 | 9/25/18 | $15,854.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174019 | $36,217.06 | 10/9/18 | 0000092518 | 9/25/18 | $13,612.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174019 | $36,217.06 | 10/9/18 | 0000092518 | 9/25/18 | $6,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126988 | $3,546.81 | 10/11/18 | 0000098458 | 9/24/18 | $3,546.81 |

Totals:    4 transfer(s),  $79,527.74