| | | |
|---|---|---|
| Defendant: | **Skechers USA Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91274 | $50,226.47 | 7/23/18 | 0000275571 | 6/22/18 | $19,051.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91274 | $50,226.47 | 7/23/18 | 0000659680 | 6/22/18 | $17,098.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91274 | $50,226.47 | 7/23/18 | 0000599588 | 6/22/18 | $14,076.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92657 | $175,426.86 | 7/26/18 | 0000432414 | 6/26/18 | $79,556.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92657 | $175,426.86 | 7/26/18 | 0000602545 | 6/26/18 | $44,743.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92657 | $175,426.86 | 7/26/18 | 0000682467 | 6/26/18 | $29,458.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92657 | $175,426.86 | 7/26/18 | 0000602544 | 6/26/18 | $21,667.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93861 | $198,405.90 | 7/27/18 | 0000433195 | 6/27/18 | $132,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93861 | $198,405.90 | 7/27/18 | 0000974355 | 6/27/18 | $39,645.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93861 | $198,405.90 | 7/27/18 | 0000684330 | 6/27/18 | $26,460.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94566 | $98,303.80 | 7/30/18 | 0000663915 | 6/28/18 | $35,471.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94566 | $98,303.80 | 7/30/18 | 0000663914 | 6/28/18 | $32,979.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94566 | $98,303.80 | 7/30/18 | 0000218573 | 6/28/18 | $15,508.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94566 | $98,303.80 | 7/30/18 | 0000975327 | 6/28/18 | $14,344.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000606573 | 6/30/18 | $67,032.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000606572 | 6/30/18 | $32,340.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000606854 | 6/30/18 | $27,985.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000606855 | 6/30/18 | $17,787.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000570405 | 6/30/18 | $17,066.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000570406 | 6/30/18 | $17,066.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96150 | $184,834.86 | 7/30/18 | 0000570407 | 6/30/18 | $5,556.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99342 | $154,726.32 | 8/6/18 | 0000572249 | 7/6/18 | $52,567.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00094 | $46,580.40 | 8/6/18 | 0000610419 | 7/6/18 | $46,922.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99342 | $154,726.32 | 8/6/18 | 0000610420 | 7/6/18 | $42,565.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99342 | $154,726.32 | 8/6/18 | 0000610076 | 7/6/18 | $27,003.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99342 | $154,726.32 | 8/6/18 | 0000691630 | 7/6/18 | $16,669.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99342 | $154,726.32 | 8/6/18 | 0000610308 | 7/6/18 | $15,920.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00094 | $46,580.40 | 8/6/18 | 0000748404 | 7/6/18 | -$342.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000748404 | 7/6/18 | $342.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000698978 | 7/13/18 | $135,298.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000617549 | 7/13/18 | $97,866.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000699119 | 7/13/18 | $37,308.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000617397 | 7/13/18 | $30,834.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000699228 | 7/13/18 | $23,637.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000699227 | 7/13/18 | $17,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000698489 | 7/13/18 | $16,669.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000617243 | 7/13/18 | $13,406.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000699120 | 7/13/18 | $10,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000676984 | 7/13/18 | $9,137.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000698599 | 7/13/18 | $7,541.10 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000987584 | 7/13/18 | $3,916.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000604264 | 8/5/18 | -$282.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000604262 | 8/5/18 | -$807.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000604269 | 8/5/18 | -$14,546.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000604267 | 8/5/18 | -$15,306.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000604453 | 8/7/18 | -$282.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03203 | $363,926.79 | 8/13/18 | 0000604447 | 8/7/18 | -$9,030.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04526 | $4,703.51 | 8/16/18 | 0000604460 | 8/9/18 | $4,421.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04526 | $4,703.51 | 8/16/18 | 0000604461 | 8/9/18 | $282.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000311236 | 7/20/18 | $109,720.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000311237 | 7/20/18 | $70,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000704348 | 7/20/18 | $58,917.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000621476 | 7/20/18 | $32,340.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000621475 | 7/20/18 | $32,340.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000311234 | 7/20/18 | $24,696.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000311235 | 7/20/18 | $24,696.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000993151 | 7/20/18 | $23,755.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000992791 | 7/20/18 | $22,191.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000311239 | 7/20/18 | $19,845.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000578383 | 7/20/18 | $17,066.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000311238 | 7/20/18 | $14,641.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07181 | $462,082.74 | 8/20/18 | 0000992790 | 7/20/18 | $11,313.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08525 | $91,728.00 | 8/23/18 | 0000312600 | 7/23/18 | $91,728.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09681 | $134,857.80 | 8/24/18 | 0000624444 | 7/25/18 | $134,857.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11196 | $196,009.80 | 8/27/18 | 0000320529 | 7/27/18 | $70,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11196 | $196,009.80 | 8/27/18 | 0000627486 | 7/27/18 | $54,007.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11196 | $196,009.80 | 8/27/18 | 0000710557 | 7/27/18 | $32,545.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11196 | $196,009.80 | 8/27/18 | 0000580745 | 7/27/18 | $17,066.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11196 | $196,009.80 | 8/27/18 | 0000710558 | 7/27/18 | $16,272.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11196 | $196,009.80 | 8/27/18 | 0000580746 | 7/27/18 | $5,556.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000581136 | 7/30/18 | $71,053.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000404932 | 7/30/18 | $37,926.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000581109 | 7/30/18 | $31,672.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000581135 | 7/30/18 | $31,672.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000322536 | 7/30/18 | $24,696.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000322537 | 7/30/18 | $24,696.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000628568 | 7/30/18 | $21,282.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000711485 | 7/30/18 | $11,818.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000711486 | 7/30/18 | $8,467.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12558 | $263,029.32 | 8/30/18 | 0000750112 | 7/30/18 | -$256.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000326925 | 8/1/18 | $109,720.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000326759 | 8/1/18 | $65,885.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000326757 | 8/1/18 | $41,277.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000327010 | 8/1/18 | $13,230.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000326758 | 8/1/18 | $11,907.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000750113 | 8/1/18 | -$6,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13719 | $233,890.80 | 8/31/18 | 0000002051 | 8/24/18 | -$2,010.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16517 | $107.21 | 9/7/18 | 0000705068 | 8/30/18 | $107.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17736 | $254,706.90 | 9/10/18 | 0000338986 | 8/9/18 | $106,192.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17736 | $254,706.90 | 9/10/18 | 0000586541 | 8/9/18 | $68,560.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17736 | $254,706.90 | 9/10/18 | 0000586540 | 8/9/18 | $30,561.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17736 | $254,706.90 | 9/10/18 | 0000338882 | 8/9/18 | $24,696.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17736 | $254,706.90 | 9/10/18 | 0000338881 | 8/9/18 | $24,696.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18472 | $266,937.30 | 9/10/18 | 0000587481 | 8/10/18 | $84,319.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18472 | $266,937.30 | 9/10/18 | 0000587484 | 8/10/18 | $84,319.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18472 | $266,937.30 | 9/10/18 | 0000587134 | 8/10/18 | $30,561.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18472 | $266,937.30 | 9/10/18 | 0000587479 | 8/10/18 | $23,990.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18472 | $266,937.30 | 9/10/18 | 0000587480 | 8/10/18 | $23,990.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19149 | $47,260.80 | 9/10/18 | 0000587482 | 8/10/18 | $23,990.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19149 | $47,260.80 | 9/10/18 | 0000587483 | 8/10/18 | $23,990.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18472 | $266,937.30 | 9/10/18 | 0000991157 | 8/10/18 | $19,756.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19149 | $47,260.80 | 9/10/18 | 0000753333 | 8/10/18 | -$360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19149 | $47,260.80 | 9/10/18 | 0000753334 | 8/10/18 | -$360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20630 | $136,048.50 | 9/14/18 | 0000347835 | 8/15/18 | $79,380.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20630 | $136,048.50 | 9/14/18 | 0000420128 | 8/15/18 | $34,221.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20630 | $136,048.50 | 9/14/18 | 0000643162 | 8/15/18 | $12,559.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20630 | $136,048.50 | 9/14/18 | 0000643267 | 8/15/18 | $9,887.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000352733 | 8/21/18 | $8,820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000352361 | 8/21/18 | $5,292.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000590849 | 8/21/18 | $3,175.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000590850 | 8/21/18 | $2,932.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000590843 | 8/21/18 | $2,910.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000423813 | 8/21/18 | $2,646.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000711256 | 8/21/18 | $2,646.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000711257 | 8/21/18 | $2,646.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000352337 | 8/21/18 | $2,381.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000352336 | 8/21/18 | $2,381.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000352338 | 8/21/18 | $2,381.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000352373 | 8/21/18 | $2,381.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000423812 | 8/21/18 | $2,381.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000711258 | 8/21/18 | $2,275.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000423811 | 8/21/18 | $2,116.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000423814 | 8/21/18 | $1,958.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754534 | 8/21/18 | -$1,998.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754531 | 8/21/18 | -$2,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754537 | 8/21/18 | -$2,322.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754542 | 8/21/18 | -$2,430.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754543 | 8/21/18 | -$2,430.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754545 | 8/21/18 | -$2,430.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754541 | 8/21/18 | -$2,430.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754532 | 8/21/18 | -$2,430.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754533 | 8/21/18 | -$2,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754536 | 8/21/18 | -$2,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754535 | 8/21/18 | -$2,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754538 | 8/21/18 | -$2,970.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754540 | 8/21/18 | -$2,992.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754539 | 8/21/18 | -$3,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754544 | 8/21/18 | -$5,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000754546 | 8/21/18 | -$9,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000357188 | 8/24/18 | $70,912.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000714068 | 8/24/18 | $29,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000400851 | 8/24/18 | $27,636.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000650028 | 8/24/18 | $23,284.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000357187 | 8/24/18 | $17,463.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25716 | $185,154.15 | 9/24/18 | 0000357189 | 8/24/18 | $17,463.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26850 | $101,133.06 | 9/27/18 | 0000652180 | 8/28/18 | $61,501.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26850 | $101,133.06 | 9/27/18 | 0000651975 | 8/28/18 | $23,461.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26850 | $101,133.06 | 9/27/18 | 0000651978 | 8/28/18 | $16,170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000401755 | 8/28/18 | $2,646.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000401754 | 8/28/18 | $2,149.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000755369 | 8/28/18 | -$2,193.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000755370 | 8/28/18 | -$2,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000365225 | 8/31/18 | $84,319.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000365226 | 8/31/18 | $23,990.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000365227 | 8/31/18 | $23,990.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000655730 | 8/31/18 | $22,455.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000742492 | 8/31/18 | $17,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29235 | $189,937.86 | 10/1/18 | 0000741910 | 8/31/18 | $17,640.00 |

Totals:    23 transfer(s),  $3,840,019.15