# WILK AUSLANDER

Wilk Auslander LLP
1515 Broadway
New York, NY 10036

T 212 981 2300
F 212 752 6380
wilkauslander.com

Eloy A. Peral
Associate
(212) 981-2316
eperal@wilkauslander.com

October 14, 2020

VIA ECF
Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

Re: In re Sears Holdings Corporation, et al., Case No. 18-23538 (RDD)

Dear Sir or Madam:

I hereby request removal from all service lists in this proceeding, including from the CM/ECF electronic service list.

Respectfully submitted,

/s/ Eloy A. Peral

Eloy A. Peral

cc: All counsel (via ECF)

01160896.1