**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC HEARING ON OCTOBER 15, 2020 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted telephonically. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must refer to the guidelines for telephonic appearances and make arrangements with Court Solutions LLC ("Court Solutions"). Pro se parties may participate telephonically in hearings free of charge using Court Solutions. The instructions for registering with Court Solutions are attached hereto as <u>Exhibit A</u>.

I.   <u>FEE APPLICATIONS</u>:

1.   Fifth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2020 through and including June 30, 2020 **[ECF No. 8403]**

   <u>Response Deadline</u>:   October 2, 2020 at 4:00 p.m. (Eastern Time)

   <u>Responses Filed</u>:      None.

   <u>Related Document</u>:

      A.   Notice of Hearing **[ECF No. 8425]**

   <u>Status</u>:  This matter is going forward on an uncontested basis.

2.   Fifth Interim Fee Application of Prime Clerk LLC, as Administrative Agent to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2020 through June 30, 2020 **[ECF No. 8377]**

   <u>Response Deadline</u>:   October 2, 2020 at 4:00 p.m. (Eastern Time

   <u>Responses Filed</u>:      None.

   <u>Related Document</u>:

      A.   Notice of Hearing **[ECF No. 8425]**

   <u>Status</u>:  This matter is going forward on an uncontested basis.

3.   Fourth Joint Application of Paul E. Harner, as Fee Examiner and Ballard Spahr LLP, as Counsel to the Fee Examiner for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2020 through June 30, 2020 **[ECF No. 8399]**

   <u>Response Deadline</u>:   October 2, 2020 at 4:00 p.m. (Eastern Time

2

Responses Filed:        None.

Related Document:

      A.        Notice of Hearing **[ECF No. 8425]**

Status:  This matter is going forward on an uncontested basis.

4.        Fifth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 1, 2020 through and including June 30, 2020 **[ECF No. 8378]**

Response Deadline:        October 2, 2020 at 4:00 p.m. (Eastern Time

Responses Filed:        None.

Related Document:

      A.        Notice of Hearing **[ECF No. 8425]**

Status:  This matter is going forward on an uncontested basis.

5.        Fifth Interim Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2020 through June 30, 2020 **[ECF No. 8379]**

Response Deadline:        October 2, 2020 at 4:00 p.m. (Eastern Time

Responses Filed:        None.

Related Documents:

      A.        Supplemental Declaration of Matthew Diaz in Support **[ECF No. 8412]**

      B.        Notice of Hearing **[ECF No. 8425]**

Status:  This matter is going forward on an uncontested basis.

6.        Second Interim Fee Application of Herrick, Feinstein LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 1, 2020 through and including June 30, 2020 **[ECF No. 8374]**

Response Deadline:        October 2, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Document:

      A.      Notice of Hearing **[ECF No. 8425]**

Status:  This matter is going forward on an uncontested basis.

7.      Final Application of Houlihan Lokey Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 29, 2018 through October 31, 2019 **[ECF No. 8380]**

Response Deadline:        October 2, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Document:

      A.      Notice of Hearing **[ECF No. 8425]**

Status:  This matter is going forward on an uncontested basis.

8.      First Interim Fee Application of Moritt Hock & Hamroff LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 2, 2020, through June 30, 2020 **[ECF No. 8375]**

Response Deadline:        October 2, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Document:

      A.      Notice of Hearing **[ECF No. 8425]**

Status:  This matter is going forward on an uncontested basis.

## II.    **OMNIBUS OBJECTIONS:**

9.      Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline:        August 27, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Shaw Industries, Inc.'s Opposition **[ECF No. 5156]**

    B.    Debtors' Reply **[ECF No. 8958]**

Related Documents:

    C.    Order Granting Debtors' First Omnibus Objection **[ECF No. 6019]**

    D.    Supplemental Order Granting Debtors' First Omnibus Objection **[ECF No. 7341]**

    E.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter is going forward solely with respect to Shaw Industries, Inc.'s Opposition.

10.    Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 5237]**

Response Deadline:    October 16, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Infiiloom India Private Limited's Response **[ECF No. 5394]**

    B.    Winners Industry Company, Ltd.'s Response **[ECF No. 5400]**

    C.    Orient Craft Ltd.'s Opposition **[ECF No. 5496]**

    D.    Orient Craft Ltd.'s Opposition **[ECF No. 5497]**

    E.    Response of HK Sino-Thai Trading Company LTD **[ECF No. 6037]**

Related Documents:

    F.    Debtors' Omnibus Reply **[ECF No.  6372]**

    G.    Order Granting Debtors' Tenth Omnibus Objection **[ECF No.  6076]**

Status:  This matter is going forward solely as a status conference.

11.    Debtors' Eleventh Omnibus Objection to Proofs of Claim (to Reclassify or Disallow Certain Claims) **[ECF No. 7213]**

Response Deadline:    March 3, 2020 at 4:00 p.m. (Eastern Time)

5

Response Filed:

    A.    Response of Xiamen Luxinjia Imp & Exp Co Ltd. in Opposition **[ECF No. 7372]**

Related Document:

    B.    Order Granting Debtors' Eleventh Omnibus Objection **[ECF No. 7393]**

Status:  This matter is going forward solely as a status conference.

## III.   **ADJOURNED MATTERS:**

12.    Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline:   August 27, 2019 at 4:00 p.m. (Eastern Time)

Response Filed:

    A.    Response of Johnson Controls, Inc. **[ECF No. 4983]**

Related Documents:

    B.    Order Granting Debtors' First Omnibus Objection **[ECF No. 6019]**

    C.    Supplemental Order Granting Debtors' First Omnibus Objection **[ECF No. 7341]**

    D.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m. solely with respect to the Response of Johnson Controls, Inc. (ECF No. 4983).

13.    Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

Response Deadline:   October 16, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

    B.    Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

WEIL:\97658505\5\99980.0219

Related Documents:

    C.    Order Granting Debtors' Ninth Omnibus Objection **[ECF No. 6043]**

    D.    Notice of Withdrawal & Adjournment **[ECF No. 6379]**

    E.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

14.    Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) **[ECF No. 7453]**

Response Deadline:    April 3, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Objection by Carl Joseph Soranno **[ECF No. 7777]**

    B.    Opposition by Combine International Inc. **[ECF No. 7808]**

Related Documents:

    C.    Motion for Extension of Time to State Position **[ECF No. 7788]**

    D.    Amended Certificate of No Objection **[ECF No. 7840]**

    E.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

15.    Debtors' Motion (I) to Allow Administrative Claims and (II) Granting Related Relief **[ECF No. 7477]**

Response Deadline:    July 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

16.    Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) **[ECF No. 7859]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

WEIL:\97658505\5\99980.0219

Response Filed:

    A.    Response of Johnson Controls, Inc. **[ECF No. 7859]**

Related Documents:   None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

17.    Motion of of Tempur-Sealy International, Inc., et al. for Order (A) Allowing and Requiring Payment of 503(b)(9) Claims of Tempur Sealy International & Affiliates; or, in the Alternative, (B) Directing Debtors to Set-Aside a Reserve from Future Distributions Under the Administrative Expense Claims Consent Program for the Benefit of Such Claims **[ECF No. 7877]**

Response Deadline:   June 10, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:   None.

Related Document:

    A.    Notice of Hearing **[ECF No. 7878]**

Status:  This matter has been adjourned to a date to be determined.

18.    Debtors' Nineteenth Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 8017]**

Response Deadline:   June 30, 2020 at 4:00 p.m. (Eastern Time)

Response Filed:

    A.    Objection by Royal Consumer Products, LLC **[ECF No. 8070]**

Related Documents:   None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

19.    Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims) **[ECF No. 8019]**

Response Deadline:   June 30, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Response of Electrolux Home Products, Inc. **[ECF No. 8190]**

    B.    Tempur Sealy International, Inc.'s Response **[ECF No. 8348]**

WEIL:\97658505\5\99980.0219

Related Documents:    None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

20.    Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots
(Reclassified/Disallowed Claims) **[ECF No.  8451]**

Response Deadline:    October 9, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.    Patricia Adams Response **[ECF No. 8473]**

B.    Oxo International, Ltd.'s Response **[ECF No. 8494]**

C.    Shaghal Ltd.'s Response **[ECF No. 8495]**

D.    Opposition of Crickm Lafayette Trust **[ECF No. 8496]**

E.    Response of Elm Creek Real Estate LLC **[ECF No. 8510]**

F.    Response of Elm Creek Real Estate LLC **[ECF No. 8519]**

Related Documents:    None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

21.    Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax
Claims) **[ECF No.  8452]**

Response Deadline:    October 9, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.    Response of Collin County Tax Assessor **[ECF No. 8566]**

B.    Response of Clermont County, Ohio Treasurer **[ECF No. 8567]**

Related Documents:    None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

22.    Motion of G.R., an individual, for Relief from the Automatic Stay **[ECF
No. 8331]**

Response Deadline:    October 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

WEIL:\97658505\5\99980.0219

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

23.    Motion of Chicago Title Insurance Company for Relief from the Automatic Stay **[ECF No. 7825]**

Response Deadline:    October 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:    None.

Status:  This matter has been adjourned to November 18, 2020 at 10:00 a.m.

IV.    **WITHDRAWN MATTERS:**

24.    Debtors' Thirteenth Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 7302]**

Response Deadline:    March 10, 2020 at 4:00 p.m. (Eastern Time)

Response Filed:

A.    Response by Koolatron Corporation **[ECF No. 7408]**

Related Document:

B.    Debtors' Notice of Withdrawal **[ECF No. 8426]**

Status:  This matter has been withdrawn.

25.    Motion of Public Service Electric and Gas Company for Payment of Administrative Expenses, or in Electric and Gas Company **[ECF No. 8315]**

Response Deadline:    September 4, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Document:

A.    Notice of Withdrawal **[ECF No. 8486]**

Status:  This matter has been withdrawn.

10

V.    **RESOLVED MATTERS**:

26.    Motion of Anthony Scullari for Relief from the Automatic Stay for Proceeding with State Court Personal Injury Action **[ECF No. 1112]**

Response Deadline:    September 4, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

A.    Letter of Anthony Scullari **[ECF No. 8332]**

B.    Notice of Proposed Order **[ECF No. 8394]**

C.    Order Dismissing Motion **[ECF No. 8434]**

Status:  This matter has been resolved.

27.    Motion of Bonnie Mullins for Relief from the Automatic Stay **[ECF No. 8339]**

Response Deadline:    October 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been consensually resolved and the Debtors are awaiting a notice of withdrawal.

Dated:  October 14, 2020
         New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

11

Exhibit A
<u>General Order M-543</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                 :
                                                                       :
CORONAVIRUS/COVID-19 PANDEMIC,               :
COURT OPERATIONS UNDER THE EXIGENT  :            General Order M-543
CIRCUMSTANCES CREATED BY COVID-19        :
                                                                       :
-------------------------------------------------------------X

       In order to protect public health, and in recognition of the national emergency that was
declared by the President of the United States on March 13, 2020, the United States Bankruptcy
Court for the Southern District of New York ("Bankruptcy Court") hereby issues the following
order:

       IT IS HEREBY ORDERED, effective immediately and until further notice, that:

1. **<u>Hearings and Conferences</u>**.  All hearings and conferences scheduled to be held in
   courthouses comprising the Manhattan Division, White Plains Division, and
   Poughkeepsie Division of the Bankruptcy Court will be conducted **telephonically**
   pending further Order of the Bankruptcy Judge assigned to the matter ("Bankruptcy
   Judge").  Any party wishing to appear in person at a hearing or conference shall file <u>or</u>
   submit an appropriate motion or request, which will be considered by the Bankruptcy
   Judge.  Any party may request an adjournment of a hearing or conference by filing or
   submitting an appropriate motion or request setting forth the basis for the adjournment in
   conformity with the Bankruptcy Judge's procedures for requesting adjournments.  All
   attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or
   conference must refer to the Bankruptcy Judge's guidelines for telephonic appearances
   and make arrangements with **Court Solutions LLC**.  Pro se parties, Chapter 7 Trustees
   and Ch 13 Trustee may participate telephonically in hearings free of charge using Court
   Solutions. The instructions for registering with Court Solutions are attached hereto.

2. **<u>Evidentiary Hearings and Trials</u>**.  Parties should contact the Bankruptcy Judge's
   courtroom deputy or law clerk assigned to the case to inquire about whether an upcoming
   evidentiary hearing or trial will proceed as scheduled and be prepared to discuss
   procedures and technology for conducting the evidentiary hearing remotely.

3. **<u>Official Record</u>**.  In order to assist the Bankruptcy Court in creating and maintaining the
   official record of proceedings before it, and to facilitate the availability of official
   transcripts of the proceedings, Bankruptcy Court personnel are permitted to utilize tools
   made available through Court Solutions to record telephonic hearings, conferences and
   trials. Such recordings shall be the official record. Transcripts can be ordered and
   corrected in the same way as before the issuance of this Order.

4. **Clerk's Office and *Pro Se* Filings**.  Until further notice, the three Divisions of the Bankruptcy Court will remain open for all other business.  Clerk's Office personnel are available by telephone, mail will be received, and the intake desks will remain open to receive *pro se* filings.  *Pro se* filers can also continue to utilize the drop boxes located in the lobbies of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 or the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601 for delivery of documents after 5:00 pm.  Any documents submitted for filing in a drop box must be time-stamped, sealed in an envelope addressed to the Clerk of Court of the Bankruptcy Court, and must include the filer's contact information.

Dated: March 20, 2020
       New York, New York

                                        /s/ Cecelia G. Morris
                                        Cecelia G. Morris
                                        United States Bankruptcy Chief Judge

Instructions to register for CourtSolutions.

1. Create a CourtSolutions account online.
Logon to https://www.court-solutions.com/ to "Signup" for an account and to register a telephonic appointment for an upcoming hearing. Registration for a hearing must occur no later than 12:00 noon on the business day prior to the hearing date.

2. Register for a hearing with CourtSolutions.
After creating and signing into their CourtSolutions account at https://www.court-solutions.com/, a party must register for a hearing.
a. Enter the last name of the Judge to appear before and then select the appropriate name from the list.
b. Enter the time and date of the hearing.
c. Select participation status: Live or Listen Only.
d. Enter the case name, case number, and, if applicable, the name of client.
e. There is a box to click to agree to terms/conditions, and then press "Register".
f. CourtSolutions will send an email confirmation of the participation request.
g. The court staff will first confirm that a granted motion to appear telephonically is on the docket. If there exists a granted motion, the court staff will approve the reservation.
h. CourtSolutions will then send another email confirmation.
Note that the reservation received for a registered hearing may NOT be transferred to another person. If someone dials in with someone else's registration information, the caller information presented to the court will not match the correct person.

3. Charges.
For lawyers and participants, registration and reservations are free.
Once a party dials into a call, the cost is a flat fee of $70, per reservation, per judge, per day. If the hearing is adjourned for a break and the party rejoins the call later that day, there is no additional charge to rejoin the call. If the hearing is continued to another day, lawyers and participants will need to re-register and the flat fee will apply again when dialing in.
If a party does not timely join a call, no fee is charged. The Judge will have the party listed as having made a reservation, but the party is not charged. However, the hearing may proceed in their absence, and they may face sanctions from the Court.
Additionally, a party may notice that there is a charge on their card after making a reservation. When making a reservation, CourtSolutions places an authorization hold on the card. If the party does not join the call, the pending hold will be removed automatically several days later, and there will be no charge.
Any issues with billing shall be directed to the vendor. The Court is not responsible for the billing or collection of the fees incurred with CourtSolutions.

4. Order of Proceeding.
CourtSolutions does not place a call to counsel on the day of the hearing. It is counsel's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. Logging into the CourtSolutions website for the hearing is not required but is helpful to unmute your line if the Court mutes it or to raise your hand to be recognized during the hearing.

Upon connecting to the call and at the time of the hearing, a party may hear the activity in the courtroom. Unless a joining party mutes their line, he/she joins the call as an active participant and can be heard. Failure to act appropriately on the line may result with the party being disconnected by Court. When the judge is ready to hear the case, appearances will be called. Each time a telephonic party speaks, he/she should identify them self for the record. The court's teleconferencing system allows more than one speaker to be heard, so the judge can interrupt a speaker to ask a question or redirect the discussion. When the judge informs the participants that the hearing is completed, the telephonic participant may disconnect, and the next case will be called.

5. Failure to appear.
If a party does not timely call and connect to the scheduled hearing, the hearing may proceed in their absence, and they may face sanctions from the Court for their failure to appear.

6. Other/Miscellaneous.
Telephonic appearances by multiple participants are only possible when there is compliance with every procedural requirement. Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that a person's conduct makes telephonic appearances inappropriate. Sanctions may include denying the matter for failure to prosecute, continuing the hearing, proceeding in the absence of a party who fails to appear, or a monetary sanction.