**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:  SEARS HOLDINGS CORPORATION, et al.            CASE NO.: 18-23538 (RDD)
        DEBTOR

                                                           CHAPTER 11

## REQUEST FOR REMOVAL FROM CM/ECF
## CASE MANAGEMENT LIST

Robert C. McCorquodale, whose email address is rmccorquodale@cpso.com and Mary Hamolka, whose email address is mhamolka@cpso.com, request that they be removed from the list that allows service of filings through the Court's CM/ECF case management system on behalf of the Calcasieu Parish Sheriff & Tax Collector.

Dated: October 13, 2020                      Respectfully submitted:

                                      BY:     /s/  Robert C. McCorquodale
                                                Robert C. McCorquodale (#19965)
                                                In House Counsel
                                                Calcasieu Parish Sheriff's Department
                                                1011 Lakeshore Dr., Suite 203
                                                Lake Charles, LA 70601
                                                Phone: 337-491-3622
                                                Fax: 337-433-6326
                                                Email: rmccorquodale@cpso.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2020, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                /s/ Robert C. McCorquodale
                                                ROBERT C. MCCORQUODALE