**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- :
| | :
**In re** | : | Chapter 11
| | :
**SEARS HOLDINGS CORPORATION, *et al.*,** | : | Case No. 18-23538 (RDD)
| | :
**Debtors.[1]** | : | (Jointly Administered)
| | :
------------------------------------------------------------- :

## DECLARATION OF DISINTERESTEDNESS OF
## JOSEPH L. STEINFELD, JR. IN SUPPORT OF EMPLOYMENT OF ASK LLP

Under 28 U.S.C. § 1746, I, Joseph L. Steinfeld, Jr., declare as follows under the penalty

of perjury:

1.      I am an attorney admitted to practice in the States of Minnesota, Virginia and the

District of Columbia, as well as admitted to the Supreme Court of the United States, the U.S.

Courts of Appeals for the D.C., First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth and

Eleventh Circuits, the U.S. District Courts for the District of Columbia, Maryland, Minnesota, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

the Eastern and Western  Districts of Virginia.

2.      I am a managing partner of the firm ASK LLP ("ASK"), which maintains offices at 151 West 46th Street, New York, New York 10036 and 2600 Eagan Woods Dr., Ste. 400, St. Paul, Minnesota, 55121.  There are no disciplinary proceedings pending against me.

3.      I am familiar with the matters set forth herein and make this declaration of disinterestedness (the "Declaration") in support of the employment of ASK.

4.      On October 24, 2018, pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Creditors' Committee [ECF No. 276].  The Creditors' Committee currently comprises: (i) Brixmor Operating Partnership, L.P.; (ii) Computershare Trust Company, N.A., as indenture trustee; (iii) Oswaldo Cruz; (iv) Pension Benefit Guaranty Corporation; (v) Simon Property Group L.P.; (vi) The Bank of New York Mellon Trust Company, N.A., as indenture trustee; and (vii) Winiadaewoo Electronics America, Inc.

5.      On July 6, 2019, the Debtors filed an application for the retention of ASK as special avoidance action counsel to pursue causes of action under chapter 5 of the Bankruptcy Code on behalf of the Debtors' estates. [ECF No. 4136].  I provided a declaration for ASK's retention in the application and, given the limited scope of ASK's engagement, conducted a preliminary and focused conflicts search of 1) the avoidance action targets and 2) each Debtor entity.  The Court entered the order authorizing ASK's employment as special avoidance counsel on June 27, 2019 [ECF No. 4373].  Pursuant to the order authorizing ASK's employment, ASK is paid on a contingency fee only on recoveries obtained.

6.      On October 1, 2019, the Debtors filed the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* [ECF No. 5393] (the "Plan").

7.      On October 15, 2019, the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* [ECF No. 5370] (the "<u>Confirmation Order</u>"),[2] which, among other things, granted the Creditors' Committee joint standing with the Debtors to prosecute the Jointly Asserted Causes of Action, subject to the oversight of the Litigation Designees, which designees shall become the initial members of the Liquidating Trust Board upon the effective date of the Plan.[3] The Confirmation Order also provided that, upon the effective date of the plan, the Liquidating Trust Assets, which include causes of action under chapter 5 of the Bankruptcy Code, shall vest in the Liquidating Trust.[4]

8.      The Litigation Designees have requested that ASK provide legal services to the Litigation Designees in connection with the prosecution of the Jointly Asserted Causes of Action. The Litigation Designees' request is in accordance with the Confirmation Order, which provides that "without further order of this Court, the Litigation Designees may retain such additional professionals or consultants (including attorneys, accountants, appraisers, financial advisors, expert witnesses or other parties determined by the Initial Litigation Designees to have qualifications necessary or desirable to assist in the investigation, prosecution, and/or settlement of the Jointly Asserted Causes of Action) (collectively with Akin Gump, the 'Litigation Professionals')."[5]

9.      I am not, nor is ASK, an insider of the Debtors.  Except as set forth below, neither ASK nor I directly hold any claim, debt or equity security of the Debtors.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Confirmation Order, as applicable.

[3] Confirmation Order ¶¶ 17-18.

[4] Plan, Sec. 10.3.

[5] Confirmation Order ¶ 22.

10.    To the best of my knowledge and information, no partner or employee of ASK has been, within two years from the Petition Date, a director, officer or employee of the Debtors as specified in Bankruptcy Code section 101(14)(B).

11.    ASK does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

12.    ASK currently represents the Debtors' estates in the limited capacity as special avoidance action counsel outlined above.  This representation is limited to pursuing the avoidance actions that will become Litigation Trust Assets upon the effective date of the Plan.

13.    To the best of my knowledge and information, ASK neither holds nor represents any interest adverse to the Debtors. As the Litigation Trust Board is the successor in interest to these avoidance actions, I do not believe ASK's retention as special avoidance action counsel would disqualify our firm from representing the Litigation Designees in the prosecution of the Jointly Asserted Causes of Action. Given the nature of ASK's boutique bankruptcy practice specializing in the avoidance and recovery of preferences and fraudulent transfers, it is inevitable that the top forty (40) unsecured creditors, as well as other creditors and vendors of the Debtors, have been adverse not only to the Debtors in the Bankruptcy Case, but also adverse to prior debtors and liquidating trusts represented by ASK. Since the recoveries from the avoidance actions and Jointly Asserted Causes of Action will ultimately inure to the benefit of the Liquidation Trust Beneficiaries, our limited representation of these other debtors and liquidating trusts should not

present a conflict of interest herein.[6] Therefore, based upon information available to me, I believe

that ASK is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

14.     In preparing this Declaration, through my colleagues, I submitted to ASK's

computerized client and conflict database (the "Conflict Database") the names set forth on a list

of parties in interest identified by the Litigation Designees and additional parties identified by

ASK, which included: (i) the Debtors and their affiliates; (ii) the Debtors' trade names and aliases;

(iii) a list of parties that were or who have knowledge of people who were shareholders of Sears

Holdings Corporation ("SHC") at or around the time of the Lands' End Spin-Off and the Seritage

Rights Offering (as such terms are defined in the Amended Complaint [ECF No. 52] filed in the

Adversary Proceeding, Case No. 19-08250 (RDD) (the "Adversary Proceeding")) that pose a

conflict to ASK; (iv) named defendants in the Adversary Proceeding; (v) the Debtors'

professionals; (vi) the board of directors of SHC; (vii) a consolidated list of the holders of the five

largest secured claims; (viii) the top 40 unsecured creditors; (ix) the members of the Creditors'

Committee and known professionals; (x) the U.S. Trustee's office; (xi) New York Bankruptcy

Judges and staff; (xii) the indenture trustees and entities related to the administration of the

Debtors' unsecured notes; (xiii) Cyrus Capital Partners, L.P., and its attorneys, Milbank.  A copy

of the list of the parties searched by ASK is annexed hereto as **Schedule 1** (collectively, the

"Searched Parties").

15.     The Conflict Database maintained by ASK is designed to include every matter on

which the firm is now and has been engaged, by which entity the firm is now or has been engaged

---

[6] ASK represents the Debtors' Estate through the Restructuring Committee, composed solely of independent directors of Sears Holdings. While two of those members are named in the Amended Complaint in the Adversary Proceeding, these individuals are not clients of ASK. Moreover, ASK's representation will not involve pursuing the causes of action in the Amended Complaint against these independent directors. To the extent necessary, ASK will wall itself off from any information that poses a conflict of interest.

and, in each instance, the identity of certain related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of ASK that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties.  Accordingly, ASK maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

### Representation of Parties in Interest

16.    Set forth in **Schedule 2** annexed hereto is a listing of the Searched Parties from **Schedule 1** that ASK either (i) currently represents (or represents a related party thereto) (the "Current Clients") in matters wholly unrelated to the chapter 11 cases, or (ii) in the past represented (or represented a related party thereto) in matters wholly unrelated to the chapter 11 cases.  In connection with the services to be rendered to the Litigation Designees, ASK will not commence a cause of action against any Current Client with respect to the chapter 11 cases, unless ASK has received a waiver from the Current Client allowing ASK to commence such an action.  In connection with the chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting ASK to participate in such action, the Litigation Designees will retain conflicts counsel to represent their interests in connection with such causes of action.

### Connections with Parties Representing 1% or More of ASK's Revenues for 2018 and 2019

17.    In connection with this Declaration, ASK reviewed the information for the years 2018 and 2019 relating to the parties involved in these chapter 11 cases to determine whether any

such party, together with its known related entities, were clients of ASK's and, as a result, made payments to ASK for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of ASK's total revenues for such calendar year.

18.    With the exception of the parties described below, ASK's revenues for services rendered on behalf of each of the parties in interest identified in **Schedule 1** aggregate, with respect to each such party in interest, less than 1% of ASK's annual revenue in each of calendar year 2018 and 2019.

19.    ASK currently represents the Debtors' estates.  ASK's revenues for services rendered on behalf of the Debtors' estates totaled more than 1% of ASK's annual revenues in calendar year 2019.

## Other Connections and General Disclosures

20.    ASK performed general diligence to determine any connections beyond what is disclosed in the attached schedules.  ASK may have represented in the past and/or currently may represent or in the future represent entities (other than parties in the attached schedules) not known currently to ASK in matters wholly unrelated to the chapter 11 cases who may be parties in interest in these cases.  To the extent that ASK discovers any such information or needs to update the information disclosed herein, ASK will disclose such information by filing a supplemental declaration pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure.

21.    In addition to the foregoing, after reasonable inquiry, I do not believe there is any connection between ASK and the U.S. Trustee or any person known by me to be employed as an attorney with the office of such U.S. Trustee.

22.    It is possible that a professionally managed retirement plan on behalf of ASK employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

## Compensation

23.     ASK will be compensated for professional services rendered to the Litigation Designees in accordance with the Confirmation Order, based on the hourly rates set forth below, plus reimbursement of actual necessary expenses and other charges incurred by ASK.   The principal professionals designated to represent the Litigation Designees and their current standard rates are:

| | |
|---|---|
| Senior Partners (incl. Joseph L. Steinfeld, Jr., Edward N. Neiger) | $800.00 |
| Partners (incl. Kara E. Casteel, Richard J. Reding) | $675.00 |
| Senior Associates | $575.00 |
| Junior Associates | $500.00 |
| Data Analyst (incl. Andrew Thibodeau, Quinten Kruszka) | $375.00 |
| Paralegal/Law Clerks (incl. Laurie Miskowiec, Jennifer Hepola) | $300.00 |

24.     The rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Such rates are ASK's standard rates for work of this nature. The rates are set at a level designed to provide appropriate compensation to ASK for the work of its professionals and paraprofessionals and to cover fixed and routine overhead expenses.  It is ASK's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's matter.  The expenses charged to clients include, among other things, reasonable expenses related to the importation of data, including the hiring of computer consultants to assist in the extraction of data; shipping costs of records; adversary, appellate, and other court filing fees; reasonable costs of pleading filing services; mediation fees; deposition expenses; cost to domesticate and collect out of state judgments; entity name/officer verifications at $10.00 per entity; service of process (for writs, etc.); travel expenses, photocopying at 10 cents per page; postage; telephone charges; and witness fees and costs and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  ASK will charge the Litigation Designees

for these expenses in a manner and at rates consistent with charges made generally to ASK's other clients.

25.     No representations or promises have been received by ASK nor by any partner, counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and the Confirmation Order.  ASK has no agreement with any other entity to share with such entity any compensation received by ASK in connection with these chapter 11 cases.

26.     If, at any time during its employment by the Litigation Designees, ASK should discover any facts bearing on the matters described herein, ASK will supplement the information contained in this Declaration.

27.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Joseph L. Steinfeld, Jr., Esq.
Managing Partner, ASK LLP
151 West 46th Street
4th Floor
New York, NY 10036

## Schedule 1

### Schedule of Searched Parties

**Debtors and Affiliates**

A&E Factory Service, LLC
A&E Home Delivery, LLC
A&E Lawn & Garden, LLC
A&E Signature Service, LLC
Big Beaver of Florida Development, LLC
BlueLight.com, Inc.
California Builder Appliances, Inc.
f BA Holdings Inc.
Florida Builder Appliances, Inc.
KBL Holding Inc.
KLC, Inc.
Kmart Corporation
Kmart Holding Corporation
Kmart of Michigan, Inc.
Kmart of Washington LLC
Kmart Operations LLC
Kmart Stores of Illinois LLC
Kmart Stores of Texas LLC
Kmart.com LLC
lnnovel Solutions, Inc.
MaxServ, Inc.
MyGofer LLC
Private Brands, Ltd.
Sears Brands Business Unit Corporation
Sears Brands Management Corporation
Sears Brands, L.L.C.

Sears Buying Services, Inc.
Sears Development Co.
Sears Holdings Corporation
Sears Holdings Management Corporation
Sears Holdings Publishing Company, LLC
Sears Home & Business Franchises, Inc.
Sears Home Improvement Products, Inc.
Sears Insurance Services, L.L.C
Sears Operations LLC
Sears Procurment Services, Inc.
Sears Protection Company
Sears Protection Company (Florida), L.L.C.
Sears Protection Company (PR) Inc.
Sears Roebuck Acceptance Corp.
Sears, Roebuck and Co.
Sears, Roebuck de Puerto Rico, Inc.
ServiceLive, Inc.
SHC Desert Springs, LLC
SHC Licensed Business LLC
SHC Promotions LLC
SOE, Inc.
StarWest, LLC
STI Merchandising, Inc.
SYW Relay LLC
Troy Coolidge No. 13, LLC
Wally Labs LLC

**Debtors' Trade Names and Aliases (last 8 years):**

A&E Factory Service
Accents for Less
American Siding & Deck, Inc.
American Windows & Sash, Inc.
Appliance Liquidators
Austin Technology Center
Bath and Kitchen Elegance
Bath and Kitchen Elegance of the Desert

Big Beaver of Caguas Development
Corporation
Big Beaver of Caguas Development
Corporation II
Big Kmart
Big Kmart (#3680)
California
Center, Inc.
Central Wholesale Appliance Supply, Inc.

Chantell Marketing
Circle of Beauty Inc.
Continental Carpet Cleaning, Inc.
Delver
Delver.com
Designer Depot
Eblon Technologies India Private Limited
Evoke Productions
FitStudio by Sears
fLJ, Inc.
Florida Builder Appliances, Inc.
Garment Rack
HDC Holding Company of Delaware, Inc.
HO. Tampa Development Co.
HO. Tysons Office Investment Co.
Inc.
JAF, Inc.
KC Kelley Group
Kenmore Direct
Kids Stockroom
Kmart
Kmart Acquisition Corp.
Kmart Apparel Corp.
Kmart Apparel Fashions Corp.
Kmart Apparel Leasing Corp.
Kmart Apparel Service of Atlanta Corp.
Kmart Apparel Service of Des Plaines Corp.
Kmart Apparel Service of Sunnyvale Corp.
Kmart Corporation
Kmart Enterprises, Inc.
Kmart Far East Limited
Kmart Financing l
Kmart Global Sourcing Ltd.
Kmart Holding Company
Kmart Holdings, Inc.
Kmart Lessee Operations, LLC
Kmart Management Corporation
Kmart Michigan Property Services, L.L.C.
Kmart of Amsterdam, NY Distribution
Kmart of Pennsylvania LP
Kmart Pharmacies of Minnesota, Inc.
Kmart Pharmacies, Inc.
Kmart Properties, Inc.
Kmart Stores of Indiana, Inc.
Kmart Stores of TNCP, Inc.
KMI, Inc.

Kool vent Aluminum Products, Inc.
Kresge - Kmart Limited
Little Caesars
Max Acquisition Delaware Inc.
McKids
McKidsThe Store
McPhail's Appliances
MetaScale Technologies India Private
Limited
Monark
Monark Holdings Inc.
Monark of California
Monark Premium Appliance Co.
Monark Premium Appliance Co. of
Monark Premium Appliance Co. of Arizona
MXSV, lnc.
NTB - National Tire and Battery
NTB-National Tire & Battery
PMB, Inc.
Prairie Buck I, Inc.
Prairie Buck II, Inc.
Print Procurement Company, LLC
Print Production Company, LLC
Private Brands, Ltd.
Relay LLC
Relay LLC
San Diego Appliance Sales
Sears
Sears # 1284
Sears Acquisition Corp.
Sears Auto Center
Sears Auto Center #6582
Sears Auto Centers
Sears Carpet and Upholstery Care, Inc.
Sears Carpet and Upholstery Care, Inc.
Sears Essentials
Sears Grand
Sears Grand # 1673
Sears Holdings Management Corporation
Sears Home Appliance Showrooms
Sears Home Improvement Products (South),
Sears Home Services
Sears Home&Life
Sears Lessee Operations, LLC
Sears Logistics Services
Sears Logistics Services, Inc.

Sears Merchandise Group
Sears Merchandise Group, Inc.
Sears New York Insurance Agency
Sears New York Insurance Agency
Sears Oklahoma Insurance Agency
Sears Oklahoma Insurance Agency
Sears Protection Company Inc.
Sears Protection Company, Inc.
Sears Technology Services LLC
Sears, Roebuck de Mexico, S.A. de C.Y.
Sears, Wishbook, Inc.
ServiceLive Direct
SHMC, Inc.
Shop Your Way Local, LLC
Shop Your Way Local, LLC
shopyourway.com
Sourcing and Technical Services, Inc.
SRC Real Estate (TX), LLC
SRCO.P. LLC

Standards of Excellence
Standards of Excellence Outlet Store
Super K
Super Kmart
SUPER KMART CENTER
Super Kmart Center
Texas Bluelight.com Inc.
The Annexx Restaurant
The Great Indoors
Tire Property Holding, Inc.
Tri-Valley Crossings
Troy CMBS Property, L.L.C.
Westar Kitchen & Bath LLC
Westar Kitchen and Bath
Westar Kitchen and Bath, LLC
Western Bluelight.com LLC
WestStar Kitchen and Bath
WestStar Kitchen and Bath LLC

**Parties that were shareholders of Sears Holdings Corporation ("SHC") at or around the time of the Lands' End Spin-Off and the Seritage Rights Offering**

ANDREW H. TISCH
ANDREW H. TISCH 10/10/2014
ANNUITY TRUST
ANTIPODEAN DOMESTIC PARTNERS
LP
BARCLAYS CAPITAL INC AMM LBI
BARCLAYS CAPITAL INC N-RTL
BLACKROCK
C.I.M. BANQUE
CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM (CALPERS)
CIDX DOMESTIC CORE-391-
CIDXCUSAP1 (P)
CREDIT SUISSE (CH) 10% REGULAR
CREDIT SUISSE (MONACO) SAM
CREDIT SUISSE SECURITIES (USA)
LLC
CREDIT SUISSE(CH) 30% OR N DBA
CREF DP1 DOMESTIC SHADOW-18039-
CREDDP1AS (P) (RUSSELL 1000)
CREF INDEX STATEGIES - 1-393-
CREFDUSAA (P)

D.E. SHAW ALL COUNTRY GLOBAL
ALPHA EXTENSION PORTFOLIOS LLC
D.E. SHAW ALL COUNTRY GLOBAL
ALPHA PLUS SPECIAL FUND LP
D.E. SHAW KALON PORTFOLIOS LLC
D.E. SHAW OCULUS PORTFOLIOS LLC
D.E. SHAW U.S. BROAD MARKET
CORE ALPHA EXTENSION
PORTFOLIOS LLC
D.E. SHAW U.S. BROAD MARKET
CORE ALPHA EXTENSION
PORTFOLIOS LLC
D.E. SHAW U.S. BROAD MARKET
CORE ALPHA EXTENSION SPECIAL
PORTFOLIOS II (MA) LLC
D.E. SHAW U.S. BROAD MARKET
CORE ALPHA PLUS SPECIAL FUND LP
D.E. SHAW U.S. BROAD MARKET
CORE ALPHA PLUS SPECIAL FUND LP
D.E. SHAW U.S. LARGE CAP CORE
ALPHA EXTENSION PORTFOLIOS LLC

D.E. SHAW VALENCE PORTFOLIOS
LLC
D.E. SHAW VALENCE PORTFOLIOS
LLC
D.E. SHAW WORLD ALPHA
EXTENSION PORTFOLIOS LLC
DANIEL R. TISCH
DEKEL PARTNERS LP
DELTA FUND
DELTA SAPPHIRE FUND
DELTA XN FUND
DRT 1/14/14 ANNUITY TRUST
DRT 12/5/13 ANNUITY TRUST
FIDELITY
FIDELITY EMM
FIDELITY EXTENDED MARKET INDEX
FUND (SPEMI)
FIDELITY NASDAQ COMPOSITE
INDEX FUND (NDXIF)
FIDELITY NASDAQ COMPOSITE
TRACKING STOCK (NDXTS)
FIDELITY SERIES 1000 VALUE INDEX
FUND (FROVI)
FIDELITY TOTAL MARKET INDEX
FUND (SPTMI)
FINE OFFSHORE PARTNERS LP
FINE PARTNERS I LP
FIRST TRUST CONSUMER
DISCRETIONARY ALPHADEX® FUND
FORCE CAPITAL MANAGEMENT LLC
GABERT INTERNATIONAL CORP
GF RADING LLC
GLENDARROCH PROPERTIES LIMITED
GLOBAL TARGETED VALUE FUND
GOLDMAN SACHS & CO. PROFIT
SHARING MASTER TRUST
GOLDMAN SACHS, NY
GOODHAVEN FUND
GSO AIGUILLE DES GRANDS
MONTETS FUND I LP
GSO AIGUILLE DES GRANDS
MONTETS FUND II LP
GSO AIGUILLE DES GRANDS
MONTETS FUND III LP
GSO CACTUS CREDIT OPPORTUNITIES
FUND LP
GSO COASTLINE CREDIT PARTNERS
LP
GSO CREDIT ALPHA TRADING
(CAYMAN) LP
GSO CREDIT-A PARTNERS LP
GSO PALMETTO OPPORTUNISTIC
INVESTMENT PARTNERS LP
GSO SPECIAL SITUATIONS FUND LP
GSO SPECIAL SITUATIONS MASTER
FUND LP
GSO SPECIAL SITUATIONS OVERSEAS
FUND LTD
GSO STEAMBOAT CREDIT
OPPORTUNITIES MASTER FUND LP
HAP TRADING LLC
HBOS4 FINAL SALARY PENSION
SCHEME
HGA MULTI STRATEGY OFFSHORE
HGA MULTI STRATEGY ONSHORE
ICS OPPORTUNITIES LIMITED
IMEQ DOMESTIC CORE-3008-
IMEQCUSAP1 (P)
IRISH GLOBAL SMALL COMPANIES
FUND
JAMES S. TISCH
JEFFERIES GROUP - CONFIDENTIAL
CLIENT 20
JEFFERIES GROUP - CONFIDENTIAL
CLIENT 21
JHT 12/5/13 ANNUITY TRUST
JHT INVESTMENT FUND #1
JOHN HANCOCK FINANCIAL
JOHN HANCOCK FUNDS II US MULTI
SECTOR FUND
JOHN HANCOCK TRUST US MULTI
SECTOR TRUST
KINGSTOWN PARTNERS II LP
KINGSTOWN PARTNERS MASTER LTD
KTOWN LP
LOCKHEED MARTIN CORPORATION
MASTER RETIREMENT
LUMA CAPITAL S.A.-SPF
LVIP DIMENSIONAL U.S. CORE
EQUITY 1 FUND
MAVERICK FUND II LIMITED
MAVERICK FUND LDC

MAVERICK FUND USA LIMITED
MAVERICK LONG ENHANCED FUND
LIMITED
MAVERICK NEUTRAL LEVERED FUND
LIMITED
MOST DIVERSIFIED PORTFOLIO SICAV
- TOBAM ANTI-BENCHMARK GLOBAL
EQUITY FUND
MOST DIVERSIFIED PORTFOLIO SICAV
- TOBAM ANTI-BENCHMARK US
EQUITY FUND
MOST DIVERSIFIED PORTFOLIO SICAV
- TOBAM ANTI-BENCHMARK WORLD
EQUITY FUND
NACC1 DOMESTIC EQUITIES
NACC1 DOMESTIC ISHARES 405
NACC1 GLOBAL ISHARES 404
NJAA WEALTH MGMT SERVICES
NOGA PARTNERS LP
NORGES BANK/NORGES BANK
INVESTMENT MANAGEMENT
OMEGA CAPITAL INVESTORS LP
OMEGA CAPITAL PARTNERS LP
OMEGA CHARITABLE PARTNERSHIP
LP
OMEGA EQUITY INVESTORS LP
OMEGA OVERSEAS PARTNERS LTD
ORI UZIEL
OZ GROUP
POLDEN INVESTMENTS LTD
PRESCOTT GENERAL PARTNERS LLC
QIT2 IE DFA CORE MANDATE
RIEF RMP LLC
RIEF TRADING LLC
SAC CAPITAL ASSOCIATES LLC-ROSE
SAC CAPITAL ASSOCIATES-SCHW
SCHWAB 1000 INDEX FUND
SCHWAB FUNDAMENTAL U.S. LARGE
COMPANY INDEX ETF
SCHWAB FUNDAMENTAL U.S. LARGE
COMPANY INDEX FUND
SCHWAB TOTAL STOCK MARKET
INDEX FUND
SCHWAB U.S. BROAD MARKET ETF
SCHWAB U.S. MID-CAP ETF
SCHWAB U.S. SMALL-CAP ETF

SCULPTOR GROUP
SICAV STATE STREET BANQ, PARIS
SSGA
SSGA POOLING - BANK OF IRELAND
SSGA SMALL/MID-CAP STOCK INDEX
STATE EXPRESS GROUP LIMITED
STATE OF WISCONSIN INVESTMENT
BOARD
STATE STREET BANK & TRUST
COMPANY
STATE STREET GLOBAL ADVISORS
SUSQUEHANNA FINANCIAL GROUP
LLLP
SUSQUEHANNA FUNDAMENTAL
INVESTMENTS LLC
SUSQUEHANNA SECURITIES, LLC
T. ROWE PRICE ASSOCIATES
T.A. U.S. CORE EQUITY 2 PORTFOLIO
TAPUZ PARTNERS LP
TAX-MANAGED U.S. MARKETWIDE
VALUE SERIES
THE PARADIGM FUND
THOMAS J. TISCH 1994 ISSUE TR
TIAA-CREF
U.S. CORE EQUITY 1 PORTFOLIO
U.S. CORE EQUITY 2 PORTFOLIO
U.S. LARGE CAP VALUE SERIES
U.S. TARGETED VALUE PORTFOLIO
U.S. VECTOR EQUITY PORTFOLIO
VANGAURD FUNDS
VANGUARD CONSUMER
DISCRETIONARY INDEX FUND
VANGUARD EXTENDED MARKET
INDEX FUND
VANGUARD FIDUCIARY TRUST
COMPANY TOTAL STOCK MARKET
INDEX TRUST
VANGUARD INSTITUTIONAL TOTAL
STOCK MARKET INDEX FUND
VANGUARD LARGE-CAP INDEX FUND
VANGUARD MID-CAP INDEX FUND
VANGUARD VALUE INDEX FUND
WELLSTAR HEALTH SYSTEM
OPERATING RESERVE
WELLSTAR HEALTH SYSTEM
RETIREMENT PLAN

XLCV DOMESTIC CORE-4227-
XLCVCUSAP1 (P)

**Parties that have knowledge of people who were shareholders of SHC at or around the time of the Lands' End Spin-Off and the Seritage Rights Offering**

| | |
|---|---|
| Antipodean Advisors LLC | Jefferies LLC |
| AQR Capital Management LLC | JP Morgan Chase |
| Bank of America | Kingstown Capital |
| Bank of NY Mellon | Lockheed Martin |
| Barclays | Morgan Stanley |
| Blackrock Inc | National Financial Service (Fidelity) |
| Blackstone Group | Norges Bank |
| Brown Brothers | Northern Trust |
| CalPERS | Omega Advisors |
| Charles Schwab | Prescott GP |
| Citibank | Raymond James |
| Comerica Bank | RBC Wealth |
| Computershare | Renaissance Technologies |
| CREDIT SUISSE | State of Wisconsin Investment Board |
| CSS LCC | State Street Global Advisors |
| D.E. Shaw | Susquehanna International Group |
| Dimensional Fund | Teachers Insurance and Annuity Assoc. of |
| Fine Capital | America (TIAA) |
| First Trust Advisors | The Depository Trust & Clearing |
| Force Capital | Corporation |
| Geode Capital Management | TOBAM North America |
| Goldman, Sachs & Co. | U.S. Bank |
| Goodhaven Capital | UBS Asset Management |
| Grantham Mayo | UMB Financial |
| HAP Trading | USAA Investment Management |
| Horizon Kinetics | Vanguard |
| Interactive Brokers | Wells Fargo |

**Named Defendants in the Adversary Proceeding**

| | |
|---|---|
| ANN N. REESE | CRS MASTER FUND, LP |
| BENEFIT STREET 2018, LLC | CUSHMAN & WAKEFIELD, Inc. |
| Bruce Berkowitz | CYR FUND, LP |
| CANARY SC FUND, LP | CYRUS 1740 MASTER FUND, LP |
| CANARY SC MASTER FUND, LP | CYRUS CAPITAL PARTNERS, LP |
| CASCADE INVESTMENTS, LLC | CYRUS OPPORTUNITIES MASTER |
| Cesar L. Alvarez | FUND II, LTD. |
| CMH VI, LP | CYRUS SELECT OPPORTUNITIES |
| CRESCENT 1, LP | MASTER FUND, LTD. |

| | |
|---|---|
| CYRUS SPECIAL STRATEGIES MASTER FUND, LP | Seritage Growth Properties, LP |
| DAVE RODNEY | SERITAGE GS HOLDINGS LLC |
| DUFF & PHELPS, llc | Seritage kmt finance llc |
| ESL Institutional Partners LP | Seritage kmt MEZZANINE finance llc |
| ESL Investors, LLC | Seritage ms holdings llc |
| Fairholme Capital Management, LLC | SERITAGE SPS HOLDINGS LLC |
| FAIRHOLME FUNDS, INC. | Seritage SRC MEZZANINE Finance LLC |
| JOSEPH JORDAN | Steven Mnuchin |
| JPP II LLC | Thomas J. Tisch |
| JPP LLC | WILLIAM C. KUNKLER III |
| Kunal Kamlani | CRK Partners LLC |
| LAWRENCE MEERSCHAERT | EDWARD SCOTT "EDDIE" LAMPERT |
| LEENA MUNJAL | ESL INVESTMENTS, INC. |
| PAUL G. DEPODESTA | ESL Partners LP |
| ROBERT RIECKER | RBS Investment Management LLC |
| ROBERT SCHRIESHEIM | RBS Partners LP |
| SCOTT HUCKINS | Seritage SRC Finance LLC |
| Seritage Growth Properties, Inc. | SPE I Partners LP |
| | SPE Master I LP |

**Bankruptcy Professionals**

| | |
|---|---|
| Alvarez & Marsal North America, LLC | Paul, Weiss, Ritkind, Wharton & Garrison LLP |
| Deloitte & Touche LLP | Prime Clerk LLC |
| Evercore Group L.L.C. | Wachtell, Lipton, Rosen & Katz |
| FTI Consulting, Jnc | Weil, Gotshal & Manges LLP |
| Lazard Freres & Company | |
| M-111 Advisory Partners, LP | |

**Board of directors of SHC**

| | |
|---|---|
| Berkowitz, Bruce R | Lampert, Edward S |
| DePodesta, Paul G | Reese, Ann N. |
| Kamlani, Kuna) S | Tisch, Thomas J |
| Kunkler, William C | |

**Consolidated list of the holders of the five largest secured claims**

| | |
|---|---|
| Bank of America, N .A. | JPP, LLC |
| Computersbare Trust Company N.A. | Wells Fargo, National Association |
| JPP, II L.L.C.C/0 ESL | |

**Top 40 unsecured creditors**

Active Media Services Inc.
Apex Tool International LLC
Automotive Rentals lnc.
Black & Decker US Inc.
BST International Fashion Limited
Cardinal Health
Chamberlain manufacturing Corp.
City Choice Limited
Cleva Hong Kong Ltd.
Computershare Trust Company, N.A.
Computershare Trust Company, N.A.
Corporate Trust Office of the Trustee,
Coyote
Deloitte & Touche LLP
Eastern Prime Textile Limited
Electrolux (Frigidaire Company)
Feroza Garments Ltd.
Hanesbrands Inc.
HK Greatstar lnt'l Co. Ltd.
Holdings Unsecured Notes (8.00%) c/o
Holdings Unsecured PlK Notes (8.00%) c/o
International Business Machine

Jeon Health and Fitness inc.
Jordache Limited
Knights Apparel lnc.
LG Electronics USA Inc.
Mien Co, Ltd.
MKK Enterprises Corp.
MTD Products lnc.
Paco (China) Garment Ltd.
Procter & Gamble Distributing
SITEL
SRAC Medium Term Notes c/o The Bank of
SRAC Unsecured Notes c/o The Bank of
SRAC Unsecured PIK Notes c/o The Bank
Tata Consultancy Services Ltd.
Thanh Cong Textile Garment Investment
The Pension Benefit Guaranty Corporation
TJ Tianxing Kesheng Leather Products Co
Trading Joint Stock Company
Weihai Lianqiao International Cooperation
Whirlpool Corporation
WiniaDaewoo Electronics America
Winners Industry Company Limited

**Members of the Creditors' Committee**

Apex Tool Group
Brixmor Property Group Inc.
Computershare Trust Co.
Cruz, Oswaldo
Simon Property Group

The Bank of New York Mellon
The Pension Benefit Guaranty Corporation
Vasiliou, Basil
Winia Daewoo Electronics America

**Committee Professionals**

Akin Gump.
FTI Consulting, Inc.
Houlihan Lokey, Inc.

**U.S. Trustee's Office**

Abriano, Victor (Bankruptcy Analyst)
Arbeit, Susan (Trial Attorney)

Bankruptcy/QA
Cassara, Amanda (Paralegal Bankruptcy)

Catapano, Maria (Paralegal Specialist)
Choy, Danny A. (Bankruptcy Analyst)
Harrington, Will iam K. (U.S. Trustee)
Higgins, Benjamin J. (Honors Trial
Attorney)
Joseph, Nadkami (Bankruptcy Analyst)
Masumoto, Brian S. (Trial Attorney)
Mendoza, Ercilia A. (Legal Assistant
Moroney, Mary V. (Bankruptcy Analyst)
Morrissey, Richard C. (Trial Attorney)

Ng, Cheuk M. (Auditor Bankruptcy)
Riffkin, Linda A. (Assistant U.S. Trustee)
Rodriguez, Ilusion (Paralegal Specialist)
Schwartz, Andrea B. (Trial Attorney)
Schwartzberg, Paul K. (Trial Attorney)
Scott, Shannon (Trial Attorney)
Sharp, Sylvester (Bankruptcy Analyst)
Velez-Rivera, Andy (Trial Attorney)
White, Clifford J. (Director U.S. Trustee
Zipes, Greg M. (Trial Attorney)


**New York Bankruptcy Judges and staff**

Andino, Eddie (Chief Deupty)
Bernstein, Stuart M. (Judge)
Chapman, Shelley C. (Judge)
Correa, Grimilda (Project/Team Leader)
Daniele, Salvatore (Law Clerk)
DiSalvo, Rosemary (Law Clerk)
Drain, Robert D. (Judge)
Garrity, James L. (Judge)
Wiles, Michael E. (Judge)

Genna, Vito (Clerk of Court)
Glenn, Martin (Judge)
Grossman, Robert E. (Judge)
Lane, Sean H. (Judge)
Li, Dorothy (Courtroom Deputy)
Morris, Cecelia G. (Judge)
Song, Justin (Law Clerk)
Vyskocil, Mary Kay (Judge)


**Indenture trustees and entities related to the administration of the Debtors' unsecured notes**

Ally Bank
Banc of America Securities LLC
Bank of America Merrill Lynch
Bank of America, N .A.
Barclays Capital Inc.
BNY Midwest Trust Company
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.

Goldman, Sachs & Co.
Merrill Lynch, Pierce, Fenner & Smith
PNC Bank, National Association
Siemens Financial Services, Inc.
Wells Fargo Bank, National Association
Wells Fargo Securities, LLC


**Cyrus Capital Partners, L.P., and its attorneys, Milbank**
Cyrus Capital Partners, L.P.
Milbank

## Schedule 2

**Schedule of Searched Parties and/or Certain Related Parties that ASK
Currently Represents, or in the Past Represented, in Matters
Unrelated to these Chapter 11 Cases**

(none)