| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** ) <br> **SOUTHERN DISTRICT OF NEW YORK** ) <br> ) <br> ) <br> ) <br> **IN RE:** ) <br> ) <br> ) <br> **SEARS HOLDINGS CORPORATION,** *et al.***,** ) <br> ) <br> **Debtors.** ) <br> ) | **CASE NO. 18-23538-RDD** <br><br> **CHAPTER 11** <br><br> **(Jointly Administered)** |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Rogers Law Offices ("RLO") hereby withdraws its appearance as counsel for Serta Simmons Bedding, LLC ("Simmons") in the above-captioned cases. RLO requests that the attorney listed below be removed from all service lists in these cases, including all electronic service lists and the ECF notification system:

Beth E. Rogers
Rogers Law Offices
100 Peachtree Street, Ste. 1950
Atlanta, GA 30303
(770) 685-6320
brogers@berlawoffice.com

This 14th day of October, 2020.

Respectfully submitted,

**ROGERS LAW OFFICES**

By: <u>*/s/Beth E. Rogers*</u>
Beth E. Rogers
Georgia Bar No. 612092
100 Peachtree Street, Ste. 1950
Atlanta, Georgia 30303
770-685-6320 phone
678-990-9959 fax
brogers@berlawoffice.com
*Attorney for Simmons*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br><br> IN RE: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. | X <br> ) <br> ) <br> ) <br> ) CASE NO. 18-23538-RDD <br> ) <br> ) CHAPTER 11 <br> ) <br> ) <br> ) <br> ) <br> X |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the following as counsel of record in the foregoing matter, with a copy of the within and **foregoing WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS** by filing with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to all parties of record registered with the ECF Filing System.

Dated: October 14, 2020.

*/s/ Beth E. Rogers*
Beth E. Rogers
Georgia Bar No. 612092
*Attorney for Simmons*