| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Forever International (Taiwan) Inc.** | | | | | | |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,038.57 | 7/18/18 | 201819890510 | 7/2/18 | $5,038.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $21,758.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $16,838.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $14,421.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $14,086.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $13,228.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $13,084.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $12,700.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $11,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $10,945.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $10,667.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $10,543.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $9,733.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $9,659.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $9,648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $9,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $8,812.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $8,435.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $8,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $8,124.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $8,019.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $7,712.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $6,144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $6,065.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $5,425.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $5,328.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $5,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $5,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $5,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $5,221.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $5,114.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $4,968.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820083083 | 7/9/18 | $4,499.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $4,499.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $4,485.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $316,691.83 | 7/27/18 | 201820081828 | 7/9/18 | $3,720.00 |

Totals:    2 transfer(s),  $321,730.40

**Defendant:** Forever International (Taiwan) Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $504.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $396.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $382.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $372.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $261.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $248.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $212.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $184.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $183.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,077.33 | 7/27/18 | 201820186926 | 7/10/18 | $165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $12,177.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $11,299.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341525 | 7/16/18 | $10,164.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $9,805.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341525 | 7/16/18 | $9,624.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341525 | 7/16/18 | $8,720.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $6,955.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341525 | 7/16/18 | $6,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341525 | 7/16/18 | $6,356.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $5,832.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $5,790.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341432 | 7/16/18 | $4,483.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $100,907.03 | 8/3/18 | 201820341525 | 7/16/18 | $2,785.67 |

**Totals:** 2 transfer(s), $103,984.36