| Defendant: | **Handfab Elegance Pvt. Ltd., Dba Handfab A Living** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,972.96 | 7/26/18 | 201817924584 | 4/9/18 | $14,882.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,972.96 | 7/26/18 | 201818014079 | 4/15/18 | $9,949.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,972.96 | 7/26/18 | 201818140291 | 4/16/18 | $1,809.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,972.96 | 7/26/18 | 201817950310 | 4/23/18 | $17,332.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,895.15 | 8/3/18 | 201818649199 | 5/8/18 | $11,895.15 |

Totals:    2 transfer(s),  $55,868.11

| Defendant: | **Handfab Elegance Pvt. Ltd., Dba Handfab A Living** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,825.00 | 7/26/18 | 201818688605 | 4/29/18 | $11,825.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,204.20 | 8/1/18 | 201818994712 | 5/6/18 | $6,204.20 |
| **Totals:** | **2 transfer(s), $18,029.20** | | | | | | |