| | |
|---|---|
| Defendant: | **Lee & Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $39,569.94 | 8/6/18 | 201818832459 | 5/11/18 | $19,102.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $39,569.94 | 8/6/18 | 201818832459 | 5/11/18 | $12,698.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $39,569.94 | 8/6/18 | 201818832459 | 5/11/18 | $7,768.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,058.98 | 8/10/18 | 201818866725 | 5/16/18 | $19,286.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,058.98 | 8/10/18 | 201818866725 | 5/16/18 | $13,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,058.98 | 8/10/18 | 201818866725 | 5/16/18 | $11,182.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,862.63 | 8/21/18 | 201818865852 | 5/23/18 | $9,862.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819369750 | 5/28/18 | $27,982.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371629 | 5/28/18 | $24,033.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819243658 | 5/28/18 | $16,383.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371468 | 5/28/18 | $14,188.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371260 | 5/28/18 | $11,281.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371560 | 5/28/18 | $10,627.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371402 | 5/28/18 | $9,608.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371212 | 5/28/18 | $7,172.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371303 | 5/28/18 | $7,043.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819250175 | 5/28/18 | $2,567.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,249.13 | 8/27/18 | 201819371212 | 5/28/18 | $361.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819368845 | 6/2/18 | $26,726.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370862 | 6/2/18 | $23,144.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819241803 | 6/2/18 | $16,071.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370237 | 6/2/18 | $13,621.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370023 | 6/2/18 | $10,882.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370648 | 6/2/18 | $10,061.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370166 | 6/2/18 | $9,143.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819369941 | 6/2/18 | $7,125.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370106 | 6/2/18 | $6,749.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $125,762.46 | 8/30/18 | 201819370778 | 6/2/18 | $2,236.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,769.96 | 9/4/18 | 201819369515 | 6/4/18 | $22,648.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,769.96 | 9/4/18 | 201819369628 | 6/4/18 | $21,050.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,769.96 | 9/4/18 | 201819249587 | 6/4/18 | $16,911.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,769.96 | 9/4/18 | 201819368522 | 6/7/18 | $21,708.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,769.96 | 9/4/18 | 201819368675 | 6/7/18 | $20,271.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,769.96 | 9/4/18 | 201819249457 | 6/7/18 | $16,179.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,594.45 | 9/10/18 | 201819528172 | 6/11/18 | $16,653.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,594.45 | 9/10/18 | 201818953479 | 6/11/18 | $9,022.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,594.45 | 9/10/18 | 201818953479 | 6/11/18 | $7,227.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,594.45 | 9/10/18 | 201818953479 | 6/11/18 | $2,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $24,448.20 | 9/11/18 | 201818954302 | 6/12/18 | $11,565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $24,448.20 | 9/11/18 | 201818954302 | 6/12/18 | $9,373.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $24,448.20 | 9/11/18 | 201818954302 | 6/12/18 | $3,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,019.00 | 9/12/18 | 201819527945 | 6/15/18 | $16,019.00 |

**Totals:**     9 transfer(s),  $545,334.75

**Defendant:** Lee & Co. Ltd.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,227.20 | 8/6/18 | 201818835751 | 5/11/18 | $22,688.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,227.20 | 8/6/18 | 201818835751 | 5/11/18 | $16,450.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,227.20 | 8/6/18 | 201818835751 | 5/11/18 | $9,539.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,227.20 | 8/6/18 | 201818835751 | 5/11/18 | $8,549.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $42,254.16 | 8/9/18 | 201818568440 | 5/14/18 | $42,254.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $107,602.92 | 8/10/18 | 201818867685 | 5/16/18 | $18,220.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $107,602.92 | 8/10/18 | 201818867685 | 5/16/18 | $17,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $107,602.92 | 8/10/18 | 201818867685 | 5/16/18 | $13,408.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $107,602.92 | 8/10/18 | 201818867685 | 5/16/18 | $6,938.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $107,602.92 | 8/10/18 | 201818566431 | 5/17/18 | $51,935.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,783.50 | 8/22/18 | 201818833679 | 5/25/18 | $6,783.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,188.27 | 8/27/18 | 201819368096 | 5/28/18 | $18,299.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,188.27 | 8/27/18 | 201819368188 | 5/28/18 | $17,810.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,188.27 | 8/27/18 | 201819367993 | 5/28/18 | $16,964.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,188.27 | 8/27/18 | 201819367912 | 5/28/18 | $11,415.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,188.27 | 8/27/18 | 201819368241 | 5/28/18 | $5,993.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,188.27 | 8/27/18 | 201819240779 | 5/28/18 | $3,703.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $90,678.21 | 8/30/18 | 201819367566 | 6/2/18 | $22,305.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $90,678.21 | 8/30/18 | 201819367647 | 6/2/18 | $21,708.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $90,678.21 | 8/30/18 | 201819367518 | 6/2/18 | $20,784.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $90,678.21 | 8/30/18 | 201819367459 | 6/2/18 | $13,986.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $90,678.21 | 8/30/18 | 201819367711 | 6/2/18 | $7,305.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $90,678.21 | 8/30/18 | 201819240501 | 6/2/18 | $4,587.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $49,262.16 | 9/4/18 | 201819349231 | 6/4/18 | $11,274.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $49,262.16 | 9/4/18 | 201819349231 | 6/4/18 | $10,916.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $49,262.16 | 9/4/18 | 201819349003 | 6/7/18 | $13,704.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $49,262.16 | 9/4/18 | 201819349003 | 6/7/18 | $13,366.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,741.97 | 9/10/18 | 201818952517 | 6/11/18 | $1,620.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,741.97 | 9/10/18 | 201818952517 | 6/11/18 | $990.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,741.97 | 9/10/18 | 201818952517 | 6/11/18 | $131.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,163.57 | 9/11/18 | 201818953012 | 6/12/18 | $1,314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,163.57 | 9/11/18 | 201818953012 | 6/12/18 | $765.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $2,163.57 | 9/11/18 | 201818953012 | 6/12/18 | $84.57 |

**Totals:** 9 transfer(s), $432,901.96