| | | |
|---|---|---|
| Defendant: | **Productworks LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $64,250.22 | 7/25/18 | 201820081973 | 7/3/18 | $36,895.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $64,250.22 | 7/25/18 | 201819690392 | 7/3/18 | $18,886.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $64,250.22 | 7/25/18 | 201820081420 | 7/3/18 | $3,869.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $64,250.22 | 7/25/18 | 201820081420 | 7/3/18 | $3,518.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $64,250.22 | 7/25/18 | 201820139206 | 7/3/18 | $1,081.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820220392 | 7/10/18 | $40,629.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820220392 | 7/10/18 | $18,224.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820234867 | 7/10/18 | $17,431.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820234867 | 7/10/18 | $8,530.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820234867 | 7/10/18 | $8,265.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820234867 | 7/10/18 | $5,443.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820220218 | 7/10/18 | $3,009.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $103,874.86 | 8/1/18 | 201820220218 | 7/10/18 | $2,340.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $27,852.48 | 8/3/18 | 201820168426 | 7/12/18 | $27,852.48 |

Totals:     3 transfer(s),  $195,977.56

Defendant: **Productworks LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---:|---|---|---|---:|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $981.20 | 7/25/18 | 201820028023 | 7/3/18 | $981.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,047.82 | 7/31/18 | 201820224569 | 7/9/18 | $1,047.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $902.88 | 8/2/18 | 201820223440 | 7/10/18 | $902.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $113,533.52 | 8/3/18 | 201820281348 | 7/12/18 | $66,003.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $113,533.52 | 8/3/18 | 201820281348 | 7/12/18 | $43,502.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $113,533.52 | 8/3/18 | 201820116310 | 7/12/18 | $2,169.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $113,533.52 | 8/3/18 | 201820116310 | 7/12/18 | $1,858.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $75,670.20 | 8/7/18 | 201820338542 | 7/16/18 | $47,156.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $75,670.20 | 8/7/18 | 201820224815 | 7/16/18 | $28,513.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $25,243.02 | 8/8/18 | 201820223654 | 7/16/18 | $25,243.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,918.10 | 8/9/18 | 201820338760 | 7/18/18 | $10,918.10 |

Totals:    7 transfer(s),  $228,296.74