Defendant: **Holden Worldwide Corp., Dba Quality House Int.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-12468 | $14,070.00 | 7/19/18 | 201819657338 | 6/9/18 | $5,239.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12468 | $14,070.00 | 7/19/18 | 201819703234 | 6/18/18 | $945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12468 | $14,070.00 | 7/19/18 | 201819657352 | 6/19/18 | $6,696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12468 | $14,070.00 | 7/19/18 | 201819703336 | 6/19/18 | $1,190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12469 | $124,199.70 | 7/24/18 | 201819703594 | 6/22/18 | $10,914.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12469 | $124,199.70 | 7/24/18 | 201820010569 | 6/23/18 | $44,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12469 | $124,199.70 | 7/24/18 | 201820010661 | 6/24/18 | $55,078.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12469 | $124,199.70 | 7/24/18 | 201819703765 | 6/24/18 | $13,855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12470 | $99,368.50 | 8/2/18 | 201819930391 | 6/22/18 | $28,386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12470 | $99,368.50 | 8/2/18 | 201819930443 | 6/24/18 | $36,126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12470 | $99,368.50 | 8/2/18 | 201820110478 | 6/29/18 | $15,335.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12470 | $99,368.50 | 8/2/18 | 201820110572 | 7/2/18 | $19,521.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12471 | $16,164.00 | 8/7/18 | 201820256085 | 7/8/18 | $9,054.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12471 | $16,164.00 | 8/7/18 | 201820255914 | 7/8/18 | $7,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12472 | $171,681.44 | 8/14/18 | 201820115982 | 6/29/18 | $13,202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12472 | $171,681.44 | 8/14/18 | 201820329102 | 7/8/18 | $36,672.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12472 | $171,681.44 | 8/14/18 | 201820329088 | 7/8/18 | $29,502.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12472 | $171,681.44 | 8/14/18 | 201820116033 | 7/8/18 | $16,824.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12472 | $171,681.44 | 8/14/18 | 201820465846 | 7/13/18 | $33,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12472 | $171,681.44 | 8/14/18 | 201820465860 | 7/15/18 | $42,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12473 | $38,448.00 | 8/23/18 | 201820537652 | 7/23/18 | $21,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12473 | $38,448.00 | 8/23/18 | 201820537574 | 7/23/18 | $16,896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12474 | $32,780.00 | 8/27/18 | 201820612078 | 7/23/18 | $18,348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12474 | $32,780.00 | 8/27/18 | 201820612070 | 7/23/18 | $14,432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12475 | $9,126.00 | 8/29/18 | 201820767036 | 7/28/18 | $4,014.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12475 | $9,126.00 | 8/29/18 | 201820767040 | 7/29/18 | $5,112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12476 | $22,608.00 | 9/4/18 | 201820915201 | 8/3/18 | $9,936.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12476 | $22,608.00 | 9/4/18 | 201820915266 | 8/4/18 | $12,672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,444.80 | 9/5/18 | 201820537732 | 7/23/18 | $4,709.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,444.80 | 9/5/18 | 201820537704 | 7/23/18 | $3,735.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12477 | $11,000.00 | 9/6/18 | 201820912752 | 8/4/18 | $6,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12477 | $11,000.00 | 9/6/18 | 201820912751 | 8/4/18 | $4,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820904341 | 8/4/18 | $12,229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820911355 | 8/12/18 | $32,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820911323 | 8/12/18 | $11,187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820904399 | 8/12/18 | $11,100.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820911356 | 8/16/18 | $32,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820904373 | 8/16/18 | $15,594.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820911328 | 8/16/18 | $14,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12478 | $143,906.72 | 9/17/18 | 201820904416 | 8/16/18 | $14,019.62 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-12479 | $56,362.46 | 9/18/18 | 201821068894 | 8/10/18 | $11,286.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12479 | $56,362.46 | 9/18/18 | 201821069376 | 8/10/18 | $8,801.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12479 | $56,362.46 | 9/18/18 | 201821099992 | 8/10/18 | $4,739.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12479 | $56,362.46 | 9/18/18 | 201821068911 | 8/18/18 | $14,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12479 | $56,362.46 | 9/18/18 | 201821069402 | 8/18/18 | $11,068.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12479 | $56,362.46 | 9/18/18 | 201821100042 | 8/18/18 | $6,113.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12480 | $142,099.50 | 9/20/18 | 201821240284 | 8/18/18 | $38,590.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12480 | $142,099.50 | 9/20/18 | 201821239479 | 8/18/18 | $27,967.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12480 | $142,099.50 | 9/20/18 | 201821234681 | 8/18/18 | $12,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12480 | $142,099.50 | 9/20/18 | 201821239631 | 8/21/18 | $30,361.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12480 | $142,099.50 | 9/20/18 | 201821239394 | 8/21/18 | $22,055.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12480 | $142,099.50 | 9/20/18 | 201821234676 | 8/21/18 | $10,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12481 | $125,539.50 | 9/24/18 | 201821234394 | 8/18/18 | $35,372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12481 | $125,539.50 | 9/24/18 | 201821240727 | 8/18/18 | $19,798.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12481 | $125,539.50 | 9/24/18 | 201821234478 | 8/18/18 | $15,147.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12481 | $125,539.50 | 9/24/18 | 201821234385 | 8/21/18 | $27,768.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12481 | $125,539.50 | 9/24/18 | 201821240588 | 8/21/18 | $15,544.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12481 | $125,539.50 | 9/24/18 | 201821234466 | 8/24/18 | $11,908.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12482 | $97,033.02 | 9/27/18 | 201821234736 | 8/18/18 | $28,481.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12482 | $97,033.02 | 9/27/18 | 201821234671 | 8/18/18 | $25,869.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12482 | $97,033.02 | 9/27/18 | 201821234726 | 8/24/18 | $22,368.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12482 | $97,033.02 | 9/27/18 | 201821234657 | 8/24/18 | $20,313.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,415.00 | 10/2/18 | 201821069048 | 8/10/18 | $8,415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821492930 | 8/31/18 | $21,976.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821438899 | 8/31/18 | $12,136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821493051 | 8/31/18 | $7,342.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821493133 | 8/31/18 | $6,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821493020 | 9/5/18 | $27,943.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821438956 | 9/5/18 | $15,183.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821493092 | 9/5/18 | $9,377.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12483 | $108,959.12 | 10/5/18 | 201821493194 | 9/5/18 | $8,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12484 | $133,790.80 | 10/9/18 | 201821671534 | 9/7/18 | $47,027.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12484 | $133,790.80 | 10/9/18 | 201821671546 | 9/9/18 | $59,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12484 | $133,790.80 | 10/9/18 | 201821682070 | 9/9/18 | $8,073.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12484 | $133,790.80 | 10/9/18 | 201821692169 | 9/9/18 | $7,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12484 | $133,790.80 | 10/9/18 | 201821681929 | 9/9/18 | $6,331.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-12484 | $133,790.80 | 10/9/18 | 201821692136 | 9/9/18 | $5,541.30 |

Totals:    19 transfer(s),    $1,363,996.56

| Defendant: | Holden Worldwide Corp., Dba Quality House Int. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3287 | $186,238.38 | 7/19/18 | 201819657343 | 6/9/18 | $54,446.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3287 | $186,238.38 | 7/19/18 | 201819657301 | 6/9/18 | $47,990.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3287 | $186,238.38 | 7/19/18 | 201819657358 | 6/19/18 | $44,551.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3287 | $186,238.38 | 7/19/18 | 201819657332 | 6/19/18 | $39,250.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3288 | $176,844.77 | 7/24/18 | 201819822119 | 6/22/18 | $50,608.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3288 | $176,844.77 | 7/24/18 | 201819822119 | 6/22/18 | $48,083.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3288 | $176,844.77 | 7/24/18 | 201819822146 | 6/24/18 | $41,342.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3288 | $176,844.77 | 7/24/18 | 201819822146 | 6/24/18 | $36,809.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3289 | $36,655.32 | 8/2/18 | 201820110052 | 6/29/18 | $14,536.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3289 | $36,655.32 | 8/2/18 | 201820110783 | 6/29/18 | $3,333.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3289 | $36,655.32 | 8/2/18 | 201820184176 | 6/29/18 | $2,354.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3289 | $36,655.32 | 8/2/18 | 201820110144 | 7/2/18 | $11,835.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3289 | $36,655.32 | 8/2/18 | 201820111976 | 7/2/18 | $2,694.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3289 | $36,655.32 | 8/2/18 | 201820184221 | 7/2/18 | $1,900.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3290 | $61,241.40 | 8/7/18 | 201820258924 | 7/8/18 | $33,620.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3290 | $61,241.40 | 8/7/18 | 201820260216 | 7/8/18 | $27,621.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,842.00 | 8/10/18 | 201820115890 | 6/29/18 | $5,842.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,830.00 | 8/15/18 | 201820115958 | 7/2/18 | $4,830.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3291 | $23,807.52 | 8/23/18 | 201820766602 | 7/23/18 | $13,116.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3291 | $23,807.52 | 8/23/18 | 201820766608 | 7/23/18 | $10,691.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820612084 | 7/23/18 | $16,661.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820612106 | 7/23/18 | $13,576.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820589026 | 7/23/18 | $13,186.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820612084 | 7/23/18 | $11,932.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820589026 | 7/23/18 | $11,923.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820589061 | 7/23/18 | $10,692.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820612106 | 7/23/18 | $9,768.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3292 | $97,417.50 | 8/27/18 | 201820589061 | 7/23/18 | $9,676.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820933124 | 8/3/18 | $31,143.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820903879 | 8/3/18 | $29,677.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820904229 | 8/3/18 | $27,195.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820903879 | 8/3/18 | $23,903.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820933463 | 8/4/18 | $25,423.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820903907 | 8/4/18 | $24,248.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820904273 | 8/4/18 | $22,244.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3293 | $203,023.38 | 9/4/18 | 201820903907 | 8/4/18 | $19,187.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,913.28 | 9/5/18 | 201820537786 | 7/23/18 | $10,913.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,867.04 | 9/6/18 | 201820537893 | 7/24/18 | $8,867.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820911366 | 8/3/18 | $16,731.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820911366 | 8/3/18 | $16,497.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820905076 | 8/3/18 | $16,281.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820905076 | 8/3/18 | $15,820.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820911367 | 8/4/18 | $13,685.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820911367 | 8/4/18 | $13,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820905092 | 8/4/18 | $13,311.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3294 | $118,606.80 | 9/10/18 | 201820905092 | 8/4/18 | $12,840.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820904932 | 8/3/18 | $13,552.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820904932 | 8/3/18 | $12,414.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820911393 | 8/4/18 | $16,272.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820905047 | 8/4/18 | $11,011.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820905047 | 8/4/18 | $10,098.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820903980 | 8/6/18 | $21,845.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820903980 | 8/6/18 | $21,536.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201821046822 | 8/12/18 | $19,456.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820904009 | 8/16/18 | $17,901.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820904009 | 8/16/18 | $17,636.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201821046884 | 8/16/18 | $15,845.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3295 | $190,889.43 | 9/17/18 | 201820911432 | 8/16/18 | $13,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3296 | $33,794.40 | 9/18/18 | 201821069180 | 8/10/18 | $13,462.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3296 | $33,794.40 | 9/18/18 | 201821099830 | 8/15/18 | $5,091.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3296 | $33,794.40 | 9/18/18 | 201821069290 | 8/18/18 | $11,125.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3296 | $33,794.40 | 9/18/18 | 201821099930 | 8/18/18 | $4,116.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3297 | $65,223.70 | 9/20/18 | 201820991383 | 8/10/18 | $17,472.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3297 | $65,223.70 | 9/20/18 | 201820991383 | 8/10/18 | $16,322.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3297 | $65,223.70 | 9/20/18 | 201820991486 | 8/18/18 | $14,284.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3297 | $65,223.70 | 9/20/18 | 201820991486 | 8/18/18 | $13,380.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3297 | $65,223.70 | 9/20/18 | 201821234373 | 8/18/18 | $1,689.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3297 | $65,223.70 | 9/20/18 | 201821234369 | 8/21/18 | $2,073.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201820990723 | 8/10/18 | $8,532.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201820991172 | 8/10/18 | $8,345.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201821243878 | 8/18/18 | $20,856.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201821244158 | 8/18/18 | $12,779.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201820990822 | 8/18/18 | $6,888.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201820991269 | 8/18/18 | $6,846.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201821234618 | 8/18/18 | $2,037.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201821243690 | 8/21/18 | $25,406.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201821244061 | 8/21/18 | $15,648.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3298 | $109,893.20 | 9/24/18 | 201821234607 | 8/21/18 | $2,553.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3299 | $99,262.96 | 9/27/18 | 201821234639 | 8/18/18 | $25,806.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3299 | $99,262.96 | 9/27/18 | 201821234710 | 8/18/18 | $18,739.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3299 | $99,262.96 | 9/27/18 | 201821234628 | 8/20/18 | $31,699.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3299 | $99,262.96 | 9/27/18 | 201821234701 | 8/20/18 | $23,018.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3300 | $28,296.80 | 10/5/18 | 201821366807 | 8/24/18 | $15,582.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3300 | $28,296.80 | 10/5/18 | 201821366813 | 8/28/18 | $12,714.00 |

Holden Worldwide Corp., Dba Quality House Int.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                          Exhibit B                                          P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821441599 | 8/31/18 | $10,098.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821449558 | 8/31/18 | $5,945.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821449145 | 9/5/18 | $8,262.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821450190 | 9/5/18 | $4,864.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671420 | 9/7/18 | $14,710.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671420 | 9/7/18 | $13,566.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821860354 | 9/7/18 | $11,692.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821681611 | 9/7/18 | $4,463.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821681152 | 9/7/18 | $3,685.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671478 | 9/7/18 | $3,085.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671478 | 9/7/18 | $1,221.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671457 | 9/9/18 | $12,004.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671457 | 9/9/18 | $11,088.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821860367 | 9/9/18 | $9,549.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821681749 | 9/9/18 | $3,634.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821671530 | 9/9/18 | $3,463.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821681386 | 9/9/18 | $1,900.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3301 | $124,355.46 | 10/9/18 | 201821681386 | 9/9/18 | $1,117.80 |

**Totals:**    19 transfer(s),    $1,586,003.34