| | | |
|---|---|---|
| Defendant: | **Rio Sul S.A. de C.V.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $128,566.04 | 8/30/18 | 201820754507 | 7/13/18 | $37,714.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $128,566.04 | 8/30/18 | 201820754507 | 7/13/18 | $25,257.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $128,566.04 | 8/30/18 | 201820754507 | 7/13/18 | $22,113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $128,566.04 | 8/30/18 | 201820754507 | 7/13/18 | $18,898.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $128,566.04 | 8/30/18 | 201820754507 | 7/13/18 | $13,759.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $128,566.04 | 8/30/18 | 201820754507 | 7/13/18 | $10,823.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $94,235.47 | 9/10/18 | 201820950408 | 7/26/18 | $52,113.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $94,235.47 | 9/10/18 | 201820950408 | 7/26/18 | $24,930.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $94,235.47 | 9/10/18 | 201820950408 | 7/26/18 | $11,478.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $94,235.47 | 9/10/18 | 201820950408 | 7/26/18 | $5,712.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035115 | 7/31/18 | $49,431.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035115 | 7/31/18 | $47,336.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035473 | 7/31/18 | $20,630.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035473 | 7/31/18 | $12,474.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035473 | 7/31/18 | $12,276.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035473 | 7/31/18 | $11,604.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035115 | 7/31/18 | $10,697.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $170,733.78 | 9/13/18 | 201821035115 | 7/31/18 | $6,282.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $56,693.64 | 9/24/18 | 201821272230 | 8/9/18 | $38,648.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $56,693.64 | 9/24/18 | 201821272230 | 8/9/18 | $18,045.44 |

Totals:    4 transfer(s),  $450,228.93

Defendant: **Rio Sul S.A. de C.V.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $381,383.83 | 7/24/18 | 201819882052 | 6/12/18 | $70,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $381,383.83 | 7/24/18 | 201819879048 | 6/12/18 | $70,032.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $381,383.83 | 7/24/18 | 201819882035 | 6/12/18 | $66,275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $381,383.83 | 7/24/18 | 201819879048 | 6/12/18 | $62,335.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $381,383.83 | 7/24/18 | 201819881986 | 6/12/18 | $62,266.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $381,383.83 | 7/24/18 | 201820039838 | 6/12/18 | $49,714.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $245,758.39 | 7/31/18 | 201820074999 | 6/19/18 | $76,922.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $245,758.39 | 7/31/18 | 201820075042 | 6/19/18 | $55,275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $245,758.39 | 7/31/18 | 201820075021 | 6/19/18 | $55,275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $245,758.39 | 7/31/18 | 201820185285 | 6/19/18 | $29,605.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $245,758.39 | 7/31/18 | 201820185623 | 6/19/18 | $28,680.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $159,629.20 | 8/6/18 | 201820180116 | 6/25/18 | $93,354.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $159,629.20 | 8/6/18 | 201820180129 | 6/25/18 | $66,275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $120,435.07 | 8/15/18 | 201820449819 | 7/2/18 | $120,435.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $298,722.48 | 8/30/18 | 201820741098 | 7/13/18 | $83,144.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $298,722.48 | 8/30/18 | 201820741085 | 7/13/18 | $82,987.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $298,722.48 | 8/30/18 | 201820741098 | 7/13/18 | $81,013.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $298,722.48 | 8/30/18 | 201820741085 | 7/13/18 | $51,576.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $357,030.24 | 9/13/18 | 201821041121 | 7/31/18 | $157,080.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $357,030.24 | 9/13/18 | 201821035171 | 7/31/18 | $97,032.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $357,030.24 | 9/13/18 | 201821035196 | 7/31/18 | $72,131.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $357,030.24 | 9/13/18 | 201821035196 | 7/31/18 | $30,786.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $200,420.05 | 9/24/18 | 201821188768 | 8/9/18 | $70,329.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $200,420.05 | 9/24/18 | 201821188722 | 8/9/18 | $65,227.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $200,420.05 | 9/24/18 | 201821188768 | 8/9/18 | $64,863.20 |

Totals:    7 transfer(s),  $1,763,379.26