| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Shinjin International Corp.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184748 | 6/28/18 | $17,930.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $15,208.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184748 | 6/28/18 | $14,928.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $9,486.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $9,339.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $5,366.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $4,381.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $3,350.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $2,845.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $2,649.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $2,613.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $2,579.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $2,328.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $1,262.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $839.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $697.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $556.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $556.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $97,160.43 | 7/27/18 | 201820184157 | 6/28/18 | $238.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820217437 | 7/4/18 | $18,612.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $17,247.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $15,541.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820217437 | 7/4/18 | $15,515.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $9,924.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $5,566.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $4,714.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $3,695.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $3,615.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $2,987.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $2,780.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $2,609.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $2,499.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $2,465.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $1,211.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $1,113.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $918.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,813.57 | 7/31/18 | 201820185237 | 7/4/18 | $795.60 |

Totals:     2 transfer(s),  $208,974.00

Defendant: **Shinjin International Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $18,836.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $18,327.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $10,918.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $9,993.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $6,353.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $2,737.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,251.85 | 7/27/18 | 201820184884 | 6/28/18 | $1,085.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $15,304.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $14,541.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $8,834.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $8,187.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $5,210.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $2,237.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $1,821.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $826.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $430.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $57,459.18 | 7/31/18 | 201820217420 | 7/4/18 | $64.80 |

**Totals:** 2 transfer(s), $125,711.03