| | | |
|---|---|---|
| Defendant: | **True Manufacturing Co., Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914126 | $2,549.00 | 8/3/18 | 4328973 | 7/10/18 | $2,549.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914470 | $10,798.00 | 8/24/18 | 4344005 | 7/24/18 | $2,549.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914470 | $10,798.00 | 8/24/18 | 4344006 | 7/24/18 | $2,324.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914470 | $10,798.00 | 8/24/18 | 4348726 | 7/30/18 | $5,925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914668 | $5,248.00 | 9/7/18 | 4360210 | 8/9/18 | $5,248.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914771 | $2,437.00 | 9/14/18 | 4367514 | 8/16/18 | $2,437.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914904 | $2,617.00 | 9/21/18 | 4377312 | 8/24/18 | $2,617.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915012 | $2,774.00 | 10/2/18 | 4397079 | 9/14/18 | $2,774.00 |

Totals:    6 transfer(s),  $26,423.00

Defendant: **True Manufacturing Co., Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914029 | $2,924.00 | 7/27/18 | 4317930 | 7/5/18 | $2,924.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914142 | $2,519.00 | 8/3/18 | 4301924 | 6/18/19 | $2,519.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914261 | $2,513.71 | 8/21/18 | 4337960 | 7/18/18 | $2,324.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914261 | $2,513.71 | 8/21/18 | 4340410 | 7/20/18 | $189.71 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914394 | $2,519.00 | 8/22/18 | 4342563 | 7/23/18 | $2,519.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914486 | $9,886.94 | 8/24/18 | 4344086 | 7/24/18 | $2,519.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914486 | $9,886.94 | 8/24/18 | 4347263 | 7/26/18 | $2,617.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914486 | $9,886.94 | 8/24/18 | 4345767 | 7/26/18 | $2,399.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914486 | $9,886.94 | 8/24/18 | 4346455 | 7/26/18 | $102.94 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914486 | $9,886.94 | 8/24/18 | 4347068 | 7/27/18 | $2,249.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914610 | $33,474.00 | 8/31/18 | 4352813 | 8/1/18 | $2,617.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914610 | $33,474.00 | 8/31/18 | 7352815 | 8/1/18 | $1,533.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914610 | $33,474.00 | 8/31/18 | 4352930 | 8/2/18 | $2,324.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914610 | $33,474.00 | 8/31/18 | 5665257 | 8/21/18 | $27,000.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914811 | $12,190.00 | 9/14/18 | 4360077 | 8/9/18 | $2,324.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914811 | $12,190.00 | 9/14/18 | 4365848 | 8/15/18 | $2,849.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914811 | $12,190.00 | 9/14/18 | 4367510 | 8/15/18 | $2,519.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914811 | $12,190.00 | 9/14/18 | 4368715 | 8/17/18 | $2,324.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914811 | $12,190.00 | 9/14/18 | 4369994 | 8/20/18 | $2,174.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914920 | $2,962.00 | 9/21/18 | 4375994 | 8/24/18 | $2,962.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915032 | $17,581.00 | 10/2/18 | 4380485 | 8/29/18 | $5,098.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915032 | $17,581.00 | 10/2/18 | 4381853 | 8/30/18 | $2,474.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915032 | $17,581.00 | 10/2/18 | 4384654 | 8/31/18 | $7,385.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915032 | $17,581.00 | 10/2/18 | 4384653 | 8/31/18 | $2,624.00 |

Totals:    9 transfer(s),  $86,569.65