| Defendant: | **Weavetex Overseas Pvt. Ltd., Dba Weavetex Overseas** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,062.22 | 7/25/18 | 201818072911 | 4/29/18 | $6,062.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $109,852.39 | 8/1/18 | 201818549557 | 5/6/18 | $62,578.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $109,852.39 | 8/1/18 | 201818549557 | 5/6/18 | $47,273.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818986457 | 5/21/18 | $53,256.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818988869 | 5/21/18 | $43,712.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818953475 | 5/21/18 | $23,980.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818986457 | 5/21/18 | $17,615.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818953989 | 5/21/18 | $12,679.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818953363 | 5/21/18 | $10,821.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818954139 | 5/21/18 | $10,593.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818953418 | 5/21/18 | $7,965.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $184,244.41 | 8/20/18 | 201818953989 | 5/21/18 | $3,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,278.54 | 9/10/18 | 201819372953 | 6/11/18 | $16,278.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,740.05 | 9/11/18 | 201819372853 | 6/12/18 | $20,957.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,740.05 | 9/11/18 | 201819372901 | 6/12/18 | $15,782.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,230.50 | 9/17/18 | 201819773683 | 6/18/18 | $44,230.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,534.88 | 9/24/18 | 201819773511 | 6/25/18 | $42,765.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,534.88 | 9/24/18 | 201819775225 | 6/25/18 | $4,769.28 |

Totals:     7 transfer(s),  $444,942.99

Defendant: **Weavetex Overseas Pvt. Ltd., Dba Weavetex Overseas**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $15,507.00 | 8/20/18 | 201818953197 | 5/21/18 | $15,507.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $3,268.64 | 9/17/18 | 201819532608 | 6/18/18 | $3,268.64 |

Totals:    2 transfer(s),  $18,775.64