Defendant: **Winix Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-22791 | $193,615.40 | 8/27/18 | 201819079156 | 5/18/18 | $103,341.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-22791 | $193,615.40 | 8/27/18 | 201819310220 | 5/31/18 | $90,273.92 |

Totals:   1 transfer(s),  $193,615.40

Defendant: **Winix Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3502 | $815,488.08 | 8/6/18 | 201819580628 | 6/7/18 | $405,870.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3502 | $815,488.08 | 8/6/18 | 201819580377 | 6/7/18 | $206,682.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3502 | $815,488.08 | 8/6/18 | 201819580628 | 6/7/18 | $202,935.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3503 | $689,759.40 | 9/6/18 | 201820135045 | 7/6/18 | $405,870.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3503 | $689,759.40 | 9/6/18 | 201820135028 | 7/6/18 | $180,547.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-3503 | $689,759.40 | 9/6/18 | 201820112675 | 7/6/18 | $103,341.48 |

Totals: 2 transfer(s), $1,505,247.48

18-23538-shl Doc 8989-1 Filed 10/14/20 Entered 10/14/20 17:58:09 Exhibit A

Winix Inc.
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020
Exhibit B
P. 1