Defendant: **Yat Fung Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,349.75 | 8/3/18 | 201818274598 | 5/8/18 | $18,349.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $40,615.66 | 10/2/18 | 201819512041 | 6/26/18 | $40,615.66 |

Totals: 2 transfer(s), $58,965.41

Defendant: **Yat Fung Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $33,403.44 | 8/3/18 | 201818274689 | 5/8/18 | $24,234.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $33,403.44 | 8/3/18 | 201818274689 | 5/8/18 | $9,168.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $28,904.66 | 9/11/18 | 201819341733 | 6/12/18 | $15,489.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $28,904.66 | 9/11/18 | 201819341733 | 6/12/18 | $13,415.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $40,800.00 | 10/2/18 | 201819511794 | 6/26/18 | $40,800.00 |

Totals: 3 transfer(s), $103,108.10