| | |
|---|---|
| Defendant: | **Zhejiang Kata Technology Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $355,428.84 | 7/18/18 | 201819707430 | 6/23/18 | $123,318.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $355,428.84 | 7/18/18 | 201819703246 | 6/23/18 | $100,644.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $355,428.84 | 7/18/18 | 201819707430 | 6/23/18 | $94,486.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $355,428.84 | 7/18/18 | 201819707430 | 6/23/18 | $36,980.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $193,322.54 | 7/26/18 | 201819706099 | 6/29/18 | $115,698.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $193,322.54 | 7/26/18 | 201820030714 | 6/29/18 | $44,006.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $193,322.54 | 7/26/18 | 201819706099 | 6/29/18 | $33,617.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,527.52 | 7/31/18 | 201820030973 | 7/4/18 | $23,527.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,835.07 | 8/1/18 | 201820193729 | 7/5/18 | $15,835.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $24,653.05 | 8/2/18 | 201820029795 | 7/6/18 | $24,653.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,915.80 | 8/3/18 | 201820193588 | 7/7/18 | $20,875.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,915.80 | 8/3/18 | 201820030891 | 7/9/18 | $23,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,557.42 | 8/7/18 | 201820031057 | 7/11/18 | $9,557.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,571.32 | 8/9/18 | 201820226157 | 7/13/18 | $58,119.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,571.32 | 8/9/18 | 201820226157 | 7/13/18 | $45,674.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,571.32 | 8/9/18 | 201819850262 | 7/13/18 | $24,914.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,571.32 | 8/9/18 | 201820193314 | 7/13/18 | $4,122.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,571.32 | 8/9/18 | 201820193314 | 7/13/18 | $1,740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820350462 | 7/17/18 | $133,116.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820353874 | 7/17/18 | $122,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820334676 | 7/17/18 | $117,178.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820350462 | 7/17/18 | $111,372.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820353874 | 7/17/18 | $77,405.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820353874 | 7/17/18 | $54,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820031207 | 7/17/18 | $53,222.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $669,334.98 | 8/15/18 | 201820334676 | 7/17/18 | $46.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $27,242.80 | 8/21/18 | 201820523330 | 7/21/18 | $13,683.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $27,242.80 | 8/21/18 | 201820525805 | 7/21/18 | $13,558.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,117.79 | 8/23/18 | 201820539907 | 7/25/18 | $28,743.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,117.79 | 8/23/18 | 201820540116 | 7/25/18 | $7,604.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,117.79 | 8/23/18 | 201820193438 | 7/25/18 | $770.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $61,003.62 | 8/30/18 | 201820488239 | 7/30/18 | $13,661.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $61,003.62 | 8/30/18 | 201820523441 | 7/30/18 | $2,394.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $61,003.62 | 8/30/18 | 201820919802 | 7/31/18 | $25,120.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $61,003.62 | 8/30/18 | 201820919802 | 7/31/18 | $19,828.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,030.34 | 9/4/18 | 201820436785 | 8/2/18 | $9,961.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,030.34 | 9/4/18 | 201820436785 | 8/2/18 | $2,554.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,030.34 | 9/4/18 | 201820434984 | 8/4/18 | $17,103.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,030.34 | 9/4/18 | 201820405253 | 8/6/18 | $9,829.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $44,030.34 | 9/4/18 | 201820405253 | 8/6/18 | $4,582.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $28,969.85 | 9/6/18 | 201820488363 | 8/8/18 | $12,559.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $28,969.85 | 9/6/18 | 201820488310 | 8/8/18 | $11,692.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $28,969.85 | 9/6/18 | 201820405478 | 8/8/18 | $4,718.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $340,436.15 | 9/10/18 | 201820814494 | 8/10/18 | $146,026.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $340,436.15 | 9/10/18 | 201820816858 | 8/10/18 | $76,381.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $340,436.15 | 9/10/18 | 201820816489 | 8/10/18 | $67,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $340,436.15 | 9/10/18 | 201820919599 | 8/10/18 | $50,948.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $137,004.63 | 9/11/18 | 201820814394 | 8/11/18 | $69,615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $137,004.63 | 9/11/18 | 201820814812 | 8/11/18 | $51,429.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $137,004.63 | 9/11/18 | 201820814812 | 8/11/18 | $15,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,769.33 | 9/12/18 | 201820816603 | 8/14/18 | $12,769.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $116,592.00 | 9/13/18 | 201820814646 | 8/15/18 | $116,592.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,531.79 | 9/18/18 | 201821015625 | 8/19/18 | $53,391.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $111,531.79 | 9/18/18 | 201821015396 | 8/20/18 | $58,140.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $72,609.60 | 9/19/18 | 201820815876 | 8/21/18 | $72,609.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $34,792.80 | 9/20/18 | 201820815382 | 8/22/18 | $34,792.80 |

Totals:    21 transfer(s),  $2,494,247.24

Zhejiang Kata Technology Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                    Exhibit A                    P. 2

| Defendant: | Zhejiang Kata Technology Co. Ltd. |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819706851 | 6/27/18 | $211,015.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819706851 | 6/27/18 | $195,547.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819705882 | 6/27/18 | $135,931.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819705882 | 6/27/18 | $128,824.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819706851 | 6/27/18 | $90,576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819705882 | 6/27/18 | $68,587.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819706851 | 6/27/18 | $62,441.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $935,921.12 | 7/24/18 | 201819705882 | 6/27/18 | $42,997.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $170,478.14 | 7/27/18 | 201819706327 | 7/1/18 | $143,336.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $170,478.14 | 7/27/18 | 201819706327 | 7/1/18 | $27,141.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $28,057.77 | 8/3/18 | 201820082621 | 7/9/18 | $28,057.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $95,802.24 | 8/15/18 | 201819850502 | 7/17/18 | $41,440.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $95,802.24 | 8/15/18 | 201819850502 | 7/17/18 | $39,591.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $95,802.24 | 8/15/18 | 201820523973 | 7/17/18 | $14,770.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $13,631.06 | 8/23/18 | 201820524080 | 7/25/18 | $13,631.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $58.46 | 8/27/18 | 201820873918 | 7/27/18 | $58.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $221,462.13 | 9/5/18 | 201820488078 | 8/7/18 | $84,058.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $221,462.13 | 9/5/18 | 201820488078 | 8/7/18 | $74,328.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $221,462.13 | 9/5/18 | 201820488078 | 8/7/18 | $63,074.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $192,529.86 | 9/13/18 | 201820920517 | 8/15/18 | $118,118.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $192,529.86 | 9/13/18 | 201820817054 | 8/15/18 | $68,120.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $192,529.86 | 9/13/18 | 201820817104 | 8/15/18 | $6,290.00 |

Totals:   8 transfer(s),   $1,657,940.78