| | |
|---|---|
| Defendant: | **Liberty Distributors Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77156 | 7/6/18 | $5,548.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77702 | 7/6/18 | $4,083.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77376 | 7/6/18 | $3,988.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77147 | 7/6/18 | $3,096.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77703 | 7/6/18 | $2,782.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77152 | 7/6/18 | $2,773.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77383 | 7/6/18 | $2,606.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77373 | 7/6/18 | $2,102.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77087 | 7/6/18 | $2,034.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77489 | 7/6/18 | $1,960.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77380 | 7/6/18 | $1,897.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77371 | 7/6/18 | $1,829.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77148 | 7/6/18 | $1,525.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77496 | 7/6/18 | $1,423.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77705 | 7/6/18 | $1,408.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77707 | 7/6/18 | $1,367.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77709 | 7/6/18 | $1,136.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77160 | 7/6/18 | $1,009.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77091 | 7/6/18 | $1,009.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77377 | 7/6/18 | $901.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77711 | 7/6/18 | $784.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77706 | 7/6/18 | $781.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77374 | 7/6/18 | $739.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77155 | 7/6/18 | $725.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77149 | 7/6/18 | $657.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77499 | 7/6/18 | $622.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77093 | 7/6/18 | $579.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77158 | 7/6/18 | $340.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77096 | 7/6/18 | $328.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77491 | 7/6/18 | $277.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77370 | 7/6/18 | $276.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77381 | 7/6/18 | $251.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77487 | 7/6/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77498 | 7/6/18 | $224.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77497 | 7/6/18 | $213.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77372 | 7/6/18 | $208.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77493 | 7/6/18 | $161.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77492 | 7/6/18 | $125.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77494 | 7/6/18 | $110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77378 | 7/6/18 | $109.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77382 | 7/6/18 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77379 | 7/6/18 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $52,470.00 | 7/26/18 | CHLW77092 | 7/6/18 | $29.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78029 | 8/14/18 | $18,589.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78032 | 8/14/18 | $12,978.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78074 | 8/14/18 | $12,694.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78076 | 8/14/18 | $12,235.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78038 | 8/14/18 | $8,391.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78035 | 8/14/18 | $8,377.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78075 | 8/14/18 | $6,818.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78081 | 8/14/18 | $5,750.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW77902 | 8/14/18 | $5,731.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW77901 | 8/14/18 | $5,731.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78041 | 8/14/18 | $4,481.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78026 | 8/14/18 | $2,508.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78084 | 8/14/18 | $2,349.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78030 | 8/14/18 | $2,206.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78078 | 8/14/18 | $1,963.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78036 | 8/14/18 | $707.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78071 | 8/14/18 | $692.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78027 | 8/14/18 | $538.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78039 | 8/14/18 | $443.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78031 | 8/14/18 | $417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78040 | 8/14/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78042 | 8/14/18 | $247.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78085 | 8/14/18 | $230.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78079 | 8/14/18 | $164.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78080 | 8/14/18 | $125.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78043 | 8/14/18 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78082 | 8/14/18 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78072 | 8/14/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114,868.90 | 8/28/18 | CHLW78033 | 8/14/18 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78528 | 9/7/18 | $23,194.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78531 | 9/7/18 | $9,452.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78671 | 9/7/18 | $4,760.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78534 | 9/7/18 | $4,110.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78674 | 9/7/18 | $3,568.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78539 | 9/7/18 | $3,026.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78685 | 9/7/18 | $2,459.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78537 | 9/7/18 | $2,365.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78682 | 9/7/18 | $2,348.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78667 | 9/7/18 | $2,210.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78526 | 9/7/18 | $1,497.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78678 | 9/7/18 | $1,170.42 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78529 | 9/7/18 | $1,129.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78677 | 9/7/18 | $891.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78673 | 9/7/18 | $833.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78668 | 9/7/18 | $571.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78680 | 9/7/18 | $523.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78535 | 9/7/18 | $365.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78540 | 9/7/18 | $230.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78672 | 9/7/18 | $226.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78536 | 9/7/18 | $226.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78679 | 9/7/18 | $200.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78538 | 9/7/18 | $167.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78684 | 9/7/18 | $153.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78527 | 9/7/18 | $104.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78686 | 9/7/18 | $101.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78675 | 9/7/18 | $98.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78687 | 9/7/18 | $53.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $66,084.76 | 9/13/18 | CHLW78533 | 9/7/18 | $43.20 |

Totals:    3 transfer(s),  $233,423.66