Defendant: **Procter & Gamble Distributing LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101555500 | 6/28/18 | $61,443.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101559129 | 6/28/18 | $57,614.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101559130 | 6/28/18 | $47,086.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101568995 | 6/29/18 | $74,944.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101562512 | 6/29/18 | $40,672.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101562508 | 6/29/18 | $33,064.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101568994 | 6/29/18 | $24,704.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101568991 | 6/29/18 | $24,532.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101562505 | 6/29/18 | $14,974.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101562514 | 6/29/18 | $14,227.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101575284 | 6/30/18 | $94.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578677 | 7/1/18 | $38,084.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578673 | 7/1/18 | $8,443.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578666 | 7/1/18 | $6,530.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578671 | 7/1/18 | $6,482.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578681 | 7/1/18 | $4,821.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578676 | 7/1/18 | $2,054.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578665 | 7/1/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578678 | 7/1/18 | $211.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986871 | $460,597.56 | 7/23/18 | 1101578668 | 7/1/18 | $163.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 51010A | 12/6/17 | $16.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 51076A | 1/2/18 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 51130A | 1/10/18 | $4.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 51282A | 4/2/18 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209067CPN | 4/28/18 | -$1,525.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209111CPN | 5/5/18 | -$521.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479787 | 5/6/18 | -$28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479791 | 5/6/18 | -$82.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479792 | 5/6/18 | -$498.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479788 | 5/6/18 | -$1,048.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479793 | 5/6/18 | -$1,064.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479789 | 5/6/18 | -$3,043.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991479790 | 5/6/18 | -$3,043.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209357CPN | 5/12/18 | -$1,203.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663749 | 5/13/18 | -$2.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663768 | 5/13/18 | -$2.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663748 | 5/13/18 | -$2.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663757 | 5/13/18 | -$3.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663756 | 5/13/18 | -$3.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663770 | 5/13/18 | -$3.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663761 | 5/13/18 | -$3.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663754 | 5/13/18 | -$4.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663753 | 5/13/18 | -$4.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663750 | 5/13/18 | -$5.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663760 | 5/13/18 | -$5.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663779 | 5/13/18 | -$6.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663759 | 5/13/18 | -$7.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663780 | 5/13/18 | -$8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663758 | 5/13/18 | -$8.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663765 | 5/13/18 | -$9.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663781 | 5/13/18 | -$9.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663773 | 5/13/18 | -$9.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663775 | 5/13/18 | -$10.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663766 | 5/13/18 | -$10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663763 | 5/13/18 | -$11.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663777 | 5/13/18 | -$11.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663774 | 5/13/18 | -$14.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663751 | 5/13/18 | -$14.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663764 | 5/13/18 | -$15.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663778 | 5/13/18 | -$15.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663752 | 5/13/18 | -$17.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663767 | 5/13/18 | -$19.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663762 | 5/13/18 | -$19.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663776 | 5/13/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663755 | 5/13/18 | -$21.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663769 | 5/13/18 | -$44.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663772 | 5/13/18 | -$45.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPFR991663771 | 5/13/18 | -$47.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209399CPN | 5/19/18 | -$812.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209441CPN | 5/26/18 | -$306.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480900 | 5/27/18 | -$7.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480896 | 5/27/18 | -$22.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480901 | 5/27/18 | -$22.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993114726 | 5/27/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480905 | 5/27/18 | -$416.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480898 | 5/27/18 | -$432.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480899 | 5/27/18 | -$549.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480902 | 5/27/18 | -$580.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480904 | 5/27/18 | -$606.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480897 | 5/27/18 | -$824.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991480903 | 5/27/18 | -$844.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481072 | 5/27/18 | -$1,612.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209482CPN | 6/2/18 | -$244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481683 | 6/3/18 | -$10.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481687 | 6/3/18 | -$45.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481680 | 6/3/18 | -$60.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481450 | 6/3/18 | -$98.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481448 | 6/3/18 | -$116.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115241 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115240 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115238 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115239 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115237 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115236 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115243 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115235 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115234 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993115242 | 6/3/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481681 | 6/3/18 | -$175.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481453 | 6/3/18 | -$178.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481454 | 6/3/18 | -$219.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481684 | 6/3/18 | -$229.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481679 | 6/3/18 | -$264.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481685 | 6/3/18 | -$330.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481449 | 6/3/18 | -$424.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481452 | 6/3/18 | -$798.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481444 | 6/3/18 | -$870.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481441 | 6/3/18 | -$875.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481446 | 6/3/18 | -$1,239.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481682 | 6/3/18 | -$1,406.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481455 | 6/3/18 | -$1,521.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481451 | 6/3/18 | -$1,541.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481443 | 6/3/18 | -$1,820.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481447 | 6/3/18 | -$1,955.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481442 | 6/3/18 | -$2,075.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481688 | 6/3/18 | -$2,833.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481686 | 6/3/18 | -$3,373.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481678 | 6/3/18 | -$4,096.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991481445 | 6/3/18 | -$4,394.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | KM142664 | 6/6/18 | -$171.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | KM143245 | 6/6/18 | -$1,078.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | KM153190 | 6/6/18 | -$2,400.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | KM152464 | 6/6/18 | -$3,081.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209659CPN | 6/9/18 | -$536.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991482153 | 6/10/18 | -$2,377.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991482155 | 6/10/18 | -$3,585.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPOT991482154 | 6/10/18 | -$3,785.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209692CPN | 6/16/18 | -$4,094.42 |

Procter & Gamble Distributing LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                   Exhibit A                                   P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209725CPN | 6/23/18 | -$1,268.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 209764CPN | 6/30/18 | -$293.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 210012CPN | 7/7/18 | -$507.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 1101610619 | 7/8/18 | $715.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993116819 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | VPASN993116820 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 1101612792 | 7/9/18 | $88,821.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988952 | $12,528.73 | 7/26/18 | 210045CPN | 7/14/18 | -$1,197.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $49,000.00 | 7/31/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | ACH112417 | 11/24/17 | -$980,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100811173 | 12/12/17 | $19,724.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100816521 | 12/13/17 | $55,963.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100816521 | 12/13/17 | $68.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838658 | 12/18/17 | $136,692.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838655 | 12/18/17 | $46,232.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839898 | 12/18/17 | $25,002.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838671 | 12/18/17 | $19,336.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838677 | 12/18/17 | $12,393.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838684 | 12/18/17 | $11,794.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838651 | 12/18/17 | $6,269.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838681 | 12/18/17 | $5,086.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838676 | 12/18/17 | $2,339.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838675 | 12/18/17 | $2,200.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838668 | 12/18/17 | $1,949.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839410 | 12/19/17 | $85,004.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100841951 | 12/19/17 | $84,610.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838621 | 12/19/17 | $67,872.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100840447 | 12/19/17 | $63,695.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839406 | 12/19/17 | $61,704.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839404 | 12/19/17 | $54,689.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100838615 | 12/19/17 | $47,910.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839910 | 12/19/17 | $43,095.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100840444 | 12/19/17 | $35,425.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839912 | 12/19/17 | $32,765.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839906 | 12/19/17 | $10,589.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100839403 | 12/19/17 | $6,370.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100840443 | 12/19/17 | $5,030.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100845837 | 12/19/17 | $1,364.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100847947 | 12/21/17 | $23,803.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100847508 | 12/21/17 | $6,055.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100847945 | 12/21/17 | $2,857.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100847517 | 12/21/17 | $1,026.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1100847503 | 12/21/17 | $569.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | ACH030918 | 3/9/18 | -$980,000.00 |

Procter & Gamble Distributing LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | ACH031618 | 3/16/18 | -$343,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101162623 | 3/29/18 | $47,081.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101167213 | 3/30/18 | $22,615.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177595 | 4/2/18 | $19,022.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183507 | 4/3/18 | $85,384.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183496 | 4/3/18 | $81,765.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177913 | 4/3/18 | $63,599.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101178448 | 4/3/18 | $56,622.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177906 | 4/3/18 | $53,607.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177600 | 4/3/18 | $44,964.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101178435 | 4/3/18 | $44,143.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101179010 | 4/3/18 | $42,437.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177910 | 4/3/18 | $39,808.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177908 | 4/3/18 | $36,760.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177907 | 4/3/18 | $26,291.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101179006 | 4/3/18 | $26,148.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101178447 | 4/3/18 | $16,167.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101179014 | 4/3/18 | $13,914.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183027 | 4/3/18 | $10,445.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183087 | 4/3/18 | $10,142.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101177912 | 4/3/18 | $8,475.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101179005 | 4/3/18 | $6,485.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183044 | 4/3/18 | $1,156.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183455 | 4/3/18 | $701.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101178448 | 4/3/18 | $649.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183255 | 4/4/18 | $67,113.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101185877 | 4/4/18 | $55,036.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183166 | 4/4/18 | $38,470.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101185223 | 4/4/18 | $25,848.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101186998 | 4/4/18 | $23,331.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183228 | 4/4/18 | $19,456.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183069 | 4/4/18 | $3,981.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101183141 | 4/4/18 | $3,253.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101189702 | 4/5/18 | $89,999.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101189728 | 4/5/18 | $85,186.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101188160 | 4/5/18 | $68,876.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101188658 | 4/5/18 | $43,922.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101188154 | 4/5/18 | $38,861.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101189728 | 4/5/18 | $783.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101189702 | 4/5/18 | $421.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101667536 | 7/19/18 | $40,922.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101665454 | 7/19/18 | $27,945.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101665460 | 7/19/18 | $21,188.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | 1101665457 | 7/19/18 | $191.45 |

Procter & Gamble Distributing LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                   Exhibit A                                   P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | ACH112417ADJ | 7/31/18 | $503.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | ACH031618ADJ | 7/31/18 | $62.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994002 | $90,246.88 | 8/6/18 | ACH030918ADJ | 7/31/18 | $3.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $392,000.00 | 8/7/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000050 | $117,225.41 | 8/16/18 | 1101709306 | 7/27/18 | $56,451.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000050 | $117,225.41 | 8/16/18 | 1101722908 | 7/30/18 | $32,453.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000050 | $117,225.41 | 8/16/18 | 1101720915 | 7/30/18 | $28,320.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993251 | $170,449.29 | 8/22/18 | 1101655197 | 7/17/18 | $85,801.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993251 | $170,449.29 | 8/22/18 | 1101653149 | 7/17/18 | $33,244.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993251 | $170,449.29 | 8/22/18 | 1101648867 | 7/17/18 | $26,711.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993251 | $170,449.29 | 8/22/18 | 1101655195 | 7/17/18 | $22,107.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993251 | $170,449.29 | 8/22/18 | 1101655200 | 7/17/18 | $2,584.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 30788 | 5/28/18 | -$12.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 210081CPN | 7/21/18 | -$278.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 210121CPN | 7/28/18 | -$739.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 210153CPN | 8/4/18 | -$151.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | VPASN993118556 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101756447 | 8/7/18 | $36,858.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765879 | 8/7/18 | $29,347.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101757014 | 8/7/18 | $29,051.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101756443 | 8/7/18 | $19,630.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765858 | 8/7/18 | $18,938.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765875 | 8/7/18 | $17,017.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765888 | 8/7/18 | $11,630.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101762577 | 8/7/18 | $7,438.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765882 | 8/7/18 | $7,357.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101756438 | 8/7/18 | $6,062.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765878 | 8/7/18 | $3,735.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765862 | 8/7/18 | $3,247.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101756442 | 8/7/18 | $3,150.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765865 | 8/7/18 | $1,992.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765885 | 8/7/18 | $1,615.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765863 | 8/7/18 | $1,136.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765872 | 8/7/18 | $1,108.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765867 | 8/7/18 | $938.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765855 | 8/7/18 | $349.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101765880 | 8/7/18 | $216.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767786 | 8/8/18 | $56,777.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767769 | 8/8/18 | $48,099.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767806 | 8/8/18 | $42,149.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767751 | 8/8/18 | $29,500.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767763 | 8/8/18 | $4,072.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767761 | 8/8/18 | $895.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 1101767799 | 8/8/18 | $447.82 |

Procter & Gamble Distributing LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004888 | $380,076.65 | 8/27/18 | 210481CPN | 8/12/18 | -$1,358.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816646 | 8/15/18 | $64,135.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101811389 | 8/15/18 | $33,255.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816663 | 8/15/18 | $30,835.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101811410 | 8/15/18 | $26,633.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810530 | 8/15/18 | $25,389.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810549 | 8/15/18 | $20,373.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810586 | 8/15/18 | $13,449.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810568 | 8/15/18 | $9,207.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810544 | 8/15/18 | $7,928.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810554 | 8/15/18 | $6,398.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101811401 | 8/15/18 | $4,250.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101811392 | 8/15/18 | $3,610.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816655 | 8/15/18 | $3,490.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101811403 | 8/15/18 | $2,941.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816634 | 8/15/18 | $2,700.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810621 | 8/15/18 | $2,467.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816640 | 8/15/18 | $2,451.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816632 | 8/15/18 | $2,371.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810547 | 8/15/18 | $2,164.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101811374 | 8/15/18 | $1,816.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810563 | 8/15/18 | $1,744.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810618 | 8/15/18 | $1,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810608 | 8/15/18 | $1,143.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816643 | 8/15/18 | $786.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810565 | 8/15/18 | $757.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816651 | 8/15/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816639 | 8/15/18 | $441.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816648 | 8/15/18 | $190.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101810619 | 8/15/18 | $87.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816652 | 8/15/18 | $58.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101816637 | 8/15/18 | $26.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101830129 | 8/18/18 | $53,846.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101827094 | 8/18/18 | $52,669.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101827091 | 8/18/18 | $6,078.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009127 | $386,166.60 | 9/4/18 | 1101827093 | 8/18/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101830750 | 8/19/18 | $25,345.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831965 | 8/20/18 | $37,687.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831964 | 8/20/18 | $22,613.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831974 | 8/20/18 | $8,580.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831934 | 8/20/18 | $8,381.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831957 | 8/20/18 | $7,198.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831943 | 8/20/18 | $4,796.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831927 | 8/20/18 | $2,433.24 |

Procter & Gamble Distributing LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                Exhibit A                                P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831947 | 8/20/18 | $1,928.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831924 | 8/20/18 | $1,889.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831950 | 8/20/18 | $1,604.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831970 | 8/20/18 | $1,008.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831930 | 8/20/18 | $886.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831952 | 8/20/18 | $766.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831928 | 8/20/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831961 | 8/20/18 | $188.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831938 | 8/20/18 | $129.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011831 | $125,944.32 | 9/7/18 | 1101831967 | 8/20/18 | $58.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $398,860.00 | 9/12/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101871142 | 8/26/18 | $29,517.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101872850 | 8/26/18 | $23,463.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101883232 | 8/27/18 | $72,416.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874964 | 8/27/18 | $31,514.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874998 | 8/27/18 | $27,734.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874985 | 8/27/18 | $23,706.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875007 | 8/27/18 | $23,463.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875643 | 8/27/18 | $22,875.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874978 | 8/27/18 | $19,095.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875667 | 8/27/18 | $7,393.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875647 | 8/27/18 | $4,562.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874990 | 8/27/18 | $4,420.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874983 | 8/27/18 | $3,839.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874974 | 8/27/18 | $3,207.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874973 | 8/27/18 | $3,149.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875663 | 8/27/18 | $1,145.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874987 | 8/27/18 | $895.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875640 | 8/27/18 | $793.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875650 | 8/27/18 | $785.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874988 | 8/27/18 | $784.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875659 | 8/27/18 | $607.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101875638 | 8/27/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014544 | $306,267.89 | 9/13/18 | 1101874958 | 8/27/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992490 | $27,250.35 | 9/14/18 | 1101644994 | 7/16/18 | $27,250.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016455 | $57,146.15 | 9/18/18 | 1101885744 | 8/28/18 | $29,632.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016455 | $57,146.15 | 9/18/18 | 1101885741 | 8/28/18 | $27,513.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018708 | $68,681.90 | 9/21/18 | 1101914963 | 9/3/18 | $45,518.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018708 | $68,681.90 | 9/21/18 | 1101914978 | 9/3/18 | $20,865.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018708 | $68,681.90 | 9/21/18 | 1101914976 | 9/3/18 | $2,298.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019931 | $52,735.35 | 9/25/18 | 1101944892 | 9/7/18 | $43,124.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019931 | $52,735.35 | 9/25/18 | 1101944899 | 9/7/18 | $9,610.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956082 | 9/10/18 | $42,793.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101958446 | 9/10/18 | $25,359.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101957355 | 9/10/18 | $25,359.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956054 | 9/10/18 | $24,198.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956611 | 9/10/18 | $24,028.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956634 | 9/10/18 | $23,012.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956615 | 9/10/18 | $19,859.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956102 | 9/10/18 | $18,056.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956061 | 9/10/18 | $13,903.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956623 | 9/10/18 | $10,938.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956112 | 9/10/18 | $9,812.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956629 | 9/10/18 | $7,388.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956056 | 9/10/18 | $7,223.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956057 | 9/10/18 | $6,866.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956104 | 9/10/18 | $5,733.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956068 | 9/10/18 | $5,545.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956631 | 9/10/18 | $3,233.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956064 | 9/10/18 | $2,396.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956059 | 9/10/18 | $2,104.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956107 | 9/10/18 | $1,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956625 | 9/10/18 | $1,432.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956622 | 9/10/18 | $834.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956111 | 9/10/18 | $193.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021461 | $281,927.43 | 9/27/18 | 1101956106 | 9/10/18 | $86.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482329 | 6/17/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482322 | 6/17/18 | -$102.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482531 | 6/17/18 | -$704.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482326 | 6/17/18 | -$820.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482533 | 6/17/18 | -$988.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482321 | 6/17/18 | -$1,217.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482330 | 6/17/18 | -$1,239.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482328 | 6/17/18 | -$1,318.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482323 | 6/17/18 | -$1,328.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482327 | 6/17/18 | -$1,418.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482534 | 6/17/18 | -$2,168.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482325 | 6/17/18 | -$2,808.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482324 | 6/17/18 | -$2,854.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991482532 | 6/17/18 | -$3,416.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483057 | 6/24/18 | -$1,056.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483935 | 7/8/18 | -$97.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483936 | 7/8/18 | -$116.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483937 | 7/8/18 | -$147.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483938 | 7/8/18 | -$418.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483934 | 7/8/18 | -$894.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | VPOT991483725 | 7/8/18 | -$2,069.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101630725 | 7/12/18 | $74,510.59 |

Procter & Gamble Distributing LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                     Exhibit A                     P. 9

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101630731 | 7/12/18 | $61,878.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101628959 | 7/12/18 | $41,438.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101630721 | 7/12/18 | $3,122.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101628962 | 7/12/18 | $1,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101630733 | 7/12/18 | $784.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101628963 | 7/12/18 | $589.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101628961 | 7/12/18 | $447.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991786 | $159,174.62 | 9/28/18 | 1101628960 | 7/12/18 | $21.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101932796 | 9/5/18 | $63,428.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101932786 | 9/5/18 | $45,120.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101928750 | 9/5/18 | $34,967.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101928753 | 9/5/18 | $27,165.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925586 | 9/5/18 | $15,229.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925602 | 9/5/18 | $14,777.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925591 | 9/5/18 | $14,663.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925542 | 9/5/18 | $14,045.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925574 | 9/5/18 | $10,656.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101928748 | 9/5/18 | $4,662.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925530 | 9/5/18 | $3,413.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925534 | 9/5/18 | $3,390.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101925595 | 9/5/18 | $1,946.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971744 | 9/12/18 | $54,417.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971733 | 9/12/18 | $13,706.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971726 | 9/12/18 | $6,420.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971754 | 9/12/18 | $5,950.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971735 | 9/12/18 | $5,852.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971729 | 9/12/18 | $1,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022864 | $341,769.93 | 10/1/18 | 1101971731 | 9/12/18 | $386.32 |

Totals:    19 transfer(s),  $3,878,049.06