Defendant: **Regency Int'l Marketing Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,569.20 | 7/24/18 | 201819583103 | 6/12/18 | $23,569.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $50,608.70 | 8/16/18 | 201820031943 | 7/3/18 | $50,608.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,766.53 | 8/21/18 | 201820108510 | 7/7/18 | $23,766.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $54,018.90 | 8/22/18 | 201820251716 | 7/9/18 | $31,274.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $54,018.90 | 8/22/18 | 201820251716 | 7/9/18 | $22,744.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $91,744.83 | 9/7/18 | 201820410569 | 7/25/18 | $91,744.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820337427 | 7/27/18 | $55,816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820338959 | 7/27/18 | $51,482.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820339112 | 7/27/18 | $41,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820338959 | 7/27/18 | $33,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820337427 | 7/27/18 | $15,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820337427 | 7/27/18 | $4,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820554986 | 7/28/18 | $14,892.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $227,808.97 | 9/11/18 | 201820554986 | 7/28/18 | $10,629.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,282.84 | 9/12/18 | 201820539725 | 7/30/18 | $30,282.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,091.75 | 9/13/18 | 201820556268 | 7/31/18 | $83,091.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $84,680.90 | 9/17/18 | 201820529659 | 8/2/18 | $43,510.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $84,680.90 | 9/17/18 | 201820529659 | 8/2/18 | $23,314.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $84,680.90 | 9/17/18 | 201820337890 | 8/2/18 | $17,855.90 |

Totals:    9 transfer(s),  $669,572.62

| Defendant: | Regency Int'l Marketing Corp. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $55,388.94 | 8/6/18 | 201820076051 | 6/25/18 | $55,388.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $52,204.82 | 9/7/18 | 201820410838 | 7/25/18 | $52,204.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $10,957.68 | 9/12/18 | 201820411008 | 7/30/18 | $10,957.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $48,604.47 | 9/17/18 | 201820525487 | 8/2/18 | $28,887.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $48,604.47 | 9/17/18 | 201820525487 | 8/2/18 | $19,716.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $23,933.80 | 9/19/18 | 201820535929 | 8/6/18 | $23,933.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $26,060.66 | 9/24/18 | 201820339230 | 8/9/18 | $26,060.66 |

Totals: 6 transfer(s), $217,150.37