**Defendant:** International Roofing & Waterproofing Puerto Rico Corp., Dba IRWPR, Dba IRW
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2183 | 10/17/17 | $1,154.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2226 | 10/24/17 | $4,178.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2228 | 10/24/17 | $2,836.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2227 | 10/24/17 | $2,780.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2223 | 10/24/17 | $1,399.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2224 | 10/24/17 | $1,298.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2225 | 10/24/17 | $1,063.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2222 | 10/24/17 | $912.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2265 | 11/1/17 | $3,867.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2264 | 11/1/17 | $3,398.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2266 | 11/1/17 | $2,828.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2750 | 6/1/18 | $54,697.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2792 | 6/14/18 | $1,083.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2790 | 6/14/18 | $646.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2791 | 6/14/18 | $391.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2811 | 6/22/18 | $1,401.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2814 | 6/22/18 | $1,260.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2812 | 6/22/18 | $1,155.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083453 | $86,939.53 | 7/31/18 | 2813 | 6/22/18 | $584.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084785 | $271,492.81 | 8/21/18 | 2799 | 6/19/18 | $88,289.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084785 | $271,492.81 | 8/21/18 | 2801 | 6/19/18 | $66,785.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084785 | $271,492.81 | 8/21/18 | 2800 | 6/19/18 | $62,849.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084785 | $271,492.81 | 8/21/18 | 2798 | 6/19/18 | $53,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085116 | $5,012.37 | 8/29/18 | 2845 | 7/24/18 | $1,318.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085116 | $5,012.37 | 8/29/18 | 2847 | 7/24/18 | $1,316.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085116 | $5,012.37 | 8/29/18 | 2848 | 7/24/18 | $1,252.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085116 | $5,012.37 | 8/29/18 | 2846 | 7/24/18 | $1,124.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085487 | $3,688.47 | 9/6/18 | 2856 | 8/1/18 | $1,261.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085487 | $3,688.47 | 9/6/18 | 2857 | 8/1/18 | $1,191.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085487 | $3,688.47 | 9/6/18 | 2855 | 8/1/18 | $763.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085487 | $3,688.47 | 9/6/18 | 2854 | 8/1/18 | $471.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086889 | $407,680.01 | 9/27/18 | 2873 | 8/21/18 | $151,423.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086889 | $407,680.01 | 9/27/18 | 2874 | 8/21/18 | $128,320.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086889 | $407,680.01 | 9/27/18 | 2871 | 8/21/18 | $89,047.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086889 | $407,680.01 | 9/27/18 | 2872 | 8/21/18 | $38,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086889 | $407,680.01 | 9/27/18 | 2876 | 8/21/18 | $689.13 |

**Totals:** 5 transfer(s), $774,813.19