Defendant: **NDA Distributors, LLC, Dba NDA Wholesale Distributors, Dba NDA**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913861 | $5,994.91 | 7/20/18 | 325339 | 7/2/18 | $4,154.61 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913861 | $5,994.91 | 7/20/18 | 325315 | 7/9/18 | $1,840.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913963 | $8,787.50 | 7/27/18 | 325873 | 7/18/18 | $8,787.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914188 | $7,654.71 | 8/10/18 | 326214 | 7/25/18 | $2,909.74 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914188 | $7,654.71 | 8/10/18 | 326229 | 7/26/18 | $598.85 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914188 | $7,654.71 | 8/10/18 | 326441 | 8/2/18 | $2,133.22 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914188 | $7,654.71 | 8/10/18 | 326450 | 8/2/18 | $1,227.90 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914188 | $7,654.71 | 8/10/18 | 326629 | 8/7/18 | $785.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914312 | $3,605.28 | 8/17/18 | 326648 | 8/8/18 | $3,605.28 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914419 | $1,791.09 | 8/24/18 | 326880 | 8/14/18 | $701.09 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914419 | $1,791.09 | 8/24/18 | 327118 | 8/21/18 | $1,090.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914543 | $5,018.32 | 8/31/18 | 327153 | 8/22/18 | $2,343.93 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914543 | $5,018.32 | 8/31/18 | 327379 | 8/28/18 | $2,674.39 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914651 | $4,901.84 | 9/7/18 | 327299 | 8/27/18 | $4,901.84 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914751 | $1,002.00 | 9/14/18 | 327563 | 9/4/18 | $609.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914751 | $1,002.00 | 9/14/18 | 327779 | 9/10/18 | $392.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914876 | $2,550.73 | 9/21/18 | 327726 | 9/6/18 | $2,389.66 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914876 | $2,550.73 | 9/21/18 | 327479 | 9/13/18 | $161.07 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914962 | $6,781.96 | 9/28/18 | 327955 | 9/14/18 | $4,788.70 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914962 | $6,781.96 | 9/28/18 | 327954 | 9/14/18 | $535.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914962 | $6,781.96 | 9/28/18 | 327990 | 9/17/18 | $1,090.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914962 | $6,781.96 | 9/28/18 | 328128 | 9/20/18 | $368.26 |

Totals:    **10 transfer(s),  $48,088.34**

Defendant: **NDA Distributors, LLC, Dba NDA Wholesale Distributors, Dba NDA**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913847 | $765.00 | 7/20/18 | 325301 | 6/29/18 | $765.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914525 | $11,661.50 | 8/31/18 | 326438 | 8/1/18 | $2,356.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914525 | $11,661.50 | 8/31/18 | 326465 | 8/2/18 | $6,399.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914525 | $11,661.50 | 8/31/18 | 326439 | 8/2/18 | $2,906.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914636 | $3,143.98 | 9/7/18 | 326585 | 8/9/18 | $792.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914636 | $3,143.98 | 9/7/18 | 326875 | 8/13/18 | $196.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914636 | $3,143.98 | 9/7/18 | 326873 | 8/13/18 | $66.23 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914636 | $3,143.98 | 9/7/18 | 326879 | 8/14/18 | $1,099.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914636 | $3,143.98 | 9/7/18 | 326874 | 8/14/18 | $990.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914741 | $7,610.25 | 9/14/18 | 326898 | 8/15/18 | $4,952.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914741 | $7,610.25 | 9/14/18 | 327114 | 8/21/18 | $2,657.75 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914944 | $9,964.00 | 9/28/18 | 327458 | 8/30/18 | $2,209.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914944 | $9,964.00 | 9/28/18 | 327459 | 8/31/18 | $7,755.00 |

Totals:     5 transfer(s),  $33,144.73

**Defendant:** NDA Distributors, LLC, Dba NDA Wholesale Distributors, Dba NDA
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980646 | $2,168.32 | 7/18/18 | 323427 | 5/3/18 | $1,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980646 | $2,168.32 | 7/18/18 | 325075 | 6/25/18 | $334.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982129 | $999.64 | 7/20/18 | 323489 | 5/7/18 | $575.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982129 | $999.64 | 7/20/18 | 323471 | 5/7/18 | $424.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982787 | $759.03 | 7/23/18 | 324795 | 6/14/18 | $759.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983955 | $329.79 | 7/25/18 | 323614 | 5/10/18 | $233.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983955 | $329.79 | 7/25/18 | 325443 | 7/5/18 | $96.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987394 | $482.94 | 8/1/18 | 323887 | 5/18/18 | $482.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988287 | $832.27 | 8/2/18 | 323336 | 5/2/18 | $832.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988916 | $435.00 | 8/7/18 | 323937 | 5/21/18 | $435.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989618 | $807.51 | 8/8/18 | 323963 | 5/22/18 | $407.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989618 | $807.51 | 8/8/18 | 323964 | 5/22/18 | $400.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990159 | $1,356.39 | 8/9/18 | 324026 | 5/23/18 | $1,095.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990159 | $1,356.39 | 8/9/18 | 324027 | 5/23/18 | $260.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990891 | $311.94 | 8/10/18 | 324129 | 5/25/18 | $311.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993214 | $2,269.55 | 8/15/18 | 321844 | 3/16/18 | $1,692.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993214 | $2,269.55 | 8/15/18 | 324161 | 5/29/18 | $316.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993214 | $2,269.55 | 8/15/18 | 324151 | 5/29/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994900 | $1,069.60 | 8/17/18 | 324285 | 5/31/18 | $242.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994900 | $1,069.60 | 8/17/18 | 324184F | 6/1/18 | $530.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994900 | $1,069.60 | 8/17/18 | 324183F | 6/1/18 | $297.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997861 | $234.72 | 8/23/18 | 324477 | 6/6/18 | $192.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997861 | $234.72 | 8/23/18 | 324532 | 6/6/18 | $42.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998527 | $760.80 | 8/28/18 | 324571 | 6/7/18 | $760.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002005 | $200.20 | 9/4/18 | 324850 | 6/15/18 | $200.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004211 | $1,181.89 | 9/7/18 | 324923 | 6/19/18 | $364.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004211 | $1,181.89 | 9/7/18 | 326232 | 7/26/18 | $817.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005419 | $437.07 | 9/11/18 | 325033 | 6/21/18 | $299.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005419 | $437.07 | 9/11/18 | 324976 | 6/21/18 | $138.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006935 | $460.06 | 9/13/18 | 325081 | 6/25/18 | $261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006935 | $460.06 | 9/13/18 | 325082 | 6/25/18 | $199.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007703 | $984.98 | 9/14/18 | 325100 | 6/26/18 | $605.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007703 | $984.98 | 9/14/18 | 325158 | 6/26/18 | $228.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007703 | $984.98 | 9/14/18 | 325142 | 6/26/18 | $151.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009064 | $1,657.50 | 9/18/18 | 325259 | 6/28/18 | $575.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009064 | $1,657.50 | 9/18/18 | 325311 | 6/29/18 | $759.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009064 | $1,657.50 | 9/18/18 | 325296 | 6/29/18 | $182.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009064 | $1,657.50 | 9/18/18 | 325310 | 6/29/18 | $72.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009064 | $1,657.50 | 9/18/18 | 325297 | 6/29/18 | $68.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011204 | $1,186.94 | 9/20/18 | 324570 | 6/7/18 | $168.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011204 | $1,186.94 | 9/20/18 | 325347 | 7/2/18 | $560.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011204 | $1,186.94 | 9/20/18 | 325313 | 7/2/18 | $458.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011800 | $1,677.29 | 9/21/18 | 325396 | 7/3/18 | $1,677.29 |

**Totals:** 22 transfer(s), $20,603.43

Defendant: **NDA Distributors, LLC, Dba NDA Wholesale Distributors, Dba NDA**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 913881 | $10,911.10 | 7/20/18 | 325336 | 7/2/18 | $10,911.10 |
| StarWest, LLC | StarWest, LLC | 913986 | $5,094.41 | 7/27/18 | 325840 | 7/17/18 | $5,094.41 |
| StarWest, LLC | StarWest, LLC | 914096 | $1,324.08 | 8/3/18 | 325996 | 7/20/18 | $1,324.08 |
| StarWest, LLC | StarWest, LLC | 914210 | $35.98 | 8/10/18 | 326286 | 7/27/18 | $35.98 |
| StarWest, LLC | StarWest, LLC | 914295 | $1,659.08 | 8/17/18 | 326264 | 7/26/18 | $1,659.08 |
| StarWest, LLC | StarWest, LLC | 914441 | $1,986.41 | 8/24/18 | 326842 | 8/13/18 | $225.78 |
| StarWest, LLC | StarWest, LLC | 914441 | $1,986.41 | 8/24/18 | 326869 | 8/14/18 | $1,760.63 |
| StarWest, LLC | StarWest, LLC | 914684 | $1,760.92 | 9/7/18 | 327158 | 8/22/18 | $4,459.42 |
| StarWest, LLC | StarWest, LLC | 914684 | $1,760.92 | 9/7/18 | 327217 | 8/23/18 | -$2,698.50 |
| StarWest, LLC | StarWest, LLC | 914790 | $3,461.43 | 9/14/18 | 327400 | 8/29/18 | $2,432.43 |
| StarWest, LLC | StarWest, LLC | 914790 | $3,461.43 | 9/14/18 | 327559 | 9/4/18 | $1,029.00 |
| StarWest, LLC | StarWest, LLC | 914851 | $2,541.17 | 9/21/18 | 327756 | 9/10/18 | $2,541.17 |
| StarWest, LLC | StarWest, LLC | 914981 | $10,098.55 | 9/28/18 | 327901 | 9/13/18 | $4,766.80 |
| StarWest, LLC | StarWest, LLC | 914981 | $10,098.55 | 9/28/18 | 327937 | 9/14/18 | $5,331.75 |

Totals:    10 transfer(s),  **$38,873.13**