

**Litvak Legal Group, PLLC., Attorneys at Law**

| <u>Bucks County, PA</u> | <u>Philadelphia, PA</u> | <u>Princeton, NJ</u> |
|---|---|---|
| 3070 Bristol Pike, 1/204 | 1700 Market St., Ste. 1005 Philadelphia, | 7 Robert Dr. |
| Bensalem, PA 19020 | PA 19103 | Princeton Jct., NJ 08550 |

Ph. (PA)215.515.7113, (NJ)732.624.6283 Direct: 267-443-7755 ~ fax 267-543-5706 ~ joelitvakesq@gmal.com

Clerk of the Court.                                                                                   October 15, 2020
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**VIA ECF ONLY**

**RE: IN RE SEARS HOLDING CORPORATION, ET AL., CASE NO. 18-23538(RDD)**

**<u>VIA USPS CERTIFIED MAIL</u>**.

Dear Clerk of the Court:

    Please remove me from all service lists in the above referenced proceedings, including from ECF electronic service list.

 

Sincerely,

/s/ S. J. Litvak


Sergey Joseph ("Joe") Litvak Esq., LL.M.