| # | Name | LE Defs | 2014 Lands' End Spin-off Shares | Seritage Defs | 2015 Seritage Offering Rights | Defendant Group/Family |
|---|---|---|---|---|---|---|
| 1 | ANDREW H. TISCH | Y | ■ | | | AHT |
| 2 | Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust | | | Y | ■ | AHT |
| 3 | AQR DELTA FUND, LP | Y | ■ | | | AQR |
| 4 | AQR DELTA MASTER ACCOUNT, L.P. | Y | ■ | | | AQR |
| 5 | AQR DELTA SAPPHIRE FUND, LP | Y | ■ | | | AQR |
| 6 | AQR DELTA XN FUND, LP | Y | ■ | | | AQR |
| 7 | BARCLAYS CAPITAL INC. | Y | | | | Barclays |
| 8 | BARCLAYS CAPITAL SECURITIES LIMITED | Y | ■ | | | Barclays |
| 9 | Barclays Capital Derivative Funding | Y | | | | Barclays |
| 10 | BLACKROCK ASSET MANAGEMENT IRELAND LIMITED | | | Y | ■ | Blackrock |
| 11 | The Bank of New York Mellon (International) Limited, as Trustee of the iShares UK Equity Index Fund (UK) | Y | ■ | | | Blackrock |
| 12 | BlackRock Inc. | Y | ■ | | | Blackrock |
| 13 | GSO AIGUILLE DES GRANDS MONTETS FUND I LP | Y | ■ | Y | ■ | Blackstone |
| 14 | GSO AIGUILLE DES GRANDS MONTETS FUND II LP | Y | ■ | Y | ■ | Blackstone |
| 15 | GSO AIGUILLE DES GRANDS MONTETS FUND III LP | Y | ■ | Y | ■ | Blackstone |
| 16 | GSO CACTUS CREDIT OPPORTUNITIES FUND LP | | | Y | ■ | Blackstone |
| 17 | GSO COASTLINE CREDIT PARTNERS LP | | | Y | ■ | Blackstone |
| 18 | GSO CREDIT ALPHA TRADING (CAYMAN) LP | | | Y | ■ | Blackstone |
| 19 | GSO CREDIT-A PARTNERS LP | Y | ■ | | | Blackstone |
| 20 | GSO PALMETTO OPPORTUNISTIC INVESTMENT PARTNERS LP | Y | ■ | Y | ■ | Blackstone |
| 21 | GSO SPECIAL SITUATIONS FUND LP | Y | ■ | | | Blackstone |
| 22 | GSO SPECIAL SITUATIONS MASTER FUND LP | | | Y | ■ | Blackstone |
| 23 | GSO SPECIAL SITUATIONS OVERSEAS FUND LTD | Y | ■ | | | Blackstone |
| 24 | STEAMBOAT CREDIT OPPORTUNITIES MASTER FUND LP | | | Y | ■ | Blackstone |
| 25 | Credit Suisse Funds AG | | | Y | ■ | Credit Suisse |
| 26 | CREDIT SUISSE (MONACO) S.A.M. | | | Y | ■ | Credit Suisse |
| 27 | Credit Suisse First Boston Corp/ny | | | Y | ■ | Credit Suisse |
| 28 | D.E. SHAW ALL COUNTRY GLOBAL ALPHA EXTENSION PORTFOLIOS, L.L.C. | | | Y | | D.E. Shaw |

\* Pursuant to the Amended Protective Order, information designated as confidential is redacted on the filed complaint.

| | Name | LE Defs | 2014 Lands' End Spin-off Shares | Seritage Defs | 2015 Seritage Offering Rights | Defendant Group/Family |
|---|---|---|---|---|---|---|
| 29 | D.E. SHAW ALL COUNTRY GLOBAL ALPHA PLUS SPECIAL FUND, L.P. | | | Y | | D.E. Shaw |
| 30 | D.E. SHAW KALON PORTFOLIOS, L.L.C. | Y | | | | D.E. Shaw |
| 31 | D.E. SHAW OCULUS PORTFOLIOS, L.L.C. | Y | | Y | | D.E. Shaw |
| 32 | D.E. SHAW U.S. BROAD MARKET CORE ALPHA EXTENSION PORTFOLIOS LLC | Y | | Y | | D.E. Shaw |
| 33 | D.E. SHAW U.S. BROAD MARKET CORE ALPHA EXTENSION SPECIAL PORTFOLIOS II | | | Y | | D.E. Shaw |
| 34 | D.E. SHAW U.S. BROAD MARKET CORE ALPHA PLUS SPECIAL FUND, L.P. | Y | | Y | | D.E. Shaw |
| 35 | D.E. SHAW U.S. LARGE CAP CORE ALPHA EXTENSION PORTFOLIOS LLC | | | Y | | D.E. Shaw |
| 36 | D.E. SHAW VALENCE PORTFOLIOS LLC | Y | | Y | | D.E. Shaw |
| 37 | D.E. SHAW WORLD ALPHA EXTENSION PORTFOLIOS LLC | Y | | Y | | D.E. Shaw |
| 38 | DIMENSIONAL FUNDS PLC- GLOBAL TARGETED VALUE FUND | Y | | | | DFA |
| 39 | QIT2 IE DFA CORE MANDATE | Y | | | | DFA |
| 40 | DFA Investment Dimensions Group, Inc. | Y | | | | DFA |
| 41 | DANIEL R. TISCH | | | Y | | DRT |
| 42 | Trustee of the DRT 1/14/14 ANNUITY TRUST | Y | | Y | | DRT |
| 43 | Trustee of the DRT 12/5/13 ANNUITY TRUST | Y | | Y | | DRT |
| 44 | Fiam LLC | Y | | | | Fidelity |
| 45 | Jonathan Chiel, as Trustee of the Fidelity Concord Street Trust | Y | | Y | | Fidelity |
| 46 | DEKEL PARTNERS, L.P. | Y | | Y | | Fine Capital |
| 47 | FINE OFFSHORE PARTNERS, L.P. | Y | | Y | | Fine Capital |
| 48 | FINE PARTNERS I, L.P. | Y | | Y | | Fine Capital |
| 49 | NOGA PARTNERS, L.P. | Y | | Y | | Fine Capital |
| 50 | TAPUZ PARTNERS, L.P. | Y | | Y | | Fine Capital |
| 51 | FORCE CAPITAL II LLC | Y | | Y | | Force Capital |
| 52 | FORCE CAPITAL II LTD | Y | | Y | | Force Capital |
| 53 | FORCE CAPITAL LTD | Y | | Y | | Force Capital |
| 54 | FORCE SELECT LTD | Y | | Y | | Force Capital |
| 55 | GOLDMAN SACHS - 3NET1 | | | Y | | Goldman Sachs |
| 56 | GOLDMAN SACHS - CSSPXS | | | Y | | Goldman Sachs |
| 57 | GOLDMAN SACHS - DELTA HEDGE DHQRST | Y | | | | Goldman Sachs |

\* Pursuant to the Amended Protective Order, information designated as confidential is redacted on the filed complaint.

| | Name | LE Defs | 2014 Lands' End Spin-off Shares | Seritage Defs | 2015 Seritage Offering Rights | Defendant Group/Family |
|---|---|---|---|---|---|---|
| 58 | GOLDMAN SACHS - DISTRESSED EQUITY - GSCO | Y | | | | Goldman Sachs |
| 59 | GOLDMAN SACHS - ENCAII - 4 | Y | | | | Goldman Sachs |
| 60 | GOLDMAN SACHS - ENCAII - 5 | Y | | | | Goldman Sachs |
| 61 | GOLDMAN SACHS - HSG 2 - HSG2 | Y | | | | Goldman Sachs |
| 62 | GOLDMAN SACHS - RELATIVE VALUE 3 | Y | | | | Goldman Sachs |
| 63 | GOLDMAN SACHS - SPXSDB | Y | | | | Goldman Sachs |
| 64 | GOLDMAN SACHS & Co. LLC | | | Y | | Goldman Sachs |
| 65 | GOLDMAN SACHS PROFIT SHARING MASTER TRUST | | | Y | | Goldman Sachs |
| 66 | HORIZON CORE VALUE COLLECTIVE TRUST FUND | Y | | Y | | Horizon |
| 67 | HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. | Y | | Y | | Horizon |
| 68 | KINETICS PORTFOLIO TRUST | Y | | | | Horizon |
| 69 | MAVERICK FUND II LIMITED | Y | | | | Maverick |
| 70 | MAVERICK FUND LDC | Y | | | | Maverick |
| 71 | MAVERICK FUND USA ,LTD. | Y | | | | Maverick |
| 72 | MAVERICK LONG ENHANCED FUND LIMITED | Y | | | | Maverick |
| 73 | MAVERICK NEUTRAL LEVERED FUND LIMITED | Y | | | | Maverick |
| 74 | OMEGA ADVISORS INC. | | | Y | | Omega |
| 75 | OMEGA CAPITAL INVESTORS, L.P. | | | Y | | Omega |
| 76 | OMEGA CAPITAL PARTNERS, L.P. | | | Y | | Omega |
| 77 | OMEGA CHARITABLE PARTNERSHIP, L.P. | | | Y | | Omega |
| 78 | OMEGA EQUITY INVESTORS, L.P. | | | Y | | Omega |
| 79 | OMEGA OVERSEAS PARTNERS, Ltd. | | | Y | | Omega |
| 80 | PRESCOTT ASSOCIATES LP | Y | | | | Prescott |
| 81 | PRESCOTT GENERAL PARTNERS LLC | Y | | | | Prescott |
| 82 | PRESCOTT INTERNATIONAL PARTNERS LP | Y | | | | Prescott |
| 83 | PRESCOTT INVESTORS INC. | Y | | | | Prescott |
| 84 | GF TRADING LLC | | | Y | | Renaissance |
| 85 | RIEF RMP LLC | | | Y | | Renaissance |
| 86 | RIEF TRADING LLC | | | Y | | Renaissance |
| 87 | SAC CAPITAL ASSOCIATES LLC | Y | | | | SAC Capital |
| 88 | SCULPTOR DOMESTIC PARTNERS II, L.P. | Y | | | | Sculptor |

\* Pursuant to the Amended Protective Order, information designated as confidential is redacted on the filed complaint.

| | Name | LE Defs | 2014 Lands' End Spin-off Shares | Seritage Defs | 2015 Seritage Offering Rights | Defendant Group/Family |
|---|---|---|---|---|---|---|
| 89 | SCULPTOR DOMESTIC PARTNERS, L.P. | Y | | | | Sculptor |
| 90 | Sculptor Captial Investments, LLC, aka SCULPTOR GROUP, fdba OCH-ZIFF CAPITAL MANAGEMENT GROUP, L.L.C. | Y | | | | Sculptor |
| 91 | Scultpor Capital Management, Inc. fdba OCH-ZIFF CAPITAL MANAGEMENT GROUP INC. aka Oz Group | Y | | | | Sculptor |
| 92 | SICAV STATE STREET BANQ, PARIS | Y | | | | State Street |
| 93 | STATE STREET BANK & TRUST COMPANY | Y | | Y | | State Street |
| 94 | STATE STREET GLOBAL ADVISORS - FTSE RAFI DEV1000 INDX NL CTF | | | Y | | |
| 95 | STATE STREET GLOBAL ADVISORS - SSCSIL SSGA EUT GBL DEV INX EQ | Y | | | | |
| 96 | STATE STREET GLOBAL ADVISORS | Y | | Y | | State Street |
| 97 | MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK GLOBAL EQUITY FUND | Y | | | | TOBAM |
| 98 | MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK US EQUITY FUND | Y | | | | TOBAM |
| 99 | MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK WORLD EQUITY FUND | Y | | | | TOBAM |
| 100 | THE VANGUARD GROUP, INC., AS AGENT | Y | | Y | | Vanguard |
| 101 | VANGUARD BALANCED INDEX FUND | Y | | Y | | Vanguard |
| 102 | VANGUARD CONSUMER DISCRETIONARY INDEX FUND | Y | | Y | | Vanguard |
| 103 | VANGUARD EXTENDED MARKET INDEX FUND | Y | | Y | | Vanguard |
| 104 | VANGUARD GROWTH AND INCOME FUND | Y | | | | Vanguard |
| 105 | VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX FUND | Y | | Y | | Vanguard |
| 106 | VANGUARD LARGE-CAP INDEX FUND | Y | | | | Vanguard |
| 107 | VANGUARD MID-CAP INDEX FUND | Y | | | | Vanguard |
| 108 | VANGUARD MID-CAP INDEX PORTFOLIO | Y | | | | Vanguard |
| 109 | VANGUARD MID-CAP VALUE INDEX FUND | Y | | | | Vanguard |
| 110 | VANGUARD SMALL-CAP INDEX FUND | | | Y | | Vanguard |
| 111 | VANGUARD SMALL-CAP VALUE INDEX FUND | | | Y | | Vanguard |
| 112 | VANGUARD TAX-MANAGED CAPITAL APPRECIATION FUND | Y | | Y | | Vanguard |
| 113 | VANGUARD TOTAL STOCK MARKET INDEX FUND | Y | | Y | | Vanguard |
| 114 | VANGUARD TOTAL STOCK MARKET INDEX TRUST | Y | | Y | | Vanguard |
| 115 | VANGUARD VALUE INDEX FUND | Y | | | | Vanguard |
| 116 | BANK OF BERMUDA | | | Y | | |
| 117 | EMPLOYEES RETIREMENT SYSTEM OF TEXAS | Y | | | | |
| 118 | FIRST TRUST CONSUMER DISCRETIONARY ALPHADEX® FUND | | | Y | | |
| 119 | GOTHIC HSP CORPORATION | Y | | | | |
| 120 | GUGGENHEIM SPIN OFF ETF | | | Y | | |
| 121 | HAP TRADING, LLC | Y | | | | |
| 122 | HBOS FINAL SALARY PENSION SCHEME | Y | | | | |
| 123 | JHT 12/5/13 ANNUITY TRUST | Y | | | | |
| 124 | KARLIN HOLDINGS LIMITED PARTNERSHIP | Y | | | | |
| 125 | KENDEN ALFOND, C/O DEXTER ENTERPRISES, INC. | Y | | | | |

\* Pursuant to the Amended Protective Order, information designated as confidential is redacted on the filed complaint.

| # | Name | LE Defs | 2014 Lands' End Spin-off Shares | Seritage Defs | 2015 Seritage Offering Rights | Defendant Group/Family |
|---|---|---|---|---|---|---|
| 126 | LOCKHEED MARTIN CORPORATION MASTER RETIREMENT | Y | ▮ | | | |
| 127 | LUMA CAPITAL S.A.-SPF | Y | ▮ | Y | ▮ | |
| 128 | M S. SERVICES | Y | | | | |
| 129 | MASON CAPITAL MGMT LLC | Y | ▮ | | | |
| 130 | MPAMG SECURITY PROCESSING OMNI | Y | | | | |
| 131 | MUFG UNION BANK NA | Y | | | | |
| 132 | NORGES BANK INVESTMENT MANAGEMENT | Y | ▮ | Y | ▮ | |
| 133 | ORI UZIEL | Y | | | | |
| 134 | PERCEVAL INVESTMENT PARTNERS, L.P. | Y | ▮ | Y | ▮ | |
| 135 | SFM CAPITAL MARKETS, L.P. | Y | | | | |
| 136 | T. ROWE PRICE ASSOCIATES, Inc. | Y | | | | |
| 137 | Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST | Y | ▮ | Y | ▮ | |
| 138 | TIMOTHY F PALMER | | | Y | ▮ | |
| 139 | X-ENTITY 0302 P / | Y | ▮ | | | |
| | **Totals** | **104** | **9,776,737** | **72** | **21,342,903** | |

* Pursuant to the Amended Protective Order, information designated as confidential is redacted on the filed complaint.