Defendant: **Far East Watchcases USA Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986537 | $6,409.00 | 7/23/18 | ORA326181976026 | 7/16/18 | $6,409.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989981 | $6,348.00 | 7/30/18 | ORA326182046026 | 7/23/18 | $6,348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993614 | $6,852.00 | 8/6/18 | ORA326182116026 | 7/30/18 | $6,852.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997705 | $7,811.00 | 8/13/18 | ORA326182186026 | 8/6/18 | $7,811.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001144 | $6,402.00 | 8/20/18 | ORA326182256026 | 8/13/18 | $6,402.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004574 | $8,148.00 | 8/27/18 | 3995 | 2/26/18 | $155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004574 | $8,148.00 | 8/27/18 | 3991 | 4/4/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004574 | $8,148.00 | 8/27/18 | 3993 | 6/5/18 | $349.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004574 | $8,148.00 | 8/27/18 | 3994 | 7/31/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004574 | $8,148.00 | 8/27/18 | ORA326182326026 | 8/20/18 | $7,081.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008072 | $6,261.00 | 9/3/18 | ORA326182396026 | 8/27/18 | $6,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012100 | $6,681.00 | 9/10/18 | ORA326182466026 | 9/3/18 | $6,681.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015558 | $5,905.00 | 9/17/18 | ORA326182536026 | 9/10/18 | $5,905.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019005 | $5,461.00 | 9/24/18 | ORA326182606026 | 9/17/18 | $5,461.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022513 | $5,544.00 | 10/1/18 | ORA326182676026 | 9/24/18 | $5,544.00 |

Totals:   11 transfer(s),  $71,822.00