## ARONAUER & YUDELL, LLP

ATTORNEYS AT LAW

JOSEPH ARONAUER
KENNETH S. YUDELL

MICHAEL S. SCHER
HOWARD M. SOMMERS
OF COUNSEL

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET, SUITE 1420
NEW YORK, NEW YORK 10165
TELEPHONE 212-755-6000
FACSIMILE 212-755-6006
WEBSITE WWW.AYLLP.COM

JARONAUER@AYLLP.COM

October 15, 2020

**VIA PACER and FIRST CLASS MAIL**

Clerk
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

    Re:   <u>In Re Sears Bankruptcy Case No. 18-23538 (RDD)</u>

Dear Sir/Madam:

    Please be advised that Aronauer & Yudell, LLP no longer wants to obtain copies of the electronic filings in the above bankruptcy. Thank you.

    Respectfully,

    Joseph Aronauer

JA:anh
1160-037