Defendant: **Granada Sales Corp.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988808 | $69,081.02 | 8/7/18 | 1043917 | 7/5/18 | $43,990.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988808 | $69,081.02 | 8/7/18 | 1043918 | 7/5/18 | $25,090.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992320 | $4,775.42 | 8/14/18 | ITM9770718IN305 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992320 | $4,775.42 | 8/14/18 | ITM1012201IN765 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992320 | $4,775.42 | 8/14/18 | ITM0084167IN954 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992320 | $4,775.42 | 8/14/18 | ITM0084166IN323 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992320 | $4,775.42 | 8/14/18 | 1043917 | 7/5/18 | $805.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992320 | $4,775.42 | 8/14/18 | VPOTR991473310 | 7/29/18 | $4,769.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996556 | $56,513.23 | 8/21/18 | 1043963 | 7/9/18 | $37,125.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996556 | $56,513.23 | 8/21/18 | 1043964 | 7/9/18 | $19,388.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999899 | $730.05 | 8/30/18 | 1043963 | 7/9/18 | $730.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003399 | $85,938.62 | 9/6/18 | 1044051 | 7/27/18 | $85,938.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011089 | $2,871.00 | 9/20/18 | 1043964 | 7/9/18 | $2,871.00 |

Totals:    6 transfer(s),  $219,909.34