Defendant: **O.H. Sunglass Inc., Dba Universal Sunglasses**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082422 | $8,582.00 | 7/17/18 | AAA118181766118 | 6/25/18 | $8,582.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082980 | $11,057.00 | 7/20/18 | AAA118181836118 | 7/2/18 | $11,057.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083397 | $16,693.00 | 7/26/18 | AAA118181906118 | 7/9/18 | $16,693.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083757 | $9,568.00 | 8/3/18 | AAA118181976118 | 7/16/18 | $9,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084163 | $12,194.00 | 8/15/18 | AAA118182046118 | 7/23/18 | $12,194.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084664 | $15,185.00 | 8/21/18 | AAA118182116118 | 7/30/18 | $15,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085072 | $15,624.00 | 8/28/18 | AAA118182186118 | 8/6/18 | $15,624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085433 | $9,067.00 | 9/5/18 | AAA118182256118 | 8/13/18 | $9,067.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085821 | $10,634.00 | 9/18/18 | AAA118182326118 | 8/20/18 | $10,634.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086245 | $8,986.00 | 9/19/18 | AAA118182396118 | 8/27/18 | $8,986.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086826 | $10,731.00 | 9/26/18 | AAA118182466118 | 9/3/18 | $10,731.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087197 | $8,591.00 | 10/11/18 | AAA118182536118 | 9/10/18 | $8,591.00 |

Totals:    12 transfer(s),  $136,912.00