**Defendant:** **GF3 Ventures LLC, Dba Barrett Supply Company**
**Bankruptcy Case:** **Sears Holding Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170791 | $2,273.78 | 7/17/18 | 0000627351 | 6/27/18 | $424.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170791 | $2,273.78 | 7/17/18 | 0000645403 | 6/28/18 | $1,354.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170791 | $2,273.78 | 7/17/18 | 0000662591 | 6/29/18 | $495.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170832 | $657.41 | 7/17/18 | 0000678919 | 6/30/18 | $657.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170918 | $471.24 | 7/19/18 | 0000715771 | 7/3/18 | $471.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170947 | $612.83 | 7/24/18 | 0000739531 | 7/4/18 | $242.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170947 | $612.83 | 7/24/18 | 0000768633 | 7/6/18 | $370.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96996 | $2,481.25 | 7/30/18 | 0000035796 | 7/18/18 | $887.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96996 | $2,481.25 | 7/30/18 | 0000074227 | 7/19/18 | $932.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96996 | $2,481.25 | 7/30/18 | 0000103483 | 7/20/18 | $661.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171102 | $4,241.56 | 7/31/18 | 0000870115 | 7/11/18 | $483.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171102 | $4,241.56 | 7/31/18 | 0000896458 | 7/12/18 | $2,309.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171102 | $4,241.56 | 7/31/18 | 0000916867 | 7/13/18 | $1,448.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171160 | $335.56 | 7/31/18 | 0000940671 | 7/14/18 | $335.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98050 | $26.11 | 7/31/18 | 0000132229 | 7/21/18 | $26.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171073 | $343.35 | 8/1/18 | 0000853732 | 7/10/18 | $343.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00184 | $688.50 | 8/3/18 | 0000190655 | 7/24/18 | $688.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171245 | $1,048.35 | 8/6/18 | 0000997670 | 7/17/18 | $1,048.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00920 | $2,317.55 | 8/6/18 | 0000229864 | 7/25/18 | $636.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00920 | $2,317.55 | 8/6/18 | 0000265249 | 7/26/18 | $931.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00920 | $2,317.55 | 8/6/18 | 0000290987 | 7/27/18 | $749.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01924 | $308.28 | 8/7/18 | 0000324273 | 7/28/18 | $308.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04020 | $601.95 | 8/10/18 | 0000380640 | 7/31/18 | $601.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04764 | $2,418.05 | 8/13/18 | 0000419710 | 8/1/18 | $774.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04764 | $2,418.05 | 8/13/18 | 0000453731 | 8/2/18 | $1,022.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04764 | $2,418.05 | 8/13/18 | 0000485779 | 8/3/18 | $621.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05796 | $992.34 | 8/14/18 | 0000522699 | 8/4/18 | $992.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08022 | $985.27 | 8/17/18 | 0000588336 | 8/7/18 | $985.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08776 | $1,139.51 | 8/20/18 | 0000630844 | 8/8/18 | $77.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08776 | $1,139.51 | 8/20/18 | 0000666016 | 8/9/18 | $363.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08776 | $1,139.51 | 8/20/18 | 0000701868 | 8/10/18 | $698.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09809 | $269.45 | 8/21/18 | 0000735169 | 8/11/18 | $269.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11946 | $446.15 | 8/24/18 | 0000818507 | 8/14/18 | $446.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12806 | $1,154.91 | 8/27/18 | 0000854150 | 8/15/18 | $294.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12806 | $1,154.91 | 8/27/18 | 0000894223 | 8/16/18 | $546.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12806 | $1,154.91 | 8/27/18 | 0000927199 | 8/17/18 | $314.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13859 | $563.95 | 8/28/18 | 0000957190 | 8/18/18 | $563.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16044 | $791.44 | 8/31/18 | 0000032007 | 8/21/18 | $791.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16772 | $3,307.52 | 9/4/18 | 0000078008 | 8/22/18 | $368.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16772 | $3,307.52 | 9/4/18 | 0000145301 | 8/24/18 | $1,457.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16772 | $3,307.52 | 9/4/18 | 0000180114 | 8/25/18 | $1,482.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19201 | $57.36 | 9/7/18 | 0000247939 | 8/28/18 | $57.36 |

**Totals:**    25 transfer(s),  $28,533.67