| Defendant: | Allied Building Products Corporation |
|---|---|
| Bankruptcy Case: | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1924577700-IN | 6/18/18 | 3755.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BA90979-IN | 6/18/18 | 3071.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1923849000-IN | 6/18/18 | 2953.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB49229-IN | 6/18/18 | 2852.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1933835700-IN | 6/18/18 | 2050.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1914722600-IN | 6/18/18 | 1778.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB39900-IN | 6/18/18 | 1193.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB40373-IN | 6/18/18 | 531.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1940759100-IN | 6/18/18 | 320.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB39118-IN | 6/18/18 | 150 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB41016-IN | 6/18/18 | 52.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1931354700-IN | 6/19/18 | 3359.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB72754-IN | 6/19/18 | 2348.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB80493-IN | 6/19/18 | 138.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1932103800-IN | 6/20/18 | 3169.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | BB12162-IN | 6/20/18 | 3061.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233649 | $33,343.68 | 7/17/18 | 1934255600-IN | 6/20/18 | 2556.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1924735000-IN | 6/21/18 | 3621.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1942297000-IN | 6/21/18 | 3310.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1941600800-IN | 6/21/18 | 2033.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1940785600-IN | 6/21/18 | 1901.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | BC01896-IN | 6/21/18 | 1165.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | BC16814-IN | 6/21/18 | 599.6 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1934156300-IN | 6/21/18 | 397.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | BB48359-IN | 6/22/18 | 3616.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | BC01785-IN | 6/22/18 | 3344.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1939928400-IN | 6/22/18 | 2537.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | 1942257800-IN | 6/22/18 | 1575.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234411 | $24,158.12 | 7/20/18 | BC05815-IN | 6/22/18 | 54.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC11419-IN | 6/25/18 | 3435.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | 1941671800-IN | 6/26/18 | 3631.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | 1943334800-IN | 6/26/18 | 2669.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC40707-IN | 6/26/18 | 2571.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC43572-IN | 6/26/18 | 1223.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC80402-IN | 6/26/18 | 736.2 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC90386-IN | 6/26/18 | 151.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC92551-IN | 6/26/18 | 93.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC81833-IN | 6/26/18 | 90.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC81898-IN | 6/26/18 | 49.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC82088-IN | 6/26/18 | 30.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC75779-IN | 6/27/18 | 6091.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | 1943285700-IN | 6/27/18 | 2859.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC01702-IN | 6/27/18 | 2135.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | 1944641200-IN | 6/27/18 | 1847.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC55507-IN | 6/27/18 | 1656.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | BC43759-IN | 6/27/18 | 1032.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | 1913607801-IN | 6/27/18 | 80.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234956 | $30,466.40 | 7/24/18 | 1912236301-IN | 6/27/18 | 80.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BC02755-IN | 6/27/18 | 2955.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BC75788-IN | 6/28/18 | 4368.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BC84141-IN | 6/28/18 | 3164.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BD12010-IN | 6/28/18 | 2438.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BC86935-IN | 6/28/18 | 268.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BD23105-IN | 6/28/18 | 126.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BD09382-IN | 6/29/18 | 4679.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BD03822-IN | 6/29/18 | 3180.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BD22817-IN | 6/29/18 | 2976.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BC98128-IN | 6/29/18 | 1869.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235647 | $26,108.13 | 7/27/18 | BD33884-IN | 6/29/18 | 80.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | BC41146-IN | 7/2/18 | 4421.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | BD58190-IN | 7/2/18 | 3103.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | 1944428900-IN | 7/2/18 | 2391.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | BD15080-IN | 7/2/18 | 1042.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | 1947153200-IN | 7/3/18 | 2827.2 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | 1943317900-IN | 7/3/18 | 2662.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | BD44332-IN | 7/3/18 | 2252.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236157 | $20,836.71 | 7/31/18 | BD54427-IN | 7/3/18 | 2135.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | 1918654300-IN | 5/8/18 | 3839.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | 1931548900-IN | 5/30/18 | 110.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | Z979141-IN | 6/6/18 | 2507.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | Z959962-IN | 6/7/18 | 4533.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BD29781-IN | 7/3/18 | 2552.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BD90637-IN | 7/5/18 | 4291.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BD04277-IN | 7/5/18 | 2042.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BD93774-IN | 7/5/18 | 139.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BC99669-IN | 7/6/18 | 3816.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | 1944994200-IN | 7/6/18 | 2601.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BE08732-IN | 7/6/18 | 1614.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BC87592-IN | 7/6/18 | 1340.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BD01696-IN | 7/6/18 | 1032.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BE08744-IN | 7/6/18 | 149.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BE59687-DM | 7/11/18 | -307.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BE11902-DM | 7/11/18 | -660.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BE21468-DM | 7/17/18 | -612 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG20755-DM | 7/20/18 | -131.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG21630C-DM | 7/20/18 | -541.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG39995-DM | 7/23/18 | -16.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG06148-DM | 7/23/18 | -2120 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG66136-DM | 7/25/18 | -333.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | 1949611600-DM | 7/25/18 | -2881.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG92936-DM | 7/26/18 | -30.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG92983-DM | 7/26/18 | -32.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG93014-DM | 7/26/18 | -46.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG92919-DM | 7/26/18 | -64.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG92828-DM | 7/26/18 | -128.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236658 | $22,419.29 | 8/2/18 | BG92960-DM | 7/26/18 | -247.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | Z747916-IN | 6/11/18 | 3948.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BD96791-IN | 7/9/18 | 3121.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | 1946628300-IN | 7/9/18 | 2769.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BD00501-IN | 7/9/18 | 2339.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | 1945651300-IN | 7/9/18 | 1909.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BE61045-IN | 7/10/18 | 4500.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | 1945691200-IN | 7/10/18 | 2566.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BC82454-IN | 7/10/18 | 1124.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BE67799-IN | 7/11/18 | 4364.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BE47129-IN | 7/11/18 | 4235.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BE37303-IN | 7/11/18 | 2350.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | BD56891-IN | 7/11/18 | 1037.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237579 | $33,537.57 | 8/7/18 | 1958176400-DM | 7/31/18 | -731.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BB33291-IN | 6/14/18 | 160.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BB32131-IN | 6/15/18 | 600.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BE37347-IN | 7/12/18 | 2075 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | 1945733800-IN | 7/12/18 | 838.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BE95598-IN | 7/12/18 | 96.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BE96094-IN | 7/12/18 | 22.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BE46553-IN | 7/13/18 | 2994.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | 1946479100-IN | 7/13/18 | 2431.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BF13414-IN | 7/13/18 | 757.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238070 | $10,201.99 | 8/10/18 | BF03876-IN | 7/13/18 | 225.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | Z736295-IN | 5/16/18 | 4190.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | Z825783-IN | 5/25/18 | 83.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | Z546583-IN | 6/18/18 | 7299.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BC91407-IN | 7/16/18 | 3587.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | 1950299100-IN | 7/16/18 | 3258.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BE82030-IN | 7/16/18 | 2600.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BD86494-IN | 7/16/18 | 2182.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BE80809-IN | 7/16/18 | 1750.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BE62536-IN | 7/16/18 | 1664.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | 1950330100-IN | 7/16/18 | 280.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BE77401-IN | 7/17/18 | 1282.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | 1953217400-IN | 7/17/18 | 29.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BE87594-IN | 7/18/18 | 3938 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | 1951909600-IN | 7/18/18 | 2661.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | BD79047-IN | 7/18/18 | 784.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | 1951915900-IN | 7/18/18 | 262.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238469 | $35,474.45 | 8/14/18 | 1962275400-DM | 8/7/18 | -382.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | 1932120600-IN | 6/19/18 | 5642.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | 1924660400-IN | 6/21/18 | 2471.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BA69438-IN | 6/22/18 | 3405.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BE76810-IN | 7/19/18 | 3749.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BF37596-IN | 7/19/18 | 2948.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | 1953575800-IN | 7/19/18 | 2597.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | 1954639700-IN | 7/19/18 | 1109.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BF95232-IN | 7/19/18 | 98.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BJ21046R-DM | 8/9/18 | -4473.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BK09597-DM | 8/13/18 | -235.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BK09601-DM | 8/13/18 | -295.33 |

Allied Building Products Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239108 | $16,242.79 | 8/17/18 | BH80002-DM | 8/14/18 | -774.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BF26595-IN | 7/23/18 | 7128.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BF48139-IN | 7/23/18 | 4611.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BF26755-IN | 7/23/18 | 2464.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BG06176-IN | 7/23/18 | 2168.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BG06183-IN | 7/23/18 | 280 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BG06194-IN | 7/23/18 | 14.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BF88037-IN | 7/24/18 | 4995.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BE87338-IN | 7/24/18 | 788.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BG57329-IN | 7/24/18 | 280.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BG57484-IN | 7/24/18 | 14.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | 1954828500-IN | 7/25/18 | 3054.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BJ21046-IN | 8/9/18 | 4473.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BJ21046C-IN | 8/9/18 | 4473.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239553 | $34,605.57 | 8/21/18 | BK80675-DM | 8/16/18 | -143.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BG24349-IN | 7/26/18 | 3335.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BG12304-IN | 7/26/18 | 2885.6 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BG85997-IN | 7/26/18 | 96.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BG85335-IN | 7/27/18 | 4028.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BF83428-IN | 7/27/18 | 1328.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BG89288-IN | 7/27/18 | 293.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240158 | $12,016.62 | 8/24/18 | BG97490-IN | 7/27/18 | 49.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BC55115-IN | 7/2/18 | 3271.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BC98609-IN | 7/2/18 | 208.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BH03404-IN | 7/30/18 | 7326.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | 1955945100-IN | 7/30/18 | 2855.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BF79368-IN | 7/30/18 | 2000.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | 1945502400-IN | 7/30/18 | 1046.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | 1957700400-IN | 7/31/18 | 4590.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | 1956956300-IN | 7/31/18 | 4156.59 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | 1950405500-IN | 7/31/18 | 2766.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BF93946-IN | 7/31/18 | 1243.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BG09202-IN | 8/1/18 | 3222.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BF90026-IN | 8/1/18 | 2513.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BG80222-IN | 8/1/18 | 1825.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240641 | $37,556.33 | 8/28/18 | BH67641-IN | 8/1/18 | 527.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BD37435-IN | 7/3/18 | 3589.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH37983-IN | 8/2/18 | 6526.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH47158-IN | 8/2/18 | 2630.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | 1958638800-IN | 8/2/18 | 2447.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BG27861-IN | 8/2/18 | 1973.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BG80489-IN | 8/2/18 | 1220.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | 1959678700-IN | 8/2/18 | 601.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH75494-IN | 8/2/18 | 278.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH57146-IN | 8/2/18 | 106.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | 1960494600-IN | 8/2/18 | 80.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH57028-IN | 8/2/18 | 46.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BG80559-IN | 8/2/18 | 45.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | 1961019200-IN | 8/3/18 | 4812.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH43201-IN | 8/3/18 | 4475.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | 1960872300-IN | 8/3/18 | 3848.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BG79983-IN | 8/3/18 | 3810.6 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH65644-IN | 8/3/18 | 2006.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH53529-IN | 8/3/18 | 1953.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BJ10256-IN | 8/3/18 | 889.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH50394-IN | 8/3/18 | 679.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH89657-IN | 8/3/18 | 331.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH90632-IN | 8/3/18 | 198.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BH66942-IN | 8/3/18 | 96.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241449 | $42,736.18 | 8/31/18 | BJ11931-IN | 8/3/18 | 88.2 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241898 | $2,557.21 | 9/4/18 | BF55028-IN | 8/6/18 | 1617.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241898 | $2,557.21 | 9/4/18 | BJ20289-IN | 8/6/18 | 539.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241898 | $2,557.21 | 9/4/18 | 1959676000-IN | 8/6/18 | 373.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241898 | $2,557.21 | 9/4/18 | BH66872-IN | 8/6/18 | 257.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241898 | $2,557.21 | 9/4/18 | BJ22067-IN | 8/6/18 | 96.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241898 | $2,557.21 | 9/4/18 | BM50569-DM | 8/29/18 | -327.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BC49563-IN | 6/26/18 | 3877.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BE43587-IN | 7/9/18 | 1580.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BE35756-IN | 7/9/18 | 1152.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BE43629-IN | 7/9/18 | 755.2 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BD45707-IN | 7/10/18 | 7404.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BE58380-IN | 7/13/18 | 2795.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BG39453-IN | 8/8/18 | 4354.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BH57582-IN | 8/8/18 | 2403.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BG10592-IN | 8/8/18 | 1503.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | 1963471000-IN | 8/8/18 | 105.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | 1962665000-IN | 8/9/18 | 3799.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BJ73829-IN | 8/9/18 | 369.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BJ60734-IN | 8/10/18 | 2293.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242357 | $34,535.08 | 9/7/18 | BG85863-IN | 8/10/18 | 2140.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK04691-IN | 8/13/18 | 4982.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BJ87940-IN | 8/13/18 | 3818.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BJ75268-IN | 8/13/18 | 3575.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BJ82727-IN | 8/13/18 | 2657.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK29397-IN | 8/13/18 | 981.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BH68596-IN | 8/13/18 | 149.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BJ60928-IN | 8/13/18 | 122.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BC92573-IN | 8/13/18 | 61.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK25847-IN | 8/14/18 | 3251.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BH31499-IN | 8/14/18 | 1795.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK46213-IN | 8/14/18 | 19.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | 1962700300-IN | 8/15/18 | 3825.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | 1963666100-IN | 8/15/18 | 3502.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK21600-IN | 8/15/18 | 3223.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BJ76319-IN | 8/15/18 | 2032.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BH13456-IN | 8/15/18 | 2020.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK46744-IN | 8/15/18 | 1348.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BK24927-IN | 8/15/18 | 618.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242760 | $38,095.90 | 9/11/18 | BJ77749-IN | 8/15/18 | 108.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BE22402-DM | 7/17/18 | -566.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BE69955-IN | 7/19/18 | 1313.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BK16829-IN | 8/16/18 | 2769.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BK16969-IN | 8/16/18 | 109.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BK66660-IN | 8/17/18 | 2396.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | 1963769600-IN | 8/17/18 | 1269.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | 1966430800-IN | 8/17/18 | 196.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BK16996-IN | 8/17/18 | 158.27 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BK68306-IN | 8/17/18 | 92.04 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | BL45748-DM | 9/5/18 | -27.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243281 | $7,277.91 | 9/14/18 | 1978646500-DM | 9/13/18 | -432.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BE62331-IN | 7/20/18 | 3322.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1967070600-IN | 8/20/18 | 4856.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1964543500-IN | 8/20/18 | 2419.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BK40870-IN | 8/20/18 | 1915.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1968350700-IN | 8/20/18 | 285.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1968355400-IN | 8/20/18 | 105.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1968643300-IN | 8/21/18 | 3631.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BJ95755-IN | 8/21/18 | 2930.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1963479700-IN | 8/21/18 | 2310.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BG83310-IN | 8/21/18 | 2197.62 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BK11502-IN | 8/21/18 | 2104.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1967755600-IN | 8/21/18 | 1985.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1968497700-IN | 8/21/18 | 234.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BL44108-IN | 8/21/18 | 56.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1965282400-IN | 8/22/18 | 5005.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BL06363-IN | 8/22/18 | 3553.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BL45737-IN | 8/22/18 | 3533.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1965967900-IN | 8/22/18 | 1831.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BL21422-IN | 8/22/18 | 1690.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | BL41699-IN | 8/22/18 | 1018.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243680 | $45,092.02 | 9/18/18 | 1968948900-IN | 8/22/18 | 102.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | Z826903-IN | 5/29/18 | 3418.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | BK83968-IN | 8/23/18 | 6405.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | BL74406-IN | 8/23/18 | 768.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | 1970121500-IN | 8/23/18 | 295.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | BK88510-IN | 8/24/18 | 4695.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | 1968871300-IN | 8/24/18 | 2910.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | 1969693500-IN | 8/24/18 | 2453.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | 1967849900-IN | 8/24/18 | 752.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | 1969197500-IN | 8/24/18 | 456.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | BK88612-IN | 8/24/18 | 89.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | BP84746-DM | 9/17/18 | -20.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244260 | $22,048.35 | 9/21/18 | BQ09481-DM | 9/18/18 | -176.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BL55303-IN | 8/27/18 | 7487.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BL77770-IN | 8/27/18 | 4099.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1964548100-IN | 8/27/18 | 3260.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1970352400-IN | 8/27/18 | 2876.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BK37713-IN | 8/27/18 | 1485.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1966134600-IN | 8/27/18 | 373.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1971059100-IN | 8/27/18 | 253.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1971387500-IN | 8/28/18 | 213.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BM37793-IN | 8/29/18 | 5582.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1971340900-IN | 8/29/18 | 5265.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1969847200-IN | 8/29/18 | 4687.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BL71469-IN | 8/29/18 | 4249.03 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1967939100-IN | 8/29/18 | 3529.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1967735600-IN | 8/29/18 | 3174.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | 1971639200-IN | 8/29/18 | 2872.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BL29668-IN | 8/29/18 | 1780.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244647 | $52,475.65 | 9/25/18 | BL39225-IN | 8/29/18 | 1284.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BC93715-IN | 7/9/18 | 10073.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BK53900-IN | 8/30/18 | 3414.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BH40787-IN | 8/30/18 | 1730.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BM81023-IN | 8/31/18 | 2925.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BL20329-IN | 8/31/18 | 2755.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BL61092-IN | 8/31/18 | 2198.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BP32380-DM | 9/12/18 | -99.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BQ09395-DM | 9/21/18 | -528.2 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245054 | $22,101.50 | 9/27/18 | BQ79637-DM | 9/24/18 | -369.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | 1973289400-IN | 9/4/18 | 2970.37 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | 1973231500-IN | 9/4/18 | 1890.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | BL25529-IN | 9/4/18 | 1419.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | BK24555-IN | 9/4/18 | 1031.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | 1973048600-IN | 9/5/18 | 3178.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | 1972423900-IN | 9/5/18 | 2944.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | BK74492-IN | 9/5/18 | 1399.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245730 | $14,869.97 | 10/2/18 | 1975153600-IN | 9/5/18 | 36.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BE35798-IN | 7/9/18 | 402 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BJ10410-IN | 8/7/18 | 5680.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1960417100-IN | 8/7/18 | 2668.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BG45990-IN | 8/7/18 | 1229.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BJ36661-IN | 8/7/18 | 897.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BH73510-IN | 8/7/18 | 740.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BL03688-DM | 8/17/18 | -50.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BL10417-DM | 8/20/18 | -182.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1969901900-DM | 8/28/18 | -4904.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BN05519-IN | 9/6/18 | 7029.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BL60271-IN | 9/6/18 | 5603.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1974336100-IN | 9/6/18 | 2741.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BM57678-IN | 9/6/18 | 2688 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BN51493-IN | 9/6/18 | 30.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BM46282-IN | 9/7/18 | 6640 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BN53564-IN | 9/7/18 | 2886.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1975709700-IN | 9/7/18 | 2611.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1971405700-IN | 9/7/18 | 2435.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1969791500-IN | 9/7/18 | 1735.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | 1976303300-IN | 9/7/18 | 424.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BM93704-IN | 9/7/18 | 376.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BN45285-IN | 9/7/18 | 92.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BN45310-IN | 9/7/18 | 55.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246362 | $41,810.51 | 10/5/18 | BQ79917-DM | 9/24/18 | -22.15 |

Totals:    24 transfer(s),   $660,567.93

Exhibit A