**Defendant:** Larson Manufacturing Company Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 233678 | $345.06 | 7/17/18 | 19205340-IN | 5/21/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19209083-IN | 5/22/18 | 339.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19217620-IN | 5/24/18 | 765.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19214253-IN | 5/24/18 | 702.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19213650-IN | 5/24/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19214835-IN | 5/24/18 | 318.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19214125-IN | 5/24/18 | 304.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19220346-IN | 5/25/18 | 614.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19220433-IN | 5/25/18 | 355 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19221273-IN | 5/25/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19220382-IN | 5/25/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19218475-IN | 5/25/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19219944-IN | 5/25/18 | 289.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19222913-IN | 5/26/18 | 626.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19222918-IN | 5/26/18 | 333.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19223141-IN | 5/28/18 | 511.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19223284-IN | 5/28/18 | 490.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19224465-IN | 5/29/18 | 228.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 735232-IN | 5/30/18 | 157.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19233401-IN | 5/31/18 | 467.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19231371-IN | 5/31/18 | 446 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19231355-IN | 5/31/18 | 346.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19233506C-IN | 5/31/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19236657-IN | 6/1/18 | 648.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19236990-IN | 6/1/18 | 465.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19239269-IN | 6/1/18 | 171.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19245434-IN | 6/5/18 | 421.74 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19247137-IN | 6/5/18 | 205.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19253910-IN | 6/7/18 | 650 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19255376-IN | 6/7/18 | 525.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19253032-IN | 6/7/18 | 497 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19252446-IN | 6/7/18 | 467.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19252400-IN | 6/7/18 | 421.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19252703-IN | 6/7/18 | 421.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19252639-IN | 6/7/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19252047-IN | 6/7/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19262533-IN | 6/8/18 | 421.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19259438-IN | 6/8/18 | 331.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19260103-IN | 6/8/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19261147-IN | 6/8/18 | 213.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19260424-IN | 6/8/18 | 205.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19266070-IN | 6/12/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19266199-IN | 6/12/18 | 239.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19269946-IN | 6/13/18 | 843.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19275551-IN | 6/14/18 | 352.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19279998-IN | 6/15/18 | 565.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19289868-IN | 6/19/18 | 205.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19297791-IN | 6/22/18 | 628.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19297283-IN | 6/22/18 | 223.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19302248-IN | 6/25/18 | 619.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19312398-IN | 6/28/18 | 500 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19313290-IN | 6/28/18 | 448.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19312519-IN | 6/28/18 | 304.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19312687-IN | 6/28/18 | 301.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19312082-IN | 6/28/18 | 272.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19311004-IN | 6/28/18 | 251.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19312593-IN | 6/28/18 | 251.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19312049-IN | 6/28/18 | 230 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19310810-IN | 6/28/18 | 177.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19313466-IN | 6/28/18 | 163.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19314276-IN | 6/30/18 | 690.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19316056-IN | 6/30/18 | 690.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19315154-IN | 6/30/18 | 579.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19314027-IN | 6/30/18 | 304.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19317274-IN | 6/30/18 | 296.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19314287-IN | 6/30/18 | 289.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19317275-IN | 6/30/18 | 245.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19316575-IN | 6/30/18 | 163.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19319297-IN | 7/2/18 | 339.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19323689-IN | 7/3/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234203 | $27,200.99 | 7/19/18 | 19322221-IN | 7/3/18 | 251.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19325674-IN | 7/5/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19330956-IN | 7/6/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19329386-IN | 7/6/18 | 38.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19333208-IN | 7/7/18 | 346.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19334331-IN | 7/9/18 | 319.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19339880-IN | 7/11/18 | 617 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19340055-IN | 7/11/18 | 417.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19340038-IN | 7/11/18 | 359.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19349904-IN | 7/12/18 | 1039.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19347037-IN | 7/12/18 | 418.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19349492-IN | 7/12/18 | 310.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19347954-IN | 7/12/18 | 301.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 234443 | $5,111.11 | 7/20/18 | 19348823-IN | 7/12/18 | 251.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19245311-IN | 6/5/18 | 734.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19309439-IN | 6/27/18 | 296.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19308862-IN | 6/27/18 | 136.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19344010-IN | 7/11/18 | 392.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19352588-IN | 7/13/18 | 458.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19351001-IN | 7/13/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19353005-IN | 7/13/18 | 303.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19355953-IN | 7/16/18 | 551.6 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19355678-IN | 7/16/18 | 502.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19355788-IN | 7/16/18 | 462.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19355177-IN | 7/16/18 | 461.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235200 | $5,052.35 | 7/25/18 | 19354708-IN | 7/16/18 | 421.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235677 | $1,311.69 | 7/27/18 | 735232R-DM | 5/30/18 | -157.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235677 | $1,311.69 | 7/27/18 | 19365238-IN | 7/19/18 | 553.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235677 | $1,311.69 | 7/27/18 | 19365435-IN | 7/19/18 | 497 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 235677 | $1,311.69 | 7/27/18 | 19364558-IN | 7/19/18 | 418 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19368026-IN | 7/20/18 | 813.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19368924-IN | 7/20/18 | 579.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19377259-IN | 7/24/18 | 303.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19377888-IN | 7/24/18 | 38.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19389260-IN | 7/27/18 | 509.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19390179-IN | 7/27/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19387993-IN | 7/27/18 | 343.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19390375-IN | 7/27/18 | 56.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 236689 | $3,036.32 | 8/2/18 | 19388650-IN | 7/27/18 | 45.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237775 | $2,303.02 | 8/8/18 | 19314980-IN | 6/30/18 | 7.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237775 | $2,303.02 | 8/8/18 | 19361546-IN | 7/18/18 | 331.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237775 | $2,303.02 | 8/8/18 | 19391623-IN | 7/28/18 | 509.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237775 | $2,303.02 | 8/8/18 | 19392076-IN | 7/28/18 | 509.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237775 | $2,303.02 | 8/8/18 | 19391704-IN | 7/28/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237775 | $2,303.02 | 8/8/18 | 19399632-IN | 8/1/18 | 599.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19402653-IN | 8/2/18 | 661.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19403435-IN | 8/2/18 | 491.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19402702-IN | 8/2/18 | 346.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19402416-IN | 8/2/18 | 245 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19404173-IN | 8/2/18 | 132.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19403684-IN | 8/2/18 | 132.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19403717-IN | 8/2/18 | 50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19404004-IN | 8/2/18 | 50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19407197-IN | 8/3/18 | 854.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19405827-IN | 8/3/18 | 494.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19406492-IN | 8/3/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19406514-IN | 8/3/18 | 316.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19406451-IN | 8/3/18 | 305.6 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19406988-IN | 8/3/18 | 303.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 237927 | $4,804.20 | 8/9/18 | 19405175-IN | 8/3/18 | 90.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19404254-IN | 8/2/18 | 392.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19409792-IN | 8/4/18 | 347.9 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19410514-IN | 8/6/18 | 658.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19410577-IN | 8/6/18 | 281.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19412023-IN | 8/7/18 | 226.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19415463-IN | 8/8/18 | 825.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19417252-IN | 8/9/18 | 708.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19417525-IN | 8/9/18 | 650 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 238919 | $4,697.75 | 8/16/18 | 19420270-IN | 8/9/18 | 608 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239138 | $163.30 | 8/17/18 | 19279574-IN | 6/15/18 | 213.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 239138 | $163.30 | 8/17/18 | 19363247-DM | 7/19/18 | -50 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19327665-IN | 7/5/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19342360-IN | 7/11/18 | 301.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19381335-IN | 7/25/18 | 339.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19396536-IN | 7/31/18 | 289.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19396305-IN | 7/31/18 | 281.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19415261-IN | 8/8/18 | 329.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19424201-IN | 8/10/18 | 994 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19422671-IN | 8/10/18 | 989.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19423368-IN | 8/10/18 | 682.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19422834-IN | 8/10/18 | 579.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19425031-IN | 8/10/18 | 374.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19421719-IN | 8/10/18 | 86.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19427675-IN | 8/13/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19428334-IN | 8/13/18 | 173.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19428800-IN | 8/13/18 | 132.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19429045-IN | 8/13/18 | 9.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19431863-IN | 8/14/18 | 355 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 240443 | $6,758.98 | 8/27/18 | 19434162-IN | 8/15/18 | 182.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241918 | $1,899.49 | 9/4/18 | 19302638-IN | 6/25/18 | 86.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241918 | $1,899.49 | 9/4/18 | 19390924-IN | 7/27/18 | 337.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241918 | $1,899.49 | 9/4/18 | 19418402-IN | 8/9/18 | 673.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241918 | $1,899.49 | 9/4/18 | 19419371-IN | 8/9/18 | 468.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 241918 | $1,899.49 | 9/4/18 | 19421192-IN | 8/9/18 | 333.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19313840-IN | 6/28/18 | 293.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19316328-IN | 6/30/18 | 346.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19350470-IN | 7/13/18 | 132.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19436069-IN | 8/16/18 | 354 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19436405-IN | 8/16/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19441694-IN | 8/17/18 | 851.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19441256-IN | 8/17/18 | 531.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19441128-IN | 8/17/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19438913-IN | 8/17/18 | 323.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19443714-IN | 8/17/18 | 35.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19446691-IN | 8/20/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19445836-IN | 8/20/18 | 330.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19456567-IN | 8/23/18 | 182.06 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19459327-IN | 8/24/18 | 991.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19462626-IN | 8/24/18 | 691.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19460508-IN | 8/24/18 | 421.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19465255-IN | 8/28/18 | 604.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19466472-IN | 8/28/18 | 467.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19465846-IN | 8/28/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19469555-IN | 8/29/18 | 71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19473787-IN | 8/30/18 | 568 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19472550-IN | 8/30/18 | 531.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19473731-IN | 8/30/18 | 521.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19470800-IN | 8/30/18 | 181.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19472201-IN | 8/30/18 | 127.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242072 | $9,910.41 | 9/5/18 | 19472801-IN | 8/30/18 | 19.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243303 | $887.50 | 9/14/18 | 19342913-IN | 7/11/18 | 1019.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243303 | $887.50 | 9/14/18 | 19448892-DM | 8/22/18 | -132.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19399661-IN | 8/1/18 | 349.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19432253-IN | 8/15/18 | 502.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19448252-IN | 8/21/18 | 426 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19447338-IN | 8/21/18 | 421.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19448053-IN | 8/21/18 | 296.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19448060-IN | 8/21/18 | 281.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19448615-IN | 8/21/18 | 251.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19472138-IN | 8/30/18 | 478 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19473853-IN | 8/30/18 | 410.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19471687-IN | 8/30/18 | 251.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19471752-IN | 8/30/18 | 213.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19473302-IN | 8/30/18 | 182.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19474287-IN | 8/31/18 | 633.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19477166-IN | 8/31/18 | 331.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19477072-IN | 8/31/18 | 329.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244283 | $5,674.68 | 9/21/18 | 19475996-IN | 8/31/18 | 316.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19446667-IN | 8/20/18 | 435.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19480008-IN | 9/4/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19481610-IN | 9/5/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19483566-IN | 9/5/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19482791-IN | 9/5/18 | 251.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19480658-IN | 9/5/18 | 132.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19481506-IN | 9/5/18 | 31.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19485863-IN | 9/6/18 | 301.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19487896-IN | 9/6/18 | 280.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19491414-IN | 9/7/18 | 934.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19496460-IN | 9/8/18 | 331.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19499219-IN | 9/10/18 | 23.2 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19498122-IN | 9/10/18 | 16.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19504005-IN | 9/12/18 | 632.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19505482-IN | 9/12/18 | 254.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19505629-IN | 9/12/18 | 170.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19508399-IN | 9/13/18 | 813.66 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19506404-IN | 9/13/18 | 304.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19510774-IN | 9/14/18 | 633.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19510574-IN | 9/14/18 | 558.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19512066-IN | 9/14/18 | 502.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19511756-IN | 9/14/18 | 223.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19514912-IN | 9/14/18 | 170.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19516630-IN | 9/17/18 | 345.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19517356-IN | 9/17/18 | 345.06 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19518174-IN | 9/17/18 | 323.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19519771-IN | 9/18/18 | 301.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19521444-IN | 9/19/18 | 658.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19521175-IN | 9/19/18 | 475.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19522207-IN | 9/19/18 | 41.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19527282-IN | 9/20/18 | 386.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19527927-IN | 9/20/18 | 385.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 244865 | $11,627.07 | 9/26/18 | 19526934-IN | 9/20/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245340 | $264.21 | 9/28/18 | 19339568-DM | 7/11/18 | -374.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245340 | $264.21 | 9/28/18 | 19355230-IN | 7/16/18 | 309.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 245340 | $264.21 | 9/28/18 | 19523699-IN | 9/20/18 | 329.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 246391 | $303.88 | 10/5/18 | 19415476-IN | 8/8/18 | 303.88 |

Totals:    18 transfer(s),  $91,352.01