| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **National Excelsior Company** | | | | | | |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741154 | $276.10 | 7/18/18 | 535486900-IN | 5/17/18 | 1069.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741154 | $276.10 | 7/18/18 | 538968200-DM | 6/11/18 | -793.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539554500-IN | 6/14/18 | 1198.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539403000-IN | 6/14/18 | 1025.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539356100-IN | 6/14/18 | 970.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539441300-IN | 6/14/18 | 914.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539356800-IN | 6/14/18 | 788.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539473000-IN | 6/15/18 | 2082.73 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741789 | $7,883.32 | 7/19/18 | 539622200-IN | 6/15/18 | 903.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 534509200-IN | 6/5/18 | 3011.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 538197600-IN | 6/5/18 | 1819.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 538622200-IN | 6/11/18 | 1533.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 538995000-IN | 6/13/18 | 1651.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539237300-IN | 6/14/18 | 1699.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539943300-IN | 6/18/18 | 2130.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539914200-IN | 6/18/18 | 1302.19 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 536590900-IN | 6/18/18 | 1256.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539770801-IN | 6/18/18 | 1231.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539899500-IN | 6/18/18 | 1082.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539340000-IN | 6/18/18 | 1050.76 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539778100-IN | 6/18/18 | 987.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539760800-IN | 6/18/18 | 768.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539770800-IN | 6/18/18 | 420.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 539664200-IN | 6/19/18 | 2377.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 540070500-IN | 6/20/18 | 1628.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 540503000-IN | 6/20/18 | 1096.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 540339300-IN | 6/20/18 | 891.22 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 540478300-IN | 6/20/18 | 243.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543980100-DM | 7/12/18 | -115.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543973600-DM | 7/12/18 | -524.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543973000-DM | 7/12/18 | -546 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543978300-DM | 7/12/18 | -573.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543979300-DM | 7/12/18 | -573.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543978800-DM | 7/12/18 | -573.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543974800-DM | 7/12/18 | -573.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543973300-DM | 7/12/18 | -573.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543979800-DM | 7/12/18 | -757 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543972400-DM | 7/12/18 | -788.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543972700-DM | 7/12/18 | -795.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741855 | $18,880.13 | 7/24/18 | 543975100-DM | 7/12/18 | -907.01 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 539379900-IN | 6/21/18 | 2020.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540820200-IN | 6/21/18 | 1727.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540412600-IN | 6/21/18 | 1506 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540796200-IN | 6/21/18 | 899.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540473500-IN | 6/21/18 | 894.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 539379901-IN | 6/21/18 | 253.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 539813100-IN | 6/22/18 | 1272.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540788600-IN | 6/22/18 | 1013.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540797600-IN | 6/22/18 | 963.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540349800-IN | 6/22/18 | 705.13 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741913 | $11,921.56 | 7/27/18 | 540470800-IN | 6/22/18 | 665.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540805400-IN | 6/25/18 | 1370.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540827400-IN | 6/25/18 | 1159.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540476200-IN | 6/25/18 | 105.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541011600-IN | 6/26/18 | 1138.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540807000-IN | 6/26/18 | 1081.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541324100-IN | 6/26/18 | 1013.14 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541372300-IN | 6/26/18 | 238.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541338400-IN | 6/27/18 | 1786.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541382400-IN | 6/27/18 | 1201.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540941401-IN | 6/27/18 | 1172 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541667500-IN | 6/27/18 | 1124.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540965200-IN | 6/27/18 | 1118.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540941400-IN | 6/27/18 | 960.14 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541181901-IN | 6/27/18 | 739.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540956602-IN | 6/27/18 | 657.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 541181900-IN | 6/27/18 | 228.41 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540956601-IN | 6/27/18 | 217.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540941402-IN | 6/27/18 | 207 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 540956600-IN | 6/27/18 | 202.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 539539200-DM | 7/16/18 | -43.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 544840200-DM | 7/18/18 | -87.44 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742035 | $15,375.36 | 8/2/18 | 544872900-DM | 7/18/18 | -217.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541392100-IN | 6/28/18 | 1479.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541711400-IN | 6/28/18 | 1154.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541383100-IN | 6/28/18 | 1081.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541723500-IN | 6/28/18 | 1003.86 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541762400-IN | 6/29/18 | 993.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541908900-IN | 6/29/18 | 92.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541194900-IN | 6/30/18 | 1774.78 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 540861900-IN | 6/30/18 | 1574.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742103 | $10,528.51 | 8/3/18 | 541911700-IN | 6/30/18 | 1373.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 541268700-IN | 7/3/18 | 1635.67 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 542493700-IN | 7/3/18 | 1511.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 542116100-IN | 7/3/18 | 1167.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 541910400-IN | 7/3/18 | 1129 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 541922300-IN | 7/3/18 | 1038.84 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 545515000-DM | 7/24/18 | -237.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 545516100-DM | 7/24/18 | -1631.15 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 545812500-DM | 7/25/18 | -203.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 546098300-DM | 7/27/18 | -225.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742220 | $3,521.41 | 8/7/18 | 546089800-DM | 7/27/18 | -663.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542905400-IN | 7/5/18 | 2147 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542239000-IN | 7/5/18 | 1651.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542236300-IN | 7/5/18 | 1562.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542762200-IN | 7/5/18 | 1115.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 541192600-IN | 7/6/18 | 1983.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542648400-IN | 7/6/18 | 1328.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542251100-IN | 7/6/18 | 1102.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542698000-IN | 7/6/18 | 1043.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 543033500-IN | 7/6/18 | 422 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542567001-IN | 7/6/18 | 297.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 542698001-IN | 7/6/18 | 257.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742272 | $13,016.61 | 8/8/18 | 543137400-IN | 7/6/18 | 104.33 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 542567000-IN | 7/9/18 | 2354.72 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 542700600-IN | 7/9/18 | 1658.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543064100-IN | 7/9/18 | 1252.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 542963800-IN | 7/9/18 | 1172.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543120100-IN | 7/9/18 | 987.3 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543115200-IN | 7/9/18 | 490.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543121000-IN | 7/9/18 | 273.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543440700-IN | 7/10/18 | 1852.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543242800-IN | 7/10/18 | 1662.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543531100-IN | 7/10/18 | 1656.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543432900-IN | 7/10/18 | 1626.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543390300-IN | 7/10/18 | 1199.65 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543407800-IN | 7/10/18 | 1085.69 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742333 | $17,731.89 | 8/13/18 | 543418200-IN | 7/10/18 | 459.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543582401-IN | 7/11/18 | 2289.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543239500-IN | 7/11/18 | 1345.39 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543418201-IN | 7/11/18 | 657.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543541800-IN | 7/11/18 | 547.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543582400-IN | 7/11/18 | 390.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543633100-IN | 7/12/18 | 1093.4 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543187800-IN | 7/12/18 | 744.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543060400-IN | 7/12/18 | 579.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543930000-IN | 7/12/18 | 422 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543819000-IN | 7/13/18 | 2608.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543843700-IN | 7/13/18 | 2058.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543826400-IN | 7/13/18 | 1680.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543763600-IN | 7/13/18 | 957.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543633101-IN | 7/13/18 | 237.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742386 | $15,670.58 | 8/16/18 | 543909000-IN | 7/13/18 | 56.94 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 544423200-IN | 7/16/18 | 1646.34 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 544195900-IN | 7/16/18 | 1541.52 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 543630900-IN | 7/16/18 | 1081.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 543698601-IN | 7/16/18 | 980.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 543944400-IN | 7/16/18 | 107.74 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 543479100-IN | 7/17/18 | 1216.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 544421700-IN | 7/17/18 | 922.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 542959900-IN | 7/17/18 | 656.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742486 | $7,334.90 | 8/21/18 | 547686200-DM | 8/10/18 | -817.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 544480000-IN | 7/18/18 | 1601.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 543519500-IN | 7/18/18 | 1107.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 543698600-IN | 7/18/18 | 590.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 544473900-IN | 7/19/18 | 2207.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 544729700-IN | 7/19/18 | 1658.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 545056600-IN | 7/19/18 | 1024.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 544552200-IN | 7/20/18 | 1194.07 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 544957000-IN | 7/20/18 | 1154.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 544939800-IN | 7/20/18 | 1048.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742552 | $11,815.86 | 8/23/18 | 545135600-IN | 7/20/18 | 228.97 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742590 | $4,521.35 | 8/28/18 | 544635300-IN | 7/23/18 | 2046.47 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742590 | $4,521.35 | 8/28/18 | 545285200-IN | 7/23/18 | 1025.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742590 | $4,521.35 | 8/28/18 | 544665600-IN | 7/23/18 | 989.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742590 | $4,521.35 | 8/28/18 | 542914600-IN | 7/24/18 | 460.1 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 541038800-IN | 7/12/18 | 1124.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545537200-IN | 7/25/18 | 2180.08 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545494700-IN | 7/25/18 | 1096.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545140200-IN | 7/25/18 | 933.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 543214000-IN | 7/26/18 | 2553.36 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545811200-IN | 7/26/18 | 2284.09 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545551900-IN | 7/26/18 | 1845.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545494000-IN | 7/26/18 | 982.85 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545620600-IN | 7/26/18 | 913.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545140201-IN | 7/26/18 | 459.56 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 545386700-IN | 7/26/18 | 404.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 546075400-IN | 7/27/18 | 1262.21 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 546032500-IN | 7/27/18 | 225.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742676 | $16,176.44 | 8/31/18 | 548970600-DM | 8/21/18 | -88.77 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742736 | $5,421.82 | 9/4/18 | 545901900-IN | 7/30/18 | 1906.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742736 | $5,421.82 | 9/4/18 | 545904100-IN | 7/30/18 | 484.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742736 | $5,421.82 | 9/4/18 | 545901901-IN | 7/30/18 | 163.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742736 | $5,421.82 | 9/4/18 | 546315900-IN | 7/31/18 | 1555.89 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742736 | $5,421.82 | 9/4/18 | 546294700-IN | 7/31/18 | 953.7 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742736 | $5,421.82 | 9/4/18 | 545809700-IN | 7/31/18 | 357.58 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546320700-IN | 8/2/18 | 1480.53 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546722900-IN | 8/2/18 | 1338.54 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546165800-IN | 8/3/18 | 1489.11 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546217500-IN | 8/3/18 | 1349.8 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546468400-IN | 8/3/18 | 1317.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546040500-IN | 8/3/18 | 1177.6 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546601700-IN | 8/3/18 | 914.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546217501-IN | 8/3/18 | 429.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742768 | $9,524.07 | 9/7/18 | 546848900-IN | 8/3/18 | 27.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742840 | $5,359.45 | 9/10/18 | 547111300-IN | 8/7/18 | 2094.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742840 | $5,359.45 | 9/10/18 | 545398400-IN | 8/7/18 | 1596 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742840 | $5,359.45 | 9/10/18 | 547065100-IN | 8/7/18 | 961.12 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742840 | $5,359.45 | 9/10/18 | 546827100-IN | 8/7/18 | 589.25 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742840 | $5,359.45 | 9/10/18 | 547092900-IN | 8/7/18 | 80.95 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742840 | $5,359.45 | 9/10/18 | 547104100-IN | 8/7/18 | 37.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 548857600-DM | 2/1/18 | -845 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 547108300-IN | 8/8/18 | 1202.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 547382100-IN | 8/8/18 | 137.2 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 547325200-IN | 8/10/18 | 1161.5 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 547079200-IN | 8/10/18 | 384.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 547707800-IN | 8/13/18 | 1185.83 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 547886400-IN | 8/13/18 | 147.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 548067800-IN | 8/14/18 | 845 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743045 | $3,921.47 | 9/17/18 | 550561700-DM | 9/4/18 | -297.46 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 548137500-IN | 8/15/18 | 2648.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 547983600-IN | 8/15/18 | 1591.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 547988400-IN | 8/15/18 | 1231.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 548273300-IN | 8/15/18 | 103.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 547958500-IN | 8/17/18 | 2393.88 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 548069500-IN | 8/17/18 | 1162.82 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 548598800-IN | 8/17/18 | 105.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743108 | $9,003.98 | 9/20/18 | 550335200-DM | 9/10/18 | -233.32 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 548694000-IN | 8/20/18 | 733 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 548260900-IN | 8/20/18 | 603.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 548795500-IN | 8/20/18 | 188.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 548088200-IN | 8/21/18 | 1858.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 548724200-IN | 8/21/18 | 789.68 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 551269600-DM | 9/11/18 | -27.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743144 | $3,566.51 | 9/24/18 | 551215700-DM | 9/11/18 | -579.53 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743221 | $6,186.01 | 9/28/18 | 537459100-IN | 5/31/18 | 1445.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743221 | $6,186.01 | 9/28/18 | 548713500-IN | 8/22/18 | 2519.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743221 | $6,186.01 | 9/28/18 | 549290200-IN | 8/23/18 | 1292.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743221 | $6,186.01 | 9/28/18 | 549357400-IN | 8/24/18 | 928.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 535710000-IN | 5/17/18 | 2181.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 535320700-IN | 5/17/18 | 1592.16 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 535329800-IN | 5/17/18 | 1129.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 535710300-IN | 5/17/18 | 1055.22 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 535650800-IN | 5/17/18 | 1006.69 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 551775200-DM | 6/14/18 | -221.75 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 544728100-IN | 7/19/18 | 1984.17 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 544455700-IN | 7/27/18 | 2551.48 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 549319200-IN | 8/27/18 | 1547.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 549601600-IN | 8/28/18 | 2419.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 549698300-IN | 8/28/18 | 1121.28 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 549853200-IN | 8/28/18 | 865.57 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743328 | $15,697.76 | 10/1/18 | 551473800-DM | 9/19/18 | -1535.45 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743374 | $3,089.19 | 10/4/18 | 549697300-IN | 8/29/18 | 1282.81 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743374 | $3,089.19 | 10/4/18 | 549755500-IN | 8/29/18 | 969.91 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743374 | $3,089.19 | 10/4/18 | 550147100-IN | 8/30/18 | 581.51 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743374 | $3,089.19 | 10/4/18 | 550073800-IN | 8/30/18 | 254.96 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743515 | $6,597.78 | 10/11/18 | 550646300-IN | 9/6/18 | 2347.97 |

National Excelsior Company

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                Exhibit A                P. 8

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743515 | $6,597.78 | 10/11/18 | 550561000-IN | 9/6/18 | 1571.79 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743515 | $6,597.78 | 10/11/18 | 549671200-IN | 9/7/18 | 1245.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743515 | $6,597.78 | 10/11/18 | 550370000-IN | 9/7/18 | 928.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743515 | $6,597.78 | 10/11/18 | 549671201-IN | 9/7/18 | 503.97 |

Totals:    24 transfer(s),  $223,022.06