**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                        :
                                                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,    :
                                                                                   :    **Case No. 18-23538 (RDD)**
                                                                                   :
            Debtors.[1]                                                :    **(Jointly Administered)**
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

  I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

  At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: October 14, 2020 　　　　　　　　　　　　　　　　　　　　*/s/ Andrew Chan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 14, 2020, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7461<br>7462<br>7463 | Agri-Fab, Inc.<br>Vedder Price, P.C.<br>Attn: Douglas Lipke<br>222 N. LaSalle Street<br>Chicago, IL 60601<br><br>Agri-Fab, Inc.<br>Attn: Jane Inman<br>809 South Hamilton Street<br>Sullivan, IL 61951 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | March 30, 2020 |
| 7743 | Chervon (HK), Ltd<br>Attn: Minda Huang<br>No. 99, W Tian – Yuan Rd<br>Nanjing, 211106<br>China<br><br>Chervon (HK), Ltd<br>Saxon Tower<br>7 Cheung Shun Street<br>Unit 04, 22/F<br>Lai Chi Kok<br>Kowloon, Hong Kong | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | April 3, 2020 |
| 7784 | Fragrance Acquisitions LLC<br>1900 Corporate Blvd<br>Newburgh, NY 12550 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | April 10, 2020 |
| 7905 | Affordable Sprinklers, Inc<br>PO Box 851417<br>Westland, MI 48185<br><br>Affordable Sprinklers, Inc<br>Attn: Robert A. Mucha<br>Attorney at Law<br>Southfield, MI 48076 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | May 8, 2020 |

In re: Sears Holdings Corporation, *et al*.
Case No. 18-23538 (RDD)                Page 1 of 4

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8050 | Abrim Enterprises<br>3940 59th St<br>Woodside, NY 11377-3436 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 26, 2020 |
| 8068 | EuroBlooms, LLC<br>Winegarden Haley Lindholm Tucker & Himelhoch, PLC<br>Attn: Zachary R. Tucker<br>9460 S. Saginaw Rd., Suite A<br>Grand Blanc, MI 48439<br><br>EuroBlooms, LLC<br>9207 Irish Road<br>Goodrich, MI 48438 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 2, 2020 |
| 8069 | EuroBlooms, LLC<br>Winegarden Haley Lindholm Tucker & Himelhoch, PLC<br>Attn: Zachary R. Tucker<br>9460 S. Saginaw Rd., Suite A<br>Grand Blanc, MI 48439<br><br>EuroBlooms, LLC<br>9207 Irish Road<br>Goodrich, MI 48438 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 2, 2020 |
| 8193 | Jore Corporation<br>34837 Innovation Dr.<br>Ronan, MT 59864 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 2, 2020 |
| 8200 | Daniel Paul Chairs LLC<br>2052 S Economy Road<br>Morristown, TN 37813 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 2, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8277 | Renaissance Imports Inc<br>Attn: Dale Whitney<br>3201 Gribble Road<br>Matthews, NC 28104<br><br>Renaissance Imports Inc<br>2052 S Economy Road<br>Morristown, TN 37813 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8284 | FW Property Maintenance<br>4005 38th Ave<br>Rock Island, IL 61201 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8285 | EAS Enterprises<br>941 Losson Rd<br>Cheektowaga, NY 114227-2501 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8286 | In Gear Fashions Inc<br>4401 NW 167th Street<br>Miami, FL 33055 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8287 | Direct Supply, Inc.<br>PO Box 8249<br>Bartlett, IL 60103 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8304 | Countryside Property Maintenance LLC<br>1159 E Overdrive Circle<br>Hernando, FL 34442 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8317 | Hi Tech Pharmaceuticals Co Inc.<br>c/o Comercial Collection Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO BOX 633<br>Woodmere, NY 11598 | July 24, 2020 |

In re: Sears Holdings Corporation, *et al* .
Case No. 18-23538 (RDD)                Page 3 of 4

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8318 | One Call Maintenance LLC<br>Elite Snow Removal<br>PO Box 1480<br>Parker, CO 80134 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 24, 2020 |
| 8400 | Two Lips Shoes<br>c/o Jawlakian Law Group APC<br>Attn: George K. Jawlakian<br>16130 Ventura Boulevard, Suite 500<br>Encino, CA 91436<br><br>Two Lips Shoes<br>9237 San Fernando Road<br>Sun Valley, CA 91352 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | October 2, 2020 |