**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF**
**ALLEN J. GUON AS ATTORNEY OF RECORD**


Upon the motion (the "Motion") of Allen J. Guon under Local Bankruptcy Rule 2090-1 for authority to withdraw his appearance on behalf of Sherthal, LLC in the above-captioned bankruptcy cases; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and no additional notice or hearing being required under the circumstances; and good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted and Allen J. Guon is removed pursuant to Local Bankruptcy Rule 2090-1 as counsel of record for Sherthal, LLC in the above-captioned cases and shall be removed from any applicable notice and service lists, effective as of the date of this Order; and it is further

ORDERED, that on or before October 23, 2020, Allen J. Guon shall provide a copy of this Order to Sherthal LLC


Dated: October 16, 2020
        White Plains, New York


                                        /s/ Robert D. Drain
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE