UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WINNERS INDUSTRY CO. LTD.,

                              Appellant,

            - against -

SEARS HOLDINGS CORPORATION,

                              Appellee.

----------------------------------------------------------------X

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____                 │
│ DATE FILED: 10/20/2020                │
└──────────────────────────────────────┘
```

**ORDER**

19 Civ. 10231 (NSR)

Román, D.J.:

The Court having been advised that the parties have reached an agreement in principle to resolve the claims that are the subject of this appeal from the United States Bankruptcy Court for the Southern District of New York currently before the Court, it is

ORDERED, that the above-entitled appeal be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within ninety (90) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 90 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:        White Plains, New York
              October 20, 2020

                                        Nelson S. Román, U.S.D.J.