# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## SOUTHERN DIVISION

In re:

**Sears Holdings Corporation, et al,**

    Debtors.

_____/

Docket No. 18-23538-rdd
Chapter 11

## REQUEST TO BE REMOVED FROM CM/ECF MATRIX

Witte Law Offices, PLLC requests the Clerk of the Court to remove Witte Law Offices, PLLC from this case's CM/ECF electronic service list and the mailing-labels matrix.

The parties and counsel to be removed from the matrix are Norman C. Witte and Witte Law Offices, PLLC.

Respectfully submitted,

Dated: October 23, 2020

/s/ Norman C. Witte
Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan  48933-2111
(517) 485-0070
Facsimile (517) 485-0187
ncwitte@wittelaw.com
mmallswede@wittelaw.com

*Norman C. Witte Law Office · 119 E. Kalamazoo Street · Lansing, Michigan 48933-2111 · (517) 485-0070 · Facsimile (517) 485-0187*