# EXHIBIT A

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                         October 21, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                   Invoice No. 20201006392
1675 Broadway, 19th Floor
New York, NY 10019

Client:     Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)

Matter:    Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $10,678.00 |
| **Total Invoice Amount** | **$10,678.00** |

071820.02 - 00315861  
Vincent J. Marriott, III

October 21, 2020  
Invoice No. 20201006392

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 09/23/20 | Comprehensive review, analysis, and preparation of comments on exhibits to consolidated preliminary report on second through fifth Weil Gotshal interim fee and expense applications | 1,405.00 | 3.80 | 5,339.00 |
| Harner,P.E. | 09/28/20 | Review and prepare comments on consolidated preliminary report on second through fifth Weil Gotshal interim fee and expense applications (1.90); telephone conferences and correspondence with V. Marriott and C. McClamb re: same (.70) | 1,405.00 | 2.60 | 3,653.00 |
| Harner,P.E. | 09/30/20 | Prepare for and participate in conference call with V. Marriott and C. McClamb re: ongoing review of interim fee and expense applications (.40); telephone conference with V. Marriott re: preliminary report on second through fifth interim fee and expense applications of Weil Gotshal (.20); review and revise same (.60) | 1,405.00 | 1.20 | 1,686.00 |
| **Total B170** | | | | 7.60 | 10,678.00 |
| **Total Fees** | | | | 7.60 | **$10,678.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Harner,P.E. | 7.60 | 1,405.00 | 10,678.00 |
| **Total Fees** | **7.60** | | **$10,678.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                              October 21, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                  Invoice No. 20201006392
1675 Broadway, 19th Floor
New York, NY 10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:   Fee Examiner Activities (00315861)

<u>FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $10,678.00 |
| **Total Invoice Amount** | **$10,678.00** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days