# EXHIBIT B

**Ballard Spahr LLP**

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                    October 21, 2020
1675 Broadway                                                                     Invoice No. 20201006391
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)
Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $57,315.50 |
| **Total Invoice Amount** | **$57,315.50** |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | October 21, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20201006391 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 09/01/20 | Correspondence with C. McClamb re: Ballard monthly fee application filing | 940.00 | 0.10 | 94.00 |
| McClamb,C.D. | 09/01/20 | Review and revise monthly fee application | 495.00 | 0.50 | 247.50 |
| Daluz,T.M. | 09/08/20 | Review notice re: interim fee hearing | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 09/08/20 | Review docket re: status of fee application | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 09/27/20 | Attend to fee application exhibits | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 09/30/20 | Attend to fee application | 940.00 | 0.20 | 188.00 |
| **Total B160** | | | | **1.60** | **1,281.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 09/01/20 | Review Weil Fee entries | 495.00 | 1.30 | 643.50 |
| McClamb,C.D. | 09/02/20 | Review Weil fee entries | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 09/03/20 | Review Weil Fee entries | 495.00 | 4.80 | 2,376.00 |
| McClamb,C.D. | 09/04/20 | Review Weil fee entries | 495.00 | 2.00 | 990.00 |
| Marriott, III,V.J. | 09/08/20 | Review recent filings | 1,035.00 | 0.40 | 414.00 |
| McClamb,C.D. | 09/09/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: interim fee hearing | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 09/09/20 | Review Weil entries | 495.00 | 3.00 | 1,485.00 |
| McClamb,C.D. | 09/10/20 | Review Weil fee entries | 495.00 | 6.50 | 3,217.50 |
| McClamb,C.D. | 09/10/20 | E-mails with P. Osei-Bonsu re: fee review | 495.00 | 0.10 | 49.50 |
| Osei-Bonsu,P. | 09/10/20 | Expense review for Deloitte & Touche | 400.00 | 3.00 | 1,200.00 |
| Marriott, III,V.J. | 09/11/20 | Review status of next round of preliminary reports | 1,035.00 | 0.50 | 517.50 |
| McClamb,C.D. | 09/11/20 | E-mails with P. Harner re: fee review status | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 09/11/20 | Review Weil fee entries | 495.00 | 8.80 | 4,356.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

October 21, 2020  
Invoice No. 20201006391

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 09/11/20 | E-mails with C. Pollard re: exhibits to Weil preliminary report | 495.00 | 0.10 | 49.50 |
| Pollard,C.P. | 09/14/20 | Prepare final exhibits for Weil Gotshal second fee petition | 320.00 | 1.40 | 448.00 |
| McClamb,C.D. | 09/14/20 | Review Akin fee entries | 495.00 | 2.30 | 1,138.50 |
| McClamb,C.D. | 09/14/20 | E-mails with C. Pollard re: Weil exhibits | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 09/14/20 | Begin draft of consolidated Weil Preliminary Report | 495.00 | 5.60 | 2,772.00 |
| Pollard,C.P. | 09/15/20 | Revise final Weil Gotshal fee petition exhibits (3/1/2019 - 6/30/2020) | 320.00 | 1.70 | 544.00 |
| Daluz,T.M. | 09/15/20 | Correspondence with P. Harner, V. Marriott and C. McClamb re: status of reports | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 09/15/20 | E-mails with C. Pollard re: status of Weil fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 09/15/20 | Review and revise Weil consolidated report exhibits | 495.00 | 2.00 | 990.00 |
| McClamb,C.D. | 09/15/20 | Review Akin fee entries | 495.00 | 2.80 | 1,386.00 |
| McClamb,C.D. | 09/15/20 | E-mails with P. Harner re: Paul Weiss preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 09/16/20 | Review and revise Weil consolidated preliminary report exhibits | 495.00 | 5.30 | 2,623.50 |
| McClamb,C.D. | 09/16/20 | E-mail to P. Basta re: Paul Weiss preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 09/16/20 | Draft letter transmitting Paul Weiss preliminary report | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 09/16/20 | E-mails with P. Harner re: Paul Weiss preliminary report | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 09/17/20 | Revew and revise Weil exhibits | 495.00 | 6.40 | 3,168.00 |
| Marriott, III,V.J. | 09/18/20 | Review recent pleadings regarding fee applications | 1,035.00 | 0.40 | 414.00 |
| McClamb,C.D. | 09/18/20 | Review and revise Weil consolidated report exhibits | 495.00 | 3.00 | 1,485.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | October 21, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20201006391 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 09/21/20 | Prepare exhibits for Weil consolidated preliminary report | 495.00 | 6.20 | 3,069.00 |
| Marriott, III,V.J. | 09/22/20 | Review status of Weil preliminary report | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 09/22/20 | Correspondence with P. Harner and V. Marriott regarding Weil report and status on other professionals | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 09/22/20 | Prepare Weil consolidated preliminary report exhibits | 495.00 | 6.00 | 2,970.00 |
| McClamb,C.D. | 09/23/20 | Prepare review materials for Akin preliminary report | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 09/23/20 | Review and revise Weil exhibits | 495.00 | 1.50 | 742.50 |
| McClamb,C.D. | 09/23/20 | Confer with C. Jimenez re: fee review assignments | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 09/25/20 | Edits to Weil exhibits | 495.00 | 3.00 | 1,485.00 |
| McClamb,C.D. | 09/25/20 | Prepare work in progress chart for fee review | 495.00 | 1.80 | 891.00 |
| Osei-Bonsu,P. | 09/27/20 | Time entry review for Deloitte | 400.00 | 3.00 | 1,200.00 |
| McClamb,C.D. | 09/28/20 | E-mails with P. Harner, V. Marriott, and T. Daluz re: status of fee review | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 09/28/20 | Review and edit Weil exhibits | 495.00 | 2.30 | 1,138.50 |
| Pollard,C.P. | 09/29/20 | Prepare expense exhibits for Weil Gotshal (3/1/2019 - 6/30/2020) | 320.00 | 0.40 | 128.00 |
| McClamb,C.D. | 09/29/20 | Review and revise exhibits for Weil consolidated preliminary report | 495.00 | 8.90 | 4,405.50 |
| McClamb,C.D. | 09/29/20 | Draft and edit Weil consolidated preliminary report | 495.00 | 1.70 | 841.50 |
| Marriott, III,V.J. | 09/30/20 | Review status of preliminary reports (0.5); review preliminary report for Weil; conference with P, Harner re: same (0.5) | 1,035.00 | 1.00 | 1,035.00 |
| Daluz,T.M. | 09/30/20 | Review status of Alvarez review and final fee application | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 09/30/20 | Conference call with P. Harner and V. Marriott re: fee review status | 495.00 | 0.40 | 198.00 |

071820.03 - 00317415    October 21, 2020
Vincent J. Marriott, III    Invoice No. 20201006391

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 09/30/20 | Meet with C. Emello re: fee review | 495.00 | 0.70 | 346.50 |
| McClamb,C.D. | 09/30/20 | E-mails with C. Pollard re: additional reviewers | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 09/30/20 | Edits to Weil exhibits | 495.00 | 4.50 | 2,227.50 |
| McClamb,C.D. | 09/30/20 | E-mails with P. Harner, V. Marriott, and T. Daluz re: Alvarez applications | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 09/30/20 | E-mails with C. Emello re: fee review assignment materials | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 09/30/20 | Edits to Weil consolidated preliminary report | 495.00 | 2.00 | 990.00 |
| Emello,C.R. | 09/30/20 | Call with C. McClamb re: reviewing fee entries | 350.00 | 0.60 | 210.00 |
| **Total B170** | | | | **112.10** | **56,034.00** |
| **Total Fees** | | | | **113.70** | **$57,315.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 1.90 | 940.00 | 1,786.00 |
| Marriott, III,V.J. | 2.70 | 1,035.00 | 2,794.50 |
| McClamb,C.D. | 99.00 | 495.00 | 49,005.00 |
| Osei-Bonsu,P. | 6.00 | 400.00 | 2,400.00 |
| Emello,C.R. | 0.60 | 350.00 | 210.00 |
| Pollard,C.P. | 3.50 | 320.00 | 1,120.00 |
| **Total Fees** | **113.70** | | **$57,315.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                             October 21, 2020
1675 Broadway                                              Invoice No. 20201006391
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $57,315.50 |
| **Total Invoice Amount** | **$57,315.50** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days