# United States Bankruptcy Court for New York Southern White Plains

| Debtor: | Sears, Roebuck & Co. | Case No. | 18-23537 |

# Claim Withdrawal Form

### Part 1   Identify the Claim

| Creditor Name and Address: | Illinois Department of Employment Security<br>33 S. State Street  Bankruptcy Unit 10th FL<br>Chicago, Illinois 60603 |
|---|---|
| Claim Number | 7087 |
| Date Claim Filed: | 12/27/2018<br>(mm/dd/yyyy) |
| Total Amount of Claim Filed: | $ 819.96 |

### Part 2   Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or authorized signatory for the above-referenced creditor. I hereby withdraw the above referenced claim and authorize the Clerk of this Court or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced debtor.

Executed on date  09/11/2020
(mm/dd/yyyy)

_Kathleen Tompkins_
Signature

**Kathleen Tompkins**
Print Name

**Collections -Bankruptcy Manager**
Title (if Applicable)

## DEFINITIONS

**Debtor:** The Person corporation, or other entity that has file a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owes a debt.

**Proof of Claim:** A form filed with the clerk of bankruptcy court where the bankruptcy case was filed, To tell the bankruptcy court how much the debtor owed a creditor ( the amount of the creditor's claim)