**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                    :

                                         :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*    :

                                         :        **Case No. 18-23538 (RDD)**

                                         :

                    Debtors.[1]          :        **(Jointly Administered)**

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Seth Botos, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**; (2) via overnight mail to the Office of The US Trustee Region 2, Attn P Schwartzberg R Morrissey, 201 Varick St Ste 1006, New York, NY, 10014, and (3) via overnight mail to Chambers of Honorable Robert Drain Sears Chambers Copy US Bankruptcy Court SDNY, 300 Quarropas Street Rm 248, White Plains, NY, 10601:

- Supplemental Declaration of Benjamin J. Steele in Support of Application of the Debtors for Authority to Retain and Employ Prime Clerk LLC as Administrative Agent *nunc pro tunc* to the Commencement Date [Docket No. 8448]

- Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims) [Docket No. 8451] (the "*Twenty First Omnibus Objection*")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims) [Docket No. 8452] (the "*Twenty Second Omnibus Objection*")

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the (1) Twenty First Omnibus Objection to be served via email on the 21st Omni Email Service List attached hereto as **Exhibit B**; and (2) Twenty-Second Omnibus Objection to be served via email on the 22nd Omni Email Service List attached here to as **Exhibit C**:

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 21st Omni Exhibit 1 Service List attached hereto as **Exhibit D**:

- Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims) – Exhibit 1 (a copy of which is attached as **Exhibit E**)

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 21st Omni Exhibit 2 Service List attached hereto as **Exhibit F**.

- Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims) – Exhibit 2 (a copy of which is attached as **Exhibit G**)

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 22nd Omni Exhibit 1 Service List attached hereto as **Exhibit H**.

- Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims) – Exhibit 1 (a copy of which is attached as **Exhibit I**)

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 22nd Omni Exhibit 2 Service List attached hereto as **Exhibit J**.

- Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims) – Exhibit 2 (a copy of which is attached as **Exhibit K**)

On September 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 22nd Omni Exhibit 3 Service List attached hereto as **Exhibit L**.

- Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims) – Exhibit 3 (a copy of which is attached as **Exhibit M**)

Dated:  October 26, 2020

<div align="right">

*/s/ Seth Botos*
Seth Botos

</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 26, 2020, by Seth Botos, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 46312

## Exhibit A

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to State of Michigan, Department of Treasury | AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris<br>3030 W. Grand Blvd.<br>Cadillac Place, Ste. 10-200<br>Detroit MI 48202 | harrisj12@michigan.gov | Email |
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com | Email |
| Counsel to Svetlana Anderson ('Anderson") | Alderman & Alderman, LLC | Attn: Myles H. Alderman, Jr.<br>185 Asylum Street<br>Hartford CT 06103 | courts@alderman.com | Email |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang<br>2520 W.W. Thorne Drive<br>Houston TX 77073 | bnkatty@aldineisd.org | Email |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego CA 92177-0933 | jarnold@aldridgepite.com | Email |
| Counsel to Morneau Shepell Ltd., in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan | Allen & Overy LLP | Attn: Laura R. Hall & Joseph Badtke-Berkow<br>1221 Avenue of the Americas<br>New York NY 10020 | laura.hall@allenovery.com<br>joseph.badtke-berkow@allenovery.com | Email |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra<br>90 Park Avenue<br>New York NY 10016-1387 | James.Vincequerra@alston.com | Email |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner<br>333 South Hope Street<br>16th Floor<br>Los Angeles CA 90071 | leib.lerner@alston.com | Email |
| Counsel to Sayville Menlo, LLC and Local Texas Tax | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq.<br>365 Rifle Camp Road<br>Woodland Park NJ 07424 | ajd@ansellgrimm.com | Email |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut<br>630 Third Avenue<br>New York NY 10017 | akadish@archerlaw.com<br>lschildkraut@archerlaw.com | Email |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Beth Brownstein<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | beth.brownstein@arentfox.com | Email |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq.<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602 | brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com | Email |
| Counsel to IQ9-200 SW C Ave, LLC ("SW LLC") and U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 | Aronauer & Yudell, LLP | Attn: Joseph Aronauer, Esq.<br>One Grand Central Place<br>60 East 42nd Street, Suite 1420<br>New York NY 10165 | jaronauer@ayllp.com | Email |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq.<br>100 Quimby Street<br>Suite 1<br>Westfield NJ 07090 | CSchael@AshfordNJLaw.com | Email |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian<br>151 West 46th Street<br>4th Floor<br>New York NY 10036 | eneiger@askllp.com<br>jchristian@askllp.com | Email |
| Counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession | ASK LLP | Attn: Joseph L. Steinfeld, Jr., Esq., Gary D. Underdahl, Esq., Kara E. Casteel, Esq., Brigette G. McGrath. Esq., Edward E. Neiger, Esq. & Marianna Udem, Esq.<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul MN 55121 | jsteinfeld@askllp.com<br>gunderdahl@askllp.com<br>bmcgrath@askllp.com<br>kcasteel@askllp.com<br>eneiger@askllp.com<br>mudem@askllp.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq.<br>One AT&T Way<br>Room 3A115<br>Bedminster NJ 07921 | jg5786@att.com | Email |
| Interested Party | Austin Enterprises, LP. | Attn: J Connelly<br>5108 E. Clinton Way<br>Ste. 109<br>Fresno CA 93727 | jconnelly@austinenterpriseslp.com | Email |
| Counsel to 233 S. Wacker, LLC | Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq.<br>800 Third Avenue<br>Floor 11<br>New York NY 10022 | mfrankel@bfklaw.com | Email |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan<br>45 Rockefeller Plaza<br>New York NY 10111 | fkhan@bakerlaw.com | Email |
| Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, and Fee Examiner | Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III<br>52nd Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com<br>marriott@ballardspahr.com | Email |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., GS Pacific ER, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | Email |
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, White Plains Galleria Limited Partnership, and Fee Examiner | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com<br>daluzt@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner<br>1675 Broadway<br>19th Floor<br>New York NY 10019-5820 | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com | Email |
| Counsel to Bank of America, N.A. | Bank of America, N.A. | Attn: Mark E. Cohen, Esq.<br>108-18 Queens Boulevard<br>4th Floor, Suite 3<br>Forest Hills NY 11375 | mecesq2@aol.com | Email |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens<br>11 S. Meridian Street<br>Indianapolis IN 46204 | mowens@btlaw.com | Email |
| Counsel to 3M Company, 3M Puerto Rico, and Meguiar's, Inc. | Barnes & Thornburg LLP | Attn: Zachary P. Heller<br>655 West Broadway, Suite 900<br>San Diego CA 92101 | zheller@btlaw.com | Email |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | emiller@bayardlaw.com | Email |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory<br>119 South Main Street<br>Suite 500<br>Memphis TN 38103 | russ@bsavory.com | Email |
| Counsel for True Value Company | Beck, Chaet, Bamberger & Polsky, S.C. | Attn: Devon J. Eggert, Esq.<br>Two Plaza East, Suite 1085<br>330 East Kilbourn Avenue<br>Milwaukee WI 53202 | deggert@bcblaw.net | Email |
| Counsel to Revin Associates c/o Aegis Investments, Inc., | Belkin Burden Wenig & Goldman, LLP | Attn: Jay B. Solomon, Lewis A. Lindenberg<br>270 Madison Avenue<br>New York NY 10016 | jsolomon@bbgllp.com<br>llindenberg@bbwg.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills<br>2323 Ross Avenue<br>Suite 1900<br>Dallas TX 75201 | rmills@bellnunnally.com | Email |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq.<br>200 Public Square<br>Suite 2300<br>Cleveland OH 44114 | wschonberg@beneschlaw.com | Email |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn Street<br>Suite 510<br>Whitter CA 90602-1797 | Ernie.park@bewleylaw.com | Email |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa<br>633 Menlo Ave.<br>Suite 100<br>Menlo Park CA 94025 | Tgaa@bbslaw.com | Email |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks<br>2775 Park Avenue<br>Santa Clara CA 95050 | michael@bindermalter.com<br>julie@bindermalter.com | Email |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes<br>1825 Eye Street NW<br>Washington DC 20006 | JRhodes@BlankRome.com | Email |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker<br>1271 Avenue of the Americas<br>New York NY 10020 | Tarr@BlankRome.com<br>EZucker@BlankRome.com | Email |
| Counsel to Taylor Sorensen, as Person Representative of the Wrongful Death Estate of Jonathan Sorensen, Deceased, ("Sorensen") | Bleus & Associates, LLC | Attn: George Anthony Bleus, Esq.<br>Attorneys at Law<br>2633 Dakota NE<br>Albuquerque NM 87110 | bleusandassociates@gmail.com | Email |
| Counsel to Amanda Gonzales | Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. | Attn: Jeffrey C. Chancas<br>377 Broadway<br>New York NY 10013 | | First Class Mail |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq.<br>575 Underhill Blvd.<br>Suite 118<br>Syosset NY 11791 | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com | Email |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone<br>101 Eisenhower Parkway<br>Roseland NJ 07068-1067 | arainone@bracheichler.com | Email |
| Counsel to 1803, LLC, and Camegaran, LLC | Briggs and Morgan, P.A. | Attn: James M. Jorissen<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | jjorissen@briggs.com | Email |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL 60654-1607 | | First Class Mail |
| Counsel to Hain Capital Group, LLC | Brown Rudnick LLP | Attn: Bennett S. Silverberg<br>Seven Times Square<br>New York NY 10036 | bsilverberg@brownrudnick.com<br>spohl@brownrudnick.com | Email |
| BST International Fashion Ltd. | BST International Fashion. | Attn: A.R. Shrinivasan<br>Managing Director<br>39 Wang Kwong Rd, Ste 2301B, Skyline Tower, Kowloon Bay<br>Kowloon Hong Kong | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister<br>16435 North Scottsdale Road<br>Suite 440<br>Scottsdale AZ 85254-1754 | pweiser@buchalter.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller<br>640 5th Avenue<br>9th Floor<br>New York NY 10019 | christopher.schueller@bipc.com | Email |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh PA 15219-1410 | terry.shulsky@bipc.com<br>tyler.dischinger@bipc.com | Email |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo<br>200 Liberty St.<br>New York NY 10281 | Eric.Waxman@cwt.com<br>Anthony.Deleo@cwt.com | Email |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis<br>5577 Youngstown-Warren Rd.<br>Niles OH 44446 | rdavis@cafarocompany.com | Email |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr.<br>Eighty Pine Street<br>New York NY 10005 | jlevitin@cahill.com<br>rstieglitz@cahill.com | Email |
| Counsel to Winners Industry Co., Ltd. | Calfee, Halter & Griswold LLP | Attn: H. Jeffrey Schwartz, Gus Kallergis, Ronald M. McMillan<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland OH 44114-1607 | jschwartz@calfee.com<br>gkallergis@calfee.com<br>rmcmillan@calfee.com | Email |
| Counsel for California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Attn: Joan S. Huh<br>450 N Street, MIC: 82<br>Sacramento CA 95814 | joan.huh@cdtfa.ca.gov | Email |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq.<br>120 South Central Avenue<br>Ste. 1800<br>St. Louis MO 63105 | sjk@carmodymacdonald.com | Email |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman<br>707 Summer Street<br>Stamford CT 06901 | MKurzman@carmodylaw.com | Email |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone<br>195 Church Street<br>P.O. Box 1950<br>New Haven CT 06509-1950 | tsansone@carmodylaw.com | Email |
| Counsel to Naterra International, Inc. | Carrington, Coleman, Sloman & Blumenthal, L.L.P. | Attn: Jason M. Katz<br>901 Main Street, Suite 5500<br>Dallas TX 75202 | jkatz@ccsb.com | Email |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, the SRAC Medium Term Notes (Top 5 Secured Creditor), Counsel to South Central GWB Co., Inc. ("South Central") | Carter Ledyard & Milburn LLP | Attn: James Gadsden and Aaron R. Cahn<br>2 Wall Street<br>New York NY 10005 | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com | First Class Mail and Email |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions  and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq.<br>90 Merrick Avenue<br>East Meadow NY 11554 | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | | First Class Mail |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber<br>One Boland Drive<br>West Orange NJ 07052 | szuber@csglaw.com | Email |

In re: Sears Holdings Corporation, et al.<br>Case No. 18-23538 (RDD)

Page 4 of 24

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall<br>Two International Place<br>Boston MA 02110 | ksimard@choate.com<br>jmarshall@choate.com | Email |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Christopher A. Pellegrini<br>30 South Wacker Drive<br>Suite 2600<br>Chicago IL 60606 | cpellegrini@chuhak.com | Email |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer<br>1330 Avenue of the Americas<br>14th Floor<br>New York NY 10019 | eschnitzer@ckrlaw.com | Email |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman<br>830 Third Avenue, Suite 200<br>New York NY 10022 | srichman@clarkhill.com | Email |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc., and Milton Manufacturing, LLC | Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze<br>210 Carnegie Center, Suite 102<br>Princeton NJ 08540 | srichman@clarkhill.com<br>nbencze@clarkhill.com | Email |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia<br>720 Brazos<br>Suite 700<br>Austin TX 78701 | duane.brescia@clarkhillstrasburger.com | Email |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau<br>151 S. Old Woodward Ave.<br>Ste. 200<br>Birmingham MI 48009 | dblau@clarkhill.com | Email |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney, Abena A. Mainoo, Luke A. Barefoot<br>One Liberty Plaza<br>New York NY 10006 | soneal@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com<br>tmoloney@cgsh.com<br>amainoo@cgsh.com<br>lbarefoot@cgsh.com | First Class Mail and Email |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward<br>625 Liberty Avenue<br>Pittsburgh PA 15222-3152 | wkelleher@cohenlaw.com<br>hward@cohenlaw.com | Email |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods<br>900 Third Avenue<br>21st Floor<br>New York NY 10022-4869 | rseltzer@cwsny.com | Email |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com<br>KLaBrada@coleschotz.com | Email |
| Counsel to American Casting & Manufacturing Corp. | Colleran, O' Hara & Mills LLP | Attn: Steven C. Farkas, Esq.<br>100 Crossways Park Drive West<br>Suite 200<br>Woodbury NY 11797 | scf@cohmlaw.com | Email |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust<br>2950 Express Drive South, Suite 210<br>Islandia NY 11749 | Michael.smith2@computershare.com | First Class Mail and Email |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com | Email |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten<br>1114 Avenue of the Americas<br>New York NY 10036 | svanaalten@cooley.com | Email |
| Counsel to Payco Foods Corporation | Coto & Associates | Attn: Ramon Coto Ojeda<br>MSC Plaza, Suite 800<br>255 Ponce de Leon Avenue<br>San Juan PR 00917 | rco@crlawpr.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Verizon Capital Corp. and NCC Key Company, Counsel to Certain Former Directors of Sears Canda, Inc. | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | dcoffino@cov.com<br>aclark@cov.com | Email |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | mfelger@cozen.com | Email |
| Counsel to Stanley Black & Decker, Inc. & affiliated entities, and Ann Reese, Paul DePodesta and William Kunkler | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, J Wesley Earnhardt<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York NY 10019 | pzumbro@cravath.com<br>wearnhardt@cravath.com | Email |
| Counsel to Appalachian Power Company | Cullen and Dykman, LLP | Attn: Thomas R. Slome, Esq.<br>100 Quentin Roosevelt Boulevard<br>Garden City NY 11530 | Tslome@CullenandDykman.com | Email |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq.<br>123 Main Street<br>9th Floor<br>White Plains NY 10601 | davidtaxin@dahannowick.com | Email |
| Counsel to Peterson Technology Partners, Inc. | Daniel Law PLLC | Attn: Al J. Daniel, Jr.<br>305 Broadway, 7th Floor<br>New York NY 10007 | ajd@daniellawpllc.com | Email |
| Counsel to Vivian Hilken | Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein<br>262 W. 38th St., Suite 1007<br>New York NY 10018 | daniel@dmsilverlaw.com | Email |
| Counsel to Electronics for Imaging, Inc. and Stolaas Company | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq.<br>605 Third Avenue<br>34th Floor<br>New York NY 10158 | dhw@dhclegal.com | Email |
| Counsel to Cushman & Wakefield, Inc. | Davis Polk & Wardwell LLP | Attn: Elliot Moskowitz<br>450 Lexington Avenue<br>New York NY 10017 | elliot.moskowitz@davispolk.com | Email |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen<br>195 Church Street, 15th Floor<br>New Haven CT 06510 | jwcohen@daypitney.com | Email |
| Counsel to Greenwood Motors, Inc., d/b/a R+L Carriers | Dean & Fulkerson | Attn: Kevin N. Summers, Esq.<br>801 W. Big Beaver Road<br>5th Floor<br>Troy MI 48084 | Ksummers@dflaw.com | Email |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To, Sidney P. Levinson, Joshua E. Roberts<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com<br>eweisgerber@debevoise.com<br>slevinson@debevoise.com<br>jeroberts@debevoise.com | Email |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon<br>2500 Lake Cook Road<br>Riverwoods IL 60015 | bethsolomon@discover.com | Email |
| Counsel to Team Worldwide Corporation | Diamond McCarthy LLP | Attn: Allan B. Diamond<br>295 Madison Avenue<br>27th Floor<br>New York NY 10017 | adiamond@diamondmccarthy.com | Email |
| Counsel to Transform Holdco LLC with regard to the all matters relating to MOAC Mall Holding LLC | DLA Piper LLP (US) | Attn: Richard A. Chesley, Esq., Rachel Ehrlich Albanese, Esq., R. Craig Martin, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020-1104 | Richard.Chesley@dlapiper.com<br>Rachel.Albanese@dlapiper.com<br>Craig.Martin@dlapiper.com | Email |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck<br>600 Campus Drive<br>Florham Park NJ 07932-1047 | marita.erbeck@dbr.com | Email |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Duane Morris LLP | Attn: Christopher R. Belmonte, Timothy Brock, Pamela Bosswick<br>230 Park Avenue<br>New York NY 10169 | CRBelmonte@duanemorris.com<br>PABosswick@duanemorris.com<br>TTBrock@duanemorris.com | Email |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak<br>1540 Broadway<br>New York NY 10036-4086 | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | | |
|---|---|---|---|---|
| | | 30 South 17th Street | WMSimkulak@duanemorris.com | |
| Counsel to the Chubb Companies | Duane Morris LLP | Philadelphia PA 19103 | Cheitzenrater@duanemorris.com | Email |
| | | Attn: Christopher F. Graham | | |
| | | 10 Bank Street | | |
| | | Suite 700 | | |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | Eckert Seamans Cherin & Mellott, LLC | White Plains NY 10606 | cgraham@eckertseamans.com | Email |
| | | Attn: Christopher L. Perkins | | |
| | | 919 East Main Street | | |
| | | Suite 1300 | | |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | Eckert Seamans Cherin & Mellott, LLC | Richmond VA 23219 | cperkins@eckertseamans.com | Email |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC 364 Calle Lafayette San Juan PR 00917-3113 | emunozPSC@gmail.com | Email |
| | | Attn: Laurence May, Esq. | | |
| | | 805 Third Avenue | | |
| | Eiseman Levine Lehrhaupt & Kakoyiannis, | 10th Floor | | |
| Counsel to Prestige Bay Plaza Development  Corp. | P.C. | New York NY 10022 | lmay@eisemanlevine.com | Email |
| | | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com | |
| | | 1105 N. Market Street | sak@elliottgreenleaf.com | |
| | | Suite 1700 | | |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Wilmington DE 19801 | ems@elliottgreenleaf.com | Email |
| | | Attn: Scott B. Cohen | | |
| | | 2800 North Central Avenue, Suite 1200 | | |
| Counsel to International Cruise & Excursions Gallery, Inc. | Engelman Berger P.C. | Phoenix AZ 85004 | sbc@eblawyers.com | Email |
| | | Attn: Matthew Leopold, General Counsel | | |
| | | Office of General Counsel 2310A | | |
| | | 1200 Pennsylvania Ave NW, 2310A | | |
| Environmental Protection Agency | Environmental Protection Agency | Washington DC 20460 | Leopold.matt@Epa.gov | Email |
| | | Attn: Larry Bercovich | | |
| | | Senior Legal Counsel | | |
| | | 4120 Dublin Blvd., Suite 300 | | |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Dublin CA 94568 | lbercovich@epicor.com | Email |
| | | Attn: Tammy L. Terrell Benoza, Esq. | | |
| | | 1400 Old Country Road | | |
| | | Suite C103 | | |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Westbury NY 11590 | | First Class Mail |
| | | Attn: Tammy L. Terrell Benoza, Esq. | | |
| | | 7 Century Drive | | |
| | | Suite 201 | | |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Parsippany NJ 07054 | | First Class Mail |
| | | Attn: Paul J. Pascuzzi | | |
| | | 500 Capitol Mall | | |
| | Felderstein Fitzgerald Willoughby Pascuzzi & | Suite 2250 | | |
| Counsel to the McClatchy Company and its Affiliates | Rios LLP | Sacramento CA 95814 | ppascuzzi@ffwplaw.com | Email |
| | | Attn: Gustavo A. Chico-Barris | | |
| | | 221 Plaza | | |
| | | 221 Ponce de Leon Avenue, 5th Floor | | |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | San Juan PR 00917 | gchico@ferraiuoli.com | Email |
| | | Attn: Sonia E. Colon | | |
| | | 390 N. Orange Avenue | | |
| | | Suite 2300 | | |
| Counsel to Luan Investment, SE | Ferraiuoli LLC | Orlando FL 32801 | scolon@ferraiuoli.com | Email |
| | | Attn: Anastasia Filopoulos | | |
| Counsel for Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation | Fidelity National Law Group | 1515 Market Street, Suite 1410 Philadelphia PA 19102 | stacy.filopoulos@fnf.com | Email |
| | | Attn: Mark E. Wilson | | |
| | | 203 North LaSalle Street | | |
| | | Suite 2100 | | |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Chicago IL 60601 | mark.wilson@fisherbroyles.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée<br>27100 Oakmead Drive<br>#306<br>Perrysburg OH 43553 | patricia.fugee@fisherbroyles.com | Email |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust, Cherokee Debt Acquisition, LLC, Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP and Hain Capital Investors Master Fund, Ltd. | Foley & Lardner LLP | Attn: Derek L. Wright, Katherine R. Catanese, Jocelyn Campos<br>90 Park Ave.<br>New York NY 10016 | dlwright@foley.com<br>kcatanese@foley.com<br>jcampos@foley.com | Email |
| Counsel for Cherokee Debt Acquisition, LLC, Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP and Hain Capital Investors Master Fund, Ltd. | Foley & Lardner LLP | Attn: Erika L. Morabito, Esq.<br>3000 K. Street, N.W.<br>Suite 600<br>Washington DC 20007-5109 | emorabito@foley.com | Email |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small<br>321 N. Clark Street<br>Suite 2800<br>Chicago IL 60654 | msmall@foley.com | Email |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas TX 75201 | tscannell@foley.com | Email |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Jeffrey L. Widman<br>321 N. Clark Street<br>Suite 800<br>Chicago IL 60654 | Jwidman@Foxrothschild.com | Email |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Seth A. Niederman<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19899-2323 | Sniederman@FoxRothschild.com | Email |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz<br>49 Market Street<br>Morristown NJ 07960 | mhall@foxrothschild.com<br>mherz@foxrothschild.com | Email |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid<br>200 West Madison Street<br>Suite 3000<br>Chicago IL 60606 | nreid@foxswibel.com | Email |
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>1327 W. Washington Boulevard<br>Suite 5G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP | Attn: Michelle C. Marans, Esq.<br>53 Gibson Street<br>Bay Shore NY 11706 | | First Class Mail |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC, Seritage Growth Properties, Seritage Growth Properties, L.P., Seritage KMT Mezzanine Finance LLC, Seritage SRC Mezzanine Finance LLC, Seritage KMT Finance LLC, Seritage SRC Finance LLC, Seritage GS Holdings LLC, Seritage SPS Holdings LLC, and Seritage MS Holdings LLC (collectively, "Seritage") | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka, Michael C. Keats<br>One New York Plaza<br>New York NY 10004 | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com<br>michael.keats@friedfrank.com | Email |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King<br>400 W Market St<br>Suite 3200<br>Louisville KY 40202 | tking@fbtlaw.com | Email |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer<br>101 South Fifth Street<br>27th Floor<br>Louisville KY 40202 | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com | Email |
| Conflicts Counsel to Transform Holdco LLC | Gelber & Santillo PLLC | Attn: R. Zachary Gelber, Kristen M. Santillo<br>347 West 36th Street<br>Suite 805<br>New York NY 10018 | zgelber@gelbersantillo.com<br>ksantillo@gelbersantillo.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 8 of 24

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz<br>8 Penn Center<br>1628 John F. Kennedy Blvd, Suite 1901<br>Philadelphia PA 19103 | gseitz@gsbblaw.com | Email |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg<br>200 West Adams Street<br>Suite 2425<br>Chicago IL 60606 | mgensburg@gcklegal.com | Email |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga<br>One Pennsylvania Plaza<br>37th Floor<br>New York NY 10119-3701 | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com | Email |
| Counsel to S&P Global, Inc. | Gibbons P.C. | Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark NJ 07102-5310 | dcrapo@gibbonslaw.com | Email |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington DE 19801-1671 | hcohen@gibbonslaw.com | Email |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr.<br>125 Half Mile Road<br>Suite 300<br>Red Bank NJ 07701 | dcampbell@ghclaw.com | Email |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy E. Nixon<br>One East Main Street<br>Suite 500<br>Madison WI 53703 | tnixon@gklaw.com | Email |
| Counsel to Infinite Peripherals, Inc. | Goldstein & McClintock LLLP | Attn: Matthew McClintock<br>375 Park Avenue<br>Suite 2670<br>New York NY 10152 | mattm@goldmclaw.com | Email |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq.<br>711 Third Avenue<br>New York NY 10017 | jflaxer@golenbock.com<br>mweinstein@golenbock.com | Email |
| Counsel to Waste Management National Services, Inc., Urban Edge Properties LP and its Subsidiaries, Interactions LLC | Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, William P. Weintraub<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com<br>mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com | Email |
| Counselt to 233 S. Wacker, LLC | Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq.<br>222 North LaSalle Street<br>Suite 800<br>Chicago IL 60601 | searsnotice@gouldratner.com | Email |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | drosner@goulstonstorrs.com | Email |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann<br>885 Third Avenue<br>18th Floor<br>New York NY 10022 | thoffmann@goulstonstorrs.com | Email |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl<br>80 S. Eighth St.<br>Minneapolis MN 55402 | phillip.bohl@gpmlaw.com | Email |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza<br>18th Floor<br>Galveston TX 77550 | tannweiler@greerherz.com | Email |
| Counsel to Loancare, LLC | Gross Polowy, LLC | Attn: Courtney R Williams<br>1775 Wehrle Drive, Suite 100<br>Williamsville NY 14221 | | First Class Mail |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq.<br>488 Madison Avenue<br>15th Floor<br>New York NY 10022 | jfigueiredo@hahnhessen.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 9 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Co-Counsel to Taubman Landlords and NW Properties Landlords, Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Alan D. Halperin, Ligee Gu<br>40 Wall Street<br>37th Floor<br>New York NY 10005 | dlieberman@halperinlaw.net,<br>ahalperin@halperinlaw.net<br>lgu@halperinlaw.net | Email |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel<br>1000 East Hanes Mill Road<br>Winston Salem NC 27105 | joia.johnson@hanes.com | First Class Mail and Email |
| Counsel to Leonora Gonzalez | Herrera Law Firm, P.A. | Attn: Jose-Trelles Herrera<br>P.O. Box 442968<br>Miami FL 33144 | JTHerrera@Herreralawfirm.com<br>VTarajano@Herreralawfirm.com | Email |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo<br>2 Park Avenue<br>New York NY 10016 | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com<br>CCarty@herrick.com<br>JDAngelo@herrick.com<br>KKolb@herrick.com | Email |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq.<br>401 West A Street<br>Suite 2600<br>San Diego CA 92101 | elio@higgslaw.com | Email |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc., Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin, Arthur E. Rosenberg, Marc L. Antonecchia<br>31 West 52nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com<br>arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com | Email |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq.<br>701 Brickell Avenue<br>Suite 3300<br>Miami FL 33131 | jose.casal@hklaw.com<br>jjalemany@hklaw.com | Email |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit MI 48226 | llichtman@honigman.com | Email |
| Counsel to Matson Navigation Company, Inc., Counsel for the Honourable J. Douglas Cunningham, Q.C., as court-appointed litigation trustee for the Canadian Debtors, and Counsel for 1291079 Ontario Limited, as class representative for the potential class of Sears Hometown Dealer stores | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman, Neil J. Oxford, Dustin P. Smith<br>One Battery Park Plaza<br>New York NY 10004 | chris.gartman@hugheshubbard.com<br>neil.oxford@hugheshubbard.com<br>dustin.smith@hugheshubbard.com | Email |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc., Henry Shahery | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Paul N. Silverstein, Michael S. Legge, Brian M. Clarke<br>200 Park Avenue<br>New York NY 10166 | bgross@HuntonAK.com<br>paulsilverstein@huntonak.com<br>brianclarke@huntonak.com | First Class Mail and Email |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse<br>1445 Ross Avenue<br>Suite 3700<br>Dallas TX 75202 | ghesse@huntonak.com | Email |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel<br>736 Georgia Avenue<br>Suite 300<br>Chattanooga TN 37402 | caleb.holzaepfel@huschblackwell.com | Email |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam<br>250 West Street<br>Suite 700<br>Columbus OH 43215 | Daniel.Swetnam@icemiller.com | Email |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 | taxcollector@co.imperial.ca.us | Email |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias<br>915 Wilshire Blvd<br>Ste. 800<br>Los Angeles CA 90017 | alex.macias@impremedia.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Interactions LLC | Interactions LLC | Attn: Joseph P. Gildea, SVP Finance and Administration<br>31 Hayward Street<br>Suite E<br>Franklin MA 02038 | jgildea@interactions.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq.<br>30 Glenn Street<br>Suite 103<br>White Plains NY 10603 | hgj@jasneflorio.com<br>dlk@jasneflorio.com | Email |
| Counsel to John C. Adams and Kennylugenia Adams | John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams<br>P.O. Box 326<br>Aptos CA 95001 | brownsvalleyorchards@aol.com | Email |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin<br>23 Malysana Lane<br>New Rochelle NY 10805 | elkinj@mac.com | Email |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., Amazon Services LLC, and SAS Institute Inc. | K&L Gates LLP | Attn: John Bicks<br>599 Lexington Avenue<br>New York NY 10022 | John.Bicks@klgates.com | Email |
| Counsel to GBR Green Across Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud<br>445 Hamilton Avenue<br>15th Floor<br>White Plains NY 10601 | atureaud@kblaw.com | Email |
| Counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, the the ERISA Plaintiffs | Keller Rohrback L.L.P. | Attn: Tanya Korkhov<br>1140 Avenue of the Americas, 9th Floor<br>New York NY 10036 | tkorkhov@kellerrohrback.com | Email |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq.<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com | Email |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq.<br>The Calumet Building<br>233 Franklin Street<br>Buffalo NY 14202 | jacarlino@kslnlaw.com | Email |
| Counsel to Namco USA Inc. | Kirby Aisner & Curley LLP | Attn: Julie Cvek Curley, Esq.<br>700 Post Road, Suite 237<br>Scarsdale NY 10583 | jcurley@kacllp.com | Email |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss<br>200 West 41st Street<br>17th Floor<br>New York NY 10036-7203 | ssouthard@klestadt.com<br>lkiss@klestadt.com | Email |
| Counsel to Crossroads Mall, LLC | Koley Jessen P.C., L.L.O. | Attn: Brian Koenig<br>1125 South 103 Street, Suite 800<br>Omaha NE 68124 | brian.koenig@koleyjessen.com | Email |
| Counsel to Epic Designers Limited | Kudman Trachten Aloe LLP | Attn: Paul H. Aloe, David S. Saponara<br>Empire State Building<br>350 Fifth Avenue, 68th Floor<br>New York NY 10118 | paloe@kudmanlaw.com<br>dsaponara@kudmanlaw.com | Email |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Lane Powell PC | Attn: Will J. Brunnquell, Esq.<br>1420 Fifth Avenue<br>Suite 4200<br>Seattle WA 98101 | brunnquellw@lanepowell.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 11 of 24

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg<br>Trinity Plaza II, Ninth Floor<br>745 E. Mulberry, Suite 900<br>San Antonio TX 78212 | dgragg@langleybanack.com | Email |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq.<br>120 N. Washington Square<br>Ste. 625<br>Lansing MI 48933 | jfifarek@laskyfifarek.com | Email |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker<br>75 Eisenhower Parkway<br>Roseland NJ 07068 | rzucker@lasserhochman.com | Email |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Christopher Harris, Esq. & Rakim E. Johnson, Esq.<br>885 Third Avenue<br>New York NY 10022-4834 | christopher.harris@lw.com<br>rakim.johnson@lw.com | Email |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman<br>355 South Grand Ave<br>Ste. 100<br>Los Angeles CA 90071-1560 | peter.gilhuly@lw.com<br>ted.dillman@lw.com | Email |
| Counsel to Rhode Island Textile Company, Ruyi Design & Manufacture Inc. and TJD Holdings Inc. | Law Office of Curtis A. Hehn | Attn: Curtis A. Hehn<br>1007 N. Orange St., 4th Floor<br>Wilmington DE 19801 | curtishehn@comcast.net | Email |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills NY 11375 | gillazarus@gmail.com | Email |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman | Attn: Kevin S. Neiman<br>999 18th Street<br>Suite 1230 S<br>Denver CO 80202 | kevin@ksnpc.com | Email |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell<br>401 West A Street<br>Suite 1800<br>San Diego CA 92101 | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com | Email |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | Attn: Charles A. Gruen<br>381 Broadway<br>Suite 300<br>Westwood NJ 07675 | cgruen@gruenlaw.com | Email |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq.<br>63 West Main Street<br>Suite C<br>Freehold NJ 07728 | dtabachnik@dttlaw.com | Email |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark<br>9861 Sunrise Lakes Boulevard<br>Suite 308<br>Fort Lauderdale FL 33322 | pstarkesq@gmail.com | Email |
| Counsel to Winiadaewoo Electronics America, Inc. | Law Offices of Perry R. Clark | Attn: Perry Clark, Esq.<br>825 San Antonio Road<br>Palo Alto CA 94303 | perry@perryclarklaw.com | Email |
| Counsel to Michael Wyse | Law Offices of Richard J. Corbi PLLC | Attn: Richard J. Corbi, Esq.<br>1501 Broadway, 12th Floor<br>New York NY 10036 | rcorbi@corbilaw.com | Email |
| Counsel to Henry Shahery | Law Offices of Saul Reiss | Attn: Saul Reiss<br>2800 28th Street, Suite 328<br>Santa Monica CA 90405-6201 | saulreiss@verizon.net | Email |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, Ikeddi Imports LLC, Cynergy Trading, Sasha Handbags, Inc., One Step Up, Ltd., Lifeworks Technology Group, Concept One Accessories, Central Mills Inc. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus<br>240 Madison Avenue<br>8th Floor<br>New York NY 10016 | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 12 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland 545 Long Wharf Drive 9th Floor New Haven  CT 06511 | | First Class Mail |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase 885 Third Avenue 16th Floor New York NY 10022 | | First Class Mail |
| Counsel to Claimants, R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa | Lee J. Rohn and Associates, LLC | Attn: Lee J. Rohn, Esquire 1101 King Street Christiansted, St. Croix VI 00820 | lee@rohnlaw.com | Email |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen 100 South Fifth Street Suite 2500 Minneapolis MN 55402 | | First Class Mail |
| Counsel to EMA Investments San Diego, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Kurt Ramlo 10250 Constellation Boulevard, Suite 1700 Los Angeles CA 90067 | kr@lnbyb.com | Email |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet 711 Navarro Street Ste 300 San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | Email |
| Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders P.O. Box 17428 Austin TX 78760 | | First Class Mail |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller 2777 N. Stemmons Freeway Suite 1000 Dallas TX 75027 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman PO Box 3064 Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. 7200 Wisconsin Avenue Suite 800 Bethesda MD 20814 | jfarnum@linowes-law.com | Email |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller 50 Fountain Plaza Suite 1700 Buffalo NY 14202-2216 | jmueller@lippes.com | Email |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith 111 South Wacker Drive Chicago IL 60606 | braynor@lockelord.com asmith@lockelord.com | Email |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green 200 Vesey Street New York NY 10281 | ira.greene@lockelord.com | Email |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich Brookfield Place 200 Vesey Street, 20th Floor New York NY 10281 | jfroehlich@lockelord.com | Email |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant 600 Congress Avenue Ste. 2200 Austin TX 78701 | sbryant@lockelord.com | Email |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler One Lowenstein Drive Roseland NJ 07068 | bbuechler@lowenstein.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 13 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to LG Electronics USA, Inc., Valvoline, Medline Industries, Inc., and GTM America Corporation | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq., Robert M. Hirsh, Esq. & Lindsay H. Sklar, Esq. 1251 Avenue of the Americas New York NY 10020 | echafetz@lowenstein.com bnathan@lowenstein.com rhirsh@lowenstein.com lsklar@lowenstein.com | Email |
| Luan Investment, SE | Luan Investment, SE | Attn: Awilda I. Ramos, MD, VP PO Box 7462 Ponce PR 00732-7462 | alexandra.bigas@gmail.com awilda.ramos@aguadillamallpr.com | Email |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller The Transamerica Pyramid 600 Montgomery Street, 14th Floor San Francisco CA 94111 | dmiller@lubinolson.com | Email |
| Counsel to Kathleen Kime | Luskin, Stern & Eisler LLP | Attn: Michael Luskin & Stephan E. Hornung Eleven Times Square New York NY 10036 | luskin@lsellp.com hornung@lsellp.com | Email |
| Counsel to City of Minneapolis | Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer 845 Third Avenue New York NY 10022 | david@mhlaw-ny.com | Email |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay P. O. Box 1269 Round Rock TX 78680 | tleday@mvbalaw.com | Email |
| Counsel to Direct Energy Business Marketing, LLC | McDowell Hetherington LLP | Attn: Andrew Kasner 1001 Fannin Street Suite 2700 Houston TX 77002 | atandrew.kasner@mhllp.com | Email |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Esq. 570 Broad Street Suite 1500 Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole A. Leonard, Esq. 225 Liberty Street 36th Floor New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Kristen D. Romano 112 West 34th Street Suite 1515 New York NY 10120 | kromano@mcglinchey.com | Email |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Rudy J. Cerone, Esq. 601 Poydras Street 12th Floor New Orleans LA 70130 | rcerone@mcglinchey.com | Email |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major 125 Park Avenue 7th Floor New York NY 10017 | cjm@msf-law.com | Email |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy 6801 Kenilworth Avenue Suite 400 Riverdale MD 20737-1385 | nkenworthy@mrrlaw.net | Email |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc 1850 K Street, NW Suite 1100 Washington DC 20006 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price<br>28 Liberty Street<br>New York NY 10005-1413 | cprice@milbank.com | Email |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic<br>2029 Century Park East<br>33rd Floor<br>Los Angeles CA 90067 | RLiubicic@milbank.com | Email |
| Counsel to LTMAC Properties, LLC | Miles & Stockbridge P.C. | Attn: John T. Farnum<br>1201 Pennsylvania Avenue<br>Suite 900<br>Washington DC 20004 | jfarnum@milesstockbridge.com | Email |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock AR 72201-3525 | ssmith@mwlaw.com | Email |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq.<br>1250-I Newell Ave.<br>Suite 149<br>Walnut Creek CA 94596 | | First Class Mail |
| Counsel to Hankook Tire America Corp., Crossroads Mall, LLC, Sakar International LLC & BST International Fashion Ltd. | Montgomery McCracken Walker & Rhoads LLP | Attn: Edward L. Schnitzer<br>437 Madison Ave<br>New York NY 10022 | eschnitzer@mmwr.com | Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe<br>101 Park Avenue<br>New York NY 10178-0600 | Craig.wolfe@morganlewis.com | Email |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy<br>One Federal Street<br>32nd Fl<br>Boston MA 02110-1726 | laura.mccarthy@morganlewis.com | Email |
| Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow<br>1407 Broadway - 39th Floor<br>New York NY 10018 | jchou@morithock.com<br>tberkowitz@morithock.com<br>dmarlow@morithock.com | Email |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C.,Brighton Lease Management, L.L.C., and Drake Pacer Penry Acquisition, LLC | Morris James LLP | Attn: Stephen M. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | smiller@morrisjames.com | Email |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington DE 19899 | cmiller@mnat.com<br>jbarsalona@mnat.com | Email |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield<br>250 West 55th Street<br>New York NY 10019 | jmarines@mofo.com<br>bbutterfield@mofo.com | Email |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis<br>909 Third Avenue<br>New York NY 10022 | bankruptcy@morrisoncohen.com | Email |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq.<br>PO Box 367819<br>San Juan PR 00936-7819 | mro@prbankruptcy.com | Email |
| Counsel to Whirlpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles CA 90071-1560 | bradley.schneider@mto.com<br>thomas.walper@mto.com | Email |
| Counsel to International Airport Center, Inc., Comosoft, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry, Kevin M. Lippman<br>500 N. Akard Street<br>Suite 3800<br>Dallas TX 75201-6659 | dperry@munsch.com<br>klippman@munsch.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW<br>12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh<br>1320 Main Street, 17th Floor<br>Post Office Box 11070 (29211)<br>Columbia SC 29201 | jody.bedenbaugh@nelsonmullins.com | Email |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey<br>280 Park Avenue<br>15th Floor West<br>New York NY 10017 | shane.ramsey@nelsonmullins.com | Email |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General<br>Special Bankruptcy Counsel, Office of the New York State Attorney General<br>28th Liberty Street, 17th Floor<br>New York NY 10005 | enid.stuart@ag.ny.gov | Email |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio<br>55 West 46th Street<br>New York NY 10036 | cdesiderio@nixonpeabody.com | Email |
| Counsel to California Self-Insurrers' Security Fund | Nixon Peabody, LLP | Attn: Louis J. Cisz, III<br>One Embarcadero Center<br>32nd Floor<br>San Francisco CA 94111 | lcisz@nixonpeabody.com | Email |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone<br>100 Summer Street<br>Boston MA 02110 | rpedone@nixonpeabody.com | Email |
| Counsel to Havas Formula, LLC and Havas Media Group USA LLC | Norton Rose Fulbright US LLP | Attn: Andrew Rosenblatt & James A. Copeland<br>1301 Avenue of the Americas<br>New York NY 10019 | andrew.rosenblatt@nortonrosefulbright.com<br>james.copeland@nortonrosefulbright.com | Email |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner<br>1301 McKinney<br>Suite 5100<br>Houston TX 77010 | bob.bruner@nortonrosefulbright.com | Email |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC, FTI Consulting Canada Inc., in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig, Eric Daucher & Francisco Vazquez<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com<br>stephen.castro@nortonrosefulbright.com<br>david.rosenzweig@nortonrosefulbright.com<br>eric.daucher@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com | Email |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia PA 19103 | cmomjian@attorneygeneral.gov | Email |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: John Stern, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | bk-jstern@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St.<br>Suite 1006<br>New York NY 10014 | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov | First Class Mail and Email |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq.<br>10 East 40th Street<br>New York NY 10016 | apetrakov@offitkurman.com | Email |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq.<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda MD 20814 | smetz@offitkurman.com | Email |
| Counsel to Ohio Department of Taxation | Ohio Department of Taxation | Attn: Office of the Ohio Attorney General<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati OH 45202 | | First Class Mail |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 16 of 24

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe<br>130 Newport Center Drive<br>Suite 140<br>Newport Beach CA 92660 | sokeefe@okeefelc.com | Email |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: General Counsel<br>400 South Hope Street<br>Los Angeles CA 90071-2899 | dpatrick@omm.com | Email |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor<br>Two Embarcadero Center, 28th Floor<br>San Francisco CA 94111 | jtaylor@omm.com | Email |
| Counsel to [24]7.ai, Inc, Defendant Thomas J. Tisch and Benefit Street 2018 LLC | O'Melveny & Myers LLP | Attn: Matthew P. Kremer, Andrew J. Frackman, Daniel S. Shamah, Brad M. Elias, Lauren M. Wagner<br>Times Square Tower<br>7 Times Square<br>New York NY 10036 | mkremer@omm.com<br>afrackman@omm.com<br>belias@omm.com<br>lwagner@omm.com<br>dshamah@omm.com | Email |
| Counsel for VM Innovations, Inc. | O'NEILL HEINRICH DAMKROGER BERGMEYER & SHULTZ PC LLO | Attn: Kramer L. Lyons, Esq.<br>P.O. Box 82028<br>Lincoln NE 68501-2028 | klyons@ohdbslaw.com | Email |
| Counsel to Contact US Teleservices (Atento) | Orrick, Herrington & Sutcliffe LLP | Attn: Matthew M. Fechik<br>2121 Main Street<br>Wheeling WV 26003 | mfechik@orrick.com | Email |
| Counsel to Contact US Teleservices (Atento), TELUS International (U.S.) Corporation, TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa, Evan C. Hollander & Emmanuel Fua<br>51 West 52nd Street<br>New York NY 10019-6142 | rdaversa@orrick.com<br>echollander@orrick.com<br>efua@orrick.com | Email |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang<br>No 9 Yueyang Road, Building B<br>Qingdao Shandong 266071 China | lily@pacogarment.com | First Class Mail and Email |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV<br>401 South Tryon Street<br>Suite 3000<br>Charlotte NC 28202 | chipford@parkerpoe.com | Email |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz<br>1285 Avenue of the Americas<br>New York NY 10019 | pbasta@paulweiss.com<br>kcornish@paulweiss.com<br>lclayton@paulweiss.com<br>sbuergel@paulweiss.com<br>rbritton@paulweiss.com<br>jhurwitz@paulweiss.com | Email |
| Counsel to Wlliam Juiris | Pedersen & Houpt | Attn: Lawrence W. Byrne, John S. Delnero<br>161 North Clark Street, Suite 2700<br>Chicago IL 60601 | lbyrne@pedersenhoupt.com<br>jdelnero@pedersenhoupt.com | Email |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington DE 19899-1709 | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com | Email |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | jbanks@pbfcm.com | Email |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD, and Local Counsel for the Certain Texas Taxing Entities | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick<br>369 Lexington Avenue<br>12th Floor<br>New York NY 10017 | dpick@picklaw.net | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 17 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso 85 Broad Street Suite 17-063 New York NY 10004 | jon@piercemccoy.com | Email |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg 50 Tice Boulevard Suite 380 Woodcliff Lake NJ 07677 | rsteinberg@pricemeese.com | Email |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy 525 B Street Suite 2200 San Diego CA 92101 | gerald.kennedy@procopio.com | Email |
| Counsel to Malca-Almit USA, LLC ("Malca") | Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. 675 Old Country Road Westbury NY 11590 | lr@pryormandelup.com | Email |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor 675 Old Country Road Westbury NY 11590 | rlp@pryormandelup.com | Email |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal 7 Times Square New York NY 10036 | mhofsdal@pryorcashman.com | Email |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel 51 Madison Avenue 22nd Floor New York NY 10010 | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com | Email |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. One Financial Plaza 21st Floor Hartford CT 06103 | cfilardi@rrlawpc.com | Email |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen 200 West 41st Street 20th Floor New York NY 10036 | greiss@reisspreuss.com | Email |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff 335 Madison Avenue 9th Floor New York NY 10017 | hmagaliff@r3mlaw.com | Email |
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith 631 E. Boughton Road Suite 200 Bolingbrook IL 60440 | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com | Email |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume 5911 Riverdale Avenue New York NY 10471 | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com | Email |
| Counsel to AmCap Wilson II LLC and Wilson Norridge LLC | Robinson & Cole LLP | Attn: Patrick M. Birney 280 Trumbull Street Hartford CT 06103 | pbirney@rc.com | Email |
| Counsel to East End Commons Associates LLC, Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII; Ontario Enterprises of the Wolf Family Series LP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff 875 Third Avenue, 9th Floor New York NY 10022 | fbr@robinsonbrog.com rms@robinsonbrog.com | Email |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis 1211 Avenue of the Americas New York NY 10036-8704 | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com | Email |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Andrew G. Devore Prudential Tower 800 Boylston Street Boston MA 02199-3600 | james.wilton@ropesgray.com patricia.chen@ropesgray.com ssally@ropesgray.com andrew.devore@ropesgray.com | Email |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell 191 North Wacker Drive 32nd Floor Chicago IL 60606-4302 | nicholas.berg@ropesgray.com timothy.farrell@ropesgray.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 18 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq.<br>747 Third Avenue<br>New York NY 10017-2803 | srosen@rosenpc.com | Email |
| Local Counsel to BH North American Corporation | Rowlands, Lebrou & Griesmer, PLLC | Attn: Michael J. Catalfimo, Esq.<br>480 Broadway, Suite 250<br>Saratoga Springs NY 12866 | mcatalfimo@rlglawny.com | Email |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin<br>345 Seventh Avenue<br>21st Floor<br>New York NY 10001 | prubin@rubinlawllc.com | Email |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | mamato@rmfpc.com | Email |
| Counsel to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq.<br>1290 Broadway<br>Suite 1650<br>Denver CO 80203 | skelly@s-d.com | Email |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann, Joel M. Shafferman<br>333 Earle Ovington Boulevard<br>Suite 601<br>Uniondale NY 11553 | mmccann@swc-law.com<br>rabiuso@swc-law.com<br>jshafferman@swc-law.com | Email |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt<br>195 Carter Drive<br>Edison NJ 08817 | jweinblatt@sakar.com | Email |
| Counsel to the Ciuffo Family Trust & Dorel Industries Inc. | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq., Kayvan B. Sadeghi<br>666 Fifth Avenue<br>Suite 1700<br>New York NY 10103 | ksadeghi@schiffhardin.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes, Fairholme Capital Management L.L.C. and Bruce Berkowitz | Seward & Kissel LLP | Attn: John R. Ashmead, Arlene R. Alves, Mark J. Hyland, Thomas Ross Hooper, Noah S. Czarny, Robert J. Gayda<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>alves@sewkis.com<br>hyland@sewkis.com<br>hooper@sewkis.com<br>czarny@sewkis.com<br>gayda@sewkis.com | Email |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox, Steven Paradise<br>620 8th Avenue<br>New York NY 10018 | emfox@seyfarth.com<br>sparadise@seyfarth.com | Email |
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer<br>7777 Glades Road<br>Suite 400<br>Boca Raton FL 33434 | rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law | Email |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho<br>599 Lexington Avenue<br>New York NY 10022 | fsosnick@shearman.com<br>sara.coelho@shearman.com | Email |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq.<br>30 Rockerfeller Plaza<br>New York NY 10112 | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com | Email |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq.<br>4301 W. Boy Scout Blvd<br>Suite 300<br>Tampa FL 33607 | rreinert@shutts.com | Email |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |

In re: Sears Holdings Corporation, et al.<br>Case No. 18-23538 (RDD)

Page 19 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel for Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq.<br>4 Times Square<br>New York NY 10036 | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com | Email |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain<br>400 N. St. Paul<br>Suite 510<br>Dallas TX 75201 | enotices@skjain.com | Email |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa CA 92626 | pstrok@swelawfirm.com | Email |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas<br>3883 Howard Hughes Parkway<br>#1100<br>Las Vegas NV 89169-5958 | rkinas@swlaw.com | Email |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson<br>PO Box 3637<br>Tallahassee FL 32315-3637 | bk@svllaw.com | Email |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf<br>1 N. Old State Capitol, Suite 200<br>P.O. Box 5131<br>Springfield IL 62705-5131 | darolf@sorlinglaw.com | Email |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | tonder@stark-stark.com<br>jlemkin@stark-stark.com | Email |
| State of Nebraska, Nebraska Game and Parks Commission | State of Nebraska | Attn: Carlton W. Wiggam<br>Office of the Nebraska Attorney General<br>2115 State Capitol Building<br>Lincoln NE 68509-8920 | Carlton.Wiggam@Nebraska.gov | Email |
| Counsel to KG Denim Limited | Stein IP, LLC | Attn: Luiz Felipe de Oliveira<br>1990 M St NW #610<br>Washington DC 20036 | loliveira@steinip.com | Email |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno<br>1850 N. Central Avenue<br>Suite 2100<br>Phoenix AZ 85004-4584 | thomas.salerno@stinson.com | Email |
| Counsel for the Subsidiaries of Verizon Communications Inc. | Stinson LLP | Attn: Darrell W. Clark<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington DC 20006 | darrell.clark@stinson.com | Email |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya<br>180 Maiden Lane<br>New York NY 10038 | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com | Email |
| Counsel to Robert A. Catalfamo, Lavarita D. Meriwether and Plaintiffs in the consolidated ERISA Action (the "ERISA Plaintiffs") | Stull, Stull & Brody | Attn: Patrick Slyne<br>6 East 45th Street<br>New York NY 10017 | pkslyne@ssbny.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc., Steven T. Mnuchin | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, Robert A. Sacks<br>125 Broad Street<br>New York NY 1004-2498 | dietdericha@sullcrom.com<br>sacksr@sullcrom.com<br>gluecksteinb@sullcrom.com | Email |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu<br>333 South Grand Avenue<br>Suite 3400<br>Los Angeles CA 90071 | dkupetz@sulmeyerlaw.com<br>ckwu@sulmeyerlaw.com | Email |
| Counsel to Infiiloom India Private Ltd., Weavetex Overseas, Sumit Textile Industries, and Weavetex Overseas | Suri Law Office | Attn: Vivek Suri, Esq.<br>20 Vesey Street<br>Suite 300<br>New York NY 10007 | lawyer@surilawoffice.com | Email |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq.<br>101 Grovers Mill Road<br>Suite 200<br>Lawrenceville NJ 08648 | bsattin@szaferman.com | Email |
| Counsel to WiniaDaewoo Electronics America, Inc. | Tai Cho, Attorney at Law | Attn: Tai Cho<br>445 Fifth Ave. Suite 9E<br>New York NY 10016 | taicho7@aol.com | Email |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela<br>900 Third Avenue<br>13th Floor<br>New York NY 10022 | Riela@thsh.com | Email |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills MI 48304 | aconway@taubman.com | Email |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY 10286 | | First Class Mail |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Attn: Thomas A. Farinella, Esq.<br>260 Madison Avenue<br>Suite 8090<br>New York NY 10016 | tf@lawtaf.com | Email |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | mccarron.william@pbgc.gov<br>efile@pbgc.gov | First Class Mail and Email |
| Counsel to Mien Co., Ltd., Helen Andrews Inc, Strong Progress Garment Factory Company Limited, Shanghai Fochier | The Sarachek Law Firm | Attn: Joseph E. Sarachek<br>101 Park Avenue<br>27th Floor<br>New York NY 10178 | joe@saracheklawfirm.com | Email |
| Counsel to Pepperidge Farm, Incorporated | The Tsang Law Firm, P.C. | Attn: Michael Tsang<br>40 Wall Street<br>26th Floor<br>New York NY 10005 | mtsang@tsanglawfirm.com | Email |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle<br>3900 Key Center<br>127 Public Square<br>Cleveland OH 44114-1291 | Curtis.Tuggle@ThompsonHine.com | Email |
| Counsel to the Movant, Martha G. West | Tirelli Law Group, LLC | c/o Linda M. Tirelli, Esq.<br>50 Main Street, Suite 1265<br>White Plains NY 10606 | ltirelli@tw-lawgroup.com | Email |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang<br>No. 2 Jianshe Road Baodi District<br>Tianjin Tianjin 301800 China | powerwangtxks@vip.126.com | First Class Mail and Email |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr.<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankNewYork@ag.tn.gov | Email |
| Counsel to Superb International Co., Ltd. | Tobias Law Firm, P.C. | Attn: David G. Tobias<br>600 Third Avenue, 15th Floor<br>New York NY 10016 | dtobias@tobiaslawpc.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 21 of 24

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Tannor Capital Advisors LLC, as the general partner of Tannor Partners Credit Fund | Togut, Segal & Segal LLP | Attn: Frank A. Oswald, Neil Berger, Minta J. Nester<br>One Penn Plaza, Suite 3335<br>New York NY 10119 | frankoswald@teamtogut.com<br>neilberger@teamtogut.com<br>mnester@teamtogut.com | Email |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski<br>980 Fulton Avenue<br>Sacramento CA 95825 | jpruski@trainorfairbrook.com | Email |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock<br>P.O. Box 1748<br>Austin TX 78767 | kay.brock@traviscountytx.gov | Email |
| Counsel to Steven Bruce as Trustee of the Steven Bruce Revocable Trust, Cara Bruce and Lou Cuida as Trustee of the Cara Bruce Irrevocable Trust, and Allison Bruce and Lou Cuida as Trustees of the Allison Bruce Irrevocable Trust (collectively, the "Bruce Trusts") | Troutman Sanders LLP | Attn: Amy Pritchard Williams<br>301 S. College Street, Suite 3400<br>Charlotte NC 28202 | amy.williams@troutman.com | Email |
| Counsel to Biltmore Commercial Properties I, LLC, Steven Bruce as Trustee of the Steven Bruce Revocable Trust, Cara Bruce and Lou Cuida as Trustee of the Cara Bruce Irrevocable Trust, and Allison Bruce and Lou Cuida as Trustees of the Allison Bruce Irrevocable Trust (collectively, the "Bruce Trusts") | Troutman Sanders LLP | Attn: Bret D. Goodman, Alissa K. Piccione<br>875 Third Avenue<br>New York NY 10022 | Brett.Goodman@troutman.com<br>Alissa.Piccione@troutman.com | Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | First Class Mail and Email |
| Counsel to NorthStar Group Services, Inc., Village of Hoffman Estates, Agri-Fab, Inc. | Vedder Price P.C. | Attn: Michael L. Schein, Kevin J. Etzel, Joshua A. Dunn<br>1633 Broadway<br>31st Floor<br>New York NY 10019 | mschein@vedderprice.com<br>ketzel@vedderprice.com<br>jdunn@vedderprice.com | Email |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine<br>221 East 37th Street<br>7th Floor<br>New York NY 10016 | marva.m.levine@verizon.com | Email |
| Counsel to MaxColor, LLC and Townley, Inc. | Wachtel Missry LLP | Attn: Steven J. Cohen<br>1 Dag Hammarskjold Plaza<br>885 Second Avenue, 47th Fl.<br>New York NY 10017 | cohen@wmllp.com | Email |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr.<br>101 S. Stratford Road<br>Suite 210<br>Winston-Salem NC 27104 | notice@waldrepllp.com | Email |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq.<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark NJ 07012 | sfalanga@walsh.law | Email |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids MI 49503 | gtoering@wnj.com | Email |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke<br>110 Allen Rd.<br>Ste. 304<br>Basking Ridge NJ 07920 | Dclarke@wjslaw.com | Email |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq.<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com | Email |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq.<br>3333 New Hyde Park Road<br>Suite 211<br>New Hyde Park NY 11042 | mbrofman@weisszarett.com | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 22 of 24

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink<br>Lakeside Place, Suite 200<br>323 W. Lakeside Avenue<br>Cleveland OH 44113-1099 | sfink@weltman.com | Email |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., Google LLC, and Multipet International Inc. | White and Williams LLP | Attn: James C. Vandermark<br>7 Times Square<br>Suite 2900<br>New York NY 10036-6524 | vandermarkj@whiteandwilliams.com | Email |
| Counsel to International Cruise & Excursions Gallery, Inc. | Whiteford, Taylor & Preston LLC | Attn: Christopher A. Jones<br>3190 Fairview Park Drive, Suite 800<br>Falls Church VA 22042 | cajones@wtplaw.com | Email |
| Counsel to Angela Kelly and Janyce L. MacKenzie, International Cruise & Excursions Gallery, Inc. | Whiteford, Taylor & Preston LLC | Attn: Kenneth M. Lewis, Esq.<br>220 White Plains Road<br>Second Floor<br>Tarrytown NY 10591 | klewis@wtplaw.com | Email |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801-3700 | sgerald@wtplaw.com | Email |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq.<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta GA 30060-7946 | bankruptcy@evict.net | Email |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams<br>169 Ramapo Valley Road<br>Suite 106<br>Oakland NJ 07436 | awilliams@williamsadvisors.com | Email |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy<br>501 Carr Road<br>Suite 100<br>Wilmington DE 19801 | phealy@wsfsbank.com | Email |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis MN 55402 | | First Class Mail |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890-0001 | scimalore@wilmingtontrust.com | Email |
| Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketpalce | Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester NY 14624 | | First Class Mail |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Mark G. Ledwin<br>1133 Westchester Avenue<br>White Plains NY 10604 | mark.ledwin@wilsonelser.com | Email |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte<br>119 E. Kalamazoo Street<br>Lansing MI 48933-2111 | ncwitte@wittelaw.com | Email |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron<br>11400 West Olympic Boulevard<br>9th Floor<br>Los Angeles CA 90064-1582 | saron@wrslawyers.com | Email |
| Counsel to Richard Bruce and Ronald Olbrysh | Wollmuth Maher & Deutsch LLP | Attn: James N. Lawlor, Esq., Brad J. Axelrod, Esq., Cassandra Postighone, Esq.<br>500 Fifth Avenue<br>12th Floor<br>New York NY 10110 | JLawlor@wmd-law.com<br>BAxelrod@wmd-law.com<br>CPostighone@wmd-law.com | Email |
| Counsel to Choice Auto Repairs, Inc. | Womble Bond Dickinson (US) LLP | Attn: James S. Livermon III<br>555 Fayetteville Street<br>Suite 1100<br>Raleigh NC 27601 | charlie.livermon@wbd-us.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | World Class Global Business Services | Attn: Maryann Norwood<br>Corporate Counsel<br>814 Lavaca St.<br>Austin  TX 78701 | mnorwood@world-class.com | Email |

**Exhibit B**

# Exhibit B

21st Omni Email Service List

Served via email

| Name | Email |
|---|---|
| 1011 RT 6 LLC | bhadar1@gmail.com |
| 156 Tom Hill, LLC | bankruptcy@evict.net |
| Adams, Patricia | tadamsjohnson@hotmail.com |
| ARS eCommerce, LLC | billing@arsfinance.com |
| ARS eCommerce, LLC | mag@weltmosk.com; mlm@weltmosk.com; rew@weltmosk.com |
| Banks, Lisa Turner | jakehampton30@yahoo.com |
| Banks, Lisa Turner | jakehampton30@yahoo.com |
| Brixmor Covington Gallery Owner, LLC (Brixmor Property Group, Inc.) t/a Govington Gallery, Convington, GA | heilmanl@ballardsparhr.com |
| Chieftex S.A. de C.V. | maricruzs@chieftex.com |
| Chieftex S.A. de C.V. | maricruzs@chieftex.com |
| COMM 2006-C8 Shaw Avenue Clovis, LLC | mkramer@wwhgd.com |
| Continental 47 Fund Limited Partnership, a Wisconsin limited partnership | ekeyser@cproperties.com; pseifert@cproperties.com |
| Creative Circle, LLC | ibenjamin@creativecircle.com |
| Crickm Lafayette Trust | TDonovan@gwfglaw.com |
| Danecraft, Inc. | mmcgowan@smsllaw.com |
| Danecraft, Inc. | mmcgowan@smsllaw.com |
| Danecraft, Inc. | victor.primavera@danecraft.com |
| Danecraft, Inc. | victor.primavera@danecraft.com |
| East Mesa Mall, LLC | branchd@ballardspahr.com |
| Elm Creek Real Estate LLC | mhayward@haywardfirm.com |
| Elm Creek Real Estate LLC | mhayward@haywardfirm.com |
| Elm Creek Real Estate LLC | mhayward@haywardfirm.com |
| Elm Creek Real Estate LLC | mhayward@haywardfirm.com |
| Florida Keys Aqueduct Authority | rfeldman@fkaa.com; desquinaldo@fkaa.com |
| GERBER CHILDRENSWEAR LLC | jpascoe@gerberchildrenswear.com |
| GERBER CHILDRENSWEAR LLC | jpascoe@gerberchildrenswear.com |
| GERBER CHILDRENSWEAR LLC | jpascoe@gerberchildrenswear.com |
| IDM Inc | omidkhorsandi@gmail.com |
| IDM Inc | omidkhorsandi@gmail.com |
| IDM Inc | omidkhorsandi@gmail.com |
| IDM INC | omIdkhorsandi@gmail.com |

Exhibit B

21st Omni Email Service List

Served via email

| | |
|---|---|
| 1011 RT 6 LLC | bhadar1@gmail.com |
| Jose Santiago, Inc. | jesantiago@josesantiago.com |
| MICHLEY ELECTRONICS INC | steve@office.tivax.com |
| Michley Electronics Inc. | steve@office.tivax.com |
| Milberg Factors, Inc. | bmachowsky@milfac.com |
| Milberg Factors, Inc. | bmachowsky@milfac.com |
| Oxo International, Ltd | jaffeh@pepperlaw.com |
| Oxo International, Ltd | jaffeh@pepperlaw.com |
| Oxo International, Ltd | PLEVY@HELENOFTROY.COM |
| Oxo International, Ltd | plevy@helenoftroy.com |
| OXO INTERNATIONAL, LTD. | JAFFEH@PEPPERLAW.COM |
| Oxo International, Ltd. | plevy@helenoftroy.com |
| OXO INTERNATIONAL, LTD. | PLEVY@HELENOFTROY.COM |
| Oxo International, Ltd. | plevy@helenortroy.com |
| Rare Hospitality International Inc. | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Rare Hospitality International Inc. | thaughee@darden.com |
| Razor USA LLC | bengle@razorusa.com |
| RAZOR USA LLC | BENGLE@RAZORUSA.COM |
| Richardson Square, LLC | rgold@fbtlaw.com |
| Richardson Square, LLC | stephen.ifeduba@washingtonprime.com |
| RIZWAN, RUKHSANA | rukhsanarizwan@outlook.com |
| Rizwan, Wajeeha | wajeehazumeet@gmail.com |
| S.C. Johnson & Son, Inc. | gebaccas@scj.com |
| Sand Springs, LLC | mapmun@aol.com |
| Shaghal, Ltd. | mabrams@wolfwallenstein.com |
| Shaghal, Ltd. | royr@xovision.com |
| Spectrum Brands, Inc. | jordan.daws@spectrumbrands.com |
| The Peggs Company, Inc. | coleen@thepeggscompany.com |
| The Peggs Company, Inc. | coleen@thepeggscompany.com |
| TM Fairlane Center, L.P. | branchd@ballardspahr.com |
| Tracfone Wireless, Inc. | jim@LeshawLaw.com |
| Tracfone Wireless, Inc. | rguerraperez@tracfone.com |

Exhibit B
21st Omni Email Service List
Served via email

| | |
|---|---|
| 1011 RT 6 LLC | bhadar1@gmail.com |
| Valley Stream Green Acres LLC | branchd@ballardspahr.com |
| WORLD TECH TOYS, INC. | kulical@hotmail.com |
| WORLD TECH TOYS, INC. | kulical@hotmail.com |

**Exhibit C**

Exhibit C

22nd Omni Email Service List

Served as via email

| Name | Email |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Anderson County, Texas | tleday@mvbalaw.com |
| Anderson County, Texas | tleday@mvbalaw.com |
| Atascosa County | sanantonion.bankruptcy@publicans.com |
| Atlanta ISD | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Atlanta ISD | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| Bastrop County | tleday@mvbalaw.com |
| Bell County TAD | tleday@mvbalaw.com |
| Bell County Tax Appraisal District | tleday@mvbalaw.com |
| Bell County Tax Appraisal District | tleday@mvbalaw.com |
| Bell County Tax Appraisal District | tleday@mvbalaw.com |
| Bexar County | sanantonio.bankruptcy@publicans.com; sanantonio.bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Bexar County | sanantonio.bankruptcy@publicans.com; sanantonio.bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Blanco CAD | Austin.bankruptcy@publicans.com |
| Bowie CAD | tleday@mvbalaw.com |
| Bowie CAD | tleday@mvbalaw.com |
| Bowie CAD | tleday@mvbalaw.com |
| Bowie Central Appraisal District | tleday@mvbalaw.com |
| Bowie Central Appraisal District | tleday@mvbalaw.com |
| Bowie Central Appraisal District | tleday@mvbalaw.com |
| Bowie Central Appraisal District | tleday@mvbalaw.com |
| Box Butte County Treasurer | treasuer@boxbutte.naone.org |
| Box Butte County Treasurer | vcovalt@covaltlawfirm.com |
| Brazos County, Texas | tleday@mvbalaw.com |
| BROWARD COUNTY | ajwallace@broward.org; mjourney@broward.org |
| Broward County | swulfekuhle@broward.org; ajwallace@broward.org; mjourney@broward.org |
| Broward County | swulfekuhle@broward.org; ajwallace@broward.org; mjourney@broward.org |
| Broward County | swulfekuhle@broward.org; ajwallace@broward.org; mjourney@broward.org |
| BROWARD COUNTY | swulfekuhle@broward.org; mjourney@broward.org |
| Broward County | swulfekuhle@broward.org |
| Broward County | swulfekuhle@broward.org |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Broward County | swulfekuhle@broward.org |
| Brown CAD | tleday@mvbalaw.com |
| Brown County Appraisal District | tleday@mvbalaw.com |
| Brown County Appraisal District | tleday@mvbalaw.com |
| Calcasieu Parish Sheriff & Tax Collector | cperry@cpso.com |
| Calvert County, Maryland | bdept@mrrlaw.net |
| Cameron County | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Cherokee CAD | tleday@mvbalaw.com |
| Cherokee County CAD | tleday@mvbalaw.com |
| Cherokee County CAD | tleday@mvbalaw.com |
| City of Atlanta | dallas.bankruptcy@publicans.com |
| City of Atlanta | dallas.bankruptcy@publicans.com |
| City of Chattanooga | kreisman@chattanooga.gov |
| City of Cleburne | ecobb@pbfcm.com |
| City of Cudahy | Kellys@ci.cudahy.wi.us |
| CITY OF DEL RIO | sanantonio.bankruptcy@publicans.com |
| City of Del Rio | sanantonio.bankruptcy@publicans.com |
| City of Eagle Pass | sanantonio.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| City of Eagle Pass | sanantonio.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| City of Eagle Pass | beth.peniza@lgbs.com; sanantonio.bankruptcy@publicans.com |
| City of El Paso | sanantonio.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| City of El Paso | sanantonio.bankruptcy@publicans.com; sanantonio.bankruptcy@lgbs.com |
| City of El Paso | sanantonio.bankruptcy@publicans.com |
| City of Frisco | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| City of Garland | ecobb@pbfcm.com |
| City of Grapevine | ecobb@pbfcm.com |
| City of Hampton Treasurer's Office | arminda.wiley@hampton.gov |
| City of Hampton Treasurer's Office | arminda.wiley@hampton.gov |
| City Of Laredo Tax Dept. | ffccpllc14@gmail.com |
| City of McAllen | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| City of McAllen | austin.bankruptcy@publicans.com |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| City of Mesquite and Mesquite Independent School District | ggrimes@s-g-lawfirm.com |
| City of Mesquite and Mesquite Independent School District | ggrimes@s-g-lawfirm.com |
| City of Mineral Wells | ecobb@pbfcm.com |
| City Of Pleasanton | sanantonio.bankruptcy@publicans.com |
| City of Roanoke Treasurer | treasurer@roanokeva.gov |
| City of Stephenville | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| City of Stephenville | beth.peniza@lgbs.com; DALLAS.BANKRUPTCY@PUBLICANS.COM |
| City of Sulphur Springs | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| City of Sulphur Springs | dallas.bankruptcy@publicans.com |
| City of Waco and/or Waco Independent School District | tleday@mvbalaw.com |
| City of Waco and/or Waco Independent School District | tleday@mvbalaw.com |
| City of Waco and/or Waco Independent School District | tleday@mvbalaw.com |
| City of Waco and/or Waco Independent School District | tleday@mvbalaw.com |
| City of Weslaco | jbanks@pbfcm.com |
| City of Weslaco | jbanks@pbfcm.com |
| Cleburne Independent School District | ecobb@pbfcm.com |
| CLERMONT COUNTY TREASURER | jfountain@clermontcountyohio.gov |
| Cleveland ISD | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Collin County Tax Assessor / Collector | bankruptcy@ABERNATHY-LAW.com |
| Collin County Tax Assessor/ Collector | bankruptcy@ABERNATHY-LAW.com |
| Collin County Tax Assessor/Collector | bankruptcy@ABERNATHY-LAW.com |
| Collin County Tax Assessor/Collector | bankruptcy@ABERNATHY-LAW.com |
| Collin County Tax Assessor/Collector | bankruptcy@ABERNATHY-LAW.com |
| County of Lexington | scockrell@lex-co.com |
| County of San Luis Obispo Tax Collector | dmanriquez@co.slo.ca.us |
| Crowley Independent School District | ecobb@pbfcm.com |
| Cypress - Fairbanks ISD | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Cypress - Fairbanks ISD | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Cypress-Fairbanks ISD | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Dallas County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Dallas County | dallas.bankruptcy@publicans.com |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Dallas County | dallas.bankruptcy@publicans.com |
| Denton County, Texas | tleday@mvbalaw.com |
| Denton County, Texas | tleday@mvbalaw.com |
| Denton County, Texas | tleday@mvbalaw.com |
| DeSoto County, Mississippi | bmacmillan@desotocountyms.gov |
| DeSoto County, Mississippi | rquimby@smithphillips.com |
| DeSoto County, Mississippi | rquimby@smithphillips.com |
| Eagle Pass ISD | sanantonio.bankruptcy@lgbs.com |
| Eagle Pass ISD | sanantonio.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Eagle Pass ISD | sanantonio.bankruptcy@lgbs.com |
| Elko County Treasurer | ndavila@elkocountynv.net |
| Ellis County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Ellis County | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| Erath County, Texas | tleday@mvbalaw.com |
| Erath County, Texas | tleday@mvbalaw.com |
| Erath County, Texas | tleday@mvbalaw.com |
| Fayette County | jbanks@pbfcm.com |
| Fayette County | jbanks@pbfcm.com |
| Fort Bend County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Fort Bend County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Franklin County Treasurer-RE | rrking@franklincountyohio.gov |
| Galveston County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Galveston County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Garfield County | kpostier@gctreasurer.org |
| Garland Independent School District | ecobb@pbfcm.com |
| Grapevine-Colleyville Independent School District | ecobb@pbfcm.com |
| Gray County | dpcarter@pbfcm.com |
| HARRIS COUNTY, ET AL | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| HARRIS COUNTY, ET AL | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Harrision CAD | tleday@mvbalaw.com |
| Harrision CAD | tleday@mvbalaw.com |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Harrision CAD | tleday@mvbalaw.com |
| Harrison County, Texas | tleday@mvbalaw.com |
| Harrison County, Texas | tleday@mvbalaw.com |
| Harrison County, Texas | tleday@mvbalaw.com |
| Hays County, Texas | tleday@mvbalaw.com |
| Hays County, Texas | tleday@mvbalaw.com |
| HENDERSON COUNTY | sgold@henderson.ky.us; rnorris@hendersonky.us |
| Henderson County, Texas | tleday@mvbalaw.com |
| Henderson County, Texas | tleday@mvbalaw.com |
| Henderson County, Texas | tleday@mvbalaw.com |
| Hennepin County Treasurer | Christina.Gleason@hennepin.us |
| Hidalgo County | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Hidalgo County | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Hood CAD | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Hood CAD | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| Hopkins County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Hopkins County | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| Irving ISD | beth.peniza@lgbs.com; dallas.bankruptcy@publicans.com |
| Jasper County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Jasper County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Jim Wells CAD | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Jim Wells CAD | austin.bankruptcy@publicans.com |
| Johnson County | ecobb@pbfcm.com |
| Kendall County | jbanks@pbfcm.com |
| Kern County Treasurer Tax Collector | bankruptcy@kerncounty.com |
| Kerr County | jbanks@pbfcm.com |
| KING COUNTY TREASURY | linda.nelson@kingcounty.gov |
| KING COUNTY TREASURY | linda.nelson@kingcounty.gov |
| Knox County Trustee | linda.mcginnis@knoxcounty.org |
| Knox County Trustee | linda.mcginnis@knoxcounty.org |
| LAKE COUNTY TAX COLLECTOR | tamarsh.cooper@laketax.com |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Lee County Tax Collector | BankruptcyEcfdocs@leetc.com; cathys@leetc.com |
| Lewis County Treasurer | laura.rider@lewiscounty.gov; laura.rider@lewiscounty.wa.gov |
| Maricopa County Treasurer | muthigk@mcao.maricopa.gov |
| MARION COUNTY | mctbankruptcy@indy.gov |
| MARION COUNTY | mctbankruptcy@indy.gov |
| MARION COUNTY | mctbankruptcy@indy.gov |
| MARION COUNTY | mctbankruptcy@indy.gov |
| MARION COUNTY | mctbankruptcy@indy.gov |
| MARION COUNTY | mctbankruptcy@indy.gov |
| Marion County Tax Collector | dsurajbali@mariontax.com |
| Marion County Tax Collector | propertytax@co.marion.or.us |
| Marion County Tax Collector | dsurajbali@mariontax.com |
| Marion County Tax Collector | dsurajbali@mariontax.com |
| Matagorda County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| McLennan County | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| MESA COUNTY TREASURER | BOBBIE.GROSS@MESACOUNTY.US; mctreas@mesacounty.us |
| MESA COUNTY TREASURER | BOBBIE.GROSS@MESACOUNTY.US; mctreas@mesacounty.us |
| MESA COUNTY TREASURER | SHEILA.REINER@MESACOUNTY.US |
| MESA COUNTY TREASURER | SHEILA.REINER@MESACOUNTY.US |
| Metropolitan Government of Nashville & Davidson County Tennesse | lorraine.abrams@nashville.gov |
| Metropolitan Government of Nashville & Davidson County Tennesse | lorraine.abrams@nashville.gov |
| Metropolitan Government of Nashville & Davidson County Tennesse | Lorraine.abrams@nashville.gov; Alex.dickerson@nashville.gov |
| Metropolitan Government of Nashville & Davidson County Tennesse | lorraine.abrams@nashville.gov |
| Mexia Independent School District | tleday@mvbalaw.com |
| Mexia Independent School District | tleday@mvbalaw.com |
| Mexia Independent School District | tleday@mvbalaw.com |
| Miami-Dade County Tax Collector | windley@miamidade.gov |
| Midland CAD | tleday@mvbalaw.com |
| Midland Central Appraisal District | tleday@mvbalaw.com |
| Midland Central Appraisal District | tleday@mvbalaw.com |
| Mineola Independent School District | tbeall@pbfcm.com; tylbkc@pbfcm.com |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Mineral Wells Independent School District | ecobb@pbfcm.com |
| Montgomery County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Montgomery County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Multnomah County-DART | allison.wellman@multco.us |
| Nacogdoches County, et al. | tbeall@pbfcm.com; tylbkc@pbfcm.com |
| Navarro County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Navarro County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Nolan County | ecobb@pbfcm.com |
| Nueces County | austin.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Palm Beach County Tax Collector | legalservices@pbctax.com |
| Palm Beach County Tax Collector | legalservices@pbctax.com |
| PALO PINTO COUNTY | ecobb@pbfcm.com |
| Pasadena Independent School District | caaustin@comcast.net; joyneratty@comcast.net |
| Pecos County | sanantonio.bankruptcy@publicans.com |
| PEUBLO COUNTY TREASURER | SELZER@CO.PUEBLO.CO.US |
| Pierce County Finance | allen.richardson@piercecountywa.gov |
| Platte County Collector (DCN-790 (B)) | bruces@merrickbakerstrauss.com |
| Platte County Collector (DCN-790 (B)) | kgilmore@co.platte.mo.us |
| Polk County | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Porter County Treasurer | tr.bk@porterco.org |
| Pueblo County Treasurer | selzer@co.pueblo.co.us |
| Pueblo County Treasurer | selzer@co.pueblo.co.us |
| Pueblo County Treasurer | selzer@co.pueblo.co.us |
| Richardson Independent School District | ecobb@pbfcm.com |
| Richland County Treasury | whiteb@rcgov.us |
| Richmond County Tax Commissioner | bhill@augustaga.gov |
| Richmond County Tax Commissioner | bhill@augustaga.gov |
| SAN JUAN COUNTY | ddonahue@sjcounty.net |
| San Juan County Treasurer | ddonahue@sjcounty.net |
| SHELBY COUNTY TRUSTEE | KMCCLELLAN@SHELBYCOUNTYTRUSTEE.COM |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| SHELBY COUNTY TRUSTEE | kmcclellan@shelbycountytrustee.com |
| SHELBY COUNTY TRUSTEE | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| Shelby County Trustee | kmcclellan@shelbycountytrustee.com |
| SHELBY COUNTY TRUSTEE | kmcclellan@shelbycountytrustee.com |
| Smith County | dallas.bankruptcy@publicans.com |
| SOLANO COUNTY TAX COLLECTOR | TTCCC@SOLANDOCOUNTY.COM |
| St. Louis County Collector of Revenue | kbenson@stlouisco.com |
| STANISLAUS COUNTY TAX COLLECTOR | SCOTTR@STANCOUNTY.COM |
| STANISLAUS COUNTY TAX COLLECTOR | TAXES@STANCOUNTY.COM |
| Stephenville ISD | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Sulphur Springs ISD | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Sulphur Springs ISD | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Sweetwater Independent School District | ecobb@pbfcm.com |
| Tarrant County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Tarrant County | dallas.bankruptcy@publicans.com |
| Tax Appraisal District of Bell County | tleday@mvbalaw.com |
| Tax Appraisal District of Bell County, Texas | tleday@mvbalaw.com |
| Taxing Districts Collected by Randall County | dpcarter@pbfcm.com |
| Terry CAD | tleday@mvbalaw.com |
| Terry CAD | tleday@mvbalaw.com |
| The City of Mesquite and Mesquite Independent School District | ggrimes@s-g-lawfirm.com |
| The City of Mesquite and Mesquite Independent School District | ggrimes@s-g-lawfirm.com |
| The County of Anderson, Texas | tleday@mvbalaw.com |
| The County of Bastrop, Texas | tleday@mvbalaw.com |

Exhibit C

22nd Omni Email Service List

Served as via email

| | |
|---|---|
| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
| The County of Henderson, Texas | tleday@mvbalaw.com |
| The County of Wharton | tleday@mvbalaw.com |
| The Town of Windham, CT | ARC@windhamct.com |
| Thurston County Treasurer | trsr@co.thurston.wa.us |
| Town of Windham Revenue Collector | arc@windhamct.com |
| Twin Falls County Treasurer | bpetersen@co.twin-falls.id.us |
| Twin Falls County Treasurer | bpetersen@co.twin-falls.id.us |
| Tyler Independent School District | tbeall@pbfcm.com |
| Uvalde County | jbanks@pbfcm.com |
| Val Verde County | sanantonio.bankruptcy@publicans.com |
| WASHOE COUNTY TREASURER | TREASURERSCOLLECTIONS@WASHOECOUNTY.US |
| WASHOE COUNTY TREASURER | TREASURERSCOLLECTIONS@WASHOECOUNTY.US |
| Washoe County Treasurer | lyantis@washoecounty.us |
| Washoe County Treasurer | treasurerscollections@washoecounty.us |
| Weld County Treasurer's Office | kcollins@weldgov.com |
| Weslaco Independent School District | jbanks@pbfcm.com |
| Weslaco Independent School District | jbanks@pbfcm.com |
| Wharton Co Jr Coll Dist | houston_bankruptcy@lgbs.com; beth.peniza@lgbs.com |
| Wharton County, Texas | tleday@mvbalaw.com |
| WHITFIELD COUNTY TAX COMMISSIONER | psane@whitfieldcountyga.com |
| WHITFIELD COUNTY TAX COMMISSIONER | psane@whitfieldcountyga.com |
| Williamson County, Texas | tleday@mvbalaw.com |
| Williamson County, Texas | tleday@mvbalaw.com |
| Williamson County, Texas | tleday@mvbalaw.com |
| Williamson County, Texas | tleday@mvbalaw.com |
| Williamson County, Texas | tleday@mvbalaw.com |
| Williamson County, Texas | tleday@mvbalaw.com |
| Wilson County | sanantonio.bankruptcy@publicans.com |
| Wind Gap Borough Tax Collector | psutter15@yahoo.com |
| Wood County | dallas.bankruptcy@publicans.com; beth.peniza@lgbs.com |
| Yakima County Treasurer | mellissa.treece@co.yakima.wa.us |

Exhibit C

22nd Omni Email Service List

Served as via email

| ADRIAN CITY SUMMER | jhill@adrianmi.gov |
|---|---|
| Yavapai County Treasurer | angelica.nelson@yavapai.us |

**Exhibit D**

Exhibit D

21st Omni Ex. 1 Service List

Served via first class mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| Adams, Patricia | 304 Foxfire Drive | | | | Albany | GA | 31705 | |
| AMERICAN RING CO INC | 19 GROSVENOR AVE | | | | PROVIDENCE | RI | 02914 | |
| ARS eCommerce, LLC | 4100 Mountain View Avenue | | | | Chattanooga | TN | 37415 | |
| ARS eCommerce, LLC | Weltman & Moskowitz, LLP | Richard E. Weltman, Michael L. Moskowitz and | Melissa A. Guseynov | 270 Madison Avenue, Suite 1400 | New York | NY | 10016 | |
| Banks, Lisa Turner | 5508 Eckerson Rd | | | | Greensboro | NC | 27405 | |
| C COWLES & COMPANY | 126 BAILEY RD | | | | NORTH HAVEN | CT | 06473-2612 | |
| Chieftex S.A. de C.V. | Antiguo Camino a Resurreccion 10610-H | | | | Puebla | | 72228 | Mexico |
| Chieftex S.A. de C.V. | | | | | | | | |
| Creative Circle, LLC | 5900 Wilshire Blvd. | 11th Floor | | | Los Angeles | CA | 90036 | |
| Creative Circle, LLC | P.O. Box 47008799 | | | | Chicago | IL | 60674 | |
| Danecraft, Inc. | Attn: Victor Primavera, CEO | One Baker Street | | | Providence | RI | 02905 | |
| Danecraft, Inc. | Salter McGowan Sylvia & Leonard, Inc. | Matthew J. McGowan | 321 South Main Street, Suite 301 | | Providence | RI | 02903 | |
| DIAMOND COSMETICS INC | 10551 NW 53 STREET | | | | SUNRISE | FL | 33351 | |
| Ford, Valeria | 2407 7th Street Road | | | | Louisville | KY | 40208 | |
| GERBER CHILDRENSWEAR LLC | JAMES J. PASCOE, ESQUIRE | 7005 PELHAM RD, SUITE D | P.O. BOX 3010 | | GREENVILLE | SC | 29615 | |
| IDM INC | 399 ICE CREAM ROAD | | | | LEESBURG | FL | 34748 | |
| IDM Inc | PO Box 895005 | | | | Leesburg | FL | 34789 | |
| Jose Santiago, Inc. | PO BOX 191795 | | | | SAN JUAN | PR | 00919-1795 | |
| Kopke, Barry D | 3914 Grosvenor Rd | | | | South Euclid | OH | 44118 | |
| ManpowerGroup US Inc. | Melissa A. Pena | Norris McLaughlin, P.A. | 875 Third Avenue, 8th Floor | | New York | NY | 10022 | |
| Michley Electronics Inc. | 2433 De La Cruz Blvd | | | | Santa Clara | CA | 95050 | |
| Milberg Factors, Inc. | Barry Machowsky | 99 Park Avenue | | | New York | NY | 10016 | |
| NORTHLAND MECHANICAL CONTRACTORS IN | 9001 SCIENCE CENTER DRIVE | | | | NEW HOPE | MN | 55428 | |
| Omega & Delta Co, Inc | PO Box 1831 | | | | Carolina | PR | 00984 | |
| Oxo International, Ltd | Paul Stephen Levy, Director of Credit | 1 Helen of Troy Plaza | | | El Paso | TX | 79912 | |
| Oxo International, Ltd | Pepper Hamilton LLP | Henry Jaffe, Esq. | Hercules Plaza, Suite 5100 | 1313 N. Market St. | Wilmington | DE | 19899-1709 | |
| Oxo International, Ltd. | Attn: Paul Levy | 1 Helen of Troy Plaza | | | El Paso | TX | 79912 | |
| OXO INTERNATIONAL, LTD. | PAUL STEPHEN LEVY | DIRECTOR OF CREDIT | OXO INTERNATIONAL, LTD. | 1 HELEN OF TROY PLAZA | EL PASO | TX | 79912 | |
| Oxo International, Ltd. | PO Box 849920 | | | | Dallas | TX | 75284 | |
| PHELPS INDUSTRIES LLC | 5213 26TH AVE | | | | ROCKFORD | IL | 61109 | |
| RAZOR USA LLC | ATTN: BRENT ENGLE | 12723 166TH STREET | | | CERRITOS | CA | 90703 | |

Exhibit D

21st Omni Ex. 1 Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RIZWAN, RUKHSANA | 0 41 HAMLIN CT | | | | FAIR LAWN | NJ | 07410 |
| Rizwan, Wajeeha | 0-41 Hamlin Ct | | | | Fair Lawn | NJ | 07410 |
| S.C. Johnson & Son, Inc. | Attn: Gerry Baccash MS 321 | 1525 Howe Street | | | Racine | WI | 53403 |
| Shaghal, Ltd. | Roy Rayn | 2031 Colby Ave. | | | Los Angeles | CA | 90064 |
| Shaghal, Ltd. | Wolf Wallenstein & Abrams, PC | Michael S. Abrams, Esq. | 11400 W. Olympic Blvd., Suite 700 | | Los Angeles | CA | 90064 |
| Spectrum Brands, Inc. | Attn: Financial Shared Services | 3001 Deming Way | PO Box 620992 | | Middleton | WI | 53562-0992 |
| The Peggs Company, Inc. | PO Box 907 | | | | Mira Loma | CA | 91752 |
| Tracfone Wireless, Inc. | Leshaw Law, P.A. | James P. S. Leshaw, Attorney | 240 Crandon Boulevard, Suite 248 | | Key Biscayne | FL | 33149 |
| Tracfone Wireless, Inc. | Raimundo J. Guerra, Esq. | 9700 NW 112th Ave. | | | Miami | FL | 33178 |
| WORLD TECH TOYS, INC. | 28904 AVENUE PAINE | | | | VALENCIA | CA | 91355 |

**Exhibit E**

EDS & (%#S

> **THIS OMNIBUS OBJECTION SEEKS TO REDUCE OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM OR SUBMITTED BALLOTS.  PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS OR BALLOTS SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR CLAIM(S) OR BALLOT(S) ARE LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED THERETO, TO DETERMINE WHETHER THIS OMNIBUS OBJECTION AFFECTS THEIR CLAIM(S) OR BALLOT(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, NEECKAUN IRANI, ESQ., AT (650) 802-3019.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------ x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF HEARING ON DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION
TO PROOFS OF CLAIM OR BALLOTS (RECLASSIFIED/DISALLOWED CLAIMS)**

      **PLEASE TAKE NOTICE** that, on September 14, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-First Omnibus Objection to Proofs of Claim (Reclassified/Disallowed Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

      **PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reclassify or disallow and expunge one or more proofs of claim (the "**Proofs of Claim**") or ballots (the "**Ballots**") listed on **Exhibit A** and **Exhibit B** annexed hereto, on the ground(s) that the Debtors have no liability under such Proof of Claim or Ballots because for such Proofs of Claim or Ballots: (i) supporting documentation indicates that the claims are non-Administrative Expense Claims; (ii) the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off; (iii) the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code; (iv) the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; (v) the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course; (vi) the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**"); (vii) associated contract or lease was assumed and assigned to Transform HoldCo; (viii) the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim.

      **PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit C**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the reclassification or disallowance and expungement of a Proof of Claim or Ballot without further notice to the applicable Claimant(s).

      **PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the reclassification or disallowance and expungement of its applicable Proof(s) of Claim or Ballot(s) as listed on **Exhibit A** and **Exhibit B** annexed hereto, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

      **PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the reclassification or disallowance and expungement of its applicable Proof(s) of Claim or Ballot(s) as listed on **Exhibit A** and **Exhibit B** annexed hereto, then Claimant MUST file with the Bankruptcy Court and serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **October 9, 2020, at 4:00 p.m. (prevailing Eastern Time)** (the "**Response Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys

practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that Response(s) to the Objection, if any, must contain, at a minimum, the following:  (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim or Ballot; (iii) a concise statement setting forth the reasons why the Proof of Claim or Ballot should not be reclassified or disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim or Ballot, to the extent not included with the Proof of Claim or Ballot previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim or Ballot; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim or Ballots on Claimant's behalf.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein.  A Response will be deemed timely filed, served, and received only if the original Response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable Robert D.  Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 15, 2020 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**").  If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim or Ballot(s) that are the subject of such Response.  If the Debtors do continue the Hearing with respect to such Proof(s) of Claim or Ballot(s), then the Hearing on the Objection with respect to such Proof(s) of Claim or Ballot(s) will be held at a later date.  If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim or Ballot(s), then a Hearing on the Objection will be conducted on the above date.

3

**PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection with respect to the Claims listed on **Exhibit A** and **Exhibit B** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit C** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if the Bankruptcy Court does NOT disallow and expunge the Proof(s) of Claim or Ballots listed on **Exhibit A** and **Exhibit B**, the Debtors retain the right to object on other grounds to the Proof(s) of Claim or Ballot(s) (or to any other Proof(s) of Claim or Ballot(s) Claimant may have filed) at a later date.  Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.  **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim or Ballot(s).**

Dated:  September 18, 2020
      New York, New York

          */s/  Garrett A. Fail*
          Ray C. Schrock, P.C.
          Jacqueline Marcus
          Garrett A. Fail
          Sunny Singh
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York  10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007

          *Attorneys for Debtors*
          *and Debtors in Possession*

## **Exhibit A**

**Disputed Claims - Non-Real Estate Claims**

Debtors' Twenty first Omnibus Objection
Exhibit A

**18-23538-rdd    Doc 9457    Filed 09/28/20    Entered 09/28/20 15:54:08    Main Document**
Pg 53 of 200

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADAMS, PATRICIA | 9124 | 182353801043204 | Asserted | $5,240.66 | | | $2,850.00 | | $8,090.66 | (i) |
| | | | | Surviving | $0.00 | | | $0.00 | | $0.00 | |
| 2. | AMERICAN RING CO INC | * | 182353801017299 | Asserted | $43,407.46 | | | | | $43,407.46 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 3. | ARS ECOMMERCE, LLC | 20501 | 182353801017332 | Asserted | $0.00 | $121,500.00 | | | | $121,500.00 | (iii) |
| | | | | Surviving | $0.00 | $0.00 | | | $121,500.00 | $121,500.00 | |
| 4. | BANKS, LISA TURNER | 7684; 8329 | 182353801042831 | Asserted | $2,688.78 | | | $3,771.01 | | $6,459.79 | (i) |
| | | | | Surviving | $0.00 | | | $3,771.01 | | $3,771.01 | |
| 5. | C COWLES & COMPANY | * | 182353801016522 | Asserted | $6,842.40 | | | | | $6,842.40 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 6. | CHIEFTEX S.A. DE C.V. | 1625, 1792 | 182353801043176 | Asserted | $108,467.24 | | | | | $108,467.24 | (iii) |
| | | | | Surviving | $0.00 | | | | $108,467.24 | $108,467.24 | |
| 7. | CREATIVE CIRCLE, LLC | 26275 | N/A | Asserted | $26,894.76 | | | $95,565.50 | $22,579.63 | $145,039.89 | (iii)(vi) |
| | | | | Surviving | $0.00 | | | $0.00 | $145,039.89 | $145,039.89 | |
| 8. | DANECRAFT, INC. | 4638; 4699 | 182353801042866 | Asserted | $169,232.80 | | | | $70,104.93 | $239,337.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $70,104.93 | $70,104.93 | |
| 9. | DIAMOND COSMETICS INC | * | 182353801016597 | Asserted | $35,998.70 | | | | | $35,998.70 | (ii)(iii) |
| | | | | Surviving | $0.00 | | | | $35,412.41 | $35,412.41 | |
| 10. | FORD, VALERIA | * | 182353801042309 | Asserted | $200.00 | | | | | $200.00 | (i) |
| | | | | Surviving | $0.00 | | | | $200.00 | $200.00 | |
| 11. | GERBER CHILDRENSWEAR INC | 15232; 16077 | 182353801015673 | Asserted | $28,610.00 | | | | $261,117.43 | $289,727.43 | (ii) |
| | | | | Surviving | $5,726.00 | | | | $261,117.43 | $266,843.43 | |
| 12. | IDM INC | 16345; 16721; 16795 | 182353801015372 | Asserted | $25,425.00 | | | | $142,242.00 | $167,667.00 | (iii) |
| | | | | Surviving | $5,443.20 | | | | $50,445.80 | $55,889.00 | |
| 13. | JOSE SANTIAGO INC | 5116 | 182353801040377 | Asserted | $53,343.98 | | | | $294,190.30 | $347,534.28 | (iii) |
| | | | | Surviving | $50,924.98 | | | | $296,609.30 | $347,534.28 | |
| 14. | KOPKE, BARRY D | * | 182353801040395 | Asserted | $1,500.00 | | | | | $1,500.00 | (i) |
| | | | | Surviving | $0.00 | | | | $1,500.00 | $1,500.00 | |
| 15. | MANPOWERGROUP US INC. | 20534 | 182353801043369 | Asserted | | $117,579.66 | | | | $117,579.66 | (iv) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 16. | MICHLEY ELECTRONICS INC. | 13873; 13885 | 182353801041743 | Asserted | $10,497.60 | | | | $48,782.40 | $59,280.00 | (ii) |
| | | | | Surviving | $0.00 | | | | $48,782.40 | $48,782.40 | |
| 17. | MILBERG FACTORS INC | 8855; 8856 | 182353801019279 | Asserted | $104,360.84 | | | | | $104,360.84 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 18. | NORTHLAND MECHANICAL CONTRACTORS INC | * | 182353801042023 | Asserted | $18,037.29 | | | | | $18,037.29 | (iv) |
| | | | | Surviving | $9,923.29 | | | | | $9,923.29 | |
| 19. | OMEGA & DELTA CO, INC | * | 182353801040545 | Asserted | $9,974.55 | | | | | $9,974.55 | (iii) |
| | | | | Surviving | $0.00 | | | | $9,974.55 | $9,974.55 | |
| 20. | OXO INTERNATIONAL LTD | 9824; 10026; 13706; 13728; 13835 | 182353801019683 | Asserted | $813,167.75 | | | | $39,425.37 | $852,593.12 | (ii) |
| | | | | Surviving | $0.00 | | | | $13,141.79 | $13,141.79 | |
| 21. | PEGGS CO | 5135; 5162 | 182353801019752 | Asserted | $10,947.60 | | | | $22,873.61 | $33,821.21 | (iii) |
| | | | | Surviving | $0.00 | | | | $33,821.21 | $33,821.21 | |
| 22. | PHELPS INDUSTRIES LLC | * | 182353801019798 | Asserted | $100,000.00 | | | | | $100,000.00 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 23. | RAZOR USA LLC | 19159; 19170 | 182353801020055 | Asserted | $37,453.95 | | | | $1,443,909.78 | $1,481,363.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $1,443,909.78 | $1,443,909.78 | |
| 24. | RIZWAN, RUKHSANA | 12593 | 182353801020139 | Asserted | $4,398.70 | | | | | $4,398.70 | (i) |
| | | | | Surviving | $0.00 | | | | $4,398.70 | $4,398.70 | |
| 25. | RIZWAN, WAJEEHA | 1952 | 182353801021135 | Asserted | $2,905.76 | | | | | $2,905.76 | (i) |
| | | | | Surviving | $0.00 | | | | $2,905.76 | $2,905.76 | |
| 26. | S.C. JOHNSON & SON, INC. | 16384 | 182353801040688 | Asserted | $16,907.58 | | | | $6,471.30 | $23,378.88 | (ii) |
| | | | | Surviving | $73.06 | | | | $6,471.30 | $6,544.36 | |
| 27. | SHAGHAL, LTD. | 7035 | 182353801043366 | Asserted | $354,671.75 | $1,341,414.43 | | | | $1,696,086.18 | (ii)(iv) |
| | | | | Surviving | $4,092.40 | $1,341,414.43 | | | | $1,345,506.83 | |
| 28. | SPECTRUM BRANDS INC | 12057 | 182353801018857 | Asserted | $15,972.00 | | | | $307,343.17 | $323,315.17 | (ii) |
| | | | | Surviving | $9,124.50 | | | | $307,343.17 | $316,467.67 | |
| 29. | TRACFONE WIRELESS INC | 13461 | 182353801043374 | Asserted | $2,699.40 | $24,550.73 | | | $409,963.50 | $437,213.63 | (iv) |
| | | | | Surviving | $2,699.40 | $9,305.25 | | | $409,963.50 | $421,968.15 | |
| 30. | WORLD TECH TOYS INC | 5849; 14174 | 182353801021333 | Asserted | $45,708.00 | | | | $442,168.54 | $487,876.54 | (ii)(iii)(iv) |
| | | | | Surviving | $13,173.49 | | | | $442,415.04 | $455,588.53 | |

Debtors' Twenty first Omnibus Objection
Exhibit A

18-23538-rdd    Doc 9457    Filed 09/28/20    Entered 09/28/20 20:24:08    Main Document
Pg 54 of 200

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | | Reduced and Reclassified Claims [1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |

\* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administartive expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:

  (i)    supporting documentation indicates that the claims are non-Administrative Expense Claims;

  (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;

  (iii)  the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;

  (iv)  the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;

  (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

  (vi)  the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");

  (vii)  associated contract or lease was assumed and assigned to Transform Holdco;

  (viii) the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim

Hearing Date and Time:  October 15, 2020 at 10:00 a.m. (Eastern Time)
Response Deadline:  October 9, 2020 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
|                                           |   |                            |
|-------------------------------------------|---|----------------------------|
| In re                                     | : | Chapter 11                 |
|                                           | : |                            |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | Case No. 18-23538 (RDD)    |
|                                           | : |                            |
| Debtors.[1]                               | : | (Jointly Administered)     |
------------------------------------------------------------x

## DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION
## TO PROOFS OF CLAIM OR BALLOTS (RECLASSIFIED/DISALLOWED CLAIMS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

> **THIS OMNIBUS OBJECTION SEEKS TO RECLASSIFY OR DISALLOW CERTAIN FILED PROOFS OF CLAIM OR BALLOTS.  CLAIMANTS RECEIVING THIS OMNIBUS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS OR BALLOTS ON THE EXHIBIT ATTACHED TO THIS OMNIBUS OBJECTION.**
>
> **IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE DEBTORS' COUNSEL, NEECKAUN IRANI, ESQ., AT (650) 802-3019.**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this omnibus objection (the "**Objection**"):

### Background

1.     Beginning on October 15, 2018 (the "**Commencement Date**") and continuing thereafter, each of the Debtors commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors (the "**Creditors' Committee**").  No trustee or examiner has been appointed in these chapter 11 cases.

3.     The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

4.     On February 8, 2019, the Bankruptcy Court entered the *Order (I) Approving the Asset Purchase Agreement* Among *Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors'*

2

*Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (ECF No. 2507), pursuant to which the Debtors sold substantially all their assets to Transform Holdco LLC ("**Transform**").

5.      On October 15, 2019, the Court confirmed the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5370).

6.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Disclosure Statement for Second Amended joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Disclosure Statement**") (ECF No. 4390).[2]

### Jurisdiction

7.      This Bankruptcy Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

8.      The Debtors file this Objection pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, seeking entry of an order reclassifying or disallowing and expunging the non-real estate Claims[3] listed on **Exhibit A** and the real estate Claims listed on **Exhibit B** (collectively the "**Disputed Claims**"), as set forth on **Exhibit A** and **Exhibit B,** both annexed hereto.

9.      The Debtors have examined each Disputed Claim, all documentation provided with respect to each Disputed Claim, and the Debtors' respective books and records, and have determined in

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Disclosure Statement.

[3] For purposes of this Objection, any reference to Claims also include any ballots submitted in connection with the Administrative Expense Claims Consent Program (as defined in the Confirmation Order).

each case the Disputed Claim asserts either administrative or priority claims against the Debtors for which

the Debtors have no liability, in whole or in part. Each of the Disputed Claims should be reclassified or

disallowed and expunged in accordance with **Exhibit A** and **Exhibit B** on one or more of the following

bases: (i) supporting documentation indicates that the claims are non-Administrative Expense Claims;

(ii) the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are

entitled to set off; (iii) the Debtors' books and records show that invoices for claims for 503(b)(9) priority

are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code; (iv) the

supporting documents provided by the Claimants are not supported by the Debtors' books and records, or

no supporting documents were provided for all or a portion of the Disputed Claim; (v) the basis for the

Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

(vi) the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to*

*File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676)

(the "**Bar Date Order**"); (vii) associated contract or lease was assumed and assigned to Transform;

(viii) the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and

therefore the claim is reclassified to general unsecured claim.

10.     The Debtors, therefore, request that the Disputed Claims be reclassified or

disallowed and expunged to the extent set forth on **Exhibit A** and **Exhibit B**. A proposed form of order

granting the relief requested herein is annexed hereto as **Exhibit C** (the "**Proposed Order**").

## **The Disputed Claims Should Be Reduced or Reclassified**

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."

11 U.S.C. § 502(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the

claim. *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016

WL, 796860, at *9 (S.D.N.Y. 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL

6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R.

4

814, 817 (S.D.N.Y. 2014); *In re Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at *5 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  Further, Bankruptcy Rule 3007(d) permits a debtor to file objections to more than one claim on the basis that, among other things, such claims "have been amended by subsequently filed proofs of claim." Fed. R. Bankr. P. 3007(d)(3).

13.     In addition, a Claimant asserting an administrative expense claim priority bears the burden of establishing their entitlement to such priority. *See, e.g.*, *In re Bethlehem Steel Corp.*, 479 F.3d 167, 172 (2d Cir. 2007) ("The burden of proving entitlement to priority payment as an administrative expense . . . rests with the party requesting it."); *In re Drexel Burnham Lambert Grp. Inc.*, 134 B.R. 482, 489 (Bankr. S.D.N.Y. 1991) ("The burden of establishing entitlement to priority rests with the claimant and should only be granted under extraordinary circumstances, to wit, when the parties seeking priority have sustained their burden of demonstrating that their services are actual and necessary to preserve the estate.") (quotation omitted).

14.     As set forth above, certain of the Disputed Claims seek recovery for amounts for which the Debtors are not liable, either in whole or in part.  Additionally, certain other of the Disputed Claims improperly assert that such Disputed Claims are entitled to administrative expense priority under section 503(b) of the Bankruptcy Code.  Such claims are routinely reduced and/or reclassified when unsupported or as otherwise appropriate. *See, e.g.*, *In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Sep. 18, 2013) (ECF No. 699) (ECF No. 10331) (disallowing and expunging entirely no liability claims);

*In re The Great Atl. & Pac. Tea Co., Inc.*, Case No. 15-23007 (RDD) (Aug. 26, 2016) (ECF No. 3132)

(same); *In re Tops Holding II Corp.*, Case No. 18-22279 (RDD) (Apr. 26, 2019) (ECF No. 911) (same).

Further, this Bankruptcy Court routinely disallows and expunges claims for which no supporting

documentation has been submitted by the claimant. *See, e.g.*, *In re Breitburn Energy Partners LP*, Case

No. 16-11390 (SMB) (Apr. 11, 2017) (ECF No. 1164) (disallowing and expunging claims without

sufficient documentation); *In re Chassix Holdings, Inc.*, Case No. 15-10578 (MEW) (Apr. 21, 2016) (ECF

No. 478) (same); *see* Bar Date Order at 6(d) ("Proofs of Claim must . . . include supporting

documentation . . .").

15.     The Debtors have reviewed the Disputed Claims, all documents furnished by the

claimants with respect to the Disputed Claims, and the Debtors' books and records, and have determined

that each Disputed Claim, asserts a claim for which the Debtors have no corresponding liability.

16.     Therefore, the Debtors are not liable for the Disputed Claims. To ensure that the

claims register is accurate, and to avoid the possibility of improper recovery against the Debtors' estates,

the Debtors request that the Court reclassify or disallow and expunge the Disputed Claims as set forth on

**Exhibit A** and **Exhibit B**.

## Reservation of Rights

17.     The Debtors hereby reserve the right to object in the future to any of the Disputed

Claim subject to this Objection on any ground, and to amend, modify, and/or supplement this Objection

to the extent an objection to a claim is not granted.  A separate notice and hearing will be scheduled for

any such objection.

## Notice

18.     Notice of this Objection has been provided in accordance with the procedures set

forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on

November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully

submit that no further notice is required.

19.     No previous request for the relief sought herein has been made by the Debtors to

this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the

relief requested herein and such other and further relief as is just.


Dated: September 18, 2020
        New York, New York

                                        */s/  Garrett A. Fail*
                                        Ray C. Schrock, P.C.
                                        Jacqueline Marcus
                                        Garrett A. Fail
                                        Sunny Singh
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

## **Exhibit A**

**Non-Real Estate Claims**

Debtors' Twenty first Omnibus Objection
Exhibit A

18-23538-rdd    Doc 9457    Filed 09/28/20    Entered 09/28/20 16:54:08    Main Document

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Pg 63 of 200

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADAMS, PATRICIA | 9124 | 182353801043204 | Asserted | $5,240.66 | | | $2,850.00 | | $8,090.66 | (i) |
| | | | | Surviving | $0.00 | | | $0.00 | | $0.00 | |
| 2. | AMERICAN RING CO INC | * | 182353801017299 | Asserted | $43,407.46 | | | | | $43,407.46 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 3. | ARS ECOMMERCE, LLC | 20501 | 182353801017332 | Asserted | $0.00 | $121,500.00 | | | | $121,500.00 | (iii) |
| | | | | Surviving | $0.00 | $0.00 | | | $121,500.00 | $121,500.00 | |
| 4. | BANKS, LISA TURNER | 7684; 8329 | 182353801042831 | Asserted | $2,688.78 | | | $3,771.01 | | $6,459.79 | (i) |
| | | | | Surviving | $0.00 | | | $3,771.01 | | $3,771.01 | |
| 5. | C COWLES & COMPANY | * | 182353801016522 | Asserted | $6,842.40 | | | | | $6,842.40 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 6. | CHIEFTEX S.A. DE C.V. | 1625, 1792 | 182353801043176 | Asserted | $108,467.24 | | | | | $108,467.24 | (iii) |
| | | | | Surviving | $0.00 | | | | $108,467.24 | $108,467.24 | |
| 7. | CREATIVE CIRCLE, LLC | 26275 | N/A | Asserted | $26,894.76 | | | $95,565.50 | $22,579.63 | $145,039.89 | (iii)(vi) |
| | | | | Surviving | $0.00 | | | $0.00 | $145,039.89 | $145,039.89 | |
| 8. | DANECRAFT, INC. | 4638; 4699 | 182353801042866 | Asserted | $169,232.80 | | | | $70,104.93 | $239,337.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $70,104.93 | $70,104.93 | |
| 9. | DIAMOND COSMETICS INC | * | 182353801016597 | Asserted | $35,998.70 | | | | | $35,998.70 | (ii)(iii) |
| | | | | Surviving | $0.00 | | | | $35,412.41 | $35,412.41 | |
| 10. | FORD, VALERIA | * | 182353801042309 | Asserted | $200.00 | | | | | $200.00 | (i) |
| | | | | Surviving | $0.00 | | | | $200.00 | $200.00 | |
| 11. | GERBER CHILDRENSWEAR INC | 15232; 16077 | 182353801015673 | Asserted | $28,610.00 | | | | $261,117.43 | $289,727.43 | (ii) |
| | | | | Surviving | $5,726.00 | | | | $261,117.43 | $266,843.43 | |
| 12. | IDM INC | 16345; 16721; 16795 | 182353801015372 | Asserted | $25,425.00 | | | | $142,242.00 | $167,667.00 | (iii) |
| | | | | Surviving | $5,443.20 | | | | $50,445.80 | $55,889.00 | |
| 13. | JOSE SANTIAGO INC | 5116 | 182353801040377 | Asserted | $53,343.98 | | | | $294,190.30 | $347,534.28 | (iii) |
| | | | | Surviving | $50,924.98 | | | | $296,609.30 | $347,534.28 | |
| 14. | KOPKE, BARRY D | * | 182353801040395 | Asserted | $1,500.00 | | | | | $1,500.00 | (i) |
| | | | | Surviving | $0.00 | | | | $1,500.00 | $1,500.00 | |
| 15. | MANPOWERGROUP US INC. | 20534 | 182353801043369 | Asserted | | $117,579.66 | | | | $117,579.66 | (iv) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 16. | MICHLEY ELECTRONICS INC. | 13873; 13885 | 182353801041743 | Asserted | $10,497.60 | | | | $48,782.40 | $59,280.00 | (ii) |
| | | | | Surviving | $0.00 | | | | $48,782.40 | $48,782.40 | |
| 17. | MILBERG FACTORS INC | 8855; 8856 | 182353801019279 | Asserted | $104,360.84 | | | | | $104,360.84 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 18. | NORTHLAND MECHANICAL CONTRACTORS INC | * | 182353801042023 | Asserted | $18,037.29 | | | | | $18,037.29 | (iv) |
| | | | | Surviving | $9,923.29 | | | | | $9,923.29 | |
| 19. | OMEGA & DELTA CO, INC | * | 182353801040545 | Asserted | $9,974.55 | | | | | $9,974.55 | (iii) |
| | | | | Surviving | $0.00 | | | | $9,974.55 | $9,974.55 | |
| 20. | OXO INTERNATIONAL LTD | 9824; 10026; 13706; 13728; 13835 | 182353801019683 | Asserted | $813,167.75 | | | | $39,425.37 | $852,593.12 | (ii) |
| | | | | Surviving | $0.00 | | | | $13,141.79 | $13,141.79 | |
| 21. | PEGGS CO | 5135; 5162 | 182353801019752 | Asserted | $10,947.60 | | | | $22,873.61 | $33,821.21 | (iii) |
| | | | | Surviving | $0.00 | | | | $33,821.21 | $33,821.21 | |
| 22. | PHELPS INDUSTRIES LLC | * | 182353801019798 | Asserted | $100,000.00 | | | | | $100,000.00 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 23. | RAZOR USA LLC | 19159; 19170 | 182353801020055 | Asserted | $37,453.95 | | | | $1,443,909.78 | $1,481,363.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $1,443,909.78 | $1,443,909.78 | |
| 24. | RIZWAN, RUKHSANA | 12593 | 182353801020139 | Asserted | $4,398.70 | | | | | $4,398.70 | (i) |
| | | | | Surviving | $0.00 | | | | $4,398.70 | $4,398.70 | |
| 25. | RIZWAN, WAJEEHA | 1952 | 182353801021135 | Asserted | $2,905.76 | | | | | $2,905.76 | (i) |
| | | | | Surviving | $0.00 | | | | $2,905.76 | $2,905.76 | |
| 26. | S.C. JOHNSON & SON, INC. | 16384 | 182353801040688 | Asserted | $16,907.58 | | | | $6,471.30 | $23,378.88 | (ii) |
| | | | | Surviving | $73.06 | | | | $6,471.30 | $6,544.36 | |
| 27. | SHAGHAL, LTD. | 7035 | 182353801043366 | Asserted | $354,671.75 | $1,341,414.43 | | | | $1,696,086.18 | (ii)(iv) |
| | | | | Surviving | $4,092.40 | $1,341,414.43 | | | | $1,345,506.83 | |
| 28. | SPECTRUM BRANDS INC | 12057 | 182353801018857 | Asserted | $15,972.00 | | | | $307,343.17 | $323,315.17 | (ii) |
| | | | | Surviving | $9,124.50 | | | | $307,343.17 | $316,467.67 | |
| 29. | TRACFONE WIRELESS INC | 13461 | 182353801043374 | Asserted | $2,699.40 | $24,550.73 | | | $409,963.50 | $437,213.63 | (iv) |
| | | | | Surviving | $2,699.40 | $9,305.25 | | | $409,963.50 | $421,968.15 | |
| 30. | WORLD TECH TOYS INC | 5849; 14174 | 182353801021333 | Asserted | $45,708.00 | | | | $442,168.54 | $487,876.54 | (ii)(iii)(iv) |
| | | | | Surviving | $13,173.49 | | | | $442,415.04 | $455,588.53 | |

Debtors' Twenty first Omnibus Objection
Exhibit A

18-23538-rdd    Doc 9457    Filed 09/28/20    Entered 09/28/20 26:54:08    Main Document
Pg 62 of 200

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|

\* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administartive expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:

   (i)    supporting documentation indicates that the claims are non-Administrative Expense Claims;

   (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;

   (iii)  the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;

   (iv)  the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;

   (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

   (vi)  the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto* , entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");

   (vii)  associated contract or lease was assumed and assigned to Transform Holdco;

   (viii)  the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim

## **Exhibit C**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                          :        **Chapter 11**
                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,      :        **Case No. 18-23538 (RDD)**
                                               :
               **Debtors.**[1]                 :        **(Jointly Administered)**

----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM OR BALLOTS (RECLASSIFIED/DISALLOWED CLAIMS)

Upon the *Debtors' Twenty-First Omnibus Objection to Proofs of Claim (Reclassified/Disallowed Claims)*, filed September 14, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reclassifying and disallowing and expunging the Disputed Claims, and (ii) granting related relief, all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2]  Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having

been provided, and it appearing that no other or further notice need be provided in accordance with the

Amended Case Management Order; and such notice having been adequate and appropriate under the

circumstances, and it appearing that other or further notice need be provided; and the Bankruptcy Court

having held a hearing to consider the relief requested in the Objection on October 15, 2020 (the

"**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before the

Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth

in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors,

their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause

appearing therefor,

<p style="text-align:center"><strong>IT IS HEREBY ORDERED THAT</strong></p>

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

proof of claim or ballot listed on **Exhibit 1** and **Exhibit 2** (collectively the "**Disputed Claims**") is

reclassified or disallowed and expunged in the amounts set forth in the rows labeled "Surviving."

3.      Each Claim that lists $0.00 as the "Surviving" claim under the column "*Total

Claim*" in **Exhibit 1** and **Exhibit 2** shall be disallowed and expunged in its entirety.

4.      Nothing in this Order or in the Objection (i) constitutes any finding or determination

concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC

or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or

(ii) imposes any obligation on Transform to satisfy any of the Disputed Claims listed on **Exhibit 1** and

**Exhibit 2** annexed hereto, as to which all of Transform's rights and defenses are expressly reserved.

5.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

6.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

7.      The terms and conditions of this Order are effective immediately upon entry.


Dated:  _____, 2020
             White Plains, New York


_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**Non-Real Estate Claims**

Debtors' Twenty first Omnibus Objection
Exhibit 1

18-23538-rdd   Doc 9457   Filed 09/28/20   Entered 09/28/20 15:54:08   Main Document
Pg 730 of 2330

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADAMS, PATRICIA | 9124 | 182353801043204 | Asserted | $5,240.66 | | | $2,850.00 | | $8,090.66 | (i) |
| | | | | Surviving | $0.00 | | | $0.00 | | $0.00 | |
| 2. | AMERICAN RING CO INC | * | 182353801017299 | Asserted | $43,407.46 | | | | | $43,407.46 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 3. | ARS ECOMMERCE, LLC | 20501 | 182353801017332 | Asserted | $0.00 | $121,500.00 | | | | $121,500.00 | (iii) |
| | | | | Surviving | $0.00 | $0.00 | | | $121,500.00 | $121,500.00 | |
| 4. | BANKS, LISA TURNER | 7684; 8329 | 182353801042831 | Asserted | $2,688.78 | | | $3,771.01 | | $6,459.79 | (i) |
| | | | | Surviving | $0.00 | | | $3,771.01 | | $3,771.01 | |
| 5. | C COWLES & COMPANY | * | 182353801016522 | Asserted | $6,842.40 | | | | | $6,842.40 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 6. | CHIEFTEX S.A. DE C.V. | 1625, 1792 | 182353801043176 | Asserted | $108,467.24 | | | | | $108,467.24 | (iii) |
| | | | | Surviving | $0.00 | | | | $108,467.24 | $108,467.24 | |
| 7. | CREATIVE CIRCLE, LLC | 26275 | N/A | Asserted | $26,894.76 | | | $95,565.50 | $22,579.63 | $145,039.89 | (iii)(vi) |
| | | | | Surviving | $0.00 | | | $0.00 | $145,039.89 | $145,039.89 | |
| 8. | DANECRAFT, INC. | 4638; 4699 | 182353801042866 | Asserted | $169,232.80 | | | | $70,104.93 | $239,337.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $70,104.93 | $70,104.93 | |
| 9. | DIAMOND COSMETICS INC | * | 182353801016597 | Asserted | $35,998.70 | | | | | $35,998.70 | (ii)(iii) |
| | | | | Surviving | $0.00 | | | | $35,412.41 | $35,412.41 | |
| 10. | FORD, VALERIA | * | 182353801042309 | Asserted | $200.00 | | | | | $200.00 | (i) |
| | | | | Surviving | $0.00 | | | | $200.00 | $200.00 | |
| 11. | GERBER CHILDRENSWEAR INC | 15232; 16077 | 182353801015673 | Asserted | $28,610.00 | | | | $261,117.43 | $289,727.43 | (ii) |
| | | | | Surviving | $5,726.00 | | | | $261,117.43 | $266,843.43 | |
| 12. | IDM INC | 16345; 16721; 16795 | 182353801015372 | Asserted | $25,425.00 | | | | $142,242.00 | $167,667.00 | (iii) |
| | | | | Surviving | $5,443.20 | | | | $50,445.80 | $55,889.00 | |
| 13. | JOSE SANTIAGO INC | 5116 | 182353801040377 | Asserted | $53,343.98 | | | | $294,190.30 | $347,534.28 | (iii) |
| | | | | Surviving | $50,924.98 | | | | $296,609.30 | $347,534.28 | |
| 14. | KOPKE, BARRY D | * | 182353801040395 | Asserted | $1,500.00 | | | | | $1,500.00 | (i) |
| | | | | Surviving | $0.00 | | | | $1,500.00 | $1,500.00 | |
| 15. | MANPOWERGROUP US INC. | 20534 | 182353801043369 | Asserted | | $117,579.66 | | | | $117,579.66 | (iv) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 16. | MICHLEY ELECTRONICS INC. | 13873; 13885 | 182353801041743 | Asserted | $10,497.60 | | | | $48,782.40 | $59,280.00 | (ii) |
| | | | | Surviving | $0.00 | | | | $48,782.40 | $48,782.40 | |
| 17. | MILBERG FACTORS INC | 8855; 8856 | 182353801019279 | Asserted | $104,360.84 | | | | | $104,360.84 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 18. | NORTHLAND MECHANICAL CONTRACTORS INC | * | 182353801042023 | Asserted | $18,037.29 | | | | | $18,037.29 | (iv) |
| | | | | Surviving | $9,923.29 | | | | | $9,923.29 | |
| 19. | OMEGA & DELTA CO, INC | * | 182353801040545 | Asserted | $9,974.55 | | | | | $9,974.55 | (iii) |
| | | | | Surviving | $0.00 | | | | $9,974.55 | $9,974.55 | |
| 20. | OXO INTERNATIONAL LTD | 9824; 10026; 13706; 13728; 13835 | 182353801019683 | Asserted | $813,167.75 | | | | $39,425.37 | $852,593.12 | (ii) |
| | | | | Surviving | $0.00 | | | | $13,141.79 | $13,141.79 | |
| 21. | PEGGS CO | 5135; 5162 | 182353801019752 | Asserted | $10,947.60 | | | | $22,873.61 | $33,821.21 | (iii) |
| | | | | Surviving | $0.00 | | | | $33,821.21 | $33,821.21 | |
| 22. | PHELPS INDUSTRIES LLC | * | 182353801019798 | Asserted | $100,000.00 | | | | | $100,000.00 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 23. | RAZOR USA LLC | 19159; 19170 | 182353801020055 | Asserted | $37,453.95 | | | | $1,443,909.78 | $1,481,363.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $1,443,909.78 | $1,443,909.78 | |
| 24. | RIZWAN, RUKHSANA | 12593 | 182353801020139 | Asserted | $4,398.70 | | | | | $4,398.70 | (i) |
| | | | | Surviving | $0.00 | | | | $4,398.70 | $4,398.70 | |
| 25. | RIZWAN, WAJEEHA | 1952 | 182353801021135 | Asserted | $2,905.76 | | | | | $2,905.76 | (i) |
| | | | | Surviving | $0.00 | | | | $2,905.76 | $2,905.76 | |
| 26. | S.C. JOHNSON & SON, INC. | 16384 | 182353801040688 | Asserted | $16,907.58 | | | | $6,471.30 | $23,378.88 | (ii) |
| | | | | Surviving | $73.06 | | | | $6,471.30 | $6,544.36 | |
| 27. | SHAGHAL, LTD. | 7035 | 182353801043366 | Asserted | $354,671.75 | | $1,341,414.43 | | | $1,696,086.18 | (ii)(iv) |
| | | | | Surviving | $4,092.40 | | $1,341,414.43 | | | $1,345,506.83 | |
| 28. | SPECTRUM BRANDS INC | 12057 | 182353801018857 | Asserted | $15,972.00 | | | | $307,343.17 | $323,315.17 | (ii) |
| | | | | Surviving | $9,124.50 | | | | $307,343.17 | $316,467.67 | |
| 29. | TRACFONE WIRELESS INC | 13461 | 182353801043374 | Asserted | $2,699.40 | $24,550.73 | | | $409,963.50 | $437,213.63 | (iv) |
| | | | | Surviving | $2,699.40 | $9,305.25 | | | $409,963.50 | $421,968.15 | |
| 30. | WORLD TECH TOYS INC | 5849; 14174 | 182353801021333 | Asserted | $45,708.00 | | | | $442,168.54 | $487,876.54 | (ii)(iii)(iv) |
| | | | | Surviving | $13,173.49 | | | | $442,415.04 | $455,588.53 | |

Debtors' Twenty first Omnibus Objection
Exhibit 1

18-23538-rdd    Doc 9457    Filed 09/28/20    Entered 09/28/20 26:54:08    Main Document
Pg 71 of 200

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Reduced and Reclassified Claims** [1] | | | | | | |
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |

\* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administartive expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:

   (i)    supporting documentation indicates that the claims are non-Administrative Expense Claims;

   (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;

   (iii)  the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;

   (iv)  the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;

   (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

   (vi)  the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto* , entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");

   (vii)  associated contract or lease was assumed and assigned to Transform Holdco;

   (viii)  the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim

**<u>Exhibit F</u>**

Exhibit F

21st Omni Ex. 2 Service List

Served via first class mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 1011 RT 6 LLC | C/O DARLING REALTY LLC | ATTN: BENJAMIN HADAR | 27 EAST 21ST STREET | 6TH FLOOR | NEW YORK | NY | 10010 |
| 156 Tom Hill, LLC | c/o Wiles and Wiles, LLP | Victor W. Newmark, Esq. | 800 Kennesaw Avenue, Suite 400 | | Marietta | GA | 30060 |
| Brixmor Covington Gallery Owner, LLC (Brixmor Property Group, Inc.) t/a Govington Gallery, Convington, GA | Ballard Spahr LLP | c/o David L. Pollack, Esquire | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 |
| COMM 2006-C8 Shaw Avenue Clovis, LLC | Matthew I. Kramer, Esq. | Weinberg, Wheeler, Hudgins, Gunn & Dial,LLC | 2601 S. Bayshore Drive, Suite 1500 | | Miami | FL | 33181 |
| Continental 47 Fund Limited Partnership, a Wisconsin limited partnership | Continental Properties Company, Inc. | Attn: Legal Department | W134 N8675 Executive Parkway | | Menomonee Falls | WI | 53051 |
| Crickm Lafayette Trust | J. Ted Donovan, Esq. | Goldberg Weprin Finkel Goldstein LLP | 1501 Broadway, 22nd Floor | | New York | NY | 10036 |
| East Mesa Mall, LLC | Dustin P. Branch, Esq. | Ballard Spahr LLP | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067 |
| Elm Creek Real Estate LLC | Hayward & Associates PLLC | c/o Melissa Hayward | 10501 N. Central Expy., Ste. 106 | | Dallas | TX | 75231 |
| Elm Creek Real Estate LLC | Michael Montgomery | 4641 Nall Road | | | Dallas | TX | 75244 |
| Elm Creek Real Estate LLC | Michael Montgomery, Manager | 4641 Nall Road | | | Dallas | TX | 75244 |
| Florida Keys Aqueduct Authority | Attn: Robert T. Feldman, General Counsel | 1100 Kennedy Dr. | | | Key West | FL | 33040 |
| Rare Hospitality International Inc. | Arent Fox LLP | Attn: Andrew I. Silfen and Beth M. Brownstein | 1301 Avenue of the Americas, Floor 42 | | New York | NY | 10019 |
| Rare Hospitality International Inc. | Darden Restaurants, Inc. | Timothy C. Haughee | 1000 Darden Center Drive | | Orlando | FL | 32837 |
| Richardson Square, LLC | 180 East Broad Street | | | | Columbus | OH | 43215 |
| Richardson Square, LLC | Ronald E. Gold | Frost Brown Todd LLC | 301 East Fourth Street | | Cincinnati | OH | 45202 |
| Sand Springs, LLC | c/o The Langfan Company | Attn: Mark Langfan | 2100 South Ocean Blvd. #501N | | Palm Beach | FL | 33480 |
| TM Fairlane Center, L.P. | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | 2029 Century Park East, Suite 800 | | Los Angeles | CA | 90067-2909 |
| Valley Stream Green Acres LLC | Ballard Spahr LLP | Dustin P. Branch, Esq. | 2029 Century Park East, Suite 800 | | Los Angeles | CA | 90067-2909 |

**<u>Exhibit G</u>**

> **THIS OMNIBUS OBJECTION SEEKS TO REDUCE OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM OR SUBMITTED BALLOTS. PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS OR BALLOTS SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR CLAIM(S) OR BALLOT(S) ARE LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED THERETO, TO DETERMINE WHETHER THIS OMNIBUS OBJECTION AFFECTS THEIR CLAIM(S) OR BALLOT(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, NEECKAUN IRANI, ESQ., AT (650) 802-3019.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
In re                                    :        Chapter 11
                                         :
SEARS HOLDINGS CORPORATION, et al.,      :        Case No. 18-23538 (RDD)
                                         :
            Debtors.¹                    :        (Jointly Administered)
------------------------------------------------------- x
```

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF HEARING ON DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION
## TO PROOFS OF CLAIM OR BALLOTS (RECLASSIFIED/DISALLOWED CLAIMS)

**PLEASE TAKE NOTICE** that, on September 14, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-First Omnibus Objection to Proofs of Claim (Reclassified/Disallowed Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reclassify or disallow and expunge one or more proofs of claim (the "**Proofs of Claim**") or ballots (the "**Ballots**") listed on **Exhibit A** and **Exhibit B** annexed hereto, on the ground(s) that the Debtors have no liability under such Proof of Claim or Ballots because for such Proofs of Claim or Ballots: (i) supporting documentation indicates that the claims are non-Administrative Expense Claims; (ii) the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off; (iii) the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code; (iv) the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; (v) the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course; (vi) the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**"); (vii) associated contract or lease was assumed and assigned to Transform HoldCo; (viii) the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim.

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit C**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the reclassification or disallowance and expungement of a Proof of Claim or Ballot without further notice to the applicable Claimant(s).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the reclassification or disallowance and expungement of its applicable Proof(s) of Claim or Ballot(s) as listed on **Exhibit A** and **Exhibit B** annexed hereto, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the reclassification or disallowance and expungement of its applicable Proof(s) of Claim or Ballot(s) as listed on **Exhibit A** and **Exhibit B** annexed hereto, then Claimant MUST file with the Bankruptcy Court and serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **October 9, 2020, at 4:00 p.m. (prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys

2

practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following:  (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim or Ballot; (iii) a concise statement setting forth the reasons why the Proof of Claim or Ballot should not be reclassified or disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim or Ballot, to the extent not included with the Proof of Claim or Ballot previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim or Ballot; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim or Ballots on Claimant's behalf.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein.  A Response will be deemed timely filed, served, and received only if the original Response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable Robert D.  Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 15, 2020 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**").  If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim or Ballot(s) that are the subject of such Response.  If the Debtors do continue the Hearing with respect to such Proof(s) of Claim or Ballot(s), then the Hearing on the Objection with respect to such Proof(s) of Claim or Ballot(s) will be held at a later date.  If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim or Ballot(s), then a Hearing on the Objection will be conducted on the above date.

3

**PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection with respect to the Claims listed on **Exhibit A** and **Exhibit B** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit C** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if the Bankruptcy Court does NOT disallow and expunge the Proof(s) of Claim or Ballots listed on **Exhibit A** and **Exhibit B**, the Debtors retain the right to object on other grounds to the Proof(s) of Claim or Ballot(s) (or to any other Proof(s) of Claim or Ballot(s) Claimant may have filed) at a later date.  Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.  **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim or Ballot(s).**

Dated:  September 18, 2020
      New York, New York

                                           */s/  Garrett A. Fail*
                                           Ray C. Schrock, P.C.
                                           Jacqueline Marcus
                                           Garrett A. Fail
                                           Sunny Singh
                                           WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                       New York, New York  10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:  (212) 310-8007

                                       *Attorneys for Debtors*
                                       *and Debtors in Possession*

# Exhibit B

## Disputed Claims – Real Estate Claims

Debtors' Twenty first Omnibus Objection
Exhibit B

18-23538-rdd   Doc 9457   Filed 09/28/20   Entered 09/28/20 16:54:08   Main Document
Pg 80 of 200

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2] [3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1011 RT 6 LLC | 9983 | 182353801039879 | Asserted | $6,738.98 | | | | $6,738.98 | $13,477.96 | (viii) |
| | | | | Surviving | $0.00 | | | | $6,738.98 | $6,738.98 | |
| 2. | 156 TOM HILL, LLC | 15152 | 182353801013620 | Asserted | | $45,546.32 | | | | $45,546.32 | (viii) |
| | | | | Surviving | | $0.00 | | | $45,546.32 | $45,546.32 | |
| 3. | BRIXMOR COVINGTON GALLERY OWNER, LLC (BRIXMOR PROPERTY GROUP, INC.) T/A GOVINGTON GALLERY, CONVINGTON, GA | 17724 | 182353801013731 | Asserted | | $13,000.25 | | | | $13,000.25 | (viii) |
| | | | | Surviving | | $0.00 | | | $13,000.25 | $13,000.25 | |
| 4. | COMM 2006-C8 SHAW AVENUE CLOVIS, LLC | 14168 | 182353801018464 | Asserted | | $110,146.02 | | | | $110,146.02 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 5. | CONTINENTAL 47 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13919 | 182353801013548 | Asserted | | | | $8,538.30 | | $8,538.30 | (iv) |
| | | | | Surviving | | | | $0.00 | | $0.00 | |
| 6. | CRICKM LAFAYETTE TRUST | 19605 | 182353801018242 | Asserted | | $24,904.06 | | | $433,638.98 | $458,543.04 | (iv) |
| | | | | Surviving | | $0.00 | | | $433,638.98 | $433,638.98 | |
| 7. | EAST MESA MALL, LLC | 18145 | 182353801017861 | Asserted | | $5,038.61 | | | $12,500.00 | $17,538.61 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 8. | ELM CREEK REAL ESTATE LLC | * | 182353801043434 | Asserted | | $198,795.58 | | | | $198,795.58 | (viii) |
| | | | | Surviving | | $42,482.34 | | | $156,313.24 | $198,795.58 | |
| 9. | FLORIDA KEYS AQUEDUCT AUTHORITY | 7880 | 182353801022333 | Asserted | $5,269.95 | | | | | $5,269.95 | (viii) |
| | | | | Surviving | $0.00 | $1,098.04 | | | $4,171.91 | $5,269.95 | |
| 10. | RARE HOSPITALITY INTERNATIONAL INC. | 17416 | 182353801018501 | Asserted | | $30,000.00 | | | | $30,000.00 | (i) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 11. | RICHARDSON SQUARE, LLC | 15590 | 182353801017700 | Asserted | | $5,906.03 | | | | $5,906.03 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 12. | SAND SPRINGS, LLC | 14820 | 182353801013615 | Asserted | | $110,000.00 | | | $2,084,173.00 | $2,194,173.00 | (i) |
| | | | | Surviving | | $0.00 | | | $2,084,173.00 | $2,084,173.00 | |
| 13. | TM FAIRLANE CENTER, L.P. | 15169 | 182353801013621 | Asserted | | $33,031.01 | | | $12,500.00 | $45,531.01 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 14. | VALLEY STREAM GREEN ACRES LLC | 17408 | 182353801018500 | Asserted | | $212,408.30 | | | $710,180.51 | $922,588.81 | (vii) |
| | | | | Surviving | | $0.00 | | | $710,180.51 | $710,180.51 | |

* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administrative expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:

   (i)   supporting documentation indicates that the claims are non-Administrative Expense Claims;

   (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;

   (iii)   the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;

   (iv)   the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;

   (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

   (vi)   the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");

   (vii)   associated contract or lease was assumed and assigned to Transform Holdco;

   (viii)   the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                               :      Chapter 11
                                    :
SEARS HOLDINGS CORPORATION, et al., :      Case No. 18-23538 (RDD)
                                    :
              Debtors.¹             :      (Jointly Administered)
                                    :
-----------------------------------------------------------------x
```

**DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION**
**TO PROOFS OF CLAIM OR BALLOTS (RECLASSIFIED/DISALLOWED CLAIMS)**

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

THIS OMNIBUS OBJECTION SEEKS TO RECLASSIFY OR DISALLOW CERTAIN
FILED PROOFS OF CLAIM OR BALLOTS.  CLAIMANTS RECEIVING THIS
OMNIBUS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS OR
BALLOTS ON THE EXHIBIT ATTACHED TO THIS OMNIBUS OBJECTION.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE
DEBTORS' COUNSEL, NEECKAUN IRANI, ESQ., AT (650) 802-3019.

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession

in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in

support of this omnibus objection (the "**Objection**"):

## Background

1.     Beginning on October 15, 2018 (the "**Commencement Date**") and continuing

thereafter, each of the Debtors commenced with the United States Bankruptcy Court for the Southern

District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the

United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their

business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

2.     On October 24, 2018, the United States Trustee for Region 2 appointed an official

committee of unsecured creditors (the "**Creditors' Committee**").  No trustee or examiner has been

appointed in these chapter 11 cases.

3.     The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy

Rules**").

4.     On February 8, 2019, the Bankruptcy Court entered the *Order (I) Approving the*

*Asset Purchase Agreement* Among *Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors'*

2

*Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (ECF No. 2507), pursuant to which the Debtors sold substantially all their assets to Transform Holdco LLC ("**Transform**").

5.      On October 15, 2019, the Court confirmed the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5370).

6.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Disclosure Statement for Second Amended joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Disclosure Statement**") (ECF No. 4390).[2]

## Jurisdiction

7.      This Bankruptcy Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

8.      The Debtors file this Objection pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, seeking entry of an order reclassifying or disallowing and expunging the non-real estate Claims[3] listed on **Exhibit A** and the real estate Claims listed on **Exhibit B** (collectively the "**Disputed Claims**"), as set forth on **Exhibit A** and **Exhibit B,** both annexed hereto.

9.      The Debtors have examined each Disputed Claim, all documentation provided with respect to each Disputed Claim, and the Debtors' respective books and records, and have determined in

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Disclosure Statement.

[3] For purposes of this Objection, any reference to Claims also include any ballots submitted in connection with the Administrative Expense Claims Consent Program (as defined in the Confirmation Order).

each case the Disputed Claim asserts either administrative or priority claims against the Debtors for which

the Debtors have no liability, in whole or in part. Each of the Disputed Claims should be reclassified or

disallowed and expunged in accordance with **Exhibit A** and **Exhibit B** on one or more of the following

bases: (i) supporting documentation indicates that the claims are non-Administrative Expense Claims;

(ii) the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are

entitled to set off; (iii) the Debtors' books and records show that invoices for claims for 503(b)(9) priority

are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code; (iv) the

supporting documents provided by the Claimants are not supported by the Debtors' books and records, or

no supporting documents were provided for all or a portion of the Disputed Claim; (v) the basis for the

Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

(vi) the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to

File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676)

(the "**Bar Date Order**"); (vii) associated contract or lease was assumed and assigned to Transform;

(viii) the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and

therefore the claim is reclassified to general unsecured claim.

   10.  The Debtors, therefore, request that the Disputed Claims be reclassified or

disallowed and expunged to the extent set forth on **Exhibit A** and **Exhibit B**. A proposed form of order

granting the relief requested herein is annexed hereto as **Exhibit C** (the "**Proposed Order**").

### The Disputed Claims Should Be Reduced or Reclassified

   11.  A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."

11 U.S.C. § 502(a). Upon an objection, the claimant has the burden to demonstrate the validity of the

claim. *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016

WL, 796860, at *9 (S.D.N.Y. 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL

6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R.

814, 817 (S.D.N.Y. 2014); *In re Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at *3

(S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09

Civ. 2229 (DC), 2010 WL 234827, at *5 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch.

11 Case No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller

Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim

may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the

debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  Further, Bankruptcy Rule 3007(d)

permits a debtor to file objections to more than one claim on the basis that, among other things, such

claims "have been amended by subsequently filed proofs of claim." Fed. R. Bankr. P. 3007(d)(3).

13.     In addition, a Claimant asserting an administrative expense claim priority bears the

burden of establishing their entitlement to such priority. *See, e.g.*, *In re Bethlehem Steel Corp.*, 479 F.3d

167, 172 (2d Cir. 2007) ("The burden of proving entitlement to priority payment as an administrative

expense . . . rests with the party requesting it."); *In re Drexel Burnham Lambert Grp. Inc.*, 134 B.R. 482,

489 (Bankr. S.D.N.Y. 1991) ("The burden of establishing entitlement to priority rests with the claimant

and should only be granted under extraordinary circumstances, to wit, when the parties seeking priority

have sustained their burden of demonstrating that their services are actual and necessary to preserve the

estate.") (quotation omitted).

14.     As set forth above, certain of the Disputed Claims seek recovery for amounts for

which the Debtors are not liable, either in whole or in part.  Additionally, certain other of the Disputed

Claims improperly assert that such Disputed Claims are entitled to administrative expense priority under

section 503(b) of the Bankruptcy Code.  Such claims are routinely reduced and/or reclassified when

unsupported or as otherwise appropriate. *See, e.g.*, *In re RDA Holding Co.*, Case No. 13-22233 (RDD)

(Sep. 18, 2013) (ECF No. 699) (ECF No. 10331) (disallowing and expunging entirely no liability claims);

*In re The Great Atl. & Pac. Tea Co., Inc.*, Case No. 15-23007 (RDD) (Aug. 26, 2016) (ECF No. 3132) (same); *In re Tops Holding II Corp.*, Case No. 18-22279 (RDD) (Apr. 26, 2019) (ECF No. 911) (same). Further, this Bankruptcy Court routinely disallows and expunges claims for which no supporting documentation has been submitted by the claimant. *See, e.g.*, *In re Breitburn Energy Partners LP*, Case No. 16-11390 (SMB) (Apr. 11, 2017) (ECF No. 1164) (disallowing and expunging claims without sufficient documentation); *In re Chassix Holdings, Inc.*, Case No. 15-10578 (MEW) (Apr. 21, 2016) (ECF No. 478) (same); *see* Bar Date Order at 6(d) ("Proofs of Claim must . . . include supporting documentation . . .").

15.     The Debtors have reviewed the Disputed Claims, all documents furnished by the claimants with respect to the Disputed Claims, and the Debtors' books and records, and have determined that each Disputed Claim, asserts a claim for which the Debtors have no corresponding liability.

16.     Therefore, the Debtors are not liable for the Disputed Claims. To ensure that the claims register is accurate, and to avoid the possibility of improper recovery against the Debtors' estates, the Debtors request that the Court reclassify or disallow and expunge the Disputed Claims as set forth on **Exhibit A** and **Exhibit B**.

### **Reservation of Rights**

17.     The Debtors hereby reserve the right to object in the future to any of the Disputed Claim subject to this Objection on any ground, and to amend, modify, and/or supplement this Objection to the extent an objection to a claim is not granted.  A separate notice and hearing will be scheduled for any such objection.

### **Notice**

18.     Notice of this Objection has been provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on

November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully

submit that no further notice is required.

19.    No previous request for the relief sought herein has been made by the Debtors to

this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the

relief requested herein and such other and further relief as is just.

Dated:  September 18, 2020
          New York, New York

*/s/  Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

## **Exhibit B**

### **Real Estate Claims**

Debtors' Twenty first Omnibus Objection
Exhibit B

**18-23538-rdd   Doc 9457   Filed 09/28/20   Entered 09/28/20 15:54:08   Main Document**
Pg 89 of 200

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2 3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1011 RT 6 LLC | 9983 | 182353801039879 | Asserted | $6,738.98 | | | | $6,738.98 | $13,477.96 | (viii) |
| | | | | Surviving | $0.00 | | | | $6,738.98 | $6,738.98 | |
| 2. | 156 TOM HILL, LLC | 15152 | 182353801013620 | Asserted | | $45,546.32 | | | | $45,546.32 | (viii) |
| | | | | Surviving | | $0.00 | | | $45,546.32 | $45,546.32 | |
| 3. | BRIXMOR COVINGTON GALLERY OWNER, LLC (BRIXMOR PROPERTY GROUP, INC.) T/A GOVINGTON GALLERY, CONVINGTON, GA | 17724 | 182353801013731 | Asserted | | $13,000.25 | | | | $13,000.25 | (viii) |
| | | | | Surviving | | $0.00 | | | $13,000.25 | $13,000.25 | |
| 4. | COMM 2006-C8 SHAW AVENUE CLOVIS, LLC | 14168 | 182353801018464 | Asserted | | $110,146.02 | | | | $110,146.02 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 5. | CONTINENTAL 47 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13919 | 182353801013548 | Asserted | | | | $8,538.30 | | $8,538.30 | (iv) |
| | | | | Surviving | | | | $0.00 | | $0.00 | |
| 6. | CRICKM LAFAYETTE TRUST | 19605 | 182353801018242 | Asserted | | $24,904.06 | | | $433,638.98 | $458,543.04 | (iv) |
| | | | | Surviving | | $0.00 | | | $433,638.98 | $433,638.98 | |
| 7. | EAST MESA MALL, LLC | 18145 | 182353801017861 | Asserted | | $5,038.61 | | | $12,500.00 | $17,538.61 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 8. | ELM CREEK REAL ESTATE LLC | * | 182353801043434 | Asserted | | $198,795.58 | | | | $198,795.58 | (viii) |
| | | | | Surviving | | $42,482.34 | | | $156,313.24 | $198,795.58 | |
| 9. | FLORIDA KEYS AQUEDUCT AUTHORITY | 7880 | 182353801022333 | Asserted | $5,269.95 | | | | | $5,269.95 | (viii) |
| | | | | Surviving | $0.00 | $1,098.04 | | | $4,171.91 | $5,269.95 | |
| 10. | RARE HOSPITALITY INTERNATIONAL INC. | 17416 | 182353801018501 | Asserted | | $30,000.00 | | | | $30,000.00 | (i) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 11. | RICHARDSON SQUARE, LLC | 15590 | 182353801017700 | Asserted | | $5,906.03 | | | | $5,906.03 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 12. | SAND SPRINGS, LLC | 14820 | 182353801013615 | Asserted | | $110,000.00 | | | $2,084,173.00 | $2,194,173.00 | (i) |
| | | | | Surviving | | $0.00 | | | $2,084,173.00 | $2,084,173.00 | |
| 13. | TM FAIRLANE CENTER, L.P. | 15169 | 182353801013621 | Asserted | | $33,031.01 | | | $12,500.00 | $45,531.01 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 14. | VALLEY STREAM GREEN ACRES LLC | 17408 | 182353801018500 | Asserted | | $212,408.30 | | | $710,180.51 | $922,588.81 | (vii) |
| | | | | Surviving | | $0.00 | | | $710,180.51 | $710,180.51 | |

\* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administrative expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:

   (i)   supporting documentation indicates that the claims are non-Administrative Expense Claims;

   (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;

   (iii)   the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;

   (iv)   the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;

   (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

   (vi)   the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");

  (vii)   associated contract or lease was assumed and assigned to Transform Holdco;

  (viii)   the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim

## **Exhibit C**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                       :        **Chapter 11**
                                            :
**SEARS HOLDINGS CORPORATION**, *et al*.,   :        **Case No. 18-23538 (RDD)**
                                            :
        **Debtors.**[1]                     :        **(Jointly Administered)**
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM OR BALLOTS (RECLASSIFIED/DISALLOWED CLAIMS)

Upon the *Debtors' Twenty-First Omnibus Objection to Proofs of Claim (Reclassified/Disallowed Claims)*, filed September 14, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reclassifying and disallowing and expunging the Disputed Claims, and (ii) granting related relief, all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having

been provided, and it appearing that no other or further notice need be provided in accordance with the

Amended Case Management Order; and such notice having been adequate and appropriate under the

circumstances, and it appearing that other or further notice need be provided; and the Bankruptcy Court

having held a hearing to consider the relief requested in the Objection on October 15, 2020 (the

"**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before the

Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth

in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors,

their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause

appearing therefor,

## IT IS HEREBY ORDERED THAT

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

proof of claim or ballot listed on **Exhibit 1** and **Exhibit 2** (collectively the "**Disputed Claims**") is

reclassified or disallowed and expunged in the amounts set forth in the rows labeled "Surviving."

3.      Each Claim that lists $0.00 as the "Surviving" claim under the column "*Total

Claim*" in **Exhibit 1** and **Exhibit 2** shall be disallowed and expunged in its entirety.

4.      Nothing in this Order or in the Objection (i) constitutes any finding or determination

concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC

or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or

(ii) imposes any obligation on Transform to satisfy any of the Disputed Claims listed on **Exhibit 1** and

**Exhibit 2** annexed hereto, as to which all of Transform's rights and defenses are expressly reserved.

5.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

6.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

7.      The terms and conditions of this Order are effective immediately upon entry.

Dated:    _____, 2020
          White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 2**

**Real Estate Claims**

Debtors' Twenty first Omnibus Objection
Exhibit 2

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1011 RT 6 LLC | 9983 | 182353801039879 | Asserted | $6,738.98 | | | | $6,738.98 | $13,477.96 | (viii) |
| | | | | Surviving | $0.00 | | | | $6,738.98 | $6,738.98 | |
| 2. | 156 TOM HILL, LLC | 15152 | 182353801013620 | Asserted | | $45,546.32 | | | | $45,546.32 | (viii) |
| | | | | Surviving | | $0.00 | | | $45,546.32 | $45,546.32 | |
| 3. | BRIXMOR COVINGTON GALLERY OWNER, LLC (BRIXMOR PROPERTY GROUP, INC.) T/A GOVINGTON GALLERY, CONVINGTON, GA | 17724 | 182353801013731 | Asserted | | $13,000.25 | | | | $13,000.25 | (viii) |
| | | | | Surviving | | $0.00 | | | $13,000.25 | $13,000.25 | |
| 4. | COMM 2006-C8 SHAW AVENUE CLOVIS, LLC | 14168 | 182353801018464 | Asserted | | $110,146.02 | | | | $110,146.02 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 5. | CONTINENTAL 47 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13919 | 182353801013548 | Asserted | | | $8,538.30 | | | $8,538.30 | (iv) |
| | | | | Surviving | | | $0.00 | | | $0.00 | |
| 6. | CRICKM LAFAYETTE TRUST | 19605 | 182353801018242 | Asserted | | $24,904.06 | | | $433,638.98 | $458,543.04 | (iv) |
| | | | | Surviving | | $0.00 | | | $433,638.98 | $433,638.98 | |
| 7. | EAST MESA MALL, LLC | 18145 | 182353801017861 | Asserted | | $5,038.61 | | | $12,500.00 | $17,538.61 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 8. | ELM CREEK REAL ESTATE LLC | * | 182353801043434 | Asserted | | $198,795.58 | | | | $198,795.58 | (viii) |
| | | | | Surviving | | $42,482.34 | | | $156,313.24 | $198,795.58 | |
| 9. | FLORIDA KEYS AQUEDUCT AUTHORITY | 7880 | 182353801022333 | Asserted | $5,269.95 | | | | | $5,269.95 | (viii) |
| | | | | Surviving | $0.00 | $1,098.04 | | | $4,171.91 | $5,269.95 | |
| 10. | RARE HOSPITALITY INTERNATIONAL INC. | 17416 | 182353801018501 | Asserted | | $30,000.00 | | | | $30,000.00 | (i) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 11. | RICHARDSON SQUARE, LLC | 15590 | 182353801017700 | Asserted | | $5,906.03 | | | | $5,906.03 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 12. | SAND SPRINGS, LLC | 14820 | 182353801013615 | Asserted | | $110,000.00 | | | $2,084,173.00 | $2,194,173.00 | (i) |
| | | | | Surviving | | $0.00 | | | $2,084,173.00 | $2,084,173.00 | |
| 13. | TM FAIRLANE CENTER, L.P. | 15169 | 182353801013621 | Asserted | | $33,031.01 | | | $12,500.00 | $45,531.01 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 14. | VALLEY STREAM GREEN ACRES LLC | 17408 | 182353801018500 | Asserted | | $212,408.30 | | | $710,180.51 | $922,588.81 | (vii) |
| | | | | Surviving | | $0.00 | | | $710,180.51 | $710,180.51 | |

\* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administrative expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:

   (i)   supporting documentation indicates that the claims are non-Administrative Expense Claims;

   (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;

   (iii)   the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;

   (iv)   the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;

   (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;

   (vi)   the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");

   (vii)   associated contract or lease was assumed and assigned to Transform Holdco;

   (viii)   the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim

## Exhibit H

Exhibit H

22nd Omni Ex. 1 Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| ADRIAN CITY SUMMER | 135 EAST MAUMEE STREET | | | | ADRIAN | MI | 49221 |
| Anderson County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Anderson County, Texas | The County of Anderson, Texas | P.O. Drawer 1990 | | | Palestine | TX | 75802-1990 |
| Atascosa County | 1001 Oak St | | | | Jourdanton | TX | 78026-2849 |
| Atascosa County | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | San Antonio | TX | 78205 |
| Atlanta ISD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Bell County Tax Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Bell County Tax Appraisal District | Tax Appraisal District of Bell County | P.O. Box 390 | | | Belton | TX | 76513-0390 |
| Benton County Treasurer | Benton County Prosecuting Attorney | 7122 West Okanogan Place, Building A | | | Kennewick | WA | 99336 |
| Benton County Treasurer | PO Box 630 | | | | Prosser | WA | 99350 |
| Bexar County | Linebarger Goggan Blair & Sampson LLP | 2777 N Stemmons Freeway Suite 1000 | | | Dallas | TX | 75207 |
| Bexar County | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street, Ste 300 | | | San Antonio | TX | 78205 |
| Bexar County | Tax Assessor Collector | 233 N Pecos LA Trinidad | | | San Antonio | TX | 78207 |
| Blanco CAD | Address on file | | | | | | |
| Bowie Central Appraisal District | c/o McCreary, Veselka, Bragg & Allen, P.C | Attn: Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680-1269 |
| Bowie Central Appraisal District | PO Box 1269 | | | | Round Rock | TX | 78680-1269 |
| Box Butte County Treasurer | Covalt Law Firm | Victor E Covalt III | 3124 Kucera Dr | | Lincoln | NE | 58502-5736 |
| Box Butte County Treasurer | PO Box 655 | | | | Alliance | NE | 69301 |
| Box Butte County Treasurer | Victor E. Covalt III | 3124 Kucera Dr. | | | Lincoln | NE | 68502 |
| BROWARD COUNTY | ANGELA JEANETTE WALLACE | GOVERNMENT CENTER | 115 SOUTH ANDREWS AVENUE | RM. 423 | FORT LAUDERDALE | FL | 33301 |
| Broward County | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Avenue, A-100 | | Ft Lauderdale | FL | 33301 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| BROWARD COUNTY | C/O RECORDS, TAXES & TREASURY | ATTN: BANKRUPTCY SECTION | 115 S ANDREWS AVE | RM A-100 | FORT LAUDERDALE | FL | 33301 |
|---|---|---|---|---|---|---|---|
| Broward County | Mark A. Journey | Senior Assistant County Attorney | Broward County Attorney's Office | 115 S. Andrews Ave. Rm. 423 | Ft. Lauderdale | FL | 33301 |
| Brown CAD | 403 Fisk Ave | | | | Brownwood | TX | 76801-2929 |
| Brown CAD | Tara LeDay | McCreary, Veselka, Bragg & Allen, P.C. | P.O. Box 1269 | | Round Rock | TX | 78680-1269 |
| Brown County Appraisal District | 403 Fisk Ave | | | | Brownwood | TX | 76801-2929 |
| Brown County Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Calcasieu Parish Sheriff & Tax Collector | PO Box 1787 | | | | Lake Charles | LA | 70602 |
| Calvert County, Maryland | Meyers, Rodbell & Robinson, P.A. | 6801 Kenilworth Ave., Ste 400 | | | Riverdale Park | MD | 20737 |
| Cherokee CAD | Cherokee County Appraisal District | PO Box 494 | | | Rusk | TX | 75785-0494 |
| Cherokee CAD | Tara LeDay | McCreary, Veselka, Bragg & Allen, PC | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Cherokee County CAD | Cherokee County Appraisal District | PO Box 494 | | | Rusk | TX | 75785-0494 |
| Cherokee County CAD | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| City of Atlanta | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| City of Chattanooga | Keith J. Reisman | 100 E 11th St Suite 200 | | | Chattanooga | TN | 37402 |
| City of Chattanooga | Taxes | 101 E 11th St Room 100 | | | Chattanooga | TN | 37402 |
| City of Cleburne | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| City of Cudahy | 5050 S. Lake Dr. | | | | Cudahy | WI | 53110 |
| City of Del Rio | 109 W Broadway | | | | Del Rio | TX | 78840 |
| City of Del Rio | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street. Ste 300 | | | San Antonio | TX | 78205 |
| City of Eagle Pass | 100 S Monroe | | | | Eagle Pass | TX | 78852 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| City of Eagle Pass | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 711 Navarro Street, Suite 300 | | San Antonio | TX | 78205 |
| City of El Paso | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | San Antonio | TX | 78205 |
| City of El Paso | Linebarger Goggan Blair & Sampson,LLP | Don Stecker | 711 Navarro, Ste. 300 | | San Antonio | TX | 78205 |
| City of El Paso | P.O. Box 2992 | | | | El Paso | TX | 79999-2992 |
| City of Garland | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | Suite 640 | Arlington | TX | 76010 |
| City of Grapevine | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| City of Hampton Treasurer's Office | Arminda R Wiley | Delinquent Tax Coordinator, Deptuy II | 1 Franklin Street, Suite 100 | | Hampton | VA | 23669 |
| City of Hampton Treasurer's Office | PO Box 636 | | | | Hampton | VA | 23669 |
| City Of Laredo Tax Dept. | c/o Flores, Flores & Canales, PLLC | Christina Flores | 5517 McPherson Rd., Ste. 14 | | Laredo | TX | 78041 |
| City Of Laredo Tax Dept. | P.O. Box 6548 | | | | Laredo | TX | 78042-6548 |
| City of McAllen | c/o Diane W. Sanders | P.O. Box 17428 | | | Austin | TX | 78760 |
| City of McAllen | Diane W. Sanders | P.O. Box 17428 | | | Austin | TX | 78760 |
| City of McAllen | Linebarger Goggan Blair & Sampson,LLP | Diane W. Sanders | P.O. Box 17428 | | Austin | TX | 78760 |
| City of Mesquite and Mesquite Independent School District | c/o Law Office of Gary A. Grimes, P.C. | Attn: Gary Allmon Grimes | 120 West Main, Suite 201 | | Mesquite | TX | 75149 |
| City of Mesquite and Mesquite Independent School District | Schuerenberg & Grimes, P.C. | Gary Allmon Grimes, Attorney | 120 West Main, Suite 201 | | Mesquite | TX | 75149 |
| City of Mineral Wells | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| City Of Pleasanton | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | San Antonio | TX | 78205 |
| City Of Pleasanton | P.O. Box 209 | | | | Pleasanton | TX | 78064 |
| City of Roanoke Treasurer | PO Box 1451 | | | | Roanoke | VA | 24007 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| City of Stephenville | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| City of Waco and/or Waco Independent School District | c/o McCreary Law Firm | PO Box 1669 | | | Waco | TX | 76703-1669 |
| City of Waco and/or Waco Independent School District | McCreary, Veselka, Bragg & Allen, PC | Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| City of Waco and/or Waco Independent School District | Tara LeDay | McCreary, Veselka, Bragg & Allen, PC | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| City of Weslaco | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | P.O. Box 2916 | | | McAllen | TX | 78502 |
| City of Weslaco | Perdue, Brandon, Fielder, Collins & Mott, LLP | c/o John T. Banks | 3301 Northland Drive, Suite 505 | | Austin | TX | 78731 |
| Clark County Assessor | Address on file | | | | | | |
| Cleburne Independent School District | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | Suite 640 | Arlington | TX | 76010 |
| Cleveland ISD | Liberty County | PO Box 1810 | | | Liberty | TX | 77575 |
| Cleveland ISD | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Collin County Tax Assessor/ Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | 1700 Redbud Blvd., Suite 300 | | | McKinney | TX | 75069 |
| Collin County Tax Assessor/ Collector | P.O. Box 8046 | | | | McKinney | TX | 75070 |
| County of San Bernardino | Office of the Tax Collector | 268 West Hospitality Lane, 1st Floor | | | San Bernardino | CA | 92415 |
| County of San Luis Obispo Tax Collector | Address on file | | | | | | |
| Crowley Independent School District | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Cypress - Fairbanks ISD | 10494 Jones Rd Rm 106 | | | | Houston | TX | 77065 |
| Cypress - Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 |
| Cypress-Fairbanks ISD | 10494 Jones Rd, Suite 106 | | | | Houston | TX | 77065 |
| Cypress-Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller, Laurie A Spindler | 2777 N. Stemmons Freeway | Ste 1000 | | Dallas | TX | 75207 |
| Dallas County | Elizabeth Weller | Laurie A Spindler | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway Suite 1000 | | Dallas | TX | 75207 |
| Denton County, Texas | McCreary, Veselka, Bragg & Allen PC | Tara LeDay | PO Box 1269 | | | Round Rock | TX | 78680-1269 |
| Denton County, Texas | PO Box 1277 | | | | | Denton | TX | 76202-1277 |
| Eagle Pass ISD | 1420 Eidson Rd | | | | | Eagle Pass | TX | 78852 |
| Eagle Pass ISD | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | | San Antonio | TX | 78205 |
| Eagle Pass ISD | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 711 Navarro, Suite 300 | | | San Antonio | TX | 78205 |
| El Dorado County Tax Collector | PO Box 678002 | | | | | Placerville | CA | 95667-8002 |
| El Dorado County Tax Collector | W. Quillen | Deputy Tax Collector | 360 Fair Lane | | | Placerville | CA | 95667 |
| Ellis County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | | Dallas | TX | 75207 |
| Erath County, Texas | County of Erath | 320 W. College | | | | Stephenville | TX | 76401-4218 |
| Erath County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | | Round Rock | TX | 78680-1269 |
| Fayette County | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Drive, Ste 505 | | | Austin | TX | 78731 |
| Fayette County | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | PO Box 836 | | | | La Grange | TX | 78945 |
| Forrest "Butch" Freeman Oklahoma County Treasurer | 320 Robert S. Kerr, Rm 307 | | | | | Oklahoma City | OK | 73102 |
| Forsyth County Tax Collector | 201 North Chestnut Street | | | | | Winston Salem | NC | 27102 |
| Fort Bend County | 1317 Eugene Heimann Circle | | | | | Richmond | TX | 77469 |
| Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 |
| Franklin County Treasurer-RE | 373 S High St | 17th Floor | | | | Columbus | OH | 43215-6306 |
| Fresno County Tax Collector | PO Box 1192 | | | | | Fresno | CA | 93715-1192 |
| Galveston County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Galveston County | PO Box 1169 | | | | Galveston | TX | 77553 |
| Garfield County | 114 W Broadway | Room 104 | | | Enid | OK | 73701 |
| Garland Independent School District | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Grapevine-Colleyville Independent School District | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Gray County | C/O Perdue, Brandon Fielder, Collins & Mott L.L.P. | | | | Amarillo | TX | 79105-9132 |
| Gray County | D'Layne Carter | P.O. Box 9132 | | | Amarillo | TX | 79105-9132 |
| HARRIS COUNTY, ET AL | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | JOHN P. DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 |
| HARRIS COUNTY, ET AL | PO BOX 3547 | | | | HOUSTON | TX | 77253-3547 |
| Harrision CAD | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Harrision CAD | PO Box 1269 | | | | Round Rock | TX | 78680-1269 |
| Harrison County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Harrison County, Texas | PO Box 967 | | | | Marshall | TX | 75671-0967 |
| Hays County, Texas | 712 S. Stagecoach Trail, Ste 1120 | | | | San Marcos | TX | 78666-6073 |
| Hays County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| HENDERSON COUNTY | 20 NORTH MAIN STREET SUITE 201 | | | | HENDERSON | KY | 42420 |
| HENDERSON COUNTY | HENDERSON COUNTY CLERK | 20 N MAIN STREET, SUITE 206 | | | HENDERSON | KY | 42420 |
| Henderson County, Texas | c/o McCreary Law Firm | PO Box 669 | | | Athens | TX | 75751-0669 |
| Henderson County, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Hennepin County Treasurer | Christina Gleason | A600 Government Center | 300 S 6th Street | | Minneapolis | MN | 55487 |
| Hidalgo County | Diane W. Sanders | P.O. Box 17428 | | | Austin | TX | 78760 |
| Hood CAD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Hopkins County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jasper County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | PO Box 3064 | | Houston | TX | 77253 |
| Jasper County | PO Box 1970 | | | | Jasper | TX | 75951 |
| Jim Wells CAD | Diane W. Sanders | P.O. Box 17428 | | | Austin | TX | 78760 |
| Jim Wells CAD | Jim Wells Cad County c/o Diane W. Sanders | P.O Box 17428 | | | Austin | TX | 78760 |
| Jim Wells CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760 |
| Johnson County | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Kendall County | 118 Market Avenue | | | | Boerne | TX | 78006 |
| Kendall County | Perdue, Brandon, Fielder, Collins & Mott, LLP | c/o John T. Banks | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 |
| Kern County Treasurer Tax Collector | P.O. Box 579 | | | | Bakersfield | CA | 93302-0579 |
| Kerr County | 700 Main Street, Suite 124 | | | | Kerrville | TX | 78028 |
| Kerr County | Perdue, Brandon, Fielder, Collins & Mott, LLP | John T. Banks | 3301 Northland Drive, Suite 505 | | Austin | TX | 78731 |
| KING COUNTY TREASURY | 500 4TH AVE | ROOM 600 | | | SEATTLE | WA | 98104-2340 |
| Knox County Trustee | PO Box 70 | | | | Knoxville | TN | 37901-0070 |
| LAKE COUNTY TAX COLLECTOR | PO BOX 327 | | | | TAVARES | FL | 32778 |
| Lewis County Treasurer | PO Box 509 | | | | Chehalis | WA | 98532-0509 |
| Maricopa County Treasurer | Attn: Desi Ramirez/Maria Quitangon | 301 W. Jefferson, Suite 100 | | | Phoenix | AZ | 85003 |
| Maricopa County Treasurer | Peter Muthig | Maricopa County Attorney's Office | Civil Services Division | 225 W. Madison Street | Phoenix | AZ | 85003 |
| MARION COUNTY | PO BOX 6145 | | | | INDIANAPOLIS | IN | 46206-6145 |
| MARION COUNTY | TREASURER | 200 E WASHINGTON ST, STE 1041 | | | INDIANAPOLIS | IN | 46204 |
| Marion County Tax Collector | PO Box 2511 | | | | Salem | OR | 97308 |
| Marion County Tax Collector | PO Box 970 | | | | Ocala | FL | 34478-0970 |
| Matagorda County | 1700 7th St Rm 203 | | | | Bay City | TX | 77414-5091 |
| Matagorda County | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MESA COUNTY TREASURER | 544 ROOD AVE - 1ST FLOOR | | | | GRAND JUNCTION | CO | 81501 |
| MESA COUNTY TREASURER | DEPT 5027 PO 20,000 | | | | GRAND JUNCTION | CO | 81502 |
| Metropolitan Government of Nashville & Davidson County Tennesse | Metro Nashville  Legal Department | Post Office  Box 196300 | | | Nashville | TN | 37219 |
| Metropolitan Government of Nashville & Davidson County Tennesse | Metropolitan Nashville & Davidson Co.Trustee | Post Office Box 196358 | | | Nashville | TN | 37219 |
| Metropolitan Government of Nashville & Davidson County Tennessee | Metro Nashville Legal Department | Post Office Box 196300 | | | Nashville | TN | 37219 |
| Metropolitan Government of Nashville & Davidson County Tennessee | Metropolitan Nashville & Davidson Co. Trustee | Post Office Box 196358 | | | Nashville | TN | 37219 |
| Metropolitan Government of Nashville & Davidson County Tennessee | Metropolitan Nashville & Davidson Co. Trustee | Post Ofice Box 196358 | | | Nashville | TN | 37219 |
| Metropolitan Government of Nashville & Davidson County Tennessee | Post Office Box 196300 | | | | Nashville | TN | 37219 |
| Mexia Independent School District | Limestone Co. Tax Office | PO Box 539 | | | Groesbeck | TX | 76642-0539 |
| Mexia Independent School District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Midland Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Midland Central Appraisal District | P. O. Box 908002 | | | | Midland | TX | 79708-0002 |
| Mineola Independent School District | c/o Tab Beall | Perdue Brandon Fielder Collins & Mott | PO Box 2007 | | Tyler | TX | 75710-2007 |
| Mineral Wells Independent School District | Perdue Brandon Fielder et al | Attn: Ebony Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Montgomery County | 400 N. San Jacinto | | | | Conroe | TX | 77301 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Montgomery County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Multnomah County-DART | Allison Wellman, Registered Agent | 501 SE Hawthorne Blvd. Ste 175 | | | Portland | OR | 97214 |
| Multnomah County-DART | P.O. Box 2716 | | | | Portland | OR | 97208 |
| Nacogdoches County, et al. | c/o Perdue Brandon Fielder Collins & Mott | Attn: Tab Beall | PO Box 2007 | | Tyler | TX | 75710-2007 |
| Navarro County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Freeway Suite 1000 | Dallas | TX | 75207 |
| Nolan County | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Nueces County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760 |
| Palm Beach County Tax Collector | Attn: Legal Services Department | P.O. Box 3715 | | | West Palm Beach | FL | 33402-3715 |
| PALO PINTO COUNTY | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | ARLINGTON | TX | 76010 |
| Pasadena Independent School District | Dexter D. Joyner - Attorney at Law | 4701 Preston Avenue | | | Pasadena | TX | 77505 |
| Pasadena Independent School District | PO Box 1318 | | | | Pasadena | TX | 77501 |
| Pecos County | 200 S Nelson | | | | Fort Stockton | TX | 79735 |
| Pecos County | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | San Antonio | TX | 78205 |
| PEUBLO COUNTY TREASURER | 215 W.10TH ST ROOM #110 | | | | PUEBLO | CO | 81003 |
| Pierce County Finance | Address on file | | | | | | |
| Platte County Collector (DCN-790 (B)) | Merrick Baker & Strauss, P.C. | Bruce E. Strauss | 1044 Main Street, Suite 500 | | Kansas City | MO | 64105 |
| Platte County Collector (DCN-790 (B)) | Platte County Collector of Revene | 415 Third Street, Room 212 | | | Platte City | MO | 64079 |
| Polk County | 416 N. Washington Ave | | | | Livingston | TX | 77531 |
| Polk County | Linebarger Goggan Blair & Sampson,LLP | John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| POPE COUNTY TAX COLLECTOR | 100 WEST MAIN STREET | | | | RUSSELLVILLE | AR | 72801 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| Porter County Treasurer | Michelle Clancy | Treasurer | | | Valparaiso | IN | 46383 |
|---|---|---|---|---|---|---|---|
| Porter County Treasurer | PO Box 2150 | | | | Valparaiso | IN | 46384-2150 |
| Pueblo County Treasurer | 215 W. 10th Street Room 110 | | | | Pueblo | CO | 81003 |
| Richardson Independent School District | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Richland County Treasury | Post Office Box 11947 | Attn : Barbara White | | | Columbia | SC | 29211 |
| Richmond County Tax Commissioner | 535 Telfair Street Suite 100 | | | | Augusta | GA | 30901 |
| Richmond County Tax Commissioner | PO Box 1427 | | | | Augusta | GA | 30903-1427 |
| SAN JUAN COUNTY | 100 S OLIVER DR STE 300 | | | | AZTEC | NM | 87410 |
| San Juan County Treasurer | 100 S Oliver Dr Ste 300 | | | | Aztec | NM | 87410 |
| SHELBY COUNTY TRUSTEE | PO BOX 2751 | | | | MEMPHIS | TN | 38101 |
| Shelby County Trustee | PO Box 2751 | | | | Memphis | TN | 38101-2751 |
| Sheriff & Treasurer of Harrison County | Robert E. Matheny | 301 W Main St | | | Clarksburg | WV | 26301 |
| Smith County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 |
| SOLANO COUNTY TAX COLLECTOR | ATTN: JOSEPH M. FEGURGUR | 675 TEXAS STREET, SUITE 1900 | | | FAIRFIELD | CA | 94533 |
| St. Louis County Collector of Revenue | 41 S. Central Ave | | | | St. Louis | MO | 63105 |
| STANISLAUS COUNTY TAX COLLECTOR | PO BOX 859 | | | | MODESTO | CA | 95353 |
| STANISLAUS COUNTY TAX COLLECTOR | REBEKAH M SCOTT | 1010 10TH STREET, STE 2500 | | | MODESTO | CA | 95301 |
| Stephenville ISD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Sulphur Springs ISD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Sweetwater Independent School District | Perdue Brandon Fielder et al | Attn: Eboney Cobb | 500 East Border Street, Suite 640 | | Arlington | TX | 76010 |
| Tarrant County | Address on file | | | | | | |
| Tax Appraisal District of Bell County | Address on file | | | | | | |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Taxing Districts Collected by Randall County | c/o PBFCM | P.O. Box 9132 | | | Amarillo | TX | 79105 |
| Taxing Districts Collected by Randall County | D'Layne Carter | P.O. Box 9132 | | | Amarillo | TX | 79105-9132 |
| Terry CAD | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Terry CAD | PO Box 426 | | | | Brownfield | TX | 79316-0426 |
| The City of Mesquite and Mesquite Independent School District | 757 N. Galloway Avenue | | | | Mesquite | TX | 75149 |
| The City of Mesquite and Mesquite Independent School District | c/o Schuerenberg & Grimes | 120 W. Main, Suite 201 | | | Mesquite | TX | 75149 |
| The County of Bastrop, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| The County of Bastrop, Texas | P.O. Drawer 579 | | | | Bastrop | TX | 78602-0579 |
| The County of Henderson, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 |
| The County of Wharton | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| The County of Wharton | PO Box 189 | | | | Wharton | TX | 77488-0189 |
| The Town of Windham, CT | PO Box 257 | | | | Willimantic | CT | 06226-0257 |
| Thurston County Treasurer | 2000 Lakeridge DR SW | | | | Olympia | WA | 98502 |
| Town of Windham Revenue Collector | PO Box 195 | | | | Willimantic | CT | 06226 |
| Twin Falls County Treasurer | P.O Box 88 | | | | Twin Falls | ID | 83303-0088 |
| Tyler Independent School District | c/o Tab Beall | Perdue Brandon Fielder Collins & Mott | PO Box 2007 | | Tyler | TX | 75710-2007 |
| Unified Government Treasury | PO Box 175013 | | | | Kansas City | KS | 66101 |
| Uvalde County | 209 N. High Street | | | | Uvalde | TX | 78801 |
| Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, LLP | c/o John T. Banks | 3301 Northland Drive, Suite 505 | | Austin | TX | 78731 |
| Val Verde County | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | San Antonio | TX | 78205 |

Exhibit H

22nd Omni Ex. 1 Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Val Verde County | PO Box 1368 | | | | Del Rio | TX | 78841 |
| WASHOE COUNTY TREASURER | ANDY PARMELE | 1001 E NINTH ST | | | RENO | NV | 89512 |
| WASHOE COUNTY TREASURER | PO BOX 30039 | | | | RENO | NV | 89520-3039 |
| Weld County Treasurer's Office | PO Box 458 | | | | Greeley | CO | 80632 |
| Weslaco Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 |
| Weslaco Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | PO Box 2916 | | | McAllen | Texas | 78502 |
| Wharton Co Jr Coll Dist | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 |
| Wharton Co Jr Coll Dist | P O Box 189 | | | | Wharton | TX | 77488-0189 |
| Wharton County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Wharton County, Texas | PO Box 189 | | | | Wharton | TX | 77488-0189 |
| WHITFIELD COUNTY TAX COMMISSIONER | 205 N SELVIDGE ST | STE. J | | | DALTON | GA | 30720 |
| Williamson County, Texas | 904 South Main | | | | Georgetown | TX | 78626-5829 |
| Williamson County, Texas | c/o McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Williamson County, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Wilson County | 1 Library Ln | | | | Floresville | TX | 78114 |
| Wilson County | Linebarger Goggan Blair & Sampson, LLP | 711 Navarro Street | Suite 300 | | San Antonio | TX | 78205 |
| Wind Gap Borough Tax Collector | 413 South Broadway | | | | Wind Gap | PA | 18091 |
| Wood County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 |
| Yakima County Treasurer | Melissa Treece | Property Tax Manager | PO Box 2530 | | Yakima | WA | 98907 |

**<u>Exhibit I</u>**

SRF 46312

Hearing Date and Time: October 15, 2020 at 10:00 a.m. (Eastern Time)
Response Deadline: October 9, 2020 at 4:00 p.m. (Eastern Time)

> THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR PROOF(S) OF CLAIM ARE LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED THERETO, TO DETERMINE WHETHER THIS OMNIBUS OBJECTION AFFECTS THEIR PROOF(S) OF CLAIM.
>
> IF YOU HAVE QUESTIONS, PLEASE CONTACT
> DEBTORS' COUNSEL, MICHAEL T. BUSCHMANN, ESQ., AT (212) 310-8016.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re                                              :          **Chapter 11**
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :          **Case No. 18-23538 (RDD)**
                                                   :
            **Debtors.**[1]                        :          **(Jointly Administered)**

------------------------------------------------------------ x

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

## NOTICE OF HEARING ON DEBTORS' TWENTY-SECOND
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

**PLEASE TAKE NOTICE** that, on September 18, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Court disallow and expunge in full one or more proofs of claim (each a "**Claim**" and, collectively, the "**Claims**") listed on **Exhibits A-C** annexed to this Notice, on the ground(s) that such Claim(s) have been paid or satisfied or are duplicate claims of others filed. **Any Claim that the Court disallows and expunges will be treated as if it had not been filed and the holder of such Claim will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed to this Notice as **Exhibit D**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the disallowance and expungement of a Claim without further notice to the applicable Claimant(s).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the reduction, disallowance and expungement of its applicable Claim(s), then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the reduction, disallowance and expungement of its applicable Claim(s), then Claimant MUST file with the Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **October 9, 2020, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Court, the names of the

Debtors, the case number, and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, as applicable, for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Claim, to the extent not included with the Claim previously filed with the Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim on Claimant's behalf.

**PLEASE TAKE FURTHER NOTICE** that the Court will consider a Response only if the Response is timely filed, served, and received in accordance with the above. A Response will be deemed timely filed, served, and received only if the original Response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (<u>Attn</u>: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (<u>Attn</u>: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 15, 2020, at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claim(s) that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof of Claim(s) or Ballot(s), then the Hearing on the Objection with respect to such Proof of Claim(s) or Ballot(s) will be held at a later date. If the Debtors do not continue the Hearing with respect to such Proof of Claim(s) or Ballot(s), then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection, the Debtors may, on or after the Response Deadline, submit to the Court an order substantially in the form of the proposed order annexed as **Exhibit D** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if the Court does NOT disallow and/or expunge the Claims listed on **Exhibits A-C**, the Debtors retain the right to object on other grounds to the Claim(s) at a later date. Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Court's website at www.nysb.uscourts.gov.

WEIL:\97624567\10\73217.0004

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.  **CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR PROOF(S) OF CLAIM.**

Dated:  September 18, 2020
        New York, New York

                                    /s/  Garrett A. Fail
                                    _____
                                    Ray C. Schrock, P.C.
                                    Jacqueline Marcus
                                    Garrett A. Fail
                                    Sunny Singh
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

4

## Exhibit A

**Disallowed Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid in Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADRIAN CITY SUMMER | 14404 | Sears Holdings Corporation | $13,170.17 | | | $13,170.07 | | $26,340.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 2. | ANDERSON COUNTY, TEXAS | 3818 | Sears Holdings Corporation | | | $7,029.77 | | | $7,029.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 3. | ATASCOSA COUNTY | 1065 | Sears Holdings Corporation | | | $6,554.89 | | | $6,554.89 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 4. | ATLANTA ISD | 20499 | Sears, Roebuck and Co. | | $1,955.67 | | | | $1,955.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 5. | BASTROP COUNTY | 4806 | Sears Operations LLC | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 6. | BENTON COUNTY TREASURER | 8472 | Sears, Roebuck and Co. | | | $4,475.08 | | | $4,475.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 7. | BEXAR COUNTY | 1250 | Sears, Roebuck and Co. | | | $604,704.97 | | | $604,704.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 8. | BEXAR COUNTY | 20201 | Sears, Roebuck and Co. | | $419,476.90 | $419,476.90 | | | $838,953.80 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 9. | BLANCO CAD | 20364 | Sears, Roebuck and Co. | | | $4,516.55 | | | $4,516.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 10. | BOX BUTTE COUNTY TREASURER | 19488 | Sears, Roebuck and Co. | | | | $1,617.44 | | $1,617.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 11. | BROWARD COUNTY | 8627 | Sears Holdings Corporation | | | $1,442.25 | | | $1,442.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 12. | BROWARD COUNTY | 8633 | Sears Holdings Corporation | | | $32,297.34 | | | $32,297.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 13. | BROWARD COUNTY | 8640 | Sears Holdings Corporation | | | | $1,035.73 | | $1,035.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 14. | BROWARD COUNTY | 8681 | Sears Holdings Corporation | | | | $2,155.39 | | $2,155.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 15. | BROWN CAD | 352 | Sears Holdings Corporation | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 16. | Brown County Appraisal District | 4717 | Sears, Roebuck and Co. | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 17. | CALCASIEU PARISH SHERIFF & TAX COLLECTOR | 5390 | Sears Holdings Corporation | | | | $158,167.28 | | $158,167.28 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 18. | CALVERT COUNTY, MARYLAND | 4096 | Kmart Corporation | | | $3,453.22 | | | $3,453.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 19. | CHEROKEE CAD | 6997 | Sears, Roebuck and Co. | | | $3,424.01 | | | $3,424.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 20. | CHEROKEE COUNTY CAD | 2073 | Sears Holdings Corporation | | | $3,260.95 | | | $3,260.95 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 21. | CITY OF ATLANTA | 20498 | Sears, Roebuck and Co. | | $1,017.32 | | | | $1,017.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 22. | CITY OF CHATTANOOGA | 19811 | Sears, Roebuck and Co. | | | | $5,332.22 | | $5,332.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 23. | CITY OF CLEBURNE | 3930 | Sears, Roebuck and Co. | | | $3,320.33 | | | $3,320.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 24. | CITY OF CUDAHY | 9964 | Sears Holdings Corporation | $71,703.24 | | | | | $71,703.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 25. | CITY OF DEL RIO | 1278 | Sears, Roebuck and Co. | | | $4,861.97 | | | $4,861.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 26. | CITY OF DEL RIO | 19861 | Sears, Roebuck and Co. | | | $49.68 | | | $49.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 27. | CITY OF EAGLE PASS | 1448 | Sears, Roebuck and Co. | | | $1,567.14 | | | $1,567.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 28. | CITY OF EAGLE PASS | 20495 | Sears, Roebuck and Co. | | $1,492.72 | | | | $1,492.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 29. | CITY OF EL PASO | 1242 | Sears Holdings Corporation | | | $85,391.81 | | | $85,391.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 30. | CITY OF EL PASO | 1301 | Sears, Roebuck and Co. | | | $432,499.19 | | | $432,499.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 31. | CITY OF EL PASO | 20372 | Sears, Roebuck and Co. | $233,399.51 | | | | | $233,399.51 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 32. | CITY OF GARLAND | 3879 | Sears, Roebuck and Co. | | | $145,937.79 | | | $145,937.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 33. | CITY OF GRAPEVINE | 4053 | Sears, Roebuck and Co. | | | $5,570.49 | | | $5,570.49 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 34. | CITY OF HAMPTON TREASURER'S OFFICE | 9483 | Sears Operations LLC | | | $23,108.58 | | | $23,108.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 35. | CITY OF LAREDO TAX DEPT. | 19560 | Sears Holdings Corporation | | | | $16,347.66 | | $16,347.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 36. | CITY OF MCALLEN | 20368 | Sears, Roebuck and Co. | | | $5,286.77 | | | $5,286.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 37. | CITY OF MCALLEN | 20374 | Sears, Roebuck and Co. | | | $12,952.44 | | | $12,952.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 38. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 19697 | Sears Holdings Corporation | | $102,044.44 | | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 39. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 20538 | Sears Holdings Corporation | | $205,180.47 | | | | $205,180.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 40. | CITY OF MINERAL WELLS | 3928 | Sears, Roebuck and Co. | | | $1,633.65 | | | $1,633.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 41. | CITY OF PLEASANTON | 1112 | Sears Holdings Corporation | | | $1,579.80 | | | $1,579.80 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

\* Asserted amount includes any unliquidated amounts.

1

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42. | CITY OF ROANOKE TREASURER | 1847 | Sears Holdings Corporation | | | $76,160.57 | | | $76,160.57 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 43. | CITY OF STEPHENVILLE | 20361 | Sears, Roebuck and Co. | $1,331.85 | | $1,331.85 | | | $2,663.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 44. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | Sears Holdings Corporation | | | $1,474.56 | | | $1,474.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 45. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7250 | Sears, Roebuck and Co. | $55,260.99 | | | | | $55,260.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 46. | CITY OF WESLACO | 3531 | Sears, Roebuck and Co. | | | $1,864.76 | | | $1,864.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 47. | CLARK COUNTY ASSESSOR | 20072 | Sears Holdings Corporation | | | $7,038.90 | | | $7,038.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 48. | CLEBURNE INDEPENDENT SCHOOL DISTRICT | 3944 | Sears, Roebuck and Co. | | | $6,731.36 | | | $6,731.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 49. | CLEVELAND ISD | 20287 | SEARS, ROEBUCK AND CO. | $3,302.61 | | | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 50. | CLEVELAND ISD | 4266 | Sears, Roebuck and Co. | | | $3,302.61 | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 51. | COLLIN COUNTY TAX ASSESSOR / COLLECTOR | 8926 | Sears Holdings Corporation | | | $46.16 | | | $46.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 52. | COLLIN COUNTY TAX ASSESSOR/ COLLECTOR | 8989 | Sears Holdings Corporation | | | $1,103.98 | | | $1,103.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 53. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8936 | Sears Holdings Corporation | | | $587.64 | | | $587.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 54. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8985 | Sears Holdings Corporation | | | $1,869.13 | | | $1,869.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 55. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8988 | Sears Holdings Corporation | | | $1,273.22 | | | $1,273.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 56. | COUNTY OF SAN BERNARDINO | 5315 | Sears Holdings Corporation | | | $156,913.76 | | | $156,913.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 57. | COUNTY OF SAN LUIS OBISPO TAX COLLECTOR | 10761 | Kmart Corporation | | | $1,677.76 | | | $1,677.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 58. | CROWLEY INDEPENDENT SCHOOL DISTRICT | 4003 | Sears, Roebuck and Co. | | | $155,076.76 | | | $155,076.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 59. | CYPRESS - FAIRBANKS ISD | 4348 | Sears, Roebuck and Co. | | | $177,747.31 | | | $177,747.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 60. | CYPRESS - FAIRBANKS ISD | 19908 | Sears, Roebuck and Co. | | | $50.40 | | | $50.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 61. | CYPRESS-FAIRBANKS ISD | 20296 | Sears, Roebuck and Co. | $165,477.50 | | | | | $165,477.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 62. | Dallas County | 3471 | Sears, Roebuck and Co. | | | - | | | - | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 63. | Dallas County | 4090 | Sears, Roebuck and Co. | | | $1,312,300.65 | | | $1,312,300.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 64. | DENTON COUNTY, TEXAS | 2267 | Sears Holdings Corporation | | | $34,419.06 | | | $34,419.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 65. | DENTON COUNTY, TEXAS | 7149 | Sears, Roebuck and Co. | $36,140.05 | | | | | $36,140.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 66. | EAGLE PASS ISD | 1390 | Sears, Roebuck and Co. | | | $4,006.54 | | | $4,006.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 67. | EAGLE PASS ISD | 20494 | Sears, Roebuck and Co. | $3,206.60 | | | | | $3,206.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 68. | EL DORADO COUNTY TAX COLLECTOR | 11828 | Kmart Corporation | | | $8,315.01 | $8,315.01 | | $16,630.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 69. | ELLIS COUNTY | 20506 | Sears, Roebuck and Co. | $8,483.16 | | | | | $8,483.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 70. | ERATH COUNTY, TEXAS | 3794 | Sears Holdings Corporation | | | $994.52 | | | $994.52 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 71. | FAYETTE COUNTY | 2480 | Sears, Roebuck and Co. | | | $7,281.65 | | | $7,281.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 72. | FORREST "BUTCH" FREEMAN OKLAHOMA COUNTY TREASURER | 6622 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 73. | FORSYTH COUNTY TAX COLLECTOR | 6115 | Sears Holdings Corporation | | | | $9,223.07 | | $9,223.07 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 74. | FORT BEND COUNTY | 4350 | Sears, Roebuck and Co. | | | $13,778.73 | | | $13,778.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 75. | FORT BEND COUNTY | 20295 | Sears, Roebuck and Co. | $10,161.15 | | | | | $10,161.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 76. | FRANKLIN COUNTY TREASURER-RE | 20012 | Sears, Roebuck and Co. | | | $47,195.64 | | | $47,195.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 77. | FRESNO COUNTY TAX COLLECTOR | 18502 | Kmart Corporation | | | $1,905.67 | | | $1,905.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 78. | Galveston County | 19906 | Sears, Roebuck and Co. | | | $2,662.81 | | | $2,662.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 79. | Galveston County | 20291 | Sears, Roebuck and Co. | $48,853.25 | | | | | $48,853.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 80. | GARFIELD COUNTY | 10448 | Sears Holdings Corporation | | | | $2,241.50 | | $2,241.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 81. | GARLAND INDEPENDENT SCHOOL DISTRICT | 4144 | Sears, Roebuck and Co. | | | $302,397.35 | | | $302,397.35 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 82. | GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT | 3914 | Sears, Roebuck and Co. | | | $26,896.33 | | | $26,896.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

2

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83. | GRAY COUNTY | 7337 | Sears, Roebuck and Co. | | | $9,104.00 | | | $9,104.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 84. | Harris County | 26255 | Sears, Roebuck and Co. | | $52,716.56 | | | | $52,716.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 85. | HARRIS COUNTY, ET AL | 4376 | Sears, Roebuck and Co. | | | $1,471,486.40 | | | $1,471,486.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 86. | HARRIS COUNTY, ET AL | 19907 | Sears, Roebuck and Co. | | | $27,568.26 | | | $27,568.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 87. | HARRISON CAD | 2948 | Sears Holdings Corporation | | | $4,765.82 | | | $4,765.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 88. | HARRISON CAD | 7126 | Sears Holdings Corporation | $5,004.12 | | | | | $5,004.12 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 89. | HARRISON COUNTY, TEXAS | 315 | Sears Holdings Corporation | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 90. | HARRISON COUNTY, TEXAS | 2264 | Sears Holdings Corporation | | | $890.47 | | | $890.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 91. | HAYS COUNTY, TEXAS | 3799 | Sears Holdings Corporation | | | $393.58 | | | $393.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 92. | HENDERSON COUNTY | 14778 | Kmart Corporation | | | $7,673.31 | | | $7,673.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 93. | HENDERSON COUNTY, TEXAS | 426 | Sears Holdings Corporation | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 94. | HENDERSON COUNTY, TEXAS | 2137 | Sears Operations LLC | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 95. | HENDERSON COUNTY, TEXAS | 7379 | Sears, Roebuck and Co. | | | $4,702.93 | | | $4,702.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 96. | HENNEPIN COUNTY TREASURER | 4346 | Sears Holdings Corporation | | | $167,742.78 | | | $167,742.78 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 97. | HIDALGO COUNTY | 20359 | Sears Holdings Corporation | | | $55,603.40 | | | $55,603.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 98. | HIDALGO COUNTY | 20421 | Sears, Roebuck and Co. | | | $46,828.06 | | | $46,828.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 99. | HOOD CAD | 20497 | Sears, Roebuck and Co. | | $4,143.91 | | | | $4,143.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 100. | HOPKINS COUNTY | 20500 | Sears, Roebuck and Co. | | $2,397.55 | | | | $2,397.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 101. | JASPER COUNTY | 4532 | Sears, Roebuck and Co. | | | $2,710.33 | | | $2,710.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 102. | JASPER COUNTY | 20288 | Sears, Roebuck and Co. | | $6,414.33 | | | | $6,414.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 103. | JIM WELLS CAD | 4088 | Sears, Roebuck and Co. | | | $12,345.15 | | | $12,345.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 104. | JIM WELLS CAD | 20422 | Sears, Roebuck and Co. | | | $6,784.02 | | | $6,784.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 105. | JOHNSON COUNTY | 3833 | Sears, Roebuck and Co. | | | $2,150.74 | | | $2,150.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 106. | KENDALL COUNTY | 4173 | Sears Holdings Corporation | | | $5,832.74 | | | $5,832.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 107. | KERN COUNTY TREASURER TAX COLLECTOR | 5790 | Kmart Corporation | | | $6,402.19 | | | $6,402.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 108. | KERR COUNTY | 5507 | Sears, Roebuck and Co. | | | $2,215.94 | | | $2,215.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 109. | KING COUNTY TREASURY | 12220 | Kmart Corporation | | | $94,318.50 | | | $94,318.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 110. | Knox County Trustee | 4973 | Sears, Roebuck and Co. | | | $26,625.00 | | | $26,625.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 111. | Knox County Trustee | 5006 | Sears, Roebuck and Co. | | | $1,690.00 | | | $1,690.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 112. | LAKE COUNTY TAX COLLECTOR | 8224 | Sears Holdings Corporation | | | $4,830.47 | | | $4,830.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 113. | LEWIS COUNTY TREASURER | 14120 | Kmart Corporation | | | $4,621.61 | | | $4,621.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 114. | MARICOPA COUNTY TREASURER | 20508 | Sears Holdings Corporation | | $12,491.90 | | | | $12,491.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 115. | MARION COUNTY | 19832 | Sears, Roebuck and Co. | | | | $8,725.44 | | $8,725.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 116. | MARION COUNTY | 19833 | Kmart Corporation | | | | $20,790.66 | | $20,790.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 117. | MARION COUNTY TAX COLLECTOR | 6604 | Sears, Roebuck and Co. | | | $5,399.19 | | | $5,399.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 118. | MARION COUNTY TAX COLLECTOR | 12750 | Sears, Roebuck and Co. | | | $5,756.73 | | | $5,756.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 119. | MARION COUNTY TAX COLLECTOR | 6603 | Sears, Roebuck and Co. | | | $140,832.21 | | | $140,832.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 120. | MARION COUNTY TAX COLLECTOR | 6606 | Sears, Roebuck and Co. | | | $605,319.45 | | | $605,319.45 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 121. | MATAGORDA COUNTY | 20286 | SEARS, ROEBUCK AND CO. | $7,003.46 | | | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 122. | MATAGORDA COUNTY | 4379 | Sears, Roebuck and Co. | | | $7,003.46 | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 123. | MESA COUNTY TREASURER | 11631 | Sears, Roebuck and Co. | | | $4,119.08 | $4,119.08 | | $8,238.16 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 124. | MESA COUNTY TREASURER | 26250 | Sears Holdings Corporation | | | $743.44 | $743.44 | | $1,486.88 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 125. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4665 | Sears, Roebuck and Co. | | | $120.91 | | | $120.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 126. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4667 | Sears, Roebuck and Co. | | | $69.91 | | | $69.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 127. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4642 | Sears, Roebuck and Co. | | | $48.98 | | | $48.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 128. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4706 | Sears, Roebuck and Co. | | | $298.65 | | | $298.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 129. | MEXIA INDEPENDENT SCHOOL DISTRICT | 469 | Sears Holdings Corporation | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 130. | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | Sears Holdings Corporation | $3,448.92 | | | | | $3,448.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 131. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2161 | SEARS, ROEBUCK AND CO. | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 132. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2237 | SEARS OPERATIONS LLC | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 133. | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | Sears Operations LLC | | | $18,546.33 | | | $18,546.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 134. | MIDLAND CENTRAL APPRAISAL DISTRICT | 7293 | Sears, Roebuck and Co. | | | $19,147.86 | | | $19,147.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 135. | MINEOLA INDEPENDENT SCHOOL DISTRICT | 5197 | Sears, Roebuck and Co. | | | $4,361.99 | | | $4,361.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 136. | MINERAL WELLS INDEPENDENT SCHOOL DISTRICT | 4069 | Sears, Roebuck and Co. | | | $3,544.54 | | | $3,544.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 137. | MONTGOMERY COUNTY | 20290 | Sears, Roebuck and Co. | | $10,258.39 | | | | $10,258.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 138. | MULTNOMAH COUNTY-DART | 6700 | Kmart Corporation | | | $5,620.54 | | | $5,620.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 139. | NACOGDOCHES COUNTY, ET AL. | 5872 | Sears, Roebuck and Co. | | | $3,068.56 | | | $3,068.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 140. | NAVARRO COUNTY | 20336 | Sears, Roebuck and Co. | | $8,921.91 | $8,921.91 | | | $17,843.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 141. | NAVARRO COUNTY | 20366 | Sears, Roebuck and Co. | | $8,921.91 | | | | $8,921.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 142. | NOLAN COUNTY | 3929 | Sears, Roebuck and Co. | | | $2,267.36 | | | $2,267.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 143. | NUECES COUNTY | 20383 | Sears, Roebuck and Co. | | | $63,151.27 | | | $63,151.27 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 144. | PALM BEACH COUNTY TAX COLLECTOR | 19396 | Sears, Roebuck and Co. | | | $7,993.90 | | | $7,993.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 145. | PALO PINTO COUNTY | 3920 | Sears, Roebuck and Co. | | | $1,933.38 | | | $1,933.38 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 146. | PASADENA INDEPENDENT SCHOOL DISTRICT | 8066 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 147. | PECOS COUNTY | 1092 | Sears Holdings Corporation | | | $5,260.50 | | | $5,260.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 148. | PIERCE COUNTY FINANCE | 8718 | Sears, Roebuck and Co. | | | $4,416.60 | | | $4,416.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 149. | PIERCE COUNTY FINANCE | 8908 | Sears, Roebuck and Co. | | $87.83 | | | | $87.83 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 150. | PLATTE COUNTY COLLECTOR (DCN 790 (B)) | 6270 | Sears Holdings Corporation | | | | $3,249.41 | | $3,249.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 151. | POLK COUNTY | 4340 | Sears, Roebuck and Co. | | | $5,919.40 | | | $5,919.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 152. | POLK COUNTY | 20294 | SEARS, ROEBUCK AND CO. | | $5,519.40 | | | | $5,519.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 153. | POPE COUNTY TAX COLLECTOR | 13240 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 154. | PORTER COUNTY TREASURER | 20243 | Kmart Corporation | | | | $4,405.82 | | $4,405.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 155. | PUEBLO COUNTY TREASURER | 17331 | SEARS HOLDINGS CORPORATION | | | | $40,687.23 | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 156. | PUEBLO COUNTY TREASURER | 10776 | Sears Holdings Corporation | | | $40,687.23 | | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 157. | PUEBLO COUNTY TREASURER | 10787 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 158. | PUEBLO COUNTY TREASURER | 10795 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 159. | PUEBLO COUNTY TREASURER | 18287 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 160. | RICHARDSON INDEPENDENT SCHOOL DISTRICT | 3870 | Sears, Roebuck and Co. | | | $23,232.59 | | | $23,232.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 161. | RICHLAND COUNTY TREASURY | 7749 | Sears Holdings Corporation | | | | $122,607.34 | | $122,607.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 162. | RICHLAND COUNTY TAX COMMISSIONER | 20353 | Sears, Roebuck and Co. | | | | $26,586.56 | | $26,586.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 163. | SAN JUAN COUNTY | 11847 | Kmart Operations LLC | | | | $2,290.92 | | $2,290.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 164. | SAN JUAN COUNTY TREASURER | 11844 | Sears, Roebuck and Co. | | | | $2,072.70 | | $2,072.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 165. | SHELBY COUNTY TRUSTEE | 6567 | Sears, Roebuck and Co. | | | $34,020.00 | | | $34,020.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 166. | SHELBY COUNTY TRUSTEE | 6582 | Sears Holdings Management Corporation | | | $1,738.67 | | | $1,738.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 167. | SHELBY COUNTY TRUSTEE | 6583 | Sears, Roebuck and Co. | | | $304.56 | | | $304.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 168. | SHELBY COUNTY TRUSTEE | 6616 | Sears, Roebuck and Co. | | | $32,400.00 | | | $32,400.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 169. | SHELBY COUNTY TRUSTEE | 6618 | Sears Holdings Management Corporation | | | $126,287.10 | | | $126,287.10 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 170. | SHELBY COUNTY TRUSTEE | 6620 | Sears Holdings Management Corporation | | | $23,883.26 | | | $23,883.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 171. | SHELBY COUNTY TRUSTEE | 6621 | Sears Holdings Management Corporation | | | $34.79 | | | $34.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 172. | SHELBY COUNTY TRUSTEE | 6623 | Sears Holdings Management Corporation | | | $173.32 | | | $173.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 173. | SHELBY COUNTY TRUSTEE | 6624 | Sears, Roebuck and Co. | | | $2,086.16 | | | $2,086.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 174. | SHELBY COUNTY TRUSTEE | 6625 | Sears, Roebuck and Co. | | | $11,587.86 | | | $11,587.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 175. | SHELBY COUNTY TRUSTEE | 6626 | Sears Holdings Management Corporation | | | $16,344.18 | | | $16,344.18 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 176. | SHELBY COUNTY TRUSTEE | 6730 | Sears, Roebuck and Co. | | | $22,072.50 | | | $22,072.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 177. | SHELBY COUNTY TRUSTEE | 8273 | Sears, Roebuck and Co. | | | $4,531.14 | | | $4,531.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 178. | SHERIFF & TREASURER OF HARRISON COUNTY | 19273 | Sears Holdings Corporation | | | | $1,574.26 | | $1,574.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 179. | SMITH COUNTY | 3616 | Sears, Roebuck and Co. | | | $13,708.86 | | | $13,708.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 180. | SOLANO COUNTY TAX COLLECTOR | 19979 | Sears, Roebuck and Co. | | | $13,505.55 | | | $13,505.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 181. | ST. LOUIS COUNTY COLLECTOR OF REVENUE | 9492 | Sears Holdings Corporation | | | | $32.30 | | $32.30 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 182. | STANISLAUS COUNTY TAX COLLECTOR | 20078 | Sears Holdings Management Corporation | | | | $946.04 | $946.04 | $1,892.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 183. | STANISLAUS COUNTY TAX COLLECTOR | 20100 | SEARS HOLDINGS MANAGEMENT | | | | $946.04 | | $946.04 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 184. | STEPHENVILLE ISD | 20347 | Sears, Roebuck and Co. | $3,569.08 | | $3,569.08 | | | $7,138.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 185. | STEPHENVILLE ISD | 20378 | SEARS, ROEBUCK AND CO. | $3,569.08 | | | | | $3,569.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 186. | SULPHUR SPRINGS ISD | 20349 | Sears, Roebuck and Co. | $3,700.86 | | $3,700.86 | | | $7,401.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 187. | SULPHUR SPRINGS ISD | 20379 | Sears, Roebuck and Co. | $3,700.86 | | | | | $3,700.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 188. | SWEETWATER INDEPENDENT SCHOOL DISTRICT | 3919 | Sears, Roebuck and Co. | | | $2,924.21 | | | $2,924.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 189. | Tarrant County | 4202 | Sears, Roebuck and Co. | | | $326,238.91 | | | $326,238.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 190. | Tarrant County | 4617 | Sears, Roebuck and Co. | | | $307,910.71 | | | $307,910.71 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 191. | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 192. | TAXING DISTRICTS COLLECTED BY RANDALL COUNTY | 7409 | Sears, Roebuck and Co. | | | $19,199.20 | | | $19,199.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 193. | TERRY CAD | 4755 | Sears Holdings Corporation | | | $284.90 | | | $284.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 194. | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4519 | Sears Holdings Corporation | | | $213,745.01 | | | $213,745.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 195. | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4705 | Sears Holdings Corporation | | | $102,044.44 | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 196. | THE COUNTY OF HENDERSON, TEXAS | 20313 | Sears Holdings Corporation | $3,096.94 | | | | | $3,096.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 197. | THE COUNTY OF WHARTON | 4803 | Sears Operations LLC | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 198. | THE TOWN OF WINDHAM, CT | 10606 | Sears Holdings Corporation | | | $95,144.88 | | | $95,144.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 199. | THURSTON COUNTY TREASURER | 4373 | Sears Holdings Corporation | | | $3,164.05 | | | $3,164.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 200. | TOWN OF WINDHAM REVENUE COLLECTOR | 8068 | Sears Holdings Corporation | | | $58,500.70 | | | $58,500.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 201. | TWIN FALLS COUNTY TREASURER | 20066 | Sears Holdings Corporation | | | | $729.00 | | $729.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 202. | TYLER INDEPENDENT SCHOOL DISTRICT | 5196 | Sears, Roebuck and Co. | | | $24,640.17 | | | $24,640.17 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 203. | UNIFIED GOVERNMENT TREASURY | 14130 | Sears Holdings Corporation | | | | $59,821.02 | | $59,821.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 204. | UVALDE COUNTY | 5540 | Sears, Roebuck and Co. | | | $7,927.65 | | | $7,927.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 205. | VAL VERDE COUNTY | 1430 | Sears, Roebuck and Co. | | | $5,055.13 | | | $5,055.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

5

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Schedule of Satisfied Claims to be Disallowed & Expunged** | | | | | | |
| 206. | WASHOE COUNTY TREASURER | 19178 | Sears, Roebuck and Co. | | | $6,476.34 | | | $6,476.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 207. | WELD COUNTY TREASURER'S OFFICE | 3802 | Sears, Roebuck and Co. | | | | $3,768.20 | | $3,768.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 208. | WESLACO INDEPENDENT SCHOOL DISTRICT | 3767 | Sears, Roebuck and Co. | | | $3,243.68 | | | $3,243.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 209. | WHARTON CO JR COLL | 4352 | Sears, Roebuck and Co. | | | $155.70 | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 210. | WHARTON CO JR COLL | 20285 | SEARS, ROEBUCK AND CO. | $155.70 | | | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 211. | WHARTON COUNTY, TEXAS | 486 | Sears Holdings Corporation | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 212. | WHITFIELD COUNTY TAX COMMISSIONER | 10294 | Kmart Corporation | | | | $8,650.47 | | $8,650.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 213. | WHITFIELD COUNTY TAX COMMISSIONER | 20419 | Kmart Corporation | | | | $8,477.39 | | $8,477.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 214. | WILLIAMSON COUNTY, TEXAS | 2944 | Sears, Roebuck and Co. | | | $77,878.13 | | | $77,878.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 215. | WILLIAMSON COUNTY, TEXAS | 7294 | Sears, Roebuck and Co. | | | $73,047.81 | | | $73,047.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 216. | WILLIAMSON COUNTY, TEXAS | 7907 | MaxServ, Inc. | | | $495,711.40 | | | $495,711.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 217. | WILSON COUNTY | 1276 | Sears Holdings Corporation | | | $5,308.60 | | | $5,308.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 218. | WIND GAP BOROUGH TAX COLLECTOR | 9820 | Sears Holdings Corporation | | | | | $24,306.20 | $24,306.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 219. | WOOD COUNTY | 20334 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | Unliquidated | - | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | WOOD COUNTY | 20367 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | - | - | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | YAKIMA COUNTY TREASURER | 5786 | Sears Holdings Corporation | | | $4,176.41 | | | $4,176.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

6

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
|  | : |  |
| Debtors.[1] | : | **(Jointly Administered)** |
---------------------------------------------------------------x

## DEBTORS' TWENTY-SECOND OMNIBUS
## OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

> **THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN**
> **PROOFS OF CLAIM.  CLAIMANTS RECEIVING THIS OMNIBUS OBJECTION**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

<div style="border:1px solid black">

**SHOULD LOCATE THEIR NAMES AND PROOFS OF CLAIM ON
THE EXHIBIT ATTACHED TO THIS OMNIBUS OBJECTION.**

**IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE
DEBTORS' COUNSEL, MICHAEL T. BUSCHMANN, ESQ., AT (212) 310-8016.**

</div>

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this omnibus objection (the "**Objection**"):

## Background

1.       Beginning on October 15, 2018 and continuing thereafter, each of the Debtors commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.       On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors.  No trustee or examiner has been appointed in these chapter 11 cases.

3.       The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

4.       On February 8, 2019, the Court entered the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (ECF No. 2507) (the "**Sale Order**"), approving that certain Asset Purchase Agreement (as amended, the "**APA**")

2

pursuant to which the Debtors sold substantially all their assets (the "**Sale Transaction**") to Transform

Holdco LLC ("**Transform**").  The Sale Transaction closed on February 11, 2019 (the "**Closing Date**").

5.        On October 15, 2019, the Court confirmed the *Modified Second Amended Joint

Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Plan**").[2]

6.        Additional information regarding the Debtors' business, capital structure, and the

Plan is set forth in the *Disclosure Statement for Modified Second Amended Joint Chapter 11 Plan of Sears

Holdings Corporation and Its Affiliated Debtors* (ECF No. 4478).

### Jurisdiction

7.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

8.        The Debtors file this Objection pursuant to section 502 of the Bankruptcy Code,

Bankruptcy Rule 3007, and the Claims Procedures Order, seeking entry of an order disallowing and

expunging the Claims listed on **Exhibits A-C** annexed hereto, all of which relate to property tax claims

for property previously leased or owned by the Debtors (collectively, the "**Property Tax Claims**").

9.        The Debtors have examined each Property Tax Claim, all documentation provided

with respect to each Property Tax Claim, and the Debtors' respective books and records, and have

determined in each case the Property Tax Claim asserts a Claim against the Debtors for which the Debtors

have no liability.

10.        The Property Tax Claims listed in **Exhibit A** (the "**Disallowed Property Tax

Claims**") should be disallowed and expunged as the Debtors' books and records show that the Disallowed

Property Tax Claims were previously paid in full or otherwise satisfied.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the
Plan.

11.     The Property Tax Claims listed in **Exhibit B** (the "**Disputed Property Tax Claims**")  should be disallowed and expunged as the supporting documentation attached to the Disputed Property Tax Claims indicates that the invoices are not entitled to payment by the Debtors' estates because (i) they are not adequately supported with sufficient information showing a claim against the Debtors' estates, (ii) they assert amounts owed for a period subsequent to the termination of a corresponding lease, (iii) they assert amounts that the Debtors' books and records show were previously paid in full or otherwise satisfied; (iv) they assert amounts relating to properties which are not a part of the Debtors' estates; and/or (v) they assert amounts that were satisfied and/or released when the associated unexpired lease was assumed and assigned to Transform Holdco.

12.     The Property Tax Claims listed in **Exhibit C** (the "**Duplicate/Amended Property Tax Claims**") should be disallowed and expunged as the Debtors' books and records show that, in each case, the Duplicate/Amended Property Tax Claims are either duplicative of, or were superseded by, at least one corresponding claim identified under the heading "*Surviving Claims*" in **Exhibit C** (the "**Surviving Claims**").  This Objection does not affect any of the Surviving Claims and does not constitute an admission or acknowledgement by the Debtors that any such claims should be allowed. Unless the Surviving Claims were previously allowed, the Debtors preserve their rights to later object on any basis to any Surviving Claim.

13.     The Debtors, therefore, request that the Property Tax Claims be disallowed and expunged accordingly.  A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit D** (the "**Proposed Order**").

## The Property Tax Claims Should Be Disallowed and Expunged

14.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016 WL, 796860, at *9 (S.D.N.Y. 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL

6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814, 817 (S.D.N.Y. 2014); *In re Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at *5 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Moreover, Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

15.     The Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 892 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). This Court routinely disallows and expunges duplicative claims filed against the same debtor. *See, e.g. In re Tops Holding II Corporation*, Case No. 18-22279 (RDD) (Bankr. S.D.N.Y. Mar. 11, 2019) (ECF No. 880) (disallowing and expunging duplicative claims); *In re Ezra Holdings Ltd.*, Case No. 17-22405 (RDD) (Bankr. S.D.N.Y. Sept. 10, 2018) (ECF No. 464) (same); *In re 21st Century Oncology Holdings, Inc.*, Case No. 17-22770 (RDD) (Bankr. S.D.N.Y. Apr. 27, 2018) (ECF No. 1078) (same); *In re The Great Atlantic & Pacific Tea Company, Inc.*, Case No. 15-23007 (RDD) (Bankr. S.D.N.Y. Sept. 1, 2016) (ECF No. 3161) (same); *In re MPM Silicones, LLC*, Case No. 14-22503 (RDD) (Bankr. S.D.N.Y. Jan. 21, 2015) (ECF No. 1354) (same); *In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Bankr. S.D.N.Y. Sept. 18, 2013) (ECF No. 702) (same); *In re Hostess Brands, Inc.*, Case No. 12-22052 (RDD) (Bankr. S.D.N.Y. Dec. 5, 2012) (ECF No. 1886) (same); *In re Delphi Corporation*, Case No. 05-44481 (RDD) (Bankr. S.D.N.Y. June 29, 2007) (ECF No. 8442) (same).

16.     Further, pursuant to Bankruptcy Rule 3007(d)(5), a debtor may object to claims and seek their disallowance where such claims "have been satisfied or released during the case in accordance

with the [Bankruptcy] Code, applicable rules, or a court order . . . ."  Fed. R. Bankr. P. 3007(d)(5).  Upon

an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap*

*Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016 WL, 796860, at *9 (S.D.N.Y.

2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y.

Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814, 817 (S.D.N.Y. 2014); *In re*

*Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida,*

*Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at *5

(S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729, 2007 Bankr.

LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539

(Bankr. S.D.N.Y. 2000).

17.    The Debtors have reviewed the Property Tax Claims, all documents furnished by the claimants with respect to the Property Tax Claims, and the Debtors' books and records, and have determined that each Property Tax Claim asserts a claim for which the Debtors have no corresponding liability.

18.    Therefore, the Debtors are not liable for the Property Tax Claims.  To ensure that the claims register is accurate, and to avoid the possibility of improper recovery against the Debtors' estates, the Debtors request that the Court disallow and expunge the Property Tax Claims as set forth in **Exhibits A-C**.

### **Reservation of Rights**

19.    The Debtors hereby reserve the right to object in the future to any of the Claims subject to this Objection on any ground, and to amend, modify, and/or supplement this Objection to the extent an objection to a Claim is not granted.  A separate notice and hearing will be scheduled for any such objection.

**Notice**

20.     Notice of this Objection has been provided in accordance with the procedures set

forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on

November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully

submit that no further notice is required.

21.     No previous request for the relief sought herein has been made by the Debtors to

this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the

relief requested herein and such other and further relief as is just.


Dated: September 18, 2020
         New York, New York

                                        */s/  Garrett A. Fail*
                                        Ray C. Schrock, P.C.
                                        Jacqueline Marcus
                                        Garrett A. Fail
                                        Sunny Singh
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

**Exhibit A**

**Disallowed Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADRIAN CITY SUMMER | 14404 | Sears Holdings Corporation | $13,170.17 | | | $13,170.07 | | $26,340.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 2. | ANDERSON COUNTY, TEXAS | 3818 | Sears Holdings Corporation | | | $7,029.77 | | | $7,029.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 3. | ATASCOSA COUNTY | 1065 | Sears Holdings Corporation | | | $6,554.89 | | | $6,554.89 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 4. | ATLANTA ISD | 20499 | Sears, Roebuck and Co. | | $1,955.67 | | | | $1,955.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 5. | BASTROP COUNTY | 4806 | Sears Operations LLC | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 6. | BENTON COUNTY TREASURER | 8472 | Sears, Roebuck and Co. | | | $4,475.08 | | | $4,475.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 7. | BEXAR COUNTY | 1250 | Sears, Roebuck and Co. | | | $604,704.97 | | | $604,704.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 8. | BEXAR COUNTY | 20201 | Sears, Roebuck and Co. | | $419,476.90 | $419,476.90 | | | $838,953.80 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 9. | BLANCO CAD | 20364 | Sears, Roebuck and Co. | | | $4,516.55 | | | $4,516.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 10. | BOX BUTTE COUNTY TREASURER | 19488 | Sears, Roebuck and Co. | | | | $1,617.44 | | $1,617.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 11. | BROWARD COUNTY | 8627 | Sears Holdings Corporation | | | $1,442.25 | | | $1,442.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 12. | BROWARD COUNTY | 8633 | Sears Holdings Corporation | | | $32,297.34 | | | $32,297.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 13. | BROWARD COUNTY | 8640 | Sears Holdings Corporation | | | | $1,035.73 | | $1,035.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 14. | BROWARD COUNTY | 8681 | Sears Holdings Corporation | | | | $2,155.39 | | $2,155.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 15. | BROWN CAD | 352 | Sears Holdings Corporation | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 16. | Brown County Appraisal District | 4717 | Sears, Roebuck and Co. | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 17. | CALCASIEU PARISH SHERIFF & TAX COLLECTOR | 5390 | Sears Holdings Corporation | | | | $158,167.28 | | $158,167.28 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 18. | CALVERT COUNTY, MARYLAND | 4096 | Kmart Corporation | | | $3,453.22 | | | $3,453.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 19. | CHEROKEE CAD | 6997 | Sears, Roebuck and Co. | | | $3,424.01 | | | $3,424.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 20. | CHEROKEE COUNTY CAD | 2073 | Sears Holdings Corporation | | | $3,260.95 | | | $3,260.95 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 21. | CITY OF ATLANTA | 20498 | Sears, Roebuck and Co. | | $1,017.32 | | | | $1,017.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 22. | CITY OF CHATTANOOGA | 19811 | Sears, Roebuck and Co. | | | | $5,332.22 | | $5,332.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 23. | CITY OF CLEBURNE | 3930 | Sears, Roebuck and Co. | | | $3,320.33 | | | $3,320.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 24. | CITY OF CUDAHY | 9964 | Sears Holdings Corporation | $71,703.24 | | | | | $71,703.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 25. | CITY OF DEL RIO | 1278 | Sears, Roebuck and Co. | | | $4,861.97 | | | $4,861.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 26. | CITY OF DEL RIO | 19861 | Sears, Roebuck and Co. | | | $49.68 | | | $49.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 27. | CITY OF EAGLE PASS | 1448 | Sears, Roebuck and Co. | | | $1,567.14 | | | $1,567.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 28. | CITY OF EAGLE PASS | 20495 | Sears, Roebuck and Co. | | $1,492.72 | | | | $1,492.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 29. | CITY OF EL PASO | 1242 | Sears Holdings Corporation | | | $85,391.81 | | | $85,391.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 30. | CITY OF EL PASO | 1301 | Sears, Roebuck and Co. | | | $432,499.19 | | | $432,499.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 31. | CITY OF EL PASO | 20372 | Sears, Roebuck and Co. | $233,399.51 | | | | | $233,399.51 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 32. | CITY OF GARLAND | 3879 | Sears, Roebuck and Co. | | | $145,937.79 | | | $145,937.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 33. | CITY OF GRAPEVINE | 4053 | Sears, Roebuck and Co. | | | $5,570.49 | | | $5,570.49 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 34. | CITY OF HAMPTON TREASURER'S OFFICE | 9483 | Sears Operations LLC | | | $23,108.58 | | | $23,108.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 35. | CITY OF LAREDO TAX DEPT. | 19560 | Sears Holdings Corporation | | | | $16,347.66 | | $16,347.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 36. | CITY OF MCALLEN | 20368 | Sears, Roebuck and Co. | | | $5,286.77 | | | $5,286.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 37. | CITY OF MCALLEN | 20374 | Sears, Roebuck and Co. | | | $12,952.44 | | | $12,952.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 38. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 19697 | Sears Holdings Corporation | | $102,044.44 | | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 39. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 20538 | Sears Holdings Corporation | | $205,180.47 | | | | $205,180.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 40. | CITY OF MINERAL WELLS | 3928 | Sears, Roebuck and Co. | | | $1,633.65 | | | $1,633.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 41. | CITY OF PLEASANTON | 1112 | Sears Holdings Corporation | | | $1,579.80 | | | $1,579.80 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42. | CITY OF ROANOKE TREASURER | 1847 | Sears Holdings Corporation | | | $76,160.57 | | | $76,160.57 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 43. | CITY OF STEPHENVILLE | 20361 | Sears, Roebuck and Co. | | $1,331.85 | $1,331.85 | | | $2,663.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 44. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | Sears Holdings Corporation | | | $1,474.56 | | | $1,474.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 45. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7250 | Sears, Roebuck and Co. | | $55,260.99 | | | | $55,260.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 46. | CITY OF WESLACO | 3531 | Sears, Roebuck and Co. | | | $1,864.76 | | | $1,864.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 47. | CLARK COUNTY ASSESSOR | 20072 | Sears Holdings Corporation | | | $7,038.90 | | | $7,038.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 48. | CLEBURNE INDEPENDENT SCHOOL DISTRICT | 3944 | Sears, Roebuck and Co. | | | $6,731.36 | | | $6,731.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 49. | CLEVELAND ISD | 20287 | SEARS, ROEBUCK AND CO. | $3,302.61 | | | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 50. | CLEVELAND ISD | 4266 | Sears, Roebuck and Co. | | | $3,302.61 | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 51. | COLLIN COUNTY TAX ASSESSOR / COLLECTOR | 8926 | Sears Holdings Corporation | | | $46.16 | | | $46.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 52. | COLLIN COUNTY TAX ASSESSOR/ COLLECTOR | 8989 | Sears Holdings Corporation | | | $1,103.98 | | | $1,103.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 53. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8936 | Sears Holdings Corporation | | | $587.64 | | | $587.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 54. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8985 | Sears Holdings Corporation | | | $1,869.13 | | | $1,869.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 55. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8988 | Sears Holdings Corporation | | | $1,273.22 | | | $1,273.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 56. | COUNTY OF SAN BERNARDINO | 5315 | Sears Holdings Corporation | | | $156,913.76 | | | $156,913.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 57. | COUNTY OF SAN LUIS OBISPO TAX COLLECTOR | 10761 | Kmart Corporation | | | $1,677.76 | | | $1,677.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 58. | CROWLEY INDEPENDENT SCHOOL DISTRICT | 4003 | Sears, Roebuck and Co. | | | $155,076.76 | | | $155,076.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 59. | CYPRESS - FAIRBANKS ISD | 4348 | Sears, Roebuck and Co. | | | $177,747.31 | | | $177,747.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 60. | CYPRESS - FAIRBANKS ISD | 19908 | Sears, Roebuck and Co. | | | $50.40 | | | $50.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 61. | CYPRESS-FAIRBANKS ISD | 20296 | Sears, Roebuck and Co. | $165,477.50 | | | | | $165,477.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 62. | Dallas County | 3471 | Sears, Roebuck and Co. | | | - | | | - | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 63. | Dallas County | 4090 | Sears, Roebuck and Co. | | | $1,312,300.65 | | | $1,312,300.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 64. | DENTON COUNTY, TEXAS | 2267 | Sears, Roebuck and Co. | | | $34,419.06 | | | $34,419.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 65. | DENTON COUNTY, TEXAS | 7149 | Sears, Roebuck and Co. | $36,140.05 | | | | | $36,140.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 66. | EAGLE PASS ISD | 1390 | Sears, Roebuck and Co. | | | $4,006.54 | | | $4,006.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 67. | EAGLE PASS ISD | 20494 | Sears, Roebuck and Co. | $3,206.60 | | | | | $3,206.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 68. | EL DORADO COUNTY TAX COLLECTOR | 11828 | Kmart Corporation | | | $8,315.01 | $8,315.01 | | $16,630.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 69. | ELLIS COUNTY | 20506 | Sears, Roebuck and Co. | $8,483.16 | | | | | $8,483.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 70. | ERATH COUNTY, TEXAS | 3794 | Sears Holdings Corporation | | | $994.52 | | | $994.52 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 71. | FAYETTE COUNTY | 2480 | Sears, Roebuck and Co. | | | $7,281.65 | | | $7,281.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 72. | FORREST "BUTCH" FREEMAN OKLAHOMA COUNTY TREASURER | 6622 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 73. | FORSYTH COUNTY TAX COLLECTOR | 6115 | Sears Holdings Corporation | | | | $9,223.07 | | $9,223.07 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 74. | FORT BEND COUNTY | 4350 | Sears, Roebuck and Co. | | | $13,778.73 | | | $13,778.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 75. | FORT BEND COUNTY | 20295 | Sears, Roebuck and Co. | $10,161.15 | | | | | $10,161.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 76. | FRANKLIN COUNTY TREASURER-RE | 20012 | Sears, Roebuck and Co. | | | $47,195.64 | | | $47,195.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 77. | FRESNO COUNTY TAX COLLECTOR | 18502 | Kmart Corporation | | | $1,905.67 | | | $1,905.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 78. | Galveston County | 19906 | Sears, Roebuck and Co. | | | $2,662.81 | | | $2,662.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 79. | Galveston County | 20291 | Sears, Roebuck and Co. | $48,853.25 | | | | | $48,853.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 80. | GARFIELD COUNTY | 10448 | Sears Holdings Corporation | | | | $2,241.50 | | $2,241.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 81. | GARLAND INDEPENDENT SCHOOL DISTRICT | 4144 | Sears, Roebuck and Co. | | | $302,397.35 | | | $302,397.35 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 82. | GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT | 3914 | Sears, Roebuck and Co. | | | $26,896.33 | | | $26,896.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

2

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83. | GRAY COUNTY | 7337 | Sears, Roebuck and Co. | | | $9,104.00 | | | $9,104.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 84. | Harris County | 26255 | Sears, Roebuck and Co. | | $52,716.56 | | | | $52,716.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 85. | HARRIS COUNTY, ET AL | 4376 | Sears, Roebuck and Co. | | | $1,471,486.40 | | | $1,471,486.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 86. | HARRIS COUNTY, ET AL | 19907 | Sears, Roebuck and Co. | | | $27,568.26 | | | $27,568.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 87. | HARRISON CAD | 2948 | Sears Holdings Corporation | | | $4,765.82 | | | $4,765.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 88. | HARRISON CAD | 7126 | Sears Holdings Corporation | $5,004.12 | | | | | $5,004.12 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 89. | HARRISON COUNTY, TEXAS | 315 | Sears Holdings Corporation | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 90. | HARRISON COUNTY, TEXAS | 2264 | Sears Holdings Corporation | | | $890.47 | | | $890.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 91. | HAYS COUNTY, TEXAS | 3799 | Sears Holdings Corporation | | | $393.58 | | | $393.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 92. | HENDERSON COUNTY | 14778 | Kmart Corporation | | | $7,673.31 | | | $7,673.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 93. | HENDERSON COUNTY, TEXAS | 426 | Sears Holdings Corporation | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 94. | HENDERSON COUNTY, TEXAS | 2137 | Sears Operations LLC | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 95. | HENDERSON COUNTY, TEXAS | 7379 | Sears, Roebuck and Co. | | | $4,702.93 | | | $4,702.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 96. | HENNEPIN COUNTY TREASURER | 4346 | Sears Holdings Corporation | | | $167,742.78 | | | $167,742.78 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 97. | HIDALGO COUNTY | 20359 | Sears Holdings Corporation | | | $55,603.40 | | | $55,603.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 98. | HIDALGO COUNTY | 20421 | Sears, Roebuck and Co. | | | $46,828.06 | | | $46,828.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 99. | HOOD CAD | 20497 | Sears, Roebuck and Co. | | $4,143.91 | | | | $4,143.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 100. | HOPKINS COUNTY | 20500 | Sears, Roebuck and Co. | | $2,397.55 | | | | $2,397.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 101. | JASPER COUNTY | 4532 | Sears, Roebuck and Co. | | | $2,710.33 | | | $2,710.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 102. | JASPER COUNTY | 20288 | Sears, Roebuck and Co. | | $6,414.33 | | | | $6,414.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 103. | JIM WELLS CAD | 4088 | Sears, Roebuck and Co. | | | $12,345.15 | | | $12,345.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 104. | JIM WELLS CAD | 20422 | Sears, Roebuck and Co. | | | $6,784.02 | | | $6,784.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 105. | JOHNSON COUNTY | 3833 | Sears, Roebuck and Co. | | | $2,150.74 | | | $2,150.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 106. | KENDALL COUNTY | 4173 | Sears Holdings Corporation | | | $5,832.74 | | | $5,832.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 107. | KERN COUNTY TREASURER TAX COLLECTOR | 5790 | Kmart Corporation | | | $6,402.19 | | | $6,402.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 108. | KERR COUNTY | 5507 | Sears, Roebuck and Co. | | | $2,215.94 | | | $2,215.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 109. | KING COUNTY TREASURY | 12220 | Kmart Corporation | | | $94,318.50 | | | $94,318.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 110. | Knox County Trustee | 4973 | Sears, Roebuck and Co. | | | $26,625.00 | | | $26,625.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 111. | Knox County Trustee | 5006 | Sears, Roebuck and Co. | | | $1,690.00 | | | $1,690.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 112. | LAKE COUNTY TAX COLLECTOR | 8224 | Sears Holdings Corporation | | | $4,830.47 | | | $4,830.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 113. | LEWIS COUNTY TREASURER | 14120 | Kmart Corporation | | | $4,621.61 | | | $4,621.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 114. | MARICOPA COUNTY TREASURER | 20508 | Sears Holdings Corporation | $12,491.90 | | | | | $12,491.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 115. | MARION COUNTY | 19832 | Sears, Roebuck and Co. | | | | $8,725.44 | | $8,725.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 116. | MARION COUNTY | 19833 | Kmart Corporation | | | | $20,790.66 | | $20,790.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 117. | MARION COUNTY TAX COLLECTOR | 6604 | Sears, Roebuck and Co. | | | $5,399.19 | | | $5,399.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 118. | MARION COUNTY TAX COLLECTOR | 12750 | Sears, Roebuck and Co. | | | $5,756.73 | | | $5,756.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 119. | MARION COUNTY TAX COLLECTOR | 6603 | Sears, Roebuck and Co. | | | $140,832.21 | | | $140,832.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 120. | MARION COUNTY TAX COLLECTOR | 6606 | Sears, Roebuck and Co. | | | $605,319.45 | | | $605,319.45 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 121. | MATAGORDA COUNTY | 20286 | SEARS, ROEBUCK AND CO. | $7,003.46 | | | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 122. | MATAGORDA COUNTY | 4379 | Sears, Roebuck and Co. | | | $7,003.46 | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 123. | MESA COUNTY TREASURER | 11631 | Sears, Roebuck and Co. | | | $4,119.08 | $4,119.08 | | $8,238.16 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |

\* Asserted amount includes any unliquidated amounts.

3

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 124. | MESA COUNTY TREASURER | 26250 | Sears Holdings Corporation | | | $743.44 | $743.44 | | $1,486.88 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 125. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4665 | Sears, Roebuck and Co. | | | $120.91 | | | $120.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 126. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4667 | Sears, Roebuck and Co. | | | $69.91 | | | $69.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 127. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4642 | Sears, Roebuck and Co. | | | $48.98 | | | $48.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 128. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4706 | Sears, Roebuck and Co. | | | $298.65 | | | $298.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 129. | MEXIA INDEPENDENT SCHOOL DISTRICT | 469 | Sears Holdings Corporation | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 130. | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | Sears Holdings Corporation | $3,448.92 | | | | | $3,448.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 131. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2161 | SEARS, ROEBUCK AND CO. | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 132. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2237 | SEARS OPERATIONS LLC | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 133. | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | Sears Operations LLC | | | $18,546.33 | | | $18,546.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 134. | MIDLAND CENTRAL APPRAISAL DISTRICT | 7293 | Sears, Roebuck and Co. | | | $19,147.86 | | | $19,147.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 135. | MINEOLA INDEPENDENT SCHOOL DISTRICT | 5197 | Sears, Roebuck and Co. | | | $4,361.99 | | | $4,361.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 136. | MINERAL WELLS INDEPENDENT SCHOOL DISTRICT | 4069 | Sears, Roebuck and Co. | | | $3,544.54 | | | $3,544.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 137. | MONTGOMERY COUNTY | 20290 | Sears, Roebuck and Co. | | $10,258.39 | | | | $10,258.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 138. | MULTNOMAH COUNTY-DART | 6700 | Kmart Corporation | | | $5,620.54 | | | $5,620.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 139. | NACOGDOCHES COUNTY, ET AL. | 5872 | Sears, Roebuck and Co. | | | $3,068.56 | | | $3,068.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 140. | NAVARRO COUNTY | 20336 | Sears, Roebuck and Co. | $8,921.91 | | $8,921.91 | | | $17,843.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 141. | NAVARRO COUNTY | 20366 | Sears, Roebuck and Co. | $8,921.91 | | | | | $8,921.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 142. | NOLAN COUNTY | 3929 | Sears, Roebuck and Co. | | | $2,267.36 | | | $2,267.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 143. | NUECES COUNTY | 20383 | Sears, Roebuck and Co. | | | $63,151.27 | | | $63,151.27 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 144. | PALM BEACH COUNTY TAX COLLECTOR | 19396 | Sears, Roebuck and Co. | | | $7,993.90 | | | $7,993.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 145. | PALO PINTO COUNTY | 3920 | Sears, Roebuck and Co. | | | $1,933.38 | | | $1,933.38 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 146. | PASADENA INDEPENDENT SCHOOL DISTRICT | 8066 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 147. | PECOS COUNTY | 1092 | Sears Holdings Corporation | | | $5,260.50 | | | $5,260.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 148. | PIERCE COUNTY FINANCE | 8718 | Sears, Roebuck and Co. | | | $4,416.60 | | | $4,416.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 149. | PIERCE COUNTY FINANCE | 8908 | Sears, Roebuck and Co. | $87.83 | | | | | $87.83 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 150. | PLATTE COUNTY COLLECTOR (DCN 790 (B)) | 6270 | Sears Holdings Corporation | | | | $3,249.41 | | $3,249.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 151. | POLK COUNTY | 4340 | Sears, Roebuck and Co. | | | $5,919.40 | | | $5,919.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 152. | POLK COUNTY | 20294 | SEARS, ROEBUCK AND CO. | $5,519.40 | | | | | $5,519.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 153. | POPE COUNTY TAX COLLECTOR | 13240 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 154. | PORTER COUNTY TREASURER | 20243 | Kmart Corporation | | | | $4,405.82 | | $4,405.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 155. | PUEBLO COUNTY TREASURER | 17331 | SEARS HOLDINGS CORPORATION | | | | $40,687.23 | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 156. | PUEBLO COUNTY TREASURER | 10776 | Sears Holdings Corporation | | | $40,687.23 | | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 157. | PUEBLO COUNTY TREASURER | 10787 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 158. | PUEBLO COUNTY TREASURER | 10795 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 159. | PUEBLO COUNTY TREASURER | 18287 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 160. | RICHARDSON INDEPENDENT SCHOOL DISTRICT | 3870 | Sears, Roebuck and Co. | | | $23,232.59 | | | $23,232.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 161. | RICHLAND COUNTY TREASURY | 7749 | Sears Holdings Corporation | | | | $122,607.34 | | $122,607.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 162. | RICHMOND COUNTY TAX COMMISSIONER | 20353 | Sears, Roebuck and Co. | | | | $26,586.56 | | $26,586.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 163. | SAN JUAN COUNTY | 11847 | Kmart Operations LLC | | | | $2,290.92 | | $2,290.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 164. | SAN JUAN COUNTY TREASURER | 11844 | Sears, Roebuck and Co. | | | | $2,072.70 | | $2,072.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | SHELBY COUNTY TRUSTEE | 6567 | Sears, Roebuck and Co. | | | $34,020.00 | | | $34,020.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 166 | SHELBY COUNTY TRUSTEE | 6582 | Sears Holdings Management Corporation | | | $1,738.67 | | | $1,738.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 167 | SHELBY COUNTY TRUSTEE | 6583 | Sears, Roebuck and Co. | | | $304.56 | | | $304.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 168 | SHELBY COUNTY TRUSTEE | 6616 | Sears, Roebuck and Co. | | | $32,400.00 | | | $32,400.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 169 | SHELBY COUNTY TRUSTEE | 6618 | Sears Holdings Management Corporation | | | $126,287.10 | | | $126,287.10 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 170 | SHELBY COUNTY TRUSTEE | 6620 | Sears Holdings Management Corporation | | | $23,883.26 | | | $23,883.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 171 | SHELBY COUNTY TRUSTEE | 6621 | Sears Holdings Management Corporation | | | $34.79 | | | $34.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 172 | SHELBY COUNTY TRUSTEE | 6623 | Sears Holdings Management Corporation | | | $173.32 | | | $173.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 173 | SHELBY COUNTY TRUSTEE | 6624 | Sears, Roebuck and Co. | | | $2,086.16 | | | $2,086.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 174 | SHELBY COUNTY TRUSTEE | 6625 | Sears, Roebuck and Co. | | | $11,587.86 | | | $11,587.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 175 | SHELBY COUNTY TRUSTEE | 6626 | Sears Holdings Management Corporation | | | $16,344.18 | | | $16,344.18 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 176 | SHELBY COUNTY TRUSTEE | 6730 | Sears, Roebuck and Co. | | | $22,072.50 | | | $22,072.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 177 | SHELBY COUNTY TRUSTEE | 8273 | Sears, Roebuck and Co. | | | $4,531.14 | | | $4,531.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 178 | SHERIFF & TREASURER OF HARRISON COUNTY | 19273 | Sears Holdings Corporation | | | | $1,574.26 | | $1,574.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 179 | SMITH COUNTY | 3616 | Sears, Roebuck and Co. | | | $13,708.86 | | | $13,708.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 180 | SOLANO COUNTY TAX COLLECTOR | 19979 | Sears, Roebuck and Co. | | | $13,505.55 | | | $13,505.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 181 | ST. LOUIS COUNTY COLLECTOR OF REVENUE | 9492 | Sears Holdings Corporation | | | | $32.30 | | $32.30 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 182 | STANISLAUS COUNTY TAX COLLECTOR | 20078 | Sears Holdings Management Corporation | | | | $946.04 | $946.04 | $1,892.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 183 | STANISLAUS COUNTY TAX COLLECTOR | 20100 | SEARS HOLDINGS MANAGEMENT | | | | $946.04 | | $946.04 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 184 | STEPHENVILLE ISD | 20347 | Sears, Roebuck and Co. | $3,569.08 | $3,569.08 | | | | $7,138.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 185 | STEPHENVILLE ISD | 20378 | SEARS, ROEBUCK AND CO. | $3,569.08 | | | | | $3,569.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 186 | SULPHUR SPRINGS ISD | 20349 | Sears, Roebuck and Co. | $3,700.86 | $3,700.86 | | | | $7,401.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 187 | SULPHUR SPRINGS ISD | 20379 | Sears, Roebuck and Co. | $3,700.86 | | | | | $3,700.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 188 | SWEETWATER INDEPENDENT SCHOOL DISTRICT | 3919 | Sears, Roebuck and Co. | | | $2,924.21 | | | $2,924.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 189 | Tarrant County | 4202 | Sears, Roebuck and Co. | | | $326,238.91 | | | $326,238.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 190 | Tarrant County | 4617 | Sears, Roebuck and Co. | | | $307,910.71 | | | $307,910.71 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 191 | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 192 | TAXING DISTRICTS COLLECTED BY RANDALL COUNTY | 7409 | Sears, Roebuck and Co. | | | $19,199.20 | | | $19,199.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 193 | TERRY CAD | 4755 | Sears Holdings Corporation | | | $284.90 | | | $284.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 194 | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4519 | Sears Holdings Corporation | | | $213,745.01 | | | $213,745.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 195 | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4705 | Sears Holdings Corporation | | | $102,044.44 | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 196 | THE COUNTY OF HENDERSON, TEXAS | 20313 | Sears Holdings Corporation | $3,096.94 | | | | | $3,096.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 197 | THE COUNTY OF WHARTON | 4803 | Sears Operations LLC | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 198 | THE TOWN OF WINDHAM, CT | 10606 | Sears Holdings Corporation | | | $95,144.88 | | | $95,144.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 199 | THURSTON COUNTY TREASURER | 4373 | Sears Holdings Corporation | | | $3,164.05 | | | $3,164.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 200 | TOWN OF WINDHAM REVENUE COLLECTOR | 8068 | Sears Holdings Corporation | | | $58,500.70 | | | $58,500.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 201 | TWIN FALLS COUNTY TREASURER | 20066 | Sears Holdings Corporation | | | | $729.00 | | $729.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 202 | TYLER INDEPENDENT SCHOOL DISTRICT | 5196 | Sears, Roebuck and Co. | | | $24,640.17 | | | $24,640.17 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 203 | UNIFIED GOVERNMENT TREASURY | 14130 | Sears Holdings Corporation | | | | $59,821.02 | | $59,821.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 204 | UVALDE COUNTY | 5540 | Sears, Roebuck and Co. | | | $7,927.65 | | | $7,927.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 205 | VAL VERDE COUNTY | 1430 | Sears, Roebuck and Co. | | | $5,055.13 | | | $5,055.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 206. | WASHOE COUNTY TREASURER | 19178 | Sears, Roebuck and Co. | | | $6,476.34 | | | $6,476.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 207. | WELD COUNTY TREASURER'S OFFICE | 3802 | Sears, Roebuck and Co. | | | | $3,768.20 | | $3,768.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 208. | WESLACO INDEPENDENT SCHOOL DISTRICT | 3767 | Sears, Roebuck and Co. | | | $3,243.68 | | | $3,243.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 209. | WHARTON CO JR COLL | 4352 | Sears, Roebuck and Co. | | | $155.70 | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 210. | WHARTON CO JR COLL | 20285 | SEARS, ROEBUCK AND CO. | $155.70 | | | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 211. | WHARTON COUNTY, TEXAS | 486 | Sears Holdings Corporation | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 212. | WHITFIELD COUNTY TAX COMMISSIONER | 10294 | Kmart Corporation | | | | $8,650.47 | | $8,650.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 213. | WHITFIELD COUNTY TAX COMMISSIONER | 20419 | Kmart Corporation | | | | $8,477.39 | | $8,477.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 214. | WILLIAMSON COUNTY, TEXAS | 2944 | Sears, Roebuck and Co. | | | $77,878.13 | | | $77,878.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 215. | WILLIAMSON COUNTY, TEXAS | 7294 | Sears, Roebuck and Co. | | | $73,047.81 | | | $73,047.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 216. | WILLIAMSON COUNTY, TEXAS | 7907 | MaxServ, Inc. | | | $495,711.40 | | | $495,711.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 217. | WILSON COUNTY | 1276 | Sears Holdings Corporation | | | $5,308.60 | | | $5,308.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 218. | WIND GAP BOROUGH TAX COLLECTOR | 9820 | Sears Holdings Corporation | | | | | $24,306.20 | $24,306.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 219. | WOOD COUNTY | 20334 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | Unliquidated | - | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | WOOD COUNTY | 20367 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | - | - | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | YAKIMA COUNTY TREASURER | 5786 | Sears Holdings Corporation | | | $4,176.41 | | | $4,176.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

## **Exhibit D**

## **Proposed Order**

WEIL:\97624567\10\73217.0004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                           :          Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           :          Case No. 18-23538 (RDD)
                                                :
           Debtors.[1]                          :          (Jointly Administered)
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTY-SECOND
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

Upon the *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)*, filed September 18, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and the Claims Procedures Order for an order (i) disallowing and expunging the Property Tax Claims, and (ii) granting related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and

consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the relief requested in the Objection having been provided, and it appearing that

no other or further notice need be provided in accordance with the Amended Case Management Order;

and such notice having been adequate and appropriate under the circumstances, and it appearing that other

or further notice need be provided; and the Court having held a hearing to consider the relief requested in

the Objection on October 15, 2020 (the "**Hearing**"); and upon the record of the Hearing, and upon all of

the proceedings had before the Court; and the Court having determined that the legal and factual bases set

forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient

cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Disallowed Property Tax Claim listed on **Exhibit 1** annexed to this Order is disallowed and expunged in

its entirety, and each such Disallowed Property Tax Claim shall be deleted from the claims register.

3.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Disputed Property Tax Claims listed on **Exhibit 2** annexed to this Order is disallowed and expunged in

its entirety, and each such Disputed Property Tax Claim shall be deleted from the claims register.

4.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Duplicate/Amended Property Tax Claims listed on **Exhibit 3** annexed to this Order is disallowed and

expunged in its entirety, and each such Duplicate/Amended Property Tax Claim shall be deleted from the

claims register.

5.      The disallowance and expungement of the Duplicate/Amended Property Tax Claims does not constitute any admission or finding concerning any of the Surviving Claims listed on **Exhibit 3**, and the Surviving Claims are neither allowed nor disallowed by this Order.

6.      Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the Property Tax Claims listed on **Exhibits 1-3** hereto, as to which all of Transform's rights and defenses are expressly reserved.

7.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object to or defend on any basis are expressly reserved with respect to any Property Tax Claim referenced or identified in the Objection that is not listed on **Exhibits 1-3**.

8.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

9.      The terms and conditions of this Order are effective immediately upon entry.

Dated:  _____, 2020
        White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Disallowed Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADRIAN CITY SUMMER | 14404 | Sears Holdings Corporation | $13,170.17 | | | $13,170.07 | | $26,340.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 2. | ANDERSON COUNTY, TEXAS | 3818 | Sears Holdings Corporation | | | $7,029.77 | | | $7,029.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 3. | ATASCOSA COUNTY | 1065 | Sears Holdings Corporation | | | $6,554.89 | | | $6,554.89 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 4. | ATLANTA ISD | 20499 | Sears, Roebuck and Co. | | $1,955.67 | | | | $1,955.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 5. | BASTROP COUNTY | 4806 | Sears Operations LLC | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 6. | BENTON COUNTY TREASURER | 8472 | Sears, Roebuck and Co. | | | $4,475.08 | | | $4,475.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 7. | BEXAR COUNTY | 1250 | Sears, Roebuck and Co. | | | $604,704.97 | | | $604,704.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 8. | BEXAR COUNTY | 20201 | Sears, Roebuck and Co. | | $419,476.90 | $419,476.90 | | | $838,953.80 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 9. | BLANCO CAD | 20364 | Sears, Roebuck and Co. | | | $4,516.55 | | | $4,516.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 10. | BOX BUTTE COUNTY TREASURER | 19488 | Sears, Roebuck and Co. | | | | $1,617.44 | | $1,617.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 11. | BROWARD COUNTY | 8627 | Sears Holdings Corporation | | | $1,442.25 | | | $1,442.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 12. | BROWARD COUNTY | 8633 | Sears Holdings Corporation | | | $32,297.34 | | | $32,297.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 13. | BROWARD COUNTY | 8640 | Sears Holdings Corporation | | | | $1,035.73 | | $1,035.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 14. | BROWARD COUNTY | 8681 | Sears Holdings Corporation | | | | $2,155.39 | | $2,155.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 15. | BROWN CAD | 352 | Sears Holdings Corporation | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 16. | Brown County Appraisal District | 4717 | Sears, Roebuck and Co. | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 17. | CALCASIEU PARISH SHERIFF & TAX COLLECTOR | 5390 | Sears Holdings Corporation | | | | $158,167.28 | | $158,167.28 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 18. | CALVERT COUNTY, MARYLAND | 4096 | Kmart Corporation | | | $3,453.22 | | | $3,453.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 19. | CHEROKEE CAD | 6997 | Sears Holdings Corporation | | | $3,424.01 | | | $3,424.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 20. | CHEROKEE COUNTY CAD | 2073 | Sears Holdings Corporation | | | $3,260.95 | | | $3,260.95 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 21. | CITY OF ATLANTA | 20498 | Sears, Roebuck and Co. | | $1,017.32 | | | | $1,017.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 22. | CITY OF CHATTANOOGA | 19811 | Sears, Roebuck and Co. | | | | $5,332.22 | | $5,332.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 23. | CITY OF CLEBURNE | 3930 | Sears, Roebuck and Co. | | | $3,320.33 | | | $3,320.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 24. | CITY OF CUDAHY | 9964 | Sears Holdings Corporation | $71,703.24 | | | | | $71,703.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 25. | CITY OF DEL RIO | 1278 | Sears, Roebuck and Co. | | | $4,861.97 | | | $4,861.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 26. | CITY OF DEL RIO | 19861 | Sears, Roebuck and Co. | | | $49.68 | | | $49.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 27. | CITY OF EAGLE PASS | 1448 | Sears, Roebuck and Co. | | | $1,567.14 | | | $1,567.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 28. | CITY OF EAGLE PASS | 20495 | Sears, Roebuck and Co. | | $1,492.72 | | | | $1,492.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 29. | CITY OF EL PASO | 1242 | Sears Holdings Corporation | | | $85,391.81 | | | $85,391.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 30. | CITY OF EL PASO | 1301 | Sears, Roebuck and Co. | | | $432,499.19 | | | $432,499.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 31. | CITY OF EL PASO | 20372 | Sears, Roebuck and Co. | $233,399.51 | | | | | $233,399.51 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 32. | CITY OF GARLAND | 3879 | Sears, Roebuck and Co. | | | $145,937.79 | | | $145,937.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 33. | CITY OF GRAPEVINE | 4053 | Sears, Roebuck and Co. | | | $5,570.49 | | | $5,570.49 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 34. | CITY OF HAMPTON TREASURER'S OFFICE | 9483 | Sears Operations LLC | | | $23,108.58 | | | $23,108.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 35. | CITY OF LAREDO TAX DEPT. | 19560 | Sears Holdings Corporation | | | | $16,347.66 | | $16,347.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 36. | CITY OF MCALLEN | 20368 | Sears, Roebuck and Co. | | | $5,286.77 | | | $5,286.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 37. | CITY OF MCALLEN | 20374 | Sears, Roebuck and Co. | | | $12,952.44 | | | $12,952.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 38. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 19697 | Sears Holdings Corporation | | $102,044.44 | | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 39. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 20538 | Sears Holdings Corporation | | $205,180.47 | | | | $205,180.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 40. | CITY OF MINERAL WELLS | 3928 | Sears, Roebuck and Co. | | | $1,633.65 | | | $1,633.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 41. | CITY OF PLEASANTON | 1112 | Sears Holdings Corporation | | | $1,579.80 | | | $1,579.80 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42. | CITY OF ROANOKE TREASURER | 1847 | Sears Holdings Corporation | | | $76,160.57 | | | $76,160.57 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 43. | CITY OF STEPHENVILLE | 20361 | Sears, Roebuck and Co. | | $1,331.85 | $1,331.85 | | | $2,663.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 44. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | Sears Holdings Corporation | | | $1,474.56 | | | $1,474.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 45. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7250 | Sears, Roebuck and Co. | | $55,260.99 | | | | $55,260.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 46. | CITY OF WESLACO | 3531 | Sears, Roebuck and Co. | | | $1,864.76 | | | $1,864.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 47. | CLARK COUNTY ASSESSOR | 20072 | Sears Holdings Corporation | | | $7,038.90 | | | $7,038.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 48. | CLEBURNE INDEPENDENT SCHOOL DISTRICT | 3944 | Sears, Roebuck and Co. | | | $6,731.36 | | | $6,731.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 49. | CLEVELAND ISD | 20287 | SEARS, ROEBUCK AND CO. | $3,302.61 | | | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 50. | CLEVELAND ISD | 4266 | Sears, Roebuck and Co. | | | $3,302.61 | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 51. | COLLIN COUNTY TAX ASSESSOR / COLLECTOR | 8926 | Sears Holdings Corporation | | | $46.16 | | | $46.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 52. | COLLIN COUNTY TAX ASSESSOR/ COLLECTOR | 8989 | Sears Holdings Corporation | | | $1,103.98 | | | $1,103.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 53. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8936 | Sears Holdings Corporation | | | $587.64 | | | $587.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 54. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8985 | Sears Holdings Corporation | | | $1,869.13 | | | $1,869.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 55. | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 8988 | Sears Holdings Corporation | | | $1,273.22 | | | $1,273.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 56. | COUNTY OF SAN BERNARDINO | 5315 | Sears Holdings Corporation | | | $156,913.76 | | | $156,913.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 57. | COUNTY OF SAN LUIS OBISPO TAX COLLECTOR | 10761 | Kmart Corporation | | | $1,677.76 | | | $1,677.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 58. | CROWLEY INDEPENDENT SCHOOL DISTRICT | 4003 | Sears, Roebuck and Co. | | | $155,076.76 | | | $155,076.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 59. | CYPRESS - FAIRBANKS ISD | 4348 | Sears, Roebuck and Co. | | | $177,747.31 | | | $177,747.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 60. | CYPRESS - FAIRBANKS ISD | 19908 | Sears, Roebuck and Co. | | | $50.40 | | | $50.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 61. | CYPRESS-FAIRBANKS ISD | 20296 | Sears, Roebuck and Co. | $165,477.50 | | | | | $165,477.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 62. | Dallas County | 3471 | Sears, Roebuck and Co. | | | - | | | - | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 63. | Dallas County | 4090 | Sears, Roebuck and Co. | | | $1,312,300.65 | | | $1,312,300.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 64. | DENTON COUNTY, TEXAS | 2267 | Sears Holdings Corporation | | | $34,419.06 | | | $34,419.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 65. | DENTON COUNTY, TEXAS | 7149 | Sears, Roebuck and Co. | $36,140.05 | | | | | $36,140.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 66. | EAGLE PASS ISD | 1390 | Sears, Roebuck and Co. | | | $4,006.54 | | | $4,006.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 67. | EAGLE PASS ISD | 20494 | Sears, Roebuck and Co. | $3,206.60 | | | | | $3,206.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 68. | EL DORADO COUNTY TAX COLLECTOR | 11828 | Kmart Corporation | | | $8,315.01 | $8,315.01 | | $16,630.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 69. | ELLIS COUNTY | 20506 | Sears, Roebuck and Co. | $8,483.16 | | | | | $8,483.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 70. | ERATH COUNTY, TEXAS | 3794 | Sears Holdings Corporation | | | $994.52 | | | $994.52 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 71. | FAYETTE COUNTY | 2480 | Sears, Roebuck and Co. | | | $7,281.65 | | | $7,281.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 72. | FORREST "BUTCH" FREEMAN OKLAHOMA COUNTY TREASURER | 6622 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 73. | FORSYTH COUNTY TAX COLLECTOR | 6115 | Sears Holdings Corporation | | | | $9,223.07 | | $9,223.07 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 74. | FORT BEND COUNTY | 4350 | Sears, Roebuck and Co. | | | $13,778.73 | | | $13,778.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 75. | FORT BEND COUNTY | 20295 | Sears, Roebuck and Co. | $10,161.15 | | | | | $10,161.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 76. | FRANKLIN COUNTY TREASURER-RE | 20012 | Sears, Roebuck and Co. | | | $47,195.64 | | | $47,195.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 77. | FRESNO COUNTY TAX COLLECTOR | 18502 | Kmart Corporation | | | $1,905.67 | | | $1,905.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 78. | Galveston County | 19906 | Sears, Roebuck and Co. | | | $2,662.81 | | | $2,662.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 79. | Galveston County | 20291 | Sears, Roebuck and Co. | $48,853.25 | | | | | $48,853.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 80. | GARFIELD COUNTY | 10448 | Sears Holdings Corporation | | | | $2,241.50 | | $2,241.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 81. | GARLAND INDEPENDENT SCHOOL DISTRICT | 4144 | Sears, Roebuck and Co. | | | $302,397.35 | | | $302,397.35 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 82. | GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT | 3914 | Sears, Roebuck and Co. | | | $26,896.33 | | | $26,896.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

2

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83. | GRAY COUNTY | 7337 | Sears, Roebuck and Co. | | | $9,104.00 | | | $9,104.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 84. | Harris County | 26255 | Sears, Roebuck and Co. | | $52,716.56 | | | | $52,716.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 85. | HARRIS COUNTY, ET AL | 4376 | Sears, Roebuck and Co. | | | $1,471,486.40 | | | $1,471,486.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 86. | HARRIS COUNTY, ET AL | 19907 | Sears, Roebuck and Co. | | | $27,568.26 | | | $27,568.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 87. | HARRISON CAD | 2948 | Sears Holdings Corporation | | | $4,765.82 | | | $4,765.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 88. | HARRISON CAD | 7126 | Sears Holdings Corporation | $5,004.12 | | | | | $5,004.12 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 89. | HARRISON COUNTY, TEXAS | 315 | Sears Holdings Corporation | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 90. | HARRISON COUNTY, TEXAS | 2264 | Sears Holdings Corporation | | | $890.47 | | | $890.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 91. | HAYS COUNTY, TEXAS | 3799 | Sears Holdings Corporation | | | $393.58 | | | $393.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 92. | HENDERSON COUNTY | 14778 | Kmart Corporation | | | $7,673.31 | | | $7,673.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 93. | HENDERSON COUNTY, TEXAS | 426 | Sears Holdings Corporation | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 94. | HENDERSON COUNTY, TEXAS | 2137 | Sears Operations LLC | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 95. | HENDERSON COUNTY, TEXAS | 7379 | Sears, Roebuck and Co. | | | $4,702.93 | | | $4,702.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 96. | HENNEPIN COUNTY TREASURER | 4346 | Sears Holdings Corporation | | | $167,742.78 | | | $167,742.78 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 97. | HIDALGO COUNTY | 20359 | Sears Holdings Corporation | | | $55,603.40 | | | $55,603.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 98. | HIDALGO COUNTY | 20421 | Sears, Roebuck and Co. | | | $46,828.06 | | | $46,828.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 99. | HOOD CAD | 20497 | Sears, Roebuck and Co. | $4,143.91 | | | | | $4,143.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 100. | HOPKINS COUNTY | 20500 | Sears, Roebuck and Co. | $2,397.55 | | | | | $2,397.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 101. | JASPER COUNTY | 4532 | Sears, Roebuck and Co. | | | $2,710.33 | | | $2,710.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 102. | JASPER COUNTY | 20288 | Sears, Roebuck and Co. | $6,414.33 | | | | | $6,414.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 103. | JIM WELLS CAD | 4088 | Sears, Roebuck and Co. | | | $12,345.15 | | | $12,345.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 104. | JIM WELLS CAD | 20422 | Sears, Roebuck and Co. | | | $6,784.02 | | | $6,784.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 105. | JOHNSON COUNTY | 3833 | Sears, Roebuck and Co. | | | $2,150.74 | | | $2,150.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 106. | KENDALL COUNTY | 4173 | Sears Holdings Corporation | | | $5,832.74 | | | $5,832.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 107. | KERN COUNTY TREASURER TAX COLLECTOR | 5790 | Kmart Corporation | | | $6,402.19 | | | $6,402.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 108. | KERR COUNTY | 5507 | Sears, Roebuck and Co. | | | $2,215.94 | | | $2,215.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 109. | KING COUNTY TREASURY | 12220 | Kmart Corporation | | | $94,318.50 | | | $94,318.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 110. | Knox County Trustee | 4973 | Sears, Roebuck and Co. | | | $26,625.00 | | | $26,625.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 111. | Knox County Trustee | 5006 | Sears, Roebuck and Co. | | | $1,690.00 | | | $1,690.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 112. | LAKE COUNTY TAX COLLECTOR | 8224 | Sears Holdings Corporation | | | $4,830.47 | | | $4,830.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 113. | LEWIS COUNTY TREASURER | 14120 | Kmart Corporation | | | $4,621.61 | | | $4,621.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 114. | MARICOPA COUNTY TREASURER | 20508 | Sears Holdings Corporation | $12,491.90 | | | | | $12,491.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 115. | MARION COUNTY | 19832 | Sears, Roebuck and Co. | | | | $8,725.44 | | $8,725.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 116. | MARION COUNTY | 19833 | Kmart Corporation | | | | $20,790.66 | | $20,790.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 117. | MARION COUNTY TAX COLLECTOR | 6604 | Sears, Roebuck and Co. | | | $5,399.19 | | | $5,399.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 118. | MARION COUNTY TAX COLLECTOR | 12750 | Sears, Roebuck and Co. | | | $5,756.73 | | | $5,756.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 119. | MARION COUNTY TAX COLLECTOR | 6603 | Sears, Roebuck and Co. | | | $140,832.21 | | | $140,832.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 120. | MARION COUNTY TAX COLLECTOR | 6606 | Sears, Roebuck and Co. | | | $605,319.45 | | | $605,319.45 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 121. | MATAGORDA COUNTY | 20286 | SEARS, ROEBUCK AND CO. | $7,003.46 | | | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 122. | MATAGORDA COUNTY | 4379 | Sears, Roebuck and Co. | | | $7,003.46 | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 123. | MESA COUNTY TREASURER | 11631 | Sears, Roebuck and Co. | | | $4,119.08 | $4,119.08 | | $8,238.16 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |

* Asserted amount includes any unliquidated amounts.

3

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 124. | MESA COUNTY TREASURER | 26250 | Sears Holdings Corporation | | | $743.44 | $743.44 | | $1,486.88 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 125. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4665 | Sears, Roebuck and Co. | | | $120.91 | | | $120.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 126. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4667 | Sears, Roebuck and Co. | | | $69.91 | | | $69.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 127. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4642 | Sears, Roebuck and Co. | | | $48.98 | | | $48.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 128. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4706 | Sears, Roebuck and Co. | | | $298.65 | | | $298.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 129. | MEXIA INDEPENDENT SCHOOL DISTRICT | 469 | Sears Holdings Corporation | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 130. | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | Sears Holdings Corporation | $3,448.92 | | | | | $3,448.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 131. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2161 | SEARS, ROEBUCK AND CO. | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 132. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2237 | SEARS OPERATIONS LLC | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 133. | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | Sears Operations LLC | | | $18,546.33 | | | $18,546.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 134. | MIDLAND CENTRAL APPRAISAL DISTRICT | 7293 | Sears, Roebuck and Co. | | | $19,147.86 | | | $19,147.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 135. | MINEOLA INDEPENDENT SCHOOL DISTRICT | 5197 | Sears, Roebuck and Co. | | | $4,361.99 | | | $4,361.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 136. | MINERAL WELLS INDEPENDENT SCHOOL DISTRICT | 4069 | Sears, Roebuck and Co. | | | $3,544.54 | | | $3,544.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 137. | MONTGOMERY COUNTY | 20290 | Sears, Roebuck and Co. | $10,258.39 | | | | | $10,258.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 138. | MULTNOMAH COUNTY-DART | 6700 | Kmart Corporation | | | $5,620.54 | | | $5,620.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 139. | NACOGDOCHES COUNTY, ET AL. | 5872 | Sears, Roebuck and Co. | | | $3,068.56 | | | $3,068.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 140. | NAVARRO COUNTY | 20336 | Sears, Roebuck and Co. | $8,921.91 | | $8,921.91 | | | $17,843.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 141. | NAVARRO COUNTY | 20366 | Sears, Roebuck and Co. | $8,921.91 | | | | | $8,921.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 142. | NOLAN COUNTY | 3929 | Sears, Roebuck and Co. | | | $2,267.36 | | | $2,267.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 143. | NUECES COUNTY | 20383 | Sears, Roebuck and Co. | | | $63,151.27 | | | $63,151.27 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 144. | PALM BEACH COUNTY TAX COLLECTOR | 19396 | Sears, Roebuck and Co. | | | $7,993.90 | | | $7,993.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 145. | PALO PINTO COUNTY | 3920 | Sears, Roebuck and Co. | | | $1,933.38 | | | $1,933.38 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 146. | PASADENA INDEPENDENT SCHOOL DISTRICT | 8066 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 147. | PECOS COUNTY | 1092 | Sears Holdings Corporation | | | $5,260.50 | | | $5,260.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 148. | PIERCE COUNTY FINANCE | 8718 | Sears, Roebuck and Co. | | | $4,416.60 | | | $4,416.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 149. | PIERCE COUNTY FINANCE | 8908 | Sears, Roebuck and Co. | $87.83 | | | | | $87.83 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 150. | PLATTE COUNTY COLLECTOR (DCN 790 (B)) | 6270 | Sears Holdings Corporation | | | | $3,249.41 | | $3,249.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 151. | POLK COUNTY | 4340 | Sears, Roebuck and Co. | | | $5,919.40 | | | $5,919.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 152. | POLK COUNTY | 20294 | SEARS, ROEBUCK AND CO. | $5,519.40 | | | | | $5,519.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 153. | POPE COUNTY TAX COLLECTOR | 13240 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 154. | PORTER COUNTY TREASURER | 20243 | Kmart Corporation | | | | $4,405.82 | | $4,405.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 155. | PUEBLO COUNTY TREASURER | 17331 | SEARS HOLDINGS CORPORATION | | | $40,687.23 | | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 156. | PUEBLO COUNTY TREASURER | 10776 | Sears Holdings Corporation | $40,687.23 | | | | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 157. | PUEBLO COUNTY TREASURER | 10787 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 158. | PUEBLO COUNTY TREASURER | 10795 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 159. | PUEBLO COUNTY TREASURER | 18287 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 160. | RICHARDSON INDEPENDENT SCHOOL DISTRICT | 3870 | Sears, Roebuck and Co. | | | $23,232.59 | | | $23,232.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 161. | RICHLAND COUNTY TREASURY | 7749 | Sears Holdings Corporation | | | | $122,607.34 | | $122,607.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 162. | RICHMOND COUNTY TAX COMMISSIONER | 20353 | Sears, Roebuck and Co. | | | | $26,586.56 | | $26,586.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 163. | SAN JUAN COUNTY | 11847 | Kmart Operations LLC | | | | $2,290.92 | | $2,290.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 164. | SAN JUAN COUNTY TREASURER | 11844 | Sears, Roebuck and Co. | | | | $2,072.70 | | $2,072.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

4

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed & Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 165. | SHELBY COUNTY TRUSTEE | 6567 | Sears, Roebuck and Co. | | | $34,020.00 | | | $34,020.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 166. | SHELBY COUNTY TRUSTEE | 6582 | Sears Holdings Management Corporation | | | $1,738.67 | | | $1,738.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 167. | SHELBY COUNTY TRUSTEE | 6583 | Sears, Roebuck and Co. | | | $304.56 | | | $304.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 168. | SHELBY COUNTY TRUSTEE | 6616 | Sears, Roebuck and Co. | | | $32,400.00 | | | $32,400.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 169. | SHELBY COUNTY TRUSTEE | 6618 | Sears Holdings Management Corporation | | | $126,287.10 | | | $126,287.10 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 170. | SHELBY COUNTY TRUSTEE | 6620 | Sears Holdings Management Corporation | | | $23,883.26 | | | $23,883.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 171. | SHELBY COUNTY TRUSTEE | 6621 | Sears Holdings Management Corporation | | | $34.79 | | | $34.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 172. | SHELBY COUNTY TRUSTEE | 6623 | Sears Holdings Management Corporation | | | $173.32 | | | $173.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 173. | SHELBY COUNTY TRUSTEE | 6624 | Sears, Roebuck and Co. | | | $2,086.16 | | | $2,086.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 174. | SHELBY COUNTY TRUSTEE | 6625 | Sears, Roebuck and Co. | | | $11,587.86 | | | $11,587.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 175. | SHELBY COUNTY TRUSTEE | 6626 | Sears Holdings Management Corporation | | | $16,344.18 | | | $16,344.18 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 176. | SHELBY COUNTY TRUSTEE | 6730 | Sears, Roebuck and Co. | | | $22,072.50 | | | $22,072.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 177. | SHELBY COUNTY TRUSTEE | 8273 | Sears, Roebuck and Co. | | | $4,531.14 | | | $4,531.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 178. | SHERIFF & TREASURER OF HARRISON COUNTY | 19273 | Sears Holdings Corporation | | | | $1,574.26 | | $1,574.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 179. | SMITH COUNTY | 3616 | Sears, Roebuck and Co. | | | $13,708.86 | | | $13,708.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 180. | SOLANO COUNTY TAX COLLECTOR | 19979 | Sears, Roebuck and Co. | | | $13,505.55 | | | $13,505.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 181. | ST. LOUIS COUNTY COLLECTOR OF REVENUE | 9492 | Sears Holdings Corporation | | | | $32.30 | | $32.30 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 182. | STANISLAUS COUNTY TAX COLLECTOR | 20078 | Sears Holdings Management Corporation | | | | $946.04 | $946.04 | $1,892.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 183. | STANISLAUS COUNTY TAX COLLECTOR | 20100 | SEARS HOLDINGS MANAGEMENT | | | | $946.04 | | $946.04 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 184. | STEPHENVILLE ISD | 20347 | Sears, Roebuck and Co. | $3,569.08 | | $3,569.08 | | | $7,138.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 185. | STEPHENVILLE ISD | 20378 | SEARS, ROEBUCK AND CO. | $3,569.08 | | | | | $3,569.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 186. | SULPHUR SPRINGS ISD | 20349 | Sears, Roebuck and Co. | $3,700.86 | | $3,700.86 | | | $7,401.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 187. | SULPHUR SPRINGS ISD | 20379 | Sears, Roebuck and Co. | $3,700.86 | | | | | $3,700.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 188. | SWEETWATER INDEPENDENT SCHOOL DISTRICT | 3919 | Sears, Roebuck and Co. | | | $2,924.21 | | | $2,924.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 189. | Tarrant County | 4202 | Sears, Roebuck and Co. | | | $326,238.91 | | | $326,238.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 190. | Tarrant County | 4617 | Sears, Roebuck and Co. | | | $307,910.71 | | | $307,910.71 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 191. | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 192. | TAXING DISTRICTS COLLECTED BY RANDALL COUNTY | 7409 | Sears, Roebuck and Co. | | | $19,199.20 | | | $19,199.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 193. | TERRY CAD | 4755 | Sears Holdings Corporation | | | $284.90 | | | $284.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 194. | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4519 | Sears Holdings Corporation | | | $213,745.01 | | | $213,745.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 195. | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4705 | Sears Holdings Corporation | | | $102,044.44 | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 196. | THE COUNTY OF HENDERSON, TEXAS | 20313 | Sears Holdings Corporation | $3,096.94 | | | | | $3,096.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 197. | THE COUNTY OF WHARTON | 4803 | Sears Operations LLC | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 198. | THE TOWN OF WINDHAM, CT | 10606 | Sears Holdings Corporation | | | $95,144.88 | | | $95,144.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 199. | THURSTON COUNTY TREASURER | 4373 | Sears Holdings Corporation | | | $3,164.05 | | | $3,164.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 200. | TOWN OF WINDHAM REVENUE COLLECTOR | 8068 | Sears Holdings Corporation | | | $58,500.70 | | | $58,500.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 201. | TWIN FALLS COUNTY TREASURER | 20066 | Sears Holdings Corporation | | | | $729.00 | | $729.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 202. | TYLER INDEPENDENT SCHOOL DISTRICT | 5196 | Sears, Roebuck and Co. | | | $24,640.17 | | | $24,640.17 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 203. | UNIFIED GOVERNMENT TREASURY | 14130 | Sears Holdings Corporation | | | | $59,821.02 | | $59,821.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 204. | UVALDE COUNTY | 5540 | Sears, Roebuck and Co. | | | $7,927.65 | | | $7,927.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 205. | VAL VERDE COUNTY | 1430 | Sears, Roebuck and Co. | | | $5,055.13 | | | $5,055.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Schedule of Satisfied Claims to be Disallowed & Expunged** | | | | | | | |
| 206. | WASHOE COUNTY TREASURER | 19178 | Sears, Roebuck and Co. | | | $6,476.34 | | | $6,476.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 207. | WELD COUNTY TREASURER'S OFFICE | 3802 | Sears, Roebuck and Co. | | | | $3,768.20 | | $3,768.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 208. | WESLACO INDEPENDENT SCHOOL DISTRICT | 3767 | Sears, Roebuck and Co. | | | $3,243.68 | | | $3,243.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 209. | WHARTON CO JR COLL | 4352 | Sears, Roebuck and Co. | | | $155.70 | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 210. | WHARTON CO JR COLL | 20285 | SEARS, ROEBUCK AND CO. | $155.70 | | | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 211. | WHARTON COUNTY, TEXAS | 486 | Sears Holdings Corporation | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 212. | WHITFIELD COUNTY TAX COMMISSIONER | 10294 | Sears, Roebuck and Co. | | | | $8,650.47 | | $8,650.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 213. | WHITFIELD COUNTY TAX COMMISSIONER | 20419 | Kmart Corporation | | | | $8,477.39 | | $8,477.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 214. | WILLIAMSON COUNTY, TEXAS | 2944 | Sears, Roebuck and Co. | | | $77,878.13 | | | $77,878.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 215. | WILLIAMSON COUNTY, TEXAS | 7294 | Sears, Roebuck and Co. | | | $73,047.81 | | | $73,047.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 216. | WILLIAMSON COUNTY, TEXAS | 7907 | MaxServ, Inc. | | | $495,711.40 | | | $495,711.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 217. | WILSON COUNTY | 1276 | Sears Holdings Corporation | | | $5,308.60 | | | $5,308.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 218. | WIND GAP BOROUGH TAX COLLECTOR | 9820 | Sears Holdings Corporation | | | | | $24,306.20 | $24,306.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 219. | WOOD COUNTY | 20334 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | Unliquidated | - | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | WOOD COUNTY | 20367 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | - | - | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | YAKIMA COUNTY TREASURER | 5786 | Sears Holdings Corporation | | | $4,176.41 | | | $4,176.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

6

**Exhibit J**

Exhibit J

22nd Omni Ex. 2 Service List

Served via first class mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| CLERMONT COUNTY TREASURER | JASON A. FOUNTAIN | ASST. PROSECUTOR | 101 E MAIN STREET | SECOND FLOOR | BATAVIA | OH | 45103-2961 |
| County of Lexington | 212 South Lake Drive, Ste 102 | | | | Lexington | SC | 29072 |
| DeSoto County, Mississippi | DeSoto County Tax Collector | Britni MacMillan, Asst. Bookkeeper | 365 Losher Street, Suite 110 | | Hernando | MS | 38632 |
| DeSoto County, Mississippi | Smith, Phillips, Mitchell, Scott & Nowak, LLP | Robert Ernest Quimby, Attorney | 2545 Caffey Street | | Hernando | MS | 38632 |
| DeSoto County, Mississippi | Smith, Phillips, Mitchell, Scott & Nowak, LLP | Robert Quimby | P.O. Box 346 | | Hernando | MS | 38632 |
| KING COUNTY TREASURY | 500 4TH AVE 600 | | | | SEATTLE | WA | 98104-2340 |
| Lee County Tax Collector | C/o Legal Dept | PO Box 850 | | | Fort Myers | FL | 33902-0850 |
| Miami-Dade County Tax Collector | 200 NW 2nd Avenue | Suite #430 | | | Miami | FL | 33128 |
| Montgomery County | 400 N. San Jacinto | | | | Conroe | TX | 77301 |
| Montgomery County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Palm Beach County Tax Collector | Attn: Legal Services Department | P.O. Box 3715 | | | West Palm Beach | FL | 33402-3715 |
| Washoe County Treasurer | Address on file | | | | | | |

Exhibit J

22nd Omni Ex. 2 Service List
Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Washoe County Treasurer | Address on file | | | | | | |

**Exhibit K**

SRF 46312

> **THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR PROOF(S) OF CLAIM ARE LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED THERETO, TO DETERMINE WHETHER THIS OMNIBUS OBJECTION AFFECTS THEIR PROOF(S) OF CLAIM.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MICHAEL T. BUSCHMANN, ESQ., AT (212) 310-8016.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re                                          :          **Chapter 11**
                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,      :          **Case No. 18-23538 (RDD)**
                                               :
             **Debtors.**[1]                    :          **(Jointly Administered)**

---------------------------------------------------------------- x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

## NOTICE OF HEARING ON DEBTORS' TWENTY-SECOND
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

**PLEASE TAKE NOTICE** that, on September 18, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Court disallow and expunge in full one or more proofs of claim (each a "**Claim**" and, collectively, the "**Claims**") listed on **Exhibits A-C** annexed to this Notice, on the ground(s) that such Claim(s) have been paid or satisfied or are duplicate claims of others filed. **Any Claim that the Court disallows and expunges will be treated as if it had not been filed and the holder of such Claim will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed to this Notice as **Exhibit D**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the disallowance and expungement of a Claim without further notice to the applicable Claimant(s).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the reduction, disallowance and expungement of its applicable Claim(s), then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the reduction, disallowance and expungement of its applicable Claim(s), then Claimant MUST file with the Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **October 9, 2020, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at <u>www.nysb.uscourts.gov</u>), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Court, the names of the

Debtors, the case number, and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, as applicable, for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Claim, to the extent not included with the Claim previously filed with the Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim on Claimant's behalf.

PLEASE TAKE FURTHER NOTICE that the Court will consider a Response only if the Response is timely filed, served, and received in accordance with the above.  A Response will be deemed timely filed, served, and received only if the original Response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (<u>Attn</u>: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (<u>Attn</u>: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 15, 2020, at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**").  If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claim(s) that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof of Claim(s) or Ballot(s), then the Hearing on the Objection with respect to such Proof of Claim(s) or Ballot(s) will be held at a later date.  If the Debtors do not continue the Hearing with respect to such Proof of Claim(s) or Ballot(s), then a Hearing on the Objection will be conducted on the above date.

PLEASE TAKE FURTHER NOTICE that if Claimant does not timely file and serve a Response to the Objection, the Debtors may, on or after the Response Deadline, submit to the Court an order substantially in the form of the proposed order annexed as **<u>Exhibit D</u>** to the Objection, which order may be entered without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that, if the Court does NOT disallow and/or expunge the Claims listed on **<u>Exhibits A-C</u>**, the Debtors retain the right to object on other grounds to the Claim(s) at a later date.  Claimant will receive a separate notice of any such objection(s).

PLEASE TAKE FURTHER NOTICE that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Court's website at <u>www.nysb.uscourts.gov</u>.

WEIL:\97624567\10\73217.0004

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.  **CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR PROOF(S) OF CLAIM.**

Dated:  September 18, 2020
       New York, New York

                          */s/  Garrett A. Fail*
                          Ray C. Schrock, P.C.
                          Jacqueline Marcus
                          Garrett A. Fail
                          Sunny Singh
                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York  10153
                          Telephone:  (212) 310-8000
                          Facsimile:  (212) 310-8007

                          *Attorneys for Debtors*
                          *and Debtors in Possession*

**Exhibit B**

**Disputed Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 2 - Disputed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed and Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Debtors' Estimated Allowed Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CLERMONT COUNTY TREASURER | 20187 | Kmart Corporation | - | - | $102,080.01 | - | - | $102,080.01 | $0.00 | Claim is not adequately supported |
| 2. | COUNTY OF LEXINGTON | 8383 | Sears Holdings Corporation | - | - | $25,088.62 | - | - | $25,088.62 | $0.00 | The Claim asserts amounts owed subsequent to the termination of the corresponding lease |
| 3. | DESOTO COUNTY, MISSISSIPPI | 19770 | Sears, Roebuck and Co. | - | - | - | $545,014.50 | - | $545,014.50 | $0.00 | Claim is not adequately supported |
| 4. | KING COUNTY TREASURY | 11206 | Sears, Roebuck and Co. | - | - | $22,533.47 | - | - | $22,533.47 | $0.00 | The Claim was satisfied / satisfied or relate to properties which are not a part of the Sears Estate |
| 5. | LEE COUNTY TAX COLLECTOR | 19900 | Florida Builder Appliances, Inc. | - | - | $4,152.21 | - | - | $4,152.21 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 6. | MIAMI-DADE COUNTY TAX COLLECTOR | 7737 | Sears Holdings Corporation | - | - | $1,090.98 | - | - | $1,090.98 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 7. | MONTGOMERY COUNTY | 19910 | Sears, Roebuck and Co. | - | - | $3,735.84 | - | - | $3,735.84 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 8. | PALM BEACH COUNTY TAX COLLECTOR | 11359 | Sears, Roebuck and Co. | - | - | $26,159.12 | - | - | $26,159.12 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 9. | Washoe County Treasurer | 26217 | Sears Holdings Corporation | - | - | - | $7,654.28 | - | $7,654.28 | $0.00 | The Claim was satisfied and/or released, as a portion of the claim has been paid and the associated contract was assumed and assigned to Transform Holdco LLC.for the remaining amount |

* Asserted amount includes any unliquidated amounts.

1

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

<div align="center">

**DEBTORS' TWENTY-SECOND OMNIBUS**
**OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)**

</div>

<div align="center">

**THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN**
**PROOFS OF CLAIM.  CLAIMANTS RECEIVING THIS OMNIBUS OBJECTION**

</div>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

SHOULD LOCATE THEIR NAMES AND PROOFS OF CLAIM ON
THE EXHIBIT ATTACHED TO THIS OMNIBUS OBJECTION.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE
DEBTORS' COUNSEL, MICHAEL T. BUSCHMANN, ESQ., AT (212) 310-8016.

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this omnibus objection (the "**Objection**"):

**<u>Background</u>**

1. Beginning on October 15, 2018 and continuing thereafter, each of the Debtors commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors. No trustee or examiner has been appointed in these chapter 11 cases.

3. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

4. On February 8, 2019, the Court entered the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (ECF No. 2507) (the "**Sale Order**"), approving that certain Asset Purchase Agreement (as amended, the "**APA**")

2

pursuant to which the Debtors sold substantially all their assets (the "**Sale Transaction**") to Transform

Holdco LLC ("**Transform**").  The Sale Transaction closed on February 11, 2019 (the "**Closing Date**").

5.      On October 15, 2019, the Court confirmed the *Modified Second Amended Joint*

*Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Plan**").[2]

6.      Additional information regarding the Debtors' business, capital structure, and the

Plan is set forth in the *Disclosure Statement for Modified Second Amended Joint Chapter 11 Plan of Sears*

*Holdings Corporation and Its Affiliated Debtors* (ECF No. 4478).

## Jurisdiction

7.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

8.      The Debtors file this Objection pursuant to section 502 of the Bankruptcy Code,

Bankruptcy Rule 3007, and the Claims Procedures Order, seeking entry of an order disallowing and

expunging the Claims listed on **Exhibits A-C** annexed hereto, all of which relate to property tax claims

for property previously leased or owned by the Debtors (collectively, the "**Property Tax Claims**").

9.      The Debtors have examined each Property Tax Claim, all documentation provided

with respect to each Property Tax Claim, and the Debtors' respective books and records, and have

determined in each case the Property Tax Claim asserts a Claim against the Debtors for which the Debtors

have no liability.

10.     The Property Tax Claims listed in **Exhibit A** (the "**Disallowed Property Tax**

**Claims**") should be disallowed and expunged as the Debtors' books and records show that the Disallowed

Property Tax Claims were previously paid in full or otherwise satisfied.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Plan.

11.     The Property Tax Claims listed in **Exhibit B** (the "**Disputed Property Tax Claims**") should be disallowed and expunged as the supporting documentation attached to the Disputed Property Tax Claims indicates that the invoices are not entitled to payment by the Debtors' estates because (i) they are not adequately supported with sufficient information showing a claim against the Debtors' estates, (ii) they assert amounts owed for a period subsequent to the termination of a corresponding lease, (iii) they assert amounts that the Debtors' books and records show were previously paid in full or otherwise satisfied; (iv) they assert amounts relating to properties which are not a part of the Debtors' estates; and/or (v) they assert amounts that were satisfied and/or released when the associated unexpired lease was assumed and assigned to Transform Holdco.

12.     The Property Tax Claims listed in **Exhibit C** (the "**Duplicate/Amended Property Tax Claims**") should be disallowed and expunged as the Debtors' books and records show that, in each case, the Duplicate/Amended Property Tax Claims are either duplicative of, or were superseded by, at least one corresponding claim identified under the heading "*Surviving Claims*" in **Exhibit C** (the "**Surviving Claims**").  This Objection does not affect any of the Surviving Claims and does not constitute an admission or acknowledgement by the Debtors that any such claims should be allowed. Unless the Surviving Claims were previously allowed, the Debtors preserve their rights to later object on any basis to any Surviving Claim.

13.     The Debtors, therefore, request that the Property Tax Claims be disallowed and expunged accordingly.  A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit D** (the "**Proposed Order**").

### The Property Tax Claims Should Be Disallowed and Expunged

14.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016 WL, 796860, at *9 (S.D.N.Y. 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL

6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814, 817 (S.D.N.Y. 2014); *In re Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at *5 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Moreover, Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

15.    The Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 892 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). This Court routinely disallows and expunges duplicative claims filed against the same debtor. *See, e.g. In re Tops Holding II Corporation*, Case No. 18-22279 (RDD) (Bankr. S.D.N.Y. Mar. 11, 2019) (ECF No. 880) (disallowing and expunging duplicative claims); *In re Ezra Holdings Ltd.*, Case No. 17-22405 (RDD) (Bankr. S.D.N.Y. Sept. 10, 2018) (ECF No. 464) (same); *In re 21st Century Oncology Holdings, Inc.*, Case No. 17-22770 (RDD) (Bankr. S.D.N.Y. Apr. 27, 2018) (ECF No. 1078) (same); *In re The Great Atlantic & Pacific Tea Company, Inc.*, Case No. 15-23007 (RDD) (Bankr. S.D.N.Y. Sept. 1, 2016) (ECF No. 3161) (same); *In re MPM Silicones, LLC*, Case No. 14-22503 (RDD) (Bankr. S.D.N.Y. Jan. 21, 2015) (ECF No. 1354) (same); *In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Bankr. S.D.N.Y. Sept. 18, 2013) (ECF No. 702) (same); *In re Hostess Brands, Inc.*, Case No. 12-22052 (RDD) (Bankr. S.D.N.Y. Dec. 5, 2012) (ECF No. 1886) (same); *In re Delphi Corporation*, Case No. 05-44481 (RDD) (Bankr. S.D.N.Y. June 29, 2007) (ECF No. 8442) (same).

16.    Further, pursuant to Bankruptcy Rule 3007(d)(5), a debtor may object to claims and seek their disallowance where such claims "have been satisfied or released during the case in accordance

with the [Bankruptcy] Code, applicable rules, or a court order . . . ."  Fed. R. Bankr. P. 3007(d)(5).  Upon

an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap*

*Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016 WL, 796860, at \*9 (S.D.N.Y.

2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at \*1 (Bankr. S.D.N.Y.

Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814, 817 (S.D.N.Y. 2014); *In re*

*Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at \*3 (S.D.N.Y. May 12, 2012); *In re Oneida,*

*Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at \*5

(S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729, 2007 Bankr.

LEXIS 660, at \*15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539

(Bankr. S.D.N.Y. 2000).

17.    The Debtors have reviewed the Property Tax Claims, all documents furnished by

the claimants with respect to the Property Tax Claims, and the Debtors' books and records, and have

determined that each Property Tax Claim asserts a claim for which the Debtors have no corresponding

liability.

18.    Therefore, the Debtors are not liable for the Property Tax Claims.  To ensure that

the claims register is accurate, and to avoid the possibility of improper recovery against the Debtors'

estates, the Debtors request that the Court disallow and expunge the Property Tax Claims as set forth in

**Exhibits A-C**.

<u>**Reservation of Rights**</u>

19.    The Debtors hereby reserve the right to object in the future to any of the Claims

subject to this Objection on any ground, and to amend, modify, and/or supplement this Objection to the

extent an objection to a Claim is not granted.  A separate notice and hearing will be scheduled for any

such objection.

**Notice**

20.     Notice of this Objection has been provided in accordance with the procedures set

forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on

November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully

submit that no further notice is required.

21.     No previous request for the relief sought herein has been made by the Debtors to

this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the

relief requested herein and such other and further relief as is just.

Dated: September 18, 2020
         New York, New York

                              */s/  Garrett A. Fail*
                              Ray C. Schrock, P.C.
                              Jacqueline Marcus
                              Garrett A. Fail
                              Sunny Singh
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007

                              *Attorneys for Debtors*
                              *and Debtors in Possession*

**Exhibit B**

**Disputed Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 2 - Disputed Claims

| | | | Schedule of Satisfied Claims to be Disallowed and Expunged | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Debtors' Estimated Allowed Amount | Reason for Proposed Disallowance |
| 1. | CLERMONT COUNTY TREASURER | 20187 | Kmart Corporation | - | - | $102,080.01 | - | - | $102,080.01 | $0.00 | Claim is not adequately supported |
| 2. | COUNTY OF LEXINGTON | 8383 | Sears Holdings Corporation | - | - | $25,088.62 | - | - | $25,088.62 | $0.00 | The Claim asserts amounts owed subsequent to the termination of the corresponding lease |
| 3. | DESOTO COUNTY, MISSISSIPPI | 19770 | Sears, Roebuck and Co. | - | - | - | $545,014.50 | - | $545,014.50 | $0.00 | Claim is not adequately supported |
| 4. | KING COUNTY TREASURY | 11206 | Sears, Roebuck and Co. | - | - | $22,533.47 | - | - | $22,533.47 | $0.00 | The Claim was satisfied / satisfied or relate to properties which are not a part of the Sears Estate |
| 5. | LEE COUNTY TAX COLLECTOR | 19900 | Florida Builder Appliances, Inc. | - | - | $4,152.21 | - | - | $4,152.21 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 6. | MIAMI-DADE COUNTY TAX COLLECTOR | 7737 | Sears Holdings Corporation | - | - | $1,090.98 | - | - | $1,090.98 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 7. | MONTGOMERY COUNTY | 19910 | Sears, Roebuck and Co. | - | - | $3,735.84 | - | - | $3,735.84 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 8. | PALM BEACH COUNTY TAX COLLECTOR | 11359 | Sears, Roebuck and Co. | - | - | $26,159.12 | - | - | $26,159.12 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 9. | Washoe County Treasurer | 26217 | Sears Holdings Corporation | - | - | - | $7,654.28 | - | $7,654.28 | $0.00 | The Claim was satisfied and/or released, as a portion of the claim has been paid and the associated contract was assumed and assigned to Transform Holdco LLC.for the remaining amount |

* Asserted amount includes any unliquidated amounts.

1

**Exhibit D**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                        :        Chapter 11
                                             :
SEARS HOLDINGS CORPORATION, *et al.*,        :        Case No. 18-23538 (RDD)
                                             :
           Debtors.[1]                       :        (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTY-SECOND
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

Upon the *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)*, filed September 18, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and the Claims Procedures Order for an order (i) disallowing and expunging the Property Tax Claims, and (ii) granting related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and

consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the relief requested in the Objection having been provided, and it appearing that

no other or further notice need be provided in accordance with the Amended Case Management Order;

and such notice having been adequate and appropriate under the circumstances, and it appearing that other

or further notice need be provided; and the Court having held a hearing to consider the relief requested in

the Objection on October 15, 2020 (the "**Hearing**"); and upon the record of the Hearing, and upon all of

the proceedings had before the Court; and the Court having determined that the legal and factual bases set

forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient

cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Disallowed Property Tax Claim listed on **Exhibit 1** annexed to this Order is disallowed and expunged in

its entirety, and each such Disallowed Property Tax Claim shall be deleted from the claims register.

3.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Disputed Property Tax Claims listed on **Exhibit 2** annexed to this Order is disallowed and expunged in

its entirety, and each such Disputed Property Tax Claim shall be deleted from the claims register.

4.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Duplicate/Amended Property Tax Claims listed on **Exhibit 3** annexed to this Order is disallowed and

expunged in its entirety, and each such Duplicate/Amended Property Tax Claim shall be deleted from the

claims register.

5.      The disallowance and expungement of the Duplicate/Amended Property Tax Claims does not constitute any admission or finding concerning any of the Surviving Claims listed on **Exhibit 3**, and the Surviving Claims are neither allowed nor disallowed by this Order.

6.      Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the Property Tax Claims listed on **Exhibits 1-3** hereto, as to which all of Transform's rights and defenses are expressly reserved.

7.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object to or defend on any basis are expressly reserved with respect to any Property Tax Claim referenced or identified in the Objection that is not listed on **Exhibits 1-3**.

8.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

9.      The terms and conditions of this Order are effective immediately upon entry.


Dated:  _____, 2020
        White Plains, New York


        _____
        HONORABLE ROBERT D. DRAIN
        UNITED STATES BANKRUPTCY JUDGE

**Exhibit 2**

**Disputed Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 2 - Disputed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Satisfied Claims to be Disallowed and Expunged**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Debtors' Estimated Allowed Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CLERMONT COUNTY TREASURER | 20187 | Kmart Corporation | - | - | $102,080.01 | - | - | $102,080.01 | $0.00 | Claim is not adequately supported |
| 2. | COUNTY OF LEXINGTON | 8383 | Sears Holdings Corporation | - | - | $25,088.62 | - | - | $25,088.62 | $0.00 | The Claim asserts amounts owed subsequent to the termination of the corresponding lease |
| 3. | DESOTO COUNTY, MISSISSIPPI | 19770 | Sears, Roebuck and Co. | - | - | - | $545,014.50 | - | $545,014.50 | $0.00 | Claim is not adequately supported |
| 4. | KING COUNTY TREASURY | 11206 | Sears, Roebuck and Co. | - | - | $22,533.47 | - | - | $22,533.47 | $0.00 | The Claim was satisfied / satisfied or relate to properties which are not a part of the Sears Estate |
| 5. | LEE COUNTY TAX COLLECTOR | 19900 | Florida Builder Appliances, Inc. | - | - | $4,152.21 | - | - | $4,152.21 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 6. | MIAMI-DADE COUNTY TAX COLLECTOR | 7737 | Sears Holdings Corporation | - | - | $1,090.98 | - | - | $1,090.98 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 7. | MONTGOMERY COUNTY | 19910 | Sears, Roebuck and Co. | - | - | $3,735.84 | - | - | $3,735.84 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 8. | PALM BEACH COUNTY TAX COLLECTOR | 11359 | Sears, Roebuck and Co. | - | - | $26,159.12 | - | - | $26,159.12 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 9. | Washoe County Treasurer | 26217 | Sears Holdings Corporation | - | - | - | $7,654.28 | - | $7,654.28 | $0.00 | The Claim was satisfied and/or released, as a portion of the claim has been paid and the associated contract was assumed and assigned to Transform Holdco LLC.for the remaining amount |

* Asserted amount includes any unliquidated amounts.

1

**Exhibit L**

Exhibit L

22nd Omni Ex. 3 Service List

Served via first class mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| Anderson County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Anderson County, Texas | The County of Anderson, Texas | P.O. Drawer 1990 | | | Palestine | TX | 75802-1990 |
| Atlanta ISD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Bastrop County | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Bastrop County | P.O. Drawer 579 | | | | Bastrop | TX | 78602-0579 |
| Bell County TAD | Tara LeDay | McCreary, Veselka, Bragg & Allen, PC | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Bell County TAD | Tax Appraisal District of Bell County | PO Box 390 | | | Belton | TX | 76513-0390 |
| Bell County Tax Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Bell County Tax Appraisal District | Tax Appraisal District of Bell County | P.O. Box 390 | | | Belton | TX | 76513-0390 |
| Bowie CAD | Bowie Central Appraisal District | PO Box 1269 | | | Round Rock | TX | 78680-1269 |
| Bowie CAD | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Bowie Central Appraisal District | | | | | | | |

Exhibit L

22nd Omni Ex. 3 Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Brazos County, Texas | 4151 County Park Court | | | | Bryan | TX | 77802-1430 |
| Brazos County, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Brown County Appraisal District | 403 Fisk Ave | | | | Brownwood | TX | 76801-2929 |
| Brown County Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Cameron County | Diane W. Sanders | P.O. Box 17428 | | | Austin | TX | 78760 |
| Cherokee County CAD | Cherokee County Appraisal District | PO Box 494 | | | Rusk | TX | 75785-0494 |
| Cherokee County CAD | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| City of Atlanta | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| City of Eagle Pass | 100 S Monroe | | | | Eagle Pass | TX | 78852 |
| City of Eagle Pass | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 711 Navarro Street, Suite 300 | | San Antonio | TX | 78205 |
| City of Frisco | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller and Laurie A Spindler | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 |
| City of Stephenville | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| City of Sulphur Springs | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| City of Waco and/or Waco Independent School District | c/o McCreary Law Firm | PO Box 1669 | | | Waco | TX | 76703-1669 |
| City of Waco and/or Waco Independent School District | McCreary, Veselka, Bragg & Allen, PC | Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Dallas County | Elizabeth Weller | Laurie A Spindler | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway Suite 1000 | Dallas | TX | 75207 |

Exhibit L

22nd Omni Ex. 3 Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Denton County, Texas | McCreary, Veselka, Bragg & Allen PC | Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Denton County, Texas | PO Box 1277 | | | | Denton | TX | 76202-1277 |
| Eagle Pass ISD | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 711 Navarro, Suite 300 | | San Antonio | TX | 78205 |
| Elko County Treasurer | 571 Idaho St | Suite 101 | | | Elko | NV | 89801-3715 |
| Ellis County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Erath County, Texas | County of Erath | 320 W. College | | | Stephenville | TX | 76401-4218 |
| Erath County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Harrision CAD | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Harrison County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Harrison County, Texas | PO Box 967 | | | | Marshall | TX | 75671-0967 |
| Hays County, Texas | 712 S. Stagecoach Trail, Ste 1120 | | | | San Marcos | TX | 78666-6073 |
| Hays County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Hood CAD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Hopkins County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Irving ISD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| McLennan County | Attn: Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760 |
| Mexia Independent School District | Limestone Co. Tax Office | PO Box 539 | | | Groesbeck | TX | 76642-0539 |
| Mexia Independent School District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Midland CAD | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |

Exhibit L

22nd Omni Ex. 3 Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Midland CAD | P.O. Box 908002 | | | | Midland | TX | 79708-0002 |
| Tarrant County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Walker | Laurie A Spindler | 2777 N. Stemmons Frwy Ste 1000 | Dallas | TX | 75207 |
| Tax Appraisal District of Bell County, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680-1269 |
| Terry CAD | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Terry CAD | PO Box 426 | | | | Brownfield | TX | 79316-0426 |
| The County of Anderson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| The County of Anderson, Texas | P.O. Drawer 1990 | | | | Palestine | TX | 75802-1990 |
| Twin Falls County Treasurer | P.O Box 88 | | | | Twin Falls | ID | 83303-0088 |
| Williamson County, Texas | 904 South Main | | | | Georgetown | TX | 78626-5829 |
| Williamson County, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680-1269 |
| Yavapai County Treasurer | 1015 Fair St | | | | Prescott | AZ | 86305-1807 |

**Exhibit M**

SRF 46312

---

THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED
PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' TWENTY-
SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM SHOULD REVIEW THE OMNIBUS
OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR PROOF(S) OF CLAIM ARE
LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED THERETO,
TO DETERMINE WHETHER THIS OMNIBUS OBJECTION AFFECTS THEIR PROOF(S) OF
CLAIM.

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, MICHAEL T. BUSCHMANN, ESQ., AT (212) 310-8016.

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                            :            **Chapter 11**
                                                 :
**SEARS HOLDINGS CORPORATION**, *et al.*,        :            **Case No. 18-23538 (RDD)**
                                                 :
            **Debtors.**[1]                      :            **(Jointly Administered)**
------------------------------------------------------------ x

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are
as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears
Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E
Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service,
LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626);
Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home &
Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182);
Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears
Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW
Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None);
California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc.
(0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores
of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation)
(4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert
Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC
(None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022);
Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate
headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

## NOTICE OF HEARING ON DEBTORS' TWENTY-SECOND
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

**PLEASE TAKE NOTICE** that, on September 18, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Court disallow and expunge in full one or more proofs of claim (each a "**Claim**" and, collectively, the "**Claims**") listed on **Exhibits A-C** annexed to this Notice, on the ground(s) that such Claim(s) have been paid or satisfied or are duplicate claims of others filed. **Any Claim that the Court disallows and expunges will be treated as if it had not been filed and the holder of such Claim will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed to this Notice as **Exhibit D**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the disallowance and expungement of a Claim without further notice to the applicable Claimant(s).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the reduction, disallowance and expungement of its applicable Claim(s), then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the reduction, disallowance and expungement of its applicable Claim(s), then Claimant MUST file with the Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **October 9, 2020, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at <u>www.nysb.uscourts.gov</u>), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Court, the names of the

Debtors, the case number, and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, as applicable, for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Claim, to the extent not included with the Claim previously filed with the Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim on Claimant's behalf.

PLEASE TAKE FURTHER NOTICE that the Court will consider a Response only if the Response is timely filed, served, and received in accordance with the above. A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 15, 2020, at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claim(s) that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof of Claim(s) or Ballot(s), then the Hearing on the Objection with respect to such Proof of Claim(s) or Ballot(s) will be held at a later date. If the Debtors do not continue the Hearing with respect to such Proof of Claim(s) or Ballot(s), then a Hearing on the Objection will be conducted on the above date.

PLEASE TAKE FURTHER NOTICE that if Claimant does not timely file and serve a Response to the Objection, the Debtors may, on or after the Response Deadline, submit to the Court an order substantially in the form of the proposed order annexed as **Exhibit D** to the Objection, which order may be entered without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that, if the Court does NOT disallow and/or expunge the Claims listed on **Exhibits A-C**, the Debtors retain the right to object on other grounds to the Claim(s) at a later date. Claimant will receive a separate notice of any such objection(s).

PLEASE TAKE FURTHER NOTICE that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Court's website at www.nysb.uscourts.gov.

WEIL:\97624567\10\73217.0004

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.  **CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR PROOF(S) OF CLAIM.**

Dated:  September 18, 2020
       New York, New York

                                           */s/  Garrett A. Fail*
                                           Ray C. Schrock, P.C.
                                           Jacqueline Marcus
                                           Garrett A. Fail
                                           Sunny Singh
                                           WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York  10153
                                         Telephone:  (212) 310-8000
                                         Facsimile:  (212) 310-8007

                                         *Attorneys for Debtors*
                                         *and Debtors in Possession*

WEIL:\97624567\10\73217.0004

## Exhibit C

**Duplicate/Amended Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No.* | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ANDERSON COUNTY, TEXAS | 440 | SEARS OPERATIONS LLC | | | $7,029.77 | | | $7,029.77 | Duplicate | ANDERSON COUNTY, TEXAS | 3818 | SEARS HOLDINGS CORPORATION | | | $7,029.77 | | | $7,029.77 |
| 2. | ANDERSON COUNTY, TEXAS | 3801 | SEARS, ROEBUCK AND CO. | | | $7,029.77 | | | $7,029.77 | Duplicate | | | | | | | | | |
| 3. | ATLANTA ISD | 20322 | SEARS, ROEBUCK AND CO. | | $1,955.67 | | | | $1,955.67 | Duplicate | ATLANTA ISD | 20499 | SEARS, ROEBUCK AND CO. | | $1,955.67 | | | | $1,955.67 |
| 4. | BASTROP COUNTY | 2349 | SEARS, ROEBUCK AND CO. | | | $7,661.93 | | | $7,661.93 | Duplicate | BASTROP COUNTY | 4806 | SEARS OPERATIONS LLC | | | $7,661.93 | | | $7,661.93 |
| 5. | Bell County Tax Appraisal District | 391 | Sears Holdings Corporation | | | $52,288.14 | | | $52,288.14 | Duplicate | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 |
| 6. | Bell County Tax Appraisal District | 3047 | Sears, Roebuck and Co. | | | $52,288.14 | | | $52,288.14 | Duplicate | | | | | | | | | |
| 7. | Bowie CAD | 1466 | Kmart Stores of Texas LLC | | | $109,848.12 | | | $109,848.12 | Duplicate | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 |
| 8. | Bowie CAD | 1474 | Kmart Corporation | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 9. | Bowie Central Appraisal District | 2129 | Sears Operations LLC | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 10. | Bowie Central Appraisal District | 3805 | Sears, Roebuck and Co. | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 11. | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 | Amended | Bowie Central Appraisal District, collecting property taxes for The County of Bowie, Texas, The City of | 26252 | Sears Holdings Corporation | | | $21,052.46 | | | $21,052.46 |
| 12. | Bowie Central Appraisal District | 6998 | Sears Holdings Corporation | | | $115,340.57 | | | $115,340.57 | Amended | Bowie Central Appraisal District, Texas | 20403 | Sears Holdings Corporation | | | $17,122.85 | | | $17,122.85 |
| 13. | BRAZOS COUNTY, TEXAS | 333 | SEARS HOLDINGS CORPORATION | | | $27,941.92 | | | $27,941.92 | Duplicate | BRAZOS COUNTY, TEXAS | 4808 | SEARS OPERATIONS LLC | | | $27,941.92 | | | $27,941.92 |
| 14. | BROWN COUNTY APPRAISAL DISTRICT | 3373 | SEARS OPERATIONS LLC | | | $9,022.91 | | | $9,022.91 | Duplicate | BROWN COUNTY APPRAISAL DISTRICT | 4717 | SEARS, ROEBUCK AND CO. | | | $9,022.91 | | | $9,022.91 |
| 15. | CAMERON COUNTY | 20247 | SEARS, ROEBUCK AND CO. | | | $50,821.96 | | | $50,821.96 | Duplicate | CAMERON COUNTY | 20413 | KMART CORPORATION | | | $50,821.96 | | | $50,821.96 |
| 16. | CHEROKEE COUNTY CAD | 398 | SEARS OPERATIONS LLC | | | $3,260.95 | | | $3,260.95 | Duplicate | CHEROKEE COUNTY CAD | 2073 | SEARS HOLDINGS CORPORATION | | | $3,260.95 | | | $3,260.95 |
| 17. | CITY OF ATLANTA | 20321 | SEARS, ROEBUCK AND CO. | | | $1,017.32 | | | $1,017.32 | Duplicate | CITY OF ATLANTA | 20498 | SEARS, ROEBUCK AND CO. | | | $1,017.32 | | | $1,017.32 |
| 18. | CITY OF EAGLE PASS | 20382 | SEARS, ROEBUCK AND CO. | | | $1,492.72 | | | $1,492.72 | Duplicate | CITY OF EAGLE PASS | 20495 | SEARS, ROEBUCK AND CO. | | | $1,492.72 | | | $1,492.72 |
| 19. | CITY OF FRISCO | 20315 | SEARS, ROEBUCK AND CO. | | | $1,080.25 | | | $1,080.25 | Duplicate | CITY OF FRISCO | 20496 | SEARS, ROEBUCK AND CO. | | | $1,080.25 | | | $1,080.25 |
| 20. | CITY OF STEPHENVILLE | 20348 | SEARS, ROEBUCK AND CO. | | | $1,331.85 | | | $1,331.85 | Duplicate | CITY OF STEPHENVILLE | 20361 | SEARS, ROEBUCK AND CO. | | | $1,331.85 | | | $1,331.85 |
| 21. | CITY OF SULPHUR SPRINGS | 20319 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 | Duplicate | CITY OF SULPHUR SPRINGS | 3574 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 |
| 22. | CITY OF SULPHUR SPRINGS | 20504 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 | Duplicate | | | | | | | | | |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

1

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7287 | SEARS HOLDINGS CORPORATION | | | $55,260.99 | | | $55,260.99 | Amended | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 20399 | SEARS, ROEBUCK AND CO. | | | $41,166.43 | | | $41,166.43 |
| 24 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 497 | SEARS, ROEBUCK AND CO. | | | | $1,474.56 | | $1,474.56 | Duplicate | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | SEARS HOLDINGS CORPORATION | | | | $1,474.56 | | $1,474.56 |
| 25 | Dallas County | 20327 | Sears, Roebuck and Co. | | $1,059,413.65 | | | | $1,059,413.65 | Duplicate | Dallas County | 20365 | Sears, Roebuck and Co. | | $1,059,413.65 | | | | $1,059,413.65 |
| 26 | DENTON COUNTY, TEXAS | 2263 | SEARS OPERATIONS LLC | | | $34,419.06 | | | $34,419.06 | Duplicate | DENTON COUNTY, TEXAS | 2287 | SEARS, ROEBUCK AND CO. | | | $34,419.06 | | | $34,419.06 |
| 27 | EAGLE PASS ISD | 20385 | SEARS, ROEBUCK AND CO. | | | $3,206.60 | | | $3,206.60 | Duplicate | EAGLE PASS ISD | 20494 | SEARS, ROEBUCK AND CO. | | | $3,206.60 | | | $3,206.60 |
| 28 | ELKO COUNTY TREASURER | 19073 | SEARS, ROEBUCK AND CO. | | | | $9,369.19 | | $9,369.19 | Duplicate | ELKO COUNTY TREASURER | 20543 | SEARS, ROEBUCK AND CO. | | | | | $9,376.19 | $9,376.19 |
| 29 | ELLIS COUNTY | 20323 | SEARS, ROEBUCK AND CO. | | | $8,483.16 | | | $8,483.16 | Duplicate | ELLIS COUNTY | 20506 | SEARS, ROEBUCK AND CO. | | | $8,483.16 | | | $8,483.16 |
| 30 | ERATH COUNTY, TEXAS | 437 | SEARS OPERATIONS LLC | | | | $994.52 | | $994.52 | Duplicate | ERATH COUNTY, TEXAS | 3794 | SEARS HOLDINGS CORPORATION | | | | $994.52 | | $994.52 |
| 31 | ERATH COUNTY, TEXAS | 3532 | SEARS, ROEBUCK AND CO. | | | $994.52 | | | $994.52 | Duplicate | | | | | | | | | |
| 32 | HARRISON CENTRAL APPRAISAL DISTRICT | 445 | SEARS OPERATIONS LLC | | | $4,765.82 | | | $4,765.82 | Duplicate | HARRISON CAD | 2948 | SEARS HOLDINGS CORPORATION | | | $4,765.82 | | | $4,765.82 |
| 33 | HARRISON COUNTY, TEXAS | 441 | SEARS OPERATIONS LLC | | | $890.47 | | | $890.47 | Duplicate | HARRISON COUNTY, TEXAS | 2264 | SEARS HOLDINGS CORPORATION | | | $890.47 | | | $890.47 |
| 34 | HAYS COUNTY, TEXAS | 475 | SEARS OPERATIONS LLC | | | $393.58 | | | $393.58 | Duplicate | HAYS COUNTY, TEXAS | 3799 | SEARS HOLDINGS CORPORATION | | | $393.58 | | | $393.58 |
| 35 | HOOD CAD | 20320 | SEARS, ROEBUCK AND CO. | | | $4,143.91 | | | $4,143.91 | Duplicate | HOOD CAD | 20497 | SEARS, ROEBUCK AND CO. | | | $4,143.91 | | | $4,143.91 |
| 36 | HOPKINS COUNTY | 20324 | SEARS, ROEBUCK AND CO. | | | $2,397.55 | | | $2,397.55 | Duplicate | HOPKINS COUNTY | 20500 | SEARS, ROEBUCK AND CO. | | | $2,397.55 | | | $2,397.55 |
| 37 | IRVING ISD | 20350 | SEARS, ROEBUCK AND CO. | | | $8,456.26 | | | $8,456.26 | Duplicate | IRVING ISD | 20360 | SEARS, ROEBUCK AND CO. | | | $8,456.26 | | | $8,456.26 |
| 38 | MCLENNAN COUNTY | 20231 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 | Duplicate | MCLENNAN COUNTY | 20375 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 |
| 39 | MEXIA INDEPENDENT SCHOOL DISTRICT | 7178 | SEARS, ROEBUCK AND CO. | | | $3,448.92 | | | $3,448.92 | Duplicate | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | SEARS HOLDINGS CORPORATION | | | $3,448.92 | | | $3,448.92 |
| 40 | MIDLAND CAD | 478 | SEARS HOLDINGS CORPORATION | | | $18,546.33 | | | $18,546.33 | Duplicate | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | SEARS OPERATIONS LLC | | | $18,546.33 | | | $18,546.33 |
| 41 | Tarrant County | 20332 | Sears, Roebuck and Co. | $157,404.19 | | | | | $157,404.19 | Duplicate | Tarrant County | 20356 | Sears, Roebuck and Co. | $157,404.19 | | | | | $157,404.19 |
| 42 | Bell County TAD | 7040 | Sears Holdings Corporation | $54,902.65 | | | | | $54,902.65 | Amended | Tax Appraisal District of Bell County | 26093 | Sears Holdings Corporation | | | $45,297.05 | | | $45,297.05 |
| 43 | Tax Appraisal District of Bell County, Texas | 20396 | Sears Holdings Corporation | | | $48,476.78 | | | $48,476.78 | Amended | | | | | | | | | |
| 44 | TERRY CAD | 544 | SEARS OPERATIONS LLC | | | $284.90 | | | $284.90 | Duplicate | TERRY CAD | 4755 | SEARS HOLDINGS CORPORATION | | | $284.90 | | | $284.90 |
| 45 | TWIN FALLS COUNTY TREASURER | 17198 | SEARS HOLDINGS CORPORATION | | | | $729.00 | | $729.00 | Duplicate | TWIN FALLS COUNTY TREASURER | 20066 | SEARS HOLDINGS CORPORATION | | | | | $729.00 | $729.00 |
| 46 | WILLIAMSON COUNTY, TEXAS | 483 | SEARS HOLDINGS CORPORATION | | | $77,878.13 | | | $77,878.13 | Duplicate | WILLIAMSON COUNTY, TEXAS | 2944 | SEARS, ROEBUCK AND CO. | | | $77,878.13 | | | $77,878.13 |
| 47 | WILLIAMSON COUNTY, TEXAS | 7212 | SEARS HOLDINGS CORPORATION | | | $73,047.81 | | | $73,047.81 | Duplicate | WILLIAMSON COUNTY, TEXAS | 7294 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 |
| 48 | WILLIAMSON COUNTY, TEXAS | 7252 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 | Duplicate | | | | | | | | | |
| 49 | YAVAPAI COUNTY TREASURER | 12668 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 | Duplicate | YAVAPAI COUNTY TREASURER | 12715 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount may include any unliquidated amounts.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## DEBTORS' TWENTY-SECOND OMNIBUS
## OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

**THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN
PROOFS OF CLAIM.  CLAIMANTS RECEIVING THIS OMNIBUS OBJECTION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

> **SHOULD LOCATE THEIR NAMES AND PROOFS OF CLAIM ON
> THE EXHIBIT ATTACHED TO THIS OMNIBUS OBJECTION.**
>
> **IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE
> DEBTORS' COUNSEL, MICHAEL T. BUSCHMANN, ESQ., AT (212) 310-8016.**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession

in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in

support of this omnibus objection (the "**Objection**"):

### Background

1.      Beginning on October 15, 2018 and continuing thereafter, each of the Debtors

commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Court**")

a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The

Debtors are authorized to continue to operate their business and manage their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On October 24, 2018, the United States Trustee for Region 2 appointed an official

committee of unsecured creditors.  No trustee or examiner has been appointed in these chapter 11 cases.

3.      The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy
Rules**").

4.      On February 8, 2019, the Court entered the *Order (I) Approving the Asset Purchase
Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and
Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of
Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* (ECF
No. 2507) (the "**Sale Order**"), approving that certain Asset Purchase Agreement (as amended, the "**APA**")

2

pursuant to which the Debtors sold substantially all their assets (the "**Sale Transaction**") to Transform

Holdco LLC ("**Transform**").  The Sale Transaction closed on February 11, 2019 (the "**Closing Date**").

5.       On October 15, 2019, the Court confirmed the *Modified Second Amended Joint*

*Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Plan**").[2]

6.       Additional information regarding the Debtors' business, capital structure, and the

Plan is set forth in the *Disclosure Statement for Modified Second Amended Joint Chapter 11 Plan of Sears*

*Holdings Corporation and Its Affiliated Debtors* (ECF No. 4478).

## Jurisdiction

7.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

8.       The Debtors file this Objection pursuant to section 502 of the Bankruptcy Code,

Bankruptcy Rule 3007, and the Claims Procedures Order, seeking entry of an order disallowing and

expunging the Claims listed on **Exhibits A-C** annexed hereto, all of which relate to property tax claims

for property previously leased or owned by the Debtors (collectively, the "**Property Tax Claims**").

9.       The Debtors have examined each Property Tax Claim, all documentation provided

with respect to each Property Tax Claim, and the Debtors' respective books and records, and have

determined in each case the Property Tax Claim asserts a Claim against the Debtors for which the Debtors

have no liability.

10.       The Property Tax Claims listed in **Exhibit A** (the "**Disallowed Property Tax**

**Claims**") should be disallowed and expunged as the Debtors' books and records show that the Disallowed

Property Tax Claims were previously paid in full or otherwise satisfied.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Plan.

11.     The Property Tax Claims listed in **Exhibit B** (the "**Disputed Property Tax Claims**")  should be disallowed and expunged as the supporting documentation attached to the Disputed Property Tax Claims indicates that the invoices are not entitled to payment by the Debtors' estates because (i) they are not adequately supported with sufficient information showing a claim against the Debtors' estates, (ii) they assert amounts owed for a period subsequent to the termination of a corresponding lease, (iii) they assert amounts that the Debtors' books and records show were previously paid in full or otherwise satisfied; (iv) they assert amounts relating to properties which are not a part of the Debtors' estates; and/or (v) they assert amounts that were satisfied and/or released when the associated unexpired lease was assumed and assigned to Transform Holdco.

12.     The Property Tax Claims listed in **Exhibit C** (the "**Duplicate/Amended Property Tax Claims**") should be disallowed and expunged as the Debtors' books and records show that, in each case, the Duplicate/Amended Property Tax Claims are either duplicative of, or were superseded by, at least one corresponding claim identified under the heading "*Surviving Claims*" in **Exhibit C** (the "**Surviving Claims**").  This Objection does not affect any of the Surviving Claims and does not constitute an admission or acknowledgement by the Debtors that any such claims should be allowed. Unless the Surviving Claims were previously allowed, the Debtors preserve their rights to later object on any basis to any Surviving Claim.

13.     The Debtors, therefore, request that the Property Tax Claims be disallowed and expunged accordingly.  A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit D** (the "**Proposed Order**").

### The Property Tax Claims Should Be Disallowed and Expunged

14.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016 WL, 796860, at *9 (S.D.N.Y. 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL

6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R.

814, 817 (S.D.N.Y. 2014); *In re Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at *3

(S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09

Civ. 2229 (DC), 2010 WL 234827, at *5 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch.

11 Case No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller

Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Moreover, Section 502(b)(1) of the Bankruptcy

Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is

unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11

U.S.C. § 502(b)(1).

15.    The Debtors cannot be required to pay on the same claim more than once. *See, e.g.,

In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 892 (Bankr.

S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed.").

This Court routinely disallows and expunges duplicative claims filed against the same debtor. *See, e.g.

In re Tops Holding II Corporation*, Case No. 18-22279 (RDD) (Bankr. S.D.N.Y. Mar. 11, 2019) (ECF

No. 880) (disallowing and expunging duplicative claims); *In re Ezra Holdings Ltd.*, Case No. 17-22405

(RDD) (Bankr. S.D.N.Y. Sept. 10, 2018) (ECF No. 464) (same); *In re 21st Century Oncology Holdings,

Inc.*, Case No. 17-22770 (RDD) (Bankr. S.D.N.Y. Apr. 27, 2018) (ECF No. 1078) (same); *In re The Great

Atlantic & Pacific Tea Company, Inc.*, Case No. 15-23007 (RDD) (Bankr. S.D.N.Y. Sept. 1, 2016) (ECF

No. 3161) (same); *In re MPM Silicones, LLC*, Case No. 14-22503 (RDD) (Bankr. S.D.N.Y. Jan. 21, 2015)

(ECF No. 1354) (same); *In re RDA Holding Co.*, Case No. 13-22233 (RDD) (Bankr. S.D.N.Y. Sept. 18,

2013) (ECF No. 702) (same); *In re Hostess Brands, Inc.*, Case No. 12-22052 (RDD) (Bankr. S.D.N.Y.

Dec. 5, 2012) (ECF No. 1886) (same); *In re Delphi Corporation*, Case No. 05-44481 (RDD) (Bankr.

S.D.N.Y. June 29, 2007) (ECF No. 8442) (same).

16.    Further, pursuant to Bankruptcy Rule 3007(d)(5), a debtor may object to claims and

seek their disallowance where such claims "have been satisfied or released during the case in accordance

with the [Bankruptcy] Code, applicable rules, or a court order . . . ." Fed. R. Bankr. P. 3007(d)(5).  Upon

an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap*

*Borrower Claims Tr. (In re Residential Capital, LLC)*, 15 Civ. 3248, 2016 WL, 796860, at \*9 (S.D.N.Y.

2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at \*1 (Bankr. S.D.N.Y.

Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814, 817 (S.D.N.Y. 2014); *In re*

*Motors Liquidation Co.*, No. 09-50026, 2012 WL 1886755, at \*3 (S.D.N.Y. May 12, 2012); *In re Oneida,*

*Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827, at \*5

(S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729, 2007 Bankr.

LEXIS 660, at \*15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539

(Bankr. S.D.N.Y. 2000).

   17. The Debtors have reviewed the Property Tax Claims, all documents furnished by

the claimants with respect to the Property Tax Claims, and the Debtors' books and records, and have

determined that each Property Tax Claim asserts a claim for which the Debtors have no corresponding

liability.

   18. Therefore, the Debtors are not liable for the Property Tax Claims.  To ensure that

the claims register is accurate, and to avoid the possibility of improper recovery against the Debtors'

estates, the Debtors request that the Court disallow and expunge the Property Tax Claims as set forth in

**Exhibits A-C**.

<div align="center">**Reservation of Rights**</div>

   19. The Debtors hereby reserve the right to object in the future to any of the Claims

subject to this Objection on any ground, and to amend, modify, and/or supplement this Objection to the

extent an objection to a Claim is not granted.  A separate notice and hearing will be scheduled for any

such objection.

**Notice**

20.     Notice of this Objection has been provided in accordance with the procedures set

forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on

November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully

submit that no further notice is required.

21.     No previous request for the relief sought herein has been made by the Debtors to

this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the

relief requested herein and such other and further relief as is just.


Dated: September 18, 2020
       New York, New York

                              */s/  Garrett A. Fail*
                              Ray C. Schrock, P.C.
                              Jacqueline Marcus
                              Garrett A. Fail
                              Sunny Singh
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007

                              *Attorneys for Debtors*
                              *and Debtors in Possession*

**Exhibit C**

**Duplicate/Amended Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No.* | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ANDERSON COUNTY, TEXAS | 440 | SEARS OPERATIONS LLC | | | $7,029.77 | | | $7,029.77 | Duplicate | ANDERSON COUNTY, TEXAS | 3818 | SEARS HOLDINGS CORPORATION | | | $7,029.77 | | | $7,029.77 |
| 2. | ANDERSON COUNTY, TEXAS | 3801 | SEARS, ROEBUCK AND CO. | | | $7,029.77 | | | $7,029.77 | Duplicate | | | | | | | | | |
| 3. | ATLANTA ISD | 20322 | SEARS, ROEBUCK AND CO. | | $1,955.67 | | | | $1,955.67 | Duplicate | ATLANTA ISD | 20499 | SEARS, ROEBUCK AND CO. | | $1,955.67 | | | | $1,955.67 |
| 4. | BASTROP COUNTY | 2349 | SEARS, ROEBUCK AND CO. | | | $7,661.93 | | | $7,661.93 | Duplicate | BASTROP COUNTY | 4806 | SEARS OPERATIONS LLC | | | $7,661.93 | | | $7,661.93 |
| 5. | Bell County Tax Appraisal District | 391 | Sears Holdings Corporation | | | $52,288.14 | | | $52,288.14 | Duplicate | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 |
| 6. | Bell County Tax Appraisal District | 3047 | Sears, Roebuck and Co. | | | $52,288.14 | | | $52,288.14 | Duplicate | | | | | | | | | |
| 7. | Bowie CAD | 1466 | Kmart Stores of Texas LLC | | | $109,848.12 | | | $109,848.12 | Duplicate | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 |
| 8. | Bowie CAD | 1474 | Kmart Corporation | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 9. | Bowie Central Appraisal District | 2129 | Sears Operations LLC | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 10. | Bowie Central Appraisal District | 3805 | Sears, Roebuck and Co. | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 11. | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 | Amended | Bowie Central Appraisal District, collecting property taxes for The County of Bowie, Texas, The City of | 26252 | Sears Holdings Corporation | | | $21,052.46 | | | $21,052.46 |
| 12. | Bowie Central Appraisal District | 6998 | Sears Holdings Corporation | | | $115,340.57 | | | $115,340.57 | Amended | Bowie Central Appraisal District, Texas | 20403 | Sears Holdings Corporation | | | $17,122.85 | | | $17,122.85 |
| 13. | BRAZOS COUNTY, TEXAS | 333 | SEARS HOLDINGS CORPORATION | | | $27,941.92 | | | $27,941.92 | Duplicate | BRAZOS COUNTY, TEXAS | 4808 | SEARS OPERATIONS LLC | | | $27,941.92 | | | $27,941.92 |
| 14. | BROWN COUNTY APPRAISAL DISTRICT | 3373 | SEARS OPERATIONS LLC | | | $9,022.91 | | | $9,022.91 | Duplicate | BROWN COUNTY APPRAISAL DISTRICT | 4717 | SEARS, ROEBUCK AND CO. | | | $9,022.91 | | | $9,022.91 |
| 15. | CAMERON COUNTY | 20247 | SEARS, ROEBUCK AND CO. | | | $50,821.96 | | | $50,821.96 | Duplicate | CAMERON COUNTY | 20413 | KMART CORPORATION | | | $50,821.96 | | | $50,821.96 |
| 16. | CHEROKEE COUNTY CAD | 398 | SEARS OPERATIONS LLC | | | $3,260.95 | | | $3,260.95 | Duplicate | CHEROKEE COUNTY CAD | 2073 | SEARS HOLDINGS CORPORATION | | | $3,260.95 | | | $3,260.95 |
| 17. | CITY OF ATLANTA | 20321 | SEARS, ROEBUCK AND CO. | | | $1,017.32 | | | $1,017.32 | Duplicate | CITY OF ATLANTA | 20498 | SEARS, ROEBUCK AND CO. | | | $1,017.32 | | | $1,017.32 |
| 18. | CITY OF EAGLE PASS | 20382 | SEARS, ROEBUCK AND CO. | | | $1,492.72 | | | $1,492.72 | Duplicate | CITY OF EAGLE PASS | 20495 | SEARS, ROEBUCK AND CO. | | | $1,492.72 | | | $1,492.72 |
| 19. | CITY OF FRISCO | 20315 | SEARS, ROEBUCK AND CO. | | | $1,080.25 | | | $1,080.25 | Duplicate | CITY OF FRISCO | 20496 | SEARS, ROEBUCK AND CO. | | | $1,080.25 | | | $1,080.25 |
| 20. | CITY OF STEPHENVILLE | 20348 | SEARS, ROEBUCK AND CO. | | | $1,331.85 | | | $1,331.85 | Duplicate | CITY OF STEPHENVILLE | 20361 | SEARS, ROEBUCK AND CO. | | | $1,331.85 | | | $1,331.85 |
| 21. | CITY OF SULPHUR SPRINGS | 20319 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 | Duplicate | CITY OF SULPHUR SPRINGS | 3574 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 |
| 22. | CITY OF SULPHUR SPRINGS | 20504 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 | Duplicate | | | | | | | | | |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

1

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | Claims to be Disallowed | | | | | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 23 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7287 | SEARS HOLDINGS CORPORATION | $55,260.99 | | | | | $55,260.99 | Amended | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 20399 | SEARS, ROEBUCK AND CO. | | | $41,166.43 | | | $41,166.43 |
| 24 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 497 | SEARS, ROEBUCK AND CO. | | | $1,474.56 | | | $1,474.56 | Duplicate | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | SEARS HOLDINGS CORPORATION | | | $1,474.56 | | | $1,474.56 |
| 25 | Dallas County | 20327 | Sears, Roebuck and Co. | | | $1,059,413.65 | | | $1,059,413.65 | Duplicate | Dallas County | 20365 | Sears, Roebuck and Co. | | | $1,059,413.65 | | | $1,059,413.65 |
| 26 | DENTON COUNTY, TEXAS | 2263 | SEARS OPERATIONS LLC | | | $34,419.06 | | | $34,419.06 | Duplicate | DENTON COUNTY, TEXAS | 2287 | SEARS, ROEBUCK AND CO. | | | $34,419.06 | | | $34,419.06 |
| 27 | EAGLE PASS ISD | 20385 | SEARS, ROEBUCK AND CO. | | | $3,206.60 | | | $3,206.60 | Duplicate | EAGLE PASS ISD | 20494 | SEARS, ROEBUCK AND CO. | | | $3,206.60 | | | $3,206.60 |
| 28 | ELKO COUNTY TREASURER | 19073 | SEARS, ROEBUCK AND CO. | | | | $9,369.19 | | $9,369.19 | Duplicate | ELKO COUNTY TREASURER | 20543 | SEARS, ROEBUCK AND CO. | | | | | $9,376.19 | $9,376.19 |
| 29 | ELLIS COUNTY | 20323 | SEARS, ROEBUCK AND CO. | | | $8,483.16 | | | $8,483.16 | Duplicate | ELLIS COUNTY | 20506 | SEARS, ROEBUCK AND CO. | | | $8,483.16 | | | $8,483.16 |
| 30 | ERATH COUNTY, TEXAS | 437 | SEARS OPERATIONS LLC | | | | $994.52 | | $994.52 | Duplicate | ERATH COUNTY, TEXAS | 3794 | SEARS HOLDINGS CORPORATION | | | $994.52 | | | $994.52 |
| 31 | ERATH COUNTY, TEXAS | 3532 | SEARS, ROEBUCK AND CO. | | | $994.52 | | | $994.52 | Duplicate | | | | | | | | | |
| 32 | HARRISON CENTRAL APPRAISAL DISTRICT | 445 | SEARS OPERATIONS LLC | | | $4,765.82 | | | $4,765.82 | Duplicate | HARRISON CAD | 2948 | SEARS HOLDINGS CORPORATION | | | $4,765.82 | | | $4,765.82 |
| 33 | HARRISON COUNTY, TEXAS | 441 | SEARS OPERATIONS LLC | | | $890.47 | | | $890.47 | Duplicate | HARRISON COUNTY, TEXAS | 2264 | SEARS HOLDINGS CORPORATION | | | $890.47 | | | $890.47 |
| 34 | HAYS COUNTY, TEXAS | 475 | SEARS OPERATIONS LLC | | | $393.58 | | | $393.58 | Duplicate | HAYS COUNTY, TEXAS | 3799 | SEARS HOLDINGS CORPORATION | | | $393.58 | | | $393.58 |
| 35 | HOOD CAD | 20320 | SEARS, ROEBUCK AND CO. | | | $4,143.91 | | | $4,143.91 | Duplicate | HOOD CAD | 20497 | SEARS, ROEBUCK AND CO. | | | $4,143.91 | | | $4,143.91 |
| 36 | HOPKINS COUNTY | 20324 | SEARS, ROEBUCK AND CO. | | | $2,397.55 | | | $2,397.55 | Duplicate | HOPKINS COUNTY | 20500 | SEARS, ROEBUCK AND CO. | | | $2,397.55 | | | $2,397.55 |
| 37 | IRVING ISD | 20350 | SEARS, ROEBUCK AND CO. | | | $8,456.26 | | | $8,456.26 | Duplicate | IRVING ISD | 20360 | SEARS, ROEBUCK AND CO. | | | $8,456.26 | | | $8,456.26 |
| 38 | MCLENNAN COUNTY | 20231 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 | Duplicate | MCLENNAN COUNTY | 20375 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 |
| 39 | MEXIA INDEPENDENT SCHOOL DISTRICT | 7178 | SEARS, ROEBUCK AND CO. | | | $3,448.92 | | | $3,448.92 | Duplicate | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | SEARS HOLDINGS CORPORATION | | | $3,448.92 | | | $3,448.92 |
| 40 | MIDLAND CAD | 478 | SEARS HOLDINGS CORPORATION | | | $18,546.33 | | | $18,546.33 | Duplicate | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | SEARS OPERATIONS LLC | | | $18,546.33 | | | $18,546.33 |
| 41 | Tarrant County | 20332 | Sears, Roebuck and Co. | $157,404.19 | | | | | $157,404.19 | Duplicate | Tarrant County | 20356 | Sears, Roebuck and Co. | $157,404.19 | | | | | $157,404.19 |
| 42 | Bell County TAD | 7040 | Sears Holdings Corporation | $54,902.65 | | | | | $54,902.65 | Amended | Tax Appraisal District of Bell County | 26093 | Sears Holdings Corporation | | $45,297.05 | | | | $45,297.05 |
| 43 | Tax Appraisal District of Bell County, Texas | 20396 | Sears Holdings Corporation | | | $48,476.78 | | | $48,476.78 | Amended | | | | | | | | | |
| 44 | TERRY CAD | 544 | SEARS OPERATIONS LLC | | | $284.90 | | | $284.90 | Duplicate | TERRY CAD | 4755 | SEARS HOLDINGS CORPORATION | | | $284.90 | | | $284.90 |
| 45 | TWIN FALLS COUNTY TREASURER | 17198 | SEARS HOLDINGS CORPORATION | | | | $729.00 | | $729.00 | Duplicate | TWIN FALLS COUNTY TREASURER | 20066 | SEARS, ROEBUCK AND CO. | | | | $729.00 | | $729.00 |
| 46 | WILLIAMSON COUNTY, TEXAS | 483 | SEARS HOLDINGS CORPORATION | | | $77,878.13 | | | $77,878.13 | Duplicate | WILLIAMSON COUNTY, TEXAS | 2944 | SEARS, ROEBUCK AND CO. | | | $77,878.13 | | | $77,878.13 |
| 47 | WILLIAMSON COUNTY, TEXAS | 7212 | SEARS HOLDINGS CORPORATION | | | $73,047.81 | | | $73,047.81 | Duplicate | WILLIAMSON COUNTY, TEXAS | 7294 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 |
| 48 | WILLIAMSON COUNTY, TEXAS | 7252 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 | Duplicate | | | | | | | | | |
| 49 | YAVAPAI COUNTY TREASURER | 12668 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 | Duplicate | YAVAPAI COUNTY TREASURER | 12715 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

**Exhibit D**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                      :          **Chapter 11**
                                                           :
**SEARS HOLDINGS CORPORATION**, *et al.*,                  :          **Case No. 18-23538 (RDD)**
                                                           :
       **Debtors.**[1]                                     :          **(Jointly Administered)**

-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWENTY-SECOND
### OMNIBUS OBJECTION TO PROOFS OF CLAIM (PROPERTY TAX CLAIMS)

Upon the *Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)*, filed September 18, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and the Claims Procedures Order for an order (i) disallowing and expunging the Property Tax Claims, and (ii) granting related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

[2]  Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and

consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the relief requested in the Objection having been provided, and it appearing that

no other or further notice need be provided in accordance with the Amended Case Management Order;

and such notice having been adequate and appropriate under the circumstances, and it appearing that other

or further notice need be provided; and the Court having held a hearing to consider the relief requested in

the Objection on October 15, 2020 (the "**Hearing**"); and upon the record of the Hearing, and upon all of

the proceedings had before the Court; and the Court having determined that the legal and factual bases set

forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient

cause appearing therefor,

## IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Disallowed Property Tax Claim listed on **Exhibit 1** annexed to this Order is disallowed and expunged in

its entirety, and each such Disallowed Property Tax Claim shall be deleted from the claims register.

3.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Disputed Property Tax Claims listed on **Exhibit 2** annexed to this Order is disallowed and expunged in

its entirety, and each such Disputed Property Tax Claim shall be deleted from the claims register.

4.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each

Duplicate/Amended Property Tax Claims listed on **Exhibit 3** annexed to this Order is disallowed and

expunged in its entirety, and each such Duplicate/Amended Property Tax Claim shall be deleted from the

claims register.

5.      The disallowance and expungement of the Duplicate/Amended Property Tax Claims does not constitute any admission or finding concerning any of the Surviving Claims listed on **Exhibit 3**, and the Surviving Claims are neither allowed nor disallowed by this Order.

6.      Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the Property Tax Claims listed on **Exhibits 1-3** hereto, as to which all of Transform's rights and defenses are expressly reserved.

7.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object to or defend on any basis are expressly reserved with respect to any Property Tax Claim referenced or identified in the Objection that is not listed on **Exhibits 1-3**.

8.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

9.      The terms and conditions of this Order are effective immediately upon entry.


Dated:   _____, 2020
         White Plains, New York


                                   _____
                                   HONORABLE ROBERT D. DRAIN
                                   UNITED STATES BANKRUPTCY JUDGE

**Exhibit 3**

**Duplicate/Amended Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | Claims to be Disallowed | | | | | | | | | Surviving Claims | | | | | | | |
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSON COUNTY, TEXAS | 440 | SEARS OPERATIONS LLC | | | $7,029.77 | | | $7,029.77 | Duplicate | ANDERSON COUNTY, TEXAS | 3818 | SEARS HOLDINGS CORPORATION | | | $7,029.77 | | | $7,029.77 |
| 2 | ANDERSON COUNTY, TEXAS | 3801 | SEARS, ROEBUCK AND CO. | | | $7,029.77 | | | $7,029.77 | Duplicate | | | | | | | | | |
| 3 | ATLANTA ISD | 20322 | SEARS, ROEBUCK AND CO. | | | $1,955.67 | | | $1,955.67 | Duplicate | ATLANTA ISD | 20499 | SEARS, ROEBUCK AND CO. | | | $1,955.67 | | | $1,955.67 |
| 4 | BASTROP COUNTY | 2349 | SEARS, ROEBUCK AND CO. | | | $7,661.93 | | | $7,661.93 | Duplicate | BASTROP COUNTY | 4806 | SEARS OPERATIONS LLC | | | $7,661.93 | | | $7,661.93 |
| 5 | Bell County Tax Appraisal District | 391 | Sears Holdings Corporation | | | $52,288.14 | | | $52,288.14 | Duplicate | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 |
| 6 | Bell County Tax Appraisal District | 3047 | Sears, Roebuck and Co. | | | $52,288.14 | | | $52,288.14 | Duplicate | | | | | | | | | |
| 7 | Bowie CAD | 1466 | Kmart Stores of Texas LLC | | | $109,848.12 | | | $109,848.12 | Duplicate | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 |
| 8 | Bowie CAD | 1474 | Kmart Corporation | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 9 | Bowie Central Appraisal District | 2129 | Sears Operations LLC | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 10 | Bowie Central Appraisal District | 3805 | Sears, Roebuck and Co. | | | $109,848.12 | | | $109,848.12 | Duplicate | | | | | | | | | |
| 11 | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 | Amended | Bowie Central Appraisal District, collecting property taxes for The County of Bowie, Texas, The City of | 26252 | Sears Holdings Corporation | | | $21,052.46 | | | $21,052.46 |
| 12 | Bowie Central Appraisal District | 6998 | Sears Holdings Corporation | | | $115,340.57 | | | $115,340.57 | Amended | Bowie Central Appraisal District, Texas | 20403 | Sears Holdings Corporation | | | $17,122.85 | | | $17,122.85 |
| 13 | BRAZOS COUNTY, TEXAS | 333 | SEARS HOLDINGS CORPORATION | | | $27,941.92 | | | $27,941.92 | Duplicate | BRAZOS COUNTY, TEXAS | 4808 | SEARS OPERATIONS LLC | | | $27,941.92 | | | $27,941.92 |
| 14 | BROWN COUNTY APPRAISAL DISTRICT | 3373 | SEARS OPERATIONS LLC | | | $9,022.91 | | | $9,022.91 | Duplicate | BROWN COUNTY APPRAISAL DISTRICT | 4717 | SEARS, ROEBUCK AND CO. | | | $9,022.91 | | | $9,022.91 |
| 15 | CAMERON COUNTY | 20247 | SEARS, ROEBUCK AND CO. | | | $50,821.96 | | | $50,821.96 | Duplicate | CAMERON COUNTY | 20413 | KMART CORPORATION | | | $50,821.96 | | | $50,821.96 |
| 16 | CHEROKEE COUNTY CAD | 398 | SEARS OPERATIONS LLC | | | $3,260.95 | | | $3,260.95 | Duplicate | CHEROKEE COUNTY CAD | 2073 | SEARS HOLDINGS CORPORATION | | | $3,260.95 | | | $3,260.95 |
| 17 | CITY OF ATLANTA | 20321 | SEARS, ROEBUCK AND CO. | | $1,017.32 | | | | $1,017.32 | Duplicate | CITY OF ATLANTA | 20498 | SEARS, ROEBUCK AND CO. | | $1,017.32 | | | | $1,017.32 |
| 18 | CITY OF EAGLE PASS | 20382 | SEARS, ROEBUCK AND CO. | | $1,492.72 | | | | $1,492.72 | Duplicate | CITY OF EAGLE PASS | 20495 | SEARS, ROEBUCK AND CO. | | $1,492.72 | | | | $1,492.72 |
| 19 | CITY OF FRISCO | 20315 | SEARS, ROEBUCK AND CO. | | $1,080.25 | | | | $1,080.25 | Duplicate | CITY OF FRISCO | 20496 | SEARS, ROEBUCK AND CO. | | $1,080.25 | | | | $1,080.25 |
| 20 | CITY OF STEPHENVILLE | 20348 | SEARS, ROEBUCK AND CO. | | $1,331.85 | | | | $1,331.85 | Duplicate | CITY OF STEPHENVILLE | 20361 | SEARS, ROEBUCK AND CO. | | $1,331.85 | | | | $1,331.85 |
| 21 | CITY OF SULPHUR SPRINGS | 20319 | SEARS, ROEBUCK AND CO. | | $1,205.78 | | | | $1,205.78 | Duplicate | CITY OF SULPHUR SPRINGS | 3574 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 |
| 22 | CITY OF SULPHUR SPRINGS | 20504 | SEARS, ROEBUCK AND CO. | | $1,205.78 | | | | $1,205.78 | Duplicate | | | | | | | | | |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

1

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed* | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount** | Asserted Administrative Priority Claim Amount** | Asserted Secured Claim Amount** | Asserted Priority Claim Amount** | Asserted General Unsecured Claim Amount** | Asserted Total Claim Amount** | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount** | Asserted Administrative Priority Claim Amount** | Asserted Secured Claim Amount** | Asserted Priority Claim Amount** | Asserted General Unsecured Claim Amount** | Asserted Total Claim Amount** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7287 | SEARS HOLDINGS CORPORATION | $55,260.99 | | | | | $55,260.99 | Amended | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 20399 | SEARS, ROEBUCK AND CO. | | | $41,166.43 | | | $41,166.43 |
| 24 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 497 | SEARS, ROEBUCK AND CO. | | | $1,474.56 | | | $1,474.56 | Duplicate | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | SEARS HOLDINGS CORPORATION | | | $1,474.56 | | | $1,474.56 |
| 25 | Dallas County | 20327 | Sears, Roebuck and Co. | | $1,059,413.65 | | | | $1,059,413.65 | Duplicate | Dallas County | 20365 | Sears, Roebuck and Co. | | $1,059,413.65 | | | | $1,059,413.65 |
| 26 | DENTON COUNTY, TEXAS | 2263 | SEARS OPERATIONS LLC | | | $34,419.06 | | | $34,419.06 | Duplicate | DENTON COUNTY, TEXAS | 2287 | SEARS, ROEBUCK AND CO. | | | $34,419.06 | | | $34,419.06 |
| 27 | EAGLE PASS ISD | 20385 | SEARS, ROEBUCK AND CO. | | | $3,206.60 | | | $3,206.60 | Duplicate | EAGLE PASS ISD | 20494 | SEARS, ROEBUCK AND CO. | | | $3,206.60 | | | $3,206.60 |
| 28 | ELKO COUNTY TREASURER | 19073 | SEARS, ROEBUCK AND CO. | | | | $9,369.19 | | $9,369.19 | Duplicate | ELKO COUNTY TREASURER | 20543 | SEARS, ROEBUCK AND CO. | | | | | $9,376.19 | $9,376.19 |
| 29 | ELLIS COUNTY | 20323 | SEARS, ROEBUCK AND CO. | | | $8,483.16 | | | $8,483.16 | Duplicate | ELLIS COUNTY | 20506 | SEARS, ROEBUCK AND CO. | | | $8,483.16 | | | $8,483.16 |
| 30 | ERATH COUNTY, TEXAS | 437 | SEARS OPERATIONS LLC | | | | $994.52 | | $994.52 | Duplicate | ERATH COUNTY, TEXAS | 3794 | SEARS HOLDINGS CORPORATION | | | | $994.52 | | $994.52 |
| 31 | ERATH COUNTY, TEXAS | 3532 | SEARS, ROEBUCK AND CO. | | | $994.52 | | | $994.52 | Duplicate | | | | | | | | | |
| 32 | HARRISON CENTRAL APPRAISAL DISTRICT | 445 | SEARS OPERATIONS LLC | | | $4,765.82 | | | $4,765.82 | Duplicate | HARRISON CAD | 2948 | SEARS HOLDINGS CORPORATION | | | $4,765.82 | | | $4,765.82 |
| 33 | HARRISON COUNTY, TEXAS | 441 | SEARS OPERATIONS LLC | | | $890.47 | | | $890.47 | Duplicate | HARRISON COUNTY, TEXAS | 2264 | SEARS HOLDINGS CORPORATION | | | $890.47 | | | $890.47 |
| 34 | HAYS COUNTY, TEXAS | 475 | SEARS OPERATIONS LLC | | | $393.58 | | | $393.58 | Duplicate | HAYS COUNTY, TEXAS | 3799 | SEARS HOLDINGS CORPORATION | | | $393.58 | | | $393.58 |
| 35 | HOOD CAD | 20320 | SEARS, ROEBUCK AND CO. | | | $4,143.91 | | | $4,143.91 | Duplicate | HOOD CAD | 20497 | SEARS, ROEBUCK AND CO. | | | $4,143.91 | | | $4,143.91 |
| 36 | HOPKINS COUNTY | 20324 | SEARS, ROEBUCK AND CO. | | | $2,397.55 | | | $2,397.55 | Duplicate | HOPKINS COUNTY | 20500 | SEARS, ROEBUCK AND CO. | | | $2,397.55 | | | $2,397.55 |
| 37 | IRVING ISD | 20350 | SEARS, ROEBUCK AND CO. | | | $8,456.26 | | | $8,456.26 | Duplicate | IRVING ISD | 20360 | SEARS, ROEBUCK AND CO. | | | $8,456.26 | | | $8,456.26 |
| 38 | MCLENNAN COUNTY | 20231 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 | Duplicate | MCLENNAN COUNTY | 20375 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 |
| 39 | MEXIA INDEPENDENT SCHOOL DISTRICT | 7178 | SEARS, ROEBUCK AND CO. | | | $3,448.92 | | | $3,448.92 | Duplicate | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | SEARS HOLDINGS CORPORATION | | | $3,448.92 | | | $3,448.92 |
| 40 | MIDLAND CAD | 478 | SEARS HOLDINGS CORPORATION | | | $18,546.33 | | | $18,546.33 | Duplicate | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | SEARS OPERATIONS LLC | | | $18,546.33 | | | $18,546.33 |
| 41 | Tarrant County | 20332 | Sears, Roebuck and Co. | | $157,404.19 | | | | $157,404.19 | Duplicate | Tarrant County | 20356 | Sears, Roebuck and Co. | | $157,404.19 | | | | $157,404.19 |
| 42 | Bell County TAD | 7040 | Sears Holdings Corporation | | $54,902.65 | | | | $54,902.65 | Amended | Tax Appraisal District of Bell County | 26093 | Sears Holdings Corporation | | $45,297.05 | | | | $45,297.05 |
| 43 | Tax Appraisal District of Bell County, Texas | 20396 | Sears Holdings Corporation | | $48,476.78 | | | | $48,476.78 | Amended | | | | | | | | | |
| 44 | TERRY CAD | 544 | SEARS OPERATIONS LLC | | | $284.90 | | | $284.90 | Duplicate | TERRY CAD | 4755 | SEARS HOLDINGS CORPORATION | | | $284.90 | | | $284.90 |
| 45 | TWIN FALLS COUNTY TREASURER | 17198 | SEARS HOLDINGS CORPORATION | | | | $729.00 | | $729.00 | Duplicate | TWIN FALLS COUNTY TREASURER | 20066 | SEARS, ROEBUCK AND CO. | | | | $729.00 | | $729.00 |
| 46 | WILLIAMSON COUNTY, TEXAS | 483 | SEARS HOLDINGS CORPORATION | | | $77,878.13 | | | $77,878.13 | Duplicate | WILLIAMSON COUNTY, TEXAS | 2944 | SEARS, ROEBUCK AND CO. | | | $77,878.13 | | | $77,878.13 |
| 47 | WILLIAMSON COUNTY, TEXAS | 7212 | SEARS HOLDINGS CORPORATION | | | $73,047.81 | | | $73,047.81 | Duplicate | WILLIAMSON COUNTY, TEXAS | 7294 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 |
| 48 | WILLIAMSON COUNTY, TEXAS | 7252 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 | Duplicate | | | | | | | | | |
| 49 | YAVAPAI COUNTY TREASURER | 12668 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 | Duplicate | YAVAPAI COUNTY TREASURER | 12715 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

2