UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                :
                                                      :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,             :
                                                      :        **Case No. 18-23538 (RDD)**
                                                      :
          Debtors.[1]                                 :        **(Jointly Administered)**
-------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 8062]

On October 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Affected Parties Service List attached hereto as **Exhibit B**:

- Amended Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 8293]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On October 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit C**:

- Final Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 8350]

Dated:  October 27, 2020

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 27, 2020, by Nuno Cardoso, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 47365

## Exhibit A

Exhibit A

Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 4809587 | DACOR (BLOMBERG) | 14425 CLARK AVENUE | | CITY OF INDUSTRY | CA | 91745 |
| 4865553 | GREENDALE HOME FASHIONS LLC | 5500 MUDDY CREEK RD | | CINCINNATI | OH | 45238-2030 |
| 5819136 | TEXAS PLUMBING DIAGNOSTICS | ATTN: DIXIE BISHOP | 25007 ROCK BEND LANE | SAN ANTONIO | TX | 78260 |

**<u>Exhibit B</u>**

Exhibit B

Affected Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|-------|------|---------|-----------|-----------|------|-------|-----|
| 5794902 | BP LUBRICANTS USA INC | PO BOX 485 | | | LEWISTON | NY | 14092 |
| 5795045 | CALERES INC | 8300 Maryland Avenue | | | St. Louis | MO | 63105 |
| 5016885 | Coca-Cola Beverages Florida, LLC | Attn: Credit Risk Management | 10117 Princess Palm Ave | Suite 100 | Tampa | FL | 33610 |
| 5016118 | Coca-Cola Southwest Beverages, LLC | Atten: Credit Risk Management | 14185 Dallas Pkwy | | Dallas | TX | 75254 |
| 4809587 | DACOR (BLOMBERG) | 14425 CLARK AVENUE | | | CITY OF INDUSTRY | CA | 91745 |
| 4882883 | F C L GRAPHICS INC | 4600 North Olcott Avenue | | | Harwood Heights | IL | 60706 |
| 5611317 | FACTORIAL DIGITAL INC | 1351 FAIRMONT AVE | | | MT PLEASANT | SC | 29464-4456 |
| 4867586 | FRESNO FIRE DEPARTMENT | 911 H. STREET | | | FRESNO | CA | 93721 |
| 4805206 | JOSEPH ENTERPRISES INC | 450 GEARY ST UNIT 400 | | | SAN FRANCISCO | CA | 94102-1238 |
| 4863563 | KELLOGG SALES COMPANY | ONE KELLOGG SQUARE | | | BATTLE CREEK | MI | 49017 |
| 5790579 | LIVECLICKER INC | 19925 Stevens Creek Blvd. | Suite 100 | | Cupertino | CA | 95014-7800 |
| 4865308 | LUXE GROUP INC THE | 362 West Broadway | | | New York | NY | 10013 |
| 5797757 | NATERRA INTERNATIONAL INC | 1250 FREEPORT PARKWAY | | | COPPELL | TX | 75019 |
| 4882706 | OPSTECHNOLOGY INC | REALPAGE | 2201 LAKESIDE BLVD | | RICHARDSON | TX | 75082 |
| 4861301 | PETERSON TECHNOLOGY PARTNERS | 1030 W HIGGINS RD | SUITE 230 | | PARK RIDGE | IL | 60068 |
| 5769284 | SCHAWK INC | 1600 SHERWIN AVE | | | DES PLAINES | IL | 60018 |
| 4858491 | SOUTHWEST TOWN MECHANICAL SERVICES | 22349 COMMERCE PKWY | | | FRANKFORT | IL | 60423-4731 |
| 5819136 | Texas Plumbing Diagnostics | Attn: Dixie Bishop | 25007 Rock Bend Lane | | San Antonio | TX | 78260 |
| 4861376 | VERSAIC INC | 32 W. 25TH AVE | | | SAN MATEO | CA | 94403 |
| 5849542 | Waterloo Industries Inc. | Stanley Black & Decker | 1000 Stanley Drive | | New Britain | CT | 06053 |
| 5799880 | WORLDWISE INC | 6 HAMILTON LANDLING | SUITE 150 | | NOVATO | CA | 94949 |

**<u>Exhibit C</u>**

Exhibit C

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4866073 | ALLIANCE MATERIAL HANDLING CORP | 511 BALLANTYNE RD | | | GROSSE PT SHR | MI | 48236-2604 | |
| 4869911 | BITTERROOT LAWN & LANDSCAPING INC | PO BOX 337 | | | CORVALLIS | MT | 59828 | |
| 4860439 | C-LIFE GROUP | 1385 BROADWAY | SUITE 300 | | NEW YORK | NY | 10018 | |
| 5795446 | CS GROUP INC | 8250 PARK MEADOWS DR STE 100 | | | LONE TREE | CO | 80124-2745 | |
| 4809587 | DACOR (BLOMBERG) | 14425 CLARK AVENUE | | | CITY OF INDUSTRY | CA | 91745 | |
| 5796499 | HOLLANDER SLEEP PRODUCTS LLC | 901 YAMATO RD | #250 | | BOCA RATON | FL | 33431-4497 | |
| 4805206 | JOSEPH ENTERPRISES INC | 450 GEARY ST UNIT 400 | | | SAN FRANCISCO | CA | 94102-1238 | |
| 4873408 | LIFE FITNESS BILLIARDS | BRUNSWICK CORPORATION | 26125 N. RIVERWOODS BLVD | SUITE 500 | METTAWA | IL | 60045 | |
| 5790579 | LIVECLICKER INC | 19925 Stevens Creek Blvd. | Suite 100 | | Cupertino | CA | 95014-7800 | |
| 7729649 | LOGIC BUILD INC | 17500 Monterey St. Suite B | | | Morgan Hill | CA | 95037 | |
| 5797558 | MICROSTRATEGY INC | 1850 TOWERS CRESCENT PLAZA | | | TYSONS CORNER | VA | 22182 | |
| 5798454 | RENPURE LLC | 190 PIPPIN ROAD | | | CONCORD | ON | L4K4X9 | CANADA |
| 4859534 | SMARTER TOOLS INC | 1903 W. Parkside Lane, #106 | | | Phoenix | AZ | 85027 | |
| 5819136 | Texas Plumbing Diagnostics | Attn: Dixie Bishop | 25007 Rock Bend Lane | | San Antonio | TX | 78260 | |
| 5799640 | VERBATIM AMERICAS LLC | 8210 University Executive Park Drive | Suite 300 | | Charlotte | NC | 28262 | |
| 7729718 | WALDINGER CORPORATION | 4972 MANCHESTER AVENUE | | | ST. LOUIS | MO | 63110 | |
| 5799880 | WORLDWISE INC | 6 HAMILTON LANDLING | SUITE 150 | | NOVATO | CA | 94949 | |
| 4861471 | YUJIN ROBOT CO LTD | 33, Harmony-ro 187beon-gil | Yeonsu-gu | | Incheon | | | Korea |