

October 28, 2020

**Allen J. Guon**
Direct Phone   312-474-4450
Direct Fax     312-462-1770
aguon@cozen.com

**<u>VIA ECF</u>**

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plaines, NY 10601

**Re:**   In re Sears Holdings Corporation, *et al.*
          Case No. 18-23538

Dear Sir or Madam:

In reference to the Order Granting Motion For Withdrawal Of Allen J. Guon As Attorney Of Record (Doc 9024), I hereby request removal from all service lists in this proceeding, including from the CM/ECF electronic service list.

Very truly yours,

Allen J. Guon

AJG/cak

cc:   ECF List (via ECF)

LEGAL\49216686\1