# Exhibit 1

| | Schedule of Satisfied Claims to be Disallowed and Expunged | | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed and Expunged** | **Asserted Debtor** | **Asserted Amount** |
| 109. | Shaw Industries, Inc. | 16845 | Sears Holdings Management Corporation | $229,060.31 |
| 110. | Shaw Industries, Inc. | 6600 | Sears Holdings Corporation | $387,327.31 |
| 111. | Shaw Industries, Inc. | 16585 | Sears Home Improvement Products, Inc. | $161,372.01 |
| 112. | Shaw Industries, Inc. | 16660 | Sears Holdings Management Corporation | $161,372.01 |
| 113. | Shaw Industries, Inc. | 18658 | Sears Home Improvement Products, Inc. | $229,060.31 |