# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| | **HEARING DATE: November 18, 2020 at 10 am** |

PROPOSED ORDER

Having heard and considered the motion by Armande Mock, Individually and as Personal Representative of the Estate of Roy Mock for entry of an order deeming her proof of claim as timely filed, the Court finds that the Court has jurisdiction to decide the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

Therefore, IT IS SO ORDERED that the Motion is GRANTED and the Mock Proof of Claim, filed as attached to the Motion, is deemed timely filed notwithstanding the Bar Date Order.

Dated this ____ day of _____, 2020

_____
Honorable Robert D. Drain
U.S. Bankruptcy Judge