**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
SEARS HOLDINGS CORPORATION, et al.,     :    Case No. 18-23538 (RDD)
                                        :
            Debtors.¹                   :    (Jointly Administered)
                                        :
---------------------------------------------------------------x
```

**STATEMENT OF THE DEBTORS CERTIFYING**
**COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO**
**EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE**
**OF BUSINESS JULY 1, 2020 TO SEPTEMBER 30, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from July 1, 2020 through September 30, 2020:

### Tier 1 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | July-20 | Aug-20 | Sept-20 | Q3 2020 |
| Dentons LLP | - | $28,912.40 | - | $28,912.40 |
| Dickie, McCamey & Chilcote, P.C. | - | $126,578.18 | - | $126,578.18 |
| Novack and Macey LLP | - | $19,041.00 | - | $19,041.00 |
| Schuster Aguiló LLC | - | $12,727.44 | - | $12,727.44 |
| **Total** | - | **$187,259.02** | - | **$187,259.02** |

### Tier 2 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | July-20 | Aug-20 | Sept-20 | Q3 2020 |
| Akerman LLP | - | $43,741.98 | - | $43,741.98 |
| Economics Law Practice, Advocates & Solicitors | - | $13,800.00 | - | $13,800.00 |
| Frilot LLC | - | $4,051.49 | - | $4,051.49 |
| Kainen, Escalera & McHale, P.C. | - | $576.00 | - | $576.00 |
| Neal Gerber & Eisenberg LLP | $84,977.45 | - | - | $84,977.45 |
| **Total** | **$84,977.45** | **$62,169.47** | - | **$147,146.92** |

WEIL:\97682501\2\73217.0004

**Tier 3 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | July-20 | Aug-20 | Sept-20 | Q3 2020 |
| Lenczner Slaght Royce Smith Griffin LLP | - | $163,697.65 | - | $163,697.65 |
| **Total** | **-** | **$163,697.65** | **-** | **$163,697.65** |

Dated:  October 30, 2020
    New York, New York

/s/  Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL:\97682501\2\73217.0004