# Exhibit A

| Case Name | Adversary Number |
|---|---|
| 1057 Hanover LLC | 20-06622 |
| 1070 Hanover LLC | 20-06623 |
| 2 Girls Accys Inc. | 20-06787 |
| 2075560 Ontario Limited | 20-06624 |
| 225 Robbins LLC | 20-06621 |
| 2607117 Ontario Inc. | 20-06788 |
| 3h Farm LLC | 20-06619 |
| 5th & Ocean Clothing LLC | 20-06620 |
| A & GS Contractor Inc. | 20-06625 |
| A 1 Switching | 20-06626 |
| A iPower Corporation | 20-06860 |
| AAdvantage North American Inc. | 20-06861 |
| ABG Accessories Inc. | 20-06627 |
| ACCO Brands USA LLC | 20-06832 |
| ACI International, Inc., Dba ACI International | 20-06902 |
| Acme Furniture Industry, Inc. | 20-06789 |
| Action Time Inc. | 20-06628 |
| Adam Levine Productions Inc., Dba Ashman Music LLC | 20-06968 |
| Adobe Inc. fdba Adobe Systems Incorporated | 20-06530 |
| ADT LLC dba Protection One fdba Protection One Alarm Monitoring, Inc. | 20-06531 |
| Advanced Integrated Services, Inc., Dba Advanced Integrated Services | 20-06862 |
| Afero Inc. | 20-06629 |
| AHS Pharmstat LLC | 20-06630 |
| Allied Building Products Corporation | 20-07013 |
| Allure Gems LLC | 20-06903 |
| Allure Home Creation Co. Inc. | 20-06631 |
| Almo Corporation, Dba Almo Fulfillment Services LLC, Dba Almo Specialty Products, Dba Almo Distributing | 20-07004 |
| Alps Industries Ltd. | 20-06632 |
| Ambros Inc. | 20-06633 |
| AMW Vietnam Co. Ltd. | 20-06560 |
| Apmex, Inc., Dba Apmex | 20-06634 |
| Apogee Delivery & Installation Inc. | 20-06904 |
| Appliance Alliance Installations LLC | 20-06635 |
| Arca Industrial (NJ) Inc. | 20-06636 |
| Arnold Transportation Services | 20-06637 |
| Aspen Refrigerants Inc. | 20-06638 |
| Associated Materials, LLC dba Ennis Alside | 20-06565 |
| ATC Group Services LLC | 20-06639 |

| | |
|---|---|
| Awesome Products Inc. | 20-06640 |
| Baby Coca For Wears and Textiles Co., Dba Baby Coca For Wears and Textiles | 20-06905 |
| BBJ Group LLC | 20-06590 |
| Beko US Inc. | 20-06906 |
| Benner Mechanical And Electrical Inc., Dba Benner Mechanical & Electrical | 20-06863 |
| Better Sourcing Worldwide Ltd. | 20-06837 |
| Billion Best Industrial Ltd. | 20-06907 |
| Bioworld Merchandising Inc. | 20-06641 |
| Black & Decker (U.S.) Inc. | 20-06999 |
| Blue Line Foodservice Distribution, Inc. | 20-06532 |
| BMS Tenant Services LLC | 20-06642 |
| Body Flex Sports Inc. | 20-06833 |
| Bond Manufacturing Co., Inc. | 20-06591 |
| Bonnie Plant Farm | 20-06643 |
| Bonnier Corporation | 20-06644 |
| Borden Ladner Gervais LLP | 20-06533 |
| Border Transfer Inc. | 20-06908 |
| Border Transfer Of MA Inc. | 20-06909 |
| BRE Delta Industrial Sacramento LP | 20-06534 |
| Brennan Jewelry Inc., Dba Brennan Jewelry | 20-06645 |
| Brixton Everett LLC | 20-06790 |
| Builder's Best, Inc., Dba Builders Best | 20-06864 |
| C & S Wholesale Grocers, Inc. | 20-06535 |
| CAK Entertainment Inc. | 20-06536 |
| Caleres, Inc. | 20-06537 |
| Canal Toys USA, Ltd. | 20-06592 |
| Capitol Funds, Inc.; and Berkeley Mall, LLC | 20-06538 |
| Carson Guam Corporation | 20-06646 |
| Castanea Labs Inc. | 20-06647 |
| Catalyst Paper USA Inc. | 20-06648 |
| CBA Industries, Inc., Dba CBA Industries | 20-06649 |
| Centra Marketing & Communications LLC, Dba Centra360 | 20-06969 |
| Central Power Distributors Inc. | 20-06791 |
| Centro Recaudaciones Ingresos Municipales, Dba CRIM, Dba Municipal Revenue Collection Center of Puerto Rico | 20-06910 |
| CenturyLink Communications, LLC | 20-06539 |
| CenturyLink, Inc. fdba Qwest Communications International, Inc. | 20-06593 |
| Cesar Castillo Inc. | 20-06650 |
| CEVA Freight LLC, Dba CEVA Logistics | 20-06651 |
| Challenger Motor Freight Inc. | 20-06540 |

| | |
|---|---|
| Chatmeter Inc. | 20-06652 |
| China Fortune LLC | 20-06653 |
| Chun Fung Footwear Company Limited | 20-06911 |
| CKK Home Decor LP | 20-06654 |
| Cleva Hong Kong Ltd. | 20-06594 |
| Cleva North America Inc. | 20-06912 |
| Clicktale Inc. | 20-06655 |
| Clover Technologies Group LLC | 20-06656 |
| CLW Delivery, Inc. | 20-06913 |
| Colecciones De Santa (HK) Ltd. | 20-06914 |
| Colombina De Puerto Rico LLC | 20-06657 |
| Community Newspaper Company, Dba Community Newspaper | 20-06865 |
| Complete Garage Services LLC | 20-06658 |
| Core Organization LLC | 20-06659 |
| Corecentric Solutions Inc. | 20-06792 |
| Corporation Service Company | 20-06541 |
| Cran Enterprises Inc, Dba FSA Network Inc. | 20-06660 |
| CRB Commercial Interiors Inc. | 20-06661 |
| Creations Jewellery Mfg. Pvt. Ltd. | 20-06662 |
| Crowley Liner Services, Inc. | 20-06595 |
| Crown Metal Mfg Co. | 20-06663 |
| Cybertron International Inc. | 20-06596 |
| Cypress Media, LLC, Dba The Kansas City Star | 20-06866 |
| Cyxtera Communications LLC | 20-06664 |
| Dakota Square Mall CMBS, LLC | 20-06542 |
| Dart International, A Corporation | 20-06597 |
| Datasoft Inc. | 20-06665 |
| David Huang | 20-06666 |
| Dayton Appliance Parts Co. | 20-06543 |
| Decore-Ative Specialties, Inc., Dba Decorative Specialties | 20-07014 |
| Dell Marketing L.P. | 20-06544 |
| Delta Enterprise Corp. | 20-06598 |
| Demar Logistics, Inc. | 20-06915 |
| Deportes Salvador Colom Inc. | 20-06667 |
| DGI LS LLC | 20-06793 |
| Dish Network Corporation | 20-06794 |
| Dorcy International Inc., Dba Dorcy International | 20-06916 |
| Dragon Eyes HK Ltd. | 20-06917 |
| Dscovery LLC | 20-06668 |
| Dunlop Sports Group Americas Inc., Dba Dunlop Sports Group Americas | 20-06867 |

| | |
|---|---|
| Dynasty Apparel Corp. | 20-06669 |
| E Formella & Sons Inc. | 20-06670 |
| E Plaza III LP | 20-06671 |
| Eagle Home Products Inc. | 20-06672 |
| Electri-Chef LLC, Dba Electri-Chef | 20-06673 |
| Elevate Hong Kong Holdings Limited | 20-06795 |
| Elizabeth Arden Inc. | 20-06868 |
| Emerson Healthcare LLC | 20-06674 |
| Empire Electronic Corp. | 20-06796 |
| Empresas Velazquez, Inc., Dba Empresas Velazquez | 20-06869 |
| Encompass Supply Chain Solutions Inc. | 20-06993 |
| Enesco LLC | 20-06918 |
| Entech Sales & Service Inc. | 20-06675 |
| EPI Printers Inc. | 20-06676 |
| Eric Jay Ltd. | 20-06677 |
| Eternal Best Industrial Ltd. | 20-06838 |
| Everbloom Growers Inc. | 20-06678 |
| Evergreen Shipping Agency America Corp. Dba Evergreen America Corporation, Dba Evergreen Marine Corp. (Taiwan) Ltd. | 20-06919 |
| Exquisite Apparel Corp. | 20-06679 |
| Exteriors By Design, Inc., Dba California Commercial Roofing Systems | 20-06870 |
| Extreme Networks Inc. | 20-06680 |
| Ez Flo International Inc. | 20-06797 |
| F & F Construction Inc. | 20-06681 |
| Far East Watchcases USA Ltd. | 20-07008 |
| Feng Tai Footwear Co. Ltd. | 20-06920 |
| Feroza Garments Ltd. | 20-06921 |
| FGO Delivers, LLC | 20-06545 |
| Fibre World, Inc., Dba Fibre World | 20-06922 |
| Fisher Price BDS, a division of MDII | 20-06599 |
| Flynn Enterprises LLC | 20-06682 |
| FNA S.P.A. | 20-06546 |
| Focus Camera LLC, Dba Focus Camera | 20-06683 |
| Forever International (Taiwan) Inc. | 20-06978 |
| Fossil Partnership LP | 20-06684 |
| Four Seasons Design Inc. | 20-06685 |
| Fox Luggage Inc. | 20-06686 |
| FPC Corporation | 20-06687 |
| Friend Smith & Co. Inc. | 20-06820 |
| Frilot LLC | 20-06688 |
| Frito-Lay, Inc. | 20-06547 |

| | |
|---|---|
| Fruit Of The Earth Inc. | 20-06689 |
| Garda CL West Inc. | 20-06923 |
| Gateway Fashion Mall, LLC | 20-06548 |
| GBG USA Inc. | 20-06549 |
| GF3 Ventures LLC, Dba Barrett Supply Company | 20-07012 |
| GFR Media, LLC, Dba El Dia Inc. | 20-06690 |
| GG & A Central Mall Partners LP | 20-06691 |
| GGF LLC | 20-06798 |
| GIV Green Tree Mall Investors LLC, Dba Gem IV Ra LLC | 20-06871 |
| Goldberger International Limited | 20-06839 |
| Goldman Sachs & Co. LLC | 20-06550 |
| good2grow, LLC, Dba In Zone Brands Inc. | 20-06692 |
| Google LLC fdba Google Inc. | 20-06551 |
| Goplus Corp., Dba Factorydirectsale | 20-06821 |
| Goya Foods Inc., Dba Goya De Puerto Rico Inc. | 20-06834 |
| GR Contract Services Inc. | 20-06600 |
| Grace Cole Ltd. | 20-06799 |
| Granada Sales Corp. | 20-07009 |
| Grand Home Holdings Inc., Dba Barbeques Galore | 20-06872 |
| Grand Luck Fujian Footwear Co., Ltd. | 20-06552 |
| Gregory Richard Zimmerman Dba Tri City Appliance Installations | 20-06693 |
| Groupby USA Inc. | 20-06819 |
| GS Portfolio Holdings LLC | 20-06694 |
| GSF USA Inc. | 20-06873 |
| Guangdong Galanz Microwave Electrical Appliances Manufacturing Co., Ltd., Dba GD Galanz Microwave Ele. App. | 20-06840 |
| GXS, Inc., Dba GXS | 20-06695 |
| Handfab Elegance Pvt. Ltd., Dba Handfab A Living | 20-06979 |
| Handi-Craft Company | 20-06553 |
| Hangzhou Bestsino I/E Co. Ltd. | 20-06874 |
| Hasbro Inc. | 20-06924 |
| Hasbro International Trading B.V. | 20-06925 |
| Hauck (Hong Kong) Limited | 20-06926 |
| Hearing Associates Inc. | 20-06696 |
| Heartland Express Inc., Dba Heartland Express Inc. of Iowa | 20-06927 |
| High Hope Zhongding Corporation | 20-06697 |
| HKD Global Limited, Dba HKD Global Inc. | 20-06928 |
| Holden Worldwide Corp., Dba Quality House Int. | 20-06984 |
| Holdsun Group Ltd. | 20-06601 |
| Housewares Corp. of Asia Limited | 20-06841 |
| Hub Group Inc., Dba Hub Group Logistics Services | 20-06875 |

| | |
|---|---|
| Huhtamaki Inc. | 20-06698 |
| Huppins Hi Fi Photo & Video Inc., Dba Onecall.com | 20-06876 |
| Husqvarna Consumer Outdoor N.A., Inc., Dba Husqvarna Outdoor Products, Inc., Dba Peerless Gear Branch | 20-06980 |
| Ienjoy LLC | 20-06929 |
| Igoseating Limited | 20-06842 |
| In Gear Fashions Inc. | 20-06699 |
| Indiana Mall Company LP | 20-06800 |
| Infor (US), Inc. | 20-06602 |
| Infosys Limited | 20-06700 |
| Innocor Inc. | 20-06701 |
| Innovative Technology Electronics, LLC | 20-06930 |
| Installs Inc. | 20-06877 |
| Insular Trading Co. Inc. | 20-06702 |
| Intebonsa S.A. | 20-06554 |
| Integrated Service Management LLC, Dba Integrated Service Mgmt. LLC | 20-06931 |
| Interdesign Inc. | 20-06703 |
| International Roofing & Waterproofing Puerto Rico Corp., Dba IRWPR, Dba IRW | 20-07003 |
| Inversiones Joselynmari, S.E. | 20-06704 |
| Island Delivery Service | 20-06705 |
| Island Movers Inc. | 20-06878 |
| Istar Jewelry LLC, Dba Stanley Creations, Inc., Dba SGG Inc. | 20-06970 |
| J. B. Hunt Transport Inc. | 20-06879 |
| J.H.O.C., Inc. dba Premier Transportation | 20-06603 |
| Jay and Snow (JS) International Ltd. | 20-06555 |
| JB LLC, Dba Island Mfg. & Wholesale, Dba Islander Wholesale | 20-06971 |
| JCW Investments, Inc. dba Tekky Toys | 20-06556 |
| Jeff Smith Bldg & Development Inc. | 20-06706 |
| Jiangsu Soho Garments Co. Ltd. | 20-06932 |
| Jin Rong Hua Le Metal Manufacturers Co., Ltd. Of Gaoming, Foshan City, Dba Jin Rong Hua Le Metal Mfr. Co. Ltd. | 20-06843 |
| JM Electrical Inc. | 20-06835 |
| John M. Macaluso, Dba John M. Macaluso Revocable Trust, Dba Summit And Whitney Holdings, LLC | 20-06844 |
| Johnson Controls, Inc. | 20-06604 |
| Jose Santiago Inc. | 20-06707 |
| Joseph Electronics, Inc. | 20-06606 |
| JS Sainty Hantang Trad Co. Ltd. | 20-06708 |
| Just Play (HK) Ltd. | 20-06933 |
| Kenshoo Inc. | 20-06709 |

| | |
|---|---|
| Keystone Freight Corp., Dba Keystone Freight, Dba National Retail Transportation | 20-06880 |
| Kidz Toyz HK Limited | 20-06845 |
| Kimco Facility Services LLC | 20-06710 |
| Kir Montebello LP | 20-06711 |
| Klamco Ent, Dba Klamco Ent. | 20-06712 |
| Knight Transportation Services Inc. | 20-06934 |
| Korpack Inc. | 20-06935 |
| KPMG LLP | 20-06557 |
| Kreber Graphics, Inc., Dba Kreber | 20-06713 |
| Kricket Inc., Dba PC Wholesale Inc. | 20-06899 |
| Kumho Tires USA Inc. | 20-06801 |
| Larson Manufacturing Company Inc. | 20-07015 |
| Laser Products Inc. | 20-06802 |
| Lawnstyles Maintenance Inc. | 20-06714 |
| Lee & Co. Ltd. | 20-06981 |
| Letex Limited | 20-06803 |
| Liberty Distributors Inc. | 20-06994 |
| Liberty Transportation Inc. | 20-06936 |
| Lifeworks Technology Group, LLC, Dba Lifeworks Technology Group | 20-06846 |
| Linon Home Decor Products Inc. | 20-06715 |
| Linon Home Decor Products Inc. | 20-06940 |
| Live Logistics Corp. | 20-06716 |
| LM Farms LLC, Dba Gardens Alive | 20-06717 |
| Long Charm Trading Limited | 20-06941 |
| Loretta Lee Limited | 20-06942 |
| Luis Garraton Inc. | 20-06822 |
| M & S Landscaping Inc. | 20-06718 |
| Madison Center Owner LLC | 20-06804 |
| Majestique Corporation | 20-06719 |
| Malca-Amit USA LLC, Dba Malc-Amit | 20-06720 |
| Mall at Lima LLC | 20-06721 |
| Marion Plaza Inc., Dba Eastwood Mall | 20-06722 |
| Mark H Ltd. | 20-06943 |
| Market Force Information Inc. | 20-06723 |
| Marketing Card Technology LLC | 20-06724 |
| Max Mehra Collections LLC | 20-06725 |
| Max-Union Int'l Enterprises Ltd. | 20-06972 |
| May Cheong Toy Products Fty. Ltd. | 20-06847 |
| Mayaguez Optical Laboratories Inc., Dba Mayaguez Optical Laboratories Inc. | 20-06881 |

| | |
|---|---|
| Mayflower Cape Cod LLC | 20-06726 |
| McKee Foods Corp. | 20-06727 |
| Media Works Ltd. | 20-06728 |
| Meenu Creation LLP | 20-06944 |
| Megagoods Inc. | 20-06945 |
| Mendez & Co. Inc. | 20-06882 |
| Mens Fashion Corporation | 20-06729 |
| Mesilla Valley SPE - 991068834 LLC | 20-06558 |
| MGA Entertainment Inc. | 20-06996 |
| Microsoft Corporation | 20-06559 |
| Microsoft Online, Inc. | 20-06561 |
| Mid America Transfer Inc. | 20-06805 |
| Midland Empire Retail LLC, Dba East Hills Shopping Center | 20-06883 |
| Miele, Inc., Dba Miele | 20-07006 |
| Milberg Factors Inc. | 20-06900 |
| Milestone Distributors Inc., Dba Milestone Distributors | 20-06848 |
| Milliman, Inc. | 20-06562 |
| Mindful LLC | 20-06730 |
| Mitchell & Phillips Inc. | 20-06731 |
| MJ Holding Company LLC | 20-06732 |
| Mobilessentials LLC | 20-06733 |
| Modern-Aire Ventilating Corp. | 20-06946 |
| Monogram Creative Group Inc. | 20-06734 |
| Mun Waiau LLC | 20-06735 |
| Murtha Enterprises Inc. | 20-06736 |
| Mzirp Inc. | 20-06737 |
| Namco Realty LLC; and Logan Valley Realty LLC | 20-06563 |
| NATI LLC | 20-06738 |
| National Excelsior Company | 20-07016 |
| National Presto Industries Inc. | 20-06995 |
| NDA Distributors, LLC, Dba NDA Wholesale Distributors, Dba NDA | 20-07005 |
| NES Jewelry, Inc. | 20-06739 |
| Netrelevance LLC | 20-06740 |
| New England Retail Express Inc. | 20-06806 |
| Newgate Mall Equities LLC | 20-06564 |
| Nexgrill Industries Inc. | 20-06947 |
| Nicolas Holiday Inc. | 20-06607 |
| Nine Ink LLC | 20-06807 |
| Ningbo Meiqi Tool Co. Ltd. | 20-06849 |
| Northland Mechanical Contractors Inc. | 20-06741 |

18-23538-shl    Doc 9060-1    Filed 11/02/20    Entered 11/02/20 10:39:45    Exhibit A -
Case List    Pg 10 of 14

| | |
|---|---|
| Northstar Recovery Services Inc. | 20-06742 |
| Northtowne Associates Inc., Dba Northtowne Associates | 20-06850 |
| Nova Genesis Int'l Co. Ltd. | 20-06894 |
| Novel Shoes Co. Ltd. | 20-06948 |
| NSA Media Group Inc. | 20-06743 |
| NTA Enterprise Inc. | 20-06744 |
| NW SRP MA Holdings LLC, Dba NW Cambridge Property Owner LLC | 20-06851 |
| O.H. Sunglass Inc., Dba Universal Sunglasses | 20-07010 |
| Oakleaf Waste Management LLC | 20-06745 |
| Open America Inc., Dba Open Works | 20-06808 |
| Oracle Elevator Company | 20-06746 |
| Oriental Lead Investments Limited | 20-06949 |
| Orkin LLC, Dba Orkin Inc. | 20-06950 |
| Outdoor Edge Cutlery Corporation | 20-06747 |
| P B Home Services Inc. | 20-06884 |
| P L Developments Inc. | 20-06748 |
| Pacific Realty Associates LP | 20-06823 |
| Pacific Transfer LLC, Dba Pacific Transfer, Dba Pacific Transfer & Warehouse | 20-06951 |
| Pacific Transportation Lines, Inc. | 20-06608 |
| Partners In Leadership LLC | 20-06749 |
| Pepsi-Cola Bottling Company of Guam Inc. | 20-06566 |
| Perfume Worldwide Inc. | 20-06952 |
| Pimkie Apparels Ltd. | 20-06953 |
| Pinefields Limited | 20-06609 |
| Pioneer VNS Inc. | 20-06809 |
| Plastic Products Hardware Co., Ltd., Dba Dongguan City Strong Excitation | 20-06937 |
| Positec (Macao Commercial Offshore) Limited | 20-06610 |
| PR North Dartmouth LLC | 20-06973 |
| Pratt Industries Inc., Dba Pratt Industries USA | 20-06852 |
| Premier Transport, Inc. | 20-06611 |
| Primacy Industries Limited | 20-06750 |
| Procter & Gamble Commercial LLC | 20-06997 |
| Procter & Gamble Distributing LLC | 20-06998 |
| Productworks LLC | 20-06983 |
| Profit Seekers, Inc. dba AudiTec Solutions, Inc. | 20-06567 |
| Project 28 Clothing LLC | 20-06751 |
| Prologis, L.P. | 20-06568 |
| Prudent International Ltd. | 20-06612 |
| PTG Logistics LLC | 20-06752 |

| | |
|---|---|
| Pulselearning Ltd. | 20-06824 |
| Quad/Graphics, Inc. | 20-06613 |
| Quality For Sale Advertising Distributing Corporation, Dba Quality for Sale | 20-06825 |
| Quantcast Corporation | 20-06753 |
| Quanzhou Baofeng Shoes Co. Ltd. | 20-06954 |
| Quest Resource Management Group, LLC | 20-06569 |
| Racoon-Mahoning Associates LLC | 20-06810 |
| Racquet Club-Westgate LLC | 20-06826 |
| Rebuilding Together Inc. | 20-06811 |
| Red Book Connect, LLC, Dba Red Book Solutions | 20-06853 |
| Reedy Industries Inc., Dba Southwest Town Mechanical Services | 20-06827 |
| Refrigeration Services Inc. | 20-06754 |
| Regency Int'l Marketing Corp. | 20-07000 |
| Regent Cabinetry And More, Inc. | 20-06755 |
| Retailnext Inc. | 20-06756 |
| RFP Atlas Sales LLC | 20-06757 |
| RGGD Inc., Dba Crystal Art Gallery | 20-06836 |
| Ricardo Cruz Distributors Inc. | 20-06758 |
| Riggs Distributing, Inc., Dba Riggs Distributing | 20-06759 |
| Rikon Power Tools Inc. | 20-06812 |
| Rio Sul S.A. de C.V. | 20-06985 |
| Riskified Inc. | 20-06760 |
| RKW Partners Inc. | 20-06761 |
| Robert C. Capshaw, Dba RBD Six Forks, LLC | 20-06885 |
| Ronan Tools Inc. | 20-06762 |
| Route 66 Holdings, LLC | 20-06570 |
| Rubyred Garment Manufacturing SAE | 20-06955 |
| Ryder Last Mile, Inc. fdba MXD Group, Inc. | 20-06571 |
| S Lichtenberg & Co. Inc. | 20-06974 |
| S. C. Johnson & Son, Inc. | 20-06572 |
| S.P. Apparels Ltd. | 20-06956 |
| Samsonite LLC, Dba High Sierra Sport Company | 20-06938 |
| Santa Fe Mall Property Owner LLC | 20-06573 |
| Schindler Elevator Corporation | 20-06763 |
| Scribcor Global Lease Administration LLC, Dba Scribcor Global Lease Administration | 20-06893 |
| Select International LLC | 20-06764 |
| Shadloo Industrial Co. Ltd. | 20-06854 |
| Shanghai Fochier Int'l Trade Co. Ltd. | 20-06897 |
| Shanghai Kington Trading Co. Ltd. | 20-06828 |
| Shawshank Ledz Inc. | 20-06765 |

| | |
|---|---|
| Shinjin International Corp. | 20-06986 |
| Shivalik Prints Limited | 20-06957 |
| Silver Buffalo LLC | 20-06766 |
| Simple Products Corporation | 20-06767 |
| SITE Centers Corp., Dba Retail Value Inc., Dba Ddr Norte LLC | 20-06975 |
| Skechers USA Inc. | 20-06976 |
| Smittys Supply Inc. | 20-06958 |
| Solon OH Retail LLC | 20-06886 |
| South Water Signs LLC | 20-06768 |
| Southeastern Industrial Linings Inc. | 20-06769 |
| Spanish Bay Ventures, LLC, Dba Ron's Home And Hardware | 20-06977 |
| SPG International Ltd. | 20-06574 |
| Sport Squad Inc., Dba Joola North America LLC | 20-06939 |
| Standard Builder Inc. | 20-06813 |
| Star Bright Int'l Ltd. | 20-06959 |
| Sterling Value Add Investments II, Dba Svap II Stones River LLC | 20-06855 |
| Strong Progress Garment Factory Co., Ltd. | 20-06614 |
| Studio Eluceo Ltd. | 20-06615 |
| Styletex Limited | 20-06960 |
| Sub-Zero Group, Inc., Dba Sub-Zero Group Southeast, Inc., Dba Sub-Zero Group West Inc., Dba Sub-Zero Group Southwest, LLC | 20-06987 |
| Sunrise Mall LLC | 20-06575 |
| Sutherland Global Services Pvt. Ltd. | 20-06576 |
| Tai Fong Shoes Limited | 20-06892 |
| Talentquest, LLC, Dba Talentquest | 20-06770 |
| Target Plus Response Inc. | 20-06771 |
| Taste Beauty LLC | 20-06772 |
| Tasty Main LLC | 20-06577 |
| Tech For Less Inc., Dba Tech For Less LLC | 20-06773 |
| The Allen Company, Inc. | 20-06578 |
| The Asean Corporation Limited | 20-06962 |
| The Associates Group LLC | 20-06814 |
| The Basket Company & Corp. | 20-06774 |
| The Eureka Company, Dba Electrolux Home Care | 20-06887 |
| The J.M. Smucker Company, Dba Smucker Retail Foods Inc. | 20-06888 |
| The Macerich Company dba Cross County Shopping Center; and Brooks Shopping Centers LLC | 20-06579 |
| Thermo Dynamics Inc. of Connecticut, Dba Thermo Dynamics Inc. | 20-06901 |
| Thule Inc. | 20-06815 |
| TJ Daniels Inc., Dba Stride Staffing | 20-06816 |
| TLF (Portland), LLC fdba TLF Properties Fund LP | 20-06580 |

| | |
|---|---|
| Touchstorm LLC | 20-06775 |
| Toy2U Manufactory Company Limited | 20-06896 |
| Tradewinds Distributing Company, Dba Comfortup | 20-06856 |
| Transfuel Inc. | 20-06776 |
| Transport Corp. Of America Inc. | 20-06829 |
| Transport Express, Inc., Dba Transport Xpress | 20-06961 |
| Tri Land Corporation Ltd. | 20-06581 |
| Trico Products Corporation | 20-06616 |
| Trimfoot Co LLC, Dba Wee Kids | 20-06777 |
| Trintech Inc. | 20-06817 |
| True Manufacturing Co., Inc. | 20-06988 |
| TSG Downtown Chesterfield Redevelopment, LLC | 20-06891 |
| TTEC Holdings Inc. | 20-06778 |
| U.S. Postal Service | 20-06889 |
| UBS Bank USA dba UBS AG London Branch | 20-06582 |
| Ultimate Software Group Inc. | 20-06779 |
| Uniek Inc. | 20-06780 |
| United Parcel Service, Inc. dba UPS | 20-06617 |
| Universal Hosiery Inc. | 20-06781 |
| UPS Customhouse Brokerage, Inc. | 20-06583 |
| VCG Whitney Field, LLC | 20-06584 |
| Ventiv Technology Inc. | 20-06585 |
| Versapet Incorporated | 20-06830 |
| Vibes Media LLC | 20-06782 |
| Victory Marketing Agency LLC | 20-06831 |
| Vietnam Textile Garment International Trading Company Limited | 20-06586 |
| Vm Innovations Inc., Dba Vminnovations.com | 20-06818 |
| Walnut Hill Properties LLC | 20-06783 |
| Water Inc. | 20-06963 |
| Waterloo Industries Inc. | 20-07001 |
| Watterson Environmental Group, LLC, Dba Watterson Environmental & Facilities | 20-06964 |
| Weavetex Overseas Pvt. Ltd., Dba Weavetex Overseas | 20-06989 |
| White & Case LLP | 20-06587 |
| White Graphics Inc. | 20-06784 |
| White Plains Galleria Limited Partnership, Dba WP Galleria Realty LP | 20-06890 |
| Wholesale Interiors Inc. | 20-06965 |
| Wicked Fashions Inc. | 20-06785 |
| Winfat Industrial Co. Ltd. | 20-06588 |
| Winiadaewoo Electronics America Inc., Dba Dongbu Daewoo Electronics America Inc. | 20-06982 |

| | |
|---|---|
| Winix Inc. | 20-06990 |
| Winners Industry Company Limited | 20-06895 |
| WNR Industries Ltd. | 20-06605 |
| Wolverine World Wide Inc. | 20-07002 |
| World Racing Group Inc. | 20-06786 |
| WXZ Construction LLC | 20-06966 |
| Xiamen Golden Textile Imp. & Exp. Co. Ltd. | 20-06967 |
| Xiamen Top Mountain Trading Co. Ltd. | 20-06857 |
| Yang Ming (America) Corp., Dba Yang Ming Marine Transport Corp., Dba Yang Ming Marine Transport | 20-07011 |
| Yat Fung Ltd. | 20-06991 |
| Ying FU (HK) Industrial Ltd. | 20-06618 |
| York International Corp., Dba York International UPG | 20-06898 |
| Zhejiang Kata Technology Co. Ltd. | 20-06992 |
| Zhuji Yousheng Imp. And Exp. Co. Ltd. | 20-06858 |

*484 Adversary Proceedings