| | |
|---|---|
| Allen G. Kadish<br>ARCHER & GREINER, P.C.<br>1211 Avenue of the Americas, Suite 2750<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com | Hearing Date and Time: November 18, 2020 at 10:00 A.M.<br>Response Deadline: November 11, 2020 at 4:00 P.M. |

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
       nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF HEARING ON
### MOTION OF COMMUNITY UNIT SCHOOL DISTRICT 300 TO DEEM
### ECONOMIC DEVELOPMENT AGREEMENT REJECTED PURSUANT
### TO THE DEBTORS' CONFIRMED CHAPTER 11 PLAN, OR, IN THE
### <u>ALTERNATIVE, TO COMPEL THE DEBTORS TO REJECT THE AGREEMENT</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On November 2, 2020, Community Unit School District 300, an Illinois school district (the "**School District**"), filed the *Motion of Community Unit School District 300 to Deem Economic Development Agreement Rejected Pursuant to the Debtors' Confirmed Chapter 11 Plan, or, in the Alternative, to Compel the Debtors to Reject the Agreement* (the "**Motion**").

2. A hearing to consider the relief sought in the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **November 18, 2020 at 10:00 A.M.** (the "**Hearing Date**").

3. The Hearing will be conducted telephonically and parties wishing to attend and/or participate in the Hearing may do so by registering with Court Solutions at www.court-solutions.com. Instructions for registering with Court Solutions are attached to General Order M-543. Such parties are also asked to inform the undersigned if they intend to attend and/or participate telephonically.

4. Responses to the Motion must be made in writing, with a hard copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; conform to the Federal Rules, the Bankruptcy Rules and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York; be filed with the Bankruptcy Court; and be served in accordance with the provisions of General Order M-399 of this Court on Archer & Greiner, P.C., Attorneys for Community Unit School District 300, 1211 Avenue of the Americas, Suite 2750, New York, New York 10036 (Attn: Allen G. Kadish) on or before **4:00 P.M. on November 11, 2020** (the "**Response Deadline**").

5.  If a response is not timely filed and served, the Bankruptcy Court may approve the Motion and enter an Order on the Hearing Date. Responding parties are required to attend on the Hearing Date and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York  
November 2, 2020

ARCHER & GREINER, P.C.

By: ‎ s/ Allen G. Kadish  
 Allen G. Kadish  
1211 Avenue of the Americas, Suite 2750  
New York, New York 10036  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com

and

Kenneth M. Florey  
M. Neal Smith  
ROBBINS, SCHWARTZ, NICHOLAS,  
LIFTON & TAYLOR, LTD.  
631 E. Boughton Road, Suite 200  
Bolingbrook, Illinois 60440  
Tel: (630) 929-3639  
Email: kflorey@robbins-schwartz.com  
 nsmith@robbins-schwartz.com

and

Matthew T. Gensburg  
GENSBURG CALANDRIELLO & KANTER, P.C.  
200 West Adams Street, Suite 2425  
Chicago, Illinois 60606  
Tel: (312) 263-2200  
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

219652079v1