UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

### ORDER DEEMING ECONOMIC DEVELOPMENT AGREEMENT REJECTED PURSUANT TO THE DEBTORS' CONFIRMED CHAPTER 11 PLAN

Upon the motion (the "Motion")[2] of Community Unit School District 300 (the "School District") for entry of an order deeming the Economic Development Agreement (the "Agreement") between Sears, Roebuck and Co. ("Sears") and the Village of Hoffman Estates, Illinois, an Illinois municipal corporation (the "Village") rejected pursuant to the Debtors' confirmed Plan or, in the alternative, compelling the Debtors to reject the Agreement; and, after due deliberation; and the Court having concluded that the School District has established sufficient cause for the relief granted herein; and no additional notice being required; now, therefore, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. Upon the filing of a notice of withdrawal by the Buyer of its designation of the Agreement for assumption and assignment, the Agreement shall be deemed rejected pursuant to the Plan.

3. The relief granted in this Order shall be effective immediately and shall not be subject to any 14-day stay of enforcement under Bankruptcy Rule 4001(a)(3).

---

[2] Capitalized terms used but not defined in this order shall have the meanings ascribed to them in the Motion.

18

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York

_____ \_\_.\_\_\_\_

THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

219670427v1