**Exhibit 1**

Debtors' Twenty first Omnibus Objection
Exhibit 1

18-23538-shl   Doc 9068-1   Filed 11/05/20   Entered 11/05/20 12:31:40   Exhibit 1
Pg 2 of 3

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | Reduced and Reclassified Claims [1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
| 2. | AMERICAN RING CO INC | * | 182353801017299 | Asserted | $43,407.46 | | | | | $43,407.46 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 3. | ARS ECOMMERCE, LLC | 20501 | 182353801017332 | Asserted | $0.00 | $121,500.00 | | | | $121,500.00 | (iii) |
| | | | | Surviving | $0.00 | $0.00 | | | $121,500.00 | $121,500.00 | |
| 4. | BANKS, LISA TURNER | 7684; 8329 | 182353801042831 | Asserted | $2,688.78 | | | $3,771.01 | | $6,459.79 | (i) |
| | | | | Surviving | $0.00 | | | $3,771.01 | | $3,771.01 | |
| 5. | C COWLES & COMPANY | * | 182353801016522 | Asserted | $6,842.40 | | | | | $6,842.40 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 6. | CHIEFTEX S.A. DE C.V. | 1625, 1792 | 182353801043176 | Asserted | $108,467.24 | | | | | $108,467.24 | (iii) |
| | | | | Surviving | $0.00 | | | | $108,467.24 | $108,467.24 | |
| 7. | CREATIVE CIRCLE, LLC | 26275 | N/A | Asserted | $26,894.76 | | | $95,565.50 | $22,579.63 | $145,039.89 | (iii)(vi) |
| | | | | Surviving | $0.00 | | | $0.00 | $145,039.89 | $145,039.89 | |
| 8. | DANECRAFT, INC. | 4638; 4699 | 182353801042866 | Asserted | $169,232.80 | | | | $70,104.93 | $239,337.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $70,104.93 | $70,104.93 | |
| 9. | DIAMOND COSMETICS INC | * | 182353801016597 | Asserted | $35,998.70 | | | | | $35,998.70 | (ii)(iii) |
| | | | | Surviving | $0.00 | | | | $35,412.41 | $35,412.41 | |
| 10. | FORD, VALERIA | * | 182353801042309 | Asserted | $200.00 | | | | | $200.00 | (i) |
| | | | | Surviving | $0.00 | | | | $200.00 | $200.00 | |
| 11. | GERBER CHILDRENSWEAR INC | 15232; 16077 | 182353801015673 | Asserted | $28,610.00 | | | | $261,117.43 | $289,727.43 | (ii) |
| | | | | Surviving | $5,726.00 | | | | $261,117.43 | $266,843.43 | |
| 12. | IDM INC | 16345; 16721; 16795 | 182353801015372 | Asserted | $25,425.00 | | | | $142,242.00 | $167,667.00 | (iii) |
| | | | | Surviving | $5,443.20 | | | | $50,445.80 | $55,889.00 | |
| 13. | JOSE SANTIAGO INC | 5116 | 182353801040377 | Asserted | $53,343.98 | | | | $294,190.30 | $347,534.28 | (iii) |
| | | | | Surviving | $50,924.98 | | | | $296,609.30 | $347,534.28 | |
| 14. | KOPKE, BARRY D | * | 182353801040395 | Asserted | $1,500.00 | | | | | $1,500.00 | (i) |
| | | | | Surviving | $0.00 | | | | $1,500.00 | $1,500.00 | |
| 16. | MICHLEY ELECTRONICS INC. | 13873; 13885 | 182353801041743 | Asserted | $10,497.60 | | | | $48,782.40 | $59,280.00 | (ii) |
| | | | | Surviving | $0.00 | | | | $48,782.40 | $48,782.40 | |
| 17. | MILBERG FACTORS INC | 8855; 8856 | 182353801019279 | Asserted | $104,360.84 | | | | | $104,360.84 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 18. | NORTHLAND MECHANICAL CONTRACTORS INC | * | 182353801042023 | Asserted | $18,037.29 | | | | | $18,037.29 | (iv) |
| | | | | Surviving | $9,923.29 | | | | | $9,923.29 | |
| 19. | OMEGA & DELTA CO, INC | * | 182353801040545 | Asserted | $9,974.55 | | | | | $9,974.55 | (iii) |
| | | | | Surviving | $0.00 | | | | $9,974.55 | $9,974.55 | |
| 21. | PEGGS CO | 5135; 5162 | 182353801019752 | Asserted | $10,947.60 | | | | $22,873.61 | $33,821.21 | (iii) |
| | | | | Surviving | $0.00 | | | | $33,821.21 | $33,821.21 | |
| 22. | PHELPS INDUSTRIES LLC | * | 182353801019798 | Asserted | $100,000.00 | | | | | $100,000.00 | (iv) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 23. | RAZOR USA LLC | 19159; 19170 | 182353801020055 | Asserted | $37,453.95 | | | | $1,443,909.78 | $1,481,363.73 | (ii) |
| | | | | Surviving | $0.00 | | | | $1,443,909.78 | $1,443,909.78 | |
| 24. | RIZWAN, RUKHSANA | 12593 | 182353801020139 | Asserted | $4,398.70 | | | | | $4,398.70 | (i) |
| | | | | Surviving | $0.00 | | | | $4,398.70 | $4,398.70 | |
| 25. | RIZWAN, WAJEEHA | 1952 | 182353801021135 | Asserted | $2,905.76 | | | | | $2,905.76 | (i) |
| | | | | Surviving | $0.00 | | | | $2,905.76 | $2,905.76 | |
| 26. | S.C. JOHNSON & SON, INC. | 16384 | 182353801040688 | Asserted | $16,907.58 | | | | $6,471.30 | $23,378.88 | (ii) |
| | | | | Surviving | $73.06 | | | | $6,471.30 | $6,544.36 | |
| 28. | SPECTRUM BRANDS INC | 12057 | 182353801018857 | Asserted | $15,972.00 | | | | $307,343.17 | $323,315.17 | (ii) |
| | | | | Surviving | $9,124.50 | | | | $307,343.17 | $316,467.67 | |

**Debtors' Twenty first Omnibus Objection**  
Exhibit 1

18-23538-shl    Doc 9068-1    Filed 11/05/20    Entered 11/05/20 12:31:40    Exhibit 1  
Pg 3 of 3

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | | **Reduced and Reclassified Claims** [1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2] [3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
| 29. | TRACFONE WIRELESS INC | 13461 | 182353801043374 | Asserted | $2,699.40 | $24,550.73 | | | $409,963.50 | $437,213.63 | (iv) |
| | | | | Surviving | $2,699.40 | $9,305.25 | | | $409,963.50 | $421,968.15 | |
| 30. | WORLD TECH TOYS INC | 5849; 14174 | 182353801021333 | Asserted | $45,708.00 | | | | $442,168.54 | $487,876.54 | (ii)(iii)(iv) |
| | | | | Surviving | $13,173.49 | | | | $442,415.04 | $455,588.53 | |

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administartive expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:
 (i)   supporting documentation indicates that the claims are non-Administrative Expense Claims;
 (ii)  the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;
 (iii) the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;
 (iv)  the supporting documens provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;
 (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;
 (vi)  the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");
 (vii) associated contract or lease was assumed and assigned to Transform Holdco;
 (viii) the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim