**Exhibit 2**

Debtors' Twenty first Omnibus Objection  
Exhibit 2

18-23538-shl    Doc 9068-2    Filed 11/05/20    Entered 11/05/20 12:31:40    Exhibit 2  
Pg 2 of 2

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Reduced and Reclassified Claims [1] | | | | | | |
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim [2][3] | Administrative Priority Claim [2] | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [4] |
| 1. | 1011 RT 6 LLC | 9983 | 182353801039879 | Asserted | $6,738.98 | | | $6,738.98 | | $13,477.96 | (viii) |
| | | | | Surviving | $0.00 | | | $0.00 | $6,738.98 | $6,738.98 | |
| 2. | 156 TOM HILL, LLC | 15152 | 182353801013620 | Asserted | | $45,546.32 | | | | $45,546.32 | (viii) |
| | | | | Surviving | | $0.00 | | | $45,546.32 | $45,546.32 | |
| 4. | COMM 2006-C8 SHAW AVENUE CLOVIS, LLC | 14168 | 182353801018464 | Asserted | | $110,146.02 | | | | $110,146.02 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 5. | CONTINENTAL 47 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13919 | 182353801013548 | Asserted | | | | $8,538.30 | | $8,538.30 | (iv) |
| | | | | Surviving | | | | $0.00 | | $0.00 | |
| 7. | EAST MESA MALL, LLC | 18145 | 182353801017861 | Asserted | | $5,038.61 | | | $12,500.00 | $17,538.61 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 9. | FLORIDA KEYS AQUEDUCT AUTHORITY | 7880 | 182353801022333 | Asserted | $5,269.95 | | | | | $5,269.95 | (viii) |
| | | | | Surviving | $0.00 | $1,098.04 | | | $4,171.91 | $5,269.95 | |
| 10. | RARE HOSPITALITY INTERNATIONAL INC. | 17416 | 182353801018501 | Asserted | | $30,000.00 | | | | $30,000.00 | (i) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 11. | RICHARDSON SQUARE, LLC | 15590 | 182353801017700 | Asserted | | $5,906.03 | | | | $5,906.03 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 12. | SAND SPRINGS, LLC | 14820 | 182353801013615 | Asserted | | $110,000.00 | | | $2,084,173.00 | $2,194,173.00 | (i) |
| | | | | Surviving | | $0.00 | | | $2,084,173.00 | $2,084,173.00 | |
| 13. | TM FAIRLANE CENTER, L.P. | 15169 | 182353801013621 | Asserted | | $33,031.01 | | | $12,500.00 | $45,531.01 | (vii) |
| | | | | Surviving | | $0.00 | | | $12,500.00 | $12,500.00 | |
| 14. | VALLEY STREAM GREEN ACRES LLC | 17408 | 182353801018500 | Asserted | | $212,408.30 | | | $710,180.51 | $922,588.81 | (vii) |
| | | | | Surviving | | $0.00 | | | $710,180.51 | $710,180.51 | |

\* Claimant does not have any surviving proof of claim pertaining to administrative expense claim

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Reflects the greater of the sum of asserted administrative expense claim amount for Affected Claim No. and Affected Ballot No

[3] Reflects the asserted administrative expense claim amount for Affected Ballot No. for claims without any proof of claim related to administartive expense claim and additional support for the ballot

[4] Corresponding reasons are as follows:
   (i)    supporting documentation indicates that the claims are non-Administrative Expense Claims;
   (ii)   the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;
   (iii)  the Debtors' books and records show that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;
   (iv)  the supporting documens provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim;
   (v)   the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;
   (vi)  the Disputed Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**");
   (vii)   associated contract or lease was assumed and assigned to Transform Holdco;
   (viii)  the claim pertains to pre-petition amounts owed or expenses following Lease Rejection Dates, and therefore the claim is reclassified to general unsecured claim