| | |
|---|---|
| Allen G. Kadish<br>ARCHER & GREINER, P.C.<br>1211 Avenue of the Americas, Suite 2750<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com | Hearing Date and Time: November 18, 2020 at 10:00 A.M.<br>Response Deadline: November 11, 2020 at 4:00 P.M. |

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
       nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

      Allen G. Kadish, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies:

      I caused to be served true and correct copies of the *Supplement to Motion of Community Unit School District 300 to Deem Economic Development Agreement Rejected Pursuant to the Debtors' Confirmed Chapter 11 Plan, or, in the Alternative, to Compel the Debtors to Reject the Agreement* [Docket No. 9071]:

- On November 6, 2020 by electronic mail on the parties identified on the service list attached as <u>Exhibit A</u>, and

- On November 9, 2020 by regular mail on the parties identified on the service list attached as <u>Exhibit B</u>.

Dated: New York, New York
November 9, 2020

_s/ Allen G. Kadish_
Allen G. Kadish

## Exhibit A
## Service List

| | |
|---|---|
| harrisj12@michigan.gov | mowens@btlaw.com |
| idizengoff@akingump.com | zheller@btlaw.com |
| pdublin@akingump.com | emiller@bayardlaw.com |
| aqureshi@akingump.com | russ@bsavory.com |
| sbrauner@akingump.com | deggert@bcblaw.net |
| courts@alderman.com | jsolomon@bbgllp.com |
| bnkatty@aldineisd.org | llindenberg@bbwg.com |
| jarnold@aldridgepite.com | rmills@bellnunnally.com |
| laura.hall@allenovery.com | mbarrie@beneschlaw.com |
| joseph.badtke-berkow@allenovery.com | kcapuzzi@beneschlaw.com |
| James.Vincequerra@alston.com | wschonberg@beneschlaw.com |
| leib.lerner@alston.com | Ernie.park@bewleylaw.com |
| ajd@ansellgrimm.com | Tgaa@bbslaw.com |
| beth.brownstein@arentfox.com | michael@bindermalter.com |
| brian.lohan@arnoldporter.com | julie@bindermalter.com |
| ginger.clements@arnoldporter.com | JRhodes@BlankRome.com |
| jaronauer@ayllp.com | Tarr@BlankRome.com |
| CSchael@AshfordNJLaw.com | EZucker@BlankRome.com |
| eneiger@askllp.com | bleusandassociates@gmail.com |
| jchristian@askllp.com | bankruptcy@borgeslawllc.com |
| jsteinfeld@askllp.com | wborges@borgeslawllc.com |
| gunderdahl@askllp.com | schin@borgeslawllc.com |
| bmcgrath@askllp.com | arainone@bracheichler.com |
| kcasteel@askllp.com | jjorissen@briggs.com |
| eneiger@askllp.com | bsilverberg@brownrudnick.com |
| mudem@askllp.com | spohl@brownrudnick.com |
| Jg5786@att.com | pweiser@buchalter.com |
| jconnelly@austinenterpriseslp.com | schristianson@buchalter.com |
| mfrankel@bfklaw.com | christopher.schueller@bipc.com |
| fkhan@bakerlaw.com | terry.shulsky@bipc.com |
| pollack@ballardspahr.com | tyler.dischinger@bipc.com |
| marriott@ballardspahr.com | Eric.Waxman@cwt.com |
| branchd@ballardspahr.com | Anthony.Deleo@cwt.com |
| heilmanl@ballardspahr.com | rdavis@cafarocompany.com |
| summersm@ballardspahr.com | jlevitin@cahill.com |
| daluzt@ballardspahr.com | rstieglitz@cahill.com |
| roglenl@ballardspahr.com | jschwartz@calfee.com |
| mcclambc@ballardspahr.com | gkallergis@calfee.com |
| harnerp@ballardspahr.com | rmcmillan@calfee.com |
| kutnera@ballardspahr.com | joan.huh@cdtfa.ca.gov |
| mecesq2@aol.com | sjk@carmodymacdonald.com |
| knewman@barclaydamon.com | MKurzman@carmodylaw.com |
| Dennis.roemlein@bnymellon.com | tsansone@carmodylaw.com |

rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
szuber@csglaw.com
ksimard@choate.com
jmarshall@choate.com
cpellegrini@chuhak.com
eschnitzer@ckrlaw.com
srichman@clarkhill.com
srichman@clarkhill.com
nbencze@clarkhill.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
soneal@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
tmoloney@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
wkelleher@cohenlaw.com
hward@cohenlaw.com
rseltzer@cwsny.com
mwarner@coleschotz.com
KLaBrada@coleschotz.com
scf@cohmlaw.com
Michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
rco@crlawpr.com
dcoffino@cov.com
aclark@cov.com
mfelger@cozen.com
pzumbro@cravath.com
wearnhardt@cravath.com
Tslome@CullenandDykman.com
davidtaxin@dahannowick.com
ajd@daniellawpllc.com
daniel@dmsilverlaw.com
dhw@dhclegal.com
elliot.moskowitz@davispolk.com
jwcohen@daypitney.com
Ksummers@dflaw.com
mcto@debevoise.com
jkleinman@fgllp.com
jkatz@ccsb.com
gadsden@clm.com
bankruptcy@clm.com
eweisgerber@debevoise.com
slevinson@debevoise.com
jeroberts@debevoise.com
bethsolomon@discover.com
adiamond@diamondmccarthy.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com
Craig.Martin@dlapiper.com
marita.erbeck@dbr.com
CRBelmonte@duanemorris.com
PABosswick@duanemorris.com
TTBrock@duanemorris.com
LJKotler@duanemorris.com
WMSimkulak@duanemorris.com
WMSimkulak@duanemorris.com
Cheitzenrater@duanemorris.com
cgraham@eckertseamans.com
cperkins@eckertseamans.com
emunozPSC@gmail.com
lmay@eisemanlevine.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
sbc@eblawyers.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
gchico@ferraiuoli.com
scolon@ferraiuoli.com
stacy.filopoulos@fnf.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
kcatanese@foley.com
jcampos@foley.com
emorabito@foley.com
msmall@foley.com
tscannell@foley.com
Jwidman@Foxrothschild.com
Sniederman@FoxRothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com

brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
michael.keats@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
cgair@gairlawgroup.com
zgelber@gelbersantillo.com
ksantillo@gelbersantillo.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
kaa@koryatkinson.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
dcrapo@gibbonslaw.com
hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
mattm@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
searsnotice@gouldratner.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
dlieberman@halperinlaw.net,
ahalperin@halperinlaw.net
lgu@halperinlaw.net
joia.johnson@hanes.com
JTHerrera@Herreralawfirm.com
VTarajano@Herreralawfirm.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
CCarty@herrick.com
JDAngelo@herrick.com

jfrank@fgllp.com
KKolb@herrick.com
elio@higgslaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
mgurgel@hsgllp.com
vlevy@hsgllp.com
mshuster@hsgllp.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com
bgross@HuntonAK.com
paulsilverstein@huntonak.com
brianclarke@huntonak.com
ghesse@huntonak.com
caleb.holzaepfel@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
jgildea@interactions.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
gjoseph@jha.com
csolomon@jha.com
rcherington@jha.com
btaylor@jha.com
elkinj@mac.com
John.Bicks@klgates.com
mrice@kaplanrice.com
hkaplan@kaplanrice.com
atureaud@kblaw.com
tkorkhov@kellerrohrback.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
jcurley@kacllp.com
ssouthard@klestadt.com

brian.koenig@koleyjessen.com
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com
kurtzman@kurtzmansteady.com
brunnquellw@lanepowell.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
christopher.harris@lw.com
rakim.johnson@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
curtishehn@comcast.net
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
perry@perryclarklaw.com
rcorbi@corbilaw.com
saulreiss@verizon.net
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
lee@rohnlaw.com
kr@lnbyb.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
rhirsh@lowenstein.com
lsklar@lowenstein.com
alexandra.bigas@gmail.com
awilda.ramos@aguadillamallpr.com
dmiller@lubinolson.com

lkiss@klestadt.com
luskin@lsellp.com
hornung@lsellp.com
david@mhlaw-ny.com
NY_ECF_Notices@McCalla.com
tleday@mvbalaw.com
atandrew.kasner@mhllp.com
jbernstein@mdmc-law.com
nleonard@mdmc-law.com
kromano@mcglinchey.com
rcerone@mcglinchey.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
cprice@milbank.com
RLiubicic@milbank.com
jfarnum@milesstockbridge.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
eschnitzer@mmwr.com
Craig.wolfe@morganlewis.com
laura.mccarthy@morganlewis.com
jchou@moritthock.com
tberkowitz@moritthock.com
dmarlow@moritthock.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
klippman@munsch.com
kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
lcisz@nixonpeabody.com
rpedone@nixonpeabody.com
andrew.rosenblatt@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com

stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
eric.daucher@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
bk-jstern@oag.texas.gov
sherri.simpson@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
sokeefe@okeefelc.com
jtaylor@omm.com
mkremer@omm.com
afrackman@omm.com
belias@omm.com
lwagner@omm.com
dshamah@omm.com
klyons@ohdbslaw.com
mfechik@orrick.com
rdaversa@orrick.com
echollander@orrick.com
efua@orrick.com
lily@pacogarment.com
chipford@parkerpoe.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
lbyrne@pedersenhoupt.com
jdelnero@pedersenhoupt.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
lr@pryormandelup.com

christy.rivera@nortonrosefulbright.com
rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
kzumalt-rogers@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
pbirney@rc.com
fbr@robinsonbrog.com
rms@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
andrew.devore@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
mcatalfimo@rlglawny.com
prubin@rubinlawllc.com
mamato@rmfpc.com
skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jshafferman@swc-law.com
jweinblatt@sakar.com
ksadeghi@schiffhardin.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
hyland@sewkis.com
hooper@sewkis.com
czarny@sewkis.com
gayda@sewkis.com

rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
Carlton.Wiggam@Nebraska.gov
loliveira@steinip.com
cp@stevenslee.com
thomas.salerno@stinson.com
darrell.clark@stinson.com
streusand@slollp.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
pkslyne@ssbny.com
dietdericha@sullcrom.com
sacksr@sullcrom.com
gluecksteinb@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
taicho7@aol.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
mccarron.william@pbgc.gov
efile@pbgc.gov

emfox@seyfarth.com
sparadise@seyfarth.com
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com
ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
dtobias@tobiaslawpc.com
frankoswald@teamtogut.com
neilberger@teamtogut.com
mnester@teamtogut.com
jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
amy.williams@troutman.com
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
mschein@vedderprice.com
ketzel@vedderprice.com
jdunn@vedderprice.com
marva.m.levine@verizon.com
cohen@wmllp.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
cajones@wtplaw.com
klewis@wtplaw.com
sgerald@wtplaw.com

philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
ryanne.perio@wilmerhale.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
mark.ledwin@wilsonelser.com
saron@wrslawyers.com
JLawlor@wmd-law.com
BAxelrod@wmd-law.com
CPostighone@wmd-law.com
charlie.livermon@wbd-us.com
mnorwood@world-class.com
awilliams@williamsadvisors.com
bankruptcy@evict.net

**Exhibit B**
**Service List**

Sears Holdings Corporation
Attn: Stephen Sitley Esq.
　　　Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
　　　Jacqueline Marcus, Esq.
　　　Garret A. Fail, Esq.
　　　Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
U.S. Federal Office Building
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
　　　Shana A. Elberg, Esq.
　　　George R. Howard, Esq.
4 Times Square
New York, NY 10036

Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
　　　Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
　　　Luke A. Barefoot, Esq.
One Liberty Plaza
New York, NY, 10006

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
     Benjamin D. Feder, Esq.
     T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.),
620 Eighth Avenue
New York, NY 10018

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
     Ira Dizengoff, Esq.
     Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

Vedder Price
Attn: Michael L. Schein, Esq.
1633 Broadway, 31st Floor
New York, NY 10019

DLA Piper LLP (US)
Attn: Thomas F. Geselbracht, Esq.
444 West Lake Street, Suite 900
Chicago, IL 60606

219701400v1