**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **SEARS HOLDINGS CORPORATION,** | § | |
| *et al.,* | § | **Case No. 18-23538 (RDD)** |
| | § | |
| **Debtors.** | § | |
| | § | |
| | § | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Greta Braker, to be admitted, pro hac vice, to represent Laveta Shelton,

(the "Client") a personal injury claimant of debtor, in the above referenced case, and upon the

movant's certification that the movant is a member in good standing of the bar in the State of Texas

and, if applicable, the bar of the U.S. District Court for the Western District Midland/Odessa

division, District of Texas,  it is hereby

ORDERED, that Greta Braker, Esq., is admitted to practice, pro hac vice, in the above

referenced case to represent the Client, in the United States Bankruptcy Court for the Southern

District of New York, provided that the filing fee has been paid.

Dated: _____

/s/ _____

UNITED STATES BANKRUPTCY JUDGE