# EXHIBIT A

**Ballard Spahr LLP**

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                         November 10, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                Invoice No. 20201102219
1675 Broadway, 19th Floor
New York, NY 10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $28,240.50 |
| **Total Invoice Amount** | **$28,240.50** |

| 071820.02 - 00315861 | November 10, 2020 |
| Vincent J. Marriott, III | Invoice No. 20201102219 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 10/06/20 | Review and finalize exhibits to Weil preliminary reports (2.20); extended telephone conferences with V. Marriott and C. McClamb re: same (.40); review and analyze Alvarez preliminary report, and prepare generally for settlement negotiations (.90); telephone conference with V. Marriott re: same (.10) | 1,405.00 | 3.60 | 5,058.00 |
| Harner,P.E. | 10/07/20 | Prepare for and participate in Alvarez & Marsal settlement conference (.50); follow-up telephone conference with V. Marriott re: same (.10); further review, analysis and preparation of comments on draft preliminary reports and supporting exhibits (2.30) | 1,405.00 | 2.80 | 3,934.00 |
| Harner,P.E. | 10/22/20 | Review, revise and finalize preliminary reports re: second through fifth interim WGM fee and expense applications and supporting exhibits (2.60); correspondence and telephone conferences with V. Marriott and C. McClamb re: same (.20) | 1,405.00 | 2.80 | 3,934.00 |
| Harner,P.E. | 10/26/20 | Final review and preparation of comments on preliminary report re: second through fifth interim fee and expense application of Weil Gotshal, together with supporting exhibits (1.80); multiple extended telephone conferences and correspondence with V. Marriott, C. McClamb and R. Schrock re: same (.60) | 1,405.00 | 2.40 | 3,372.00 |
| Harner,P.E. | 10/27/20 | Correspondence with R. Schrock re: preliminary report on Weil Gotshal interim fee and expense applications (.10); review and analyze multiple professionals' latest interim fee and expense applications, to identify potential objections and prepare preliminary reports (3.40); telephone conferences and correspondence with V. Marriott re: Akin Gump fee and expense applications (.20) | 1,405.00 | 3.70 | 5,198.50 |

071820.02 - 00315861  
Vincent J. Marriott, III

November 10, 2020  
Invoice No. 20201102219

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 10/29/20 | Telephone conference with P. Schwartzberg re: contract lawyers issue (.20); review and analyze fee guidelines and case law re: same (.90); telephone conference with V. Marriott re: same and interim fee application review (.20) | 1,405.00 | 1.30 | 1,826.50 |
| Harner,P.E. | 10/30/20 | Review and analyze interim fee applications and supporting exhibits, to identify prospective fee and expense objections and formulate preliminary reports (2.80); prepare for and participate in conference call with V. Marriott, T. Daluz and C McClamb re: same (.40); telephone conferences and correspondence with reviewers re: same (.30) | 1,405.00 | 3.50 | 4,917.50 |
| **Total B170** | | | | **20.10** | **28,240.50** |
| **Total Fees** | | | | **20.10** | **$28,240.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Harner,P.E. | 20.10 | 1,405.00 | 28,240.50 |
| **Total Fees** | **20.10** | | **$28,240.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                         November 10, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                Invoice No. 20201102219
1675 Broadway, 19th Floor
New York, NY 10019

Client:     Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:     Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $28,240.50 |
| **Total Invoice Amount** | **$28,240.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days