# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor  
Philadelphia, PA 19103-7599  
Tel 215.665.8500  
Fax 215.864.8999

Paul E. Harner  
1675 Broadway  
New York, NY 10019

November 10, 2020  
Invoice No. 20201102220

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $86,374.50 |
| **Total Invoice Amount** | **$86,374.50** |

071820.03 - 00317415  
Vincent J. Marriott, III

November 10, 2020  
Invoice No. 20201102220

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 10/01/20 | Revise monthly fee application | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 10/02/20 | Oversee revisions to and filing of fee application | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 10/02/20 | Review monthly fee statement | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 10/02/20 | E-mails with M. Savva re: monthly fee statement | 495.00 | 0.50 | 247.50 |
| Daluz,T.M. | 10/19/20 | Attend to monthly fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 10/26/20 | Review and revise fee application | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 10/26/20 | Review 16th Monthly Fee Statement | 495.00 | 0.40 | 198.00 |
| **Total B160** | | | | **4.30** | **3,463.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 10/01/20 | Review status of A&M follow-up | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 10/01/20 | E-mails with K. Neitzel re: fee review data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/01/20 | E-mails with P. Harner re; Alvarez review | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 10/01/20 | Phone call with P. Harner re: Alvarez & Marsal report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/01/20 | E-mails with C. Pollard re: Alvarez exhibits | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 10/01/20 | E-mails with C. Emello re: FTI review | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 10/01/20 | E-mails with P. Harner and D. Stogsdill re: preliminary report | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 10/01/20 | Draft and revise status report re: interim fee applications | 495.00 | 2.00 | 990.00 |
| McClamb,C.D. | 10/01/20 | Edits to Weil preliminary report exhibits | 495.00 | 3.40 | 1,683.00 |
| Emello,C.R. | 10/01/20 | Review materials to prepare for review of fee entries | 350.00 | 1.30 | 455.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 -  00317415 | | | | | November 10, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20201102220 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 10/02/20 | Prepare fee exhibits for Alvarez and Marsal - 3/1/2019 - 6/30/2019 | 320.00 | 0.50 | 160.00 |
| McClamb,C.D. | 10/02/20 | Preparation for conference with Alvarez | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 10/02/20 | E-mails with C. Emello re: FTI review | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 10/02/20 | Edits to status report | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 10/02/20 | E-mails with K. Neitzel re: FTI Data | 495.00 | 0.20 | 99.00 |
| Neitzel,K.N. | 10/02/20 | Prepare and import FTI fee data into Relativity workspace for attorney review | 360.00 | 1.10 | 396.00 |
| Marriott, III,V.J. | 10/05/20 | Review and edit latest draft Weil fee response | 1,035.00 | 0.50 | 517.50 |
| McClamb,C.D. | 10/05/20 | E-mails with V. Marriott re: interim fee hearings | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 10/05/20 | E-mails with P. Harner re: Weil preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 10/05/20 | Review training with C. Emello | 495.00 | 0.50 | 247.50 |
| Emello,C.R. | 10/05/20 | Review FTI fees | 350.00 | 2.60 | 910.00 |
| Emello,C.R. | 10/05/20 | Call with C. McClamb re: relativity training for fee review | 350.00 | 0.60 | 210.00 |
| Emello,C.R. | 10/05/20 | Review FTI materials to prepare for fee entry review | 350.00 | 0.40 | 140.00 |
| Daluz,T.M. | 10/06/20 | Review issues re: Deloitte final fee application | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 10/06/20 | Phone call with P. Harner re: Weil preliminary report | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 10/06/20 | E-mails with P. Harner re: Deloitte review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/06/20 | E-mails with T. Daluz and P. Osei Bonsu re: Deloitte review | 495.00 | 0.80 | 396.00 |
| Emello,C.R. | 10/06/20 | Review FTI fee entries | 350.00 | 2.50 | 875.00 |
| Osei-Bonsu,P. | 10/06/20 | Deloitte and Touche Fee Review | 400.00 | 3.40 | 1,360.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | November 10, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20201102220 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 10/07/20 | Prepare for and participate in call with fee examiner and A&M to resolve fee issues | 1,035.00 | 0.70 | 724.50 |
| McClamb,C.D. | 10/07/20 | E-mails with C. Emello re: FTI fee applications | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 10/07/20 | E-mails with V. Marriott re: Alvarez fee applications | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/07/20 | Edits to Weil preliminary report | 495.00 | 1.30 | 643.50 |
| Emello,C.R. | 10/07/20 | Review fee entries for FTI | 350.00 | 2.50 | 875.00 |
| Osei-Bonsu,P. | 10/07/20 | Deloitte and Touche time review | 400.00 | 1.30 | 520.00 |
| Osei-Bonsu,P. | 10/07/20 | Delete and Douche fee review | 400.00 | 4.00 | 1,600.00 |
| McClamb,C.D. | 10/08/20 | Edits to Weil preliminary report exhibits | 495.00 | 1.50 | 742.50 |
| Emello,C.R. | 10/08/20 | Review fee entries for FTI | 350.00 | 1.80 | 630.00 |
| Osei-Bonsu,P. | 10/08/20 | Deloitte and Touche fee review | 400.00 | 3.80 | 1,520.00 |
| Osei-Bonsu,P. | 10/08/20 | Deloitte and Touche fee review | 400.00 | 3.30 | 1,320.00 |
| McClamb,C.D. | 10/09/20 | E-mails with C. Emello re: status of FTI fee review | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 10/09/20 | E-mails with K. Nietzel re: FTI fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/09/20 | E-mails with K. Neitzel re: FTI Data | 495.00 | 0.20 | 99.00 |
| Emello,C.R. | 10/09/20 | Review fee entries for FTI | 350.00 | 1.50 | 525.00 |
| Osei-Bonsu,P. | 10/09/20 | Deloitte and Touche fee review | 400.00 | 1.90 | 760.00 |
| Osei-Bonsu,P. | 10/09/20 | Deloitte and Touche fee review | 400.00 | 1.00 | 400.00 |
| Osei-Bonsu,P. | 10/09/20 | Deloitte and Touche fee review | 400.00 | 0.90 | 360.00 |
| Osei-Bonsu,P. | 10/09/20 | Deloitte and Touche fee review | 400.00 | 1.40 | 560.00 |
| Osei-Bonsu,P. | 10/09/20 | Deloitte and Touche fee review | 400.00 | 2.90 | 1,160.00 |
| Pollard,C.P. | 10/12/20 | Prepare FTI Fee/Expense exhibits for 3/1/2019 - 6/30/2020 | 320.00 | 1.50 | 480.00 |
| McClamb,C.D. | 10/12/20 | E-mails with C. Pollard and C. Emello re: FTI preliminary report exhibits | 495.00 | 0.50 | 247.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | November 10, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20201102220 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 10/12/20 | Meeting with C. Emello re: preliminary report | 495.00 | 0.60 | 297.00 |
| Emello,C.R. | 10/12/20 | Call with C. McClamb re: drafting FTI preliminary report | 350.00 | 0.60 | 210.00 |
| Emello,C.R. | 10/12/20 | Review past FTI exhibits and preliminary reports in preparation for drafting preliminary report | 350.00 | 0.30 | 105.00 |
| Emello,C.R. | 10/12/20 | Draft FTI preliminary report | 350.00 | 1.40 | 490.00 |
| McClamb,C.D. | 10/13/20 | Edits to exhibits for Weil's consolidated preliminary report | 495.00 | 4.90 | 2,425.50 |
| McClamb,C.D. | 10/13/20 | Edits to Weil's consolidated preliminary report | 495.00 | 3.10 | 1,534.50 |
| McClamb,C.D. | 10/14/20 | E-mails with T. Daluz re: Deloitte fee review | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 10/14/20 | Arrange hearing appearances | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 10/14/20 | E-mails with P. Harner and V. Marriott re: preparation for fee hearing | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/14/20 | Edits to Weil exhibits | 495.00 | 3.60 | 1,782.00 |
| Osei-Bonsu,P. | 10/14/20 | Deloitte Tax fee review | 400.00 | 2.10 | 840.00 |
| Marriott, III,V.J. | 10/15/20 | Prepare for and participate in October omnibus hearing | 1,035.00 | 1.00 | 1,035.00 |
| McClamb,C.D. | 10/15/20 | E-mails with C. Emello re: FTI review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/15/20 | Edits to Weil exhibits | 495.00 | 1.10 | 544.50 |
| McClamb,C.D. | 10/15/20 | E-mails with C. Emello re: FTI preliminary report | 495.00 | 0.30 | 148.50 |
| Emello,C.R. | 10/15/20 | Review exhibits for FTI fee entries to prepare preliminary report | 350.00 | 3.50 | 1,225.00 |
| Marriott, III,V.J. | 10/16/20 | Review status of Akin report | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 10/16/20 | E-mails with C. Emello re: Akin preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/16/20 | E-mails with V. Marriott re: Akin preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/16/20 | E-mails with C. Jimenez re: Akin preliminary report | 495.00 | 0.30 | 148.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | November 10, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20201102220 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Emello,C.R. | 10/16/20 | Draft preliminary report | 350.00 | 3.20 | 1,120.00 |
| Jimenez,C. | 10/16/20 | Analyze Akin's fee applications and related Court orders to draft preliminary Fee Examiner report | 415.00 | 2.50 | 1,037.50 |
| Jimenez,C. | 10/17/20 | Review Akin's expenses for Third, Fourth, and Fifth applications | 415.00 | 4.10 | 1,701.50 |
| McClamb,C.D. | 10/18/20 | E-mails with C. Jimenez re: Akin review | 495.00 | 0.50 | 247.50 |
| Jimenez,C. | 10/18/20 | Review Akin's expenses for third, fourth, and fifth applications | 415.00 | 4.40 | 1,826.00 |
| Jimenez,C. | 10/18/20 | Review Akin's fees for third application | 415.00 | 0.50 | 207.50 |
| McClamb,C.D. | 10/19/20 | E-mails with C. Jimenez re: Akin review | 495.00 | 0.50 | 247.50 |
| Osei-Bonsu,P. | 10/19/20 | Deloitte Tax Fee Review | 400.00 | 4.00 | 1,600.00 |
| Jimenez,C. | 10/19/20 | Review Akin's fees for third, fourth, and fifth applications | 415.00 | 9.00 | 3,735.00 |
| Daluz,T.M. | 10/20/20 | Draft monthly fee application | 940.00 | 0.50 | 470.00 |
| Osei-Bonsu,P. | 10/20/20 | Deloitte Tax Fee Review | 400.00 | 2.70 | 1,080.00 |
| Osei-Bonsu,P. | 10/20/20 | Deloitte Tax Fee Review | 400.00 | 2.50 | 1,000.00 |
| Jimenez,C. | 10/20/20 | Review Akin's fees for third, fourth, and fifth applications | 415.00 | 7.90 | 3,278.50 |
| McClamb,C.D. | 10/21/20 | E-mails with P. Osei-Bonsu re: Deloitte review | 495.00 | 0.60 | 297.00 |
| Osei-Bonsu,P. | 10/21/20 | Deloitte and Tax Fee Review | 400.00 | 1.70 | 680.00 |
| Osei-Bonsu,P. | 10/21/20 | Review Deloitte and Touche fee documents for period on/after March 1, 2019 | 400.00 | 1.00 | 400.00 |
| Jimenez,C. | 10/21/20 | Review fees for Akin's third, fourth, and fifth fee applications | 415.00 | 1.20 | 498.00 |
| McClamb,C.D. | 10/22/20 | E-mails with P. Harner re: edits to Weil preliminary report | 495.00 | 0.30 | 148.50 |
| Osei-Bonsu,P. | 10/22/20 | Deloitte and Tax time review | 400.00 | 1.40 | 560.00 |
| Osei-Bonsu,P. | 10/22/20 | Review Deloitte Tax Expenses for period on and after March 1, 2019 | 400.00 | 0.70 | 280.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

November 10, 2020  
Invoice No. 20201102220

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Osei-Bonsu,P. | 10/22/20 | Deloitte Tax time review for period starting 3/1/2019 | 400.00 | 1.40 | 560.00 |
| Jimenez,C. | 10/22/20 | Continue review of Akin's fees for third, fourth, and fifth applications | 415.00 | 8.80 | 3,652.00 |
| McClamb,C.D. | 10/23/20 | E-mails with P. Osei-Bonsu re: review status | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 10/23/20 | E-mails with C. Jimenez re: Akin preliminary report | 495.00 | 0.40 | 198.00 |
| Osei-Bonsu,P. | 10/23/20 | Deloitte Tax time review for period beginning March 1, 2019 | 400.00 | 4.10 | 1,640.00 |
| Blessing,B. | 10/23/20 | Create, edit, and format exhibits for preliminary report re: second, third, fourth, and fifth interim fee applications of Weil, Gotshal & Manges LLP | 175.00 | 2.00 | 350.00 |
| Jimenez,C. | 10/23/20 | Continue reviewing Akin's fees for third, fourth, and fifth applications | 415.00 | 11.70 | 4,855.50 |
| Marriott, III,V.J. | 10/26/20 | Review and revise Weil report | 1,035.00 | 0.80 | 828.00 |
| McClamb,C.D. | 10/26/20 | E-mail to R. Shrock, J. Marcus, G. Fail and S. Singh re: Weil Preliminary Report | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 10/26/20 | Edits to Weil preliminary report | 495.00 | 2.50 | 1,237.50 |
| McClamb,C.D. | 10/26/20 | Prepare exhibits to Weil preliminary report | 495.00 | 1.70 | 841.50 |
| McClamb,C.D. | 10/26/20 | E-mails with P. Harner re: Weil Preliminary Report | 495.00 | 0.60 | 297.00 |
| Blessing,B. | 10/26/20 | Create, edit, and format exhibits for preliminary report re: second, third, fourth, and fifth interim fee applications of Weil, Gotshal & Manges LLP | 175.00 | 1.50 | 262.50 |
| Jimenez,C. | 10/26/20 | Analyze and assemble exhibits for preliminary report addressing Akin's third, fourth, and fifth fee applications | 415.00 | 0.40 | 166.00 |
| Marriott, III,V.J. | 10/27/20 | Prepare Akin preliminary report | 1,035.00 | 1.80 | 1,863.00 |
| McClamb,C.D. | 10/27/20 | E-mails re: status of Deloitte & Touche final fee application | 495.00 | 0.40 | 198.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

November 10, 2020  
Invoice No. 20201102220

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 10/27/20 | Analyze and edit expense and fee exhibits for preliminary report re: Akin's third, fourth, and fifth fee applications | 415.00 | 2.40 | 996.00 |
| Marriott, III,V.J. | 10/29/20 | Attend to Akin preliminary report | 1,035.00 | 1.50 | 1,552.50 |
| Marriott, III,V.J. | 10/30/20 | Prepare Akin preliminary report | 1,035.00 | 2.30 | 2,380.50 |
| Daluz,T.M. | 10/30/20 | Conference call with P. Harner, V. Marriott and C. McClamb re: Deloitte final fee application and status of other reports | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 10/30/20 | Review Stout Risius status | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 10/30/20 | Review Deloitte tax status | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 10/30/20 | E-mails with P. Harner, V, Marriott and T, Daluz re: status of fee review | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 10/30/20 | E-mails with C. Pollard re: Stout Risius fee applications | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 10/30/20 | Meeting with P. Harner, V, Marriott and T, Daluz re: status of fee review | 495.00 | 0.40 | 198.00 |
| Jimenez,C. | 10/30/20 | Analyze expense entries and update exhibits for discrepancies and overhead | 415.00 | 2.00 | 830.00 |
| **Total B170** | | | | 182.70 | 82,911.00 |
| **Total Fees** | | | | 187.00 | $86,374.50 |

071820.03 - 00317415            November 10, 2020
Vincent J. Marriott, III            Invoice No. 20201102220

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Marriott, III,V.J. | 9.10 | 1,035.00 | 9,418.50 |
| Daluz,T.M. | 5.50 | 940.00 | 5,170.00 |
| Jimenez,C. | 54.90 | 415.00 | 22,783.50 |
| Emello,C.R. | 22.20 | 350.00 | 7,770.00 |
| McClamb,C.D. | 43.20 | 495.00 | 21,384.00 |
| Osei-Bonsu,P. | 45.50 | 400.00 | 18,200.00 |
| Neitzel,K.N. | 1.10 | 360.00 | 396.00 |
| Pollard,C.P. | 2.00 | 320.00 | 640.00 |
| Blessing,B. | 3.50 | 175.00 | 612.50 |
| **Total Fees** | **187.00** | | **$86,374.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                     November 10, 2020
1675 Broadway                                                                                      Invoice No. 20201102220
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

<u>FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $86,374.50 |
| **Total Invoice Amount** | **$86,374.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days