# EXHIBIT C

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                              November 10, 2020
1675 Broadway                                                               Invoice No. 20201102221
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Disbursements | $111.74 |
| **Total Invoice Amount** | **$111.74** |

071820.03 -  00317415  
Vincent J. Marriott, III

November 10, 2020  
Invoice No. 20201102221

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 10/02/20 | Delivery Service FedEx Invoice #: 714564215, 10/09/2020, Tracking #: 397450871560, Paul Harner, INFORMATION NOT SUPPLIED, 6003 HOLLINS AVE, BALTIMORE, MD 21210 | 20.87 |
| 10/02/20 | Delivery Service FedEx Invoice #: 715995978, 10/23/2020, Tracking #: 397451059895, Vincent Marriott, INFORMATION NOT SUPPLIED, 3 ROSE VALLEY RD, MEDIA, PA 19063 | 20.87 |
| 10/20/20 | Professional Services Paul Harner - Inv #8DE5AB27300E48029FB5 - 10/15/20 - COURT CALL | 70.00 |
| **Total Disbursements** | | **$111.74** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                         November 10, 2020
1675 Broadway                                                                                          Invoice No. 20201102221
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED through October 31, 2020</u>

**REMITTANCE ADVICE**

| | |
|---|---|
| Disbursements | $111.74 |
| **Total Invoice Amount** | **$111.74** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days