HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

---------------------------------------------------------------- x

### ELEVENTH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | October 1, 2020 through October 31, 2020 |
| Monthly Fees Incurred: | $234,679.50 |
| 20% Holdback: | $46,935.90 |
| Total Compensation Less 20% Holdback: | $187,743.60 |
| Monthly Expenses Incurred: | $11,354.59 |
| **Total Fees and Expenses Requested:** | **$199,098.19** |

This is a __x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Eleventh Combined Monthly Fee Statement") covering the period from October 1, 2020 through October 31, 2020 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Eleventh Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $187,743.60 (80% of $234,679.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and

HF 13566585v.1

expenses in the amount of $11,354.59 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 13566585v.1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Eleventh Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Eleventh Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **November 27, 2020**

4

(the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Eleventh Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Eleventh Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eleventh Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

[*Remainder of page left blank intentionally*]

HF 13566585v.1

Dated: New York, New York
November 13, 2020

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
    Sean E. O'Donnell
    Stephen B. Selbst
    Steven B. Smith
    Christopher Carty
    Two Park Avenue
    New York, NY 10016
    Telephone: (212) 592-1400
    Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
    sselbst@herrick.com
    ssmith@herrick.com
    ccarty@herrick.com

*Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors of Sears*
*Holdings Corporation, et al.*

6

**Exhibit A**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Sean E. O'Donnell | Restructuring & Finance Litigation | 1998 | $1025.00 | 9.0 | $9,225.00 |
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $785.00 | 71.3 | $55,970.50 |
| Steven Smith | Restructuring & Finance Litigation | 2001 | $765.00 | 1.2 | $918.00 |
| **Total Partners** | | | | **81.5** | **$66,113.50** |
| COUNSEL | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $610.00 | 54.6 | $33,306.00 |
| Michelle Sekowski | Restructuring & Finance Litigation | 2003 | $685.00 | 1.3 | $890.50 |
| **Total Counsel** | | | | **55.9** | **34,196.50** |
| ASSOCIATES | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $435.00 | 85.7 | $37,279.50 |
| Gabrielle R. Fromer | Restructuring & Finance Litigation | 2018 | $420.00 | 17.0 | $7,140.00 |
| Elizabeth J. Plowman | Restructuring & Finance Litigation | 2018 | $420.00 | 8.3 | $3,486.00 |
| Silvia Stockman | Restructuring & Finance Litigation | 2016 | $435.00 | 16.6 | $7,221.00 |

| | | | | | |
|---|---|---|---|---|---|
| Daniel Field | Restructuring & Finance Litigation | 2016 | $435.00 | 29.4 | $12,789.00 |
| Rodger Quigley | Restructuring & Finance Litigation | 2017 | $420.00 | 105.20 | $44,184.00 |
| Conor Anderson | Restructuring & Finance Litigation | 2017 | $415.00 | 28.6 | $11,869.00 |
| **Total Associates** | | | | **290.8** | **$123,968.50** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $335.00 | 28.2 | $9,447.00 |
| Larisa Poretsky | Litigation | 390.00 | 1.5 | $585.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **29.7** | **$10,032.00** |

## ADDITIONAL LEGAL SERVICES

| MANAGING ATTORNEY'S OFFICE | Amount |
|---|---|
| Research/Retrieval – Calls to Courts | $369.00 |
| **TOTAL** | **$369.00** |

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications - B160 | 2.3 | $1,213.00 |
| Contested Matters (exclu. Assumption/rejection) – B190 | 21.10 | $13,023.00 |
| Jointly Asserted Causes of Action | 233.9 | $220,443.50 |
| **Total** | **257.3** | **$234,679.50** |

## **Exhibit C**

**Itemized Fees**



Official Committee of Unsecured Creditors of Sears Holdings                November 12, 2020
Attn: Ron Tucker                                                          Invoice Number: 539160
225 W. Washington Street                                                 Matter Number: 19609.0001
Indianapolis, IN 46204                                                   Tax ID:        1662

Re:   **Sears Bankruptcy**

Fees for legal services rendered through October 31, 2020                              $14,236.00

Expenses posted through October 31, 2020                                               10,093.85

                                                     **TOTAL**     $24,329.85

Unpaid balance from previous invoice(s)                                               $478,982.41

Total Due Now                                                                         $503,312.26

Kindly return this page with your check payment to:          Send wire payments to:
            Herrick, Feinstein LLP                               Citibank, N.A.
                2 Park Avenue                                  ABA Number:
             New York, NY 10016                            Account Number:        6165
                                                                SWIFT #:
                        PLEASE REMIT PAYMENT WITHIN 30 DAYS
HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 10/02/20 | K. Kolb | B190 | Research work product privilege issue in connection with deposition preparation | 0.20 |
| 10/02/20 | K. Kolb | B190 | Analyze further information provided by opposing counsel | 0.10 |
| 10/03/20 | K. Kolb | B190 | Analyze privilege logs and scope of prior ESI collection in connection with preparing for Cyrus deposition | 0.60 |
| 10/04/20 | K. Kolb | B190 | Revise summary of potential claims | 1.00 |
| 10/05/20 | S. Smith | B190 | Review discovery efiles and attention to and review of emails with K. Kolb. | 0.90 |
| 10/05/20 | K. Kolb | B190 | Revise memo to UCC regarding potential claims | 1.30 |
| 10/05/20 | M. Sekowski | B190 | Review file re: search term issues and correspondence with K. Kolb and S. Smith re: same | 0.60 |
| 10/06/20 | K. Kolb | B190 | Analyze expert commentary on financial data from opposing counsel | 0.30 |
| 10/07/20 | M. Sekowski | B190 | Review file re: search term issues and telephone call to S. Smith re: same | 0.40 |
| 10/08/20 | S. Smith | B190 | T/C with M. Sekowski re discovery issues. | 0.30 |
| 10/08/20 | M. Sekowski | B190 | Telephone conference with S. Smith re: search term history and review | 0.30 |
| 10/09/20 | K. Kolb | B190 | Discuss deposition progress with C. Carty | 0.10 |
| 10/11/20 | K. Kolb | B190 | Revise memo to UCC regarding investigation | 0.40 |
| 10/11/20 | K. Kolb | B190 | Analyze memo from expert team regarding exposure information | 0.20 |
| 10/12/20 | K. Kolb | B190 | Revise update memo based on feedback from expert team | 0.50 |
| 10/13/20 | S. O'Donnell | B190 | Revew/comment on update to steering committee re cyrus claims; present same; coordinate Barclays proffer | 0.80 |
| 10/13/20 | K. Kolb | B190 | Further revisions to memo to UCC | 0.20 |
| 10/13/20 | K. Kolb | B190 | Attend update call with committee members | 0.80 |
| 10/14/20 | C. Carty | B190 | Team strategy call regarding investigation and prepare for same. | 0.70 |
| 10/14/20 | K. Kolb | B190 | Discuss case strategy with C. Carty and G. Fromer | 0.30 |
| 10/14/20 | G. Fromer | B190 | Discuss case strategy and next steps with Kyle Kolb and Chris Carty | 0.30 |
| 10/15/20 | S. O'Donnell | B190 | Strategy call w/ team. | 0.50 |
| 10/15/20 | K. Kolb | B190 | Prepare for additional proffer and case analysis discussion | 0.30 |



Invoice Number: 539160
Matter Number: 19609.0001
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 10/15/20 | G. Fromer | B190 | Discuss case strategy and next steps with Sean O'Donnell, Chris Carty, and Kyle Kolb | 0.20 |
| 10/16/20 | K. Kolb | B190 | Prepare topic list for further depositions | 0.40 |
| 10/16/20 | G. Fromer | B190 | Draft topic list to prepare for questioning bidder | 1.00 |
| 10/16/20 | G. Fromer | B190 | Email Chris Carty regarding topic list for questioning bidder | 0.10 |
| 10/19/20 | C. Carty | B190 | Call with counsel to Barclays regarding investigation next steps. | 0.30 |
| 10/19/20 | K. Kolb | B190 | Prepare for and attend call with opposing counsel regarding next steps in investigation | 0.60 |
| 10/20/20 | S. O'Donnell | B190 | UCC memo and proffer coordination. | 0.50 |
| 10/20/20 | S. O'Donnell | B190 | Outline of same. | 0.50 |
| 10/26/20 | C. Carty | B160 | Attention to issues related to fee applications. | 0.80 |
| 10/26/20 | S. Stockman | B190 | Continue 2LR review. | 4.60 |
| 10/28/20 | G. Fromer | B190 | Discuss deposition outlines with Kyle Kolb via email | 0.10 |
| 10/28/20 | G. Fromer | B190 | Draft deposition outline | 0.70 |
| 10/30/20 | L. Poretsky | B160 | Revise, redact, finalize and e-file Tenth Monthly Fee Statement; submit to Prime Clerk for service; circulate filed copy to the team | 1.50 |
| 10/31/20 | K. Kolb | B190 | Draft complaint | 1.00 |

| | | | **TOTAL** | **$14,236.00** |

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| C. Carty | 1.80 | 785.00 | 1,413.00 |
| G. Fromer | 2.40 | 420.00 | 1,008.00 |
| K. Kolb | 8.30 | 610.00 | 5,063.00 |
| S. O'Donnell | 2.30 | 1,025.00 | 2,357.50 |
| L. Poretsky | 1.50 | 390.00 | 585.00 |
| M. Sekowski | 1.30 | 685.00 | 890.50 |
| S. Smith | 1.20 | 765.00 | 918.00 |
| S. Stockman | 4.60 | 435.00 | 2,001.00 |
| **TOTAL** | **23.40** | | **$14,236.00** |

**DISBURSEMENTS:**

AMOUNT



Invoice Number: 539160
Matter Number: 19609.0001
Page: 4

| | AMOUNT |
|---|---|
| E-Discovery Data Hosting | 115.00 |
| Expert Witness Fees | 9,195.00 |
| Online Research | 783.85 |
| **TOTAL:** | **$10,093.85** |

## TASK SUMMARY

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 2.30 | 1,213.00 |
| B190 | Other Contested Matters | 21.10 | 13,023.00 |
| **TOTALS** | | **23.40** | **$14,236.00** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 354102 | 04/20/20 | 23,692.04 | 18,975.54 | 4,716.50 |
| 355261 | 05/29/20 | 113,746.72 | 103,232.62 | 10,514.10 |
| 356215 | 06/30/20 | 78,000.27 | 0.00 | 78,000.27 |
| 356647 | 07/16/20 | 62,817.18 | 0.00 | 62,817.18 |
| 358157 | 08/24/20 | 43,825.32 | 0.00 | 43,825.32 |
| 538311 | 10/22/20 | 279,109.04 | 0.00 | 279,109.04 |
| | | | **Total Outstanding** | **$478,982.41** |



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

November 12, 2020
Invoice Number: 539161
Matter Number: 19609.0002
Tax ID:       1662

Re:   **Jointly Asserted Causes of Action**

| | |
|---|---:|
| Fees for legal services rendered through October 31, 2020 | $220,443.50 |
| Expenses posted through October 31, 2020 | 1,260.74 |
| **TOTAL** | **$221,704.24** |
| Unpaid balance from previous invoice(s) | $926,246.66 |
| Total Due Now | $1,147,950.90 |

Kindly return this page with your check payment to:
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:
Citibank, N.A.
ABA Number:
Account Number:       6165
SWIFT #:

PLEASE REMIT PAYMENT WITHIN 30 DAYS

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 539161
Matter Number: 19609.0002
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| 10/01/20 | C. Carty | Review and analyze documents produced by third party subpoena recipients. | 2.80 |
| 10/01/20 | C. Carty | Analyze potential claims and causes of action against certain third parties. | 3.10 |
| 10/01/20 | K. Kolb | Further research regarding potential claims and required allegations | 1.70 |
| 10/01/20 | K. Kolb | Draft revised review protocol email and supervise second level review process | 2.80 |
| 10/01/20 | K. Kolb | Further analysis and revisions to summary of hot documents produced by third parties | 1.20 |
| 10/01/20 | K. Kolb | Analyze and summarize key documents produced by Wachtell | 0.60 |
| 10/01/20 | K. Kolb | Analyze privilege logs from Deloitte | 0.20 |
| 10/01/20 | K. Kolb | Discuss document review issues with L. Schepp | 0.30 |
| 10/01/20 | C. Anderson | Draft Deloitte potential causes of action memo and review engagement letters | 0.90 |
| 10/01/20 | C. Anderson | Draft memorandum re: potential causes of action. | 1.20 |
| 10/01/20 | D. Field | Review documents produced in adversary proceeding | 0.30 |
| 10/01/20 | E. Plowman | Review and analyze docs in adversary proceeding | 1.60 |
| 10/01/20 | R. Quigley | Review documents in production | 5.20 |
| 10/01/20 | H. Zimmer | Analyze documents produced in adversary proceeding and draft and finalize memorandum/chart incorporating information from same | 1.90 |
| 10/01/20 | H. Zimmer | Review emails from KK and H5 concerning document review | 0.20 |
| 10/01/20 | H. Zimmer | Revise draft email from KK concerning overview of document review | 0.20 |
| 10/01/20 | H. Zimmer | Confer with CC and KK concerning document review | 0.10 |
| 10/01/20 | H. Zimmer | Confer with LS and KK concerning document review | 2.10 |
| 10/01/20 | L. Schepp | Compile requested Hot documents for Akin attorney review. | 1.50 |
| 10/02/20 | C. Carty | Analyze potential claims and causes of action against certain third parties. | 1.50 |
| 10/02/20 | C. Carty | Review and analyze documents produced by third party subpoena recipients. | 1.10 |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 3

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| 10/02/20 | K. Kolb | Revise and analyze engagement letters related to memo for potential claims | 1.50 |
| 10/02/20 | K. Kolb | Further discussions with review team regarding changes to review protocol | 0.80 |
| 10/02/20 | K. Kolb | Analyze response from Akin regarding third party discovery | 0.20 |
| 10/02/20 | K. Kolb | Analyze documents previously withheld by third party subpoena recipient | 0.70 |
| 10/02/20 | C. Anderson | Draft Deloitte potential causes of action memo and review engagement letters | 1.50 |
| 10/02/20 | D. Field | Review documents produced in adversary proceeding | 4.20 |
| 10/02/20 | E. Plowman | Review and analyze docs in adversary proceeding | 2.30 |
| 10/02/20 | H. Zimmer | Confer with DF and KK concerning document review | 0.20 |
| 10/02/20 | H. Zimmer | Review email from Akin concerning Blackstone subpoena and confer with KK and LS concerning same | 0.30 |
| 10/02/20 | H. Zimmer | Review documents produced in adversary proceeding | 0.30 |
| 10/02/20 | L. Schepp | Compile Deloitte engagement letters in H5 workspace for attorney review. | 4.50 |
| 10/02/20 | L. Schepp | Compile documents noted in included in Blackstone document production for further review. | 1.40 |
| 10/04/20 | K. Kolb | Draft email to opposing counsel regarding supplemental parameters for production | 0.10 |
| 10/04/20 | D. Field | Review documents produced in adversary proceeding | 1.30 |
| 10/05/20 | C. Carty | Attention to issues related to third party discovery. | 0.70 |
| 10/05/20 | C. Carty | Review and analyze documents produced by third party subpoena recipients. | 2.40 |
| 10/05/20 | C. Carty | Analyze potential claims and causes of action against certain third parties. | 4.30 |
| 10/05/20 | K. Kolb | Analyze statute of limitations issue | 0.50 |
| 10/05/20 | K. Kolb | Draft revised parameters for Blackstone response | 0.60 |
| 10/05/20 | K. Kolb | Supervise second level review process | 0.70 |
| 10/05/20 | C. Anderson | Draft emails re: BX search terms for new production | 0.20 |
| 10/05/20 | C. Anderson | Review engagement letters with SHC for relevant contract terms | 1.00 |
| 10/05/20 | D. Field | Review documents produced in adversary | 2.90 |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 4

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| | | proceeding | |
| 10/05/20 | H. Zimmer | Confer with KK on document review | 0.10 |
| 10/05/20 | H. Zimmer | Confer with LS and KK concerning document review and Wachtell subpoena | 0.10 |
| 10/05/20 | H. Zimmer | Review emails between Akin and Herrick concerning Blackstone subpoena | 0.10 |
| 10/05/20 | H. Zimmer | Confer with KK and CA concerning Blackstone subpoena | 0.20 |
| 10/05/20 | H. Zimmer | Review email from Cravath concerning subpoena on Ross Aronstam and RPT privilege | 0.10 |
| 10/05/20 | H. Zimmer | Review email from KK to Blackstone concerning subpoena | 0.10 |
| 10/05/20 | H. Zimmer | Confer with KK concerning document review | 0.20 |
| 10/05/20 | L. Schepp | Work with K. Kolb regarding document review protocol. | 0.80 |
| 10/06/20 | K. Kolb | Analyze documents for second level review and supervise second level review process | 0.70 |
| 10/06/20 | K. Kolb | Analyze proposed revisions to search terms for third party subpoena | 0.10 |
| 10/06/20 | R. Quigley | Analyze and code documents in productions | 4.50 |
| 10/06/20 | S. Stockman | Continue 2L Review of documents. | 1.70 |
| 10/06/20 | H. Zimmer | Confer with KK on Blackstone subpoena | 0.20 |
| 10/06/20 | H. Zimmer | Email CA, KK, MC, DF, GF, EP, RQ, CC, and LS concerning updates on document review | 0.10 |
| 10/06/20 | H. Zimmer | Review documents produced in adversary proceeding and communications with Akin on same | 0.20 |
| 10/06/20 | H. Zimmer | Review email from EP concerning document review | 0.10 |
| 10/06/20 | H. Zimmer | Confer with LS and KK concerning document review and Wachtell subpoena | 0.80 |
| 10/06/20 | L. Schepp | Run searches in H5 to separate certain documents for secondary review, per K. Kolb. | 3.20 |
| 10/07/20 | C. Carty | Call with Akin and K. Kolb re document review and prepare for same. | 0.90 |
| 10/07/20 | C. Carty | Attention to issues related to third party discovery. | 1.50 |
| 10/07/20 | C. Carty | Analyze potential claims and causes of action against certain third parties. | 3.20 |
| 10/07/20 | K. Kolb | Supervise second level review and update review team on changes to protocol | 0.90 |
| 10/07/20 | K. Kolb | Call with R. Tizravesh regarding document review process | 0.30 |

 **HERRICK**

Invoice Number: 539161
Matter Number: 19609.0002
Page: 5

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| 10/07/20 | K. Kolb | Discuss second level review issues with D. Field | 0.20 |
| 10/07/20 | C. Anderson | Draft and revise memorandum on causes of action | 3.00 |
| 10/07/20 | D. Field | Review documents produced in adversary proceeding | 4.00 |
| 10/07/20 | R. Quigley | Analyze and code documents in productions | 6.80 |
| 10/07/20 | H. Zimmer | Confer with KK concerning document review | 0.10 |
| 10/07/20 | H. Zimmer | Confer with KK and CC concerning third-party discovery | 0.10 |
| 10/07/20 | H. Zimmer | Confer with KK and H5 concerning document review | 0.30 |
| 10/07/20 | H. Zimmer | Review email from Wilmer Hale concerning Blackstone subpoena | 0.10 |
| 10/08/20 | C. Carty | Participate in meet and confer call with counsel to Blackstone and prepare for same. | 1.00 |
| 10/08/20 | C. Carty | Draft letter re third party discovery. | 0.50 |
| 10/08/20 | C. Carty | Analyze potential claims and causes of action against certain third parties. | 3.60 |
| 10/08/20 | K. Kolb | Prepare for and attend meet and confer with counsel for Blackstone | 1.20 |
| 10/08/20 | K. Kolb | Review research on choice of law issue | 0.10 |
| 10/08/20 | K. Kolb | Conduct second level review of key documents | 1.90 |
| 10/08/20 | C. Anderson | Analyze choice of law analysis in light of governing law and dispute resolution provisions and draft related emails | 0.30 |
| 10/08/20 | D. Field | Review documents produced in adversary proceeding | 4.80 |
| 10/08/20 | R. Quigley | Analyze and code documents in productions | 3.20 |
| 10/08/20 | H. Zimmer | Revise Girard/Robbins parameters and confer with CC and KK regarding third-party discovery | 0.90 |
| 10/08/20 | H. Zimmer | Review and amend discovery memo | 1.40 |
| 10/08/20 | H. Zimmer | Confernce call with Wilmer Hale and counsel to Blackstone concerning Blackstone subpoena | 0.30 |
| 10/08/20 | H. Zimmer | Review emails from KK and LS concerning document review | 0.20 |
| 10/08/20 | H. Zimmer | Review documents produced in adversary proceeding | 0.20 |
| 10/08/20 | L. Schepp | Update document production index. | 1.80 |
| 10/08/20 | L. Schepp | Run searches to compile document families with high attachments counts for attorney review, per K. Kolb. | 2.10 |
| 10/09/20 | C. Carty | Attention to issues related to third party | 0.60 |



Invoice Number: 539161<br>Matter Number: 19609.0002<br>Page: 6

| DATE | NAME | NARRATIVE | HOURS |
|---|---|---|---|
| | | discovery. | |
| 10/09/20 | C. Carty | Review and analyze documents produced by third party subpoena recipients. | 2.50 |
| 10/09/20 | C. Carty | Analyze potential claims and causes of action against certain third parties. | 1.70 |
| 10/09/20 | K. Kolb | Analyze key documents produced by third parties and supervise second level review | 1.90 |
| 10/09/20 | K. Kolb | Email to opposing counsel regarding revisions to subpoena response parameters | 0.20 |
| 10/09/20 | K. Kolb | Discuss discovery issues with C. Carty and H. Zimmer | 0.50 |
| 10/09/20 | C. Anderson | Draft and revise  memorandum on potential causes of action | 1.70 |
| 10/09/20 | C. Anderson | Draft emails re: memo structure | 0.30 |
| 10/09/20 | D. Field | Review documents produced in adversary proceeding | 4.80 |
| 10/09/20 | R. Quigley | Analyze and code documents in productions | 2.40 |
| 10/09/20 | H. Zimmer | Conference call with KK and CC regarding third party discovery and document review | 0.50 |
| 10/09/20 | H. Zimmer | Confer with KK regarding Blackstone subpoena | 0.10 |
| 10/09/20 | H. Zimmer | Confer with LS and KK concerning document review | 0.20 |
| 10/09/20 | L. Schepp | Run searches in H5 to separate certain documents for secondary review, per K. Kolb. | 2.60 |
| 10/10/20 | K. Kolb | Revise memorandum regarding potential auditor causes of action | 1.70 |
| 10/10/20 | C. Anderson | Draft emails re: memorandum on potential causes of action | 0.10 |
| 10/11/20 | K. Kolb | Draft research summary and recommedation regarding privilege dispute | 1.00 |
| 10/11/20 | D. Field | Review documents produced in adversary proceeding | 1.20 |
| 10/12/20 | C. Carty | Analyze issues related to potential claims against certain third parties and review legal analysis re same. | 4.20 |
| 10/12/20 | C. Carty | Calls with co-counsel at Akin regarding potential claims against certain third parties and prepare for same.. | 1.10 |
| 10/12/20 | C. Carty | Review and analyze documents produced in adversary proceeding. | 2.10 |
| 10/12/20 | S. O'Donnell | Confer w/ CC re claims analysis; confer w/ Akin re same; confer w/ client | 0.50 |
| 10/12/20 | C. Anderson | Review Wachtell document productions and | 1.80 |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 7

| DATE | NAME | NARRATIVE | HOURS |
|---|---|---|---|
| | | related emails on review procedure | |
| 10/12/20 | D. Field | Review documents produced in adversary proceeding | 1.10 |
| 10/12/20 | R. Quigley | Analyze and code documents in productions | 8.40 |
| 10/12/20 | H. Zimmer | Confer with KK and CC on Wachtell subpoena | 0.10 |
| 10/12/20 | H. Zimmer | Analyze documents produced in adversary proceeding and confer with KK on same | 1.00 |
| 10/13/20 | C. Carty | Prepare for call with Litigation Designees regarding potential estate claims. | 3.50 |
| 10/13/20 | C. Carty | Meet with litigation team regarding document review. | 0.50 |
| 10/13/20 | C. Carty | Attention to issues related to document review. | 1.20 |
| 10/13/20 | C. Carty | Participate in call with Litigation Designees regarding claim analysis. | 1.10 |
| 10/13/20 | C. Carty | Draft complaint asserting estate claims against certain third parties. | 3.20 |
| 10/13/20 | C. Carty | Review draft tolling agreement and provide comments to same. | 0.80 |
| 10/13/20 | S. O'Donnell | Review/comment on update to steering committee re Wachtel claims; present same; coordinate tolling agreement, complaint and claim preparation | 2.50 |
| 10/13/20 | K. Kolb | Prepare for and attend call regarding case update and document review second level review | 1.20 |
| 10/13/20 | K. Kolb | Draft tolling agreement | 1.00 |
| 10/13/20 | K. Kolb | Analyze documents in connection with drafting of adversary claims | 5.30 |
| 10/13/20 | C. Anderson | Review and analyze Wachtell document production for relevant documents | 0.40 |
| 10/13/20 | C. Anderson | Confer with case team re: document review points, analysis and timing | 0.30 |
| 10/13/20 | D. Field | Review documents produced in adversary proceeding | 1.10 |
| 10/13/20 | G. Fromer | Team call to discuss document review strategy | 0.30 |
| 10/13/20 | E. Plowman | Team call re review of documents for adversary proceeding | 0.30 |
| 10/13/20 | S. Stockman | Confer with second level review team regarding strategy for ongoing review. | 0.30 |
| 10/13/20 | H. Zimmer | Analyze documents produced in adversary proceeding, confer with KK and CC on same, revise memorandum on document review process, and draft portion of complaint on WLRK claims | 5.10 |

 HERRICK

Invoice Number: 539161
Matter Number: 19609.0002
Page: 8

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| 10/13/20 | H. Zimmer | Review documents produced in adversary proceeding | 0.70 |
| 10/13/20 | H. Zimmer | Conference call with CC, KK. EP, DF, RQ, SS, GF, and CA on documents produced in adversary proceeding | 0.30 |
| 10/13/20 | L. Schepp | Located and compile various hot document citations in second level batches in preparation for attorney review. | 3.80 |
| 10/14/20 | C. Carty | Revise draft tolling agreement and circulate to potential defendant. | 1.20 |
| 10/14/20 | C. Carty | Draft complaint asserting estate claims against certain third parties. | 5.80 |
| 10/14/20 | S. O'Donnell | Attend to potential additional claims and complaint. | 1.00 |
| 10/14/20 | K. Kolb | Analyze documents and draft complaint | 4.00 |
| 10/14/20 | C. Anderson | Review Wachtell document production for relevant documents and issues | 1.90 |
| 10/14/20 | G. Fromer | Review email instructions on document review procedure from Kyle Kolb | 0.30 |
| 10/14/20 | G. Fromer | Review mini chron topic memo to prepare for second level document review | 0.20 |
| 10/14/20 | G. Fromer | Review hot doc summaries | 0.10 |
| 10/14/20 | G. Fromer | Review document review instructions and analysis to prepare for second level review | 0.50 |
| 10/14/20 | G. Fromer | Conduct second level document review | 2.80 |
| 10/14/20 | R. Quigley | Analyze and code documents in productions | 4.30 |
| 10/14/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.80 |
| 10/14/20 | H. Zimmer | Analyze memorandum on potential claims, review case law on same, and draft proposed complaint | 3.10 |
| 10/14/20 | H. Zimmer | Confer with CC on draft complaint | 0.20 |
| 10/14/20 | L. Schepp | Update index of Wachtell invoices in preparation for attorney review, per K. Kolb. | 0.30 |
| 10/15/20 | C. Carty | Draft complaint asserting estate claims against certain third parties. | 7.20 |
| 10/15/20 | C. Carty | Negotiate tolling agreement. | 1.30 |
| 10/15/20 | S. O'Donnell | Coordinate tolling k; review/comment on Wachtell draft; confer re complaint; go forward strategy and analysis w/ team | 2.00 |
| 10/15/20 | K. Kolb | Analyze documents produced by Deloitte | 0.70 |
| 10/15/20 | K. Kolb | Analyze proposed revisions to search term parameters | 0.70 |
| 10/15/20 | K. Kolb | Draft portions of complaint | 0.60 |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 9

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| 10/15/20 | K. Kolb | Analyze revisions to tolling agreement | 0.50 |
| 10/15/20 | K. Kolb | Supervise second level review process | 0.20 |
| 10/15/20 | G. Fromer | Discuss potential claims with Sean O'Donnell, Chris Carty, and Kyle Kolb | 0.20 |
| 10/15/20 | R. Quigley | Analyze and code documents in productions | 6.80 |
| 10/15/20 | H. Zimmer | Analyze documents produced in advwersary proceeding | 0.40 |
| 10/15/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.20 |
| 10/15/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.40 |
| 10/15/20 | H. Zimmer | Analyze draft of tolling agreement | 0.30 |
| 10/15/20 | H. Zimmer | Review emails concerning tolling agreement | 0.20 |
| 10/15/20 | H. Zimmer | Confer with KK, SO, and CC concerning tolling agreement | 0.20 |
| 10/15/20 | H. Zimmer | Email Herrick team on tolling agreement and document review | 0.40 |
| 10/15/20 | H. Zimmer | Analyze documents produced in adversary proceeding and revise review memorandum | 1.80 |
| 10/16/20 | K. Kolb | Analyze key documents produced by third party professionals | 1.00 |
| 10/16/20 | R. Quigley | Analyze and code documents in productions | 8.80 |
| 10/16/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 4.00 |
| 10/16/20 | H. Zimmer | Confer with KK and CC re: third-party discovery | 0.10 |
| 10/16/20 | H. Zimmer | Confer with KK on document review | 0.20 |
| 10/18/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.10 |
| 10/18/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 4.30 |
| 10/19/20 | C. Carty | Analyze Wachtell proposal regarding search terms. | 0.80 |
| 10/19/20 | K. Kolb | Discuss revisions to Wachtell parameters and communicate same to opposing counsel | 0.40 |
| 10/19/20 | G. Fromer | Review email from Heather Zimmer regarding second level review | 0.10 |
| 10/19/20 | G. Fromer | Conduct second level review of documents relating to pre-Seritage transactions | 1.80 |
| 10/19/20 | R. Quigley | Analyze and code documents in productions | 4.10 |
| 10/19/20 | H. Zimmer | Confer with KK and CC on documents produced in adversary proceeding | 0.20 |
| 10/19/20 | H. Zimmer | Analyze documents produced in adversary | 5.10 |

 HERRICK

Invoice Number: 539161
Matter Number: 19609.0002
Page: 10

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| | | proceeding | |
| 10/19/20 | H. Zimmer | Conference call with KK and CC concerning WLRK subpoena | 0.20 |
| 10/19/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.80 |
| 10/19/20 | H. Zimmer | Confer with KK and CC concerning e-mail to WLRK concerning subpoena | 0.10 |
| 10/20/20 | S. O'Donnell | Doc review confer. | 0.50 |
| 10/20/20 | K. Kolb | Conduct second level review of key documents from Wachtell and Deloitte productions | 0.60 |
| 10/20/20 | C. Anderson | Review Wachtell document product for relevant documents and hot or of interest productions | 1.40 |
| 10/20/20 | R. Quigley | Analyze and code documents in productions | 7.30 |
| 10/20/20 | H. Zimmer | Review emails from KK concerning document review | 0.20 |
| 10/20/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.90 |
| 10/20/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.70 |
| 10/20/20 | H. Zimmer | Review documents produced in adversary proceeding | 1.00 |
| 10/20/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.00 |
| 10/20/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.00 |
| 10/21/20 | K. Kolb | Analyze key documents produced by third parties in response to subpoenas | 0.70 |
| 10/21/20 | C. Anderson | Review and analyze document production for relevant documents and of interest productions | 2.00 |
| 10/21/20 | E. Plowman | Review and analyze docs in adversary proceeding | 1.80 |
| 10/21/20 | R. Quigley | Analyze and code documents in productions | 2.00 |
| 10/21/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.30 |
| 10/21/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.80 |
| 10/22/20 | C. Anderson | Review and analyze document productions for relevant documents and issues | 2.20 |
| 10/22/20 | G. Fromer | Discuss document review with Heather Zimmer | 0.10 |
| 10/22/20 | E. Plowman | Review and analyze documents in adversary proceeding | 2.30 |
| 10/22/20 | R. Quigley | Analyze and code documents in productions | 8.60 |
| 10/22/20 | H. Zimmer | Confer with Herrick on documents produced in | 0.20 |

 HERRICK

Invoice Number: 539161
Matter Number: 19609.0002
Page: 11

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| | | adversary proceeding | |
| 10/22/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.00 |
| 10/22/20 | H. Zimmer | Analyze documents produced in adversary proceeding and confer with KK on same | 1.30 |
| 10/22/20 | H. Zimmer | Anlayze documents produced in adversary proceeding | 1.10 |
| 10/22/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.30 |
| 10/22/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.40 |
| 10/23/20 | K. Kolb | Supervise second level review of subpoena productions | 0.20 |
| 10/23/20 | C. Anderson | Review document production for relevant documents and issues | 2.20 |
| 10/23/20 | R. Quigley | Analyze and code documents in productions | 6.60 |
| 10/23/20 | S. Stockman | Continue 2L Review of adversary production. | 1.30 |
| 10/23/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.50 |
| 10/23/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.10 |
| 10/23/20 | H. Zimmer | Review email from Blackstone's counsel concerning subpoena on them | 0.10 |
| 10/23/20 | H. Zimmer | Confer with KK and LS concerning document review | 0.10 |
| 10/23/20 | H. Zimmer | Review documents produced in adversary proceeding | 0.40 |
| 10/23/20 | L. Schepp | Create search of documents with high attachment counts for attorney review, per K. Kolb. | 1.40 |
| 10/24/20 | K. Kolb | Analyze documents produced in response to subpoenas | 1.00 |
| 10/25/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 2.10 |
| 10/25/20 | H. Zimmer | Analyze documents produced in the adversary proceeding and revise review memoranda on same | 1.20 |
| 10/26/20 | K. Kolb | Analyze key documents produced in response to subpoenas to professionals | 0.50 |
| 10/26/20 | C. Anderson | Review document production for relevant documents and issues | 0.40 |
| 10/26/20 | C. Anderson | Review document production for relevant documents and issues | 0.30 |
| 10/26/20 | G. Fromer | Conduct second level review of documents | 1.80 |



| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| | | relating to pre-Seritage transactions | |
| 10/26/20 | R. Quigley | Analyze and code documents in productions | 4.20 |
| 10/26/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.40 |
| 10/26/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.50 |
| 10/26/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.20 |
| 10/26/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.40 |
| 10/26/20 | H. Zimmer | Email WLRK concerning subpoena | 0.10 |
| 10/26/20 | H. Zimmer | Review documents produced in adversary proceeding  and analysis provided by Silvia Stockman on same | 0.20 |
| 10/26/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 2.70 |
| 10/27/20 | C. Carty | Call with Wachtell and Defendant's regarding search related to subpoena. | 0.30 |
| 10/27/20 | C. Carty | Analyze issues related to Wachtell search parameters. | 1.30 |
| 10/27/20 | S. O'Donnell | Confer re Wachtell call. | 0.20 |
| 10/27/20 | K. Kolb | Meet and confer call with Wachtell regarding subpoena compliance | 0.40 |
| 10/27/20 | K. Kolb | Analyze key documents from third party productions | 0.60 |
| 10/27/20 | C. Anderson | Review document production for relevant documents | 0.90 |
| 10/27/20 | G. Fromer | Conduct second level review of documents relating to pre-Seritage transactions | 4.40 |
| 10/27/20 | R. Quigley | Analyze and code documents in productions | 5.30 |
| 10/27/20 | H. Zimmer | Prepare for call re: Wachtell subpoena and attend conference call with Wachtell and Wilmer Hale, Kyle Kolb, and Chris Carty concerning subpoena to Wachtell and production in response to same | 0.70 |
| 10/27/20 | H. Zimmer | Revise memorandum on document review | 0.20 |
| 10/27/20 | H. Zimmer | Review emails to Wachtell and from Wilmer Hale concerning Wachtell subpoena | 0.10 |
| 10/28/20 | K. Kolb | Analyze key documents produced by professionals and attend to second level review supervision | 0.20 |
| 10/28/20 | C. Anderson | Review document production for relevant documents and issues | 3.20 |
| 10/28/20 | R. Quigley | Analyze and code documents in productions | 4.20 |



Invoice Number: 539161

Matter Number: 19609.0002

Page: 13

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| 10/28/20 | S. Stockman | Review adversary production. | 4.70 |
| 10/28/20 | H. Zimmer | Confer with KK and LS concerning document review and review documents | 0.40 |
| 10/28/20 | H. Zimmer | Review email from KK concerning litigation status | 0.10 |
| 10/28/20 | H. Zimmer | Review documents produced in adversary proceeding and analysis shared by RQ, SS, and GF concerning hot documents | 0.60 |
| 10/28/20 | L. Schepp | Compile additional hot documents for attorney review, per K. Kolb. | 1.20 |
| 10/29/20 | K. Kolb | Supervise second level review process | 0.40 |
| 10/29/20 | K. Kolb | Analyze key documents produced by third party professionals | 2.30 |
| 10/29/20 | C. Anderson | Review document production for relevant documents and issues | 1.40 |
| 10/29/20 | D. Field | Review documents produced in adversary proceeding | 1.10 |
| 10/29/20 | R. Quigley | Analyze and code documents in productions | 6.90 |
| 10/29/20 | S. Stockman | Review adversary production. | 4.00 |
| 10/29/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.40 |
| 10/29/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.60 |
| 10/29/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 1.40 |
| 10/29/20 | H. Zimmer | Analyze documents produced in adversary proceeding | 0.70 |
| 10/29/20 | L. Schepp | Compile additional hot documents for attorney review, per K. Kolb. | 2.40 |
| 10/30/20 | C. Carty | Review and analyze documents produced in third party discovery. | 2.50 |
| 10/30/20 | K. Kolb | Supervise second level review process | 0.50 |
| 10/30/20 | K. Kolb | Analyze documents produced by debtor professionals | 0.70 |
| 10/30/20 | D. Field | Review documents produced in adversary proceeding | 2.60 |
| 10/30/20 | G. Fromer | Conduct second level review of documents related to pre-Seritage transactions | 1.70 |
| 10/30/20 | G. Fromer | Review email from Kyle Kolb regarding second level document review | 0.10 |
| 10/30/20 | G. Fromer | Review summaries of documents of interest | 0.20 |
| 10/30/20 | R. Quigley | Analyze and code documents in productions | 5.60 |
| 10/30/20 | H. Zimmer | Analyze documents produced in adversary | 2.40 |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 14

| DATE | NAME | NARRATIVE | HOURS |
|------|------|-----------|-------|
| | | proceeding | |
| 10/30/20 | H. Zimmer | Analyze documents produced in adversary proceeding and draft chart incorporating information from same | 1.50 |
| 10/30/20 | H. Zimmer | Confer with KK ,CA, LS, DF, GF, EP, RQ, SS concerning review of documents produced in adversary proceeding | 0.30 |
| 10/30/20 | H. Zimmer | Confer with KK and LS on review of documents produced in adversary proceeding | 0.20 |
| 10/30/20 | L. Schepp | Compile additional hot or interesting documents for second level review. | 1.20 |
| 10/31/20 | H. Zimmer | Analyze documents produced in adversary proceeding and draft chart of hot documents | 2.50 |
| 10/31/20 | H. Zimmer | Analyze documents produced in adversary proceeding and draft chart incorporating information from same | 1.40 |
| 10/31/20 | H. Zimmer | Review prior memorandum to Akin concerning hot documents and draft chart on hot documents | 0.70 |
| | | | **434.50** |
| | | **TOTAL** | **$220,074.50** |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 15

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Anderson | 28.60 | 415.00 | 11,869.00 |
| C. Carty | 69.50 | 785.00 | 54,557.50 |
| D. Field | 29.40 | 435.00 | 12,789.00 |
| G. Fromer | 14.60 | 420.00 | 6,132.00 |
| K. Kolb | 46.30 | 610.00 | 28,243.00 |
| S. O'Donnell | 6.70 | 1,025.00 | 6,867.50 |
| E. Plowman | 8.30 | 420.00 | 3,486.00 |
| R. Quigley | 105.20 | 420.00 | 44,184.00 |
| L. Schepp | 28.20 | 335.00 | 9,447.00 |
| S. Stockman | 12.00 | 435.00 | 5,220.00 |
| H. Zimmer | 85.70 | 435.00 | 37,279.50 |
| **TOTAL** | **434.50** | | **$220,074.50** |

**MANAGING ATTORNEY'S OFFICE**

| | |
|---|---|
| Research/Retrieval - including calls to courts | 369.00 |
| **TOTAL** | **$369.00** |

| | |
|---|---|
| **TOTAL LEGAL SERVICES** | **$220,443.50** |

**DISBURSEMENTS:**

| | AMOUNT |
|---|---|
| Online Research | 1,260.74 |
| **TOTAL:** | **$1,260.74** |



Invoice Number: 539161
Matter Number: 19609.0002
Page: 16

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 354103 | 04/20/20 | 291,925.09 | 233,580.69 | 58,344.40 |
| 355208 | 05/28/20 | 390,062.88 | 312,050.88 | 78,012.00 |
| 356200 | 06/30/20 | 189,860.63 | 0.00 | 189,860.63 |
| 356648 | 07/16/20 | 154,837.24 | 0.00 | 154,837.24 |
| 358158 | 08/24/20 | 114,394.47 | 0.00 | 114,394.47 |
| 538312 | 10/22/20 | 330,797.92 | 0.00 | 330,797.92 |
| | | | **Total Outstanding** | **$926,246.66** |

## Exhibit D

### Disbursement Summary

| | |
|---|---:|
| Online Research | $2,044.59 |
| E-Discovery Data Hosting | $115.00 |
| Professional Fees – Consultant Fees | $9,195.00 |
| **Total** | **$11,354.59** |

## **Exhibit E**

**Itemized Disbursement**

## Sears Matter 1 Disbursement Detail

| | Bill Amount |
|---|---|
| E-Discovery Data Hosting Minimum Charge (115) | $100.00 |
| E-Discovery Data Hosting per Gig Charge (116) | $15.00 |
| Expert Witness Fees (026) | $9,195.00 |
| Online research - West (075) | $783.85 |

| Date ▲ | Disb Code | Bill Amount | Narrative | Bill Disb Code | Actual Timekeeper | Bill Quantity | Hard/Soft |
|---|---|---|---|---|---|---|---|
| 10/31/2020 | E-Discovery Data Hosting Minimum Charge (115) | $100.00 | Simon Property Group - Sears Bankruptcy | E-Discovery Data Hosting Minimum Charge (115) | Herrick, Feinstein - Firm (0000) | 1 | Soft |

| Date ▲ | Disb Code | Bill Amount | Narrative | Bill Disb Code | Actual Timekeeper | Bill Quantity | Hard/Soft |
|---|---|---|---|---|---|---|---|
| 10/31/2020 | E-Discovery Data Hosting per Gig Charge (116) | $15.00 | | E-Discovery Data Hosting per Gig Charge (116) | Herrick, Feinstein - Firm (0000) | 1 | Soft |

| Disb Code | Bill Amount | Narrative | Bill Disb Code |
|---|---|---|---|
| Expert Witness Fees (026) | $9,195.00 | Vendor: Capital Market Risk Advisors; Invoice#: 2020-00268; Date: 11/1/2020 | Expert Witness Fees (026) |

| Date ▲ | Disb Code | Bill Amount | Narrative | Bill Disb Code | Actual Timekeeper |
|---|---|---|---|---|---|
| 10/1/2020 | Online research - West (075) | $28.43 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Rosen, Nathan (1209) |
| 10/1/2020 | Online research - West (075) | $81.11 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Carty, Christopher (1309) |
| 10/1/2020 | Online research - West (075) | $215.49 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Kolb, Kyle (1326) |
| 10/1/2020 | Online research - West (075) | $228.62 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Grillo, Allison (1213) |
| 10/1/2020 | Online research - West (075) | $230.20 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Rosen, Nathan (1209) |

## Sears Matter 2 Disbursement Detail

| | Bill Amount |
|---|---|
| Online research - West (075) | $1,260.74 |

| Date ▲ | Disb Code | Bill Amount | Narrative | Bill Disb Code | Actual Timekeeper |
|---|---|---|---|---|---|
| 10/1/2020 | Online research - West (075) | $85.28 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Kolb, Kyle (1326) |
| 10/1/2020 | Online research - West (075) | $85.28 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Kolb, Kyle (1326) |
| 10/1/2020 | Online research - West (075) | $85.28 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Zimmer, Heather (1319) |
| 10/1/2020 | Online research - West (075) | $101.19 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Zimmer, Heather (1319) |
| 10/1/2020 | Online research - West (075) | $198.99 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Fromer, Gabrielle (1324) |
| 10/1/2020 | Online research - West (075) | $284.27 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Kolb, Kyle (1326) |
| 10/1/2020 | Online research - West (075) | $420.45 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843086507; Date: 10/1/2020 | Online research - West (075) | Kolb, Kyle (1326) |



Invoice ID: 2020-00268
Account number: 26
Project Id: 26
Invoice date: November 1, 2020

Capital Market Risk Advisors
4851 Tamiami Trail North
Suite 243
Naples, FL 34103
Attn: Accounting

Kyle Kolb

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

| Invoice Total | | | $9,195.00 |
|---|---|---|---|

**See attached spreadsheet for invoice specification.**

| NAME | AVERAGE RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| Nie | 400.00 | 3.3 | 1,320.00 |
| Niculescu | 1,250.00 | 6.3 | 7,875.00 |
| **Grand Total** | **$1,007.14** | **9.6** | **$9,195.00** |

Please note the total unpaid balance to date is $214,167.50

Please remit payment with the statement number to Capital Market Risk Advisors at the address listed above or via wire.  Contact QBTeam@advancedprofessional.net for wire instructions.