MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |

**EIGHTH MONTHLY FEE STATEMENT OF MORITT HOCK & HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2408618v1

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | October 1, 2020 through October 31, 2020 |
| **Monthly Fees Incurred:** | $39,904.50 |
| **20% Holdback:** | $ 7,980.90 |
| **Total Compensation Less 20% Holdback:** | $31,923.60 |
| **Monthly Expenses Incurred:** | $   117.81 |
| **Total Fees and Expenses Requested:** | $32,041.41 |

This is a X monthly __ interim __ final application

    Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Eighth Monthly Fee Statement") covering the period October 1, 2020 through October 31, 2020 (the "Compensation Period"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 769]. By the Eighth Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $31,923.60 (80% of $39,904.50 for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and

2

2408618v1

(b) reimbursement of actual and necessary costs and expenses in the amount of $117.81 incurred by Moritt Hock during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

2408618v1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Eighth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Ira S. Dizengoff (email: idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L. Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, Attention: Paul Schwartzberg (email: paul.schwartzberg@usdoj.gov) and Richard Morrissey (email: richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R. Howard (email: george.howard@skadden.com); (vi) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

Objections to this Eighth Monthly Statement Fee, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than December 1, 2020 (the

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
November 16, 2020

                            **MORITT HOCK & HAMROFF LLP**

                            By:       /s/ James P. Chou
                                      James P. Chou
                                      Ted A. Berkowitz
                                      Danielle J. Marlow
                                      1407 Broadway
                                      Suite 3900
                                      New York, New York 10018
                                      Telephone: (212) 239-2000
                                      Facsimile: (212) 239-7277
                                      jchou@moritthock.com
                                      tberkowitz@moritthock.com
                                      dmarlow@moritthock.com

                                      *Special Conflicts Counsel to the Official*
                                      *Committee of Unsecured Creditors of Sears*
                                      *Holdings Corporation, et al.*

**EXHIBIT A**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 4.80 | $ 3,240.00 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 27.10 | $16,124.50 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 18.80 | $10,340.00 |
| **Total Partner** | | | | **50.70** | **$29,704.50** |
| **ASSOCIATES** | | | | | |
| Stephen T. Breidenbach | Cyber Security/ Technology | 2018 | $340 | 1.00 | $ 340.00 |
| Nicholas G. Calabria | Litigation | 2020 | $225 | 1.50 | $ 337.50 |
| Alex D. Corey | Litigation | 2014 | $395 | 10.40 | $4,108.00 |
| **Total Associates** | | | | **12.90** | **$4,785.50** |
| **PARALEGALS** | | | | | |
| Camille Hay | Litigation | N/A | $245 | 0.80 | $ 196.00 |
| Victoria Jankowski | Litigation | N/A | $245 | 6.80 | $1,666.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 14.50 | $3,552.50 |
| **Total Paralegal** | | | | **22.10** | **$5,414.50** |
| **Total Hours/ Fees Requested** | | | | **85.70** | **$39,904.50** |

2408618v1

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 606.67 | 50.70 | $29,704.50 |
| Associates | 320.00 | 12.90 | $4,785.50 |
| Paralegals/ Non-Legal Staff | 245.00 | 22.10 | $5,414.50 |
| Blended Timekeeper Rate | 390.56 | | |
| **Total Fees Incurred** | | | $39,904.50 |

# EXHIBIT B

## Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B110 | Case Administration | 3.80 | $ 1,309.00 |
| B120 | Asset Analysis and Recovery | 65.00 | $30,510.00 |
| B160 | Fee/ Employment Applications | 16.90 | $ 8,085.50 |
| | **Total:** | **85.70** | **$39,904.50** |

2408618v1

# EXHIBIT C

## Itemized Fees

2408618v1



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED NOVEMBER 2020**
File # N-1944.001 Re: Sears Bankruptcy

| Date | Prof | Narrative | Task Code | Units |
|---|---|---|---|---|
| 10/1/2020 | DJM | Review of J. Chou and T. Berkowitz revisions to replies on motions to compel, revisions to drafts to incorporate same (1.1); e-mails regarding replies (0.2), sending of drafts to Akin (0.2), revisions to address Akin comments (0.5). | B120 | 2.00 |
| 10/1/2020 | JPC | Further revisions to reply to PNC re: Motion to Compel (2.0); further revising reply brief to Jefferies opposition (2.1). | B120 | 4.10 |
| 10/1/2020 | TAB | Review and revise Committee response to Opposition to PNC and Jefferies. | B120 | 1.20 |
| 10/1/2020 | ADC | Draft/revise motion to compel reply brief incorporating edits from MHH team and Akin. | B120 | 4.10 |
| 10/2/2020 | JPC | Review and make final comments/edits to Reply to Jefferies opposition to Motion to Compel for filing (0.6); review comments to draft reply briefs (0.2); review and make final comments to reply to PNC brief for filing (0.8). | B120 | 1.60 |
| 10/2/2020 | ADC | Draft/revise reply briefs and assist in their filing. | B120 | 1.20 |
| 10/2/2020 | CH | Pacer- Efiled Reply Briefs to Compel and in opposition to Doc. Nos. 8461 & 8462 (0.3); Discuss said with ADC (0.2); Download and efiled Filing Confirmation Receipts (0.3). | B110 | 0.80 |
| 10/2/2020 | JPC | Prepare email to M-III Partners re: fees information and timing. | B160 | 0.20 |
| 10/5/2020 | DJM | Plan and prepare for oral argument on motions to compel (1.4); call with J. Chou regarding same (0.1). | B120 | 1.50 |
| 10/5/2020 | SMT | Review and edits to estimated damages chart. | B120 | 0.60 |
| 10/5/2020 | VJ | Emails with JPC, TAB and DJM (0.2); register attorneys for court hearing (0.4). | B110 | 0.60 |
| 10/5/2020 | SMT | Emailed Melodie Young at Akin Gump attaching updated estimated damages chart. | B120 | 0.10 |
| 10/5/2020 | TAB | Confer with J Chou re court hearing on Motion to Compel. | B120 | 0.30 |
| 10/5/2020 | JPC | Review and analyze motion papers in prep for hearing. | B120 | 2.40 |
| 10/6/2020 | JPC | Prepare for hearing (0.8); attend hearing (1.6); debrief w/ D. Marlow re: service issues raised by the Court during hearing and drafting orders (0.2); review and revise draft orders and cover emails to the Court (1.2); related research re: HSBC and PNC corporate structure/entities in connection with same (0.5); email to D. Marlow re: same (0.2). | B120 | 4.50 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/6/2020 | DJM | Preparation for hearing on motion to compel compliance with subpoenas (0.9); participation in hearing on motion to compel (1.8); call with J. Chou regarding hearing (0.2); drafting of orders granting motion to compel with respect to BMO Nesbitt, HSBC, Jefferies, and PNC (1.0); legal and factual research in connection with same (0.5); e-mails with counsel to PNC (0.3), call with counsel for Morgan Stanley (0.1); review of Morgan Stanley supplemental production and e-mail to S. Thomas regarding same (0.3). | B120 | 5.10 |
| 10/6/2020 | ADC | Communicate (in firm) with D. Marlow to provide her with documents to assist with motion to compel oral argument. | B120 | 0.30 |
| 10/7/2020 | DJM | E-mailing of proposed orders to Jefferies, PNC, HSBC, and BMO Nesbitt to Judge Drain (0.6); e-mailing of entered orders to counsel for Jefferies, PNC and BMO Nesbitt (0.5); review of Judge Drain response regarding HSBC and review of research from A. Corey in connection with same (0.5); call with counsel to BMO Nesbitt and follow up e-mails and provision of supplemental subpoena to same (0.5); coordination with S. Thomas regarding Morgan Stanley production (0.2). | B120 | 2.30 |
| 10/7/2020 | SMT | Analysis of public shareholder data. | B120 | 0.80 |
| 10/7/2020 | ADC | Researched service case law on affiliate corporations (2.5); drafted memo summarizing case law (1.0). | B120 | 3.50 |
| 10/7/2020 | JPC | Review and consider email from Judge Drain re: service of motion to compel HSBC (0.1); confer w/ D. Marlow re: same (0.1); confer w/ A. Corey re: additional research (0.1); review issued orders (0.2); further confer w/ A. Corey re: research findings (0.3); review and analyze HSBC Corporate structure from A. Corey (0.2); review email memo re: research findings from A. Corey (0.2); review email memo re: follow-up research findings (0.1); review and analyze case law re: service of foreign bank through U.S. corporate affiliate (1.0). | B120 | 2.30 |
| 10/7/2020 | SMT | Prepared production files, subpoena and affidavit of service of an entity relating to threshold shares (0.2); upload results to Akin share site (0.1). | B120 | 0.30 |
| 10/8/2020 | DJM | Draft/revise and sending of supplemental e-mail to Judge Drain regarding HSBC subpoena (1.2); review of cases in connection with same (0.8.); review of PNC production (0.2); e-mailing with S. Thomas regarding same (0.1). | B120 | 2.30 |
| 10/8/2020 | JPC | Further review case law re: service on affiliates (0.3); review email to the Court re: appropriate service on HSBC (UK) (0.1). | B120 | 0.40 |
| 10/8/2020 | DJM | Attend weekly team meeting. | B110 | 0.20 |
| 10/8/2020 | JPC | Team meeting re: status. | B110 | 0.20 |
| 10/8/2020 | VJ | Attend Webex team meeting. | B110 | 0.30 |
| 10/8/2020 | VJ | Register JPC and TAB for Fee Application Hearing on Court Solutions. | B110 | 0.20 |
| 10/9/2020 | SMT | Discussion with N. Calabria regarding review and analysis of Morgan Stanley production. | B120 | 0.40 |
| 10/9/2020 | NGC | Review and analysis of public shareholder data for aggregation. | B120 | 0.20 |
| 10/9/2020 | DJM | Review of supplemental production by Jefferies (0.1); e-mails with S. Thomas regarding same (0.1), review and response to queries from ASK (0.4). | B120 | 0.60 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/9/2020 | SMT | Process PNC and Jefferies production documents. | B120 | 0.40 |
| 10/9/2020 | JPC | Review and make necessary revisions to September billing descriptions, time allocations and task code designations for monthly fee statement. | B160 | 3.20 |
| 10/9/2020 | SMT | Reviewed production document concerning preliminary address infomation on the shareholders for complete corporate searches to be conducted (0.6); analysis of public shareholder data (2.6). | B120 | 3.20 |
| 10/9/2020 | NGC | Review and analysis of Morgan Stanley shareholder data. | B120 | 0.10 |
| 10/9/2020 | STB | Converting sheets into usable format (0.9); calls re same (0.1). | B120 | 1.00 |
| 10/11/2020 | JPC | Further review of itemized time for monthly fee statement and reconcile with monthly accrual data. | B160 | 1.10 |
| 10/12/2020 | SMT | Review and edits to estimated damages chart. | B120 | 1.80 |
| 10/12/2020 | DJM | Respond to multiple queries from ASK (0.3), coordination with S. Thomas in connection with same (0.3); review of BMO Nesbitt production (0.2); coordination with S. Thomas regarding analysis of same (0.1); review of updated shareholder chart from S. Thomas (0.2); and response to queries from same (0.1). | B120 | 1.20 |
| 10/12/2020 | NGC | Review and analysis of public shareholder data from Morgan Stanley . | B120 | 0.80 |
| 10/12/2020 | SMT | Analysis of public shareholder data. | B120 | 4.30 |
| 10/12/2020 | SMT | Emailed D. Marlow attaching documents concerning questions and status of production analysis. | B120 | 0.20 |
| 10/12/2020 | NGC | Communicate with SMT regarding public shareholder data of Morgan Stanley to explain breakdown and analysis of data. | B120 | 0.40 |
| 10/12/2020 | SMT | Telephone call and email with ASK attorney Kara Casteel concerning shareholder data (0.4); draft email to same attaching documents relating to same (0.4); response email to Melodie Young at Akin Gump attaching updated estimated damages chart (0.1). | B120 | 0.90 |
| 10/12/2020 | JPC | Review and edit latest draft of itemized time report for monthly fee statement (2.0); review proposed order (0.2). | B160 | 2.20 |
| 10/13/2020 | JPC | Emails w/ D. Marlow re: motion to compel HSBC (0.4); and send email to D. Chapman re: update on communications with the Court re: motion to compel BMO Nesbit and HSBC (0.2). | B120 | 0.60 |
| 10/13/2020 | VJ | Review Proposed Order and Fee Application and confirm numbers and email attorneys. | B110 | 0.40 |
| 10/13/2020 | SMT | Emails with Kara Casteel regarding shareholder data. | B120 | 0.10 |
| 10/13/2020 | SMT | Reviewed Barclays Capital production regarding fund name extension. | B120 | 0.20 |
| 10/13/2020 | VJ | Review time records and start drafting Seventh Fee Statement. | B160 | 1.20 |
| 10/13/2020 | DJM | Multiple e-mails with Akin Gump and ASK regarding adversary proceeding and required information (0.6); e-mails with Morgan Stanley, PNC and Barclays requesting supplemental information (0.4); e-mails regarding motion to compel, status (0.2). | B120 | 1.20 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/14/2020 | VJ | Continue reviewing time records and drafting Seventh Fee Statement. | B160 | 1.60 |
| 10/14/2020 | JPC | Email correspondence w/ T. Berkowitz re: hearing on interim fee app. hearing (0.2); reviewing comp order in prep for hearing (0.3); confer w/ A. Corey re: talking points (0.2); review draft talking points (0.2); prep for hearing (0.7). | B160 | 1.60 |
| 10/14/2020 | ADC | Draft/revise talking points for fee application. | B160 | 0.60 |
| 10/14/2020 | DJM | Multiple e-mails regarding adversary complaint, questions (0.8); follow up queries to subpoenaed parties (0.4). | B120 | 1.20 |
| 10/14/2020 | TAB | Review fee order (0.5); Review Application (0.7); Confer with J Chou re conduct of hearing (0.2); Review talking points (0.4). | B120 | 1.80 |
| 10/14/2020 | SMT | Reviewed U.S. Bank, N.A. production regarding confirmation of select shares. | B120 | 0.40 |
| 10/14/2020 | JPC | Analysis of data for M-III Partners. | B160 | 1.00 |
| 10/14/2020 | SMT | Emailed team results of reconfirmation of shares concerning U.S. Bank, N.A.. | B120 | 0.10 |
| 10/15/2020 | VJ | Review, revise and finalize Seventh Fee Statement and forward to JPC and TAD for review. | B160 | 1.60 |
| 10/15/2020 | JPC | T/c w/ T. Berkowitz re: interim fee hearing (0.2); attend omnibus hearing (0.4); further confer w/ T. Berkowitz re: fee hearing (0.1); review 7th monthly fee statement for filing (0.4). | B160 | 1.10 |
| 10/15/2020 | SMT | Response emails to Melodie Young and Kara Casteel regarding BNYM production. | B120 | 0.30 |
| 10/15/2020 | DJM | Attend weekly team meeting re: status. | B110 | 0.20 |
| 10/15/2020 | TAB | Prepare for and participate on Court Hearing. | B120 | 1.30 |
| 10/15/2020 | TAB | Prepare for and participate on weekly team call. | B110 | 0.20 |
| 10/15/2020 | ADC | Conference call with Sears team to discuss case developments. | B110 | 0.20 |
| 10/15/2020 | ADC | Review and revise monthly fee application. | B160 | 0.50 |
| 10/15/2020 | DJM | Review of draft adversary complaint. | B120 | 0.80 |
| 10/15/2020 | VJ | Weekly team meeting re: status of projects. | B110 | 0.30 |
| 10/15/2020 | JPC | Weekly team meeting re: wind-down of conflicts counsel role, residual work and fee statement. | B110 | 0.20 |
| 10/16/2020 | VJ | E-file Seventh Fee Statement and email to all noticed parties. | B160 | 0.60 |
| 10/16/2020 | SMT | Process BMO production documents. | B120 | 0.40 |
| 10/21/2020 | DJM | Follow up e-mails with subpoena respondents. | B120 | 0.20 |
| 10/21/2020 | JPC | Analysis of data for M-III Partners. | B160 | 0.30 |
| 10/29/2020 | JPC | Attention to billing data. | B160 | 0.10 |
| | | | | **85.70** |

# EXHIBIT D

### Disbursement Summary

| Disbursement Activity | Amount |
|---|---|
| Copies – In House | $ 27.40 |
| Postage | $ 20.41 |
| Telephonic Court Appearance | $ 70.00 |
| **Total:** | **$117.81** |

2408618v1

## EXHIBIT E
**Itemized Disbursements**

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 10/5/20 | Copies – In House | $ 12.40 |
| 10/12/20 | Federal Express delivered 10/8/20 General Counsel BMO Nesbit Burns Corp/., NY, NY; Inv #7-147-27326 | $ 20.41 |
| 10/13/20 | Copies | $6.40 |
| 10/14/20 | Copies | $6.40 |
| 10/16/20 | Copies | $2.20 |
| 10/31/20 | Court Solutions court appearance DJM 10/6/20 | $7 0.00 |
| | **TOTAL** | **$117.81** |

2408618v1