**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                       :
                                                             :          **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                    :
                                                             :          **Case No. 18-23538 (RDD)**
                                                             :
            Debtors.[1]                                      :          **(Jointly Administered)**
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Danielle Harris, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the date and method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Twenty-Fourth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of September 1, 2020 through September 30, 2020 [Docket No. 9078]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  November 17, 2020

*/s/ Danielle Harris*
Danielle Harris

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 17, 2020, by Danielle Harris, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 48049

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD AND DATE OF SERVICE |
|------|-------------|-----------|-----------|------|-------|-------------|-------|----------------------------|
| BALLARD SPAHR LLP | ATTN: VINCENT J. MARRIOTT | 1675 BROADWAY | | NEW YORK | NY | 10019 | daluzt@ballardspahr.com | Email on 11/11/20 and First Class Mail on 11/12/20 |
| Office of The US Trustee Region 2 | Attn: P. Schwartzberg R. Morrissey | 201 Varick St | Ste 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov | Email on 11/11/20 and Overnight Mail on 11/12/20 |
| PAUL E. HARNER | 1675 BROADWAY | | | NEW YORK | NY | 10019 | harnerp@ballardspahr.com | Email on 11/11/20 and First Class Mail on 11/12/20 |
| SEARS HOLDING CORPORATION | ATTN: MOHSIN Y. MEGHJI | 3333 BEVERLY ROAD | | HOFFMAN ESTATES | IL | 60179 | mmeghji@miiipartners.com | Email on 11/11/20 and First Class Mail on 11/12/20 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: PAUL D. LEAKE, SHANA A. ELBERG, & GEORGE R. HOWARD | 4 TIMES SQUARE | | NEW YORK | NY | 10036 | paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com | Email on 11/11/20 and First Class Mail on 11/12/20 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 | ray.schrock@weil.com; jacqueline.marcus@weil.com; garrett.fail@weil.com; sunny.singh@weil.com | Email on 11/11/20 and First Class Mail on 11/12/20 |