# Exhibit 1

**Schedule of Funds to Be Released**

| | Exhibit 1 | | |
|---|---|---|---|
| Claimant | Proof of Claim Number | Initial Asserted Secured Claim Amount | Allowed Secured Claim Amount |
| Envisions LLC | 15166 | $26,671.29 | $5,667.38 |
| Combine International | 14250, 14307 | 5,953,413.97 | 259,969.77 |
| Richline Group Inc | 7408, 7503 | 864,831.29 | 203,796.47 |
| Clover Imaging Group, LLC | 12210 | 523,744.80 | 61,747.18 |
| **Total** | | **$7,368,661.35** | **$531,180.80** |