# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-------------------------------------------------------------------------x

AURORA LOAN SERVICES, LLC

                                              Plaintiff,

-against-


LORRAINE L. JOHNSON; LEHMAN BROTHERS
BANK,   FSB;   MORTGAGE   ELECTRONIC
REGISTRATION SYSTEMS, INC., AS NOMINEE
AND   MORTGAGEE   OF   RECORD;   SEARS
ROEBUCK   AND   CO. ;   OSI   FUNDING
CORPORATION; HESHAM M ATWA, M.D.; JOSEPH
ALTIERI;   JOHN   T.   MATHER   MEMORIAL
HOSPITAL OF PORT JEFFERSON, INC.; SUSAN
ULRICH; KEYBANK NATIONAL ASSOCIATION;
COMMISSIONERS OF THE STATE INSURANCE
FUND; TOWN SUPERVISOR, TOWN OF ISLIP;
COUNTY   OF   SUFFOLK;   STATE   FARM
INSURANCE COMPANY ASO DONALD & MONICA
RICHARDS;         COLORADO         CAPITAL
INVESTMENTS, INC.; CAPITAL ONE BANK; S.L.
FINANCIAL SERVICES INC. AS ASSIGNEE OF
MERCHANTS R.S. AS ASSIGNEE OF HOUSEHOLD
CREDIT SERVICES, INC.; CHASE MANHATTAN
BANK, USA, N.A. ;   SOUTHSIDE   HOSPITAL;
FRANCES JOHNSON; PETRO, INC.; PEOPLE OF
THE STATE OF NEW YORK; NEW YORK STATE
COMMISSIONER OF TAXATION AND FINANCE;
PAMELA DAVIS,

                                              Defendant(s),

-------------------------------------------------------------------------x

Index No.: 39195/07
D/O/F:

**NOTICE OF MOTION FOR
JUDGMENT OF
FORECLOSURE AND SALE**

Premises Address:
70 Tippen Drive
Huntington Station, NY 11746

| | |
|---|---|
| MOTION BY: | Plaintiff |
| DATE, TIME & PLACE: | June 11, 2009 at 9:30 am<br>Supreme Court, Suffolk County<br>Supreme Court Building, 1 Court Street,<br>Riverhead, NY 11901 |
| RELIEF REQUESTED: | Judgment of Foreclosure and Sale; Confirmation of Referee's Report; Award of Legal Fees; and for such other and further relief as to this Court may deem just and proper. |

SUPPORTING PAPERS:                     Affirmation of: Danielle M. Mayer-Dorociak, Esq.
                                                 Dated  May 7, 2009 ;
                                                 Referee's Report

TYPE OF ACTION:                        Foreclosure

Dated:         May 7, 2009
                Batavia, New York

Danielle     M     Mayer-Dorociak , Esq.
**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Attorneys for Plaintiff
Batavia Office 26 Harvester Avenue
Batavia, NY 14020
585.815.0288
585.815.0299

## WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TO:

LORRAINE L. JOHNSON
70 Tippen Drive
Huntington Station, NY 11746

LEHMAN BROTHERS BANK, FSB
921 ORANGE STREET
WILMINGTON, DE 11375

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
AS NOMINEE AND MORGAGEE OF RECORD
3300 SW 34th Avenue, Suite 101
Ocala, FL 34474

SEARS ROEBUCK AND CO
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

OSI FUNDING CORPORATION
2475 Commerce Avenue Suite 100
Dulloth, GA 30096

HESHAM M. ATWA, M.D.
620 BELLE TERRE ROAD SUITE 5
PORT JEFFERSON, NY 11777


JOSEPH ALTIERI
79 DARCY CIRCLE
ISLIP, NY 11751


JOHN T. MATHER MEMORIAL HOSPITAL OF
PORT JEFFERSON, INC.
75 NORTH COUNTRY ROAD
PORT JEFFERSON, NY 11777

SUSAN ULRICH
173 WEST END AVENUE
SHIRLEY, NY 11967

KEYBANK NATIONAL ASSOCIATION
2429 MILITARY ROAD
NIAGARA FALLS, NY 14304

COMMISSIONERS OF THE STATE INSURANCE
FUND
8 CORPORATE CENTER DRIVE
MELVILLE, NY 11747

JANET FORD, ESQ.
ATTORNEY FOR DEFENDANT
TOWN SUPERVISOR, TOWN OF ISLIP
655 MAIN STREET
ISLIP, NY 11751

COUNTY OF SUFFOLK
220 RABRO DRIVE
HAUPPAUGE, NY 11788


STATE FARM INSURANC E COMPANY
ASO DONALD & MONICA RICHARDS
1305 WALT WHITMAN ROAD SUITE 300
MELVILLE, NY 11747

COLORADO CAPITAL INVESTMENTS, INC.
SECRETARY OF STATE OF THE STATE OF NEW YORK
41 STATE STREET, ALBANY, NY 12205

CAPITAL ONE BANK
11 SOUTH 12TH STREET
RICHMOND, VA 23219

S.L. FINANCIAL SERVICES INC. AS ASSIGNEE OF
MERCHANTS R.S.AS ASSIGNEE OF HOUSEHOLD
CREDIT SERVICES
SECRETARY OF STATE OF THE STATE OF NEW YORK
41 STATE STREET, ALBANY, NY 12205

CHASE MANHATTAN BANK, USA
1090 HICKSVILLE ROAD
N. MASSAPEQUA, NY 11758

SOUTHSIDE HOSPITAL
301 E. MAIN STREET
BAY SHORE, NY 11706

FRANCES JOHNSON
3 SPAR DRIVE
MASTIC BEACH, NY 11951

PETRO, INC.
SECRETARY OF STATE OF THE STATE OF NEW YORK
41 STATE STREET, ALBANY, NY 12205

PEOPLE OF THE STATE OF NEW YORK
300 Motor Parkway, Suite 125
Hauppauge, NY 11788

NEW YORK STATE COMMISSIONER OF TAXATION AND FINANCE
400 Oak Street
Garden City, NY 11530

PAMELA DAVIS
70 TIPPEN DRIVE
HUNTINGTON STATION, NY 11746