**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

    Sears, Holdings Corporation,[1]

        Debtor

**AFFIDAVIT OF SERVICE**

Case No. 18-23538-rdd
Chapter 11

Assigned to:
Hon. Robert D. Drain
Bankruptcy Judge

STATE OF PENNSYLVANIA    )
COUNTY OF PHILADELPHIA  ) SS:
CITY OF PHILADELPHIA        )

Kalline Pio-McNelly, being duly sworn, deposes and says that she is over eighteen (18) years of age and resides in Philadelphia, Pennsylvania.

That on November 20, 2020, deponent served the within Notice of Motion and Application by depositing a true copy thereof, properly enclosed in a securely closed and duly postpaid wrapper in a depository regularly maintained by the United States Postal Service in the City of Philadelphia,

---

[1] Sears, Holdings Corporation *fka* A&E Factory Service *fka* Accents for Less *fka* Appliance Liquidators *fka* American Siding & Deck, Inc. *fka* American Windows & Sash, Inc. *aka* Austin Technology Center *aka* Bath and Kitchen Elegance *aka* Bath and Kitchen Elegance of the Desert *aka* Big Beaver of Caguas Development Corporation *aka* Big Beaver of Caguas Development Corporation II *aka* Big Kmart *aka* Big Kmart (#3680) *aka* Central Wholesale Appliance Supply, Inc. *aka* Chantell Marketing *aka* Circle of Beauty Inc. *aka* Delver *aka* Delver.com *aka* Designer Depot *aka* Eblon Technologies India Private Limited *aka* Evoke Productions *aka* FitStudio by Sears *aka* Florida Builder Appliances, Inc. *aka* Garment Rack *aka* HDC Holding Company of Delaware, Inc. *aka* HO. Tampa Development Co. *aka* HO. Tysons Office Investment Co. *aka* ILJ, Inc. *aka* JAF, Inc. *aka* KC Kelley Group *aka* Kenmore Direct *aka* Kids Stockroom *aka* Kmart *aka* Kmart Acquisition Corp. *aka* Kmart Apparel Corp. *aka* Kmart Apparel Fashions Corp. *aka* Kmart Apparel Leasing Corp. *aka* Kmart Apparel Service of Atlanta Corp. *aka* Kmart Apparel Service of Des Plaines Corp. *aka* Kmart Apparel Service of Sunnyvale Corp. *aka* Kmart Corporation *aka* Kmart Enterprises, Inc. *aka* Kmart Far East Limited *aka* Kmart Financing I *aka* Kmart Global Sourcing Ltd. *aka* Kmart Holding Company *aka* Kmart Holdings, Inc. *aka* Kmart Lessee Operations, LLC *aka* Kmart Management Corporation *aka* Kmart Michigan Property Services, L.L.C. *aka* Kmart of Amsterdam, NY Distribution Center, Inc. *aka* Kmart of Pennsylvania LP *aka* Kmart Pharmacies of Minnesota, Inc. *aka* Kmart Pharmacies, Inc. *aka* Kmart Properties, Inc. *aka* Kmart Stores of Indiana, Inc. *aka* Kmart Stores of TNCP, Inc. *aka* KMI, Inc. *aka* Koolvent Aluminum Products, Inc. *aka* Kresge - Kmart Limited *aka* Little Caesars *aka* Max Acquisition Delaware Inc. *aka* McKids *aka* McKids The Store *aka* McPhail's Appliances *aka* MetaScale Technologies India Private Limited *aka* Monark *aka* Monark Holdings Inc. *aka* Monark of California *aka* Monark Premium Appliance Co. *aka* Monark Premium Appliance Co. of Arizona *aka* Monark Premium Appliance Co. of California *aka* MXSV, Inc. *aka* NTB - National Tire and Battery *aka* NTB-National Tire & Battery *aka* PMB, Inc. *aka* Prairie Buck I, Inc. *aka* Prairie Buck II, Inc. *aka* Private Brands, Ltd. *aka* Relay LLC *aka* San Diego Appliance Sales *aka* Sears *aka* Sears #1284 *aka* Sears Acquisition Corp. *aka* Sears Auto Center *aka* Sears Auto Center #6582 *aka* Sears Auto Centers *aka* Sears Carpet and Upholstery Care, Inc. *aka* Sears Essentials *aka* Sears Grand *aka* Sears Grand #1673 *aka* Sears Holdings Management Corporation *aka* Sears Home Appliance Showrooms *aka* Sears Home Improvement Products (South), Inc. *aka* Sears Home Services *aka* Sears Home&Life *aka* Sears Lessee Operations, LLC *aka* Sears Logistics Services *aka* Sears Logistics Services, Inc. *aka* Sears Merchandise Group *aka* Sears Merchandise Group,Inc. *aka* Sears New York Insurance Agency *aka* Sears Oklahoma Insurance Agency *aka* Sears Protection Company Inc. *aka* Sears Protection Company, Inc. *aka* Sears Technology Services LLC   *aka* Sears, Wishbook, Inc. *aka* ServiceLive Direct *aka* SHMC, Inc. *aka* Shop Your Way Local, LLC *aka* shopyourway.com *aka* Sourcing and Technical Services, Inc. *aka* SRC O.P. LLC *aka* SRC Real Estate (TX), LLC *aka* Standards of Excellence *aka* Standards of Excellence Outlet Store *aka* Super K *aka* Super Kmart *aka* SUPER KMART CENTER *aka* Super Kmart Center *aka* Texas Bluelight.com Inc. *aka* The Annexx Restaurant *aka* The Great Indoors *aka* Tire Property Holding, Inc. *aka* Tri-Valley Crossings *aka* Troy CMBC Property, L.L.C. *aka* Westar Kitchen & Bath LLC *aka* Westar Kitchen and Bath *aka* Westar Kitchen and Bath, LLC *aka* Western Bluelight.com LLC *aka* WestStar Kitchen and Bath *aka* WestStar Kitchen and Bath LLC *aka* Continental Carpet Cleaning, Inc. *aka* Sears Carpet and Upholstery Care, Inc. *aka* Print Procurement Company, LLC *aka* Print Production Company, LLC *aka* Relay LLC *aka* Shop Your Way Local, LLC *aka* Sears New York Insurance Agency *aka* Sears Oklahoma Insurance Agency

Pennsylvania, directed as follows:

TO:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, Il 60179

Paul M. Basta
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Kara E. Casteel
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Scott K. Charles
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Garrett A. Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jeff J. Friedman
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Jessica Liou
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Brigette McGrath
ASK LLP
151 West 46th Street
4th Floor
New York, NY 10036

Steven J. Reisman
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Ray C Schrock
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

U.S. Trustee
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Joseph L. Steinfeld, Jr.
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Gary D. Underdahl
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Amy R. Wolf
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

United States Trustee
Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Claims and Noticing Agent
Adam M. Adler
Prime Clerk, LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

Elise S. Frejka
Frejka PLLC
420 Lexington Avenue - Suite 310
New York, NY 10170

The Honorable Robert D. Drain
300 Quarropas Street
Room 248
White Plains, New York 10601-4140

*Kalline Pio-McNelly*

Subscribed and sworn to before me

November 20, 2020

*Michelle A. Siaris*
Notary Public

MICHELLE A. SIARIS
MY COMMISSION
EXPIRES
JAN. 6, 2021
NOTARY PUBLIC
STATE OF DELAWARE