```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                             :
                                                   :     Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                :
                                                   :     Case No. 18-23538 (RDD)
                                                   :
                        Debtors.¹                  :     (Jointly Administered)
-----------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Aaron A. Wildavsky, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Telephonic Hearing on November 18, 2020 at 2:30 p.m. [Docket No. 9098]

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: November 20, 2020

/s/ *Aaron A. Wildavsky*
Aaron A. Wildavsky

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 20, 2020, by Aaron A. Wildavsky, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ *PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris | harrisj12@michigan.gov |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com |
| Alderman & Alderman, LLC | Attn: Myles H. Alderman, Jr. | courts@alderman.com |
| Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Allen & Overy LLP | Attn: Laura R. Hall & Joseph Badtke-Berkow | laura.hall@allenovery.com; joseph.badtke-berkow@allenovery.com |
| Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com; lschildkraut@archerlaw.com |
| Arent Fox LLP | Attn: Beth Brownstein | beth.brownstein@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com |
| Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com; jchristian@askllp.com |
| ASK LLP | Attn: Joseph L. Steinfeld, Jr., Esq., Gary D. Underdahl, Esq., Kara E. Casteel, Esq., Brigette G. McGrath. Esq., Edward E. Neiger, Esq. & Marianna Udem, Esq. | jsteinfeld@askllp.com; gunderdahl@askllp.com; bmcgrath@askllp.com; kcasteel@askllp.com; eneiger@askllp.com; mudem@askllp.com |
| AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Austin Enterprises, LP. | Attn: J Connelly | jconnelly@austinenterpriseslp.com |
| Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq. | mfrankel@bfklaw.com |
| Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | pollack@ballardspahr.com; marriott@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | heilmanl@ballardspahr.com; summersm@ballardspahr.com; daluzt@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com; kutnera@ballardspahr.com |
| Bank of America, N.A. | Attn: Mark E. Cohen, Esq. | mecesq2@aol.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Barnes & Thornburg LLP | Attn: Zachary P. Heller | zheller@btlaw.com |
| Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Beck, Chaet, Bamberger & Polsky, S.C. | Attn: Devon J. Eggert, Esq. | deggert@bcblaw.net |
| Belkin Burden Wenig & Goldman, LLP | Attn: Lewis A. Lindenberg | llindenberg@bbwg.com |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills | rmills@bellnunnally.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com; julie@bindermalter.com |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com; EZucker@BlankRome.com |
| Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Bleus & Associates, LLC | Attn: George Anthony Bleus, Esq. | bleusandassociates@gmail.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com |
| Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Briggs and Morgan, P.A. | Attn: James M. Jorissen | jjorissen@briggs.com |
| Brown Rudnick LLP | Attn: Bennett S. Silverberg | bsilverberg@brownrudnick.com; spohl@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |

Exhibit A
Master Service List
Served via Email

| | | |
|---|---|---|
| Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com; tyler.dischinger@bipc.com |
| Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com |
| Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com; rstieglitz@cahill.com |
| Calfee, Halter & Griswold LLP | Attn: H. Jeffreu Schwartz, Gus Kallergis, Ronald M. McMillan | jschwartz@calfee.com; gkallergis@calfee.com; rmcmillan@calfee.com |
| California Department of Tax and Fee Administration | Attn: Joan S. Huh | joan.huh@cdtfa.ca.gov |
| Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman | MKurzman@carmodylaw.com |
| Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone | tsansone@carmodylaw.com |
| Carrington, Coleman, Sloman & Blumenthal, L.L.P. | Attn: Jason M. Katz | jkatz@ccsb.com |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden and Aaron R. Cahn | gadsden@clm.com; bankruptcy@clm.com; Dennis.roemlein@bnymellon.com |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com; rnosek@certilmanbalin.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | szuber@csglaw.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com; jmarshall@choate.com |
| Chuhak & Tecson, P.C. | Attn: Christopher A. Pellegrini | cpellegrini@chuhak.com |
| CKR Law LLP | Attn: Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze | srichman@clarkhill.com; nbencze@clarkhill.com |
| Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney, Abena A. Mainoo, Luke A. Barefoot | soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; tmoloney@cgsh.com; amainoo@cgsh.com; lbarefoot@cgsh.com |
| Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com; hward@cohenlaw.com |
| Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com KLaBrada@coleschotz.com |
| Colleran, O' Hara & Mills LLP | Attn: Steven C. Farkas, Esq. | scf@cohmlaw.com |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com |
| Cooley LLP | Attn: Seth Van Aalten | svanaalten@cooley.com |
| Coto & Associates | Attn: Ramon Coto Ojeda | rco@crlawpr.com |
| Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com; aclark@cov.com |
| Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, J Wesley Earnhardt | pzumbro@cravath.com; wearnhardt@cravath.com |
| Cullen and Dykman, LLP | Attn: Thomas R. Slome, Esq. | Tslome@CullenandDykman.com |
| Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Daniel Law PLLC | Attn: Al J. Daniel, Jr. | ajd@daniellawpllc.com |
| Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein | daniel@dmsilverlaw.com |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Davis Polk & Wardwell LLP | Attn: Elliot Moskowitz | elliot.moskowitz@davispolk.com |
| Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | Ksummers@dflaw.com |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, Sidney P. Levinson, Joshua E. Roberts | eweisgerber@debevoise.com; slevinson@debevoise.com; jeroberts@debevoise.com |
| DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Diamond McCarthy LLP | Attn: Allan B. Diamond | adiamond@diamondmccarthy.com |
| DLA Piper LLP (US) | Attn: Richard A. Chesley, Esq., Rachel Ehrlich Albanese, Esq., R. Craig Martin, Esq. | Richard.Chesley@dlapiper.com; Rachel.Albanese@dlapiper.com; Craig.Martin@dlapiper.com |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 2 of 8

Exhibit A
Master Service List
Served via Email

| Firm | Attn | Email |
|---|---|---|
| Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Duane Morris LLP | Attn: Christopher R. Belmonte, Timothy Brock, Pamela Bosswick | CRBelmonte@duanemorris.com; PABosswick@duanemorris.com; TTBrock@duanemorris.com |
| Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com; Cheitzenrater@duanemorris.com |
| Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com; WMSimkulak@duanemorris.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher F. Graham | cgraham@eckertseamans.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher L. Perkins | cperkins@eckertseamans.com |
| Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com; ems@elliottgreenleaf.com |
| Engelman Berger P.C. | Attn: Scott B. Cohen | sbc@eblawyers.com |
| Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Ferraiuoli LLC | Attn: Sonia E. Colon | scolon@ferraiuoli.com |
| Fidelity National Law Group | Attn: Anastasia Filopoulos | stacy.filopoulos@fnf.com |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Foley & Lardner LLP | Attn: Derek L. Wright, Katherine R. Catanese, Jocelyn Campos | dlwright@foley.com; kcatanese@foley.com; jcampos@foley.com |
| Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Foley & Lardner LLP | Attn: Erika L. Morabito, Esq. | emorabito@foley.com |
| Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | Sniederman@FoxRothschild.com |
| Fox Rothschild LLP | Attn: Jeffrey L. Widman | Jwidman@Foxrothschild.com |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com; mherz@foxrothschild.com |
| Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com; jkleinman@fgllp.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka, Michael C. Keats | brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; michael.keats@friedfrank.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com; awebb@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com; lbrymer@fmdlegal.com |
| Gelber & Santillo PLLC | Attn: R. Zachary Gelber, Kristen M. Santillo | zgelber@gelbersantillo.com; ksantillo@gelbersantillo.com |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Gibbons P.C. | Attn: David N. Crapo, Esq. | dcrapo@gibbonslaw.com |
| Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Goldstein & McClintock LLLP | Attn: Matthew McClintock | mattm@goldmclaw.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com; mweinstein@golenbock.com |
| Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, William P. Weintraub | gfox@goodwinlaw.com; bbazian@goodwinlaw.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com |
| Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq. | searsnotice@gouldratner.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |

Exhibit A
Master Service List
Served via Email

| Firm | Attention | Email |
|---|---|---|
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Alan D. Halperin, Ligee Gu | dlieberman@halperinlaw.net; ahalperin@halperinlaw.net; lgu@halperinlaw.net |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com |
| Herrera Law Firm, P.A. | Attn: Jose-Trelles Herrera | JTHerrera@Herreralawfirm.com; VTarajano@Herreralawfirm.com |
| Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; CCarty@herrick.com; JDAngelo@herrick.com; KKolb@herrick.com |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin, Arthur E. Rosenberg, Marc L. Antonecchia | barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; arthur.rosenberg@hklaw.com; Marc.Antonecchia@hklaw.com |
| Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com; jjalemany@hklaw.com |
| Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Hughes Hubbard & Reed LLP | Attn: Christopher Gartman, Neil J. Oxford, Dustin P. Smith | chris.gartman@hugheshubbard.com; neil.oxford@hugheshubbard.com; dustin.smith@hugheshubbard.com |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Paul N. Silverstein, Michael S. Legge, Brian M. Clarke | bgross@HuntonAK.com; paulsilverstein@huntonak.com; brianclarke@huntonak.com |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| Interactions LLC | Attn: Joseph P. Gildea, SVP Finance and Administration | jgildea@interactions.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com; dlk@jasneflorio.com |
| John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| K&L Gates LLP | Attn: John Bicks | John.Bicks@klgates.com |
| Katten Muchin Rosenman LLP | Steven J. Reisman | sreisman@katten.com |
| Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Keller Rohrback L.L.P. | Attn: Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com |
| Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Kirby Aisner & Curley LLP | Attn: Julie Cvek Curley, Esq. | jcurley@kacllp.com |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com; lkiss@klestadt.com |
| Koley Jessen P.C., L.L.O. | Attn: Brian Koenig | brian.koenig@koleyjessen.com |
| Kudman Trachten Aloe LLP | Attn: Paul H. Aloe, David S. Saponara | paloe@kudmanlaw.com; dsaponara@kudmanlaw.com |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Lane Powell PC | Attn: Will J. Brunnquell, Esq. | brunnquellw@lanepowell.com |
| Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com; ted.dillman@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Esq. | christopher.harris@lw.com |
| Law Office of Curtis A. Hehn | Attn: Curtis A. Hehn | curtishehn@comcast.net |
| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Law Offices of Charles A. Gruen | Attn: Charles A. Gruen | cgruen@gruenlaw.com |

Exhibit A
Master Service List
Served via Email

| | | |
|---|---|---|
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Law Offices of Perry R. Clark | Attn: Perry Clark, Esq. | perry@perryclarklaw.com |
| Law Offices of Richard J. Corbi PLLC | Attn: Richard J. Corbi, Esq. | rcorbi@corbilaw.com |
| Law Offices of Saul Reiss | Attn: Saul Reiss | saulreiss@verizon.net |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com |
| Lee J. Rohn and Associates, LLC | Attn: Lee J. Rohn, Esquire | lee@rohnlaw.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Kurt Ramlo | kr@lnbyb.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | braynor@lockelord.com; asmith@lockelord.com |
| Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq., Robert M. Hirsh, Esq. & Lindsay H. Sklar, Esq. | echafetz@lowenstein.com; bnathan@lowenstein.com; rhirsh@lowenstein.com; lsklar@lowenstein.com |
| Luan Investment, SE | Attn: Awilda I. Ramos, MD, VP | alexandra.bigas@gmail.com; awilda.ramos@aguadillamallpr.com |
| Luskin, Stern & Eisler LLP | Attn: Michael Luskin & Stephan E. Hornung | luskin@lsellp.com; hornung@lsellp.com |
| Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer | david@mhlaw-ny.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| McDowell Hetherington LLP | Attn: Andrew Kasner | andrew.kasner@mhllp.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole A. Leonard, Esq. | nleonard@mdmc-law.com |
| McGlinchey Stafford, PLLC | Attn: Kristen D. Romano | kromano@mcglinchey.com |
| McGlinchey Stafford, PLLC | Attn: Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Miles & Stockbridge P.C. | Attn: John T. Farnum | jfarnum@milesstockbridge.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Montgomery McCracken Walker & Rhoads LLP | Attn: Edward L. Schnitzer | eschnitzer@mmwr.com |
| Morgan, Lewis & Bockius LLP | Attn: Craig A. Wolfe | Craig.wolfe@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow | jchou@moritthock.com; tberkowitz@moritthock.com; dmarlow@moritthock.com |
| Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com; jbarsalona@mnat.com |
| Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com; bbutterfield@mofo.com |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com; thomas.walper@mto.com |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry, Kevin M. Lippman | dperry@munsch.com; klippman@munsch.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |

Exhibit A
Master Service List
Served via Email

| Firm | Attn | Email |
|---|---|---|
| Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Nixon Peabody, LLP | Attn: Louis J. Cisz, III | lcisz@nixonpeabody.com |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig, Eric Daucher & Francisco Vazquez | howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com; eric.daucher@nortonrosefulbright.com; francisco.vazquez@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Andrew Rosenblatt & James A. Copeland | andrew.rosenblatt@nortonrosefulbright.com; james.copeland@nortonrosefulbright.com |
| Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Office of the Texas Attorney General | Attn: John Stern, Assistant Attorney General | bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov |
| Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| O'Melveny & Myers LLP | Attn: Matthew P. Kremer, Andrew J. Frackman, Daniel S. Shamah, Brad M. Elias, Lauren M. Wagner | mkremer@omm.com; afrackman@omm.com; belias@omm.com; lwagner@omm.com; dshamah@omm.com |
| O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| O'NEILL HEINRICH DAMKROGER BERGMEYER & SHULTZ PC LLO | Attn: Kramer L. Lyons, Esq. | klyons@ohdbslaw.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa, Evan C. Hollander & Emmanuel Fua | rdaversa@orrick.com; echollander@orrick.com; efua@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Matthew M. Fechik | mfechik@orrick.com |
| Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com; kcornish@paulweiss.com; lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com; jhurwitz@paulweiss.com |
| Pedersen & Houpt | Attn: Lawrence W. Byrne, John S. Delnero | lbyrne@pedersenhoupt.com; jdelnero@pedersenhoupt.com |
| Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | lr@pryormandelup.com |
| Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com; jonpickhardt@quinnemanuel.com; andrewcorkhill@quinnemanuel.com; matthewscheck@quinnemanuel.com; ellisonmerkel@quinnemanuel.com |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com |
| Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com |

Exhibit A
Master Service List
Served via Email

| | | |
|---|---|---|
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com |
| Robinson & Cole LLP | Attn: Patrick M. Birney | pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff | fbr@robinsonbrog.com; rms@robinsonbrog.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi | gregg.galardi@ropesgray.com; |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Andrew G. Devore | james.wilton@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; andrew.devore@ropesgray.com |
| Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Rowlands, Lebrou & Griesmer, PLLC | Attn: Michael J. Catalfimo, Esq. | mcatalfimo@rlglawny.com |
| Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann, Joel M. Shafferman | mmccann@swc-law.com; rabiuso@swc-law.com; jshafferman@swc-law.com |
| Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq., Kayvan B. Sadeghi | ksadeghi@schiffhardin.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seward & Kissel LLP | Attn: John R. Ashmead, Arlene R. Alves, Mark J. Hyland, Thomas Ross Hooper, Noah S. Czarny, Robert J. Gayda | ashmead@sewkis.com; alves@sewkis.com; hyland@sewkis.com; hooper@sewkis.com; czarny@sewkis.com; gayda@sewkis.com |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Earnest Bacon | emfox@seyfarth.com; ebacon@seyfarth.com |
| Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law; mkish@sbwh.law; jshafer@sbwh.law; floridaservice@sbwh.law |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com; sara.coelho@shearman.com |
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com; tcohen@sheppardmullin.com |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq. | Paul.Leake@skadden.com; Shana.Elberg@skadden.com |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Sorling Northrup | Attn: David A. Rolf | darolf@sorlinglaw.com |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com; jlemkin@stark-stark.com |
| State of Nebraska | Attn: Carlton W. Wiggam | Carlton.Wiggam@Nebraska.gov |
| Stein IP, LLC | Attn: Luiz Felipe de Oliveira | loliveira@steinip.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Stinson LLP | Attn: Darrell W. Clark | darrell.clark@stinson.com |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com; jcanfield@stroock.com; sbhattacharyya@stroock.com |
| Stull, Stull & Brody | Attn: Patrick Slyne | pkslyne@ssbny.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, Robert A. Sacks | dietdericha@sullcrom.com; sacksr@sullcrom.com; gluecksteinb@sullcrom.com |
| SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com |
| Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Tai Cho, Attorney at Law | Attn: Tai Cho | taicho7@aol.com |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |

Exhibit A
Master Service List
Served via Email

| | | |
|---|---|---|
| Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| The Law Office of Thomas A. Farinella, P.C. | Attn: Thomas A. Farinella, Esq. | tf@lawtaf.com |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | mccarron.william@pbgc.gov; efile@pbgc.gov |
| The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Tirelli Law Group, LLC | c/o Linda M. Tirelli, Esq. | ltirelli@tw-lawgroup.com |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Tobias Law Firm, P.C. | Attn: David G. Tobias | dtobias@tobiaslawpc.com |
| Togut, Segal & Segal LLP | Attn: Frank A. Oswald, Neil Berger, Minta J. Nester | frankoswald@teamtogut.com; neilberger@teamtogut.com; mnester@teamtogut.com |
| Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| Troutman Sanders LLP | Attn: Bret D. Goodman, Alissa K. Piccione | Brett.Goodman@troutman.com; Alissa.Piccione@troutman.com |
| Troutman Sanders LLP | Attn: Amy Pritchard Williams | amy.williams@troutman.com |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov; Linda.Riffkin@usdoj.gov |
| Vedder Price P.C. | Attn: Michael L. Schein, Kevin J. Etzel, Joshua A. Dunn | mschein@vedderprice.com; ketzel@vedderprice.com; jdunn@vedderprice.com |
| Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Wachtel Missry LLP | Attn: Steven J. Cohen | cohen@wmllp.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Whiteford, Taylor & Preston LLC | Attn: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Whiteford, Taylor & Preston LLC | Attn: Christopher A. Jones | cajones@wtplaw.com |
| Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Mark G. Ledwin | mark.ledwin@wilsonelser.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Wollmuth Maher & Deutsch LLP | Attn: James N. Lawlor, Esq., Brad J. Axelrod, Esq., Cassandra Postighone, Esq. | JLawlor@wmd-law.com; BAxelrod@wmd-law.com; CPostighone@wmd-law.com |
| Womble Bond Dickinson (US) LLP | Attn: James S. Livermon III | charlie.livermon@wbd-us.com |
| World Class Global Business Services | Attn: Maryann Norwood | mnorwood@world-class.com |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 8 of 8