**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                                      Case No.: 18-23538

Sears Holdings Corporation, et al.,

                                                                                                              Chapter 11

                    Debtor.[1]

------------------------------------------------------------x

Kmart Holding Corporation,

                    Plaintiff

                                                            Adversary Proceeding No.: 20-08251

        v.

B. Fernández & Hnos., Inc.,

                    Defendant.

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE OF PAPERS**

**TO THE HONORABLE COURT, CLERK AND PARTIES:**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Shores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws his PHV appearance for B. Fernández & Hnos., Inc. in the above-captioned Chapter 11 cases.  The undersigned further requests to be removed from all service lists in these cases, including all electronic service lists and ECF notification system.

The above captioned Adversary Proceeding was closed pursuant to a stipulation and order entered as of September 28, 2020, which is now final and unappealable.

**WHEREFORE**, the undersigned counsel respectfully requests to be removed from all service lists in these cases as stated above.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that a copy of this motion is being sent through the Bankruptcy CM/ECF System to: Plaintiff Kmart Holding Corporation, and to Plaintiff's counselors Brigette McGrath, bmcgrath@askllp.com, and Edward E. Neiger, eneiger@askllp.com.

In San Juan, Puerto Rico, this 25th day of November 2020.

**DELGADO & FERNÁNDEZ, LLC**
*Attorneys for B. Fernández & Hnos., Inc.*
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel.: (787) 274-1414
Fax: (787) 764-8241

 s/Alfredo Fernández Martínez
 **ALFREDO FERNÁNDEZ MARTÍNEZ**, *admitted pro hac vice*
 Puerto Rico Bar #10,632
 USDC-PR #210511

afernandez@delgadofernandez.com

2