STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Lea Pauley Goff (*pro hac vice*)
Emily L. Pagorski (*pro hac vice*)

*Counsel for Creditor,*
*Tempur Sealy International, Inc. and its affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Case No. 18-23538-RDD |
| SEARS HOLDING CORPORATION, *et al.*, | : | Chapter 11 |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE WITHDRAWING MOTION FOR ORDER (A) ALLOWING**
**AND REQUIRING PAYMENT OF 503(B)(9) CLAIMS OF TEMPUR SEALY**
**INTERNATIONAL & AFFILIATES; OR, IN THE ALTERNATIVE, (B) DIRECTING**
**DEBTORS TO SET-ASIDE A RESERVE FROM FUTURE DISTRIBUTIONS UNDER**
**THE ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM FOR THE**
**BENEFIT OF SUCH CLAIMS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brand Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Tempur Sealy International, Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC (collectively "Tempur") hereby withdraw that *Motion For Order (A) Allowing And Requiring Payment Of 503(b)(9) Claims Of Tempur Sealy International & Affiliates; Or, In The Alternative, (B) Directing Debtors To Set-Aside A Reserve From Future Distributions Under The Administrative Expense Claims Consent Program For The Benefit Of Such Claims* (Doc. No. 7877) (the "Motion") filed with the Court on April 29, 2020. Tempur states that it is withdrawing the Motion pursuant to a separately memorialized settlement reached between it and the Debtors.

Date: November 30, 2020                             Respectfully submitted,

/s/ Emily L. Pagorski
Lea Pauley Goff
(*pro hac vice*)
Emily L. Pagorski
(*pro hac vice*)
Stoll Keenon Ogden PLLC
500 West Jefferson Street
Suite 2000
Louisville, Kentucky 40202
(502) 333-6000
lea.goff@skofirm.com
emily.pagorski@skofirm.com

Counsel for Creditor,
Tempur Sealy International, Inc. and its affiliates

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2020, a copy of the foregoing was filed electronically and that a true and accurate copy of the foregoing was served on the all parties served by the Court's CM/ECF noticing system.

      /s/ Emily L. Pagorski
      Counsel for Creditor,
      Tempur Sealy International, Inc. and its affiliates

8391319.1