**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF FIFTH QUARTERLY REPORT OF ACUMEN RECOVERY SERVICES, LLC FOR ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020**

I, Michael A. Cohen, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Fifth Quarterly Report Of Acumen Recovery Services, LLC For Allowance Of Contingent Fees And Reimbursement Of Expenses for The Period From July 1, 2020 Through September 30, 2020* (filed on October 23, 2020, at Docket No. 9038) (the "Fifth Quarterly Report").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Fifth Quarterly Report appears thereon. Pursuant to the Notice of the Fifth Quarterly Report, objections to the Fifth Quarterly Report were to be filed and served no later than November 20, 2020, at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed form of order (attached hereto as **Exhibit A**) approving the Fifth Quarterly Report be entered at the earliest convenience of the Court.

Dated: November 30, 2020

        **ACUMEN RECOVERY SERVICES, LLC**

        By: */s/ Michael A. Cohen*
        Michael A. Cohen
        Chief Executive Officer
        747 Third Avenue, 2nd Floor
        New York, NY 10016
        Telephone: (212) 795-6967
        Email: mcohen@acumenrecovery.com

## Exhibit A

**Proposed Form of Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 9038 |

**ORDER GRANTING FIFTH QUARTERLY REPORT OF**
**ACUMEN RECOVERY SERVICES, LLC FOR ALLOWANCE OF**
**CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JULY 1, 2020 THROUGH SEPTEMBER 30, 2020**

Acumen Recovery Services, LLC ("Acumen"), as provider of preference action recovery and analysis services to the Debtors, and its debtor affiliates, as debtors and debtors in possession in the above matter, having filed its Fifth Quarterly Report for the Period of July 1, 2020 through September 30, 2020 (the "Fifth Quarterly Report");[2] and the Court having reviewed the Fifth Quarterly Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Quarterly Report was adequate

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Fifth Quarterly Report.

under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Report;

          NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The request for approval of the Fifth Quarterly Report is GRANTED to the extent set forth in Schedule A and Schedule B hereto.

2.     Acumen is awarded approval for compensation in the amount of $98,954.09 and actual and necessary expenses in the amount of $5,427.65 for the period of July 1, 2020 through September 30, 2020.

3.     Such sums are authorized for payment less any amount previously paid to Acumen on account of the amounts set forth in the Fifth Quarterly Report.

Dated: _____, 2020  
New York, New York

                              _____  
                              THE HONORABLE ROBERT D. DRAIN  
                              UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)                      **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al*.

## CURRENT FEE PERIOD

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | October 23, 2020 Docket No. 9038 | 7/1/20 – 9/30/20 | $98,954.09 | $98,954.09 | $98,954.09 | $5,427.65 | $5,427.65 | $5,427.65 |

3

Case No.: 18-23538 (RDD)            **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

## QUARTERLY REPORT TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid[3] |
|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | $330,509.24 | $330,509.24 | $54,987.50 | $54,987.50 |

---

[3] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4362], Acumen received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order) and its Expenses (as defined in the Order), from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).