UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>CERTIFICATE OF SERVICE |

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 3rd day of December, 2020, true and correct copies of Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property and the Motion of Transform Holdco LLC for Leave to File Under Seal Declarations in Support of Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property, as well as redacted copies of the Declaration of Sean O'Neal in Support of Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property ("O'Neal Declaration") and the Declaration of Dale Menendez in Support of Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property ("Menendez Declaration") were served by electronically filing those documents with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all counsel with an e-mail address of record who have appeared in this action.

2. On the same date, unredacted copies of the O'Neal Declaration and Menendez Declaration were served via email as set forth below:

> Jared Friedman, Esq.
> jared.friedmann@weil.com

        Jacqueline Marcus, Esq.
jacqueline.marcus@weil.com

Jennifer Brooks Crozier, Esq.
jennifer.crozier@weil.com

Richard Morrissey, Esq.
richard.morrissey@usdoj.gov

Paul Schwartzberg, Esq.
paul.schwartzberg@usdoj.gov

Dated: New York, New York
December 7, 2020

                                                            /s/Brendan Cyr
                                                             Brendan Cyr