# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Sears Holdings Corporation[1],

Debtor

Case No. 18-23538-rdd
Chapter 11

Assigned to:
Hon. Robert D. Drain
Bankruptcy Judge

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the unopposed motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, or successor or assigns, (the "Motion"), dated December 8, 2020, for an order pursuant to 11 U.S.C. § 362(d), granting them relief from automatic stay, and proof of service upon all necessary parties, and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after the hearing held on January 21, 2020, where counsel for McCabe, Weisberg & Conway, LLC appeared; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

---

[1] Sears, Holdings Corporation *fka* A&E Factory Service *fka* Accents for Less *fka* Appliance Liquidators *fka* American Siding & Deck, Inc. *fka* American Windows & Sash, Inc. *aka* Austin Technology Center *aka* Bath and Kitchen Elegance *aka* Bath and Kitchen Elegance of the Desert *aka* Big Beaver of Caguas Development Corporation *aka* Big Beaver of Caguas Development Corporation II *aka* Big Kmart *aka* Big Kmart (#3680) *aka* Central Wholesale Appliance Supply, Inc. *aka* Chantell Marketing *aka* Circle of Beauty Inc. *aka* Delver *aka* Delver.com *aka* Designer Depot *aka* Eblon Technologies India Private Limited *aka* Evoke Productions *aka* FitStudio by Sears *aka* Florida Builder Appliances, Inc. *aka* Garment Rack *aka* HDC Holding Company of Delaware, Inc. *aka* HO. Tampa Development Co. *aka* HO. Tysons Office Investment Co. *aka* ILJ, Inc. *aka* JAF, Inc. *aka* KC Kelley Group *aka* Kenmore Direct *aka* Kids Stockroom *aka* Kmart *aka* Kmart Acquisition Corp. *aka* Kmart Apparel Corp. *aka* Kmart Apparel Fashions Corp. *aka* Kmart Apparel Leasing Corp. *aka* Kmart Apparel Service of Atlanta Corp. *aka* Kmart Apparel Service of Des Plaines Corp. *aka* Kmart Apparel Service of Sunnyvale Corp. *aka* Kmart Corporation *aka* Kmart Enterprises, Inc. *aka* Kmart Far East Limited *aka* Kmart Financing I *aka* Kmart Global Sourcing Ltd. *aka* Kmart Holding Company *aka* Kmart Holdings, Inc. *aka* Kmart Lessee Operations, LLC *aka* Kmart Management Corporation *aka* Kmart Michigan Property Services, L.L.C. *aka* Kmart of Amsterdam, NY Distribution Center, Inc. *aka* Kmart of Pennsylvania LP *aka* Kmart Pharmacies of Minnesota, Inc. *aka* Kmart Pharmacies, Inc. *aka* Kmart Properties, Inc. *aka* Kmart Stores of Indiana, Inc. *aka* Kmart Stores of TNCP, Inc. *aka* KMI, Inc. *aka* Koolvent Aluminum Products, Inc. *aka* Kresge - Kmart Limited *aka* Little Caesars *aka* Max Acquisition Delaware Inc. *aka* McKids *aka* McKids The Store *aka* McPhail's Appliances *aka* MetaScale Technologies India Private Limited *aka* Monark *aka* Monark Holdings Inc. *aka* Monark of California *aka* Monark Premium Appliance Co. *aka* Monark Premium Appliance Co. of Arizona *aka* Monark Premium Appliance Co. of California *aka* MXSV, Inc. *aka* NTB - National Tire and Battery *aka* NTB-National Tire & Battery *aka* PMB, Inc. *aka* Prairie Buck I, Inc. *aka* Prairie Buck II, Inc. *aka* Private Brands, Ltd. *aka* Relay LLC *aka* San Diego Appliance Sales *aka* Sears *aka* Sears #1284 *aka* Sears Acquisition Corp. *aka* Sears Auto Center *aka* Sears Auto Center #6582 *aka* Sears Auto Centers *aka* Sears Carpet and Upholstery Care, Inc. *aka* Sears Essentials *aka* Sears Grand *aka* Sears Grand #1673 *aka* Sears Holdings Management Corporation *aka* Sears Home Appliance Showrooms *aka* Sears Home Improvement Products (South), Inc. *aka* Sears Home Services *aka* Sears Home&Life *aka* Sears Lessee Operations, LLC *aka* Sears Logistics Services *aka* Sears Logistics Services, Inc. *aka* Sears Merchandise Group *aka* Sears Merchandise Group,Inc. *aka* Sears New York Insurance Agency *aka* Sears Oklahoma Insurance Agency *aka* Sears Protection Company Inc. *aka* Sears Protection Company, Inc. *aka* Sears Technology Services LLC    *aka* Sears, Roebuck and Co. *aka* Sears, Roebuck de Mexico, S.A. de V.V. *aka* Sears, Wishbook, Inc. *aka* ServiceLive Direct *aka* SHMC, Inc. *aka* Shop Your Way Local, LLC *aka* shopyourway.com *aka* Sourcing and Technical Services, Inc. *aka* SRC O.P. LLC *aka* SRC Real Estate (TX), LLC *aka* Standards of Excellence *aka* Standards of Excellence Outlet Store *aka* Super K *aka* Super Kmart *aka* SUPER KMART CENTER *aka* Super Kmart Center *aka* Texas Bluelight.com Inc. *aka* The Annexx Restaurant *aka* The Great Indoors *aka* Tire Property Holding, Inc. *aka* Tri-Valley Crossings *aka* Troy CMBC Property, L.L.C. *aka* Westar Kitchen & Bath LLC *aka* Westar Kitchen and Bath *aka* Westar Kitchen and Bath, LLC *aka* Western Bluelight.com LLC *aka* WestStar Kitchen and Bath *aka* WestStar Kitchen and Bath LLC *aka* Continental Carpet Cleaning, Inc. *aka* Sears Carpet and Upholstery Care, Inc. *aka* Print Procurement Company, LLC *aka* Print Production Company, LLC *aka* Relay LLC *aka* Shop Your Way Local, LLC *aka* Sears New York Insurance Agency *aka* Sears Oklahoma Insurance Agency

ORDERED, that the automatic stay instituted upon the filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to movant's, or successor or assigns, lien interest in the property located at 225-33 113th Drive, Queens Village, NY 11429, and it is further

ORDERED, that Secured Creditor is granted its attorneys' fees in the amount of $1,050.00 and costs in the amount of $188.00, for a total of $1,238.00 associated with the filing and prosecution of the Motion; and it is further

ORDERED, that this Order shall be effective immediately upon its entry, such that the fourteen-day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived; and it is further

ORDERED, that movant, or successor or assigns, shall account to this estate for any surplus proceeds realized after sale.

DATED:   White Plains, New York
         _____, 2020

                                            _____
                                            Hon. Robert D. Drain
                                            United States Bankruptcy Judge