**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: | **AFFIDAVIT OF SERVICE** <br><br> Case No. 18-23538-rdd <br> Chapter 11 |
| Sears Holdings Corporation, <br><br> Debtor | Assigned to: <br> Hon. Robert D. Drain <br> Bankruptcy Judge |

STATE OF PENNSYLVANIA    )
COUNTY OF PHILADELPHIA ) SS:
CITY OF PHILADELPHIA       )

Kalline Pio-McNelly, being duly sworn, deposes and says that she is over eighteen (18) years of age and resides in Philadelphia, Pennsylvania.

That on December 8, 2020, deponent served the within Notice of Motion and Application by depositing a true copy thereof, properly enclosed in a securely closed and duly postpaid wrapper in a depository regularly maintained by the United States Postal Service in the City of Philadelphia, Pennsylvania, directed as follows:

TO:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, Il 60179

Paul M. Basta
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Kara E. Casteel
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Scott K. Charles  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019

Garrett A. Fail  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153

Jeff J. Friedman  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY 10022

Jessica Liou  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153

Jacqueline Marcus  
Weil Gotshal & Manges, LLP  
767 5th Avenue  
New York, NY 10153

Brigette McGrath  
ASK LLP  
151 West 46th Street  
4th Floor  
New York, NY 10036


Steven J. Reisman  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY 10022-2585

Ray C Schrock  
Weil Gotshal & Manges, LLP  
767 5th Avenue  
New York, NY 10153

Sunny Singh  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153

U.S. Trustee  
Office of The United States Trustee  
U.S. Federal Office Building

201 Varick Street, Suite 1006
New York, NY 10014

Joseph L. Steinfeld, Jr.
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Gary D. Underdahl
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Amy R. Wolf
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

United States Trustee
Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Claims and Noticing Agent
Adam M. Adler
Prime Clerk, LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

Elise S. Frejka
Frejka PLLC
420 Lexington Avenue - Suite 310
New York, NY 10170

Creditor Committee
Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et at.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Ted A. Berkowitz
Moritt Hock & Hamroff LLP
1407 Broadway
39th Floor
New York, NY 10018

James P. Chou
Moritt Hock & Hamroff LLP
1407 Broadway
39th Floor
New York, NY 10018

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Lacy Martin Lawrence
Akin Gump Strauss Hauer & Feld, LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201

Stephen B. Selbst
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

David M. Zensky
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Creditor Committee
The Official Committee of Retirees with Life Insurance Benefits
James N. Lawlor
Wollmuth Maher & Deutsch, LLP
One Gateway Center
9th Floor
Newark, NJ 07102

Michael M Mulder
Law Offices of Michael M. Mulder
1603 Orrington Ave
Ste 600
Evanston, IL 60201

Cassandra Postighone
Wollmuth Maher & Deutsch
500 Fifth Ave.
New York
New York, NY 10110

The Honorable Robert D. Drain
300 Quarropas Street
Room 248

White Plains, New York 10601-4140

/s/ Kalline Pio-McNelly

Subscribed and sworn to before me

December 8, 2020

Michelle A. Sharis
Notary Public

*[Notary Seal: MICHELLE A. SHARIS, MY COMMISSION EXPIRES JAN. 6, 2021, NOTARY PUBLIC, STATE OF DELAWARE]*