Laura E. Appleby
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: 212-248-3197
Facsimile:  212-248-3141
Email: laura.appleby@faegredrinker.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | 18-23538(RDD) |
| Debtors. | |

### **NOTICE OF WITHDRAWAL OF LAURA E. APPLEBY, ESQ.**

PLEASE TAKE NOTICE that effective immediately, Laura E. Appleby, Esq. hereby gives notice of her withdrawal as attorney for WSSR, LLC ("WSSR"), and that she be removed from receiving all correspondence; service copies of pleadings, orders, notices, and other documents filed with the Court in this action; and other materials related to this action.  Laura Appleby is no longer an attorney with Chapman and Cutler LLP, and is no longer authorized to represent WSSR in this action.

Dated: New York, New York
         December 9, 2020

Respectfully submitted,

/s/ Laura E. Appleby
Laura E. Appleby
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: 212-248-3197
Facsimile:  212-248-3141
Email: laura.appleby@faegredrinker.com

4828-8931-0131
7023906