**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 18-23538-rdd |
| SEARS HOLDINGS CORPORATION, et al., | Chapter 11 |
| Debtors | (Jointly administered) |

-----------------------------------------------------------------x

| | |
|---|---|
| CALIFORNIA BUILDER APPLIANCES, INC., et al., | |
| Plaintiffs | Adversary Proceeding No.: 20-07004-rdd |
| v. | |
| ALMO CORPORATION, dba ALMO FULFILLMENT SERVICES, dba ALMO SPECIALTY PROUCTS dba ALMO DISTRIBUTING, | |
| Defendant | |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, E. David Chanin, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Almo Corporation, defendant in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar of the Commonwealth of Pennsylvania, the State of New Jersey, and the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: December 9, 2020<br>Philadelphia, Pennsylvania | /s/ E. David Chanin<br>E. David Chanin<br>Kleinbard LLC<br>1717 Arch Street, 5th Floor<br>Philadelphia, PA 19103<br>Email address: dchanin@kleinbard.com<br>Telephone Number: (215) 523-5330<br>Attorney for Almo Corporation |

{02022928;v2 }