**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 18-23538-rdd |
| SEARS HOLDINGS CORPORATION, et al., | Chapter 11 |
| Debtors | (Jointly administered) |

------------------------------------------------------------------x

| | |
|---|---|
| CALIFORNIA BUILDER APPLIANCES, INC., et al., | |
| Plaintiffs | Adversary Proceeding No.: 20-07004-rdd |
| v. | |
| ALMO CORPORATION, dba ALMO FULFILLMENT SERVICES, dba ALMO SPECIALTY PROUCTS dba ALMO DISTRIBUTING, | |
| Defendant | |

------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of E. David Chanin, to be admitted, *pro hac vice*, to represent Almo Corporation, (the "Client") defendant in the above-referenced adversary proceeding, and upon the movant's certificate that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania, the State of New Jersey, and the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED,** that E. David Chanin, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____                /s/ _____
                                                            UNITED STATES BANKRUPTCY JUDGE
_____, New York

{02023031;v2 }