UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>CERTIFICATE OF SERVICE |

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 7th day of December, 2020, a true and correct copy of Transform Holdco LLC's Supplemental Motion for Leave to File Under Seal Declarations in Support of Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property and a redacted copy of the Amended Declaration of Sean O'Neal in Support of Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property (the "Amended O'Neal Declaration") were served by electronically filing those documents with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all counsel with an e-mail address of record who have appeared in this action.

2. On the same day, an unredacted copy of the Amended O'Neal Declaration was served via electronic mail as set forth below:

>Jared Friedman, Esq.
>jared.friedmann@weil.com
>
>Jacqueline Marcus, Esq.
>jacqueline.marcus@weil.com

Jennifer Brooks Crozier, Esq.
jennifer.crozier@weil.com

Richard Morrissey, Esq.
richard.morrissey@usdoj.gov

Paul Schwartzberg, Esq.
paul.schwartzberg@usdoj.gov

Dated: New York, New York
December 9, 2020

                                               /s/Brendan Cyr
                                                 Brendan Cyr