Allen G. Kadish
ARCHER & GREINER, P.C.
1211 Avenue of the Americas, Suite 2750
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com

      and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
       nsmith@robbins-schwartz.com

      and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      Harrison H.D. Breakstone, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that on December 7, 2020, I caused to be served true and correct copies of the *Notice of Appeal* [Docket No. 9147] by electronic mail on the parties identified on the service list attached as Exhibit A.

Dated: New York, New York
      December 9, 2020                 /s/ Harrison H.D. Breakstone
                                            Harrison H.D. Breakstone

**Exhibit A**
**Service List**

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
ketzel@vedderprice.com
jdunn@vedderprice.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com
Craig.Martin@dlapiper.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

219902120v1