JORDAN D. CUNNINGHAM  
ROBERT E. CHERNICOFF  
BRUCE J. WARSHAWSKY  
DAVID B. DOWLING  
JOHANNA H. REHKAMP  
J. RONALDO LEGASPI  

**CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C.**  
ATTORNEYS AT LAW  
P.O. BOX 60457  
HARRISBURG, PA 17106-0457  

TELEPHONE: (717) 238-6570  
FAX: (717) 238-4809  

HERSHEY TELEPHONE  
(717) 534-2833  

IRS NO. 23-2274135  

STREET ADDRESS:  
2320 NORTH SECOND STREET  
HARRISBURG, PA 17110  

Sender's Email  
rec@cclawpc.com  

December 1, 2020

*VIA ELECTRONIC TRANSMITTAL*  
Clerk  
United States Bankruptcy Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

  RE: **Sears Holding Corporation**  
    **Case No. 18-23538-RDD**

Dear Clerk:

  Please make note of the change of address for creditor, Matarazzi Contracting, LLC, in the above referenced matter.

    Old Address:  **Matarazzi Contracting, LLC**  
          **301 S 5th Street**  
          **Lebanon, PA 17042**

    New Address:  **Matarazzi Contracting, LLC**  
          **1594 Cumberland Street, Suite 313**  
          **Lebanon, PA 17042**

  Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 238-6570.

             Sincerely yours,

             CUNNINGHAM, CHERNICOFF  
             & WARSHAWSKY, PC

             Robert E. Chernicoff

REC/jmb  
c: Adam M. Adler, Esquire  
  Andrew Matarazzi