HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

---------------------------------------------------------------- x

**TWELFTH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN LLP**
**FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED**
**AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | November 1, 2020 through November 30, 2020 |
| Monthly Fees Incurred: | $186,197.50 |
| 20% Holdback: | $37,239.50 |
| Total Compensation Less 20% Holdback: | $148,958.00 |
| Monthly Expenses Incurred: | $15,799.23 |
| Total Fees and Expenses Requested: | $164,757.23 |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Twelfth Combined Monthly Fee Statement") covering the period from November 1, 2020 through November 30, 2020 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Twelfth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $148,958.00 (80% of $186,197.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and

HF 13607469v.1

expenses in the amount of $15,799.23 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this Twelfth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Twelfth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 29, 2020**

4

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Twelfth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Twelfth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twelfth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

[<i>Remainder of page left blank intentionally</i>]

5

Dated: New York, New York
      December 14, 2020

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
     Sean E. O'Donnell
     Stephen B. Selbst
     Steven B. Smith
     Christopher Carty
     Two Park Avenue
     New York, NY 10016
     Telephone: (212) 592-1400
     Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
      sselbst@herrick.com
      ssmith@herrick.com
      ccarty@herrick.com

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors of Sears
Holdings Corporation, et al.*

6

## Exhibit A

## Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Sean E. O'Donnell | Restructuring & Finance Litigation | 1998 | $1025.00 | .3 | $307.50 |
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $785.00 | 20.1 | $15,778.50 |
| **Total Partners** | | | | **20.4** | **$16,086.00** |
| **COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $610.00 | 37.7 | $22,997.00 |
| **Total Counsel** | | | | **37.7** | **$22,997.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $435.00 | 119.4 | $51,939.00 |
| Nicholas Veliky | Restructuring & Finance Litigation | 2015 | $470.00 | .7 | $329.00 |
| Gabrielle R. Fromer | Restructuring & Finance Litigation | 2018 | $420.00 | 29.3 | $12,306.00 |
| Elizabeth J. Plowman | Restructuring & Finance Litigation | 2018 | $420.00 | 10.8 | $4,536.00 |
| Silvia Stockman | Restructuring & Finance Litigation | 2016 | $435.00 | 12.6 | $5,481.00 |
| Daniel Field | Restructuring & Finance Litigation | 2016 | $435.00 | 45.3 | $19,705.50 |
| Rodger Quigley | Restructuring & Finance Litigation | 2017 | $420.00 | 109.4 | $45,948.00 |

| Conor Anderson | Restructuring & Finance Litigation | 2017 | $415.00 | 7.8 | $3,237.00 |
| **Total Associates** | | | | **335.5** | **$143,481.50** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $335.00 | 8.4 | $2,814.00 |
| Larisa Poretsky | Litigation | 390.00 | 2.1 | $819.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **10.5** | **$3,633.00** |

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications - B160 | 8.0 | $5,450.50 |
| Contested Matters (exclu. Assumption/rejection) – B190 | 22.2 | $11,158.50 |
| Jointly Asserted Causes of Action | 373.7 | $169,588.50 |
| **Total** | **403.9** | **$186,197.50** |

**<u>Exhibit C</u>**

**Itemized Fees**



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

December 14, 2020
Invoice Number: 540575
Matter Number: 19609.0001
Tax ID:        1662

Re:   **Sears Bankruptcy**

| | |
|---|---|
| Fees for legal services rendered through November 30, 2020 | $16,609.00 |
| Expenses posted through November 30, 2020 | 15,331.28 |
| **TOTAL** | **$31,940.28** |
| Unpaid balance from previous invoice(s) | $36,984.50 |
| Total Due Now | $68,924.78 |

Kindly return this page with your check payment to:
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:
Citibank, N.A.
ABA Number:        0089
Account Number:        6165
SWIFT #:

PLEASE REMIT PAYMENT WITHIN 30 DAYS



Invoice Number: 540575
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 11/05/20 | K. Kolb | B190 | Draft outline of potential claims. | 0.80 |
| 11/05/20 | G. Fromer | B190 | Draft deposition outline and email Kyle Kolb regarding the same. | 2.40 |
| 11/05/20 | G. Fromer | B190 | Email Linda Schepp regarding gathering exhibits cited in deposition outline. | 0.10 |
| 11/05/20 | L. Schepp | B190 | Compile cited exhibits in Omega's Objections for attorney review. | 2.30 |
| 11/06/20 | G. Fromer | B190 | Email paralegal regarding exhibits for deposition outline. | 0.10 |
| 11/06/20 | L. Schepp | B190 | Compile additional documents for Barclays proffer. | 0.70 |
| 11/09/20 | K. Kolb | B190 | Analyze draft deposition outline. | 0.20 |
| 11/12/20 | C. Carty | B160 | Review and comment on fee statement. | 0.50 |
| 11/13/20 | L. Poretsky | B160 | Revise, redact and finalize Eleventh Monthly Fee Statement and e-file; e-mail to Prime Clerk to request service of the filed statement. | 1.00 |
| 11/17/20 | K. Kolb | B190 | Revise Barclays outline. | 1.00 |
| 11/17/20 | K. Kolb | B190 | Revise memo regarding investigation status. | 1.20 |
| 11/17/20 | G. Fromer | B190 | Email Kyle Kolb regarding deposition exhibits. | 0.10 |
| 11/18/20 | K. Kolb | B190 | Revise Barclays deposition materials. | 2.20 |
| 11/18/20 | G. Fromer | B190 | Review revisions to deposition outline. | 0.10 |
| 11/19/20 | K. Kolb | B190 | Draft witness affidavits for use in investigation. | 2.60 |
| 11/19/20 | G. Fromer | B190 | Review relevant documents and revise deposition outline. | 3.20 |
| 11/19/20 | G. Fromer | B190 | Discuss deposition timeline and strategy with Kyle Kolb. | 0.10 |
| 11/19/20 | L. Schepp | B190 | Update documents in the Barclays proffer. | 0.90 |
| 11/20/20 | K. Kolb | B190 | Draft affidavit for use in investigation. | 1.20 |
| 11/20/20 | G. Fromer | B190 | Revise Affirmation. | 0.80 |
| 11/23/20 | K. Kolb | B190 | Draft additional affidavit for consideration in investigation. | 0.90 |
| 11/23/20 | K. Kolb | B190 | Emails with opposing counsel regarding proffer. | 0.20 |
| 11/24/20 | C. Carty | B160 | Analyze issues related to Sears fee statements and interim fee application. | 3.20 |
| 11/29/20 | K. Kolb | B190 | Revise deposition outline. | 0.40 |
| 11/30/20 | C. Carty | B160 | Analyze issues related to Sears fee statements and interim fee application; call with M-III re same. | 2.20 |
| 11/30/20 | K. Kolb | B190 | Revise deposition outline. | 0.40 |
| 11/30/20 | K. Kolb | B190 | Revise affidavit for use in investigation. | 0.30 |



Invoice Number: 540575
Matter Number: 19609.0001
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 11/30/20 | L. Poretsky | B160 | Review information needed for the third fee application, prepare and submit request to billing department for information related to the third fee application; begin drafting third fee application. | 1.10 |

|  |  |  | TOTAL | $16,609.00 |

### LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 5.90 | 785.00 | 4,631.50 |
| G. Fromer | 6.90 | 420.00 | 2,898.00 |
| K. Kolb | 11.40 | 610.00 | 6,954.00 |
| L. Poretsky | 2.10 | 390.00 | 819.00 |
| L. Schepp | 3.90 | 335.00 | 1,306.50 |
| **TOTAL** | **30.20** |  | **$16,609.00** |

**DISBURSEMENTS:**

|  | AMOUNT |
|---|---|
| Duplication | 2.52 |
| E-Discovery Data Hosting | 115.00 |
| Expert Witness Fees | 15,075.00 |
| Online Research | 32.46 |
| Other | 70.00 |
| Pacer Charges | 36.30 |
| TOTAL: | $15,331.28 |

### TASK SUMMARY

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 8.00 | 5,450.50 |
| B190 | Other Contested Matters | 22.20 | 11,158.50 |
| **TOTALS** |  | **30.20** | **$16,609.00** |



**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 356647 | 07/16/20 | 62,817.18 | 60,748.68 | 2,068.50 |
| 358157 | 08/24/20 | 43,825.32 | 36,934.32 | 6,891.00 |
| 538311 | 10/22/20 | 279,109.04 | 253,931.24 | 25,177.80 |
| 539160 | 11/12/20 | 24,329.85 | 21,482.65 | 2,847.20 |
|  |  |  | **Total Outstanding** | **$36,984.50** |



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

December 14, 2020
Invoice Number: 540525
Matter Number: 19609.0002
Tax ID:        1662

Re:   **Jointly Asserted Causes of Action**

Fees for legal services rendered through November 30, 2020                    $169,588.50

Expenses posted through November 30, 2020                                        467.95

                                                       **TOTAL**    <u>**$170,056.45**</u>

Unpaid balance from previous invoice(s)                                       $309,698.94

Total Due Now                                                                 $479,755.39

Kindly return this page with your check payment to:                Send wire payments to:
                Herrick, Feinstein LLP                                Citibank, N.A.
                    2 Park Avenue                          ABA Number:        0089
                  New York, NY 10016                       Account Number:        6165
                                                              SWIFT #:
                    PLEASE REMIT PAYMENT WITHIN 30 DAYS
HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 540525
Matter Number: 19609.0002
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 11/01/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 0.70 |
| 11/01/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft chart incorporating information from same. | 0.70 |
| 11/02/20 | C. Carty | B190 | Review and analyze key documents. | 1.50 |
| 11/02/20 | K. Kolb | B190 | Analyze key documents produced by professionals in response to subpoenas. | 3.00 |
| 11/02/20 | K. Kolb | B190 | Revise summaries of key documents produced in response to subpoenas. | 2.80 |
| 11/02/20 | G. Fromer | B190 | Conduct second level review of documents relating to pre-Seritage issues. | 1.20 |
| 11/02/20 | R. Quigley | B190 | Analyze and code documents in productions. | 7.50 |
| 11/02/20 | H. Zimmer | B190 | Confer with Linda Schepp and Kyle Kolb in connection with review of documents produced in adversary proceeding. | 0.10 |
| 11/02/20 | H. Zimmer | B190 | Review email from Kyle Kolb concerning the review of documents produced in adversary proceeding. | 0.10 |
| 11/02/20 | L. Schepp | B190 | Compile relevant hot documents for second level attorney review, per K. Kolb. | 1.30 |
| 11/03/20 | K. Kolb | B190 | Revise summaries of key documents produced by debtors' professionals. | 2.10 |
| 11/03/20 | K. Kolb | B190 | Analyze documents produced by professionals and supervise second level review process. | 1.20 |
| 11/03/20 | R. Quigley | B190 | Analyze and code documents in productions. | 5.40 |
| 11/03/20 | S. Stockman | B190 | Continue 2L Review. | 3.80 |
| 11/03/20 | H. Zimmer | B190 | Email counsel for UBS concerning production in response to subpoena. | 0.10 |
| 11/03/20 | H. Zimmer | B190 | Confer with Linda Schepp concerning UBS production. | 0.10 |
| 11/03/20 | H. Zimmer | B190 | Confer with Chris Carty concerning UBS production in response to subpoena. | 0.10 |
| 11/03/20 | H. Zimmer | B190 | Confer with counsel for UBS concerning UBS production in response to subpoena. | 0.10 |
| 11/03/20 | H. Zimmer | B190 | Confer with Kyle Kolb concerning chart incorporation information from review of documents produced in adversary proceeding and review revisions on same. | 0.40 |
| 11/03/20 | H. Zimmer | B190 | Email Chris Carty concerning call with UBS counsel in connection with subpoena production. | 0.20 |
| 11/03/20 | H. Zimmer | B190 | Review letter from UBS in connection with subpoena response and voicemail from counsel from UBS in | 0.30 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| | | | connection with same. | |
| 11/03/20 | H. Zimmer | B190 | Confer with Linda Schepp and H5 concerning UBS production. | 0.10 |
| 11/03/20 | L. Schepp | B190 | Work with attorneys regarding new production from UBS. | 0.80 |
| 11/04/20 | K. Kolb | B190 | Analyze documents produced by professionals in response to subpoenas. | 0.50 |
| 11/04/20 | K. Kolb | B190 | Discuss and revise summaries of key documents produced by professionals. | 0.20 |
| 11/04/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 0.30 |
| 11/04/20 | R. Quigley | B190 | Analyze and code documents in productions. | 3.20 |
| 11/04/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 11/04/20 | H. Zimmer | B190 | Confer with Linda Schepp and H5 concerning UBS production. | 0.20 |
| 11/04/20 | H. Zimmer | B190 | Analyze email from UBS concerning their production in response to subpoena. | 0.10 |
| 11/04/20 | L. Schepp | B190 | Work with vendor regarding upload of UBS document production. | 2.10 |
| 11/05/20 | C. Carty | B190 | Review and analyze key documents. | 1.80 |
| 11/05/20 | K. Kolb | B190 | Supervise second level review and analyze documents produced by debtors professionals. | 1.40 |
| 11/05/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 0.90 |
| 11/05/20 | G. Fromer | B190 | Conduct second level review of documents relating to pre-Seritage transactions. | 2.30 |
| 11/05/20 | R. Quigley | B190 | Analyze and code documents and productions. | 1.90 |
| 11/05/20 | N. Veliky | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 11/05/20 | H. Zimmer | B190 | Confer with Nicholas Veliky concerning review of documents produced in adversary proceeding. | 0.20 |
| 11/05/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft chart summarizing information from same. | 1.10 |
| 11/05/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft chart summarizing information from same. | 3.10 |
| 11/06/20 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas. | 1.60 |
| 11/06/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.60 |
| 11/06/20 | R. Quigley | B190 | Analyze and code documents in productions. | 5.50 |
| 11/06/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.10 |
| 11/06/20 | H. Zimmer | B190 | Confer with H5 concerning UBS production. | 0.10 |
| 11/08/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.10 |
| 11/09/20 | K. Kolb | B190 | Supervise second level review and analyze key documents produced in response to subpoenas. | 0.20 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 4

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 11/09/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.10 |
| 11/09/20 | G. Fromer | B190 | Conduct second level review of documents related to pre-Seritage transactions. | 2.70 |
| 11/09/20 | R. Quigley | B190 | Analyze and code documents in productions. | 7.20 |
| 11/09/20 | H. Zimmer | B190 | Analyze documents produced in the adversary proceeding. | 1.00 |
| 11/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 11/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and review comments by Gabrielle Fromer in connection with same. | 0.20 |
| 11/09/20 | H. Zimmer | B190 | Review communication from GF concerning document produced in adversary proceeding and review document produced in adversary proceeding. | 0.20 |
| 11/10/20 | C. Carty | B190 | Review and analyze key documents and analyze potential claims. | 1.70 |
| 11/10/20 | K. Kolb | B190 | Analyze key documents and supervise second level review. | 0.70 |
| 11/10/20 | K. Kolb | B190 | Analyze documents produced by debtors' professionals in response to subpoena. | 0.60 |
| 11/10/20 | C. Anderson | B190 | Review document production for relevant documents and issues. | 3.60 |
| 11/10/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.60 |
| 11/10/20 | R. Quigley | B190 | Analyze and code documents in productions. | 5.20 |
| 11/10/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.40 |
| 11/10/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/10/20 | H. Zimmer | B190 | Confer with Chris Carty concerning review of documents produced in adversary proceeding and case status. | 0.10 |
| 11/11/20 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas. | 1.20 |
| 11/11/20 | C. Anderson | B190 | Review document production for relevant documents and issues. | 2.70 |
| 11/11/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.60 |
| 11/11/20 | G. Fromer | B190 | Review email from Heather Zimmer regarding focus of document review. | 0.10 |
| 11/11/20 | G. Fromer | B190 | Conduct second level review of documents related to pre-Seritage transactions. | 0.90 |
| 11/11/20 | R. Quigley | B190 | Analyze and code documents in productions. | 2.10 |
| 11/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.00 |
| 11/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 11/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft chart incorporating information from same. | 0.50 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 5

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 11/11/20 | H. Zimmer | B190 | Confer with Kyle Kolb on review of documents produced in adversary proceeding and e-mail Herrick Team regarding progress of review of documents. | 0.20 |
| 11/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 11/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 11/12/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.40 |
| 11/12/20 | G. Fromer | B190 | Conduct second level review of documents related to pre-Seritage transactions. | 0.20 |
| 11/12/20 | R. Quigley | B190 | Analyze and code documents in productions. | 3.00 |
| 11/12/20 | S. Stockman | B190 | Continue 2L review of documents. | 5.30 |
| 11/12/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.90 |
| 11/12/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and incorporate information from same into chart. | 1.50 |
| 11/12/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and incorporate information from same into chart. | 3.10 |
| 11/12/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 11/12/20 | H. Zimmer | B190 | Confer with Kyle Kolb concerning Blackstone subpoena. | 0.10 |
| 11/12/20 | L. Schepp | B190 | Revise second level searches for attorney review. | 0.30 |
| 11/13/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.60 |
| 11/13/20 | G. Fromer | B190 | Conduct second level review of documents related to pre-Seritage transactions. | 1.40 |
| 11/13/20 | R. Quigley | B190 | Analyze and code documents in productions. | 4.40 |
| 11/13/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.00 |
| 11/13/20 | H. Zimmer | B190 | Analayze documents produced in adversary proceeding. | 2.00 |
| 11/13/20 | H. Zimmer | B190 | Email counsel for Blackstone with regard to their production in response to the subpoena served on them. | 0.10 |
| 11/13/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and incorporate information into chart. | 2.70 |
| 11/13/20 | H. Zimmer | B190 | Email Kyle Kolb and Chris Carty concerning Blackstone subpoena. | 0.10 |
| 11/13/20 | H. Zimmer | B190 | Analyze email from counsel for Blackstone concerning subpoena. | 0.10 |
| 11/14/20 | H. Zimmer | B190 | Email counsel for Blackstone concerning subpoena. | 0.10 |
| 11/14/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.10 |
| 11/15/20 | C. Carty | B190 | Analyze issues related to motion for stay. | 1.50 |
| 11/15/20 | C. Carty | B190 | Review draft stipulation regarding partial stay. | 0.50 |
| 11/15/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.10 |
| 11/15/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 11/16/20 | C. Carty | B190 | Call with D. Chapman regarding status of litigation. | 0.40 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 6

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 11/16/20 | K. Kolb | B190 | Supervise second level review and analyze documents produced by professionals. | 1.40 |
| 11/16/20 | K. Kolb | B190 | Analyze issues related to stay motion. | 0.20 |
| 11/16/20 | C. Anderson | B190 | Review document production for relevant documents and issues. | 0.90 |
| 11/16/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.40 |
| 11/16/20 | G. Fromer | B190 | Conduct second level review of documents related to pre-Seritage transactions. | 4.00 |
| 11/16/20 | G. Fromer | B190 | Email Kyle Kolb regarding document review. | 0.10 |
| 11/16/20 | G. Fromer | B190 | Review internal memo on background of related party financings to prepare to review documents related to related party financings. | 0.50 |
| 11/16/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 1.50 |
| 11/16/20 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 2.10 |
| 11/16/20 | R. Quigley | B190 | Review and code documents in productions. | 6.10 |
| 11/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.50 |
| 11/16/20 | H. Zimmer | B190 | Confer with Kyle Kolb, Gabrielle Fromer, and Daniel Field concerning review of documents produced in adversary proceeding. | 0.10 |
| 11/16/20 | H. Zimmer | B190 | Analyze email and attachments from Akin Gump to Judge Drain and counsel concerning litigation status and stipulation. | 0.20 |
| 11/16/20 | H. Zimmer | B190 | Analyze email and attachments from Chris Carty concerning case status. | 0.40 |
| 11/16/20 | H. Zimmer | B190 | Confer with counsel for Blackstone and Wilmer Hale concerning subpoena to Blackstone. | 0.10 |
| 11/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.40 |
| 11/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 11/17/20 | C. Carty | B190 | Meet and confer call with Blackstone re third party subpoena and prepare for same. | 0.70 |
| 11/17/20 | C. Carty | B190 | Call with Sears team re update re temporary stay and status of document review. | 0.50 |
| 11/17/20 | S. O'Donnell | B185 | Team call. | 0.30 |
| 11/17/20 | K. Kolb | B190 | Supervise second level review. | 0.40 |
| 11/17/20 | K. Kolb | B190 | Prepare for and attend meet and confer with Blackstone's counsel | 0.50 |
| 11/17/20 | K. Kolb | B190 | Discuss stay and discovery status. | 0.30 |
| 11/17/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.60 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 7

| Date | Name | Task Code | Narrative | Hours |
|------|------|-----------|-----------|-------|
| 11/17/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 2.20 |
| 11/17/20 | G. Fromer | B190 | Review email from Kyle Kolb regarding document review. | 0.10 |
| 11/17/20 | E. Plowman | B190 | Review and analyze docs in adversary proceeding. | 2.20 |
| 11/17/20 | R. Quigley | B190 | Analyze and code documents in productions. | 1.60 |
| 11/17/20 | H. Zimmer | B190 | Analyze email from Kyle Kolb regarding status of review of documents produced in adversary proceeding and confer with KK on same | 0.10 |
| 11/17/20 | H. Zimmer | B190 | Confer with Chris Carty and Kyle Kolb on Blackstone subpoena and status. | 0.10 |
| 11/17/20 | H. Zimmer | B190 | Confer with Chris Carty and Kyle Kolb concerning status of litigation and discovery. | 0.20 |
| 11/17/20 | H. Zimmer | B190 | Draft and revise notes from call with Ropes & Gray and WilmerHale on Blackstone subpoena. | 0.20 |
| 11/17/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 11/17/20 | H. Zimmer | B190 | Conference call with Ropes & Gray and WilmerHale on Blackstone subpoena. | 0.30 |
| 11/17/20 | H. Zimmer | B190 | Prepare for and attend conference call with Chris Carty, Sean O'Donnell, and Kyle Kolb concerning case status. | 0.40 |
| 11/17/20 | H. Zimmer | B190 | Email WLRK in connection with status of production in response to subpoena. | 0.10 |
| 11/17/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/17/20 | H. Zimmer | B190 | Confer with Chris Carty and Kyle Kolb on status of negotiations with WLRK and Blackstone for productions to subpoena served on them. | 0.20 |
| 11/18/20 | K. Kolb | B190 | Analyze key documents produced by debtor's professionals | 0.30 |
| 11/18/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.90 |
| 11/18/20 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 2.10 |
| 11/18/20 | R. Quigley | B190 | Analyze and code documents in productions. | 7.20 |
| 11/18/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 4.00 |
| 11/18/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.00 |
| 11/18/20 | H. Zimmer | B190 | Analyze email from Wachtell concerning production in response to subpoena. | 0.10 |
| 11/19/20 | K. Kolb | B190 | Supervise second level review. | 0.30 |
| 11/19/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.00 |
| 11/19/20 | G. Fromer | B190 | Conduct second level review of documents relating to related party financing transactions. | 1.40 |
| 11/19/20 | R. Quigley | B190 | Analyze and code documents in productions. | 6.40 |
| 11/19/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.70 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 8

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 11/19/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.70 |
| 11/19/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.60 |
| 11/20/20 | K. Kolb | B190 | Supervise second level review and analyze key documents produced in response to subpoenas | 0.80 |
| 11/20/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.10 |
| 11/20/20 | G. Fromer | B190 | Conduct second level review of documents relating to related party financing transactions. | 1.90 |
| 11/20/20 | R. Quigley | B190 | Analyze and code documents in productions. | 4.60 |
| 11/20/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.10 |
| 11/20/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and update review memoranda | 2.10 |
| 11/21/20 | R. Quigley | B190 | Analyze and code documents in productions. | 3.50 |
| 11/21/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.60 |
| 11/22/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.90 |
| 11/22/20 | R. Quigley | B190 | Analyze and code documents in productions. | 2.40 |
| 11/22/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 11/22/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.80 |
| 11/23/20 | K. Kolb | B190 | Analyze key documents produced by debtors' professionals. | 4.00 |
| 11/23/20 | K. Kolb | B190 | Email to opposing counsel regaridng subpoena compliance. | 0.10 |
| 11/23/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.60 |
| 11/23/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 1.70 |
| 11/23/20 | R. Quigley | B190 | Analyze and code documents in productions. | 9.60 |
| 11/24/20 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas. | 2.20 |
| 11/24/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.40 |
| 11/24/20 | R. Quigley | B190 | Analyze and code documents in productions. | 3.90 |
| 11/24/20 | S. Stockman | B190 | Continue 2LR review. | 0.90 |
| 11/24/20 | H. Zimmer | B190 | Analyze email from Kyle Kolb to Blackstone with regard to subpoena production. | 0.10 |
| 11/25/20 | C. Carty | B190 | Analyze potential claims and causes of action; review and analyze key documents. | 4.20 |
| 11/25/20 | R. Quigley | B190 | Analyze and code documents in productions. | 9.80 |
| 11/25/20 | S. Stockman | B190 | Continue 2L review. | 2.60 |
| 11/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.80 |
| 11/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.30 |
| 11/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/26/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |



Invoice Number: 540525
Matter Number: 19609.0002
Page: 9

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 11/26/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/27/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.00 |
| 11/27/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.90 |
| 11/27/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 11/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.10 |
| 11/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 11/29/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.10 |
| 11/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 4.00 |
| 11/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.40 |
| 11/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.70 |
| 11/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.40 |
| 11/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.00 |
| 11/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 11/30/20 | C. Carty | B190 | Analyze potential claims and causes of action; review and analyze key documents. | 1.40 |
| 11/30/20 | K. Kolb | B190 | Supervise second level review and analyze key documents. | 0.30 |
| 11/30/20 | C. Anderson | B190 | Review and analyze document production for relevant issues and documents. | 0.60 |
| 11/30/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.40 |
| 11/30/20 | G. Fromer | B190 | Discuss document review with Elizabeth Plowman. | 0.20 |
| 11/30/20 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 4.40 |
| 11/30/20 | R. Quigley | B190 | Analyze and code documents in productions. | 8.90 |
| 11/30/20 | H. Zimmer | B190 | Confer with Elizabeth Plowman and Kyle Kolb concerning review of documents produced in adversary proceeding. | 0.20 |
| 11/30/20 | H. Zimmer | B190 | Confer with Chris Carty on fee application. | 0.10 |
| 11/30/20 | H. Zimmer | B190 | Review email from counsel for Blackstone concerning production in response to subpoena and confer with Kyle Kolb on same. | 0.10 |
| 11/30/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.60 |
| 11/30/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 15.90 |

**TOTAL**    **$169,588.50**

 HERRICK

Invoice Number: 540525
Matter Number: 19609.0002
Page: 10

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Anderson | 7.80 | 415.00 | 3,237.00 |
| C. Carty | 14.20 | 785.00 | 11,147.00 |
| D. Field | 45.30 | 435.00 | 19,705.50 |
| G. Fromer | 22.40 | 420.00 | 9,408.00 |
| K. Kolb | 26.30 | 610.00 | 16,043.00 |
| S. O'Donnell | 0.30 | 1,025.00 | 307.50 |
| E. Plowman | 10.80 | 420.00 | 4,536.00 |
| R. Quigley | 109.40 | 420.00 | 45,948.00 |
| L. Schepp | 4.50 | 335.00 | 1,507.50 |
| S. Stockman | 12.60 | 435.00 | 5,481.00 |
| N. Veliky | 0.70 | 470.00 | 329.00 |
| H. Zimmer | 119.40 | 435.00 | 51,939.00 |
| **TOTAL** | **373.70** | | **$169,588.50** |

## DISBURSEMENTS:

| | Amount |
|---|---|
| Messenger | 65.50 |
| Online Research | 361.55 |
| Pacer Charges | 40.90 |
| **TOTAL:** | **$467.95** |

## PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 358158 | 08/24/20 | 114,394.47 | 91,935.87 | 22,458.60 |
| 538312 | 10/22/20 | 330,797.92 | 265,261.82 | 65,536.10 |
| 539161 | 11/12/20 | 221,704.24 | 0.00 | 221,704.24 |
| | | | **Total Outstanding** | **$309,698.94** |

**Exhibit D**

**Disbursement Summary**

| | |
|---|---:|
| Duplication | $2.52 |
| E-Discovery Data Hosting | $115.00 |
| Online Research | $394.01 |
| Messenger | $65.50 |
| Other | $70.00 |
| Pacer Charges | $77.2 |
| Professional Fees – Consultant Fees | $15,075.00 |
| **Total** | **$15,799.23** |

## Exhibit E

**Itemized Disbursement**

## 19609.0001 Itemized disbursements

| Disbursement Details | Date ▲ | Disb Code | Bill Amount | Narrative | Bill Disb Code | Actual Timekeeper | B |
|---|---|---|---|---|---|---|---|
| Disb ID:  9214826 | 10/7/2020 | Pacer charges (074) | $36.30 | Vendor: Pacer Service Center; Invoice#: 2560425-Q32020; Date: 10/7/2020 - Various court search charges - 3rd quarter 2020. | Pacer charges (074) | O'Donnell, Sean E. (1279) | |
| Disb ID:  9212529 | 10/16/2020 | Miscellaneous (099) | $70.00 | MERCHANT: COURTSOLUTIONS, Date: 10/16/2020 | Miscellaneous (099) | O'Donnell, Sean E. (1279) | |
| Disb ID:  9213130 | 11/1/2020 | Online research - West (075) | $16.23 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843263233; Date: 11/1/2020 | Online research - West (075) | Kolb, Kyle (1326) | |
| Disb ID:  9213131 | 11/1/2020 | Online research - West (075) | $16.23 | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 0843263233; Date: 11/1/2020 | Online research - West (075) | Kolb, Kyle (1326) | |
| Disb ID:  9214333 | 11/19/2020 | Printing (080) | $2.52 | ▓ | Printing (080) | Carty, Christopher (1309) | |
| Disb ID:  9215305 | 11/24/2020 | Printing (080) | $0.00 | ▓ | Printing (080) | Carty, Christopher (1309) | |
| Disb ID:  9215811 | 11/30/2020 | E-Discovery Data Hosting per Gig Charge (116) | $15.00 | | E-Discovery Data Hosting per Gig Charge (116) | Herrick, Feinstein - Firm (0000) | |
| Disb ID:  9215710 | 11/30/2020 | E-Discovery Data Hosting Minimum Charge (115) | $100.00 | Simon Property Group - Sears Bankruptcy | E-Discovery Data Hosting Minimum Charge (115) | Herrick, Feinstein - Firm (0000) | |
| Disb ID:  9217547 | 12/1/2020 | Expert Witness Fees (026) | $15,075.00 | Vendor: Capital Market Risk Advisors; Invoice#: 2020-00272; Date: 12/1/2020 | Expert Witness Fees (026) | O'Donnell, Sean E. (1279) | |



Invoice ID: 2020-00272
Account number: 26
Project Id: 26
Invoice date: December 1, 2020

Capital Market Risk Advisors
4851 Tamiami Trail North
Suite 243
Naples, FL 34103
Attn: Accounting


Kyle Kolb

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

| Invoice Total | | | $15,075.00 |
|---|---|---|---|

**See attached spreadsheet for invoice specification.**

| NAME | AVERAGE RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| Nie | 400.00 | 20.5 | 8,200.00 |
| Niculescu | 1,250.00 | 5.5 | 6,875.00 |
| **Grand Total** | **$709.09** | **26.0** | **$15,075.00** |


Please note the total unpaid balance to date is $238,437.50

Please remit payment with the statement number to Capital Market Risk Advisors at
the address listed above or via wire.  Contact QBTeam@advancedprofessional.net
for wire instructions.