## **EXHIBIT A**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                December 10, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                       Invoice No. 20201204574
1675 Broadway, 19th Floor
New York, NY 10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $10,116.00 |
| **Total Invoice Amount** | **$10,116.00** |

| 071820.02 - 00315861 | December 10, 2020 |
|---|---|
| Vincent J. Marriott, III | Invoice No. 20201204574 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 11/02/20 | Comprehensive review and analysis of Stout Risius and Deloitte interim and final fee and expense applications, to identify prospective objections and prepare preliminary reports (1.90); telephone conferences and correspondence with T. Daluz and C. McClamb regarding same and related settlement negotiations (.20). | 1,405.00 | 2.10 | 2,950.50 |
| Harner,P.E. | 11/09/20 | Draft, review and revise correspondence to R. Young regarding report on and objections to final Deloitte and Touche fee and expense application (.50); review and analyze background materials regarding same (1.40); correspondence and telephone conferences with V. Marriott and C. McClamb regarding same and ongoing fee application review (.20). | 1,405.00 | 2.10 | 2,950.50 |
| Harner,P.E. | 11/10/20 | Telephone conferences and correspondence with R. Young and T. Daluz regarding review of and fee examiner's report on final Deloitte fee and expense application. | 1,405.00 | 0.40 | 562.00 |
| Harner,P.E. | 11/11/20 | Telephone conferences and correspondence with T. Lii and C. McClamb regarding review of Paul Weiss interim fee and expense application. | 1,405.00 | 0.30 | 421.50 |
| Harner,P.E. | 11/30/20 | Review, analyze and prepare comprehensive comments on draft fee examiner's report on third, fourth and fifth interim Akin Gump fee and expense applications and supporting exhibits (2.10); extended telephone conference with V. Marriott regarding same (.20). | 1,405.00 | 2.30 | 3,231.50 |
| **Total B170** | | | | 7.20 | 10,116.00 |
| **Total Fees** | | | | 7.20 | $10,116.00 |

071820.02 - 00315861  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201204574

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Harner,P.E. | 7.20 | 1,405.00 | 10,116.00 |
| **Total Fees** | **7.20** | | **$10,116.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY 10019

December 10, 2020
Invoice No. 20201204574

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020

**REMITTANCE ADVICE**

| | |
|---|---|
| Professional Fees | $10,116.00 |
| **Total Invoice Amount** | **$10,116.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days