**EXHIBIT B**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner  
1675 Broadway  
New York, NY 10019

December 10, 2020  
Invoice No. 20201204573

Client:     Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $48,565.00 |
| **Total Invoice Amount** | **$48,565.00** |

071820.03 -  00317415  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201204573

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 11/06/20 | Attend to monthly fee application. | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 11/06/20 | Emails with T. Daluz re: monthly fee application | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 11/09/20 | Attend to monthly fee application. | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 11/10/20 | Review and revise monthly fee application. | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 11/11/20 | Oversee filing of monthly fee application. | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 11/11/20 | Emails with T. Daluz re: monthly fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 11/11/20 | Review and edit 17th monthly fee application | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 11/11/20 | Prepare information for interim fee application | 495.00 | 3.20 | 1,584.00 |
| McClamb,C.D. | 11/12/20 | Prepare information for interim fee application | 495.00 | 1.40 | 693.00 |
| Daluz,T.M. | 11/16/20 | Attend to interim fee application. | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 11/19/20 | Review and revise interim fee application. | 940.00 | 4.50 | 4,230.00 |
| McClamb,C.D. | 11/19/20 | Emails with T. Daluz re: interim fee application | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 11/20/20 | Emails with T. Daluz re: interim fee application | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 11/23/20 | Review issues related to interim fee application. | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 11/23/20 | Prepare information for interim fee application | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 11/23/20 | Emails with T. Daluz re: interim fee application | 495.00 | 0.20 | 99.00 |
| **Total B160** | | | | **15.60** | **11,326.50** |

071820.03 - 00317415  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201204573

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Pollard,C.P. | 11/02/20 | Prepare fee exhibits for Stout (3/1/2019 - 6/30/2019) | 320.00 | 0.60 | 192.00 |
| Daluz,T.M. | 11/02/20 | Review and analyze Deloitte tax response. | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 11/02/20 | Review and analyze Stout Risius exhibits and summary. | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 11/02/20 | Emails with C. Pollard re: Stout Risius exhibits | 495.00 | 0.20 | 99.00 |
| Jimenez,C. | 11/02/20 | Update exhibits and review additional fees and expense entries for preliminary report addressing Akin's third, fourth, and fifth fee applications | 415.00 | 6.00 | 2,490.00 |
| Marriott, III,V.J. | 11/03/20 | Attend to Akin preliminary report | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 11/03/20 | Review exhibits and summary of Deloitte issues in context of final fee application. | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 11/03/20 | Emails with P. Harner re: ASK hourly fee application review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 11/03/20 | Quality check Deloitte & Touche fee entry review | 495.00 | 2.60 | 1,287.00 |
| McClamb,C.D. | 11/03/20 | Prepare Deloitte & Touche exhibits for final fee application | 495.00 | 2.80 | 1,386.00 |
| McClamb,C.D. | 11/03/20 | Emails with P. Harner and T. Daluz re: Deloitte & Touche final fee application | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 11/03/20 | Emails with K. Casteel re: ASK hourly fee application review | 495.00 | 0.30 | 148.50 |
| Blessing,B. | 11/03/20 | Revise and update exhibits for preliminary report regarding second, third, fourth, and fifth interim fee applications of Weil, Gotshal & Manges LLP. | 175.00 | 1.00 | 175.00 |
| Jimenez,C. | 11/03/20 | Review and update additional exhibits for preliminary report addressing Akin's third, fourth, and fifth fee applications | 415.00 | 0.30 | 124.50 |
| Daluz,T.M. | 11/04/20 | Conference call with P. Harner and C. McClamb regarding Deloitte & Touche, Deloitte Tax and Stout Risius. | 940.00 | 1.00 | 940.00 |

Page 3

071820.03 - 00317415  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201204573

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 11/04/20 | Emails with P. Harner and T. Daluz re: status of fee review | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 11/04/20 | Meeting with P. Harner and T. Daluz re: status of fee review | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 11/04/20 | Review and prepare exhibits for Deloitte and Touche final fee application | 495.00 | 7.10 | 3,514.50 |
| Jimenez,C. | 11/04/20 | Revise exhibits and revise preliminary report addressing Akin's third, fourth, and fifth fee applications | 415.00 | 4.90 | 2,033.50 |
| Daluz,T.M. | 11/05/20 | Prepare summary of strategy regarding Deloitte Tax. | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 11/05/20 | Emails with T. Daluz re: Deloitte Tax preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 11/05/20 | Prepare exhibits for Stout Risius second interim application | 495.00 | 2.60 | 1,287.00 |
| Blessing,B. | 11/05/20 | Revise and update exhibits for preliminary report regarding second, third, fourth, and fifth interim fee applications of Weil, Gotshal & Manges LLP. | 175.00 | 0.50 | 87.50 |
| McClamb,C.D. | 11/08/20 | Prepare exhibits for Deloitte & Touche final fee application | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 11/08/20 | Summarize issues for Deloitte & Touche final fee application | 495.00 | 0.80 | 396.00 |
| Daluz,T.M. | 11/09/20 | Attend to issues regarding Deloitte and Touche and Deloitte Tax counter-proposals. | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 11/09/20 | Prepare and update status chart of fee review | 495.00 | 1.50 | 742.50 |
| Jimenez,C. | 11/09/20 | Analyze third, fourth, and fifth fee applications for additional details regarding specific fee and expense requests needed to prepare preliminary report | 415.00 | 3.20 | 1,328.00 |
| Marriott, III,V.J. | 11/10/20 | Review schedule for Deloitte | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 11/10/20 | Emails with P. Harner and R. Young re: Deloitte & Touche final fee application | 495.00 | 0.20 | 99.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201204573

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 11/10/20 | Emails with P. Harner, V. Marriott and T. Daluz re: continued hearing on Deloitte & Touche final fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 11/10/20 | Review and edit FTI preliminary report | 495.00 | 3.20 | 1,584.00 |
| McClamb,C.D. | 11/10/20 | Emails with P. Harner, V. Marriott and R. Young re: Deloitte & Touche final fee application | 495.00 | 0.40 | 198.00 |
| Jimenez,C. | 11/10/20 | Revise preliminary report addressing third, fourth, and fifth Akin fee applications and update exhibits consistent with revisions | 415.00 | 4.60 | 1,909.00 |
| Daluz,T.M. | 11/11/20 | Attend to issues regarding Deloitte and Deloitte Tax. | 940.00 | 1.00 | 940.00 |
| Marriott, III,V.J. | 11/12/20 | Review correspondence re: Paul Weiss Report | 1,035.00 | 0.20 | 207.00 |
| Marriott, III,V.J. | 11/12/20 | Review budget estimate | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 11/12/20 | Emails with T. Lii re: Paul Weiss preliminary report | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 11/13/20 | Review status chart. | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 11/13/20 | Confer with M. Vesper re: review assignments | 495.00 | 0.50 | 247.50 |
| Vesper,M.A. | 11/13/20 | Phone call with C. McClamb re: fee review assignment and instructions | 375.00 | 0.30 | 112.50 |
| Blessing,B. | 11/13/20 | Revise and update exhibits for preliminary report regarding second, third, fourth, and fifth interim fee applications of Weil, Gotshal & Manges LLP. | 175.00 | 1.00 | 175.00 |
| Marriott, III,V.J. | 11/16/20 | Review recent filings | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 11/16/20 | Emails with M. Vesper re: preparation for fee review | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 11/16/20 | Emails with T. Daluz re: FTI preliminary report | 495.00 | 0.50 | 247.50 |
| Vesper,M.A. | 11/16/20 | Read Sears docket entry 3307, fee examiner appointment order to prepare for fee review assignment | 375.00 | 0.30 | 112.50 |

Page 5

071820.03 -  00317415                                                       December 10, 2020
Vincent J. Marriott, III                                                   Invoice No. 20201204573

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 11/16/20 | Read Sears docket entry 796, interim compensation order to prepare for fee review assignment | 375.00 | 0.20 | 75.00 |
| Vesper,M.A. | 11/16/20 | Read united states trustee guidelines for fee applications to prepare for fee review assignment | 375.00 | 0.80 | 300.00 |
| Vesper,M.A. | 11/16/20 | Read fee examiner's first preliminary report re: first interim fee and expense application of Weil, Gotshal & Manges LLP to prepare for fee review assignment | 375.00 | 1.00 | 375.00 |
| Vesper,M.A. | 11/16/20 | Read amended guidelines for fees and disbursements for professionals in southern district of New York bankruptcy cases | 375.00 | 0.50 | 187.50 |
| Jimenez,C. | 11/16/20 | Revise exhibits and preliminary report for Akin's third, fourth, and fifth fee applications | 415.00 | 1.70 | 705.50 |
| Marriott, III,V.J. | 11/17/20 | Review status of Akin preliminary report | 1,035.00 | 0.20 | 207.00 |
| Marriott, III,V.J. | 11/17/20 | Review recent filings | 1,035.00 | 0.10 | 103.50 |
| Daluz,T.M. | 11/17/20 | Work on FTI preliminary report and review of exhibits. | 940.00 | 1.50 | 1,410.00 |
| Jimenez,C. | 11/17/20 | Revise and make final edits to preliminary report and exhibits for Akin third, fourth, and fifth fee applications | 415.00 | 1.80 | 747.00 |
| Marriott, III,V.J. | 11/19/20 | Review and revise Akin report | 1,035.00 | 0.70 | 724.50 |
| Jimenez,C. | 11/19/20 | Update preliminary report regarding Akin third, fourth, and fifth fee applications and begin finalizing exhibits | 415.00 | 0.50 | 207.50 |
| Marriott, III,V.J. | 11/23/20 | Finalize preliminary report | 1,035.00 | 0.30 | 310.50 |
| Daluz,T.M. | 11/23/20 | FTI exhibit review. | 940.00 | 1.70 | 1,598.00 |
| Daluz,T.M. | 11/25/20 | Revise FTI report. | 940.00 | 1.50 | 1,410.00 |
| **Total B170** | | | | 69.00 | 37,238.50 |
| **Total Fees** | | | | 84.60 | **$48,565.00** |

071820.03 - 00317415  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201204573

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 19.00 | 940.00 | 17,860.00 |
| Marriott, III,V.J. | 2.50 | 1,035.00 | 2,587.50 |
| McClamb,C.D. | 33.90 | 495.00 | 16,780.50 |
| Jimenez,C. | 23.00 | 415.00 | 9,545.00 |
| Vesper,M.A. | 3.10 | 375.00 | 1,162.50 |
| Pollard,C.P. | 0.60 | 320.00 | 192.00 |
| Blessing,B. | 2.50 | 175.00 | 437.50 |
| **Total Fees** | **84.60** | | **$48,565.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                              December 10, 2020
1675 Broadway                                               Invoice No. 20201204573
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $48,565.00 |
| **Total Invoice Amount** | **$48,565.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days