**Exhibit C**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                      December 10, 2020
1675 Broadway                                                       Invoice No. 20201205827
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)
Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Disbursements | $420.75 |
| **Total Invoice Amount** | **$420.75** |

071820.03 - 00317415  
Vincent J. Marriott, III

December 10, 2020  
Invoice No. 20201205827

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 11/02/20 | Lexis Research | 420.75 |
| **Total Disbursements** | | **$420.75** |

071820.03 - 00317415  
Vincent J. Marriott, III

December 10, 2020

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                                      December 10, 2020
1675 Broadway                                                                                                 Invoice No. 20201205827
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020

**REMITTANCE ADVICE**

| | |
|---|---:|
| Disbursements | $420.75 |
| **Total Invoice Amount** | **$420.75** |

*REMITTANCE* (watermark)

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days