DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander, Esq. (dhw@dhclegal.com)
Alexander R. Tiktin, Esq. (art@dhclegal.com)
*Attorneys for Pearl Global Industries Ltd.*

**Hearing Date and Time:**
January 21, 2021 at 10:00 a.m.
**Objection Deadline:**
January 6, 2021 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

In re:                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al*.,                      Case No. 18-23538 (RDD)

        Debtor.                                   (Jointly Administered)

--------------------------------------------------------- X

### NOTICE OF HEARING ON APPLICATION OF PEARL GLOBAL INDUSTRIES LTD. FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES PURSUANT TO BANKRUPTCY CODE SECTIONS 503(b)(3)(D) AND 503(b)(4)

**PLEASE TAKE NOTICE** that a hearing on the *Application by Pearl Global Industries Ltd. for Allowance and Payment of Fees and Expenses Pursuant to Bankruptcy Code Section 503(b)(4)* [Doc. 9130] (the "Application") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "Bankruptcy Court"), on January 21, 2021 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, shall be filed with the Court electronically in accordance with General Order M-399, and shall be served in accordance with

the Amended Order Implementing Certain Notice and Case Management Procedures (the
"Amended Case Management Order"), entered on November 1, 2018 (Docket No. 405), so as to
be so filed and received no later than January 6, 2021 at 4:00 p.m. (Eastern Time) (the "Objection
Deadline").

Dated: New York, New York
December 16, 2020

DAVIDOFF HUTCHER & CITRON LLP

By: /s/ David H. Wander
    David H. Wander, Esq.
    Alexander R. Tiktin, Esq.
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
art@dhclegal.com
*Attorneys for Pearl Global Industries Ltd.*