**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                            :

                                                  :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,          :

                                                  :        **Case No. 18-23538 (RDD)**

                                                  :

            Debtors.[1]                           :        **(Jointly Administered)**

---------------------------------------------------------------x


## AFFIDAVIT OF SERVICE

I, Rohany Tejada, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail and email on the Core Parties Service List attached hereto as **Exhibit A**; and on GW PROPERTY GROUP, LLC (MML ID: 11413352), Attn: Jeremy Forman, 2211 North Elston Avenue, Suite 304, Chicago, IL 60614 [jeremy@gwproperties.com]; and (2) via overnight mail on the Chambers of Honorable Robert Drain, US Bankruptcy Court SDNY, 300 Quarropas Street Rm 248, White Plains, NY 10601; and on Office of the U.S. Trustee Region 2, Attn P Schwartzberg R Morrissey, 201 Varick St, Ste 1006, New York, NY 10014:

- Notice of De Minimis Asset Sale for Kmart Store # 30901 (Lansing, IL)
  [Docket No. 9174]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 16, 2020

*/s/ Rohany Tejada*
Rohany Tejada

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 16, 2020, by Rohany Tejada, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 49048

# **Exhibit A**

Exhibit A

Core Parties Service List

Served via First Class Mail and Email

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | New York | NY | 10036 | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | Boston | MA | 02110 | ksimard@choate.com; jmarshall@choate.com |
| Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo | 2 Park Avenue | New York | NY | 10016 | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; CCarty@herrick.com; JDAngelo@herrick.com; KKolb@herrick.com |
| Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow | 1407 Broadway - 39th Floor | New York | NY | 10018 | jchou@moritthock.com; tberkowitz@moritthock.com; dmarlow@moritthock.com |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Earnest Bacon | 620 8th Avenue | New York | NY | 10018 | emfox@seyfarth.com; ebacon@seyfarth.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq. | 4 Times Square | New York | NY | 10036 | Paul.Leake@skadden.com; Shana.Elberg@skadden.com |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1