## EXHIBIT I

Affidavit of Camille N. Somoza Castelló

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors[1]. | (Jointly Administered) |

### AFFIDAVIT OF APPLICANT IN SUPPORT OF
### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Camille N. Somoza Castelló, of legal age, single, attorney and resident of San Juan, Puerto Rico, declare as follows under penalty of perjury:

1. I am a Senior Associate of the firm Ferraiuoli, LLC, which has its principal office at 221 Ponce de Leon Avenue, Suite 500, San Juan, Puerto Rico 00917.

2. Ferraiuoli, LLC has a secondary office at 390 N. Orange Avenue, Suite 2300, Orlando, Florida, 32801.

3. This Declaration is being submitted in connection with the Motion for Admission to Practice, *Pro Hac Vice* on behalf of Deportes Salvador Colom Inc. ((Adv. Case No. 20-06667), Majestique

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Corporation (Adv. Case No. 20-06719), and any other creditors that retain me (the "Clients") in the captioned case and in any and all adversary proceedings and contested matters in which any of the Clients is or may become a party.

4.      I certify that (a) I have not ever been convicted of a felony; (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; (c) there are not are any disciplinary proceedings presently against me; and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c).

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,
San Juan, Puerto Rico
Dated: December 1st, 2020.

By: Camille N. Somoza Castelló
USDC-PR No. 302908
csomoza@ferraiuoli.com

Attorneys for Creditor
*Deportes Salvador Colom Inc., and
Majestique Corporation*

Affidavit No. 774

Sworn and subscribed before me on the 1st day of December, 2020, by Camille N. Somoza Castelló, in her capacity as senior associate of Ferraiuoli LLC, under the aforementioned personal circumstances, whom I personally know.



NOTARY PUBLIC