# EXHIBIT II

Good Standing Certificate of Camille N. Somoza
Puerto Rico Supreme Court

# Commonwealth of Puerto Rico
## Supreme Court
### San Juan, Puerto Rico

# Certificate of Good Standing

This is to certify that on the 20th day of February, 2015

*Camille Nahir Somoza-Castelló*

was duly licensed and admitted by this Supreme Court to practice as an Attorney at Law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that, as of this date, **Camille Nahir Somoza-Castelló Esq.** is in Good Standing on the Roll of Attorneys of this Court. On April 24th 2015, **Somoza-Castelló Esq.** was also admitted to practice the notarial profession in Puerto Rico.

In Witness Whereof, I issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 23rd day of November, 2020.

41-240 SELLO DE RENTAS INTERNAS CANCELADO
Núm. 4419-04588549
Funcionario(a)    Fecha 23/11/20

*Dianiris Burgos Díaz*
Assistant Clerk, Supreme Court of Puerto Rico