UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors[1]. | (Jointly Administered) |

### AMENDED MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Sonia E. Colón Colón (the "Applicant"), request to amend my admission *pro hac vice*, before Honorable Robert D. Drain, to represent Santa Rosa Mall, LLC, Luan Investment SE, Deportes Salvador Colom Inc. (Adv. Case No. 20-06667), Majestique Corporation (Adv. Case No. 20-06719), and any other creditors that retain me (the "Clients"), in the captioned case and in any and all adversary proceedings and contested matters in which any of the Clients is or may become a party, and in support, submit as follows:

1. *I certify that I am a member in good standing* of the bar in the State of Florida and the Commonwealth of Puerto Rico, and, the bar of the following jurisdictions:

| Jurisdiction | Year admitted |
|---|---|
| U.S. District Court, District of Puerto Rico | 1998 |
| U.S. Court of Appeals, 1st Circuit | 1998 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| U.S. Bankruptcy Appellate Panel, 1st Circuit | 1998 |
| U.S. Court of Appeals, 11th Circuit | 1999 |
| U.S. District Court, Middle District of Florida | 2008 |
| U.S. District Court, Southern District of Florida | 2014 |
| U.S. District Court, Northern District of Florida | 2015 |
| U.S. District Court, Eastern District of Wisconsin | 2017 |
| U.S. District Court, Eastern District of Texas | 2017 |
| U.S. District Court, District of Columbia | 2019 |

2. In support of this document, the Applicant is submitting an affidavit stating (a) whether the Applicant has ever been convicted of a felony, (b) whether the Applicant has ever been censured, suspended, disbarred or denied admission or readmission by any court, (c) whether there are any disciplinary proceedings presently against the Applicant and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c) (the "Affidavit"). The Affidavit is attached hereto as **Exhibit I**.

3. Also in support of this document, Applicant is submitting Good Standing Certificates from the State of Florida and the Commonwealth of Puerto Rico, which are attached hereto as **Exhibit II** and **Exhibit III**, respectively.

4. I have submitted the filing fee of $200.00 with this *pro hac vice* admission.

Respectfully submitted.
Orlando, Florida
Dated: December 16, 2020.

**Ferraiuoli** LLC
390 N.Orange Avenue
Suite 2300
Orlando, Florida 32801
Phone: (407) 982-7310
Fax: (787) 766-7001

By: Sonia E. Colón Colón
USDC-PR No. 213809
scolon@ferraiuoli.com

Attorneys for Creditor
*Santa Rosa Mall, LLC, Luan Investment SE, Deportes Salvador Colom, Inc., and Majestique Corporation*