# EXHIBIT III

Good Standing Certificate of Sonia E. Colón
Puerto Rico Supreme Court

# Commonwealth of Puerto Rico
## Supreme Court
### San Juan, Puerto Rico

# Certificate of Good Standing

This is to certify that on the 21st day of January, 1998

**Sonia Colón-Colón**

was duly licensed and admitted by this Supreme Court to practice as an Attorney at Law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that, as of this date, **Sonia Colón-Colón Esq.** is in Good Standing on the Roll of Attorneys of this Court.

41-240 SELLO DE RENTAS INTERNAS CANCELADO
Núm. 4019-04588556
Funcionario(a): DBD
Fecha: 23/11/20

In Witness Whereof, I issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 23rd day of November, 2020.

_Dianiris Burgos Díaz_
Assistant Clerk, Supreme Court of Puerto Rico