## EXHIBIT C

## BUDGET

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| July 1, 2020 – July 31, 2020 | $75,000.00 | $75,463.20 |
| August 1, 2020 – August 31, 2020 | $100,000.00 | $91,088.50 |
| September 1, 2020 – September 30, 2020 | $75,000.00 | $67,993.50 |
| October 1, 2020 – October 31, 2020 | $100,000.00 | $114,726.74 |
| **Total** | **$350,000.00** | **$349,271.94** |