**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors[1]. | (Jointly Administered) |

### AMENDED ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the amended motion of Sonia E. Colón (the "Applicant"), to be admitted, ***pro hac vice***, to represent Santa Rosa Mall, LLC, Luan Investment SE, Deportes Salvador Colom Inc., Majestique Corporation, and any other creditors that retain her (the "Clients") in the above-captioned cases and in any and all adversary proceedings and contested matters in which any of the Clients is or may become a party, and upon the Applicant's certification that she is a member in good standing of the bar of the State of Florida and the Commonwealth of Puerto Rico, and the bar of the following jurisdictions:

| Jurisdiction | Date admitted |
|---|---|
| U.S. District Court, District of Puerto Rico | 1998 |
| U.S. Court of Appeals, 1st Circuit | 1998 |
| U.S. Bankruptcy Appellate Panel, 1st Circuit | 1998 |
| U.S. Court of Appeals, 11th Circuit | 1999 |
| U.S. District Court, Middle District of Florida | 2008 |
| U.S. District Court, Southern District of Florida | 2014 |
| U.S. District Court, Northern District of Florida | 2015 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Jurisdiction | Date admitted |
|---|---|
| U.S. District Court, Western District of Texas | 2017 |
| U.S. District Court, Eastern District of Wisconsin | 2017 |
| U.S. District Court, Eastern District of Texas | 2017 |

It is hereby

**ORDERED**, that the Applicant is admitted to practice, ***pro hac vice***, in the above referenced cases and related adversary proceedings to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  December 22, 2020          */s/Robert D. Drain*
     White Plains, New York          THE HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE