Allen G. Kadish
ARCHER & GREINER, P.C.
1211 Avenue of the Americas, Suite 2750
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    Allen G. Kadish, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies:

    I caused to be served true and correct copies of the *Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal* [Docket No. 9192]:

- On December 17, 2020 by electronic mail on the parties identified on the service list attached as <u>Exhibit A</u>, and

- On December 21, 2020 by regular mail on the parties identified on the service list attached as <u>Exhibit B</u>.

Dated: New York, New York
     December 22, 2020

_____
Allen G. Kadish

**Exhibit A**
**Service List**

mschein@vedderprice.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
ketzel@vedderprice.com
jdunn@vedderprice.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com
Craig.Martin@dlapiper.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

**Exhibit B**
**Service List**

Sears Holdings Corporation
Attn:  Stephen Sitley Esq.
          Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn:  Ray C. Schrock, P.C.
          Jacqueline Marcus, Esq.
          Garret A. Fail, Esq.
          Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
U.S. Federal Office Building
Attn:  Paul Schwartzberg, Esq.
          Richard Morrissey, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
          Ira Dizengoff, Esq.
          Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

Vedder Price
Attn:  Michael L. Schein, Esq.
          Joshua A. Dunn, Esq.
          Kevin J. Etzel, Esq.
1633 Broadway, 31st Floor
New York, NY 10019

DLA Piper LLP (US)
Attn: Richard A. Chesley, Esq.
444 West Lake Street, Suite 900
Chicago, IL 60606

219902120v1