# **EXHIBIT B**

Summary and Copies of Invoices

## EXHIBIT B
### Summary and Copies of Invoices

| Customer No. | Customer Name | Invoice Number | Invoice Date | Original Amount Due (USD) | Outstanding Amount Due (USD) |
|---|---|---|---|---|---|
| 8481553 | SEARS - HOMETOWN OUTLET | S600022880 | 1/17/2019 | $247.37 | $247.37 |
| 8481577 | SEARS - AUTO | 1102304354 | 1/17/2019 | $640.05 | $640.05 |
| 27719 | KMART CORPORATION | S600022885 | 1/18/2019 | $48,099.66 | $48,099.66 |
| 37978 | SEARS ROEBUCK & CO | S600022886 | 1/18/2019 | $49,201.04 | $49,201.04 |
| 8481553 | SEARS - HOMETOWN OUTLET | S900081315 | 1/24/2019 | $32,800.22 | $32,800.22 |
| 8481577 | SEARS - AUTO | S900081309 | 1/24/2019 | $2,325.15 | $2,325.15 |
| 27719 | KMART CORPORATION | 1102307885 | 1/26/2019 | $17,005.87 | $17,005.87 |
| 37978 | SEARS ROEBUCK & CO | 1102311437 | 1/26/2019 | $20,721.71 | $20,721.71 |
| 8481553 | SEARS - HOMETOWN OUTLET | 1102311799 | 1/26/2019 | $9,070.23 | $9,070.23 |
| 27719 | KMART CORPORATION | S600023165 | 3/28/2019 | $28,673.34 | $28,673.34 |
| 37978 | SEARS ROEBUCK & CO | S600023166 | 3/28/2019 | $29,768.94 | $29,768.94 |
| 8481553 | SEARS - HOMETOWN OUTLET | S600023170 | 3/28/2019 | $1,423.03 | $1,423.03 |
| 8481577 | SEARS - AUTO | 1102339122 | 3/28/2019 | $12.75 | $12.75 |
| 27719 | KMART CORPORATION | S600023011 | 2/22/2019 | $2,900.92 | $2,900.92 |
| 37978 | SEARS ROEBUCK & CO | S600023015 | 2/22/2019 | $546.07 | $546.07 |
| PR060003PR | SEARS HOME APPLIANCE INSIDE A KMART | 4970 (Puerto Rico) | 1/17/2019 | $487.82 | $487.82 |
| PR055042PR | SEARS HOLDINGS - KMART EQUIPMENT MGMT | 4971 (Puerto Rico) | 1/17/2019 | $4,615.82 | $4,615.82 |
| PR055042PR | SEARS HOLDINGS - KMART EQUIPMENT MGMT | 4974 (Puerto Rico) | 1/23/2019 | $2,501.78 | $2,501.78 |
| PR060003PR | SEARS ROEBUCK & CO | 4975 (Puerto Rico) | 1/23/2019 | $209.07 | $209.07 |

**Total Administrative Expense Claim:**   **$251,250.84**



| SERVICES TO | 7607548 | 4900 FASHION SQ MALL | | |
| | | 4900 FASHION SQ MALL # 4900 | | |
| | | SAGINAW, MI 48604 | | |

| Invoice Number | Invoice Date | Due Date: |
|---|---|---|
| 1102304354 | 17-JAN-19 | 16-FEB-19 |
| NCR REF | NCR ORG | CSR |
| | 201401000 | |
| OM/SR# | | Date of Service |
| 109694220   /   7831905745 | | 17-NOV-18 |
| Purchase Order Number: | | Reference Number: |

**Bill To** 7598719

SEARS - AUTO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com
FOR SERVICE CALL: 1-800-262-7782

Federal Tax I.D.  #31-0387920          ORIGINAL  INVOICE                    PAGE       1    OF    1

| SERVICE TYPE | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 9694-0004-0000 | TRAVEL-Medium Complexity ATMs, Retail, Item Proc | 3.68 | 85.00 | 312.80 |
| 9693-0004-0000 | LABOR-Medium Complexity ATMs, Retail, Item Proc | 3.85 | 85.00 | 327.25 |

PID:7289-3474-9898 SN: DJ9ZMS1/ ( OOS Network issue )

| 6.00 % OF | $.00 | .00 % OF | $.00 | .00 % OF | $.00 | SUBTOTAL | $640.05 |
|---|---|---|---|---|---|---|---|
| STATE TAX | $.00 COUNTY TAX | | $.00 LOCAL TAX | | $.00 | TOTAL TAX | $.00 |
| | | | | | | TOTAL BALANCE DUE | $640.05 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

**NCR**          TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | INVOICE NUMBER: |
|---|---|---|
| SEARS - AUTO | 8481577 | 1102304354 |

Account Name: NCR US Lockbox
Account Number:
Bank Name: Bank of America
ACH ABA/Routing #:

MAIL PAYMENT TO →

NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY          $640.05

0008481577    1102304354    000000064005    1

**NCR** NCR CORPORATION

| SERVICES TO | 7208994 |
|---|---|
| | KMART #QA LAB # 4004 |
| | RICK BRUMM |
| | 3333 BEVERLY RD |
| | HOFFMAN ESTATES, IL 60179-0001 |

| Invoice Number | Invoice Date | Due Date: |
|---|---|---|
| 1102307885 | 26-JAN-19 | 25-FEB-19 |

| NCR REF | NCR ORG | CSR |
|---|---|---|
| | 201401000 | |

| Bill To | 7208994 |
|---|---|
| | KMART #QA LAB # 4004 |
| | RICK BRUMM |
| | 3333 BEVERLY RD |
| | HOFFMAN ESTATES, IL 60179-0001 |

| OM/SR# | Date of Service |
|---|---|
| 109747453    / | 25-JAN-19 |

| Purchase Order Number: | Reference Number: |
|---|---|

Direct Inquiries Regarding Invoicing:
myncr.ncr.com
FOR SERVICE CALL: 1-800-262-7782

Federal Tax I.D.  #31-0387920            ORIGINAL  INVOICE                    PAGE      1    OF    1

| SERVICE TYPE | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 9693-0006-0000 | Depot Charges for K-Mart Per Incident:12-24-18 thru 01-20-19 | 1 | 17,005.87 | 17,005.87 |
| | Depot Charges for K-Mart Per Incident:12-24-18 thru 01-20-19 | | | |

| | | | | | SUBTOTAL | $17,005.87 |
|---|---|---|---|---|---|---|
| 6.25 % OF | $.00 | 2.75 % OF | $.00 | 1.00 % OF | $.00 | |
| STATE TAX | $.00 | COUNTY TAX | $.00 | LOCAL TAX | $.00 | TOTAL TAX  $.00 |
| | | | | | TOTAL BALANCE DUE | $17,005.87 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

**NCR**        TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | INVOICE NUMBER: |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | 1102307885 |

Account Name: NCR US Lockbox
Account Number:
Bank Name: Bank of America
ACH ABA/Routing #:

| MAIL PAYMENT TO | NCR CORPORATION |
|---|---|
| | 14181 COLLECTIONS CENTER DRIVE |
| | CHICAGO, IL 60693 |

PLEASE PAY        $17,005.87

0000027719    1102307885    000001700587    4

| | |
|---|---|
| **SERVICES TO** | 7638599<br>ATTEN DAVIDE KUEFFNER<br>3333 BEVERLY RD - B4-379B<br>HOFFMAN ESTATES, IL 60179-0001 |
| **Bill To** | 7638599<br>SEARS #SEARS STORES<br>ATTEN DAVIDE KUEFFNER<br>3333 BEVERLY RD - B4-379B<br>HOFFMAN ESTATES, IL 60179-0001 |

NCR CORPORATION

| Invoice Number | Invoice Date | Due Date: |
|---|---|---|
| 1102311437 | 26-JAN-19 | 25-FEB-19 |

| NCR REF | NCR ORG | CSR |
|---|---|---|
| | 201401003 | |

| OM/SR# | Date of Service |
|---|---|
| 109747452      / | 25-JAN-19 |

| Purchase Order Number: | Reference Number: |
|---|---|

Direct Inquiries Regarding Invoicing:
mync r.ncr.com
FOR SERVICE CALL: 1-800-262-7782

Federal Tax I.D.  #31-0387920          ORIGINAL  INVOICE          PAGE          1     OF     1

| SERVICE TYPE | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 9693-0006-0000 | Depot Charges for Sears Per Incident: 2-24-18 thru 01-20-19 | 1 | 20,721.71 | 20,721.71 |
| Depot Charges for Sears Per Incident: 2-24-18 thru 01-20-19 | | | | |

| | | | | |
|---|---|---|---|---|
| 6.25 % OF | $.00     2.75 % OF | $.00     1.00 % OF | $.00 | **SUBTOTAL** $20,721.71 |
| STATE TAX | $.00 COUNTY TAX | $.00 LOCAL TAX | $.00 | **TOTAL TAX** $.00 |
| | | | | **TOTAL BALANCE DUE** $20,721.71 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

**NCR**          TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | INVOICE NUMBER: |
|---|---|---|
| SEARS #SEARS STORES | 37978 | 1102311437 |

Account Name: NCR US Lockbox
Account Number:
Bank Name: Bank of America
ACH ABA/Routing #:

| | |
|---|---|
| **MAIL PAYMENT TO** | NCR CORPORATION<br>14181 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |

PLEASE PAY          $20,721.71

0000037978     1102311437     000002072171     9

| SERVICES TO | 7698730 | RICK BRUMM 3333 BEVERLY RD HOFFMAN ESTATES, IL 60179-0001 |
|---|---|---|

**NCR CORPORATION**

| Invoice Number 1102311799 | Invoice Date 26-JAN-19 | Due Date: 25-FEB-19 |
|---|---|---|
| NCR REF | NCR ORG 201401000 | CSR |

| Bill To | 7698730 | SEARS - HOMETOWN OUTLET RICK BRUMM 3333 BEVERLY RD HOFFMAN ESTATES, IL 60179-0001 |
|---|---|---|

| OM/SR# 109746479 / | Date of Service 25-JAN-19 |
|---|---|
| Purchase Order Number: | Reference Number: |

Direct Inquiries Regarding Invoicing:
mynct.ncr.com
FOR SERVICE CALL: 1-800-262-7782

Federal Tax I.D. #31-0387920          ORIGINAL INVOICE          PAGE 1 OF 1

| SERVICE TYPE | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 9693-0006-0000 | Depot Charges for SHO Per Incident: 12-24-18 thru 01-20-19 | 1 | 9,070.23 | 9,070.23 |

Depot Charges for SHO Per Incident: 12-24-18 thru 01-20-19

| | | | |
|---|---|---|---|
| .00 % OF $9,070.23 | .00 % OF $9,070.23 | .00 % OF $9,070.23 | SUBTOTAL $9,070.23 |
| STATE TAX $.00 | COUNTY TAX $.00 | LOCAL TAX $.00 | TOTAL TAX $.00 |
| | | | TOTAL BALANCE DUE $9,070.23 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

**NCR**          TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | INVOICE NUMBER: |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | 1102311799 |

| MAIL PAYMENT TO | NCR CORPORATION 14181 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 |
|---|---|

Account Name: NCR US Lockbox
Account Number:
Bank Name: Bank of America
ACH ABA/Routing #:

PLEASE PAY          $9,070.23

0008481553     1102311799     000000907023     5

| 7607548 | | |  NCR | NCR CORPORATION |
|---|---|---|---|---|

**SERVICES TO**
4900 FASHION SQ MALL
4900 FASHION SQ MALL # 4900
SAGINAW, MI 48604

| Invoice Number | Invoice Date | Due Date: |
|---|---|---|
| 1102339122 | 28-MAR-19 | 27-APR-19 |
| NCR REF | NCR ORG | CSR |
| | 201401000 | |

| OM/SR# | Date of Service |
|---|---|
| 110083474 / 7901604470 | 17-JAN-19 |

| Purchase Order Number: | Reference Number: |
|---|---|

**Direct Inquiries Regarding Invoicing:**
myncr.ncr.com
**FOR SERVICE CALL: 1-800-262-7782**

7598719

**Bill To**
SEARS - AUTO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Federal Tax I.D. #31-0387920     ORIGINAL INVOICE     PAGE   1   OF   1

| SERVICE TYPE | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 9693-0004-0000 | LABOR-Medium Complexity ATMs, Retail, Item Proc | .15 | 85.00 | 12.75 |

PID:7289-3474-9898 SN: DJ9ZMS1/ (OOS Non NCR issue )

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6.00 % OF | $.00 | .00 % OF | $.00 | .00 % OF | $.00 | SUBTOTAL | $12.75 |
| STATE TAX | $.00 COUNTY TAX | | $.00 LOCAL TAX | | $.00 | TOTAL TAX | $.00 |
| | | | | | | TOTAL BALANCE DUE | $12.75 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

 NCR     TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | INVOICE NUMBER: |
|---|---|---|
| SEARS - AUTO | 8481577 | 1102339122 |

Account Name: NCR US Lockbox
Account Number:
Bank Name: Bank of America
ACH ABA/Routing #:

**MAIL PAYMENT TO**
NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY     $12.75

0008481577    1102339122    000000001275    3

**NCR**

Exhibit B

PAGE 1 OF 1

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 17-JAN-19 | S600022880 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7698730

BILL TO ➡ SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09449 | SEARS HOMETOWN OUTLE | 1215 MARSH LANE SUITE 165 | CARROLLTON | TX | 75006 | | 1102304352 | $181.27 |
| 27-NOV-18 | 7833110847 | | | | | | | |
| 06637 | SEARS HOMETOWN OUTLE | 160 FAIRVIEW AVE | HUDSON | NY | 12534-1267 | | 1102304353 | $66.10 |
| 04-NOV-18 | 7830805071 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT $247.37

**NCR**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S600022880 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▮▮
Bank Name: Bank
ACH ABA/Routing #: ▮▮

MAIL PAYMENT TO ➡ NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY $247.37

0008481553   S600022880   000000024737   1

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03071 23-NOV-18 | BIG KMART #03071 7832403418 | 213 ROUTE 37 E | TOMS RIVER | NJ | 08753-5563 | 1102304459 | $1,738.94 |
| 07177 20-NOV-18 | BIG KMART #07177 7832310102 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102304460 | $104.23 |
| 09420 21-NOV-18 | BIG KMART #09420 7832404766 | 1998 BRUCKNER BLVD | BRONX | NY | 10473-2500 | 1102304461 | $120.30 |
| 09621 23-NOV-18 | BIG KMART #09621 7832605866 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102304462 | $157.10 |
| 03592 20-NOV-18 | KMART #03592 7832500511 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304463 | $69.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

## NCR

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03818 20-NOV-18 | BIG KMART #03818 7832313371 | 3800 OAKWOOD BLVD | HOLLYWOOD | FL | 33020-7114 | 1102304464 | $7.65 |
| 03888 17-NOV-18 | BIG KMART #03888 7832105599 | 2640 W 6TH ST | THE DALLES | OR | 97058-4168 | 1102304465 | $280.50 |
| 03818 13-NOV-18 | BIG KMART #03818 7831312454 | 3800 OAKWOOD BLVD | HOLLYWOOD | FL | 33020-7114 | 1102304466 | $25.50 |
| 04421 16-NOV-18 | KMART #04421 7831809181 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102304475 | $3.40 |
| 03223 14-NOV-18 | KMART #03223 7831706122 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102304498 | $170.26 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

CUSTOMER NAME:                              CUSTOMER NUMBER:              Invoice Number

KMART #QA LAB # 4004                          27719                        S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04353 13-NOV-18 | KMART #04353 7831706503 | 1 20TH AVE SE | MINOT | ND | 58701-6553 | 1102304499 | $93.50 |
| 03744 21-NOV-18 | BIG KMART #03744 7831705009 | 1901 N CROATAN HWY | KILL DEVIL HILLS | NC | 27948-8978 | 1102304500 | $352.97 |
| 07705 23-NOV-18 | BIG KMART #07705 7832405061 | 404 N MARINE CORPS DR | TAMUNING | GU | 96913-4109 | 1102304501 | $289.00 |
| 07293 23-NOV-18 | BIG KMART #07293 7832411245 | 713 E BALTIMORE AVE | CLIFTON HEIGHTS | PA | 19018-2403 | 1102304502 | $175.95 |
| 07648 21-NOV-18 | BIG KMART #07648 7832414918 | 800 N UN | MAUSTON | WI | 53948 | 1102304503 | $18.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION  ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO  ➤  KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07648 18-NOV-18 | BIG KMART #07648 7831901412 | 800 N UN | | MAUSTON | WI | 53948 | 1102304504 | $334.00 |
| 03131 13-NOV-18 | BIG KMART #03131 7831701403 | 1003 W PATRICK ST | | FREDERICK | MD | 21702-3939 | 1102304505 | $1.70 |
| 09416 13-NOV-18 | BIG KMART #09416 7831712789 | 399 TARRYTOWN RD | | WHITE PLAINS | NY | 10607-1313 | 1102304506 | $69.09 |
| 09808 09-NOV-18 | BIG KMART #09808 7831311480 | 1235 N 1ST ST | | HAMILTON | MT | 59840-3102 | 1102304507 | $187.00 |
| 03592 07-NOV-18 | KMART #03592 7831103331 | 5050 E BONANZA RD | | LAS VEGAS | NV | 89110-3524 | 1102304508 | $73.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➤
TO

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04450 | BIG KMART #04450 | 4500 WESTERN BLVD | RALEIGH | NC | 27606-1834 | 1102304509 | $1,194.29 |
| 06-NOV-18 | 7831007199 | | | | | | |
| 07648 | BIG KMART #07648 | 800 N UN | MAUSTON | WI | 53948 | 1102304510 | $226.95 |
| 08-NOV-18 | 7831200695 | | | | | | |
| 03499 | BIG KMART #03499 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102304511 | $207.54 |
| 10-NOV-18 | 7831313664 | | | | | | |
| 04863 | BIG KMART #04863 | 2150 S DOUGLAS HWY | GILLETTE | WY | 82718-5416 | 1102304512 | $272.00 |
| 08-NOV-18 | 7830704609 | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304515 | $147.05 |
| 27-NOV-18 | 7833104858 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004               27719            S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03155 28-NOV-18 | BIG KMART #03155 7833202556 | 2095 RAWSONVILLE RD | BELLEVILLE | MI | 48111-2219 | 1102304516 | $96.90 |
| 03013 29-NOV-18 | BIG KMART #03013 7833303895 | 7701 BROADVIEW RD | CLEVELAND | OH | 44131-5724 | 1102304517 | $65.45 |
| 04113 30-NOV-18 | BIG KMART #04113 7833204198 | 2873 W 26TH ST | ERIE | PA | 16506-3047 | 1102304518 | $205.70 |
| 03147 30-NOV-18 | SUPER KMART #03147 7833410539 | 1805 E STONE DR | KINGSPORT | TN | 37660-4605 | 1102304519 | $115.06 |
| 03888 16-NOV-18 | BIG KMART #03888 7832100154 | 2640 W 6TH ST | THE DALLES | OR | 97058-4168 | 1102304530 | $127.50 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 15 of 314

PAGE    7    OF    73

## NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09415 14-NOV-18 | KMART #09415 7831703707 | 987 RT 6 LAKE PLZ | MAHOPAC | NY | 10541 | 1102304531 | $266.23 |
| 09348 23-NOV-18 | KMART #09348 7831912753 | 4210 N HARLEM AVE | NORRIDGE | IL | 60706-1292 | 1102304547 | $898.45 |
| 07649 23-NOV-18 | BIG KMART #07649 7832603802 | 1200 W FOND DU LAC ST | RIPON | WI | 54971-9288 | 1102304548 | $135.20 |
| 04751 15-NOV-18 | BIG KMART #04751 7831805791 | 710 W TEHACHAPI BLVD | TEHACHAPI | CA | 93561-1656 | 1102304551 | $82.45 |
| 04713 14-NOV-18 | KMART #04713 7831806902 | 328 ENNIS LN | TOWANDA | PA | 18848-9212 | 1102304552 | $89.25 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

**ORIGINAL SUMMARY**

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09416 | BIG KMART #09416 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304553 | $195.30 |
| 12-NOV-18 | 7831505787 | | | | | | |
| 03597 | KMART #03597 | 600 MACDADE BLVD | HOLMES | PA | 19043-1517 | 1102304554 | $123.25 |
| 12-NOV-18 | 7831602432 | | | | | | |
| 09354 | BIG KMART #09354 | 430 W RIDGE RD | GRIFFITH | IN | 46319-1018 | 1102304555 | $91.49 |
| 15-NOV-18 | 7831905830 | | | | | | |
| 03667 | BIG KMART #03667 | 8701 SIX FORKS RD | RALEIGH | NC | 27615-2968 | 1102304556 | $124.90 |
| 04-NOV-18 | 7830707496 | | | | | | |
| 09621 | BIG KMART #09621 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102304557 | $188.57 |
| 08-NOV-18 | 7831113526 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER LOCATION ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
| --- | --- |
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04016 09-NOV-18 | BIG KMART #04016 7831206015 | CHURCH ST EXT | GREENVILLE | SC | 29605 | 1102304558 | $25.50 |
| 03499 19-NOV-18 | BIG KMART #03499 7832006079 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102304570 | $3.62 |
| 03828 18-NOV-18 | BIG KMART #03828 7832202581 | 26471 YNEZ RD | TEMECULA | CA | 92591-4654 | 1102304571 | $180.20 |
| 03438 11-NOV-18 | BIG KMART #03438 7831502075 | 1550 SAINT GEORGES AVE | AVENEL | NJ | 07001-1044 | 1102304572 | $174.02 |
| 03223 30-NOV-18 | KMART #03223 7833406616 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102304582 | $18.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

Exhibit B

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03486 | KMART #03486 | 77 MIDDLESEX AVE | SOMERVILLE | MA | 02145-1109 | | 1102304583 | $140.25 |
| 26-NOV-18 | 7832906330 | | | | | | | |
| 07654 | BIG KMART #07654 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | | 1102304584 | $73.11 |
| 29-NOV-18 | 7833301586 | | | | | | | |
| 03174 | BIG KMART #03174 | 2180 E MARIPOSA RD | STOCKTON | CA | 95205-7812 | | 1102304595 | $85.00 |
| 18-NOV-18 | 7832110348 | | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | | 1102304596 | $10.20 |
| 20-NOV-18 | 7832500771 | | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | | 1102304597 | $139.40 |
| 24-NOV-18 | 7832800228 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:              CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004              27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION / DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04407 / 12-NOV-18 | BIG KMART #04407 / 7831602999 | 2001 MAIN ST | BROCKTON | MA | 02301-7161 | | 1102304600 | $109.65 |
| 03239 / 14-NOV-18 | BIG KMART #03239 / 7831502893 | 7100 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64151-1630 | | 1102304601 | $31.45 |
| 03223 / 15-NOV-18 | KMART #03223 / 7831705909 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | | 1102304602 | $62.90 |
| 03597 / 14-NOV-18 | KMART #03597 / 7831805329 | 600 MACDADE BLVD | HOLMES | PA | 19043-1517 | | 1102304603 | $31.45 |
| 03223 / 14-NOV-18 | KMART #03223 / 7831607911 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | | 1102304604 | $205.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:   CUSTOMER NUMBER:   Invoice Number

KMART #QA LAB # 4004   27719   S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

## ⊘ NCR

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➤
    KMART #QA LAB # 4004
    RICK BRUMM
    3333 BEVERLY RD
    HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07109 | BIG KMART #07109 | 595 STRAITS TPKE | WATERTOWN | CT | 06795-3356 | | 1102304618 | $110.29 |
| 12-NOV-18 | 7831307102 | | | | | | | |
| 03486 | KMART #03486 | 77 MIDDLESEX AVE | SOMERVILLE | MA | 02145-1109 | | 1102304634 | $971.98 |
| 30-NOV-18 | 7833307881 | | | | | | | |
| 04728 | BIG KMART #04728 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | | 1102304635 | $158.95 |
| 25-NOV-18 | 7832903492 | | | | | | | |
| 07177 | BIG KMART #07177 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | | 1102304636 | $237.45 |
| 26-NOV-18 | 7832604024 | | | | | | | |
| 07619 | BIG KMART #07619 | 3980 EL CAMINO REAL | ATASCADERO | CA | 93422-2533 | | 1102304637 | $458.15 |
| 25-NOV-18 | 7832507417 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## ⊘ NCR

CONTINUED

CUSTOMER NAME:           CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004           27719          S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤   KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09381 | BIG KMART #09381 | 839 NEW YORK AVE | HUNTINGTON | NY | 11743-4412 | 1102304638 | $140.35 |
| 27-NOV-18 | 7833103787 | | | | | | |
| 03737 | BIG KMART #03737 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102304639 | $4.25 |
| 28-NOV-18 | 7833206487 | | | | | | |
| 03808 | BIG KMART #03808 | 1530 E BROAD ST | STATESVILLE | NC | 28625-4302 | 1102304647 | $144.27 |
| 21-NOV-18 | 7832503613 | | | | | | |
| 03750 | BIG KMART #03750 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | 1102304648 | $111.69 |
| 15-NOV-18 | 7831814575 | | | | | | |
| 09416 | BIG KMART #09416 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304649 | $41.45 |
| 15-NOV-18 | 7831711314 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT



CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

Exhibit B

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

BILL TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07390 15-NOV-18 | KMART #07390 7831810721 | 1500 ANNA SPARKS WAY | MCKINLEYVILLE | CA | 95519-4170 | 1102304650 | $17.00 |
| 04807 13-NOV-18 | BIG KMART #04807 7831709444 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | 1102304651 | $133.45 |
| 03131 13-NOV-18 | BIG KMART #03131 7831701388 | 1003 W PATRICK ST | FREDERICK | MD | 21702-3939 | 1102304652 | $135.15 |
| 07756 16-NOV-18 | BIG KMART #07756 7832013246 | 1200 N MAIN ST | BISHOP | CA | 93514-2412 | 1102304653 | $442.00 |
| 03819 12-NOV-18 | BIG KMART #03819 7831401339 | 802 W STATE ST | HASTINGS | MI | 49058-1659 | 1102304654 | $52.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03142 16-NOV-18 | BIG KMART #03142 7832007433 | 555 SOUTH AVE | TALLMADGE | OH | 44278-2825 | 1102304655 | $144.42 |
| 07177 28-NOV-18 | BIG KMART #07177 7833200706 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102304681 | $135.04 |
| 03750 10-NOV-18 | BIG KMART #03750 7831404029 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | 1102304682 | $32.15 |
| 03592 05-NOV-18 | KMART #03592 7830901183 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304683 | $39.95 |
| 03484 10-NOV-18 | BIG KMART #03484 7831315480 | 201 THE CROSSINGS MALL | ELKVIEW | WV | 25071 | 1102304684 | $184.71 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004            27719            S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994
BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04728 | BIG KMART #04728 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | | 1102304685 | $3.40 |
| 10-NOV-18 | 7831407891 | | | | | | | |
| 03301 | BIG KMART #03301 | 1712 SAINT MICHAELS DR | SANTA FE | NM | 87505-7617 | | 1102304686 | $247.94 |
| 05-NOV-18 | 7830804910 | | | | | | | |
| 09549 | BIG KMART #09549 | 110 BOST RD # 112 | MORGANTON | NC | 28655-5616 | | 1102304698 | $6.35 |
| 19-NOV-18 | 7832307183 | | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | | 1102304719 | $10.20 |
| 20-NOV-18 | 7832500583 | | | | | | | |
| 09735 | BIG KMART #09735 | 217 FORKS OF THE RIVER PKWY | SEVIERVILLE | TN | 37862-3418 | | 1102304720 | $5.95 |
| 14-NOV-18 | 7831805283 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION  ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO  ➡    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03225 16-NOV-18 | BIG KMART #03225 7832005528 | 1005 WAYNE AVE | CHAMBERSBURG | PA | 17201-2923 | 1102304721 | $65.45 |
| 09416 13-NOV-18 | BIG KMART #09416 7831711103 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304722 | $17.51 |
| 03592 17-NOV-18 | KMART #03592 7832013878 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304723 | $99.45 |
| 09124 30-NOV-18 | BIG KMART #09124 7833310404 | 1519 S STATE ROAD 37 | ELWOOD | IN | 46036-3119 | 1102304745 | $161.50 |
| 09418 04-NOV-18 | BIG KMART #09418 7830803103 | 25301 ROCKAWAY BLVD | ROSEDALE | NY | 11422-3135 | 1102304759 | $128.65 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09415 09-NOV-18 | KMART #09415 7830909914 | 987 RT 6 LAKE PLZ | MAHOPAC | NY | 10541 | 1102304760 | $43.30 |
| 03750 08-NOV-18 | BIG KMART #03750 7830804504 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | 1102304761 | $254.62 |
| 04728 05-NOV-18 | BIG KMART #04728 7830905478 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | 1102304762 | $133.45 |
| 09274 09-NOV-18 | KMART #09274 7831205599 | 1251 STATE ROUTE 29 STE 1O | GREENWICH | NY | 12834-6113 | 1102304763 | $349.63 |
| 03592 07-NOV-18 | KMART #03592 7831100010 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304764 | $130.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:              CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004            27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04215 | BIG KMART #04215 | 7836 STATE AVE | KANSAS CITY | KS | 66112-2417 | 1102304765 | $13.92 |
| 08-NOV-18 | 7831109820 | | | | | | |
| 04214 | BIG KMART #04214 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102304766 | $372.56 |
| 09-NOV-18 | 7831214184 | | | | | | |
| 03235 | BIG KMART #03235 | 730 S ORANGE AVE | WEST COVINA | CA | 91790-2613 | 1102304769 | $225.25 |
| 22-NOV-18 | 7832603482 | | | | | | |
| 07644 | BIG KMART #07644 | 10560 HARRISON AVE | HARRISON | OH | 45030-1944 | 1102304770 | $188.14 |
| 20-NOV-18 | 7832403724 | | | | | | |
| 03692 | BIG KMART #03692 | 1450 SUMMIT AVE | OCONOMOWOC | WI | 53066-4618 | 1102304805 | $238.15 |
| 21-NOV-18 | 7832405706 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07648 18-NOV-18 | BIG KMART #07648 7831507644 | 800 N UN | MAUSTON | WI | 53948 | 1102304806 | $218.45 |
| 09549 19-NOV-18 | BIG KMART #09549 7832206364 | 110 BOST RD # 112 | MORGANTON | NC | 28655-5616 | 1102304807 | $219.58 |
| 03818 20-NOV-18 | BIG KMART #03818 7832313346 | 3800 OAKWOOD BLVD | HOLLYWOOD | FL | 33020-7114 | 1102304808 | $112.20 |
| 03438 17-NOV-18 | BIG KMART #03438 7831907020 | 1550 SAINT GEORGES AVE | AVENEL | NJ | 07001-1044 | 1102304809 | $8.15 |
| 03368 15-NOV-18 | BIG KMART #03368 7831812620 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | 1102304826 | $85.00 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

## NCR

Exhibit B

CUSTOMER
LOCATION ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304834 | $45.90 |
| 05-NOV-18 | 7830901179 | | | | | | |
| 03251 | SUPER KMART #03251 | 6780 W WASHINGTON ST | INDIANAPOLIS | IN | 46241-2935 | 1102304835 | $77.35 |
| 07-NOV-18 | 7831105338 | | | | | | |
| 03239 | BIG KMART #03239 | 7100 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64151-1630 | 1102304836 | $141.95 |
| 05-NOV-18 | 7830804989 | | | | | | |
| 09420 | BIG KMART #09420 | 1998 BRUCKNER BLVD | BRONX | NY | 10473-2500 | 1102304839 | $100.88 |
| 29-NOV-18 | 7833307677 | | | | | | |
| 04214 | BIG KMART #04214 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102304840 | $71.40 |
| 26-NOV-18 | 7832805023 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

CUSTOMER NAME:

CUSTOMER NUMBER:

Invoice Number

KMART #QA LAB # 4004

27719

S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03834 18-NOV-18 | BIG KMART #03834 7832011629 | 1000 SAN FERNANDO RD | BURBANK | CA | 91503 | | 1102304841 | $67.15 |
| 04728 06-NOV-18 | BIG KMART #04728 7831009834 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | | 1102304843 | $53.09 |
| 09416 09-NOV-18 | BIG KMART #09416 7831306610 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | | 1102304844 | $105.02 |
| 09551 09-NOV-18 | BIG KMART #09551 7831014709 | 6600 CLARK RD | PARADISE | CA | 95969-3554 | | 1102304845 | $22.95 |
| 03251 19-NOV-18 | SUPER KMART #03251 7832300339 | 6780 W WASHINGTON ST | INDIANAPOLIS | IN | 46241-2935 | | 1102304847 | $83.30 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

CUSTOMER NAME:   CUSTOMER NUMBER:   Invoice Number
KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Exhibit B**

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07616 16-NOV-18 | BIG KMART #07616 7832006436 | 748 W MAIN ST | LEXINGTON | SC | 29072-2545 | 1102304862 | $95.20 |
| 09416 13-NOV-18 | BIG KMART #09416 7831711343 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304863 | $41.46 |
| 04421 16-NOV-18 | KMART #04421 7831701530 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102304864 | $158.95 |
| 07016 13-NOV-18 | BIG KMART #07016 7831603134 | 2220 N GRIMES ST | HOBBS | NM | 88240-2716 | 1102304865 | $499.96 |
| 09735 14-NOV-18 | BIG KMART #09735 7831806767 | 217 FORKS OF THE RIVER PKWY | SEVIERVILLE | TN | 37862-3418 | 1102304866 | $3.57 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:              CUSTOMER NUMBER:       Invoice Number

KMART #QA LAB # 4004              27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**⊘ NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03785 17-NOV-18 | SUPER KMART #03785 7831905979 | 5007 VICTORY BLVD | TABB | VA | 23693-5606 | 1102304867 | $72.25 |
| 03301 08-NOV-18 | BIG KMART #03301 7831209367 | 1712 SAINT MICHAELS DR | SANTA FE | NM | 87505-7617 | 1102304868 | $100.47 |
| 03147 07-NOV-18 | SUPER KMART #03147 7831110765 | 1805 E STONE DR | KINGSPORT | TN | 37660-4605 | 1102304869 | $101.91 |
| 03785 07-NOV-18 | SUPER KMART #03785 7830803956 | 5007 VICTORY BLVD | TABB | VA | 23693-5606 | 1102304870 | $78.20 |
| 09593 27-NOV-18 | BIG KMART #09593 7832800474 | 5719 N US HIGHWAY 23 | OSCODA | MI | 48750-8721 | 1102304872 | $183.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**⊘ NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04457 27-NOV-18 | KMART #04457 7833011619 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | 1102304873 | $63.75 |
| 07321 27-NOV-18 | BIG KMART #07321 7833006667 | 7350 MANATEE AVE W | BRADENTON | FL | 34209-3441 | 1102304874 | $271.15 |
| 09621 16-NOV-18 | BIG KMART #09621 7831907001 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102304875 | $29.06 |
| 03251 15-NOV-18 | SUPER KMART #03251 7831810594 | 6780 W WASHINGTON ST | INDIANAPOLIS | IN | 46241-2935 | 1102304876 | $1.70 |
| 04457 09-NOV-18 | KMART #04457 7831306016 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | 1102304877 | $105.88 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:

KMART #QA LAB # 4004

CUSTOMER NUMBER:

27719

Invoice Number

S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09621 08-NOV-18 | BIG KMART #09621 7831113508 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102304878 | $109.36 |
| 03785 07-NOV-18 | SUPER KMART #03785 7830803705 | 5007 VICTORY BLVD | TABB | VA | 23693-5606 | 1102304879 | $59.50 |
| 04478 08-NOV-18 | KMART #04478 7831208582 | 1061 WHITEHORSE MERCERVILLE TRENTON | | NJ | 08608 | 1102304880 | $146.82 |
| 04782 28-NOV-18 | KMART #04782 7833206040 | 2501 RED WHEAT DR | CLINTON | OK | 73601-5319 | 1102304884 | $101.15 |
| 04450 15-NOV-18 | BIG KMART #04450 7831904240 | 4500 WESTERN BLVD | RALEIGH | NC | 27606-1834 | 1102304885 | $140.39 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:

KMART #QA LAB # 4004

CUSTOMER NUMBER:

27719

Invoice Number

S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

**⊘NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE OF SERVICE | WORK ORDER NUMBER | | P.O. NUMBER | | | INVOICE NUMBER | NET AMOUNT |
| 07616 | BIG KMART #07616 | 748 W MAIN ST | LEXINGTON | SC | 29072-2545 | 1102304886 | $103.70 |
| 15-NOV-18 | 7831715603 | | | | | | |
| 07021 | KMART #07021 | 11 S KINGS HWY 61 | CAPE GIRARDEAU | MO | 63703 | 1102304906 | $73.95 |
| 23-NOV-18 | 7832702089 | | | | | | |
| 09415 | KMART #09415 | 987 RT 6 LAKE PLZ | MAHOPAC | NY | 10541 | 1102304907 | $197.14 |
| 23-NOV-18 | 7832413393 | | | | | | |
| 07397 | BIG KMART #07397 | 2400 STRINGTOWN RD | GROVE CITY | OH | 43123-3928 | 1102304908 | $211.12 |
| 09-NOV-18 | 7830802365 | | | | | | |
| 07177 | BIG KMART #07177 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102304916 | $139.57 |
| 22-NOV-18 | 7832603976 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**⊘NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

**BILL TO** ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04371 20-NOV-18 | KMART #04371 7832407375 | 2875 SANTA MARIA WAY | SANTA MARIA | CA | 93455-2118 | 1102304917 | $146.20 |
| 03722 13-NOV-18 | KMART #03722 7831700504 | 1550 S BURLINGTON BLVD | BURLINGTON | WA | 98233-3220 | 1102304918 | $269.30 |
| 07644 27-NOV-18 | BIG KMART #07644 7833006638 | 10560 HARRISON AVE | HARRISON | OH | 45030-1944 | 1102304924 | $85.54 |
| 03486 25-NOV-18 | KMART #03486 7832804681 | 77 MIDDLESEX AVE | SOMERVILLE | MA | 02145-1109 | 1102304925 | $209.95 |
| 03269 27-NOV-18 | BIG KMART #03269 7832700508 | 1201 S DIXIE HWY | LANTANA | FL | 33462-5409 | 1102304926 | $51.00 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09416 28-NOV-18 | BIG KMART #09416 7833200294 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304927 | $202.66 |
| 03071 26-NOV-18 | BIG KMART #03071 7833006646 | 213 ROUTE 37 E | TOMS RIVER | NJ | 08753-5563 | 1102304928 | $243.80 |
| 03692 27-NOV-18 | BIG KMART #03692 7833110137 | 1450 SUMMIT AVE | OCONOMOWOC | WI | 53066-4618 | 1102304929 | $126.60 |
| 07616 15-NOV-18 | BIG KMART #07616 7831805172 | 748 W MAIN ST | LEXINGTON | SC | 29072-2545 | 1102304930 | $27.20 |
| 09416 15-NOV-18 | BIG KMART #09416 7831712807 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304931 | $3.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➡    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03415 19-NOV-18 | BIG KMART #03415 7832302867 | 1001 HERTEL AVE | BUFFALO | NY | 14216-2614 | 1102304940 | $57.31 |
| 03056 20-NOV-18 | BIG KMART #03056 7832309944 | 1020 HAMBURG TPKE | WAYNE | NJ | 07470-3226 | 1102304941 | $67.06 |
| 04016 23-NOV-18 | BIG KMART #04016 7832605417 | CHURCH ST EXT | GREENVILLE | SC | 29605 | 1102304942 | $271.15 |
| 04371 20-NOV-18 | KMART #04371 7832407397 | 2875 SANTA MARIA WAY | SANTA MARIA | CA | 93455-2118 | 1102304943 | $5.95 |
| 03945 19-NOV-18 | BIG KMART #03945 7832312779 | 912 COUNTY LINE RD | DELANO | CA | 93215-3823 | 1102304944 | $78.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:              CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004              27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07274 | KMART #07274 | 129 W BUTLER RD | MAULDIN | SC | 29662-2558 | 1102304948 | $113.90 |
| 13-NOV-18 | 7831404880 | | | | | | |
| 09746 | KMART #09746 | 111 W MCKNIGHT WAY | GRASS VALLEY | CA | 95949-9637 | 1102304949 | $47.13 |
| 14-NOV-18 | 7831813274 | | | | | | |
| 09416 | BIG KMART #09416 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102304950 | $66.33 |
| 12-NOV-18 | 7831505841 | | | | | | |
| 07016 | BIG KMART #07016 | 2220 N GRIMES ST | HOBBS | NM | 88240-2716 | 1102304951 | $19.98 |
| 14-NOV-18 | 7831811580 | | | | | | |
| 07654 | BIG KMART #07654 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102304970 | $194.34 |
| 29-NOV-18 | 7833311546 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

PAGE **32** OF **73**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03371 26-NOV-18 | BIG KMART #03371 7832906492 | 3443 W ADDISON ST | CHICAGO | IL | 60618-4249 | 1102304971 | $69.70 |
| 03499 19-NOV-18 | BIG KMART #03499 7832008064 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102304975 | $44.41 |
| 03592 20-NOV-18 | KMART #03592 7832501120 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102304977 | $1.70 |
| 03692 18-NOV-18 | BIG KMART #03692 7832104590 | 1450 SUMMIT AVE | OCONOMOWOC | WI | 53066-4618 | 1102304978 | $155.27 |
| 03438 18-NOV-18 | BIG KMART #03438 7832202464 | 1550 SAINT GEORGES AVE | AVENEL | NJ | 07001-1044 | 1102304979 | $148.64 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04996 13-NOV-18 | SUPER KMART #04996 7831609142 | 7055 E BROADWAY BLVD | TUCSON | AZ | 85710-2804 | 1102304980 | $129.20 |
| 03819 18-NOV-18 | BIG KMART #03819 7832103800 | 802 W STATE ST | HASTINGS | MI | 49058-1659 | 1102304981 | $28.90 |
| 07177 22-NOV-18 | BIG KMART #07177 7832604048 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102304982 | $135.04 |
| 09808 20-NOV-18 | BIG KMART #09808 7832104758 | 1235 N 1ST ST | HAMILTON | MT | 59840-3102 | 1102304983 | $214.20 |
| 04371 20-NOV-18 | KMART #04371 7832407403 | 2875 SANTA MARIA WAY | SANTA MARIA | CA | 93455-2118 | 1102305003 | $14.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004              27719                  S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03071 18-NOV-18 | BIG KMART #03071 7831714065 | 213 ROUTE 37 E | TOMS RIVER | NJ | 08753-5563 | 1102305004 | $1,021.22 |
| 07460 14-NOV-18 | BIG KMART #07460 7831703832 | 6909 MAYNARDVILLE PIKE | KNOXVILLE | TN | 37918-5324 | 1102305005 | $69.28 |
| 03592 11-NOV-18 | KMART #03592 7831504413 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305006 | $106.25 |
| 07648 21-NOV-18 | BIG KMART #07648 7832306077 | 800 N UN | MAUSTON | WI | 53948 | 1102305008 | $258.72 |
| 03174 18-NOV-18 | BIG KMART #03174 7832110404 | 2180 E MARIPOSA RD | STOCKTON | CA | 95205-7812 | 1102305009 | $82.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09381<br>23-NOV-18 | BIG KMART #09381<br>7832603220 | 839 NEW YORK AVE | HUNTINGTON | NY | 11743-4412 | | 1102305010 | $216.05 |
| 04807<br>13-NOV-18 | BIG KMART #04807<br>7831705448 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | | 1102305011 | $14.45 |
| 09621<br>16-NOV-18 | BIG KMART #09621<br>7831813338 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | | 1102305012 | $191.57 |
| 04807<br>13-NOV-18 | BIG KMART #04807<br>7831109514 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | | 1102305013 | $362.95 |
| 04389<br>30-NOV-18 | KMART #04389<br>7833309641 | 1801 S 10TH ST | MCALLEN | TX | 78503 | | 1102305016 | $151.83 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR    CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number
KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤
KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04478 27-NOV-18 | KMART #04478 7833010419 | 1061 WHITEHORSE MERCERVILLE | TRENTON | NJ | 08608 | 1102305017 | $92.44 |
| 03834 30-NOV-18 | BIG KMART #03834 7833500639 | 1000 SAN FERNANDO RD | BURBANK | CA | 91503 | 1102305018 | $182.08 |
| 04214 26-NOV-18 | BIG KMART #04214 7832709930 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102305032 | $52.70 |
| 07602 28-NOV-18 | BIG KMART #07602 7833204732 | 1825 STATE ROUTE 35 | WALL | NJ | 07719-3541 | 1102305035 | $98.79 |
| 07293 26-NOV-18 | BIG KMART #07293 7832806777 | 713 E BALTIMORE AVE | CLIFTON HEIGHTS | PA | 19018-2403 | 1102305036 | $183.60 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➡
KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07177<br>20-NOV-18 | BIG KMART #07177<br>7832310161 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102305046 | $53.47 |
| 03692<br>27-NOV-18 | BIG KMART #03692<br>7833107425 | 1450 SUMMIT AVE | OCONOMOWOC | WI | 53066-4618 | 1102305047 | $116.63 |
| 03527<br>27-NOV-18 | KMART #03527<br>7832903155 | 7101 ROOSEVELT BLVD | PHILADELPHIA | PA | 19149-1431 | 1102305048 | $61.20 |
| 04442<br>29-NOV-18 | KMART #04442<br>7833306530 | 6531 MACCORKLE AVE SE | CHARLESTON | WV | 25304-2996 | 1102305053 | $150.06 |
| 04349<br>30-NOV-18 | BIG KMART #04349<br>7833406682 | 1155 VETERAN'S BLVD | REDWOOD CITY | CA | 94063 | 1102305054 | $119.00 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B

CUSTOMER
LOCATION  ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO  ➡  KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03707 | KMART #03707 | 1870 MCCULLOCH BLVD N | LAKE HAVASU CITY | AZ | 86403-5744 | 1102305068 | $169.15 |
| 26-NOV-18 | 7832902816 | | | | | | |
| 09030 | BIG KMART #09030 | 11 SHERWOOD SQ | PERU | IN | 46970-1730 | 1102305069 | $24.65 |
| 30-NOV-18 | 7833306701 | | | | | | |
| 03223 | KMART #03223 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102305070 | $283.05 |
| 26-NOV-18 | 7832505375 | | | | | | |
| 07329 | BIG KMART #07329 | 2665 W EISENHOWER BLVD | LOVELAND | CO | 80537-3156 | 1102305071 | $14.45 |
| 22-NOV-18 | 7832606493 | | | | | | |
| 04457 | KMART #04457 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | 1102305072 | $69.70 |
| 20-NOV-18 | 7832400721 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03692 | BIG KMART #03692 | 1450 SUMMIT AVE | OCONOMOWOC | WI | 53066-4618 | 1102305073 | $185.57 |
| 18-NOV-18 | 7832206228 | | | | | | |
| 07017 | BIG KMART #07017 | 1705 S MAIN ST | ROSWELL | NM | 88203-1873 | 1102305074 | $162.24 |
| 20-NOV-18 | 7832314790 | | | | | | |
| 09416 | BIG KMART #09416 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102305075 | $123.45 |
| 21-NOV-18 | 7832512850 | | | | | | |
| 03174 | BIG KMART #03174 | 2180 E MARIPOSA RD | STOCKTON | CA | 95205-7812 | 1102305087 | $118.15 |
| 05-NOV-18 | 7830905930 | | | | | | |
| 04353 | KMART #04353 | 1 20TH AVE SE | MINOT | ND | 58701-6553 | 1102305089 | $120.70 |
| 13-NOV-18 | 7831706695 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**⊚ NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07243 28-NOV-18 | BIG KMART #07243 7833113582 | 705 N DIXON RD | KOKOMO | IN | 46901-1755 | 1102305104 | $171.27 |
| 09662 13-NOV-18 | KMART #09662 7831712571 | 1127 S STATE ST | EPHRATA | PA | 17522-2619 | 1102305118 | $39.95 |
| 03842 18-NOV-18 | BIG KMART #03842 7832300236 | 175 S MAAG AVE | OAKDALE | CA | 95361-9626 | 1102305119 | $5.95 |
| 03737 11-NOV-18 | BIG KMART #03737 7831504752 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102305120 | $22.95 |
| 07133 20-NOV-18 | BIG KMART #07133 7832408176 | 58 WESTERN AVE | AUGUSTA | ME | 04330-6300 | 1102305121 | $48.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**⊚ NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B
PAGE **41** OF **73**

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

**BILL TO** ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03785 07-NOV-18 | SUPER KMART #03785 7830804027 | 5007 VICTORY BLVD | TABB | VA | 23693-5606 | 1102305122 | $27.20 |
| 09589 23-NOV-18 | KMART #09589 7832703824 | 420 W MORRIS ST | BATH | NY | 14810-1039 | 1102305131 | $38.56 |
| 04421 18-NOV-18 | KMART #04421 7832107057 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102305135 | $109.65 |
| 09621 10-NOV-18 | BIG KMART #09621 7831313453 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102305137 | $31.45 |
| 03842 08-NOV-18 | BIG KMART #03842 7831212949 | 175 S MAAG AVE | OAKDALE | CA | 95361-9626 | 1102305138 | $25.50 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:               CUSTOMER NUMBER:        Invoice Number
KMART #QA LAB # 4004              27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04215<br>08-NOV-18 | BIG KMART #04215<br>7831109878 | 7836 STATE AVE | KANSAS CITY | KS | 66112-2417 | 1102305139 | $1.86 |
| 03828<br>23-NOV-18 | BIG KMART #03828<br>7832605556 | 26471 YNEZ RD | TEMECULA | CA | 92591-4654 | 1102305155 | $88.40 |
| 03225<br>23-NOV-18 | BIG KMART #03225<br>7832604114 | 1005 WAYNE AVE | CHAMBERSBURG | PA | 17201-2923 | 1102305156 | $35.70 |
| 03949<br>23-NOV-18 | BIG KMART #03949<br>7832606617 | 803 MALE RD | WIND GAP | PA | 18091-1500 | 1102305157 | $148.75 |
| 03667<br>09-NOV-18 | BIG KMART #03667<br>7831305369 | 8701 SIX FORKS RD | RALEIGH | NC | 27615-2968 | 1102305158 | $79.31 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT



CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

| CUSTOMER LOCATION | ➤ | SUMMARY OF INVOICES FOR: |
|---|---|---|

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

| BILL TO | ➤ | KMART #QA LAB # 4004<br>RICK BRUMM<br>3333 BEVERLY RD<br>HOFFMAN ESTATES, IL 60179-0001 |
|---|---|---|

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07065<br>14-NOV-18 | BIG KMART #07065<br>7831711745 | 1020 CENTER ST | HORSEHEADS | NY | 14845-2774 | 1102305165 | $86.30 |
| 03750<br>02-NOV-18 | BIG KMART #03750<br>7830003658 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | 1102305187 | $111.76 |
| 04713<br>14-NOV-18 | KMART #04713<br>7831807128 | 328 ENNIS LN | TOWANDA | PA | 18848-9212 | 1102305203 | $27.20 |
| 03654<br>01-NOV-18 | BIG KMART #03654<br>7830211430 | 6163 OXON HILL RD | OXON HILL | MD | 20745-3108 | 1102305205 | $103.70 |
| 07229<br>02-NOV-18 | BIG KMART #07229<br>7829611741 | 600 CW STEVENS BLVD | GRAYSON | KY | 41143-2003 | 1102305206 | $340.49 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

| MAIL PAYMENT TO | ➤ | |
|---|---|---|

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 52 of 314

PAGE   44   OF   73

NCR

CUSTOMER
LOCATION ▶  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994
BILL
TO ▶

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07749 02-NOV-18 | KMART #07749 7830502635 | 250 W 34TH ST 1 PENN PLZ | NEW YORK | NY | 10119 | | 1102305207 | $1.86 |
| 07175 13-NOV-18 | KMART #07175 7831605605 | 7840 LIMONITE AVE | RIVERSIDE | CA | 92509-5360 | | 1102305232 | $59.50 |
| 07619 12-NOV-18 | BIG KMART #07619 7831504473 | 3980 EL CAMINO REAL | ATASCADERO | CA | 93422-2533 | | 1102305233 | $69.70 |
| 09416 15-NOV-18 | BIG KMART #09416 7831712128 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | | 1102305234 | $3.70 |
| 03225 16-NOV-18 | BIG KMART #03225 7832005559 | 1005 WAYNE AVE | CHAMBERSBURG | PA | 17201-2923 | | 1102305235 | $86.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                         CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                        27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ▶
TO

Exhibit B
PAGE  45  OF  73

# NCR

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04272 | KMART #04272 | 2625 STATE ST | BISMARCK | ND | 58503-0668 | 1102305256 | $167.45 |
| 05-NOV-18 | 7830410833 | | | | | | |
| 07749 | KMART #07749 | 250 W 34TH ST 1 PENN PLZ | NEW YORK | NY | 10119 | 1102305257 | $63.86 |
| 02-NOV-18 | 7830502553 | | | | | | |
| 04457 | KMART #04457 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | 1102305262 | $86.70 |
| 09-NOV-18 | 7831214074 | | | | | | |
| 04728 | BIG KMART #04728 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | 1102305263 | $3.40 |
| 10-NOV-18 | 7831407823 | | | | | | |
| 09415 | KMART #09415 | 987 RT 6 LAKE PLZ | MAHOPAC | NY | 10541 | 1102305264 | $245.96 |
| 09-NOV-18 | 7830909489 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

CUSTOMER NAME:

KMART #QA LAB # 4004

CUSTOMER NUMBER:

27719

Invoice Number

S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

⬡⬡ NCR

CUSTOMER
LOCATION ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04857 | BIG KMART #04857 | 14011 PALM DR | DESERT HOT SPRINGS | CA | 92240-6845 | 1102305265 | $39.95 |
| 12-NOV-18 | 7831608929 | | | | | | |
| 03127 | KMART #03127 | 5665 ROSEMEAD BLVD | TEMPLE CITY | CA | 91780-1804 | 1102305266 | $111.77 |
| 06-NOV-18 | 7830910148 | | | | | | |
| 07648 | BIG KMART #07648 | 800 N UN | MAUSTON | WI | 53948 | 1102305267 | $22.95 |
| 02-NOV-18 | 7830605617 | | | | | | |
| 09746 | KMART #09746 | 111 W MCKNIGHT WAY | GRASS VALLEY | CA | 95949-9637 | 1102305268 | $211.65 |
| 01-NOV-18 | 7830304258 | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305277 | $62.90 |
| 07-NOV-18 | 7831100021 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

⬡⬡ NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03851 | BIG KMART #03851 | 5141 DOUGLAS AVE | RACINE | WI | 53402-2029 | 1102305278 | $35.70 |
| 07-NOV-18 | 7831101553 | | | | | | |
| 03744 | BIG KMART #03744 | 1901 N CROATAN HWY | KILL DEVIL HILLS | NC | 27948-8978 | 1102305279 | $8.16 |
| 17-NOV-18 | 7831704995 | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305309 | $154.70 |
| 05-NOV-18 | 7830901175 | | | | | | |
| 07329 | BIG KMART #07329 | 2665 W EISENHOWER BLVD | LOVELAND | CO | 80537-3156 | 1102305310 | $67.15 |
| 06-NOV-18 | 7831008549 | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305315 | $12.75 |
| 20-NOV-18 | 7832501095 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION | | | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DATE OF SERVICE | WORK ORDER NUMBER | | P.O. NUMBER | | | | | |
| 09354 | BIG KMART #09354 | 430 W RIDGE RD | | GRIFFITH | IN | 46319-1018 | 1102305316 | $76.03 |
| 07-NOV-18 | 7830913773 | | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | | LAS VEGAS | NV | 89110-3524 | 1102305317 | $52.70 |
| 05-NOV-18 | 7830901180 | | | | | | | |
| 04215 | BIG KMART #04215 | 7836 STATE AVE | | KANSAS CITY | KS | 66112-2417 | 1102305318 | $24.12 |
| 08-NOV-18 | 7831109946 | | | | | | | |
| 07460 | BIG KMART #07460 | 6909 MAYNARDVILLE PIKE | | KNOXVILLE | TN | 37918-5324 | 1102305319 | $137.70 |
| 14-NOV-18 | 7831703910 | | | | | | | |
| 03839 | BIG KMART #03839 | 400 NE CIRCLE BLVD | | CORVALLIS | OR | 97330-4290 | 1102305321 | $108.80 |
| 30-NOV-18 | 7833500110 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719            S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

CUSTOMER
LOCATION ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER  NUMBER | P.O. NUMBER | | | | INVOICE  NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03390 | KMART #03390 | 1915 E 3RD ST | WILLIAMSPORT | PA | 17701-3901 | 1102305322 | $195.50 |
| 05-NOV-18 | 7830903914 | | | | | | |
| 09416 | BIG KMART #09416 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102305323 | $22.12 |
| 15-NOV-18 | 7831907340 | | | | | | |
| 03807 | BIG KMART #03807 | 835 SOLOMONS ISLAND RD N | PRINCE FREDERICK | MD | 20678-3912 | 1102305324 | $95.20 |
| 16-NOV-18 | 7831805959 | | | | | | |
| 07619 | BIG KMART #07619 | 3980 EL CAMINO REAL | ATASCADERO | CA | 93422-2533 | 1102305325 | $157.25 |
| 15-NOV-18 | 7831904825 | | | | | | |
| 04453 | KMART #04453 | 3415 N ELIZABETH ST | PUEBLO | CO | 81008-1156 | 1102305326 | $177.65 |
| 15-NOV-18 | 7831802282 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03288 | BIG KMART #03288 | 484 BOSTON RD | BILLERICA | MA | 01821-2710 | 1102305327 | $292.40 |
| 14-NOV-18 | 7831806862 | | | | | | |
| 09761 | KMART #09761 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | 1102305328 | $28.05 |
| 01-NOV-18 | 7830408187 | | | | | | |
| 03737 | BIG KMART #03737 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102305333 | $28.90 |
| 28-NOV-18 | 7833206386 | | | | | | |
| 03412 | BIG KMART #03412 | 1050 N DAVIS RD | SALINAS | CA | 93907-1998 | 1102305336 | $840.19 |
| 07-NOV-18 | 7831006400 | | | | | | |
| 03841 | BIG KMART #03841 | 15861 W MICHIGAN AVE | MARSHALL | MI | 49068-9578 | 1102305337 | $85.00 |
| 07-NOV-18 | 7831100600 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

Exhibit B

CUSTOMER
LOCATION ➤    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03405 05-NOV-18 | BIG KMART #03405 7830702822 | 10 W LAKE ST | MINNEAPOLIS | MN | 55408-3116 | 1102305338 | $37.40 |
| 09589 09-NOV-18 | KMART #09589 7831202119 | 420 W MORRIS ST | BATH | NY | 14810-1039 | 1102305339 | $486.54 |
| 03954 08-NOV-18 | BIG KMART #03954 7831211337 | 400 N BEST AVE | WALNUTPORT | PA | 18088-1208 | 1102305340 | $751.34 |
| 03223 14-NOV-18 | KMART #03223 7831803492 | 200 IRWIN AVE NE | FORT WALTON BEACH | FL | 32548-4435 | 1102305344 | $85.00 |
| 07552 03-NOV-18 | KMART #07552 7830504507 | 1570 W BRANCH ST | ARROYO GRANDE | CA | 93420-1818 | 1102305350 | $84.15 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

CUSTOMER
LOCATION  ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO  ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09761 | KMART #09761 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | | 1102305351 | $28.05 |
| 01-NOV-18 | 7830408024 | | | | | | | |
| 09354 | BIG KMART #09354 | 430 W RIDGE RD | GRIFFITH | IN | 46319-1018 | | 1102305352 | $215.90 |
| 25-NOV-18 | 7832805108 | | | | | | | |
| 07699 | BIG KMART #07699 | 1745 QUENTIN RD | LEBANON | PA | 17042-7435 | | 1102305353 | $126.65 |
| 30-NOV-18 | 7833403745 | | | | | | | |
| 03667 | BIG KMART #03667 | 8701 SIX FORKS RD | RALEIGH | NC | 27615-2968 | | 1102305354 | $120.33 |
| 15-NOV-18 | 7831905121 | | | | | | | |
| 04272 | KMART #04272 | 2625 STATE ST | BISMARCK | ND | 58503-0668 | | 1102305362 | $122.40 |
| 01-NOV-18 | 7830403532 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004              27719                    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➤
TO

Exhibit B

**NCR**

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤   KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03223 30-NOV-18 | KMART #03223 7833406427 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102305366 | $174.25 |
| 04807 13-NOV-18 | BIG KMART #04807 7831705457 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | 1102305369 | $17.00 |
| 07648 13-NOV-18 | BIG KMART #07648 7831607410 | 800 N UN | MAUSTON | WI | 53948 | 1102305370 | $17.00 |
| 04728 10-NOV-18 | BIG KMART #04728 7831407865 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | 1102305371 | $3.40 |
| 04215 02-NOV-18 | BIG KMART #04215 7830610966 | 7836 STATE AVE | KANSAS CITY | KS | 66112-2417 | 1102305372 | $90.88 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:            CUSTOMER NUMBER:        Invoice Number
KMART #QA LAB # 4004        27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

∾NCR

CUSTOMER
LOCATION    ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO    ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07648 02-NOV-18 | BIG KMART #07648 7830605602 | 800 N UN | MAUSTON | WI | 53948 | | 1102305373 | $68.00 |
| 04751 15-NOV-18 | BIG KMART #04751 7831811627 | 710 W TEHACHAPI BLVD | TEHACHAPI | CA | 93561-1656 | | 1102305384 | $28.90 |
| 03818 13-NOV-18 | BIG KMART #03818 7831312446 | 3800 OAKWOOD BLVD | HOLLYWOOD | FL | 33020-7114 | | 1102305385 | $37.40 |
| 09415 09-NOV-18 | KMART #09415 7831308358 | 987 RT 6 LAKE PLZ | MAHOPAC | NY | 10541 | | 1102305389 | $43.30 |
| 04457 09-NOV-18 | KMART #04457 7831214224 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | | 1102305390 | $35.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

∾NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT    ➤
TO

Exhibit B

## NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09761 14-NOV-18 | KMART #09761 7831704649 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | 1102305428 | $59.50 |
| 09761 01-NOV-18 | KMART #09761 7830408137 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | 1102305429 | $63.75 |
| 07229 02-NOV-18 | BIG KMART #07229 7829803383 | 600 CW STEVENS BLVD | GRAYSON | KY | 41143-2003 | 1102305430 | $12.75 |
| 09761 01-NOV-18 | KMART #09761 7830407384 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | 1102305431 | $119.85 |
| 03415 02-NOV-18 | BIG KMART #03415 7830604779 | 1001 HERTEL AVE | BUFFALO | NY | 14216-2614 | 1102305432 | $304.12 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07749<br>02-NOV-18 | KMART #07749<br>7830502624 | 250 W 34TH ST 1 PENN PLZ | NEW YORK | NY | 10119 | 1102305433 | $17.59 |
| 09761<br>02-NOV-18 | KMART #09761<br>7830613317 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | 1102305434 | $85.00 |
| 07749<br>02-NOV-18 | KMART #07749<br>7830502507 | 250 W 34TH ST 1 PENN PLZ | NEW YORK | NY | 10119 | 1102305435 | $114.75 |
| 03486<br>26-NOV-18 | KMART #03486<br>7833003037 | 77 MIDDLESEX AVE | SOMERVILLE | MA | 02145-1109 | 1102305445 | $11.05 |
| 03345<br>02-NOV-18 | BIG KMART #03345<br>7830210106 | 1351 E HATCH RD | MODESTO | CA | 95351-5010 | 1102305479 | $128.40 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:

KMART #QA LAB # 4004

CUSTOMER NUMBER:

27719

Invoice Number

S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03133 03-NOV-18 | BIG KMART #03133 7830510804 | 1001 E SUNSET DR | BELLINGHAM | WA | 98226-3510 | 1102305480 | $55.44 |
| 03592 20-NOV-18 | KMART #03592 7832500754 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305493 | $1.70 |
| 04371 20-NOV-18 | KMART #04371 7832407392 | 2875 SANTA MARIA WAY | SANTA MARIA | CA | 93455-2118 | 1102305494 | $5.95 |
| 09549 13-NOV-18 | BIG KMART #09549 7831501906 | 110 BOST RD # 112 | MORGANTON | NC | 28655-5616 | 1102305495 | $56.25 |
| 03667 09-NOV-18 | BIG KMART #03667 7831305250 | 8701 SIX FORKS RD | RALEIGH | NC | 27615-2968 | 1102305504 | $68.38 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION  ▶  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO  ▶

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04857 | BIG KMART #04857 | 14011 PALM DR | DESERT HOT SPRINGS | CA | 92240-6845 | 1102305513 | $416.50 |
| 03-NOV-18 | 7830606020 | | | | | | |
| 04807 | BIG KMART #04807 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | 1102305522 | $194.65 |
| 11-NOV-18 | 7831109475 | | | | | | |
| 09096 | BIG KMART #09096 | 620 PLZ DR | FOSTORIA | OH | 44830 | 1102305539 | $118.67 |
| 19-NOV-18 | 7832207616 | | | | | | |
| 07644 | BIG KMART #07644 | 10560 HARRISON AVE | HARRISON | OH | 45030-1944 | 1102305556 | $184.45 |
| 20-NOV-18 | 7832408331 | | | | | | |
| 03131 | BIG KMART #03131 | 1003 W PATRICK ST | FREDERICK | MD | 21702-3939 | 1102305559 | $282.20 |
| 15-NOV-18 | 7831813926 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ▶
TO

Exhibit B
PAGE 59 OF 73

CUSTOMER
LOCATION ➤    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07477 17-NOV-18 | KMART #07477 7832104315 | 502 PIKE ST | MARIETTA | OH | 45750-3332 | 1102305560 | $35.43 |
| 09662 13-NOV-18 | KMART #09662 7831610614 | 1127 S STATE ST | EPHRATA | PA | 17522-2619 | 1102305561 | $18.70 |
| 09463 28-NOV-18 | KMART #09463 7833112185 | ROUTE 9 | SOMERS POINT | NJ | 08244 | 1102305571 | $293.65 |
| 03486 30-NOV-18 | KMART #03486 7833404113 | 77 MIDDLESEX AVE | SOMERVILLE | MA | 02145-1109 | 1102305572 | $14.45 |
| 04448 24-NOV-18 | KMART #04448 7832700620 | 161 S BROADWAY | SALEM | NH | 03079-3309 | 1102305574 | $277.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR    CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number
KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| | Invoice Date | Invoice Number |
|---|---|---|
| | 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07654 29-NOV-18 | BIG KMART #07654 7833301546 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102305585 | $36.11 |
| 03748 29-NOV-18 | BIG KMART #03748 7833304745 | 491 TRES PINOS RD | HOLLISTER | CA | 95023-5592 | 1102305602 | $218.77 |
| 04389 05-NOV-18 | KMART #04389 7830906141 | 1801 S 10TH ST | MCALLEN | TX | 78503 | 1102305603 | $107.66 |
| 04016 09-NOV-18 | BIG KMART #04016 7831206563 | CHURCH ST EXT | GREENVILLE | SC | 29605 | 1102305604 | $232.90 |
| 04455 08-NOV-18 | KMART #04455 7831207100 | 3955 SW MURRAY BLVD | BEAVERTON | OR | 97005-2316 | 1102305605 | $116.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

## NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03592 05-NOV-18 | KMART #03592 7830901181 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305606 | $28.90 |
| 07177 06-NOV-18 | BIG KMART #07177 7831007756 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102305607 | $146.82 |
| 04150 07-NOV-18 | BIG KMART #04150 7831107738 | 528 W PLANK RD | ALTOONA | PA | 16602-2802 | 1102305608 | $171.70 |
| 09761 06-NOV-18 | KMART #09761 7831015311 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | 1102305609 | $171.70 |
| 04457 27-NOV-18 | KMART #04457 7832600940 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | 1102305623 | $52.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

# NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE  NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03368 16-NOV-18 | BIG KMART #03368 7832010573 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | | 1102305635 | $85.00 |
| 04047 02-NOV-18 | BIG KMART #04047 7830605474 | 2200 HARBOR BLVD | COSTA MESA | CA | 92627-2501 | | 1102305658 | $131.75 |
| 04433 02-NOV-18 | KMART #04433 7830507692 | 3701 BROADWAY ST | QUINCY | IL | 62305-2821 | | 1102305659 | $271.15 |
| 07699 01-NOV-18 | BIG KMART #07699 7830502576 | 1745 QUENTIN RD | LEBANON | PA | 17042-7435 | | 1102305660 | $190.40 |
| 09761 01-NOV-18 | KMART #09761 7830408235 | 3247 W NOBLE AVE | VISALIA | CA | 93277-1841 | | 1102305661 | $28.05 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:         Invoice Number

KMART #QA LAB # 4004                    27719              S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03654 01-NOV-18 | BIG KMART #03654 7830211929 | 6163 OXON HILL RD | OXON HILL | MD | 20745-3108 | 1102305662 | $75.65 |
| 07016 14-NOV-18 | BIG KMART #07016 7831811569 | 2220 N GRIMES ST | HOBBS | NM | 88240-2716 | 1102305663 | $42.68 |
| 03597 14-NOV-18 | KMART #03597 7831805318 | 600 MACDADE BLVD | HOLMES | PA | 19043-1517 | 1102305664 | $105.40 |
| 03239 14-NOV-18 | BIG KMART #03239 7831502931 | 7100 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64151-1630 | 1102305665 | $7.65 |
| 04010 30-NOV-18 | BIG KMART #04010 7833308654 | 880 BUTLER ST | PITTSBURGH | PA | 15223-1319 | 1102305676 | $90.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03841 29-NOV-18 | 7833304159 | 15861 W MICHIGAN AVE | MARSHALL | MI | 49068-9578 | 1102305677 | $276.51 |
| 03667 13-NOV-18 | 7831704390 | 8701 SIX FORKS RD | RALEIGH | NC | 27615-2968 | 1102305694 | $285.34 |
| 03842 20-NOV-18 | 7832406957 | 175 S MAAG AVE | OAKDALE | CA | 95361-9626 | 1102305697 | $146.20 |
| 07673 23-NOV-18 | 7832701409 | 200 KENT LANDING | STEVENSVILLE | MD | 21666 | 1102305698 | $103.70 |
| 07177 20-NOV-18 | 7832405514 | 371-411 MAIN ST | BELLEVILLE | NJ | 07109-5299 | 1102305699 | $30.81 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:           Invoice Number
KMART #QA LAB # 4004                 27719                   S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

**NCR**

CUSTOMER
LOCATION ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➡    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03785 | SUPER KMART #03785 | 5007 VICTORY BLVD | TABB | VA | 23693-5606 | | 1102305701 | $92.65 |
| 23-NOV-18 | 7831906094 | | | | | | | |
| 03056 | BIG KMART #03056 | 1020 HAMBURG TPKE | WAYNE | NJ | 07470-3226 | | 1102305702 | $178.54 |
| 24-NOV-18 | 7832805360 | | | | | | | |
| 03597 | KMART #03597 | 600 MACDADE BLVD | HOLMES | PA | 19043-1517 | | 1102305727 | $75.65 |
| 19-NOV-18 | 7832304680 | | | | | | | |
| 03371 | BIG KMART #03371 | 3443 W ADDISON ST | CHICAGO | IL | 60618-4249 | | 1102305728 | $44.20 |
| 19-NOV-18 | 7832108379 | | | | | | | |
| 03949 | BIG KMART #03949 | 803 MALE RD | WIND GAP | PA | 18091-1500 | | 1102305740 | $61.20 |
| 21-NOV-18 | 7832511747 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

CUSTOMER
LOCATION ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07477 | KMART #07477 | 502 PIKE ST | MARIETTA | OH | 45750-3332 | 1102305741 | $101.18 |
| 15-NOV-18 | 7831905105 | | | | | | |
| 03412 | BIG KMART #03412 | 1050 N DAVIS RD | SALINAS | CA | 93907-1998 | 1102305742 | $259.25 |
| 13-NOV-18 | 7831612762 | | | | | | |
| 09621 | BIG KMART #09621 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102305766 | $39.95 |
| 23-NOV-18 | 7832708041 | | | | | | |
| 07648 | BIG KMART #07648 | 800 N UN | MAUSTON | WI | 53948 | 1102305785 | $376.55 |
| 11-NOV-18 | 7830803583 | | | | | | |
| 04807 | BIG KMART #04807 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | 1102305786 | $90.95 |
| 11-NOV-18 | 7831109506 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:

KMART #QA LAB # 4004

CUSTOMER NUMBER:

27719

Invoice Number

S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

**Exhibit B**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03499 12-NOV-18 | BIG KMART #03499 7831600387 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102305787 | $261.92 |
| 03828 14-NOV-18 | BIG KMART #03828 7831707862 | 26471 YNEZ RD | TEMECULA | CA | 92591-4654 | 1102305788 | $184.45 |
| 03737 11-NOV-18 | BIG KMART #03737 7831504736 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102305789 | $31.45 |
| 03744 17-NOV-18 | BIG KMART #03744 7831705323 | 1901 N CROATAN HWY | KILL DEVIL HILLS | NC | 27948-8978 | 1102305790 | $6.35 |
| 03592 20-NOV-18 | KMART #03592 7832501110 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305801 | $10.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

NCR

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL TO ➤ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03862 | KMART #03862 | 5151 SUNRISE HWY | BOHEMIA | NY | 11716-4625 | 1102305802 | $34.17 |
| 23-NOV-18 | 7832706207 | | | | | | |
| 07648 | BIG KMART #07648 | 800 N UN | MAUSTON | WI | 53948 | 1102305804 | $289.76 |
| 04-NOV-18 | 7830614943 | | | | | | |
| 04807 | BIG KMART #04807 | 301 GOVERNORS PL | BEAR | DE | 19701-3031 | 1102305807 | $95.20 |
| 11-NOV-18 | 7831109483 | | | | | | |
| 07616 | BIG KMART #07616 | 748 W MAIN ST | LEXINGTON | SC | 29072-2545 | 1102305828 | $110.50 |
| 19-NOV-18 | 7832009624 | | | | | | |
| 03842 | BIG KMART #03842 | 175 S MAAG AVE | OAKDALE | CA | 95361-9626 | 1102305829 | $359.55 |
| 19-NOV-18 | 7832206562 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

**NCR**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➤  KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04457 20-NOV-18 | KMART #04457 7832400727 | 26231 MISSION BLVD | HAYWARD | CA | 94544-3030 | 1102305830 | $46.75 |
| 04996 12-NOV-18 | SUPER KMART #04996 7831609155 | 7055 E BROADWAY BLVD | TUCSON | AZ | 85710-2804 | 1102305831 | $82.45 |
| 07016 14-NOV-18 | BIG KMART #07016 7831811846 | 2220 N GRIMES ST | HOBBS | NM | 88240-2716 | 1102305832 | $19.98 |
| 03071 13-NOV-18 | BIG KMART #03071 7831703843 | 213 ROUTE 37 E | TOMS RIVER | NJ | 08753-5563 | 1102305833 | $248.33 |
| 07293 26-NOV-18 | BIG KMART #07293 7832902012 | 713 E BALTIMORE AVE | CLIFTON HEIGHTS | PA | 19018-2403 | 1102305839 | $31.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:          CUSTOMER NUMBER:      Invoice Number
KMART #QA LAB # 4004          27719          S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION    ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO    ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03251 15-NOV-18 | SUPER KMART #03251 7831810654 | 6780 W WASHINGTON ST | INDIANAPOLIS | IN | 46241-2935 | 1102305848 | $8.50 |
| 03834 23-NOV-18 | BIG KMART #03834 7832710684 | 1000 SAN FERNANDO RD | BURBANK | CA | 91503 | 1102305859 | $129.20 |
| 03438 23-NOV-18 | BIG KMART #03438 7832603219 | 1550 SAINT GEORGES AVE | AVENEL | NJ | 07001-1044 | 1102305860 | $357.09 |
| 03818 20-NOV-18 | BIG KMART #03818 7832313360 | 3800 OAKWOOD BLVD | HOLLYWOOD | FL | 33020-7114 | 1102305861 | $33.15 |
| 07016 14-NOV-18 | BIG KMART #07016 7831811830 | 2220 N GRIMES ST | HOBBS | NM | 88240-2716 | 1102305868 | $22.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT



CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT    ➤
TO

NCR

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04810 13-NOV-18 | BIG KMART #04810 7831407329 | 2940 VETERANS BLVD | METAIRIE | LA | 70002 | 1102305869 | $97.83 |
| 07654 29-NOV-18 | BIG KMART #07654 7833301646 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102305874 | $43.50 |
| 03175 30-NOV-18 | BIG KMART #03175 7833408515 | 1267 HOOKSETT RD | HOOKSETT | NH | 03106-1801 | 1102305875 | $129.20 |
| 03592 20-NOV-18 | KMART #03592 7832500635 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102305883 | $5.95 |
| 03013 29-NOV-18 | BIG KMART #03013 7833303737 | 7701 BROADVIEW RD | CLEVELAND | OH | 44131-5724 | 1102305893 | $90.91 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600022885 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09794 15-NOV-18 | KMART #09794 7831907455 | 745 S BLUFF ST | SAINT GEORGE | UT | 84770-3569 | 1102305915 | $152.25 |
| 03223 14-NOV-18 | KMART #03223 7831803258 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102305916 | $61.20 |
| 04215 11-NOV-18 | BIG KMART #04215 7831404322 | 7836 STATE AVE | KANSAS CITY | KS | 66112-2417 | 1102305917 | $95.53 |
| 03013 12-NOV-18 | BIG KMART #03013 7831604898 | 7701 BROADVIEW RD | CLEVELAND | OH | 44131-5724 | 1102305918 | $87.35 |
| 03737 11-NOV-18 | BIG KMART #03737 7831504748 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102305919 | $31.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:         Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ▶ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022885 |

7208994

BILL
TO ▶

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09319 16-NOV-18 | KMART #09319 7832000162 | 1515 W 3RD ST | ALLIANCE | NE 69301-3129 | 1102305920 | $149.80 |
| 07016 14-NOV-18 | BIG KMART #07016 7831811862 | 2220 N GRIMES ST | HOBBS | NM 88240-2716 | 1102305921 | $22.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT    $48,099.66

**NCR**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600022885

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ■■■
Bank Name: Bank
ACH ABA/Routing #: ■■■

MAIL
PAYMENT ▶
TO

NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY        $48,099.66

0000027719    S600022885    000004809966    8

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01187 14-NOV-18 | SEARS #01187 7831804135 | 3000 TOWN EAST MALL | MESQUITE | TX | 75150-4120 | 1102304451 | $112.26 |
| 01318 15-NOV-18 | SEARS #01318 7831711228 | 3001 MING AVE VALLEY PLZ | BAKERSFIELD | CA | 93301 | 1102304452 | $56.95 |
| 02694 15-NOV-18 | SEARS #02694 7831905184 | 100 SPOTSYLVANIA MALL | FREDERICKSBURG | VA | 22407-1101 | 1102304453 | $32.35 |
| 01328 13-NOV-18 | SEARS #01328 7831710578 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102304454 | $24.65 |
| 01007 12-NOV-18 | SEARS #01007 7831015327 | 686 BRANDON TOWN CENTER MALL | BRANDON | FL | 33511-4726 | 1102304455 | $203.15 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES            37978                S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➡  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01027 | SEARS #01027 | 750 SUNLAND PARK DR | EL PASO | TX | 79912-6709 | 1102304456 | $174.82 |
| 21-NOV-18 | 7832413749 | | | | | | |
| 01165 | SEARS #01165 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102304457 | $118.24 |
| 20-NOV-18 | 7832201367 | | | | | | |
| 01368 | SEARS #01368 | 1001 SUNVALLEY BLVD | CONCORD | CA | 94520-5802 | 1102304458 | $18.70 |
| 18-NOV-18 | 7832204432 | | | | | | |
| 01035 | SEARS #01035 | 3450 WRIGHTSBORO RD # B | AUGUSTA | GA | 30909-2516 | 1102304476 | $73.95 |
| 21-NOV-18 | 7832502458 | | | | | | |
| 01745 | SEARS #01745 | 347 WESTSHORE PLZ | TAMPA | FL | 33609-1812 | 1102304477 | $199.75 |
| 20-NOV-18 | 7832206873 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

## NCR

| CUSTOMER LOCATION ➤ | SUMMARY OF INVOICES FOR: | | |
|---|---|---|---|

ORIGINAL SUMMARY

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01798 20-NOV-18 | SEARS #01798 7831507586 | 7780 W ARROWHEAD TOWNE CTR GLENDALE | | AZ | 85308-8612 | 1102304478 | $412.25 |
| 01831 20-NOV-18 | SEARS #01831 7832409553 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102304479 | $37.40 |
| 01775 21-NOV-18 | SEARS #01775 7832101285 | 12055 PINES BLVD | PEMBROKE PINES | FL | 33026-4116 | 1102304480 | $268.60 |
| 01035 21-NOV-18 | SEARS #01035 7832500772 | 3450 WRIGHTSBORO RD # B | AUGUSTA | GA | 30909-2516 | 1102304481 | $73.95 |
| 01125 20-NOV-18 | SEARS #01125 7832407281 | 3655 SW 22ND ST CORAL GABLES | MIAMI | FL | 33145 | 1102304490 | $243.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

CUSTOMER NAME:

SEARS #KMART IT INVOICES

CUSTOMER NUMBER:

37978

Invoice Number

S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02330 24-NOV-18 | SEARS #02330 7832806398 | 3500 S MERIDIAN SP 900 | PUYALLUP | WA | 98373 | 1102304491 | $62.58 |
| 01248 18-NOV-18 | SEARS #01248 7831605111 | 660 W WINTON AVE | HAYWARD | CA | 94545-2135 | 1102304492 | $153.85 |
| 01590 19-NOV-18 | SEARS #01590 7832303642 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102304493 | $14.45 |
| 01387 13-NOV-18 | SEARS #01387 7831705716 | 7701 W | AMARILLO | TX | 79121 | 1102304494 | $80.05 |
| 01125 15-NOV-18 | SEARS #01125 7831911246 | 3655 SW 22ND ST CORAL GABLES | MIAMI | FL | 33145 | 1102304495 | $61.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01755 | SEARS #01755 | 801 N CONGRESS AVE | BOYNTON BEACH | FL | 33426-3315 | 1102304496 | $112.20 |
| 17-NOV-18 | 7832106887 | | | | | | |
| 02023 | SEARS #02023 | 270 LOUDON RD | CONCORD | NH | 03301-8005 | 1102304497 | $88.40 |
| 12-NOV-18 | 7831200136 | | | | | | |
| 01437 | SEARS #01437 | 3871 S COOPER ST | ARLINGTON | TX | 76015-4192 | 1102304521 | $233.18 |
| 19-NOV-18 | 7832011740 | | | | | | |
| 01081 | SEARS #01081 | 771 S 30TH ST | HEATH | OH | 43056-4200 | 1102304522 | $53.44 |
| 19-NOV-18 | 7832302551 | | | | | | |
| 02774 | SEARS #02774 | COUNTRY CLUB MALL | CUMBERLAND | MD | 21502 | 1102304523 | $31.45 |
| 19-NOV-18 | 7832014085 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B
PAGE    6    OF    80

**⊗ NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01733 08-NOV-18 | SEARS #01733 7831205688 | 8000 MALL WALK | YONKERS | NY | 10704-1226 | 1102304524 | $221.18 |
| 01066 05-NOV-18 | SEARS #01066 7830805348 | 10302 SOUTHSIDE BLVD | JACKSONVILLE | FL | 32256-0752 | 1102304525 | $39.95 |
| 01139 20-NOV-18 | SEARS #01139 7832412506 | 301 SOUTHCENTER MALL | TUKWILA | WA | 98188-2810 | 1102304526 | $181.39 |
| 01168 18-NOV-18 | SEARS #01168 7831913982 | 12121 VICTORY BLVD | NORTH HOLLYWOOD | CA | 91606-3204 | 1102304535 | $71.40 |
| 01484 14-NOV-18 | SEARS #01484 7831808013 | & BERN RD | READING | PA | 19610 | 1102304536 | $68.02 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**⊗ NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01434 14-NOV-18 | SEARS #01434 7831611622 | 50 US HIGHWAY 46 | WAYNE | NJ | 07470-6834 | 1102304537 | $3.62 |
| 01213 15-NOV-18 | SEARS #01213 7831709232 | 385 SOUTHBRIDGE ST | AUBURN | MA | 01501-2482 | 1102304538 | $103.70 |
| 01968 11-NOV-18 | SEARS #01968 7831309637 | 72880 HIGHWAY 111 | PALM DESERT | CA | 92260-3313 | 1102304539 | $164.90 |
| 02885 13-NOV-18 | SEARS #02885 7831605806 | 9409 US 19 H STE 101 | PORT RICHEY | FL | 34668 | 1102304540 | $168.30 |
| 01018 11-NOV-18 | SEARS #01018 7831313905 | 3755 SANTA ROSALIA DR | LOS ANGELES | CA | 90008-3601 | 1102304541 | $120.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 89 of 314

PAGE    8    OF    80

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01894 12-NOV-18 | SEARS #01894 7831407723 | 10 MIRACLE MILE DR | ROCHESTER | NY | 14623-5851 | | 1102304542 | $141.38 |
| 01328 13-NOV-18 | SEARS #01328 7831710998 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | | 1102304543 | $54.40 |
| 01374 12-NOV-18 | SEARS #01374 7831503838 | 658 BALTIMORE PIKE | BEL AIR | MD | 21014-4223 | | 1102304544 | $68.85 |
| 01155 14-NOV-18 | SEARS #01155 7831803999 | 400 ERNEST W BARRETT PKWY NW | KENNESAW | GA | 30144-4917 | | 1102304545 | $156.40 |
| 01688 11-NOV-18 | SEARS #01688 7831500636 | 1700 N MAIN ST | SALINAS | CA | 93906-5103 | | 1102304546 | $184.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

Exhibit B

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01080 | SEARS #01080 | 2605 PRESTON RD | FRISCO | TX | 75034-9434 | 1102304550 | $12.88 |
| 11-NOV-18 | 7831006448 | | | | | | |
| 02028 | SEARS #02028 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102304566 | $198.90 |
| 17-NOV-18 | 7831611802 | | | | | | |
| 01924 | SEARS #01924 | 1150 SUNRISE HWY | VALLEY STREAM | NY | 11581 | 1102304567 | $343.48 |
| 05-NOV-18 | 7830802954 | | | | | | |
| 01644 | SEARS #01644 | 200 PARK CITY CTR | LANCASTER | PA | 17601-2708 | 1102304568 | $48.45 |
| 08-NOV-18 | 7831211732 | | | | | | |
| 01398 | SEARS #01398 | 100 INLAND CTR | SAN BERNARDINO | CA | 92408-1917 | 1102304569 | $62.90 |
| 17-NOV-18 | 7832106317 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:               CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES          37978               S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

Exhibit B

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01634 23-NOV-18 | SEARS #01634 7832701184 | 6901 SECURITY BLVD | BALTIMORE | MD | 21244-2412 | 1102304573 | $35.70 |
| 01708 21-NOV-18 | SEARS #01708 7832302611 | 7611 W THOMAS RD | PHOENIX | AZ | 85033-5439 | 1102304585 | $123.25 |
| 01840 19-NOV-18 | SEARS #01840 7831606251 | 6501 95TH ST | CHICAGO RIDGE | IL | 60415-2632 | 1102304586 | $198.90 |
| 01278 20-NOV-18 | SEARS #01278 7832313340 | 22100 HAWTHORNE BLVD | TORRANCE | CA | 90503-7008 | 1102304587 | $140.25 |
| 01681 23-NOV-18 | SEARS #1681 7832515403 | 1450 ALA MOANA BLVD STE 1505 | HONOLULU | HI | 96814-4615 | 1102304588 | $160.21 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION    ➡    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO    ➡    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01733 18-NOV-18 | SEARS #01733 7832206234 | 8000 MALL WALK | YONKERS | NY | 10704-1226 | 1102304589 | $103.65 |
| 01125 19-NOV-18 | SEARS #01125 7832304902 | 3655 SW 22ND ST CORAL GABLES | MIAMI | FL | 33145 | 1102304590 | $167.45 |
| 02138 19-NOV-18 | SEARS #02138 7832208448 | 3845 STATE ST | SANTA BARBARA | CA | 93105-3161 | 1102304591 | $145.35 |
| 01281 14-NOV-18 | SEARS #01281 7831815398 | 3201 DILLON DR | PUEBLO | CO | 81008-1005 | 1102304592 | $18.70 |
| 01300 15-NOV-18 | SEARS #01300 7831503172 | 2 OAKBROOK CTR | OAK BROOK | IL | 60523-1833 | 1102304593 | $232.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT    ➡
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221
BILL
TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01018 | SEARS #01018 | 3755 SANTA ROSALIA DR | LOS ANGELES | CA | 90008-3601 | 1102304594 | $211.65 |
| 11-NOV-18 | 7831313951 | | | | | | |
| 01133 | SEARS #01133 | COMMERCIAL RD | LEOMINSTER | MA | 01453 | 1102304598 | $164.90 |
| 30-NOV-18 | 7833404538 | | | | | | |
| 02845 | SEARS #02845 | 3700 ATLANTA HWY | ATHENS | GA | 30606-7201 | 1102304599 | $143.65 |
| 27-NOV-18 | 7833110600 | | | | | | |
| 02088 | SEARS #02088 | 200 TOWN CTR E | SANTA MARIA | CA | 93454-5161 | 1102304605 | $39.95 |
| 12-NOV-18 | 7831600789 | | | | | | |
| 01738 | SEARS #01738 | 46-056 KAMEHAMEHA HWY | KANEOHE | HI | 96744-3755 | 1102304609 | $153.10 |
| 17-NOV-18 | 7832012901 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**                                                                 CONTINUED

CUSTOMER NAME:                     CUSTOMER NUMBER:        Invoice Number
SEARS #KMART IT INVOICES                37978             S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01367 | SEARS #01367 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102304619 | $46.01 |
| 12-NOV-18 | 7831603528 | | | | | | |
| 01298 | SEARS #01298 | 5261 ARLINGTON AVE | RIVERSIDE | CA | 92504-2697 | 1102304620 | $48.45 |
| 17-NOV-18 | 7832011180 | | | | | | |
| 01434 | SEARS #01434 | 50 US HIGHWAY 46 | WAYNE | NJ | 07470-6834 | 1102304621 | $378.84 |
| 14-NOV-18 | 7831312194 | | | | | | |
| 02565 | SEARS #02565 | 303 US HWY 301 BLVD W | BRADENTON | FL | 34205 | 1102304622 | $67.15 |
| 11-NOV-18 | 7831405493 | | | | | | |
| 02819 | SEARS #02819 | 3115 AIRPORT WAY | FAIRBANKS | AK | 99709-4755 | 1102304623 | $1.70 |
| 14-NOV-18 | 7831802312 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01368 18-NOV-18 | SEARS #01368 7832105791 | 1001 SUNVALLEY BLVD | CONCORD | CA | 94520-5802 | 1102304632 | $113.90 |
| 01226 21-NOV-18 | SEARS #01226 7832300333 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102304633 | $178.29 |
| 02028 19-NOV-18 | SEARS #02028 7832301396 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102304640 | $67.15 |
| 01172 20-NOV-18 | SEARS #01172 7832406425 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102304641 | $27.20 |
| 01165 18-NOV-18 | SEARS #01165 7832201374 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102304642 | $71.85 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES           37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01172 | SEARS #01172 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102304643 | $12.75 |
| 19-NOV-18 | 7832110462 | | | | | | |
| 01042 | SEARS #01042 | 101 N RANGE LINE RD | JOPLIN | MO | 64801-4118 | 1102304644 | $129.20 |
| 15-NOV-18 | 7831906508 | | | | | | |
| 01800 | SEARS #01800 | 6501 GRAPE RD | MISHAWAKA | IN | 46545-1007 | 1102304645 | $174.25 |
| 15-NOV-18 | 7831503148 | | | | | | |
| 01465 | SEARS #01465 | 2266 UNIVERSITY SQUARE MALL | TAMPA | FL | 33612-5518 | 1102304646 | $106.25 |
| 03-NOV-18 | 7830311464 | | | | | | |
| 02497 | SEARS #02497 | 2320 N EXPRESSWAY | BROWNSVILLE | TX | 78521-0937 | 1102304658 | $66.25 |
| 17-NOV-18 | 7832006706 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01335 | SEARS #01335 | 3200 W FRIENDLY AVE | GREENSBORO | NC | 27408-7693 | 1102304666 | $83.48 |
| 23-NOV-18 | 7832705528 | | | | | | |
| 01377 | SEARS #01377 | 7925 CYPRESS CREEK PKWY | HOUSTON | TX | 77070-5780 | 1102304667 | $155.50 |
| 20-NOV-18 | 7832411800 | | | | | | |
| 02774 | SEARS #02774 | COUNTRY CLUB MALL | CUMBERLAND | MD | 21502 | 1102304668 | $62.90 |
| 19-NOV-18 | 7832104744 | | | | | | |
| 01684 | SEARS #01684 | WOODBRIDGE CTR DR | WOODBRIDGE | NJ | 07095 | 1102304669 | $164.95 |
| 23-NOV-18 | 7832700355 | | | | | | |
| 01216 | SEARS #01216 | 1200 SOUTHLAND MALL | MEMPHIS | TN | 38116-7898 | 1102304670 | $81.74 |
| 23-NOV-18 | 7832109044 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01831 06-NOV-18 | SEARS #01831 7830913620 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102304694 | $112.20 |
| 01386 06-NOV-18 | SEARS #01386 7830802771 | 1000 RIVERGATE PKWY STE 5 | GOODLETTSVILLE | TN | 37072-2405 | 1102304695 | $44.36 |
| 02074 07-NOV-18 | SEARS #02074 7830902579 | 600 STROUD MALL | STROUDSBURG | PA | 18360-1156 | 1102304696 | $52.28 |
| 01714 09-NOV-18 | SEARS #01714 7831301387 | 5256 STATE ROUTE 30 | GREENSBURG | PA | 15601-7751 | 1102304697 | $87.72 |
| 01984 15-NOV-18 | SEARS #01984 7831908719 | 3701 MCKINLEY PKWY | BUFFALO | NY | 14219-2695 | 1102304707 | $163.61 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

# NCR

Exhibit B

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

**BILL TO** ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01007 01-NOV-18 | SEARS #01007 7830205276 | 686 BRANDON TOWN CENTER MALL | BRANDON | FL | 33511-4726 | 1102304708 | $84.29 |
| 01585 01-NOV-18 | SEARS #01585 7830411289 | 1500 APALACHEE PKWY | TALLAHASSEE | FL | 32301-3055 | 1102304709 | $143.65 |
| 01508 03-NOV-18 | SEARS #01508 7830501336 | 9301 TAMPA AVE | NORTHRIDGE | CA | 91324-2503 | 1102304710 | $228.65 |
| 02304 01-NOV-18 | SEARS #02304 7830404208 | 9500 MALL RD | MORGANTOWN | WV | 26501-8524 | 1102304711 | $51.36 |
| 01820 27-NOV-18 | SEARS #01820 7833104512 | 5000 SPRING HILL MALL | WEST DUNDEE | IL | 60118-1267 | 1102304712 | $116.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

## ⊗ NCR

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

**BILL TO** ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01434 28-NOV-18 | SEARS #01434 7833209628 | 50 US HIGHWAY 46 | WAYNE | NJ | 07470-6834 | 1102304713 | $113.29 |
| 01708 30-NOV-18 | SEARS #01708 7833305981 | 7611 W THOMAS RD | PHOENIX | AZ | 85033-5439 | 1102304714 | $230.35 |
| 01605 14-NOV-18 | SEARS #01605 7831806374 | 7330 OLD WAKE FOREST RD | RALEIGH | NC | 27616-3047 | 1102304715 | $163.18 |
| 01318 15-NOV-18 | SEARS #01318 7831711198 | 3001 MING AVE VALLEY PLZ | BAKERSFIELD | CA | 93301 | 1102304716 | $135.15 |
| 01385 08-NOV-18 | SEARS #01385 7831205653 | 2940 COBB PKWY SE | ATLANTA | GA | 30339-3115 | 1102304717 | $154.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## ⊗ NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01484 12-NOV-18 | SEARS #01484 7831610516 | & BERN RD | READING | PA | 19610 | | 1102304718 | $70.98 |
| 01139 29-NOV-18 | SEARS #01139 7833400322 | 301 SOUTHCENTER MALL | TUKWILA | WA | 98188-2810 | | 1102304724 | $3.74 |
| 01154 12-NOV-18 | SEARS #01154 7831603133 | 200 WHITEHALL MALL | WHITEHALL | PA | 18052-5126 | | 1102304725 | $155.04 |
| 01485 16-NOV-18 | SEARS #01485 7832000510 | 1910 WELLS RD | ORANGE PARK | FL | 32073-6771 | | 1102304726 | $90.95 |
| 01508 29-NOV-18 | SEARS #01508 7833301157 | 9301 TAMPA AVE | NORTHRIDGE | CA | 91324-2503 | | 1102304727 | $10.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**                                                                 CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01820 | SEARS #01820 | 5000 SPRING HILL MALL | WEST DUNDEE | IL | 60118-1267 | 1102304728 | $214.20 |
| 29-NOV-18 | 7833309929 | | | | | | |
| 01465 | SEARS #01465 | 2266 UNIVERSITY SQUARE MALL | TAMPA | FL | 33612-5518 | 1102304729 | $33.15 |
| 30-NOV-18 | 7833404795 | | | | | | |
| 02126 | SEARS #02126 | 4501 CENTRAL AVE STE 101 | HOT SPRINGS | AR | 71913-7412 | 1102304730 | $473.75 |
| 29-NOV-18 | 7833211030 | | | | | | |
| 02329 | SEARS #02329 | 455 COLUMBIA CENTER BLVD | KENNEWICK | WA | 99336 | 1102304731 | $304.63 |
| 26-NOV-18 | 7833010579 | | | | | | |
| 01172 | SEARS #01172 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102304732 | $165.75 |
| 19-NOV-18 | 7832110536 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES              37978                S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B
PAGE  22  OF  80

**NCR**

CUSTOMER
LOCATION  ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO  ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER  NUMBER | P.O. NUMBER | | | | INVOICE  NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01052 | SEARS #01052 | 425 RICE ST | SAINT PAUL | MN | 55103-2123 | 1102304733 | $71.40 |
| 20-NOV-18 | 7832403170 | | | | | | |
| 01172 | SEARS #01172 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102304734 | $116.45 |
| 20-NOV-18 | 7832406529 | | | | | | |
| 01317 | SEARS #01317 | 8401 GATEWAY BLVD W | EL PASO | TX | 79925-5668 | 1102304735 | $68.08 |
| 21-NOV-18 | 7832502074 | | | | | | |
| 01314 | SEARS #01314 | 51 US HIGHWAY 1 | NEW BRUNSWICK | NJ | 08901-1590 | 1102304736 | $171.29 |
| 04-NOV-18 | 7830806719 | | | | | | |
| 01007 | SEARS #01007 | 686 BRANDON TOWN CENTER MALBRANDON | | FL | 33511-4726 | 1102304737 | $73.95 |
| 07-NOV-18 | 7830802730 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES               37978                    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➤
TO

NCR

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02774 | SEARS #02774 | COUNTRY CLUB MALL | CUMBERLAND | MD | 21502 | 1102304738 | $301.75 |
| 06-NOV-18 | 7830708906 | | | | | | |
| 01043 | SEARS #01043 | 470 LEWIS AVE | MERIDEN | CT | 06451-2103 | 1102304739 | $216.05 |
| 06-NOV-18 | 7830805848 | | | | | | |
| 01714 | SEARS #01714 | 5256 STATE ROUTE 30 | GREENSBURG | PA | 15601-7751 | 1102304767 | $152.85 |
| 07-NOV-18 | 7831101212 | | | | | | |
| 01182 | SEARS #01182 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102304768 | $92.65 |
| 05-NOV-18 | 7830806168 | | | | | | |
| 02664 | SEARS #02664 | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD | 21703-8331 | 1102304773 | $80.75 |
| 30-NOV-18 | 7833407559 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                37978            S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01035 27-NOV-18 | SEARS #01035 7832502500 | 3450 WRIGHTSBORO RD # B | AUGUSTA | GA | 30909-2516 | 1102304774 | $3,318.85 |
| 02036 26-NOV-18 | SEARS #02036 7833012052 | 2021 N HIGHLAND AVE | JACKSON | TN | 38305-4918 | 1102304775 | $161.91 |
| 01228 25-NOV-18 | SEARS #01228 7832905899 | 1601 ARDEN WAY | SACRAMENTO | CA | 95815-4097 | 1102304776 | $127.50 |
| 01019 29-NOV-18 | SEARS #01019 7833207712 | 1700 STONERIDGE MALL RD | PLEASANTON | CA | 94588-3271 | 1102304777 | $52.70 |
| 02664 30-NOV-18 | SEARS #02664 7833309114 | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD | 21703-8331 | 1102304778 | $67.15 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01640 30-NOV-18 | SEARS #01640 7833406408 | 235 SAINT CLAIR SQ | FAIRVIEW HEIGHTS | IL | 62208-2134 | 1102304779 | $84.15 |
| 01007 06-NOV-18 | SEARS #01007 7830802718 | 686 BRANDON TOWN CENTER MALL | BRANDON | FL | 33511-4726 | 1102304780 | $114.75 |
| 01722 05-NOV-18 | SEARS #01722 7830906601 | 2000 NE CT | BLOOMINGTON | MN | 55425 | 1102304781 | $79.90 |
| 01104 21-NOV-18 | SEARS #01104 7832205830 | 521 DONALD LYNCH BLVD | MARLBOROUGH | MA | 01752-4743 | 1102304782 | $266.90 |
| 01268 23-NOV-18 | SEARS #01268 7832407733 | 8150 LA PALMA AVE | BUENA PARK | CA | 90620-3295 | 1102304783 | $381.65 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01288 24-NOV-18 | SEARS #01288 7832801029 | 5110 PACIFIC AVE | STOCKTON | CA | 95207-6350 | 1102304784 | $39.95 |
| 02047 18-NOV-18 | SEARS #02047 7832208068 | 2250 EL MERCADO LOOP | SIERRA VISTA | AZ | 85635-5204 | 1102304785 | $39.95 |
| 01139 24-NOV-18 | SEARS #01139 7832900878 | 301 SOUTHCENTER MALL | TUKWILA | WA | 98188-2810 | 1102304786 | $76.68 |
| 01172 20-NOV-18 | SEARS #01172 7832406577 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102304787 | $24.65 |
| 01775 14-NOV-18 | SEARS #01775 7831314900 | 12055 PINES BLVD | PEMBROKE PINES | FL | 33026-4116 | 1102304803 | $1.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**CUSTOMER LOCATION** ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

**BILL TO** ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01328 | SEARS #01328 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102304804 | $24.65 |
| 13-NOV-18 | 7831710923 | | | | | | |
| 01708 | SEARS #01708 | 7611 W THOMAS RD | PHOENIX | AZ | 85033-5439 | 1102304812 | $512.55 |
| 17-NOV-18 | 7831407227 | | | | | | |
| 01213 | SEARS #01213 | 385 SOUTHBRIDGE ST | AUBURN | MA | 01501-2482 | 1102304813 | $85.00 |
| 15-NOV-18 | 7831708935 | | | | | | |
| 02028 | SEARS #02028 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102304814 | $198.90 |
| 15-NOV-18 | 7831405669 | | | | | | |
| 02226 | SEARS #02226 | 1720 OLD FORT PKWY | MURFREESBORO | TN | 37129-3382 | 1102304815 | $94.36 |
| 13-NOV-18 | 7831610652 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01043 13-NOV-18 | SEARS #01043 7831705047 | 470 LEWIS AVE | MERIDEN | CT | 06451-2103 | 1102304816 | $164.53 |
| 01067 19-NOV-18 | SEARS #01067 7832312397 | 400 MEMORIAL CITY WAY | HOUSTON | TX | 77024-2513 | 1102304818 | $147.22 |
| 01831 20-NOV-18 | SEARS #01831 7832409420 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102304819 | $24.65 |
| 02028 20-NOV-18 | SEARS #02028 7832401571 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102304820 | $61.20 |
| 02593 12-NOV-18 | SEARS #02593 7831603117 | 1067 UNION AVE NEWBURGH MALL | NEWBURGH | NY | 12550 | 1102304821 | $119.48 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 110 of 314

PAGE    29    OF    80

**Exhibit B**

NCR

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01560 12-NOV-18 | SEARS #01560 7831607395 | 2700 MIAMISBURG CENTERVILLE RD | DAYTON | OH | 45459-3738 | 1102304822 | $130.80 |
| 01424 11-NOV-18 | SEARS #01424 7831308527 | 7103 DEMOCRACY BLVD | BETHESDA | MD | 20817-1007 | 1102304823 | $141.95 |
| 02036 30-NOV-18 | SEARS #02036 7833408875 | 2021 N HIGHLAND AVE | JACKSON | TN | 38305-4918 | 1102304824 | $70.21 |
| 02807 25-NOV-18 | SEARS #02807 7832708942 | 2300 DAVE LYLE BLVD | ROCK HILL | SC | 29730-8931 | 1102304825 | $124.95 |
| 02819 14-NOV-18 | SEARS #02819 7831802444 | 3115 AIRPORT WAY | FAIRBANKS | AK | 99709-4755 | 1102304827 | $1.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

5788221

BILL
TO ➡
SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01207 | SEARS #01207 | 201 S PLANO RD | RICHARDSON | TX | 75081-4504 | 1102304828 | $63.48 |
| 13-NOV-18 | 7831600591 | | | | | | |
| 02036 | SEARS #02036 | 2021 N HIGHLAND AVE | JACKSON | TN | 38305-4918 | 1102304829 | $104.63 |
| 17-NOV-18 | 7832012646 | | | | | | |
| 01367 | SEARS #01367 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102304830 | $69.02 |
| 12-NOV-18 | 7831603467 | | | | | | |
| 01226 | SEARS #01226 | 4400 VETERANS MEMORIAL BLVD METAIRIE | | LA | 70006-5333 | 1102304831 | $20.56 |
| 09-NOV-18 | 7831312625 | | | | | | |
| 02422 | SEARS #02422 | 4480 SERGEANT RD | SIOUX CITY | IA | 51106-4785 | 1102304832 | $29.84 |
| 08-NOV-18 | 7830707335 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES                  37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl   Doc 9201-2   Filed 12/22/20   Entered 12/22/20 15:07:47   Exhibit B
(Summary and Copies of Invoices)   Pg 112 of 314

Exhibit B
PAGE   31   OF   80

**NCR**

CUSTOMER
LOCATION ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02663 07-NOV-18 | SEARS #02663 7831103046 | 50 FOX RUN RD STE 74 | NEWINGTON | NH | 03801-2858 | 1102304833 | $190.40 |
| 01281 23-NOV-18 | SEARS #01281 7832711143 | 3201 DILLON DR | PUEBLO | CO | 81008-1005 | 1102304842 | $50.15 |
| 01328 13-NOV-18 | SEARS #01328 7831711095 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102304848 | $45.90 |
| 01207 13-NOV-18 | SEARS #01207 7831604410 | 201 S PLANO RD | RICHARDSON | TX | 75081-4504 | 1102304849 | $20.24 |
| 01068 15-NOV-18 | SEARS #01068 7831911129 | 1345 W AVE P | PALMDALE | CA | 93551 | 1102304850 | $11.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES              37978                S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01187 12-NOV-18 | SEARS #01187 7831506810 | 3000 TOWN EAST MALL | MESQUITE | TX | 75150-4120 | 1102304851 | $75.45 |
| 02175 30-NOV-18 | SEARS #02175 7833404480 | 3600 S MEMORIAL DR | GREENVILLE | NC | 27834-7047 | 1102304860 | $180.98 |
| 01775 29-NOV-18 | SEARS #01775 7833212225 | 12055 PINES BLVD | PEMBROKE PINES | FL | 33026-4116 | 1102304861 | $18.70 |
| 02807 18-NOV-18 | SEARS #02807 7832202316 | 2300 DAVE LYLE BLVD | ROCK HILL | SC | 29730-8931 | 1102304881 | $175.95 |
| 01640 21-NOV-18 | SEARS #01640 7832507944 | 235 SAINT CLAIR SQ | FAIRVIEW HEIGHTS | IL | 62208-2134 | 1102304882 | $160.65 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01564 | SEARS #01564 | 5320 YOUNGSTOWN RD | NILES | OH | 44446 | 1102304883 | $157.83 |
| 10-NOV-18 | 7831403428 | | | | | | |
| 01424 | SEARS #01424 | 7103 DEMOCRACY BLVD | BETHESDA | MD | 20817-1007 | 1102304892 | $85.00 |
| 25-NOV-18 | 7832900283 | | | | | | |
| 01488 | SEARS #01488 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | 1102304893 | $74.10 |
| 09-NOV-18 | 7831301671 | | | | | | |
| 01155 | SEARS #01155 | 400 ERNEST W BARRETT PKWY NW | KENNESAW | GA | 30144-4917 | 1102304894 | $33.15 |
| 06-NOV-18 | 7830906415 | | | | | | |
| 02497 | SEARS #02497 | 2320 N EXPRESSWAY | BROWNSVILLE | TX | 78521-0937 | 1102304895 | $63.49 |
| 10-NOV-18 | 7831312129 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:         CUSTOMER NUMBER:       Invoice Number

SEARS #KMART IT INVOICES          37978          S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 115 of 314

PAGE    34    OF    80

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡
SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02245 12-NOV-18 | SEARS #02245 7831406229 | 1050 S BABCOCK ST | MELBOURNE | FL | 32901-3022 | 1102304896 | $175.95 |
| 01207 13-NOV-18 | SEARS #01207 7831607923 | 201 S PLANO RD | RICHARDSON | TX | 75081-4504 | 1102304897 | $218.07 |
| 01155 14-NOV-18 | SEARS #01155 7831808336 | 400 ERNEST W BARRETT PKWY NW | KENNESAW | GA | 30144-4917 | 1102304898 | $61.20 |
| 01187 12-NOV-18 | SEARS #01187 7831507105 | 3000 TOWN EAST MALL | MESQUITE | TX | 75150-4120 | 1102304899 | $127.90 |
| 01176 23-NOV-18 | SEARS #01176 7832615840 | 999 PASADENA BLVD | PASADENA | TX | 77506-4748 | 1102304900 | $93.85 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

**BILL
TO** ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01168 05-NOV-18 | SEARS #01168 7830906050 | 12121 VICTORY BLVD | NORTH HOLLYWOOD | CA | 91606-3204 | 1102304901 | $160.65 |
| 02885 04-NOV-18 | SEARS #02885 7830508484 | 9409 US 19 H STE 101 | PORT RICHEY | FL | 34668 | 1102304902 | $119.00 |
| 01250 08-NOV-18 | SEARS #01250 7831006643 | 2100 SOUTHFIELD RD | LINCOLN PARK | MI | 48146-2250 | 1102304903 | $156.40 |
| 02047 05-NOV-18 | SEARS #02047 7830805608 | 2250 EL MERCADO LOOP | SIERRA VISTA | AZ | 85635-5204 | 1102304904 | $112.20 |
| 01278 09-NOV-18 | SEARS #01278 7831314035 | 22100 HAWTHORNE BLVD | TORRANCE | CA | 90503-7008 | 1102304905 | $46.75 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 117 of 314

PAGE   36   OF   80

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01288 | SEARS #01288 | 5110 PACIFIC AVE | STOCKTON | CA | 95207-6350 | 1102304919 | $54.40 |
| 15-NOV-18 | 7831810485 | | | | | | |
| 01304 | SEARS #01304 | 11255 NEW HAMPSHIRE AVE | SILVER SPRING | MD | 20904-2628 | 1102304920 | $11.90 |
| 15-NOV-18 | 7831812388 | | | | | | |
| 01304 | SEARS #01304 | 11255 NEW HAMPSHIRE AVE | SILVER SPRING | MD | 20904-2628 | 1102304921 | $96.90 |
| 15-NOV-18 | 7831812312 | | | | | | |
| 02036 | SEARS #02036 | 2021 N HIGHLAND AVE | JACKSON | TN | 38305-4918 | 1102304922 | $183.05 |
| 11-NOV-18 | 7831502630 | | | | | | |
| 01213 | SEARS #01213 | 385 SOUTHBRIDGE ST | AUBURN | MA | 01501-2482 | 1102304923 | $107.95 |
| 15-NOV-18 | 7831709061 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                    37978            S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01172 | SEARS #01172 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102304945 | $39.95 |
| 20-NOV-18 | 7832406482 | | | | | | |
| 01171 | SEARS #01171 | 2825 S GLENSTONE AVE | SPRINGFIELD | MO | 65804-3732 | 1102304946 | $163.20 |
| 19-NOV-18 | 7832312629 | | | | | | |
| 01226 | SEARS #01226 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102304947 | $118.51 |
| 18-NOV-18 | 7832005634 | | | | | | |
| 01335 | SEARS #01335 | 3200 W FRIENDLY AVE | GREENSBORO | NC | 27408-7693 | 1102304952 | $80.76 |
| 05-NOV-18 | 7830803341 | | | | | | |
| 01182 | SEARS #01182 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102304953 | $86.70 |
| 08-NOV-18 | 7831210541 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**    Exhibit B

PAGE **38** OF **80**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION / DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01148 / 04-NOV-18 | SEARS #01148 / 7830900326 | 3295 E MAIN ST | VENTURA | CA | 93003-4821 | 1102304954 | $177.65 |
| 01298 / 04-NOV-18 | SEARS #01298 / 7830611893 | 5261 ARLINGTON AVE | RIVERSIDE | CA | 92504-2697 | 1102304955 | $67.15 |
| 01066 / 08-NOV-18 | SEARS #01066 / 7831209270 | 10302 SOUTHSIDE BLVD | JACKSONVILLE | FL | 32256-0752 | 1102304956 | $271.15 |
| 01027 / 06-NOV-18 | SEARS #01027 / 7831014704 | 750 SUNLAND PARK DR | EL PASO | TX | 79912-6709 | 1102304957 | $82.82 |
| 01007 / 01-NOV-18 | SEARS #01007 / 7830002269 | 686 BRANDON TOWN CENTER MALL | BRANDON | FL | 33511-4726 | 1102304958 | $129.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

**NCR**    CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**CUSTOMER LOCATION** ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

**BILL TO** ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01668 02-NOV-18 | SEARS #01668 7830610144 | 4000 MEADOWS LN | LAS VEGAS | NV | 89107-3199 | 1102304959 | $201.45 |
| 01831 20-NOV-18 | SEARS #01831 7832409371 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102304968 | $11.90 |
| 01398 20-NOV-18 | SEARS #01398 7832206960 | 100 INLAND CTR | SAN BERNARDINO | CA | 92408-1917 | 1102304969 | $379.95 |
| 01710 23-NOV-18 | SEARS #01710 7832512402 | 5000 GREAT NORTHERN MALL | NORTH OLMSTED | OH | 44070-3303 | 1102304972 | $244.76 |
| 01035 20-NOV-18 | SEARS #01035 7832310880 | 3450 WRIGHTSBORO RD # B | AUGUSTA | GA | 30909-2516 | 1102304973 | $70.55 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01654 19-NOV-18 | SEARS #01654 7832205445 | 1067 W BALTIMORE PIKE | MEDIA | PA | 19063-5121 | 1102304974 | $212.67 |
| 01182 05-NOV-18 | SEARS #01182 7830806276 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102304976 | $18.70 |
| 01213 20-NOV-18 | SEARS #01213 7832407778 | 385 SOUTHBRIDGE ST | AUBURN | MA | 01501-2482 | 1102304984 | $27.20 |
| 01226 23-NOV-18 | SEARS #01226 7832300404 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102304985 | $44.36 |
| 01165 18-NOV-18 | SEARS #01165 7832201164 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102304986 | $58.21 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                  CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES              37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01182 07-NOV-18 | SEARS #01182 7831014743 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102304987 | $160.65 |
| 01154 10-NOV-18 | SEARS #01154 7831405138 | 200 WHITEHALL MALL | WHITEHALL | PA | 18052-5126 | 1102304988 | $565.94 |
| 02755 10-NOV-18 | SEARS #02755 7829509997 | COUNTRY CLUB RD & WESTERN | JACKSONVILLE | NC | 28546 | 1102304989 | $62.76 |
| 02034 06-NOV-18 | SEARS #02034 7830705839 | 15700 EMERALD WAY | BOWIE | MD | 20716-2200 | 1102304990 | $99.45 |
| 01605 03-NOV-18 | SEARS #01605 7830700315 | 7330 OLD WAKE FOREST RD | RALEIGH | NC | 27616-3047 | 1102304991 | $263.46 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

# NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01074 06-NOV-18 | SEARS #01074 7831005697 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305000 | $12.75 |
| 01044 01-NOV-18 | SEARS #01044 7830204771 | 50 MALL DR W | JERSEY CITY | NJ | 07310-1601 | 1102305001 | $74.32 |
| 01488 03-NOV-18 | SEARS #01488 7830512583 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | 1102305002 | $401.20 |
| 01226 18-NOV-18 | SEARS #01226 7832109256 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102305007 | $128.86 |
| 02395 10-NOV-18 | SEARS #02395 7831405677 | 8200 SUDLEY ROAD | MANASSAS | VA | 20109-3459 | 1102305014 | $130.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES              37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 124 of 314

PAGE   43   OF   80

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

Exhibit B

**NCR**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

**BILL TO** ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01443 | SEARS #01443 | 190 BUCKLAND HILLS DR | MANCHESTER | CT | 06042-8700 | 1102305015 | $42.49 |
| 07-NOV-18 | 7831011209 | | | | | | |
| 01298 | SEARS #01298 | 5261 ARLINGTON AVE | RIVERSIDE | CA | 92504-2697 | 1102305019 | $55.25 |
| 18-NOV-18 | 7832205028 | | | | | | |
| 01309 | SEARS #01309 | 500 STONEWOOD ST | DOWNEY | CA | 90241-3920 | 1102305020 | $51.00 |
| 07-NOV-18 | 7831114298 | | | | | | |
| 01709 | SEARS #01709 | 1245 W WARM SPRINGS RD | HENDERSON | NV | 89014-8740 | 1102305021 | $56.10 |
| 05-NOV-18 | 7830912800 | | | | | | |
| 01984 | SEARS #01984 | 3701 MCKINLEY PKWY | BUFFALO | NY | 14219-2695 | 1102305022 | $86.89 |
| 09-NOV-18 | 7831308548 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

**Exhibit B**

CUSTOMER
LOCATION ➡  **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01831<br>20-NOV-18 | SEARS #01831<br>7832409269 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102305023 | $11.90 |
| 01590<br>20-NOV-18 | SEARS #01590<br>7832406198 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102305033 | $52.70 |
| 01114<br>20-NOV-18 | SEARS #01114<br>7832403062 | 2307 BEVERLEY RD | BROOKLYN | NY | 11226-5407 | 1102305034 | $117.53 |
| 01386<br>06-NOV-18 | SEARS #01386<br>7830608271 | 1000 RIVERGATE PKWY STE 5 | GOODLETTSVILLE | TN | 37072-2405 | 1102305037 | $44.36 |
| 01974<br>08-NOV-18 | SEARS #01974<br>7831101128 | 4812 VALLEY VIEW BLVD NW | ROANOKE | VA | 24012-2021 | 1102305038 | $187.00 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01367 | SEARS #01367 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102305039 | $109.49 |
| 11-NOV-18 | 7831503775 | | | | | | |
| 01171 | SEARS #01171 | 2825 S GLENSTONE AVE | SPRINGFIELD | MO | 65804-3732 | 1102305040 | $112.20 |
| 14-NOV-18 | 7831809298 | | | | | | |
| 01820 | SEARS #01820 | 5000 SPRING HILL MALL | WEST DUNDEE | IL | 60118-1267 | 1102305041 | $221.00 |
| 15-NOV-18 | 7831611747 | | | | | | |
| 01055 | SEARS #01055 | 9565 W ATLANTIC BLVD | CORAL SPRINGS | FL | 33071-6942 | 1102305042 | $276.25 |
| 15-NOV-18 | 7831804755 | | | | | | |
| 01398 | SEARS #01398 | 100 INLAND CTR | SAN BERNARDINO | CA | 92408-1917 | 1102305043 | $95.20 |
| 17-NOV-18 | 7832106337 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

Exhibit B

PAGE  46  OF  80

CUSTOMER
LOCATION ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01595 14-NOV-18 | SEARS #01595 7831809704 | 700 HAYWOOD RD # HAYWOOD | GREENVILLE | SC | 29607-2781 | 1102305044 | $95.20 |
| 02323 12-NOV-18 | SEARS #02323 7831503886 | 793 IYANNOUGH RD | HYANNIS | MA | 02601-5027 | 1102305045 | $379.95 |
| 01243 25-NOV-18 | SEARS #01243 7832904150 | 1775 WASHINGTON ST | HANOVER | MA | 02339-1701 | 1102305049 | $50.15 |
| 01590 30-NOV-18 | SEARS #01590 7833106159 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102305050 | $31.45 |
| 01590 23-NOV-18 | SEARS #01590 7832606157 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102305051 | $14.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES          37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01404 19-NOV-18 | SEARS #01404 7832309387 | 800 SUNRISE MALL | MASSAPEQUA | NY | 11758-4334 | 1102305052 | $142.20 |
| 02497 17-NOV-18 | SEARS #02497 7832006720 | 2320 N EXPRESSWAY | BROWNSVILLE | TX | 78521-0937 | 1102305063 | $35.89 |
| 01318 15-NOV-18 | SEARS #01318 7831711222 | 3001 MING AVE VALLEY PLZ | BAKERSFIELD | CA | 93301 | 1102305064 | $28.90 |
| 01644 08-NOV-18 | SEARS #01644 7831205857 | 200 PARK CITY CTR | LANCASTER | PA | 17601-2708 | 1102305065 | $144.69 |
| 01182 05-NOV-18 | SEARS #01182 7830806313 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102305066 | $21.25 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B
PAGE 48 OF 80

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01714 | SEARS #01714 | 5256 STATE ROUTE 30 | GREENSBURG | PA | 15601-7751 | 1102305067 | $25.76 |
| 09-NOV-18 | 7831213618 | | | | | | |
| 01868 | SEARS #01868 | 22550 TOWN CIR | MORENO VALLEY | CA | 92553-7502 | 1102305076 | $64.60 |
| 13-NOV-18 | 7831111097 | | | | | | |
| 01335 | SEARS #01335 | 3200 W FRIENDLY AVE | GREENSBORO | NC | 27408-7693 | 1102305078 | $284.01 |
| 25-NOV-18 | 7832806957 | | | | | | |
| 01590 | SEARS #01590 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102305079 | $124.95 |
| 07-NOV-18 | 7828403855 | | | | | | |
| 02074 | SEARS #02074 | 600 STROUD MALL | STROUDSBURG | PA | 18360-1156 | 1102305080 | $10.20 |
| 07-NOV-18 | 7830902616 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION  ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO  ➡  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01337 08-NOV-18 | SEARS #01337 7831205508 | 851 N CENTRAL EXPY | PLANO | TX | 75075-8898 | 1102305081 | $17.48 |
| 01161 05-NOV-18 | SEARS #01161 7830707042 | 7700 E KELLOGG TOWNE E SQ | WICHITA | KS | 67207 | 1102305082 | $89.14 |
| 01595 12-NOV-18 | SEARS #01595 7831408362 | 700 HAYWOOD RD # HAYWOOD | GREENVILLE | SC | 29607-2781 | 1102305084 | $140.25 |
| 01644 25-NOV-18 | SEARS #01644 7832107664 | 200 PARK CITY CTR | LANCASTER | PA | 17601-2708 | 1102305088 | $27.20 |
| 01139 25-NOV-18 | SEARS #01139 7832905706 | 301 SOUTHCENTER MALL | TUKWILA | WA | 98188-2810 | 1102305094 | $53.30 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:            Invoice Number

SEARS #KMART IT INVOICES            37978                    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

# NCR

| | | |
|---|---|---|
| CUSTOMER LOCATION ➤ | SUMMARY OF INVOICES FOR: | ORIGINAL SUMMARY |

**5788221**

**BILL TO** ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER  NUMBER | P.O. NUMBER | | | | INVOICE  NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01775 | SEARS #01775 | 12055 PINES BLVD | PEMBROKE PINES | FL | 33026-4116 | 1102305095 | $48.45 |
| 21-NOV-18 | 7832101298 | | | | | | |
| 01281 | SEARS #01281 | 3201 DILLON DR | PUEBLO | CO | 81008-1005 | 1102305103 | $147.90 |
| 18-NOV-18 | 7832201589 | | | | | | |
| 01226 | SEARS #01226 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102305105 | $123.39 |
| 23-NOV-18 | 7832300397 | | | | | | |
| 01074 | SEARS #01074 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305106 | $88.40 |
| 18-NOV-18 | 7832013127 | | | | | | |
| 01281 | SEARS #01281 | 3201 DILLON DR | PUEBLO | CO | 81008-1005 | 1102305107 | $52.70 |
| 18-NOV-18 | 7832308661 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

**TOTAL BALANCE DUE UPON RECEIPT**

# NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

# NCR

SUMMARY OF INVOICES FOR:

CUSTOMER LOCATION ➤

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02104 | SEARS #02104 | BANFIELD RD & I-70 | SAINT CLAIRSVILLE | OH | 43950 | 1102305108 | $170.10 |
| 08-NOV-18 | 7831205591 | | | | | | |
| 01367 | SEARS #01367 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102305117 | $29.45 |
| 19-NOV-18 | 7832303087 | | | | | | |
| 01217 | SEARS #01217 | 1305 AIRLINE RD # SUNRISE | CORPUS CHRISTI | TX | 78412-3909 | 1102305130 | $1.84 |
| 05-NOV-18 | 7830913657 | | | | | | |
| 01055 | SEARS #01055 | 9565 W ATLANTIC BLVD | CORAL SPRINGS | FL | 33071-6942 | 1102305133 | $175.95 |
| 20-NOV-18 | 7832411849 | | | | | | |
| 01367 | SEARS #01367 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102305134 | $9.20 |
| 19-NOV-18 | 7832303097 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

Exhibit B
PAGE  52  OF  80

**NCR**

CUSTOMER
LOCATION  ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO  ➡  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01298 17-NOV-18 | SEARS #01298 7832011222 | 5261 ARLINGTON AVE | RIVERSIDE | CA | 92504-2697 | 1102305136 | $27.20 |
| 01443 07-NOV-18 | SEARS #01443 7831011316 | 190 BUCKLAND HILLS DR | MANCHESTER | CT | 06042-8700 | 1102305149 | $49.72 |
| 02114 20-NOV-18 | SEARS #02114 7832406849 | 1500 W CHESTNUT ST | WASHINGTON | PA | 15301-5864 | 1102305152 | $85.00 |
| 01728 20-NOV-18 | SEARS #01728 7832002155 | 4570 N ORACLE RD | TUCSON | AZ | 85705-1691 | 1102305153 | $256.70 |
| 01281 23-NOV-18 | SEARS #01281 7832711256 | 3201 DILLON DR | PUEBLO | CO | 81008-1005 | 1102305154 | $50.15 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES              37978                  S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

18-23538-shl   Doc 9201-2   Filed 12/22/20   Entered 12/22/20 15:07:47   Exhibit B
(Summary and Copies of Invoices)   Pg 134 of 314

PAGE   53   OF   80

NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01043<br>02-NOV-18 | SEARS #01043<br>7830608066 | 470 LEWIS AVE | MERIDEN | CT | 06451-2103 | 1102305163 | $1.81 |
| 01377<br>21-NOV-18 | SEARS #01377<br>7832411887 | 7925 CYPRESS CREEK PKWY | HOUSTON | TX | 77070-5780 | 1102305164 | $27.60 |
| 01139<br>29-NOV-18 | SEARS #01139<br>7833400161 | 301 SOUTHCENTER MALL | TUKWILA | WA | 98188-2810 | 1102305204 | $3.74 |
| 01831<br>20-NOV-18 | SEARS #01831<br>7832409204 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102305211 | $37.40 |
| 02774<br>19-NOV-18 | SEARS #02774<br>7832104182 | COUNTRY CLUB MALL | CUMBERLAND | MD | 21502 | 1102305212 | $45.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|
| 02304 20-NOV-18 | SEARS #02304 7831608175 | 9500 MALL RD | MORGANTOWN | WV 26501-8524 | 1102305213 | $183.81 |
| 01708 23-NOV-18 | SEARS #01708 7832205057 | 7611 W THOMAS RD | PHOENIX | AZ 85033-5439 | 1102305216 | $238.00 |
| 01148 23-NOV-18 | SEARS #01148 7832700400 | 3295 E MAIN ST | VENTURA | CA 93003-4821 | 1102305217 | $61.20 |
| 01248 24-NOV-18 | SEARS #01248 7832505320 | 660 W WINTON AVE | HAYWARD | CA 94545-2135 | 1102305218 | $18.70 |
| 01708 30-NOV-18 | SEARS #01708 7833306187 | 7611 W THOMAS RD | PHOENIX | AZ 85033-5439 | 1102305231 | $95.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01595 19-NOV-18 | SEARS #01595 7831908951 | 700 HAYWOOD RD # HAYWOOD | GREENVILLE | SC | 29607-2781 | 1102305243 | $95.20 |
| 01226 18-NOV-18 | SEARS #01226 7832009023 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102305244 | $100.92 |
| 01172 19-NOV-18 | SEARS #01172 7832110376 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102305245 | $16.15 |
| 01831 20-NOV-18 | SEARS #01831 7832409663 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102305246 | $37.40 |
| 01171 08-NOV-18 | SEARS #01171 7831205662 | 2825 S GLENSTONE AVE | SPRINGFIELD | MO | 65804-3732 | 1102305247 | $18.70 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES                    37978                    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02505 09-NOV-18 | SEARS #02505 7830208531 | 1285 W WASHINGTON | GAINESVILLE | GA | 30501 | 1102305248 | $72.25 |
| 01684 23-NOV-18 | SEARS #01684 7832700372 | WOODBRIDGE CTR DR | WOODBRIDGE | NJ | 07095 | 1102305291 | $176.73 |
| 01708 21-NOV-18 | SEARS #01708 7832205136 | 7611 W THOMAS RD | PHOENIX | AZ | 85033-5439 | 1102305292 | $44.20 |
| 02774 19-NOV-18 | SEARS #02774 7832104738 | COUNTRY CLUB MALL | CUMBERLAND | MD | 21502 | 1102305293 | $33.15 |
| 02049 23-NOV-18 | SEARS #02049 7832600220 | 1302 SE EVERETT MALL WAY | EVERETT | WA | 98208-2831 | 1102305294 | $182.76 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                   37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**   Exhibit B

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01066 05-NOV-18 | SEARS #01066 7830805346 | 10302 SOUTHSIDE BLVD | JACKSONVILLE | FL | 32256-0752 | 1102305306 | $42.50 |
| 01725 21-NOV-18 | SEARS #01725 7832504145 | 1040 ANNAPOLIS MALL | ANNAPOLIS | MD | 21401-3483 | 1102305334 | $146.20 |
| 01590 19-NOV-18 | SEARS #01590 7831908668 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102305335 | $14.45 |
| 01831 20-NOV-18 | SEARS #01831 7832409323 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | 1102305367 | $11.90 |
| 01368 19-NOV-18 | SEARS #01368 7832204449 | 1001 SUNVALLEY BLVD | CONCORD | CA | 94520-5802 | 1102305368 | $45.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                37978            S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**CUSTOMER
LOCATION** ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

**BILL
TO** ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01248 24-NOV-18 | SEARS #01248 7832505337 | 660 W WINTON AVE | HAYWARD | CA | 94545-2135 | 1102305400 | $17.00 |
| 01814 23-NOV-18 | SEARS #01814 7832503350 | 12000 FAIR OAKS MALL | FAIRFAX | VA | 22030 | 1102305408 | $131.75 |
| 01367 12-NOV-18 | SEARS #01367 7831603555 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102305421 | $46.01 |
| 02074 01-NOV-18 | SEARS #02074 7830505845 | 600 STROUD MALL | STROUDSBURG | PA | 18360-1156 | 1102305444 | $94.54 |
| 01377 20-NOV-18 | SEARS #01377 7832411843 | 7925 CYPRESS CREEK PKWY | HOUSTON | TX | 77070-5780 | 1102305446 | $9.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

**MAIL
PAYMENT
TO** ➡

**NCR**

CUSTOMER
LOCATION ➡ **SUMMARY OF INVOICES FOR:**

**ORIGINAL SUMMARY**

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

**BILL
TO** ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
| 01368 | SEARS #01368 | 1001 SUNVALLEY BLVD | CONCORD | CA | 94520-5802 | 1102305447 | $103.70 |
| 18-NOV-18 | 7832204431 | | | | | | |
| 01314 | SEARS #01314 | 51 US HIGHWAY 1 | NEW BRUNSWICK | NJ | 08901-1590 | 1102305448 | $78.85 |
| 12-NOV-18 | 7831608999 | | | | | | |
| 01822 | SEARS #01822 | 330 SIEMERS DR | CAPE GIRARDEAU | MO | 63701-8476 | 1102305457 | $25.50 |
| 12-NOV-18 | 7831506315 | | | | | | |
| 01818 | SEARS #01818 | 8250 DAY CREEK BLVD | RANCHO CUCAMONGA | CA | 91739-8550 | 1102305466 | $116.45 |
| 18-NOV-18 | 7832203509 | | | | | | |
| 02819 | SEARS #02819 | 3115 AIRPORT WAY | FAIRBANKS | AK | 99709-4755 | 1102305467 | $1.70 |
| 14-NOV-18 | 7831802467 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION ▶    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221
BILL
TO ▶    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01035 | SEARS #01035 | 3450 WRIGHTSBORO RD # B | AUGUSTA | GA | 30909-2516 | 1102305481 | $150.45 |
| 20-NOV-18 | 7832306919 | | | | | | |
| 01584 | SEARS #01584 | 200 EASTVIEW MALL | VICTOR | NY | 14564-1006 | 1102305489 | $161.73 |
| 09-NOV-18 | 7831211710 | | | | | | |
| 01008 | SEARS #01008 | 2650 E OLYMPIC BLVD | LOS ANGELES | CA | 90023-2608 | 1102305490 | $310.25 |
| 05-NOV-18 | 7830612439 | | | | | | |
| 01328 | SEARS #01328 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102305491 | $112.20 |
| 10-NOV-18 | 7831109164 | | | | | | |
| 01074 | SEARS #01074 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305492 | $11.90 |
| 06-NOV-18 | 7830602703 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                    37978            S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ▶
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 142 of 314

Exhibit B
PAGE    61    OF    80

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01189 19-NOV-18 | SEARS #01189 7832203628 | 1200 W COVINA PKWY | WEST COVINA | CA | 91790 | 1102305523 | $150.45 |
| 02148 21-NOV-18 | SEARS #02148 7832514380 | 275 W KAAHUMANU AVE STE 1000 | KAHULUI | HI | 96732-1653 | 1102305524 | $41.62 |
| 01165 18-NOV-18 | SEARS #01165 7832201195 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102305525 | $85.49 |
| 01300 15-NOV-18 | SEARS #01300 7831901380 | 2 OAKBROOK CTR | OAK BROOK | IL | 60523-1833 | 1102305526 | $124.95 |
| 01984 17-NOV-18 | SEARS #01984 7832106863 | 3701 MCKINLEY PKWY | BUFFALO | NY | 14219-2695 | 1102305527 | $183.96 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

**Exhibit B**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01066 19-NOV-18 | SEARS #01066 7832204654 | 10302 SOUTHSIDE BLVD | JACKSONVILLE | FL | 32256-0752 | 1102305528 | $79.90 |
| 01764 23-NOV-18 | SEARS #01764 7832202305 | RT 80 & MT HOPE AVE | ROCKAWAY | NJ | 07866 | 1102305529 | $311.78 |
| 02819 20-NOV-18 | SEARS #02819 7832408118 | 3115 AIRPORT WAY | FAIRBANKS | AK | 99709-4755 | 1102305530 | $259.25 |
| 01475 12-NOV-18 | SEARS #01475 7830409804 | 6910 FAYETTEVILLE RD STE 400 | DURHAM | NC | 27713-8247 | 1102305542 | $546.41 |
| 02329 13-NOV-18 | SEARS #02329 7831607565 | 455 COLUMBIA CENTER BLVD | KENNEWICK | WA | 99336 | 1102305543 | $108.01 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                    37978                S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B

NCR

CUSTOMER
LOCATION ➤    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01518 | SEARS #01518 | 100 LOS CERRITOS MALL | CERRITOS | CA | 90703-5421 | | 1102305544 | $237.15 |
| 16-NOV-18 | 7832008642 | | | | | | | |
| 01337 | SEARS #01337 | 851 N CENTRAL EXPY | PLANO | TX | 75075-8898 | | 1102305545 | $194.15 |
| 12-NOV-18 | 7831205509 | | | | | | | |
| 01131 | SEARS #01131 | 7001 S UNIVERSITY BLVD | LITTLETON | CO | 80122-1599 | | 1102305546 | $93.50 |
| 04-NOV-18 | 7830802614 | | | | | | | |
| 01148 | SEARS #01148 | 3295 E MAIN ST | VENTURA | CA | 93003-4821 | | 1102305547 | $274.55 |
| 05-NOV-18 | 7830900364 | | | | | | | |
| 01590 | SEARS #01590 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | | 1102305548 | $164.90 |
| 07-NOV-18 | 7830203808 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01165 | SEARS #01165 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102305570 | $74.58 |
| 18-NOV-18 | 7832201266 | | | | | | |
| 01149 | SEARS #01149 | 15600 WHITTWOOD LN | WHITTIER | CA | 90603-2324 | 1102305573 | $267.75 |
| 23-NOV-18 | 7832208081 | | | | | | |
| 01485 | SEARS #01485 | 1910 WELLS RD | ORANGE PARK | FL | 32073-6771 | 1102305575 | $175.95 |
| 16-NOV-18 | 7832000509 | | | | | | |
| 01388 | SEARS #01388 | 3333 BRISTOL ST | COSTA MESA | CA | 92626-1873 | 1102305576 | $190.40 |
| 14-NOV-18 | 7831506733 | | | | | | |
| 01066 | SEARS #01066 | 10302 SOUTHSIDE BLVD | JACKSONVILLE | FL | 32256-0752 | 1102305586 | $92.65 |
| 05-NOV-18 | 7830805347 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                    37978            S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➡  **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01134 09-NOV-18 | SEARS #01134 7831009400 | 1201 BOSTON POST RD; SP 2095 | MILFORD | CT | 06460 | | 1102305587 | $330.85 |
| 01148 23-NOV-18 | SEARS #01148 7832700351 | 3295 E MAIN ST | VENTURA | CA | 93003-4821 | | 1102305611 | $275.40 |
| 01831 20-NOV-18 | SEARS #01831 7832414806 | 16395 WASHINGTON ST | BROOMFIELD | CO | 80023-8907 | | 1102305612 | $39.95 |
| 01120 16-NOV-18 | SEARS #01120 7831301960 | 5053 TUTTLE CROSSING BLVD | DUBLIN | OH | 43016-1509 | | 1102305619 | $64.30 |
| 01015 12-NOV-18 | SEARS #01015 7831407424 | 6200 20TH ST INDIAN RIV MALL | VERO BEACH | FL | 32966 | | 1102305620 | $163.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

BILL TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01333 | SEARS #01333 | 790 SOUTH RD | POUGHKEEPSIE | NY | 12601-5900 | 1102305621 | $104.78 |
| 10-NOV-18 | 7831404956 | | | | | | |
| 01374 | SEARS #01374 | 658 BALTIMORE PIKE | BEL AIR | MD | 21014-4223 | 1102305622 | $48.45 |
| 09-NOV-18 | 7831205574 | | | | | | |
| 01590 | SEARS #01590 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102305631 | $45.90 |
| 28-NOV-18 | 7833207467 | | | | | | |
| 01470 | SEARS #01470 | 1251 US HIGHWAY 31 N | GREENWOOD | IN | 46142-4503 | 1102305632 | $11.90 |
| 29-NOV-18 | 7833305905 | | | | | | |
| 01074 | SEARS #01074 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305633 | $25.50 |
| 06-NOV-18 | 7830602701 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01098 11-NOV-18 | SEARS #01098 7831504632 | 1140 SHAW AVE | CLOVIS | CA | 93612-3944 | 1102305634 | $58.65 |
| 01148 15-NOV-18 | SEARS #01148 7831911449 | 3295 E MAIN ST | VENTURA | CA | 93003-4821 | 1102305636 | $192.95 |
| 01387 26-NOV-18 | SEARS #01387 7832904609 | 7701 W | AMARILLO | TX | 79121 | 1102305637 | $46.01 |
| 01119 04-NOV-18 | SEARS #01119 7830803207 | 11800 SE 82ND AVE | PORTLAND | OR | 97266 | 1102305638 | $102.00 |
| 01688 07-NOV-18 | SEARS #01688 7830615172 | 1700 N MAIN ST | SALINAS | CA | 93906-5103 | 1102305639 | $201.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01074 06-NOV-18 | SEARS #01074 7830602705 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305640 | $207.40 |
| 01248 16-NOV-18 | SEARS #01248 7831605162 | 660 W WINTON AVE | HAYWARD | CA | 94545-2135 | 1102305641 | $39.95 |
| 01368 19-NOV-18 | SEARS #01368 7832204450 | 1001 SUNVALLEY BLVD | CONCORD | CA | 94520-5802 | 1102305674 | $3.40 |
| 01684 19-NOV-18 | SEARS #01684 7832311698 | WOODBRIDGE CTR DR | WOODBRIDGE | NJ | 07095 | 1102305675 | $48.94 |
| 01822 12-NOV-18 | SEARS #01822 7831506269 | 330 SIEMERS DR | CAPE GIRARDEAU | MO | 63701-8476 | 1102305678 | $167.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01015 02-NOV-18 | SEARS #01015 7830607085 | 6200 20TH ST INDIAN RIV MALL | VERO BEACH | FL | 32966 | 1102305679 | $184.45 |
| 01205 23-NOV-18 | SEARS #01205 7832500743 | 2251 N FEDERAL HWY | POMPANO BEACH | FL | 33062-1009 | 1102305680 | $297.50 |
| 01508 29-NOV-18 | SEARS #01508 7833301174 | 9301 TAMPA AVE | NORTHRIDGE | CA | 91324-2503 | 1102305689 | $163.83 |
| 01605 14-NOV-18 | SEARS #01605 7831813933 | 7330 OLD WAKE FOREST RD | RALEIGH | NC | 27616-3047 | 1102305690 | $1.82 |
| 01250 25-NOV-18 | SEARS #01250 7832803129 | 2100 SOUTHFIELD RD | LINCOLN PARK | MI | 48146-2250 | 1102305691 | $102.00 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

NCR

**CUSTOMER LOCATION** ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

**BILL TO** ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01387 26-NOV-18 | SEARS #01387 7832904600 | 7701 W | AMARILLO | TX | 79121 | 1102305692 | $66.25 |
| 02330 29-NOV-18 | SEARS #02330 7833300658 | 3500 S MERIDIAN SP 900 | PUYALLUP | WA | 98373 | 1102305693 | $273.72 |
| 01386 06-NOV-18 | SEARS #01386 7830608230 | 1000 RIVERGATE PKWY STE 5 | GOODLETTSVILLE | TN | 37072-2405 | 1102305695 | $104.72 |
| 01226 05-NOV-18 | SEARS #01226 7830309299 | 4400 VETERANS MEMORIAL BLVD | METAIRIE | LA | 70006-5333 | 1102305696 | $24.81 |
| 01125 15-NOV-18 | SEARS #01125 7831911409 | 3655 SW 22ND ST CORAL GABLES | MIAMI | FL | 33145 | 1102305700 | $3.40 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

NCR

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02819 14-NOV-18 | SEARS #02819 7831802298 | 3115 AIRPORT WAY | FAIRBANKS | AK | 99709-4755 | 1102305720 | $364.65 |
| 02819 14-NOV-18 | SEARS #02819 7831802318 | 3115 AIRPORT WAY | FAIRBANKS | AK | 99709-4755 | 1102305721 | $25.50 |
| 02933 12-NOV-18 | SEARS #02933 7831607593 | 1400 UNION TPKE | NEW HYDE PARK | NY | 11040-1761 | 1102305722 | $109.88 |
| 01924 19-NOV-18 | SEARS #01924 7832312102 | 1150 SUNRISE HWY | VALLEY STREAM | NY | 11581 | 1102305723 | $89.56 |
| 01328 17-NOV-18 | SEARS #01328 7831710430 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102305724 | $192.10 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES              37978              S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

Exhibit B

CUSTOMER
LOCATION ➤   **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

**BILL
TO** ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02497 17-NOV-18 | SEARS #02497 7832109973 | 2320 N EXPRESSWAY | BROWNSVILLE | TX | 78521-0937 | 1102305725 | $12.88 |
| 01328 13-NOV-18 | SEARS #01328 7831711126 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102305726 | $65.45 |
| 01668 01-NOV-18 | SEARS #01668 7830508295 | 4000 MEADOWS LN | LAS VEGAS | NV | 89107-3199 | 1102305738 | $112.20 |
| 01048 02-NOV-18 | SEARS #01048 7830211602 | 3801 E FOOTHILL BLVD | PASADENA | CA | 91107-2225 | 1102305739 | $27.20 |
| 01074 12-NOV-18 | SEARS #01074 7831504483 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305751 | $20.40 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01066 16-NOV-18 | SEARS #01066 7832002187 | 10302 SOUTHSIDE BLVD | JACKSONVILLE | FL | 32256-0752 | 1102305752 | $86.70 |
| 01404 13-NOV-18 | SEARS #01404 7831705315 | 800 SUNRISE MALL | MASSAPEQUA | NY | 11758-4334 | 1102305753 | $143.11 |
| 01328 13-NOV-18 | SEARS #01328 7831711043 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102305754 | $54.40 |
| 01288 06-NOV-18 | SEARS #01288 7831010706 | 5110 PACIFIC AVE | STOCKTON | CA | 95207-6350 | 1102305775 | $174.25 |
| 02885 04-NOV-18 | SEARS #02885 7830511535 | 9409 US 19 H STE 101 | PORT RICHEY | FL | 34668 | 1102305776 | $121.55 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01217 05-NOV-18 | SEARS #01217 7830904894 | 1305 AIRLINE RD # SUNRISE | CORPUS CHRISTI | TX | 78412-3909 | 1102305777 | $339.53 |
| 01182 05-NOV-18 | SEARS #01182 7830806293 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102305778 | $18.70 |
| 02148 21-NOV-18 | SEARS #02148 7832514531 | 275 W KAAHUMANU AVE STE 1000 | KAHULUI | HI | 96732-1653 | 1102305803 | $32.76 |
| 01304 30-NOV-18 | SEARS #01304 7833409006 | 11255 NEW HAMPSHIRE AVE | SILVER SPRING | MD | 20904-2628 | 1102305805 | $120.70 |
| 01820 26-NOV-18 | SEARS #01820 7832904435 | 5000 SPRING HILL MALL | WEST DUNDEE | IL | 60118-1267 | 1102305806 | $140.25 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                 CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES            37978            S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01209 09-NOV-18 | SEARS #01209 7831307789 | 2100 N BELLFLOWER BLVD | LONG BEACH | CA | 90815-3126 | 1102305816 | $164.90 |
| 01182 05-NOV-18 | SEARS #01182 7830806186 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102305817 | $39.95 |
| 01313 05-NOV-18 | SEARS #01313 7830801939 | 310 DANIEL WEBSTER HWY | NASHUA | NH | 03060-5730 | 1102305818 | $352.36 |
| 01374 10-NOV-18 | SEARS #01374 7831314590 | 658 BALTIMORE PIKE | BEL AIR | MD | 21014-4223 | 1102305819 | $164.90 |
| 01387 26-NOV-18 | SEARS #01387 7832904592 | 7701 W | AMARILLO | TX | 79121 | 1102305844 | $112.26 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01172 19-NOV-18 | SEARS #01172 7832110241 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102305845 | $24.65 |
| 01038 13-NOV-18 | SEARS #01038 7831707905 | 14720 E INDIANA AVE | SPOKANE | WA | 99216-1814 | 1102305846 | $80.46 |
| 01074 12-NOV-18 | SEARS #01074 7831504548 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102305847 | $24.65 |
| 02028 15-NOV-18 | SEARS #02028 7831405688 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102305854 | $16.15 |
| 01328 13-NOV-18 | SEARS #01328 7831709719 | 3450 S MARYLAND PKWY | LAS VEGAS | NV | 89169-3080 | 1102305855 | $180.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:           Invoice Number

SEARS #KMART IT INVOICES                    37978                    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

5788221

BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02373 | SEARS #02373 | 100 N DARTMOUTH MALL | NORTH DARTMOUTH | MA | 02747-4204 | 1102305856 | $10.20 |
| 13-NOV-18 | 7831711320 | | | | | | |
| 01121 | SEARS #01121 | 18777 E 39TH ST S | INDEPENDENCE | MO | 64057-1708 | 1102305857 | $161.50 |
| 12-NOV-18 | 7831403530 | | | | | | |
| 02179 | SEARS #02179 | 501 MEDFORD SHOPPING CTR | MEDFORD | OR | 97504 | 1102305858 | $140.25 |
| 09-NOV-18 | 7831214276 | | | | | | |
| 01853 | SEARS #01853 | 4737 CONCORD PIKE | WILMINGTON | DE | 19803-1442 | 1102305876 | $413.10 |
| 01-NOV-18 | 7829707678 | | | | | | |
| 01484 | SEARS #01484 | & BERN RD | READING | PA | 19610 | 1102305877 | $53.55 |
| 03-NOV-18 | 7830310437 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01304 25-NOV-18 | SEARS #01304 7832903683 | 11255 NEW HAMPSHIRE AVE | SILVER SPRING | MD | 20904-2628 | 1102305878 | $197.20 |
| 02028 29-NOV-18 | SEARS #02028 7833310676 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102305879 | $207.40 |
| 01139 25-NOV-18 | SEARS #01139 7832905685 | 301 SOUTHCENTER MALL | TUKWILA | WA | 98188-2810 | 1102305880 | $170.18 |
| 01367 12-NOV-18 | SEARS #01367 7831603563 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102305881 | $46.01 |
| 01722 05-NOV-18 | SEARS #01722 7830906583 | 2000 NE CT | BLOOMINGTON | MN | 55425 | 1102305882 | $158.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:  SEARS #KMART IT INVOICES

CUSTOMER NUMBER: 37978

Invoice Number S600022886

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

⊗ NCR

Exhibit B
PAGE  79  OF  80

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

5788221

**BILL TO** ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01168 | SEARS #01168 | 12121 VICTORY BLVD | NORTH HOLLYWOOD | CA | 91606-3204 | 1102305892 | $44.20 |
| 23-NOV-18 | 7832500862 | | | | | | |
| 01313 | SEARS #01313 | 310 DANIEL WEBSTER HWY | NASHUA | NH | 03060-5730 | 1102305895 | $45.90 |
| 20-NOV-18 | 7832203304 | | | | | | |
| 01335 | SEARS #01335 | 3200 W FRIENDLY AVE | GREENSBORO | NC | 27408-7693 | 1102305904 | $139.74 |
| 05-NOV-18 | 7830909618 | | | | | | |
| 01216 | SEARS #01216 | 1200 SOUTHLAND MALL | MEMPHIS | TN | 38116-7898 | 1102305905 | $378.83 |
| 10-NOV-18 | 7831401483 | | | | | | |
| 01166 | SEARS #01166 | 1000 BONITA LAKES CIR | MERIDIAN | MS | 39301-6972 | 1102305906 | $105.22 |
| 09-NOV-18 | 7831009200 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

⊗ NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

# NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 18-JAN-19 | S600022886 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|
| 01007 06-NOV-18 | SEARS #01007 7830702445 | 686 BRANDON TOWN CENTER MALBRANDON | FL 33511-4726 | 1102305907 | $50.15 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT       $49,201.04

# NCR

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600022886 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▇
Bank Name: Bank
ACH ABA/Routing #: ▇

MAIL
PAYMENT ➡ NCR CORPORATION
TO        14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY        $49,201.04

0000037978    S600022886    000004920104    0

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 22-FEB-19 | S600023011 |

7208994

BILL
TO ➤ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07648 31-DEC-18 | BIG KMART #07648 7836509866 | 800 N UN | MAUSTON | WI | 53948 | 1102323132 | $27.20 |
| 07749 13-DEC-18 | KMART #07749 7834703361 | 250 W 34TH ST 1 PENN PLZ | NEW YORK | NY | 10119 | 1102323364 | $145.29 |
| 03256 14-DEC-18 | BIG KMART #03256 7834705665 | 8980 WALTHAM WOODS RD | BALTIMORE | MD | 21234-2404 | 1102323365 | $284.75 |
| 03744 03-DEC-18 | BIG KMART #03744 7833711463 | 1901 N CROATAN HWY | KILL DEVIL HILLS | NC | 27948-8978 | 1102323366 | $283.10 |
| 03223 04-DEC-18 | KMART #03223 7833706528 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102323367 | $55.06 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600023011

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION  ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 22-FEB-19 | S600023011 |

7208994

BILL
TO  ➡  KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER  NUMBER | P.O. NUMBER | | | | INVOICE  NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07653 | KMART #07653 | 42126 BIG BEAR BLVD | BIG BEAR LAKE | CA | 92315-1530 | 1102323369 | $358.00 |
| 21-DEC-18 | 7835506287 | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102323370 | $92.65 |
| 17-DEC-18 | 7834900015 | | | | | | |
| 07777 | KMART #07777 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102323387 | $200.82 |
| 16-DEC-18 | 7835002585 | | | | | | |
| 03256 | BIG KMART #03256 | 8980 WALTHAM WOODS RD | BALTIMORE | MD | 21234-2404 | 1102323389 | $297.50 |
| 09-DEC-18 | 7834303797 | | | | | | |
| 03499 | BIG KMART #03499 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102323412 | $94.25 |
| 15-DEC-18 | 7834906067 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023011 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

PAGE   3   OF   4

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 22-FEB-19 | S600023011 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

BILL
TO ➤ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03484 | BIG KMART #03484 | 201 THE CROSSINGS MALL | ELKVIEW | WV | 25071 | 1102323428 | $3.60 |
| 07-DEC-18 | 7834107639 | | | | | | |
| 03499 | BIG KMART #03499 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102323429 | $151.35 |
| 05-DEC-18 | 7833903780 | | | | | | |
| 03499 | BIG KMART #03499 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102323432 | $189.42 |
| 17-DEC-18 | 7835101375 | | | | | | |
| 07653 | KMART #07653 | 42126 BIG BEAR BLVD | BIG BEAR LAKE | CA | 92315-1530 | 1102323433 | $44.20 |
| 21-DEC-18 | 7835512513 | | | | | | |
| 03499 | BIG KMART #03499 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102323434 | $19.94 |
| 15-DEC-18 | 7834906078 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023011 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 165 of 314

PAGE    4    OF    4

**NCR**

CUSTOMER
LOCATION  ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 22-FEB-19 | S600023011 |

7208994

BILL
TO  ➤  KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03071 | BIG KMART #03071 | 213 ROUTE 37 E | TOMS RIVER | NJ | 08753-5563 | 1102323435 | $421.44 |
| 10-DEC-18 | 7834304390 | | | | | | |
| 03499 | BIG KMART #03499 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102323687 | $44.41 |
| 15-DEC-18 | 7834906075 | | | | | | |
| 03223 | KMART #03223 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102323688 | $187.94 |
| 05-DEC-18 | 7833706588 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT    $2,900.92

**NCR**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023011 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▉
Bank Name: Bank
ACH ABA/Routing #: ▉

MAIL
PAYMENT  ➤  NCR CORPORATION
TO          14181 COLLECTIONS CENTER DRIVE
            CHICAGO, IL 60693

PLEASE PAY    $2,900.92

0000027719    S600023011    000000290092    7

**NCR**

CUSTOMER LOCATION ► SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 22-FEB-19 | S600023015 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL TO ►

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102323368 | $169.15 |
| 30-DEC-18 | 7836403978 | | | | | | |
| 01868 | SEARS #01868 | 22550 TOWN CIR | MORENO VALLEY | CA | 92553-7502 | 1102323390 | $181.05 |
| 11-DEC-18 | 7834513836 | | | | | | |
| 02936 | SEARS #02936 | 1802 W LAWRENCE AVE | CHICAGO | IL | 60640-4002 | 1102323430 | $185.67 |
| 31-DEC-18 | 7836507446 | | | | | | |
| 02664 | SEARS #02664 | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD | 21703-8331 | 1102323431 | $10.20 |
| 30-DEC-18 | 7836406090 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

| TOTAL BALANCE DUE UPON RECEIPT | $546.07 |
|---|---|

**NCR**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023015 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▮▮▮
Bank Name: Bank ▮▮▮
ACH ABA/Routing #: ▮▮▮

MAIL PAYMENT TO ►

NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY    $546.07

0000037978    S600023015    000000054607    6

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04470 | BIG KMART #04470 | 108 MONMOUTH RD | WEST LONG BRANCH | NJ | 07764-1006 | 1102338702 | $119.87 |
| 28-JAN-19 | 7902812173 | | | | | | |
| 03269 | BIG KMART #03269 | 1201 S DIXIE HWY | LANTANA | FL | 33462-5409 | 1102338713 | $46.10 |
| 08-JAN-19 | 7900808631 | | | | | | |
| 03484 | BIG KMART #03484 | 201 THE CROSSINGS MALL | ELKVIEW | WV | 25071 | 1102338714 | $116.23 |
| 31-JAN-19 | 7903103919 | | | | | | |
| 07654 | BIG KMART #07654 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102338716 | $188.79 |
| 29-JAN-19 | 7902908513 | | | | | | |
| 04214 | BIG KMART #04214 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102338728 | $33.33 |
| 10-JAN-19 | 7901008715 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl  Doc 9201-2  Filed 12/22/20  Entered 12/22/20 15:07:47  Exhibit B  (Summary and Copies of Invoices)  Pg 168 of 314

PAGE 2 OF 37

**NCR**

CUSTOMER LOCATION ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03873 07-JAN-19 | BIG KMART #03873 7900701870 | 4700 LIMESTONE RD | WILMINGTON | DE | 19808-1928 | | 1102338738 | $182.75 |
| 03368 10-JAN-19 | BIG KMART #03368 7901009067 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | | 1102338754 | $80.75 |
| 03499 30-JAN-19 | BIG KMART #03499 7903008909 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | | 1102338763 | $89.72 |
| 09662 02-JAN-19 | KMART #09662 7900107639 | 1127 S STATE ST | EPHRATA | PA | 17522-2619 | | 1102338765 | $109.65 |
| 09416 04-JAN-19 | BIG KMART #09416 7900404769 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | | 1102338766 | $118.84 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

NCR

Exhibit B

PAGE   3   OF   37

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07777 | KMART #07777 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102338767 | $133.27 |
| 04-JAN-19 | 7900405358 | | | | | | |
| 04453 | KMART #04453 | 3415 N ELIZABETH ST | PUEBLO | CO | 81008-1156 | 1102338768 | $109.65 |
| 04-JAN-19 | 7900405682 | | | | | | |
| 03839 | BIG KMART #03839 | 400 NE CIRCLE BLVD | CORVALLIS | OR | 97330-4290 | 1102338769 | $88.40 |
| 01-JAN-19 | 7900106069 | | | | | | |
| 03269 | BIG KMART #03269 | 1201 S DIXIE HWY | LANTANA | FL | 33462-5409 | 1102338793 | $143.65 |
| 03-JAN-19 | 7900301427 | | | | | | |
| 07648 | BIG KMART #07648 | 800 N UN | MAUSTON | WI | 53948 | 1102338794 | $35.70 |
| 02-JAN-19 | 7900108167 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                   27719                 S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**    Exhibit B

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09614 02-JAN-19 | BIG KMART #09614 7900204528 | 101499 OVERSEAS HWY | KEY LARGO | FL | 33037-4553 | | 1102338795 | $152.15 |
| 09549 03-JAN-19 | BIG KMART #09549 7900202825 | 110 BOST RD # 112 | MORGANTON | NC | 28655-5616 | | 1102338796 | $183.29 |
| 03235 03-JAN-19 | BIG KMART #03235 7900306500 | 730 S ORANGE AVE | WEST COVINA | CA | 91790-2613 | | 1102338797 | $141.95 |
| 04214 03-JAN-19 | BIG KMART #04214 7900304994 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | | 1102338808 | $198.90 |
| 04214 01-JAN-19 | BIG KMART #04214 7900105322 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | | 1102338809 | $160.40 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

KMART #QA LAB # 4004    27719    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➡
KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07699 | BIG KMART #07699 | 1745 QUENTIN RD | LEBANON | PA | 17042-7435 | 1102338810 | $82.45 |
| 05-JAN-19 | 7900405498 | | | | | | |
| 09224 | BIG KMART #09224 | 5561 OVERSEAS HWY | MARATHON | FL | 33050-2712 | 1102338811 | $141.95 |
| 02-JAN-19 | 7900209000 | | | | | | |
| 07321 | BIG KMART #07321 | 7350 MANATEE AVE W | BRADENTON | FL | 34209-3441 | 1102338832 | $152.15 |
| 02-JAN-19 | 7835803400 | | | | | | |
| 04141 | BIG KMART #04141 | 1500 CHARLESTON HWY | WEST COLUMBIA | SC | 29169-5048 | 1102338833 | $143.65 |
| 02-JAN-19 | 7900204726 | | | | | | |
| 03529 | KMART #03529 | 996 W VIEW PARK DR | PITTSBURGH | PA | 15229-1769 | 1102338847 | $44.20 |
| 05-JAN-19 | 7900507365 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER LOCATION ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
**BILL TO** ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09413<br>08-JAN-19 | BIG KMART #09413<br>7900804899 | 235 PROSPECT AVE | WEST ORANGE | NJ | 07052-4228 | 1102338873 | $58.00 |
| 04470<br>21-JAN-19 | BIG KMART #04470<br>7902102287 | 108 MONMOUTH RD | WEST LONG BRANCH | NJ | 07764-1006 | 1102338904 | $149.55 |
| 03412<br>06-JAN-19 | BIG KMART #03412<br>7900502923 | 1050 N DAVIS RD | SALINAS | CA | 93907-1998 | 1102338917 | $114.75 |
| 07767<br>17-JAN-19 | KMART #07767<br>7901604832 | 1409 S GRAND AVE | CHARLES CITY | IA | 50616-3670 | 1102338940 | $42.63 |
| 04147<br>21-JAN-19 | BIG KMART #04147<br>7901906685 | 4110 E SPRAGUE AVE | SPOKANE | WA | 99202-4851 | 1102338941 | $66.59 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION  ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
BILL
TO  ➤
KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07648 02-JAN-19 | BIG KMART #07648 7900108171 | 800 N UN | MAUSTON | WI | 53948 | 1102338950 | $150.45 |
| 03256 02-JAN-19 | BIG KMART #03256 7900204138 | 8980 WALTHAM WOODS RD | BALTIMORE | MD | 21234-2404 | 1102338976 | $192.95 |
| 09520 16-JAN-19 | BIG KMART #09520 7901611534 | 12057 HWY 49 DELMAR PLZ | GULFPORT | MS | 39503 | 1102339001 | $31.45 |
| 07777 17-JAN-19 | KMART #07777 7901709151 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102339002 | $36.10 |
| 04349 10-JAN-19 | BIG KMART #04349 7901004820 | 1155 VETERAN'S BLVD | REDWOOD CITY | CA | 94063 | 1102339010 | $132.02 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➤
TO

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07294 15-JAN-19 | KMART #07294 7901413162 | 1501 US HIGHWAY 1 | VERO BEACH | FL | 32960-5735 | 1102339013 | $63.75 |
| 04206 15-JAN-19 | BIG KMART #04206 7901503058 | 2000 E 10 MILE RD | WARREN | MI | 48091-1380 | 1102339018 | $126.65 |
| 07777 17-JAN-19 | KMART #07777 7901709142 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102339019 | $99.02 |
| 07654 13-JAN-19 | BIG KMART #07654 7901106511 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102339020 | $38.88 |
| 07329 21-JAN-19 | BIG KMART #07329 7902107251 | 2665 W EISENHOWER BLVD | LOVELAND | CO | 80537-3156 | 1102339023 | $231.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**                                                                      CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number
KMART #QA LAB # 4004                     27719              S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04016 | BIG KMART #04016 | CHURCH ST EXT | GREENVILLE | SC | 29605 | 1102339024 | $124.95 |
| 25-JAN-19 | 7902500828 | | | | | | |
| 04214 | BIG KMART #04214 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102339030 | $31.63 |
| 10-JAN-19 | 7901008731 | | | | | | |
| 07654 | BIG KMART #07654 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102339033 | $54.61 |
| 22-JAN-19 | 7902207219 | | | | | | |
| 07139 | KMART #07139 | 510 S HWY 89 | JACKSON | WY | 83001-8507 | 1102339034 | $122.40 |
| 23-JAN-19 | 7902307715 | | | | | | |
| 09416 | BIG KMART #09416 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102339035 | $354.66 |
| 25-JAN-19 | 7902504651 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 176 of 314

PAGE   10   OF   37

**NCR**

CUSTOMER
LOCATION ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04016 | BIG KMART #04016 | CHURCH ST EXT | GREENVILLE | SC | 29605 | | 1102339036 | $85.00 |
| 24-JAN-19 | 7902409229 | | | | | | | |
| 03842 | BIG KMART #03842 | 175 S MAAG AVE | OAKDALE | CA | 95361-9626 | | 1102339037 | $138.15 |
| 23-JAN-19 | 7902400548 | | | | | | | |
| 03750 | BIG KMART #03750 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | | 1102339038 | $231.16 |
| 14-JAN-19 | 7901107369 | | | | | | | |
| 04478 | KMART #04478 | 1061 WHITEHORSE MERCERVILLE | TRENTON | NJ | 08608 | | 1102339039 | $101.50 |
| 14-JAN-19 | 7901404706 | | | | | | | |
| 03269 | BIG KMART #03269 | 1201 S DIXIE HWY | LANTANA | FL | 33462-5409 | | 1102339040 | $236.59 |
| 08-JAN-19 | 7900803268 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09416 25-JAN-19 | BIG KMART #09416 7902504644 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | | 1102339047 | $107.79 |
| 03707 04-JAN-19 | KMART #03707 7900406744 | 1870 MCCULLOCH BLVD N | LAKE HAVASU CITY | AZ | 86403-5744 | | 1102339052 | $839.54 |
| 09608 03-JAN-19 | KMART #09608 7900307551 | 2505 BELL RD | AUBURN | CA | 95603-2588 | | 1102339053 | $147.90 |
| 03256 03-JAN-19 | BIG KMART #03256 7900304341 | 8980 WALTHAM WOODS RD | BALTIMORE | MD | 21234-2404 | | 1102339054 | $305.15 |
| 03499 02-JAN-19 | BIG KMART #03499 7900209370 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | | 1102339073 | $181.26 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL TO ➤
KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03750 04-JAN-19 | BIG KMART #03750 7900210814 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | 1102339090 | $104.26 |
| 03269 11-JAN-19 | BIG KMART #03269 7901102913 | 1201 S DIXIE HWY | LANTANA | FL | 33462-5409 | 1102339107 | $86.65 |
| 03725 23-JAN-19 | BIG KMART #03725 7902312279 | 1702 FREEDOM BLVD | FREEDOM | CA | 95019-3025 | 1102339110 | $217.95 |
| 04016 24-JAN-19 | BIG KMART #04016 7902409528 | CHURCH ST EXT | GREENVILLE | SC | 29605 | 1102339111 | $85.00 |
| 03471 25-JAN-19 | BIG KMART #03471 7902505011 | 2001 S MILITARY HWY | CHESAPEAKE | VA | 23320-4424 | 1102339112 | $111.53 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 179 of 314

PAGE    13   OF    37

**NCR**

| CUSTOMER LOCATION ➤ | SUMMARY OF INVOICES FOR: |
|---|---|

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03810 27-JAN-19 | BIG KMART #03810 7902308524 | 2600 N WILLOW ST PIKE KENDIG S WILLOW STREET | | PA | 17584 | 1102339115 | $103.70 |
| 09224 29-JAN-19 | BIG KMART #09224 7902904439 | 5561 OVERSEAS HWY | MARATHON | FL | 33050-2712 | 1102339116 | $67.15 |
| 09797 29-JAN-19 | BIG KMART #09797 7902911466 | 270 MOUNT HERMON RD | SCOTTS VALLEY | CA | 95066-4024 | 1102339120 | $39.95 |
| 03888 02-JAN-19 | BIG KMART #03888 7900104721 | 2640 W 6TH ST | THE DALLES | OR | 97058-4168 | 1102339142 | $129.20 |
| 09255 03-JAN-19 | KMART #09255 7900104401 | 159 WILBRAHAM ROAD | PALMER | MA | 01069-9535 | 1102339143 | $116.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

NCR

CUSTOMER
LOCATION ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03223 | KMART #03223 | 200 IRWIN AVE NE | FORT WALTON BEACH FL | | 32548-4435 | 1102339144 | $82.45 |
| 05-JAN-19 | 7900413284 | | | | | | |
| 04147 | BIG KMART #04147 | 4110 E SPRAGUE AVE | SPOKANE | WA | 99202-4851 | 1102339161 | $126.70 |
| 02-JAN-19 | 7836406943 | | | | | | |
| 03471 | BIG KMART #03471 | 2001 S MILITARY HWY | CHESAPEAKE | VA | 23320-4424 | 1102339162 | $729.32 |
| 05-JAN-19 | 7900504362 | | | | | | |
| 03725 | BIG KMART #03725 | 1702 FREEDOM BLVD | FREEDOM | CA | 95019-3025 | 1102339163 | $210.72 |
| 05-JAN-19 | 7900505946 | | | | | | |
| 07031 | BIG KMART #07031 | 1101 7TH AVE | MENOMINEE | MI | 49858-3130 | 1102339164 | $299.20 |
| 02-JAN-19 | 7836505769 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                   27719                S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
BILL
TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07293 10-JAN-19 | 7900903180 | 713 E BALTIMORE AVE | CLIFTON HEIGHTS | PA | 19018-2403 | 1102339178 | $59.50 |
| 03368 10-JAN-19 | 7900913408 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | 1102339179 | $59.50 |
| 03155 10-JAN-19 | 7900910764 | 2095 RAWSONVILLE RD | BELLEVILLE | MI | 48111-2219 | 1102339180 | $252.09 |
| 03368 11-JAN-19 | 7901109260 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | 1102339181 | $925.37 |
| 04421 02-JAN-19 | 7900205306 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102339187 | $310.25 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number
KMART #QA LAB # 4004                  27719                S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 182 of 314

PAGE    **16**    OF    **37**

Exhibit B

⊗ NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04351 01-JAN-19 | KMART #04351 7900104027 | 201 9TH ST SE | ROCHESTER | MN | 55904-6768 | | 1102339188 | $133.45 |
| 03841 03-JAN-19 | BIG KMART #03841 7900213335 | 15861 W MICHIGAN AVE | MARSHALL | MI | 49068-9578 | | 1102339189 | $355.30 |
| 07699 05-JAN-19 | BIG KMART #07699 7900414836 | 1745 QUENTIN RD | LEBANON | PA | 17042-7435 | | 1102339190 | $39.95 |
| 09619 02-JAN-19 | KMART #09619 7900200021 | 4841 ARENDELL ST | MOREHEAD CITY | NC | 28557-2792 | | 1102339195 | $411.95 |
| 07471 02-JAN-19 | KMART #07471 7900105143 | 3968 MISSOURI FLAT RD STE A | PLACERVILLE | CA | 95667-5240 | | 1102339196 | $333.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

⊗ NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 183 of 314

PAGE    17    OF    37

**NCR**

Exhibit B

| | |
|---|---|
| CUSTOMER LOCATION ➡ | SUMMARY OF INVOICES FOR: |

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04141 04-JAN-19 | BIG KMART #04141 7900404685 | 1500 CHARLESTON HWY | WEST COLUMBIA | SC | 29169-5048 | 1102339212 | $29.75 |
| 07648 02-JAN-19 | BIG KMART #07648 7900108046 | 800 N UN | MAUSTON | WI | 53948 | 1102339213 | $91.82 |
| 03499 01-JAN-19 | BIG KMART #03499 7900105870 | 200 PASSAIC AVE | KEARNY | NJ | 07032-1129 | 1102339214 | $74.32 |
| 03256 04-JAN-19 | BIG KMART #03256 7900404396 | 8980 WALTHAM WOODS RD | BALTIMORE | MD | 21234-2404 | 1102339215 | $184.45 |
| 04996 03-JAN-19 | SUPER KMART #04996 7900308674 | 7055 E BROADWAY BLVD | TUCSON | AZ | 85710-2804 | 1102339219 | $48.45 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

CUSTOMER
LOCATION ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03368 | BIG KMART #03368 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | 1102339246 | $35.70 |
| 11-JAN-19 | 7901108633 | | | | | | |
| 07777 | KMART #07777 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102339247 | $547.87 |
| 06-JAN-19 | 7900504664 | | | | | | |
| 03175 | BIG KMART #03175 | 1267 HOOKSETT RD | HOOKSETT | NH | 03106-1801 | 1102339248 | $143.65 |
| 03-JAN-19 | 7900200766 | | | | | | |
| 09413 | BIG KMART #09413 | 235 PROSPECT AVE | WEST ORANGE | NJ | 07052-4228 | 1102339249 | $62.53 |
| 08-JAN-19 | 7900805021 | | | | | | |
| 09808 | BIG KMART #09808 | 1235 N 1ST ST | HAMILTON | MT | 59840-3102 | 1102339250 | $28.90 |
| 11-JAN-19 | 7901108252 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03692 | BIG KMART #03692 | 1450 SUMMIT AVE | OCONOMOWOC | WI | 53066-4618 | 1102339255 | $143.12 |
| 11-JAN-19 | 7901109142 | | | | | | |
| 09413 | BIG KMART #09413 | 235 PROSPECT AVE | WEST ORANGE | NJ | 07052-4228 | 1102339305 | $106.04 |
| 08-JAN-19 | 7900804802 | | | | | | |
| 09808 | BIG KMART #09808 | 1235 N 1ST ST | HAMILTON | MT | 59840-3102 | 1102339306 | $28.90 |
| 11-JAN-19 | 7901108245 | | | | | | |
| 03529 | KMART #03529 | 996 W VIEW PARK DR | PITTSBURGH | PA | 15229-1769 | 1102339307 | $7.65 |
| 07-JAN-19 | 7900607109 | | | | | | |
| 09808 | BIG KMART #09808 | 1235 N 1ST ST | HAMILTON | MT | 59840-3102 | 1102339308 | $3.40 |
| 10-JAN-19 | 7901012580 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:              CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004          27719                     S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04272 | KMART #04272 | 2625 STATE ST | BISMARCK | ND | 58503-0668 | 1102339562 | $161.50 |
| 15-JAN-19 | 7901505834 | | | | | | |
| 03862 | KMART #03862 | 5151 SUNRISE HWY | BOHEMIA | NY | 11716-4625 | 1102339563 | $146.81 |
| 07-JAN-19 | 7900709932 | | | | | | |
| 09463 | KMART #09463 | ROUTE 9 | SOMERS POINT | NJ | 08244 | 1102339564 | $124.16 |
| 10-JAN-19 | 7901011254 | | | | | | |
| 03223 | KMART #03223 | 200 IRWIN AVE NE | FORT WALTON BEACH | FL | 32548-4435 | 1102339565 | $113.90 |
| 20-JAN-19 | 7902003800 | | | | | | |
| 03839 | BIG KMART #03839 | 400 NE CIRCLE BLVD | CORVALLIS | OR | 97330-4290 | 1102339590 | $118.15 |
| 08-JAN-19 | 7900814093 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 187 of 314

PAGE 21 OF 37

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04351 | KMART #04351 | 201 9TH ST SE | ROCHESTER | MN | 55904-6768 | 1102339591 | $103.70 |
| 08-JAN-19 | 7900106195 | | | | | | |
| 09608 | KMART #09608 | 2505 BELL RD | AUBURN | CA | 95603-2588 | 1102339592 | $214.20 |
| 06-JAN-19 | 7900503897 | | | | | | |
| 03368 | BIG KMART #03368 | 1625 W REDLANDS BLVD | REDLANDS | CA | 92373-8025 | 1102339614 | $65.45 |
| 11-JAN-19 | 7901111384 | | | | | | |
| 09808 | BIG KMART #09808 | 1235 N 1ST ST | HAMILTON | MT | 59840-3102 | 1102339615 | $28.90 |
| 11-JAN-19 | 7901108248 | | | | | | |
| 07767 | KMART #07767 | 1409 S GRAND AVE | CHARLES CITY | IA | 50616-3670 | 1102339616 | $101.15 |
| 09-JAN-19 | 7900707891 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

Exhibit B

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04113 22-JAN-19 | BIG KMART #04113 7902102911 | 2873 W 26TH ST | ERIE | PA | 16506-3047 | 1102339677 | $631.20 |
| 04421 25-JAN-19 | KMART #04421 7902500376 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102339678 | $16.15 |
| 04470 21-JAN-19 | BIG KMART #04470 7902102288 | 108 MONMOUTH RD | WEST LONG BRANCH | NJ | 07764-1006 | 1102339679 | $42.59 |
| 07648 13-JAN-19 | BIG KMART #07648 7901304277 | 800 N UN | MAUSTON | WI | 53948 | 1102339683 | $52.35 |
| 03737 27-JAN-19 | BIG KMART #03737 7902700552 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102339738 | $112.20 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                          CUSTOMER NUMBER:         Invoice Number

KMART #QA LAB # 4004                    27719                    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
**BILL TO** ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04421 30-JAN-19 | KMART #04421 7903006155 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102339739 | $314.32 |
| 04478 29-JAN-19 | KMART #04478 7902808784 | 1061 WHITEHORSE MERCERVILLE TRENTON | | NJ | 08608 | 1102339740 | $12.69 |
| 07648 25-JAN-19 | BIG KMART #07648 7902313993 | 800 N UN | MAUSTON | WI | 53948 | 1102339745 | $65.10 |
| 07139 24-JAN-19 | KMART #07139 7902413361 | 510 S HWY 89 | JACKSON | WY | 83001-8507 | 1102339758 | $50.15 |
| 09619 23-JAN-19 | KMART #09619 7902110388 | 4841 ARENDELL ST | MOREHEAD CITY | NC | 28557-2792 | 1102339759 | $194.17 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**◯◯ NCR**

**Exhibit B**

CUSTOMER LOCATION ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

**BILL TO** ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09621 | BIG KMART #09621 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102339760 | $61.07 |
| 21-JAN-19 | 7902108002 | | | | | | |
| 07619 | BIG KMART #07619 | 3980 EL CAMINO REAL | ATASCADERO | CA | 93422-2533 | 1102339761 | $215.90 |
| 25-JAN-19 | 7902207836 | | | | | | |
| 07397 | BIG KMART #07397 | 2400 STRINGTOWN RD | GROVE CITY | OH | 43123-3928 | 1102339762 | $278.71 |
| 25-JAN-19 | 7902106985 | | | | | | |
| 07777 | KMART #07777 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102339784 | $157.33 |
| 17-JAN-19 | 7901709030 | | | | | | |
| 09608 | KMART #09608 | 2505 BELL RD | AUBURN | CA | 95603-2588 | 1102339785 | $123.25 |
| 06-JAN-19 | 7900409103 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

**TOTAL BALANCE**
**DUE UPON RECEIPT**

**◯◯ NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994
BILL
TO ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04214 10-JAN-19 | BIG KMART #04214 7901008712 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102339786 | $24.83 |
| 04470 28-JAN-19 | BIG KMART #04470 7902800497 | 108 MONMOUTH RD | WEST LONG BRANCH | NJ | 07764-1006 | 1102339788 | $456.79 |
| 04728 28-JAN-19 | BIG KMART #04728 7902808152 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | 1102339789 | $45.90 |
| 09557 26-JAN-19 | BIG KMART #09557 7901500449 | 2425 S I 75 BUSINESS LOOP | GRAYLING | MI | 49738-2042 | 1102339790 | $72.25 |
| 07329 21-JAN-19 | BIG KMART #07329 7902107034 | 2665 W EISENHOWER BLVD | LOVELAND | CO | 80537-3156 | 1102339791 | $25.50 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                 CUSTOMER NUMBER:        Invoice Number
KMART #QA LAB # 4004                  27719                    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl   Doc 9201-2   Filed 12/22/20   Entered 12/22/20 15:07:47   Exhibit B
(Summary and Copies of Invoices)   Pg 192 of 314

PAGE   26   OF   37



**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
**BILL TO** ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07777 28-JAN-19 | KMART #07777 7902003245 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102339834 | $305.39 |
| 07062 29-JAN-19 | BIG KMART #07062 7902406298 | 1143 BROAD ST | SUMTER | SC | 29150-1971 | 1102339835 | $51.00 |
| 04442 31-JAN-19 | KMART #04442 7823404779 | 6531 MACCORKLE AVE SE | CHARLESTON | WV | 25304-2996 | 1102339836 | $209.19 |
| 07031 14-JAN-19 | BIG KMART #07031 7900906082 | 1101 7TH AVE | MENOMINEE | MI | 49858-3130 | 1102339864 | $930.16 |
| 07065 14-JAN-19 | BIG KMART #07065 7901404158 | 1020 CENTER ST | HORSEHEADS | NY | 14845-2774 | 1102339865 | $96.39 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT



CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 193 of 314

PAGE   27   OF   37

Exhibit B

NCR

**CUSTOMER
LOCATION** ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

**BILL
TO** ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03750 | BIG KMART #03750 | 830 W FULTON ST | WAUPACA | WI | 54981-1406 | 1102339866 | $70.87 |
| 15-JAN-19 | 7901507088 | | | | | | |
| 04214 | BIG KMART #04214 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102339867 | $245.65 |
| 16-JAN-19 | 7901603810 | | | | | | |
| 07725 | KMART #07725 | 19563 COASTAL HWY UNIT A | REHOBOTH BEACH | DE | 19971-6139 | 1102339868 | $144.50 |
| 14-JAN-19 | 7901402198 | | | | | | |
| 09808 | BIG KMART #09808 | 1235 N 1ST ST | HAMILTON | MT | 59840-3102 | 1102339869 | $105.40 |
| 22-JAN-19 | 7902002943 | | | | | | |
| 03954 | BIG KMART #03954 | 400 N BEST AVE | WALNUTPORT | PA | 18088-1208 | 1102339883 | $242.25 |
| 06-JAN-19 | 7900411004 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                              CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                        27719                     S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION  ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994
BILL
TO  ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04996 | SUPER KMART #04996 | 7055 E BROADWAY BLVD | TUCSON | AZ | 85710-2804 | 1102339884 | $106.25 |
| 15-JAN-19 | 7901508364 | | | | | | |
| 03029 | KMART #03029 | 3071 DIXIE HWY | EDGEWOOD | KY | 41018-1829 | 1102339885 | $152.15 |
| 19-JAN-19 | 7901905341 | | | | | | |
| 07654 | BIG KMART #07654 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102339894 | $37.02 |
| 16-JAN-19 | 7901411143 | | | | | | |
| 09746 | KMART #09746 | 111 W MCKNIGHT WAY | GRASS VALLEY | CA | 95949-9637 | 1102339895 | $311.25 |
| 15-JAN-19 | 7901501914 | | | | | | |
| 07749 | KMART #07749 | 250 W 34TH ST 1 PENN PLZ | NEW YORK | NY | 10119 | 1102339896 | $124.94 |
| 19-JAN-19 | 7901904431 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                          CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                        27719                    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➤
TO

PAGE 29 OF 37

**CUSTOMER LOCATION** ➡ SUMMARY OF INVOICES FOR:

NCR

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
**BILL TO** ➡ KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04996 15-JAN-19 | SUPER KMART #04996 7901509045 | 7055 E BROADWAY BLVD | TUCSON | AZ | 85710-2804 | 1102339897 | $21.25 |
| 07777 11-JAN-19 | KMART #07777 7901101859 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102339898 | $156.40 |
| 04421 10-JAN-19 | KMART #04421 7900913026 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102339899 | $24.65 |
| 03851 10-JAN-19 | BIG KMART #03851 7901006099 | 5141 DOUGLAS AVE | RACINE | WI | 53402-2029 | 1102339900 | $155.17 |
| 09621 07-JAN-19 | BIG KMART #09621 7900710978 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102339901 | $218.24 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME: KMART #QA LAB # 4004

CUSTOMER NUMBER: 27719

Invoice Number S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

NCR

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04349 | BIG KMART #04349 | 1155 VETERAN'S BLVD | REDWOOD CITY | CA | 94063 | 1102339902 | $52.70 |
| 28-JAN-19 | 7902805595 | | | | | | |
| 04064 | KMART #04064 | 1901 LINCOLN HWY | NORTH VERSAILLES | PA | 15137-2736 | 1102339909 | $185.30 |
| 10-JAN-19 | 7901005518 | | | | | | |
| 04399 | BIG KMART #04399 | 14014 CONNECTICUT AVE | SILVER SPRING | MD | 20906-2922 | 1102339910 | $294.95 |
| 26-JAN-19 | 7902513345 | | | | | | |
| 09621 | BIG KMART #09621 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102339911 | $201.17 |
| 25-JAN-19 | 7902411415 | | | | | | |
| 07139 | KMART #07139 | 510 S HWY 89 | JACKSON | WY | 83001-8507 | 1102339912 | $44.20 |
| 24-JAN-19 | 7902412270 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004                    27719                S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 197 of 314

PAGE    31    OF    37

Exhibit B

**NCR**

CUSTOMER
LOCATION ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09416 23-JAN-19 | BIG KMART #09416 7902302924 | 399 TARRYTOWN RD | WHITE PLAINS | NY | 10607-1313 | 1102339913 | $176.89 |
| 07294 26-JAN-19 | KMART #07294 7902604582 | 1501 US HIGHWAY 1 | VERO BEACH | FL | 32960-5735 | 1102339914 | $82.84 |
| 07321 19-JAN-19 | BIG KMART #07321 7901904342 | 7350 MANATEE AVE W | BRADENTON | FL | 34209-3441 | 1102339915 | $752.14 |
| 03223 17-JAN-19 | KMART #03223 7901706332 | 200 IRWIN AVE NE | FORT WALTON BEACH | FL | 32548-4435 | 1102339916 | $21.25 |
| 07109 27-JAN-19 | BIG KMART #07109 7902604570 | 595 STRAITS TPKE | WATERTOWN | CT | 06795-3356 | 1102339922 | $89.50 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

KMART #QA LAB # 4004            27719                  S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

| CUSTOMER LOCATION ➤ | SUMMARY OF INVOICES FOR: |
|---|---|

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994

| BILL TO ➤ | KMART #QA LAB # 4004<br>RICK BRUMM<br>3333 BEVERLY RD<br>HOFFMAN ESTATES, IL 60179-0001 |
|---|---|

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04725 | BIG KMART #04725 | 2928 N ROOSEVELT BLVD | KEY WEST | FL | 33040-4012 | 1102339923 | $92.65 |
| 31-JAN-19 | 7903106943 | | | | | | |
| 04728 | BIG KMART #04728 | 3825 NW 7TH ST | MIAMI | FL | 33126-5502 | 1102339924 | $20.40 |
| 28-JAN-19 | 7902808156 | | | | | | |
| 03873 | BIG KMART #03873 | 4700 LIMESTONE RD | WILMINGTON | DE | 19808-1928 | 1102339931 | $144.50 |
| 07-JAN-19 | 7900709349 | | | | | | |
| 03592 | KMART #03592 | 5050 E BONANZA RD | LAS VEGAS | NV | 89110-3524 | 1102339932 | $78.20 |
| 10-JAN-19 | 7900808496 | | | | | | |
| 09621 | BIG KMART #09621 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102340045 | $128.45 |
| 23-JAN-19 | 7902307723 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

| MAIL PAYMENT ➤ TO | |
|---|---|

NCR

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04399 | BIG KMART #04399 | 14014 CONNECTICUT AVE | SILVER SPRING | MD | 20906-2922 | 1102340046 | $99.45 |
| 26-JAN-19 | 7902605505 | | | | | | |
| 07192 | KMART #07192 | 320 S 25TH ST | EASTON | PA | 18042-2740 | 1102340047 | $48.45 |
| 25-JAN-19 | 7902501031 | | | | | | |
| 03737 | BIG KMART #03737 | 4377 ROUTE 313 | DOYLESTOWN | PA | 18901 | 1102340048 | $38.25 |
| 25-JAN-19 | 7902403466 | | | | | | |
| 04421 | KMART #04421 | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 1102340049 | $54.40 |
| 25-JAN-19 | 7902500382 | | | | | | |
| 07777 | KMART #07777 | 770 BROADWAY | NEW YORK | NY | 10003-9522 | 1102340050 | $196.19 |
| 20-JAN-19 | 7901906888 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7208994
BILL
TO ➤

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09621 | BIG KMART #09621 | 1443 W MAIN ST | LEBANON | TN | 37087-3113 | 1102340051 | $269.32 |
| 21-JAN-19 | 7901808252 | | | | | | |
| 09662 | KMART #09662 | 1127 S STATE ST | EPHRATA | PA | 17522-2619 | 1102340056 | $280.50 |
| 08-JAN-19 | 7900410555 | | | | | | |
| 03529 | KMART #03529 | 996 W VIEW PARK DR | PITTSBURGH | PA | 15229-1769 | 1102340057 | $141.95 |
| 07-JAN-19 | 7900607097 | | | | | | |
| 09413 | BIG KMART #09413 | 235 PROSPECT AVE | WEST ORANGE | NJ | 07052-4228 | 1102340058 | $48.94 |
| 08-JAN-19 | 7900804945 | | | | | | |
| 04214 | BIG KMART #04214 | 1155 E OAKTON ST | DES PLAINES | IL | 60018-2046 | 1102340059 | $16.33 |
| 10-JAN-19 | 7901008721 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

KMART #QA LAB # 4004                    27719                    S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B

**NCR**

| CUSTOMER LOCATION ➡ | SUMMARY OF INVOICES FOR: |
|---|---|

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994

**BILL TO** ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07294 19-JAN-19 | KMART #07294 7901812827 | 1501 US HIGHWAY 1 | VERO BEACH | FL | 32960-5735 | 1102340075 | $243.35 |
| 09520 17-JAN-19 | BIG KMART #09520 7901707320 | 12057 HWY 49 DELMAR PLZ | GULFPORT | MS | 39503 | 1102340076 | $703.85 |
| 04353 17-JAN-19 | KMART #04353 7901609450 | 1 20TH AVE SE | MINOT | ND | 58701-6553 | 1102340077 | $252.45 |
| 07098 15-JAN-19 | BIG KMART #07098 7901507615 | 5100 CLAYTON RD | CONCORD | CA | 94521-3139 | 1102340078 | $100.56 |
| 07654 13-JAN-19 | BIG KMART #07654 7901106641 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | 1102340079 | $80.52 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

CUSTOMER
LOCATION  ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

7208994
BILL
TO  ➡

KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04147 | BIG KMART #04147 | 4110 E SPRAGUE AVE | SPOKANE | WA | 99202-4851 | | 1102340080 | $32.38 |
| 23-JAN-19 | 7902300919 | | | | | | | |
| 07705 | BIG KMART #07705 | 404 N MARINE CORPS DR | TAMUNING | GU | 96913-4109 | | 1102340081 | $209.95 |
| 10-JAN-19 | 7900914143 | | | | | | | |
| 07397 | BIG KMART #07397 | 2400 STRINGTOWN RD | GROVE CITY | OH | 43123-3928 | | 1102340082 | $178.72 |
| 10-JAN-19 | 7901009839 | | | | | | | |
| 07654 | BIG KMART #07654 | 300 BAYCHESTER AVE | BRONX | NY | 10475-4500 | | 1102340091 | $149.93 |
| 10-JAN-19 | 7900912945 | | | | | | | |
| 07293 | BIG KMART #07293 | 713 E BALTIMORE AVE | CLIFTON HEIGHTS | PA | 19018-2403 | | 1102340092 | $10.20 |
| 10-JAN-19 | 7900912920 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:

KMART #QA LAB # 4004

CUSTOMER NUMBER:

27719

Invoice Number

S600023165

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023165 |

7208994
BILL
TO ➤    KMART #QA LAB # 4004
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09096 | BIG KMART #09096 | 620 PLZ DR | FOSTORIA | OH | 44830 | | 1102340093 | $143.92 |
| 09-JAN-19 | 7900807113 | | | | | | | |
| 07321 | BIG KMART #07321 | 7350 MANATEE AVE W | BRADENTON | FL | 34209-3441 | | 1102340094 | $255.00 |
| 12-JAN-19 | 7900808918 | | | | | | | |
| 07477 | KMART #07477 | 502 PIKE ST | MARIETTA | OH | 45750-3332 | | 1102340095 | $393.69 |
| 07-JAN-19 | 7900602707 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT    $28,673.34

**NCR**    TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| KMART #QA LAB # 4004 | 27719 | S600023165 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▮▮▮
Bank Name: Bank
ACH ABA/Routing #: ▮▮▮

MAIL
PAYMENT ➤    NCR CORPORATION
TO            14181 COLLECTIONS CENTER DRIVE
              CHICAGO, IL 60693

PLEASE PAY    $28,673.34

0000027719    S600023165    000002867334    2

**NCR**

PAGE  1  OF  31

CUSTOMER
LOCATION ➡  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➡  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| IBM L2SS LAB 02-JAN-19 | SEARS #0IBM L2SS LAB 7830605580 | 10 N MARTINGALE RD | SCHAUMBURG | IL | 60173-2099 | 1102338698 | $160.65 |
| 02047 07-JAN-19 | SEARS #02047 7900705664 | 2250 EL MERCADO LOOP | SIERRA VISTA | AZ | 85635-5204 | 1102338699 | $41.65 |
| 01674 06-JAN-19 | SEARS #01674 7900503175 | 100 MAIN ST | WHITE PLAINS | NY | 10601-2601 | 1102338700 | $91.21 |
| 01165 17-JAN-19 | SEARS #01165 7901711073 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102338701 | $67.31 |
| 01974 04-JAN-19 | SEARS #01974 7900310277 | 4812 VALLEY VIEW BLVD NW | ROANOKE | VA | 24012-2021 | 1102338708 | $90.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221
BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01798 | SEARS #01798 | 7780 W ARROWHEAD TOWNE CTR GLENDALE | | AZ | 85308-8612 | 1102338709 | $116.45 |
| 03-JAN-19 | 7900313562 | | | | | | |
| 01488 | SEARS #01488 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | 1102338710 | $79.90 |
| 04-JAN-19 | 7900413878 | | | | | | |
| 01417 | SEARS #01417 | 20131 HWY 59 DEERBROOK MALL | HUMBLE | TX | 77338 | 1102338711 | $254.34 |
| 30-JAN-19 | 7903012255 | | | | | | |
| 01206 | SEARS #01206 | 3930 MCCAIN BLVD | NORTH LITTLE ROCK | AR | 72116-8055 | 1102338712 | $157.30 |
| 28-JAN-19 | 7902810250 | | | | | | |
| 01195 | SEARS #01195 | 901 N FEDERAL HWY | FORT LAUDERDALE | FL | 33304-2787 | 1102338715 | $197.20 |
| 02-JAN-19 | 7836505590 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES                37978                S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL
TO ➡  SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01207 | SEARS #01207 | 201 S PLANO RD | RICHARDSON | TX | 75081-4504 | 1102338717 | $425.10 |
| 08-JAN-19 | 7900707897 | | | | | | |
| 02593 | SEARS #02593 | 1067 UNION AVE NEWBURGH MALL NEWBURGH | | NY | 12550 | 1102338721 | $159.93 |
| 14-JAN-19 | 7901402011 | | | | | | |
| 02664 | SEARS #02664 | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD | 21703-8331 | 1102338729 | $17.00 |
| 18-JAN-19 | 7901804756 | | | | | | |
| 01345 | SEARS #01345 | 1625 W 49TH ST WESTLAND MALL | HIALEAH | FL | 33012 | 1102338730 | $133.45 |
| 14-JAN-19 | 7901408426 | | | | | | |
| 01634 | SEARS #01634 | 6901 SECURITY BLVD | BALTIMORE | MD | 21244-2412 | 1102338731 | $105.40 |
| 18-JAN-19 | 7901806184 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

# NCR

CUSTOMER
LOCATION    ➤    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO    ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01189 | SEARS #01189 | 1200 W COVINA PKWY | WEST COVINA | CA | 91790 | 1102338732 | $186.15 |
| 19-JAN-19 | 7901904551 | | | | | | |
| 02288 | SEARS #02288 | SOMERSVILLE RD | ANTIOCH | CA | 94509 | 1102338742 | $121.55 |
| 18-JAN-19 | 7901807388 | | | | | | |
| 01590 | SEARS #01590 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102338743 | $17.00 |
| 17-JAN-19 | 7901704224 | | | | | | |
| 01111 | SEARS #01111 | 100 SOUTHGATE CTR | COLORADO SPRINGS | CO | 80906 | 1102338744 | $96.90 |
| 17-JAN-19 | 7901705317 | | | | | | |
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102338745 | $22.95 |
| 11-JAN-19 | 7901106303 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:         Invoice Number

SEARS #KMART IT INVOICES              37978               S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT    ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 208 of 314

PAGE    5    OF    31

**NCR**

Exhibit B

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01840 | SEARS #01840 | 6501 95TH ST | CHICAGO RIDGE | IL | 60415-2632 | 1102338761 | $35.70 |
| 07-JAN-19 | 7900705354 | | | | | | |
| 01570 | SEARS #01570 | 2 WOODFIELD MALL | SCHAUMBURG | IL | 60173-5086 | 1102338762 | $1.70 |
| 02-JAN-19 | 7900108190 | | | | | | |
| 01358 | SEARS #01358 | 565 BRDWAY CHULA VISTA CTR | CHULA VISTA | CA | 91910 | 1102338866 | $78.20 |
| 20-JAN-19 | 7901908247 | | | | | | |
| 01494 | SEARS #01494 | ROUTE 38 | MOORESTOWN | NJ | 08057 | 1102338868 | $65.26 |
| 25-JAN-19 | 7902509285 | | | | | | |
| 01094 | SEARS #01094 | 436 MAIN ST | HACKENSACK | NJ | 07601-5911 | 1102338869 | $146.83 |
| 22-JAN-19 | 7902205969 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

| CUSTOMER LOCATION ➤ | SUMMARY OF INVOICES FOR: | | |
|---|---|---|---|

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL
TO  ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01182 | SEARS #01182 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | | 1102338881 | $34.00 |
| 07-JAN-19 | 7900706903 | | | | | | | |
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | | 1102338905 | $28.90 |
| 11-JAN-19 | 7901105222 | | | | | | | |
| 02597 | SEARS #02597 | 4601 E MAIN ST | FARMINGTON | NM | 87402-8667 | | 1102338972 | $75.44 |
| 09-JAN-19 | 7900809535 | | | | | | | |
| 02114 | SEARS #02114 | 1500 W CHESTNUT ST | WASHINGTON | PA | 15301-5864 | | 1102338973 | $22.02 |
| 12-JAN-19 | 7901202703 | | | | | | | |
| 01674 | SEARS #01674 | 100 MAIN ST | WHITE PLAINS | NY | 10601-2601 | | 1102338974 | $241.37 |
| 08-JAN-19 | 7900808968 | | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➤
TO

NCR

CUSTOMER
LOCATION ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➡    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02104 12-JAN-19 | SEARS #02104 7901109429 | BANFIELD RD & I-70 | SAINT CLAIRSVILLE | OH | 43950 | 1102338975 | $46.64 |
| 01170 07-JAN-19 | SEARS #01170 7900712627 | 3131 E MICHIGAN AVE | LANSING | MI | 48912-4618 | 1102339003 | $85.00 |
| 01337 07-JAN-19 | SEARS #01337 7900404374 | 851 N CENTRAL EXPY | PLANO | TX | 75075-8898 | 1102339004 | $640.61 |
| 01484 10-JAN-19 | SEARS #01484 7901004916 | & BERN RD | READING | PA | 19610 | 1102339014 | $182.58 |
| 01148 07-JAN-19 | SEARS #01148 7900605988 | 3295 E MAIN ST | VENTURA | CA | 93003-4821 | 1102339015 | $174.25 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01398 | SEARS #01398 | 100 INLAND CTR | SAN BERNARDINO | CA | 92408-1917 | 1102339016 | $72.25 |
| 14-JAN-19 | 7901301960 | | | | | | |
| 02145 | SEARS #02145 | 1441 TAMIAMI TRL SP 801 | PORT CHARLOTTE | FL | 33948 | 1102339017 | $220.15 |
| 15-JAN-19 | 7901205017 | | | | | | |
| 02664 | SEARS #02664 | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD | 21703-8331 | 1102339025 | $5.95 |
| 18-JAN-19 | 7901804753 | | | | | | |
| 01309 | SEARS #01309 | 500 STONEWOOD ST | DOWNEY | CA | 90241-3920 | 1102339031 | $99.45 |
| 14-JAN-19 | 7901408594 | | | | | | |
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102339032 | $354.45 |
| 15-JAN-19 | 7901411728 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

CUSTOMER NAME:          CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES          37978          S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01243 | SEARS #01243 | 1775 WASHINGTON ST | HANOVER | MA | 02339-1701 | 1102339114 | $256.70 |
| 04-JAN-19 | 7900410518 | | | | | | |
| 02028 | SEARS #02028 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102339117 | $137.70 |
| 20-JAN-19 | 7902005934 | | | | | | |
| 01968 | SEARS #01968 | 72880 HIGHWAY 111 | PALM DESERT | CA | 92260-3313 | 1102339130 | $141.95 |
| 21-JAN-19 | 7901101865 | | | | | | |
| 02593 | SEARS #02593 | 1067 UNION AVE NEWBURGH MALL | NEWBURGH | NY | 12550 | 1102339131 | $277.55 |
| 21-JAN-19 | 7902101934 | | | | | | |
| 01463 | SEARS #01463 | 155 DORSET ST | SOUTH BURLINGTON | VT | 05403-6346 | 1102339132 | $48.45 |
| 24-JAN-19 | 7902410634 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**    CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01478 26-JAN-19 | SEARS #01478 7902513230 | 1178 EL CAMINO REAL | SAN BRUNO | CA | 94066-2406 | | 1102339133 | $78.20 |
| 01024 25-JAN-19 | SEARS #01024 7902506145 | 6211 LEESBURG PIKE UNIT 1024 | FALLS CHURCH | VA | 22044-2107 | | 1102339134 | $141.95 |
| 01410 02-JAN-19 | SEARS #01410 7900209666 | 4100 BELDEN VILLAGE MALL | CANTON | OH | 44718-2587 | | 1102339566 | $84.22 |
| 01488 04-JAN-19 | SEARS #01488 7900413974 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | | 1102339567 | $67.15 |
| 02049 01-JAN-19 | SEARS #02049 7900107737 | 1302 SE EVERETT MALL WAY | EVERETT | WA | 98208-2831 | | 1102339568 | $48.49 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

NCR

CUSTOMER
LOCATION ➡    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➡    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102339569 | $194.65 |
| 07-JAN-19 | 7900709145 | | | | | | |
| 01488 | SEARS #01488 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | 1102339570 | $88.40 |
| 06-JAN-19 | 7900605775 | | | | | | |
| 01674 | SEARS #01674 | 100 MAIN ST | WHITE PLAINS | NY | 10601-2601 | 1102339571 | $172.28 |
| 06-JAN-19 | 7900503154 | | | | | | |
| 02175 | SEARS #02175 | 3600 S MEMORIAL DR | GREENVILLE | NC | 27834-7047 | 1102339680 | $62.76 |
| 17-JAN-19 | 7901703253 | | | | | | |
| 02597 | SEARS #02597 | 4601 E MAIN ST | FARMINGTON | NM | 87402-8667 | 1102339681 | $107.65 |
| 14-JAN-19 | 7901406672 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 215 of 314

PAGE    12    OF    31

Exhibit B

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01309 | SEARS #01309 | 500 STONEWOOD ST | DOWNEY | CA | 90241-3920 | 1102339682 | $103.70 |
| 18-JAN-19 | 7901801629 | | | | | | |
| 02494 | SEARS #02494 | 5580 GOODS LN | ALTOONA | PA | 16602-2839 | 1102339685 | $89.76 |
| 30-JAN-19 | 7902912887 | | | | | | |
| 01172 | SEARS #01172 | & SCHICK RD | BLOOMINGDALE | IL | 60108 | 1102339691 | $96.90 |
| 22-JAN-19 | 7902300413 | | | | | | |
| 01463 | SEARS #01463 | 155 DORSET ST | SOUTH BURLINGTON | VT | 05403-6346 | 1102339692 | $72.25 |
| 24-JAN-19 | 7902410365 | | | | | | |
| 02023 | SEARS #02023 | 270 LOUDON RD | CONCORD | NH | 03301-8005 | 1102339693 | $211.65 |
| 03-JAN-19 | 7900309045 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 216 of 314

PAGE    13    OF    31

# NCR

CUSTOMER
LOCATION ➤    **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01681 | SEARS #1681 | 1450 ALA MOANA BLVD STE 1505 | HONOLULU | HI | 96814-4615 | 1102339726 | $197.59 |
| 22-JAN-19 | 7902112369 | | | | | | |
| 01367 | SEARS #01367 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102339727 | $190.47 |
| 21-JAN-19 | 7902005292 | | | | | | |
| 01714 | SEARS #01714 | 5256 STATE ROUTE 30 | GREENSBURG | PA | 15601-7751 | 1102339736 | $145.37 |
| 03-JAN-19 | 7900314734 | | | | | | |
| 01488 | SEARS #01488 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | 1102339737 | $54.40 |
| 04-JAN-19 | 7900414069 | | | | | | |
| 01271 | SEARS #01271 | 8501 W BOWLES AVE | LITTLETON | CO | 80123-9502 | 1102339741 | $224.40 |
| 20-JAN-19 | 7902006811 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

# NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B
PAGE 14 OF 31

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01133 | SEARS #01133 | COMMERCIAL RD | LEOMINSTER | MA | 01453 | 1102339742 | $466.65 |
| 25-JAN-19 | 7902500447 | | | | | | |
| 02028 | SEARS #02028 | 2200 W FLORIDA AVE DEPT 3 | HEMET | CA | 92545-3666 | 1102339751 | $69.70 |
| 20-JAN-19 | 7902005935 | | | | | | |
| 01570 | SEARS #01570 | 2 WOODFIELD MALL | SCHAUMBURG | IL | 60173-5086 | 1102339752 | $218.45 |
| 02-JAN-19 | 7900108132 | | | | | | |
| 02078 | SEARS #02078 | 3150 S 4TH AVE | YUMA | AZ | 85364-8104 | 1102339753 | $190.40 |
| 01-JAN-19 | 7900106916 | | | | | | |
| 02145 | SEARS #02145 | 1441 TAMIAMI TRL SP 801 | PORT CHARLOTTE | FL | 33948 | 1102339754 | $1,126.62 |
| 03-JAN-19 | 7900104971 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:

CUSTOMER NUMBER:

Invoice Number

SEARS #KMART IT INVOICES

37978

S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01073 02-JAN-19 | SEARS #01073 7836510778 | 222 EXTON SQ MALL # 222 | EXTON | PA | 19341 | 1102339755 | $293.52 |
| 01570 04-JAN-19 | SEARS #01570 7900311367 | 2 WOODFIELD MALL | SCHAUMBURG | IL | 60173-5086 | 1102339756 | $109.65 |
| 02023 02-JAN-19 | SEARS #02023 7900210431 | 270 LOUDON RD | CONCORD | NH | 03301-8005 | 1102339757 | $130.90 |
| 01463 24-JAN-19 | SEARS #01463 7902407670 | 155 DORSET ST | SOUTH BURLINGTON | VT | 05403-6346 | 1102339766 | $61.20 |
| 02049 26-JAN-19 | SEARS #02049 7902600907 | 1302 SE EVERETT MALL WAY | EVERETT | WA | 98208-2831 | 1102339767 | $110.97 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES              37978                S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Exhibit B

CUSTOMER
LOCATION    ➡    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO    ➡    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01304 | SEARS #01304 | 11255 NEW HAMPSHIRE AVE | SILVER SPRING | MD | 20904-2628 | 1102339768 | $105.40 |
| 25-JAN-19 | 7902510941 | | | | | | |
| 02885 | SEARS #02885 | 9409 US 19 H STE 101 | PORT RICHEY | FL | 34668 | 1102339769 | $1,063.73 |
| 21-JAN-19 | 7902104835 | | | | | | |
| 01728 | SEARS #01728 | 4570 N ORACLE RD | TUCSON | AZ | 85705-1691 | 1102339770 | $333.20 |
| 22-JAN-19 | 7901902805 | | | | | | |
| 01365 | SEARS #01365 | 20701 S ALLAPATTAH DR | MIAMI | FL | 33189 | 1102339771 | $109.65 |
| 21-JAN-19 | 7902108219 | | | | | | |
| 01404 | SEARS #01404 | 800 SUNRISE MALL | MASSAPEQUA | NY | 11758-4334 | 1102339772 | $124.65 |
| 22-JAN-19 | 7902206816 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT    ➡
TO

Exhibit B

**CUSTOMER LOCATION** ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

**BILL TO** ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION / DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01313 25-JAN-19 | SEARS #01313 7902306719 | 310 DANIEL WEBSTER HWY | NASHUA | NH | 03060-5730 | 1102339773 | $101.15 |
| 01315 24-JAN-19 | SEARS #01315 7901905154 | 401 NORTHGATE MALL | CHATTANOOGA | TN | 37415-6942 | 1102339787 | $130.06 |
| 01228 17-JAN-19 | SEARS #01228 7901712601 | 1601 ARDEN WAY | SACRAMENTO | CA | 95815-4097 | 1102339792 | $144.50 |
| 02664 18-JAN-19 | SEARS #02664 7901712783 | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD | 21703-8331 | 1102339793 | $109.65 |
| 01773 15-JAN-19 | SEARS #01773 7901005319 | 2306 N SALISBURY BLVD | SALISBURY | MD | 21801-7830 | 1102339794 | $671.50 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02049 | SEARS #02049 | 1302 SE EVERETT MALL WAY | EVERETT | WA | 98208-2831 | 1102339810 | $93.25 |
| 01-JAN-19 | 7900105348 | | | | | | |
| 01088 | SEARS #01088 | 236 N CENTRAL AVE | GLENDALE | CA | 91203-2532 | 1102339811 | $192.95 |
| 04-JAN-19 | 7900414999 | | | | | | |
| 02617 | SEARS #02617 | 7508 N NAVARRO ST | VICTORIA | TX | 77904-2654 | 1102339812 | $53.37 |
| 04-JAN-19 | 7900314093 | | | | | | |
| 02494 | SEARS #02494 | 5580 GOODS LN | ALTOONA | PA | 16602-2839 | 1102339813 | $73.95 |
| 30-JAN-19 | 7902912907 | | | | | | |
| 02148 | SEARS #02148 | 275 W KAAHUMANU AVE STE 1000 | KAHULUI | HI | 96732-1653 | 1102339814 | $77.03 |
| 31-JAN-19 | 7903111883 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 222 of 314

PAGE    19    OF    31

## NCR    Exhibit B

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01688 27-JAN-19 | SEARS #01688 7902807416 | 1700 N MAIN ST | SALINAS | CA | 93906-5103 | 1102339815 | $65.45 |
| 01714 30-JAN-19 | SEARS #01714 7903003796 | 5256 STATE ROUTE 30 | GREENSBURG | PA | 15601-7751 | 1102339816 | $140.35 |
| 01590 30-JAN-19 | SEARS #01590 7902905134 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102339817 | $678.32 |
| 01754 02-JAN-19 | SEARS #01754 7836400003 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102339830 | $809.32 |
| 01074 05-JAN-19 | SEARS #01074 7900410032 | 5000 ROUTE 301 S | WALDORF | MD | 20603 | 1102339831 | $39.95 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

CUSTOMER NAME:        CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES        37978        S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**    Exhibit B

CUSTOMER
LOCATION ➤   SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➤   SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01585 | SEARS #01585 | 1500 APALACHEE PKWY | TALLAHASSEE | FL | 32301-3055 | 1102339832 | $45.90 |
| 04-JAN-19 | 7900105395 | | | | | | |
| 01590 | SEARS #01590 | 4900 FASHION SQ MALL # 4900 | SAGINAW | MI | 48604 | 1102339833 | $167.45 |
| 03-JAN-19 | 7900104691 | | | | | | |
| 01822 | SEARS #01822 | 330 SIEMERS DR | CAPE GIRARDEAU | MO | 63701-8476 | 1102339837 | $112.20 |
| 04-JAN-19 | 7900411041 | | | | | | |
| 01038 | SEARS #01038 | 14720 E INDIANA AVE | SPOKANE | WA | 99216-1814 | 1102339847 | $627.29 |
| 09-JAN-19 | 7900707898 | | | | | | |
| 02497 | SEARS #02497 | 2320 N EXPRESSWAY | BROWNSVILLE | TX | 78521-0937 | 1102339848 | $220.84 |
| 08-JAN-19 | 7900801975 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES              37978            S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 224 of 314

PAGE    21    OF    31

Exhibit B

CUSTOMER
LOCATION ➡️    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➡️    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01182 07-JAN-19 | SEARS #01182 7900705924 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102339849 | $34.00 |
| 01488 09-JAN-19 | SEARS #01488 7900912060 | 2180 TULLY RD EASTRIDGE | SAN JOSE | CA | 95122 | 1102339850 | $75.65 |
| 01166 12-JAN-19 | SEARS #01166 7901203623 | 1000 BONITA LAKES CIR | MERIDIAN | MS | 39301-6972 | 1102339851 | $66.94 |
| 01298 07-JAN-19 | SEARS #01298 7900508929 | 5261 ARLINGTON AVE | RIVERSIDE | CA | 92504-2697 | 1102339852 | $99.45 |
| 01358 03-JAN-19 | SEARS #01358 7835811329 | 565 BRDWAY CHULA VISTA CTR | CHULA VISTA | CA | 91910 | 1102339853 | $987.02 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡️
TO

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

5788221
BILL
TO ➡    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01209 09-JAN-19 | SEARS #01209 7900907279 | 2100 N BELLFLOWER BLVD | LONG BEACH | CA | 90815-3126 | | 1102339870 | $432.90 |
| 01840 08-JAN-19 | SEARS #01840 7900705286 | 6501 95TH ST | CHICAGO RIDGE | IL | 60415-2632 | | 1102339871 | $1,121.23 |
| 01309 14-JAN-19 | SEARS #01309 7901411165 | 500 STONEWOOD ST | DOWNEY | CA | 90241-3920 | | 1102339886 | $45.90 |
| 02329 16-JAN-19 | SEARS #02329 7901401027 | 455 COLUMBIA CENTER BLVD | KENNEWICK | WA | 99336 | | 1102339887 | $315.69 |
| 01088 18-JAN-19 | SEARS #01088 7901800955 | 236 N CENTRAL AVE | GLENDALE | CA | 91203-2532 | | 1102339888 | $128.35 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:            Invoice Number

SEARS #KMART IT INVOICES              37978                    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

18-23538-shl   Doc 9201-2   Filed 12/22/20   Entered 12/22/20 15:07:47   Exhibit B
(Summary and Copies of Invoices)   Pg 226 of 314

PAGE   23   OF   31

NCR

| CUSTOMER LOCATION ➤ | SUMMARY OF INVOICES FOR: | |
|---|---|---|

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01485 16-JAN-19 | SEARS #01485 7901600275 | 1910 WELLS RD | ORANGE PARK | FL | 32073-6771 | 1102339889 | $337.45 |
| 01367 17-JAN-19 | SEARS #01367 7901701703 | 6001 W WACO DR RICHLAND MALL WACO | | TX | 76710 | 1102339890 | $112.26 |
| 01165 18-JAN-19 | SEARS #01165 7901800058 | 1480 CONCORD PKWY N | CONCORD | NC | 28025-2933 | 1102339891 | $335.60 |
| 01182 16-JAN-19 | SEARS #01182 7901100385 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102339892 | $189.55 |
| 01684 14-JAN-19 | SEARS #01684 7901407347 | WOODBRIDGE CTR DR | WOODBRIDGE | NJ | 07095 | 1102339893 | $212.08 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102339903 | $343.40 |
| 11-JAN-19 | 7901106569 | | | | | | |
| 01485 | SEARS #01485 | 1910 WELLS RD | ORANGE PARK | FL | 32073-6771 | 1102339904 | $313.65 |
| 12-JAN-19 | 7901203887 | | | | | | |
| 01038 | SEARS #01038 | 14720 E INDIANA AVE | SPOKANE | WA | 99216-1814 | 1102339905 | $71.21 |
| 11-JAN-19 | 7901109166 | | | | | | |
| 01189 | SEARS #01189 | 1200 W COVINA PKWY | WEST COVINA | CA | 91790 | 1102339906 | $22.95 |
| 19-JAN-19 | 7901907789 | | | | | | |
| 02435 | SEARS #02435 | 1531 RIO RD E | CHARLOTTESVILLE | VA | 22901-1402 | 1102339907 | $1,602.16 |
| 19-JAN-19 | 7901609589 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

**NCR**

**CUSTOMER LOCATION** ➡ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
**BILL TO** ➡

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01434 | SEARS #01434 | 50 US HIGHWAY 46 | WAYNE | NJ | 07470-6834 | 1102339908 | $76.13 |
| 15-JAN-19 | 7901407326 | | | | | | |
| 02885 | SEARS #02885 | 9409 US 19 H STE 101 | PORT RICHEY | FL | 34668 | 1102339917 | $794.64 |
| 11-JAN-19 | 7901107478 | | | | | | |
| 01754 | SEARS #01754 | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 1102339918 | $24.65 |
| 11-JAN-19 | 7901106869 | | | | | | |
| 01317 | SEARS #01317 | 8401 GATEWAY BLVD W | EL PASO | TX | 79925-5668 | 1102339919 | $289.85 |
| 10-JAN-19 | 7901009571 | | | | | | |
| 01182 | SEARS #01182 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102339920 | $34.00 |
| 07-JAN-19 | 7900706723 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:         Invoice Number

SEARS #KMART IT INVOICES                    37978                    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➡

**NCR**

CUSTOMER
LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221
BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01838 | SEARS #01838 | 111 E MAGNOLIA | BURBANK | CA | 91502 | 1102339921 | $89.25 |
| 22-JAN-19 | 7902208345 | | | | | | |
| 01398 | SEARS #01398 | 100 INLAND CTR | SAN BERNARDINO | CA | 92408-1917 | 1102339933 | $139.40 |
| 24-JAN-19 | 7902305549 | | | | | | |
| 01800 | SEARS #01800 | 6501 GRAPE RD | MISHAWAKA | IN | 46545-1007 | 1102339934 | $318.75 |
| 25-JAN-19 | 7902207137 | | | | | | |
| 01274 | SEARS #01274 | 11500 MIDLOTHIAN TPKE | RICHMOND | VA | 23235-4780 | 1102339935 | $88.40 |
| 22-JAN-19 | 7902211253 | | | | | | |
| 02485 | SEARS #02485 | 13085 CORTEZ BLVD | BROOKSVILLE | FL | 34613-7800 | 1102339936 | $63.75 |
| 21-JAN-19 | 7902006413 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**    CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL TO ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01307 | SEARS #01307 | 4310 BUFFALO GAP RD | ABILENE | TX | 79606-2724 | 1102339937 | $103.06 |
| 23-JAN-19 | 7902304691 | | | | | | |
| 01111 | SEARS #01111 | 100 SOUTHGATE CTR | COLORADO SPRINGS | CO | 80906 | 1102340044 | $102.00 |
| 16-JAN-19 | 7901607631 | | | | | | |
| 01288 | SEARS #01288 | 5110 PACIFIC AVE | STOCKTON | CA | 95207-6350 | 1102340052 | $82.45 |
| 06-JAN-19 | 7900606257 | | | | | | |
| 01309 | SEARS #01309 | 500 STONEWOOD ST | DOWNEY | CA | 90241-3920 | 1102340060 | $129.20 |
| 17-JAN-19 | 7901710607 | | | | | | |
| 01834 | SEARS #01834 | 600 MONTGOMERY MALL | NORTH WALES | PA | 19454-3912 | 1102340061 | $157.51 |
| 15-JAN-19 | 7901503138 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS. NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES              37978              S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

18-23538-shl    Doc 9201-2    Filed 12/22/20    Entered 12/22/20 15:07:47    Exhibit B
(Summary and Copies of Invoices)    Pg 231 of 314

PAGE **28** OF **31**

**NCR**

**CUSTOMER LOCATION** ➤ **SUMMARY OF INVOICES FOR:**

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221

**BILL TO** ➤ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION<br>DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01044<br>17-JAN-19 | SEARS #01044<br>7901704160 | 50 MALL DR W | JERSEY CITY | NJ | 07310-1601 | 1102340062 | $205.73 |
| 01189<br>19-JAN-19 | SEARS #01189<br>7901907782 | 1200 W COVINA PKWY | WEST COVINA | CA | 91790 | 1102340063 | $52.70 |
| 01207<br>09-JAN-19 | SEARS #01207<br>7900708183 | 201 S PLANO RD | RICHARDSON | TX | 75081-4504 | 1102340064 | $345.97 |
| 01288<br>06-JAN-19 | SEARS #01288<br>7900606219 | 5110 PACIFIC AVE | STOCKTON | CA | 95207-6350 | 1102340065 | $112.20 |
| 01166<br>07-JAN-19 | SEARS #01166<br>7900508373 | 1000 BONITA LAKES CIR | MERIDIAN | MS | 39301-6972 | 1102340066 | $192.90 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS #KMART IT INVOICES                    37978                S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO ➤

**NCR**

CUSTOMER
LOCATION ➤  SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221

BILL
TO ➤

SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01170 07-JAN-19 | SEARS #01170 7900602938 | 3131 E MICHIGAN AVE | LANSING | MI | 48912-4618 | 1102340067 | $122.40 |
| 01478 12-JAN-19 | SEARS #01478 7901107360 | 1178 EL CAMINO REAL | SAN BRUNO | CA | 94066-2406 | 1102340068 | $585.08 |
| 02040 08-JAN-19 | SEARS #02040 7900802768 | 5575 B DR N LAKEVIEW SQ | BATTLE CREEK | MI | 49015 | 1102340069 | $160.65 |
| 01818 11-JAN-19 | SEARS #01818 7901111088 | 8250 DAY CREEK BLVD | RANCHO CUCAMONGA | CA | 91739-8550 | 1102340070 | $145.79 |
| 01924 07-JAN-19 | SEARS #01924 7900710827 | 1150 SUNRISE HWY | VALLEY STREAM | NY | 11581 | 1102340071 | $82.18 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS #KMART IT INVOICES | 37978 | S600023166 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➤
TO

Exhibit B
PAGE 30 OF 31

**NCR**

CUSTOMER
LOCATION ➡ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

5788221
BILL
TO ➡ SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01038 15-JAN-19 | SEARS #01038 7901511002 | 14720 E INDIANA AVE | SPOKANE | WA | 99216-1814 | | 1102340083 | $163.69 |
| 01775 18-JAN-19 | SEARS #01775 7901706268 | 12055 PINES BLVD | PEMBROKE PINES | FL | 33026-4116 | | 1102340084 | $35.70 |
| 01133 13-JAN-19 | SEARS #01133 7901303655 | COMMERCIAL RD | LEOMINSTER | MA | 01453 | | 1102340085 | $130.90 |
| 01398 12-JAN-19 | SEARS #01398 7901208728 | 100 INLAND CTR | SAN BERNARDINO | CA | 92408-1917 | | 1102340086 | $135.15 |
| 01485 07-JAN-19 | SEARS #01485 7900706458 | 1910 WELLS RD | ORANGE PARK | FL | 32073-6771 | | 1102340087 | $54.40 |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

CUSTOMER NAME:    CUSTOMER NUMBER:    Invoice Number

SEARS #KMART IT INVOICES    37978    S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

⌾ NCR

PAGE    31    OF    31

CUSTOMER
LOCATION ➤    SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023166 |

5788221
BILL
TO ➤    SEARS #KMART IT INVOICES
PO BOX 95958
HOFFMAN ESTATES, IL 60195-0958

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01404 | SEARS #01404 | 800 SUNRISE MALL | MASSAPEQUA | NY | 11758-4334 | 1102340088 | $203.12 |
| 12-JAN-19 | 7901106346 | | | | | | |
| 01182 | SEARS #01182 | 3 MID RIVS MALL DR | SAINT PETERS | MO | 63376 | 1102340089 | $56.95 |
| 07-JAN-19 | 7900705873 | | | | | | |
| 01337 | SEARS #01337 | 851 N CENTRAL EXPY | PLANO | TX | 75075-8898 | 1102340090 | $126.05 |
| 10-JAN-19 | 7901004840 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF
ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER
INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT          $29,768.94

⌾ NCR    TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS #KMART IT INVOICES          37978                     S600023166

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▮▮▮
Bank Name: Bank ▮▮▮
ACH ABA/Routing #: ▮▮▮

MAIL
PAYMENT ➤    NCR CORPORATION
TO           14181 COLLECTIONS CENTER DRIVE
             CHICAGO, IL 60693

PLEASE PAY          $29,768.94

0000037978    S600023166    000002976894    7

**NCR**

CUSTOMER LOCATION ➤ SUMMARY OF INVOICES FOR:

ORIGINAL SUMMARY

| Invoice Date | Invoice Number |
|---|---|
| 28-MAR-19 | S600023170 |

Direct Inquiries Regarding Invoicing:
myncr.ncr.com

NCR CORP.
1700 S. Patterson Blvd.
Dayton, OH 45479

7698730

BILL TO ➤ SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| CUSTOMER LOCATION DATE OF SERVICE | WORK ORDER NUMBER | P.O. NUMBER | | | | INVOICE NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02178 | SEARS HOMETOWN OUTLE | 1085 W PIONEER BLVD | MESQUITE | NV | 89027-8898 | 1102340016 | $908.24 |
| 29-JAN-19 | 7902806708 | | | | | | |
| 05578 | SEARS HOMETOWN OUTLE | 400 N 115TH E | LOGAN | UT | 84321 | 1102340017 | $464.70 |
| 17-JAN-19 | 7901705825 | | | | | | |
| 03581 | SEARS HOMETOWN OUTLE | 102 E MAIN ST | CHANUTE | KS | 66720-1834 | 1102340018 | $50.09 |
| 10-JAN-19 | 7900912778 | | | | | | |

FOR INVOICES NOT PAID IN ACCORDANCE WITH TERMS, SERVICE CHARGES WILL BE COMPUTED AT AN INTEREST RATE OF ONE AND ONE-HALF PERCENT PER MONTH OR UP TO THE MAXIMUM ALLOWED BY LAW WHICHEVER IS LESS.  NO OTHER INVOICE OR STATEMENT WILL BE SENT UNLESS REQUESTED BY CALLING YOUR LOCAL NCR OFFICE.

TOTAL BALANCE
DUE UPON RECEIPT          $1,423.03

**NCR**

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S600023170 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▮
Bank Name: Bank
ACH ABA/Routing #: ▮

MAIL PAYMENT TO ➤ NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY          $1,423.03

0008481553    S600023170    000000142303    2

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 1 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02659 | SEARS # 02659/AUTO | 200 WESTGATE DR | BROCKTON | MA 02301-1810 | 2827676689 | 28-FEB-19 | $9.67 |
| 06518 | SEARS # 06518/AUTO | 1100 NORTHRIDGE SHOPPING CTR | SALINAS | CA 93906-2085 | 2827676690 | 28-FEB-19 | $9.67 |
| 06706 | SEARS # 06706/AUTO | 1475 UPPER VALLEY P KE | SPRINGF ELD | OH 45504-4047 | 2827676691 | 28-FEB-19 | $10 38 |
| 06709 | SEARS # 06709/AUTO | 201 S PLANO RD | RICHARDSON | TX 75081-4504 | 2827676692 | 28-FEB-19 | $10.46 |
| 06711 | SEARS # 06711/AUTO | 5265 ARL NGTON AVE | RIVERSIDE | CA 92504-2604 | 2827676693 | 28-FEB-19 | $9.67 |
| 06821 | SEARS # 06821/AUTO | 565 BROADWAY | CHULA VISTA | CA 91910-5379 | 2827676694 | 28-FEB-19 | $9.67 |
| 06827 | SEARS # 06827/AUTO | 1940 US HIGHWAY 70 SE | HICKORY | NC 28602-5193 | 2827676695 | 28-FEB-19 | $10.35 |
| 06073 | SEARS # 06073/AUTO | 50 MALL DR W | JERSEY CITY | NJ 07310-1601 | 2827676755 | 28-FEB-19 | $10.31 |
| 06084 | SEARS # 06084/AUTO | 9565 W ATLANTIC BLVD | CORAL SPRINGS | FL 33071-6942 | 2827676756 | 28-FEB-19 | $10.35 |
| 06225 | SEARS # 06225/AUTO | 1500 APALACHEE PKWY | TALLAHASSEE | FL 32301-3055 | 2827676757 | 28-FEB-19 | $10.40 |
| 06232 | SEARS # 06232/AUTO | 32123 GRATIOT AVE | ROSEV LLE | MI | 2827676758 | 28-FEB-19 | $9.67 |
| 06418 | SEARS # 06418/AUTO | 344 JACKSONVILLE MALL | JACKSONV LLE | NC | 2827676759 | 28-FEB-19 | $10 35 |
| 06647 | SEARS # 06647/AUTO | 4000 N SHEPHERD DR | HOUSTON | TX | 2827676760 | 28-FEB-19 | $10.46 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE  2  OF  18 | myncr.ncr.com | 201401000 / |

Invoiced To:    8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06772 | SEARS # 06772/AUTO | 43 EAST TOWNE MALL # 43 | MADISON | WI | 53704-3786 | 2827676761 | 28-FEB-19 | $10.20 |
| 02732 | SEARS # 02732/AUTO | 7503 W CERMAK RD | NORTH RIVERS DE | IL | 60546-2743 | 2827676762 | 28-FEB-19 | $9.67 |
| 02741 | SEARS # 02741/AUTO | 34 CARMANS RD | MASSAPEQUA | NY | 11758-4350 | 2827676763 | 28-FEB-19 | $10.51 |
| 06129 | SEARS # 06129/AUTO | 700 S TELSHOR BLVD | LAS CRUCES | NM | 88011-4669 | 2827676764 | 28-FEB-19 | $10.48 |
| 06134 | SEARS # 06134/AUTO | 1150 SUNRISE HWY | VALLEY STREAM | NY | 11580 | 2827676765 | 28-FEB-19 | $10.51 |
| 06136 | SEARS # 06136/AUTO | 7635  H 35 S | SAN ANTONIO | TX | 78224 | 2827676766 | 28-FEB-19 | $10.46 |
| 06649 | SEARS # 06649/AUTO | 10000 EMMETT F LOWRY EXPY | TEXAS CITY | TX | 77591-2127 | 2827676767 | 28-FEB-19 | $10.46 |
| 06779 | SEARS # 06779/AUTO | 1302 SE EVERETT MALL WAY | EVERETT | WA | 98208-2831 | 2827676768 | 28-FEB-19 | $10.61 |
| 06783 | SEARS # 06783/AUTO | 1519 WHITEHALL MALL | WHITEHALL | PA | 18052-5121 | 2827676769 | 28-FEB-19 | $10.25 |
| 06915 | SEARS # 06915/AUTO | 3655 CORAL WAY | CORAL GABLES | FL | 33145-3014 | 2827676770 | 28-FEB-19 | $10.35 |
| 06922 | SEARS # 06922/AUTO | 4480 SERGEANT RD | SIOUX CITY | IA | | 2827676837 | 28-FEB-19 | $10.35 |
| 06923 | SEARS # 06923/AUTO | 805 PLAZA BLVD | LANCASTER | PA | | 2827676838 | 28-FEB-19 | $10.25 |
| 06316 | SEARS # 06316/AUTO | 1500 W CHESTNUT ST | WASHINGTON | PA | | 2827676839 | 28-FEB-19 | $10.25 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS - AUTO #BILLING              8481577            S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary)and Copies of Invoices)   Pg 238 of 314

**NCR**

| Comments: | |
|---|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| **PAGE NUMBER** | **INVOICE INQUIRIES** | **NCR ORG  / TERR** |
| PAGE  3   OF  18 | myncr.ncr.com | 201401000 / |

| Invoiced To:   8301073 |
|---|

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| | CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 06328 | SEARS # 06328/AUTO | 375 UNION ST | WATERBURY | CT | 06706-1299 | 2827676840 | 28-FEB-19 | $10 28 |
| 06523 | SEARS # 06523/AUTO | 2323 CENTRE DR | SALISBURY | MD | 21804-1896 | 2827676841 | 28-FEB-19 | $9.67 |
| 06712 | SEARS # 06712/AUTO | 701 PEMBROKE RD | GREENSBORO | NC | 27408-7609 | 2827676842 | 28-FEB-19 | $10 32 |
| 06828 | SEARS # 06828/AUTO | 5080 E MONTCLA R PLAZA LN | MONTCLAIR | CA | 91763-1520 | 2827676843 | 28-FEB-19 | $9.67 |
| 06830 | SEARS # 06830/AUTO | 18777 E 39TH ST S | INDEPENDENCE | MO | 64057-1708 | 2827676844 | 28-FEB-19 | $9.67 |
| 06964 | SEARS # 06964/AUTO | 100 SPOTSYLVANIA MALL | FREDERICKSBURG | VA | 22407-1101 | 2827676845 | 28-FEB-19 | $9 93 |
| 06184 | SEARS # 06184/AUTO | 1009 S WASH NGTON ST | NORTH ATTLEBORO | MA | 02760-3619 | 2827676846 | 28-FEB-19 | $9.67 |
| 06323 | SEARS # 06323/AUTO | 100 N DARTMOUTH MALL | NORTH DARTMOUTH | MA | 02747-4204 | 2827676847 | 28-FEB-19 | $9.67 |
| 02661 | SEARS # 02661/AUTO | 1280 POLARIS PKWY | COLUMBUS | OH | 43240-2036 | 2827676848 | 28-FEB-19 | $10.40 |
| 02662 | SEARS # 02662/AUTO | 8060 RENAISSANCE PKWY | DURHAM | NC | 27713-8254 | 2827676849 | 28-FEB-19 | $10.40 |
| 02665 | SEARS # 02665/AUTO | 901 US 27 N | SEBR NG | FL | | 2827676850 | 28-FEB-19 | $10.40 |
| 06444 | SEARS # 06444/AUTO | 4 SMITH HAVEN MALL # 4 | LAKE GROVE | NY | | 2827676851 | 28-FEB-19 | $10 51 |
| 06172 | SEARS # 06172/AUTO | 5 STRATFORD SQUARE MALL # 5 | BLOOMINGDALE | IL | | 2827676852 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                           CUSTOMER NUMBER:           Invoice Number

SEARS - AUTO #BILLING                        8481577                 S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

| Comments: | | | |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |

| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
|---|---|---|
| PAGE 4 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 06632 | SEARS # 06632/AUTO | 102 HOLLY HILL MALL # 102 | BURLINGTON | NC 27215-6330 | 2827676853 | 28-FEB-19 | $10.32 |
| 06144 | SEARS # 06144/AUTO | 1775 WASH NGTON ST | HANOVER | MA 02339-1701 | 2827676854 | 28-FEB-19 | $9.67 |
| 06162 | SEARS # 06162/AUTO | 3131 E MICHIGAN AVE | LANSING | MI 48912-4618 | 2827676899 | 28-FEB-19 | $9.67 |
| 06163 | SEARS # 06163/AUTO | 1325 BROADWAY | SAUGUS | MA 01906-4189 | 2827676900 | 28-FEB-19 | $9.67 |
| 06091 | SEARS # 06091/AUTO | 890 PER METER DR | SCHAUMBURG | IL 60173-5048 | 2827676901 | 28-FEB-19 | $9.67 |
| 06242 | SEARS # 06242/AUTO | S ORANGE AVE & WALNUT ST | LIVINGSTON | NJ 07039 | 2827676902 | 28-FEB-19 | $10.31 |
| 06429 | SEARS # 06429/AUTO | 1305 AIRLINE RD | CORPUS CHRISTI | TX 78412-3909 | 2827676903 | 28-FEB-19 | $10.46 |
| 06784 | SEARS # 06784/AUTO | 4605 LINCOLN HWY | MATTESON | IL 60443-2319 | 2827676904 | 28-FEB-19 | $9.67 |
| 06786 | SEARS # 06786/AUTO | 2011 N ROAN ST | JOHNSON CITY | TN 37601-3130 | 2827676905 | 28-FEB-19 | $10.59 |
| 06791 | SEARS # 06791/AUTO | 5110 PACIFIC AVE | STOCKTON | CA 95207-6350 | 2827676906 | 28-FEB-19 | $9.67 |
| 06330 | SEARS # 06330/AUTO | 275 KAAHAMANU AVE | KAHULUI | HI | 2827676907 | 28-FEB-19 | $10.07 |
| 06838 | SEARS # 06838/AUTO | 2180 TULLY RD | SAN JOSE | CA | 2827677084 | 28-FEB-19 | $9.67 |
| 06199 | SEARS # 06199/AUTO | 14420 BEAR VALLEY RD | VICTORV LLE | CA | 2827677085 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL     MAINTENANCE (Summary)                    ⚙ NCR                              Exhibit B

| Comments: | | | |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 5 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:  8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06371 | SEARS # 06371/AUTO | 6200 20TH ST | VERO BEACH | FL | 32966-1012 | 2827677086 | 28-FEB-19 | $10.35 |
| 06375 | SEARS # 06375/AUTO | 225 MEADOWBROOK MALL | BR DGEPORT | WV | 26330 | 2827677138 | 28-FEB-19 | $10.35 |
| 06579 | SEARS # 06579/AUTO | 7005 N DIVISION ST | SPOKANE | WA | 99208-3968 | 2827677139 | 28-FEB-19 | $10.52 |
| 06404 | SEARS # 06404/AUTO | 45 US HIGHWAY 1 | NEW BRUNSWICK | NJ | 08901-1530 | 2827677140 | 28-FEB-19 | $10.31 |
| 06630 | SEARS # 06630/AUTO | 6501 95TH ST | CHICAGO RIDGE | IL | 60415-2632 | 2827677141 | 28-FEB-19 | $9.67 |
| 06834 | SEARS # 06834/AUTO | 686 BRANDON TOWN CENTER MALL # 686 | BRANDON | FL | 33511-4726 | 2827677142 | 28-FEB-19 | $10.49 |
| 06755 | SEARS # 06755/AUTO | 2266 UNIVERSITY SQUARE MALL # 2266 | TAMPA | FL | 33612-5518 | 2827677143 | 28-FEB-19 | $10.49 |
| 06451 | SEARS # 06451/AUTO | 4900 FASHION SQ MALL # 4900 | SAG NAW | MI | 48604 | 2827677144 | 28-FEB-19 | $9.67 |
| 06591 | SEARS # 06591/AUTO | 111 E PUA NAKO ST | HILO | HI | 96720-5288 | 2827677145 | 28-FEB-19 | $10.10 |
| 06735 | SEARS # 06735/AUTO | 1910 WELLS RD | ORANGE PARK | FL | 32073-6771 | 2827677146 | 28-FEB-19 | $10.35 |
| 02768 | SEARS # 02768/AUTO | FOOTH LL XING | RANCHO CUCAMONG | CA | | 2827677147 | 28-FEB-19 | $9.67 |
| 06731 | SEARS # 06731/AUTO | 8150 LA PALMA AVE | BUENA PARK | CA | | 2827677309 | 28-FEB-19 | $9.67 |
| 06859 | SEARS # 06859/AUTO | 101 NLAND CTR DR | SAN BERNARD NO | CA | | 2827677310 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

⚙ NCR                                                                           CONTINUED

                                                                                SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 6 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:  8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06037 | SEARS # 06037/AUTO | 7000 NE MALL # 7000 | HURST | TX | 76053 | 2827677311 | 28-FEB-19 | $10.46 |
| 06391 | SEARS # 06391/AUTO | 7200 HARRISON AVE | ROCKFORD | IL | 61112-1017 | 2827677312 | 28-FEB-19 | $9.67 |
| 06399 | SEARS # 06399/AUTO | 6551 BLUEBONNET BLVD | BATON ROUGE | LA | 70836-6500 | 2827677313 | 28-FEB-19 | $10 58 |
| 06613 | SEARS # 06613/AUTO | 190 BUCKLAND H LLS DR | MANCHESTER | CT | 06042-8700 | 2827677314 | 28-FEB-19 | $10.28 |
| 06617 | SEARS # 06617/AUTO | 101 N RANGE LINE RD | JOPL N | MO | 64801-4118 | 2827677315 | 28-FEB-19 | $9.67 |
| 06548 | SEARS # 06548/AUTO | 2050 SOUTHGATE RD | COLORADO SPRINGS | CO | 80906-2784 | 2827677316 | 28-FEB-19 | $10.35 |
| 02643 | SEARS # 02643/AUTO | 20990 DULLES TOWN CIR | DULLES | VA | 20166-2481 | 2827677317 | 28-FEB-19 | $9.96 |
| 06332 | SEARS # 06332/AUTO | 2300 SOUTHLAKE MALL | MERR LLV LLE | IN | 46410-6650 | 2827677318 | 28-FEB-19 | $10.35 |
| 06525 | SEARS # 06525/AUTO | 4003 CLEVELAND AVE | FORT MYERS | FL | 33901-9003 | 2827677319 | 28-FEB-19 | $10.30 |
| 06529 | SEARS # 06529/AUTO | 2100 SOUTH W S YOUNG DR | K LLEEN | TX | 76543 | 2827677320 | 28-FEB-19 | $10.47 |
| 02609 | SEARS # 02609/AUTO | 2200 W FLORIDA AVE | HEMET | CA | | 2827677321 | 28-FEB-19 | $9.67 |
| 06749 | SEARS # 06749/AUTO | 6461 EASTEX FWY | BEAUMONT | TX | | 2827677322 | 28-FEB-19 | $10.47 |
| 02771 | SEARS # 02771/AUTO | 100 MA N ST | WHITE PLA NS | NY | | 2827677323 | 28-FEB-19 | $10.49 |

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 7 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06164 | SEARS # 06164/AUTO | 4600 JONESTOWN RD | HARRISBURG | PA | 17109-6288 | 2827677324 | 28-FEB-19 | $10.25 |
| 06868 | SEARS # 06868/AUTO | 1000 NORTHRIDGE FASHION CTR | NORTHRIDGE | CA | 91324 | 2827677325 | 28-FEB-19 | $9.67 |
| 06871 | SEARS # 06871/AUTO | 7424 DODGE ST | OMAHA | NE | 68114-3616 | 2827677326 | 28-FEB-19 | $10.35 |
| 06373 | SEARS # 06373/AUTO | 1850 APPLE BLOSSOM DR | WINCHESTER | VA | 22601-5187 | 2827677327 | 28-FEB-19 | $9.93 |
| 06216 | SEARS # 06216/AUTO | 532 E SUNRISE BLVD | FORT LAUDERDALE | FL | 33304-2033 | 2827677328 | 28-FEB-19 | $10.35 |
| 06051 | SEARS # 06051/AUTO | 14200 E ALAMEDA AVE | AURORA | CO | 80012-2511 | 2827677329 | 28-FEB-19 | $10.42 |
| 06167 | SEARS # 06167/AUTO | 8401 GATEWAY BLVD W | EL PASO | TX | 79925-5668 | 2827677332 | 28-FEB-19 | $10.47 |
| 06173 | SEARS # 06173/AUTO | 3710 US HIGHWAY-STE # 1100 | FREEHOLD | NJ | 07728 | 2827677333 | 28-FEB-19 | $10.31 |
| 06335 | SEARS # 06335/AUTO | 1441 TAMIAMI TRL | PORT CHARLOTTE | FL | 33948-1098 | 2827677334 | 28-FEB-19 | $10.35 |
| 06338 | SEARS # 06338/AUTO | 117 N DELSEA DR | V NELAND | NJ | 08360-3619 | 2827677335 | 28-FEB-19 | $10.31 |
| 06339 | SEARS # 06339/AUTO | 6001 W WACO DR | WACO | TX | | 2827677337 | 28-FEB-19 | $10.47 |
| 06539 | SEARS # 06539/AUTO | 501 MEDFORD S/C | MEDFORD | OR | | 2827677338 | 28-FEB-19 | $9.67 |
| 06924 | SEARS # 06924/AUTO | 2 VOCKE RD | CUMBERLAND | MD | | 2827677363 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 8 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 06928 | SEARS # 06928/AUTO | 2300 HILLTOP MALL RD | RICHMOND | CA | 94806-1926 | 2827677364 | 28-FEB-19 | $9.67 |
| 06933 | SEARS # 06933/AUTO | 1067 W BALTIMORE P KE | MEDIA | PA | 19063-5121 | 2827677365 | 28-FEB-19 | $10.25 |
| 02613 | SEARS # 02613/AUTO | 225 DORSET ST | SOUTH BURL NGTON VT | | 05403-6203 | 2827677366 | 28-FEB-19 | $9.67 |
| 02781 | SEARS # 02781/AUTO | 16395 WASHINGTON ST | THORNTON | CO | 80241 | 2827677367 | 28-FEB-19 | $10.42 |
| 06762 | SEARS # 06762/AUTO | 6400 'O' ST | LINCOLN | NE | 68505 | 2827677385 | 28-FEB-19 | $10.35 |
| 06771 | SEARS # 06771/AUTO | 662 W WINTON AVE | HAYWARD | CA | 94545-2135 | 2827677386 | 28-FEB-19 | $9.67 |
| 06897 | SEARS # 06897/AUTO | 4501 CENTRAL AVE | HOT SPR NGS | AR | 71913-7440 | 2827677387 | 28-FEB-19 | $10.60 |
| 02649 | SEARS # 02649/AUTO | 3310 TELEGRAPH RD | VENTURA | CA | 93003-3313 | 2827677388 | 28-FEB-19 | $9.67 |
| 02656 | SEARS # 02656/AUTO | 1545 MALL DR | HANFORD | CA | 93230-5792 | 2827677389 | 28-FEB-19 | $9.67 |
| 06069 | SEARS # 06069/AUTO | 8501 W BOWLES AVE | LITTLETON | CO | 80123-9502 | 2827677390 | 28-FEB-19 | $10.06 |
| 06218 | SEARS # 06218/AUTO | 98-180 KAMEHAMEHA HWY | A EA | HI | | 2827677391 | 28-FEB-19 | $10.12 |
| 06534 | SEARS # 06534/AUTO | RT 80 & MT HPE AVE | ROCKAWAY | NJ | | 2827677392 | 28-FEB-19 | $10 31 |
| 06721 | SEARS # 06721/AUTO | 22100 HAWTHORNE BLVD | TORRANCE | CA | | 2827677393 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:              CUSTOMER NUMBER:        Invoice Number

SEARS - AUTO #BILLING                  8481577              S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL    MAINTENANCE (Summary and Copies of Invoices)

 NCR

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE   9   OF  18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 06728 | SEARS # 06728/AUTO | 240 CAROL NA EAST MALL | GREENV LLE | NC  27834-6756 | 2827677394 | 28-FEB-19 | $10.35 |
| 06021 | SEARS # 06021/AUTO | 651 SLEATER K NNEY RD SE | LACEY | WA  98503-1017 | 2827677395 | 28-FEB-19 | $10.53 |
| 06023 | SEARS # 06023/AUTO | 310 DAN EL WEBSTER HWY | NASHUA | NH  03060-5730 | 2827677396 | 28-FEB-19 | $9.67 |
| 06024 | SEARS # 06024/AUTO | LENOLA RD | MOORESTOWN | NJ  08057 | 2827677397 | 28-FEB-19 | $10.31 |
| 06221 | SEARS # 06221/AUTO | 7700 E KELLOGG DR | WICHITA | KS  67207-1772 | 2827677398 | 28-FEB-19 | $10.40 |
| 06222 | SEARS # 06222/AUTO | 3000 W LLOWBROOK MALL | HOUSTON | TX  77070-5799 | 2827677399 | 28-FEB-19 | $10.46 |
| 06403 | SEARS # 06403/AUTO | 5500 BUCKEYSTOWN PIKE | FREDERICK | MD  21703-8331 | 2827677400 | 28-FEB-19 | $9.67 |
| 06729 | SEARS # 06729/AUTO | 3801 E FOOTHILL BLVD | PASADENA | CA  91107-2225 | 2827677401 | 28-FEB-19 | $9.67 |
| 06831 | SEARS # 06831/AUTO | 1001 W LLOW PASS CT | CONCORD | CA  94520-1000 | 2827677402 | 28-FEB-19 | $9.67 |
| 06542 | SEARS # 06542/AUTO | 5000 SPRING HILL MALL | WEST DUNDEE | IL  60118-1267 | 2827677403 | 28-FEB-19 | $9.67 |
| 02616 | SEARS # 02616/AUTO | 6211 LEESBURG P KE | FALLS CHURCH | VA | 2827677404 | 28-FEB-19 | $9.96 |
| 02619 | SEARS # 02619/AUTO | 610 S SUNSET AVE | WEST COV NA | CA | 2827677405 | 28-FEB-19 | $9.67 |
| 06032 | SEARS # 06032/AUTO | 3 MID RIVERS MALL | SAINT PETERS | MO | 2827677406 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:             CUSTOMER NUMBER:      Invoice Number

SEARS - AUTO #BILLING             8481577            S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

**NCR**

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 10 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:    8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06033 | SEARS # 06033/AUTO | 250 GRANITE ST | BRAINTREE | MA | 02184-2804 | 2827677407 | 28-FEB-19 | $9.67 |
| 06841 | SEARS # 06841/AUTO | 2100 N TUST N ST | ORANGE | CA | 92865-3746 | 2827677409 | 28-FEB-19 | $9.67 |
| 06842 | SEARS # 06842/AUTO | 104 ELM ST | ENF ELD | CT | 06082-3732 | 2827677410 | 28-FEB-19 | $10.28 |
| 06848 | SEARS # 06848/AUTO | 210 E VIA RANCHO PKWY | ESCONDIDO | CA | 92025-8099 | 2827677411 | 28-FEB-19 | $9.67 |
| 06205 | SEARS # 06205/AUTO | 3450B WRIGHTSBORO RD | AUGUSTA | GA | 30909-2511 | 2827677412 | 28-FEB-19 | $9.67 |
| 06377 | SEARS # 06377/AUTO | 400 ERNEST W BARRETT PKWY NW | KENNESAW | GA | 30144-4917 | 2827677413 | 28-FEB-19 | $9.67 |
| 06379 | SEARS # 06379/AUTO | 4310 BUFFALO GAP RD | ABILENE | TX | 79606-2724 | 2827677414 | 28-FEB-19 | $10.46 |
| 06610 | SEARS # 06610/AUTO | 3300 BROADWAY | EUREKA | CA | 95501-3809 | 2827677415 | 28-FEB-19 | $9.67 |
| 06685 | SEARS # 06685/AUTO | 1531 RIO ROAD EAST | CHARLOTTESV LLE | VA | 22901-1402 | 2827677417 | 28-FEB-19 | $9.93 |
| 06582 | SEARS # 06582/AUTO | 6001 DUKE ST | ALEXANDRIA | VA | 22304-3217 | 2827677418 | 28-FEB-19 | $9.96 |
| 02162 | SEARS # 02162/AUTO | 3333 BEVERLY RD | HOFFMAN ESTATES | IL | | 2827677419 | 28-FEB-19 | $9.67 |
| 02798 | SEARS # 02798/AUTO | 44430 TOWN CENTER WAY | PALM DESERT | CA | | 2827677420 | 28-FEB-19 | $9.67 |
| 02668 | SEARS # 02668/AUTO | 7785 ARROWHEAD CTR | GLENDALE | AZ | | 2827677438 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - AUTO #BILLING                    8481577                S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 11 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:    8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02670 | SEARS # 02670/AUTO | 2200 W WAR MEMORIAL DR | PEORIA | IL  61613-1000 | 2827677439 | 28-FEB-19 | $9.67 |
| 02672 | SEARS # 02672/AUTO | 7320 OLD WAKE FOREST RD | RALEIGH | NC  27616-3047 | 2827677440 | 28-FEB-19 | $10.37 |
| 06098 | SEARS # 06098/AUTO | 1453 W RANCHO VISTA BLVD | PALMDALE | CA  93551-3968 | 2827677441 | 28-FEB-19 | $9.67 |
| 06263 | SEARS # 06263/AUTO | 387 SOUTHBR DGE ST | AUBURN | MA  01501-2496 | 2827677442 | 28-FEB-19 | $9.67 |
| 06433 | SEARS # 06433/AUTO | 11259 NEW HAMPSHIRE-WHITE OAK | S LVER SPR NG | MD  20904 | 2827677443 | 28-FEB-19 | $9.67 |
| 06441 | SEARS # 06441/AUTO | 2600 SOMERSVILLE RD | ANTIOCH | CA  94509-4428 | 2827677444 | 28-FEB-19 | $9.67 |
| 06797 | SEARS # 06797/AUTO | 3000 TOWN BLVD E | MESQUITE | TX  75150 | 2827677445 | 28-FEB-19 | $10.46 |
| 06948 | SEARS # 06948/AUTO | MALL-22560 TOWN C R | MORENO VALLEY | CA  92553 | 2827677446 | 28-FEB-19 | $9.67 |
| 02332 | SEARS AUTO 2332 | 8551 WURZBACH RD | SAN ANTONIO | TX  78240-1242 | 2827677447 | 28-FEB-19 | $10.46 |
| 02681 | SEARS # 02681/AUTO | 3201 DILLON DR | PUEBLO | CO  81008-1005 | 2827677448 | 28-FEB-19 | $10.31 |
| 02682 | SEARS # 02682/AUTO | 1500 ROBINSON CENTER DR | PITTSBURGH | PA | 2827677449 | 28-FEB-19 | $10.35 |
| 06099 | SEARS # 06099/AUTO | 4601 E MA N ST | FARMINGTON | NM | 2827677450 | 28-FEB-19 | $10.47 |
| 06104 | SEARS # 06104/AUTO | 2359 BEDFORD AVE | BROOKLYN | NY | 2827677451 | 28-FEB-19 | $10.54 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:          CUSTOMER NUMBER:          Invoice Number

SEARS - AUTO #BILLING          8481577          S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 12 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:  8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06268 | SEARS # 06268/AUTO | 46-056 KAMEHAMEHA HWY | KANEOHE HI 96744-3755 | 2827677452 | 28-FEB-19 | $10.12 |
| 06271 | SEARS # 06271/AUTO | 3501 S MOONEY BLVD | VISALIA CA 93277-7775 | 2827677453 | 28-FEB-19 | $9.67 |
| 06276 | SEARS # 06276/AUTO | 3595 SOUTHERN AVE | SHREVEPORT LA 71104-4121 | 2827677454 | 28-FEB-19 | $10.55 |
| 06465 | SEARS # 06465/AUTO | 3300 CHAMBERS RD | HORSEHEADS NY 14845-1404 | 2827677455 | 28-FEB-19 | $10.45 |
| 06612 | SEARS # 06612/AUTO | 302 GUS RD | DURHAM NC 27703-9684 | 2827677485 | 28-FEB-19 | $10.40 |
| 06738 | SEARS # 06738/AUTO | 3700 ATLANTA HWY | ATHENS GA 30606-7201 | 2827677486 | 28-FEB-19 | $9.67 |
| 06744 | SEARS # 06744/AUTO | 8200 PERRY HALL BLVD | NOTT NGHAM MD 21236-4901 | 2827677487 | 28-FEB-19 | $9.67 |
| 02902 | SEARS # 02902/AUTO | 400 N BEST AVE | WALNUTPORT PA 18088-1208 | 2827677489 | 28-FEB-19 | $10.25 |
| 06174 | SEARS # 06174/AUTO | 851 N CENTRAL EXPY | PLANO TX 75075-8898 | 2827677490 | 28-FEB-19 | $10.46 |
| 06349 | SEARS # 06349/AUTO | 6909 N LOOP 1604 E | SAN ANTONIO TX 78247-5317 | 2827677491 | 28-FEB-19 | $10.46 |
| 06880 | SEARS # 06880/AUTO | 627 RICHLAND MALL | MANSF ELD OH | 2827677492 | 28-FEB-19 | $10.35 |
| 06881 | SEARS # 06881/AUTO | 2825 S GLENSTONE AVE | SPRINGF ELD MO | 2827677493 | 28-FEB-19 | $9.67 |
| 06365 | SEARS # 06365/AUTO | 10401 US HIGHWAY 441 STE 2002 | LEESBURG FL | 2827677496 | 28-FEB-19 | $10.35 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:        CUSTOMER NUMBER:      Invoice Number

SEARS - AUTO #BILLING        8481577        S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

⊚ NCR

SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 13 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06544 | SEARS # 06544/AUTO | 701 RUSSELL AVE | GAITHERSBURG | MD | 20877-2631 | 2827677497 | 28-FEB-19 | $9.67 |
| 06549 | SEARS # 06549/AUTO | 5300 SAN DARIO AVE | LAREDO | TX | 78041-3000 | 2827677498 | 28-FEB-19 | $10.47 |
| 06849 | SEARS # 06849/AUTO | 9 E VALLEY MALL BLVD | UNION GAP | WA | 98903-1612 | 2827677499 | 28-FEB-19 | $10.45 |
| 06005 | SEARS # 06005/AUTO | 4812 VALLEY V EW BLVD NW | ROANOKE | VA | 24012-2021 | 2827677500 | 28-FEB-19 | $9.93 |
| 02689 | SEARS # 02689/AUTO | 8200 SUDLEY RD | MANASSAS | VA | 20109-3459 | 2827677501 | 28-FEB-19 | $9.96 |
| 02626 | SEARS # 02626/AUTO | 13108 20TH AVE | COLLEGE PO NT | NY | 11356-2437 | 2827677502 | 28-FEB-19 | $10.54 |
| 06693 | SEARS # 06693/AUTO | 270 LOUDON RD | CONCORD | NH | 03301-8005 | 2827677503 | 28-FEB-19 | $9.67 |
| 06694 | SEARS # 06694/AUTO | 5580 GOODS LN | ALTOONA | PA | 16602-2839 | 2827677504 | 28-FEB-19 | $10.25 |
| 06798 | SEARS # 06798/AUTO | 4570 N ORACLE RD | TUCSON | AZ | 85705-1691 | 2827677505 | 28-FEB-19 | $9.67 |
| 06803 | SEARS # 06803/AUTO | 2550 W MORELAND RD | WILLOW GROVE | PA | 19090-4001 | 2827677506 | 28-FEB-19 | $10.25 |
| 06805 | SEARS # 06805/AUTO | 3350 NAGLEE RD | TRACY | CA | | 2827677507 | 28-FEB-19 | $9.67 |
| 06959 | SEARS # 06959/AUTO | 2500 RIVERCHASE GALLERIA | B RM NGHAM | AL | | 2827677508 | 28-FEB-19 | $9.67 |
| 06969 | SEARS # 06969/AUTO | 3450 S MARYLAND PKWY | LAS VEGAS | NV | | 2827677509 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

⊚ NCR

CONTINUED

SUMMARY

CUSTOMER NAME:             CUSTOMER NUMBER:        Invoice Number

SEARS - AUTO #BILLING               8481577            S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 14 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02686 | SEARS # 02686/AUTO | 6550 DOUGLAS BLVD | DOUGLASV LLE | GA | 30135-1507 | 2827677510 | 28-FEB-19 | $9.67 |
| 02691 | SEARS # 02691/AUTO | 1370 OVIEDO MARKETPLACE BLVD | OV EDO | FL | 32765-7473 | 2827677511 | 28-FEB-19 | $10.35 |
| 06105 | SEARS # 06105/AUTO | 20131 HIGHWAY 59 N | HUMBLE | TX | 77338-2305 | 2827677512 | 28-FEB-19 | $10.37 |
| 06112 | SEARS # 06112/AUTO | 6780 S WESTNEDGE AVE | PORTAGE | MI | 49024-3589 | 2827677513 | 28-FEB-19 | $9.67 |
| 06285 | SEARS # 06285/AUTO | 9409 US HIGHWAY 19 | PORT RICHEY | FL | 34668-4625 | 2827677514 | 28-FEB-19 | $10.35 |
| 06287 | SEARS # 06287/AUTO | 100 MALL RD | BARBOURSV LLE | WV | 25504-1823 | 2827677515 | 28-FEB-19 | $10.25 |
| 06470 | SEARS # 06470/AUTO | 909 PASADENA BLVD | PASADENA | TX | 77506-4748 | 2827677516 | 28-FEB-19 | $10.46 |
| 06498 | SEARS # 06498/AUTO | 2561 EL CAMINO REAL | CARLSBAD | CA | 92008-1281 | 2827677517 | 28-FEB-19 | $9.67 |
| 06699 | SEARS # 06699/AUTO | 3871 S COOPER ST | ARL NGTON | TX | 76015-4192 | 2827677518 | 28-FEB-19 | $10.44 |
| 06807 | SEARS # 06807/AUTO | 150 PEARL NIX PKWY | GA NESV LLE | GA | 30501-3548 | 2827677519 | 28-FEB-19 | $9.67 |
| 06809 | SEARS # 06809/AUTO | 1235 COLUSA AVE | YUBA CITY | CA | | 2827677520 | 28-FEB-19 | $9.67 |
| 02638 | SEARS # 02638/AUTO | 5500 HARVEY ST | MUSKEGON | MI | | 2827677555 | 28-FEB-19 | $9.67 |
| 06854 | SEARS # 06854/AUTO | 516 MA N ST | HACKENSACK | NJ | | 2827677558 | 28-FEB-19 | $10.31 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:        CUSTOMER NUMBER:        Invoice Number

SEARS - AUTO #BILLING        8481577        S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

MAINTENANCE(Summary)

| Comments: |
|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 15 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02765 | SEARS # 02765/AUTO | 599 WESTSHORE PLZ MALL # 599 | TAMPA | FL | 33609 | 2827677559 | 28-FEB-19 | $10.49 |
| 06113 | SEARS # 06113/AUTO | 7 BACKUS AVE | DANBURY | CT | 06810-7422 | 2827677560 | 28-FEB-19 | $10 28 |
| 02639 | SEARS # 02639/AUTO | 1140 SHAW AVE | CLOVIS | CA | 93612-3944 | 2827677561 | 28-FEB-19 | $9.67 |
| 06038 | SEARS # 06038/AUTO | 3755 SANTA ROSALIA DR | LOS ANGELES | CA | 90008-3601 | 2827677562 | 28-FEB-19 | $9.67 |
| 06043 | SEARS # 06043/AUTO | 700 HAYWOOD RD | GREENV LLE | SC | 29607-2781 | 2827677563 | 28-FEB-19 | $9.67 |
| 02601 | SEARS # 02601/AUTO | 1480 HIGHWAY 29 N | CONCORD | NC | 28025 | 2827677566 | 28-FEB-19 | $10.35 |
| 02605 | SEARS # 02605/AUTO | 183 SH LOH RD | STATE COLLEGE | PA | 16801-7367 | 2827677567 | 28-FEB-19 | $10 25 |
| 06178 | SEARS # 06178/AUTO | 1601 ARDEN WAY | SACRAMENTO | CA | 95815-4097 | 2827677568 | 28-FEB-19 | $9.67 |
| 06180 | SEARS # 06180/AUTO | 4100 BELDEN V LLAGE MALL | CANTON | OH | 44718-2587 | 2827677570 | 28-FEB-19 | $10.30 |
| 06366 | SEARS # 06366/AUTO | 67800 MALL R NG RD | SAINT CLA RSVILLE | OH | 43950-1796 | 2827677571 | 28-FEB-19 | $10 38 |
| 06370 | SEARS # 06370/AUTO | 7900 RITCH E HWY | GLEN BURNIE | MD | | 2827677572 | 28-FEB-19 | $9.67 |
| 06977 | SEARS # 06977/AUTO | 1401 ROUTE 300 | NEWBURGH | NY | | 2827677573 | 28-FEB-19 | $10.46 |
| 02692 | SEARS # 02692/AUTO | 1040 ANNAPOLIS MALL | ANNAPOLIS | MD | | 2827677574 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 16 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To: 8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02699 | SEARS # 02699/AUTO | 4950 S HULEN ST | FORT WORTH | TX | 76132-1408 | 2827677575 | 28-FEB-19 | $10.46 |
| 06117 | SEARS # 06117/AUTO | JEFFERSON & W HENR ETTA MKT PL | ROCHESTER | NY | 14623 | 2827677576 | 28-FEB-19 | $10.45 |
| 06301 | SEARS # 06301/AUTO | 200 TOWN CTR E | SANTA MARIA | CA | 93454-5161 | 2827677577 | 28-FEB-19 | $9.67 |
| 06499 | SEARS # 06499/AUTO | 7701 W INTERSTATE 40 | AMAR LLO | TX | 79121-0999 | 2827677578 | 28-FEB-19 | $10.46 |
| 06503 | SEARS # 06503/AUTO | 100 COMMERCIAL RD | LEOMINSTER | MA | 01453-3333 | 2827677579 | 28-FEB-19 | $9.67 |
| 06512 | SEARS # 06512/AUTO | 6501 GRAPE RD | MISHAWAKA | IN | 46545-1007 | 2827677580 | 28-FEB-19 | $10.35 |
| 06701 | SEARS # 06701/AUTO | 211 W CALIFORNIA AVE | GLENDALE | CA | 91203-2213 | 2827677581 | 28-FEB-19 | $9.67 |
| 06703 | SEARS # 06703/AUTO | 4737 CONCORD PIKE | WILMINGTON | DE | 19803-1442 | 2827677582 | 28-FEB-19 | $9.67 |
| 06811 | SEARS # 06811/AUTO | 1906 E GARLAND AVE | FRESNO | CA | 93726 | 2827677583 | 28-FEB-19 | $9.67 |
| 06813 | SEARS # 06813/AUTO | 8 GURNET RD | BRUNSWICK | ME | 04011-2766 | 2827677584 | 28-FEB-19 | $9.67 |
| 06875 | SEARS # 06875/AUTO | 20701 SW 112TH AVE | MIAMI | FL | | 2827677585 | 28-FEB-19 | $10.35 |
| 07804 | SEARS # 07804/AUTO | 11500 M DLOTHIAN TPKE | RICHMOND | VA | | 2827677586 | 28-FEB-19 | $9.93 |
| 02718 | SEARS # 02718/AUTO | 3400 GATEWAY BLVD | PRESCOTT | AZ | | 2827677587 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:        CUSTOMER NUMBER:    Invoice Number

SEARS - AUTO #BILLING             8481577      S900081309

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL    MAINTENANCE(Summary and Copies of Invoices) Pg 252 of 314

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081309 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 17 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06564 | SEARS # 06564/AUTO | 970 E PITTSBURGH ST | GREENSBURG | PA | 15601-3517 | 2827677623 | 28-FEB-19 | $10.25 |
| 06567 | SEARS # 06567/AUTO | 5000 GREAT NORTHERN MALL | NORTH OLMSTED | OH | 44070-3303 | 2827677624 | 28-FEB-19 | $10.45 |
| 06214 | SEARS # 06214/AUTO | 14700 E NDIANA AVE | SPOKANE | WA | 99216-1839 | 2827677625 | 28-FEB-19 | $10.52 |
| 06215 | SEARS # 06215/AUTO | 10302 SOUTHS DE-THE AVENUE ML | JACKSONV LLE | FL | 32256 | 2827677626 | 28-FEB-19 | $10.35 |
| 06909 | SEARS # 06909/AUTO | 1178 EL CAMINO REAL | SAN BRUNO | CA | 94066-2406 | 2827677627 | 28-FEB-19 | $9.67 |
| 06956 | SEARS # 06956/AUTO | 1615 W 49TH ST-WESTLAND MALL | MIAMI | FL | 33185 | 2827677628 | 28-FEB-19 | $10.35 |
| 06793 | SEARS # 06793/AUTO | 400 MA NE MALL RD | SOUTH PORTLAND | ME | 04106-3364 | 2827677629 | 28-FEB-19 | $9.67 |
| 06513 | SEARS # 06513/AUTO | 792 SOUTH RD | POUGHKEEPS E | NY | 12601-5913 | 2827677635 | 28-FEB-19 | $10.46 |
| 06514 | SEARS # 06514/AUTO | 6901 SECURITY BLVD | BALT MORE | MD | 21244-2412 | 2827677636 | 28-FEB-19 | $9.67 |
| 06776 | SEARS # 06776/AUTO | 771 S 30TH ST | HEATH | OH | 43056-4200 | 2827677637 | 28-FEB-19 | $10.38 |
| 06912 | SEARS # 06912/AUTO | 521 DONALD LYNCH BLVD | MARLBOROUGH | MA | | 2827677638 | 28-FEB-19 | $9.67 |
| 06131 | SEARS # 06131/AUTO | 455 COLUMBIA CTR | KENNEWICK | WA | | 2827677639 | 28-FEB-19 | $10.50 |
| 02727 | SEARS # 02727/AUTO | 1100 COASTAL GRAND CIR | MYRTLE BEACH | SC | | 2827677640 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)  Pg 253 of 314



| Comments: | | | | |
|---|---|---|---|---|
| | | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | | S900081309 | 24-JAN-19 | Upon Receipt |
| | | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | | PAGE 18 OF 18 | myncr.ncr.com | 201401000 / |

Invoiced To:   8301073

SEARS - AUTO #BILLING
PO BOX 95958
HOFFMAN ESTATES, IL 60195

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459116 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02728 | SEARS # 02728/AUTO | 600 STONEWOOD ST | DOWNEY | CA | 90241-3928 | 2827677641 | 28-FEB-19 | $9.67 |
| 06120 | SEARS # 06120/AUTO | 10315 SILVERDALE WAY NW | S LVERDALE | WA | 98383-7670 | 2827677642 | 28-FEB-19 | $10.54 |
| 06634 | SEARS # 06634/AUTO | 2320 N EXPRESSWAY | BROWNSV LLE | TX | 78521-0937 | 2827677643 | 28-FEB-19 | $10.46 |
| 06636 | SEARS # 06636/AUTO | 3200 N ROOSEVELT BLVD | KEY WEST | FL | 33040 | 2827677644 | 28-FEB-19 | $10.40 |
| 06774 | SEARS # 06774/AUTO | 600 MONTGOMERY MALL | NORTH WALES | PA | 19454-3912 | 2827677645 | 28-FEB-19 | $10.25 |
| 06124 | SEARS # 06124/AUTO | 8001 S ORANGE BLOSSOM TRL | ORLANDO | FL | 32809-7654 | 2827677646 | 28-FEB-19 | $10.30 |
| 06302 | SEARS # 06302/AUTO | 300 W 14 M LE RD | TROY | MI | 48083-4218 | 2827677647 | 28-FEB-19 | $9.67 |
| 06309 | SEARS # 06309/AUTO | 13007 SHERMAN WAY | NORTH HOLLYWOOD | CA | 91605-4956 | 2827677648 | 28-FEB-19 | $9.67 |
| 06245 | SEARS # 06245/AUTO | 777 E MERRITT ISLAND CSWY | MERRITT ISLAND | FL | 32952-3576 | 2827677649 | 28-FEB-19 | $10.35 |
| 02658 | SEARS # 02658/AUTO | 40680 W NCHESTER RD | TEMECULA | CA | 92591-5504 | 2827677650 | 28-FEB-19 | $9.67 |

TOTAL BALANCE
DUE UPON RECEIPT                $2,325.15

NCR

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number | SUMMARY |
|---|---|---|---|
| SEARS - AUTO #BILLING | 8481577 | S900081309 | |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number: ▮▮▮▮
Bank Name: Bank of America
ACH ABA/Routing #: ▮▮▮▮

MAIL
PAYMENT
TO
➡  NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY
$2,325.15

0008481577    S900081309    000000232515    6

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 1 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05748 | SEARS HOMETOWN OUTLE | 352 N BROAD ST | BREVARD | NC 28712-3354 | 2827676672 | 28-FEB-19 | $48.07 |
| 03362 | SEARS HOMETOWN OUTLE | 606 WALMART DR | FARMINGTON | MO 63640-3315 | 2827676673 | 28-FEB-19 | $45.03 |
| 03364 | SEARS HOMETOWN OUTLE | 632 W LTON RD | FARMINGTON | ME 04938-6138 | 2827676674 | 28-FEB-19 | $45.03 |
| 05849 | SEARS HOMETOWN OUTLE | 3801 NORTH ST | NACOGDOCHES | TX 75965-2473 | 2827676675 | 28-FEB-19 | $48.74 |
| 03419 | SEARS HOMETOWN OUTLE | 1152 MARINE DR | ASTORIA | OR 97103-4112 | 2827676676 | 28-FEB-19 | $45.03 |
| 01796 | SEARS HOMETOWN OUTLE | 3804 S ELM PL STE B | BROKEN ARROW | OK 74011-1842 | 2827676677 | 28-FEB-19 | $45.03 |
| 09504 | SEARS HOMETOWN OUTLE | 1563 HIGHWAY 20 W | MCDONOUGH | GA 30253-7308 | 2827676678 | 28-FEB-19 | $45.03 |
| 09486 | SEARS HOMETOWN OUTLE | 350 GLENDALE AVE | SPARKS | NV 89431 | 2827676679 | 28-FEB-19 | $45.03 |
| 05519 | SEARS HOMETOWN OUTLE | 828 N WASH NGTON ST | FORREST CITY | AR 72335-2855 | 2827676680 | 28-FEB-19 | $49.70 |
| 05807 | SEARS HOMETOWN OUTLE | FRANKLIN V LLAGE MALL | KITTANNING | PA 16201 | 2827676681 | 28-FEB-19 | $47.73 |
| 04962 | SEARS HOMETOWN OUTLE | 5734 W PEORIA AVE | GLENDALE | AZ | 2827676682 | 28-FEB-19 | $45.03 |
| 07015 | SEARS HOMETOWN OUTLE | 3838 W LLIAM PENN HWY | MONROEV LLE | PA | 2827676683 | 28-FEB-19 | $48.18 |
| 04684 | SEARS HOMETOWN OUTLE | 1800 PRESCOTT RD | MODESTO | CA | 2827676684 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 2 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09796 | SEARS HOMETOWN OUTLE | 109 N GREENVILLE AVE | ALLEN | TX | 75002-9158 | 2827676685 | 28-FEB-19 | $48.74 |
| 09849 | SEARS HOMETOWN OUTLE | 1437 W SUNSET RD STE 100 | HENDERSON | NV | 89014-6611 | 2827676686 | 28-FEB-19 | $45.03 |
| 05520 | SEARS HOMETOWN OUTLE | 1480 N OLD HIGHWAY 135 | CORYDON | IN | 47112-2001 | 2827676687 | 28-FEB-19 | $48.18 |
| 05590 | SEARS HOMETOWN OUTLE | 120 N CH NA LAKE BLVD | RIDGECREST | CA | 93555-3973 | 2827676688 | 28-FEB-19 | $45.03 |
| 01832 | SEARS HOMETOWN OUTLE | 467 W PLAZA DR | COLUMBIA CITY | IN | 46725-1038 | 2827676696 | 28-FEB-19 | $48.18 |
| 05713 | SEARS HOMETOWN OUTLE | 100 N 8TH STTEET | ROGERS | AR | 72756 | 2827676697 | 28-FEB-19 | $49 31 |
| 05792 | SEARS HOMETOWN OUTLE | 707 N LAMAR BLVD | OXFORD | MS | 38655-3242 | 2827676698 | 28-FEB-19 | $48.18 |
| 03104 | SEARS HOMETOWN OUTLE | 6586 STATE HIGHWAY 56 | POTSDAM | NY | 13676-3510 | 2827676699 | 28-FEB-19 | $48.63 |
| 03157 | SEARS HOMETOWN OUTLE | 1721 PARAGOULD PLZ | PARAGOULD | AR | 72450-4033 | 2827676700 | 28-FEB-19 | $49.09 |
| 09916 | SEARS HOMETOWN OUTLE | 731 E HIGHWAY 50 STE C | CLERMONT | FL | 34711-3109 | 2827676701 | 28-FEB-19 | $48.18 |
| 03969 | SEARS HOMETOWN OUTLE | 1800 FOUR SEASONS BLVD STE D1 STE D1 | HENDERSONV LLE | NC | | 2827676702 | 28-FEB-19 | $48.07 |
| 05831 | SEARS HOMETOWN OUTLE | 1533 NE F ST | GRANTS PASS | OR | | 2827676703 | 28-FEB-19 | $45.03 |
| 03391 | SEARS HOMETOWN OUTLE | 1660 COMMERCE CT | RIVER FALLS | WI | | 2827676704 | 28-FEB-19 | $47 51 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

**CUSTOMER NAME:**          **CUSTOMER NUMBER:**      Invoice Number

SEARS - HOMETOWN OUTLET          8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG  / TERR |
| PAGE  3   OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:  7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
|  | 1459115 |  |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03395 | SEARS HOMETOWN OUTLE | 921 HILLCREST PKWY | DUBLIN | GA | 31021-7534 | 2827676705 | 28-FEB-19 | $45.03 |
| 08708 | SEARS HOMETOWN OUTLE | RR 2 BOX 976-2 | BROKEN BOW | OK | 74728 | 2827676706 | 28-FEB-19 | $45.03 |
| 04486 | SEARS HOMETOWN OUTLE | 3000 GRAPEV NE M LLS PKWY | GRAPEVINE | TX | 76051-2008 | 2827676707 | 28-FEB-19 | $48.74 |
| 04526 | SEARS HOMETOWN OUTLE | 4560 FOREST HILL BLVD | WEST PALM BEACH | FL | 33415-5638 | 2827676708 | 28-FEB-19 | $48.18 |
| 03261 | SEARS HOMETOWN OUTLE | 1356 MLAY CITY RD | LAPEER | MI | 48446-3112 | 2827676709 | 28-FEB-19 | $45.03 |
| 05741 | SEARS HOMETOWN OUTLE | 2508 VINE ST | HAYS | KS | 67601-2408 | 2827676710 | 28-FEB-19 | $48.75 |
| 03357 | SEARS HOMETOWN OUTLE | 937 COMMERCE PLZ | CLARKSDALE | MS | 38614-4703 | 2827676711 | 28-FEB-19 | $48.18 |
| 07671 | SEARS HOMETOWN OUTLE | 14382 N FENTON RD | FENTON | MI | 48430-1544 | 2827676712 | 28-FEB-19 | $45.03 |
| 03562 | SEARS HOMETOWN OUTLE | 520 S BLACK RIVER ST | SPARTA | WI | 54656-2045 | 2827676713 | 28-FEB-19 | $47 51 |
| 07457 | SEARS HOMETOWN OUTLE | 3555 SA NT JOHNS BLUFF RD S STE 2 | JACKSONV LLE | FL | 32224-1403 | 2827676714 | 28-FEB-19 | $48.18 |
| 03648 | SEARS HOMETOWN OUTLE | 1004 N BRINDLEE MOUNTAIN PKWY | ARAB | AL | | 2827676715 | 28-FEB-19 | $45.03 |
| 07467 | SEARS HOMETOWN OUTLE | 1444 N BROAD ST | TAZEWELL | TN | | 2827676716 | 28-FEB-19 | $49.19 |
| 03567 | SEARS HOMETOWN OUTLE | 168 GOLDEN ROD RD | MANSURA | LA | | 2827676717 | 28-FEB-19 | $49 39 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET            8481553                S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 4 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
|  | 1459115 |  |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07564 | SEARS HOMETOWN OUTLE | 9571 SOUTH BLVD | CHARLOTTE NC 28273-7095 | 2827676718 | 28-FEB-19 | $48.30 |
| 05928 | SEARS HOMETOWN OUTLE | 505 N PEARL ST | ELLENSBURG WA 98926-3113 | 2827676719 | 28-FEB-19 | $48.77 |
| 07601 | SEARS HOMETOWN OUTLE | 10200 COLERAIN AVE | CINCINNATI OH 45251-4904 | 2827676720 | 28-FEB-19 | $48.18 |
| 05981 | SEARS HOMETOWN OUTLE | 137 E  LL NOIS ST | SPEARFISH SD 57783-2446 | 2827676721 | 28-FEB-19 | $47.96 |
| 05720 | SEARS HOMETOWN OUTLE | 4551 S WHITE MOUNTAIN RD STE 3 | SHOW LOW AZ 85901-7709 | 2827676722 | 28-FEB-19 | $45.03 |
| 05723 | SEARS HOMETOWN OUTLE | 1536 N MITCHELL ST | CAD LLAC MI 49601-1131 | 2827676723 | 28-FEB-19 | $45.03 |
| 05726 | SEARS HOMETOWN OUTLE | 792 JOHN SIMS PKWY E | NICEV LLE FL 32578-2032 | 2827676724 | 28-FEB-19 | $47.96 |
| 03341 | SEARS HOMETOWN OUTLE | 301 S MAPLEWOOD ST | GREENV LLE MI 48838-1586 | 2827676725 | 28-FEB-19 | $45.03 |
| 08051 | SEARS HOMETOWN OUTLE | 3015 W MAIN ST | GUN BARREL CITY TX 75156-3514 | 2827676726 | 28-FEB-19 | $48.74 |
| 08062 | SEARS HOMETOWN OUTLE | 520 M NERAL AVE | LIBBY MT 59923-1958 | 2827676727 | 28-FEB-19 | $45.03 |
| 08487 | SEARS HOMETOWN OUTLE | 642 THOMPSON LN | NASHV LLE TN | 2827676728 | 28-FEB-19 | $49.19 |
| 06614 | SEARS HOMETOWN OUTLE | 2943 JOHN W LLIAMS BLVD | BEDFORD IN | 2827676729 | 28-FEB-19 | $48.18 |
| 03181 | SEARS HOMETOWN OUTLE | 1757 M LWAUKEE AVE STE A | BURLINGTON WI | 2827676730 | 28-FEB-19 | $47.51 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET            8481553                 S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

NCR

Exhibit B
(Summary and Copies of Invoices)

| Comments: | | | |
|---|---|---|---|
| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 5 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05595 | SEARS HOMETOWN OUTLE | 2521 HILS CT | MENOMON E | WI | 54751-1127 | 2827676731 | 28-FEB-19 | $47 51 |
| 05751 | SEARS HOMETOWN OUTLE | 837 HIGHWAY 90 E | BAYOU VISTA | LA | 70380-5154 | 2827676732 | 28-FEB-19 | $48.83 |
| 05752 | SEARS HOMETOWN OUTLE | 2901 BROADWAY AVE | YANKTON | SD | 57078-5125 | 2827676733 | 28-FEB-19 | $47.96 |
| 03854 | SEARS HOMETOWN OUTLE | 1301 N HERVEY ST | HOPE | AR | 71801-2516 | 2827676734 | 28-FEB-19 | $49 31 |
| 03856 | SEARS HOMETOWN OUTLE | 1290 CURTIS PKWY SE | CALHOUN | GA | 30701-3601 | 2827676735 | 28-FEB-19 | $45.03 |
| 06688 | SEARS HOMETOWN OUTLE | 2128 FREEDOM RD | TRIN DAD | CO | 81082-1210 | 2827676736 | 28-FEB-19 | $46 34 |
| 07271 | SEARS HOMETOWN OUTLE | 901 CRESWELL LN | OPELOUSAS | LA | 70570-5819 | 2827676737 | 28-FEB-19 | $49.62 |
| 03702 | SEARS HOMETOWN OUTLE | 1300 18TH AVE NW STE 412 | AUSTIN | MN | 55912-1856 | 2827676738 | 28-FEB-19 | $48 59 |
| 05832 | SEARS HOMETOWN OUTLE | SKYVIEW PLAZA ST ROUTE 170 | EAST LIVERPOOL | OH | 43920 | 2827676739 | 28-FEB-19 | $48 30 |
| 05362 | SEARS HOMETOWN OUTLE | 2830 NORTH AVE | GRAND JUNCTION | CO | 81501-5369 | 2827676740 | 28-FEB-19 | $47.75 |
| 04073 | SEARS HOMETOWN OUTLE | 810 S WAVERLY RD | LANSING | MI | | 2827676741 | 28-FEB-19 | $45.03 |
| 06350 | SEARS HOMETOWN OUTLE | 1700 N MA N ST | ALTUS | OK | | 2827676742 | 28-FEB-19 | $45.03 |
| 07222 | SEARS HOMETOWN OUTLE | 1510 E 1H # 10 | SEGUIN | TX | | 2827676743 | 28-FEB-19 | $48.75 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

⌒⌒ NCR

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE  6   OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03859 | SEARS HOMETOWN OUTLE | 1430 W WILLIAMS AVE | FALLON | NV  89406-2640 | 2827676744 | 28-FEB-19 | $45.03 |
| 03863 | SEARS HOMETOWN OUTLE | 90 MOOSEHEAD TRL | NEWPORT | ME  04953-4109 | 2827676745 | 28-FEB-19 | $45.03 |
| 08125 | SEARS HOMETOWN OUTLE | 2021CROCKE RD | PALEST NE | TX  75801 | 2827676746 | 28-FEB-19 | $48.75 |
| 07284 | SEARS HOMETOWN OUTLE | 19 LITCHFIELD PLAZA S/C | LITCHF ELD | IL  62056 | 2827676747 | 28-FEB-19 | $45.03 |
| 05554 | SEARS HOMETOWN OUTLE | 1029 HIGHWAY 62 E | MOUNTAIN HOME | AR  72653-3215 | 2827676748 | 28-FEB-19 | $49.14 |
| 03148 | SEARS HOMETOWN OUTLE | 461 N MA N ST | WARSAW | NY  14569-1032 | 2827676749 | 28-FEB-19 | $48.63 |
| 05557 | SEARS HOMETOWN OUTLE | 415 GRASS VALLEY HWY | AUBURN | CA  95603-3713 | 2827676750 | 28-FEB-19 | $45.03 |
| 03215 | SEARS HOMETOWN OUTLE | 1116 S 14TH ST | FERNAND NA BEACH | FL  32034-2920 | 2827676751 | 28-FEB-19 | $48.18 |
| 03217 | SEARS HOMETOWN OUTLE | 201 SKYLINE DR | CONWAY | AR  72032-3500 | 2827676752 | 28-FEB-19 | $49.15 |
| 05706 | SEARS HOMETOWN OUTLE | 221 S MA N ST | OTTAWA | KS  66067-2329 | 2827676753 | 28-FEB-19 | $49 36 |
| 03732 | SEARS HOMETOWN OUTLE | 300 S MA N ST | PRATT | KS | 2827676754 | 28-FEB-19 | $49.09 |
| 03030 | SEARS HOMETOWN OUTLE | 211 OLD HIGHWAY 163 | OSKALOOSA | IA | 2827676771 | 28-FEB-19 | $48.18 |
| 05710 | SEARS HOMETOWN OUTLE | 1280  NDIANA AVE | SAINT MARYS | OH | 2827676772 | 28-FEB-19 | $48 30 |

TOTAL BALANCE
DUE UPON RECEIPT

⌒⌒ NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:         Invoice Number

SEARS - HOMETOWN OUTLET                    8481553                S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

Comments:

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05790 | SEARS HOMETOWN OUTLE | 1410 MONTAGUE AVENUE EXT | GREENWOOD SC 29649-9115 | 2827676773 | 28-FEB-19 | $45.03 |
| 03326 | SEARS HOMETOWN OUTLE | 101 N WASHNGTON ST | JUNCTION CITY KS 66441-2906 | 2827676774 | 28-FEB-19 | $49.42 |
| 05883 | SEARS HOMETOWN OUTLE | 3274 CHURCH ST | STEVENS POINT WI 54481-5321 | 2827676775 | 28-FEB-19 | $47.51 |
| 01809 | SEARS HOMETOWN OUTLE | 14215 FM 2920 RD | TOMBALL TX 77377-5890 | 2827676776 | 28-FEB-19 | $48.74 |
| 01841 | SEARS HOMETOWN OUTLE | 13212 N SAGUARO BLVD | FOUNTAIN H LLS AZ 85268-3807 | 2827676777 | 28-FEB-19 | $45.03 |
| 05795 | SEARS HOMETOWN OUTLE | 1310 SILVER HEIGHTS BLVD | S LVER CITY NM 88061-5528 | 2827676778 | 28-FEB-19 | $48.64 |
| 02761 | SEARS HOMETOWN OUTLE | 1008 E 16TH ST | WELL NGTON KS 67152 | 2827676779 | 28-FEB-19 | $49.31 |
| 03330 | SEARS HOMETOWN OUTLE | 2515 10TH ST | GREAT BEND KS 67530-4356 | 2827676780 | 28-FEB-19 | $48.75 |
| 05491 | SEARS HOMETOWN OUTLE | 1908 MARKET PLATZ CTR SW UNIT B | CULLMAN AL 35055-7506 | 2827676781 | 28-FEB-19 | $45.03 |
| 05565 | SEARS HOMETOWN OUTLE | 14691 MONO WAY | SONORA CA 95370-9220 | 2827676782 | 28-FEB-19 | $45.03 |
| 03231 | SEARS HOMETOWN OUTLE | 322 N L NCOLN RD | ESCANABA MI | 2827676783 | 28-FEB-19 | $45.03 |
| 04702 | SEARS HOMETOWN OUTLE | 1560 US HIGHWAY 31 S | MANISTEE MI | 2827676784 | 28-FEB-19 | $45.03 |
| 01916 | SEARS HOMETOWN OUTLE | 700 E EXPY 83 STE 200 | MCALLEN TX | 2827676785 | 28-FEB-19 | $48.74 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR                                    CONTINUED

SUMMARY

CUSTOMER NAME:          CUSTOMER NUMBER:      Invoice Number
SEARS - HOMETOWN OUTLET        8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

SUMMARY

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 8 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To: 7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| | CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 06622 | SEARS HOMETOWN OUTLE | 377 BELLS HWY | WALTERBORO | SC | 29488-2703 | 2827676786 | 28-FEB-19 | $45.03 |
| 06637 | SEARS HOMETOWN OUTLE | 160 FAIRVIEW AVE | HUDSON | NY | 12534-1267 | 2827676787 | 28-FEB-19 | $48.63 |
| 03950 | SEARS HOMETOWN OUTLE | 1124 NDEPENDENCE AVE | KENNETT | MO | 63857-1319 | 2827676788 | 28-FEB-19 | $45.03 |
| 03049 | SEARS HOMETOWN OUTLE | 15875 DAM ROAD EXT | CLEARLAKE | CA | 95422-9359 | 2827676789 | 28-FEB-19 | $45.03 |
| 05466 | SEARS HOMETOWN OUTLE | 1612 S ELLIOTT AVE | AURORA | MO | 65605-2148 | 2827676790 | 28-FEB-19 | $45.03 |
| 03649 | SEARS HOMETOWN OUTLE | 1350 E HIGHWAY 372 | PAHRUMP | NV | 89048-2186 | 2827676791 | 28-FEB-19 | $45.03 |
| 02569 | SEARS HOMETOWN OUTLE | 2309 11TH AVE W | WILLISTON | ND | 58801-3815 | 2827676792 | 28-FEB-19 | $45.03 |
| 07952 | SEARS HOMETOWN OUTLE | 55 VIKING DR | REEDSBURG | WI | 53959-1556 | 2827676793 | 28-FEB-19 | $47.51 |
| 05977 | SEARS HOMETOWN OUTLE | 115 W ESPERANZA BLVD STE A | GREEN VALLEY | AZ | 85614-2636 | 2827676794 | 28-FEB-19 | $45.03 |
| 07954 | SEARS HOMETOWN OUTLE | 12715 HIGHWAY 90 | LULING | LA | 70070-2205 | 2827676795 | 28-FEB-19 | $49 28 |
| 03007 | SEARS HOMETOWN OUTLE | 749 WALMART ACCESS RD | MONTICELLO | AR | | 2827676796 | 28-FEB-19 | $49.42 |
| 06017 | SEARS HOMETOWN OUTLE | 1010 W BUS NESS 380 | DECATUR | TX | | 2827676797 | 28-FEB-19 | $48.75 |
| 07611 | SEARS HOMETOWN OUTLE | 51 SP RAL DR | FLORENCE | KY | | 2827676798 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 9 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06039 | SEARS HOMETOWN OUTLE | 1361 ROCK NG W DR | BISHOP | CA | 93514-1994 | 2827676799 | 28-FEB-19 | $45.03 |
| 03342 | SEARS HOMETOWN OUTLE | 703 E YOUNG AVE | WARRENSBURG | MO | 64093-9607 | 2827676800 | 28-FEB-19 | $45.03 |
| 03385 | SEARS HOMETOWN OUTLE | 325 NORTHSIDE DR E STE 36 | STATESBORO | GA | 30458-4763 | 2827676801 | 28-FEB-19 | $45.03 |
| 03386 | SEARS HOMETOWN OUTLE | 2821 W 3RD ST | ELK CITY | OK | 73644-4321 | 2827676802 | 28-FEB-19 | $45.03 |
| 08123 | SEARS HOMETOWN OUTLE | 2172 W HIGHWAY 70 | RU DOSO DOWNS | NM | 88346-9501 | 2827676803 | 28-FEB-19 | $48.38 |
| 08165 | SEARS HOMETOWN OUTLE | 822 DAKOTA AVE | WAHPETON | ND | 58075-4317 | 2827676804 | 28-FEB-19 | $45.03 |
| 04790 | SEARS HOMETOWN OUTLE | 6169 US HIGHWAY 6 | PORTAGE | IN | 46368-5058 | 2827676805 | 28-FEB-19 | $48.18 |
| 04798 | SEARS HOMETOWN OUTLE | 2301 10TH ST | FLORESVILLE | TX | 78114-2805 | 2827676806 | 28-FEB-19 | $48.74 |
| 09670 | SEARS HOMETOWN OUTLE | 540 S HIGHWAY 59 | NAPERVILLE | IL | 60540-0915 | 2827676807 | 28-FEB-19 | $45.03 |
| 03125 | SEARS HOMETOWN OUTLE | 2630 ALABAMA AVE NW | FORT PAYNE | AL | 35967-3707 | 2827676808 | 28-FEB-19 | $45.03 |
| 07825 | SEARS HOMETOWN OUTLE | 1094 SE VERMONT AVE | ARCADIA | FL | | 2827676809 | 28-FEB-19 | $48.41 |
| 05550 | SEARS HOMETOWN OUTLE | 170 TOWN MOUNTAIN RD | P KEV LLE | KY | | 2827676810 | 28-FEB-19 | $45.03 |
| 03208 | SEARS HOMETOWN OUTLE | 800 S CAMINO DEL RIO | DURANGO | CO | | 2827676811 | 28-FEB-19 | $47.69 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                 CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY



| Comments: | | | |
|---|---|---|---|
| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 10 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05698 | SEARS HOMETOWN OUTLE | 795 S STATE HIGHWAY 49 | JACKSON | CA | 95642-2621 | 2827676812 | 28-FEB-19 | $45.03 |
| 03312 | SEARS HOMETOWN OUTLE | 720 S WESTWOOD BLVD | POPLAR BLUFF | MO | 63901-5528 | 2827676813 | 28-FEB-19 | $45.03 |
| 03316 | SEARS HOMETOWN OUTLE | 203 MICHAEL COLL NS DR | V DALIA | GA | 30474-8847 | 2827676814 | 28-FEB-19 | $45.03 |
| 05778 | SEARS HOMETOWN OUTLE | 302 MA N ST | PARSONS | KS | 67357-3528 | 2827676815 | 28-FEB-19 | $49.20 |
| 03280 | SEARS HOMETOWN OUTLE | 215 W LAKE ST | TAWAS CITY | MI | 48763-9274 | 2827676816 | 28-FEB-19 | $45.03 |
| 05821 | SEARS HOMETOWN OUTLE | 28 HAWTHORN LN | SAINT MARYS | GA | 31558-4027 | 2827676817 | 28-FEB-19 | $45.03 |
| 03367 | SEARS HOMETOWN OUTLE | 2231 COMMERCE ST | GRENADA | MS | 38901-5109 | 2827676818 | 28-FEB-19 | $48.18 |
| 05822 | SEARS HOMETOWN OUTLE | 200 GATEWAY BLVD | COTTAGE GROVE | OR | 97424-1745 | 2827676819 | 28-FEB-19 | $45.03 |
| 06672 | SEARS HOMETOWN OUTLE | 136 THUNDERBAY S/C | ALPENA | MI | 49707 | 2827676820 | 28-FEB-19 | $45.03 |
| 07226 | SEARS HOMETOWN OUTLE | 206 N PROGRESS DR | PERRYVILLE | MO | 63775-1208 | 2827676821 | 28-FEB-19 | $45.03 |
| 06684 | SEARS HOMETOWN OUTLE | 4435 N COLLEGE AVE | JACKSON | AL | | 2827676822 | 28-FEB-19 | $45.03 |
| 08105 | SEARS HOMETOWN OUTLE | 1653 W HENDERSON ST STE 24 | CLEBURNE | TX | | 2827676823 | 28-FEB-19 | $48.74 |
| 08108 | SEARS HOMETOWN OUTLE | 11947 S HWY 226 | SPRUCE PINE | NC | | 2827676824 | 28-FEB-19 | $48.07 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

| Comments: | | | |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| **PAGE NUMBER** | **INVOICE INQUIRIES** | **NCR ORG / TERR** |
| PAGE 11 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03974 | SEARS HOMETOWN OUTLE | 1385 BUCKTAIL RD | SAINT MARYS PA 15857-3266 | 2827676825 | 28-FEB-19 | $47.73 |
| 04734 | SEARS HOMETOWN OUTLE | 224 SW 6TH ST | REDMOND OR 97756-2107 | 2827676826 | 28-FEB-19 | $45.03 |
| 04778 | SEARS HOMETOWN OUTLE | 8684 E RA NTREE DR | SCOTTSDALE AZ 85260-3033 | 2827676827 | 28-FEB-19 | $45.03 |
| 04787 | SEARS HOMETOWN OUTLE | 5547 I 55 S | BYRAM MS 39272-9799 | 2827676828 | 28-FEB-19 | $48.18 |
| 05753 | SEARS HOMETOWN OUTLE | 155 N SPR NG ST | BLYTHE CA 92225-1632 | 2827676829 | 28-FEB-19 | $45.03 |
| 05701 | SEARS HOMETOWN OUTLE | 1503 W EHRINGHAUS ST | ELIZABETH CITY NC 27909-4565 | 2827676830 | 28-FEB-19 | $48.18 |
| 03319 | SEARS HOMETOWN OUTLE | 405 E NAVAJO DR | HOBBS NM 88240-9308 | 2827676831 | 28-FEB-19 | $48.10 |
| 03321 | SEARS HOMETOWN OUTLE | 110 BLUFFS PKWY | CANTON GA 30114-5251 | 2827676832 | 28-FEB-19 | $45.03 |
| 05788 | SEARS HOMETOWN OUTLE | 327 BEECH ST | CHADRON NE 69337-2440 | 2827676833 | 28-FEB-19 | $48.41 |
| 03468 | SEARS HOMETOWN OUTLE | 3120 AVENUE F | BAY CITY TX 77414-7104 | 2827676834 | 28-FEB-19 | $48.74 |
| 03469 | SEARS HOMETOWN OUTLE | 1621 NE BAKER ST | MCM NNV LLE OR | 2827676835 | 28-FEB-19 | $45.03 |
| 05881 | SEARS HOMETOWN OUTLE | 211 W LINCOLN AVE | FERGUS FALLS MN | 2827676836 | 28-FEB-19 | $48 59 |
| 04015 | SEARS HOMETOWN OUTLE | 1415 S NOVA RD | DAYTONA BEACH FL | 2827676855 | 28-FEB-19 | $47 96 |

TOTAL BALANCE
DUE UPON RECEIPT



CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL    MAINTENANCE SUMMARY    Exhibit B

**NCR**

| Comments: |
|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |

| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
|---|---|---|
| PAGE  12  OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06016 | SEARS HOMETOWN OUTLE | 2045 MACKENZ E WAY STE 400 | CRANBERRY TOWNS PA 16066-5337 | 2827676856 | 28-FEB-19 | $47.73 |
| 07487 | SEARS HOMETOWN OUTLE | 6547 NW LOOK 410 | SAN ANTONIO TX 78238 | 2827676857 | 28-FEB-19 | $48.74 |
| 05893 | SEARS HOMETOWN OUTLE | 1202 S PARK ST | CARROLLTON GA 30117-4404 | 2827676858 | 28-FEB-19 | $45.03 |
| 03518 | SEARS HOMETOWN OUTLE | 2185 W SOUTH LOOP | STEPHENV LLE TX 76401-3921 | 2827676859 | 28-FEB-19 | $48.75 |
| 05933 | SEARS HOMETOWN OUTLE | 1650 WRIGHT AVE | ALMA MI 48801-1022 | 2827676860 | 28-FEB-19 | $45.03 |
| 04583 | SEARS HOMETOWN OUTLE | 3203 N MAYFAIR RD | WAUWATOSA WI 53222-3203 | 2827676861 | 28-FEB-19 | $47.56 |
| 05592 | SEARS HOMETOWN OUTLE | 850 N VAN DYKE RD | BAD AXE MI 48413-9021 | 2827676862 | 28-FEB-19 | $45.03 |
| 05593 | SEARS HOMETOWN OUTLE | 2836 S BUS NESS DR | SHEBOYGAN WI 53081-6518 | 2827676863 | 28-FEB-19 | $47.51 |
| 09200 | SEARS HOMETOWN OUTLE | 2065 GEORGE ST | MELROSE PARK IL 60160-1521 | 2827676864 | 28-FEB-19 | $45.03 |
| 05818 | SEARS HOMETOWN OUTLE | 345 JUNCTION HWY | KERRV LLE TX 78028-4279 | 2827676865 | 28-FEB-19 | $48.75 |
| 05819 | SEARS HOMETOWN OUTLE | 762 L NDSAY LN | CODY WY | 2827676866 | 28-FEB-19 | $45.03 |
| 05845 | SEARS HOMETOWN OUTLE | 1239 S POKEGAMA AVE | GRAND RAP DS MN | 2827676867 | 28-FEB-19 | $48.13 |
| 05454 | SEARS HOMETOWN OUTLE | 1200 N 6TH ST STE C | BEATRICE NE | 2827676868 | 28-FEB-19 | $48.19 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                    8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| **PAGE NUMBER** | **INVOICE INQUIRIES** | **NCR ORG / TERR** |
| PAGE 13 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
|  | 1459115 |  |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05455 | SEARS HOMETOWN OUTLE | 367 WASH NGTON ST STE 10 | CLAREMONT | NH | 03743-5540 | 2827676869 | 28-FEB-19 | $45.03 |
| 03036 | SEARS HOMETOWN OUTLE | 913 E 6TH AVE | STILLWATER | OK | 74074-3819 | 2827676870 | 28-FEB-19 | $45.03 |
| 03479 | SEARS HOMETOWN OUTLE | 116 E 2ND ST | THE DALLES | OR | 97058-1704 | 2827676871 | 28-FEB-19 | $45.03 |
| 03500 | SEARS HOMETOWN OUTLE | 17364 US HIGHWAY 34 | FORT MORGAN | CO | 80701 | 2827676872 | 28-FEB-19 | $46.34 |
| 08495 | SEARS HOMETOWN OUTLE | 8090 NW 77TH CT | MEDLEY | FL | 33166-2101 | 2827676873 | 28-FEB-19 | $48.18 |
| 05472 | SEARS HOMETOWN OUTLE | 3 N RANDALL RD | BATAVIA | IL | 60510-9208 | 2827676874 | 28-FEB-19 | $45.03 |
| 05574 | SEARS HOMETOWN OUTLE | 400 N UNION ST | OLEAN | NY | 14760-2631 | 2827676875 | 28-FEB-19 | $48.64 |
| 05578 | SEARS HOMETOWN OUTLE | 400 N 115TH E | LOGAN | UT | 84321 | 2827676876 | 28-FEB-19 | $48.13 |
| 07267 | SEARS HOMETOWN OUTLE | 1234 N EUFAULA AVE | EUFAULA | AL | 36027-5518 | 2827676877 | 28-FEB-19 | $45.03 |
| 04598 | SEARS HOMETOWN OUTLE | 5000 S ARIZONA MILLS CIR | TEMPE | AZ | 85282-6402 | 2827676878 | 28-FEB-19 | $45.03 |
| 04599 | SEARS HOMETOWN OUTLE | 2700 POTOMAC MILLS C R | WOODBR DGE | VA |  | 2827676879 | 28-FEB-19 | $46 39 |
| 05468 | SEARS HOMETOWN OUTLE | 529 EASTMAN RD | CENTER CONWAY | NH |  | 2827676880 | 28-FEB-19 | $45.03 |
| 07781 | SEARS HOMETOWN OUTLE | 540 COMMONS DR | FULTON | MO |  | 2827676881 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 14 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03961 | SEARS HOMETOWN OUTLE | 1514 S MA N ST | BOERNE | TX | 78006-3308 | 2827676882 | 28-FEB-19 | $48.75 |
| 04618 | SEARS HOMETOWN OUTLE | 10347 FOLSOM BLVD | RANCHO CORDOVA | CA | 95670-3518 | 2827676883 | 28-FEB-19 | $45.03 |
| 04619 | SEARS HOMETOWN OUTLE | 639 GRAVOIS BLUFFS BLVD | FENTON | MO | 63026-7715 | 2827676884 | 28-FEB-19 | $45.03 |
| 08412 | SEARS HOMETOWN OUTLE | 11111 SAN JOSE BLVD | JACKSONV LLE | FL | 32223-7946 | 2827676885 | 28-FEB-19 | $48.18 |
| 03718 | SEARS HOMETOWN OUTLE | 1840 M 119 | PETOSKEY | MI | 49770-9341 | 2827676886 | 28-FEB-19 | $45.03 |
| 03906 | SEARS HOMETOWN OUTLE | 1339 HIGHWAY 270 | MALVERN | AR | 72104-9165 | 2827676887 | 28-FEB-19 | $49 54 |
| 05673 | SEARS HOMETOWN OUTLE | 2121 US HIGHWAY 1 S | SAINT AUGUST NE | FL | 32086-6078 | 2827676888 | 28-FEB-19 | $47 96 |
| 03900 | SEARS HOMETOWN OUTLE | 2800 CORNERSTONE DR | PAGOSA SPRINGS | CO | 81147-8156 | 2827676889 | 28-FEB-19 | $46 34 |
| 03537 | SEARS HOMETOWN OUTLE | 5601 HWY 95 STE 600 | LAKE HAVASU CITY | AZ | 86403-8536 | 2827676890 | 28-FEB-19 | $45.03 |
| 03816 | SEARS HOMETOWN OUTLE | 512 S ADAMS ST | FREDERICKSBURG | TX | 78624-4437 | 2827676891 | 28-FEB-19 | $48.75 |
| 03625 | SEARS HOMETOWN OUTLE | 5500 TR LLIUM BLVD | HOFFMAN ESTATES | IL | | 2827676892 | 28-FEB-19 | $45.03 |
| 07074 | SEARS HOMETOWN OUTLE | 301 W PRA RIE VIEW RD | CH PPEWA FALLS | WI | | 2827676893 | 28-FEB-19 | $47 51 |
| 05918 | SEARS HOMETOWN OUTLE | 110 MADISON SQUARE DR | MADISONV LLE | KY | | 2827676894 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

| Comments: | | | | |
|---|---|---|---|---|
| | | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | | S900081315 | 24-JAN-19 | Upon Receipt |
| | | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | | PAGE 15 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05919 | SEARS HOMETOWN OUTLE | 1420 CEDAR LN | TULLAHOMA | TN | 37388-2262 | 2827676895 | 28-FEB-19 | $49.42 |
| 05921 | SEARS HOMETOWN OUTLE | 5804 2ND AVE W | KEARNEY | NE | 68847-2439 | 2827676896 | 28-FEB-19 | $48.19 |
| 05957 | SEARS HOMETOWN OUTLE | 1 E MA N ST | CORTEZ | CO | 81321-3240 | 2827676897 | 28-FEB-19 | $48.34 |
| 05970 | SEARS HOMETOWN OUTLE | 1605 7TH ST N | CLANTON | AL | 35045-2144 | 2827676898 | 28-FEB-19 | $45.03 |
| 06540 | SEARS HOMETOWN OUTLE | 1249 N FRASER ST | GEORGETOWN | SC | 29440-2853 | 2827676915 | 28-FEB-19 | $45.03 |
| 03081 | SEARS HOMETOWN OUTLE | 7627 MICHIGAN RD | PLYMOUTH | IN | 46563-9789 | 2827676916 | 28-FEB-19 | $48.18 |
| 03794 | SEARS HOMETOWN OUTLE | 475 HWY 62/412 | ASH FLAT | AR | 72513 | 2827676917 | 28-FEB-19 | $49.03 |
| 07960 | SEARS HOMETOWN OUTLE | 1611 VETERANS AVE STE S | VANDALIA | IL | 62471-3323 | 2827676918 | 28-FEB-19 | $45.03 |
| 03023 | SEARS HOMETOWN OUTLE | RR 1 BOX 17A | RONCEVERTE | WV | 24970-9704 | 2827676919 | 28-FEB-19 | $47.73 |
| 06556 | SEARS HOMETOWN OUTLE | 1406 HUNTSVILLE HWY | FAYETTEV LLE | TN | 37334-3606 | 2827676920 | 28-FEB-19 | $49 31 |
| 07659 | SEARS HOMETOWN OUTLE | 3610 TORRANCE BLVD | TORRANCE | CA | | 2827676921 | 28-FEB-19 | $45.03 |
| 06557 | SEARS HOMETOWN OUTLE | 2919 W PNE | ARKADELPHIA | AR | | 2827676922 | 28-FEB-19 | $49.09 |
| 05412 | SEARS HOMETOWN OUTLE | 7451 SENECA RD N | HORNELL | NY | | 2827676923 | 28-FEB-19 | $48.63 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)    Pg 269 of 314

SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 16  OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05796 | SEARS HOMETOWN OUTLE | 3117 W BROADWAY BLVD | SEDALIA | MO | 65301-2116 | 2827676924 | 28-FEB-19 | $45.03 |
| 03338 | SEARS HOMETOWN OUTLE | 410 S TEXAS DRVE | EAGLE PASS | TX | 78852 | 2827676925 | 28-FEB-19 | $48.74 |
| 05803 | SEARS HOMETOWN OUTLE | 1046 PASEO DEL PUEBLO SUR | TAOS | NM | 87571-6149 | 2827676926 | 28-FEB-19 | $48.86 |
| 03503 | SEARS HOMETOWN OUTLE | 1598 US ROUTE 302 | BARRE | VT | 05641-2321 | 2827676927 | 28-FEB-19 | $45.03 |
| 05854 | SEARS HOMETOWN OUTLE | 735 OLD AUSTIN HWY | BASTROP | TX | 78602-5106 | 2827676928 | 28-FEB-19 | $48.75 |
| 03426 | SEARS HOMETOWN OUTLE | 1155 N MA N ST | MARION | NC | 28752-6540 | 2827676929 | 28-FEB-19 | $48.07 |
| 04621 | SEARS HOMETOWN OUTLE | 1357 FRANKL N M LLS CIR | PH LADELPHIA | PA | 19154-3130 | 2827676930 | 28-FEB-19 | $48.63 |
| 04650 | SEARS HOMETOWN OUTLE | 1418 N TOWN EAST BLVD | MESQUITE | TX | 75150-4187 | 2827676931 | 28-FEB-19 | $48.74 |
| 04697 | SEARS HOMETOWN OUTLE | 870 GREAT MALL DR | M LPITAS | CA | 95035-8032 | 2827676932 | 28-FEB-19 | $45.03 |
| 03502 | SEARS HOMETOWN OUTLE | 3533 MA N ST | KEOKUK | IA | 52632-2052 | 2827676933 | 28-FEB-19 | $48.18 |
| 08192 | SEARS HOMETOWN OUTLE | 827 S MA N ST | YREKA | CA | | 2827676934 | 28-FEB-19 | $45.03 |
| 03525 | SEARS HOMETOWN OUTLE | 1555 FORD NG ISLAND RD | HILTON HEAD ISLAND | SC | | 2827676935 | 28-FEB-19 | $45.03 |
| 03323 | SEARS HOMETOWN OUTLE | 255 SOLOMONS ISLAND RD S | PR NCE FREDERICK | MD | | 2827676936 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE (Summary and Copies of Invoices)    Pg 270 of 314

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE  17   OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09947 | SEARS HOMETOWN OUTLE | 65 HOLMES RD | NEW NGTON | CT | 06111-1709 | 2827676937 | 28-FEB-19 | $47.89 |
| 09696 | SEARS HOMETOWN OUTLE | 1701 US HIGHWAY 22 | PLAINF ELD | NJ | 07069-6512 | 2827676938 | 28-FEB-19 | $48.01 |
| 05535 | SEARS HOMETOWN OUTLE | 273 SPRECKELS AVE | MANTECA | CA | 95336-6005 | 2827676939 | 28-FEB-19 | $45.03 |
| 09756 | SEARS HOMETOWN OUTLE | 16040 HARLEM AVE | T NLEY PARK | IL | 60477-1612 | 2827676940 | 28-FEB-19 | $45.03 |
| 05878 | SEARS HOMETOWN OUTLE | 2200 EASTERN AVE | GALL POLIS | OH | 45631-1825 | 2827676941 | 28-FEB-19 | $48.18 |
| 05973 | SEARS HOMETOWN OUTLE | 1908 2ND AVE E | ONEONTA | AL | 35121-2710 | 2827676942 | 28-FEB-19 | $45.03 |
| 05692 | SEARS HOMETOWN OUTLE | 2851 RIVERSIDE PLZ UNIT 150 | STEAMBOAT SPR NG CO | 80487-5084 | 2827676943 | 28-FEB-19 | $46 34 |
| 05953 | SEARS HOMETOWN OUTLE | 500 3RD ST | INTERNATIONAL FALLMN | 56649-2311 | 2827676944 | 28-FEB-19 | $48.13 |
| 05591 | SEARS HOMETOWN OUTLE | 1140 W 3 M LE RD | SAULT SA NTE MARIE MI | 49783-9132 | 2827676945 | 28-FEB-19 | $45.03 |
| 07819 | SEARS HOMETOWN OUTLE | 535 GENERAL DAN EL AVE N | DANIELSV LLE | GA | 30633-6915 | 2827676946 | 28-FEB-19 | $45.03 |
| 03014 | SEARS HOMETOWN OUTLE | 817 WEST LOOP | EL CAMPO | TX | | 2827676947 | 28-FEB-19 | $48.75 |
| 05236 | ORDC 05236 | 400 E PARR BLVD | RENO | NV | | 2827676948 | 28-FEB-19 | $45.03 |
| 05528 | SEARS HOMETOWN OUTLE | 1320 N MA N ST | HARRISON | AR | | 2827676949 | 28-FEB-19 | $49.08 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**                                    CONTINUED

SUMMARY

CUSTOMER NAME:              CUSTOMER NUMBER:       Invoice Number

SEARS - HOMETOWN OUTLET          8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL MAINTENANCE(Summary and Copies of Invoices) Pg 271 of 314

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 18 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To: 7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05530 | SEARS HOMETOWN OUTLE | 129 DAHO MARYLAND RD | GRASS VALLEY | CA | 95945-5813 | 2827676950 | 28-FEB-19 | $45.03 |
| 05534 | SEARS HOMETOWN OUTLE | 370 S HIGHWAY 27 STE 9 | SOMERSET | KY | 42501-2774 | 2827676951 | 28-FEB-19 | $45.03 |
| 05691 | SEARS HOMETOWN OUTLE | 302 N 6TH ST | BLYTHEV LLE | AR | 72315-2714 | 2827676952 | 28-FEB-19 | $49.77 |
| 03199 | SEARS HOMETOWN OUTLE | 1230 AIRPORT PARK BLVD | UKIAH | CA | 95482-5999 | 2827676953 | 28-FEB-19 | $45.03 |
| 03296 | SEARS HOMETOWN OUTLE | 604 E BROADWAY ST | SWEETWATER | TX | 79556-4626 | 2827676954 | 28-FEB-19 | $48.74 |
| 06504 | SEARS HOMETOWN OUTLE | 209 SHOPPINGWAY BLVD | WEST MEMPHIS | AR | 72301-1733 | 2827676955 | 28-FEB-19 | $49.88 |
| 06989 | SEARS HOMETOWN OUTLE | 1019 21ST STREET | LEWISTON | ID | 83501-2261 | 2827676958 | 28-FEB-19 | $45.03 |
| 01866 | SEARS HOMETOWN OUTLE | 1010 E LOOP 304 | CROCKETT | TX | 75835-1806 | 2827676959 | 28-FEB-19 | $48.75 |
| 05496 | SEARS HOMETOWN OUTLE | 240 S WEST END BLVD STE 4 | QUAKERTOWN | PA | 18951-1167 | 2827676960 | 28-FEB-19 | $47.73 |
| 08011 | SEARS HOMETOWN OUTLE | 60 SEARS WAY | BLAIRSV LLE | GA | 30512-4457 | 2827676961 | 28-FEB-19 | $45.03 |
| 09080 | SEARS HOMETOWN OUTLE | 2100 W GILBERT RD | CHANDLER | AZ | | 2827676962 | 28-FEB-19 | $45.03 |
| 09099 | SEARS HOMETOWN OUTLE | 3277 SOUTHWEST FWY | HOUSTON | TX | | 2827676963 | 28-FEB-19 | $48.74 |
| 04139 | SEARS HOMETOWN OUTLE | 2801 US HWY 25E | M DDLESBORO | KY | | 2827676964 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                 8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 19 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03042 | SEARS HOMETOWN OUTLE | 820 W FULTON ST | WAUPACA | WI | 54981-1406 | 2827676965 | 28-FEB-19 | $47.51 |
| 03902 | SEARS HOMETOWN OUTLE | 743 E GAINES DR | CLINTON | MO | 64735-3207 | 2827676966 | 28-FEB-19 | $45.03 |
| 07720 | SEARS HOMETOWN OUTLE | 411 W MADISON ST | STARKE | FL | 32091-3925 | 2827676967 | 28-FEB-19 | $48.18 |
| 03908 | SEARS HOMETOWN OUTLE | 40322 JUNCTION DR | OAKHURST | CA | 93644-8783 | 2827676968 | 28-FEB-19 | $45.03 |
| 07721 | SEARS HOMETOWN OUTLE | 99 S HIGHWAY 37 | CASSVILLE | MO | 65625-9460 | 2827676969 | 28-FEB-19 | $45.03 |
| 03493 | SEARS HOMETOWN OUTLE | 143 NORTH ST | HOULTON | ME | 04730-1832 | 2827676970 | 28-FEB-19 | $45.03 |
| 03496 | SEARS HOMETOWN OUTLE | 2001 N SA NT MARYS ST | BEEVILLE | TX | 78102-2430 | 2827676971 | 28-FEB-19 | $48.75 |
| 05888 | SEARS HOMETOWN OUTLE | 115 MALL WAY | MARYSV LLE | WA | 98270 | 2827676972 | 28-FEB-19 | $49.18 |
| 03513 | SEARS HOMETOWN OUTLE | 3609 US ROUTE 5 | DERBY | VT | 05829-9490 | 2827676973 | 28-FEB-19 | $45.03 |
| 03577 | SEARS HOMETOWN OUTLE | 1339 N PNE | DERIDDER | LA | 70634 | 2827676974 | 28-FEB-19 | $49.28 |
| 04601 | SEARS HOMETOWN OUTLE | 322 S BURNT M LL RD | VOORHEES | NJ | | 2827676975 | 28-FEB-19 | $48.01 |
| 05475 | SEARS HOMETOWN OUTLE | 74 S CARBON AVE | PRICE | UT | | 2827676976 | 28-FEB-19 | $48.01 |
| 05480 | SEARS HOMETOWN OUTLE | 4311 S 6TH ST | KLAMATH FALLS | OR | | 2827676977 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

## NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**SUMMARY**    Exhibit B

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 20 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07818 | SEARS HOMETOWN OUTLE | 19750 INTERSTATE 45 # H-45 | SPRING TX 77373-2941 | 2827676978 | 28-FEB-19 | $48.29 |
| 05495 | SEARS HOMETOWN OUTLE | 300 PENN ST | INDEPENDENCE KS 67301 | 2827676979 | 28-FEB-19 | $49.31 |
| 06789 | SEARS HOMETOWN OUTLE | 1910 LAKE SHORE DR E | ASHLAND WI 54806-2877 | 2827676980 | 28-FEB-19 | $47.51 |
| 09062 | SEARS HOMETOWN OUTLE | 44075 W 12 M LE RD | NOVI MI 48377-2613 | 2827676981 | 28-FEB-19 | $45.03 |
| 08010 | SEARS HOMETOWN OUTLE | 3138 DR M L K NG JR BLVD | NEW BERN NC 28562-5214 | 2827676982 | 28-FEB-19 | $48.07 |
| 06558 | SEARS HOMETOWN OUTLE | 306 RIDDLEV LLE RD | SANDERSV LLE GA 31082-7643 | 2827676983 | 28-FEB-19 | $45.03 |
| 03037 | SEARS HOMETOWN OUTLE | 1427 E STATE ROUTE 89A | COTTONWOOD AZ 86326-4690 | 2827676984 | 28-FEB-19 | $45.03 |
| 07709 | SEARS HOMETOWN OUTLE | 4563 BELL LN | M LTON FL 32571-2739 | 2827676985 | 28-FEB-19 | $48.18 |
| 03901 | SEARS HOMETOWN OUTLE | 206 WESTV EW PLZ | MCCOOK NE 69001-4414 | 2827676986 | 28-FEB-19 | $48.19 |
| 03378 | SEARS HOMETOWN OUTLE | 836 W 7TH AVE | CORSICANA TX 75110-6318 | 2827676987 | 28-FEB-19 | $48.75 |
| 05828 | SEARS HOMETOWN OUTLE | 1480 WESTPARK PLZ | ONTARIO OR | 2827676988 | 28-FEB-19 | $45.03 |
| 03382 | SEARS HOMETOWN OUTLE | 1070 S BISHOP AVE | ROLLA MO | 2827676989 | 28-FEB-19 | $45.03 |
| 03463 | SEARS HOMETOWN OUTLE | 600 N BROAD ST STE 9 | M DDLETOWN DE | 2827676990 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 21 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05879 | SEARS HOMETOWN OUTLE | 500 VILLAGE BLVD | MCALESTER OK 74501-2059 | 2827676991 | 28-FEB-19 | $45.03 |
| 03548 | SEARS HOMETOWN OUTLE | 1901 W GIBSON ST | JASPER TX 75951-4837 | 2827676992 | 28-FEB-19 | $48.74 |
| 03549 | SEARS HOMETOWN OUTLE | 520 S L NCOLN ST | PORT ANGELES WA 98362-6110 | 2827676993 | 28-FEB-19 | $48.95 |
| 03639 | SEARS HOMETOWN OUTLE | 1190 S TRADE DAYS BLVD | CANTON TX 75103-2427 | 2827676994 | 28-FEB-19 | $48.74 |
| 03429 | SEARS HOMETOWN OUTLE | 2000 N COAST HWY | NEWPORT OR 97365-1702 | 2827676995 | 28-FEB-19 | $45.03 |
| 03599 | SEARS HOMETOWN OUTLE | 317 S MA N ST | OMAK WA 98841-9718 | 2827676996 | 28-FEB-19 | $48.73 |
| 03603 | SEARS HOMETOWN OUTLE | 3725 E MA N RD | FREDONIA NY 14063-1421 | 2827676997 | 28-FEB-19 | $48.63 |
| 03604 | SEARS HOMETOWN OUTLE | 310 N WASH NGTON ST | WEATHERFORD OK 73096-5772 | 2827676998 | 28-FEB-19 | $45.03 |
| 03729 | SEARS HOMETOWN OUTLE | 316 SERVICE RD | SPOONER WI 54801-6200 | 2827676999 | 28-FEB-19 | $47 51 |
| 03731 | SEARS HOMETOWN OUTLE | 2800 COLLEGE DR | RICE LAKE WI 54868-2445 | 2827677000 | 28-FEB-19 | $47 51 |
| 03291 | SEARS HOMETOWN OUTLE | 303 MA N AVE N | THIEF RIVER FALLS MN | 2827677001 | 28-FEB-19 | $48.13 |
| 06526 | SEARS HOMETOWN OUTLE | 1654 7TH ST | LAS VEGAS NM | 2827677002 | 28-FEB-19 | $48.81 |
| 06527 | SEARS HOMETOWN OUTLE | 1937 S RANGE AVE | COLBY KS | 2827677003 | 28-FEB-19 | $48 98 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL    MAINTENANCE(Summary and Copies of Invoices)    Pg 275 of 314
SUMMARY

| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|
| | S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 22 OF 54 | myncr.ncr.com | 201401000 / |

**Comments:**

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06764 | SEARS HOMETOWN OUTLE | 1623 N HOBART ST | PAMPA | TX 79065-4127 | 2827677004 | 28-FEB-19 | $48.74 |
| 03889 | SEARS HOMETOWN OUTLE | 2101 N WALNUT ST | CAMERON | MO 64429-8827 | 2827677005 | 28-FEB-19 | $45.03 |
| 08279 | SEARS HOMETOWN OUTLE | 6022 CRAWFORDSV LLE RD | SPEEDWAY | IN 46224-3797 | 2827677006 | 28-FEB-19 | $48.18 |
| 03121 | SEARS HOMETOWN OUTLE | 3309 CALDWELL BLVD | NAMPA | ID 83651-6426 | 2827677007 | 28-FEB-19 | $45.03 |
| 09603 | SEARS HOMETOWN OUTLE | 8284 TROY PIKE | HUBER HEIGHTS | OH 45424-1056 | 2827677008 | 28-FEB-19 | $48.41 |
| 03186 | SEARS HOMETOWN OUTLE | 1060 M NERAL WELLS AVE | PARIS | TN 38242-4904 | 2827677009 | 28-FEB-19 | $49.42 |
| 07202 | SEARS HOMETOWN OUTLE | 2310 E RACE AVE | SEARCY | AR 72143-4772 | 2827677010 | 28-FEB-19 | $49.43 |
| 05599 | SEARS HOMETOWN OUTLE | 126 JACKSON ST | STERLING | CO 80751 | 2827677011 | 28-FEB-19 | $46 39 |
| 05755 | SEARS HOMETOWN OUTLE | 9803 MALL LOOP RD | FAIRMONT | WV 26554 | 2827677012 | 28-FEB-19 | $48.18 |
| 03297 | SEARS HOMETOWN OUTLE | 412 AVENUE B | BOGALUSA | LA 70427-3741 | 2827677013 | 28-FEB-19 | $49 50 |
| 05770 | SEARS HOMETOWN OUTLE | 3150 DREDGE DR | HELENA | MT | 2827677014 | 28-FEB-19 | $45.03 |
| 05870 | SEARS HOMETOWN OUTLE | 2988 S CLARK ST | MEXICO | MO | 2827677015 | 28-FEB-19 | $45.03 |
| 05747 | SEARS HOMETOWN OUTLE | 1347 SOUTHERN H LLS CTR | WEST PLAINS | MO | 2827677016 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL     MAINTENANCE(SUMMARY)

**Comments:**

| | | | |
|---|---|---|---|
| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG  / TERR |
| | PAGE  23  OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05875 | SEARS HOMETOWN OUTLE | 1101 LONNIE ABBOTT BLVD | ADA | OK | 74820-1845 | 2827677017 | 28-FEB-19 | $45.03 |
| 03528 | SEARS HOMETOWN OUTLE | 600 N HIGHWAY 77 | WAXAHACHIE | TX | 75165-1107 | 2827677018 | 28-FEB-19 | $48.74 |
| 05929 | SEARS HOMETOWN OUTLE | 1704 S HEATON ST | KNOX | IN | 46534-2320 | 2827677019 | 28-FEB-19 | $48.18 |
| 03694 | SEARS HOMETOWN OUTLE | 2395 STATE ROUTE 7 | COBLESKILL | NY | 12043-5708 | 2827677020 | 28-FEB-19 | $48.63 |
| 03698 | SEARS HOMETOWN OUTLE | 911 MA N ST | SUSANVILLE | CA | 96130-4406 | 2827677021 | 28-FEB-19 | $45.03 |
| 06574 | SEARS HOMETOWN OUTLE | 1234 N MA N ST | BOWL NG GREEN | OH | 43402-1304 | 2827677022 | 28-FEB-19 | $48.07 |
| 06576 | SEARS HOMETOWN OUTLE | 2017 MA N ST | BAKER CITY | OR | 97814-3351 | 2827677023 | 28-FEB-19 | $45.03 |
| 03921 | SEARS HOMETOWN OUTLE | 2092 E MA N ST | ROB NSON | IL | 62454-3700 | 2827677024 | 28-FEB-19 | $45.03 |
| 07322 | SEARS HOMETOWN OUTLE | 55 LUDWIG DR SPACE 55 | FAIRV EW HEIGHTS | IL | 62208-1332 | 2827677025 | 28-FEB-19 | $45.03 |
| 04068 | SEARS HOMETOWN OUTLE | 20750 GULF FREEWAY | WEBSTER | TX | 77598 | 2827677026 | 28-FEB-19 | $48.74 |
| 09059 | SEARS HOMETOWN OUTLE | 4150 W SHAW AVE | FRESNO | CA | | 2827677027 | 28-FEB-19 | $45.03 |
| 03112 | SEARS HOMETOWN OUTLE | 105 W 24TH ST | CONNERSVILLE | IN | | 2827677028 | 28-FEB-19 | $48.18 |
| 06997 | SEARS HOMETOWN OUTLE | 13980 W BELL RD | SURPRISE | AZ | | 2827677029 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                                CUSTOMER NUMBER:         Invoice Number

SEARS - HOMETOWN OUTLET                      8481553               S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 24 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To: 7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07424 | SEARS HOMETOWN OUTLE | 2209 NORTHAMPTON ST | HOLYOKE MA 01040-3447 | 2827677030 | 28-FEB-19 | $45.03 |
| 05497 | SEARS HOMETOWN OUTLE | 480 DOWNTOWNER PLZ | COSHOCTON OH 43812-1929 | 2827677031 | 28-FEB-19 | $48.30 |
| 04142 | SEARS HOMETOWN OUTLE | 905 W MAIN ST | CABOT AR 72023-2428 | 2827677032 | 28-FEB-19 | $49.31 |
| 04692 | SEARS HOMETOWN OUTLE | 123 E STATE ST | PLEASANTV LLE PA 16341-9783 | 2827677033 | 28-FEB-19 | $47.73 |
| 01606 | SEARS HOMETOWN OUTLE | 923 HIGHWAY 42 | SUMRALL MS 39482-4342 | 2827677034 | 28-FEB-19 | $48.18 |
| 03123 | SEARS HOMETOWN OUTLE | 19 WASH NGTON SQ | CHESTERTOWN MD 21620-1041 | 2827677035 | 28-FEB-19 | $45.03 |
| 05524 | SEARS HOMETOWN OUTLE | 804 S 4TH ST | DANVILLE KY 40422-2129 | 2827677036 | 28-FEB-19 | $45.03 |
| 09632 | SEARS HOMETOWN OUTLE | 1815 LINCOLN WAY | CLINTON IA 52732-7014 | 2827677037 | 28-FEB-19 | $48.18 |
| 05693 | SEARS HOMETOWN OUTLE | 1108 HE RES AVE | CARROLL IA 51401-3326 | 2827677038 | 28-FEB-19 | $48.18 |
| 05695 | SEARS HOMETOWN OUTLE | 1013 OLD HIGHWAY 52 | MONCKS CORNER SC 29461-3008 | 2827677039 | 28-FEB-19 | $45.03 |
| 03203 | SEARS HOMETOWN OUTLE | 61 S MA N ST | ONEONTA NY | 2827677040 | 28-FEB-19 | $48.63 |
| 05771 | SEARS HOMETOWN OUTLE | 47420 STATE HIGHWAY M26 | HOUGHTON MI | 2827677041 | 28-FEB-19 | $45.03 |
| 05773 | SEARS HOMETOWN OUTLE | 1037 W BROADWAY | CENTRALIA IL | 2827677042 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 25 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To: 7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
|  | 1459115 |  |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03448 | SEARS HOMETOWN OUTLE | 10 W 1ST ST | CHENEY | WA 99004-1439 | 2827677043 | 28-FEB-19 | $49.00 |
| 03640 | SEARS HOMETOWN OUTLE | 1535 AMERICAN LEGION BLVD | MOUNTAIN HOME | ID 83647-3162 | 2827677044 | 28-FEB-19 | $45.03 |
| 03766 | SEARS HOMETOWN OUTLE | 1208 W DICK NSON BLVD | FORT STOCKTON | TX 79735-4235 | 2827677045 | 28-FEB-19 | $48.74 |
| 06475 | SEARS HOMETOWN OUTLE | 1220 E RUSS RD | GREENV LLE | OH 45331-2756 | 2827677046 | 28-FEB-19 | $48 30 |
| 06502 | SEARS HOMETOWN OUTLE | 4888 PALM COAST PKWY NW | PALM COAST | FL 32137-3636 | 2827677047 | 28-FEB-19 | $48.18 |
| 03878 | SEARS HOMETOWN OUTLE | 16039 CONNEAUT LAKE RD | MEADVILLE | PA 16335-3859 | 2827677048 | 28-FEB-19 | $47.73 |
| 06753 | SEARS HOMETOWN OUTLE | 702 HIGHWAY 64 E | WYNNE | AR 72396-7452 | 2827677049 | 28-FEB-19 | $49 31 |
| 08188 | SEARS HOMETOWN OUTLE | 445 STATE HIGHWAY 64 45 | ANTIGO | WI 54409 | 2827677050 | 28-FEB-19 | $47.51 |
| 04823 | SEARS HOMETOWN OUTLE | 133 MARIANO BISHOP BLVD | FALL RIVER | MA 02721-2368 | 2827677051 | 28-FEB-19 | $45.03 |
| 04855 | SEARS HOMETOWN OUTLE | 2476 MEMORIAL DR | WAYCROSS | GA 31503-6336 | 2827677052 | 28-FEB-19 | $45.03 |
| 04899 | SEARS HOMETOWN OUTLE | 1301 W BURLINGTON AVE | FAIRF ELD | IA | 2827677053 | 28-FEB-19 | $48.18 |
| 07787 | SEARS HOMETOWN OUTLE | 638 CROLEY CTR | CLEVELAND | TX | 2827677054 | 28-FEB-19 | $48.75 |
| 06846 | SEARS HOMETOWN OUTLE | 1317 ARMORY DR | FRANKLIN | VA | 2827677055 | 28-FEB-19 | $46 39 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)  Pg 279 of 314

**NCR**

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE  26   OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 08286 | SEARS HOMETOWN OUTLE | 1000 BOSTON TPKE | SHREWSBURY | MA  01545-3380 | 2827677056 | 28-FEB-19 | $45.03 |
| 04119 | SEARS HOMETOWN OUTLE | 5401 6TH AVE | TACOMA | WA  98406-2617 | 2827677057 | 28-FEB-19 | $49 58 |
| 05083 | SEARS HOMETOWN OUTLE | 3762 EASTON NAZARETH HWY | EASTON | PA  18045-8340 | 2827677058 | 28-FEB-19 | $47.73 |
| 05108 | SEARS HOMETOWN OUTLE | 3355 HIGHWAY 431 | ROANOKE | AL  36274-2723 | 2827677059 | 28-FEB-19 | $45.03 |
| 05499 | SEARS HOMETOWN OUTLE | 275 SOUTHS DE MALL RD | SOUTH WILLIAMSON | KY  41503-6000 | 2827677060 | 28-FEB-19 | $45.03 |
| 03073 | SEARS HOMETOWN OUTLE | 3845 BAYSHORE RD | NORTH CAPE MAY | NJ  08204-3261 | 2827677061 | 28-FEB-19 | $48.01 |
| 05757 | SEARS HOMETOWN OUTLE | 4278 UNIVERSITY PKWY | NATCHITOCHES | LA  71457-1904 | 2827677062 | 28-FEB-19 | $49 51 |
| 05823 | SEARS HOMETOWN OUTLE | 1611 VIRG NIA AVE | NORTH BEND | OR  97459-2729 | 2827677063 | 28-FEB-19 | $45.03 |
| 03370 | SEARS HOMETOWN OUTLE | 1315 HIGHWAY 10 W | DETROIT LAKES | MN  56501-2214 | 2827677064 | 28-FEB-19 | $48 36 |
| 05825 | SEARS HOMETOWN OUTLE | 1048 WASH NGTON SQUARE SHOPPING CTR | WASHINGTON | MO  63090-5302 | 2827677065 | 28-FEB-19 | $45.03 |
| 03434 | SEARS HOMETOWN OUTLE | 1423 N MECKLENBURG AVE | SOUTH HILL | VA | 2827677066 | 28-FEB-19 | $46 23 |
| 09111 | SEARS HOMETOWN OUTLE | 5900 SUGARLOAF PKWY | LAWRENCEV LLE | GA | 2827677067 | 28-FEB-19 | $45.03 |
| 08346 | SEARS HOMETOWN OUTLE | 1936 W 140TH AVE-1 | SAN LEANDRO | CA | 2827677068 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

ORIGINAL       MAINTENANCE(Summary and Copies of Invoices)    Pg 280 of 314
SUMMARY

**NCR**

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG  / TERR |
| PAGE  27   OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05498 | SEARS HOMETOWN OUTLE | 2518 SYCAMORE RD | DEKALB | IL | 60115-2052 | 2827677069 | 28-FEB-19 | $45.03 |
| 04185 | SEARS HOMETOWN OUTLE | 5251 110TH AVE N | CLEARWATER | FL | 33760-4816 | 2827677070 | 28-FEB-19 | $48.18 |
| 07726 | SEARS HOMETOWN OUTLE | 4905 N HIGHWAY 7 | HOT SPR NGS V LLAGAR | 71909-9406 | 2827677071 | 28-FEB-19 | $48.64 |
| 07727 | SEARS HOMETOWN OUTLE | 651 DOWNING P NES RD | WEST MONROE | LA | 71292-8021 | 2827677072 | 28-FEB-19 | $49.73 |
| 08461 | SEARS HOMETOWN OUTLE | 98-600 KMAEHAMEHA HWY | PEARL CITY | HI | 96782 | 2827677073 | 28-FEB-19 | $47.16 |
| 03572 | SEARS HOMETOWN OUTLE | 224 E HIGHWAY 12 | LITCHF ELD | MN | 55355-2249 | 2827677074 | 28-FEB-19 | $48.13 |
| 03576 | SEARS HOMETOWN OUTLE | 236 S ROANE ST | HARRIMAN | TN | 37748-7435 | 2827677075 | 28-FEB-19 | $49 31 |
| 03681 | SEARS HOMETOWN OUTLE | 601 N COMMERCIAL ST | HARRISBURG | IL | 62946-3327 | 2827677076 | 28-FEB-19 | $45.03 |
| 03686 | SEARS HOMETOWN OUTLE | 2603 HIGHWAY 281 N | MARBLE FALLS | TX | 78654 | 2827677077 | 28-FEB-19 | $48.74 |
| 08039 | SEARS HOMETOWN OUTLE | 1517 SW HIGHWAY 101 | LINCOLN CITY | OR | 97367-2352 | 2827677078 | 28-FEB-19 | $45.03 |
| 08042 | SEARS HOMETOWN OUTLE | 2417 S MA N ST | MOULTR E | GA | | 2827677079 | 28-FEB-19 | $45.03 |
| 08482 | SEARS HOMETOWN OUTLE | 1910 YORK RD | TIMONIUM | MD | | 2827677080 | 28-FEB-19 | $45.03 |
| 04333 | SEARS HOMETOWN OUTLE | 1051 WASHINGTON PIKE | BR DGEVILLE | PA | | 2827677081 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                    8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 28 OF 54 | myncr.ncr.com | 201401000 / |

Comments:

Invoiced To: 7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05809 | SEARS HOMETOWN OUTLE | 2507 BECKER DR | BRENHAM | TX 77833-5717 | 2827677082 | 28-FEB-19 | $48.75 |
| 07433 | SEARS HOMETOWN OUTLE | 1244 W MAIN ST | GREENFIELD | IN 46140-1926 | 2827677083 | 28-FEB-19 | $48.18 |
| 05620 | SEARS HOMETOWN OUTLE | 325 W FREEDOM AVE | BURNHAM | PA 17009-1846 | 2827677087 | 28-FEB-19 | $47.73 |
| 05661 | SEARS HOMETOWN OUTLE | 908 L NCOLN ST | RH NELANDER | WI 54501-3544 | 2827677088 | 28-FEB-19 | $47.74 |
| 05690 | SEARS HOMETOWN OUTLE | 4329 FAYETTEVILLE RD | LUMBERTON | NC 28358-2676 | 2827677089 | 28-FEB-19 | $48.18 |
| 05758 | SEARS HOMETOWN OUTLE | 3703 HARRISON AVE | BUTTE | MT 59701-6897 | 2827677090 | 28-FEB-19 | $45.03 |
| 03290 | SEARS HOMETOWN OUTLE | 664 N 2ND E | REXBURG | ID 83440-3566 | 2827677091 | 28-FEB-19 | $45.03 |
| 05760 | SEARS HOMETOWN OUTLE | 1831 N COLUMBIA ST | M LLEDGEV LLE | GA 31061-2316 | 2827677092 | 28-FEB-19 | $45.03 |
| 03449 | SEARS HOMETOWN OUTLE | 51581 COLUMBIA RIVER HWY | SCAPPOOSE | OR 97056-4407 | 2827677093 | 28-FEB-19 | $45.03 |
| 03450 | SEARS HOMETOWN OUTLE | 721 BEDFORD RD | MORRIS | IL 60450-3622 | 2827677094 | 28-FEB-19 | $45.03 |
| 03536 | SEARS HOMETOWN OUTLE | 2344 E MA N ST | UVALDE | TX | 2827677095 | 28-FEB-19 | $48.74 |
| 03538 | SEARS HOMETOWN OUTLE | 1507 W 5TH ST | PLAINVIEW | TX | 2827677096 | 28-FEB-19 | $48.75 |
| 05905 | SEARS HOMETOWN OUTLE | 501 W NORTH AVE | FLORA | IL | 2827677097 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                  8481553           S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

 NCR

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE  29  OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05950 | SEARS HOMETOWN OUTLE | 912 MA N ST | WINF ELD | KS 67156-3605 | 2827677098 | 28-FEB-19 | $48 59 |
| 06763 | SEARS HOMETOWN OUTLE | 703 W MAIN ST | OLNEY | IL 62450-1545 | 2827677099 | 28-FEB-19 | $45.03 |
| 04001 | SEARS HOMETOWN OUTLE | 3634 FRONT ST STE 100 | KANSAS CITY | MO 64120-1029 | 2827677100 | 28-FEB-19 | $45.03 |
| 04952 | SEARS HOMETOWN OUTLE | 500 EAGLE RUN RD | NEWARK | DE 19702-1605 | 2827677101 | 28-FEB-19 | $45.03 |
| 07428 | SEARS HOMETOWN OUTLE | 500 W WARNER AVE | SANTA ANA | CA 92707-3345 | 2827677102 | 28-FEB-19 | $45.03 |
| 05052 | SEARS HOMETOWN OUTLE | 6654 N R DGE RD | MADISON | OH 44057-2554 | 2827677103 | 28-FEB-19 | $48.18 |
| 05868 | SEARS HOMETOWN OUTLE | 321 N BEATTY AVE | LIVINGSTON | TX 77351-3211 | 2827677104 | 28-FEB-19 | $48.75 |
| 03530 | SEARS HOMETOWN OUTLE | 1000 E SOUTHV EW DR | MARSHALL | MN 56258-2401 | 2827677105 | 28-FEB-19 | $48 59 |
| 03533 | SEARS HOMETOWN OUTLE | NORTHGATE PLZ | MORRISVILLE | VT 05661 | 2827677106 | 28-FEB-19 | $45.03 |
| 03617 | SEARS HOMETOWN OUTLE | 2004 W STATE HIGHWAY 71 | LA GRANGE | TX 78945-5172 | 2827677107 | 28-FEB-19 | $48.75 |
| 05948 | SEARS HOMETOWN OUTLE | 1700 N PORTLAND ST | LA GRANDE | OR | 2827677108 | 28-FEB-19 | $45.03 |
| 03745 | SEARS HOMETOWN OUTLE | 1441 S DIXIE FWY | NEW SMYRNA BEACH | FL | 2827677109 | 28-FEB-19 | $47 96 |
| 06402 | SEARS HOMETOWN OUTLE | 1580 S JAYE ST | PORTERV LLE | CA | 2827677110 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**SUMMARY**

 NCR

| | | | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |

| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
|---|---|---|
| PAGE 30 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05243 | SEARS HOMETOWN OUTLE | JAMESWAY PLZ | GLASSBORO | NJ 08028 | 2827677111 | 28-FEB-19 | $48.01 |
| 04032 | SEARS HOMETOWN OUTLE | 669 MALL DR | PORTAGE | MI 49024-2879 | 2827677112 | 28-FEB-19 | $45.03 |
| 04038 | SEARS HOMETOWN OUTLE | 320 W RANCHO VISTA BLVD | PALMDALE | CA 93551-3710 | 2827677113 | 28-FEB-19 | $45.03 |
| 04029 | SEARS HOMETOWN OUTLE | 2300 WHITE LN UNIT B | BAKERSFIELD | CA 93304-6917 | 2827677114 | 28-FEB-19 | $45.03 |
| 05542 | SEARS HOMETOWN OUTLE | 4103 HOLIDAY LN | OTTAWA | IL 61350-9547 | 2827677115 | 28-FEB-19 | $45.03 |
| 09788 | SEARS HOMETOWN OUTLE | 18340 OLYMPIC AVE S | TUKW LA | WA 98188-4723 | 2827677116 | 28-FEB-19 | $49.54 |
| 05903 | SEARS HOMETOWN OUTLE | 1400 S MISSION ST | MOUNT PLEASANT | MI 48858-4210 | 2827677117 | 28-FEB-19 | $45.03 |
| 04058 | SEARS HOMETOWN OUTLE | 6235 N DAVIS HWY, STE 101 | PENSACOLA | FL 32504 | 2827677118 | 28-FEB-19 | $48.41 |
| 05640 | SEARS HOMETOWN OUTLE | 2065 GEORGE ST SUITE 3 | MELROSE PARK | IL 60160 | 2827677119 | 28-FEB-19 | $45.03 |
| 04049 | SEARS HOMETOWN OUTLE | 500 W. WARNER AVE. | SANTA ANA | CA 92707 | 2827677120 | 28-FEB-19 | $45.03 |
| 02281 | SEARS HOMETOWN OUTLE | 982 S MA N ST | CHEBOYGAN | MI | 2827677121 | 28-FEB-19 | $45.03 |
| 05505 | SEARS HOMETOWN OUTLE | 9525 LINCOLN HWY | BEDFORD | PA | 2827677122 | 28-FEB-19 | $47.73 |
| 05157 | SEARS HOMETOWN OUTLE | 6169 US HIGHWAY 6 | PORTAGE | IN | 2827677123 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED
SUMMARY

CUSTOMER NAME:            CUSTOMER NUMBER:        Invoice Number
SEARS - HOMETOWN OUTLET            8481553        S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

| Comments: | | | |
|---|---|---|---|
| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 31 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09112 | SEARS HOMETOWN OUTLE | 8540 MAURER RD | LENEXA | KS | 66219-1100 | 2827677124 | 28-FEB-19 | $49 24 |
| 05207 | SEARS HOMETOWN OUTLE | 1750 RICHMOND R | MCHENRY | IL | 60050 | 2827677125 | 28-FEB-19 | $45.03 |
| 01827 | SEARS HOMETOWN OUTLE | 1108 MISSISSIPPI DR # A | WAYNESBORO | MS | 39367-2416 | 2827677126 | 28-FEB-19 | $48.18 |
| 03048 | SEARS HOMETOWN OUTLE | 220 ROTANZI ST | RAMONA | CA | 92065-2583 | 2827677127 | 28-FEB-19 | $45.03 |
| 05230 | SEARS HOMETOWN OUTLE | 12001 SEARS ST | LIVONIA | MI | 48150-2108 | 2827677128 | 28-FEB-19 | $45.03 |
| 07782 | SEARS HOMETOWN OUTLE | 1315 S MA N ST | MARYVILLE | MO | 64468-2605 | 2827677129 | 28-FEB-19 | $45.03 |
| 05246 | SEARS HOMETOWN OUTLE | 649 S MASON RD | KATY | TX | 77450-3469 | 2827677130 | 28-FEB-19 | $48.74 |
| 05470 | SEARS HOMETOWN OUTLE | 2395 HARRISON ST | BATESVILLE | AR | 72501-7420 | 2827677131 | 28-FEB-19 | $49 54 |
| 06561 | SEARS HOMETOWN OUTLE | 15561 W HIGH ST | M DDLEF ELD | OH | 44062-9454 | 2827677132 | 28-FEB-19 | $48.07 |
| 06573 | SEARS HOMETOWN OUTLE | 205 S DEXTER ST | IONIA | MI | 48846-2001 | 2827677133 | 28-FEB-19 | $45.03 |
| 09250 | SEARS HOMETOWN OUTLE | 3825 FORSYTH RD | WINTER PARK | FL | | 2827677134 | 28-FEB-19 | $47 96 |
| 05361 | SEARS HOMETOWN OUTLE | 495 PROSPECT AVE | WEST ORANGE | NJ | | 2827677135 | 28-FEB-19 | $48.01 |
| 05397 | SEARS HOMETOWN OUTLE | 4500 NE 122ND AVE | PORTLAND | OR | | 2827677136 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                    8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 32 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09405 | SEARS HOMETOWN OUTLE | 12080 CARMEL MOUNTAIN RD | SAN D EGO | CA | 92128-4605 | 2827677137 | 28-FEB-19 | $45.03 |
| 05053 | SEARS HOMETOWN OUTLE | 14305 NORTHLAND DR | BIG RAP DS | MI | 49307-2369 | 2827677148 | 28-FEB-19 | $45.03 |
| 03440 | SEARS HOMETOWN OUTLE | 1605 S BROADWAY ST | NEW ULM | MN | 56073-3752 | 2827677149 | 28-FEB-19 | $48.59 |
| 05869 | SEARS HOMETOWN OUTLE | 15910 EDGEWOOD DR | BAXTER | MN | 56401-6974 | 2827677150 | 28-FEB-19 | $48.59 |
| 05944 | SEARS HOMETOWN OUTLE | 216 L NE ST | PH LADELPHIA | MS | 39350-2173 | 2827677151 | 28-FEB-19 | $48.18 |
| 05945 | SEARS HOMETOWN OUTLE | 814 HIGHWAY 1 S | LUGOFF | SC | 29078-8855 | 2827677152 | 28-FEB-19 | $45.03 |
| 05946 | SEARS HOMETOWN OUTLE | 900 N AUSTIN AVE | GEORGETOWN | TX | 78626-4345 | 2827677153 | 28-FEB-19 | $48.74 |
| 03739 | SEARS HOMETOWN OUTLE | 12O E WALNUT ST | LOCK HAVEN | PA | 17745-3520 | 2827677154 | 28-FEB-19 | $47.73 |
| 05951 | SEARS HOMETOWN OUTLE | 1152 CLEAVER RD | CARO | MI | 48723-1150 | 2827677155 | 28-FEB-19 | $45.03 |
| 05952 | SEARS HOMETOWN OUTLE | 210 1ST ST SE | LITTLE FALLS | MN | 56345-3004 | 2827677156 | 28-FEB-19 | $48 36 |
| 06414 | SEARS HOMETOWN OUTLE | 756 CENTURY AVE SW | HUTCH NSON | MN | | 2827677157 | 28-FEB-19 | $48 36 |
| 03756 | SEARS HOMETOWN OUTLE | 118 S MA N ST | PLEASANTON | TX | | 2827677158 | 28-FEB-19 | $48.75 |
| 07298 | SEARS HOMETOWN OUTLE | 332 W FM 564 | M NEOLA | TX | | 2827677159 | 28-FEB-19 | $48.75 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL    MAINTENANCE(Summary and Copies of Invoices) Pg 286 of 314

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE  33   OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03989 | SEARS HOMETOWN OUTLE | 2645 MOUNTA N HWY | ELKO | NV | 89801 | 2827677160 | 28-FEB-19 | $45.03 |
| 05060 | SEARS HOMETOWN OUTLE | 2885 GENDER RD | REYNOLDSBURG | OH | 43068-3967 | 2827677161 | 28-FEB-19 | $48.41 |
| 05536 | SEARS HOMETOWN OUTLE | 2711-I 75TH BUSI | WEST BRANCH | MI | 48661 | 2827677162 | 28-FEB-19 | $45.03 |
| 01938 | SEARS HOMETOWN OUTLE | 10904 MEMORIAL HERMANN DR | PEARLAND | TX | 77584-2183 | 2827677163 | 28-FEB-19 | $48.75 |
| 01965 | SEARS HOMETOWN OUTLE | 5932 FAIRMONT PKWY | PASADENA | TX | 77505-4020 | 2827677164 | 28-FEB-19 | $48.74 |
| 03439 | SEARS HOMETOWN OUTLE | 80487 N HIGHWAY 395 | HERMISTON | OR | 97838-6277 | 2827677165 | 28-FEB-19 | $45.03 |
| 03607 | SEARS HOMETOWN OUTLE | 821 E HIGHWAY 90A | RICHMOND | TX | 77406-4023 | 2827677166 | 28-FEB-19 | $48.74 |
| 03610 | SEARS HOMETOWN OUTLE | 56153 M 51 S | DOWAGIAC | MI | 49047-9762 | 2827677167 | 28-FEB-19 | $45.03 |
| 03612 | SEARS HOMETOWN OUTLE | 1760 S US HIGHWAY 231 | CRAWFORDSV LLE | IN | 47933-9417 | 2827677168 | 28-FEB-19 | $48.18 |
| 03734 | SEARS HOMETOWN OUTLE | 2110 MARKET LN | NORFOLK | NE | 68701-4500 | 2827677169 | 28-FEB-19 | $48.19 |
| 06304 | SEARS HOMETOWN OUTLE | 914 W MAIN ST | HOMER | LA | | 2827677170 | 28-FEB-19 | $49.73 |
| 03752 | SEARS HOMETOWN OUTLE | 918 S ALABAMA AVE | MONROEV LLE | AL | | 2827677171 | 28-FEB-19 | $45.03 |
| 06695 | SEARS HOMETOWN OUTLE | 1019 CUMBERLAND FALLS HWY | CORB N | KY | | 2827677172 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                         CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                     8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 34 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03867 | SEARS HOMETOWN OUTLE | 11554 COLUMBIA ST | BLAKELY | GA 39823 | 2827677173 | 28-FEB-19 | $45.03 |
| 06740 | SEARS HOMETOWN OUTLE | 1010 HIGHWAY 25B | HEBER SPRINGS | AR 72543-2034 | 2827677174 | 28-FEB-19 | $49.14 |
| 08155 | SEARS HOMETOWN OUTLE | 455 S NDIANA AVE | ENGLEWOOD | FL 34223-3701 | 2827677175 | 28-FEB-19 | $48.18 |
| 07297 | SEARS HOMETOWN OUTLE | 206 ELIZABETH ST | MANY | LA 71449-3081 | 2827677176 | 28-FEB-19 | $49.56 |
| 03204 | SEARS HOMETOWN OUTLE | 1159 S SHANNON ST | VAN WERT | OH 45891-2434 | 2827677177 | 28-FEB-19 | $48.30 |
| 05696 | SEARS HOMETOWN OUTLE | 2534 LEE AVE | SANFORD | NC 27332-5951 | 2827677178 | 28-FEB-19 | $48.18 |
| 05697 | SEARS HOMETOWN OUTLE | 908 MENA ST | MENA | AR 71953-4248 | 2827677179 | 28-FEB-19 | $49.31 |
| 03114 | SEARS HOMETOWN OUTLE | 1611 HARRISON AVE | ELKINS | WV 26241-8503 | 2827677183 | 28-FEB-19 | $48.18 |
| 05573 | SEARS HOMETOWN OUTLE | 920 S ARKANSAS AVE | RUSSELLVILLE | AR 72801-6012 | 2827677184 | 28-FEB-19 | $49.09 |
| 05575 | SEARS HOMETOWN OUTLE | 1445 HAWK PKWY | MONTROSE | CO 81401-6463 | 2827677185 | 28-FEB-19 | $47.83 |
| 03255 | SEARS HOMETOWN OUTLE | 215 S GRANT ST | FITZGERALD | GA | 2827677186 | 28-FEB-19 | $45.03 |
| 05732 | SEARS HOMETOWN OUTLE | 2350 M RACLE MILE | BULLHEAD CITY | AZ | 2827677187 | 28-FEB-19 | $45.03 |
| 09229 | SEARS HOMETOWN OUTLE | 1200 BLUMENFELD DR | SACRAMENTO | CA | 2827677188 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:          CUSTOMER NUMBER:       Invoice Number

SEARS - HOMETOWN OUTLET          8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL PAYMENT TO

**ORIGINAL    MAINTENANCE** (SUMMARY)

NCR

| Comments: | | | |
|---|---|---|---|
| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG  / TERR |
| | PAGE 35  OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05510 | SEARS HOMETOWN OUTLE | 605 W MAIN ST | CLARKSVILLE | AR | 72830-3515 | 2827677189 | 28-FEB-19 | $49 31 |
| 06052 | SEARS HOMETOWN OUTLE | 8245 N FLORIDA AVE | TAMPA | FL | 33604-3003 | 2827677191 | 28-FEB-19 | $48.86 |
| 05223 | SEARS HOMETOWN OUTLE | 2811 DEKALB P KE | NORRISTOWN | PA | 19401-1822 | 2827677192 | 28-FEB-19 | $47.73 |
| 07218 | SEARS HOMETOWN OUTLE | 151 W US HIGHWAY 50 | GUNNISON | CO | 81230-3901 | 2827677193 | 28-FEB-19 | $48 59 |
| 01870 | SEARS HOMETOWN OUTLE | 352 S W LLOW RD | COLDWATER | MI | 49036 | 2827677194 | 28-FEB-19 | $45.03 |
| 01934 | SEARS HOMETOWN OUTLE | 322 EUREKA AVE | BERRYVILLE | AR | 72616-3834 | 2827677195 | 28-FEB-19 | $49.09 |
| 05264 | SEARS HOMETOWN OUTLE | 5450 HIGHWAY 153 | HIXSON | TN | 37343-3799 | 2827677196 | 28-FEB-19 | $49.19 |
| 03062 | SEARS HOMETOWN OUTLE | 710 N BROADWAY ST | PITTSBURG | KS | 66762-3922 | 2827677197 | 28-FEB-19 | $49.09 |
| 05486 | SEARS HOMETOWN OUTLE | 912 S 12TH ST | MURRAY | KY | 42071-2949 | 2827677198 | 28-FEB-19 | $45.03 |
| 05292 | SEARS HOMETOWN OUTLE | 1040 S BARRINGTON RD | STREAMWOOD | IL | 60107 | 2827677199 | 28-FEB-19 | $45.03 |
| 03305 | SEARS HOMETOWN OUTLE | 977 S 1ST ST | JESUP | GA | | 2827677200 | 28-FEB-19 | $45.03 |
| 03309 | SEARS HOMETOWN OUTLE | 609 S CANYON ST STE A | CARLSBAD | NM | | 2827677201 | 28-FEB-19 | $48.48 |
| 03311 | SEARS HOMETOWN OUTLE | 6585 M 66 N | CHARLEVOIX | MI | | 2827677202 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 36 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01975 | SEARS HOMETOWN OUTLE | 1627 S JACKSON ST | JACKSONV LLE TX 75766-3027 | 2827677203 | 28-FEB-19 | $48.75 |
| 07489 | SEARS HOMETOWN OUTLE | 112 N HWY 281 | BLANCO TX 78606 | 2827677204 | 28-FEB-19 | $48.75 |
| 07491 | SEARS HOMETOWN OUTLE | 640 POPLAR AVE | COLLIERV LLE TN 38017 | 2827677205 | 28-FEB-19 | $49.42 |
| 07502 | SEARS HOMETOWN OUTLE | 2440 CORNHUSKER RD | BELLEVUE NE 68123-2412 | 2827677206 | 28-FEB-19 | $48.19 |
| 06845 | SEARS HOMETOWN OUTLE | 3351 HICKORY BLVD | HUDSON NC 28638-9024 | 2827677207 | 28-FEB-19 | $48.07 |
| 01845 | SEARS HOMETOWN OUTLE | 3207 S US HWY 1 | FORT P ERCE FL 34982 | 2827677208 | 28-FEB-19 | $48.18 |
| 05852 | SEARS HOMETOWN OUTLE | 326 S BICKETT BLVD | LOUISBURG NC 27549-2600 | 2827677209 | 28-FEB-19 | $48.07 |
| 05940 | SEARS HOMETOWN OUTLE | 301 FAIRVIEW RD | CROSSETT AR 71635-4539 | 2827677210 | 28-FEB-19 | $49 20 |
| 05941 | SEARS HOMETOWN OUTLE | 2825 W MAIN ST STE 8H | BOZEMAN MT 59718-3927 | 2827677211 | 28-FEB-19 | $45.03 |
| 07220 | SEARS HOMETOWN OUTLE | 1133 NDUSTRIAL DR | CRESTV EW FL 32539-8950 | 2827677212 | 28-FEB-19 | $47.96 |
| 03727 | SEARS HOMETOWN OUTLE | 617 S MA N ST | EUFAULA OK | 2827677213 | 28-FEB-19 | $45.03 |
| 06286 | SEARS HOMETOWN OUTLE | 811 E MA N ST | ALICE TX | 2827677214 | 28-FEB-19 | $48.75 |
| 03453 | SEARS HOMETOWN OUTLE | 1950 2ND AVE SE | CAMBRIDGE MN | 2827677215 | 28-FEB-19 | $48.13 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR                                                    CONTINUED

                                                        SUMMARY
CUSTOMER NAME:          CUSTOMER NUMBER:     Invoice Number
SEARS - HOMETOWN OUTLET        8481553       S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

| Comments: | | |
|---|---|---|
| | **INVOICE NUMBER** | **INVOICE DATE** | **DUE DATE** |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | **PAGE NUMBER** | **INVOICE INQUIRIES** | **NCR ORG / TERR** |
| | PAGE 37 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 05877 | SEARS HOMETOWN OUTLE | 412 E HARTFORD AVE | PONCA CITY | OK 74601-1511 | 2827677216 | 28-FEB-19 | $45.03 |
| 03802 | SEARS HOMETOWN OUTLE | 24139 GREENWAY RD | FOREST LAKE | MN 55025-4503 | 2827677233 | 28-FEB-19 | $48.24 |
| 08034 | SEARS HOMETOWN OUTLE | 232 VALLEY CENTER PL | SEQUIM | WA 98382-8270 | 2827677234 | 28-FEB-19 | $49.00 |
| 08036 | SEARS HOMETOWN OUTLE | 1690 E 23RD ST | FREMONT | NE 68025-2415 | 2827677235 | 28-FEB-19 | $48.19 |
| 09240 | SEARS HOMETOWN OUTLE | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA 30084 | 2827677236 | 28-FEB-19 | $45.03 |
| 04468 | SEARS HOMETOWN OUTLE | N 96 W 186 COUNTY L NE RD | GERMANTOWN | WI 53022 | 2827677237 | 28-FEB-19 | $47.56 |
| 04025 | SEARS HOMETOWN OUTLE | 7302 SW 34TH AVE | AMAR LLO | TX 79121-1407 | 2827677238 | 28-FEB-19 | $48.74 |
| 03726 | SEARS HOMETOWN OUTLE | 39609 AL HIGHWAY 69 | MOUNDV LLE | AL 35474-4240 | 2827677239 | 28-FEB-19 | $45.03 |
| 04052 | SEARS HOMETOWN OUTLE | 700 CENTERPOINT BLVD | NEW CASTLE | DE 19720-8120 | 2827677240 | 28-FEB-19 | $45.03 |
| 05812 | SEARS HOMETOWN OUTLE | 505 N POPLAR ST | NEWTON | KS 67114-2126 | 2827677241 | 28-FEB-19 | $48.86 |
| 05815 | SEARS HOMETOWN OUTLE | 219 MARLBORO AVE | EASTON | MD | 2827677242 | 28-FEB-19 | $45.03 |
| 03397 | SEARS HOMETOWN OUTLE | 222 HIGHWAY 51 N | BROOKHAVEN | MS | 2827677243 | 28-FEB-19 | $48.18 |
| 05841 | SEARS HOMETOWN OUTLE | 2400 VETERANS BLVD | DEL RIO | TX | 2827677244 | 28-FEB-19 | $48.75 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)   Pg 291 of 314

 NCR

SUMMARY

| Comments: |
|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| **PAGE NUMBER** | **INVOICE INQUIRIES** | **NCR ORG / TERR** |
| PAGE 38 OF 54 | myncr.ncr.com | 201401000 / |

| Invoiced To: | 7698730 |
|---|---|

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 02169 | SEARS HOMETOWN OUTLE | 12047 DONNER PASS RD | TRUCKEE | CA | 96161-5065 | 2827677245 | 28-FEB-19 | $45.03 |
| 07515 | SEARS HOMETOWN OUTLE | 523 COLUMBIA AVE | LEXINGTON | SC | 29072-2617 | 2827677246 | 28-FEB-19 | $45.03 |
| 02736 | SEARS HOMETOWN OUTLE | 107 MEADOW VIEW DR | MOUNTAIN V EW | AR | 72560-6413 | 2827677247 | 28-FEB-19 | $49.31 |
| 07533 | SEARS HOMETOWN OUTLE | 1117 WOODRUFF RD | GREENV LLE | SC | 29607-4151 | 2827677248 | 28-FEB-19 | $45.03 |
| 03011 | SEARS HOMETOWN OUTLE | 4300 23RD ST | COLUMBUS | NE | 68601-8508 | 2827677249 | 28-FEB-19 | $48.19 |
| 05931 | SEARS HOMETOWN OUTLE | 63 CENTER ST | ROCK SPRINGS | WY | 82901-5121 | 2827677250 | 28-FEB-19 | $45.03 |
| 03581 | SEARS HOMETOWN OUTLE | 102 E MA N ST | CHANUTE | KS | 66720-1834 | 2827677251 | 28-FEB-19 | $49.31 |
| 03693 | SEARS HOMETOWN OUTLE | 217 HIGHWAY 701 N | LORIS | SC | 29569-2484 | 2827677252 | 28-FEB-19 | $45.03 |
| 05916 | SEARS HOMETOWN OUTLE | 231 NORTHGATE DR | MCM NNV LLE | TN | 37110-1426 | 2827677253 | 28-FEB-19 | $49.42 |
| 05917 | SEARS HOMETOWN OUTLE | 715 N MA N ST | COV NGTON | TN | 38019-2042 | 2827677254 | 28-FEB-19 | $49.42 |
| 03633 | SEARS HOMETOWN OUTLE | 1009 W ARIZONA AVE | PARKER | AZ | | 2827677255 | 28-FEB-19 | $45.03 |
| 05955 | SEARS HOMETOWN OUTLE | 3119 CRANBERRY HWY | EAST WAREHAM | MA | | 2827677256 | 28-FEB-19 | $45.03 |
| 01848 | SEARS HOMETOWN OUTLE | 3951 W COSTCO DR | TUCSON | AZ | | 2827677257 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE (Summary and Copies of Invoices)   Pg 292 of 314
SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 39 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07349 | SEARS HOMETOWN OUTLE | 857 N VAL VISTA DR | GILBERT | AZ | 85234-3673 | 2827677258 | 28-FEB-19 | $45.03 |
| 02004 | SEARS HOMETOWN OUTLE | 2001 W DEWATERS PKWY | KNIGHTDALE | NC | 27545-7324 | 2827677259 | 28-FEB-19 | $48.30 |
| 02709 | SEARS HOMETOWN OUTLE | 2625 S BYPASS 35 | ALVIN | TX | 77511-4728 | 2827677260 | 28-FEB-19 | $48.75 |
| 07508 | SEARS HOMETOWN OUTLE | 18350 OLYMPIC AVE S | TUKW LA | WA | 98188-4723 | 2827677261 | 28-FEB-19 | $49.54 |
| 07556 | SEARS HOMETOWN OUTLE | 1915 MOUNT ZION RD | MORROW | GA | 30260-3311 | 2827677262 | 28-FEB-19 | $45.03 |
| 06665 | SEARS HOMETOWN OUTLE | 500 GREAT OAKS DR | MONROE | GA | 30655-8225 | 2827677263 | 28-FEB-19 | $45.03 |
| 06670 | SEARS HOMETOWN OUTLE | 239 WALKER RD | ALAMOSA | CO | 81101-9804 | 2827677264 | 28-FEB-19 | $47.24 |
| 08099 | SEARS HOMETOWN OUTLE | 1410 S BLA NE ST | MOSCOW | ID | 83843-3945 | 2827677265 | 28-FEB-19 | $45.03 |
| 03955 | SEARS HOMETOWN OUTLE | 516 PETERSON AVE S | DOUGLAS | GA | 31533-5254 | 2827677266 | 28-FEB-19 | $45.03 |
| 07269 | SEARS HOMETOWN OUTLE | 301 E MA N ST | ATLANTA | TX | 75551-2676 | 2827677267 | 28-FEB-19 | $48.74 |
| 04606 | SEARS HOMETOWN OUTLE | 7415 S CASS AVE | DARIEN | IL | | 2827677268 | 28-FEB-19 | $45.03 |
| 03635 | SEARS HOMETOWN OUTLE | 67 FOWLER ST | EAST ELLIJAY | GA | | 2827677269 | 28-FEB-19 | $45.03 |
| 07612 | SEARS HOMETOWN OUTLE | 1140 ROSWELL RD | MARIETTA | GA | | 2827677287 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)   Pg 293 of 314

⌾ **NCR**

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG  / TERR |
| PAGE  40  OF  54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01778 | SEARS HOMETOWN OUTLE | 1211 DELAWARE AVE # D | MCCOMB MS  39648-3765 | 2827677288 | 28-FEB-19 | $48.18 |
| 05871 | SEARS HOMETOWN OUTLE | 7490 BROADVIEW RD | PARMA OH  44134-5718 | 2827677289 | 28-FEB-19 | $48.63 |
| 01808 | SEARS HOMETOWN OUTLE | 1150 FRY RD | HOUSTON TX  77084-5805 | 2827677291 | 28-FEB-19 | $48.29 |
| 03019 | SEARS HOMETOWN OUTLE | 702 NORTH HIGHWAY | COLV LLE WA  99114-2026 | 2827677292 | 28-FEB-19 | $48.46 |
| 07279 | SEARS HOMETOWN OUTLE | 1114 N SUPERIOR AVE | TOMAH WI  54660-1126 | 2827677293 | 28-FEB-19 | $47 51 |
| 04689 | SEARS HOMETOWN OUTLE | 27 51ST ST. | PITTSBURGH PA  15201 | 2827677294 | 28-FEB-19 | $48.18 |
| 07482 | SEARS HOMETOWN OUTLE | 60 E MA N ST | NORWALK OH  44857-1517 | 2827677295 | 28-FEB-19 | $48 30 |
| 04324 | SEARS HOMETOWN OUTLE | 65 HOLMES RD | NEW NGTON CT  06111-1709 | 2827677296 | 28-FEB-19 | $47.89 |
| 04328 | SEARS HOMETOWN OUTLE | 960 SHERMAN ST | SAN D EGO CA  92110 | 2827677297 | 28-FEB-19 | $45.03 |
| 05270 | SEARS HOMETOWN OUTLE | 23 S PART SHOPP NG CTR | NASHV LLE AR  71852 | 2827677298 | 28-FEB-19 | $49.65 |
| 05282 | SEARS HOMETOWN OUTLE | 730 S ORANGE AVE | WEST COV NA CA | 2827677299 | 28-FEB-19 | $45.03 |
| 09866 | SEARS HOMETOWN OUTLE | 251 LAKESHORE PKWY | B RM NGHAM AL | 2827677300 | 28-FEB-19 | $45.03 |
| 09889 | SEARS HOMETOWN OUTLE | 5901 GRIGGS RD. SUITE B | HOUSTON TX | 2827677301 | 28-FEB-19 | $48.74 |

TOTAL BALANCE
DUE UPON RECEIPT

⌾ **NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT  ➡
TO

NCR

**Comments:**

Invoiced To:   7698730

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG  / TERR |
| PAGE  41   OF  54 | myncr.ncr.com | 201401000 / |

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04761 | SEARS HOMETOWN OUTLE | 9630 KINGSTON PIKE | KNOXV LLE | TN | 37922 | 2827677302 | 28-FEB-19 | $49.19 |
| 05844 | SEARS HOMETOWN OUTLE | 1467 COFFEEN AVE | SHERIDAN | WY | 82801-5703 | 2827677303 | 28-FEB-19 | $45.03 |
| 05874 | SEARS HOMETOWN OUTLE | 4010 US HIGHWAY 9 | HOWELL | NJ | 07731-3315 | 2827677304 | 28-FEB-19 | $48.01 |
| 01812 | SEARS HOMETOWN OUTLE | 1000 S 8TH ST | CLARINDA | IA | 51632-2813 | 2827677305 | 28-FEB-19 | $48.18 |
| 03481 | SEARS HOMETOWN OUTLE | 346 HIGHWAY 2 W | DEVILS LAKE | ND | 58301-2942 | 2827677306 | 28-FEB-19 | $45.03 |
| 03508 | SEARS HOMETOWN OUTLE | 1402 MOCK NGB RD LN STE 3 | SULPHUR SPRINGS | TX | 75482-4889 | 2827677307 | 28-FEB-19 | $48.75 |
| 03590 | SEARS HOMETOWN OUTLE | 11130 W HWY 50 | PONCHA SPRINGS | CO | 81242 | 2827677308 | 28-FEB-19 | $46 34 |
| 06420 | SEARS HOMETOWN OUTLE | 1221 N WAYNE ST | ANGOLA | IN | 46703-2346 | 2827677339 | 28-FEB-19 | $48.18 |
| 03762 | SEARS HOMETOWN OUTLE | 3629 OSAGE BEACH PKWY | OSAGE BEACH | MO | 65065-8400 | 2827677340 | 28-FEB-19 | $45.03 |
| 06440 | SEARS HOMETOWN OUTLE | 5302 MA N ST | SHALLOTTE | NC | 28470-4490 | 2827677341 | 28-FEB-19 | $48.07 |
| 06741 | SEARS HOMETOWN OUTLE | 1500 N MA N ST | MONTICELLO | KY | | 2827677342 | 28-FEB-19 | $45.03 |
| 06743 | SEARS HOMETOWN OUTLE | 685A HIGHWAY 101 | FLORENCE | OR | | 2827677343 | 28-FEB-19 | $45.03 |
| 02780 | SEARS HOMETOWN OUTLE | 2014 LINCOLNWAY E | GOSHEN | IN | | 2827677344 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                    8481553                S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 42 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To: 7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03001 | SEARS HOMETOWN OUTLE | 1909 E AUST N BLVD | NEVADA | MO 64772-4208 | 2827677345 | 28-FEB-19 | $45.03 |
| 07590 | SEARS HOMETOWN OUTLE | 7333 W 79TH ST | BR DGEVIEW | IL 60455-1528 | 2827677346 | 28-FEB-19 | $45.03 |
| 09227 | SEARS HOMETOWN OUTLE | 1674 MARKET PLACE BLVD | CUMM NG | GA 30041-7927 | 2827677347 | 28-FEB-19 | $45.03 |
| 09073 | SEARS HOMETOWN OUTLE | 1905 SCENIC HWY N | SNELLV LLE | GA 30078-5633 | 2827677348 | 28-FEB-19 | $45.03 |
| 07593 | SEARS HOMETOWN OUTLE | 2001 S M LITARY HWY | CHESAPEAKE | VA 23320-4424 | 2827677349 | 28-FEB-19 | $46 39 |
| 04611 | SEARS HOMETOWN OUTLE | 141 85TH AVE NW | COON RAP DS | MN 55433-6023 | 2827677350 | 28-FEB-19 | $48 24 |
| 04617 | SEARS HOMETOWN OUTLE | 1215 MARSH LN STE 180 | CARROLLTON | TX 75006-5495 | 2827677351 | 28-FEB-19 | $48.74 |
| 07350 | SEARS HOMETOWN OUTLE | 3798 S MCKENZIE ST | FOLEY | AL 36535-3714 | 2827677352 | 28-FEB-19 | $45.03 |
| 07291 | SEARS HOMETOWN OUTLE | 781 MEMORIAL BLVD STE 3 | PICAYUNE | MS 39466-4623 | 2827677353 | 28-FEB-19 | $48.18 |
| 03497 | SEARS HOMETOWN OUTLE | 420 E HIGHWAY 377 | GRANBURY | TX 76048-2554 | 2827677354 | 28-FEB-19 | $48.75 |
| 05721 | SEARS HOMETOWN OUTLE | 1515 BOHMANN DR | RICHLAND CENTER | WI | 2827677355 | 28-FEB-19 | $47 51 |
| 05895 | SEARS HOMETOWN OUTLE | 4193 E GRAND RIVER AVE | HOWELL | MI | 2827677368 | 28-FEB-19 | $45.03 |
| 03526 | SEARS HOMETOWN OUTLE | 340 E LAUREL AVE | EUNICE | LA | 2827677369 | 28-FEB-19 | $49.62 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:      CUSTOMER NUMBER:    Invoice Number

SEARS - HOMETOWN OUTLET      8481553      S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL   MAINTENANCE SUMMARY



| Comments: | | | | |
|---|---|---|---|---|
| | | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | | S900081315 | 24-JAN-19 | Upon Receipt |
| | | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | | PAGE 43 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03012 | SEARS HOMETOWN OUTLE | 1206 N DOUGLASS ST | MALDEN | MO 63863-1352 | 2827677370 | 28-FEB-19 | $45.03 |
| 07614 | SEARS HOMETOWN OUTLE | 7501 GOODMAN RD | OLIVE BRANCH | MS 38654-1951 | 2827677371 | 28-FEB-19 | $48.18 |
| 03017 | SEARS HOMETOWN OUTLE | 217 E STATE HIGHWAY 260 | PAYSON | AZ 85541-4928 | 2827677372 | 28-FEB-19 | $45.03 |
| 07631 | SEARS HOMETOWN OUTLE | 401 SOUTHWEST PLZ | ARL NGTON | TX 76016-4440 | 2827677373 | 28-FEB-19 | $48.63 |
| 05406 | SEARS HOMETOWN OUTLE | 906 W MAIN ST | RIVERTON | WY 82501-3229 | 2827677374 | 28-FEB-19 | $45.03 |
| 07633 | SEARS HOMETOWN OUTLE | 190 FRONTAGE RD | WEST HAVEN | CT 06516-4129 | 2827677375 | 28-FEB-19 | $47.89 |
| 07123 | SEARS HOMETOWN OUTLE | 9356 MANSFIELD RD | SHREVEPORT | LA 71118-3156 | 2827677376 | 28-FEB-19 | $49.10 |
| 07176 | SEARS HOMETOWN OUTLE | 700 TENNESSEE AVE | DALHART | TX 79022-3800 | 2827677377 | 28-FEB-19 | $48.74 |
| 07438 | SEARS HOMETOWN OUTLE | 2335 E  MPERIAL HWY | BREA | CA 92821-6112 | 2827677378 | 28-FEB-19 | $45.03 |
| 09114 | SEARS HOMETOWN OUTLE | 2811 DEKALB P KE | NORRISTOWN | PA 19401-1822 | 2827677379 | 28-FEB-19 | $47.73 |
| 03087 | SEARS HOMETOWN OUTLE | 150 GARDEN OAKS DR SW | CAMDEN | AR | 2827677380 | 28-FEB-19 | $50.10 |
| 05501 | SEARS HOMETOWN OUTLE | 1702 GREGORY AVENUE EXT | SUNNYSIDE | WA | 2827677381 | 28-FEB-19 | $48 59 |
| 03109 | SEARS HOMETOWN OUTLE | 362 N FRANKL N ST | FORT BRAGG | CA | 2827677382 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:          Invoice Number

SEARS - HOMETOWN OUTLET                8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 44 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:  7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 09296 | SEARS HOMETOWN OUTLE | 300 BONNER MALL WAY | PONDERAY | ID | 83852-9798 | 2827677383 | 28-FEB-19 | $45.03 |
| 05516 | SEARS HOMETOWN OUTLE | 1605 1ST ST S | WILLMAR | MN | 56201-4234 | 2827677384 | 28-FEB-19 | $48 36 |
| 07301 | SEARS HOMETOWN OUTLE | 404 W MAIN ST | LAKE CITY | SC | 29560-2318 | 2827677421 | 28-FEB-19 | $45.03 |
| 03999 | SEARS HOMETOWN OUTLE | 220 CENTER ST | TAFT | CA | 93268-3507 | 2827677422 | 28-FEB-19 | $45.03 |
| 04958 | SEARS HOMETOWN OUTLE | 2401 S VINEYARD AVE | ONTARIO | CA | 91761-6470 | 2827677423 | 28-FEB-19 | $45.03 |
| 04981 | SEARS HOMETOWN OUTLE | 1764 COLUMBUS P KE | DELAWARE | OH | 43015-2726 | 2827677424 | 28-FEB-19 | $48.18 |
| 04989 | SEARS HOMETOWN OUTLE | 4854 W LONE MOUNTAIN RD | LAS VEGAS | NV | 89130-2239 | 2827677425 | 28-FEB-19 | $45.03 |
| 03458 | SEARS HOMETOWN OUTLE | 114 N BUS NESS IH 35 | NEW BRAUNFELS | TX | 78130-7855 | 2827677426 | 28-FEB-19 | $48.75 |
| 06863 | SEARS HOMETOWN OUTLE | 211 S BROAD ST | EDENTON | NC | 27932-1931 | 2827677427 | 28-FEB-19 | $48.07 |
| 06864 | SEARS HOMETOWN OUTLE | 3718 PEPPERELL PKWY | OPELIKA | AL | 36801-6004 | 2827677428 | 28-FEB-19 | $45.03 |
| 01857 | SEARS HOMETOWN OUTLE | 2805 GULF FWY S | LEAGUE CITY | TX | | 2827677429 | 28-FEB-19 | $48.63 |
| 07359 | SEARS HOMETOWN OUTLE | 2505-B VISTA WAY 1 | OCEANS DE | CA | | 2827677430 | 28-FEB-19 | $45.03 |
| 07378 | SEARS HOMETOWN OUTLE | 11223 N W LLIAMS ST | DUNNELLON | FL | | 2827677431 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:              CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET            8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT
TO

ORIGINAL    MAINTENANCE(Summary and Copies of Invoices) Pg 298 of 314

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 45 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05890 | SEARS HOMETOWN OUTLE | 910 HUNTINGTON AVE | WISCONS N RAPIDS WI 54494-6399 | 2827677432 | 28-FEB-19 | $47.51 |
| 03205 | SEARS HOMETOWN OUTLE | 2215 GARRETT WAY | POCATELLO ID 83201-6123 | 2827677433 | 28-FEB-19 | $45.03 |
| 03872 | SEARS HOMETOWN OUTLE | 2858 POPLAR AVE | MEMPHIS TN 38111-2032 | 2827677434 | 28-FEB-19 | $49.19 |
| 03480 | SEARS HOMETOWN OUTLE | 594 STATE ROUTE 3 | PLATTSBURGH NY 12901-6526 | 2827677435 | 28-FEB-19 | $48.63 |
| 09490 | SEARS HOMETOWN OUTLE | 69 N 28TH ST E | SUPERIOR WI 54880-6596 | 2827677436 | 28-FEB-19 | $47.51 |
| 09497 | SEARS HOMETOWN OUTLE | 680 W WINTON AVE | HAYWARD CA 94545-2135 | 2827677437 | 28-FEB-19 | $45.03 |
| 05570 | SEARS HOMETOWN OUTLE | 2819 HIGHWAY 29 S | ALEXANDRIA MN 56308-3445 | 2827677456 | 28-FEB-19 | $48.36 |
| 05897 | SEARS HOMETOWN OUTLE | 1212 MARLANDWOOD RD | TEMPLE TX 76502-3337 | 2827677457 | 28-FEB-19 | $48.75 |
| 05935 | SEARS HOMETOWN OUTLE | 1315 N NORWOOD ST | WALLACE NC 28466-1331 | 2827677458 | 28-FEB-19 | $48.18 |
| 05936 | SEARS HOMETOWN OUTLE | 3001 N HIGHWAY 81 | DUNCAN OK 73533-8923 | 2827677459 | 28-FEB-19 | $45.03 |
| 03587 | SEARS HOMETOWN OUTLE | 1110 FERGUSON DR | BENTON AR | 2827677460 | 28-FEB-19 | $49.09 |
| 03020 | SEARS HOMETOWN OUTLE | 2995 CLEVELAND RD | WOOSTER OH | 2827677461 | 28-FEB-19 | $47.96 |
| 05407 | SEARS HOMETOWN OUTLE | 220 BADEN STRASSE | JASPER IN | 2827677462 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 46 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05408 | SEARS HOMETOWN OUTLE | 1306 THELMA KELLER AVE | EFFINGHAM IL 62401-4582 | 2827677463 | 28-FEB-19 | $45.03 |
| 06914 | SEARS HOMETOWN OUTLE | 207 E MA N ST | WALLA WALLA WA 99362-2001 | 2827677464 | 28-FEB-19 | $49.04 |
| 06966 | SEARS HOMETOWN OUTLE | 189 RUSSELL ST | HADLEY MA 01035-9521 | 2827677465 | 28-FEB-19 | $45.03 |
| 07379 | SEARS HOMETOWN OUTLE | 25704 HIGHWAY 290 | CYPRESS TX 77429-1010 | 2827677466 | 28-FEB-19 | $48 29 |
| 09876 | SEARS HOMETOWN OUTLE | 4300 FAYETTEVILLE RD | RALEIGH NC 27603-3610 | 2827677467 | 28-FEB-19 | $48.30 |
| 07440 | SEARS HOMETOWN OUTLE | 35101 EUCL D AVE | WILLOUGHBY OH 44094-4560 | 2827677468 | 28-FEB-19 | $48.18 |
| 03150 | SEARS HOMETOWN OUTLE | 16750 S US HIGHWAY 441 | SUMMERFIELD FL 34491-6639 | 2827677469 | 28-FEB-19 | $48.18 |
| 07450 | SEARS HOMETOWN OUTLE | 26662 BROOKPARK ROAD EXT | NORTH OLMSTED OH 44070-3136 | 2827677470 | 28-FEB-19 | $48.63 |
| 04604 | SEARS HOMETOWN OUTLE | ORDC | PEARL CITY HI 96782 | 2827677471 | 28-FEB-19 | $47.16 |
| 07604 | SEARS HOMETOWN OUTLE | 5101 ASHLEY PHOSHATE RD | CHARLESTON SC 29419 | 2827677472 | 28-FEB-19 | $45.03 |
| 03377 | SEARS HOMETOWN OUTLE | 2480 S FRONTAGE RD | VICKSBURG MS | 2827677473 | 28-FEB-19 | $48.18 |
| 07920 | SEARS HOMETOWN OUTLE | 1265 TOWN SQUARE DR | FORT WORTH TX | 2827677474 | 28-FEB-19 | $48.74 |
| 03482 | SEARS HOMETOWN OUTLE | 2816 FRONTAGE RD | WARSAW IN | 2827677475 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

| CUSTOMER NAME: | CUSTOMER NUMBER: | Invoice Number |
|---|---|---|
| SEARS - HOMETOWN OUTLET | 8481553 | S900081315 |

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

NCR

SUMMARY

| Comments: |  |
|-----------|--|
|           |  |

| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|---|
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 47 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:  7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03078 | SEARS HOMETOWN OUTLE | 310 COLORADO AVE | LA JUNTA | CO | 81050-3608 | 2827677476 | 28-FEB-19 | $48.14 |
| 09286 | SEARS HOMETOWN OUTLE | 2115 W COMMONWEALTH AVE STE A | ALHAMBRA | CA | 91803-1437 | 2827677477 | 28-FEB-19 | $45.03 |
| 05513 | SEARS HOMETOWN OUTLE | 204 W BYPASS | ANDALUSIA | AL | 36420-2512 | 2827677478 | 28-FEB-19 | $45.03 |
| 03107 | SEARS HOMETOWN OUTLE | 2020 N WEST AVE | EL DORADO | AR | 71730-3348 | 2827677479 | 28-FEB-19 | $49.42 |
| 03583 | SEARS HOMETOWN OUTLE | 29 S HILL PLAZA DR | RIPLEY | WV | 25271-5800 | 2827677480 | 28-FEB-19 | $47.73 |
| 03700 | SEARS HOMETOWN OUTLE | 3151 S SPR NGFIELD AVE | BOLIVAR | MO | 65613-9136 | 2827677481 | 28-FEB-19 | $45.03 |
| 06175 | SEARS HOMETOWN OUTLE | 410 PINOLA DR SE | MAGEE | MS | 39111-4240 | 2827677482 | 28-FEB-19 | $48.18 |
| 06200 | SEARS HOMETOWN OUTLE | 717 W PARK AVE | GREENWOOD | MS | 38930-2909 | 2827677483 | 28-FEB-19 | $48.18 |
| 05584 | SEARS HOMETOWN OUTLE | 550 FAIRVIEW BLVD | KENDALLVILLE | IN | 46755-2969 | 2827677484 | 28-FEB-19 | $48.18 |
| 05558 | SEARS HOMETOWN OUTLE | 2338 OVERLAND AVE | BURLEY | ID | 83318-2932 | 2827677521 | 28-FEB-19 | $45.03 |
| 03156 | SEARS HOMETOWN OUTLE | 1535 DABNEY DR | HENDERSON | NC | | 2827677522 | 28-FEB-19 | $48.07 |
| 03089 | SEARS HOMETOWN OUTLE | 3115 N STOCKTON H LL RD | K NGMAN | AZ | | 2827677523 | 28-FEB-19 | $45.03 |
| 05487 | SEARS HOMETOWN OUTLE | 2750 MOUNT PLEASANT ST # 100 | BURLINGTON | IA | | 2827677524 | 28-FEB-19 | $48.18 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:         Invoice Number

SEARS - HOMETOWN OUTLET                    8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

SUMMARY

 NCR

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 48 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:  7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 01753 | SEARS HOMETOWN OUTLE | 3195 N FRANKL N ST | CHRISTIANSBURG | VA | 24073-4025 | 2827677525 | 28-FEB-19 | $46.23 |
| 03860 | SEARS HOMETOWN OUTLE | 407 S CATLIN ST | MISSOULA | MT | 59801-1505 | 2827677526 | 28-FEB-19 | $45.03 |
| 09449 | SEARS HOMETOWN OUTLE | 1215 MARSH LANE SUITE 165 | CARROLLTON | TX | 75006 | 2827677527 | 28-FEB-19 | $48.74 |
| 03166 | SEARS HOMETOWN OUTLE | 1377 N SANDH LLS BLVD | ABERDEEN | NC | 28315-2211 | 2827677528 | 28-FEB-19 | $48.07 |
| 03248 | SEARS HOMETOWN OUTLE | 1105 US HIGHWAY 2 W | KALISPELL | MT | 59901-1619 | 2827677529 | 28-FEB-19 | $45.03 |
| 05727 | SEARS HOMETOWN OUTLE | 375 W MAIN ST STE C | WOODLAND | CA | 95695-3683 | 2827677530 | 28-FEB-19 | $45.03 |
| 03250 | SEARS HOMETOWN OUTLE | 1645 N SPR NG ST | BEAVER DAM | WI | 53916-1194 | 2827677531 | 28-FEB-19 | $47 51 |
| 06206 | SEARS HOMETOWN OUTLE | 615 WESTS DE DR | DURANT | OK | 74701-2955 | 2827677532 | 28-FEB-19 | $45.03 |
| 06208 | SEARS HOMETOWN OUTLE | 2607 HIGHWAY 67 S | POCAHONTAS | AR | 72455-4147 | 2827677533 | 28-FEB-19 | $49.42 |
| 03826 | SEARS HOMETOWN OUTLE | 19554 HIGHWAY 314 | BELEN | NM | 87002-6379 | 2827677534 | 28-FEB-19 | $48.78 |
| 02172 | SEARS HOMETOWN OUTLE | 150 HOCK NG MALL | LOGAN | OH | | 2827677535 | 28-FEB-19 | $48 30 |
| 07403 | SEARS HOMETOWN OUTLE | 7011 FM 1960 RD E | HUMBLE | TX | | 2827677536 | 28-FEB-19 | $48.74 |
| 07538 | SEARS HOMETOWN OUTLE | 15711 AURORA AVE N | SHORELINE | WA | | 2827677537 | 28-FEB-19 | $49 54 |

TOTAL BALANCE
DUE UPON RECEIPT

 NCR

CONTINUED

SUMMARY

CUSTOMER NAME:                    CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET                    8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

**NCR**

ORIGINAL     MAINTENANCE     SUMMARY

| Comments: | | |
|---|---|---|

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 49 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05848 | SEARS HOMETOWN OUTLE | 1262 ANDREWS RD | MURPHY | NC | 28906-2899 | 2827677538 | 28-FEB-19 | $48.18 |
| 05937 | SEARS HOMETOWN OUTLE | 230 SE PIONEER WAY | OAK HARBOR | WA | 98277-5714 | 2827677539 | 28-FEB-19 | $48.95 |
| 03591 | SEARS HOMETOWN OUTLE | 901 W MORTON AVE | JACKSONV LLE | IL | 62650-3145 | 2827677540 | 28-FEB-19 | $45.03 |
| 05938 | SEARS HOMETOWN OUTLE | 101 N 4TH ST | ATCHISON | KS | 66002-2508 | 2827677541 | 28-FEB-19 | $48.97 |
| 07700 | SEARS HOMETOWN OUTLE | 580 W HIGHWAY 32 | STOCKTON | MO | 65785-9817 | 2827677542 | 28-FEB-19 | $45.03 |
| 01859 | SEARS HOMETOWN OUTLE | 15242 WALLISV LLE RD | HOUSTON | TX | 77049-4627 | 2827677543 | 28-FEB-19 | $48.74 |
| 01860 | SEARS HOMETOWN OUTLE | 1758 DOUGLAS RD | OSWEGO | IL | 60543-5112 | 2827677544 | 28-FEB-19 | $45.03 |
| 07178 | SEARS HOMETOWN OUTLE | 15850 SOUTHWEST FWY | SUGAR LAND | TX | 77478-4090 | 2827677545 | 28-FEB-19 | $48.74 |
| 05924 | SEARS HOMETOWN OUTLE | 312 S DIVISION ST | MOSES LAKE | WA | 98837-1955 | 2827677546 | 28-FEB-19 | $48.68 |
| 07190 | SEARS HOMETOWN OUTLE | 1180-1182 BALTIMORE P KE | SPRINGF ELD | PA | 19064-2850 | 2827677547 | 28-FEB-19 | $47.73 |
| 01932 | SEARS HOMETOWN OUTLE | 3701 OUTLET CENTER DR STE 340 | SEALY | TX | | 2827677548 | 28-FEB-19 | $48.75 |
| 03489 | SEARS HOMETOWN OUTLE | 97900 S/C AVE | HARBOR | OR | | 2827677549 | 28-FEB-19 | $45.03 |
| 07561 | SEARS HOMETOWN OUTLE | 9860 TELEGRAPH RD | TAYLOR | MI | | 2827677550 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT

**NCR**

CONTINUED

SUMMARY

CUSTOMER NAME:                      CUSTOMER NUMBER:          Invoice Number

SEARS - HOMETOWN OUTLET                 8481553             S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)    Pg 303 of 314
SUMMARY

**Comments:**

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 50 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03565 | SEARS HOMETOWN OUTLE | 31SGT S PRENTISS DR | NATCHEZ | MS | 39120 | 2827677551 | 28-FEB-19 | $48.18 |
| 07562 | SEARS HOMETOWN OUTLE | 6045 S PACKARD AVE | CUDAHY | WI | 53110-3027 | 2827677552 | 28-FEB-19 | $47.56 |
| 09944 | SEARS HOMETOWN OUTLE | 8200 BELAIR RD | BALT MORE | MD | 21236-3403 | 2827677553 | 28-FEB-19 | $45.03 |
| 05567 | SEARS HOMETOWN OUTLE | 1101 JENSON AVE SE | WATERTOWN | SD | 57201-5259 | 2827677554 | 28-FEB-19 | $47.96 |
| 07541 | SEARS HOMETOWN OUTLE | 7647 W 88TH AVE | WESTMINSTER | CO | 80005-1684 | 2827677588 | 28-FEB-19 | $48.57 |
| 02753 | SEARS HOMETOWN OUTLE | 7495 HUNTINGDON PLZ | HUNTINGDON | PA | 16652-1273 | 2827677589 | 28-FEB-19 | $47.73 |
| 05414 | SEARS HOMETOWN OUTLE | 2339 N MA N ST | LIBERTY | TX | 77575-3901 | 2827677590 | 28-FEB-19 | $48.75 |
| 05707 | SEARS HOMETOWN OUTLE | 835 TUCKER RD | TEHACHAPI | CA | 93561-2511 | 2827677591 | 28-FEB-19 | $45.03 |
| 09248 | SEARS HOMETOWN OUTLE | 74-5583 LUTHIA STREET BAY # B7 | KAILUA KONA | HI | 96740 | 2827677592 | 28-FEB-19 | $47.03 |
| 05709 | SEARS HOMETOWN OUTLE | 1810 N CENTRAL AVE | MARSHF ELD | WI | 54449-8310 | 2827677593 | 28-FEB-19 | $47.51 |
| 05511 | SEARS HOMETOWN OUTLE | 704 AVENUE G | FORT MADISON | IA | | 2827677594 | 28-FEB-19 | $48.18 |
| 09897 | SEARS HOMETOWN OUTLE | 820 RECTOR DR 2 E | SAN ANTONIO | TX | | 2827677595 | 28-FEB-19 | $48.74 |
| 03091 | SEARS HOMETOWN OUTLE | 1429 W HIGH ST | BRYAN | OH | | 2827677596 | 28-FEB-19 | $48.30 |

TOTAL BALANCE
DUE UPON RECEIPT

NCR                                                        CONTINUED

                                                           SUMMARY

CUSTOMER NAME:              CUSTOMER NUMBER:       Invoice Number

SEARS - HOMETOWN OUTLET          8481553          S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL     MAINTENANCE(Summary and Copies of Invoices)   Pg 304 of 314

SUMMARY

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 51 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:  7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03226 | SEARS HOMETOWN OUTLE | 1002 W CUMBERLAND ST | DUNN | NC | 28334-4716 | 2827677597 | 28-FEB-19 | $48.18 |
| 09219 | SEARS HOMETOWN OUTLE | 49693 US HIGHWAY 86 | COACHELLA | CA | 92236-1428 | 2827677598 | 28-FEB-19 | $45.03 |
| 05712 | SEARS HOMETOWN OUTLE | 1700 RA NBOW DR | CANON CITY | CO | 81212-6409 | 2827677599 | 28-FEB-19 | $47.69 |
| 04612 | SEARS HOMETOWN OUTLE | 12001 SEARS ST | LIVONIA | MI | 48150-2108 | 2827677600 | 28-FEB-19 | $45.03 |
| 03161 | SEARS HOMETOWN OUTLE | 1435 CLEVELAND AVE | MARINETTE | WI | 54143-3918 | 2827677601 | 28-FEB-19 | $47.51 |
| 03809 | SEARS HOMETOWN OUTLE | 1795 12TH ST | HOOD RIVER | OR | 97031-9531 | 2827677602 | 28-FEB-19 | $45.03 |
| 06583 | SEARS HOMETOWN OUTLE | 1349 JAMIE LN | WATERLOO | IL | 62298-5569 | 2827677603 | 28-FEB-19 | $45.03 |
| 06584 | SEARS HOMETOWN OUTLE | 310 E 5TH ST | NORTH PLATTE | NE | 69101-6921 | 2827677604 | 28-FEB-19 | $48.19 |
| 08044 | SEARS HOMETOWN OUTLE | 1005 W HIGHWAY 49 | WEST HELENA | AR | 72390-1835 | 2827677605 | 28-FEB-19 | $49.76 |
| 04012 | SEARS HOMETOWN OUTLE | 3230 GERTSNER MEMORIAL DR | LAKE CHARLES | LA | 70601-6964 | 2827677606 | 28-FEB-19 | $49.62 |
| 04268 | SEARS HOMETOWN OUTLE | 1240 RELAND DR | FAYETTEV LLE | NC | | 2827677607 | 28-FEB-19 | $48.18 |
| 01871 | SEARS HOMETOWN OUTLE | 217 S 25TH ST. STE A02 #1871 | FORT DODGE | IA | | 2827677608 | 28-FEB-19 | $48.18 |
| 09411 | SEARS HOMETOWN OUTLE | 11687 WESTHEIMER RD | HOUSTON | TX | | 2827677609 | 28-FEB-19 | $48.29 |

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

SUMMARY

CUSTOMER NAME:          CUSTOMER NUMBER:      Invoice Number

SEARS - HOMETOWN OUTLET        8481553        S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

ORIGINAL    MAINTENANCE (Summary and Copies of Invoices)    Pg 305 of 314    SUMMARY    Exhibit B

| Comments: | | | |
|---|---|---|---|
| | INVOICE NUMBER | INVOICE DATE | DUE DATE |
| | S900081315 | 24-JAN-19 | Upon Receipt |
| | PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| | PAGE 52 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:    7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05517 | SEARS HOMETOWN OUTLE | 2908 CITIZENS PKWY | SELMA | AL | 36701-3915 | 2827677610 | 28-FEB-19 | $45.03 |
| 09881 | SEARS HOMETOWN OUTLE | 3535 N ROCK RD | WICHITA | KS | 67226-1365 | 2827677611 | 28-FEB-19 | $48.41 |
| 06213 | SEARS HOMETOWN OUTLE | 528 S MA N ST | SWAINSBORO | GA | 30401-4861 | 2827677612 | 28-FEB-19 | $45.03 |
| 03721 | SEARS HOMETOWN OUTLE | 3052 HIGHWAY 5 | THOMASV LLE | AL | 36784-4320 | 2827677613 | 28-FEB-19 | $45.03 |
| 07219 | SEARS HOMETOWN OUTLE | 1604 N LOCUST AVE STE B | LAWRENCEBURG | TN | 38464-2214 | 2827677614 | 28-FEB-19 | $49.42 |
| 06979 | SEARS HOMETOWN OUTLE | 656 N DUPONT BLVD STE A | M LFORD | DE | 19963-1094 | 2827677615 | 28-FEB-19 | $45.03 |
| 02178 | SEARS HOMETOWN OUTLE | 1085 W PIONEER BLVD | MESQUITE | NV | 89027-8898 | 2827677616 | 28-FEB-19 | $45.03 |
| 07391 | SEARS HOMETOWN OUTLE | 1302 W DAVIS ST | CONROE | TX | 77304-2339 | 2827677617 | 28-FEB-19 | $48.74 |
| 05453 | SEARS HOMETOWN OUTLE | 3917 N CARSON ST | CARSON CITY | NV | 89706-1977 | 2827677618 | 28-FEB-19 | $45.03 |
| 09150 | SEARS HOMETOWN OUTLE | 1208 MAGNOLIA AVE | CORONA | CA | 92881 | 2827677619 | 28-FEB-19 | $45.03 |
| 04666 | SEARS HOMETOWN OUTLE | 16809 N 9TH STREET | PHOENIX | AZ | | 2827677620 | 28-FEB-19 | $45.03 |
| 05587 | SEARS HOMETOWN OUTLE | 904 S STATE ROAD 19 | PALATKA | FL | | 2827677621 | 28-FEB-19 | $48.18 |
| 05588 | SEARS HOMETOWN OUTLE | 1860 N MA N ST | CROSSV LLE | TN | | 2827677622 | 28-FEB-19 | $49.42 |

TOTAL BALANCE
DUE UPON RECEIPT

CONTINUED

SUMMARY

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553            S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT
TO

ORIGINAL      MAINTENANCE(Summary and Copies of Invoices)    Pg 306 of 314

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 53 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:  7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 07102 | SEARS HOMETOWN OUTLE | 412 N MA N ST | K LMARNOCK | VA | 22482-3825 | 2827677630 | 28-FEB-19 | $46.23 |
| 05702 | SEARS HOMETOWN OUTLE | 200 N WEBER RD | BOL NGBROOK | IL | 60440-1566 | 2827677631 | 28-FEB-19 | $45.03 |
| 06984 | SEARS HOMETOWN OUTLE | 4551 BILLY W LLIAMSON DR | MACON | GA | 31206-8751 | 2827677632 | 28-FEB-19 | $45.03 |
| 05742 | SEARS HOMETOWN OUTLE | 507 IOWA AVE W | MARSHALLTOWN | IA | 50158-4700 | 2827677633 | 28-FEB-19 | $48.18 |
| 05743 | SEARS HOMETOWN OUTLE | 1701 SOSCOL AVE | NAPA | CA | 94559-1341 | 2827677634 | 28-FEB-19 | $45.03 |
| 07820 | SEARS HOMETOWN OUTLE | 3632 E FRONT ST | KANSAS CITY | MO | 64120-1029 | 2827677651 | 28-FEB-19 | $45.03 |
| 09284 | SEARS HOMETOWN OUTLE | 13435 HWY 183N | AUSTIN | TX | 78750 | 2827677652 | 28-FEB-19 | $48.74 |
| 05806 | SEARS HOMETOWN OUTLE | 168 VILLAGE CENTER RD | HARLAN | KY | 40831-1777 | 2827677653 | 28-FEB-19 | $45.03 |
| 03346 | SEARS HOMETOWN OUTLE | 6845 US HIGHWAY 90 STE 101 | DAPHNE | AL | 36526-9545 | 2827677654 | 28-FEB-19 | $45.03 |
| 05808 | SEARS HOMETOWN OUTLE | 522 3RD ST | CLEVELAND | MS | 38732-2362 | 2827677655 | 28-FEB-19 | $48.18 |
| 03827 | SEARS HOMETOWN OUTLE | 3308 HIGHWAY 35 N | ROCKPORT | TX | | 2827677656 | 28-FEB-19 | $48.74 |
| 06607 | SEARS HOMETOWN OUTLE | 915 13TH ST SW | SPENCER | IA | | 2827677657 | 28-FEB-19 | $48.18 |
| 03932 | SEARS HOMETOWN OUTLE | 1704 N 1ST ST | HAMILTON | MT | | 2827677658 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT



CONTINUED

SUMMARY

CUSTOMER NAME:                CUSTOMER NUMBER:        Invoice Number

SEARS - HOMETOWN OUTLET              8481553              S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

MAIL
PAYMENT ➡
TO

Comments:

| INVOICE NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| S900081315 | 24-JAN-19 | Upon Receipt |
| PAGE NUMBER | INVOICE INQUIRIES | NCR ORG / TERR |
| PAGE 54 OF 54 | myncr.ncr.com | 201401000 / |

Invoiced To:   7698730

SEARS - HOMETOWN OUTLET
RICK BRUMM
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

| PO NUMBER | NCR CONTRACT NUMBER | BILLING FREQUENCY |
|---|---|---|
| | 1459115 | |

| CUSTOMER | LOCATION | | | | INVOICE NUMBER | BILLING END DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 03948 | SEARS HOMETOWN OUTLE | 909 E MILAM US HWY 84 | MEXIA | TX 76667 | 2827677659 | 28-FEB-19 | $48.74 |
| 05585 | SEARS HOMETOWN OUTLE | 204 W MAIN ST | FORT KENT | ME 04743-1119 | 2827677660 | 28-FEB-19 | $45.03 |
| 05733 | SEARS HOMETOWN OUTLE | 2601 CENTRAL AVE | DODGE CITY | KS 67801-6200 | 2827677661 | 28-FEB-19 | $48.93 |
| 05452 | SEARS HOMETOWN OUTLE | 2570 S MA N ST | LAKEPORT | CA 95453-5692 | 2827677662 | 28-FEB-19 | $45.03 |
| 03102 | SEARS HOMETOWN OUTLE | 7147 W 48TH ST | FREMONT | MI 49412-9191 | 2827677663 | 28-FEB-19 | $45.03 |
| 09282 | SEARS HOMETOWN OUTLE | 11060 VE RS MILL RD | S LVER SPR NG | MD 20902-2521 | 2827677664 | 28-FEB-19 | $45.03 |
| 07893 | SEARS HOMETOWN OUTLE | 4364 PONDSIDE PLZ | GENESEO | NY 14454-9429 | 2827677665 | 28-FEB-19 | $48.63 |
| 07902 | SEARS HOMETOWN OUTLE | 1607 E 7TH ST | ATLANTIC | IA 50022-1910 | 2827677666 | 28-FEB-19 | $48.18 |
| 01829 | SEARS HOMETOWN OUTLE | 3277 W MCDOWELL RD | GOODYEAR | AZ 85338 | 2827677667 | 28-FEB-19 | $45.03 |

TOTAL BALANCE
DUE UPON RECEIPT        $32,800.22

 NCR

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

CUSTOMER NAME:        CUSTOMER NUMBER:     Invoice Number        SUMMARY

SEARS - HOMETOWN OUTLET        8481553        S900081315

WE TAKE CUSTOMER SATISFACTION PERSONALLY AND APPRECIATE YOUR BUSINESS.

Account Name: NCR US Lockbox
Account Number:
Bank Name: Bank of America
ACH ABA/Routing #:

MAIL PAYMENT TO
NCR CORPORATION
14181 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PLEASE PAY
$32,800.22

0008481553    S900081315    000003280022    8



**INVOICE**

Page    1   of   1

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-17-2019 |
| Invoice Due Date: | 02-16-2019 |
| Contract Number: | |
| Invoice Number: | 4970 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |

**BILL TO:**

SEARS #02233 - 02233
1400 AVE MIRAMAR STE 18
HOME APPLIANCE INSIDE A KMART
ARECIBO, PR 00612-2747
UNITED STATES

Remit to: NCR International Inc.
PO Box # 71540
San Juan 00936-8640

Customer Number:    PR060003PR        Service Store:    02233

SERVICE PERIOD FROM    11-27-2018    THRU    11-27-2018        Payment Terms:    30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| PARTS | W811210007 INC 2128890  SEARS 1945 REG IN FURNITURE SOFTWARE REOLAD | 1.08 | 125.00 | 135.00 |
| PARTS | W811200051 INC 2128304  SEARS 1935 REG OFFLINE BECAUSE LAN CABLE CONECTION | 1.42 | 125.00 | 177.50 |
| PARTS | W811110004 INC 2117938 SEARS 1935 REG ON APPLIANCE FREEZING BECAUSE DEBIT READER | .5 | 125.00 | 62.50 |
| PARTS | W811140032 INC 2121568 SEARS 1935 REG 535 AND 536 RESET/REBOOT | .5 | 125.00 | 62.50 |

-

| | |
|---|---|
| Subtotal | $437.50 |
| State Tax | $45.94 |
| Municipal Tax    1.00 | $4.38 |
| Total | $487.82 |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.



**INVOICE**

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-17-2019 |
| Invoice Due Date: | 02-16-2019 |
| Contract Number: | |
| Invoice Number: | 4971 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |
| Remit To: | |

**BILL TO:**

SEARS HOLDINGS - KMART EQUIPMENT MGMT
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001
UNITED STATES

Customer Number:    PR055042PR        Service Store:

SERVICE PERIOD FROM    11-27-2018    THRU    11-27-2018        Payment Terms:    30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| PARTS | W811260030 INC 2133882  KMART STORE 7566 REG 14 BROKEN LCD DISPLAY REPLACED | 2.58 | 125.00 | 322.50 |
| PARTS | LCD DISPLAY | 1 | 1,273.00 | 1,273.00 |
| PARTS | W811240002 INC 2130839 KMART 7665 LEXMARK PRINTER CONFIGURATION CHANGED | 1 | 125.00 | 125.00 |
| PARTS | W811240036 INC 2095026  KMART 3829 REG 6 FLAT SCANNER PROGRAMED | .25 | 125.00 | 31.25 |
| PARTS | W811220004 INC 2129752  KMART 7788 REG 66 DISPLAY PHISICALLY BROKEN | .38 | 125.00 | 47.50 |
| PARTS | LCD DISPLAY | 1 | 1,273.00 | 1,273.00 |
| PARTS | W811180002 INC 2116538  KMART 9394 REG 2 DEBIT READER CONFIGURATION-CONECTION | 1.83 | 125.00 | 228.75 |
| PARTS | W810240034 INC 2095024 KMART 3829 REG 5 FLAT SCANNER PROGRAMED | .25 | 125.00 | 31.25 |
| PARTS | W810240039 INC 2095030 KMART 3829 REG 9 FLAT SCANNER PROGRAMED | .5 | 125.00 | 62.50 |

-

| | |
|---|---|
| Subtotal | |
| State Tax | |
| Municipal Tax | |
| Total | |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE  DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.



**INVOICE**

Page   2   of   3

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-17-2019 |
| Invoice Due Date: | 02-16-2019 |
| Contract Number: | |
| Invoice Number: | 4971 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |
| Remit To: | |

**BILL TO:**

SEARS HOLDINGS - KMART EQUIPMENT MGMT
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001
UNITED STATES

Customer Number:   PR055042PR        Service Store:

SERVICE PERIOD FROM   11-27-2018      THRU   11-27-2018          Payment Terms:   30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| PARTS | W811090045 INC 2116533 KMART 9394 REG 4 FLATBED SCANNER PROGRAMING AND CONECTION | .87 | 125.00 | 108.75 |
| PARTS | W810240038 INC 2095033 KMART 3829 REG 16 FLAT SCANNER PROGRAMED | .25 | 125.00 | 31.25 |
| PARTS | W811220005 INC 2129784  KMART 9394 REG 1 DATA CABLING | 1 | 125.00 | 125.00 |
| PARTS | W810240033 INC 2095021  KMART 3829 REG 1 FLAT SCANNER PROGRAMED | .25 | 125.00 | 31.25 |
| PARTS | W810240035 INC 2095022  KMART 3829 REG 4 FLAT SCANNER PROGRAMED | .25 | 125.00 | 31.25 |
| PARTS | W811090044 INC 2116530  KMART 9394 REG 2 CASH DRAWER CABLE BROKEN | .67 | 125.00 | 83.75 |
| PARTS | W811220008 INC 2129959KMART 7768 CATALINA PRINTERS OFFLINE BECAUSE FAILED CONECTION | 1.42 | 125.00 | 177.50 |
| PARTS | W811190036  INC 2127001 KMART 7741  LAYAWAY REG REPLACED DATA CABLE, DEBIT READER & RELOAD SOFTWA | .5 | 125.00 | 62.50 |
| PARTS | W808030013 INC 1980015  KMART 7793 REG 10 NOT | .75 | 125.00 | 93.75 |

-

| | |
|---|---|
| Subtotal | |
| State Tax | |
| Municipal Tax | |
| Total | |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE  DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL
CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA
OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.



**INVOICE**

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-17-2019 |
| Invoice Due Date: | 02-16-2019 |
| Contract Number: | |
| Invoice Number: | 4971 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |
| Remit To: | NCR International Inc. |
| | PO Box # 71540 |
| | San Juan 00936-8640 |

**BILL TO:**

SEARS HOLDINGS - KMART EQUIPMENT MGMT
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001
UNITED STATES

Customer Number:   PR055042PR     Service Store:

SERVICE PERIOD FROM     11-27-2018     THRU   11-27-2018         Payment Terms:     30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| | COMUNICATING BECAUSE FAILED PINPAD | | | |

| | | |
|---|---|---|
| | Subtotal | $4,139.75 |
| | State Tax | $434.67 |
| Municipal Tax | 1.00 | $41.40 |
| | Total | $4,615.82 |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE  DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.



**INVOICE**

Page    1    of    2

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-23-2019 |
| Invoice Due Date: | 02-22-2019 |
| Contract Number: | |
| Invoice Number: | 4974 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |
| Remit To: | |

**BILL TO:**

SEARS HOLDINGS - KMART EQUIPMENT MGMT
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001
UNITED STATES

Customer Number:    PR055042PR        Service Store:

SERVICE PERIOD FROM    12-31-2018    THRU    12-31-2018        Payment Terms:    30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| PARTS | KMART #07788 INC 1980015 REG 9 PINPAD CONECTION | 1 | 125.00 | 125.00 |
| PARTS | KMART #09394 INC2157509 REG 8 DATA CABLE & DEBIT READER | 1.13 | 125.00 | 141.25 |
| PARTS | KMART #07788 INC 2137913 REG 9 DATA CABLE CONECTION | 1.17 | 125.00 | 146.25 |
| PARTS | KMART #03882 REG 68 PINPAD REPLACED | .33 | 125.00 | 41.25 |
| PARTS | KMART #03993 INC2146978 REG 9 DEBIT READER CBLES | 1.5 | 125.00 | 187.50 |
| PARTS | KMART #07741 INC 2153333 REG DATA CABLE & DEBIT READER | 1.65 | 125.00 | 206.25 |
| PARTS | KMART #09394 INC 2153502 REG 24 FAILURE RELATED TO SW & CONFIG | 1 | 125.00 | 125.00 |
| PARTS | KMART #03882 REG 68 FAILURE RELATED TO DEBIT READER | .5 | 125.00 | 62.50 |
| PARTS | KMART #07788 INC 2145672 REG 13 DEBIT READER CABLE | .92 | 125.00 | 115.00 |
| PARTS | KMART #07788 INC 2138139 DAMAGED LAN PORT | 1.5 | 125.00 | 187.50 |
| PARTS | KMART #09394 INC 2147265 LEXMARK PRINT WRONG TRAY-CONFIGURATION | 1 | 125.00 | 125.00 |
| PARTS | KMART #3829 RX SERVER FAILBACKUP BECAUSE MEDIA | 4 | 125.00 | 500.00 |

-

| | |
|---|---|
| Subtotal | |
| State Tax | |
| Municipal Tax | |
| Total | |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.



**INVOICE**

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-23-2019 |
| Invoice Due Date: | 02-22-2019 |
| Contract Number: | |
| Invoice Number: | 4974 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |

**BILL TO:**

SEARS HOLDINGS - KMART EQUIPMENT MGMT
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001
UNITED STATES

Remit to: NCR International Inc.
PO Box # 71540
San Juan 00936-8640

Customer Number:  PR055042PR      Service Store:

SERVICE PERIOD FROM    12-31-2018    THRU  12-31-2018      Payment Terms:    30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| PARTS | KMART #07788 INC 2140483 REG 11 BROKEN LAN CONECTOR ON WALL | .83 | 125.00 | 103.75 |
| PARTS | KMART #07788 INC 2151899 REG 9 DEBIT READER CABLES DISCONECT | 1.42 | 125.00 | 177.50 |

| | |
|---|---|
| Subtotal | $2,243.75 |
| State Tax | $235.59 |
| Municipal Tax    1.00 | $22.44 |
| Total | $2,501.78 |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE  DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.



**INVOICE**

Page    1    of    1

P.O. Box 190939
San Juan, P.R. 00919-0939

| | |
|---|---|
| Invoice Date: | 01-23-2019 |
| Invoice Due Date: | 02-22-2019 |
| Contract Number: | |
| Invoice Number: | 4975 |
| PO Number: | |
| Please Contact: | Andres Pita |
| Phone Number: | (787) 622-4608 |
| Remit To: | NCR International Inc.<br>PO Box # 71540<br>San Juan 00936-8640 |

**BILL TO:**

SEARS ROEBUCK & CO - NULL
PO BOX 957437
HOFFMAN ESTATES, IL 60195-7437
UNITED STATES

Customer Number:    PR060003PR        Service Store:        NULL

SERVICE PERIOD FROM        12-10-2018        THRU    12-10-2018            Payment Terms:        30 NET

| Product ID | Description | Qty | Net Unit Price | Net Amount |
|---|---|---|---|---|
| PARTS | SEARS 1935 INC 2147270W812100032 REG 541 SOFTWARE LOAD | .5 | 125.00 | 62.50 |
| PARTS | SEARS 1935 INC 2147642W812100034  REG 543 SOFTWARE LOAD | .5 | 125.00 | 62.50 |
| PARTS | SEARS 1935 INC 2147634W812100035 REG 544 SOFTWARE LOAD | .5 | 125.00 | 62.50 |

-

| | |
|---|---|
| Subtotal | $187.50 |
| State Tax | $19.69 |
| Municipal Tax    1.00 | $1.88 |
| Total | $209.07 |

ALL CANCELLATIONS MUST BE NOTIFIED WITHIN 60 DAYS.

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE DUE  DATE. IF PAYMENT IS NOT RECEIVED BY THIS DATE, NCR WILL NOT BE OBLIGED TO FULFILL CONTRACT TERMS.

ESTA FACTURA ES PAGADERA EN O ANTES DE SU FECHA DE VENCIMIENTO. DE NO HABERSE RECIBIDO EL PAGO PARA ESA FECHA NCR NO SE VERA OBLIGADA A CUMPLIR CON LOS TERMINOS DEL CONTRATO.