Allen G. Kadish
ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com

    -and-

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
       nsmith@robbins-schwartz.com

    -and-

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300, Appellant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| COMMUNITY UNIT SCHOOL DISTRICT 300 | District Court |
| Appellant, | Case No. 20-cv-10431 (JPC) |
| v. | |
| SEARS HOLDINGS CORPORATION, *et al.*, | |
| Appellees. | |

**NOTICE OF LETTER MOTION OF
COMMUNITY UNIT SCHOOL DISTRICT 300
TO STAY ALL DEADLINES
IN THIS BANKRUPTCY APPEAL
<u>PURSUANT TO BANKRUPTCY RULE 8018</u>**

PLEASE TAKE NOTICE that on December 4, 2020, COMMUNITY UNIT SCHOOL DISTRICT 300 (the "**School District**") filed its *Notice of Appeal of Order Denying the Motion of Community Unit School District 300 to Deem Economic Development Agreement Rejected Pursuant to the Debtors Confirmed Chapter 11 Plan, or, in the Alternative, to Compel the Debtors to Reject the Agreement* [Doc. No. 9147], with respect to the *Order Denying the Motion of Community Unit School District 300 to Deem Economic Development Agreement Rejected Pursuant to the Debtors' Confirmed Chapter 11 Plan, or, in the Alternative, To Compel the Debtors to Reject the Agreement* [Doc. No. 9116].

PLEASE TAKE FURTHER NOTICE that on December 17, 2020, the School District filed the *Statement of Issues to be Presented and Designation or Items to be Included in the Record on Appeal* [Doc. No. 9192].

PLEASE TAKE FURTHER NOTICE that on December 21, 2020, the School District filed the annexed *Letter Motion of Community Unit School District 300 to Stay all Deadlines in this Appeal Pursuant to Bankruptcy Rule 8018*, in the United States District Court for the Southern District of New York [Doc. No. 3 in the captioned District Court case], and provides this Notice thereof in accordance with Local Bankruptcy Rule 8010-1.

Dated: New York, New York
       December 22, 2020

ARCHER & GREINER, P.C.

By:   s/ Allen G. Kadish
     Allen G. Kadish
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com

       -and-

Kenneth M. Florey
M. Neal Smith
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

       -and-

Matthew T. Gensburg
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300, Appellant*

219957066v1