**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :
                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.***,**       :
                                                   :    **Case No. 18-23538 (RDD)**
                                                   :
                Debtors.[1]                   :    **(Jointly Administered)**
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

      I, Jason Sugarman, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On December 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the De Minimis Notice Parties Service List attached hereto as **Exhibit A**, and via overnight mail on the Office of The US Trustee Region 2 Attn: P Schwartzberg, R Morrissey, 201 Varick St, Ste 1006, New York, NY, 10014, and Chambers of Honorable Robert Drain, Sears Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas Street, Rm 248, White Plains, NY 10601 US:

- Notice of De Minimis Asset Sale for Kmart Store #7619 (Atascadero, CA) (Related Document: 856) [Docket No. 9203]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 24, 2020

                                                                                                    */s/ Jason Sugarman*
                                                                                                    Jason Sugarman

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 24, 2020, by Jason Sugarman, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

## **Exhibit A**

Exhibit A
De Minimis Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | | New York | NY | 10036 | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com | First Class Mail and Email |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110 | ksimard@choate.com jmarshall@choate.com | First Class Mail and Email |
| Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo | 2 Park Avenue | | New York | NY | 10016 | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com CCarty@herrick.com JDAngelo@herrick.com KKolb@herrick.com | First Class Mail and Email |
| Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow | 1407 Broadway - 39th Floor | | New York | NY | 10018 | jchou@moritthock.com tberkowitz@moritthock.com dmarlow@moritthock.com | First Class Mail and Email |
| OSTEGO REALTY, LLC | Attn: General Counsel | 65 Ramapo Valley Road | Suite 216 | Mahwah | NJ | 07430 | Jay@rjblock.net | First Class Mail and Email |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Steven Paradise | 620 8th Avenue | | New York | NY | 10018 | emfox@seyfarth.com sparadise@seyfarth.com | First Class Mail and Email |
| Silberberg & Kirschner LLP | Attn: Uri Kirschner, Esq. | 55 Old Nyack Turnpike | Suite 210 | Nanuet | NY | 10954 | Uri@skllp.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com | First Class Mail and Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | | | | | | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov | Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 8