**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                                    Case No.: <u>18-23538</u>

    SEARS HOLDINGS CORPORATION                                      Chapter <u>11</u>

                               Debtor

----------------------------------------------------------------x

                                                   Adversary Proceeding No.: _____

                               Plaintiff

                v.

                               Defendant

----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, <u>Nicholas C. Brown</u>, request admission, ***pro hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>Sears Holding Corporation et al</u>, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of <u>North Carolina</u> and, if applicable, the bar of the U.S. District Court for the <u>Eastern</u> District of <u>North Carolina</u>.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>Dec. 28, 2020</u>

_____, New York

                                              Nicholas C. Brown

                                              *Mailing Address*:

                                              ASK LLP

                                             2600 Eagan Woods Drive, Suite 400

                                             St. Paul, MN 55121

                                             *E-mail address*: nbrown@askllp.com

                                             *Telephone number*: (651) 289-3867