**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:   Case No.: 18-23538

    SEARS HOLDINGS CORPORATION   Chapter 11

                      Debtor

---------------------------------------------------------------x

                                      Adversary Proceeding No.: _____

                Plaintiff

       v.

                Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of Nicholas C. Brown, to be admitted, ***pro hac vice***, to represent Sears Holding Corporation, (the "Client") a _____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of North Carolina and, if applicable, the bar of the U.S. District Court for the Eastern District of North Carolina, it is hereby

      **ORDERED**, that Nicholas C. Brown, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                UNITED STATES BANKRUPTCY JUDGE