**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,

                      Debtors.

------------------------------------------------------------x

Case No.: 18-23538 (RDD)
Chapter 11
(Jointly Administered)

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Nicholas C. Brown to be admitted, ***pro hac vice***, to represent Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above referenced ☑ cases  adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of North Carolina and the bar of the U.S. District Court for the Eastern District of North Carolina, it is hereby

      **ORDERED**, that Nicholas C. Brown, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ cases  adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York

                                          /s/
                                            /s/ Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE