**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: Sears Holding Corporation

Case No.: 18-23538-rdd

Chapter 11

                          Debtor

----------------------------------------------------------------x

Kmart Holding Corporation
Sears, Roebuck and Co.

Adversary Proceeding No.: 20-06916-rdd

                        Plaintiff

                    v.

Dorcy International Inc.
dba Dorcy International

                        Defendant

----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    I, David J. Coyle, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Dorcy International, a defendant in the above-referenced ☒ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/30/2020
_____, New York

David J. Coyle
*Mailing Address*:
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604
*E-mail address*: dcoyle@shumaker.com
*Telephone number*: (419) 241-9000