**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re: Sears Holding Corporation

Case No.: 18-23538-rdd

Chapter 11

Debtor

-----------------------------------------------------------------x

Kmart Holding Corporation
Sears, Roebuck and Co.

Adversary Proceeding No.: 20-06916-rdd

Plaintiff

v.

Dorcy International Inc.
dba Dorcy International

Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of David J. Coyle, to be admitted, *pro hac vice*, to represent Dorcy International, (the "Client") a defendant in the above referenced ☒ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED**, that David J. Coyle, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

UNITED STATES BANKRUPTCY JUDGE