Deloitte Tax LLP
30 Rockefeller Plaza
New York, NY  10112-0015
Telephone:  212.436.7815
Facsimile:  212.653.5449
Elias Tzavelis

*Tax Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**THIRTEENTH COMBINED MONTHLY FEE STATEMENT OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS TAX SERVICES PROVIDER TO THE DEBTORS
FOR THE PERIOD
<u>FROM APRIL 1, 2020 THROUGH OCTOBER 31, 2020</u>**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Services as: | Tax Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 17, 2019 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2020 through October 31, 2020 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears de Puerto Rico, Inc. (3626)); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit , LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $60,260.00 |
| Amount of Expense Reimbursement Sought: | $     0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$60,260.00** |

## PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/07/19 Dkt. 2771 | 10/15/2018 – 11/30/2018 | $1,001,528.00 | $28,458.18 | $1,001,528.00 | $28,436.80 |
| 04/15/19 Dkt. 3212 | 12/01/2018 – 12/31/2018 | $724,338.50 | $10,156.37 | $724,338.50 | $10,156.37 |
| 04/15/19 Dkt. 3218 | 01/01/2019 – 01/31/2019 | $975,867.00 | $27,305.81 | $975,867.00 | $27,305.81 |
| 04/15/19 Dkt. 3219 | 02/01/2019 – 02/28/2019 | $565,589.75 | $4,349.96 | $561,773.50 | $4,349.96 |
| 06/13/19 Dkt. 4228 | 03/01/2019 – 03/31/2019 | $564,154.00 | $9,051.99 | $564,154.00 | $9,051.99 |
| 06/28/19 Dkt. 4386 | 04/01/2019 – 04/30/2019 | $542,700.75 | $5,068.85 | $542,700.75 | $5,068.85 |
| 08/12/19 Dkt. 4816 | 05/01/2019 – 05/31/2019 | $216,380.75 | $2,437.90 | $216,380.75 | $2,437.90 |
| 08/12/19 Dkt. 4819 | 06/01/2019 – 06/30/2019 | $62,490.50 | $82.17 | $62,490.50 | $82.17 |
| 11/21/19 Dkt. 6070 | 07/01/2019 – 08/31/2019 | $125,251.00 | $0.00 | $125,251.00 | $0.00 |
| 11/21/19 Dkt. 6071 | 09/01/2019 – 09/30/2019 | $8,891.00 | $0.00 | $8,891.00 | $0.00 |
| 12/04/19 Dkt. 6134 | 10/01/2019 – 10/31/2019 | $10,333.00 | $0.00 | $10,333.00 | $0.00 |
| 06/04/20 Dkt. 8003 | 11/01/2019 – 03/31/2020 | $53,343.50 | $0.00 | $53,343.50 | $0.00 |

2

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period from April 1, 2020 through October 31, 2020

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bryan, Michael | Managing Director | $975.00 | 5.0 | $4,875.00 |
| Forrest, Jonathan | Partner/Principal | $975.00 | 3.3 | $3,217.50 |
| Dugan, Mike | Managing Director | $850.00 | 0.4 | $340.00 |
| Stoops, Kenneth | Managing Director | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Managing Director | $850.00 | 20.2 | $17,170.00 |
| Tzavelis, Elias | Partner/Principal | $850.00 | 5.4 | $4,590.00 |
| Fein, Brad | Partner/Principal | $850.00 | 2.2 | $1,870.00 |
| Fielding, Stephen | Senior Manager | $725.00 | 6.6 | $4,785.00 |
| Butler, Mike | Senior Manager | $725.00 | 8.5 | $6,162.50 |
| Espinola, Jonathan | Senior Manager | $725.00 | 10.7 | $7,757.50 |
| Abrom, Carisa | Senior Consultant | $325.00 | 3.9 | $1,267.50 |
| Allegretti, Joe | Senior Consultant | $325.00 | 1.6 | $520.00 |
| Chatten, Colin | Senior Consultant | $325.00 | 22.4 | $7,280.00 |
| **Professional Subtotal :** | | **Blended Rate** $664.39 | **90.7** | **$60,260.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period from April 1, 2020 through October 31, 2020

| Categories | Hours | Fees |
|---|---:|---:|
| Preparation of Fee Applications | 19.3 | $6,272.50 |
| Tax Restructuring Services | 71.4 | $53,987.50 |
| **Fee's Category Subtotal :** | **90.7** | **$60,260.00** |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 03/30/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.8 | $260.00 |
| 04/02/2020 | | | | |
| Chatten, Colin | Review combined November 2019 - March 2020 fee application. | $325.00 | 1.1 | $357.50 |
| 04/08/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to M-III. | $325.00 | 0.9 | $292.50 |
| 04/14/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.8 | $260.00 |
| 04/15/2020 | | | | |
| Abrom, Carisa | Prepare combined fee application through March 2020 | $325.00 | 1.0 | $325.00 |
| 04/16/2020 | | | | |
| Chatten, Colin | Review December, January, and February fee application. | $325.00 | 0.2 | $65.00 |
| 04/21/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 04/22/2020 | | | | |
| Abrom, Carisa | Finalize combined monthly fee statement. | $325.00 | 1.0 | $325.00 |
| 04/30/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |
| 05/11/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 05/18/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III; discuss response to fee examiner with E. Tzavelis and S. Fielding. | $325.00 | 1.5 | $487.50 |
| 05/27/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 06/01/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 06/08/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 06/17/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III | $325.00 | 0.5 | $162.50 |
| 06/22/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 06/29/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 07/06/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 07/28/2020 Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.7 | $227.50 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | | |
| 08/03/2020 | | | | | |
| | Abrom, Carisa | Update fee exhibit PDF. | $325.00 | 0.2 | $65.00 |
| | Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 08/12/2020 | | | | | |
| | Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 08/19/2020 | | | | | |
| | Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.4 | $130.00 |
| 09/09/2020 | | | | | |
| | Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.2 | $390.00 |
| 09/14/2020 | | | | | |
| | Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 10/07/2020 | | | | | |
| | Abrom, Carisa | Review fees from April 2020 to September 2020 for preparation of combined monthly fee statement. | $325.00 | 0.4 | $130.00 |
| 10/21/2020 | | | | | |
| | Abrom, Carisa | Prepare combined fee statement for April 2020 - Sept 2020 | $325.00 | 0.9 | $292.50 |
| 10/26/2020 | | | | | |
| | Abrom, Carisa | Review comments on combined fee statement for April 2020 - September 2020. | $325.00 | 0.4 | $130.00 |
| | Subtotal for Preparation of Fee Applications: | | | 19.3 | $6,272.50 |

3

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 05/11/2020 | | | | |
| Bryan, Michael | Call with client and state regarding case closure plan. | $975.00 | 0.8 | $731.25 |
| 05/15/2020 | | | | |
| Bryan, Michael | Review of draft assessment by state. | $975.00 | 0.8 | $731.25 |
| 05/18/2020 | | | | |
| Bryan, Michael | Review draft assessment from state. | $975.00 | 1.0 | $975.00 |
| Dugan, Mike | Analyze New Jersey proposed assessment. | $850.00 | 0.4 | $340.00 |
| 05/27/2020 | | | | |
| Bryan, Michael | Review client analysis of draft assessment, discuss with client team on call. | $975.00 | 1.5 | $1,462.50 |
| 06/04/2020 | | | | |
| Bryan, Michael | Discussion regarding assessment, settlement, next steps with Transform and Weil personnel. | $975.00 | 1.0 | $975.00 |
| 09/04/2020 | | | | |
| Chatten, Colin | Call with S. Goldring, M. Hoenig, E. Remijan (Weil), E. Tzavelis, S. Fielding, B. Sullivan, J. Espinola (Deloitte Tax), L. Meerschaert, K. Lejkowski, C. Olsen (Transform), M. Korycki, B. Griffith (M-III) regarding certain state tax liabilities. | $325.00 | 0.7 | $227.50 |
| Chatten, Colin | Call with S. Goldring, M. Hoenig, E. Remijan (Weil), B. Sullivan, S. Fielding (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $325.00 | 0.5 | $162.50 |
| Espinola, Jonathan | Call with S. Goldring, M. Hoenig, E. Remijan (Weil), E. Tzavelis, S. Fielding, B. Sullivan, C. Chatten (Deloitte Tax), L. Meerschaert, K. Lejkowski, C. Olsen (Transform), M. Korycki, B. Griffith (M-III) regarding certain state tax liabilities and related. | $725.00 | 0.7 | $507.50 |

4

# Sears Holdings Corporation

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/04/2020 | | | | |
| Fielding, Stephen | Call with S. Goldring, M. Hoenig, E. Remijan (Weil), C. Chatten, B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 0.5 | $362.50 |
| Fielding, Stephen | Call with S. Goldring, M. Hoenig, E. Remijan (Weil), E. Tzavelis, B. Sullivan, C. Chatten, J. Espinola (Deloitte Tax), L. Meerschaert, K. Lejkowski, C. Olsen (Transform), M. Korycki, B. Griffith (M-III) regarding certain state tax liabilities and APA. | $725.00 | 0.7 | $507.50 |
| Sullivan, Brian | Call with S. Goldring, M. Hoenig, E. Remijan (Weil), C. Chatten, S. Fielding (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Call with S. Goldring, M. Hoenig, E. Remijan(Weil), E. Tzavelis, S. Fielding, J. Espinola, C. Chatten (Deloitte), L. Meerschaert, K. Lejkowski, C. Olsen (Transform), M. Korycki, B. Griffith (M-III) regarding certain state tax liabilities and related APA i | $850.00 | 0.7 | $595.00 |
| Tzavelis, Elias | Call with S. Goldring, M. Hoenig, E. Remijan (Weil),  S. Fielding, B. Sullivan, C. Chatten, J. Espinola (Deloitte Tax), L. Meerschaert, K. Lejkowski, C. Olsen (Transform), M. Korycki, B. Griffith (M-III) regarding certain state tax liabilities. | $850.00 | 0.7 | $595.00 |
| 09/08/2020 | | | | |
| Allegretti, Joe | Discuss California state tax liability with E. Tzavelis, M. Butler, S. Fielding, and C. Chatten (Deloitte Tax). | $325.00 | 0.4 | $130.00 |
| Butler, Mike | Review historical analysis initially prepared to analyze question regarding potential state tax liability | $725.00 | 1.4 | $1,015.00 |
| Butler, Mike | Discuss California state tax liability with E. Tzavelis, J. Allegretti, S. Fielding, and C. Chatten (Deloitte Tax). | $725.00 | 0.4 | $290.00 |

5

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/08/2020 | | | | |
| Chatten, Colin | Discuss California state tax liability with E. Tzavelis, M. Butler, J. Allegretti, and S. Fielding (Deloitte Tax). | $325.00 | 0.4 | $130.00 |
| Espinola, Jonathan | Call with B. Sullivan (Deloitte Tax) regarding 2019 California tax liability pertaining to bankruptcy emergence transactions. | $725.00 | 0.9 | $652.50 |
| Espinola, Jonathan | Review 2019 California return for discussion with B. Sullivan regarding state tax leakage. | $725.00 | 0.6 | $435.00 |
| Espinola, Jonathan | Review 2019 Connecticut return for discussion with B. Sullivan regarding state tax leakage. | $725.00 | 0.6 | $435.00 |
| Espinola, Jonathan | Review 2019 Federal return regarding state tax leakage in California and Connecticut. | $725.00 | 0.7 | $507.50 |
| Fielding, Stephen | Discuss California state tax liability with E. Tzavelis, M. Butler, J. Allegretti and C. Chatten (Deloitte Tax). | $725.00 | 0.4 | $290.00 |
| Sullivan, Brian | Call with J. Espinola (Deloitte Tax) regarding 2019 California tax liability pertaining to bankruptcy emergence transactions. | $850.00 | 0.9 | $765.00 |
| Sullivan, Brian | Review California tax returns for short period 1. | $850.00 | 2.1 | $1,785.00 |
| Tzavelis, Elias | Discuss California state tax liability with M. Butler, J. Allegretti, S. Fielding, and C. Chatten (Deloitte Tax). | $850.00 | 0.4 | $340.00 |
| 09/09/2020 | | | | |
| Allegretti, Joe | Discuss potential worthless stock deductions in taxable asset sale scenario with C. Chatten (Deloitte Tax). | $325.00 | 0.2 | $65.00 |
| Allegretti, Joe | Call with C. Chatten, S. Fielding, J. Forrest, M. Butler, J. Espinola, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $325.00 | 0.5 | $162.50 |

6

# Sears Holdings Corporation

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/09/2020 | | | | |
| Allegretti, Joe | Review the taxable asset sale calculation prepared as of the tax year ended February 2, 2019 prior to internal discussion related to California state tax leakage. | $325.00 | 0.5 | $162.50 |
| Butler, Mike | Call with C. Chatten, S. Fielding, J. Forrest, J. Allegretti, J. Espinola, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 0.5 | $362.50 |
| Butler, Mike | Discuss U.S. federal income tax implications of taxable section 363 sale with C. Chatten (Deloitte Tax). | $725.00 | 0.7 | $507.50 |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, J. Forrest, J. Allegretti, M. Butler, J. Espinola, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $325.00 | 0.5 | $162.50 |
| Chatten, Colin | Discuss potential worthless stock deductions in taxable asset sale scenario with J. Allegretti (Deloitte Tax). | $325.00 | 0.2 | $65.00 |
| Chatten, Colin | Discuss country by country reporting requirements with B. Fein (Deloitte Tax). | $325.00 | 0.4 | $130.00 |
| Chatten, Colin | Discuss U.S. federal income tax implications of taxable section 363 sale with M. Butler (Deloitte Tax). | $325.00 | 0.7 | $227.50 |
| Espinola, Jonathan | Call with C. Chatten, S. Fielding, J. Forrest, J. Allegretti, M. Butler, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 0.5 | $362.50 |
| Fein, Brad | Discuss country by country reporting requirements with C. Chatten (Deloitte Tax). | $850.00 | 0.4 | $340.00 |

7

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/09/2020 | | | | |
| Fielding, Stephen | Call with C. Chatten, J. Forrest, J. Allegretti, M. Butler, J. Espinola, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 0.5 | $362.50 |
| Forrest, Jonathan | Call with C. Chatten, S. Fielding, J. Forrest, J. Allegretti, M. Butler, J. Espinola, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $975.00 | 0.5 | $487.50 |
| Sullivan, Brian | Call with C. Chatten, S. Fielding, J. Forrest, J. Allegretti, M. Butler, and J. Espinola (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Draft email to Weil regarding review of California return for short period. | $850.00 | 0.6 | $510.00 |
| Tzavelis, Elias | Call with C. Chatten, S. Fielding, J. Forrest, J. Allegretti, M. Butler, J. Espinola, and B. Sullivan (Deloitte Tax) regarding certain state tax liabilities and related asset purchase agreement provisions. | $850.00 | 0.5 | $425.00 |
| 09/10/2020 | | | | |
| Fein, Brad | Review Treas. Reg. 1.6038-4 regulations to assess whether Sears is subject to the country by country reporting rules. | $850.00 | 0.6 | $510.00 |
| 09/11/2020 | | | | |
| Chatten, Colin | Discuss country by country reporting obligations with B. Fein (Deloitte Tax). | $325.00 | 0.2 | $65.00 |
| Fein, Brad | Discuss country by country reporting obligations with C. Chatten (Deloitte Tax). | $850.00 | 0.2 | $170.00 |
| Sullivan, Brian | Revise draft email to Weil regarding review of California and Connecticut returns for short period. | $850.00 | 0.2 | $170.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/13/2020 | | | | |
| Chatten, Colin | Review regulations related to country by country reporting and potential bankruptcy exception. | $325.00 | 0.6 | $195.00 |
| 09/14/2020 | | | | |
| Chatten, Colin | Discuss country by country reporting obligations with B. Fein and E. Tzavelis (Deloitte Tax). | $325.00 | 0.5 | $162.50 |
| Fein, Brad | Discuss country by country reporting obligations with B. Fein, C. Chatten, and E. Tzavelis (Deloitte Tax). | $850.00 | 0.5 | $425.00 |
| Tzavelis, Elias | Discuss country by country reporting obligations with B. Fein, C. Chatten, (Deloitte Tax). | $850.00 | 0.5 | $425.00 |
| 09/15/2020 | | | | |
| Butler, Mike | Review ordinary income analysis. | $725.00 | 1.7 | $1,232.50 |
| 09/16/2020 | | | | |
| Espinola, Jonathan | Call with S. Fielding, J. Forrest, E. Tzavelis, M. Butler, B. Sullivan (all Deloitte Tax), Weil Tax (S. Goldring, M Hoenig) and M3 (W. Murphy, B. Griffith) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 1.0 | $725.00 |
| Espinola, Jonathan | Review Delaware tax return for tax year ending 8/6/2019. | $725.00 | 0.3 | $217.50 |
| Fielding, Stephen | Call with J. Forrest, E. Tzavelis, M. Butler, J. Espinola, B. Sullivan (all Deloitte Tax), Weil Tax (S. Goldring, M Hoenig) and M3 (W. Murphy, B. Griffith) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 1.0 | $725.00 |
| Forrest, Jonathan | Call with S. Fielding, J. Forrest, E. Tzavelis, M. Butler, J. Espinola, B. Sullivan (all Deloitte Tax), Weil Tax (S. Goldring, M Hoenig) and M3 (W. Murphy, B. Griffith) regarding certain state tax liabilities and related asset purchase agreement provision | $975.00 | 1.0 | $975.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

### April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/16/2020 | | | | |
| Stoops, Kenneth | Review intercompany interest addback. | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Call with S. Fielding, J. Forrest, E. Tzavelis, M. Butler, and J. Espinola (all Deloitte Tax), Weil Tax (S. Goldring, M Hoenig) and M3 (W. Murphy, B. Griffith) regarding certain state tax liabilities and related asset purchase agreement provisions. | $850.00 | 1.0 | $850.00 |
| Sullivan, Brian | Review Sears Roebuck Acceprance Corp. Delaware income tax return. | $850.00 | 0.7 | $595.00 |
| Tzavelis, Elias | Call with S. Fielding, J. Forrest, M. Butler, J. Espinola, B. Sullivan (all Deloitte Tax), Weil Tax (S. Goldring, M Hoenig) and M3 (W. Murphy, B. Griffith) regarding certain state tax liabilities and related asset purchase agreement provisions | $850.00 | 1.0 | $850.00 |
| Tzavelis, Elias | Call with S. Goldring, E. Remijan, H. Guthrie (Weil), C. Chatten, B. Fein, S. Fielding, (Deloitte Tax), M. Korycki, and B. Griffith (M-III) regarding country by country reporting obligations and certain state tax liabilities. | $850.00 | 0.5 | $425.00 |
| 09/17/2020 | | | | |
| Butler, Mike | Call with S. Fielding, J. Forrest, E. Tzavelis, J. Espinola, B. Sullivan (all Deloitte Tax), Weil Tax (S. Goldring, M Hoenig) and M3 (W. Murphy, B. Griffith) regarding certain state tax liabilities and related asset purchase agreement provisions. | $725.00 | 1.0 | $725.00 |
| Chatten, Colin | Call with S. Goldring, E. Remijan, H. Guthrie (Weil), B. Fein, S. Fielding, and E. Tzavelis (Deloitte Tax), M. Korycki, and B. Griffith (M-III) regarding country by country reporting obligations and certain state tax liabilities of Sears Roebuck Acceptanc | $325.00 | 0.5 | $162.50 |

10

## Sears Holdings Corporation

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Tax Restructuring Services* | | | | | |
| 09/17/2020 | | | | | |
| | Fein, Brad | Call with S. Goldring, E. Remijan, H. Guthrie (Weil), C. Chatten, S. Fielding, and E. Tzavelis (Deloitte Tax), M. Korycki, and B. Griffith (M-III) regarding country by country reporting obligations and certain state tax liabilities of Sears Roebuck Accept | $850.00 | 0.5 | $425.00 |
| | Fielding, Stephen | Call with S. Goldring, E. Remijan, H. Guthrie (Weil), C. Chatten, B. Fein, and E. Tzavelis (Deloitte), M. Korycki, and B. Griffith (M-III) regarding country by country reporting obligations and certain state tax liabilities. | $725.00 | 0.5 | $362.50 |
| | Sullivan, Brian | Draft list of questions for Transform based on review of California and Delaware returns. | $850.00 | 0.4 | $340.00 |
| 09/21/2020 | | | | | |
| | Espinola, Jonathan | Call with B. Sullivan and Weil regarding tax liability on the Louisiana franchise tax return. | $725.00 | 0.5 | $362.50 |
| | Sullivan, Brian | Call with E. Remijan, S. Goldring and M. Hoenig (Weil) to discuss Louisiana franchise tax return of Sears Roebuck and Co. related to 1st stub period income tax filing | $850.00 | 0.5 | $425.00 |
| | Sullivan, Brian | Review Louisiana tax return. | $850.00 | 1.4 | $1,190.00 |
| 09/24/2020 | | | | | |
| | Sullivan, Brian | Call with E. Remijan, S. Goldring and M. Hoenig (Weil) to discuss state tax return issues in preparation for call with Transform and PwC related to 1st stub period income tax filing. | $850.00 | 0.6 | $510.00 |
| | Sullivan, Brian | Review state tax return listing and payment schedule from M. Korycki (Miii). | $850.00 | 0.7 | $595.00 |
| | Sullivan, Brian | Call with M. Korycki (Miii), L. Meerschaert and K. Lejkowski (Transform), V. Los (PwC), E. Remijan (Weil) and B. McRae (Cleary) regarding state tax return issues. | $850.00 | 0.7 | $595.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

### April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/30/2020 | | | | |
| Espinola, Jonathan | Review revised California return for short period 1 and compare with prior version of return to assess cancellation of debt income. | $725.00 | 0.7 | $507.50 |
| Espinola, Jonathan | Review revised Connecticut return for short period 1 and compare with prior version of return to assess cancellation of debt income. | $725.00 | 0.7 | $507.50 |
| Espinola, Jonathan | Research Mississippi franchise tax payment. | $725.00 | 0.3 | $217.50 |
| Espinola, Jonathan | Research North Carolina franchise tax payment timing. | $725.00 | 0.3 | $217.50 |
| Sullivan, Brian | Review updated California and Connecticut returns prepared by Transform. | $850.00 | 1.2 | $1,020.00 |
| 10/01/2020 | | | | |
| Espinola, Jonathan | Review California AMT calculations on the short period 2019 returns. | $725.00 | 0.2 | $145.00 |
| Sullivan, Brian | Review New Jersey, North Carolina and Mississippi returns prepared by Transform | $850.00 | 1.3 | $1,105.00 |
| 10/02/2020 | | | | |
| Espinola, Jonathan | Call with M. Korycki (Miii), K. Lejkowski and L. Meerschaert (Transform), V. Los and L. Izlar (PwC) and B. Sullivan (Deloitte) regarding short period 1 2019 state tax return payments | $725.00 | 0.6 | $435.00 |
| Espinola, Jonathan | Review short period 2019 California and Connecticut returns in preparation of call with PwC. | $725.00 | 0.3 | $217.50 |
| Sullivan, Brian | Call with M. Korycki (Miii), K. Lejkowski and L. Meerschaert (Transform), V. Los and L. Izlar (PwC) and J. Espinola (Deloitte) regarding short period 1 2019 state tax return payments | $850.00 | 0.6 | $510.00 |
| Sullivan, Brian | Review return notes in preparation for call with PwC to discuss state tax returns for short period 1 | $850.00 | 1.0 | $850.00 |

12

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 10/02/2020 | | | | |
| Sullivan, Brian | Review state tax return workpapers provided by Transform and draft email to M. Korycki (Miii) regarding same | $850.00 | 0.7 | $595.00 |
| 10/05/2020 | | | | |
| Espinola, Jonathan | Call with M. Korycki (Miii), B. Sullivan (Deloitte) and Weil tax team regarding short period 1 2019 state tax return payments | $725.00 | 1.0 | $725.00 |
| Sullivan, Brian | Call with E. Remijan, S. Goldring and M. Hoenig (all Weil), M. Korycki and B. Griffith (all Miii) and J. Espinola (Deloitte) to discuss state tax return filing positions | $850.00 | 1.0 | $850.00 |
| Sullivan, Brian | Research state franchise tax treatment of g-reorganizations in North Carolina, Mississippi and Louisiana | $850.00 | 0.6 | $510.00 |
| 10/06/2020 | | | | |
| Sullivan, Brian | Call with M. Korycki (Miii), K. Lejkowski and L. Meerschaert (Transform), V. Los and L. Izlar (PwC) to discuss short period franchise tax payments and amended returns | $850.00 | 0.5 | $425.00 |
| 10/13/2020 | | | | |
| Sullivan, Brian | Call with R. Shapiro and B. McRae (Cleary), V. Los and K. Wong (PwC) and M. Hoenig, S. Goldring and E. Renijan (Weil) to discuss state tax return issues | $850.00 | 0.3 | $255.00 |
| 10/14/2020 | | | | |
| Sullivan, Brian | Research and prepare Deloitte state tax model excerpts regarding the asset sale scenarios for California, Minnesota, Connecticut and New Jersey | $850.00 | 0.7 | $595.00 |
| 10/20/2020 | | | | |
| Chatten, Colin | Discussion with E. Tzavelis, S. Fielding, J. Forrest, and M. Butler (Deloitte Tax) regarding request from M-III related to tax returns. | $325.00 | 1.0 | $325.00 |

## Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 10/21/2020 | | | | |
| Butler, Mike | Review draft tax return pages at the request of MIII | $725.00 | 1.2 | $870.00 |
| Fielding, Stephen | Discussion with E. Tzavelis, J. Forrest, M. Butler, and C. Chatten (Deloitte Tax) regarding request from M-III related to tax returns. | $725.00 | 1.0 | $725.00 |
| Forrest, Jonathan | Discussion with E. Tzavelis, S. Fielding, J. Forrest, M. Butler, and C. Chatten (Deloitte Tax) regarding request from M-III related to tax returns. | $975.00 | 1.0 | $975.00 |
| Tzavelis, Elias | Discussion with S. Fielding, J. Forrest, M. Butler, and C. Chatten (Deloitte Tax) regarding request from M-III related to tax returns. | $850.00 | 1.0 | $850.00 |
| 10/22/2020 | | | | |
| Butler, Mike | Review request from M-III related to tax returns. | $725.00 | 1.0 | $725.00 |
| 10/26/2020 | | | | |
| Chatten, Colin | Call with M. Hoenig, E. Remijan, S. Goldring (Weil), E. Tzavelis, B. Sullivan, J. Espinola, M. Butler, J. Forrest, S. Fielding (Deloitte Tax), and M. Korycki (M-III) regarding certain tax returns to be filed by the Estate. | $325.00 | 0.8 | $260.00 |
| Espinola, Jonathan | Call with M. Hoenig, E. Remijan, S. Goldring (Weil), C. Chatten, E. Tzavelis, B. Sullivan, M. Butler, J. Forrest, S. Fielding (Deloitte Tax), and M. Korycki (M-III) regarding certain tax returns to be filed by the Estate. | $725.00 | 0.8 | $580.00 |
| Fielding, Stephen | Call with M. Hoenig, E. Remijan, S. Goldring (Weil), C. Chatten, E. Tzavelis, B. Sullivan, J. Espinola, M. Butler, J. Forrest (Deloitte Tax), and M. Korycki (M-III) regarding certain tax returns to be filed by the Estate. | $725.00 | 0.8 | $580.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 10/26/2020 | | | | |
| Forrest, Jonathan | Call with M. Hoenig, E. Remijan, S. Goldring (Weil), C. Chatten, E. Tzavelis, B. Sullivan, J. Espinola, M. Butler, S. Fielding (Deloitte Tax), and M. Korycki (M-III) regarding certain tax returns to be filed by the Estate. | $975.00 | 0.8 | $780.00 |
| Sullivan, Brian | Call with M. Hoenig, E. Remijan, S. Goldring (Weil), C. Chatten, E. Tzavelis, J. Espinola, M. Butler, J. Forrest, S. Fielding (Deloitte Tax), and M. Korycki (M-III) regarding certain tax returns to be filed by the Estate. | $850.00 | 0.8 | $680.00 |
| Tzavelis, Elias | Call with M. Hoenig, E. Remijan, S. Goldring (Weil), C. Chatten, B. Sullivan, J. Espinola, M. Butler, J. Forrest, S. Fielding (Deloitte Tax), and M. Korycki (M-III) regarding certain tax returns to be filed by the Estate. | $850.00 | 0.8 | $680.00 |
| 10/27/2020 | | | | |
| Butler, Mike | Draft correspondence regarding scope of tax return comments | $725.00 | 0.6 | $435.00 |
| Fielding, Stephen | Read and provide comments on Sears short-period 2 tax return to understand transaction timeline. | $725.00 | 1.2 | $870.00 |
| Subtotal for Tax Restructuring Services: | | | 71.4 | $53,987.50 |
| **Total** | | | 90.7 | $60,260.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Bryan, Michael | $975.00 | 5.0 | $4,875.00 |
| Forrest, Jonathan | $975.00 | 3.3 | $3,217.50 |
| Dugan, Mike | $850.00 | 0.4 | $340.00 |
| Fein, Brad | $850.00 | 2.2 | $1,870.00 |
| Stoops, Kenneth | $850.00 | 0.5 | $425.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2020 - October 31, 2020

## Recapitulation

| Name | Rate | Hours | Fees |
| --- | --- | --- | --- |
| Sullivan, Brian | $850.00 | 20.2 | $17,170.00 |
| Tzavelis, Elias | $850.00 | 5.4 | $4,590.00 |
| Butler, Mike | $725.00 | 8.5 | $6,162.50 |
| Espinola, Jonathan | $725.00 | 10.7 | $7,757.50 |
| Fielding, Stephen | $725.00 | 6.6 | $4,785.00 |
| Abrom, Carisa | $325.00 | 3.9 | $1,267.50 |
| Allegretti, Joe | $325.00 | 1.6 | $520.00 |
| Chatten, Colin | $325.00 | 22.4 | $7,280.00 |