| | |
|---|---|
| FIDELITY NATIONAL LAW GROUP | FIDELITY NATIONAL LAW GROUP |
| David J. Wolkenstein, Esq. | Anastasia Filopoulos, Esq. |
| 711 Third Avenue, 8th Floor | 1515 Market Street, Suite 1410 |
| New York, NY 10017 | Philadelphia, PA 19102 |
| Tel. (646) 708-8085 | Tel. (267) 608-1734 |
| Fax (646) 219-2136 | Fax: (215) 241-8794 |

*Attorneys for Chicago Title Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | NO. 18-23538 (RDD) |
| **SEARS HOLDINGS CORPORATION, et al.** | CHAPTER 11 |
| Debtors[1] | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, the Motion for Relief from the Automatic Stay brought by Chicago Title Insurance Company ("CTIC") having been settled via a stipulation which

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Shores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

was so-ordered by the Court on December 21, 2020, Fidelity National Law Group ("FNLG") hereby withdraws its appearance as counsel for CTIC in the above-captioned Chapter 11 cases. FNLG further requests that its attorneys, David J. Wolkenstein, Esq., and Anastasia Filopoulos, Esq., be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

Dated: New York, New York
       January 4, 2021

By: /s/ David J. Wolkenstein
    David J. Wolkenstein
    Anastasia Filopoulos
71 Third Avenue, 8th Floor
New York, NY 10118
Tel. (646) 708-8085
Fax (646) 219-2136
David.Wolkenstein@fnf.com
*Counsel for Chicago Title Insurance Company,
successor in interest to Congress Abstract Corporation*