**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **SEARS HOLDINGS CORPORATION,** | § | |
| *et al.,* | § | **Case No. 18-23538 (RDD)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Greta Braker, to be admitted, *pro hac vice*, to represent Laveta Shelton,

(the "Client") in the above referenced cases, and upon the movant's certification that the movant

is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court

for the Western District Midland/Odessa division, District of Texas,  it is hereby

ORDERED, that Greta Braker, Esq., is admitted to practice, *pro hac vice*, in the above

referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern

District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
    January 7, 2021

                                          */s/Robert D. Drain*
                                          UNITED STATES BANKRUPTCY JUDGE