UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Sears Holdings Corporation

                                          Debtor

Case No.: 18-23538-rdd

Chapter 11

---------------------------------------------------------------x

KMart Holding Corporation

                                          Plaintiff

v.

Flynn Enterprises, LLC

                                          Defendant

Adversary Proceeding No.: 20-06682
                                      20-06570

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen M. Montgomery, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Flynn Enterprises, LLC, a defendant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Tennessee and, if applicable, the bar of the U.S. District Court for the Middle District of Tennessee.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Jan. 8, 2021
Nashville, Tennessee

/s/ Stephen M. Montgomery

*Mailing Address*:

Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

*E-mail address*: smontgomery@nealharwell.com
*Telephone number*: (615) 238-3516