UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: Sears Holdings Corporation

Debtor

Case No.: 18-23538-rdd

Chapter 11

-------------------------------------------------------------x

KMart Holding Corporation

Plaintiff

v.

Flynn Enterprises, LLC

Defendant

Adversary Proceeding No.: 20-06682
20-06570

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Stephen M. Montgomery , to be admitted, ***pro hac vice***, to represent  Flynn Enterprises, LLC , (the "Client") a  defendant  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Tennessee  and, if applicable, the bar of the U.S. District Court for the  Middle  District of  Tennessee , it is hereby

**ORDERED**, that  Stephen M. Montgomery , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

UNITED STATES BANKRUPTCY JUDGE