**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Andrew G. Devore

**ROPES & GRAY LLP**
191 North Wacker Drive
32nd Floor
Chicago, IL 60606-4302
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Timothy R. Farrell *(admitted pro hac vice)*
Katlyn M. Miller (admitted *pro hac vice*)

*Attorneys for Duff & Phelps, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
In re                                                     :    Chapter 11
                                                          :
**SEARS HOLDING CORPORATION, *et al.*,**[1]               :    Case No. 18-23538 (RDD)
                                                          :
            Debtors.                                      :    (Jointly Administered)
--------------------------------------------------------- x

**NOTICE OF WITHDRAWAL**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

-2-

**PLEASE TAKE NOTICE** that Katlyn M. Miller of the firm Ropes & Gray LLP, hereby withdraws as counsel for Duff & Phelps LLC in the above-captioned cases, and requests to be removed from all notice and service lists in this case.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Katlyn M. Miller, and does not impact the representation of Duff & Phelps LLC by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: January 8, 2021                                   Respectfully submitted,

*/s/ Andrew G. Devore*
Andrew G. Devore
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
andrew.devore@ropesgray.com

*Attorneys for Duff & Phelps, LLC*