**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Sears Holdings Corporation     CASE NO.: 18−23538−rdd

| aka | Print Procurement Company, LLC |
| aka | Print Production Company, LLC |
| aka | Relay LLC |
| aka | Shop Your Way Local, LLC |
| aka | Austin Technology Center |
| aka | Bath and Kitchen Elegance |
| aka | Bath and Kitchen Elegance of the Desert |
| aka | Big Beaver of Caguas Development Corporation |
| aka | Big Beaver of Caguas Development Corporation II |
| aka | Big Kmart |
| aka | Big Kmart (#3680) |
| aka | Central Wholesale Appliance Supply, Inc. |
| aka | Chantell Marketing |
| aka | Circle of Beauty Inc. |
| aka | Delver |
| aka | Delver.com |
| aka | Designer Depot |
| aka | Eblon Technologies India Private Limited |
| aka | Evoke Productions |
| aka | FitStudio by Sears |

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 11
20−1920798

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on December 4, 2020, document number 9147, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20−cv−10431 assigned to the Honorable John P. Cronan.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: January 20, 2021                                         Vito Genna
                                                                Clerk of the Court