# Notice Recipients

District/Off: 0208–7 | User: | Date Created: 1/20/2021
Case: 18–23538–rdd | Form ID: tranapl | Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Allen G. Kadish     akadish@archerlaw.com
aty     Sunny Singh     sunny.singh@weil.com

TOTAL: 2