

Direct:   646-876-2608
Email:   sparadise@eisnerlaw.com

January 21, 2021

**VIA ECF FILING**

Clerk of Court
Charles L. Brieant, Jr. United States Courthouse
United States Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601

        Re:   Sears Holdings Corporation, *et al.*
              United States Bankruptcy Court, Southern District of New York,
              Chapter 11 Case No.: 18-23538 (RDD)

Dear Clerk of Court:

    I am writing to request that I be withdrawn as counsel for Wilmington Trust, National Association, as indenture trustee and collateral agent in the referenced case. In accordance with my email correspondence of today with Mimi Correa, Senior Case Management Specialist, I hereby withdraw my notice of appearance filed on July 19, 2019 (Doc. 4582). Please also remove my name from the distribution list for all notices of electronic filings in this case.

    Thank you for your assistance with this matter.

                              Respectfully submitted,

                              Steven Paradise

#60790v2

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210     152 West 57th Street | 48th Floor | New York, NY 10019
T 310.855.3200 | F 310.855.3201     www.eisnerlaw.com     T 646.876.2600 | F 212.600.5020