B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Sears Holdings Corporation          ,         Case No.  18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  Eversource Gas of Massachusetts  | Bay State Gas dba Columbia Gas of MA |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box 2025
Springfield, MA 01102

Court Claim # (if known): _____
Amount of Claim: $1,736.97
Date Claim Filed: 03/08/2019

Phone: 413-784-2275
Last Four Digits of Acct #: 2009

Phone: 413-784-2275
Last Four Digits of Acct. #: 2009

Name and Address where transferee payments should be sent (if different from above):
P.O. Box 2025
Springfield, MA 01102

Phone: 413-784-2275
Last Four Digits of Acct #: 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Maryann Teixeira, Agent         Date: 11/18/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

