**HERRICK, FEINSTEIN, LLP**
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

----------------------------------------------------------------- x

**THIRTEENTH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | December 1, 2020 through December 31, 2020 |
| Monthly Fees Incurred: | $142,317.50 |
| 20% Holdback: | $28,463.50 |
| Total Compensation Less 20% Holdback: | $113,854.00 |
| Monthly Expenses Incurred: | $15,672.19 |
| Total Fees and Expenses Requested: | $129,526.19 |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Thirteenth Combined Monthly Fee Statement") covering the period from December 1, 2020 through December 31, 2020 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Thirteenth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $113,854.00 (80% of $142,317.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and

2

expenses in the amount of $15,672.19 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirteenth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Thirteenth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **February 8, 2021**

4

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Thirteenth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirteenth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirteenth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

HF 13651997v.1

Dated: New York, New York    HERRICK FEINSTEIN LLP
   January 22, 2021

           By: */s/ Stephen B. Selbst*
             Sean E. O'Donnell
             Stephen B. Selbst
             Steven B. Smith
             Christopher Carty
             Two Park Avenue
             New York, NY 10016
             Telephone: (212) 592-1400
             Facsimile: (212) 592-1500
           Email: sodonnell@herrick.com
             sselbst@herrick.com
             ssmith@herrick.com
             ccarty@herrick.com

           *Special Conflicts Counsel to the Official*
           *Committee of Unsecured Creditors of Sears*
           *Holdings Corporation, et al.*

HF 13651997v.1

## **Exhibit A**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Sean E. O'Donnell | Restructuring & Finance Litigation | 1998 | $1025.00 | 1.5 | $1,537.50 |
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $785.00 | 21.3 | $16,720.50 |
| **Total Partners** | | | | **22.8** | **$18,258.00** |
| **COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $610.00 | 27.2 | $16,592.00 |
| **Total Counsel** | | | | **27.2** | **$16,592.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $435.00 | 118.4 | $51,504.00 |
| Gabrielle R. Fromer | Restructuring & Finance Litigation | 2018 | $420.00 | 21.7 | $9,114.00 |
| Elizabeth J. Plowman | Restructuring & Finance Litigation | 2018 | $420.00 | 7.6 | $3,192.00 |
| Silvia Stockman | Restructuring & Finance Litigation | 2016 | $435.00 | 20.10 | $8,743.50 |
| Daniel Field | Restructuring & Finance Litigation | 2016 | $435.00 | 4.8 | $2,088.00 |
| Rodger Quigley | Restructuring & Finance Litigation | 2017 | $420.00 | 42.4 | $17,808.00 |
| Conor Anderson | Restructuring & Finance Litigation | 2017 | $415.00 | 1.9 | $788.50 |

| Total Associates | | | | 216.90 | $93,238.00 |
| --- | --- | --- | --- | --- | --- |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| Linda Schepp | Restructuring & Finance Litigation | $335.00 | 13.8 | $4,623.00 |
| Larisa Poretsky | Litigation | $390.00 | 23.7 | $9,243.00 |
| Total Paralegals/ Non-Legal Staff | | | 37.5 | $13,866.00 |

| MANAGING ATTORNEY'S OFFICE | AMOUNT |
| --- | --- |
| Electronic/Paper Filing | $97.50 |
| E-DISCOVERY & LITIIGATION SUPPORT SERVICES | AMOUNT |
| Document Production | $190.00 |
| Project Management | $76.00 |
| TOTAL | $363.50 |

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Case Administration - B110 | 1.0 | $363.50 |
| Fee/Employment Applications – B160 | 36.60 | $19,317.00 |
| Other Contested Matters – B190 | 29.80 | $16,580.50 |
| Joint Asserted Causes of Action | 238.00 | $106,056.50 |
| **Total** | **67.40** | **$142,317.50** |

## Exhibit C

**Itemized Fees**



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

January 19, 2021
Invoice Number: 541327
Matter Number: 19609.0001
Tax ID:      1662

Re:   **Sears Bankruptcy**

Fees for legal services rendered through December 31, 2020           $36,261.00

Expenses posted through December 31, 2020                            15,672.19

                                                     **TOTAL**   **$51,933.19**

Unpaid balance from previous invoice(s)                             $40,306.30

Total Due Now                                                       $92,239.49

Kindly return this page with your check payment to:        Send wire payments to:
Herrick, Feinstein LLP                                        Citibank, N.A.
2 Park Avenue                                       ABA Number:      0089
New York, NY 10016                                  Account Number:      6165
                                                    SWIFT #:      S33
PLEASE REMIT PAYMENT WITHIN 30 DAYS
HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 541327
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 12/01/20 | C. Carty | B190 | Analyze issues related to Barclays proffer. | 0.80 |
| 12/01/20 | S. O'Donnell | B190 | Coordinate Barclays proffer. | 0.50 |
| 12/01/20 | K. Kolb | B190 | Call with expert regarding data analysis. | 0.60 |
| 12/01/20 | K. Kolb | B190 | Revise outline for proffer. | 0.30 |
| 12/01/20 | L. Poretsky | B160 | Conference with billing department re details of the summaries related to third fee application; continue third fee application; | 1.50 |
| 12/02/20 | C. Carty | B160 | Attention to issues related to fee statements and interim fee application. | 2.50 |
| 12/02/20 | K. Kolb | B190 | Revise proffer outline. | 1.50 |
| 12/02/20 | K. Kolb | B160 | Draft insert for fee application. | 0.30 |
| 12/02/20 | K. Kolb | B190 | Further revisions to proffer outline. | 0.20 |
| 12/02/20 | G. Fromer | B190 | Email Kyle Kolb about revising deposition outline. | 0.10 |
| 12/02/20 | G. Fromer | B190 | Review Kyle Kolb's revisions to deposition outline. | 0.10 |
| 12/02/20 | L. Poretsky | B160 | Continue to review documents relevant to the Third Fee Application, calculate and draft summaries of the Third Fee application; conference with billing department to obtain summaries of data required for the draft of the fee applications; | 4.40 |
| 12/02/20 | L. Schepp | B190 | Locate various OWICs for attorney review for Barclay's proffer. | 0.80 |
| 12/03/20 | C. Carty | B160 | Attention to issues related to fee statements and interim fee application. | 0.70 |
| 12/03/20 | K. Kolb | B190 | Analyze potential additional documents for use in depositions. | 0.30 |
| 12/03/20 | L. Poretsky | B160 | Continue drafting third fee application | 3.00 |
| 12/03/20 | L. Poretsky | B160 | Review and analyze reports received from billing department , request to re-run to comply with fee application guidance | 0.80 |
| 12/04/20 | C. Carty | B160 | Attention to issues related to fee statements and interim fee application. | 1.20 |
| 12/04/20 | L. Poretsky | B160 | Analyze billing reports, calculate and update third fee application | 3.00 |
| 12/04/20 | L. Schepp | B190 | Identify additional OWICs in document production for attorney review. | 0.40 |
| 12/07/20 | G. Fromer | B190 | Email Kyle Kolb and paralegal regarding preparation for deposition. | 0.10 |
| 12/07/20 | L. Poretsky | B160 | Review various billing details and summaries received | 4.40 |



Invoice Number: 541327
Matter Number: 19609.0001
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| | | | from billing department; recalculate summary charts; conference with billing department re discrepancies in the calculations; continue draft third fee application and prepare exhibits; | |
| 12/07/20 | L. Poretsky | B160 | Review C. Carty comments to the draft of Third Fee Application and make changes | 1.00 |
| 12/07/20 | L. Schepp | B190 | Compile additional OWIC related documents. | 0.70 |
| 12/08/20 | C. Carty | B160 | Review and revise draft third interim fee application. | 1.20 |
| 12/08/20 | L. Poretsky | B160 | Conference with billing department to discuss discrepancies related to the draft of the third fee application | 0.40 |
| 12/09/20 | K. Kolb | B190 | Analyze memo provided to experts, incorporate into outline, and analyze additional related documents. | 2.20 |
| 12/09/20 | G. Fromer | B190 | Review deposition outline. | 0.70 |
| 12/09/20 | G. Fromer | B190 | Discuss deposition preparation with Kyle Kolb. | 0.10 |
| 12/09/20 | G. Fromer | B190 | Review and annotate deposition exhibits. | 0.80 |
| 12/09/20 | L. Poretsky | B160 | Analyze current billing summaries to ensure accuracy and consistency; | 0.60 |
| 12/09/20 | L. Poretsky | B160 | Review C. Carty comments to the draft of the third fee application and revise | 0.90 |
| 12/09/20 | L. Poretsky | B160 | Calculate per updated summaries received from billing department, update and finalize third fee application | 2.40 |
| 12/09/20 | L. Schepp | B190 | Update documents cited in Barclays' proffer in preparation for attorney review. | 4.20 |
| 12/10/20 | C. Carty | B160 | Review and revise draft third interim fee application. | 2.20 |
| 12/10/20 | K. Kolb | B190 | Revise proffer outline. | 1.20 |
| 12/10/20 | K. Kolb | B190 | Analyze revisions to proffer outline and materials. | 0.30 |
| 12/10/20 | K. Kolb | B190 | Revise materials for proffer. | 0.20 |
| 12/10/20 | G. Fromer | B190 | Discuss preparing deposition exhibit binder with paralegal. | 0.20 |
| 12/11/20 | C. Carty | B160 | Revise and finalize third interim fee app. | 1.10 |
| 12/11/20 | K. Kolb | B190 | Revise proffer materials | 1.20 |
| 12/11/20 | L. Poretsky | B160 | Conference with Chris Carty re status if the third fee application and filing options | 0.30 |
| 12/11/20 | L. Schepp | B190 | Revise Barclays proffer in preparation for attorney review.. | 1.50 |
| 12/14/20 | C. Carty | B190 | Prepare for Barclays proffer. | 1.50 |
| 12/14/20 | S. O'Donnell | B190 | Coordinate proffer call. | 0.50 |
| 12/14/20 | L. Poretsky | B160 | Revise, redact and finalize Twelfth Monthly Fee application and e-file; e-mail to Prime Clerk re service of the filed statement | 1.00 |



Invoice Number: 541327
Matter Number: 19609.0001
Page: 4

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 12/15/20 | C. Carty | B160 | Finalize and file third interim fee application. | 0.80 |
| 12/15/20 | C. Carty | B190 | Participate in prep session for Barclays proffer and prepare for same (1.0); review and analyze documents related to same (2.1). | 3.10 |
| 12/15/20 | S. O'Donnell | B190 | Coordinate Barclays proffer call. | 0.50 |
| 12/15/20 | K. Kolb | B190 | Final reivsions to proffer outline. | 0.30 |
| 12/15/20 | K. Kolb | B190 | Prepare for and attend session to prepare for proffer. | 1.20 |
| 12/15/20 | K. Kolb | B190 | Call with opposing counsel. | 0.10 |
| 12/15/20 | G. Fromer | B190 | Review deposition outline and expert memorandum regarding data to prepare for call with opposing counsel. | 1.80 |
| 12/15/20 | G. Fromer | B190 | Discuss data with expert to prepare for call with opposing counsel. | 0.50 |
| 12/15/20 | G. Fromer | B190 | Discuss deposition exhibits with Kyle Kolb. | 0.10 |
| 12/16/20 | K. Kolb | B190 | Draft email to opposing counsel regarding data analysis. | 0.30 |
| 12/21/20 | C. Carty | B160 | Review and analyze documentation from fee examiner. | 0.70 |
| 12/22/20 | C. Carty | B160 | Attention to issues related to fee applications for fee examiner request. | 1.40 |
| 12/28/20 | K. Kolb | B190 | Discuss logistical issues with opposing counsel and experts. | 0.10 |
| 12/28/20 | L. Schepp | B190 | Compile additional documents of interest for review, per H. Zimmer | 0.80 |
| 12/29/20 | C. Carty | B160 | Call with fee examiner and prepare for same. | 0.80 |

| | | | **TOTAL** | **$35,897.50** |



## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 18.00 | 785.00 | 14,130.00 |
| G. Fromer | 4.50 | 420.00 | 1,890.00 |
| K. Kolb | 10.30 | 610.00 | 6,283.00 |
| S. O'Donnell | 1.50 | 1,025.00 | 1,537.50 |
| L. Poretsky | 23.70 | 390.00 | 9,243.00 |
| L. Schepp | 8.40 | 335.00 | 2,814.00 |
| **TOTAL** | **66.40** | | **$35,897.50** |

**MANAGING ATTORNEY'S OFFICE**

| | | |
|---|---|---|
| Electronic/Paper Filing | | 97.50 |
| **TOTAL** | | **$97.50** |

**E-DISCOVERY & LITIGATION SUPPORT SERVICES**

| | | |
|---|---|---|
| Document Production | | 190.00 |
| Project Management | | 76.00 |
| **TOTAL** | | **$266.00** |

| | | |
|---|---|---|
| **TOTAL LEGAL SERVICES** | | **$36,261.00** |

### DISBURSEMENTS:

| | AMOUNT |
|---|---|
| E-Discovery Data Hosting | 115.00 |
| Expert Witness Fees | 15,450.00 |
| Postage & Shipping | 107.19 |
| **TOTAL:** | **$15,672.19** |

## TASK SUMMARY

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.00 | 363.50 |



Invoice Number: 541327
Matter Number: 19609.0001
Page: 6

**TASK SUMMARY**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 36.60 | 19,317.00 |
| B190 | Other Contested Matters | 29.80 | 16,580.50 |
| **TOTALS** | | **67.40** | **$36,261.00** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 356647 | 07/16/20 | 62,817.18 | 60,748.68 | 2,068.50 |
| 358157 | 08/24/20 | 43,825.32 | 36,934.32 | 6,891.00 |
| 538311 | 10/22/20 | 279,109.04 | 253,931.24 | 25,177.80 |
| 539160 | 11/12/20 | 24,329.85 | 21,482.65 | 2,847.20 |
| 540575 | 12/14/20 | 31,940.28 | 28,618.48 | 3,321.80 |
| | | | **Total Outstanding** | **$40,306.30** |



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

January 19, 2021
Invoice Number: 541328
Matter Number: 19609.0002
Tax ID:          662

Re:  **Jointly Asserted Causes of Action**

Fees for legal services rendered through December 31, 2020                    $106,056.50

                                                        **TOTAL**    **$106,056.50**

Unpaid balance from previous invoice(s)                                      $166,001.10

Total Due Now                                                                $272,057.60

Kindly return this page with your check payment to:        Send wire payments to:
Herrick, Feinstein LLP                          Citibank, N.A.
2 Park Avenue                          ABA Number:        0089
New York, NY 10016                    Account Number:        6165
                                      SWIFT #:        S33
PLEASE REMIT PAYMENT WITHIN 30 DAYS
HERRICK, FEINSTEIN LLP  ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 541328
Matter Number: 19609.0002
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 11/19/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.00 |
| 12/01/20 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas. | 0.90 |
| 12/01/20 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas. | 1.20 |
| 12/01/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 1.70 |
| 12/01/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 1.60 |
| 12/01/20 | R. Quigley | B190 | Analyze and code documents in productions. | 7.70 |
| 12/01/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 12/02/20 | K. Kolb | B190 | Begin drafting cross-exam outline. | 0.40 |
| 12/02/20 | C. Anderson | B190 | Review and analyze document production for relevant issues and documents. | 1.20 |
| 12/02/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.20 |
| 12/02/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 2.60 |
| 12/02/20 | R. Quigley | B190 | Analyze and code documents in productions. | 6.10 |
| 12/02/20 | S. Stockman | B190 | Continue 2L review. | 5.60 |
| 12/02/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.00 |
| 12/02/20 | H. Zimmer | B190 | Confer with Chris Carty and Kyle Kolb on Wachtell subpoena. | 0.10 |
| 12/02/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 12/03/20 | K. Kolb | B190 | Analyze response from opposing counsel regarding subpoena collection. | 0.20 |
| 12/03/20 | K. Kolb | B190 | Supervise second level review. | 0.20 |
| 12/03/20 | K. Kolb | B190 | Revise summaries of key documents produced in response to subpoenas. | 2.90 |
| 12/03/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 0.80 |
| 12/03/20 | R. Quigley | B190 | Analyze and code documents in productions. | 5.60 |
| 12/03/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.40 |
| 12/03/20 | H. Zimmer | B190 | Confer with Kyle Kolb concerning Blackstone subpoena. | 0.10 |
| 12/03/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.90 |
| 12/03/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.80 |
| 12/03/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and update chart summarizing hot documents marked | 0.80 |



Invoice Number: 541328
Matter Number: 19609.0002
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| | | | from same. | |
| 12/04/20 | C. Carty | B190 | Review and analyze draft NDA (0.4); call with D. Chapman re same (0.1). | 0.50 |
| 12/04/20 | K. Kolb | B190 | Revise summaries of key documents produced in response to subpoenas. | 3.20 |
| 12/04/20 | C. Anderson | B190 | Review document production for relevant issues and documents. | 0.70 |
| 12/04/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.70 |
| 12/04/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 12/04/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 12/04/20 | H. Zimmer | B190 | Analyze fee statements from July through October and draft portion of fee application related to same. | 0.90 |
| 12/04/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and update chart summarizing hot documents marked from same. | 0.40 |
| 12/06/20 | K. Kolb | B190 | Revise summaries of key documents produced in response to subpoenas. | 1.70 |
| 12/06/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 12/06/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 12/06/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/06/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/07/20 | K. Kolb | B190 | Supervise second level review of documents produced in response to subpoena. | 0.20 |
| 12/07/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 0.30 |
| 12/07/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 6.50 |
| 12/07/20 | R. Quigley | B190 | Analyze and code documents in productions. | 2.40 |
| 12/07/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/07/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 12/07/20 | H. Zimmer | B190 | Email WLRK concerning subpoena and document production in response to subpoena. | 0.10 |
| 12/07/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and update chart summarizing hot documents marked from same. | 0.40 |
| 12/08/20 | K. Kolb | B190 | Supervise second level review of subpoena productions. | 0.20 |
| 12/08/20 | K. Kolb | B190 | Emails with opposing counsel regarding subpoena. | 0.10 |
| 12/08/20 | D. Field | B190 | Review documents produced in adverary proceeding. | 1.30 |
| 12/08/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 3.00 |
| 12/08/20 | S. Stockman | B190 | Continue 2L review. | 1.30 |
| 12/08/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.20 |



Invoice Number: 541328
Matter Number: 19609.0002
Page: 4

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 12/08/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 12/08/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/08/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and confer with Kyle Kolb concerning third-party production in response to subpoenaes. | 1.10 |
| 12/09/20 | K. Kolb | B190 | Revise summaries of key documents. | 1.80 |
| 12/09/20 | K. Kolb | B190 | Supervise second level review process. | 0.30 |
| 12/09/20 | R. Quigley | B190 | Analyze and code documents in productions. | 3.10 |
| 12/09/20 | S. Stockman | B190 | Continue 2L review. | 2.20 |
| 12/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 12/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and review edits from KK to chart summarizing hot documents. | 2.40 |
| 12/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/09/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.30 |
| 12/09/20 | H. Zimmer | B190 | Confer with counsel concerning subpoena served on Blackstone. | 0.10 |
| 12/09/20 | H. Zimmer | B190 | Email WLRK concerning subpoena and document production in response to subpoena. | 0.10 |
| 12/10/20 | K. Kolb | B190 | Supervise second level review of documents produced by debtors' professionals. | 0.10 |
| 12/10/20 | K. Kolb | B190 | Prepare for and attend meet and confer with counsel to Blackstone. | 0.50 |
| 12/10/20 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 1.00 |
| 12/10/20 | R. Quigley | B190 | Analyze and code documents in productions. | 1.30 |
| 12/10/20 | S. Stockman | B190 | Continue 2L review. | 2.20 |
| 12/10/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 12/10/20 | H. Zimmer | B190 | Confer with Kyle Kolb and Chris Carty on third-party discovery | 0.30 |
| 12/10/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.30 |
| 12/10/20 | H. Zimmer | B190 | Analyze documents produced in adversary prooceeding. | 1.00 |
| 12/10/20 | H. Zimmer | B190 | Prepare for conference with counsel for Blackstone and Wilmer Hale concerning Blackstone subpoena, attend conference call, and confer with Kyle Kolb on same. | 0.90 |
| 12/10/20 | H. Zimmer | B190 | Confer with Kyle Kolb on third party discovery and review of documents produced in adversary proceeding. | 0.20 |
| 12/10/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 12/10/20 | L. Schepp | B190 | Compile documents cited in Barclays proffer. | 4.70 |
| 12/11/20 | C. Carty | B190 | Correspondence related to third party subpoenas. | 0.30 |



Invoice Number: 541328
Matter Number: 19609.0002
Page: 5

| Date | Name | Task Code | Narrative | Hours |
|------|------|-----------|-----------|-------|
| 12/11/20 | K. Kolb | B190 | Initial draft of response to opposing counsel. | 0.20 |
| 12/11/20 | K. Kolb | B190 | Draft email to opposing counsel. | 0.30 |
| 12/11/20 | E. Plowman | B190 | Review and analyze docs in adversary proceeding. | 2.70 |
| 12/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.80 |
| 12/11/20 | H. Zimmer | B190 | Confer with CC on subpoena to Girard Sharp and Robbins Arroyo, analyze search parameters concerning same, and review email from CC to same concerning subpoena. | 0.20 |
| 12/11/20 | H. Zimmer | B190 | REvise email to Blackstone and confer with KK on same | 0.30 |
| 12/11/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/11/20 | H. Zimmer | B190 | Revise email to Blackstone and confer with KK on same | 0.70 |
| 12/14/20 | K. Kolb | B190 | Supervise second level review. | 0.20 |
| 12/14/20 | R. Quigley | B190 | Analyze and code documents in productions. | 2.00 |
| 12/14/20 | S. Stockman | B190 | Continue 2L review. | 6.20 |
| 12/14/20 | H. Zimmer | B190 | Analyze letter from WLRK concerning production in response to subpoena. | 0.10 |
| 12/14/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/14/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/14/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/14/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/15/20 | K. Kolb | B190 | Further meet and confer email to opposing counsel. | 0.20 |
| 12/15/20 | R. Quigley | B190 | Analyze and code documents in productions. | 6.80 |
| 12/15/20 | S. Stockman | B190 | Continue 2L review. | 1.60 |
| 12/15/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/15/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.90 |
| 12/15/20 | H. Zimmer | B190 | ANalyze documents produced in adversary proceeding. | 3.50 |
| 12/15/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/15/20 | H. Zimmer | B190 | Confer with KK on documents produced in adversary proceeding. | 0.10 |
| 12/15/20 | H. Zimmer | B190 | Analyze email from KK to Blackstone concerning subpoena. | 0.10 |
| 12/16/20 | K. Kolb | B190 | Supervise second level review and analyze new documents produced by debtors' professionals. | 0.30 |
| 12/16/20 | R. Quigley | B190 | Analyze and code documents in productions. | 2.60 |
| 12/16/20 | S. Stockman | B190 | Continue 2L review. | 1.00 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.80 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |



Invoice Number: 541328
Matter Number: 19609.0002
Page: 6

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 12/16/20 | H. Zimmer | B190 | Confer with counsel for Firard Sharp and Robbins Arroyo concerning subpoena. | 0.10 |
| 12/16/20 | H. Zimmer | B190 | Confer with KK, CC, and H5 concerning WLRK production. | 0.10 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 12/16/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and confer on same. | 1.20 |
| 12/18/20 | K. Kolb | B190 | Email to opposing counsel regarding subpoena. | 0.50 |
| 12/18/20 | H. Zimmer | B190 | Analyze email from Blackstone concerning subpoena and prior discussions with same and confer with KK. | 0.30 |
| 12/18/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 12/18/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.80 |
| 12/18/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 6.20 |
| 12/20/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and revise chart summarizing hot documents. | 0.60 |
| 12/20/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and review motions to dismiss concerning related topics. | 0.70 |
| 12/20/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 12/20/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/21/20 | C. Carty | B190 | Call with H. Zimmer re meet and confer and prepare for same. | 0.50 |
| 12/21/20 | C. Carty | B190 | Meet and confer with subpoena recipient and prepare for same. | 0.50 |
| 12/21/20 | K. Kolb | B190 | Supervise second level review. | 0.10 |
| 12/21/20 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 1.20 |
| 12/21/20 | R. Quigley | B190 | Analyze and code documents in productions. | 4.80 |
| 12/21/20 | H. Zimmer | B190 | Confer with Chris Carty concerning subpoena on Girard Sharp and Robbins Arroyo and analyze draft search parameters and documents produced in adversary proceeding concerning same. | 0.30 |
| 12/21/20 | H. Zimmer | B190 | Prepare for and attend conference call with counsel at WIlmer Hake, Girard Sharp, and Roobins Arroyo in connection with subpoena. | 0.40 |
| 12/21/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.00 |
| 12/22/20 | K. Kolb | B190 | Supervise second level review of subpoena productions. | 0.20 |
| 12/22/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 12/22/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 12/22/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.50 |
| 12/22/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.70 |
| 12/23/20 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 1.60 |



Invoice Number: 541328
Matter Number: 19609.0002
Page: 7

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 12/23/20 | H. Zimmer | B190 | Confer with KK and CC concerning review of documents produced in adversary proceeding. | 0.10 |
| 12/23/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.80 |
| 12/23/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.20 |
| 12/23/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.50 |
| 12/23/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 12/24/20 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 2.10 |
| 12/24/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 12/24/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/24/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 12/24/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.80 |
| 12/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.40 |
| 12/25/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.80 |
| 12/26/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 12/26/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.40 |
| 12/26/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/27/20 | K. Kolb | B190 | Supervise second level review. | 0.20 |
| 12/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 12/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.40 |
| 12/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.70 |
| 12/28/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/28/20 | H. Zimmer | B190 | Confer with KK and CC concerning subpoena served on WLRK. | 0.10 |
| 12/29/20 | C. Carty | B190 | Review and analyze key documents. | 1.50 |
| 12/29/20 | K. Kolb | B190 | Revise search for new hot documents. | 0.30 |
| 12/29/20 | K. Kolb | B190 | Analyze documents produced by Blackstone. | 0.30 |
| 12/29/20 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas. | 0.20 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.40 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.20 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.50 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and confer with KK and LS concerning same. | 0.30 |



Invoice Number: 541328
Matter Number: 19609.0002
Page: 8

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and confer with KK and CC concerning documents produced in adversary proceeding. | 0.30 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.60 |
| 12/29/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 12/30/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and confer with KK concerning same. | 2.00 |
| 12/30/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 12/30/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.70 |
| 12/30/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 12/30/20 | H. Zimmer | B190 | Analyze email from WLRK concerning production in response to subpoena. | 0.10 |
| 12/31/20 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.20 |
| 12/31/20 | H. Zimmer | B190 | Confer with KK znd LS concerning documents produced in adversary proceeding. | 0.20 |
| 12/31/20 | L. Schepp | B190 | Update document production index and distribute to case team. | 0.70 |

**TOTAL** $106,056.50

### LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Anderson | 1.90 | 415.00 | 788.50 |
| C. Carty | 3.30 | 785.00 | 2,590.50 |
| D. Field | 4.80 | 435.00 | 2,088.00 |
| G. Fromer | 17.20 | 420.00 | 7,224.00 |
| K. Kolb | 16.90 | 610.00 | 10,309.00 |
| E. Plowman | 7.60 | 420.00 | 3,192.00 |
| R. Quigley | 42.40 | 420.00 | 17,808.00 |
| L. Schepp | 5.40 | 335.00 | 1,809.00 |
| S. Stockman | 20.10 | 435.00 | 8,743.50 |
| H. Zimmer | 118.40 | 435.00 | 51,504.00 |
| **TOTAL** | **238.00** | | **$106,056.50** |



Invoice Number: 541328<br>
Matter Number: 19609.0002<br>
Page: 9

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 358158 | 08/24/20 | 114,394.47 | 91,935.87 | 22,458.60 |
| 538312 | 10/22/20 | 330,797.92 | 265,261.82 | 65,536.10 |
| 539161 | 11/12/20 | 221,704.24 | 177,615.54 | 44,088.70 |
| 540525 | 12/14/20 | 170,056.45 | 136,138.75 | 33,917.70 |
| | | | **Total Outstanding** | **$166,001.10** |

## Exhibit D

### Disbursement Summary

| | |
|---|---|
| E-Discovery Data Hosting | $115.00 |
| Postage & Shipping | $107.19 |
| Professional Fees – Consultant Fees | $15,450.00 |
| **Total** | **$15,672.19** |

HF 13651997v.1

## Exhibit E

### Itemized Disbursement

Matter: Official Committee of Unsecured Creditor (19609)Sears Bankruptcy (0001)

| Transaction Date | Disb Code | To Bill Amount |
|---|---|---|
| 12/21/2020 | Shipping (013) | $36.55 |
| 12/21/2020 | Shipping (013) | $35.32 |
| 12/21/2020 | Shipping (013) | $35.32 |
| 12/31/2020 | E-Discovery Data Hosting Minimum Charge (115) | $100.00 |
| 12/31/2020 | E-Discovery Data Hosting per Gig Charge (116) | $15.00 |
| 1/1/2021 | Expert Witness Fees (026) | $15,450.00 |
| | | **$15,672.19** |



Invoice ID: 2021-00277
Account number: 26
Project Id: 26
Invoice date: January 1, 2021

Capital Market Risk Advisors
4851 Tamiami Trail North
Suite 243
Naples, FL 34103
Attn: Accounting


Kyle Kolb

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

| Invoice Total | | | $15,450.00 |
|---|---|---|---|

**See attached spreadsheet for invoice specification.**

| NAME | AVERAGE RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| Nie | 400.00 | 5.0 | 2,000.00 |
| Niculescu | 1,250.00 | 10.3 | 12,875.00 |
| Iacono | 1,150.00 | 0.5 | 575.00 |
| **Grand Total** | **$1,046.15** | **15.8** | **$15,450.00** |

Please remit payment with the statement number to Capital Market Risk Advisors at the address listed above or via wire.  Contact QBTeam@advancedprofessional.net for wire instructions.