UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD SUPPLEMENTAL DECLARATION OF BENJAMIN J. STEELE
IN SUPPORT OF APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. §
327(A), BANKRUPTCY RULES 2014(A) AND 2016(A), AND LOCAL RULES 2014-1
AND 2016-1 FOR AUTHORITY TO RETAIN AND EMPLOY PRIME CLERK LLC AS
ADMINISTRATIVE AGENT *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

I, Benjamin J. Steele, declare as follows:

1. I am a Vice President of Prime Clerk LLC ("**Prime Clerk**"), a chapter 11 administrative services firm whose headquarters are located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2. On October 31, 2018, I filed a declaration (the "**Initial Declaration**") in support of the *Application of the Debtors Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rules 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Prime Clerk LLC as Administrative Agent* Nunc Pro Tunc *to the Commencement Date* [Docket No. 394] (the "**Application**"), which Application was granted by this Court on November 19, 2019 [Docket No. 812]. On August 20, 2019 and September 18, 2020, I filed supplements to the Initial Declaration [Docket Nos. 4913 and 8448, respectively] (together with the Initial Declaration, the "**Prior Declarations**"). I hereby incorporate by reference, in their entirety, the Prior Declarations as if fully set forth herein.

3. I hereby supplement the Prior Declarations to disclose that Stacey Corr-Irvine, a recently hired Director at Prime Clerk, was formally a partner at Jones Day. Ms. Corr-Irvine left Jones Day in 2020. While at Jones Day, Ms. Corr-Irvine represented Revlon and Elizabeth Arden Inc., Revlon (Puerto Rico) Inc., and Revlon Consumer Products Corporation as defendants in adversary proceedings commenced by the Debtors. Ms. Corr-Irvine will not be assigned by Prime Clerk to perform work in these chapter 11 cases. Based on the foregoing, and in view of Prime Clerk's neutral role in these cases, Prime Clerk believes that this connection does not present an interest adverse to the Debtors.

4. To the best of my knowledge, Prime Clerk continues to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

                                                    */s/ Benjamin J. Steele*
                                                  Benjamin J. Steele
                                                  Vice President
                                                  Prime Clerk LLC
                                                  One Grand Central Place
                                                  60 East 42nd Street, Suite 1440
                                                  New York, New York 10165