WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jared R. Friedmann
Jacqueline Marcus
Jennifer Brooks Crozier

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
**SEARS HOLDINGS CORPORATION**, *et al.*,   :    Case No. 18-23538 (RDD)
                                        :
Debtors. [1]                            :    (Jointly Administered)
                                        :    (ECF No. 9106)
                                        :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE DEBTORS' MOTION TO COMPEL TURNOVER OF ESTATE PROPERTY

**PLEASE TAKE NOTICE** that, on November 19, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors to Compel Turnover of Estate Property* [ECF No. 9106] (the "**Turnover Motion**") for entry of an order compelling Transform Holdco LLC ("**Transform**") to turn over estate funds, pursuant to section 541 and 542 of chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Authorizing and Approving Procedures for Settling De Minimis Affirmative Claims and Causes of Action of the Debtors* [ECF No. 3363] the Debtors and Transform have reached a settlement resolving the Turnover Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Turnover Motion with prejudice.

Dated: January 22, 2021
       New York, New York

                        */s/ Jacqueline Marcus*
                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007
                        Jared R. Friedmann
                        Jacqueline Marcus
                        Jennifer Brooks Crozier

                        *Attorneys for Debtors*
                        *and Debtors in Possession*