**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: Sears Holding Corporation, et al., | Case No. 18-23538-rdd |
| Debtors. | Chapter 11 (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| Kmart Holding Corporation  Sears, Roebuck and Co. | Adv. Proceeding No. 20-06916-rdd |
| Plaintiffs | |
| v. | |
| Dorcy International Inc.  dba Dorcy International | |
| Defendant | |

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David J. Coyle to be admitted, ***pro hac vice***, to represent Dorcy International (the "Client"), in the above referenced cases and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERD**, that David J. Coyle, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases and adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      January 25, 2021

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE