Jason B. Binford
Texas Bar No. 24045499
Assistant Attorney General
Bankruptcy & Collection Division MC 008
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov

ATTORNEY FOR THE EMPLOYEES RETIREMENT
SYSTEM OF TEXAS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Corporation, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| Sears Holding Corporation, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 20-07007 |
| Andrew H. Tusch, *et al.*, | |
| Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Jason B. Binford, to be admitted, ***pro hac vice***, to represent the Employees Retirement System of Texas, by and through the Office of the Attorney General of Texas, (the "Client") a defendant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, the bar of the U.S. District Court for the Western District of Texas, it is hereby

**ORDERED**, that Jason B. Binford, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2