J. Casey Roy
Texas Bar No. 00791578
Assistant Attorney General
Bankruptcy & Collection Division MC 008
Texas Attorney General's Office
P. O. Box 12548
Austin, TX  78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
casey.roy@oag.texas.gov

ATTORNEY FOR THE EMPLOYEES RETIREMENT
SYSTEM OF TEXAS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Corporation, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| Sears Holding Corporation, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 20-07007 |
| Andrew H. Tusch, *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, J. Casey Roy, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Employees Retirement System of Texas, by and through the Office of the Attorney General of Texas, a defendant in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 26, 2021

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ J. Casey Roy*
J. CASEY ROY
Assistant Attorney General
Texas State Bar No. 00791578
Bankruptcy & Collections Division
Texas Attorney General's Office
P. O. Box 12548 MC 008
Austin, Texas 78711-2548
P: (512) 475-4297/F: (512) 936-1409
casey.roy@oag.texas.gov

ATTORNEYS FOR THE EMPLOYEES RETIREMENT SYSTEM OF TEXAS

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on January 26, 2021.

                                      */s/ J. Casey Roy*
                                      J. CASEY ROY
                                      Assistant Attorney General