J. Casey Roy
Texas Bar No. 00791578
Assistant Attorney General
Bankruptcy & Collection Division MC 008
Texas Attorney General's Office
P. O. Box 12548
Austin, TX  78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
casey.roy@oag.texas.gov

Attorney for the Employees Retirement
System of Texas

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Sears Holding Corporation, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| Sears Holding Corporation, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Adv. Pro. No. 20-07007 |
| v. | ) |
| Andrew H. Tusch, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of J. Casey Roy, to be admitted, ***pro hac vice***, to represent the Employees Retirement System of Texas, by and through the Office of the Attorney General of Texas, (the "Client") a defendant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, the bar of the U.S. District Court for the Western District of Texas, it is hereby

**ORDERED**, that J. Casey Roy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE