WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                    :    Chapter 11
                                                            :
**SEARS HOLDINGS CORPORATION**, *et al.*,    :    Case No. 18-23538 (RDD)
                                                            :
Debtors.[1]                                  :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## STATEMENT OF THE DEBTORS CERTIFYING COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS OCTOBER 1, 2020 TO DECEMBER 31, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from October 1, 2020 through December 31, 2020:

### Tier 1 Ordinary Course Professionals

|  | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| Professional | Oct-20 | Nov-20 | Dec-20 | Q4 2020 |
| Baker & Hostetler LLP | - | - | $5,111.00 | $5,111.00 |
| Baute Crochetiere Hartley & Velkei LLP | - | - | $15,243.80 | $15,243.80 |
| Dickie, McCamey & Chilcote, P.C. | - | - | $8,325.00 | $8,325.00 |
| DLA Piper LLP (US) | - | - | $144,038.55 | $144,038.55 |
| Jackson Lewis P.C. | - | - | $1,081.50 | $1,081.50 |
| McConnell Valdes LLC | - | - | $55,264.66 | $55,264.66 |
| Novack and Macey LLP | - | - | $97,835.85 | $97,835.85 |
| Reed Smith, LLP | - | - | $27,300.40 | $27,300.40 |
| **Total** | - | - | **$354,200.76** | **$354,200.76** |

### Tier 2 Ordinary Course Professionals

|  | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| Professional | Oct-20 | Nov-20 | Dec-20 | Q4 2020 |
| Akerman LLP | $4,601.00 | - | $- | $4,601.00 |
| Buchanan Ingersoll & Rooney P.C. | - | - | $20,433.20 | $20,433.20 |
| Clarke Gittens Farmer | - | - | $171.00 | $171.00 |
| Colon & Colon, P.S.C. | - | - | $242.00 | $242.00 |
| Economics Law Practice, Advocates & Solicitors | - | - | $41,900.00 | $41,900.00 |
| Faegre Drinker Biddle & Reath, LLP | - | - | $21,529.77 | $21,529.77 |
| Fox Rothschild LLP | - | - | $1,472.00 | $1,472.00 |

| Greenberg Traurig LLP | - | - | $70,930.92 | $70,930.92 |
|---|---|---|---|---|
| Haynes, Studnicka, Kahan, O'Neill & Poulakidas, LLC | - | - | $108.50 | $108.50 |
| Horwood Marcus & Berk | - | - | $1,923.75 | $1,923.75 |
| Kainen, Escalera & McHale, P.C. | - | - | $160.00 | $160.00 |
| Neal Gerber & Eisenberg LLP | - | - | $14,346.15 | $14,346.15 |
| Nicholas A. Furia (Law Offices of) | - | - | $23,698.82 | $23,698.82 |
| Schneider and Onofry, P.C. | - | - | $140.00 | $140.00 |
| Sisselman & Schwartz, LLP | - | - | $3,445.02 | $3,445.02 |
| Von Wobeser y Sierra, S.C. | - | - | $92,478.68 | $92,478.68 |
| **Total** | **$4,601.00** | - | **$292,979.81** | **$297,580.81** |

### Tier 3 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | |
|---|---|---|---|---|
| | Oct-20 | Nov-20 | Dec-20 | Q4 2020 |
| Polsinelli, P.C. | $65,860.42 | - | $7,217.25 | $73,077.67 |
| Seyfarth Shaw LLP | - | - | $97,148.74 | $97,148.74 |
| **Total** | **$65,860.42** | - | **$104,365.99** | **$170,226.41** |

Dated:  January 28, 2021
    New York, New York

 /s/  Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*