# EXHIBIT A

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                              January 25, 2021
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                     Invoice No. 20210105307
1675 Broadway, 19th Floor
New York, NY 10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $8,992.00 |
| **Total Invoice Amount** | **$8,992.00** |

071820.02 - 00315861  
Vincent J. Marriott, III

January 25, 2021  
Invoice No. 20210105307

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 12/08/20 | Telephone conferences and correspondence with R. Young and V. Marriott re: resolution of remaining preliminary objections to final Deloitte fee and expense application (.30); review revised draft of preliminary report on third through fifth Akin Gump fee and expense applications (.50); correspondence with V. Marriott re: same (.10) | 1,405.00 | 0.90 | 1,264.50 |
| Harner,P.E. | 12/11/20 | Prepare for and participate in telephonic hearing re: final Deloitte fee and expense application (.60); review and prepare comments on related proposed form of approval order (.20); comprehensive review and preparation of comments on draft preliminary report re: second through fifth Interim FTI fee and expense applications and supporting exhibits re: prospective objections (2.30) | 1,405.00 | 3.10 | 4,355.50 |
| Harner,P.E. | 12/12/20 | Further review and preparation of comments on draft preliminary report re: second through fifth interim FTI fee and expense applications and supporting exhibits re: prospective objections (1.90); prepare for and participate in conference call with T. Daluz and C. McClamb re: same (.50) | 1,405.00 | 2.40 | 3,372.00 |
| **Total B170** | | | | **6.40** | **8,992.00** |
| **Total Fees** | | | | **6.40** | **$8,992.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Harner,P.E. | 6.40 | 1,405.00 | 8,992.00 |
| **Total Fees** | **6.40** | | **$8,992.00** |