# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
1675 Broadway
New York, NY 10019

January 25, 2021
Invoice No. 20210105308

Client:      Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $36,571.00 |
| **Total Invoice Amount** | **$36,571.00** |

| | |
|---|---|
| 071820.03 - 00317415 | January 25, 2021 |
| Vincent J. Marriott, III | Invoice No. 20210105308 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 12/07/20 | Attend to monthly fee application exhibits | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 12/15/20 | Revise monthly fee application | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 12/15/20 | E-mails with T. Daluz re: interim fee application | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 12/15/20 | Review and edit monthly fee application | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 12/16/20 | Review and edit 5th interim fee application | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 12/16/20 | E-mails with P. Harner re: 5th Interim Fee Application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 12/17/20 | Review and edit 5th interim fee application | 495.00 | 0.70 | 346.50 |
| Daluz,T.M. | 12/21/20 | Correspondence re: filing of monthly and interim fee application | 940.00 | 0.20 | 188.00 |
| **Total B160** | | | | **4.40** | **2,934.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 12/01/20 | E-mails with P. Harner re: Deloitte final application | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 12/03/20 | Review Deloitte response to final application issues | 495.00 | 0.40 | 198.00 |
| Marriott, III,V.J. | 12/04/20 | Draft Akin preliminary report | 1,035.00 | 0.50 | 517.50 |
| McClamb,C.D. | 12/04/20 | E-mails with P. Harner re: status of fee review | 495.00 | 0.40 | 198.00 |
| Daluz,T.M. | 12/07/20 | Complete revisions to FTI report | 940.00 | 3.50 | 3,290.00 |
| Daluz,T.M. | 12/07/20 | Draft summary correspondence to P. Harner re: FTI report | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 12/07/20 | Review Deloitte Tax's response to its final fee application | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 12/07/20 | Correspondence with C. McClamb and P. Harner re: same | 940.00 | 0.30 | 282.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

January 25, 2021  
Invoice No. 20210105308

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/07/20 | E-mails re: Deloitte & Touche final fee application | 495.00 | 0.40 | 198.00 |
| Daluz,T.M. | 12/08/20 | Review Deloitte Tax's response to Fee Examiner's informal objection to final fee application | 940.00 | 0.30 | 282.00 |
| Jimenez,C. | 12/08/20 | Analyze edits and answer questions re: Akin's report re: third, fourth, and fifth fee applications | 415.00 | 1.10 | 456.50 |
| Marriott, III,V.J. | 12/09/20 | Attend to Akin preliminary report | 1,035.00 | 0.60 | 621.00 |
| Daluz,T.M. | 12/09/20 | Correspondence with P. Harner and R. Young re: resolution of Deloitte Tax final fee application | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 12/09/20 | Review agenda of hearing | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 12/09/20 | Prepare for hearing | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 12/09/20 | E-mails with P. Harner and T. Daluz re: FTI | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 12/09/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: fee hearing and order | 495.00 | 0.60 | 297.00 |
| Daluz,T.M. | 12/10/20 | Attend hearing on Deloitte final fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 12/11/20 | Initial call with P. Harner and C. McClamb re: FTI second preliminary report | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 12/11/20 | Meeting with P. Harner and T. Daluz re: FTI report | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 12/11/20 | E-mails with P. Harner and T. Daluz re: FTI | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 12/11/20 | E-mails with R. Young and D. Litz re: order approving Deloitte final fee application | 495.00 | 0.30 | 148.50 |
| Jimenez,C. | 12/11/20 | Review and revise examiner report on Akin's third, fourth, and fifth fee applications | 415.00 | 0.90 | 373.50 |
| Daluz,T.M. | 12/14/20 | Prepare for and participate in follow-up call re: FTI preliminary report with P. Harner and C. McClamb | 940.00 | 1.00 | 940.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | January 25, 2021 |
| Vincent J. Marriott, III | | | | | Invoice No. 20210105308 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/14/20 | Meeting with P. Harner and T. Daluz re: FTI | 495.00 | 0.60 | 297.00 |
| Daluz,T.M. | 12/16/20 | Review status of Deloitte Tax issues | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 12/16/20 | Review Deloitte Tax preliminary report and exhibits | 495.00 | 1.80 | 891.00 |
| McClamb,C.D. | 12/16/20 | E-mails with C. Pollard and K. Neitzel re: new interim fee applications | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 12/16/20 | Confer with M. Vesper re: new interim fee applications | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 12/16/20 | E-mails with P. Harner and T. Daluz re: Deloitte Tax | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 12/17/20 | Revise Deloitte Tax exhibits | 495.00 | 6.40 | 3,168.00 |
| McClamb,C.D. | 12/17/20 | E-mails with C. Pollard and K. Neitzel re: new interim fee applications | 495.00 | 0.20 | 99.00 |
| Pollard,C.P. | 12/18/20 | Prepare four fee exhibits for Deloitte Tax - 31/2019 - 10/31/2019 | 320.00 | 0.60 | 192.00 |
| Marriott, III,V.J. | 12/18/20 | Finalize Akin report | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 12/18/20 | E-mails with C. Pollard re: Deloitte Tax exhibits | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 12/18/20 | E-mails with P. Harner and T. Daluz re: Deloitte Tax | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 12/18/20 | Review and revise Deloitte Tax exhibits | 495.00 | 4.70 | 2,326.50 |
| McClamb,C.D. | 12/18/20 | Review Deloitte Tax second and third interim fee applications | 495.00 | 2.30 | 1,138.50 |
| Pollard,C.P. | 12/21/20 | Prepare expense exhibit for Deloite Tax (3/1/2019 - 10/31/2019) | 320.00 | 0.40 | 128.00 |
| Marriott, III,V.J. | 12/21/20 | Review final of Akin report | 1,035.00 | 0.30 | 310.50 |
| Daluz,T.M. | 12/21/20 | Review Deloitte Tax issues | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 12/21/20 | Call with P. Harner and C. McClamb re: reply to Deloitte Tax | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 12/21/20 | Meeting with P. Harner and T. Daluz re: Deloitte Tax and status of case | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 12/21/20 | E-mails with S. O'Donnell re: information necessary for fee data | 495.00 | 0.20 | 99.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

January 25, 2021  
Invoice No. 20210105308

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 12/21/20 | E-mails with T. Berkowitz re: information necessary for fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 12/21/20 | E-mails with K. Neitzel and J. Szydlo re: Akin fee data | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 12/21/20 | Phone call with S. O'Donnell re: fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 12/21/20 | Phone call with T. Berkowitz re: fee data | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 12/21/20 | E-mails with M. Vesper re: information for upcoming review | 495.00 | 1.00 | 495.00 |
| McClamb,C.D. | 12/21/20 | E-mails with T. Daluz re: Deloitte Tax | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 12/21/20 | Review and revise exhibits for Deloitte Tax | 495.00 | 4.80 | 2,376.00 |
| Pollard,C.P. | 12/22/20 | Prepare searches, review results and identify potential issues with fee petition (Akin Gump - July 2020 - Oct 2020) | 320.00 | 1.60 | 512.00 |
| McClamb,C.D. | 12/22/20 | E-mails with M. Vesper re: review of new interims | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 12/22/20 | E-mails with C. Pollard re: Akin fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 12/22/20 | E-mails with T. Berkowitz, V. Martinez and C. Carty re: fee data information | 495.00 | 0.70 | 346.50 |
| McClamb,C.D. | 12/22/20 | E-mails with K. Neitzel re: fee data information | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 12/22/20 | Review Prime Clerk fee entries | 495.00 | 5.30 | 2,623.50 |
| Vesper,M.A. | 12/22/20 | Review fee examiner's consolidated preliminary report and exhibits re: second, third, fourth, and fifth interim fee and expense application of Weil, Gotshal & Manges LLP to prepare for fee review assignment | 375.00 | 1.40 | 525.00 |
| Blessing,B. | 12/22/20 | Format and finalize exhibits for preliminary report re: Akin, Gump, Strauss, Hauer & Feld LLP's third, fourth, and fifth applications | 175.00 | 1.30 | 227.50 |

071820.03 - 00317415  
Vincent J. Marriott, III

January 25, 2021  
Invoice No. 20210105308

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 12/22/20 | Analyze preliminary report and exhibits, and prepare final documents for distribution | 415.00 | 2.40 | 996.00 |
| Vesper,M.A. | 12/23/20 | Review Sears docket entry 344, notice of hearing on application of debtors for authority to retain and employ Weil, Gotshal & Manges to prepare for fee review assignment | 375.00 | 0.50 | 187.50 |
| Daluz,T.M. | 12/28/20 | Attend to issues re: FTI | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 12/28/20 | Attend to issues re: contingent fee firms | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 12/28/20 | E-mails with P. Harner and V. Marriott re: Akin preliminary report | 495.00 | 0.20 | 99.00 |
| Daluz,T.M. | 12/29/20 | Attend to issues re: Deloitte Tax | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 12/30/20 | Review docket re: fifth interims filed by professionals | 940.00 | 0.50 | 470.00 |
| **Total B170** | | | | 59.50 | 33,636.50 |
| **Total Fees** | | | | 63.90 | $36,571.00 |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 12.30 | 940.00 | 11,562.00 |
| Marriott, III,V.J. | 1.70 | 1,035.00 | 1,759.50 |
| McClamb,C.D. | 39.70 | 495.00 | 19,651.50 |
| Jimenez,C. | 4.40 | 415.00 | 1,826.00 |
| Vesper,M.A. | 1.90 | 375.00 | 712.50 |
| Pollard,C.P. | 2.60 | 320.00 | 832.00 |
| Blessing,B. | 1.30 | 175.00 | 227.50 |
| **Total Fees** | **63.90** | | **$36,571.00** |