# EXHIBIT C

# Erie Insurance®

**Member Company**
## Erie Insurance Company

Home Office • 100 Erie Insurance Place • Erie, Pennsylvania 16530 • 814.870.2000
Toll free 1.800.458.0811 • Fax 814.870.2010 • erieinsurance.com

July 27, 2020

Ghassan Sara, Esq.
White & Williams LLP
1650 Market Street
One Liberty Place Suite 1800
Philadelphia, Pa 19103
Via Email: Sarag@whiteandwilliams.com
   **Confidential**

|  |  |  |
|---|---|---|
| Re: | ERIE Claim: | #A00001487565 |
|  | ERIE Policy: | # ▬▬▬▬ |
|  | ERIE Insured: | Charles Sparwasser |
|  |  | Joyce Sparwasser |
|  | Date of Loss: | 12/14/2018 |
|  | Your Client: | Erie Insurance Company |

Dear Attorney Sara,

I am Bridget C. Trojanowski, Property & Casualty Subpoena Response Specialist for the Erie Insurance Group. I hereby certify that on December 14, 2018 the enclosed Declarations, policy form and endorsements were in effect under ERIE Policy Number ▬▬▬▬ These are true likenesses of the documents issued to Charles Sparwasser and Joyce Sparwasser.

Sincerely,

*Bridget Trojanowski*
Signed on 2020/07/27 11:48:26 -8:00

Bridget C. Trojanowski
P & C Subpoena Response Specialist
Liability Claims Department
(814) 870-2766

/bct

Sworn to and subscribed before me

07/27/2020

*[Notary signature]*
Signed on 2020/07/27 11:48:26 -8:00

Commonwealth of Pennsylvania - Notary Seal
Judith Marie Cooklis, Notary Public
Erie County
My Commission Expires Jun 20, 2022
Commission Number 1030568
Notary Stamp 2020/07/27 11:48:26 PST

The ERIE is Above all in SERVICE® • Since 1925





**DECLARATIONS**

ERIE INSURANCE COMPANY
ERIESECURE HOME POLICY

NEW DECLARATIONS

| AGENT | ITEM 2. POLICY PERIOD | POLICY NUMBER |
|---|---|---|
| BB2726   ROSENKILDE & ASSOCIATES | 04/17/18 TO 04/17/19 | ▮▮▮▮▮ |

| ITEM 1. NAMED INSURED AND ADDRESS | ITEM 3. OTHER INTEREST |
|---|---|
| CHARLES SPARWASSER &<br>JOYCE SPARWASSER<br>7872 SAINT FABIAN LN<br>DUNDALK MD   21222-3568 | AS LISTED BELOW<br>OR ON REVERSE SIDE |

AGENT - ROSENKILDE & ASSOCIATES          11350 MCCORMICK EP 3 STE 1102

AGENT PHONE - (410) 833-7666             HUNT VALLEY MD 21031 1086

COVERAGE BEGINS AND ENDS AT- 12.01 AM STANDARD TIME AT THE LOCATION OF THE
 INSURED PROPERTY.  UNTIL TERMINATED, THIS POLICY WILL CONTINUE IN FORCE.

LOCATION OF RESIDENCE PREMISES.    ZIP CODE - 21222   3568
 7872 SAINT FABIAN LN DUNDALK MD.

PROPERTY INFORMATION - PRIMARY RESIDENCE - OWNER OCCUPIED DWELLING, YEAR OF
 CONSTRUCTION 1954, MASONRY.

* THE AMOUNT OF INSURANCE APPLYING TO THE DWELLING IS THE REPLACEMENT COST
AT THE TIME OF THE LOSS, SUBJECT TO POLICY CONDITIONS AND REQUIREMENTS.
THE ESTIMATED REPLACEMENT COST OF THE DWELLING IS   ▮▮▮▮▮▮▮



SECTION I DEDUCTIBLE              ▮▮▮▮▮ .
APPLICABLE FORMS - ESHMD 02/18*, UFA857 03/17*, UFA966 11/12*, UFA861 11/12*,
 UFB169 11/12*, ES01191 01/16*, UFA198 11/12*, ES00941 02/18*, UFA856 10/13*,
 UF4839 10/16*, UFA860 06/15*, UFB566 01/14*, ES00577 05/12*.

MORTGAGEE
▮▮▮▮▮▮▮▮▮▮

                                                    AGT          03/16/18