# **EXHIBIT E**

**Charkey, Alan**

| | |
|---|---|
| **From:** | Michael Pivor <mpivor@kiernantrebach.com> |
| **Sent:** | Friday, February 12, 2021 10:22 AM |
| **To:** | Charkey, Alan |
| **Cc:** | Sara, Gus; Vandermark, James |
| **Subject:** | Re: Erie Ins. Co. a/s/o Sparwasser v. Sears, Roebuck & Co. and Transform SR LLC [WWLLP-PHLDMS1.FID2824276] |
| **Attachments:** | image001.jpg |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

That is correct.

On Fri, Feb 12, 2021, 8:59 AM Charkey, Alan <Charkeya@whiteandwilliams.com> wrote:

> Michael,
>
> Thank you for the prompt response. I understand your position.
>
> Could you please at least confirm that Transform SR LLC has assumed the liabilities of Sears, Roebuck and Company for maintenance agreements issued prior to the closing of the Asset Purchase Agreement as stated in section 2.3(e) of the APA?
>
> Thanks.
>
> Alan
>
> **Alan J. Charkey**
> 1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
> Direct 215.864.6312 | Fax 215.789.7633
> charkeya@whiteandwilliams.com | whiteandwilliams.com
>
> **Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are

1

hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

**From:** Michael Pivor <mpivor@kiernantrebach.com>
**Sent:** Thursday, February 11, 2021 5:49 PM
**To:** Charkey, Alan <Charkeya@whiteandwilliams.com>
**Cc:** Sara, Gus <Sarag@whiteandwilliams.com>; Vandermark, James <Vandermarkj@whiteandwilliams.com>
**Subject:** RE: Erie Ins. Co. a/s/o Sparwasser v. Sears, Roebuck & Co. and Transform SR LLC [WWLLP-PHLDMS1.FID2824276]

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Alan,

Neither Transform nor I are authorized to consent or object to any motions pending in the bankruptcy court involving Sears Holding Corp. or Sears, Roebuck and Co.

**Michael Pivor**

**Kiernan Trebach LLP**

1233 20th Street, NW, 8th Floor

Washington, DC 20036

T 202-712-7000

F 202-712-7100

www.KiernanTrebach.com



This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s).  It may be protected by the attorney-client privilege, attorney-work product or other doctrines.  If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying.  Please do not publish, copy or circulate this message.

**From:** Charkey, Alan [mailto:Charkeya@whiteandwilliams.com]
**Sent:** Thursday, February 11, 2021 4:43 PM
**To:** 'mpivor@kiernantrebach.com' <mpivor@kiernantrebach.com>
**Cc:** Sara, Gus <Sarag@whiteandwilliams.com>; Vandermark, James <Vandermarkj@whiteandwilliams.com>
**Subject:** Erie Ins. Co. a/s/o Sparwasser v. Sears, Roebuck & Co. and Transform SR LLC [WWLLP-PHLDMS1.FID2824276]

Circuit Court of Maryland, Baltimore County, No. 03-C-20-003262

Mr. Pivor,

I'm working with my colleague Gus Sara on the captioned subrogation case which you're defending on behalf of Transform SR LLC.

I've drafted the attached motion for relief for automatic stay with the bankruptcy court.  I'd like to know if we could represent to the bankruptcy court that either you consent to it or at least have no objection to it.

It's our understanding that under the Asset Purchase Agreement, the Transform entities assumed the Sears liabilities arising from maintenance agreements such as that purchased by the Sparwassers. Accordingly, any settlement of this claim would not come from the assets of the bankruptcy estate.

Please let me know your position on the motion.

Thank you.



**Alan J. Charkey**
1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6312 | Fax 215.789.7633
charkeya@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.