# EXHIBIT G

26580777v.2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | CASE NO. 18-23538-RDD |
| Debtors | |

### ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion [ECF No. __], dated February 12, 2021, of Erie Insurance Company (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code, to allow the Creditor's enforcement of its rights in, and remedies in and to, Creditor's claims asserted in the matter of Erie Insurance Company, as subrogee of Charles and Joyce Sparwasser, v. Sears, Roebuck & Co., et al., Circuit Court for Baltimore County, Maryland, case no. C-03-CV-20-003262, and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on _____ __, 2021; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code to allow the Creditor's enforcement of its rights in, and remedies in and to, the matter of Erie Insurance Company, as

<u>subrogee of Charles and Joyce Sparwasser, v. Sears, Roebuck & Co., et al.</u>, Circuit Court for Baltimore County, Maryland, case no. C-03-CV-20-003262.

                              **BY THE COURT:**

By: _____
     THE HONORABLE ROBERT D. DRAIN
     UNITED STATES BANKRUPTCY
     JUDGE

Date: