WHITE AND WILLIAMS LLP
James C. Vandermark, Esq
7 Times Square, Suite 2900
New York, NY 10036
(212) 244-9500
vandermarkj@whiteandwilliams.com

*Counsel to Erie Insurance Company,*
*as subrogee of Charles and Joyce Sparwasser*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **CASE NO. 18-23538-RDD** |
| **Debtors** | |

## CERTIFICATE OF SERVICE

I, James C. Vandermark, hereby certify that on February 12, 2021, I served the Notice of the Hearing for the Motion by Erie Insurance Company for Relief from Automatic Stay, and the related Motion upon the following counsel and parties of record by the methods indicated:

| | |
|---|---|
| Paul M. Basta, Esq.<br>Paul Weiss Rifkind Wharton &<br>Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Email: pbasta@paulweiss.com<br>Attorneys for Debtor,<br>Sears, Roebuck and Company<br>by Electronic Case Filing | Kara E. Casteel, Esq.<br>ASK LLP<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul, MN 55121<br>651.289.3846<br>Fax : 651.406.9676<br>Email: kcasteel@askllp.com<br>Attorneys for Debtor,<br>Sears, Roebuck and Company<br>by Electronic Case Filing |

Scott K. Charles, Esq.  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019  
(212) 403-1202  
Fax : (212) 403-2000  
Email: skcharles@wlrk.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Garrett A. Fail, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
212-310-8000  
Fax : 212-310-8007  
Email: garrett.fail@weil.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Jeff J. Friedman, Esq.  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY 10022  
(212) 940-7035  
Fax : (212) 940-7109  
Email: jeff.friedman@kattenlaw.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Jessica Liou, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
212-310-8817  
Fax : 212-310-8007  
Email: jessica.liou@weil.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Jacqueline Marcus, Esq.  
Weil Gotshal & Manges, LLP  
767 5th Avenue  
New York, NY 10153  
(212) 310-8000  
Fax : (212) 310-8007  
Email: jacqueline.marcus@weil.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Brigette McGrath, Esq.  
ASK LLP  
151 West 46th Street  
4th Floor  
New York, NY 10036  
212-267-7342  
Fax : 212-918-3427  
Email: bmcgrath@askllp.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Steven J. Reisman, Esq.  
Katten Muchin Rosenman LLP  
575 Madison Avenue  
New York, NY 10022-2585  
212-940-8800  
Fax : 212-940-8776  
Email: sreisman@katten.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

Ray C. Schrock, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
212-310-8000  
Fax : 212-310-8007  
Email: ray.schrock@weil.com  
Attorneys for Debtor,  
Sears, Roebuck and Company  
by Electronic Case Filing  

26609817v.1

| | |
|---|---|
| Sunny Singh, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Fax : 212-310-8007<br>Email: sunny.singh@weil.com<br>Attorneys for Debtor,<br>Sears, Roebuck and Company<br>by Electronic Case Filing | Joseph L. Steinfeld, Jr., Esq.<br>ASK LLP<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul, MN 55121<br>(651) 289-3850<br>Fax : (651) 406-9676<br>Email: jsteinfeld@askllp.com<br>Attorneys for Debtor,<br>Sears, Roebuck and Company<br>by Electronic Case Filing |
| Richard C. Morrissey, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>(212) 510-0500<br>Fax : (212) 668-2255<br>Email: richard.morrissey@usdoj.gov<br>by Electronic Case Filing | Ira S. Dizengoff, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br>Fax : (212) 872-1002<br>Email: idizengoff@akingump.com<br>Attorneys for the Official Committee of Unsecured Creditors<br>by Electronic Case Filing |

Dated:   New York, New York
         February 12, 2021

WHITE AND WILLIAMS LLP

*/s/ James C. Vandermark*
James C. Vandermark
7 Times Sq., Suite 2900
New York, NY 10036
vandermarkj@whiteandwilliams.com

*Counsel to Erie Insurance Company, as subrogee of Charles and Joyce Sparwasser*

26609817v.1