AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**TWENTY-SEVENTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | December 1, 2020 through December 31, 2020 |
| Monthly Fees Incurred: | **$331,941.00** |
| 20% Holdback: | **$66,388.20** |
| Total Compensation Less 20% Holdback: | **$265,552.80** |
| Monthly Expenses Incurred: | **$148,172.80** |
| Total Fees and Expenses Requested: | **$413,725.60** |

This is a __x__ monthly ____interim ____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation

and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits

this statement of fees and disbursements (the "Twenty-Seventh Monthly Fee Statement")

covering the period from December 1, 2020 through and including December 31, 2020 (the

"Compensation Period") in accordance with the *Order Authorizing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation

Order") [ECF No. 796]. By the Twenty-Seventh Monthly Fee Statement, and after taking into

account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance

---

[2] The total amount sought for fees and expenses ($480,113.80) reflects voluntary reductions for the Compensation Period of $22,075.00 in fees and $1,830.17 in expenses.

and payment of compensation in the amount of $265,552.80 (80% of $331,941.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $148,172.80[3] incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

---

[3] This amount includes: (i) $6,600.00 of expenses relating to the payment of consulting fees and expenses incurred by Solomon Page Group LLC, a staffing provider retained by the Creditors' Committee in connection with certain litigation; and (ii) $136,972.50 of expenses relating to the retention and compensation of expert witnesses retained by the Creditors' Committee in connection with certain litigation.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses,

organized by general disbursement categories, incurred by Akin Gump in connection with

services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in

connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Twenty-Seventh Monthly Fee Statement shall be given by hand or

overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly

Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email:

mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767

Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com),

Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email:

garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K.

Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite

1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail:

paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov);

(iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times

Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com),

Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email:

george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York,

NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

4

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

Objections to this Twenty-Seventh Monthly Fee Statement, if any, must be filed with the

Court and served upon the Notice Parties so as to be received no later than **March 1, 2021** (the

"<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses

at issue (an "<u>Objection</u>").

If no Objections to this Twenty-Seventh Monthly Fee Statement are filed and served as set

forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

If an Objection to this Twenty-Seventh Monthly Fee Statement is received on or before

the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-

Seventh Monthly Fee Statement to which the Objection is directed and promptly pay the

remainder of the fees and disbursements in the percentages set forth above.  To the extent such

an Objection is not resolved, it shall be preserved and scheduled for consideration at the next

interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
February 12, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
        pdublin@akingump.com
        sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

6

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,225.00 | 9.40 | 11,515.00 |
| Dean Chapman | Litigation | 2009 | 1,225.00 | 40.50 | 49,612.50 |
| David Zensky | Litigation | 1988 | 1,595.00 | 5.50 | 8,772.50 |
| **Total Partner** | | | | **55.40** | **69,900.00** |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Saurabh Sharad | Litigation | 2015 | 925.00 | 20.80 | 19,240.00 |
| **Total Counsel** | | | | **20.80** | **19,240.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 860.00 | 20.60 | 17,716.00 |
| Shirin Mahkamova | Financial Restructuring | 2019 | 700.00 | 5.70 | 3,990.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 700.00 | 14.80 | 10,360.00 |
| Patrick Glackin | Litigation | 2019 | 650.00 | 15.70 | 10,205.00 |
| John Kane | Litigation | 2016 | 895.00 | 12.50 | 11,187.50 |
| Jeff Latov | Litigation | 2017 | 810.00 | 20.60 | 16,686.00 |
| Nicholas Lombardi | Litigation | 2018 | 735.00 | 47.30 | 34,765.50 |
| Elise Maizel | Litigation | 2017 | 810.00 | 18.70 | 15,147.00 |
| Sean Nolan | Litigation | 2018 | 725.00 | 12.70 | 9,207.50 |
| Conor Youngs | Litigation | Pending | 565.00 | 20.70 | 11,695.50 |
| Russell Collins | Staff Attorney | 1998 | 475.00 | 199.30 | 94,667.50 |
| Melodie Young | Staff Attorney | 2003 | 435.00 | 11.40 | 4,959.00 |
| **Total Associates** | | | | **400.00** | **240,586.50** |

| STAFF ATTORNEYS PARALEGALS & LEGAL ASSISTANTS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Bennett Walls | Litigation | N/A | 215.00 | 10.30 | 2,214.50 |
| **Total Legal Assistants** | | | | **10.30** | **2,214.50** |
| **Total Hours / Fees Requested** | | | | **486.50** | **331,941.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,169.82 | 76.20 | 89,140.00 |
| Associates | 601.47 | 400.00 | 240,586.50 |
| Paralegals/Non-Legal Staff | 215.00 | 10.30 | 2,214.50 |
| Blended Timekeeper Rate | 682.30 | | |
| **Total Fees Incurred** | | **486.50** | **331,941.00** |

2

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | General Case Administration | 1.80 | 1,260.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 31.80 | 26,177.50 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 5.40 | 5,191.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 0.20 | 172.00 |
| 8 | Hearings and Court Matters/Court Preparation | 5.00 | 4,340.00 |
| 12 | General Claims Analysis/Claims Objection | 0.60 | 289,929.00 |
| 20 | Jointly Asserted Causes of Action | 437.20 | 423,042.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.70 | 857.50 |
| 23 | Asset Dispositions/363 Asset Sales | 3.80 | 3,278.50 |
| | **TOTAL:** | **486.50** | **331,941.00** |

## Exhibit C

**Itemized Fees**



Akin Gump
Strauss Hauer & Feld LLP

| | |
|---|---|
| SEARS CREDITORS COMMITTEE | Invoice Number 1922532 |
| CHIEF RESTRUCTURING OFFICER | Invoice Date 02/12/21 |
| SEARS HOLDING CORP. | Client Number 700502 |
| 3333 BEVERLY ROAD | Matter Number 0001 |
| HOFFMAN ESTATES, IL  60179 | |
| ATTN: ROBERT  RIECKER | |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 1.80 | $1,260.00 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 31.80 | $26,177.50 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 5.40 | $5,191.50 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 0.20 | $172.00 |
| 008 | Hearings and Court Matters/Court Preparation | 5.00 | $4,340.00 |
| 012 | General Claims Analysis/Claims Objections | 0.60 | $735.00 |
| 020 | Jointly Asserted Causes of Action | 437.20 | $289,929.00 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.70 | $857.50 |
| 023 | Asset Dispositions/363 Asset Sales | 3.80 | $3,278.50 |
| | TOTAL | 486.50 | $331,941.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 12/01/20 | SM | 002 | Review and circulate new filing to members of FR team. | 0.20 |
| 12/03/20 | SM | 002 | Review and circulate new filing to FR and lit teams (.2); update case calendar (.2). | 0.40 |
| 12/07/20 | SM | 002 | Review and circulate new filing to FR and lit teams. | 0.20 |
| 12/08/20 | SM | 002 | Review and circulate new filings to FR and lit teams. | 0.30 |
| 12/09/20 | SM | 002 | Update case calendar. | 0.30 |
| 12/16/20 | SM | 002 | Review and circulate new filing to FR team (.1); update case calendar (.1). | 0.20 |
| 12/29/20 | SM | 002 | Update case calendar. | 0.20 |
| 12/01/20 | SLB | 003 | Review fee statement (.2); correspondence with J. Szydlo re same (.1). | 0.30 |
| 12/01/20 | ZDL | 003 | Review fee payments received to date and update materials regarding the same in connection with 6th interim fee application. | 1.10 |
| 12/01/20 | JES | 003 | Revise fee statement (.5); correspond with accounting team re same (.4); confer with B. Kemp re same (.1); correspond with S. Brauner re same (.1); review and revise fee application (3.1). | 4.20 |
| 12/02/20 | ZDL | 003 | Review and revise initial draft of sixth interim fee application (1.9); call with J. Szydlo re same (.2); communications with M. Korycki (M3) regarding outstanding payments (.8). | 2.90 |
| 12/02/20 | JES | 003 | Call with Z. Lanier re fee application (.2); review and revise same (1.6); conduct research in connection with same (.5). | 2.30 |
| 12/03/20 | ZDL | 003 | Revise sixth interim fee application (2.1); emails with M3 regarding outstanding fee payments (.4). | 2.50 |
| 12/03/20 | JES | 003 | Revise Fee Application. | 1.30 |
| 12/04/20 | ZDL | 003 | Revise fee application (1.8); correspond with J. Szydlo re same (.1). | 1.90 |
| 12/04/20 | JES | 003 | Review and revise fee application (1.8); correspond with Z. Lanier re same (.1). | 1.90 |
| 12/06/20 | SLB | 003 | Review and comment on fee application. | 1.70 |
| 12/07/20 | JES | 003 | Review and revise fee application. | 2.20 |
| 12/08/20 | SLB | 003 | Review Fee App (.4); correspondence with Z. Lanier re same (.2); correspondence with J. Szydlo re same (.1). | 0.70 |
| 12/08/20 | ZDL | 003 | Review fee application and provide comments to the same (.5); correspond with S. Brauner re same (.2). | 0.70 |
| 12/08/20 | JES | 003 | Review and revise fee application (.3); correspond with S. Brauner re same (.1). | 0.40 |
| 12/09/20 | ZDL | 003 | Review fee accrual and correspond with M. Korycki (M3) regarding the same. | 0.20 |
| 12/11/20 | ZDL | 003 | Review fee application. | 0.60 |
| 12/14/20 | ZDL | 003 | Finalize fee application for filing. | 1.20 |
| 12/15/20 | ZDL | 003 | Communications with J. Szydlo regarding Akin fee application. | 0.20 |
| 12/15/20 | JES | 003 | Review and finalize fee application (1.5); draft notice of 2021 rate change (.5); correspond with accounting team re same (.3) correspond with Z. Lanier re Akin fee application (.2). | 2.50 |
| 12/16/20 | ZDL | 003 | Multiple communications with M. Korycki (M3) regarding outstanding fee payments for approval by litigation designees (.5); prepare consolidated fee approval request for review by litigation designees (.4); prepare fee accrual information (.1). | 1.00 |
| 12/17/20 | ZDL | 003 | Coordinate fee payment approvals. | 0.50 |
| 12/17/20 | SM | 003 | Review invoice for privilege and confidentiality. | 0.50 |
| 12/18/20 | SLB | 003 | Revise rate change notice (.6); correspondence with UCC members re same (.2). | 0.80 |
| 12/30/20 | ZDL | 003 | Correspond with M3 regarding fee payments. | 0.20 |
| 12/10/20 | ZDL | 004 | Review and comment on UCC professionals' fee applications (FTI, Herrick, Moritt). | 1.30 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

Page 3
02/12/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/11/20 | ZDL | 004 | Call with Moritt Hock regarding fee application (.2); provide suggested comments to fee applications (.9). | 1.10 |
| 12/14/20 | SLB | 004 | Correspondence with UCC professionals re fee applications and related issues (.4); review drafts of the same (.3). | 0.70 |
| 12/14/20 | ZDL | 004 | Communications with UCC professionals regarding upcoming fee app filing. | 0.30 |
| 12/15/20 | SLB | 004 | Correspondence with Z. Lanier re fee applications for UCC advisors (.3); coordinate filing of the same (.2). | 0.50 |
| 12/15/20 | ZDL | 004 | Final review of UCC professional fee apps (.4); communications with Herrich and Moritt regarding the same (.2); correspond with S. Brauner re same (.3). | 0.90 |
| 12/16/20 | ZDL | 004 | Email with Moritt Hock and Herrick regarding outstanding fee payments. | 0.30 |
| 12/29/20 | SLB | 004 | Correspondence with ASK re fee statement. | 0.30 |
| 12/02/20 | ZDL | 007 | Communications with unsecured creditors regarding case status. | 0.20 |
| 12/07/20 | SM | 008 | Coordinate hearing prep. | 0.20 |
| 12/09/20 | SM | 008 | Coordinate preparation for upcoming hearing. | 0.80 |
| 12/10/20 | SLB | 008 | Attend hearing telephonically. | 1.60 |
| 12/10/20 | SM | 008 | Prepare for (.3) and attend (1.6) omnibus hearing telephonically; prepare summary of same for Committee (.5). | 2.40 |
| 12/01/20 | SLB | 012 | Correspondence with G. Fail and S. Singh (Weil) re Admin creditor request to shorten time re 503(b) application (.2); analyze issues re same (.4). | 0.60 |
| 12/01/20 | DMZ | 020 | Correspond with D. Chapman re consolidation motion. | 0.10 |
| 12/01/20 | RJC | 020 | Review electronic discovery documents (3.7); draft fact chronology in connection with same (3.4). | 7.10 |
| 12/01/20 | DLC | 020 | Review and revise admin materials in connection with Adversary Proceeding (1.0); review legal analysis re open case issues (.5); review memo re privilege log (.4); review memorandum re insurance issues implicated in Adversary Proceeding (.7); correspond with D. Zensky re consolidation motion (.1); analyze issues re same (.2). | 2.90 |
| 12/01/20 | MY | 020 | Review shareholder data of certain defendants named in adversary proceeding (.8); correspond with plaintiffs' counsel concerning same (.2). | 1.00 |
| 12/01/20 | JPK | 020 | Update internal documents tracking re incoming discovery. | 0.20 |
| 12/01/20 | SMN | 020 | Conduct case law research in motion to dismiss briefing in connection with adversary proceeding. | 0.60 |
| 12/01/20 | PJG | 020 | Analyze defendants' privilege logs. | 1.70 |
| 12/01/20 | CWY | 020 | Revise motion to consolidate and circulate same to members of Lit team (.3); conduct research in connection with same (1.5); draft analysis re same (.8). | 2.60 |
| 12/01/20 | NRL | 020 | Conduct second level review of discovery documents re governance issues. | 6.80 |
| 12/02/20 | RJC | 020 | Review discovery document (.9) create demonstrative exhibit re same (1.4); conduct review of discovery documents (5.6). | 7.90 |
| 12/02/20 | DLC | 020 | Exchange emails with counsel to third parties re document production (.5); review and comment on legal research memo in connection with adversary proceeding issues (1.0); inform client re third party discussions of case updates and scheduling issues (.5). | 2.00 |
| 12/02/20 | SLB | 020 | Correspondence with Litigation Designees re case status and open admin issues. | 0.30 |
| 12/02/20 | SMN | 020 | Review docket in New York D&O insurance action (.1); review cases implicating issues in motion to dismiss briefing (.8). | 0.90 |
| 12/02/20 | CWY | 020 | Revise motion to consolidate. | 1.40 |
| 12/02/20 | NRL | 020 | Conduct second level review of documents concerning liquidity (4.7); draft summaries of hot docs (1.6) | 6.30 |
| 12/03/20 | RJC | 020 | Conduct review of electronic discovery documents. | 6.00 |

SEARS CREDITORS COMMITTEE                                                                              Page 4
Bill Number: 1922532                                                                                      02/12/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/03/20 | DLC | 020 | Correspond with counsel to third party re open issues in connection with Adversary Proceeding (.3); review correspondence with members of ASK team re Adversary Proceeding (.3); review and revise consolidation motion (.3). | 0.90 |
| 12/03/20 | MY | 020 | Review shareholder data for certain defendants named in adversary proceeding. | 1.80 |
| 12/03/20 | JPK | 020 | Review internal correspondence regarding discovery produced in adversary proceeding. | 0.10 |
| 12/03/20 | SMN | 020 | Review cases implicating issues in motion to dismiss briefing. | 0.20 |
| 12/03/20 | PJG | 020 | Review defendants' privilege logs. | 4.20 |
| 12/03/20 | NRL | 020 | Conduct second level review of corporate governance docs. | 6.20 |
| 12/04/20 | RJC | 020 | Review discovery documents (2.6); draft fact chronology re same (4.1). | 6.70 |
| 12/04/20 | DLC | 020 | Prepare for (.5) and participate in call with third party re open issues in connection with Adversary Proceeding (1.2); follow up with litigation designees re same (.2); confer with members of Herrick and ASK teams re administrative issues related to Adversary Proceeding (.5); review memorandum in connection with consolidation motion (.8). | 3.20 |
| 12/04/20 | MY | 020 | Review shareholder data for certain defendants named in adversary proceeding (.7); correspond with plaintiffs' counsel concerning same (.3). | 1.00 |
| 12/04/20 | SMN | 020 | Correspond with P. Glackin re administrative issues in connection with adversary proceeding. | 0.10 |
| 12/04/20 | PJG | 020 | Correspond with S. Nolan re administrative issues in connection with adversary proceeding (.1); correspond with counsel to defendants re privilege log issues (.7). | 0.80 |
| 12/04/20 | BMW | 020 | Update tracker re expenses incurred in connection with Adversary Proceeding. | 0.70 |
| 12/04/20 | NRL | 020 | Conduct second level review of electronic discovery documents. | 3.70 |
| 12/05/20 | RJC | 020 | Conduct review of discovery documents. | 3.20 |
| 12/06/20 | RJC | 020 | Conduct review of discovery documents. | 3.70 |
| 12/07/20 | RJC | 020 | Review discovery documents (3.1); draft fact chronology re same (4.4). | 7.50 |
| 12/07/20 | DLC | 020 | Correspond with Litigation Designees re status of Adversary Proceeding. | 0.50 |
| 12/07/20 | MY | 020 | Review shareholder data for certain defendants named in adversary proceeding. | 1.00 |
| 12/07/20 | EBM | 020 | Conduct analysis of privilege issues related to discovery in adversary proceeding. | 4.00 |
| 12/07/20 | SMN | 020 | Review cases implicating issues in motion to dismiss briefing. | 0.80 |
| 12/07/20 | PJG | 020 | Review hot docs. | 0.30 |
| 12/07/20 | NRL | 020 | Conduct second level document review concerning liquidity for adversary proceeding. | 2.20 |
| 12/08/20 | DMZ | 020 | Review recent case law implicating issues relevant to Adversary Proceeding. | 0.40 |
| 12/08/20 | RJC | 020 | Conduct review of electronic discovery documents (3.9); draft fact chronology re same (3.9). | 7.80 |
| 12/08/20 | DLC | 020 | Review consolidation motion and proposed order (.4); review case law relevant to same (.6); review legal analysis re same (.4). | 1.40 |
| 12/08/20 | EBM | 020 | Conduct research related to discovery in adversary proceeding (4.8); draft analysis re same (3.0). | 7.80 |
| 12/08/20 | SMN | 020 | Correspond with expert retained in connection with adversary proceeding re document discovery (.1); review new cases implicating issues in motion to dismiss briefing (.6). | 0.70 |
| 12/08/20 | CWY | 020 | Revise motion to consolidate. | 0.50 |
| 12/09/20 | DMZ | 020 | Call with D. Chapman re consolidation motion. | 0.30 |
| 12/09/20 | RJC | 020 | Review discovery documents and draft fact chronology re same. | 7.10 |
| 12/09/20 | DLC | 020 | Call with D. Zensky re consolidation motion. | 0.30 |
| 12/09/20 | SS | 020 | Draft proposed scheduling order re motion to consolidate. | 1.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 12/09/20 | EBM | 020 | Conduct review of privilege log. | 1.40 |
| 12/09/20 | SMN | 020 | Correspond with expert re document discovery (.1); review new cases implicating issues in motion to dismiss briefing (.3). | 0.40 |
| 12/10/20 | DMZ | 020 | Call with ASK team re status of public shareholder case and consolidation motion. | 0.50 |
| 12/10/20 | RJC | 020 | Conduct second level review of discovery documents. | 7.60 |
| 12/10/20 | DLC | 020 | Call with ASK team re consolidation (.5); analyze issues re  document review (.6); confer with counsel to third party re privilege issues (.3). | 1.40 |
| 12/10/20 | SS | 020 | Attend call with ASK team re consolidation motion. | 0.50 |
| 12/10/20 | JAL | 020 | Review materials re public shareholder action. | 0.50 |
| 12/10/20 | SMN | 020 | Review filings in New York D&O insurance action (.1); review cases implicating issues in motion to dismiss briefing (.2). | 0.30 |
| 12/10/20 | NRL | 020 | Conduct second level review of documents concerning liquidation and governance. | 8.20 |
| 12/11/20 | DMZ | 020 | Review and comment on motion to consolidate (.3); call with counsel to Defendant re same (.3). | 0.60 |
| 12/11/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 7.30 |
| 12/11/20 | DLC | 020 | Participate in call with defendants counsel re consolidation (.3); review internal comments to motion to consolidate (.3). | 0.60 |
| 12/11/20 | SS | 020 | Attend call with defense counsel re consolidation (.3); review draft motion re same (1.0). | 1.30 |
| 12/11/20 | CWY | 020 | Revise draft motion to consolidate. | 1.70 |
| 12/12/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 5.00 |
| 12/12/20 | NRL | 020 | Conduct second level review of discovery documents. | 4.20 |
| 12/13/20 | DMZ | 020 | Participate in call with litigation and FR team members re case status and strategy. | 0.30 |
| 12/13/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 4.10 |
| 12/13/20 | DLC | 020 | Participate in call with litigation and FR team members re adversary proceeding status (.3); review legal research in connection with adversary proceeding (.3). | 0.60 |
| 12/13/20 | SLB | 020 | Call with lit team members re open issues in connection with Adversary Proceeding and next steps. | 0.30 |
| 12/14/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 8.90 |
| 12/14/20 | DLC | 020 | Review correspondence from defendant's counsel re privilege issues (.3); review privilege logs (1.0); call with E. Maizel re same (.7); call with counsel to third party re scheduling issues (.4); update case budget (.8); review and update task list (.7); confer with litigation designees re open issues (.3); correspondence with S. Brauner re same (.2); outline consolidated case schedule (.8); analyze D&O issues (.2). | 5.40 |
| 12/14/20 | SLB | 020 | Correspondence with D. Chapman re open issues in connection with adversary proceeding and related admin matters. | 0.20 |
| 12/14/20 | EBM | 020 | Prepare for (.2) and participate in (.7) call with D. Chapman re privilege issues. | 0.90 |
| 12/14/20 | SMN | 020 | Review update to docket of New York D&O insurance action (.1); correspond with New York court re same (.1); analyze issues in connection with same (.3). | 0.50 |
| 12/14/20 | PJG | 020 | Analyze defendants' privilege log. | 1.10 |
| 12/14/20 | NRL | 020 | Conduct second level review of electronic discovery documents. | 8.30 |
| 12/15/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 7.00 |
| 12/15/20 | DLC | 020 | Prepare for (.5) and participate in (.8) call with third party re scheduling and related issues in connection with Adversary Proceeding; circulate internal update re same (.2); confer with defendants' counsel re discovery (.3); review and comment on consolidation brief (1.5). | 3.30 |
| 12/15/20 | SLB | 020 | Analyze open issues in connection with adversary proceeding. | 0.20 |
| 12/15/20 | MY | 020 | Review shareholder data of certain defendants named in adversary proceeding. | 2.00 |
| 12/15/20 | SS | 020 | Review revised brief in connection with motion to consolidate (2.0); | 3.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | conduct legal research in connection with same (1.5). | |
| 12/15/20 | JPK | 020 | Review privilege logs produced by defendants in adversary proceeding. | 0.40 |
| 12/15/20 | EBM | 020 | Draft summary re privilege issues in connection with adversary proceeding. | 2.10 |
| 12/15/20 | JAL | 020 | Draft stipulation in connection with adversary proceeding (4.9); review materials inconnection with same (2.2). | 7.10 |
| 12/15/20 | SMN | 020 | Review cases implicating issues in motion to dismiss briefing. | 0.30 |
| 12/15/20 | PJG | 020 | Review emails re analysis of defendants' privilege logs. | 0.40 |
| 12/15/20 | BMW | 020 | Compile and organize privilege logs. | 2.10 |
| 12/15/20 | CWY | 020 | Revise motion to consolidate. | 1.20 |
| 12/16/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 8.10 |
| 12/16/20 | DLC | 020 | Confer with defendants' counsel and third party re discovery. | 0.60 |
| 12/16/20 | SLB | 020 | Analyze open issues in connection with adversary proceeding. | 0.30 |
| 12/16/20 | SS | 020 | Revise draft motion to consolidate (1.3); draft scheduling order re same (1.0). | 2.30 |
| 12/16/20 | JPK | 020 | Review privilege logs produced by defendants in adversary proceeding. | 3.50 |
| 12/16/20 | JAL | 020 | Draft stipulation in connection with adversary proceeding (5.2); review materials in connection with same (1.5). | 6.70 |
| 12/16/20 | SMN | 020 | Review (.4) and summarize (.8) recent case law relevant to issues in motion to dismiss briefing. | 1.20 |
| 12/16/20 | PJG | 020 | Analyze defendants' privilege log. | 1.10 |
| 12/16/20 | BMW | 020 | Compile and organize privilege logs for attorney review. | 2.50 |
| 12/16/20 | NRL | 020 | Conduct second level review of electronic discovery documents. | 1.40 |
| 12/17/20 | DMZ | 020 | Review correspondence from members of lit team re D&O insurance case. | 0.10 |
| 12/17/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 6.10 |
| 12/17/20 | DLC | 020 | Review consolidation motion and circulate same to ASK (.3); review memorandum in connection with adversary proceeding (.4); correspond with lit team members re privilege logs (.1); review correspondence from lit team members re D&O action (.1). | 0.90 |
| 12/17/20 | SS | 020 | Analyze motion to consolidate and related issues (1.4); revise scheduling order re same (.5). | 1.90 |
| 12/17/20 | JPK | 020 | Prepare summary of privilege logs (2.4); correspond with members of litigation team re same (.2). | 2.60 |
| 12/17/20 | EBM | 020 | Correspond with litigation team members re privilege issues (.4); review and revise summary of same (.5). | 0.90 |
| 12/17/20 | JAL | 020 | Draft stipulation in connection with adversary proceeding (5.2); review materials in connection with same (1.1). | 6.30 |
| 12/17/20 | SMN | 020 | Attend hearing in New York D&O insurance coverage action (.5); summarize outcome of same and send to members of the litigation team (.3). | 0.80 |
| 12/17/20 | PJG | 020 | Analyze defendants' privilege log (1.9); confer with litigation team members re same (.5). | 2.40 |
| 12/17/20 | BMW | 020 | Compile materials for attorneys re privilege issues. | 5.00 |
| 12/18/20 | DMZ | 020 | Call with counsel to defendants re consolidation (.2); review stipulation in connection with adversary proceeding (.2). | 0.40 |
| 12/18/20 | RJC | 020 | Review electronic discovery documents (5.5); draft fact chronology (3.8). | 9.30 |
| 12/18/20 | DLC | 020 | Review and revise draft stipulation in connection with adversary proceeding (2.5); participate in call with defendants counsel re privilege issues (.2); correspondence with members of ASK team re same (.3); prepare and send email to litigation designees re decision in state court D&O action (.4); revise and circulate presentation re same (.8). | 4.20 |
| 12/18/20 | SS | 020 | Revise scheduling order re consolidated cases. | 1.50 |
| 12/18/20 | JPK | 020 | Review privilege logs produced by defendants in adversary proceeding. | 2.90 |
| 12/18/20 | SMN | 020 | Review recent case law implicating issues in motion to dismiss briefing. | 2.30 |
| 12/18/20 | PJG | 020 | Conduct research re open issues in connection with adversary | 3.30 |

SEARS CREDITORS COMMITTEE                                                                Page 7
Bill Number: 1922532                                                                     02/12/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| | | | proceeding. | |
| 12/19/20 | RJC | 020 | Review electronic discovery documents (5.5); draft fact chronology (1.2). | 6.70 |
| 12/20/20 | RJC | 020 | Review electronic discovery documents (4.1); draft fact chronology (3.1). | 7.20 |
| 12/21/20 | DMZ | 020 | Review and comment on revised stipulation in connection with adversary proceeding. | 0.50 |
| 12/21/20 | RJC | 020 | Review electronic discovery documents (5.9); draft fact chronology (2.5). | 8.40 |
| 12/21/20 | JPK | 020 | Review privilege logs produced in adversary proceeding. | 0.10 |
| 12/22/20 | DMZ | 020 | Comment on stipulation in connection with adversary proceeding (.3); call with parties in shareholder action re updates (.6). | 0.90 |
| 12/22/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 8.20 |
| 12/22/20 | DLC | 020 | Review revised stipulation in connection with adversary proceeding (.2); analyze issues re consolidation (.3). | 0.50 |
| 12/22/20 | SS | 020 | Revise draft motion to consolidate (1.3); draft email to ASK team re same and related discovery matters (.8); revise draft order re same (.4). | 2.50 |
| 12/22/20 | JPK | 020 | Prepare summary of privilege logs produced in adversary proceeding. | 1.50 |
| 12/22/20 | EBM | 020 | Conduct research in connection with adversary proceeding issues. | 1.60 |
| 12/23/20 | DMZ | 020 | Review and comment on consolidation motion. | 0.20 |
| 12/23/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology. | 6.80 |
| 12/23/20 | DLC | 020 | Review correspondence from members of litigation team re consolidation. | 0.20 |
| 12/23/20 | SS | 020 | Call with C. Youngs re motion to consolidate. | 0.30 |
| 12/23/20 | CWY | 020 | Call with S. Sharad re motion to consolidate (.3); revise motion to consolidate (2.0). | 2.30 |
| 12/24/20 | RJC | 020 | Review electronic discovery documents (3.1); draft fact chronology (1.6). | 4.70 |
| 12/24/20 | CWY | 020 | Revise motion to consolidate. | 2.60 |
| 12/26/20 | RJC | 020 | Review electronic discovery documents (.5); draft chronology memorandum (.6). | 1.10 |
| 12/27/20 | RJC | 020 | Review electronic discovery documents (4.1); draft fact chronology memorandum (1.0). | 5.10 |
| 12/27/20 | DLC | 020 | Correspond with S. Nolan re stay of D&O action (.3); review key document in connection with same (.2). | 0.50 |
| 12/27/20 | JPK | 020 | Review privilege logs produced in connection with adversary proceeding. | 0.70 |
| 12/27/20 | SMN | 020 | Correspond with D. Chapman re partial stay of D&O action (.3); review filings in New York D&O insurance action (.4); summarize same (.3). | 1.00 |
| 12/28/20 | DMZ | 020 | Review status of open issues in connection with adversary proceeding. | 0.30 |
| 12/28/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology memorandum. | 8.10 |
| 12/28/20 | DLC | 020 | Call with third party re open issues in connection with Adversary Proceeding (1.4); analyze issues re stay in connection with D&O state court action (.5). | 1.90 |
| 12/28/20 | SS | 020 | Revise draft motion to consolidate (2.1); call with C. Youngs re same (.4). | 2.50 |
| 12/28/20 | SMN | 020 | Analyze issues re New York D&O insurance action (.3); email defendants re extension of partial stay of action (.1); review cases implicating issues in motion to dismiss briefing (.8). | 1.20 |
| 12/28/20 | CWY | 020 | Review revisions to motion to consolidate (.4); call with S. Sharad re same (.4); revise same (2.0). | 2.80 |
| 12/29/20 | DMZ | 020 | Analyze issues re privilege and consolidation. | 0.20 |
| 12/29/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology memorandum. | 8.40 |
| 12/29/20 | DLC | 020 | Draft stipulation in connection with adversary proceeding (5.4); review and revise consolidation motion and proposed schedule (1.1); draft | 6.90 |

SEARS CREDITORS COMMITTEE

Bill Number: 1922532

Page 8

02/12/21

| Date | Tkpr | Task | | Hours |
|------|------|------|-----|-------|
| | | | correspondence to lit team members re document discovery and motion to consolidate (.4). | |
| 12/29/20 | MY | 020 | Prepare public shareholder discovery data. | 4.40 |
| 12/29/20 | SS | 020 | Revise draft motion to consolidate (.8); correspond with members of litigation team re same (.4). | 1.20 |
| 12/29/20 | JPK | 020 | Draft correspondence to members of litigation team regarding production of documents in connection with adversary proceeding. | 0.20 |
| 12/29/20 | SMN | 020 | Correspond with expert re update call (.1); correspond with members of the litigation team re motion to consolidate public shareholder action (.1); revise same (.2); review cases implicating issues in motion to dismiss briefing (.2). | 0.60 |
| 12/29/20 | PJG | 020 | Review correspondence from members of litigation team re motion to consolidate. | 0.10 |
| 12/29/20 | CWY | 020 | Revise motion to consolidate. | 0.60 |
| 12/30/20 | DMZ | 020 | Review and comment on revised motion to consolidate. | 0.70 |
| 12/30/20 | RJC | 020 | Review electronic discovery documents and draft fact chronology memorandum. | 7.70 |
| 12/30/20 | DLC | 020 | Revise presentation re adversary proceeding (.6); review revisions to consolidation motion (.2); confer with Paul Weiss re document productions (.3). | 1.10 |
| 12/30/20 | MY | 020 | Prepare public shareholder discovery data. | 0.20 |
| 12/30/20 | SS | 020 | Review revisions to motion to consolidate. | 0.40 |
| 12/30/20 | SMN | 020 | Analyze issues re extension of partial stay of D&O action. | 0.20 |
| 12/30/20 | PJG | 020 | Review hot docs. | 0.30 |
| 12/31/20 | RJC | 020 | Review electronic discovery documents (4.4); draft fact chronology memorandum (2.1). | 6.50 |
| 12/31/20 | DLC | 020 | Review and revise presentation re adversary proceeding. | 1.20 |
| 12/31/20 | SLB | 020 | Draft correspondence to members of FR and Lit teams re presentation on adversary proceeding. | 0.20 |
| 12/31/20 | SS | 020 | Confer with C. Youngs re edits to consolidation motion (.4); review and revise same (1.0). | 1.40 |
| 12/31/20 | SMN | 020 | Review cases implicating issues in motion to dismiss briefing. | 0.60 |
| 12/31/20 | CWY | 020 | Review revised motion to consolidate (.3); call with S. Sharad re same (.4); revise same (.9); draft proposed order for same (2.9); conduct research in connection with same (.5). | 5.00 |
| 12/05/20 | SLB | 022 | Confer with S. Singh and G. Fail (Weil) re Plan effective date issues. | 0.70 |
| 12/04/20 | ZDL | 023 | Review Transform response to turnover motion (.8); review turnover motion (.2); draft and circulate summary of arguments to UCC (.9). | 1.90 |
| 12/08/20 | ZDL | 023 | Review Debtors' reply in support of turnover motion against Transform (.6); prepare and send update regarding the same to the UCC (.3); review earlier motion practice on same (.3). | 1.20 |
| 12/10/20 | ZDL | 023 | Review updates regarding turnover motion against Transform (.2); emails with members of the UCC regarding the same (.2). | 0.40 |
| 12/23/20 | JPK | 023 | Conduct research in connection with privilege log review. | 0.30 |
| | | | Total Hours | 486.50 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|-----|------|-----|-------|
| D M ZENSKY | 5.50 | at | $1595.00 | = | $8,772.50 |
| D L CHAPMAN | 40.50 | at | $1225.00 | = | $49,612.50 |
| S L BRAUNER | 9.40 | at | $1225.00 | = | $11,515.00 |
| S SHARAD | 20.80 | at | $925.00 | = | $19,240.00 |
| J P KANE | 12.50 | at | $895.00 | = | $11,187.50 |
| E B MAIZEL | 18.70 | at | $810.00 | = | $15,147.00 |
| J A LATOV | 20.60 | at | $810.00 | = | $16,686.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Z D LANIER | 20.60 | at | $860.00 | = | $17,716.00 |
| S M NOLAN | 12.70 | at | $725.00 | = | $9,207.50 |
| P J GLACKIN | 15.70 | at | $650.00 | = | $10,205.00 |
| S MAHKAMOVA | 5.70 | at | $700.00 | = | $3,990.00 |
| J E SZYDLO | 14.80 | at | $700.00 | = | $10,360.00 |
| C W YOUNGS | 20.70 | at | $565.00 | = | $11,695.50 |
| N R LOMBARDI | 47.30 | at | $735.00 | = | $34,765.50 |
| R J COLLINS | 199.30 | at | $475.00 | = | $94,667.50 |
| M YOUNG | 11.40 | at | $435.00 | = | $4,959.00 |
| B M WALLS | 10.30 | at | $215.00 | = | $2,214.50 |

| | | |
|---|---|---|
| | Current Fees | $331,941.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $98.50 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $4,270.60 |
| Prof Fees - Consultant Fees | $6,600.00 |
| Professional Fees - Legal | $136,972.50 |
| Telephone - Long Distance | $140.00 |
| Transcripts | $91.20 |

| | |
|---|---|
| Current Expenses | $148,172.80 |

| Date | | Value |
|---|---|---|
| 10/25/20 | Prof Fees - Consultant Fees VENDOR: SOLOMON PAGE GROUP LLC INVOICE#: 0707755 DATE: 10/25/2020 Sears Project - Consultant fees | $6,600.00 |
| 12/01/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: NOLAN SEAN Date: 12/1/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $91.04 |
| 12/01/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: YOUNGS CONOR Date: 12/1/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $197.74 |
| 12/01/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 12/1/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/02/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: NOLAN SEAN Date: 12/2/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $91.04 |
| 12/02/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 12/2/2020 AcctNumber: 1003389479 | $17.91 |

**Exhibit D**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
| --- | --- |
| Computerized Legal Research – Other | 98.50 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 4,270.60 |
| Prof Fees – Consultant Fees | 6,600.00 |
| Professional Fees – Legal | 136,972.50 |
| Telephone – Long Distance | 140.00 |
| Transcripts | 91.20 |
| **TOTAL:** | **148,172.80** |

**Exhibit E**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Z D LANIER | 20.60 | at | $860.00 | = | $17,716.00 |
| S M NOLAN | 12.70 | at | $725.00 | = | $9,207.50 |
| P J GLACKIN | 15.70 | at | $650.00 | = | $10,205.00 |
| S MAHKAMOVA | 5.70 | at | $700.00 | = | $3,990.00 |
| J E SZYDLO | 14.80 | at | $700.00 | = | $10,360.00 |
| C W YOUNGS | 20.70 | at | $565.00 | = | $11,695.50 |
| N R LOMBARDI | 47.30 | at | $735.00 | = | $34,765.50 |
| R J COLLINS | 199.30 | at | $475.00 | = | $94,667.50 |
| M YOUNG | 11.40 | at | $435.00 | = | $4,959.00 |
| B M WALLS | 10.30 | at | $215.00 | = | $2,214.50 |

Current Fees $331,941.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $98.50 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $4,270.60 |
| Prof Fees - Consultant Fees | $6,600.00 |
| Professional Fees - Legal | $136,972.50 |
| Telephone - Long Distance | $140.00 |
| Transcripts | $91.20 |

Current Expenses $148,172.80

| Date | | Value |
|---|---|---|
| 10/25/20 | Prof Fees - Consultant Fees VENDOR: SOLOMON PAGE GROUP LLC INVOICE#: 0707755 DATE: 10/25/2020 Sears Project - Consultant fees | $6,600.00 |
| 12/01/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: NOLAN SEAN Date: 12/1/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $91.04 |
| 12/01/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: YOUNGS CONOR Date: 12/1/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $197.74 |
| 12/01/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 12/1/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/02/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: NOLAN SEAN Date: 12/2/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $91.04 |
| 12/02/20 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 12/2/2020 AcctNumber: 1003389479 | $17.91 |

| | | |
|---|---|---|
| | ConnectTime: 0.0 | |
| 12/02/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/2/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/02/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/2/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $5.97 |
| 12/03/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/3/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $41.79 |
| 12/07/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 12/7/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $304.45 |
| 12/07/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/7/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $23.88 |
| 12/07/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/7/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $131.33 |
| 12/07/20 | Professional Fees - Legal  VENDOR: STOUT RISIUS ROSS INC INVOICE#: CINV-011213 DATE: 12/7/2020 For Expert Services in Sears Adversary Proceeding | $5,137.50 |
| 12/07/20 | Professional Fees - Legal  VENDOR: ANALYSIS GROUP INC INVOICE#: 1008157-01 DATE: 12/7/2020 For Professional Services Rendered in Sears Adversary Proceeding | $131,835.00 |
| 12/08/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: BERNLOHR ELISE Date: 12/8/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $213.42 |
| 12/08/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/8/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/09/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/9/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $17.91 |
| 12/09/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/9/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |

| | | |
|---|---|---|
| 12/09/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/9/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $5.97 |
| 12/10/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 12/10/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $91.04 |
| 12/10/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/10/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $41.79 |
| 12/10/20 | Telephone - Long Distance  VENDOR: SHIRIN MAHKAMOVA INVOICE#: 4380985612171807 DATE: 12/17/2020 Court Calls, 12/10/20, Payment for court call hearing held on 12/10/2020 at 10:00 AM (ET)., CourtSolutions, LLC | $70.00 |
| 12/10/20 | Telephone - Long Distance  VENDOR: SARA L. BRAUNER INVOICE#: 4380970412172007 DATE: 12/17/2020 Court Calls, 12/10/20, Payment for court call hearing held on 12/10/2020 at 10:00 AM (ET)., CourtSolutions, LLC | $70.00 |
| 12/11/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: BRAUNER SARA Date: 12/11/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $320.12 |
| 12/13/20 | Transcripts  VENDOR: VERITEXT INVOICE#: 4711049 DATE: 12/13/2020 Transcriber fee for transcript of December 10, 2020 hearing. | $91.20 |
| 12/14/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 12/14/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $106.71 |
| 12/14/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/14/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $23.88 |
| 12/14/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/14/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $131.33 |
| 12/15/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/15/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/16/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 12/16/2020 | $106.71 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

|          |                                                                                                                                       |          |
|----------|---------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | AcctNumber: 1000193694 ConnectTime: 0.0                                                                                                |          |
| 12/16/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/16/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $17.91   |
| 12/16/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/16/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67   |
| 12/16/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/16/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $5.97    |
| 12/17/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 12/17/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $106.71  |
| 12/17/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/17/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $41.79   |
| 12/18/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 12/18/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $533.54  |
| 12/21/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/21/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $23.88   |
| 12/21/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/21/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $131.33  |
| 12/22/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: BERNLOHR ELISE Date: 12/22/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $320.12  |
| 12/22/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/22/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67   |
| 12/23/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/23/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $17.91   |
| 12/23/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/23/2020 AcctNumber: | $65.67   |

| | | |
|---|---|---|
| | 1003389479 ConnectTime: 0.0 | |
| 12/23/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/23/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $5.97 |
| 12/24/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/24/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $41.79 |
| 12/28/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/28/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $23.88 |
| 12/28/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/28/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $131.33 |
| 12/29/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/29/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/30/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/30/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $17.91 |
| 12/30/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/30/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $65.67 |
| 12/30/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/30/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $5.97 |
| 12/31/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YOUNGS CONOR Date: 12/31/2020 AcctNumber: 1000193694 ConnectTime: 0.0 | $182.07 |
| 12/31/20 | Computerized Legal Research - Westlaw - in contract 30% discount  User: RODRIGUEZ JAIME Date: 12/31/2020 AcctNumber: 1003389479 ConnectTime: 0.0 | $41.79 |
| 12/31/20 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2012 DATE: 12/31/2020 - Document Retrieval in Various Courts | $43.82 |
| 12/31/20 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2012 DATE: 12/31/2020 - Document Retrieval in Various Courts | $21.91 |

SEARS CREDITORS COMMITTEE
Bill Number: 1922532

| 12/31/20 | Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 134294-2012 DATE:<br>12/31/2020<br>- Document Retrieval in Various Courts | $15.24 |
| 12/31/20 | Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 328396-2012 DATE:<br>12/31/2020<br>- Document Retrieval in Various Courts | $16.77 |
| 12/31/20 | Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 328396-2012 DATE:<br>12/31/2020<br>- Document Retrieval in Various Courts | $0.76 |

| | Current Expenses | $148,172.80 |

| **Total Amount of This Invoice** | **$480,113.80** |
| **Prior Balance Due** | $5,053,921.41 |
| **Total Balance Due Upon Receipt** | $5,534,035.21 |



260 Madison Avenue        (212) 403 6100
4th Floor                 solomonpage.com
New York NY 10016

# INVOICE
### DUE UPON RECEIPT

**TO**
**ATTN:** Ira Dizengoff
Akin Gump
One Bryant Park
New York, NY 10016

| | |
|---|---|
| **INVOICE #** | 0707755 |
| **INVOICE DATE** | 10/25/2020 |
| **CLIENT #** | AKINGUM1207 |

| PO# | Project | Consultant | Week Ending | Pay Type | Units Worked | Unit Rate | Amount |
|---|---|---|---|---|---|---|---|
| 700502.0001 | Sears | Smith, Kelsey | 10/25/2020 | Regular Time | 40.00 | $55.00 | $2,200.00 |
| 700502.0001 | Sears | Sotinwa, Adedayo | 10/25/2020 | Regular Time | 40.00 | $55.00 | $2,200.00 |
| 700502.0001 | Sears | Suell, Christopher | 10/25/2020 | Regular Time | 40.00 | $55.00 | $2,200.00 |

**TOTAL AMOUNT DUE**                                    **$6,600.00**

REMIT PAYMENT TO:
Solomon Page Group LLC
PO BOX 75015
Chicago, IL 60675-5015

Please include a copy of your remittance
with all payments.and/or send to
accountsreceivable@solomonpage.com

Contact Us at:
solomonpageinvoicing@solomonpage.com

**Bank Information**

| | |
|---|---|
| BANK NAME | IDB Bank |
| ADDRESS | New York, NY |
| ABA # | 026009768 |
| ACCOUNT NAME | Solomon Page Group LLC |
| ACCOUNT | 1350096 |

**THANK YOU FOR YOUR BUSINESS**

**Job:** Contract Attorney  ( 207-0000059346 )
**Temporary:** Smith, Kelsey  ( 207-SMITH-K-1 )
**Date Range:** 10/19/2020  to  10/25/2020
**Customer:** Akin Gump (Cristina Marino )
**Status:** Approved by (alexandragordon) Alexandra Gordon on 10/25/2020 8:36
        PM

| Date | Pay Type | Hours | Expenses | In | Out | In 2 | Out 2 | Comments |
|------|----------|-------|----------|-----|-----|------|-------|----------|
| 10/19/2020 Approved | Regular Time | 12 | 0.00 | 9:30 AM | 6:05 PM | 6:35 PM | 10:00 PM | |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| 10/20/2020 Approved | Regular Time | 11 | 0.00 | 10:00 AM | 6:00 PM | 7:10 PM | 10:10 PM | |
| **Project Name :** | | Sears | | **Site Expense Code** | | | | |
| 10/21/2020 Approved | Regular Time | 10 | 0.00 | 9:15 AM | 4:40 PM | 5:10 PM | 7:45 PM | |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| 10/22/2020 Approved | Regular Time | 3.75 | 0.00 | 2:30 PM | 3:30 PM | 6:05 PM | 8:50 PM | |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| 10/25/2020 Approved | Regular Time | 3.25 | 0.00 | 4:00 PM | 7:15 PM | | | |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| **Total Hours** | **40.00** | | **Total Expenses** | **0.00** | | | | |

**Job:** Contract Attorney  ( 207-0000059321 )
**Temporary:** Sotinwa, Adedayo  ( 207-SOTINWA-A )
**Date Range:** 10/19/2020  to  10/25/2020
**Customer:** Akin Gump (Cristina Marino )
**Status:** Approved by (alexandragordon) Alexandra Gordon on 10/25/2020 8:06
PM

| Date | Pay Type | Hours | Expenses | In | Out | In 2 | Out 2 | Comments |
|------|----------|-------|----------|-----|-----|------|-------|----------|
| 10/19/2020 Approved | Regular Time | 10 | 0.00 | 7:00 AM | 1:00 PM | 3:00 PM | 7:00 PM | Sears |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| 10/20/2020 Approved | Regular Time | 9.5 | 0.00 | 7:30 AM | 1:00 PM | 3:00 PM | 7:00 PM | Sears |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| 10/21/2020 Approved | Regular Time | 10.5 | 0.00 | 7:30 AM | 1:00 PM | 3:00 PM | 8:00 PM | Sears |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| 10/22/2020 Approved | Regular Time | 10 | 0.00 | 7:30 AM | 1:00 PM | 3:00 PM | 7:30 PM | Sears |
| **Project Name :** | | Sears | | **Site Expense Code :** | | | | |
| **Total Hours** | **40.00** | | **Total Expenses** | **0.00** | | | | |

**Job:** Contract Attorney  ( 207-0000059323 )
**Temporary:** Suell, Christopher  ( 207-SUELL-C )
**Date Range:** 10/19/2020  to  10/25/2020
**Customer:** Akin Gump (Cristina Marino )
**Status:** Approved by (alexandragordon) Alexandra Gordon on 10/25/2020 8:03 PM

| Date | Pay Type | Hours | Expenses | In | Out | In 2 | Out 2 | Comments |
|------|----------|-------|----------|-----|-----|------|-------|----------|
| 10/19/2020 Approved | Regular Time | 12 | 0.00 | 7:30 AM | 2:00 PM | 2:30 PM | 8:00 PM | Sears |
| **Project Name :** | Sears | | | **Site Expense Code :** | | | | |
| 10/20/2020 Approved | Regular Time | 12 | 0.00 | 8:00 AM | 2:00 PM | 2:30 PM | 8:30 PM | Sears |
| **Project Name :** | Sears | | | **Site Expense Code :** | | | | |
| 10/21/2020 Approved | Regular Time | 12 | 0.00 | 7:30 AM | 2:00 PM | 2:30 PM | 8:00 PM | Sears |
| **Project Name :** | Sears | | | **Site Expense Code :** | | | | |
| 10/22/2020 Approved | Regular Time | 4 | 0.00 | 8:00 AM | | | 12:00 PM | Sears |
| **Project Name :** | Sears | | | **Site Expense Code :** | | | | |
| **Total Hours** | 40.00 | | **Total Expenses** | 0.00 | | | | |