UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11
: 
SEARS HOLDINGS CORPORATION, *et al.*, : Case No. 18-23538 (RDD)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------x

## SUPPLEMENTAL NOTICE IN CONNECTION WITH DEBTORS' RETENTION OF M-III ADVISORY PARTNERS, LP

**PLEASE TAKE NOTICE,** that on November 19, 2018 the Court[2] entered the *Order Authorizing Debtors to Retain M-III Advisory Partners, LP to Provide a Chief Restructuring Officer and Certain Additional Personnel for Debtors Nunc Pro Tunc to Commencement Date* [ECF No. 814] (the "**Retention Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meaning ascribed to them in the Retention Order.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Engagement Letter, in the normal course of its business, M-III adjusts its billing rates annually.

**PLEASE TAKE FURTHER NOTICE,** that M-III hereby provides notice that, on January 1, 2021, it increased its hourly rates and adopted the following revised standard billing structure:

| M-III Professional | Revised Rate |
|---|---|
| Managing Partner | $1,225 |
| Senior Managing Director | $1,100 (new title for 2021) |
| Managing Director (1) | $1,050 |
| Managing Director (2) | $1,025 |
| Managing Director (3) | $975 |
| Senior Director | $875 |
| Director (1) | $850 (new title for 2021) |
| Senior Advisor | $800 |
| Director (2) | $800 |
| Director (3) | $750 |
| Vice President | $675 |
| Senior Associate | $575 |
| Associate | $495 |
| Analyst | $395 |

**PLEASE TAKE FURTHER NOTICE,** that this increase is consistent with M-III's customary practice, the Debtors have consented to the increase, and it will first be reflected in M-III's monthly fee statement for January 2021.

Dated: February 17, 2021
      New York, New York

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji
Managing Member
M-III Advisory Partners, LP
1700 Broadway
19th Floor
New York, NY 10019