Kelly Bruder
212-09 67th Avenue
Bayside, New York 11364
718.406.1239
KelBruder@gmail.com


U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601


Case No. 18-23538.  Sears Holding Corporation

**Notice of Hearing on Debtors' Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims). Hearing to be Held on March 23, 2021, at 10:00 a.m. (ET). Responses due by March 2, 2021 at 4:00 p.m. (ET)** [Docket No. 9284]

Proof of Claim no: 19066

Attn: Judge Robert D. Drain

Your Honor,

I worked for Sears Holdings in 2009.  This position required me to drive to multiple daily appointments. The company policy stated that they will fully reimburse for tolls accrued for these daily trips. I accrued $461.53 in tolls and submitted the proper paperwork to sears in a timely manner. I was never reimbursed for these valid expenses incident to my work. I tried numerous times to recoup from the company directly for almost the entire year of 2010 long before they were in bankruptcy, however all attempts had failed.

In 2019 Primeclerk had sent a notice to me that I could make a claim against Sears to recoup these funds because they were going into bankruptcy.  I submitted the claim on April 23, 2019.  Now my $461.53 claim is being objected to and expunged because I filed with the Court using the link provided by Primeclerk several days late.   My claim for reimbursable expenses is being objected to which really translates into a loss of wages.

After reviewing the documents sent from Primeclerk, the procedures listed on the notice to object seem to be for lawyers not a lay person such as myself. The notice says if I have questions to contact the debtor's lawyer, which I did. Mr. Litz, the attorney for Sears, was very polite, but could not give me any advice on how to file or what to file.

For the sum of $461.53 plus interest for 10 years, I cannot afford to hire a bankruptcy attorney to represent me in this matter, therefore I am writing to your honor.  I do not know what the procedures are in Bankruptcy Court or for that matter any court, but it is my understanding that judges have a certain amount of discretion in the matters before them.  I am asking that if the Court has any such discretion that your Honor reinstate my claim in the amount of $461.53 plus interest.

While I submitted all the substantiating documents when I filed my claim, should the Court need any or all of these documents to review, I would be happy to forward them via email or express mail. I have all the original documents and email claims that were submitted directly to Sears and to Primeclerk.

Thank you for considering my request.

Very truly yours,

Kelly Bruder