# Response to the Debtors' Twenty-Third Omnibus Objection

Sears Holdings Corporation, et al., Debtors

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Case Number: 18-23538 (RDD)

February 20, 2021
Claimant: Joohee Paek
5419 W Babcock Ave.
Visalia, CA 93291
559-730-8068
jooheepaek@gmail.com

Claim amount: $20,724 (Affected Proof of Claim No. 12053)

Your honor,

As of Feb 6, 2016, I have cumulated 314 vacation hours (please see attachment 1). Due to the severe shortage of pharmacists in my district, I was not able to take vacation for a long period of time. The district manager at that time told me that he would work with me and that I could use those hours later year when I planned to visit my mother in Korea.

Unfortunately, we got a new district manager, and I was told that I would lose vacation hours if I didn't use them. I have contacted HR asking for cashing out my vacation hours; however, the HR specialist told me that Kmart does not have vacation cash out policy and that I needed to work with my district manager. I have enclosed a copy of the email thread (please see attachment 2).

The earnings and deductions summary on Feb 26, 2016 shows new physical year vacation hours. As it shows, I lost the entire 314 vacation hours I cumulated (please see attachment 3).

Since my first district manager left, we had 3 new district managers within short period of time. None of them helped me with my lost vacation hours.

When I sought help from the California Labor Department, I was told that I couldn't file a claim unless I was separated from the company. Eventually, I got laid off.

According to California Labor Law, vacation hours are earned income that the employer must pay. I filed a claim with the California Labor Department on July 3, 2018 (please see attachment 4). I was scheduled for a hearing on Sep 21, 2018 (please see attachment 5); however, Sears Holdings Corp., et al. filed a

Chapter 11 bankruptcy.  My hearing was subsequently canceled, and the California Labor Department recommended me to file a claim through the bankruptcy court.

Further, California Labor Code Section 203 states that Sears Holdings Corp shall be responsible for Waiting Time Penalties ($20,295), which I didn't include in my claim.

Please do not allow Sears Holdings Corp. to disallow or expunge my claim.

Respectfully,

Joohee Paek

[ADVENTISTHEALTH:INTERNAL]

# SEARS HOLDINGS

Help | Logoff

## MPI - My Personal Information

Home | Name/Address | Emergency Contacts | Associate Discount | My Pay | Direct Deposit |
W-4 Federal & State Withholding | SHC Policy | My Electronic Documents |

**JOOHEE PAEK**    Click for Employee ID    Click for your HR Representative

Fri Aug 05 16:45:19 EDT 2016

Select Check Date: 02/12/2016 ... $1,840.59 ▼

**$1,840.59 was deposited in checking account # XXXXXX3628**

| EARNINGS AND DEDUCTIONS SUMMARY | | |
|---|---|---|
| Description | Current Period | Y-T-D |
| Gross Earnings | $2,751.87 | $8,560.53 |
| Net Earnings | $1,840.59 | $5,693.14 |
| Before and After Tax Deductions | $51.56 | $154.68 |
| Taxes | $859.72 | $2,712.71 |
| PAID TIME OFF/ANNIVERSARY HOURS | | |
| Vacation As of | 02/06/2016 | |
| Earned | 344.00 | |
| Taken | 30.00 | |
| Bank | 314.00 | |
| Anniversary Hours | .00 | |
| EMPLOYEE INFORMATION | | |
| Employee ID | 81024084418 | |
| Department | 04721069 | |
| Location | 04721 | |
| TAX DATA | | |
| Description | Federal | State |
| State | | CA |
| Marital Status | S | S |
| Allowances | 1 | 0 |
| Addl. Pct | 0 | 0 |
| Addl. Amt | .00 | .00 |

$1,840.59 was deposited in checking account # XXXXXX3628

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE CALL 1-888-887-3277 FOR FURTHER EXPLANATION OF THIS STATEMENT OR SEE http://88sears.com/comp/pay.

Please call 1-888-887-3277 for questions about this statement.

For further explanation of this wage statement, see 88Sears.com

| | |
|---|---|
| Subject | **RE: vacation hours** |
| From | Salinas, Samantha <Samantha.Salinas@searshc.com> |
| To | Paek, Joohee (KmartRetail) <joohee.paek@searshc.com> |
| Cc | Salinas, Samantha <Samantha.Salinas@searshc.com>, Goodhue, Robert J <Robert.Goodhue@searshc.com> |
| Date | 23.03.2016 07:41 |

**SEARS HOLDINGS**

+ Robert

Joohee – please work with your District Manager, Robert Goodhue, to help you track your vacation & schedule time off. We do not have a policy that states vacation is paid out if unused. In the state of California, associates are able to carry over 1.5 times their annual equivalent of vacation. Please click HERE to access the California Vacation Policy for Kmart Pharmacists.

Thank you,
Sam

**Samantha Salinas**
HR Specialist - Pharmacy

**Sears Holdings Corporation**
3333 Beverly Road
Hoffman Estates, IL 60179
(P): 847-286-2477
(F): 847-747-1065
(E): Samantha.Salinas@searshc.com


kmart pharmacy

**From:** Paek, Joohee (KmartRetail)
**Sent:** Tuesday, March 22, 2016 4:48 PM
**To:** Salinas, Samantha
**Subject:** vacation hours

Hello Samantha, Could you please take a look at my previous year vacation hours? I wasn't informed that we would lose if we don't take vacation. It has been short staffed in our region and I wasn't able to take any vacation. Furthermore, I thought we could carry over to the following year, so I was planning to use hours this year. My district manager was just here at my store, and he informed that I could carry over 1.5 times of my equivalent, which will be 60 hours. If I'm not able to carry over vacation hours, I should be able to cash them out. Please advise. Thanks, Joohee Paek

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

My Personal Information



**SEARS HOLDINGS**

Help | Logoff

MPI - My Personal Information

Home | Name/Address | Emergency Contacts | Associate Discount | My Pay | Direct Deposit |
W-4 Federal & State Withholding | SHC Policy | My Electronic Documents |

**JOOHEE PAEK**   Click for Employee ID   Click for your HR Representative

Fri Aug 05 16:45:39 EDT 2016

Select Check Date: 02/26/2016 ... $1,836.12 ▼

$1,836.12 was deposited in checking account # XXXXXX3628

| EARNINGS AND DEDUCTIONS SUMMARY | | |
|---|---|---|
| Description | Current Period | Y-T-D |
| Gross Earnings | $2,743.95 | $11,304.48 |
| Net Earnings | $1,836.12 | $7,529.26 |
| Before and After Tax Deductions | $51.56 | $206.24 |
| Taxes | $856.27 | $3,568.98 |
| PAID TIME OFF/ANNIVERSARY HOURS | | |
| Vacation As of | 02/20/2016 | |
| Earned | 40.00 | |
| Taken | .00 | |
| Bank | 40.00 | |
| Anniversary Hours | .00 | |
| EMPLOYEE INFORMATION | | |
| Employee ID | 81024084418 | |
| Department | 04721069 | |
| Location | 04721 | |
| TAX DATA | | |
| Description | Federal | State |
| State | | CA |
| Marital Status | S | S |
| Allowances | 1 | 0 |
| Addl. Pct | 0 | 0 |
| Addl. Amt | .00 | .00 |

$1,836.12 was deposited in checking account # XXXXXX3628

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE CALL 1-888-887-3277 FOR FURTHER EXPLANATION OF THIS STATEMENT OR SEE http://88sears.com/comp/pay.

Please call 1-888-887-3277 for questions about this statement.

For further explanation of this wage statement, see 88Sears.com

https://web.searshc.com/aos/logon.do                                 8/5/2016

97871969

Exhibit # 4

LABOR COMMISSIONER, STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS – DIVISION OF LABOR STANDARDS ENFORCEMENT

| CLEAR | PRINT |

## Initial Report or Claim

*PLEASE PRINT OR TYPE ALL INFORMATION*
*Refer to the accompanying Guide to assist you in filling out this form.*

**FOR OFFICE USE ONLY**

| Taken by: | Office: | Case #: |
| Date filed: | | SIC #: |
| RCI Complaint: ☐ YES ☐ NO | Action: | |

## PRELIMINARY QUESTIONS

1. Is your claim about a public works project? [If your answer is "YES," STOP here, DO NOT FILL OUT THIS FORM, and fill out the "PW-1" claim form instead. If your answer is "NO," proceed with this form.]

2. Have you filed a retaliation complaint against your employer with the Labor Commissioner?
   ☐ YES, on: ___/___/___  Month Day Year
   ☒ NO  [If you have been retaliated against, you may file a retaliation complaint by filling out another form, "DLSE FORM 205."]

3. Is there a union contract covering your employment?
   ☐ YES  [If "YES," attach a copy of the Collective Bargaining Agreement.]
   ☒ NO

4. Are other employees also filing wage claims against your employer?   ☐ YES   ☐ NO   ☒ I DON'T KNOW

### Part 1: LANGUAGE ASSISTANCE & REPRESENTATION

| 5a. Do you need an interpreter? ☐ YES  ☒ NO | 5b. If you checked "YES" to Box 5a, enter the language needed |
| 6a. If you are being assisted with your claim by a lawyer or other advocate, enter your ADVOCATE'S NAME and ORGANIZATION | 6b. ADVOCATE'S PHONE ( ) |
| 6c. Your ADVOCATE'S MAILING ADDRESS (Number, Street, Floor, Suite) | CITY | STATE | ZIP CODE |

### Part 2: YOUR INFORMATION

| 7. Your FIRST NAME | 8. Your LAST NAME | 9. HOME PHONE | 10. OTHER PHONE | 11. BIRTH DATE |
|---|---|---|---|---|
| Joohee | Paek | (559) 730-8068 | ( ) | 09/09/1969 |

| 12. Your MAILING ADDRESS (Street Number, Street Name, Apartment Number) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5419 W. Babcock Ave. | Visalia | CA | 93291 |

### Part 3: CLAIM FILED AGAINST (EMPLOYER INFORMATION)

| 13. EMPLOYER / BUSINESS NAME(S) | 14. EMPLOYER'S VEHICLE LICENSE PLATE # | 15. EMPLOYER PHONE |
|---|---|---|
| Sears Holdings Corporation | | (847) 286-8477 |

| 16. ADDRESS of EMPLOYER / BUSINESS (Street Number, Street Name, Floor, Suite): | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3333 Beverly Road | Hoffman Estates | IL | 60179 |

| 17. ADDRESS where you worked, if different from Box 16 (Number, Street, Floor, Suite): | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 25 W. Polk St. | Coalinga | CA | 93210 |

| 18. NAME of PERSON IN CHARGE (First Name, Last Name) | 19. JOB TITLE / POSITION of PERSON IN CHARGE |
|---|---|
| Robert Goodhue | District Manager |

| 20. TYPE OF BUSINESS | 21. TYPE OF WORK PERFORMED | 22. TOTAL NUMBER OF EMPLOYEES | 23. EMPLOYER STILL IN BUSINESS? ☒ YES ☐ NO ☐ DON'T KNOW |
|---|---|---|---|
| Pharmacy | Pharmacist | 2 | |

24. Check which box describes your employer, if you know: ☒ CORPORATION   ☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ LLC   ☐ LLP

DLSE FORM 1 / WAGE ADJUDICATION (REV. 7/2012)                    (Page 1 of 3)

97871969

PRINT YOUR NAME: Joohee Paek

## Part 4: FINAL WAGES / BOUNCED CHECKS

**25. DATE OF HIRE**: 5 / 11 / 2014 (Month / Day / Year)

**26. Check which box applies to you:**
- ☐ Still working for employer
- ☐ QUIT on ___ / ___ / ___ (Month / Day / Year)
- ☒ DISCHARGED on 7 / 23 / 2016 (Month / Day / Year)
- ☐ Other (specify): ___

**27a.** If you QUIT, did you give 72 hours notice before quitting?
- ☐ YES
- ☐ NO

**27b.** If you QUIT, have you received your final payment of wages including all wages owed?
- ☐ YES, on: ___ / ___ / ___ (Month / Day / Year)
- ☐ NO

**28.** If you were DISCHARGED, have you received your final payment of wages including all wages owed?
- ☐ YES, on: ___ / ___ / ___ (Month / Day / Year)
- ☒ NO

**29a. How were your wages paid?**
- ☒ BY CHECK
- ☐ BY CASH
- ☐ BY BOTH CASH & CHECK
- ☐ OTHER: ___

**29b.** If paid by check, did any of your paychecks "bounce" (for example, paycheck could not be cashed because employer has insufficient funds)?
- ☐ YES
- ☒ NO

## Part 5: HOURS YOU TYPICALLY WORKED

**30. Check which box applies:**
- ☒ My work hours and days of work were usually the same each week that I worked.
- ☐ My work hours and/or days of work varied per week or were irregular. If you checked this box and you are claiming unpaid wages or meal and rest period violations, you should also fill out and submit the DLSE FORM 55.

**31.** If your work hours and days of work were usually the same each week, give your BEST ESTIMATE below of the hours you usually worked and any time you took for a duty-free meal period during your TYPICAL workweek. DO NOT fill this out if your work hours were too irregular to estimate a typical or average workweek (instead fill out the DLSE Form 55).

| | TIME WORK STARTED | TIME WORK ENDED | 1st MEAL START TIME (if applicable) | 1st MEAL END TIME (if applicable) | 2nd MEAL START TIME (if applicable) | 2nd MEAL END TIME (if applicable) | ONLY IF YOU WORKED A SPLIT SHIFT: 1st shift ended at | 2nd shift started at |
|---|---|---|---|---|---|---|---|---|
| DAY 1 of your workweek: | 9:00 ☒am ☐pm | 7:00 ☐am ☒pm | 1:30 ☐am ☒pm | 2:00 ☐am ☒pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |
| DAY 2 of your workweek: | 9:00 ☒am ☐pm | 7:00 ☐am ☒pm | 1:30 ☐am ☒pm | 2:00 ☐am ☒pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |
| DAY 3 of your workweek: | 9:00 ☒am ☐pm | 7:00 ☐am ☒pm | 1:30 ☐am ☒pm | 2:00 ☐am ☒pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |
| DAY 4 of your workweek: | 9:00 ☒am ☐pm | 7:00 ☐am ☒pm | 1:30 ☐am ☒pm | 2:00 ☐am ☒pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |
| DAY 5 of your workweek: | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |
| DAY 6 of your workweek: | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |
| DAY 7 of your workweek: | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm | ☐am ☐pm |

DLSE FORM 1 / WAGE ADJUDICATION (REV. 7/2012)    (CONTINUED – Page 2 of 3)

G7871969

## Part 6: PAYMENT OF WAGES

32. Were you paid or promised a FIXED amount of wages per pay period, no matter how many hours you worked (for example, $400 per week, regardless of how many hours you worked)?

☐ YES: I was paid $ _____ per ☐ day ☐ week ☐ every 2 weeks ☐ month ☐ semi-monthly
☐ other (specify): _____

I was promised $ _____ per ☐ day ☐ week ☐ every 2 weeks ☐ month ☐ semi-monthly
☐ other (specify): _____

☒ NO

33a. Were you an HOURLY employee?
☒ YES: I was paid $ **66.00** per hour.
I was promised $ _____ per hour.
☐ NO

33b. If you were an HOURLY employee, were you paid or promised more than one hourly rate (based on the hours you worked or different job tasks)?
☐ YES (describe):
☒ NO

34. Were you paid by PIECE RATE? ☐ YES ☒ NO

35. Were you paid by COMMISSION? ☐ YES ☒ NO

## Part 7: WAGES, COMPENSATION & PENALTIES OWED

| 36. CLAIMS (Check all boxes below that apply) | CLAIM PERIOD: START DATE (Month/ Day/ Year) | CLAIM PERIOD: END DATE (Month/ Day/ Year) | AMOUNT EARNED / CLAIMED |
|---|---|---|---|
| ☐ REGULAR WAGES (for non-overtime hours) | | | $ |
| ☐ OVERTIME WAGES (including double time) | | | $ |
| ☐ MEAL PERIOD WAGES | | | $ |
| ☐ REST PERIOD WAGES | | | $ |
| ☐ SPLIT SHIFT PREMIUM | | | $ |
| ☐ REPORTING TIME PAY | | | $ |
| ☐ COMMISSIONS *** | | | $ |
| ☒ VACATION WAGES *** | 5/17/2015 | 2/12/2016 | $ 20,724 |
| ☐ BUSINESS EXPENSES | | | $ |
| ☐ UNLAWFUL DEDUCTIONS | | | $ |
| ☐ OTHER (Specify): | | | $ |
| ENTER SUBTOTAL (add all Amounts Earned/Claimed): | | | $ 20,724 |
| ENTER TOTAL AMOUNT PAID: | | | $ 0 |
| **GRAND TOTAL OWED** [Subtotal minus Total Amount Paid]: | | | $ 20,724 |

*** Additional DLSE form should be submitted if you are making this claim. See "Instructions for Filing a Wage Claim."

37. Check box(es) if you are claiming: ☐ Waiting time penalties [Labor Code §203]
☐ Penalties for "bounced" checks (checks issued with insufficient funds) [Labor Code §203.1]

I hereby certify that the information I have provided is true to the best of my knowledge and/or recollection. The amounts claimed are based on my best estimates at this time and may be adjusted based on further information, or based on assistance with my claim provided by DLSE.

Signed: _____    Date: 7/3/2018
Print Name: Joohee Paek

DLSE FORM 1 / WAGE ADJUDICATION (REV. 7/2012)    (CONTINUED – Page 3 of 3)

97871969

Attch #5

| STATE OF CALIFORNIA<br>Department of Industrial Relations<br>Labor Commissioner's Office<br>770 E Shaw Ave, Ste 222<br>Fresno, CA 93710<br>Email: laborcomm.wca.fre@dir.ca.gov<br>Fax: (559) 248-8415 |  |
|---|---|
| **PLAINTIFF:**<br>Joohee Paek<br>5419 W BABCOCK AVE<br>VISALIA, CA 93291 | |
| **DEFENDANT:**<br>Sears Holdings Management Corporation, a Foreign Corporation<br>3333 BEVERLY RD<br>HOFFMAN EST, IL 60179 | |
| State Case Number<br>WC-CM-599344 | **NOTICE OF CLAIM AND CONFERENCE** |

**ALL PARTIES** in the above matter **ARE TO APPEAR** for a conference to be held in the Office of the State Labor Commissioner as follows:

**PLACE:** 770 E Shaw Ave, Ste 222, Fresno, CA 93710
**DATE:** Friday, September 21, 2018
**TIME:** 10:00 AM

The purpose of this conference is to discuss the validity and to settle the claim filed with this Division by the Plaintiff shown above alleging non-payment of:

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| VACATION WAGES -- Plaintiff claims 314 hours of accrued vacation that remained unused at the time of plaintiff's termination of employment on 7/23/16. Plaintiff's final rate of pay was $66.00 per hour. | $20,724.00 | | $20,724.00 |
| WAITING TIME PENALTIES – If an employer willfully fails to pay, in accordance with Labor Code Section 201, any wages of an employee who is discharged, the wages of the employee continue as a penalty from their due date at the same rate until paid, up to a maximum of 30 days. (See Labor Code Section 203) Plaintiff was discharged on 7/23/16, on which date wages were due. Plaintiff claims waiting time penalties for 30 days' worth of wages, based on a rate of pay of $676.50 per day. Daily rate of pay is calculated as follows: 8 regular hours at $66.00 per hour = $528.00; 1 overtime hour at $99.00 = $148.50; Total = $676.50 | $20,295.00 | | $20,295.00 |
| **TOTAL CLAIMED** | | | $41,019.00 |

This notice constitutes demand on behalf of the Plaintiff that all wages due be mailed immediately to the Labor Commissioner at the address listed above.

WCA 14 PLT Notice of Claim & Conference (Rev. 07/13)

97871969