**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 9257 |

### ORDER GRANTING SIXTH QUARTERLY REPORT OF ACUMEN RECOVERY SERVICES, LLC REQUESTING ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH DECEMBER 31, 2020

Upon the Sixth Quarterly Report, dated January 22, 2021 (the "Sixth Quarterly Report")[2] of Acumen Recovery Services, LLC ("Acumen"), as provider of preference action recovery and analysis services to the debtors and debtors in possession herein, requesting allowance of contingency fees and expenses for the Period of October 1, 2020 through December 31, 2020 as provided in the order authorizing Acumen's retention; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), (b) notice of the Sixth Quarterly Report and the opportunity for a hearing thereon was due and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Sixth Quarterly Report.

sufficient, (c) there were no objections to the requested relief and no additional notice or a  hearing

is required, and (d) the relief granted herein is consistent with the terms of Acumen's retention and

warranted under applicable law; now, therefore, it is hereby

ORDERED that:

1.      The request for approval of the Sixth Quarterly Report is GRANTED to the extent

set forth in Schedule A and Schedule B hereto.

2.       Acumen is allowed compensation in the amount of $142,811.30 as a contingency

fee and actual and necessary expenses in the amount of $50,436.74 for the period of October 1,

2020 through December 31, 2020.

3.      Such sums are authorized for payment less any amount previously paid to Acumen

on account of the amounts set forth in the Sixth Quarterly Report.

Dated: February 26, 2021
        White Plains, New York

                                        /s/Robert D. Drain
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)                                  **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al*.

### CURRENT FEE PERIOD

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | January 22, 2021 Docket No. 9257 | 10/1/20–12/31/20 | $142,811.30 | $142,811.30 | $142,811.30 | $50,436.74 | $50,436.74 | $50,436.74 |

Dated Order Signed:  2/26/2021                           Initials:  RDD  USBJ

Case No.: 18-23538 (RDD)                                    **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al.*

## QUARTERLY REPORT TOTALS

| (1)<br>Applicant | (2)<br>Total Fees<br>Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses<br>Requested | (5)<br>Total Expenses<br>Paid[3] |
|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | $473,320.54 | $473,320.54 | $105,424.24 | $105,424.24 |

Date Order Signed: 2/26/2021                    Initials: RDD  USBJ

---

[3] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4362], Acumen received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order) and its Expenses (as defined in the Order), from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).