# Exhibit A

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                     February 17, 2021
Harner, Paul E., Fee Examiner in Sears Chapter II Cases          Invoice No. 20210203111
1675 Broadway, 19th Floor
New York, NY 10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)

Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $6,930.00 |
| **Total Invoice Amount** | **$6,930.00** |

071820.02 - 00315861  
Vincent J. Marriott, III

February 17, 2021  
Invoice No. 20210203111

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 01/04/21 | Review, revise and finalize preliminary report on second through fifth Akin Gump fee and expense applications (1.20); correspondence with V. Marriott and C. McClamb re: same (.20) | 1,540.00 | 1.40 | 2,156.00 |
| Harner,P.E. | 01/15/21 | Telephone conferences and correspondence with T. Daluz and C. McClamb re: professional fee and expense forecasts and related administrative solvency issues | 1,540.00 | 0.30 | 462.00 |
| Harner,P.E. | 01/20/21 | Review and analyze confirmation hearing transcript and colloquy re: administrative solvency issues and fee holdbacks (.50); telephone conferences and correspondence with V. Marriott and C. McClamb re: same (.40) | 1,540.00 | 0.90 | 1,386.00 |
| Harner,P.E. | 01/21/21 | Prepare for and participate in telephonic status conference re:, inter alia, administrative solvency and effective date issues (.70); follow-up telephone conferences and correspondence with V. Marriott re: same (.20) | 1,540.00 | 0.90 | 1,386.00 |
| Harner,P.E. | 01/31/21 | Review, revise and prepare comments on draft fourth status report re: fee examiner review of professionals' interim applications (.80); correspondence with V. Marriott, T. Daluz and C. McClamb re: same (.20) | 1,540.00 | 1.00 | 1,540.00 |
| **Total B170** | | | | 4.50 | 6,930.00 |
| **Total Fees** | | | | 4.50 | **$6,930.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Harner,P.E. | 4.50 | 1,540.00 | 6,930.00 |
| **Total Fees** | **4.50** | | **$6,930.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY 10019

February 17, 2021
Invoice No. 20210203111

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:    Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $6,930.00 |
| **Total Invoice Amount** | **$6,930.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days