# Exhibit B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner   February 17, 2021
1675 Broadway   Invoice No. 20210203112
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $16,956.50 |
| **Total Invoice Amount** | **$16,956.50** |

| 071820.03 - 00317415 | | | | | February 17, 2021 |
| --- | --- | --- | --- | --- | --- |
| Vincent J. Marriott, III | | | | | Invoice No. 20210203112 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 01/11/21 | Attend to fee application issues | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 01/25/21 | Attend to exhibits for fee application | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 01/26/21 | Review and revise monthly fee application | 995.00 | 1.00 | 995.00 |
| **Total B160** | | | | **2.00** | **1,990.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 01/04/21 | E-mails with K. Neitzel re: Morritt fee data | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 01/04/21 | E-mails with V. Jankowski re: Morritt fee data | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 01/04/21 | E-mails with C. Pollard and K. Neitzel re: preparation of fee data | 545.00 | 0.40 | 218.00 |
| Marriott, III,V.J. | 01/05/21 | Attend to Akin preliminary report | 1,085.00 | 0.50 | 542.50 |
| McClamb,C.D. | 01/05/21 | Draft letter transmitting Akin report | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 01/05/21 | Prepare Akin report | 545.00 | 0.60 | 327.00 |
| McClamb,C.D. | 01/05/21 | E-mails with P. Harner re: Akin report | 545.00 | 0.30 | 163.50 |
| Daluz,T.M. | 01/11/21 | Review Deloitte Tax issues | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 01/12/21 | Meeting with M. Vesper re: fee review | 545.00 | 1.10 | 599.50 |
| McClamb,C.D. | 01/12/21 | E-mails with K. Neitzel re: fee data status | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 01/12/21 | Meet with C. McClamb re: relativity and fee review training (1.10); prepare summary of meeting (0.2) | 420.00 | 1.30 | 546.00 |
| McClamb,C.D. | 01/14/21 | E-mails with K. Neitzel re: status of fee data | 545.00 | 0.40 | 218.00 |
| Daluz,T.M. | 01/15/21 | Correspondence with P. Harner and V. Marriott re: fee hearing and fee estimates | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 01/15/21 | E-mails with C. Pollard and K. Neitzel re: fee data | 545.00 | 0.30 | 163.50 |

071820.03 - 00317415  
Vincent J. Marriott, III

February 17, 2021  
Invoice No. 20210203112

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/15/21 | E-mails with P. Harner re: hearings | 545.00 | 0.40 | 218.00 |
| Vesper,M.A. | 01/15/21 | Review second interim fee application of Moritt Hock and Hamroff LLP for July 1, 2020 through October 31, 2020 | 420.00 | 0.90 | 378.00 |
| Neitzel,K.N. | 01/15/21 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 3.80 | 1,368.00 |
| Pollard,C.P. | 01/20/21 | Run searches to identify potential time entry issues for Weil Gotshall and Herrick Feinstein (communications, excessive time, duplicative time, etc.) for review | 340.00 | 1.80 | 612.00 |
| Daluz,T.M. | 01/20/21 | Correspondence with P. Harner, V. Marriott and C. McClamb re: fee hearing | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 01/20/21 | Review confirmation hearing transcript | 545.00 | 0.60 | 327.00 |
| McClamb,C.D. | 01/20/21 | E-mails with P. Harner re: confirmation hearing transcript | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 01/20/21 | E-mails with C. Pollard and K. Neitzel re: status of fee data | 545.00 | 0.30 | 163.50 |
| Neitzel,K.N. | 01/20/21 | Import fee discrepancy data into Relativity to identify entires for review | 360.00 | 0.30 | 108.00 |
| Pollard,C.P. | 01/21/21 | Finalize identification of preliminary issues with Weil Gotshal and Herrick Feinstein petitions; set up views for review team | 340.00 | 1.00 | 340.00 |
| Marriott, III,V.J. | 01/21/21 | Attend status conference | 1,085.00 | 0.50 | 542.50 |
| McClamb,C.D. | 01/21/21 | E-mails with M. Kessler re: submission of Weil fee data | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 01/21/21 | E-mails with C. Pollard and M. Vesper re: fee data | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 01/21/21 | Review Herrick, Feinstein LLP third interim fee application time entries | 420.00 | 2.00 | 840.00 |
| Neitzel,K.N. | 01/21/21 | Confirm dates of entries for Weil time entries per C. McClamb | 360.00 | 0.10 | 36.00 |
| Neitzel,K.N. | 01/25/21 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 1.30 | 468.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

February 17, 2021  
Invoice No. 20210203112

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/26/21 | E-mails with M. Kleissler re: Weil fee data | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 01/26/21 | E-mails with V. Martinez re: Herrick fee data | 545.00 | 0.20 | 109.00 |
| Neitzel,K.N. | 01/26/21 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 2.80 | 1,008.00 |
| McClamb,C.D. | 01/27/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.80 | 436.00 |
| Vesper,M.A. | 01/27/21 | Review Herrick, Feinstein LLP third interim fee application time entries | 420.00 | 2.60 | 1,092.00 |
| McClamb,C.D. | 01/28/21 | Correspondence with M. Vesper re: fee review | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 01/28/21 | Review Herrick, Feinstein LLP third interim fee application time entries | 420.00 | 2.80 | 1,176.00 |
| McClamb,C.D. | 01/29/21 | Draft status report | 545.00 | 1.00 | 545.00 |
| McClamb,C.D. | 01/31/21 | Review comments to draft summary report | 545.00 | 0.40 | 218.00 |
| **Total B170** | | | | **31.80** | **14,966.50** |
| **Total Fees** | | | | **33.80** | **$16,956.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 2.90 | 995.00 | 2,885.50 |
| Marriott, III,V.J. | 1.00 | 1,085.00 | 1,085.00 |
| McClamb,C.D. | 9.20 | 545.00 | 5,014.00 |
| Vesper,M.A. | 9.60 | 420.00 | 4,032.00 |
| Neitzel,K.N. | 8.30 | 360.00 | 2,988.00 |
| Pollard,C.P. | 2.80 | 340.00 | 952.00 |
| **Total Fees** | **33.80** | | **$16,956.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                   February 17, 2021
1675 Broadway                                                    Invoice No. 20210203112
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $16,956.50 |
| **Total Invoice Amount** | **$16,956.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 215.665.8500 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days