# Exhibit C

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                   February 17, 2021
1675 Broadway                                                                                    Invoice No. 20210203113
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Disbursements | $140.00 |
| **Total Invoice Amount** | **$140.00** |

071820.03 -  00317415          February 17, 2021
Vincent J. Marriott, III          Invoice No. 20210203113

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 01/25/21 | Professional Services Paul Harner - Inv #A2F40CF1B72F44458E6C - 01/21/21 - COURT CALL | 70.00 |
| 01/25/21 | Miscellaneous Vincent Marriott - Inv #1C6048605B08480F819A - 01/21/21 - Client Cost | 70.00 |
| **Total Disbursements** | | **$140.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
1675 Broadway
New York, NY 10019

February 17, 2021
Invoice No. 20210203113

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Disbursements | $140.00 |
| **Total Invoice Amount** | **$140.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days