**788129**    **2011 Aug 11 PM04:58**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Paul Rachmuth (212) 752-9700

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Gersten Savage LLP
600 Lexington Avenue
New York, NY 10022-6018, USA
prachmuth@gerstensavage.com

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME  Sears, Roebuck and Co. | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 3333 Beverley Road | CITY Hoffman Estates | STATE IL / POSTAL CODE 60179 | COUNTRY USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION New York | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  Envisions LLC | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 529 5th Avenue | CITY New York | STATE NY / POSTAL CODE 10017 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All inventory, goods and merchandise heretofore or hereafter consigned by ENVISIONS LLC ("Consignor") to SEARS, ROEBUCK AND CO. ("Consignee") including, but not limited to diamonds, gemstones, diamond and silver, gold or platinum rings, earrings, bracelets, pendants and other precious and semiprecious jewelry and any other property or goods bearing the Consignor's identifying mark or marks, and all labels, logos, names or marks, such as the "ENV" mark, affixed thereto for purposes of identifying the same or identifying the consignor, and all substitutions or replacements thereof and additions or accessions thereto, of whatever nature or kind and wherever located, whether now consigned or hereafter consigned by Consignor to Consignee, whether held or acquired by Consignee in its own name or in any other trade names and/or at any of Consignee's locations and all proceeds thereof.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | X CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA FILED WITH: NY - SECRETARY OF STATE**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-201108115878919**