412764        2017 Mar 31 PM03:45

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Paul A. Rachmuth

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Attorney at Law
265 Sunrise Highway, Ste. 62
Rockville Centre, NY 11570, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | Sears, Roebuck and Co. | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 3333 Beverley Road | CITY Hoffman Estates | STATE IL | POSTAL CODE 60179 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION New York | 1g. ORGANIZATIONAL ID #, if any NONE    ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any    ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | ENVISIONS LLC | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 529 FIFTH AVENUE, 19TH FLOOR | CITY NEW YORK | STATE NY | POSTAL CODE | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

(1) All inventory, goods and merchandise heretofore or hereafter consigned (the "Consigned Merchandise") by Envisions LLC ("Consignor") to Sears Roebuck and Co. ("Consignee") including but not limited to consigned goods and merchandise bearing the Consignor's identifying mark or marks, and all labels, logos, names or marks, such as the "ENV" mark, affixed thereto for purposes of identifying the same or identifying the consignor, and all substitutions or replacements therefor and additions or accessions thereto, of whatever nature or kind and wherever located, whether held or acquired by Consignee in its own name or in any other trade names and/or at any of consignee's locations; and

(2) All proceeds of the Consigned Merchandise, with the exception of any proceeds held in Consignee's proprietary credit card accounts (as the term "accounts" is defined in Section 9-102(A)(2)(a) if the Uniform Commercial Code).

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☒ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-20170331813279O**