**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Sears Holdings Corporation                         Case No.: 18-23538-rdd

                                                          Chapter 11

                              Debtor

-------------------------------------------------------------x

   KMart Holding Corporation                          Adv. Pro. No.: 20-06682

                             Plaintiff

            v.

   Flynn Enterprises, LLC

                             Defendant

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen M. Montgomery, to be admitted, ***pro hac vice***, to represent Flynn Enterprises, LLC (the "Client") in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee, it is hereby

**ORDERED**, that Stephen M. Montgomery, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        March 2, 2021

                                                      */s/Robert D. Drain*
                                                UNITED STATES BANKRUPTCY JUDGE