

| | |
|---|---|
| Official Committee of Unsecured Creditors of Sears Holdings | February 24, 2021 |
| Attn: Ron Tucker | Invoice Number: 542909 |
| 225 W. Washington Street | Matter Number: 19609.0002 |
| Indianapolis, IN 46204 | Tax ID:        1662 |

Re:   **Jointly Asserted Causes of Action**

| | |
|---|---|
| Fees for legal services rendered through January 31, 2021 | $178,521.00 |
| Expenses posted through January 31, 2021 | 121.76 |
| TOTAL | **$178,642.76** |
| Unpaid balance from previous invoice(s) | $272,057.60 |
| Total Due Now | $450,700.36 |

## INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.

| Kindly return this page with your check payment to: | Send wire payments to: |
|---|---|
| Herrick, Feinstein LLP | Citibank, N.A. |
| 2 Park Avenue | ABA Number:        0089 |
| New York, NY 10016 | Account Number:        6165 |
| | SWIFT #: |

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500