HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

---------------------------------------------------------------- x

**FOURTEENTH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN
LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | January 1, 2021 through January 31, 2021 |
| Monthly Fees Incurred: | $207,666.50 |
| 20% Holdback: | $41,533.30 |
| Total Compensation Less 20% Holdback: | $166,133.20 |
| Monthly Expenses Incurred: | $9,035.96 |
| Total Fees and Expenses Requested: | $175,169.16 |

This is a __x__ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Fourteenth Combined Monthly Fee Statement") covering the period from January 1, 2021 through January 31, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Fourteenth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $166,133.20 (80% of $207,666.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and

2

expenses in the amount of $9,035.96 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 13690029v.1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fourteenth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Fourteenth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **March 18, 2021**

4

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Fourteenth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fourteenth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourteenth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

[*Remainder of page left blank intentionally*]

HF 13690029v.1

Dated: New York, New York
      March 3, 2021

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
     Sean E. O'Donnell
     Stephen B. Selbst
     Steven B. Smith
     Christopher Carty
     Two Park Avenue
     New York, NY 10016
     Telephone: (212) 592-1400
     Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
       sselbst@herrick.com
       ssmith@herrick.com
       ccarty@herrick.com

*Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors of Sears*
*Holdings Corporation, et al.*

6

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Sean E. O'Donnell | Restructuring & Finance Litigation | 1998 | $1075.00 | 10.3 | $11,072.50 |
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $850.00 | 48.1 | $40,885.00 |
| **Total Partners** | | | | **58.4** | **$51,957.00** |
| COUNSEL | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $690.00 | 44.1 | $30,429.00 |
| **Total Counsel** | | | | **44.1** | **$30,429.00** |
| ASSOCIATES | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $475.00 | 81.2 | $38,570.00 |
| Gabrielle R. Fromer | Restructuring & Finance Litigation | 2018 | $460.00 | 39.9 | $18,354.00 |
| Elizabeth J. Plowman | Restructuring & Finance Litigation | 2018 | $460.00 | 27.9 | $12,834.00 |
| Silvia Stockman | Restructuring & Finance Litigation | 2016 | $475.00 | 24.7 | $11,732.50 |
| Daniel Field | Restructuring & Finance Litigation | 2016 | $435.00 | 3.0 | $1,305.00 |
| Daniel Field | Restructuring & Finance Litigation | 2016 | $475.00 | 10.6 | $5,035.00 |
| Rodger Quigley | Restructuring & Finance Litigation | 2017 | $460.00 | 61.2 | $28,152.00 |

| Conor Anderson | Restructuring & Finance Litigation | 2017 | $435.00 | 11.7 | $5,089.50 |
|---|---|---|---|---|---|
| **Total Associates** | | | | **260.2** | **$121,072.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $350.00 | 10.3 | $3,605.00 |
| Larisa Poretsky | Litigation | $410.00 | 1.1 | $451.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **11.4** | **$4,056.00** |

| E-DISCOVERY & LITIIGATION SUPPORT SERVICES | AMOUNT |
|---|---|
| Project Management | 152.00 |
| **TOTAL** | **152.00** |

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications – B160 | 1.7 | $961.00 |
| Other Contested Matters – B190 | 38.2 | $28,184.50 |
| Joint Asserted Causes of Action | 334.60 | $178,521.00 |
| **Total** | **374.5** | **$207,666.50** |

**<u>Exhibit C</u>**

**Itemized Fees**



Official Committee of Unsecured Creditors of Sears Holdings                February 24, 2021
Attn: Ron Tucker                                                        Invoice Number: 542957
225 W. Washington Street                                               Matter Number: 19609.0001
Indianapolis, IN 46204                                                  Tax ID:        1662

Re:  **Sears Bankruptcy**


Fees for legal services rendered through January 31, 2021                    $29,145.50

Expenses posted through January 31, 2021                                       8,914.20

                                                             **TOTAL**    **$38,059.70**

Unpaid balance from previous invoice(s)                                       $92,239.49

Total Due Now                                                                $130,299.19



**INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.**

Kindly return this page with your check payment to:          Send wire payments to:
          Herrick, Feinstein LLP                                    Citibank, N.A.
            2 Park Avenue                                ABA Number:        0089
          New York, NY 10016                            Account Number:       6165
                                                             SWIFT #:

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 542957
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 01/11/21 | C. Carty | B190 | Prepare for Barclays proffer in connection with Rule 2004 investigation. | 1.80 |
| 01/11/21 | K. Kolb | B190 | Prepare for proffer and review outline and related documents. | 1.20 |
| 01/12/21 | K. Kolb | B190 | Further review of key documents produced in response to subpoenas. | 0.30 |
| 01/12/21 | K. Kolb | B190 | Prepare for investigation interview. | 0.90 |
| 01/12/21 | G. Fromer | B190 | Revise deposition outline. | 1.80 |
| 01/12/21 | G. Fromer | B190 | Discuss preparations for call with Kramer Levin with Chris Carty, Kyle Kolb, and expert. | 0.20 |
| 01/13/21 | C. Carty | B190 | Prepare for Barclays proffer; attention to issues related to scheduling. | 2.20 |
| 01/13/21 | C. Carty | B160 | Provide fee forecast to M3. | 0.40 |
| 01/13/21 | K. Kolb | B190 | Revise outline and analyze materials for proffer. | 1.70 |
| 01/13/21 | G. Fromer | B190 | Review Barclays calls and prepare for call with Kramer Levin. | 0.60 |
| 01/13/21 | G. Fromer | B190 | Review court filings and emails and revise deposition outline. | 3.60 |
| 01/14/21 | S. O'Donnell | B190 | Prep for Barclays proffer, | 1.50 |
| 01/15/21 | C. Carty | B190 | Prepare for Barclays attorney proffer (1.6); take Barclays attorney proffer (2.0). | 3.60 |
| 01/15/21 | S. O'Donnell | B190 | Prep (outline and doc review) and participate in Barclays proffer; f/up analysis re same | 3.50 |
| 01/15/21 | K. Kolb | B190 | Prepare for proffer session. | 0.30 |
| 01/15/21 | K. Kolb | B190 | Attend and conduct proffer in connection with investigation. | 3.00 |
| 01/15/21 | G. Fromer | B190 | Prepare for call with Kramer Levin. | 0.50 |
| 01/15/21 | G. Fromer | B190 | Discussion with Kramer Levin. | 2.10 |
| 01/18/21 | S. O'Donnell | B190 | Dic review/analysis; confer w/ CC; prep for lit designee call; conduct same; f/up analysis and calls re same. | 3.00 |
| 01/20/21 | K. Kolb | B190 | Discuss investigation status and strategy with C. Carty. | 0.40 |
| 01/21/21 | K. Kolb | B190 | Revise update memo to UCC regarding status of investigation. | 1.40 |
| 01/21/21 | K. Kolb | B190 | Analyze confirmation order and plan to analyze legal issues in connection with investigation. | 1.30 |
| 01/21/21 | G. Fromer | B190 | Revise memorandum to UCC regarding MTN investigation. | 1.80 |



Invoice Number: 542957
Matter Number: 19609.0001
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 01/22/21 | K. Kolb | B190 | Draft summary of analysis of plan and legal issue and update to UCC. | 0.70 |
| 01/22/21 | G. Fromer | B190 | Review email from K. Kolb regarding case strategy. | 0.10 |
| 01/22/21 | L. Poretsky | B160 | Review and revise Thirteenth Monthly Fee Statement, assemble exhibits, reduct private information, e-file, and submit to Prime Clerk for service; circulate objection deadline | 1.10 |
| 01/23/21 | S. O'Donnell | B190 | Attend to investigation status. | 0.30 |
| 01/26/21 | C. Carty | B160 | Attention to issues regarding fee statements. | 0.20 |
| | | | **TOTAL** | **$28,993.50** |

 **HERRICK**

Invoice Number: 542957
Matter Number: 19609.0001
Page: 4

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 8.20 | 850.00 | 6,970.00 |
| G. Fromer | 10.70 | 460.00 | 4,922.00 |
| K. Kolb | 11.20 | 690.00 | 7,728.00 |
| S. O'Donnell | 8.30 | 1,075.00 | 8,922.50 |
| L. Poretsky | 1.10 | 410.00 | 451.00 |
| **TOTAL** | **39.50** | | **$28,993.50** |

**E-DISCOVERY & LITIGATION SUPPORT SERVICES**

| | | | |
|---|---|---|---|
| Project Management | | | 152.00 |
| **TOTAL** | | | **$152.00** |

| | | | |
|---|---|---|---|
| **TOTAL LEGAL SERVICES** | | | **$29,145.50** |

**DISBURSEMENTS:**

| | AMOUNT |
|---|---|
| E-Discovery Data Hosting | 100.00 |
| Expert Witness Fees | 8,770.00 |
| Pacer Charges | 44.20 |
| **TOTAL:** | **$8,914.20** |

## TASK SUMMARY

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 1.70 | 961.00 |
| B190 | Other Contested Matters | 38.20 | 28,184.50 |
| **TOTALS** | | **39.90** | **$29,145.50** |



Invoice Number: 542957
Matter Number: 19609.0001
Page: 5

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 356647 | 07/16/20 | 62,817.18 | 60,748.68 | 2,068.50 |
| 358157 | 08/24/20 | 43,825.32 | 36,934.32 | 6,891.00 |
| 538311 | 10/22/20 | 279,109.04 | 253,931.24 | 25,177.80 |
| 539160 | 11/12/20 | 24,329.85 | 21,482.65 | 2,847.20 |
| 540575 | 12/14/20 | 31,940.28 | 28,618.48 | 3,321.80 |
| 541327 | 01/19/21 | 51,933.19 | 0.00 | 51,933.19 |
| | | | **Total Outstanding** | **$92,239.49** |



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

February 24, 2021
Invoice Number: 542909
Matter Number: 19609.0002
Tax ID:        1662

Re:   **Jointly Asserted Causes of Action**

| | |
|---|---|
| Fees for legal services rendered through January 31, 2021 | $178,521.00 |
| Expenses posted through January 31, 2021 | 121.76 |
| **TOTAL** | **$178,642.76** |
| Unpaid balance from previous invoice(s) | $272,057.60 |
| Total Due Now | $450,700.36 |

**INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.**

Kindly return this page with your check payment to:
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:
Citibank, N.A.
ABA Number:        0089
Account Number:        6165
SWIFT #:

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 12/13/20 | D. Field | B190 | Review documents produced in adversary proceeding. | 3.00 |
| 01/03/21 | C. Carty | B190 | Analyze issues related to review of documents produced by Wachtell. | 0.30 |
| 01/03/21 | H. Zimmer | B190 | Confer with KK on review of documents produced in adversary proceeding and tolling agreement. | 0.10 |
| 01/03/21 | H. Zimmer | B190 | Confer with CC and KK on review of documents produced in adversary proceeding. | 0.10 |
| 01/04/21 | K. Kolb | B190 | Supervise workflow of second level reviews. | 0.30 |
| 01/04/21 | G. Fromer | B190 | Discuss document review with Heather Zimmer. | 0.10 |
| 01/04/21 | H. Zimmer | B190 | Review email from Audrey North concerning review of documents produced in adversary proceeding. | 0.10 |
| 01/04/21 | H. Zimmer | B190 | Confer with KK and CA on documents produced by Blackstone. | 0.10 |
| 01/04/21 | H. Zimmer | B190 | Confer with KK, EP, RQ, LS concerning documents produced in adversary proceeding. | 0.10 |
| 01/05/21 | C. Carty | B190 | Review and analyze key documents from third party productions in connection with claims analysis. | 3.20 |
| 01/05/21 | G. Fromer | B190 | Conduct second level review of documents related to related party financing transactions. | 2.10 |
| 01/05/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 3.00 |
| 01/05/21 | E. Plowman | B190 | Draft summaries of documents tagged as "hot" or "of interest." | 4.20 |
| 01/05/21 | R. Quigley | B190 | Analyze documents in productions considered to be hot or of interest and draft or revise descriptions of those documents. | 4.10 |
| 01/05/21 | S. Stockman | B190 | Confer with discovery support regarding access to review database. | 0.20 |
| 01/05/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 01/05/21 | H. Zimmer | B190 | Confer with KK concerning review of documents produced in adversary proceeding. | 0.10 |
| 01/05/21 | H. Zimmer | B190 | Confer with EP, RQ, LS, and KK concerning review of documents produced in adversary proceeding and drafting summaries of relevant information from same | 0.40 |
| 01/05/21 | H. Zimmer | B190 | Confer with LS and H5 concerning documents produced in adversary proceeding. | 0.40 |
| 01/05/21 | L. Schepp | B190 | Create Relativity search for batching documents of interest for further review, per H. Zimmer. | 0.60 |
| 01/05/21 | L. Schepp | B190 | Compile and update of additional hot and of interest | 3.60 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 3

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| | | | documents from 1LR review. | |
| 01/06/21 | C. Carty | B190 | Confer with co-counsel regarding status of adversary proceeding. | 0.20 |
| 01/06/21 | C. Carty | B190 | Review and analyze decision from state court insurance action related to adversary proceeding. | 0.70 |
| 01/06/21 | C. Carty | B190 | Review and analyze draft consolidation papers related to adversary proceeding. | 0.50 |
| 01/06/21 | K. Kolb | B190 | Discuss review issues with second level reviewers. | 0.30 |
| 01/06/21 | G. Fromer | B190 | Review memorandum on focus of document review. | 0.40 |
| 01/06/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 6.20 |
| 01/06/21 | E. Plowman | B190 | Draft summaries of hot/of interest documents. | 2.60 |
| 01/06/21 | R. Quigley | B190 | Analyze documents in productions considered to be hot or of interest and draft or revise descriptions of those documents. | 4.40 |
| 01/06/21 | S. Stockman | B190 | Continue second level review. | 3.00 |
| 01/06/21 | H. Zimmer | B190 | Confer with KK concerning review of documents produced in adversary proceeding. | 0.10 |
| 01/06/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 01/07/21 | C. Carty | B190 | Review and analyze key documents from third party productions in connection with claims analysis. | 3.80 |
| 01/07/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 6.20 |
| 01/07/21 | E. Plowman | B190 | Draft hot document summaries. | 2.30 |
| 01/07/21 | R. Quigley | B190 | Analyze documents in productions considered to be hot or of interest and draft or revise descriptions of those documents. | 6.70 |
| 01/07/21 | S. Stockman | B190 | Continue second level review of documents. | 0.30 |
| 01/08/21 | C. Carty | B190 | Review and analyze key documents from third party productions in connection with claims analysis. | 1.30 |
| 01/08/21 | K. Kolb | B190 | Respond to second level review questions regarding subpoena reviews. | 0.30 |
| 01/08/21 | K. Kolb | B190 | Supervise second level review. | 0.10 |
| 01/08/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 3.80 |
| 01/08/21 | E. Plowman | B190 | Draft summaries of hot/of interest docs. | 2.10 |
| 01/08/21 | R. Quigley | B190 | Analyze documents in productions considered to be hot or of interest and draft or revise descriptions of those documents. | 6.10 |
| 01/08/21 | S. Stockman | B190 | Continue second level review of documents. | 0.40 |
| 01/08/21 | H. Zimmer | B190 | Analyze Second Circuit decisions on calculations of damages for compensation of trade secret violations. | 0.90 |
| 01/08/21 | H. Zimmer | B190 | Confer with KK on review of documents produced in adversary proceeding. | 0.10 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 4

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 01/11/21 | C. Anderson | B190 | Review Blackstone Document Production for relevant appraisal documents and correspondences. | 0.40 |
| 01/11/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 2.40 |
| 01/11/21 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 3.30 |
| 01/11/21 | R. Quigley | B190 | Analyze and code documents in productions. | 6.20 |
| 01/11/21 | S. Stockman | B190 | Conduct review of Wachtell document production. | 2.90 |
| 01/11/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 01/11/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.20 |
| 01/12/21 | C. Carty | B190 | Review and analyze key documents from third party productions in connection with claims analysis. | 2.50 |
| 01/12/21 | C. Carty | B190 | Draft tolling agreement. | 0.40 |
| 01/12/21 | C. Carty | B190 | Call with team regarding Wachtell claim analysis. | 0.40 |
| 01/12/21 | K. Kolb | B190 | Revise summaries of hot documents produced by debtors' professionals. | 3.10 |
| 01/12/21 | K. Kolb | B190 | Discuss review priority and update review team re same. | 0.50 |
| 01/12/21 | C. Anderson | B190 | Review and analyze Blackstone and Greenlight document production. | 3.00 |
| 01/12/21 | R. Quigley | B190 | Analyze and code documents in productions. | 6.40 |
| 01/12/21 | S. Stockman | B190 | Continue review of Wachtell document production. | 2.30 |
| 01/12/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 2.30 |
| 01/12/21 | H. Zimmer | B190 | Confer with Chris Carty, Kyle Kolb, and Linda Schepp concerning review of documents produced in adversary proceeding. | 0.40 |
| 01/12/21 | H. Zimmer | B190 | Analyze and summary of hot documents and confer with LS concerning same. | 0.40 |
| 01/12/21 | H. Zimmer | B190 | Confer with KK, LS, and H5 concerning documents produced in adversary proceeding, review of same, and work product incorporation information from same. | 0.70 |
| 01/12/21 | L. Schepp | B190 | Compile additional interesting documents for attorney review. | 2.60 |
| 01/13/21 | C. Carty | B190 | Finalize tolling agreement extension. | 0.50 |
| 01/13/21 | K. Kolb | B190 | Analyze summaries of key documents produced in response to subpoenas. | 4.30 |
| 01/13/21 | K. Kolb | B190 | Supervise second level review process. | 0.60 |
| 01/13/21 | C. Anderson | B190 | Review and analyze additional Blackstone/Greenlight document production for relevant documents. | 1.60 |
| 01/13/21 | C. Anderson | B190 | Review Greenlight and Blackstone document production for relevant documents. | 0.20 |
| 01/13/21 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 2.10 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 5

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 01/13/21 | R. Quigley | B190 | Analyze and code documents in productions. | 7.20 |
| 01/13/21 | S. Stockman | B190 | Continue review of Wachtell document production. | 3.90 |
| 01/13/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 2.90 |
| 01/13/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.70 |
| 01/13/21 | H. Zimmer | B190 | Confer with LS and KK concerning hot document summaries. | 0.20 |
| 01/13/21 | L. Schepp | B190 | Compile additional interesting documents for attorney review. | 2.30 |
| 01/14/21 | C. Carty | B190 | Draft update to Litigation Designees on status of Wachtell claim analysis. | 0.50 |
| 01/14/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with Wachtell claim analysis. | 4.80 |
| 01/14/21 | K. Kolb | B190 | Analyze key documents and accompanying summaries produced by debtors' counsel in response to subpoena. | 3.40 |
| 01/14/21 | C. Anderson | B190 | Review and analyze Greenlight/Blackstone document production for relevant documents. | 1.60 |
| 01/14/21 | C. Anderson | B190 | Review and analyze Greenlight/Blackstone document production for relevant documents. | 0.20 |
| 01/14/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 0.90 |
| 01/14/21 | E. Plowman | B190 | Review and analyze docs in adversary proceeding. | 6.00 |
| 01/14/21 | R. Quigley | B190 | Analyze and code documents in productions. | 5.20 |
| 01/14/21 | S. Stockman | B190 | Continue second level review of Wachtell documents. | 3.30 |
| 01/14/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 1.40 |
| 01/14/21 | H. Zimmer | B190 | Confer with CC concerning documents produced in adversary proceeding and WLRK and review from CC concerning same. | 0.20 |
| 01/14/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.30 |
| 01/14/21 | H. Zimmer | B190 | Review email from KK concerning review of documents produced in adversary proceeding. | 0.10 |
| 01/15/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with Wachtell claim analysis. | 3.10 |
| 01/15/21 | K. Kolb | B190 | Analyze and revise summaries of hot documents. | 2.10 |
| 01/15/21 | C. Anderson | B190 | Review Greenlight/Blackstone document production for relevant documents. | 0.50 |
| 01/15/21 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.00 |
| 01/15/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 1.30 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 6

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 01/15/21 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 4.20 |
| 01/15/21 | R. Quigley | B190 | Analyze and code documents in productions. | 0.00 |
| 01/15/21 | R. Quigley | B190 | Analyze and code documents in productions. | 5.40 |
| 01/15/21 | S. Stockman | B190 | Continue review of Wachtell document production. | 3.50 |
| 01/15/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 3.50 |
| 01/15/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.10 |
| 01/15/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.80 |
| 01/15/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.10 |
| 01/15/21 | H. Zimmer | B190 | Confer with H5 concerning documents produced by WLRK. | 0.10 |
| 01/15/21 | H. Zimmer | B190 | Confer with CC and KK concerning documents produced by WLRK. | 0.10 |
| 01/16/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with Wachtell claim analysis. | 2.50 |
| 01/16/21 | K. Kolb | B190 | Revise summaries of key documents produced in response to subpoenas. | 1.00 |
| 01/16/21 | D. Field | B190 | Review documents produced in adversary proceeding. | 2.90 |
| 01/16/21 | R. Quigley | B190 | Analyze and code documents in productions. | 3.00 |
| 01/16/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.00 |
| 01/16/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 0.50 |
| 01/17/21 | K. Kolb | B190 | Analyze key documents produced in response to subpoenas and revise corresponding summaries. | 4.10 |
| 01/17/21 | D. Field | B190 | Review documents produced in adversary proceeding. | 5.40 |
| 01/17/21 | R. Quigley | B190 | Analyze and code documents in productions. | 3.50 |
| 01/17/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 4.50 |
| 01/18/21 | C. Carty | B190 | Draft outline of analysis. | 1.20 |
| 01/18/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with same. | 4.50 |
| 01/18/21 | C. Carty | B190 | Review and analyze research related to Wachtell claim analysis. | 2.10 |
| 01/18/21 | C. Carty | B190 | Call with Litigation Designees re same. | 0.50 |
| 01/18/21 | K. Kolb | B190 | Analyze key documents produced in response to subpoena and revise accompanying summaries. | 6.20 |
| 01/18/21 | C. Anderson | B190 | Review Greenlight/Blackstone document production for relevant documents. | 1.00 |
| 01/18/21 | D. Field | B190 | Review documents produced in adversary proceeding. | 1.30 |
| 01/18/21 | G. Fromer | B190 | Review Wachtell documents for relevance. | 2.80 |
| 01/18/21 | E. Plowman | B190 | Review and analyze documents in adversary proceeding. | 1.10 |
| 01/18/21 | R. Quigley | B190 | Analyze and code documents in productions. | 3.00 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 7

| Date | Name | Task Code | Narrative | Hours |
|------|------|-----------|-----------|-------|
| 01/18/21 | S. Stockman | B190 | Continue review of Wachtell document production. | 4.90 |
| 01/18/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 5.10 |
| 01/18/21 | H. Zimmer | B190 | Confer with CC concerning review of documents produced in adversary proceeding and call concerning WLRK. | 0.20 |
| 01/18/21 | H. Zimmer | B190 | Prepare for call with Trustees, Attend call with Herrick and Trustees concerning WLRK, and draft summary concerning same. | 1.10 |
| 01/18/21 | H. Zimmer | B190 | Confer with KK, CC, LS, and other associates HF concerning review of documents produced in adversary proceeding, and review documents. | 0.50 |
| 01/19/21 | C. Carty | B190 | Confer with co-counsel regarding Wachtell claim analysis. | 0.40 |
| 01/19/21 | C. Carty | B190 | Draft high level analysis for Litigation Designees regarding Wachtell claims. | 0.90 |
| 01/19/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with Wachtell claim analysis. | 1.80 |
| 01/19/21 | S. O'Donnell | B190 | Claim analysis; confer w/ team re same; confer w/ akin re same. | 1.00 |
| 01/19/21 | K. Kolb | B190 | Supervise second level review of final tranche of third party production. | 0.10 |
| 01/19/21 | K. Kolb | B190 | Analyze and revise summaries of key documents produced in response to subpoenas. | 0.80 |
| 01/19/21 | C. Anderson | B190 | Review Greenlight/Blackstone document production for relevant documents | 1.10 |
| 01/19/21 | H. Zimmer | B190 | Confer with KK and LS concerning documents produced by Deloitte. | 0.10 |
| 01/19/21 | H. Zimmer | B190 | Revise summary of potential claims against for Trustees. | 0.80 |
| 01/19/21 | L. Schepp | B190 | Compile Deloitte interesting documents for attorney review. | 1.20 |
| 01/20/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 2.00 |
| 01/20/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 0.50 |
| 01/20/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 1.50 |
| 01/20/21 | H. Zimmer | B190 | Revise summaries on documents produced in adversary proceeding. | 2.50 |
| 01/21/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with Wachtell claim analysis. | 1.10 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 8

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 01/21/21 | S. O'Donnell | B190 | Review/revise memo to litigation designee committee; confer w/ team re same; confer w/ LDC re same. | 1.00 |
| 01/21/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 0.50 |
| 01/21/21 | H. Zimmer | B190 | Review email from KK concerning status of case. | 0.10 |
| 01/22/21 | C. Carty | B190 | Review and analyze key documents produced in third party discovery in connection with Wachtell claim analysis. | 1.50 |
| 01/23/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 0.70 |
| 01/23/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 1.20 |
| 01/24/21 | K. Kolb | B190 | Analyze and revise summaries of key documents produced by Deloitte. | 1.90 |
| 01/24/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 2.20 |
| 01/25/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 0.50 |
| 01/26/21 | K. Kolb | B190 | Analyze and revise summaries of key documents produced by Deloitte. | 2.00 |
| 01/26/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 1.00 |
| 01/26/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 2.70 |
| 01/26/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 0.80 |
| 01/26/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 1.50 |
| 01/26/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 0.80 |
| 01/27/21 | C. Carty | B190 | Review and analyze key documents produced in connection with adversary proceeding. | 1.20 |
| 01/27/21 | H. Zimmer | B190 | Analyze documents produced in adversary and draft summaries incorporating relevant information from | 0.50 |



| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| | | | same. | |
| 01/27/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 2.60 |
| 01/28/21 | K. Kolb | B190 | Review and revise summaries of key documents produced by Deloitte. | 1.80 |
| 01/28/21 | C. Anderson | B190 | Review Greenlight/Blackstone document production for relevant documents | 1.30 |
| 01/28/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 0.90 |
| 01/28/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 1.20 |
| 01/28/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 0.60 |
| 01/28/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 0.80 |
| 01/28/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 1.00 |
| 01/29/21 | C. Anderson | B190 | Review Greenlight/Blackstone document production for relevant documents | 0.80 |
| 01/29/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 1.10 |
| 01/30/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 0.80 |
| 01/30/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 1.80 |
| 01/30/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 0.50 |
| 01/30/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 1.00 |
| 01/30/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries with relevant information from same. | 1.80 |



Invoice Number: 542909
Matter Number: 19609.0002
Page: 10

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 01/30/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating relevant information from same. | 0.40 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporate relevant information from same. | 3.60 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporate relevant information from same. | 1.10 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and scope of subpoena sent to third parties. | 1.40 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding. | 1.30 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and summarize relevant information from same in memorandum. | 1.20 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summaries incorporating information from same. | 2.10 |
| 01/31/21 | H. Zimmer | B190 | E-mail CC and KK concerning discovery status. | 0.10 |
| 01/31/21 | H. Zimmer | B190 | Analyze documents produced in adversary proceeding and draft summary incorporating information from same. | 1.20 |

**TOTAL**        **$178,521.00**



Invoice Number: 542909
Matter Number: 19609.0002
Page: 11

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| C. Anderson | 11.70 | 435.00 | 5,089.50 |
| C. Carty | 39.90 | 850.00 | 33,915.00 |
| D. Field | 3.00 | 435.00 | 1,305.00 |
| D. Field | 10.60 | 475.00 | 5,035.00 |
| G. Fromer | 29.20 | 460.00 | 13,432.00 |
| K. Kolb | 32.90 | 690.00 | 22,701.00 |
| S. O'Donnell | 2.00 | 1,075.00 | 2,150.00 |
| E. Plowman | 27.90 | 460.00 | 12,834.00 |
| R. Quigley | 61.20 | 460.00 | 28,152.00 |
| L. Schepp | 10.30 | 350.00 | 3,605.00 |
| S. Stockman | 24.70 | 475.00 | 11,732.50 |
| H. Zimmer | 81.20 | 475.00 | 38,570.00 |
| **TOTAL** | **334.60** | | **$178,521.00** |

**DISBURSEMENTS:**

| | AMOUNT |
|---|---|
| Online Research | 41.76 |
| Pacer Charges | 80.00 |
| **TOTAL:** | **$121.76** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|-----------|--------------|-----------------|----------------------|---------|
| 358158 | 08/24/20 | 114,394.47 | 91,935.87 | 22,458.60 |
| 538312 | 10/22/20 | 330,797.92 | 265,261.82 | 65,536.10 |
| 539161 | 11/12/20 | 221,704.24 | 177,615.54 | 44,088.70 |
| 540525 | 12/14/20 | 170,056.45 | 136,138.75 | 33,917.70 |
| 541328 | 01/19/21 | 106,056.50 | 0.00 | 106,056.50 |
| | | | **Total Outstanding** | **$272,057.60** |

## Exhibit D

### Disbursement Summary

| | |
|---|---:|
| E-Discovery Data Hosting | $100.00 |
| Online Research | $41.76 |
| Pacer | $124.20 |
| Professional Fees – Consultant Fees | $8,770.00 |
| **Total** | **$9,035.96** |

## **Exhibit E**

**Itemized Disbursement**

Title: Disbursement Detail
Date: 3/3/2021, 10:02:03 AM
Filters:

| Disbursement ID | Transaction Date | Disb Code | To Bill Amount | Narrative |
|---|---|---|---|---|
| | | | $9,035.96 | |
| 9228295 | 2/1/2021 | Expert Witness Fees (026) | $8,770.00 | Vendor: Capital Market Risk Advisors; Invoice#: 2021-00282; Date: 2/1/2021 |
| 9223701 | 1/6/2021 | Pacer charges (074) | $44.20 | Vendor: Pacer Service Center; Invoice#: 2560425-Q42020; Date: 1/6/2021 |
| 9223702 | 1/6/2021 | Pacer charges (074) | $80.00 | Vendor: Pacer Service Center; Invoice#: 2560425-Q42020; Date: 1/6/2021 |
| | | | | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 843607235; Date: |
| 9222626 | 1/1/2021 | Online research - West (075) | $20.88 | 1/1/2021 - Westlaw Dec 2020 monthly billing |
| | | | | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 843607235; Date: |
| 9222630 | 1/1/2021 | Online research - West (075) | $20.88 | 1/1/2021 - Westlaw Dec 2020 monthly billing |
| 9226434 | 1/31/2021 | E-Discovery Data Hosting Minim | $100.00 | Simon Property Group - Sears Bankruptcy |



Invoice ID: 2021-00282
Account number: 26
Project Id: 26
Invoice date: February 1, 2021

Capital Market Risk Advisors
4851 Tamiami Trail North
Suite 243
Naples, FL 34103
Attn: Accounting

Kyle Kolb

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

| Invoice Total | | | $8,770.00 |
|---|---|---|---|

**See attached spreadsheet for invoice specification.**

| NAME | AVERAGE RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| Nie | 400.00 | 1.2 | 480.00 |
| Niculescu | 1,250.00 | 4.7 | 5,875.00 |
| Iacono | 1,150.00 | 2.1 | 2,415.00 |
| **Grand Total** | **$1,038.89** | **8.0** | **$8,770.00** |

Please remit payment with the statement number to Capital Market Risk Advisors at the address listed above or via wire.  Contact QBTeam@advancedprofessional.net for wire instructions.