- **BEAU BRADY LEBARON - SELF REPRESENTED**
  CLAIMENT / CREDITOR # 24733 - 24734

- **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

  **Presiding Judge: Honorable Robert D. Drain**

  ------------------------------------------------------------x

  re

  **SEARS HOLDINGS CORPORATION**, *et al.*,

  Debtors.[1]

  I AM : BEAU BRADY LEBARON
  217 E ACACIA APT A BREA CA 92821
  (714) 476-0192
  (714) 582-2721 CLAIM(S) #24733  18-23538 (#24734 -18-23555 ) CLAIMANT / CREDITOR . CREDIT LIFE WAGES, COMMISSIONS, WAITING TIME PENALTIES AS PER THE SUBMISSION SIGNED PLEASE SEE EXHIBIT A 1

  TOTAL VALUE    $70,615.73

March 23, 2021 at 10:00 a.m. (Eastern Time) Response Deadline: March 2, 2021 at 4:00 p.m. (Eastern Time)

Presiding Judge: Honorable Robert D. Drain

Case No. 18-23538 (RDD)

(Jointly Administered)

**PLEASE TAKE NOTICE OF MY OPPOSITION /RESPONSE TO THE 23rd OMNIBUS FEB 9 2021 DOCUMENT 9284 WERE WITH THE OBJECTION EXIST FOR CLAIMS LISTED BELOW:**

---

**PLEASE TAKE NOTICE** I **OPPOSE** THE OBJECTION AND DISALLOWANCE FOR THE OF CLAIM (S) $70,615.73 . PLEASE THE PAGES

**PLEASE TAKE FURTHER NOTICE!**

**BEAU BRADY LEBARON CLAIMANT IN 18-23538 #24733 / #24734** 18-23555 TOTAL VALUE $70,615.73

I OPPOSE THE OBJECTION, THE DISALLOWANCE, EXPUNGMENT & POTENTIAL REDUCTION TO
**THE CLAIM(S) THAT WERE FILED ON 4/13/2020 FOR REASONS THJAT APPLY TO EXCUSABLE NEGLECT SET FORTH BY THE COUNSEL IN THE 23RD OMNI BUS DOCUMENT 9284 DATED FEBRUARY 9 TH 2021 ALL EXHIBITS WHERE I, THE CLAIMANT AND THE ABOVE STATEED CLAIMS LISTED ONLINE 210 OF EACH EXHIBIT.
AND I ASK THE COURT TO CONSIDER CREDITOR
may nevertheless file a late claim if the failure to file a timely claim was due TO**

**"excusable neglect".**
**FED. R. BANKR. P. 9006(b)(1). The burden of proving "excusable neglect"
rests on the late-claimant. Enron, 419 F.3d at 121 (quoting Jones v. Chemetron Corp., 212 F.3d
199, 205 (3d Cir. 2000)). hI Pioneer, the COURT expanded the definition of "excusable neglect" to
include, where appropriate, "inadvertence, mistake, or carelessness." 507 U.S. at 388.
Ultimately, the COURT stated, the determination whether to allow a late claim is an equitable one
that takes account of all of the surrounding circumstances:**

---

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co (0680); ServiceLive Inc (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc (6537); Innovel Solutions, Inc (7180); Kmart Corporation (9500); MaxServ, Inc (7626); Private Brands, Ltd (4022); Sears Development Co (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc (6742); Sears Home Improvement Products, Inc (8591); Sears Insurance Services, L L C (7182); Sears Procurement Services, Inc (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc (4861); Sears Roebuck Acceptance Corp (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc ) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc (6327); Florida Builder Appliances, Inc (9133); KBL Holding Inc (1295); KLC, Inc (0839); Kmart of Michigan, Inc (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L L C (4239); SHC Desert Springs, LLC (None); SOE, Inc (9616); StarWest, LLC (5379); STI Merchandising, Inc (0188); Troy Coolidge No 13, LLC (None); BlueLight com, Inc (7034); Sears Brands, L L C (4664); Sears Buying Services, Inc (6533); Kmart com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816) The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway,

COUNSEL FOR THE DEBTOR WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153            Ray C. Schrock, P.C.        Sunny Singh
Telephone: (212) 310-8000           Jacqueline Marcus           Attorneys for Debtors
Facsimile: (212) 310-8007           Garrett A. Fail             and Debtors in Possession

## TO THE HONORABLE JUDGE

## ROBERT D. DRAIN  * CASE 18-23538 24733 18-23555 24734

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE  I BEAU BRADY LEBARON OPPOSE DEBTORS' TWENTY-TIDRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (NO LIABILTY CLAIMS).  MARCH1ST2021.
AND FILED A RESPONSE TO THE DEBTORS Twenty-Third Omnibus OPPOSITION  Proofs of Claim (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court").
Presiding Judge:  Honorable Robert D. Drain
FOR FAILURE TO MEET BAR DATES AS STATED IN DOC 9284

 I WORKED AS W2  EMPOYEE PROJECT CONSULTANT FOR THE DEBTOR  BEFORE DURING AND AFTER BAR DATES 2/22/19 AND AL DATES ON OR BEFORE 6-12-19  . HIRED BY NEW OWNER NOT UNTIL 6-12-19 AS PER THE ATTACHMENT FROM THEM SUPPLIED 2-17-19.

 THE DEBTOR SHOWS ME HERE AS A VENDOR WHICH IS NOT CORRECT AND THE DEBTOR CLAIMS TO HAVE INVESTIGATED MY PAY WHERE IT SHOWS EXHIBIT A-D THAT I WAS A W2 EMPLOYEE WHERER IN CALIFORNIA LAW I AM DUE WAGES UPON SEPARATION AND OR UP ON CONPLETION OF PROJECTS WERE DEDUCTIONS WERE ENTERED  TO FORCE ME TO AVBSORB COPANY LOSS  BEFORE DURING AND AFTER THE FILING DATE 10-15-18 .THIS IS A IS MY REQUEST TO THE COURT TO ENFORE THE PAYMENT OF WAGES  AND I DO NOT HOLD THE LAW BOOKS OR THE DEGREE TO CONTEST THE STATEMENT BY MR LITZ ON SEPT 2 2020 - TO  NOW TODAY THAT I AM INVALID!.  HOW IS AN LOYAL EMPLOYEE WHO WORKS THORUGH A BANK RUPTCY TO BE HIRED BY THE NEW OWNER INVALID? I HAVING PERFORMED MY DUTIES TO THE BEST OF MY ABILITY AND PROVIDED REVENUE IN EXCESS MY PRIOJECTS $ 6 8 0 , 0 0 0 . 0 0 AS WELL AS $42,000.00 JAN TO FEB 2019 .REVENUE THAT WAS AUTHORIZED BY THE DEBTORS ADMIN DEOT MGMT AND CALL CENTERS SIGNED BY CLIENTS WERE I WAS SUPPLIED APPTS THAT I WAS REQUIRED TO BY EMPLOYEE JOB DESCRIPTION TO SELL .  EVEN WHEN I WAS LEASED TO THE NEW BUYER WITHOUT SPECIFIC KNOWLEDGE  AND WERE LIZED BY THE  DEBTOR  BEFORE DURING AND AFTER THE BAR DATES THAT DOC  9284REFER TO. SEE PAGES 3  4AND 5 OF THIS DOC FOR THE REFERNCE ,EXHINIT AND LINE NUMBER. FOR EAH OF THE INSTANCE WHERE I AM LIST ON LINE 210 STATING"
The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22 ,2019  (ECF No.2676)

AND
PLEASE ALSO TAKE NOTICE IT IS WRITTEN  AND FULLY UNDERSTANDABLE THAT
The Federal Bankruptcy Rules direct a bankruptcy court to establish bar dates in chapter  11 cases. The bar date
is critically important to the administration of a successful chapter  11 case, and the reorganization process:

IT HAS BEEN DECIDED BY NUMEROUS CASES IN THE STATE OF NEW YORK THAT an Employee may file a late claim if the
failure to file a timely claim was due to"e      EXCUSABLE NEGLECT.
PLEASE TAKE NOTICE  I WAS WORKGIN 2/22/19  IN FACT SELLING A PROJECT FOR THE OLD OR NEW AS I WAS NOT TERMINATED BY DEFINITION AND IN FACT LEASED AT THI S TIME AS MY PROJECTS WERE BACKED BY A SEARS HOLDINGS CORP POLICY CREDIT DEPT ADMIN AND MORE AND PLEASA TAKE NOTICE THESE ARE THE SAME DEPTS **THEN AS TRANSFORMCO AND ALL  OF ITS ITDENTIES.**

**PLEASE TAKE NOTICE TO** l81FED. R.BANKR.P.  9006(b)(l). The burden of proving "excusable neglect"
rests on the late-claimant. Enron, 419 F.3d at  121 (quoting Jones v. Chemetron Corp, 212 F.3d
19 9,205 ( 3d Cir. 2000)). In Pioneer, the Court expanded the defmition of "excusable neglect" to
include, where appropriate, "inadvertence, mistake or carelessness." 507 US. at  3 8 8.
Ultimately, the Court stated, the determination whether to allow a late claim is an equitable one
that takes account of all of the surrounding circumstances:
These include . . . the danger of prejudice to the debtor, the length of the delay
and its potential impact on judicial proceedings, the reason for the delay,
including whether it was within the reasonable control of the movant,  I WAS HELPING BY ENERATING REVENUE BUT NOT PAID CORRECTLY DUE TO THE PROCESS THAT STILL EXISTS ITS NOT THE COURT ITS DEBTOR WHO FAILED TO FOLLOW THE RULES

PLEASE TAKE FURTHER NOTICE IN ALL EXHIBITS IN THE 23RD OMNI OBJECTION THE COUNSEL FOR THE DEBTOR STATES THE FOLLOW SPECIFICALLY - The Claim was filed after the applicable date set fot·th in the Order Establishing Deadline to File Proofs of Claim and Procedm·es Relating Thereto. ente1·ed on Febma1·v 22, 2019 (ECF No. 2676). IF THAT IS THE OBJECTION I OPPOSE ALL OF THE EXHIBITS LIST HERE IN ALONG WITH PAGE NUMBER LINE AND OBJECTION PER 9284

PLEASE TAKE FURTHER NOTICE EACH OF THE DEBTORS 23RD Debtors' Twenty-Third Omnibus Objection S to MY CLAIM Claims In re: Sears Holdings Corporation, et al.Case No. 18-23538 (RDD) INCLUDE THE ABOVE OBJECT ION AS WELL MY NAME AND CLAIMS

THE DEBTORS 2. SEARS HOLDING CORP AND ITS DIVSION SEARS HOME IMPROVEMENT HIRED ME ON 2-14-19 AS PER WELCOME LETTER RECIEVE BY THE HR DEPT ON 3-5-2018.
I START ON 3-12-18 AND SHOW BY RECORD OF CA FRANCHISE AND EMPLOYMENT DEVELOPMENT DEPT 6-12-19
THEN HIRED BY TRANSFORMCO AND NEVER PAID FOR CORRECTLY FOR THE PROJECTS FROM 5-1-2018 TO 6-12-19 THEN NOT PAID BY TRANSFORMCO.
I REQUEST THIS ISSUE BE ADDRESSED AS I AM NOT CLASSIFIED AS A VENDOR
I AM AW2 EMPLOYEE .

I WAS CONTACTED BY DEBTOR ON 09-2-120 TOLD THAT THEY INCESTIGATED THIS MATTER HOWEVER I AM TOLD THE STATEMENTS THAT MAKE UP MY WAGES THAT CONTAIN THE UNLAWFUL DEDUCTIONS AND GROSS ERRORS THATMAKE UP MY CLAIM PERPARED BY THE LABOR BOARD WAGE AND STANDARDS UNIT IN LONG BEACH ON 11-13-19 AFTER I
FILED 2 CLAIMS ONE WITH THE DEBTOR AND ONE WITH TRANSFORM CO. THE DEBTORS CASE WAS SENT HERE . THE TRANSFORM CO CASE 809099 IS AWAITING A HEARING WHICH MAY TAKE UP TO A YEAR OR MORE WITH CURRENT BACK LOGS . I REQUEST THE COURT ENFORCE THE CASE THAT IS ATTACHED AS I HAVE ALREADY SUPPLIED THE DEBTOR THE FINDINGS AND REQUEST CONSIDERATION FOR PENALITIES AS THIS DELAY IN MY PAY FOR WORK PERFOIRMED
WERE I GENERATE REVENUE AS REQUIRED AND DEBTORS DO ACKNOWLEGGE THIS BUT FAIL TO PAY ME AND PERFORM THEIR OWN STANDARD WITH REGARDS TO THEIR OWN POLICY AND THE CALIFORNIA LABOR LAW S 200-515 SEE CODES IN MY CLAIM DOCUMENTATION
1186. ATTACHED SEE LIST OF EACH OF OBJECTION AND ITS LOCATION DEBTORS OBJECTION MOTION TO DISALLOW MY ONE CLAIM THAT IS WAGES UNPAID AND YES LONG AFTER 10-15-18.

PLEASE TAKE FURTHER NOTICE I OPPOSE ALL OBJECTIONS TO CLAIM# 24733
AND 24734 IN DOC 9284 WERE IT STATES
 The Claim was filed after the applicable date set fo1th in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676).

Exhibit A
Pg 5 of 102 OF DOC 9284
Exhibit A MAIN DOCUMENT

Exhibit B
AGE 20 OF 102 DOC 9284 - PG 15 OF 27
Pg 33 of 102 OF DOC 9284
Exhibit B Claims Hearing Procedures   COURT-ORDERED
CLAIMS HEARING PROCEDURES 34-102

DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (NO LIABILITY CLAIMS) PAGE 37 OF 102

PAGE 33 OF 102 DOC 8294 - PG 15 OF 27
Claims Hearing Procedures: Pursuant to the Amended Order Implementing Ce1tain Notice and Case Management Procedures, entered on November 1, 2018 (ECF No. 405) (the "Amended Case
Management Order"), the Bankruptcy Comt established periodic omnibus hearings
(the "Omnibus Hearings") in these Chapter 11 cases. The Debtors shall schedule the
retmn date for claims objections, omnibus or othe1wise, for hearing at Omnibus Hearings
or other hearings the Debtors may schedule with the Bankruptcy Comt.

OBJECTION TO CLAIM(S) 24733/24734* (24734 AMENDED / REMOVED AS DUPLICATE ) IN
Exhibit A
PAGE 43 OF`102 DOC 9284
EXHIBIT A. PAGE PAGE 15 OF 27 OF DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims Case No. 18-23538 (RDD)

PAGE  2

OPPOSTION REPSONSE TO 23RD OMNIBUS OBJECTION  DOC 9284 FROM DEBTORS'
IN CASE 18-23538/ 18-23555

### Exhibit A
PAGE 58 OF`102 DOC 9284
EXHIBIT A.  PAGE 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al.
Exhibit 1 -  Claims Case No. 18-23538 (RDD)
The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019 (ECF No. 2676)

### EXHIBIT B PROPOSED ORDER
AGE 71 OF 102 DOC 9284
EXHIBIT B. PROPOSES ORDER order 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al.
Exhibit 1 -  Claims Case No. 18-23538 (DDD)
The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019 (ECF No. 2676)

### EXHIBIT 1 PROPOSED ORDER
AGE 75 OF 102 DOC 9284
PAGE 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al.
Exhibit 1 -  Claims Case No. 18-23538 (RDD)
The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019 (ECF No. 2676)

### EXHIBIT 1 PROPOSED ORDER
**AGE 91 OF 102 DOC 9284**
EXHIBIT 1 PROPOSED ORDER
AGE 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al. The
Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019

OPPOSTION REPSONSE TO 23RD OMNIBUS OBJECTION DOC 8294 FROM DEBTORS' IN CASE 18-23538/ 18-23555

**Exhibit A**
PAGE 58 OF`102 DOC 9284
EXHIBIT A.  PAGE 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al. Exhibit 1 -  Claims Case No. 18-23538 (RDD)
The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019 (ECF No. 2676)


**EXHIBIT B PROPOSED ORDER**
AGE 71 OF 102 DOC 9284
EXHIBIT B. PROPOSES ORDER order 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al. Exhibit 1 -  Claims Case No. 18-23538 (DDD)
The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019 (ECF No. 2676)


**EXHIBIT 1 PROPOSED ORDER**
AGE 75 OF 102 DOC 9284
PAGE 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al. Exhibit 1 -  Claims Case No. 18-23538 (RDD)
The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019 (ECF No. 2676)


**EXHIBIT 1 PROPOSED ORDER**
AGE 91 OF 102 DOC 9284
EXHIBIT 1 PROPOSED ORDER
AGE 15 OF 27 OF  DOC 9284
Debtors' Twenty-Third Omnibus Objection to Claims In re: Sears Holdings Corporation, et al. The Claim was filed after the applicable date set forth in the
Order Establishing Deadline to File Proofs of Claim and
Procedures Relating Thereto, entered on February 22,
2019

FOR ALL OF THE EXHIBIT I RESPOND AND HAVE PROOF THAT  I WAS ONBOARDED 2-14-18 OFFERED EMLOYMENT 3-05-18 AND THEN LICENSED 4-20-18 AND RECORED RECORD NUMBERS AS WELL GENEREATED MORE REVENUE THAN MY PIERS MONTH AFTER MONTH WITH THE MIND SET TO HELP A FAILING CORP I HAD MUCH RESPECT FOR .. THEY HAD NONE FOR ME.

<u>P</u><u>LEASE DO TAKE NOTICE;   BEAU BRADY LEBARON HAVE REVIEWED  DOC 8294 23RD THE OMNIBUS OBJECTION AND ACKNOWEDGE MY NAME  A STATED ABOVE (SEE LINE 210 OF EXHIBITS A. B. & C.)  FOR CLAIMS(S)  24733/24734 CASE 18-23538 I OPPOSE THE OBJECTION AND DISALLOWANCE FOR THE  OF CLAIM 24733 $70,615.73 FOR THE REASON OF EXUSABLE NEGELEST.</u>

I <u>WORKED FOR SEARS HOLDING CORPORATION ( DEBTOR) FROM START DATE</u>

**3-12-18 TO TERMINATION DATE 6-12-19.**

<u>E</u>XHIBIT A -  COMMINCATION FROM  TRRANSFORMCO NEW OWNER/ APPRIVED BUYER.  ASC/HR DEPT .  STATING THE SAME ABOVE MENTIONED DATE ALONG WITH COMPLETE PAY INFORMATION FOR MY EMPLYEE  ID NUMBER 71024523207.

IN CALFORNIA  I WORKED AS A W 2 FULL TIME COMMISSIONED BI WEEKLY EMPLOYEE WITH A COMPESATION PLAN CA SEARS CONSULTANT PLAN 1591 CALIFORNIA EMPLOYEES ONLY. AGREED AND SIGNED PRIOR TO EMPLOYMENT ( IF NOT SIGNED EMPLOYMENT rsNOT OFFERED) ANOTHER WORDS MANDATORY.
1. BY LIVE SCAN 2-14-18 AS WELL AS EMPLOYEE WELCOME LETTER SENT ON 2-14-18

THAT INCLUDES LIFE CREDIT  POLICY AWARDED IMMEDIATELY UPON COMPLETION  OF 4 WEEK TRAINING >  DRUG SCREENING
1. LICENSING HANDLED BY THE DEBTORS IN HOUSE HR DEPT FOR CAL STATE

<u>LICENSING BOARD H.I.S. HOME IMPROVEMENT SALES PERSON. #331127 SP ACTIVE</u> THEN 4-18-18 THROUGH 4-20-19 AND THEN REISSUED AFTER THE FIRST YEAR AND

**CURRENTLY ACTIVE UNTIL 4-22-22.**

I WILL PROVIDE A HARD COPY TO CHAMBER VIA WORD DOC AND WILL UP LOAD MY VERSION TO THE HONORABLE JUDGE ROBERT DRAIN.   I HAVE A W 2 AND I AM CERTAIN THAT EXIHIBIT

A - F SHOULD PROVE THAT I WAS EMPLOYED GENERATING DOLLARS USED BY MY FORMER EMPLOYER WHO LEASED ME WITHOUT MY KNOWLEDGE FROM 2-22-19 TO 6-12-19 .

 PLEASE UPDATE MY NUMBER  CELL 714 476-0192

I DO  WISH TO BE HEARD ON
MARCH 23 RD VIA TELEPHONIC
MEANS

x_____*BEAU LEBARON*_____

date   3-01-2021

SENT TO PRIME CLERK 3-1-2021
DOMINIC LITZ FOR THE WEIL LAW TEAM COUNCEL
TO DEBTORS SEARS HOLDINGS CORP
AND THE NEW YORK US BANK RUPTCY COURT SOUTHERN DIVISION
FOR CASE 18-23538 AND CASES THAT FALL UNDER IT. INCLUDING  18-23555

OPPOSTION REPSONSE TO 23RD OMNIBUS OBJECTION DOC 9284 FROM DEBTORS' IN CASE 18-23538/ 18-23555

EXHIBIT A -

COMMINCATION FROM TRRANSFORMCO NEW OWNER / APPRIVED BUYER . ASC/HR DEPT . STATING THE SAME ABOVE MENTIONED DATE ALONG WITH COMPLETE PAY INFORMATION FOR MY EMPLYEE ID NUMBER 71024523207 .

THIS IS FROM THE DEBTORS NEW OWNER SHOWING MY DATES WITH BOTH THE DEBTOR AND THE NEW OWNER DATED 2017-21

## PLEASE TAKE NOTICE I WAS HIRES AND TERM WITH COBRA AND FULL BENENFITS

From: ASC Customer Service,
Sent: Friday, February 19, 2021 10:22 AM
To: Beau LeBaron
Subject: RE: employment dates

Hi Beau,

Thank you for writing to us,
With reference to below email, please see the employment dates with Sears and TransformCo.
Sears :
Hire Date : 03/12/2018 Terminated : 06/12/2019

TransformCo :
Hire Date : 06/12/2019 Terminated : 07/20/2019

Please let us know if you do required any more information. Kindly let us know for further assistance
Thank You, Grace

From: Beau LeBaron [mailto:BeausEverest@outlook.com] Sent: Wednesday, February 17, 2021 9:14 PM
To: ASC Customer Service,
<ASCCustomerService@transformco.com>
Subject: Re: employment dates

Enterprise Security Team Alert: This email originated from outside of the organization. Please use
caution when opening messages from external sources.