## EXHIBIT B
## WELCOMLETTER MARCH 5TH 2018



From: Lochana Perera <Lochana.Perera@searshomepro.com>

Date: March 5, 2018 at 7:22:58 AM PST

To: "bluesoulb@icloud.com" <bluesoulb@icloud.com>

<Richard.Saunders@searshomepro.com>

Subject: Beau Lebaron - CLEAR TO HIRE

Hello,

Congratulations on your employment with Sears! We are excited to have you join our Team!

What is Next? To complete your new hire paperwork online by no later than: _3/10/2018 _____

You will receive two emails with instructions to submit your new hire information online* to activate you in Sears Payroll and all other employment databases. Please use the links below if you cannot find them in your Inbox, Junk or Spam Folders within 24 hours of receiving this communication. These emails are sent from: NewHires@SearsHC.com.

*Email 1:

New Hire Onboard Information (with Sears I-9 Instructions for Applicant and the List of Acceptable Documents)

FIRST STEP: Please complete Section 1 of the From I-9. Once done, then sign in to the Talent Suite to complete the new hire information online (Pay Method through Final PDF signature).

Link: https://i9a.maximus.com/SearsHires/SelectLocation.aspx

Enter Location # __24569___

User/registration name: Your first and last name with no spaces

Pin: Please create a pin

EMAIL 2 KENEXA LINK

https://2x.kenexa.com/wps/portal/$tenant/sears/SWF/login/!ut/p/a1/hY7BbsIwEE5_hUM42mtCmggJIQOnAEWtWhF8QO4YY-TY0dggfn4D6pHC3mb0Rm-poBUVTI6NItF4J-0ti7cd-5hzNItDCYt3Bvx7mK_Kr08opmkHbDsA_jkOr_YbKp4iZf4HPFGUVGjr6_u7W-7qtNBUoDoqVEgu2NWnGNswSiCBiM0PGxSkRhkCGqfJ3jcJBCUxJNCisl4bR2RoJ0cr9RhIDlk2zLO-9XtplTmMGaTpI9PJh0irhwLaNhWcM3td8l7vF00YfHk!/dl5/d5/L2dBISEvZ0FBIS9nQSEh/

**EXHIBIT C**
**W2  2019**
**STARTED YEAR OFF AS SEARS HOLDINGS EMPLOYEE AND ON 2-23-19 WAS "LEASED TO TRANSFORMCO AND PAID BY SEARS HOLDINGS CORP UP UNTIL THE TIME THAT THE NEW BUYER COULE ATTAIN OPERARATING LIC AND MORE**



EXHIBIT D MY W 2 SHOWING I AM AN EMPLOYEE SEARS HOLDING CORP

THIS SHOWS MY PAY 2018 PRODUCED 680K PAID $39044 DEDUCTIONS BEYOND MY CONTROL CALLED COMPAN LOSS COLUMN 4 OF THERE CBR LITE ** I WILL PRODUCE THESE DOCS WHEN REQUIRED

| EMPLOYEE NAME: | BEAU LEBARON |
|---|---|
| SSN: | |
| DATE: | 02/17/2021 |

| Employer Name: | Employer Code: | Employer Address: |
|---|---|---|
| Transform Holdco LLC | 10156 | 3333 Beverly Road, Hoffman Estates, IL 60179 |

| Information Current as of: | Employee Name: | Division: |
|---|---|---|
| 11/07/2020 | BEAU B LEBARON | SHX |

| Employment Status: | Most Recent Start Date: | Total Time With Employer: | Job Title: | Rate of Pay: | Average Hours per pay period: |
|---|---|---|---|---|---|
| No Longer Employed | 06/12/2019 | 1 Year, 4 Months | SHP Sales Representative | $0.00 Hourly | 0 |

| Date of Termination: | Original Hire Date: | Work Location(Job site): |
|---|---|---|
| 07/19/2019 | 03/12/2018 | xx |

| Year | Base Pay | Overtime | Commission | Bonuses | Other Income | Total Pay |
|---|---|---|---|---|---|---|
| 2020 | $0.00 | $0.00 | $270.79 | $0.00 | $0.00 | $270.79 |
| 2019 | $0.00 | $0.00 | $2,762.01 | $9,855.72 | $0.00 | $12,617.73 |
| 2018 | $1,320.00 | $0.00 | $5,385.37 | $32,338.97 | $0.00 | $39,044.34 |

| FEIN: | Employee Address: | Employee Phone Number: |
|---|---|---|
| 201920798 | | |

**INCOME AND DEDUCTIONS**

| Average Hours Per Pay Period: | Pay Cycle: |
|---|---|
| 0 | Biweekly |

**PAY PERIOD DETAIL 11/07/2020**

| Income | |
|---|---|
| Total Gross Earnings | $270.79 |

EXHIBIT   E



To: BeausEverest@outlook.com
Subject: Payroll and commission statements 1-2

Hello Mr. LeBaron,
The defendants' attorney, Mrs. Miller, states she did not receive your email requesting the payroll information as we had agreed on the conference's day. Therefore, she forwards the documents to me. Due to the size of the e-mail, I will send the commission statements in a separate e-mail

Thank you,

Industrial Relations Representative/ARO
Department of Industrial Relations
DLSE-Wage Unit
1500 Hughes Way Ste C-202
Long Beach, CA 90810
(424) 450-2609

THE ABOVE IS AN EMAIL JUST RECIEVED TODAY THAT SHOULD SHOW GOOD CAUSE TO WAITNG TIME PENALTIES THAT APPLY TO BOTH EMPOYERS DEBTOR AND NEW OWNER
WHO DID NOT FOLLOW CODES IN CAL LAB LAW 200-227

I DID NOT ADD FEES AS THEY ARE NOT NOT ALLOWED I AM TOLD.

I CAN PROVE HOW THE DEBTOR USES ITS SIZE AND ITS POSTION  WITH THIS COURT TO INTIMIDATE CLAIMAINST LIKE  ME TO NOT FOLLOW UP AND SEEK THE WAGES THAT THEY DID UNLAWFULLY OR BY MISTAKE NOT HANDLE  A LEGAL SENSE AND OR JUST PER THEIR OWN POLICY AS WELLL AS LABOR LAW AS MY INITIAL SUBMISSION OF MY CLAIM SHOWS .
ADDED 4-13-20 LAB CASE WAGE CLAIM FOR SEARS HOLDINGS CORP TO ACCOMIDATE THE STAY T


714-476

EXHIBIT F

WAGE DEPUTY SEND ME TO THIS COURT AS I AM HELD UP BY THE SAME PROTECTED STAY THAT TRANSFORMCO USES IN A CASE 741455 FOR THE OTHER HALF OF THE WAGES THAT SEARS PUSHED FORWARD TO TRANSFORM A SERPARATE SET OF PROJECTS

**Sent:** Wednesday, April 1, 2020 8:51:20 AM
**To:** beausinbrea@live.com <beausinbrea@live.com>
**Subject:** Legal Response

Hello Mr. Lebaron,

I referred the matter to our legal department since Sears, Roebuck and Co. (along with a long list of its subsidiaries, but not Transform SR Home Improvement Products, LLC.) filed for Chapter 7 voluntary bankruptcy, with that case still ongoing. The legal department has advised me not to proceed at this time since the Bankruptcy is ongoing, we must be careful not to violate the automatic stay imposed by the Federal Court.

Please file a proof a claim with bankruptcy court. Here is a link to their website.

At this time the DLSE case will be closed at the direction of our legal department.

Regards,

DEPUTY LABOR COMMISSIONER, I
LABOR COMMISSIONER'S OFFICE
LONG BEACH DISTRICT OFFICE
300 OCEANGATE, SUITE 302
LONG BEACH, CA 90802



10:31 AM