Response to 23rd Omnibus Objection

Justin John Walker
605 Cobblestone Ct.
Elgin, IL 60120
708-642-4348
jjwalker2@hotmail.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 18-23538 (RDD)

PROOF OF CLAIM NO. 12797

This letter serves as notice of response to the 23rd Omnibus Objection filed by Sears Holdings Corporation (Debtors) within the 23rd Omnibus Objection related to the Debtors Chapter 11 filing. Justin John Walker is responding to the objection and providing additional Proof of Claim (POC) that was not included in the initial POC.

Justin John Walker was employed by Sears Holdings Corporation and was placed on a Transition Pay Plan (TPP) as severance September 12, 2018. The TPP included in the Justin John Walker's POC states 10 weeks of severance specifying a severance pay amount of $19230.77. Justin Walker was not paid the amount owed post the 60 day WARN period related to the Chapter 11 Bankruptcy filing by the Debtors.

Additional evidence of the POC is provided as pay statements obtained from the Debtors web based portal for former employees. These statements are summarized in a table included as additional evidence. As shown by the additional evidence the total amount indicated paid during the 10 week TPP period in conjunction with the 60 day WARN period. The documentation shows an amount paid to Justin John Walker of $16,212,12 which is $3,018.65 less than the severance amount specified in the TPP.

As such Justin John Walker's claim shall not be disallowed or expunged pursuant to the filing of the objection by the Debtors.

Dated this day of Month, year.

2nd of March, 2021

_____
Justin John Walker

## SHC Pay Statements

| Advice | Pay Period | WARN PAY | WARN PAY YTD | CellPhReim | CellPhReim YTD | Base Ern | Base Ern YTD | Severance Accumulator | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 3644561 | 11/16/2018 - 11/30/2018 | 0 | 16212.12 | 30 | 330 | 0 | 71666.72 | 16212.12 | Amount owed $3018.65 |
| 3644560 | 11/16/2018 - 11/30/2018 | 378.78 | 16212.12 | | 330 | 0 | 71666.72 | 16212.12 | |
| 3595749 | 11/1/2018 - 11/15/2018 | 4166.67 | 15833.34 | 0 | 300 | 0 | 71666.72 | 15833.34 | |
| 3552173 | 10/16/2018 - 10/31/2018 | 0 | 11666.67 | 30 | 300 | 0 | 71666.72 | 11666.67 | |
| 3552172 | 10/16/2018 - 10/31/2018 | 4166.67 | 11666.67 | 0 | 300 | 0 | 71666.72 | 11666.67 | |
| 3504657 | 10/01/2018 - 10/15/2018 | 4166.67 | 7500 | 0 | 270 | 0 | 71666.72 | 7500 | |
| 3438834 | 9/16/2018 - 9/30/2018 | 0 | 3333.33 | 30 | 270 | 0 | 71666.72 | 3333.33 | |
| 3438833 | 9/16/2018 - 9/30/2018 | 3333.33 | 3333.33 | 0 | 270 | 833.33 | 71666.72 | 3333.33 | First week of Severance |
| 3390528 | 9/1/2018 - 9/15/2019 | 0 | 0 | 0 | 240 | 4166.67 | 70833.39 | | 9/12/2018 Meeting with HR and placed on leave. TPP Date 10 Weeks of pay = $19,230.77 |
| 3342812 | 8/16/2018 - 8/31/2018 | 0 | 0 | 30 | 240 | 0 | 66666.72 | | |
| 3342811 | 8/16/2018 - 8/31/2018 | 0 | 0 | 0 | 240 | 4166.67 | 66666.72 | | |
| 3294076 | 8/1/2018 - 8/15/2018 | 0 | 0 | 0 | 210 | 4166.67 | 62500.05 | | |

# Earnings Statement

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024289779 | SM38841001 | |

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

Page 001 of 001
Period Beg/End:     08/01/2018 - 08/15/2018
Advice Date:        08/15/2018
Advice Number:      0003294076
Batch Number:       000000450615

Exemptions   Addl Amt   Addl %
Fed:    S-00
IL(W):  N-00

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:        Salary
Base Pay Rate:       $100,000.

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| Base Ern | | | 4166.67 | 62500.05 |
| CellPhReim | | | | 210.00 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 655.36 | 10238.23 |
| Fed MED/EE | 57.42 | 861.21 |
| Fed OASDI/EE | 245.49 | 3682.41 |
| IL Withholdng | 191.87 | 2892.54 |
| **Total Taxes** | 1150.14 | 17674.39 |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 2342.40 |
| *Dental (Pre-Tax) | 19.68 | 295.20 |
| Long Term Disabil | 34.90 | 481.62 |
| Repay 401(k) Loan | 90.08 | 1351.20 |
| *401K Savings Pre | 83.33 | 958.33 |
| *FSA Health Ben A | 31.25 | 468.75 |

| | | | Amounts | YTD Amounts |
|---|---|---|---|---|
| Gross Pay | | | 4166.67 | 62710.05 |

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages
Total Deductions     415.40     5897.50
Net Pay              2601.13    39138.16
Direct_Deposit_Summary
Deposit   Che   XXXXXX1562      1,400.00
Deposit   Che   XXXXXXXXX8519   1,201.13

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addË1 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate". All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:    0003294076
Advice Date:      08/15/2018

**Deposited to the account of**       Account Number      Transit ABA       Amount
WALKER, JUSTIN J                Checking  XXXXXX1562      071921891        1400.00
                                Checking  XXXXXXXXX8519   071000013        1201.13

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

```
EMPLID        DEPT       000000-000000
91024289779   SM38841001
```

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

Page 001 of 001
Period Beg/End:  11/16/2018 - 11/30/2018
Advice Date:     11/30/2018
Advice Number:   0003644561
Batch Number:    000000478772

Exemptions    Addl Amt    Addl %
Fed:    S-00
IL(R):  N-00

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:         Salary
Base Pay Rate:        $100,000.

| Earnings    | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| CellPhReim  |      |       | 30.00   | 330.00      |
| WARN PAY    |      |       |         | 16212.12    |
| Base Ern    |      |       |         | 71666.72    |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes**          |             |             |
| Fed Withholdng     | 0.00        | 14185.27    |
| Fed MED/EE         | 0.00        | 1208.63     |
| Fed OASDI/EE       | 0.00        | 5167.95     |
| IL Withholdng      | 0.00        | 4055.89     |
| **Total Taxes**    | 0.00        | 24617.74    |
| **Deductions**     |             |             |
| *Medical/PPO Pre-  | 0.00        | 3435.52     |
| *Dental (Pre-Tax)  | 0.00        | 432.96      |
| Long Term Disabil  | 0.00        | 725.92      |
| Repay 401(k) Loan  | 0.00        | 1891.68     |
| *401K Savings Pre  | 0.00        | 1416.66     |
| *FSA Health Ben A  | 0.00        | 656.25      |

| Gross Pay |  | 30.00 | 88208.84 |
|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages
Total Deductions       0.00        8558.99
Net Pay               30.00       55032.11
**Direct_Deposit_Summary**
Deposit   Che   XXXXXX1562              30.00

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate".All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:  0003644561
Advice Date:    11/30/2018

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking  XXXXXX1562 | 071921891 | 30.00 |

THIS IS NOT A CHECK    (NON-NEGOTIABLE)

## Earnings Statement

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024259779 | SM38841001 | |

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

| | Page 001 of 001 |
|---|---|
| Period Beg/End: | 11/16/2018 - 11/30/2018 |
| Advice Date: | 11/30/2018 |
| Advice Number: | 0003644560 |
| Batch Number: | 000000478772 |

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| IL(W): N-00 | | |

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

**For inquiries on this statement please call: 888-887-3277**
Total Hours Worked:
Basis of Pay:           Salary
Base Pay Rate:    $100,000.

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| WARN PAY | | | 378.78 | 16212.12 |
| CellPhReim | | | | 330.00 |
| Base Ern | | | | 71666.72 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 4.88 | 14185.27 |
| Fed MED/EE | 2.94 | 1208.63 |
| Fed OASDI/EE | 12.58 | 5167.95 |
| IL Withholdng | 10.05 | 4055.89 |
| **Total Taxes** | **30.45** | **24617.74** |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 3435.52 |
| *Dental (Pre-Tax) | 19.68 | 432.96 |
| Long Term Disabil | 34.90 | 725.92 |
| Repay 401(k) Loan | 0.00 | 1891.68 |
| *401K Savings Pre | 0.00 | 1416.66 |
| *FSA Health Ben A | 0.00 | 656.25 |

| Gross Pay | | | 378.78 | 88208.84 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages
| Total Deductions | 210.74 | 8558.99 |
|---|---|---|
| Net Pay | 137.59 | 55032.11 |

**Direct_Deposit_Summary**
Deposit   Che   XXXXXX1562              137.59

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate".All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:    0003644560
Advice Date:          11/30/2018

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking  XXXXXX1562 | 071921891 | 137.59 |

**THIS IS NOT A CHECK**    **NON-NEGOTIABLE**

## Earnings Statement

```
EMPLID              DEPT      000000-000000
91024289779   SM38841001
```

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

Page 001 of 001
Period Beg/End:  10/01/2018 - 10/15/2018
Advice Date:     10/15/2018
Advice Number:   0003504657
Batch Number:    000000466657

```
Exemptions    Addl Amt    Addl %
Fed:   S-00
IL(W): N-00
```

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:         Salary
Base Pay Rate:        $0.00

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| WARN PAY | | | 4166.67 | 7500.00 |
| CellPhReim | | | | 270.00 |
| Base Ern | | | | 71666.72 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 645.36 | 12829.67 |
| Fed MED/EE | 57.41 | 1090.86 |
| Fed OASDI/EE | 245.49 | 4664.38 |
| IL Withholdng | 189.81 | 3653.84 |
| **Total Taxes** | 1138.07 | 22238.75 |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 2967.04 |
| *Dental (Pre-Tax) | 19.68 | 373.92 |
| Long Term Disabil | 34.90 | 621.22 |
| Repay 401(k) Loan | 90.08 | 1711.52 |
| *401K Savings Pre | 125.00 | 1416.66 |
| *FSA Health Ben A | 31.25 | 593.75 |

| Gross Pay | | | 4166.67 | 79436.72 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages
Total Deductions    457.07    7684.11
Net Pay             2571.53   49513.86

Direct_Deposit_Summary
Deposit  Che   XXXXXX1562        1,400.00
Deposit  Che   XXXXXXXXX8519     1,171.53

Base pay for OT or double-time is included in Base Ern. OT
and Dbl Time Prem lines show only addËl 1/2 reg. rate or
reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x
your "regular rate" for that week. OT Prem rate is 1/2
"regular rate".All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:   0003504657
Advice Date:     10/15/2018

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking  XXXXXX1562 | 071921891 | 1400.00 |
| | Checking  XXXXXXXX8519 | 071000013 | 1171.53 |

# Earnings Statement

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024289779 | SM38841001 | |

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

| | | | | Page 001 of 001 |
|---|---|---|---|---|
| Period Beg/End: | | | | 08/16/2018 - 08/31/2018 |
| Advice Date: | | | | 08/31/2018 |
| Advice Number: | | | | 0003342811 |
| Batch Number: | | | | 000000454376 |

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed:  S-00 | | |
| IL(W): N-00 | | |

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277

Total Hours Worked:
Basis of Pay: Salary
Base Pay Rate: $100,000.

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| Base Ern | | | 4166.67 | 66666.72 |
| CellPhReim | | | | 240.00 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 655.36 | 10893.59 |
| Fed MED/EE | 57.41 | 918.62 |
| Fed OASDI/EE | 245.49 | 3927.90 |
| IL Withholdng | 191.87 | 3084.41 |
| **Total Taxes** | **1150.13** | **18824.52** |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 2498.56 |
| *Dental (Pre-Tax) | 19.68 | 314.88 |
| Long Term Disabil | 34.90 | 516.52 |
| Repay 401(k) Loan | 90.08 | 1441.28 |
| *401K Savings Pre | 83.33 | 1041.66 |
| *FSA Health Ben A | 31.25 | 500.00 |

| Gross Pay | | | 4166.67 | 66906.72 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages

| Total Deductions | 415.40 | 6312.90 |
|---|---|---|
| Net Pay | 2601.14 | 41769.30 |

Direct Deposit Summary

| | | | |
|---|---|---|---|
| Deposit | Che | XXXXXX1562 | 1,400.00 |
| Deposit | Che | XXXXXXXXX8519 | 1,201.14 |

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate". All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:    0003342811
Advice Date:      08/31/2018

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking  XXXXXX1562 | 071921891 | 1400.00 |
| | Checking  XXXXXXXXX8519 | 071000013 | 1201.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

```
EMPLID        DEPT      000000-000000
91024289779   SM38841001
```

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

Page 001 of 001
Period Beg/End:   09/16/2018 - 09/30/2018
Advice Date:      09/28/2018
Advice Number:    0003438834
Batch Number:     000000462253

```
Exemptions    Addl Amt   Addl %
Fed:    S-00
IL(R):  N-00
```

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:       Salary
Base Pay Rate:      $0.00

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| CellPhReim | | | 30.00 | 270.00 |
| Base Ern | | | | 71666.72 |
| WARN PAY | | | | 3333.33 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 0.00 | 12184.31 |
| Fed MED/EE | 0.00 | 1033.45 |
| Fed OASDI/EE | 0.00 | 4418.89 |
| IL Withholdng | 0.00 | 3464.03 |
| **Total Taxes** | 0.00 | 21100.68 |
| **Deductions** | | |
| *Medical/PPO Pre- | 0.00 | 2810.88 |
| *Dental (Pre-Tax) | 0.00 | 354.24 |
| Long Term Disabil | 0.00 | 586.32 |
| Repay 401(k) Loan | 0.00 | 1621.44 |
| *401K Savings Pre | 0.00 | 1291.66 |
| *FSA Health Ben A | 0.00 | 562.50 |

| | Amounts | YTD Amounts |
|---|---|---|
| Gross Pay | 30.00 | 75270.05 |

Timeoff Type    Accrued    Taken    Balance

*Excluded from taxable wages

| | This Period | YTD Amounts |
|---|---|---|
| Total Deductions | 0.00 | 7227.04 |
| Net Pay | 30.00 | 46942.33 |

**Direct Deposit Summary**
Deposit   Che   XXXXXX1562          30.00

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate". All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL   60179

Advice Number:   0003438834
Advice Date:     09/28/2018

**THIS IS NOT A CHECK**       **NON-NEGOTIABLE**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking XXXXXX1562 | 071921891 | 30.00 |

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024289779 | SM38841001 | |

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

## Earnings Statement

Page 001 of 001
Period Beg/End: 08/16/2018 - 08/31/2018
Advice Date: 08/31/2018
Advice Number: 0003342812
Batch Number: 000000454376

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

Exemptions    Addl Amt    Addl %
Fed:    S-00
IL(R):    N-00

**For inquiries on this statement please call: 888-887-3277**
Total Hours Worked:
Basis of Pay:    Salary
Base Pay Rate:    $100,000.

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| CellPhReim | | | 30.00 | 240.00 |
| Base Ern | | | | 66666.72 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 0.00 | 10893.59 |
| Fed MED/EE | 0.00 | 918.62 |
| Fed OASDI/EE | 0.00 | 3927.90 |
| IL Withholdng | 0.00 | 3084.41 |
| **Total Taxes** | **0.00** | **18824.52** |
| **Deductions** | | |
| *Medical/PPO Pre- | 0.00 | 2498.56 |
| *Dental (Pre-Tax) | 0.00 | 314.88 |
| Long Term Disabil | 0.00 | 516.52 |
| Repay 401(k) Loan | 0.00 | 1441.28 |
| *401K Savings Pre | 0.00 | 1041.66 |
| *FSA Health Ben A | 0.00 | 500.00 |

| | | | Amounts | YTD Amounts |
|---|---|---|---|---|
| **Gross Pay** | | | 30.00 | 66906.72 |

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages
**Total Deductions**    0.00    6312.90
Net Pay    30.00    41769.30
**Direct_Deposit_Summary**
Deposit  Che    XXXXXX1562    30.00

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate".All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:    0003342812
Advice Date:    08/31/2018

**Deposited to the account of**
WALKER, JUSTIN J

| | Account Number | Transit/ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX1562 | 071921891 | 30.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

```
EMPLID          DEPT        000000-000000
91024289779   SM38841001
```

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

| | | |
|---|---|---|
| Period Beg/End: | 10/16/2018 - 10/31/2018 | Page 001 of 001 |
| Advice Date: | 10/31/2018 | |
| Advice Number: | 0003552173 | |
| Batch Number: | 000000470281 | |

```
Exemptions    Addl Amt   Addl %
 Fed:   S-00
 IL(R): N-00
```

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

**For inquiries on this statement please call: 888-887-3277**
Total Hours Worked:
Basis of Pay:       Salary
Base Pay Rate:      $0.00

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| CellPhReim | | | 30.00 | 300.00 |
| Base Ern | | | | 71666.72 |
| WARN PAY | | | | 11666.67 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 0.00 | 13505.03 |
| Fed MED/EE | 0.00 | 1148.28 |
| Fed OASDI/EE | 0.00 | 4909.88 |
| IL Withholdng | 0.00 | 3849.84 |
| **Total Taxes** | **0.00** | **23413.03** |
| **Deductions** | | |
| *Medical/PPO Pre- | 0.00 | 3123.20 |
| *Dental (Pre-Tax) | 0.00 | 393.60 |
| Long Term Disabil | 0.00 | 656.12 |
| Repay 401(k) Loan | 0.00 | 1801.60 |
| *401K Savings Pre | 0.00 | 1416.66 |
| *FSA Health Ben A | 0.00 | 625.00 |

| Gross Pay | | | 30.00 | 83633.39 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages

| Total Deductions | 0.00 | 8016.18 |
|---|---|---|
| Net Pay | 30.00 | 52204.18 |

**Direct Deposit Summary**
Deposit   Che   XXXXXX1562              30.00

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate". All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL   60179

Advice Number:     0003552173
Advice Date:       10/31/2018

**THIS IS NOT A CHECK** — **NON-NEGOTIABLE**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking  XXXXXX1562 | 071921891 | 30.00 |

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024289779 | SM38841001 | |

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| IL(W): N-00 | | |

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:        Salary
Base Pay Rate:       $0.00

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| WARN PAY | | | 4166.67 | 15833.34 |
| CellPhReim | | | | 300.00 |
| Base Ern | | | | 71666.72 |

| | | |
|---|---|---|
| Gross Pay | 4166.67 | 87800.06 |

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addĒl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate".All values are rounded of 2 decimal places.

## Earnings Statement

| | | |
|---|---|---|
| Period Beg/End: | 11/01/2018 - 11/15/2018 | Page 001 of 001 |
| Advice Date: | 11/15/2018 | |
| Advice Number: | 0003595749 | |
| Batch Number: | 000000474432 | |

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 675.36 | 14180.39 |
| Fed MED/EE | 57.41 | 1205.69 |
| Fed OASDI/EE | 245.49 | 5155.37 |
| IL Withholdng | 196.00 | 4045.84 |
| Total Taxes | 1174.26 | 24587.29 |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 3279.36 |
| *Dental (Pre-Tax) | 19.68 | 413.28 |
| Long Term Disabil | 34.90 | 691.02 |
| Repay 401(k) Loan | 90.08 | 1891.68 |
| *401K Savings Pre | 0.00 | 1416.66 |
| *FSA Health Ben A | 31.25 | 656.25 |

*Excluded from taxable wages

| | This Period | YTD Amounts |
|---|---|---|
| Total Deductions | 332.07 | 8348.25 |
| Net Pay | 2660.34 | 54864.52 |

Direct_Deposit_Summary
| | | | |
|---|---|---|---|
| Deposit | Che | XXXXXX1562 | 1,400.00 |
| Deposit | Che | XXXXXXXXX8519 | 1,260.34 |

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

Advice Number:    0003595749
Advice Date:      11/15/2018

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking XXXXXX1562 | 071921891 | 1400.00 |
| | Checking XXXXXXXX8519 | 071000013 | 1260.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024289779 | SM38841001 | |

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

## Earnings Statement

Page 001 of 001
Period Beg/End: 09/16/2018 - 09/30/2018
Advice Date: 09/28/2018
Advice Number: 0003438833
Batch Number: 000000462253

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| IL(W): N-00 | | |

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay: Salary
Base Pay Rate: $0.00

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| Base Ern | | | 833.33 | 71666.72 |
| WARN PAY | | | 3333.33 | 3333.33 |
| CellPhReim | | | | 270.00 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 645.36 | 12184.31 |
| Fed MED/EE | 57.41 | 1033.45 |
| Fed OASDI/EE | 245.49 | 4418.89 |
| IL Withholdng | 189.81 | 3464.03 |
| **Total Taxes** | 1138.07 | 21100.68 |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 2810.88 |
| *Dental (Pre-Tax) | 19.68 | 354.24 |
| Long Term Disabil | 34.90 | 586.32 |
| Repay 401(k) Loan | 90.08 | 1621.44 |
| *401K Savings Pre | 125.00 | 1291.66 |
| *FSA Health Ben A | 31.25 | 562.50 |

| Gross Pay | | | 4166.66 | 75270.05 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages
| Total Deductions | 457.07 | 7227.04 |
|---|---|---|
| Net Pay | 2571.52 | 46942.33 |

Direct Deposit Summary
| Deposit | Che | XXXXXX1562 | 1,400.00 |
|---|---|---|---|
| Deposit | Che | XXXXXXXXX8519 | 1,171.52 |

Base pay for OT or double-time is included in Base Ern. OT
and Dbl Time Prem lines show only addËl 1/2 reg. rate or
reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x
your "regular rate" for that week. OT Prem rate is 1/2
"regular rate".All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

Advice Number: 0003438833
Advice Date: 09/28/2018

**Deposited to the account of**
WALKER, JUSTIN J

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX1562 | 071921891 | 1400.00 |
| Checking | XXXXXXXX8519 | 071000013 | 1171.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

```
EMPLID         DEPT      000000-000000
91024289779    SM38841001
```

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

| | Page 001 of 001 |
|---|---|
| Period Beg/End: | 09/01/2018 - 09/15/2018 |
| Advice Date: | 09/14/2018 |
| Advice Number: | 0003390528 |
| Batch Number: | 000000458502 |

```
Exemptions    Addl Amt    Addl %
Fed:    S-00
IL(W):  N-00
```

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:        Salary
Base Pay Rate:    $100,000.

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| Base Ern | | | 4166.67 | 70833.39 |
| CellPhReim | | | | 240.00 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 645.36 | 11538.95 |
| Fed MED/EE | 57.42 | 976.04 |
| Fed OASDI/EE | 245.50 | 4173.40 |
| IL Withholdng | 189.81 | 3274.22 |
| **Total Taxes** | 1138.09 | 19962.61 |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 2654.72 |
| *Dental (Pre-Tax) | 19.68 | 334.56 |
| Long Term Disabil | 34.90 | 551.42 |
| Repay 401(k) Loan | 90.08 | 1531.36 |
| *401K Savings Pre | 125.00 | 1166.66 |
| *FSA Health Ben A | 31.25 | 531.25 |

| Gross Pay | | | 4166.67 | 71073.39 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages

| Total Deductions | 457.07 | 6769.97 |
|---|---|---|
| Net Pay | 2571.51 | 44340.81 |

Direct_Deposit_Summary
Deposit   Che   XXXXXX1562        1,400.00
Deposit   Che   XXXXXXXXX8519     1,171.51

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate". All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

---

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

| Advice Number: | 0003390528 |
|---|---|
| Advice Date: | 09/14/2018 |

**Deposited to the account of**
WALKER, JUSTIN J

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX1562 | 071921891 | 1400.00 |
| Checking | XXXXXXXXX8519 | 071000013 | 1171.51 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| EMPLID | DEPT | 000000-000000 |
|---|---|---|
| 91024289779 | SM38841001 | |

## Earnings Statement

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL 60179

| | | |
|---|---|---|
| Period Beg/End: | 10/16/2018 - | 10/31/2018 |
| Advice Date: | 10/31/2018 | |
| Advice Number: | 0003552172 | |
| Batch Number: | 000000470281 | |

Page 001 of 001

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| IL(W): N-00 | | |

WALKER, JUSTIN J
605 Cobblestone Ct
Elgin, IL 60120

For inquiries on this statement please call: 888-887-3277
Total Hours Worked:
Basis of Pay:    Salary
Base Pay Rate:   $0.00

| Earnings | Rate | Hours | Amounts | YTD Amounts |
|---|---|---|---|---|
| WARN PAY | | | 4166.67 | 11666.67 |
| CellPhReim | | | | 300.00 |
| Base Ern | | | | 71666.72 |

| Taxes & Deductions | This Period | YTD Amounts |
|---|---|---|
| **Taxes** | | |
| Fed Withholdng | 675.36 | 13505.03 |
| Fed MED/EE | 57.42 | 1148.28 |
| Fed OASDI/EE | 245.50 | 4909.88 |
| IL Withholdng | 196.00 | 3849.84 |
| **Total Taxes** | **1174.28** | **23413.03** |
| **Deductions** | | |
| *Medical/PPO Pre- | 156.16 | 3123.20 |
| *Dental (Pre-Tax) | 19.68 | 393.60 |
| Long Term Disabil | 34.90 | 656.12 |
| Repay 401(k) Loan | 90.08 | 1801.60 |
| *401K Savings Pre | 0.00 | 1416.66 |
| *FSA Health Ben A | 31.25 | 625.00 |

| Gross Pay | | | 4166.67 | 83633.39 |
|---|---|---|---|---|

| Timeoff Type | Accrued | Taken | Balance |
|---|---|---|---|

*Excluded from taxable wages

| Total Deductions | 332.07 | 8016.18 |
|---|---|---|
| Net Pay | 2660.32 | 52204.18 |

Direct_Deposit_Summary
Deposit  Che  XXXXXX1562    1,400.00
Deposit  Che  XXXXXXXXX8519    1,260.32

Base pay for OT or double-time is included in Base Ern. OT and Dbl Time Prem lines show only addËl 1/2 reg. rate or reg.rate premium for those hours. Week 1&2 OT Rate is 1.5x your "regular rate" for that week. OT Prem rate is 1/2 "regular rate".All values are rounded of 2 decimal places.

© 2002 Automatic Data Processing (PCSUVO)

Sears Holdings Management Corp
3333 BEVERLY ROAD
CORPORATE OFFICES
HOFFMAN ESTATES, IL  60179

Advice Number:    0003552172
Advice Date:    10/31/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, JUSTIN J | Checking XXXXXX1562 | 071921891 | 1400.00 |
| | Checking XXXXXXXX8519 | 071000013 | 1260.32 |

**NON-NEGOTIABLE**