2/22/2021

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Cheryl Romanchuk
1868 Keystone Pl.
Schaumburg Il 60193
224-558-1309

United States Bankruptcy Court
Southern District of New York
Re: Sears Holdings Corporation, et al, Debtors
Case No 18-23538 (RDD)
Objection to Disallowance and Expungement Filed Proofs of Claim
Claimant: Cheryl L Romanchuk
Claim: Wages and Benefit Contributions per Sears Holdings Corporation Contract
Subject: Exhibit 1 - Disallowed Claims Reference #290 Affected Proof of Claim
Nos 2419, 5662, 13068 for $44,221.10:

I oppose the objection filed above due to the following:   As I documented in my earlier objection dated 9/29/2019 the claim information is **again** incorrect and does not represent my final complete claim which was required to be sent by April 10th 2019 and filed on April 2nd 2019.

Correct surviving claim:  #13068 for $20001.38

The Affected Proof of Claim No is 13068 and the Total Asserted Claim Amount is $20,001.38 in Exhibit 1.  This claim is documented in the claim detail.  That claim was also attached with the previous objection.

Respectfully,

*Cheryl Romanchuk* (signature)
Cheryl L Romanchuk

Cc: Weil, Gotshal, & Manges LLP
Cc: Akin, Gump, Strauss Hauer & Feld LLP