Honorable Robert D Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York
10601

February 27, 2021
Puja Thakkar
4510 W Round stone Way
Waukegan, IL-60085

Name of the Claimant: Puja Thakkar

Description of the Basis: My case number is 16723 filed in April of 2019. My response it is workplace discrimination and harassment. According to the employment law of 1958 and Illinois Equal employment opportunity policy. Sears holdings still owes me vacation pay for approximately 3 hours. Which has yet to be issued. I have previously filed the copies of a written statement as to what occurred in the past. I have provided all the paystubs pertaining to the case. Since the day I left my workplace; until today the perpetrators of such behaviors have not been held responsible for their actions. Given the current circumstances I do believe everyone should be treated equally under the law. Nobody is about the law. I hope you do consider all the given facts. I do believe I am not asking for anything that I do not deserve. That is all the legal explanation I can provide without having a lawyer presenting my case.

Puja Thakkar  */s/ Puja Thakkar*
Telephone Number: 847-445-7259
Email: puja98@icloud.com