UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

In Re:

SEARS HOLDINGS CORPORATION, any

CHAPTER 11
CASE NO 18-23

DEBTORS

------------------------------ x

**AFFIDAVIT OF SERVICE**
~~OBJECTION OF CLAIM~~

1. I, JAMES SMITH EDMOND ~~REDACT~~ AND SAY that I am employed by SEARS ROEBUCK and CO [L BRANDS], the Claims and noticing user for the VENDORS mentioned in the above captioned Chapter 11 cases. Disallowed and expunged decisions in objections including all documentation shared present opposing the decision.

2. On 2/25 2021, at my descretion and under my own supervision myself caused the following document to be served

SEARS ROEBUCK and CO, JAMES SMITH EDMOND, ATTN: SMITH JAMES EDMOND, 5167 ESS ANDREWS 90062

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. Check one: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 392,000 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ___ ) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No <br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ _____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  3/19/19  (mm/dd/yyyy)

_JAMES EDMOND SMITH_
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

**Name**: JAMES EDMOND SMITH
First name / Middle name / Last name

**Title**: SR DIRECTOR

**Company**: SEARS ROEBUCK AND CO
Identify the corporate servicer as the company if the authorized agent is a servicer.

**Address**: 5767 S ST ANDREWS PL
Number / Street
LOS ANGELES CA 90062
City / State / ZIP Code

**Contact phone**: 323-292-1294   **Email**: jsmith@searsnet.com

Modified Form 410                Proof of Claim                page 3

James Edmond Smith
5167 S St Andrews Pl
Los Angeles, CA 90062

Case No 18-23538 Sears Hearing Co
See Doct No 9284

Proof of Claim No (19509)
Proof of Claim No (8092)
Proof of Claim (13404) *(13404 Has Date 1/2019)

ATTN: Judge
  Honorable Judge Robert D Drain
your Honor,

[signature]

# EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT ("Agreement") is made and entered into as of 09/01/2011 ("Effective Date") by and between Sears Roebuck and Co. ("Employer"), and James Smith ("Employee") (each a "Party" or collectively, the "Parties").

WHEREAS the Employee and the Employer wish to enter into an employment agreement governing the terms and conditions of employment;

1. **Employment.**
   Employer hereby agrees to initially employ Employee as a _____ Investor _____ and the Employee hereby accepts such employment in accordance with the terms of this Agreement and the terms of employment applicable to regular employees of the Employer. In the event of any conflict or ambiguity between the terms of this Agreement and terms of employment applicable to regular employees, the terms of this Agreement shall control. Election or appointment of the Employee to another position, regardless of whether such position is inferior to the Employee's initial position, shall not be a breach of this Agreement.

2. **Duties of Employee.**
   The duties of the Employee shall include the performance of all of the duties described in this Agreement and such other duties and projects as may be assigned by the Employer. The Employee shall devote his/her entire productive time, ability, and attention to the business of the Employer and shall perform all duties in a professional, ethical, and businesslike manner. The Employee will not, during the term of this Agreement, directly or indirectly engage in any other business, either as an employee, employer, consultant, principal, officer, director, advisor, or in any other capacity, either with or without compensation, without the prior written consent of the Employer. The Employee is authorized and directed to do the following duties:

   Administer and Manage Accounts, Coordinate Support

3. **Compensation.**
   The Employer shall pay to the Employee in exchange for services rendered under this Agreement, compensation at the rate of $74,000 per year, payable in installments according to the Employer's regular payroll schedule.

4. **Benefits.**

   A. **Holidays.** The Employee will be entitled to paid holidays and personal days each calendar

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT

Fill in this information to identify the case (Select only one Debtor

| | | |
|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc (18-23566) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) |

# Proof of Claim

**Read the instructions before filling out this form. This form is for making a claim for request for payment of an administrative expense, other than a claim entitled to ad such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on a that support the claim, such as promissory notes, purchase orders, invoices, itemized stat security agreements. Do not send original documents; they may be destroyed after sca

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to

Fill in all the information about the claim as of the date the case was filed. That date

### Part 1: Identify the Claim

1. **Who is the current creditor?**

   James Edmond Smith

   Name of the current creditor (the person or entity to be paid for this

   Other names the creditor used with the debtor    James Edn

**SEARS HOLDINGS CORPORATION**
**CASH RIGHT – ADDENDUM TO**
**RESTRICTED STOCK AWARD AGREEMENT**

September 7, 2011
**James E. Smith**
**Director,**

As of September 1, 2011., Sears Holdings Corporation (the "Company") distributed to its shareholders (the "Distribution") all the shares of Class A Common Stock, par value $0.01 per share and Series A Preferred Stock, par value $0.01 per share (collectively "OSH Shares"), of Orchard Supply Hardware Stores Corporation ("OSH") held by the Company immediately prior to the Distribution. Pursuant to action taken by the Company under the Sears Holdings Corporation 2006 Stock Plan (the "Plan"), instead of a distribution of such OSH Shares with respect to any unvested shares of restricted stock awarded under the Plan as of December [30,] 2012 the record date for the Distribution ("Unvested Restricted Shares"), a cash right ("Cash Right") has been approved. Based on the Unvested Restricted Shares awarded to you under the Restricted Stock Award Agreement dated [date], you are hereby awarded the [Cash Right / Cash Rights] indicated below in lieu of any and all rights you would otherwise have had to OSH Shares (and/or cash in lieu of fractional OSH Shares) with respect to such Unvested Restricted Shares. Any Cash Right is subject to the same vesting requirements and other terms set forth in the Restricted Stock Award Agreement dated April 27,2011 applicable to the Unvested Restricted Shares.

| Date of Grant<br>Spetember 1,2011 | Unvested Restricted Shares | Cash Right<br>$50,000 payable<br>$50,000 payable<br>$50,000 payable | Vesting Date<br>September 1,2012<br>September 1,2013<br>September 1,2014 |
|---|---|---|---|
| Sears Hometown[SHOS] | 6,275,000.Shares[SHOS] | $15.00..(per share) | Jan,2012-2026 |
| 6 5/8% senior secured Notes: | 147,000,000 .. Shares | Notes vary... | June, 2018 |

OR

| Date of Grant<br>September 1,2011 | Unvested Restricted Shares | Cash Right(s)<br>$50,000 vest<br>$50,000 vest<br>$50,000 vest | Vesting Date<br>September 1,2012<br>September 1,2013<br>September 1,2014 |
|---|---|---|---|

IN WITNESS WHEREOF, the parties have duly executed this Cash Right – Addendum to Restricted Stock Award Agreement.

**SEARS HOLDINGS CORPORATION**
By:/S/ Phelan, William K.

| Part 2: | Give Information About the Claim as of the Date the Case Was F |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number |
| 7. How much is the claim? | $ 874,000 . Does this amoun<br>☑ No<br>☐ Yes. Attach s<br>charges |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services perf<br>Attach redacted copies of any documents supporting the cl<br>Limit disclosing information that is entitled to privacy, such<br><br>**Unpaid wages.** |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the det<br>       *Attachment* (Official Form 410-A<br>☐ Motor vehicle<br>☑ Other. Describe:    **Contract (wor**<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that example, a mortgage, lien, certificate of title, finar been filed or recorded.)<br><br>**Value of property:**              $___<br><br>**Amount of the claim that is secured:**    $___ |



***NOTE: This Document is used only for Borrowers Providing a Letter of Credit.***

### IRREVOCABLE STANDBY LETTER OF CREDIT

TO:   Sears Investment Inc.
      Director: James E. Smith
      5167 S St Andrews Pl
      Los Angeles CA, 90062

---

**ISSUER**

Sears Roebuck and Co.,
Sears Receivables Financing Group, Inc. and First Trust of Illinois,
National Association: as Trustee

_____**JAMES E. SMITH**_____
**BENEFICIARY**

_____**SEARS ROEBUCK AND CO.**_____
**APPLICANT (BORROWER)**

_____**$1,244,046,492.83**_____
**AMOUNT**

_____**10/14/2012**_____
**ISSUE DATE**

_____**12/31/2026**_____
**EXPIRATION DATE**

<u>LETTER OF CREDIT</u>: Issuer establishes and issues this irrevocable standby letter of credit ("Letter of Credit") in favor of Beneficiary in the amount indicated above. Beneficiary may draw on this Letter of Credit with a Draft or Drafts together with the documents described below. The Letter of Credit is payable within three (3) business days after presentation to Issuer of demand for payment. This Letter of Credit is irrevocable and non-transferable.

<u>DRAWINGS</u>: Partial drawings are permitted without limitation as to the maximum number of drawings that may be made up to the amount of this Letter of Credit. The presentation of any Draft shall reduce the amount available under this Letter of Credit by the amount of the Draft.

I work for Sears Roebuck and co Since 2013 my position as Senior Director my reaquies CPA and market Investments with Returns around 10% er yr  Infomation Provided to Primeclerk states

1) 74,000 yr Job contract

2) Work Bonus 50,000 yr

3) Work Budget 1,400 Billion plus +2% and Intrest

4) Original Submitted Primeclerk Documents

I worked for Sears Roebuck and co Since 2013. My position as Sr Director Required me to Review files and based on my budget figure out what market item would Increase my Debt to Income Ratio my 10% percent Invidual Return per is all that is Required. I have Included my Budget verify letter from a lawfirm along with my w2k forms and Bonus amount. $74,000 yearly for Sears consistant as Sr Director $50,000 yearly Bonus cush business letter of Credit was under $1.5 billion and received 2% increase for totals you have ccams Rearisted which is 2.4 Buen