Hearing Date and Time: March 23, 2021 at 10:00 a.m. (Eastern Time)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.

*Attorneys for Transform Holdco LLC and affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                            :
                                                                 :     **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                        :
                                                                 :     **Case No. 18-23538 (RDD)**
                                                                 :
                       Debtors.[1]                               :     **(Jointly Administered)**
---------------------------------------------------------------- x

## NOTICE OF FINAL PRETRIAL CONFERENCE ON CLASS REPRESENTATIVES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that pursuant to the *Second Amended Stipulation and Pre-Trial Second Amended Scheduling Stipulation Between Transform and Greene Class Action Plaintiffs* [Docket No. 9331] ("Second Amended Scheduling Stipulation"), entered on March 2, 2021, a final pretrial conference on the *Class Representatives' Motion for Relief from the Automatic Stay* [Docket No. 6212] (the "Motion") and *Transform Holdco LLC's Objection to the Class Representatives' Motion for Relief from Automatic Stay* [Docket No. 6366] (together with the exhibits and declarations filed in connection therewith, the "Transform Objection") will be held remotely before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York (the "Bankruptcy Court") at the omnibus hearing scheduled on **March 23, 2021 at 10:00 a.m. (Eastern Time)** pursuant to that certain *Seventh Notice of Establishment of Omnibus Hearing Dates Pursuant to Amended Case Management Order Implementing Certain Notice and Case Management Procedures* [Docket No. 9216].

Dated: March 5, 2021
      New York, New York

      /s/ Luke A. Barefoot
      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      One Liberty Plaza
      New York, NY 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999
      Sean A. O'Neal, Esq.
      Luke A. Barefoot, Esq.

      *Attorneys for Transform Holdco LLC and affiliates*