UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :
                                                                  :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                             :
                                                                  :    Case No. 18-23538 (RDD)
                                                                  :
                        Debtors.[1]                               :    (Jointly Administered)
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Noa A. Marcus, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 1, 2021 at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**; and (2) via overnight mail to the Office of the US Trustee Region 2, Attn P Schwartzberg R Morrissey, 201 Varick St, Ste 1006, New York, NY 10014. In addition to the above, a courtesy copy was also provided to Chambers of The Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, NY 10601:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Monthly Fee Statement of Prime Clerk LLC, as Administrative Agent to the Debtors, for the Period from January 1, 2021 through January 31, 2021 [Docket No. 9329]

Dated: March 5, 2021

                                                            */s/ Noa A. Marcus*
                                                            Noa A. Marcus

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on March 5, 2021, by Noa A. Marcus, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 51499

**Exhibit A**

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | | | | | | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | Email |
| Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | pollack@ballardspahr.com, marriott@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | heilmanl@ballardspahr.com; summersm@ballardspahr.com; daluzt@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Paul E. Harner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | harnerp@ballardspahr.com; kutnera@ballardspahr.com | First Class Mail and Email |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | Overnight Mail |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Suite 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | rob.riecker@searshc.com; luke.valentino@searshc.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | | | | | | Paul.Leake@skadden.com; Shana.Elberg@skadden.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | | | | | | ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com | Email |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1