UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISCTICT OF NEW YORK

------------------------------------------------------------x
In Re:                                    )
                                          ) Chapter 11
                                          )
Sears Holdings Corporation, et al.        ) Case No. 18-23538 (RDD)
                                          )
                                          ) (Jointly Administered)
Debtor.                                   )
------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| The Sarachek Law Firm | Mansheen Industries Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | Name and Current Address of Transferor: |
| The Sarachek Law Firm<br>101 Park Avenue, 27th Floor<br>New York, NY 10178<br>ATTN: Joe Sarachek<br>Phone: 212-365-8792<br>Fax:    646-861-4950 | Mansheen Industries LTD<br>Room 2335 Metro Centre II<br>21 Lam Hing Street<br>Kowloon Bay Hong Kong<br><br>Claim NO.: 150, 459, 1255, 12476<br>CLAIM AMOUNT: $215,833.58<br><br>Claim NO.: 12637<br>CLAIM AMOUNT: $372,106.08 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: _____/s/ Joe Sarachek_____        Date:_____September 23, 2019_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Evidence of Transfer of Claim

For Value received, the adequacy and sufficiency of which are hereby acknowledged, **Mansheen Industries LTD** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to THE SARACHEK LAW FIRM ("Assignee") all of its right, title, interest in and to, or arising under or in connection with, its Pre-Petition claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of $215,833.58 and $372,106.08 (the "Claim") associated with claim numbers 12476, 12637, 459, 150 and 1255, against SEARS HOLDING CORPORATION et al (the "Debtor"), Chapter 11 Case No. 18-23538 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has fully executed this Evidence of Transfer of Claim by its duly authorized representative this 23th day of September, 2019

**Seller**

Mansheen Industries LTD
Room 2335, Metro Centre II
21 Lam Hing Street
Kowloon Bay, Hong Kong
九龍灣 宏 街 中 心 二 期
MANSHEEN INDUSTRIES LIMITED

*Authorized Signature(s)*
By: _____
Name: GERALD LAM
Title: VP

**Buyer**

The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178
ATTN: Joe Sarachek
Phone: 212-365-8792
Fax:   646-861-4950

By: _____
Name: Joseph E. Sarachek
Title: Managing Partner