UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                               :

                                      :        **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,   :

                                      :        **Case No. 18-23538 (RDD)**

                                      :

               Debtors.[1]            :        **(Jointly Administered)**

-------------------------------------------------------------------x

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail Cory Taylor (MMLID#5582264), 120 189th Ave NE, Cedar E Bethl, MN, 55011-4334 and on Monica Carranza (MMLID#5833278), 1289 Rockwood Ave #26, 944 Sunset St., Calexico, CA, 92231:

- Notice of Hearing on Debtors' Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims) – Exhibit 1 [Docket No. 9284] (a copy of which is attached as **<u>Exhibit A</u>**)

On March 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Kimberly Ray (MMLID#4134673), 800 W Queen Creek Rd., Apt 1121, Chandler, AZ, 85248-3309:

- Notice of Hearing on Debtors' Twenty-Fourth Omnibus Objection to Proofs of Claim (Reduce and Reclassify) – Exhibit 1 [Docket No. 9285] (a copy of which is attached as **<u>Exhibit B</u>**)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On March 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Tannor Partners Credit Fund, LP as Transferee of iStar Jewelry LLC (MMLID#5809454), Attn: Robert Tannor, 3536 Los Pinos Dr., Santa Barbara, CA, 93105-2634:

- Notice of Hearing on Debtors' Twenty-Fifth Omnibus Objection to Proofs of Claim (Reduce, Reclassify, or Disallow) – Exhibit 1 [Docket No. 9286] (a copy of which is attached as **Exhibit C**)

Dated:  March 12,  2021

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on March 12, 2021, by Nuno Cardoso, approved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 51851

**<u>Exhibit A</u>**

THE DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION SEEKS TO DISALLOW AND
EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE
SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S)
AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE
EXHIBIT ATTACHED THERETO, TO DETERMINE WHETHER THE OBJECTION
AFFECTS THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL
DOMINIC A. LITZ, ESQ. AT (212) 310-8000

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                         :          Chapter 11
                                              :
SEARS HOLDINGS CORPORATION, *et al.*,         :          Case No. 18-23538 (RDD)
                                              :
Debtors.[1]                                   :          (Jointly Administered)

------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

## NOTICE OF HEARING ON DEBTORS' TWENTY-THIRD
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (NO LIABILTY CLAIMS)

**PLEASE TAKE NOTICE** that, on February 9, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court disallow and expunge one or more proofs of claim (the "**Proofs of Claim**") listed on **Exhibit A** annexed hereto on the ground(s) that the Debtors have no liability under such Proof of Claim because such Proof of Claim either: (i) states no basis for the asserted claim, (ii) Debtors books and records do not support asserted claim, or (iii) the Proof of Claim was filed after the applicable date set forth in the *Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto*, entered on February 22, 2019 (ECF No. 2676) (the "**Bar Date Order**").

**ANY CLAIM THAT THE BANKRUPTCY COURT EXPUNGES AND DISALLOWS WILL BE TREATED AS IF IT HAD NOT BEEN FILED AND YOU WILL NOT BE ENTITLED TO ANY DISTRIBUTION ON ACCOUNT THEREOF**.

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit B**, shall apply and govern the Objection to the Claims.  The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods.  Therefore, please review the Claims Hearing Procedures carefully.  Failure to comply with the Claims Hearing Procedures may result in the disallowance and expungement of a Proof of Claim without further notice to the respective Claimant(s).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the disallowance and expungement of its applicable Claim(s), as listed on **Exhibit A** annexed hereto, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the disallowance and expungement of its applicable Claim(s), as listed on **Exhibit A** annexed hereto, then Claimant MUST file with the Bankruptcy Court and serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **March 2, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable

portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Claim, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim on Claimant's behalf.

## CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the *Amended Case Management Order* and the procedures set forth herein. A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **March 23, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claim(s) that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Claim(s), then the Hearing on the Objection with respect to such Claim(s) will be held at a later date. If the Debtors do not continue the Hearing with respect to such Claim(s), then a Hearing on the Objection will be conducted on the above date.

       **PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

       **PLEASE TAKE FURTHER NOTICE** that, if the Bankruptcy Court does NOT disallow and expunge the Proofs of Claim subject to the Objection, the Debtors retain the right to object on other grounds to the Proofs of Claim(s) (or to any other Claim(s) Claimant may have filed) at a later date.  Claimant will receive a separate notice of any such objection(s).

       **PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

       **PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

       **PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears.

Dated:  February 9, 2021
      New York, New York

                       */s/  Garrett A. Fail*
                       Ray C. Schrock, P.C.
                       Jacqueline Marcus
                       Garrett A. Fail
                       Sunny Singh
                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York  10153
                       Telephone:  (212) 310-8000
                       Facsimile:  (212) 310-8007

                       *Attorneys for Debtors*
                       *and Debtors in Possession*

**Exhibit A**

**Debtors' Twenty-Third Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Expunged & Disallowed**

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 1. | ACEVEDO, DANIEL J | 17102 | $2,345.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 2. | Adam, Evanne | 19421* | $1,557.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 3. | Adams, Benji  L. | 3054; 4256 | $11,671.90 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 4. | ADAMS, CASSANDRA | 13428 | $15.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 5. | Adger, Jessica E | 9018 | $20,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 6. | Aetna Life Insurance Company | 16679 | $38,041.88 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 7. | Aikins, Scott Richard | 7099 | $1,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 8. | Ainsworth, Julie | 4676 | $400,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 9. | Alberigi, Richard | 15902 | $70,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 10. | Allen, Willie G | 17130 | $1,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 11. | AMBRIZ, MARIO | 13069; 14415 | $3,069.24 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 12. | Anamier, Kimberlee | 8968 | $408.80 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 13. | ARCURI, ANTHONY J | 14465 | $840.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 14. | ARMENTA, AMPARO | 18630* | $8,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 15. | AUNCHMAN, PATRICIA A | 9609 | $10.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 16. | AUSTIN, GERDA | 10873 | $2,572.50 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 17. | AVINGER, VICKIE | 10321 | $3,900.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 18. | AZIZPOUR, JANSOUN | 13250 | $4,119.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 19. | BACA, HAZEL M | 18777* | $1,116.80 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 20. | BACHMAN, JAMES | 5817 | $5,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 21. | BAKER, DEBRA | 11094 | $10,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 22. | BALLOU, STACEY R | 8978 | $2,505.48 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 23. | Banks III, James Edward | 8612; 8680 | $35,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 24. | Bannerman, Mary | 19022* | $726.96 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 25. | Barajas, Rosa | 19397* | $530.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 26. | Barajas, Rosa | 4982 | $530.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 27. | Barnes, Horace | 6795; 8062; 10525; 10670 | $28,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 28. | BASNYAT, LAXMI | 11799 | $1,409.51 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                                    In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                                                        Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Expunged & Disallowed | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 29. | Bass, Christopher | 19816* | $6,800.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 30. | BATES, ROBERT L | 18842* | $10,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 31. | Battaglia, Mario | 19340* | $13,807.56 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 32. | Battaglia, Mario | 3734 | $13,807.56 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 33. | BAUMAN, ALEXANDER G | 5543 | $450.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 34. | BAXTER, ERIN K | 18920* | $1,512.73 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 35. | BEATRIZ-GARCIA, MIGUELINA | 19297* | $4,400.11 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 36. | Bell, Andrew | 14171 | $4,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 37. | BOHONOK, ELIZAVETA | 19429* | $800.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 38. | BOLIN, RICHARD N | 13490 | $647.59 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 39. | BONDI, MICHAEL | 18622* | $8,320.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 40. | BOWMAN, PETER | 11087 | $26,923.07 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 41. | BRADFORD, ROZALYNN | 4382; 9451 | $12,900.83 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 42. | Brandon, Cindy | 1496; 1735; 13390 | $58,368.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

**Debtors' Twenty-Third Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 43. | BRANNAN, CALVIN | 18856* | $296.06 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 44. | BROACH, KRISTIN D | 13052 | $1,700.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 45. | BROOKS, KHAMARI | 15055 | $500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 46. | BROOKS, MICHELLE L | 18344* | $2,264.80 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 47. | BROWN, DELMA L | 23081* | $5,860.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 48. | BROWN, RODNEY | 17225 | $55.13 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 49. | Bruder, Kelly | 19066* | $461.53 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 50. | BUCKNER, LATONYA Y | 18435; 18463* | $1,208.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 51. | Bueltel, Arlean Zimmerman | 21617* | $13,600.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 52. | BUNCH, VICKIE T | 13967 | $27.91 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 53. | BURKS, ARIEL | 18971* | $4,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 54. | Bush Jr, Kenneth R. | 9784 | $74,493.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 55. | BUSHWAY, BERNICE | 15298 | $15,610.89 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 56. | BUTTS, DOMINIQUE | 9140 | $1,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Expunged & Disallowed

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 57. | BYNUM, ROSELLA | 17872 | $6,400.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 58. | Cadena, Angelica M. | 1743; 2051 | $644.17 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 59. | Caetta, Wendi | 6896 | $41.47 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 60. | Cagle, Kathy E | 3826 | $5,681.20 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 61. | Calo, Yara | 9963 | $944.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 62. | CARBAJAL, ANTONIO | 5883 | $32,307.69 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 63. | CARGILE, BETTY L | 11817 | $5,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 64. | Carranza, Monica | 12856 | $1,935.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 65. | Carter, Daniel Lee | 22710* | $12,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 66. | Castaneda, Nadine | 1850; 12757; 17669 | $26,153.85 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 67. | CAULEY, MERCYDE L | 10331 | $2,500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 68. | CAVANAUGH, BRIAN D | 11651 | $2,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 69. | CERVANTES, MITCHELL | 19514* | $10,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 70. | Chahoud, Diala | 5698 | $414.90 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 71. | Challagulla, Nanaji | 10375 | $4,678.90 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 72. | CHAMBERS, MICHAEL C | 13123 | $4,008.80 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 73. | Cobos, Delilah N | 11146 | $140.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 74. | COLE, TAMI | 9899 | $36.95 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 75. | Collins, Kennille | 19104* | $500.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 76. | Colon, Carlos | 13314 | $5,478.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 77. | CONDES, SALLY | 18331* | $55,680.24 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 78. | Conley, Kimberly E | 20314* | $8,838.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 79. | CONTRERAS, ASAEL | 14385 | $2,200.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 80. | Cook, Loretta Lynn | 6174 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 81. | COSTELLO, NICHOLAS A | 16618 | $235.19 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 82. | Coupons and Freebies Mom, LLC | 12727 | $614.02 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 83. | COURCHAINE CYNTHIA L | 10344 | $5,192.31 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 84. | Covalenco, Anastasia S. | 7491 | $639.58 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

**Debtors' Twenty-Third Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 85. | CRAWFORD, LISA | 10791 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 86. | CRIVELLO, MARY E | 11612 | $466.01 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 87. | CROWDER, DIANNE | 11113 | $6,556.46 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 88. | D'AMBROSIO, MICHAEL | 10398 | $2,520.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 89. | DARBIN, CODY D | 19403* | $4,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 90. | DAVIDOFF, SAYMON | 16830 | $3,294.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 91. | Davis' White, Ethel | 6725; 10778 | $19,589.08 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 92. | DAVIS, ELVIN | 26242* | $12,850.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 93. | Dawe, Kelly L | 20025* | $1,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 94. | Del Angel, Justina | 3563; 16069; 16492 | $3,833.33 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 95. | Delgado, Maria | 19450* | $500.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 96. | Delgado, Maritza | 14331 | $2,121.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 97. | DEWHIRST, CLAUDIA L | 12434 | $119,191.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 98. | DIETZ, DORA M | 11926 | $5,408.54 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Expunged & Disallowed | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 99. | D'ONOFRIO, FRED E | 18603* | $8,296.86 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 100. | Dorvil, Henry | 10186 | $5,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 101. | DOUMGOUM, SARA L | 17152 | $12,495.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 102. | DUGINSKI, KAREN | 15410 | $8,165.18 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 103. | DUKES, BRINTLEY N | 6003 | $200.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 104. | Dumbrys, Sabrina | 4949 | $4,172.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 105. | DUNBAR, BETH | 11948 | $3,307.50 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 106. | DYE, ANNETTE Y | 17574 | $5,750.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 107. | Ebeling, Dallas | 19870* | $5,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 108. | Edwards, Chaquita | 18616* | $12,850.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 109. | Emery, Cameron | 2463 | $9,831.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 110. | Esquivel, Ramon | 9362 | $5,760.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 111. | ESSAVI, ROBERT | 13152 | $1,345.80 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 112. | ESTEP, TERRI L | 6178 | $4,720.80 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                                   In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                                                           Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 113. | EUKERS, TIMOTHY P | 18961* | $14,582.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 114. | Ferrier, Hugh D | 24207* | $10,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 115. | FILIPAK, STEVEN | 11019 | $177.26 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 116. | Fisher, Ronald | 15882 | $1,900.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 117. | Foster, Tammy | 18789* | $1,211.55 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 118. | FRACASSO, JESSICA L | 13776 | $1,500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 119. | FREEMAN, TAMITHIA | 14962 | $16,993.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 120. | Friedericks, Tiffany | 18995* | $2,100.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 121. | FULLER , SUSAN K | 10589 | $4,508.43 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 122. | FUNNELL, GEORGE A. | 21669* | $7,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 123. | GARCIA GARCIA, PEDRO PABLO | 5683 | $102.85 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 124. | Garcia, A.I. | 15916 | $6,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 125. | Garcia, Angelica J | 5062 | $4,200.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 126. | GARCIA, BRENDA | 16081 | $1,571.02 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | |
|---|---|---|---|---|
| colspan across: **Schedule of Claims to be Expunged & Disallowed** | | | | |

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 127. | GARCIA, LOUIS D | 17846* | $1,400.19 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 128. | GARCIA, LUZANN M | 9597 | $141,759.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 129. | GARCIA, MARTIN | 20345* | $5,950.85 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 130. | GARCIA, NATALIE GARCIA | 5696 | $314.97 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 131. | GARTH, MISHA | 14279 | $9,397.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 132. | GARZON, GLADYS | 15522 | $800.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 133. | GOLCHINZADEH, PAMCHAL | 19451* | $10,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 134. | Gonzalez, Hector L. | 6906 | $5,690.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 135. | Grant Jr, Tyrone L. | 16913 | $1,214.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 136. | GRAY SUSAN M | 1422; 9025 | $4,310.56 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 137. | GREESON, JILLIAN J | 15629 | $1,132.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 138. | GREGORY, MARCUS | 15943; 16283; 16592; 17175; 17737 | $22,500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 139. | Gresham, Nancy | 18485* | $295.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 140. | Griffin, Markita | 16733 | $2,400.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                              In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                                              Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 141. | Groves, Shedaysha | 9183; 9202 | $2,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 142. | GUBERSKI, MICHAEL | 18225* | $5,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 143. | Gugig, Joan | 5705 | $865.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 144. | GUILLEN, JAVIER | 19836* | $7,650.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 145. | Gutman, Lisa | 1938 | $584.43 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 146. | GUZMAN, ALEXANDRA | 10146 | $408.10 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 147. | GWARGGIS, REMON N | 17280 | $3,640.58 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 148. | Hamm Jr, Gerald | 5746 | $6,294.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 149. | HAMM, GERALD W | 19927* | $18,883.20 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 150. | HANDSFORD, TAMARIA S | 19129* | $100,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 151. | Harris, Domminic D | 9212 | $700.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 152. | HARVEY, DOMONIQUE | 19522* | $5,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 153. | HASSELBERGER, LYNN ANNE | 4952 | $2,692.31 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 154. | HERMAN, STEPHANIE K | 14919 | $1,211.55 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                    In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                              Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Expunged & Disallowed | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 155. | HILL, JOHN M | 25822* | $17,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 156. | Hinckley, Colette R. | 6295 | $3,360.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 157. | HO, CHI | 5773 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 158. | Hoeller, William Irvin | 26273* | $475,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 159. | Hoeller, William Irvin | 5101 | $475,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 160. | HOSKING, ROBERT JR. | 13623 | $4,489.49 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 161. | Hough, Kyle J. | 17121* | $1,425.60 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 162. | HOWARD, NASHIRA N | 14856 | $12,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 163. | HOWARD, ROOSEVELT | 12106; 12802; 13989 | $1,520.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 164. | ISLAM, SERAJUL | 17297 | $4,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 165. | JACKSON, ANTHONY | 17703; 18492* | $1,131.78 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 166. | JACKSON, WENDY | 10739 | $20,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 167. | Jacobi, Eric | 4369 | $280.94 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 168. | Jancik, Jessica | 623 | $7,933.76 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims

In re: Sears Holdings Corporation, et al.

Exhibit 1 - Disallowed Claims

Case No. 18-23538 (RDD)

| | | | | |
|---|---|---|---|---|
| | | **Schedule of Claims to be Expunged & Disallowed** | | |
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 169. | JEFFERS, ROBERT E | 13244 | $724.62 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 170. | JENKINS, CURTISTINE | 11409 | $9,525.84 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 171. | Johnson, Alexander | 11107 | $72.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 172. | Johnson, Damian | 12664 | $1,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 173. | Johnson, Karen | 19420* | $15,700.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 174. | JOHNSON, PATRICIA A | 7987; 13126 | $6,486.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 175. | JOHNSON, RUSSEL | 9602 | $1,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 176. | JOHNSON, TUSSHANNON | 18863* | $12,850.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 177. | Jones, David R. | 7571 | $24,125.83 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 178. | Jones, Deanna J | 9512 | $200.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 179. | JONES, DEJUANA | 12273 | $450.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 180. | Jones, Joseph | 12721 | $20,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 181. | Jones, Kenya | 11040 | $450.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 182. | Jones, Michael A | 18913* | $6,351.98 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |

**Debtors' Twenty-Third Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Expunged & Disallowed | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 183. | Jones, Michael A | 9175 | $6,351.98 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 184. | JONES, SAM | 9660 | $2,830.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 185. | Joshi, Manjiri | 6289; 9560 | $27,500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 186. | KALWASINSKI, DONNA E | 5173 | $4,654.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 187. | KEITH, DEBRA K | 18497* | $744.59 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 188. | Kemp, Susanne | 6696 | $3,640.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 189. | KEYMCKELVY, VERONICA | 15486 | $10,961.54 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 190. | KIJEK, CYNTHIA | 12307 | $4,075.18 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 191. | Kilgore, James | 19206* | $437.50 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 192. | King, James | 12320 | $38,616.48 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 193. | KITCHEN, CONSTANCE | 17900 | $1,737.22 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 194. | KITCHENS, ANTHONY | 9928 | $37,667.98 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 195. | KLIMCAK DAVID | 15026 | $2,113.06 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 196. | Knight, Joseph C. | 1821; 9760 | $13,269.23 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                    In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                               Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Expunged & Disallowed | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 197. | KOLAR, SPRESA | 17920 | $15,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 198. | KRONES, JOHN L. | 17103 | $7,100.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 199. | KRUSZEWSKI , FRANK M | 1531; 1942; 3995; 4452; 11770 | $477,370.70 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 200. | Krynock, Michael G | 15470 | $1,572.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 201. | Kuturu, Sampath | 6826 | $3,622.37 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 202. | LANE, CHRISTINA M. | 12823 | $1,500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 203. | Lane, Debra S | 10767 | $87.66 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 204. | Lang, Caroln M | 6761 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 205. | LAPINSKI, PATRICIA A | 18493* | $3,712.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 206. | LARACUENTE, EDITH | 17681* | $50,612.20 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 207. | Larsen, Deborah A | 6224 | $18,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 208. | LaRue, Michael | 4359 | $6,041.67 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 209. | LE, CUONG | 19903* | $2,750.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 210. | Lebaron, Beau Brady | 24733; 24734* | $141,231.46 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Expunged & Disallowed**

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 211. | LEO, PERO | 17767 | $1,646.75 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 212. | Limas, Adam | 16453 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 213. | LINDSAY, NEIL J | 19121* | $1,743.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 214. | Linquist, Marshall G. | 9701 | $56,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 215. | LOCKETT, LAKETISHA | 18481* | $9,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 216. | LOPEZ, JESSE | 7114 | $2,250.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 217. | Lovato, Barbara M | 15326 | $2,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 218. | LOVE, ROBERT E | 18316* | $20,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 219. | Lugo, Roxana | 6157; 9762; 10984 | $5,096.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 220. | Lyncu, Dawn | 1518; 1981 | $497.69 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 221. | M.P.O., a minor child (Brenda Perez, parent 604 W Grove St., Rialto, CA) | 18186 | $3,059.38 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 222. | MAD, JERRY N | 12349 | $6,720.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 223. | Majeski, Lorraine | 19385; 19391* | $19,876.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 224. | Mangia-Cummings, Suzzann | 6732 | $12,538.46 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Expunged & Disallowed | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Affected Proof of Claim No.** | **Total Asserted Claim Amount** | **Reason for Proposed Disallowance** |
| 225. | MANTHEY, AMBER DAWN | 19597; 19600; 19607* | $29,269.57 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 226. | MARDAN SERVICES GROUP | 5619 | $825.24 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 227. | MARTINEZ, BERTHA E | 19496* | $1,668.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 228. | Massie-Rawls, Aaron Jerome | 19282* | $3,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 229. | MAYS, RHONDA | 10051 | $120.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 230. | MCDANIELS, PAMELA N | 14500; 15454 | $3,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 231. | McLaughlin, Molly | 9356 | $77.79 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 232. | MCLEOD, CONNIE | 5843 | $20,384.62 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 233. | MENDOZA, MARILOU | 18355* | $1,400.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 234. | Mendrala, Lee | 2199 | $2,625.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 235. | MEZZO JR, WILLIAM S | 18702* | $30,553.60 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 236. | MIJARES, DAVID | 19338* | $101.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 237. | MORAN, KAREN L | 19082* | $2,056.25 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 238. | Morgan, Nancy | 5508 | $884.62 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Expunged & Disallowed | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 239. | MORRISON, ROXYLEN | 17195 | $9,800.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 240. | MOSLEY, ROBERT C | 18154* | $21,690.60 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 241. | MUEHLING, WILLIAM D | 5396 | $19,615.39 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 242. | Myers, Chris D. | 4828 | $8,009.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 243. | MYRICK, CHRISTOPHER L | 10576 | $1,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 244. | NAATZ, NANCY J | 5852; 11399 | $24,115.38 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 245. | Naedele Jr., Robert J. | 15770; 15840 | $461,158.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 246. | Narvaez, Erica A | 734 | $590.22 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 247. | NELSON, LUEANN | 11194 | $2,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 248. | NOKES, CINDY | 19029* | $1,438.38 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 249. | Nzolameso, Francisca | 15226 | $3,010.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 250. | O'Brien, Margaret S. | 25138* | $5,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 251. | OCARIZ, CARMEN | 17139 | $17,408.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 252. | OLDHAM, SONJA | 17771 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 253. | Oltarzewski, Frank | 4765 | $1,505.59 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 254. | O'Neill, Joanne | 9927 | $12,422.11 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 255. | OTERO, YELENA | 6158; 10334 | $2,940.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 256. | Owen III, John William | 20318* | $250.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 257. | PAEK, JOOHEE | 12053 | $20,724.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 258. | Partridge, Brenda | 9652 | $16,215.70 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 259. | PATEL, DIVYA | 4729 | $5,955.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 260. | PATTERSON, MIKE R | 18553* | $2,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 261. | PAULSON, VALERIE | 15090 | $10,454.56 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 262. | PAYTON, GEORGE W | 17358* | $2,931.60 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 263. | PEREZ, MARGARITA L | 15676 | $5,740.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 264. | Perry, Robert | 6228 | $5,940.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 265. | Phillip-Harris, Kyla | 13011 | $764.65 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 266. | PHILLIPS, BRENDA L | 18806* | $10,500.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

## Schedule of Claims to be Expunged & Disallowed

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 267. | PIERCE, DEBRA | 18457 | $3,190.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 268. | PIKINI, JORENE | 18819* | $941.50 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 269. | Piotrowski, Mark | 1114 | $13,846.15 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 270. | PIZZINO, JENNY L | 9444 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 271. | Poniatowski, Donna | 4778; 9915 | $3,953.38 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 272. | Preston, Sandra L | 6065 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 273. | PREUDHOMME, WENDY A | 15567 | $7,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 274. | Pudlak, Natalia L | 10068 | $2,500.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 275. | PURIFOY-COWANS, KEIVIA | 11139 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 276. | PUSATERI, SANDI M | 6967 | $4,667.77 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 277. | Randall, Teresa A | 2309 | $2,208.33 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 278. | RAUSCH, PAUL T | 19210* | $1,103.20 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 279. | REED, ANGELA S | 14060; 18207 | $3,902.50 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 280. | REEVES, MARK | 5845; 11156 | $2,724.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| | | Schedule of Claims to be Expunged & Disallowed | | |
| 281. | RENDON, TERRY | 10963 | $13,250.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 282. | Renfrew, Nora | 17267 | $4,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 283. | Richard C Slowikowski | 10330 | $10,036.75 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 284. | RIGSBY, ZOI | 5460; 12145 | $7,017.59 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 285. | RIVERA, HELGA | 17254 | $205.84 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 286. | ROBERTS, CLAUDIA A | 19045* | $1,370.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 287. | ROBERTS, MALESHA | 14289 | $4,400.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 288. | ROBINSON, JERRY L | 19101* | $10,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 289. | Robinson, Tenisha C | 18700* | $350.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 290. | Romanchuk, Cheryl L. | 2419; 5662; 13068 | $44,221.10 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 291. | Rose, Charles Thomas | 8834 | $9,082.19 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 292. | RUCKSTEIN, PETER W | 19612* | $913.47 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 293. | Salazar, Sonia | 17436 | $2,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 294. | Salvaji, Srilatha | 15003 | $16,333.33 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Expunged & Disallowed | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 295. | SAMPSON, JULIE | 18561* | $12,850.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 296. | SAMS, AQUILLA J | 11903 | $7,200.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 297. | SCHWEIGERT, TAMMY | 13500 | $5,760.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 298. | Schwer, Andrea | 5479 | $3,269.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 299. | SELLERS, BONNIE JEAN | 14426 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 300. | SHAIKH, MUHAMMAD M | 4596 | $4,258.80 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 301. | SHALITA, WILSON D | 13537 | $3,262.77 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 302. | Shepard, Jacqueline Renee | 1848 | $7,298.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 303. | SHOMO, CHARLES H | 19264* | $1,221.92 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 304. | SHONGO, RACHEL M | 9654 | $2,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 305. | SHRIVATSA, SHWETHA | 13572 | $3,984.62 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 306. | Shrock, Cynthia C. | 4756; 13381 | $2,660.66 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 307. | SILVA, VICTOR M | 6116 | $20,730.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 308. | SMITH, DWIGHT B | 19021* | $1,901.28 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Expunged & Disallowed | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 309. | Smith, James Edmond | 19509* | $2,490,344,585.69 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 310. | Smith, James Edmond | 8092 | $2,490,344,585.69 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 311. | Smith, James Edmond | 13404 | $2,490,344,585.69 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 312. | SMITH, JR., CHALRES G | 5079 | $131,250.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 313. | Smith, William | 9332 | $1,969.58 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 314. | SMITH, WYATT W | 13160 | $414.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 315. | SNITGEN, DEBORAH LYNN | 5693 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 316. | Snow, Samuel Oliver | 2293; 11180 | $21,153.84 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 317. | SOLANO HAY, REBECCA | 14513 | $1,431.09 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 318. | SPRAYBERRY, DEBORAH C | 16917 | $1,907.52 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 319. | Stallworth, Sabrina | 19884* | $15,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 320. | STANGO, THERESA | 12936 | $9,800.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 321. | STEPHEN, RAY C | 13175 | $3,603.20 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 322. | STEVENS, RONALD | 10702 | $8,432.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                      In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                                         Case No. 18-23538 (RDD)

| | | | **Schedule of Claims to be Expunged & Disallowed** | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 323. | STEWARD, PATRICIA | 14117 | $30,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 324. | STOUT, RICHARD | 16704 | $2,718.80 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 325. | Tana Thomas as Personal Representative of the estate of Genet Thomas | 13917 | $2,665.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 326. | Taylor, Cory | 20317* | $500.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 327. | Teamsters Local Union No. 705 | 10194 | - | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 328. | THAKKAR, PUJA | 16723 | $95,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 329. | Tomillo, Anthony | 2431; 9715 | $3,018.65 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 330. | Torres Caraballo, Jesus Manuel | 4971 | $6,821.81 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 331. | TORRES, PASCUAL | 18786* | $21,000.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 332. | Tran, Vi | 2651; 4193 | $79,344.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 333. | TRUJILLO SUSANNE R | 15767 | $3,069.34 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 334. | Truong, Brandon | 699; 9608 | $54,800.70 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 335. | UMEK, ABIGAIL | 18281* | $480.05 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 336. | UNDERWOOD, MARK | 2007; 9311; 9632 | $49,341.41 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

## Schedule of Claims to be Expunged & Disallowed

| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| 337. | Vail, Kathy J. | 3122; 18146 | $5,984.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 338. | Vas, Ruby B | 5114; 9450 | $6,683.04 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 339. | Veal, Laura | 8121; 17049 | $2,942.40 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 340. | VEAL, ZETHELDA | 13637 | $2,721.60 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 341. | VILLANUEVA, DIMITRI F | 10806 | $1,076.92 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 342. | WAARDENBURG, JAMIE | 10831 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 343. | WALKER, JUSTIN JOHN | 12797 | $3,018.65 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 344. | WALLACE, ANNETTE M | 9637 | $66,787.45 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 345. | WANYONYI, KUNNY EILEEN KASE | 12319 | $2,012.50 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 346. | WARD, AIKIA LISA | 1464; 3401; 16316 | $16,320.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 347. | WARD, LAWRENCE O. | 18157 | $34,820.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 348. | Wasiur Rahman, Fnu | 1215 | $1,978.17 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 349. | WATSON, LARRY E | 18273* | $981.70 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 350. | WEH, ALFREDA G | 12880 | $1,946.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Expunged & Disallowed | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 351. | Weiss, Michael Gregory | 9996 | $2,812.50 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 352. | Wenig, Michael J. | 20022* | $12,850.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 353. | WHITE, YVONNE | 14540 | $5,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 354. | WILDER, THOMAS | 18953* | $540.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 355. | WILLIAMS JR, KEVIN ANTHONY | 5990 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 356. | Williams, Carol | 6595 | $6,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 357. | Williams, Majorie M | 3706 | $2,720.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 358. | WILSON, JARELL B | 19763* | $130.55 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 359. | WILSON, JOHN O. | 12874 | $12,850.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 360. | WILSON, SHELIA | 6968 | $98.96 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 361. | WILSON, STEPHEN J | 10536 | $146,720.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 362. | WITHERSPOON, TIFFANY JANELLE | 19829* | $500.00 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 363. | Wojdyla-Landrum, Kathleen | 4267; 12013 | $39,398.48 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 364. | WOJTECKI, PAULETTE | 13146 | $1,811.19 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

Debtors' Twenty-Third Omnibus Objection to Claims                                    In re: Sears Holdings Corporation, et al.
Exhibit 1 - Disallowed Claims                                                              Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount | Reason for Proposed Disallowance |
| 365. | Woods Evans, Victoria | 5930 | $5,000.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 366. | WOOTEN, REGINA | 11781 | $3,840.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 367. | WOZNIAK, RICHARD K | 12362 | $2,414.92 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 368. | Young, LeVorn | 16650; 16705 | $3,828.24 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 369. | Zhang, Jiyu | 2619 | $4,769.23 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 370. | Zink, Margaret | 4832; 5245 | $20,674.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |
| 371. | ZIRLOTT, TERRI L | 18772* | $1,772.16 | The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) |
| 372. | ZULETA, MAYRA | 9063; 9109 | $1,800.00 | The asserted claim is not supported by the Debtors' books and records or no supporting documents were provided for all or a portion of the claim |

* The Disputed Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) (the "Bar Date Order")

**Exhibit B**

**Claims Hearing Procedures**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                          :            **Chapter 11**
                                                            :
**SEARS HOLDINGS CORPORATION**, *et al.*,      :            **Case No. 18-23538 (RDD)**
                                                            :
          **Debtors.**[1]                      :            **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## COURT-ORDERED CLAIMS HEARING PROCEDURES

        The claims hearing procedures (the "**Claims Hearing Procedures**") described

herein have been ordered by the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings

Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.        Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation. The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

2.      The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

3.      The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein. The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.      The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

(i)      For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures. The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

(ii)     For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as **Exhibit 2** (a "**Notice of Merits Hearing**") at least thirty (30) calendar days prior to the date of such Merits Hearing. The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.      Discovery with respect to a Contested Claim will not be permitted until either: (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.      The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

---

[2] Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

8.  **Sanctions**.    The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.

BY ORDER OF THE BANKRUPTCY COURT

**<u>Exhibit B</u>**

Hearing Date and Time:  March 23, 2021 at 10:00 a.m. (Eastern Time)
Response Deadline:  March 2, 2021 at 4:00 p.m. (Eastern Time)

THE DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SEEKS
TO REDUCE, RECLASSIFY, OR DISALLOW CERTAIN FILED PROOFS OF CLAIM.
PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OMNIBUS
OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR CLAIM(S) ARE
LOCATED IN THE OMNIBUS OBJECTION, AND/OR THE EXHIBIT ATTACHED
THERETO, TO DETERMINE WHETHER THE OMNIBUS OBJECTION AFFECTS
THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL DOMINIC A. LITZ, ESQ. AT (212) 310-8000.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTORS' TWENTY-FOURTH
## OMNIBUS OBJECTION TO PROOFS OF CLAIM (REDUCE AND RECLASSIFY)

          **PLEASE TAKE NOTICE** that, on February 9, 2021, Sears Holdings Corporation
and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11

_____

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870);

cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-Fourth Omnibus Objection to Proofs of Claim (Reduce and Reclassify)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

        **PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reduce, reclassify, and/or disallow one or more proofs of claim (the "**Proofs of Claim**" or "**Disputed Claims**") listed on **Exhibit A** annexed hereto, on the ground(s) that, for each of the Disputed Claims, (i) supporting documentation indicates that the Disputed Claim is not a secured claim; (ii) supporting documentation provided by the Claimant is not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Disputed Claim; (iii) the amount of the Disputed Claim entitled to priority is limited by the Bankruptcy Code; or (iv) the Disputed Claim is duplicative of another Proof of Claim.

        **PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit B**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the granting of the relief requested without further notice to the applicable Claimant(s).

        **PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the relief requested with respect to its applicable Proof(s) of Claim, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

        **PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the relief requested, then Claimant MUST file with the Bankruptcy Court and serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **March 2, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

        **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent

Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, LLC (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

2

applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

      **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim; (iii) a concise statement setting forth the reasons why the Proof of Claim should not be reclassified or reduced for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim on Claimant's behalf.

      **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein. A Response will be deemed timely filed, served, and received only if the original Response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

      **PLEASE TAKE FURTHER NOTICE** that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **March 23, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof(s) of Claim, then the Hearing on the Objection with respect to such Proof(s) of Claim will be held at a later date. If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim, then a Hearing on the Objection will be conducted on the above date.

      **PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection, the Debtors may, on or after the Response Deadline, submit to

the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

        **PLEASE TAKE FURTHER NOTICE** that the Debtors retain the right to object on other grounds to the Proof(s) of Claim (or to any other Proof(s) of Claim Claimant may have filed) at a later date.  Claimant will receive a separate notice of any such objection(s).

        **PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

        **PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears. **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim.**

Dated:  February 9, 2021
      New York, New York

                              */s/  Garrett A. Fail*
                              Ray C. Schrock, P.C.
                              Jacqueline Marcus
                              Garrett A. Fail
                              Sunny Singh
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007

                              *Attorneys for Debtors*
                              *and Debtors in Possession*

# Exhibit A

## Disputed Claims

Debtors' Twenty-Fourth Omnibus Objection to Claims

Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

## Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ABRAMS, KAREN VANESSA | 5171 | Asserted | | | | $35,783.52 | | $35,783.52 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $11,242.30 | | $11,242.30 | |
| 2. | ADAMS, BENJI L | 3054; 4256 | Asserted | | | $0.00 | $11,671.90 | | $11,671.90 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $9,876.18 | | $9,876.18 | |
| 3. | AGUILAR, BRIAN A | 15868 | Asserted | | | | $2,970.80 | | $2,970.80 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,896.53 | | $2,896.53 | |
| 4. | ALEXANDER, BEVERLY J | 3655 | Asserted | | | | $8,668.00 | | $8,668.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,999.98 | | $6,999.98 | |
| 5. | ALLEN, AMELIA L | 5318; 14818 | Asserted | | | | $7,365.60 | | $7,365.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,684.00 | | $3,684.00 | |
| 6. | ARY, SARAH E | 3740; 12152; 14487 | Asserted | | | $0.00 | $15,700.00 | | $15,700.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $2,520.00 | | $2,520.00 | |
| 7. | AUGUSTYN, TIMOTHY E | 7747 | Asserted | | | | $9,377.04 | | $9,377.04 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,115.99 | | $8,115.99 | |
| 8. | BANKS, LISA T | 7684; 8329 | Asserted | | $3,771.01 | | $7,542.02 | | $11,313.03 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | $0.00 | | $2,740.39 | | $2,740.39 | |
| 9. | BATCHELDER, CECILIA A | 10978 | Asserted | | | | $5,000.00 | | $5,000.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,665.90 | | $2,665.90 | |
| 10. | BATSON, AMY | 2617; 13745 | Asserted | | | | $21,456.02 | | $21,456.02 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $7,493.58 | | $7,493.58 | |
| 11. | BAUER, MAT | 4694 | Asserted | | | | $1,071.00 | | $1,071.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $963.90 | | $963.90 | |
| 12. | BEBO, MARLA | 3580 | Asserted | | | | $3,116.15 | | $3,116.15 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,561.20 | | $2,561.20 | |
| 13. | BENNETT, TOREY | 3508 | Asserted | | | | $10,384.62 | | $10,384.62 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,259.62 | | $3,259.62 | |
| 14. | BERNARD, JUDY A | 1872; 1933; 12597 | Asserted | | | | $10,125.00 | $10,125.00 | $20,250.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $9,774.52 | | $9,774.52 | |
| 15. | BERROA, ERENDIRA G | 6202; 11237 | Asserted | | | | $11,165.07 | | $11,165.07 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $5,511.87 | | $5,511.87 | |
| 16. | BRANCH NELSON, PATRICIA | 10763 | Asserted | | | | $11,000.00 | $1,379.60 | $12,379.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $422.45 | | $422.45 | |
| 17. | BRIDGETT, PATRICK N | 3887; 12262; 12265; 12278 | Asserted | | | $0.00 | $52,335.75 | $72,986.94 | $125,322.69 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $77,582.19 | $90,432.19 | |
| 18. | BRISTOL, PAMELA G | 5168; 10544 | Asserted | | | | $5,145.60 | | $5,145.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,412.80 | | $2,412.80 | |
| 19. | BRODY, ANDREA L | 7629 | Asserted | | | | $11,682.69 | | $11,682.69 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $11,490.93 | | $11,490.93 | |
| 20. | BUCHHOLZ, ERIC W | 4377 | Asserted | | | | $3,465.00 | | $3,465.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,887.50 | | $2,887.50 | |
| 21. | BULLARD, AARON E | 1783; 1902; 9083; 9115 | Asserted | | | $0.00 | $27,129.82 | $13,564.91 | $40,694.73 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $14,279.82 | $27,129.82 | |
| 22. | BULLOCK, ARTHUR J | 13027 | Asserted | | | | $3,700.00 | | $3,700.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,653.70 | | $2,653.70 | |
| 23. | BURNHAM, KENNETH | 1719; 2208 | Asserted | | | $0.00 | $2,769.60 | | $2,769.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $2,631.12 | | $2,631.12 | |
| 24. | BURROWS, PATRICIA A | 4424 | Asserted | | | | $2,100.00 | | $2,100.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,260.00 | | $1,260.00 | |
| 25. | CAMPBELL, KAREN | 14543 | Asserted | | | | $6,347.22 | | $6,347.22 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,346.53 | | $6,346.53 | |
| 26. | CAMPBELL, WILLIAM R. | 1732; 13096 | Asserted | | | $0.00 | $8,310.36 | | $8,310.36 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $5,076.92 | | $5,076.92 | |
| 27. | CASTILLO, DANIEL J | 4479; 12786 | Asserted | | | | $11,769.22 | | $11,769.22 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,903.84 | | $4,903.84 | |
| 28. | CLAY, JERMAL | 2213; 15464 | Asserted | | | $0.00 | $5,855.77 | | $5,855.77 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $4,543.27 | | $4,543.27 | |
| 29. | COOK, EILEEN J | 6632; 13497 | Asserted | | | $0.00 | $4,701.99 | | $4,701.99 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $4,114.24 | | $4,114.24 | |
| 30. | CORBIN, DAWN E | 4876; 14190 | Asserted | | | | $112,801.32 | | $112,801.32 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,786.00 | | $2,786.00 | |
| 31. | CRIDER, JOHN D | 1639; 9058; 9142 | Asserted | | | | $35,168.25 | | $35,168.25 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $9,225.96 | | $9,225.96 | |
| 32. | DANIELS, BRENDA J | 8441; 8447 | Asserted | | | | $15,505.38 | | $15,505.38 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,027.52 | | $2,027.52 | |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 33. | DANIELS, DOUGLAS P. | 5157 | Asserted | | | | $3,192.00 | | $3,192.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,276.80 | | $1,276.80 | and records |
| 34. | DAVIS, DALE K | 1746 | Asserted | | | | $1,818.03 | | $1,818.03 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $730.10 | | $730.10 | and records |
| 35. | DAVIS, DAVID A | 12315; 12335 | Asserted | | | | $16,122.70 | | $16,122.70 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $7,110.00 | | $7,110.00 | and records |
| 36. | DAVIS, LINDA K | 4652; 8982 | Asserted | | | | $3,598.14 | | $3,598.14 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,752.94 | | $1,752.94 | and records |
| 37. | DEAR, DENISE D | 18663 | Asserted | | | | $16,744.43 | | $16,744.43 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $3,390.08 | $16,240.08 | with section 507(a)(4) of the Bankruptcy Code |
| 38. | Demchenko, Aleksandr | 5558; 6803; 17350 | Asserted | | | | $5,493.00 | | $5,493.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,092.31 | | $2,092.31 | and records |
| 39. | DENNIS, BRIAN | 2562; 9534 | Asserted | | | | $5,065.00 | | $5,065.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,271.15 | | $3,271.15 | and records |
| 40. | DERMODY, TERESA K | 4558 | Asserted | | | | $6,387.50 | | $6,387.50 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $5,896.15 | | $5,896.15 | and records |
| 41. | DIB, IRENE | 8282; 12669 | Asserted | | | | $5,817.52 | | $5,817.52 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,939.19 | | $1,939.19 | and records |
| 42. | DIBBLE, DOUGLAS A | 16024 | Asserted | | | | $983.60 | | $983.60 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $983.60 | | $983.60 | and records |
| 43. | EASON, CRYSTAL | 4220; 11911; 12046; 12136 | Asserted | | | $0.00 | $10,833.20 | | $10,833.20 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $3,561.60 | | $3,561.60 | and records |
| 44. | EILERTSON, SUSAN M | 4777; 10220 | Asserted | | | | $13,984.45 | | $13,984.45 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $6,488.16 | | $6,488.16 | and records |
| 45. | ESPINDA, MICHELLE | 5836 | Asserted | | | | $5,482.88 | | $5,482.88 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $5,045.60 | | $5,045.60 | and records |
| 46. | ESTRADA, ENRIQUE S | 4309; 12368 | Asserted | | | | $7,018.00 | | $7,018.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,764.00 | | $3,764.00 | and records |
| 47. | EWING, THOMAS S | 2408; 13699 | Asserted | | | | $4,200.00 | | $4,200.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,680.00 | | $1,680.00 | and records |
| 48. | FERRANTI, KAREN M | 11833 | Asserted | | | | $20,274.62 | | $20,274.62 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $7,424.62 | $20,274.62 | with section 507(a)(4) of the Bankruptcy Code |
| 49. | FERRELL, PATRICK J | 5415; 10507 | Asserted | | | | $93,750.00 | $98,351.06 | $192,101.06 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $179,251.06 | $192,101.06 | with section 507(a)(4) of the Bankruptcy Code |
| 50. | FORD, STEVE P | 14194 | Asserted | | | | $15,001.58 | | $15,001.58 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $2,151.58 | $15,001.58 | with section 507(a)(4) of the Bankruptcy Code |
| 51. | FORRESTER, BRIAN L | 2120; 9053; 9314 | Asserted | | | $0.00 | $10,944.41 | | $10,944.41 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $5,051.25 | | $5,051.25 | and records |
| 52. | FRANCIS, PAUL | 6053 | Asserted | | | | $9,699.28 | | $9,699.28 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $8,394.89 | | $8,394.89 | and records |
| 53. | FRYER, BARBARA J | 4836; 9662; 9831 | Asserted | | | $0.00 | $26,730.49 | | $26,730.49 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | $0.00 | $12,850.00 | $1,880.49 | $14,730.49 | with section 507(a)(4) of the Bankruptcy Code |
| 54. | Garcia, Araceli | 5791; 11812 | Asserted | | | $0.00 | $2,076.09 | | $2,076.09 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $1,855.00 | | $1,855.00 | and records |
| 55. | GARCIA, KATHLEEN | 2230 | Asserted | | | | $3,132.50 | | $3,132.50 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,007.20 | | $3,007.20 | and records |
| 56. | GARDNER IV, CLARENCE E | 10042 | Asserted | | | | $12,000.00 | | $12,000.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $9,098.90 | | $9,098.90 | and records |
| 57. | GLADDEN, THOMAS | 2404 | Asserted | | | | $8,566.42 | | $8,566.42 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $8,269.88 | | $8,269.88 | and records |
| 58. | GONZALEZ, ANA Y | 6338 | Asserted | | | | $2,726.00 | | $2,726.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,721.60 | | $2,721.60 | and records |
| 59. | HAMILTON, SHAWN R | 3547; 9650 | Asserted | | | | $28,802.07 | | $28,802.07 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $3,102.07 | $15,952.07 | with section 507(a)(4) of the Bankruptcy Code |
| 60. | HANDJAJA, JOHANNES | 6873; 9177 | Asserted | | | | $38,548.32 | | $38,548.32 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $15,009.23 | $27,859.23 | with section 507(a)(4) of the Bankruptcy Code |
| 61. | HARDER, DANIEL R | 4239; 13941; 14895 | Asserted | | | $0.00 | $10,153.85 | $10,153.85 | $20,307.70 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $7,442.31 | | $7,442.31 | and records |
| 62. | HARTLOVE, JACQUELINE A | 11883 | Asserted | | | | $3,192.00 | | $3,192.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,872.80 | | $2,872.80 | and records |
| 63. | HAYWARD, PAUL G | 1401 | Asserted | | | | $95,457.78 | | $95,457.78 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $73,513.64 | $86,363.64 | with section 507(a)(4) of the Bankruptcy Code |
| 64. | HECKENDORN, ANGELA C | 4715 | Asserted | | | | $6,342.00 | | $6,342.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $4,756.50 | | $4,756.50 | and records |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reduced & Reclassified**

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 65. | HERNANDEZ, BLANCA E | 4988; 16318 | Asserted | | | | $2,000.00 | | $2,000.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,344.00 | | $1,344.00 | |
| 66. | HERNANDEZ, JOSE | 6975 | Asserted | | | | $7,050.00 | | $7,050.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,600.00 | | $6,600.00 | |
| 67. | HOCKMAN-SAYLOR, LORRAINE A | 3634 | Asserted | | | | $3,396.84 | | $3,396.84 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,030.30 | | $3,030.30 | |
| 68. | Horn, David | 7577 | Asserted | | | | $6,282.04 | | $6,282.04 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,077.87 | | $6,077.87 | |
| 69. | HORN, DOUGLAS W | 1733; 1744; 13503 | Asserted | | | $0.00 | $13,748.08 | $27,823.08 | $41,571.16 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $28,721.16 | $41,571.16 | |
| 70. | HORTON, MICHELE | 2999 | Asserted | | | | $3,900.00 | | $3,900.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,746.36 | | $3,746.36 | |
| 71. | JENKINS, DWAYNE L | 10251 | Asserted | | | | $5,936.00 | | $5,936.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,671.20 | | $2,671.20 | |
| 72. | Jones Jr., David Allen | 15747 | Asserted | | | | $3,927.00 | | $3,927.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,094.40 | | $2,094.40 | |
| 73. | JONES, MARILYN | 2016; 16338 | Asserted | | | $0.00 | $2,555.00 | | $2,555.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $2,452.80 | | $2,452.80 | |
| 74. | KEMP, KIM D | 5360; 12016 | Asserted | | | | $5,292.11 | | $5,292.11 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,578.21 | | $2,578.21 | |
| 75. | KHAN, SARISH | 5342 | Asserted | | | | $10,335.69 | | $10,335.69 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,862.60 | | $8,862.60 | |
| 76. | KING KAY, STEPHANIE L | 1748; 12489; 12551 | Asserted | | | $0.00 | $932.80 | | $932.80 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $839.52 | | $839.52 | |
| 77. | KING, MILLY L | 12897 | Asserted | | | | $25,307.69 | | $25,307.69 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $12,457.69 | $25,307.69 | |
| 78. | LAFLAMME, TAMMY | 7105; 16206 | Asserted | | | $0.00 | $4,940.63 | | $4,940.63 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,952.50 | | $3,952.50 | |
| 79. | LAGMAY, JILL T | 17398 | Asserted | | | | $14,584.63 | | $14,584.63 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $1,734.63 | $14,584.63 | |
| 80. | LAROSE, TONI J | 9008; 12603 | Asserted | | | | $27,700.00 | $2,000.00 | $29,700.00 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $4,000.00 | $16,850.00 | |
| 81. | LECLAIRE, ANGELA J | 5984 | Asserted | | | | $2,957.50 | | $2,957.50 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,247.70 | | $2,247.70 | |
| 82. | LEE, RORY K | 13066 | Asserted | | | $1,191.68 | $1,191.68 | | $2,383.36 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $1,191.68 | | | $1,191.68 | |
| 83. | LEIKER, TERRY G | 5330; 9308; 14087 | Asserted | | | $0.00 | $3,696.00 | | $3,696.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,603.60 | | $3,603.60 | |
| 84. | LINSCOTT, ANGELA P | 1544; 13377; 13421 | Asserted | | | $3,200.00 | | | $3,200.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,040.00 | | $3,040.00 | |
| 85. | MARCELYNAS, DONNA | 5771 | Asserted | | | | $12,018.00 | | $12,018.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,217.60 | | $2,217.60 | |
| 86. | MASSONI, MARK | 5346 | Asserted | | | | $9,520.00 | | $9,520.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,792.00 | | $1,792.00 | |
| 87. | MASTROENI, DONNA I | 5182; 10684 | Asserted | | | $0.00 | $17,132.50 | | $17,132.50 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $4,282.50 | $17,132.50 | |
| 88. | MCCULLY, KYLIE M | 5380 | Asserted | | | | $2,293.20 | | $2,293.20 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $305.76 | | $305.76 | |
| 89. | MCDAY, IRALYNNE G | 3751 | Asserted | | | | $3,425.52 | | $3,425.52 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,631.49 | | $1,631.49 | |
| 90. | MCNAMARA, KELLI D | 8708 | Asserted | | | | $1,186.00 | | $1,186.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,155.00 | | $1,155.00 | |
| 91. | MEDINA, JUDY W | 6154 | Asserted | | | | $2,769.20 | | $2,769.20 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,699.97 | | $2,699.97 | |
| 92. | MILLS, DEBBIE A | 4330; 4516; 4770 | Asserted | | | $0.00 | $32,197.00 | | $32,197.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $11,612.18 | | $11,612.18 | |
| 93. | MIYASHIRO, EULA ANN K | 4619 | Asserted | | | | $4,002.00 | | $4,002.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,041.52 | | $3,041.52 | |
| 94. | MIYASHIRO, MOSES S | 5055 | Asserted | | | | $2,060.40 | | $2,060.40 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,373.60 | | $1,373.60 | |
| 95. | MONTES-RIVERA, GRACIELA | 4908; 9857 | Asserted | | | | $4,078.48 | | $4,078.48 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,855.00 | | $1,855.00 | |
| 96. | MOORE, BRENDA D | 14644 | Asserted | | | | $13,115.38 | | $13,115.38 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,784.24 | | $8,784.24 | |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 97. | MORAWA, ANGELA J | 4230; 4501; 15806 | Asserted | | | | $5,182.69 | $2,312.00 | $7,494.69 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $466.45 | | $466.45 | and records |
| 98. | MOREJON, ALBERTO | 1741; 2947; 9309 | Asserted | | | $8,372.00 | $7,468.00 | | $15,840.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $6,279.00 | | $6,279.00 | and records |
| 99. | MULLEN, RICHARD T | 4490 | Asserted | | | | $10,125.00 | | $10,125.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $8,826.92 | | $8,826.92 | and records |
| 100. | MULLIS, JO A | 4172 | Asserted | | | | $12,692.31 | | $12,692.31 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $12,480.77 | | $12,480.77 | and records |
| 101. | NECZYPIR, STEVE | 1766 | Asserted | | | | $41,225.60 | | $41,225.60 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,012.64 | | $3,012.64 | and records |
| 102. | NEVAREZ, JAVIER | 7871 | Asserted | | | | $3,500.00 | | $3,500.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,150.00 | | $3,150.00 | and records |
| 103. | ORTEGON, HECTOR | 13057 | Asserted | | | | $19,750.00 | | $19,750.00 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $4,851.92 | $17,701.92 | with section 507(a)(4) of the Bankruptcy Code |
| 104. | ORTIZ, JEANETTE P | 10741 | Asserted | | | | $2,800.00 | | $2,800.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,016.00 | | $2,016.00 | and records |
| 105. | PASET, RICHARD I | 3648 | Asserted | | | | $1,709.63 | | $1,709.63 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,690.43 | | $1,690.43 | and records |
| 106. | PEREZ, CESAR | 10425 | Asserted | | | | $12,923.09 | | $12,923.09 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $73.09 | $12,923.09 | with section 507(a)(4) of the Bankruptcy Code |
| 107. | PICKERT, JOHN A | 1403; 9907 | Asserted | | | | $34,250.68 | $745.82 | $34,996.50 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $5,767.32 | $18,617.32 | with section 507(a)(4) of the Bankruptcy Code |
| 108. | RAY, KIMBERLY E | 2631 | Asserted | | | | $4,567.30 | | $4,567.30 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $4,389.67 | | $4,389.67 | and records |
| 109. | REDMAN, CYNTHIA A | 3795 | Asserted | | | | $2,415.00 | | $2,415.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,318.40 | | $2,318.40 | and records |
| 110. | REED, MARY | 1685; 1986; 11430 | Asserted | | | $0.00 | $19,384.62 | | $19,384.62 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | $0.00 | $12,850.00 | $6,295.98 | $19,145.98 | with section 507(a)(4) of the Bankruptcy Code |
| 111. | REID, SHERRI | 2990 | Asserted | | | | $21,434.29 | | $21,434.29 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $6,500.96 | $19,350.96 | with section 507(a)(4) of the Bankruptcy Code |
| 112. | RICE, CYNTHIA | 5631; 5886 | Asserted | | | | $5,600.00 | | $5,600.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,688.00 | | $2,688.00 | and records |
| 113. | RIDDICK, VINCENT A | 5297 | Asserted | | | | $3,296.92 | | $3,296.92 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,704.32 | | $2,704.32 | and records |
| 114. | ROBERTS, DANIEL A | 2791 | Asserted | | | | $4,458.34 | | $4,458.34 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,886.47 | | $2,886.47 | and records |
| 115. | ROMIG, ELIZABETH A | 16106; 16235; 17626 | Asserted | | | $0.00 | $3,163.51 | $3,163.51 | $6,327.02 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $2,372.63 | | $2,372.63 | and records |
| 116. | ROMO, ANTONIO | 4603; 12469 | Asserted | | | $0.00 | $5,152.00 | | $5,152.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $5,023.20 | | $5,023.20 | and records |
| 117. | ROSEN, LAURA P | 2580; 9918 | Asserted | | | $0.00 | $26,768.80 | | $26,768.80 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | $0.00 | $12,850.00 | $11,867.31 | $24,717.31 | with section 507(a)(4) of the Bankruptcy Code |
| 118. | ROSS, DAVID A | 1984 | Asserted | | | | $6,638.16 | | $6,638.16 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $6,215.36 | | $6,215.36 | and records |
| 119. | ROSSEAU, TERESA | 7576 | Asserted | | | | $3,150.00 | | $3,150.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,394.00 | | $2,394.00 | and records |
| 120. | SCHALAMON, PHILLIP | 6870 | Asserted | | | | $3,041.67 | | $3,041.67 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,637.80 | | $1,637.80 | and records |
| 121. | SCHMITT, RICHARD | 5343; 9389; 9452 | Asserted | | | $0.00 | $11,709.12 | | $11,709.12 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $5,997.12 | | $5,997.12 | and records |
| 122. | SCHULTZ, DAVID | 7623 | Asserted | | | | $12,548.08 | | $12,548.08 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $10,860.58 | | $10,860.58 | and records |
| 123. | SCHWANGER, CHARLES A | 3746 | Asserted | | | | $18,500.00 | | $18,500.00 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $5,076.83 | $17,926.83 | with section 507(a)(4) of the Bankruptcy Code |
| 124. | SEGUINOT, JAIME | 1516; 1976 | Asserted | | | $0.00 | $2,441.25 | | $2,441.25 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $881.48 | | $881.48 | and records |
| 125. | SEMANA, EMMALINE CESELI | 5165 | Asserted | | | | $13,521.15 | | $13,521.15 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $671.15 | $13,521.15 | with section 507(a)(4) of the Bankruptcy Code |
| 126. | SMITH, CHERYL L | 12047 | Asserted | | | | $12,850.00 | | $12,850.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $4,079.79 | | $4,079.79 | and records |
| 127. | SMITH, KENNON G | 4608 | Asserted | | | | $2,115.19 | | $2,115.19 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,493.80 | | $1,493.80 | and records |
| 128. | SNYDER, CYNTHIA L | 2991 | Asserted | | | | $5,192.31 | | $5,192.31 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $4,817.31 | | $4,817.31 | and records |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

## Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 129. | SPADE, DELL E | 2157; 11756 | Asserted | | | $0.00 | $1,746.15 | | $1,746.15 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $1,164.10 | | $1,164.10 | and records |
| 130. | SWIENTNICKI, MICHAEL R | 13508 | Asserted | | | | $6,394.23 | | $6,394.23 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $4,567.31 | | $4,567.31 | and records |
| 131. | TAYLOR, DELTON M | 11775 | Asserted | | | $2,598.75 | $2,598.75 | | $5,197.50 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $2,598.75 | | $2,598.75 | and records |
| 132. | THOMPSON, NANCY L | 5109; 11090 | Asserted | | | $0.00 | $10,648.00 | | $10,648.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $9,729.08 | | $9,729.08 | and records |
| 133. | TIMM, NATHAN S | 5405 | Asserted | | | | $3,150.00 | | $3,150.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,520.00 | | $2,520.00 | and records |
| 134. | TOROK, JASON | 2430; 9078 | Asserted | | | | $13,355.77 | $12,125.01 | $25,480.78 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $12,125.01 | | $12,125.01 | and records |
| 135. | TRAMMELL, JANET E | 14318 | Asserted | | | | $3,595.20 | | $3,595.20 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,707.72 | | $1,707.72 | and records |
| 136. | TRUJILLO, SUSANNE R | 15767 | Asserted | | | | $3,069.34 | | $3,069.34 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,432.00 | | $2,432.00 | and records |
| 137. | TURNER, TROY S. | 6075; 17828 | Asserted | | | $3,433.50 | $3,433.50 | | $6,867.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,319.05 | | $3,319.05 | and records |
| 138. | UNDERWOOD, MARK R. | 2007; 9311; 9632 | Asserted | | | $0.00 | $49,341.41 | | $49,341.41 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | $0.00 | $12,850.00 | $23,862.41 | $36,712.41 | with section 507(a)(4) of the Bankruptcy Code |
| 139. | VEDDA, ROBERT A | 6229; 9767 | Asserted | | | $0.00 | $9,500.00 | | $9,500.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | $0.00 | $4,585.58 | | $4,585.58 | and records |
| 140. | VERMILLION, CYNTHIA L | 5440 | Asserted | | | | $22,176.31 | | $22,176.31 | The allowed priority claim amount is capped in accordance |
| | | | Surviving | | | | $12,850.00 | $9,326.31 | $22,176.31 | with section 507(a)(4) of the Bankruptcy Code |
| 141. | VIERNES, SHERRY R | 1667; 13295 | Asserted | | | | $9,647.51 | $9,348.92 | $18,996.43 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $9,348.92 | | $9,348.92 | and records |
| 142. | VIRNIG, LISA M | 9738 | Asserted | | | | $5,384.50 | | $5,384.50 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $4,935.89 | | $4,935.89 | and records |
| 143. | WATSON, LARRY E | 6074 | Asserted | | | | $5,000.00 | | $5,000.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $981.70 | | $981.70 | and records |
| 144. | WESTFALL, JOSEPH | 4275; 10857 | Asserted | | | | $15,200.00 | | $15,200.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $1,036.54 | | $1,036.54 | and records |
| 145. | WHEELER, FAEKHUI | 5175 | Asserted | | | | $3,177.60 | | $3,177.60 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,600.64 | | $2,600.64 | and records |
| 146. | WILCOX, RICKY G | 1705 | Asserted | | | | $4,006.40 | | $4,006.40 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,605.76 | | $3,605.76 | and records |
| 147. | WILKS, FRANKLIN R | 1513; 12398 | Asserted | | | | $5,183.52 | | $5,183.52 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $2,596.53 | | $2,596.53 | and records |
| 148. | WILLIAMS, DEVON A | 4399 | Asserted | | | | $6,096.00 | | $6,096.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $5,943.60 | | $5,943.60 | and records |
| 149. | WILSON, JOANN | 3737 | Asserted | | | | $4,133.00 | | $4,133.00 | The claim amount is reduced based on the Debtors' books |
| | | | Surviving | | | | $3,620.00 | | $3,620.00 | and records |

**<u>Exhibit B</u>**

**Claims Hearing Procedures**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re                                                    :          **Chapter 11**
                                                         :
**SEARS HOLDINGS CORPORATION**, *et al.*,                :          **Case No. 18-23538 (RDD)**
                                                         :
             **Debtors.**[1]                             :          **(Jointly Administered)**

------------------------------------------------------------ x

## COURT-ORDERED CLAIMS HEARING PROCEDURES

      The claims hearing procedures (the "**Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.      Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

2.      The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

3.      The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein.  The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.      The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

(i)       For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures.  The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

(ii)      For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as **Exhibit 2** (a "**Notice of Merits Hearing**"), at least thirty (30) calendar days prior to the date of such Merits Hearing.  The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.      Discovery with respect to a Contested Claim will not be permitted until either:  (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.      The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

---

[2] Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

2

8.      **Sanctions**.  The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.


BY ORDER OF THE BANKRUPTCY COURT

**Exhibit C**

---

**THE DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO REDUCE AND RECLASSIFY CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OMNIBUS OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OMNIBUS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, PHIL DIDONATO, ESQ., AT (212) 310-8636.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                    :      Chapter 11
                                         :
SEARS HOLDINGS CORPORATION, et al.,      :      Case No. 18-23538 (RDD)
                                         :
             Debtors.¹                   :      (Jointly Administered)
------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION
TO PROOFS OF CLAIM (REDUCE, RECLASSIFY, OR DISALLOW)**

        **PLEASE TAKE NOTICE** that, on February 9, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida

cases (collectively, the "**Debtors**") filed the *Debtors' Twenty-Fifth Omnibus Objection to Proofs of Claim (Reduce, Reclassify, or Disallow)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reduce reclassify, or disallow one or more proofs of claim (the "**Proofs of Claim**" or "**Disputed Claims**") listed on **Exhibit A** annexed hereto, on the ground(s) that, for each of the Disputed Claims, (i) the claimant does not have a security interest in the Debtors' assets; (ii) the supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; (iii) Claimant received an amount held pursuant to the *Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement* (ECF No. 823) in exchange for withdrawing its Disputed Claim; or (iv) the claimant failed to comply with statutory requirements under the Perishable Agricultural Commodities Act ("**PACA**").

**PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit B**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the reclassification and reduction of a Proof of Claim without further notice to the applicable Claimant(s).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the relief requested, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the relief requested, then Claimant MUST file with the Bankruptcy Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **March 2, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance

---

Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

2

with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim; (iii) a concise statement setting forth the reasons why the Proof of Claim should not be reclassified or reduced for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim on Claimant's behalf.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein. A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **March 23, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof(s) of Claim, then the Hearing on the Objection with respect to such Proof(s) of Claim will be held at a later date. If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim, then a Hearing on the Objection will be conducted on the above date.

3

**PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection with respect to the Claims listed on **Exhibit A** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if the Bankruptcy Court does NOT disallow and expunge the Proof(s) of Claim listed on **Exhibit A**, the Debtors retain the right to object on other grounds to the Proof(s) of Claim (or to any other Proof(s) of Claim Claimant may have filed) at a later date.  Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears. **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim.**

Dated:  February 9, 2021
      New York, New York

                                                  */s/  Garrett A. Fail*
                                                  Ray C. Schrock, P.C.
                                                  Jacqueline Marcus
                                                  Garrett A. Fail
                                                  Sunny Singh
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York  10153
                                                  Telephone:  (212) 310-8000
                                                  Facsimile:  (212) 310-8007

                                                  *Attorneys for Debtors*
                                                  *and Debtors in Possession*

# Exhibit A

**Disputed Claims**

Debtors' [Twenty-Fifth] Omnibus Objection to Claims
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified\***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 1. | Combine International | 14250, 14307 | $5,953,413.77 | $5,693,444.00 | $259,969.77 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; Claimant agreed to receive amount pursuant to the Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement (ECF No. 823) (the "GOB Order") in exchange for withdrawing its Disputed Claim. |
| 2. | Hansae Co. Ltd. | 5073 | $1,505,397.80 | $1,505,397.80 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 3. | Alpine Creations Ltd. | 15992 | $1,361,346.87 | $1,361,346.87 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 4. | Richline Group Inc. | 7408, 7503 | $864,831.98 | $661,035.51 | $203,796.47 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; Claimant agreed to receive amount pursuant to the GOB Order. |
| 5. | D-Link Systems Inc. | 17260 | $676,413.00 | $676,413.00 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 6. | Gokaldas Exports Ltd. | 15399 | $600,551.32 | $600,551.32 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 7. | Unique Designs | 12774, 12864 | $527,474.87 | $527,474.87 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 8. | Clover Imaging Group, LLC | 12210 | $523,744.80 | $461,997.62 | $61,747.18 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; Claimant agreed to receive amount pursuant to the GOB Order. |
| 9. | iStar Jewelry LLC | 6597, 6729, 6744, 6767 | $497,109.26 | $497,109.26 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 10. | Propel Trampolines LLC | 13602, 13667, 19505 | $466,234.50 | $466,234.50 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 11. | MKK Enterprise Corp | 810 | $182,172.90 | $182,172.90 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 12. | Lian Yi Dyeing & Weaving FTY Co. | 2994 | $174,450.60 | $174,450.60 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 13. | Advanced Merchandising Co. Limited | 10492 | $172,953.36 | $172,953.36 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 14. | Olympus Peak Master Fund LP as Transferee of Allure Gems, LLC | 8116 | $155,089.75 | $155,089.75 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 15. | Royal Appliance Mfg. Co. Inc. | 15551, 15839 | $121,033.32 | $121,033.32 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 16. | Envisions LLC | 15166 | $26,671.29 | $21,003.91 | $5,667.38 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; The basis of the claim does not pertain to security interest on Debtors' assets; Claimant agreed to receive amount pursuant to the GOB Order. |
| 17. | Transfuel Inc. | 19563 | $22,317.30 | $22,317.30 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 18. | Creations Jewellry Mfg. Pvt. Ltd. | 1295 | $19,875.00 | $19,875.00 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 19. | Bec Co Inc. d/b/a Empacadora Hill Brothers | 9369 | $18,936.45 | $18,936.45 | $0.00 | The Claimants failed to comply with statutory requirements under the Perishable Agricultural Commodities Act ("PACA"). |
| 20. | Scott, Natasha C | 17033 | $15,853.64 | $15,853.64 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 21. | Shanghai Neoent Industrial Co. Ltd. | 1957 | $12,474.00 | $12,474.00 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 22. | Thurmond, Trisha | 9054 | $9,880.25 | $9,880.25 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 23. | American Casting & Manufacturing Corp | 13950 | $8,870.00 | $8,870.00 | $0.00 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

**Exhibit B**

**Claims Hearing Procedures**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
In re                                    :        Chapter 11
                                         :
SEARS HOLDINGS CORPORATION, et al.,      :        Case No. 18-23538 (RDD)
                                         :
          Debtors.¹                      :        (Jointly Administered)
-------------------------------------------------------------- x
```

## COURT-ORDERED CLAIMS HEARING PROCEDURES

      The claims hearing procedures (the "**Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.     Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.    The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

3.    The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein.  The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.    The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

(i)    For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures.  The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

(ii)    For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as **Exhibit 2** (a "**Notice of Merits Hearing**"), at least thirty (30) calendar days prior to the date of such Merits Hearing.  The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.    Discovery with respect to a Contested Claim will not be permitted until either:  (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.    The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.    The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

---

[2]    Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

8.    **Sanctions**.  The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.

BY ORDER OF THE BANKRUPTCY COURT