**Exhibit 1**

**Disallowed Property Tax Claims**

WEIL:\97665095\3\73217.0004

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ADRIAN CITY SUMMER | 14404 | Sears Holdings Corporation | $13,170.17 | | | $13,170.07 | | $26,340.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 2. | ANDERSON COUNTY, TEXAS | 3818 | Sears Holdings Corporation | | | $7,029.77 | | | $7,029.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 3. | ATASCOSA COUNTY | 1065 | Sears Holdings Corporation | | | $6,554.89 | | | $6,554.89 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 4. | ATLANTA ISD | 20499 | Sears, Roebuck and Co. | | $1,955.67 | | | | $1,955.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 5. | BASTROP COUNTY | 4806 | Sears Operations LLC | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 6. | BENTON COUNTY TREASURER | 8472 | Sears, Roebuck and Co. | | | $4,475.08 | | | $4,475.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 7. | BEXAR COUNTY | 1250 | Sears, Roebuck and Co. | | | $604,704.97 | | | $604,704.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 8. | BEXAR COUNTY | 20201 | Sears, Roebuck and Co. | | | $419,476.90 | $419,476.90 | | $838,953.80 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim full or otherwise satisfied |
| 9. | BLANCO CAD | 20364 | Sears, Roebuck and Co. | | | $4,516.55 | | | $4,516.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 10. | BOX BUTTE COUNTY TREASURER | 19488 | Sears, Roebuck and Co. | | | | $1,617.44 | | $1,617.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 11. | BROWARD COUNTY | 8627 | Sears Holdings Corporation | | | $1,442.25 | | | $1,442.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 12. | BROWARD COUNTY | 8633 | Sears Holdings Corporation | | | $32,297.34 | | | $32,297.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 13. | BROWARD COUNTY | 8640 | Sears Holdings Corporation | | | $1,035.73 | | | $1,035.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 14. | BROWARD COUNTY | 8681 | Sears Holdings Corporation | | | | $2,155.39 | | $2,155.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 15. | BROWN CAD | 352 | Sears Holdings Corporation | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 16. | Brown County Appraisal District | 4717 | Sears, Roebuck and Co. | | | $9,022.91 | | | $9,022.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 17. | CALVERT COUNTY, MARYLAND | 4096 | Kmart Corporation | | | $3,453.22 | | | $3,453.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 18. | CHEROKEE CAD | 6997 | Sears Holdings Corporation | | | $3,424.01 | | | $3,424.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 19. | CHEROKEE COUNTY CAD | 2073 | Sears Holdings Corporation | | | $3,260.95 | | | $3,260.95 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 20. | CITY OF ATLANTA | 20498 | Sears, Roebuck and Co. | | $1,017.32 | | | | $1,017.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 21. | CITY OF CHATTANOOGA | 19811 | Sears, Roebuck and Co. | | | | $5,332.22 | | $5,332.22 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 22. | CITY OF CLEBURNE | 3930 | Sears, Roebuck and Co. | | | $3,320.33 | | | $3,320.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 23. | CITY OF CUDAHY | 9964 | Sears Holdings Corporation | $71,703.24 | | | | | $71,703.24 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 24. | CITY OF DEL RIO | 1278 | Sears, Roebuck and Co. | | | $4,861.97 | | | $4,861.97 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 25. | CITY OF DEL RIO | 19861 | Sears, Roebuck and Co. | | | $49.68 | | | $49.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 26. | CITY OF EAGLE PASS | 1448 | Sears, Roebuck and Co. | | | $1,567.14 | | | $1,567.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 27. | CITY OF EAGLE PASS | 20495 | Sears, Roebuck and Co. | | $1,492.72 | | | | $1,492.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 28. | CITY OF EL PASO | 1242 | Sears Holdings Corporation | | | $85,391.81 | | | $85,391.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 29. | CITY OF EL PASO | 1301 | Sears, Roebuck and Co. | | | $432,499.19 | | | $432,499.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 30. | CITY OF EL PASO | 20372 | Sears Holdings Corporation | $233,399.51 | | | | | $233,399.51 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 31. | CITY OF GARLAND | 3879 | Sears, Roebuck and Co. | | | $145,937.79 | | | $145,937.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 32. | CITY OF GRAPEVINE | 4053 | Sears, Roebuck and Co. | | | $5,570.49 | | | $5,570.49 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 33. | CITY OF HAMPTON TREASURER'S OFFICE | 9483 | Sears Operations LLC | | | $23,108.58 | | | $23,108.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 34. | CITY OF LAREDO TAX DEPT. | 19560 | Sears Holdings Corporation | | | | $16,347.66 | | $16,347.66 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 35. | CITY OF MCALLEN | 20368 | Sears, Roebuck and Co. | | | $5,286.77 | | | $5,286.77 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 36. | CITY OF MCALLEN | 20374 | Sears Holdings Corporation | | | $12,952.44 | | | $12,952.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 37. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 19697 | Sears Holdings Corporation | | $102,044.44 | | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 38. | CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 20538 | Sears Holdings Corporation | | $205,180.47 | | | | $205,180.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 39. | CITY OF MINERAL WELLS | 3928 | Sears, Roebuck and Co. | | | $1,633.65 | | | $1,633.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 40. | CITY OF PLEASANTON | 1112 | Sears Holdings Corporation | | | $1,579.80 | | | $1,579.80 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 41. | CITY OF ROANOKE TREASURER | 1847 | Sears Holdings Corporation | | | $76,160.57 | | | $76,160.57 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

1

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43. | CITY OF STEPHENVILLE | 20361 | Sears, Roebuck and Co. | | $1,331.85 | $1,331.85 | | | $2,663.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 44. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | Sears Holdings Corporation | | | $1,474.56 | | | $1,474.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 45. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7250 | Sears, Roebuck and Co. | | $55,260.99 | | | | $55,260.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 46. | CITY OF WESLACO | 3531 | Sears, Roebuck and Co. | | | $1,864.76 | | | $1,864.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 47. | CLARK COUNTY ASSESSOR | 20072 | Sears Holdings Corporation | | | $7,038.90 | | | $7,038.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 48. | CLEBURNE INDEPENDENT SCHOOL DISTRICT | 3944 | Sears, Roebuck and Co. | | | $6,731.36 | | | $6,731.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 49. | CLEVELAND ISD | 20287 | SEARS, ROEBUCK AND CO. | | $3,302.61 | | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 50. | CLEVELAND ISD | 4266 | Sears, Roebuck and Co. | | | $3,302.61 | | | $3,302.61 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 56. | COUNTY OF SAN BERNARDINO | 5315 | Sears Holdings Corporation | | | $156,913.76 | | | $156,913.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 57. | COUNTY OF SAN LUIS OBISPO TAX COLLECTOR | 10761 | Kmart Corporation | | | $1,677.76 | | | $1,677.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 58. | CROWLEY INDEPENDENT SCHOOL DISTRICT | 4003 | Sears, Roebuck and Co. | | | $155,076.76 | | | $155,076.76 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 59. | CYPRESS - FAIRBANKS ISD | 4348 | Sears, Roebuck and Co. | | | $177,747.31 | | | $177,747.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 60. | CYPRESS - FAIRBANKS ISD | 19908 | Sears, Roebuck and Co. | | | $50.40 | | | $50.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 61. | CYPRESS-FAIRBANKS ISD | 20296 | Sears, Roebuck and Co. | | $165,477.50 | | | | $165,477.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 62. | Dallas County | 3471 | Sears, Roebuck and Co. | | | - | | | - | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 63. | Dallas County | 4090 | Sears, Roebuck and Co. | | | $1,312,300.65 | | | $1,312,300.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 64. | DENTON COUNTY, TEXAS | 2267 | Sears, Roebuck and Co. | | | $34,419.06 | | | $34,419.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 65. | DENTON COUNTY, TEXAS | 7149 | Sears, Roebuck and Co. | | $36,140.05 | | | | $36,140.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 66. | EAGLE PASS ISD | 1390 | Sears, Roebuck and Co. | | | $4,006.54 | | | $4,006.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 67. | EAGLE PASS ISD | 20494 | Sears, Roebuck and Co. | | $3,206.60 | | | | $3,206.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 68. | EL DORADO COUNTY TAX COLLECTOR | 11828 | Kmart Corporation | | | $8,315.01 | $8,315.01 | | $16,630.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 69. | ELLIS COUNTY | 20506 | Sears, Roebuck and Co. | | $8,483.16 | | | | $8,483.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 70. | ERATH COUNTY, TEXAS | 3794 | Sears Holdings Corporation | | | $994.52 | | | $994.52 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 71. | FAYETTE COUNTY | 2480 | Sears, Roebuck and Co. | | | $7,281.65 | | | $7,281.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 72. | FORREST "BUTCH" FREEMAN OKLAHOMA COUNTY TREASURER | 6622 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 73. | FORSYTH COUNTY TAX COLLECTOR | 6115 | Sears Holdings Corporation | | | | $9,223.07 | | $9,223.07 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 74. | FORT BEND COUNTY | 4350 | Sears, Roebuck and Co. | | | $13,778.73 | | | $13,778.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 75. | FORT BEND COUNTY | 20295 | Sears, Roebuck and Co. | | $10,161.15 | | | | $10,161.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 76. | FRANKLIN COUNTY TREASURER-RE | 20012 | Sears, Roebuck and Co. | | | $47,195.64 | | | $47,195.64 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 77. | FRESNO COUNTY TAX COLLECTOR | 18502 | Kmart Corporation | | | $1,905.67 | | | $1,905.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 78. | Galveston County | 19906 | Sears, Roebuck and Co. | | | $2,662.81 | | | $2,662.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 79. | Galveston County | 20291 | Sears, Roebuck and Co. | | $48,853.25 | | | | $48,853.25 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 80. | GARFIELD COUNTY | 10448 | Sears Holdings Corporation | | | | $2,241.50 | | $2,241.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 81. | GARLAND INDEPENDENT SCHOOL DISTRICT | 4144 | Sears, Roebuck and Co. | | | $302,397.35 | | | $302,397.35 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 82. | GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT | 3914 | Sears, Roebuck and Co. | | | $26,896.33 | | | $26,896.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 83. | GRAY COUNTY | 7337 | Sears, Roebuck and Co. | | | $9,104.00 | | | $9,104.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 84. | Harris County | 26255 | Sears, Roebuck and Co. | | $52,716.56 | | | | $52,716.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 85. | HARRIS COUNTY, ET AL | 4376 | Sears, Roebuck and Co. | | | $1,471,486.40 | | | $1,471,486.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 86. | HARRIS COUNTY, ET AL | 19907 | Sears, Roebuck and Co. | | | $27,568.26 | | | $27,568.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 87. | HARRISION CAD | 2948 | Sears Holdings Corporation | | | $4,765.82 | | | $4,765.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 88. | HARRISION CAD | 7126 | Sears Holdings Corporation | | $5,004.12 | | | | $5,004.12 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed & Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89. | HARRISON COUNTY, TEXAS | 315 | Sears Holdings Corporation | | | $7,661.93 | | | $7,661.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 90. | HARRISON COUNTY, TEXAS | 2264 | Sears Holdings Corporation | | | $890.47 | | | $890.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 91. | HAYS COUNTY, TEXAS | 3799 | Sears Holdings Corporation | | | $393.58 | | | $393.58 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 92. | HENDERSON COUNTY | 14778 | Kmart Corporation | | | $7,673.31 | | | $7,673.31 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 93. | HENDERSON COUNTY, TEXAS | 426 | Sears Holdings Corporation | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 94. | HENDERSON COUNTY, TEXAS | 2137 | Sears Operations LLC | | | $4,478.92 | | | $4,478.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 95. | HENDERSON COUNTY, TEXAS | 7379 | Sears, Roebuck and Co. | | | $4,702.93 | | | $4,702.93 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 96. | HENNEPIN COUNTY TREASURER | 4346 | Sears Holdings Corporation | | | $167,742.78 | | | $167,742.78 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 97. | HIDALGO COUNTY | 20359 | Sears Holdings Corporation | | | $55,603.40 | | | $55,603.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 98. | HIDALGO COUNTY | 20421 | Sears, Roebuck and Co. | | | $46,828.06 | | | $46,828.06 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 99. | HOOD CAD | 20497 | Sears, Roebuck and Co. | | $4,143.91 | | | | $4,143.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 100. | HOPKINS COUNTY | 20500 | Sears, Roebuck and Co. | | $2,397.55 | | | | $2,397.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 101. | JASPER COUNTY | 4532 | Sears, Roebuck and Co. | | | $2,710.33 | | | $2,710.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 102. | JASPER COUNTY | 20288 | Sears, Roebuck and Co. | | $6,414.33 | | | | $6,414.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 103. | JIM WELLS CAD | 4088 | Sears, Roebuck and Co. | | | $12,345.15 | | | $12,345.15 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 104. | JIM WELLS CAD | 20422 | Sears, Roebuck and Co. | | | $6,784.02 | | | $6,784.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 105. | JOHNSON COUNTY | 3833 | Sears, Roebuck and Co. | | | $2,150.74 | | | $2,150.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 106. | KENDALL COUNTY | 4173 | Sears Holdings Corporation | | | $5,832.74 | | | $5,832.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 107. | KERN COUNTY TREASURER TAX COLLECTOR | 5790 | Kmart Corporation | | | $6,402.19 | | | $6,402.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 108. | KERR COUNTY | 5507 | Sears, Roebuck and Co. | | | $2,215.94 | | | $2,215.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 109. | KING COUNTY TREASURY | 12220 | Kmart Corporation | | | $94,318.50 | | | $94,318.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 110. | Knox County Trustee | 4973 | Sears, Roebuck and Co. | | | $26,625.00 | | | $26,625.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 111. | Knox County Trustee | 5006 | Sears, Roebuck and Co. | | | $1,690.00 | | | $1,690.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 112. | LAKE COUNTY TAX COLLECTOR | 4665 | Sears, Roebuck and Co. | | | $4,830.47 | | | $4,830.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 117. | MARION COUNTY TAX COLLECTOR | 4667 | Sears, Roebuck and Co. | | | $5,399.19 | | | $5,399.19 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 118. | MARION COUNTY TAX COLLECTOR | 12750 | Sears, Roebuck and Co. | | | $5,756.73 | | | $5,756.73 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 119. | MARION COUNTY TAX COLLECTOR | 6603 | Sears, Roebuck and Co. | | | $140,832.21 | | | $140,832.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 120. | MARION COUNTY TAX COLLECTOR | 6606 | Sears, Roebuck and Co. | | | $605,319.45 | | | $605,319.45 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 121. | MATAGORDA COUNTY | 20286 | SEARS, ROEBUCK AND CO. | | $7,003.46 | | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 122. | MATAGORDA COUNTY | 4379 | Sears, Roebuck and Co. | | | $7,003.46 | | | $7,003.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 123. | MESA COUNTY TREASURER | 11631 | Sears, Roebuck and Co. | | | $4,119.08 | $4,119.08 | | $8,238.16 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 124. | MESA COUNTY TREASURER | 26250 | SEARS, ROEBUCK AND CO. | | | $743.44 | $743.44 | | $1,486.88 | Disallowed in its entirety and expunged | Original claim amount was erroneously double counted. All amounts asserted in the Claim |
| 125. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 8224 | Sears Holdings Corporation | | | $120.91 | | | $120.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 126. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 6604 | Sears, Roebuck and Co. | | | $69.91 | | | $69.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 127. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4642 | Sears, Roebuck and Co. | | | $48.98 | | | $48.98 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 128. | METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY | 4706 | Sears, Roebuck and Co. | | | $298.65 | | | $298.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 129. | MEXIA INDEPENDENT SCHOOL DISTRICT | 469 | Sears Holdings Corporation | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 130. | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | Sears Holdings Corporation | | $3,448.92 | | | | $3,448.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 131. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2161 | SEARS, ROEBUCK AND CO. | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 132. | MEXIA INDEPENDENT SCHOOL DISTRICT | 2237 | SEARS OPERATIONS LLC | | | $3,284.68 | | | $3,284.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 133. | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | Sears Operations LLC | | | $18,546.33 | | | $18,546.33 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

3

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 134. | MIDLAND CENTRAL APPRAISAL DISTRICT | 7293 | Sears, Roebuck and Co. | | | $19,147.86 | | | $19,147.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 135. | MINEOLA INDEPENDENT SCHOOL DISTRICT | 5197 | Sears, Roebuck and Co. | | | $4,361.99 | | | $4,361.99 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 136. | MINERAL WELLS INDEPENDENT SCHOOL DISTRICT | 4069 | Sears, Roebuck and Co. | | | $3,544.54 | | | $3,544.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 137. | MONTGOMERY COUNTY | 20290 | Sears, Roebuck and Co. | | $10,258.39 | | | | $10,258.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 138. | MULTNOMAH COUNTY-DART | 6700 | Kmart Corporation | | | $5,620.54 | | | $5,620.54 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 139. | NACOGDOCHES COUNTY, ET AL. | 5872 | Sears, Roebuck and Co. | | | $3,068.56 | | | $3,068.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 140. | NAVARRO COUNTY | 20336 | Sears, Roebuck and Co. | | $8,921.91 | $8,921.91 | | | $17,843.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 141. | NAVARRO COUNTY | 20366 | Sears, Roebuck and Co. | | $8,921.91 | | | | $8,921.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 142. | NOLAN COUNTY | 3929 | Sears, Roebuck and Co. | | | $2,267.36 | | | $2,267.36 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 143. | NUECES COUNTY | 20383 | Sears, Roebuck and Co. | | | $63,151.27 | | | $63,151.27 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 144. | PALM BEACH COUNTY TAX COLLECTOR | 19396 | Sears, Roebuck and Co. | | | $7,993.90 | | | $7,993.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 145. | PALO PINTO COUNTY | 3920 | Sears, Roebuck and Co. | | | $1,933.38 | | | $1,933.38 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 146. | PASADENA INDEPENDENT SCHOOL DISTRICT | 8066 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 147. | PECOS COUNTY | 1092 | Sears Holdings Corporation | | | $5,260.50 | | | $5,260.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 148. | PIERCE COUNTY FINANCE | 8718 | Sears, Roebuck and Co. | | | $4,416.60 | | | $4,416.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 149. | PIERCE COUNTY FINANCE | 8908 | Sears, Roebuck and Co. | | $87.83 | | | | $87.83 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 150. | PLATTE COUNTY COLLECTOR (DCN-790 (B)) | 6270 | Sears Holdings Corporation | | | | $3,249.41 | | $3,249.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 151. | POLK COUNTY | 4340 | Sears, Roebuck and Co. | | | $5,919.40 | | | $5,919.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 152. | POLK COUNTY | 20294 | SEARS, ROEBUCK AND CO. | | $5,519.40 | | | | $5,519.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 153. | POPE COUNTY TAX COLLECTOR | 13240 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 154. | PORTER COUNTY TREASURER | 20243 | Kmart Corporation | | | | $4,405.82 | | $4,405.82 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 155. | PUEBLO COUNTY TREASURER | 17331 | SEARS HOLDINGS CORPORATION | | | $40,687.23 | $40,687.23 | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 156. | PUEBLO COUNTY TREASURER | 10776 | Sears Holdings Corporation | | | $40,687.23 | | | $40,687.23 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 157. | PUEBLO COUNTY TREASURER | 10787 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 158. | PUEBLO COUNTY TREASURER | 10795 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 159. | PUEBLO COUNTY TREASURER | 18287 | Sears Holdings Corporation | | | $1,001.88 | | | $1,001.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 160. | RICHARDSON INDEPENDENT SCHOOL DISTRICT | 3870 | Sears, Roebuck and Co. | | | $23,232.59 | | | $23,232.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 161. | RICHLAND COUNTY TREASURY | 7749 | Sears Holdings Corporation | | | | $122,607.34 | | $122,607.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 162. | RICHMOND COUNTY TAX COMMISSIONER | 20353 | Sears, Roebuck and Co. | | | $26,586.56 | $26,586.56 | | $26,586.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 163. | SAN JUAN COUNTY | 11847 | Kmart Operations LLC | | | | $2,290.92 | | $2,290.92 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 164. | SAN JUAN COUNTY TREASURER | 11844 | Sears, Roebuck and Co. | | | | $2,072.70 | | $2,072.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 165. | SHELBY COUNTY TRUSTEE | 6567 | Sears, Roebuck and Co. | | | $34,020.00 | | | $34,020.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 166. | SHELBY COUNTY TRUSTEE | 6582 | Sears Holdings Management Corporation | | | $1,738.67 | | | $1,738.67 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 167. | SHELBY COUNTY TRUSTEE | 6583 | Sears, Roebuck and Co. | | | $304.56 | | | $304.56 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 168. | SHELBY COUNTY TRUSTEE | 6616 | Sears, Roebuck and Co. | | | $32,400.00 | | | $32,400.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 169. | SHELBY COUNTY TRUSTEE | 6618 | Sears Holdings Management Corporation | | | $126,287.10 | | | $126,287.10 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 170. | SHELBY COUNTY TRUSTEE | 6620 | Sears Holdings Management Corporation | | | $23,883.26 | | | $23,883.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 171. | SHELBY COUNTY TRUSTEE | 6621 | Sears Holdings Management Corporation | | | $34.79 | | | $34.79 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 172. | SHELBY COUNTY TRUSTEE | 6623 | Sears Holdings Management Corporation | | | $173.32 | | | $173.32 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 173. | SHELBY COUNTY TRUSTEE | 6624 | Sears, Roebuck and Co. | | | $2,086.16 | | | $2,086.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 174. | SHELBY COUNTY TRUSTEE | 6625 | Sears, Roebuck and Co. | | | $11,587.86 | | | $11,587.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

\* Asserted amount includes any unliquidated amounts.

4

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Schedule of Satisfied Claims to be Disallowed & Expunged | | | | | Asserted Total Claim Amount | Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | | | |
| 175. | SHELBY COUNTY TRUSTEE | 6626 | Sears Holdings Management Corporation | | | | | | $16,344.18 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 176. | SHELBY COUNTY TRUSTEE | 6730 | Sears, Roebuck and Co. | | | | | | $22,072.50 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 177. | SHELBY COUNTY TRUSTEE | 8273 | Sears, Roebuck and Co. | | | | | | $4,531.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 178. | SHERIFF & TREASURER OF HARRISON COUNTY | 19273 | Sears Holdings Corporation | | | | $1,574.26 | | $1,574.26 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 179. | SMITH COUNTY | 3616 | Sears, Roebuck and Co. | | | $13,708.86 | | | $13,708.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 180. | SOLANO COUNTY TAX COLLECTOR | 19979 | Sears, Roebuck and Co. | | | $13,505.55 | | | $13,505.55 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 181. | ST. LOUIS COUNTY COLLECTOR OF REVENUE | 9492 | Sears Holdings Corporation | | | | $32.30 | | $32.30 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 182. | STANISLAUS COUNTY TAX COLLECTOR | 20078 | Sears Holdings Management Corporation | | | | $946.04 | $946.04 | $1,892.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 183. | STANISLAUS COUNTY TAX COLLECTOR | 20100 | SEARS HOLDINGS MANAGEMENT | | | | $946.04 | | $946.04 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 184. | STEPHENVILLE ISD | 20347 | Sears, Roebuck and Co. | | $3,569.08 | | | | $7,138.16 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 185. | STEPHENVILLE ISD | 20378 | SEARS, ROEBUCK AND CO. | | $3,569.08 | | | | $3,569.08 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 186. | SULPHUR SPRINGS ISD | 20349 | Sears, Roebuck and Co. | | $3,700.86 | | | | $7,401.72 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 187. | SULPHUR SPRINGS ISD | 20379 | Sears, Roebuck and Co. | | $3,700.86 | | | | $3,700.86 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 188. | SWEETWATER INDEPENDENT SCHOOL DISTRICT | 3919 | Sears, Roebuck and Co. | | | $2,924.21 | | | $2,924.21 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 189. | Tarrant County | 4202 | Sears, Roebuck and Co. | | | $326,238.91 | | | $326,238.91 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 190. | Tarrant County | 4617 | Sears, Roebuck and Co. | | | $307,910.71 | | | $307,910.71 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 191. | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 192. | TAXING DISTRICTS COLLECTED BY RANDALL COUNTY | 7409 | Sears, Roebuck and Co. | | | $19,199.20 | | | $19,199.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 193. | TERRY CAD | 4755 | Sears Holdings Corporation | | | $284.90 | | | $284.90 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 194. | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4519 | Sears Holdings Corporation | | | $213,745.01 | | | $213,745.01 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 195. | THE CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL | 4705 | Sears Holdings Corporation | | | $102,044.44 | | | $102,044.44 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 196. | THE COUNTY OF HENDERSON, TEXAS | 20313 | Sears Holdings Corporation | | $3,096.94 | | | | $3,096.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 197. | THE COUNTY OF WHARTON | 4803 | Sears Operations LLC | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 198. | THE TOWN OF WINDHAM, CT | 10606 | Sears Holdings Corporation | | | $95,144.88 | | | $95,144.88 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 199. | THURSTON COUNTY TREASURER | 4373 | Sears Holdings Corporation | | | $3,164.05 | | | $3,164.05 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 200. | TOWN OF WINDHAM REVENUE COLLECTOR | 8068 | Sears Holdings Corporation | | | $58,500.70 | | | $58,500.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 201. | TWIN FALLS COUNTY TREASURER | 20066 | Sears Holdings Corporation | | | | $729.00 | | $729.00 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 202. | TYLER INDEPENDENT SCHOOL DISTRICT | 5196 | Sears, Roebuck and Co. | | | $24,640.17 | | | $24,640.17 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 203. | UNIFIED GOVERNMENT TREASURY | 14130 | Sears Holdings Corporation | | | | $59,821.02 | | $59,821.02 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 204. | UVALDE COUNTY | 5540 | Sears, Roebuck and Co. | | | $7,927.65 | | | $7,927.65 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 205. | VAL VERDE COUNTY | 1430 | Sears, Roebuck and Co. | | | $5,055.13 | | | $5,055.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 206. | WASHOE COUNTY TREASURER | 19178 | Sears, Roebuck and Co. | | | $6,476.34 | | | $6,476.34 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 207. | WELD COUNTY TREASURER'S OFFICE | 3802 | Sears Holdings Corporation | | | | $3,768.20 | | $3,768.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 208. | WESLACO INDEPENDENT SCHOOL DISTRICT | 3767 | Sears, Roebuck and Co. | | | $3,243.68 | | | $3,243.68 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 209. | WHARTON CO JR COLL | 4352 | Sears, Roebuck and Co. | | | $155.70 | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 210. | WHARTON CO JR COLL | 20285 | SEARS, ROEBUCK AND CO. | | $155.70 | | | | $155.70 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 211. | WHARTON COUNTY, TEXAS | 486 | Sears Holdings Corporation | | | $3,045.59 | | | $3,045.59 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 212. | WHITFIELD COUNTY TAX COMMISSIONER | 10294 | Kmart Corporation | | | | $8,650.47 | | $8,650.47 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 213. | WHITFIELD COUNTY TAX COMMISSIONER | 20419 | Kmart Corporation | | | | $8,477.39 | | $8,477.39 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 214. | WILLIAMSON COUNTY, TEXAS | 2944 | Sears, Roebuck and Co. | | | $77,878.13 | | | $77,878.13 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 215. | WILLIAMSON COUNTY, TEXAS | 7294 | Sears, Roebuck and Co. | | | $73,047.81 | | | $73,047.81 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

* Asserted amount includes any unliquidated amounts.

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 - Claims Paid In Full

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Schedule of Satisfied Claims to be Disallowed & Expunged ||||| Extent of Allowed Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | | |
| 216. | WILLIAMSON COUNTY, TEXAS | 7907 | MaxServ, Inc. | | | $495,711.40 | | | $495,711.40 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 217. | WILSON COUNTY | 1276 | Sears Holdings Corporation | | | $5,308.60 | | | $5,308.60 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 218. | WIND GAP BOROUGH TAX COLLECTOR | 9820 | Sears Holdings Corporation | | | | | $24,306.20 | $24,306.20 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 219. | WOOD COUNTY | 20334 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | Unliquidated | | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 220. | WOOD COUNTY | 20367 | SEARS, ROEBUCK AND CO. | - | $2,213.94 | - | | - | $2,213.94 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |
| 221. | YAKIMA COUNTY TREASURER | 5786 | Sears Holdings Corporation | | | $4,176.41 | | | $4,176.41 | Disallowed in its entirety and expunged | All amounts asserted in the Claim were paid in full or otherwise satisfied |

\* Asserted amount includes any unliquidated amounts.