# Exhibit 2

**Disputed Property Tax Claims**

**Debtors' Twenty Second Omnibus Objection to Claims**
**Exhibit 2 - Disputed Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed and Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Debtors' Estimated Allowed Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | COUNTY OF LEXINGTON | 8383 | Sears Holdings Corporation | - | - | $25,088.62 | - | - | $25,088.62 | $0.00 | The Claim asserts amounts owed subsequent to the termination of the corresponding lease |
| 4. | KING COUNTY TREASURY | 11206 | Sears, Roebuck and Co. | - | - | $22,533.47 | - | - | $22,533.47 | $0.00 | All asserted amounts are either paid / satisfied or relate to properties which are not a part of the Sears Estate |
| 5. | LEE COUNTY TAX COLLECTOR | 19900 | Florida Builder Appliances, Inc. | - | - | $4,152.21 | - | - | $4,152.21 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 6. | MIAMI-DADE COUNTY TAX COLLECTOR | 7737 | Sears Holdings Corporation | - | - | $1,090.98 | - | - | $1,090.98 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 7. | MONTGOMERY COUNTY | 19910 | Sears, Roebuck and Co. | - | - | $3,735.84 | - | - | $3,735.84 | $0.00 | The Claim refers to a property which is not a part of the Sears Estate |
| 8. | PALM BEACH COUNTY TAX COLLECTOR | 11359 | Sears, Roebuck and Co. | - | - | $26,159.12 | - | - | $26,159.12 | $0.00 | The Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC. |
| 9. | Washoe County Treasurer | 26217 | Sears Holdings Corporation | - | - | - | $7,654.28 | - | $7,654.28 | $0.00 | The Claim was satisfied and/or released, as a portion of the claim has been paid and the associated contract was assumed and assigned to Transform Holdco LLC for the remaining amount |

\* Asserted amount includes any unliquidated amounts.