**Exhibit 3**

**Duplicate/Amended Property Tax Claims**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 3 - Amended or Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed* | Asserted Debtor | Claims to be Disallowed ||||| Name of Claimant | Surviving Claim No.* | Asserted Debtor | Surviving Claims |||| Reason for Claim to be Disallowed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Asserted 503(b)(9) Administrative Priority Claim Amount** | Asserted Administrative Priority Claim Amount** | Asserted Secured Claim Amount** | Asserted Priority Claim Amount** | Asserted General Unsecured Claim Amount** | Asserted Total Claim Amount** | | | | Asserted 503(b)(9) Administrative Priority Claim Amount** | Asserted Administrative Priority Claim Amount** | Asserted Secured Claim Amount** | Asserted Priority Claim Amount** | Asserted General Unsecured Claim Amount** | Asserted Total Claim Amount** | |
| 1. | ANDERSON COUNTY, TEXAS | 440 | SEARS OPERATIONS LLC | | | $7,029.77 | | | $7,029.77 | ANDERSON COUNTY, TEXAS | 3818 | SEARS HOLDINGS CORPORATION | | | $7,029.77 | | | $7,029.77 | Duplicate |
| 2. | ANDERSON COUNTY, TEXAS | 3801 | SEARS, ROEBUCK AND CO. | | | $7,029.77 | | | $7,029.77 | ANDERSON COUNTY, TEXAS | 3818 | SEARS HOLDINGS CORPORATION | | | $7,029.77 | | | $7,029.77 | Duplicate |
| 3. | ATLANTA ISD | 20322 | SEARS, ROEBUCK AND CO. | | $1,955.67 | | | | $1,955.67 | ATLANTA ISD | 20499 | SEARS, ROEBUCK AND CO. | | $1,955.67 | | | | $1,955.67 | Duplicate |
| 4. | BASTROP COUNTY | 2349 | SEARS, ROEBUCK AND CO. | | | $7,661.93 | | | $7,661.93 | BASTROP COUNTY | 4806 | SEARS OPERATIONS LLC | | | $7,661.93 | | | $7,661.93 | Duplicate |
| 5. | Bell County Tax Appraisal District | 391 | Sears Holdings Corporation | | | $52,288.14 | | | $52,288.14 | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 | Duplicate |
| 6. | Bell County Tax Appraisal District | 3047 | Sears, Roebuck and Co. | | | $52,288.14 | | | $52,288.14 | Tax Appraisal District of Bell County | 4677 | Sears Operations LLC | | | $52,288.14 | | | $52,288.14 | Duplicate |
| 7. | Bowie CAD | 1466 | Kmart Stores of Texas LLC | | | $109,848.12 | | | $109,848.12 | | | | | | | | | | Duplicate |
| 8. | Bowie CAD | 1474 | Kmart Corporation | | | $109,848.12 | | | $109,848.12 | | | | | | | | | | Duplicate |
| 9. | Bowie Central Appraisal District | 2129 | Sears Operations LLC | | | $109,848.12 | | | $109,848.12 | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 | Duplicate |
| 10. | Bowie Central Appraisal District | 3805 | Sears, Roebuck and Co. | | | $109,848.12 | | | $109,848.12 | | | | | | | | | | Duplicate |
| 11. | Bowie CAD | 418 | Sears Holdings Corporation | | | $109,848.12 | | | $109,848.12 | Bowie Central Appraisal District, collecting property taxes for The County of Bowie, Texas, The City of … | 26252 | Sears Holdings Corporation | | | $21,052.46 | | | $21,052.46 | Amended |
| 12. | Bowie Central Appraisal District | 6988 | Sears Holdings Corporation | | | $115,340.57 | | | $115,340.57 | Bowie Central Appraisal District, Texas | 20403 | Sears Holdings Corporation | | | $17,122.85 | | | $17,122.85 | Amended |
| 13. | BRAZOS COUNTY, TEXAS | 333 | SEARS HOLDINGS CORPORATION | | | $27,941.92 | | | $27,941.92 | BRAZOS COUNTY, TEXAS | 4808 | SEARS OPERATIONS LLC | | | $27,941.92 | | | $27,941.92 | Duplicate |
| 14. | BROWN COUNTY APPRAISAL DISTRICT | 3373 | SEARS OPERATIONS LLC | | | $9,022.91 | | | $9,022.91 | BROWN COUNTY APPRAISAL DISTRICT | 4717 | SEARS, ROEBUCK AND CO. | | | $9,022.91 | | | $9,022.91 | Duplicate |
| 15. | CAMERON COUNTY | 20247 | SEARS, ROEBUCK AND CO. | | | $50,821.96 | | | $50,821.96 | CAMERON COUNTY | 20413 | KMART CORPORATION | | | $50,821.96 | | | $50,821.96 | Duplicate |
| 16. | CHEROKEE COUNTY CAD | 398 | SEARS OPERATIONS LLC | | | $3,260.95 | | | $3,260.95 | CHEROKEE COUNTY CAD | 2073 | SEARS HOLDINGS CORPORATION | | | $3,260.95 | | | $3,260.95 | Duplicate |
| 17. | CITY OF ATLANTA | 20321 | SEARS, ROEBUCK AND CO. | | $1,017.32 | | | | $1,017.32 | CITY OF ATLANTA | 20498 | SEARS, ROEBUCK AND CO. | | $1,017.32 | | | | $1,017.32 | Duplicate |
| 18. | CITY OF EAGLE PASS | 20382 | SEARS, ROEBUCK AND CO. | | $1,492.72 | | | | $1,492.72 | CITY OF EAGLE PASS | 20495 | SEARS, ROEBUCK AND CO. | | $1,492.72 | | | | $1,492.72 | Duplicate |
| 19. | CITY OF FRISCO | 20315 | SEARS, ROEBUCK AND CO. | | $1,080.25 | | | | $1,080.25 | CITY OF FRISCO | 20496 | SEARS, ROEBUCK AND CO. | | $1,080.25 | | | | $1,080.25 | Duplicate |
| 20. | CITY OF STEPHENVILLE | 20348 | SEARS, ROEBUCK AND CO. | | $1,331.85 | | | | $1,331.85 | CITY OF STEPHENVILLE | 20361 | SEARS, ROEBUCK AND CO. | | $1,331.85 | | | | $1,331.85 | Duplicate |
| 21. | CITY OF SULPHUR SPRINGS | 20319 | SEARS, ROEBUCK AND CO. | | $1,205.78 | | | | $1,205.78 | CITY OF SULPHUR SPRINGS | 3574 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 | Duplicate |
| 22. | CITY OF SULPHUR SPRINGS | 20504 | SEARS OPERATIONS LLC | | $1,205.78 | | | | $1,205.78 | CITY OF SULPHUR SPRINGS | 3574 | SEARS, ROEBUCK AND CO. | | | $1,205.78 | | | $1,205.78 | Duplicate |
| 23. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 7287 | SEARS HOLDINGS CORPORATION | | $55,260.99 | | | | $55,260.99 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 20399 | SEARS, ROEBUCK AND CO. | | | $41,166.43 | | | $41,166.43 | Amended |
| 24. | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 497 | SEARS, ROEBUCK AND CO. | | $1,474.56 | | | | $1,474.56 | CITY OF WACO AND/OR WACO INDEPENDENT SCHOOL DISTRICT | 2319 | SEARS HOLDINGS CORPORATION | | | $1,474.56 | | | $1,474.56 | Duplicate |
| 25. | Dallas County | 20327 | Sears, Roebuck and Co. | | $1,059,413.65 | | | | $1,059,413.65 | Dallas County | 20365 | Sears, Roebuck and Co. | | $1,059,413.65 | | | | $1,059,413.65 | Duplicate |
| 26. | DENTON COUNTY, TEXAS | 2263 | SEARS OPERATIONS LLC | | | $34,419.06 | | | $34,419.06 | DENTON COUNTY, TEXAS | 2267 | SEARS, ROEBUCK AND CO. | | | $34,419.06 | | | $34,419.06 | Duplicate |
| 27. | EAGLE PASS ISD | 20385 | SEARS, ROEBUCK AND CO. | | $3,206.60 | | | | $3,206.60 | EAGLE PASS ISD | 20494 | SEARS, ROEBUCK AND CO. | | $3,206.60 | | | | $3,206.60 | Duplicate |
| 28. | ELKO COUNTY TREASURER | 19073 | SEARS, ROEBUCK AND CO. | | | | $9,369.19 | | $9,369.19 | ELKO COUNTY TREASURER | 20543 | SEARS, ROEBUCK AND CO. | | | | $9,376.19 | | $9,376.19 | Duplicate |
| 29. | ELLIS COUNTY | 20323 | SEARS, ROEBUCK AND CO. | | $8,483.16 | | | | $8,483.16 | ELLIS COUNTY | 20506 | SEARS, ROEBUCK AND CO. | | $8,483.16 | | | | $8,483.16 | Duplicate |
| 30. | ERATH COUNTY, TEXAS | 437 | SEARS OPERATIONS LLC | | | $994.52 | | | $994.52 | ERATH COUNTY, TEXAS | 3794 | SEARS HOLDINGS CORPORATION | | | $994.52 | | | $994.52 | Duplicate |
| 31. | ERATH COUNTY, TEXAS | 3532 | SEARS, ROEBUCK AND CO. | | | $994.52 | | | $994.52 | ERATH COUNTY, TEXAS | 3794 | SEARS HOLDINGS CORPORATION | | | $994.52 | | | $994.52 | Duplicate |
| 32. | HARRISON CENTRAL APPRAISAL DISTRICT | 445 | SEARS OPERATIONS LLC | | | $4,765.82 | | | $4,765.82 | HARRISON CAD | 2948 | SEARS HOLDINGS CORPORATION | | | $4,765.82 | | | $4,765.82 | Duplicate |
| 33. | HARRISON COUNTY, TEXAS | 441 | SEARS OPERATIONS LLC | | | $890.47 | | | $890.47 | HARRISON COUNTY, TEXAS | 2264 | SEARS HOLDINGS CORPORATION | | | $890.47 | | | $890.47 | Duplicate |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

8

**Debtors' Twenty Second Omnibus Objection to Claims**
**Exhibit 3 - Amended or Duplicate Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed* | Asserted Debtor | Claims to be Disallowed | | | | | | Reason for Claim to be Disallowed | Name of Claimant | Surviving Claim No.* | Asserted Debtor | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Asserted 503(b)(9) Administrative Priority Claim Amount** | Asserted Administrative Priority Claim Amount** | Asserted Secured Claim Amount** | Asserted Priority Claim Amount** | Asserted General Unsecured Claim Amount** | Asserted Total Claim Amount** | | | | | Asserted 503(b)(9) Administrative Priority Claim Amount** | Asserted Administrative Priority Claim Amount** | Asserted Secured Claim Amount** | Asserted Priority Claim Amount** | Asserted General Unsecured Claim Amount** | Asserted Total Claim Amount** |
| 34. | HAYS COUNTY, TEXAS | 475 | SEARS OPERATIONS LLC | | | $393.58 | | | $393.58 | Duplicate | HAYS COUNTY, TEXAS | 3799 | SEARS HOLDINGS CORPORATION | | | $393.58 | | | $393.58 |
| 35. | HOOD CAD | 20320 | SEARS, ROEBUCK AND CO. | | $4,143.91 | | | | $4,143.91 | Duplicate | HOOD CAD | 20497 | SEARS, ROEBUCK AND CO. | | $4,143.91 | | | | $4,143.91 |
| 36. | HOPKINS COUNTY | 20324 | SEARS, ROEBUCK AND CO. | | $2,397.55 | | | | $2,397.55 | Duplicate | HOPKINS COUNTY | 20500 | SEARS, ROEBUCK AND CO. | | $2,397.55 | | | | $2,397.55 |
| 37. | IRVING ISD | 20350 | SEARS, ROEBUCK AND CO. | | $8,456.26 | | | | $8,456.26 | Duplicate | IRVING ISD | 20360 | SEARS, ROEBUCK AND CO. | | $8,456.26 | | | | $8,456.26 |
| 38. | MCLENNAN COUNTY | 20231 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 | Duplicate | MCLENNAN COUNTY | 20375 | SEARS, ROEBUCK AND CO. | | | $12,535.78 | | | $12,535.78 |
| 39. | MEXIA INDEPENDENT SCHOOL DISTRICT | 7178 | SEARS, ROEBUCK AND CO. | | $3,448.92 | | | | $3,448.92 | Duplicate | MEXIA INDEPENDENT SCHOOL DISTRICT | 7322 | SEARS HOLDINGS CORPORATION | | $3,448.92 | | | | $3,448.92 |
| 40. | MIDLAND CAD | 478 | SEARS HOLDINGS CORPORATION | | | $18,546.33 | | | $18,546.33 | Duplicate | MIDLAND CENTRAL APPRAISAL DISTRICT | 3809 | SEARS OPERATIONS LLC | | | $18,546.33 | | | $18,546.33 |
| 41. | Tarrant County | 20332 | Sears, Roebuck and Co. | | $157,404.19 | | | | $157,404.19 | Duplicate | Tarrant County | 20356 | Sears, Roebuck and Co. | | $157,404.19 | | | | $157,404.19 |
| 42. | Bell County TAD | 7040 | Sears Holdings Corporation | | $54,902.65 | | | | $54,902.65 | Amended | | | | | | | | | |
| 43. | Tax Appraisal District of Bell County, Texas | 20396 | Sears Holdings Corporation | | | $48,476.78 | | | $48,476.78 | Amended | Tax Appraisal District of Bell County | 26093 | Sears Holdings Corporation | | $45,297.05 | | | | $45,297.05 |
| 44. | TERRY CAD | 544 | SEARS OPERATIONS LLC | | | $284.90 | | | $284.90 | Duplicate | TERRY CAD | 4755 | SEARS HOLDINGS CORPORATION | | | $284.90 | | | $284.90 |
| 45. | TWIN FALLS COUNTY TREASURER | 17198 | SEARS HOLDINGS CORPORATION | | | | $729.00 | | $729.00 | Duplicate | TWIN FALLS COUNTY TREASURER | 20066 | SEARS HOLDINGS CORPORATION | | | | $729.00 | | $729.00 |
| 46. | WILLIAMSON COUNTY, TEXAS | 483 | SEARS HOLDINGS CORPORATION | | | $77,878.13 | | | $77,878.13 | Duplicate | WILLIAMSON COUNTY, TEXAS | 2944 | SEARS, ROEBUCK AND CO. | | | $77,878.13 | | | $77,878.13 |
| 47. | WILLIAMSON COUNTY, TEXAS | 7212 | SEARS HOLDINGS CORPORATION | | | $73,047.81 | | | $73,047.81 | Duplicate | WILLIAMSON COUNTY, TEXAS | 7294 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 |
| 48. | WILLIAMSON COUNTY, TEXAS | 7252 | SEARS, ROEBUCK AND CO. | | | $73,047.81 | | | $73,047.81 | Duplicate | | | | | | | | | |
| 49. | YAVAPAI COUNTY TREASURER | 12668 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 | Duplicate | YAVAPAI COUNTY TREASURER | 12715 | SEARS HOLDINGS CORPORATION | | | $2,580.01 | | | $2,580.01 |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.