# EXHIBIT A

**Ballard Spahr LLP**

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY 10019

March 18, 2021
Invoice No. 20210304210

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:    Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $7,084.00 |
| **Total Invoice Amount** | **$7,084.00** |

| 071820.02 - 00315861 | March 18, 2021 |
|---|---|
| Vincent J. Marriott, III | Invoice No. 20210304210 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 02/01/21 | Further review and revision of fee examiner's status report re: interim fee and expense applications of estate professionals and related settlement discussions (.40); telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: same (.20) | 1,540.00 | 0.60 | 924.00 |
| Harner,P.E. | 02/02/21 | Telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: analysis of aggregate fees and expenses of estate professionals and related administrative solvency issues (.20); review and analyze related data re: same (.30) | 1,540.00 | 0.50 | 770.00 |
| Harner,P.E. | 02/03/21 | Prepare for and participate in conference call with P. Schwartzberg (UST) and V. Marriott re: status of review of professionals' fee and expense applications and related settlement discussions (.50); follow-up telephone conference with V. Marriott re: same (.10) | 1,540.00 | 0.60 | 924.00 |
| Harner,P.E. | 02/22/21 | Draft, review and revise reply to Akin Gump response to preliminary report re: second through fifth interim fee and applications and prospective objections (.90); telephone conferences and correspondence with V. Marriott and S. Brauner re: same (.30) | 1,540.00 | 1.30 | 2,002.00 |
| Harner,P.E. | 02/23/21 | Prepare for and participate in telephonic bankruptcy court hearing re: sixth interim fee and expense applications (.80); follow-up telephone conferences with V. Marriott and T. Daluz re: same (.30); correspondence with S. Brauner re: same and contract lawyers/fee detail issue (.20); review and analyze background materials re: same (.30) | 1,540.00 | 1.60 | 2,464.00 |
| **Total B170** | | | | 4.60 | 7,084.00 |
| **Total Fees** | | | | 4.60 | **$7,084.00** |

071820.02 - 00315861  
Vincent J. Marriott, III

March 18, 2021  
Invoice No. 20210304210

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Harner,P.E. | 4.60 | 1,540.00 | 7,084.00 |
| **Total Fees** | **4.60** | | **$7,084.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                             March 18, 2021
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                    Invoice No. 20210304210
1675 Broadway, 19th Floor
New York, NY 10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $7,084.00 |
| **Total Invoice Amount** | **$7,084.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days