# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                          March 18, 2021
1675 Broadway                                           Invoice No. 20210304209
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2021

**INVOICE SUMMARY**

Professional Fees                                                           $20,017.50

**Total Invoice Amount**                                                    **$20,017.50**

| 071820.03 - 00317415 | | | | | March 18, 2021 |
| --- | --- | --- | --- | --- | --- |
| Vincent J. Marriott, III | | | | | Invoice No. 20210304209 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 02/01/21 | Finalize monthly fee application for filing | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 02/02/21 | Attend to filing of monthly fee application | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 02/03/21 | Correspondence with C. McClamb re: monthly fee application | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 02/03/21 | Review and edit monthly fee application | 545.00 | 0.60 | 327.00 |
| Daluz,T.M. | 02/16/21 | Attend to exhibits for monthly fee application | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 02/25/21 | Review and revise monthly fee application | 995.00 | 0.60 | 597.00 |
| Daluz,T.M. | 02/25/21 | Attend to monthly fee application exhibits | 995.00 | 0.40 | 398.00 |
| Daluz,T.M. | 02/26/21 | Correspondence with C. McClamb re: filing of fee application | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 02/26/21 | Review and edit monthly fee statement | 545.00 | 0.50 | 272.50 |
| **Total B160** | | | | **3.60** | **3,087.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 02/01/21 | Review status of preliminary reports. | 1,085.00 | 0.50 | 542.50 |
| Daluz,T.M. | 02/01/21 | Review and revise reservation of rights re: fee hearings | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 02/01/21 | Review and revise status report | 545.00 | 0.80 | 436.00 |
| McClamb,C.D. | 02/01/21 | E-mails with P. Harner, V. Marriott and T. Daluz re: status report | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 02/01/21 | E-mails with M. Kleissler re: Weil fee data | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 02/01/21 | Review Herrick, Feinstein LLP third interim fee application time entries | 420.00 | 1.80 | 756.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

March 18, 2021  
Invoice No. 20210304209

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 02/02/21 | Correspondence with P. Harner, V. Marriott, and C. McClamb re: fee hearing | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 02/02/21 | Review and comment on chart of total fees requested | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 02/02/21 | E-mails with P. Harner and T. Daluz re: interim order and fee applications | 545.00 | 0.70 | 381.50 |
| McClamb,C.D. | 02/02/21 | Compile fee information | 545.00 | 2.50 | 1,362.50 |
| Marriott, III,V.J. | 02/03/21 | Conference with P. Harner and US Trustee re: status of fee negotiations | 1,085.00 | 0.50 | 542.50 |
| McClamb,C.D. | 02/03/21 | E-mails with C. Pollard and K. Neitzel re: fee data | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 02/04/21 | Correspond with M. Vesper re: Weil review | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 02/04/21 | Review Akin response to preliminary report | 545.00 | 0.40 | 218.00 |
| Vesper,M.A. | 02/04/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 2.70 | 1,134.00 |
| Marriott, III,V.J. | 02/08/21 | Attend to Akin response to preliminary report; review recent filings | 1,085.00 | 0.40 | 434.00 |
| McClamb,C.D. | 02/08/21 | E-mails with P. Harner re: status of review | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 02/08/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 1.30 | 546.00 |
| Vesper,M.A. | 02/09/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 1.90 | 798.00 |
| Vesper,M.A. | 02/10/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 2.10 | 882.00 |
| Vesper,M.A. | 02/11/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 1.10 | 462.00 |
| Marriott, III,V.J. | 02/22/21 | Review Akin response to preliminary report and conference with P. Harner re: same | 1,085.00 | 0.60 | 651.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

March 18, 2021  
Invoice No. 20210304209

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 02/22/21 | Correspondence with Akin team, P. Harner and V. Marriott re: response to preliminary report on 2-5th interim fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 02/22/21 | Review agenda of hearing | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 02/22/21 | Review form of interim order in preparation of hearing | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 02/22/21 | E-mails with P. Harner and T. Daluz re: fee hearing | 545.00 | 0.30 | 163.50 |
| Marriott, III,V.J. | 02/23/21 | Review outcome of status conference (0.3); review correspondence re: Akin preliminary report (0.1) | 1,085.00 | 0.40 | 434.00 |
| Daluz,T.M. | 02/23/21 | Review docket to confirm filing of Fee Examiner statement and exclusion from agenda | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 02/23/21 | Call with P. Harner in preparation of hearing on interim fee applications | 995.00 | 0.40 | 398.00 |
| Daluz,T.M. | 02/23/21 | Participate in hearing | 995.00 | 0.60 | 597.00 |
| Daluz,T.M. | 02/23/21 | Participate in conference call with P. Harner and V. Marriott re: next steps | 995.00 | 0.80 | 796.00 |
| McClamb,C.D. | 02/23/21 | E-mails with K. Neitzel re: fee data status | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 02/24/21 | E-mails with K. Neitzel re; status of fee data | 545.00 | 0.20 | 109.00 |
| Neitzel,K.N. | 02/24/21 | Prepare fee data to be loaded into Relativity workspace and import data for attorney review | 360.00 | 2.90 | 1,044.00 |
| McClamb,C.D. | 02/25/21 | Revise professional fee chart | 545.00 | 1.30 | 708.50 |
| Neitzel,K.N. | 02/26/21 | Prepare fee data to be loaded into Relativity workspace and import data for attorney review | 360.00 | 2.00 | 720.00 |
| Neitzel,K.N. | 02/27/21 | Prepare fee data to be loaded into Relativity workspace and import data for attorney review | 360.00 | 1.00 | 360.00 |
| **Total B170** | | | | 30.30 | 16,930.50 |
| **Total Fees** | | | | 33.90 | $20,017.50 |

071820.03 - 00317415  
Vincent J. Marriott, III

March 18, 2021  
Invoice No. 20210304209

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 6.00 | 995.00 | 5,970.00 |
| Marriott, III,V.J. | 2.40 | 1,085.00 | 2,604.00 |
| McClamb,C.D. | 8.70 | 545.00 | 4,741.50 |
| Vesper,M.A. | 10.90 | 420.00 | 4,578.00 |
| Neitzel,K.N. | 5.90 | 360.00 | 2,124.00 |
| **Total Fees** | **33.90** | | **$20,017.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                          March 18, 2021
1675 Broadway                                           Invoice No. 20210304209
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $20,017.50 |
| **Total Invoice Amount** | **$20,017.50** |

*REMITTANCE*

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days