Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 18-23538-RDD

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5   In the Matter of:

6

7   SEARS HOLDINGS CORPORATION,

8

9        Debtor.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11

12              United States Bankruptcy Court

13              300 Quarropas Street, Room 248

14              White Plains, NY 10601

15

16              March 23, 2021

17              10:07 AM

18

19

20

21  B E F O R E :

22  HON ROBERT D. DRAIN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:  JUSTIN WALKER

Page 2

1    HEARING re Notice of Agenda of Matters Scheduled for

2    Telephonic Hearing on March 23, 2021 at 10:00 a.m.

3

4    HEARING re Motion for Relief from Stay filed by James P.

5    Pagano on behalf of Movants/Class Representatives Nina and

6    Gerald Greene (ECF #6212)

7

8    HEARING re Objection to Motion for Relief From Automatic

9    Stay (related document(s)6212) filed by Luke A Barefoot on

10   behalf of Transform SR LLC, Transform SR Protection LLC,

11   Transform Holdco LLC. (ECF #6366)

12

13   HEARING re Stipulation and Pre-Trial Scheduling Order Signed

14   on 3/2/2020 Among Transform Holdco LLC and Greene Class

15   Action Plaintiffs (related document(s)7313, 6212) (ECF

16   #9331)

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :

 2

 3   WEIL, GOTSHAL & MANGES LLP

 4        Attorneys for the Debtors

 5        767 Fifth Avenue

 6        New York, NY 10153

 7

 8   BY:  JACQUELINE MARCUS (TELEPHONICALLY)

 9

10   KAUFMAN, COREN & RESS PC

11        Attorneys for Class Representatives

12        2001 Market Street

13        Philadelphia, PA 19103

14

15   BY:  BEN MATHER (TELEPHONICALLY)

16

17   CLEARY GOTTLIEB STEEN & HAMILTON LLP

18        Attorneys for Transform Holdco and its Affiliates

19        One Liberty Plaza

20        New York, NY 10006

21

22   BY:  LUKE BAREFOOT (TELEPHONICALLY)

23

24

25
```

Page 4

P R O C E E D I N G S

1

2          THE COURT:  Good morning.  This is Judge Drain.

3     We're here in In re Sears Holdings Corporation.  This is a

4     telephonic conference today.  You should keep your phone on

5     mute unless you're speaking in light of that.

6          If you want to order a transcript, you should

7     contact our Clerk's Office.  Court Solutions provides the

8     recording on a daily basis to the Clerk's Office for that

9     purpose.  I have the revised agenda for today's calendar,

10    and unless I'm missing something, the only matter that's on

11    the calendar is the final pre-trial conference in the motion

12    of class representatives Nina and Gerald Green for relief

13    from the automatic stay as previously provided for in the

14    second pre-trial and scheduling order entered in connection

15    with this matter on March 2nd and reflecting the last pre-

16    trial conference that we had on the matter, which was on

17    January 28th, 2021.

18          So unless someone wants to say anything in

19    advance, so turning to that pre-trial conference, I'll turn

20    to that pre-trial conference.

21          MS. MARCUS:  Good morning, Your Honor.  This is

22    Jacqueline Marcus from Weil, Gotshal and Manges on behalf of

23    Sears Holdings and its affiliates.  You're correct, Your

24    Honor, that's the only matter that's on the calendar this

25    morning.

Page 5

```
 1              THE COURT:  Okay.  Very well.  So why don't I take
 2     the appearances of Counsel in that conference?
 3              MR. MATHER:  Good morning, Your Honor.  It's Ben
 4     Mather and Janice Daul from Kaufman, Coren & Ress on behalf
 5     of the class representatives.
 6              THE COURT:  Good morning.
 7              MR. BAREFOOT:  Good morning, Your Honor.  Luke
 8     Barefoot from Cleary, Gottlieb, Steen & Hamilton for
 9     Transform Holdco and its affiliates.
10              THE COURT:  Okay, good morning.  All right, I'm
11     assuming because March 2nd was fairly recently, that the
12     parties did complete the two depositions and that there's no
13     more discovery to be had on this matter?
14              MR. BAREFOOT:  Your Honor --
15              MR. MATHER:  Your Honor --
16              MR. BAREFOOT:  Go ahead, Mr. Mather.  Apologies.
17              MR. MATHER:  Thank you, Mr. Barefoot.  We
18     completed one yesterday and we have the other scheduled for
19     next week.
20              THE COURT:  Okay, very well.  And that's the only
21     discovery, unless I guess that deposition raises some brand
22     new issue.
23              MR. MATHER:  That's correct.  Excuse me.  Ben
24     Mather -- that's correct, Your Honor.
25              THE COURT:  All right.  So as contemplated by the
```

Page 6

1   March 2nd order, unless this matter isn't resolved

2   beforehand, the next step before me at least will be an

3   evidentiary hearing on May 4th?

4           MR. MATHER:  Ben Mather, that's correct, Your

5   Honor.

6           THE COURT:  Okay.  And the order already lays out

7   how the parties would proceed in advance of that hearing in

8   terms of providing each other and the Court with witness

9   declarations and exhibit books.  Hopefully exhibit books

10  that are agreed as to the admissibility of the exhibits

11  without any disputes, but obviously the parties have leeway

12  to rise disputes as to admissibility of the exhibits and/or

13  portions of the declarations under that order.

14          There's also to be some briefing before the

15  evidentiary hearing.  As to the schedule on any of that,

16  have there been any changes from what's set out in the March

17  2 order?

18          MR. MATHER:  Ben Mather.  No, Your Honor, there

19  have been no changes.

20          THE COURT:  Okay, very well.  So I think we're all

21  set to go on this.  I had anticipated that I might get an

22  argument from one side or the other or both, that the plain

23  meeting of the APA and the sale order precludes the

24  admission of any parole evidence.  I don't know if that's

25  still contemplated or whether the parties have basically

Page 7

1    accepted between themselves that they'll put the evidence

2    before me as well, and I can rule based on the document

3    alone.  Or, the document plus the evidence?

4          MR. MATHER:  Ben Mather, Your Honor --

5          MR. BAREFOOT:  Your Honor, Luke Barefoot -- go

6    ahead, Mr. Mather.  I apologize.

7          MR. MATHER:  That's okay, Mr. Barefoot.  Your

8    Honor, Ben Mather.  We intend, as the class representatives,

9    to still make that argument.

10          THE COURT:  Okay.  The plain meaning argument?

11          MR. MATHER:  Yes.

12          THE COURT:  Okay.  And I'm assuming that Transform

13    does also?

14          MR. BAREFOOT:  Luke Barefoot for Transform, Your

15    Honor.  That's correct.  I believe that both Plaintiffs and

16    Transform will argue in the first instance, that you can

17    resolve this based on the plain meaning of the APA and the

18    sale order, but that to the extent you find an ambiguity in

19    the document, the parole evidence will be before you and you

20    can alternatively rule on that basis.

21          THE COURT:  Okay.  All right.  Very well.  I guess

22    the only other thing I would want to discuss, but would

23    either of you are free to discuss, you know, if you want to

24    discuss, too, is the trial itself.  May 4th is a ways off.

25    And it's conceivable to me that the parties participating in

Page 8

1    the trial at that point will be comfortable doing it in

2    person given, you know, the state of vaccinations.

3              But if they are not, if a witness or Counsel has

4    not been fully vaccinated or is for some other reason that

5    is a good one, wary of appearing in person, I'm happy to do

6    it by Zoom, unless we switch to another remote platform by

7    then.

8              And I have procedures that are, I think well

9    developed and established at this point for Zoom evidentiary

10   hearings, which Mr. Andino from the Clerk's Office can go

11   through with the trial counsel.  Are you -- have you all

12   discussed whether you would do this in person or remotely?

13             MR. MATHER:  Ben Mather, Your Honor.  We have not

14   discussed that as of today.  We've -- the class

15   representatives are certainly open to discussing the

16   logistics of that and the possibility of doing this in

17   person.  I think all things being equal, that would be our

18   preference.

19             THE COURT:  Okay.

20             MR. BAREFOOT:  Your Honor, Luke Barefoot from

21   Cleary.  Mr. Mather is correct.  We've not discussed that

22   and didn't realize that the Court would be open to that.  I

23   will say I myself am not yet vaccinated and not yet eligible

24   to be vaccinated.  I'm not sure of the status of our one

25   witness.

Page 9

```
 1              I did want to highlight for the Court just the

 2   change in circumstance between the time we filed the

 3   original motion and the current, with respect to Mr. Ricker,

 4   who Your Honor, who has testified before Your Honor numerous

 5   times.

 6              Mr. Ricker is no longer employed by Transform, and

 7   is so no longer in Transform's control.  And given his

 8   location, is unavailable for trial.  So his testimony will

 9   be preceding the deposition designations.  Mr. Kumani will

10   be available to testify in person and be cross-examined.

11              I'm not sure of Mr. Kumani's vaccination status or

12   his comfort with traveling to New York, but I can -- we will

13   undertake to discuss that with the Plaintiffs, and we can

14   report back to Your Honor's chambers.

15              THE COURT:  Okay.  All right.  Well, I want to be

16   clear.  I, at this point, am prepared to have an in-person

17   trial only if the parties participating in that trial are

18   vaccinated and it's clear that traveling to the Court is

19   within, you know, recommended safety parameters by the CDC.

20              And again, I'm not going to have someone

21   quarantine for two weeks to come to this hearing.  I don't

22   know if that type of quarantine will be in place at that

23   time, but I think all things considered, people probably

24   should be planning on a Zoom trial, which I could tell you

25   has worked fine I think without complaints by people.
```

Page 10

1          Having done it now several times, it's -- it

2     actually proceeds remarkably like a trial, particularly

3     given the pre-trial procedures that I've always required,

4     and that are in place under the March 2nd order.

5          So I think the parties should be assuming in all

6     likelihood that we'll have a Zoom trial unless the public

7     health guidance and requirements for New York State and

8     wherever the witness would be traveling from regarding

9     quarantine are essentially lifted.

10          MR. MATHER:  Ben Mather, Your Honor.  Understood.

11          THE COURT:  Okay.  All right, so again, you should

12    reach out to Mr. Andino, the two of you, or Ms. Daul.  And

13    Mr. Barefoot should reach out to Mr. Andino a week or so, 10

14    days just to a week or so before the trial so that he can go

15    through with you the preparation for it, which is relatively

16    simple, again.  And of course, if you resolve the matter,

17    let chambers know so we can release that day.

18          MR. MATHER:  Will do, Your Honor.

19          THE COURT:  Okay, very well.

20          MR. BAREFOOT:  (indiscernible) --

21          THE COURT:  Anything else, either on this pre-

22    trial or in connection with the Sears generally?  Okay,

23    hearing no one, I'll ring off at this point.  Thanks,

24    everyone.

25          MS. MARCUS:  Thank you, Your Honor.

1           MR. BAREFOOT:  Thank you, Your Honor.

2           MR. MATHER:  Thank you, Your Honor.

3           (Whereupon these proceedings were concluded at

4    10:19 AM)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 12

1                   C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    Sonya Ledanski         Digitally signed by Sonya Ledanski
                            Hyde
6                           DN: cn=Sonya Ledanski Hyde, o, ou,
     Hyde                   email=digital@veritext.com, c=US
7                           Date: 2021.03.25 11:34:36 -04'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  March 25, 2021

| & | | |
| --- | --- | --- |
| **&** | 3:3,10,17 5:4,8 | |

| 1 |
| --- |

**10** 10:13
**10006** 3:20
**10153** 3:6
**10601** 1:14
**10:00** 2:2
**10:07** 1:17
**10:19** 11:4
**11501** 12:23
**18-23538** 1:3
**19103** 3:13

| 2 |
| --- |

**2** 6:17
**2001** 3:12
**2021** 1:16 2:2 4:17
  12:25
**23** 1:16 2:2
**248** 1:13
**25** 12:25
**28th** 4:17
**2nd** 4:15 5:11 6:1
  10:4

| 3 |
| --- |

**3/2/2020** 2:14
**300** 1:13 12:22
**330** 12:21

| 4 |
| --- |

**4th** 6:3 7:24

| 6 |
| --- |

**6212** 2:6,9,15
**6366** 2:11

| 7 |
| --- |

**7313** 2:15
**767** 3:5

| 9 |
| --- |

**9331** 2:16

| a |
| --- |

**a.m.** 2:2
**accepted** 7:1
**accurate** 12:4
**action** 2:15
**admissibility** 6:10
  6:12
**admission** 6:24
**advance** 4:19 6:7
**affiliates** 3:18
  4:23 5:9
**agenda** 2:1 4:9
**agreed** 6:10
**ahead** 5:16 7:6
**alternatively** 7:20
**ambiguity** 7:18
**andino** 8:10 10:12
  10:13
**anticipated** 6:21
**apa** 6:23 7:17
**apologies** 5:16
**apologize** 7:6
**appearances** 5:2
**appearing** 8:5
**argue** 7:16
**argument** 6:22
  7:9,10
**assuming** 5:11
  7:12 10:5
**attorneys** 3:4,11
  3:18
**automatic** 2:8
  4:13
**available** 9:10
**avenue** 3:5

| b |
| --- |

**b** 1:21
**back** 9:14
**bankruptcy** 1:1
  1:12,23
**barefoot** 2:9 3:22
  5:7,8,14,16,17 7:5
  7:5,7,14,14 8:20
  8:20 10:13,20
  11:1
**based** 7:2,17
**basically** 6:25
**basis** 4:8 7:20
**behalf** 2:5,10 4:22
  5:4
**believe** 7:15
**ben** 3:15 5:3,23
  6:4,18 7:4,8 8:13
  10:10
**books** 6:9,9
**brand** 5:21
**briefing** 6:14

| c |
| --- |

**c** 3:1 4:1 12:1,1
**calendar** 4:9,11
  4:24
**case** 1:3
**cdc** 9:19
**certainly** 8:15
**certified** 12:3
**chambers** 9:14
  10:17
**change** 9:2
**changes** 6:16,19
**circumstance** 9:2
**class** 2:5,14 3:11
  4:12 5:5 7:8 8:14
**clear** 9:16,18
**cleary** 3:17 5:8
  8:21
**clerk's** 4:7,8 8:10
**come** 9:21
**comfort** 9:12
**comfortable** 8:1
**complaints** 9:25
**complete** 5:12
**completed** 5:18
**conceivable** 7:25
**concluded** 11:3
**conference** 4:4,11
  4:16,19,20 5:2

| connection | 4:14
  10:22 |
| --- |

**considered** 9:23
**contact** 4:7
**contemplated**
  5:25 6:25
**control** 9:7
**coren** 3:10 5:4
**corporation** 1:7
  4:3
**correct** 4:23 5:23
  5:24 6:4 7:15 8:21
**counsel** 5:2 8:3,11
**country** 12:21
**course** 10:16
**court** 1:1,12 4:2,7
  5:1,6,10,20,25 6:6
  6:8,20 7:10,12,21
  8:19,22 9:1,15,18
  10:11,19,21
**cross** 9:10
**current** 9:3

| d |
| --- |

**d** 1:22 4:1
**daily** 4:8
**date** 12:25
**daul** 5:4 10:12
**day** 10:17
**days** 10:14
**debtor** 1:9
**debtors** 3:4
**declarations** 6:9
  6:13
**deposition** 5:21
  9:9
**depositions** 5:12
**designations** 9:9
**developed** 8:9
**didn't** 8:22
**discovery** 5:13,21
**discuss** 7:22,23,24
  9:13

discussed  8:12,14
  8:21
discussing  8:15
disputes  6:11,12
district  1:2
document  2:9,15
  7:2,3,19
doing  8:1,16
don't  5:1 6:24
  9:21
drain  1:22 4:2

**e**

e  1:21,21 3:1,1 4:1
  4:1 12:1
ecf  2:6,11,15
ecro  1:25
either  7:23 10:21
eligible  8:23
employed  9:6
entered  4:14
equal  8:17
essentially  10:9
established  8:9
evidence  6:24 7:1
  7:3,19
evidentiary  6:3,15
  8:9
examined  9:10
excuse  5:23
exhibit  6:9,9
exhibits  6:10,12
extent  7:18

**f**

f  1:21 12:1
fairly  5:11
fifth  3:5
filed  2:4,9 9:2
final  4:11
find  7:18
fine  9:25
first  7:16
foregoing  12:3

free  7:23
fully  8:4

**g**

g  4:1
generally  10:22
gerald  2:6 4:12
given  8:2 9:7 10:3
go  5:16 6:21 7:5
  8:10 10:14
going  9:20
good  4:2,21 5:3,6
  5:7,10 8:5
gotshal  3:3 4:22
gottlieb  3:17 5:8
green  4:12
greene  2:6,14
guess  5:21 7:21
guidance  10:7

**h**

hamilton  3:17 5:8
happy  8:5
health  10:7
hearing  2:1,2,4,8
  2:13 6:3,7,15 9:21
  10:23
hearings  8:10
highlight  9:1
holdco  2:11,14
  3:18 5:9
holdings  1:7 4:3
  4:23
hon  1:22
honor  4:21,24 5:3
  5:7,14,15,24 6:5
  6:18 7:4,5,8,15
  8:13,20 9:4,4
  10:10,18,25 11:1
  11:2
honor's  9:14
hopefully  6:9
hyde  2:25 12:3,8

**i**

indiscernible
  10:20
instance  7:16
intend  7:8
isn't  6:1
issue  5:22
it's  5:3 7:25 9:18
  10:1
i'll  4:19 10:23
i'm  4:10 5:10 7:12
  8:5,24 9:11,20
i've  10:3

**j**

jacqueline  3:8
  4:22
james  2:4
janice  5:4
january  4:17
judge  1:23 4:2
justin  1:25

**k**

kaufman  3:10 5:4
keep  4:4
know  6:24 7:23
  8:2 9:19,22 10:17
kumani  9:9
kumani's  9:11

**l**

lays  6:6
ledanski  2:25 12:3
  12:8
leeway  6:11
legal  12:20
liberty  3:19
lifted  10:9
light  4:5
likelihood  10:6
llc  2:10,10,11,14
llp  3:3,17
location  9:8

**i**

logistics  8:16
longer  9:6,7
luke  2:9 3:22 5:7
  7:5,14 8:20

**m**

manges  3:3 4:22
march  1:16 2:2
  4:15 5:11 6:1,16
  10:4 12:25
marcus  3:8 4:21
  4:22 10:25
market  3:12
mather  3:15 5:3,4
  5:15,16,17,23,24
  6:4,4,18,18 7:4,4
  7:6,7,8,11 8:13,13
  8:21 10:10,10,18
  11:2
matter  1:5 4:10
  4:15,16,24 5:13
  6:1 10:16
matters  2:1
meaning  7:10,17
meeting  6:23
mineola  12:23
missing  4:10
morning  4:2,21
  4:25 5:3,6,7,10
motion  2:4,8 4:11
  9:3
movants  2:5
mute  4:5

**n**

n  3:1 4:1 12:1
new  1:2 3:6,20
  5:22 9:12 10:7
nina  2:5 4:12
notice  2:1
numerous  9:4
ny  1:14 3:6,20
  12:23

**o**

**o**  1:21 4:1 12:1
**objection**  2:8
**obviously**  6:11
**office**  4:7,8 8:10
**okay**  5:1,10,20 6:6
  6:20 7:7,10,12,21
  8:19 9:15 10:11
  10:19,22
**old**  12:21
**open**  8:15,22
**order**  2:13 4:6,14
  6:1,6,13,17,23
  7:18 10:4
**original**  9:3

**p**

**p**  2:4 3:1,1 4:1
**pa**  3:13
**pagano**  2:5
**parameters**  9:19
**parole**  6:24 7:19
**participating**  7:25
  9:17
**particularly**  10:2
**parties**  5:12 6:7
  6:11,25 7:25 9:17
  10:5
**pc**  3:10
**people**  9:23,25
**person**  8:2,5,12
  8:17 9:10,16
**philadelphia**  3:13
**phone**  4:4
**place**  9:22 10:4
**plain**  6:22 7:10,17
**plains**  1:14
**plaintiffs**  2:15
  7:15 9:13
**planning**  9:24
**platform**  8:6
**plaza**  3:19
**plus**  7:3

**point**  8:1,9 9:16
  10:23
**portions**  6:13
**possibility**  8:16
**pre**  2:13 4:11,14
  4:15,19,20 10:3
  10:21
**preceding**  9:9
**precludes**  6:23
**preference**  8:18
**preparation**
  10:15
**prepared**  9:16
**previously**  4:13
**probably**  9:23
**procedures**  8:8
  10:3
**proceed**  6:7
**proceedings**  11:3
  12:4
**proceeds**  10:2
**protection**  2:10
**provided**  4:13
**provides**  4:7
**providing**  6:8
**public**  10:6
**purpose**  4:9
**put**  7:1

**q**

**quarantine**  9:21
  9:22 10:9
**quarropas**  1:13

**r**

**r**  1:21 3:1 4:1 12:1
**raises**  5:21
**rdd**  1:3
**reach**  10:12,13
**realize**  8:22
**reason**  8:4
**recommended**
  9:19
**record**  12:4

**recording**  4:8
**reflecting**  4:15
**regarding**  10:8
**related**  2:9,15
**relatively**  10:15
**release**  10:17
**relief**  2:4,8 4:12
**remarkably**  10:2
**remote**  8:6
**remotely**  8:12
**report**  9:14
**representatives**
  2:5 3:11 4:12 5:5
  7:8 8:15
**required**  10:3
**requirements**
  10:7
**resolve**  7:17 10:16
**resolved**  6:1
**respect**  9:3
**ress**  3:10 5:4
**revised**  4:9
**ricker**  9:3,6
**right**  5:10,25 7:21
  9:15 10:11
**ring**  10:23
**rise**  6:12
**road**  12:21
**robert**  1:22
**room**  1:13
**rule**  7:2,20

**s**

**s**  2:9,15 3:1 4:1
**safety**  9:19
**sale**  6:23 7:18
**schedule**  6:15
**scheduled**  2:1
  5:18
**scheduling**  2:13
  4:14
**sears**  1:7 4:3,23
  10:22

**second**  4:14
**set**  6:16,21
**side**  6:22
**signed**  2:13
**simple**  10:16
**solutions**  4:7
  12:20
**sonya**  2:25 12:3,8
**southern**  1:2
**speaking**  4:5
**sr**  2:10,10
**state**  8:2 10:7
**states**  1:1,12
**status**  8:24 9:11
**stay**  2:4,9 4:13
**steen**  3:17 5:8
**step**  6:2
**stipulation**  2:13
**street**  1:13 3:12
**suite**  12:22
**sure**  8:24 9:11
**switch**  8:6

**t**

**t**  12:1,1
**take**  5:1
**telephonic**  2:2 4:4
**telephonically**  3:8
  3:15,22
**tell**  9:24
**terms**  6:8
**testified**  9:4
**testify**  9:10
**testimony**  9:8
**thank**  5:17 10:25
  11:1,2
**thanks**  10:23
**that's**  4:10,24,24
  5:20,23,24 6:4,24
  7:7,15
**there's**  5:12 6:14
**they'll**  7:1
**thing**  7:22

[things - zoom]                                                      Page 4

**things**  8:17 9:23
**think**  6:20 8:8,17
  9:23,25 10:5
**time**  9:2,23
**times**  9:5 10:1
**today**  4:4 8:14
**today's**  4:9
**transcribed**  2:25
**transcript**  4:6
  12:4
**transform**  2:10,10
  2:11,14 3:18 5:9
  7:12,14,16 9:6
**transform's**  9:7
**traveling**  9:12,18
  10:8
**trial**  2:13 4:11,14
  4:16,19,20 7:24
  8:1,11 9:8,17,17
  9:24 10:2,3,6,14
  10:22
**true**  12:4
**turn**  4:19
**turning**  4:19
**two**  5:12 9:21
  10:12
**type**  9:22

---
**u**
---

**u.s.**  1:23
**unavailable**  9:8
**understood**  10:10
**undertake**  9:13
**united**  1:1,12

---
**v**
---

**vaccinated**  8:4,23
  8:24 9:18
**vaccination**  9:11
**vaccinations**  8:2
**veritext**  12:20

---
**w**
---

**walker**  1:25

**want**  4:6 7:22,23
  9:1,15
**wants**  4:18
**wary**  8:5
**ways**  7:24
**week**  5:19 10:13
  10:14
**weeks**  9:21
**weil**  3:3 4:22
**we'll**  10:6
**we're**  4:3 6:20
**we've**  8:14,21
**what's**  6:16
**white**  1:14
**witness**  6:8 8:3,25
  10:8
**worked**  9:25

---
**x**
---

**x**  1:4,10

---
**y**
---

**yesterday**  5:18
**york**  1:2 3:6,20
  9:12 10:7
**you're**  4:5,23

---
**z**
---

**zoom**  8:6,9 9:24
  10:6