**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                    :
                                          :          Chapter 11
SEARS HOLDINGS CORPORATION, et al.,       :
                                          :          Case No. 18-23538 (RDD)
                                          :
              Debtors.¹                   :          (Jointly Administered)
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Seth Botos, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by method set forth on the Fee Application Service List attached hereto as **Exhibit A**, (2) a courtesy copy of the following document was sent via overnight mail on the Chambers of The Honorable Robert D. Drain, Sears Chambers Copy, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, NY 10601, and (3) via overnight mail and email on the Office of the United States Trustee for Region 2, Attn: Paul Schwartzberg, Richard Morrissey, 201 Varick Street, Suite 1006, New York, NY 10014, paul.schwartzberg@usdoj.gov, richard.morrissey@usdoj.gov:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Monthly Fee Statement of Prime Clerk LLC, as Administrative Agent to the Debtors, for the Period from February 1, 2021 through February 28, 2021 [Docket No. 9382]


Dated: April 2, 2021

                                                        /s/ Seth Botos
                                                        Seth Botos

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 2, 2021, by Seth Botos, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ Liz Santodomingo
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 52394

**<u>Exhibit A</u>**

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | | | | | | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | Email |
| Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | pollack@ballardspahr.com, marriott@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | heilmanl@ballardspahr.com; summersm@ballardspahr.com; daluzt@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Paul E. Harner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | harnerp@ballardspahr.com; kutnera@ballardspahr.com | First Class Mail and Email |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | Overnight Mail |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Suite 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | rob.riecker@searshc.com; luke.valentino@searshc.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | | | | | | Paul.Leake@skadden.com; Shana.Elberg@skadden.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | | | | | | ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com | Email |