**Exhibit 1**

Debtors' Twenty-Fifth Omnibus Objection to Claims
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount | Surviving GUC Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|---|
| 1. | Combine International | 14250, 14307 | $5,953,413.77 | $5,693,444.00 | $259,969.77 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; Claimant agreed to receive amount pursuant to the Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement (ECF No. 823) (the "GOB Order") in exchange for withdrawing its Disputed Claim. |
| 2. | Hansae Co. Ltd. | 5073 | $1,505,397.80 | $1,505,397.80 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 3. | Richline Group Inc. | 7408, 7503 | $864,831.98 | $661,035.51 | $203,796.47 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; Claimant agreed to receive amount pursuant to the GOB Order. |
| 4. | Gokaldas Exports Ltd. | 15399 | $600,551.32 | $600,551.32 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 5. | Unique Designs | 12774, 12864 | $527,474.87 | $527,474.87 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 6. | Clover Imaging Group, LLC | 12210 | $523,744.80 | $461,997.62 | $61,747.18 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets; Claimant agreed to receive amount pursuant to the GOB Order. |
| 7. | Propel Trampolines LLC | 13602, 13667, 19505 | $466,234.50 | $466,234.50 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 8. | MKK Enterprise Corp | 810 | $182,172.90 | $182,172.90 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 9. | Lian Yi Dyeing & Weaving FTY Co. | 2994 | $174,450.60 | $174,450.60 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 10. | Advanced Merchandising Co. Limited | 10492 | $172,953.36 | $172,953.36 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 11. | Olympus Peak Master Fund LP as Transferee of Allure Gems, LLC | 8116 | $155,089.75 | $155,089.75 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 12. | Transfuel Inc. | 19563 | $22,317.30 | $22,317.30 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 13. | Creations Jewelry Mfg. Pvt. Ltd. | 1295 | $19,875.00 | $19,875.00 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 14. | Bec Co Inc. d/b/a Empacadora Hill Brothers | 9369 | $18,936.45 | $18,936.45 | $0.00 | N/A | The Claimants failed to comply with statutory requirements under the Perishable Agricultural Commodities Act ("PACA"). |
| 15. | Scott, Natasha C | 17033 | $15,853.64 | $15,853.64 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 16. | Shanghai Neoent Industrial Co. Ltd. | 1957 | $12,474.00 | $12,474.00 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 17. | Thurmond, Trisha | 9054 | $9,880.25 | $9,880.25 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |
| 18. | American Casting & Manufacturing Corp | 13950 | $8,870.00 | $8,870.00 | $0.00 | N/A | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. |

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount of Secured Claim Satisfied by Application of Setoff | Allowed Secured Claim Amount | Surviving GUC Claim and 503(b)(9) Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|---|
| 20. | Royal Appliance Mfg. Co., Inc., d/b/a TTI Care North America | 15551 | $94,239.20 | $94,239.20 | $94,239.20 | GUC: $951,741.04<br>503(b)(9): $240,203.26 | The supporting documents provided by the Claimants are not supported by the Debtors' books and records, or no supporting documents were provided for all or a portion of the Disputed Claim; the Claimant does not have a security interest in the Debtors' assets. As a setoff claim the asserted secured claim is allowed and "Satisfied" with no distributions to be made, while the resulting GUC claims is adjusted for the credits being applied as setoff. |
| | | 15839 | $26,794.12 | $26,794.12 | $26,794.12 | GUC: $603,559.30<br>503(b)(9): $189,935.88 | |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.