HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

--------------------------------------------------------------- x

**FIFTEENTH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN
LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | February 1, 2021 through February 28, 2021 |
| Monthly Fees Incurred: | $29,813.00 |
| 20% Holdback: | $5,962.60 |
| Total Compensation Less 20% Holdback: | $23,850.40 |
| Monthly Expenses Incurred: | $200.00 |
| Total Fees and Expenses Requested: | $24,050.40 |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Fifteenth Combined Monthly Fee Statement") covering the period from February 1, 2021 through February 28, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Fifteenth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $23,850.40 (80% of $29,813.00) for fees on account of reasonable and necessary professional services rendered to the Creditors'

HF 13725184v.1

Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and expenses in the amount of $200.00 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fifteenth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Fifteenth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **April 21, 2021** (the

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Fifteenth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fifteenth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fifteenth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

HF 13725184v.1

Dated: New York, New York
April 6, 2021

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
      Sean E. O'Donnell
      Stephen B. Selbst
      Steven B. Smith
      Christopher Carty
      Two Park Avenue
      New York, NY 10016
      Telephone: (212) 592-1400
      Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
      sselbst@herrick.com
      ssmith@herrick.com
      ccarty@herrick.com

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors of Sears
Holdings Corporation, et al.*

6

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $850.00 | 13.0 | $11,050.00 |
| **Total Partners** | | | | **13.0** | **$11,050.00** |
| **COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $690.00 | 14.7 | $10,143.00 |
| **Total Counsel** | | | | **14.7** | **$10,143.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $475.00 | 5.2 | $2,470.00 |
| Gabrielle R. Fromer | Restructuring & Finance Litigation | 2018 | $460.00 | .2 | $92.00 |
| Conor Anderson | Restructuring & Finance Litigation | 2017 | $435.00 | 3.8 | $1,653.00 |
| **Total Associates** | | | | **9.2** | **$4,215.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $350.00 | 11.9 | $4,165.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **11.9** | **$4,165.00** |

| E-DISCOVERY & LITIIGATION SUPPORT SERVICES | AMOUNT |
|---|---|
| Project Management | $240.00 |
| **TOTAL** | **$240.00** |

# EXHIBIT B

**Task Code Summary**

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Case Administration – B110 | .6 | $240.00 |
| Fee/Employment Applications – B160 | 1.5 | $1,275.00 |
| Other Contested Matters – B190 | 4.0 | $2,348.00 |
| Joint Asserted Causes of Action | 43.40 | $25,950.00 |
| **Total** | **49.5** | **$29,813.00** |

**<u>Exhibit C</u>**

**Itemized Fees**



| | |
|---|---|
| Official Committee of Unsecured Creditors of Sears Holdings | March 25, 2021 |
| Attn: Ron Tucker | Invoice Number: 544217 |
| 225 W. Washington Street | Matter Number: 19609.0001 |
| Indianapolis, IN 46204 | Tax ID:        1662 |

Re:   **Sears Bankruptcy**

| | |
|---|---|
| Fees for legal services rendered through February 28, 2021 | $3,863.00 |
| Expenses posted through February 28, 2021 | 200.00 |
| **TOTAL** | **$4,063.00** |
| Unpaid balance from previous invoice(s) | $85,618.20 |
| Total Due Now | $89,681.20 |

**INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.**

| Kindly return this page with your check payment to: | Send wire payments to: |
|---|---|
| Herrick, Feinstein LLP | Citibank, N.A. |
| 2 Park Avenue | ABA Number:        0089 |
| New York, NY 10016 | Account Number:        6165 |
| | SWIFT #:        US33 |

 HERRICK

Invoice Number: 544217
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 02/02/21 | C. Carty | B160 | Review draft order re interim fee applications and comment on same. | 0.40 |
| 02/03/21 | C. Carty | B190 | Meet with K. Kolb regarding Rule 2004 investigation status. | 0.40 |
| 02/03/21 | K. Kolb | B190 | Discuss committee update with C. Carty. | 0.20 |
| 02/03/21 | K. Kolb | B190 | Revise proposed draft affidavit regarding investigation facts. | 0.40 |
| 02/04/21 | K. Kolb | B190 | Discuss investigation background with H. Zimmer. | 0.70 |
| 02/04/21 | G. Fromer | B190 | Discuss case strategy with Kyle Kolb. | 0.20 |
| 02/04/21 | H. Zimmer | B190 | Confer with KK on case background and analyze memoranda outlining background of case. | 0.70 |
| 02/04/21 | H. Zimmer | B190 | Analyze background materials, including memoranda and declaration on claims analysis, investigation. | 1.30 |
| 02/22/21 | C. Carty | B160 | Prepare for omnibus hearing re interim fee applications. | 0.60 |
| 02/23/21 | C. Carty | B160 | Prepare for hearing on interim fee application. | 0.50 |
| 02/24/21 | K. Kolb | B190 | Analyze email from opposing counsel regarding investigation requests. | 0.10 |

|  | **TOTAL** | **$3,623.00** |



Invoice Number: 544217
Matter Number: 19609.0001
Page: 3

### LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| C. Carty | 1.90 | 850.00 | 1,615.00 |
| G. Fromer | 0.20 | 460.00 | 92.00 |
| K. Kolb | 1.40 | 690.00 | 966.00 |
| H. Zimmer | 2.00 | 475.00 | 950.00 |
| **TOTAL** | **5.50** | | **$3,623.00** |

**E-DISCOVERY & LITIGATION SUPPORT SERVICES**

| | Amount |
|---|---|
| Project Management | 240.00 |
| **TOTAL** | **$240.00** |

| | |
|---|---|
| **TOTAL LEGAL SERVICES** | **$3,863.00** |

**DISBURSEMENTS:**

| | AMOUNT |
|---|---|
| Document Processing | 100.00 |
| E-Discovery Data Hosting | 100.00 |
| **TOTAL:** | **$200.00** |

### TASK SUMMARY

| Task Code | Task Description | Hours | Amount |
|-----------|------------------|-------|--------|
| B110 | Case Administration | 0.60 | 240.00 |
| B160 | Fee/Employment Applications | 1.50 | 1,275.00 |
| B190 | Other Contested Matters | 4.00 | 2,348.00 |
| **TOTALS** | | **6.10** | **$3,863.00** |

 **HERRICK**

Invoice Number: 544217
Matter Number: 19609.0001
Page: 4

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 356647 | 07/16/20 | 62,817.18 | 60,748.68 | 2,068.50 |
| 358157 | 08/24/20 | 43,825.32 | 36,934.32 | 6,891.00 |
| 538311 | 10/22/20 | 279,109.04 | 253,931.24 | 25,177.80 |
| 539160 | 11/12/20 | 24,329.85 | 21,482.65 | 2,847.20 |
| 540575 | 12/14/20 | 31,940.28 | 28,618.48 | 3,321.80 |
| 541327 | 01/19/21 | 51,933.19 | 44,680.99 | 7,252.20 |
| 542957 | 02/24/21 | 38,059.70 | 0.00 | 38,059.70 |

**Total Outstanding**    **$85,618.20**



Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

March 25, 2021
Invoice Number: 544218
Matter Number: 19609.0002
Tax ID:        1662

Re:   **Jointly Asserted Causes of Action**

| | |
|---|---|
| Fees for legal services rendered through February 28, 2021 | $25,950.00 |
| **TOTAL** | **$25,950.00** |
| Unpaid balance from previous invoice(s) | $450,700.36 |
| Total Due Now | $476,650.36 |

**INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.**

Kindly return this page with your check payment to:       Send wire payments to:
Herrick, Feinstein LLP                   Citibank, N.A.
2 Park Avenue                   ABA Number:      0089
New York, NY 10016                Account Number:      6165
SWIFT #:      US33

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 544218
Matter Number: 19609.0002
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 02/01/21 | C. Carty | B190 | Call with K. Kolb and H. Zimmer regarding status of adversary proceeding discovery and prepare for same. | 0.50 |
| 02/01/21 | K. Kolb | B190 | Discuss status of all third party discovery with C. Carty and H. Zimmer. | 0.30 |
| 02/01/21 | C. Anderson | B110 | Review Greenlight/Blackstone document production for relevant documents | 1.10 |
| 02/02/21 | H. Zimmer | B190 | Confer with Girard Sharp and Robbins Arroyo on subpoena. | 0.10 |
| 02/04/21 | C. Anderson | B110 | Review Greenlight/Blackstone document production for relevant documents | 1.20 |
| 02/05/21 | C. Carty | B190 | Analyze correspondence related to third party discovery. | 0.80 |
| 02/05/21 | C. Carty | B190 | Review and analyze hot docs binders related to adversary proceeding. | 2.90 |
| 02/05/21 | K. Kolb | B190 | Analyze and revise summaries of key documents produced by Deloitte. | 3.30 |
| 02/05/21 | H. Zimmer | B190 | Confer with CC and KK on subpoena to Girard Sharp and Robbins Arroyo. | 0.20 |
| 02/08/21 | C. Carty | B190 | Confer with K. Kolb and H. Zimmer re third party discovery responses and prepare for same. | 0.50 |
| 02/08/21 | C. Carty | B190 | Review and analyze hot docs binders related to adversary proceeding. | 2.30 |
| 02/08/21 | K. Kolb | B190 | Discuss third party discovery status with C. Carty and H. Zimmer. | 0.20 |
| 02/08/21 | C. Anderson | B110 | Review Greenlight/Blackstone document production for relevant documents | 1.50 |
| 02/08/21 | H. Zimmer | B190 | Confer with Chris Carty on subpoena to UBS. | 0.10 |
| 02/08/21 | H. Zimmer | B190 | Confer with KK and CC on outstanding discovery to Girard Sharp and Robbins and related entities and analyze subpoenas on same. | 0.40 |
| 02/10/21 | C. Carty | B190 | Review and analyze hot docs binders related to adversary proceeding. | 0.90 |
| 02/11/21 | C. Carty | B190 | Analyze issues related to third party discovery responses. | 0.60 |
| 02/11/21 | K. Kolb | B190 | Provide instructions regarding compiling hot documents and summaries of same to complete second level review process. | 0.30 |
| 02/11/21 | K. Kolb | B190 | Call with H. ZImmer regarding second level review analysis and process. | 0.20 |



| Date | Name | Task Code | Narrative | Hours |
|------|------|-----------|-----------|-------|
| 02/11/21 | H. Zimmer | B190 | Confer with counsel to UBS concerning subpoena, and confer with Chris Carty on same. | 0.20 |
| 02/11/21 | H. Zimmer | B190 | Confer with KK and LS concerning summaries of documents reviewed in adversary proceeding and review same. | 0.20 |
| 02/11/21 | H. Zimmer | B190 | Confer with counsel to Girard Sharp and Robbins Arroyo in connection with subpoena served on them and their responses. | 0.10 |
| 02/12/21 | H. Zimmer | B190 | Confer with KK and LS concerning documents produced in adversary proceeding and summaries of same. | 0.20 |
| 02/12/21 | H. Zimmer | B190 | Confer with counsel to UBS concerning subpoena. | 0.20 |
| 02/12/21 | L. Schepp | B190 | Compile additional hot documents summaries for attorney review. | 3.60 |
| 02/15/21 | K. Kolb | B190 | Analyze draft summaries of key documents produced by Deloitte. | 0.20 |
| 02/15/21 | H. Zimmer | B190 | Confer with KK and LS concerning documents produced in adversary proceeding  and summaries on same. | 0.10 |
| 02/16/21 | H. Zimmer | B190 | Confer with KK and LS concerning documents reviewed in adversary proceeding and summaries on same. | 0.30 |
| 02/16/21 | H. Zimmer | B190 | Analyze email from counsel to UBS concerning subpoena. | 0.10 |
| 02/16/21 | L. Schepp | B190 | Compile additional hot documents for chronology in preparation for attorney review. | 5.80 |
| 02/17/21 | K. Kolb | B190 | Revise  compilation of summaries of key documents produced by auditor. | 2.30 |
| 02/17/21 | H. Zimmer | B190 | Confer with KK and LS concerning summaries of documents reviewed in adversary proceeding. | 0.10 |
| 02/17/21 | H. Zimmer | B190 | Confer with CC concerning UBS subpoena. | 0.10 |
| 02/17/21 | H. Zimmer | B190 | Email counsel to UBS concerning subpoena. | 0.10 |
| 02/18/21 | C. Carty | B190 | Call with UBS counsel re third party subpoena and prepare for same. | 0.60 |
| 02/18/21 | K. Kolb | B190 | Revise and analyze summaries of key documents produced by debtors' auditor. | 3.10 |
| 02/18/21 | H. Zimmer | B190 | Call with counsel for UBS concerning subpoena and outstanding responsive documents. | 0.30 |
| 02/18/21 | H. Zimmer | B190 | Call with Chris Carty concerning UBS subpoena. | 0.10 |
| 02/19/21 | K. Kolb | B190 | Revise summaries of key documents produced by debtors' auditors. | 3.40 |
| 02/19/21 | H. Zimmer | B190 | Confer with KK and LS concerning doc summaries and revisions to same. | 0.20 |
| 02/23/21 | C. Carty | B190 | Attend telephonic hearing regarding interim fee applications and motion to consolidate adversary | 1.50 |



Invoice Number: 544218
Matter Number: 19609.0002
Page: 4

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| | | | proceedings. | |
| 02/24/21 | L. Schepp | B190 | Compile additional interesting documents for inclusion in chronology in preparation for attorney review. | 2.50 |
| 02/25/21 | C. Carty | B190 | Confer with D. Chapman regarding case status update and provide internal update. | 0.50 |
| 02/25/21 | H. Zimmer | B190 | Confer with CC concerning status of litigation with regard to information from hearing. | 0.10 |

**TOTAL**    **$25,950.00**

Invoice Number: 544218<br>
Matter Number: 19609.0002<br>
Page: 5

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| C. Anderson | 3.80 | 435.00 | 1,653.00 |
| C. Carty | 11.10 | 850.00 | 9,435.00 |
| K. Kolb | 13.30 | 690.00 | 9,177.00 |
| L. Schepp | 11.90 | 350.00 | 4,165.00 |
| H. Zimmer | 3.20 | 475.00 | 1,520.00 |
| **TOTAL** | **43.30** | | **$25,950.00** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|-----------|--------------|-----------------|----------------------|---------|
| 358158 | 08/24/20 | 114,394.47 | 91,935.87 | 22,458.60 |
| 538312 | 10/22/20 | 330,797.92 | 265,261.82 | 65,536.10 |
| 539161 | 11/12/20 | 221,704.24 | 177,615.54 | 44,088.70 |
| 540525 | 12/14/20 | 170,056.45 | 136,138.75 | 33,917.70 |
| 541328 | 01/19/21 | 106,056.50 | 0.00 | 106,056.50 |
| 542909 | 02/24/21 | 178,642.76 | 0.00 | 178,642.76 |
| | | | **Total Outstanding** | **$450,700.36** |

## Exhibit D

### Disbursement Summary

| | |
|---|---:|
| E-Discovery Data Hosting | $100.00 |
| Document Processing | $100.00 |
| **Total** | **$200.00** |

**Exhibit E**

**Itemized Disbursement**

| Date | Disb Code | Bill Amount | Narrative | Bill Disb Code |
|---|---|---|---|---|
| 12/31/2020 | Document Processing (105) | $25.00 | Vendor: Williams Lea Inc.; Invoice#: US004-180009247; Date: 12/31/2020 | Document Processing (105) |
| 12/31/2020 | Document Processing (105) | $37.50 | Vendor: Williams Lea Inc.; Invoice#: US004-180009247; Date: 12/31/2020 | Document Processing (105) |
| 12/31/2020 | Document Processing (105) | $37.50 | Vendor: Williams Lea Inc.; Invoice#: US004-180009247; Date: 12/31/2020 | Document Processing (105) |
| 2/28/2021 | E-Discovery Data Hosting Minimum Charge (115) | $100.00 | Sears Bankruptcy UCC – Rule 2004 MTN (formerly Simon Property Group) | E-Discovery Data Hosting Minimum Charge (115) |