# Exhibit 1

## Disputed Claims

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ABRAMS, KAREN VANESSA | 5171 | Asserted | | | | $35,783.52 | | $35,783.52 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $11,242.30 | | $11,242.30 | |
| 2. | ADAMS, BENJI L | 3054; 4256 | Asserted | | | $0.00 | $11,671.90 | | $11,671.90 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $9,876.18 | | $9,876.18 | |
| 3. | AGUILAR, BRIAN A | 15868 | Asserted | | | | $2,970.80 | | $2,970.80 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,896.53 | | $2,896.53 | |
| 4. | ALEXANDER, BEVERLY J | 3655 | Asserted | | | | $8,668.00 | | $8,668.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $6,999.98 | | $6,999.98 | |
| 5. | ALLEN, AMELIA L | 5318; 14818 | Asserted | | | | $7,365.60 | | $7,365.60 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $3,684.00 | | $3,684.00 | |
| 6. | ARY, SARAH E | 3740; 12152; 14487 | Asserted | | | $0.00 | $15,700.00 | | $15,700.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $2,520.00 | | $2,520.00 | |
| 7. | AUGUSTYN, TIMOTHY E | 7747 | Asserted | | | | $9,377.04 | | $9,377.04 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $8,115.99 | | $8,115.99 | |
| 8. | BANKS, LISA T | 7684; 8329 | Asserted | | $3,771.01 | | $7,542.02 | | $11,313.03 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | $0.00 | | $2,740.39 | | $2,740.39 | |
| 9. | BATCHELDER, CECILIA A | 10978 | Asserted | | | | $5,000.00 | | $5,000.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,665.90 | | $2,665.90 | |
| 10. | BATSON, AMY | 2617; 13745 | Asserted | | | | $21,456.02 | | $21,456.02 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $7,493.58 | | $7,493.58 | |
| 11. | BAUER, MAT | 4694 | Asserted | | | | $1,071.00 | | $1,071.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $963.90 | | $963.90 | |
| 12. | BEBO, MARLA | 3580 | Asserted | | | | $3,116.15 | | $3,116.15 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,561.20 | | $2,561.20 | |
| 13. | BENNETT, TOREY | 3508 | Asserted | | | | $10,384.62 | | $10,384.62 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $3,259.62 | | $3,259.62 | |
| 14. | BERNARD, JUDY A | 1872; 1933; 12597 | Asserted | | | | $10,125.00 | | $20,250.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $9,774.52 | $10,125.00 | $9,774.52 | |
| 15. | BERROA, ERENDIRA G | 6202; 11237 | Asserted | | | | $11,165.07 | | $11,165.07 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $5,511.87 | | $5,511.87 | |
| 16. | BRANCH NELSON, PATRICIA | 10763 | Asserted | | | | $11,000.00 | | $12,379.60 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $422.45 | $1,379.60 | $422.45 | |
| 17. | BRIDGETT, PATRICK N | 3887; 12262; 12265; 12278 | Asserted | | | $0.00 | $52,335.75 | $72,986.94 | $125,322.69 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
|  |  |  | Surviving | | | $0.00 | $12,850.00 | $77,582.19 | $90,432.19 | |
| 18. | BRISTOL, PAMELA G | 5168; 10544 | Asserted | | | | $5,145.60 | | $5,145.60 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,412.80 | | $2,412.80 | |
| 19. | BRODY, ANDREA L | 7629 | Asserted | | | $0.00 | $2,769.60 | | $11,682.69 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $2,631.12 | | $11,490.93 | |
| 20. | BUCHHOLZ, ERIC W | 4377 | Asserted | | | | $3,465.00 | | $3,465.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,887.50 | | $2,887.50 | |
| 21. | BULLARD, AARON E | 1783; 1902; 9083; 9115 | Asserted | | | $0.00 | $27,129.82 | $13,564.91 | $40,694.73 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
|  |  |  | Surviving | | | $0.00 | $12,850.00 | $14,279.82 | $27,129.82 | |
| 22. | BULLOCK, ARTHUR J | 13027 | Asserted | | | | $3,700.00 | | $3,700.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,653.70 | | $2,653.70 | |
| 23. | BURNHAM, KENNETH | 1719; 2208 | Asserted | | | $0.00 | $2,769.60 | | $2,769.60 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $2,631.12 | | $2,631.12 | |
| 24. | BURROWS, PATRICIA A | 4424 | Asserted | | | | $2,100.00 | | $2,100.00 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $1,260.00 | | $1,260.00 | |
| 25. | CAMPBELL, KAREN | 14543 | Asserted | | | | $6,347.22 | | $6,347.22 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $6,346.53 | | $6,346.53 | |
| 26. | CAMPBELL, WILLIAM R. | 1732; 13096 | Asserted | | | $0.00 | $8,310.36 | | $8,310.36 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $5,076.92 | | $5,076.92 | |
| 27. | CASTILLO, DANIEL J | 4479; 12786 | Asserted | | | | $11,769.22 | | $11,769.22 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $4,903.84 | | $4,903.84 | |
| 28. | CLAY, JERMAL | 2213; 15464 | Asserted | | | $0.00 | $5,855.77 | | $5,855.77 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $4,543.27 | | $4,543.27 | |
| 29. | COOK, EILEEN J | 6632; 13497 | Asserted | | | $0.00 | $4,701.99 | | $4,701.99 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | $0.00 | $4,114.24 | | $4,114.24 | |
| 30. | CORBIN, DAWN E | 4876; 14190 | Asserted | | | | $112,801.32 | | $112,801.32 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,786.00 | | $2,786.00 | |
| 31. | CRIDER, JOHN D | 1639; 9058; 9142 | Asserted | | | | $35,168.25 | | $35,168.25 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $9,225.96 | | $9,225.96 | |
| 32. | DANIELS, BRENDA J | 8441; 8447 | Asserted | | | | $15,505.38 | | $15,505.38 | The claim amount is reduced based on the Debtors' books and records |
|  |  |  | Surviving | | | | $2,027.52 | | $2,027.52 | |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 33. | DANIELS, DOUGLAS P. | 5157 | Asserted | | | | $3,192.00 | | $3,192.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,276.80 | | $1,276.80 | |
| 34. | DAVIS, DALE K | 1746 | Asserted | | | | $1,818.03 | | $1,818.03 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $730.10 | | $730.10 | |
| 35. | DAVIS, DAVID A | 12315; 12335 | Asserted | | | | $16,122.70 | | $16,122.70 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $7,110.00 | | $7,110.00 | |
| 36. | DAVIS, LINDA K | 4652; 8982 | Asserted | | | | $3,598.14 | | $3,598.14 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,752.94 | | $1,752.94 | |
| 37. | DEAR, DENISE D | 18663 | Asserted | | | | $16,744.43 | | $16,744.43 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $3,390.08 | $16,240.08 | |
| 38. | Demchenko, Aleksandr | 5558; 6803; 17350 | Asserted | | | | $5,493.00 | | $5,493.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,092.31 | | $2,092.31 | |
| 39. | DENNIS, BRIAN | 2562; 9534 | Asserted | | | | $5,065.00 | | $5,065.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,271.15 | | $3,271.15 | |
| 40. | DERMODY, TERESA K | 4558 | Asserted | | | | $6,387.50 | | $6,387.50 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $5,896.15 | | $5,896.15 | |
| 41. | DIB, IRENE | 8282; 12669 | Asserted | | | | $5,817.52 | | $5,817.52 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,939.19 | | $1,939.19 | |
| 42. | DIBBLE, DOUGLAS A | 16024 | Asserted | | | | $983.60 | | $983.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $983.60 | | $983.60 | |
| 43. | EASON, CRYSTAL | 4220; 11911; 12046; 12136 | Asserted | | | $0.00 | $10,833.20 | | $10,833.20 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,561.60 | | $3,561.60 | |
| 44. | EILERTSON, SUSAN M | 4777; 10220 | Asserted | | | | $13,984.45 | | $13,984.45 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,488.16 | | $6,488.16 | |
| 45. | ESPINDA, MICHELLE | 5836 | Asserted | | | | $5,482.88 | | $5,482.88 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $5,045.60 | | $5,045.60 | |
| 46. | ESTRADA, ENRIQUE S | 4309; 12368 | Asserted | | | | $7,018.00 | | $7,018.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,764.00 | | $3,764.00 | |
| 47. | EWING, THOMAS S | 2408; 13699 | Asserted | | | | $4,200.00 | | $4,200.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,680.00 | | $1,680.00 | |
| 48. | FERRANTI, KAREN M | 11833 | Asserted | | | | $20,274.62 | | $20,274.62 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $7,424.62 | $20,274.62 | |
| 49. | FERRELL, PATRICK J | 5415; 10507 | Asserted | | | | $93,750.00 | $98,351.06 | $192,101.06 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $179,251.06 | $192,101.06 | |
| 50. | FORD, STEVE P | 14194 | Asserted | | | | $15,001.58 | | $15,001.58 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $2,151.58 | $15,001.58 | |
| 51. | FORRESTER, BRIAN L | 2120; 9053; 9314 | Asserted | | | $0.00 | $10,944.41 | | $10,944.41 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $5,051.25 | | $5,051.25 | |
| 52. | FRANCIS, PAUL | 6053 | Asserted | | | | $9,699.28 | | $9,699.28 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,394.89 | | $8,394.89 | |
| 53. | FRYER, BARBARA J | 4836; 9662; 9831 | Asserted | | | $0.00 | $26,730.49 | | $26,730.49 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $1,880.49 | $14,730.49 | |
| 54. | Garcia, Araceli | 5791; 11812 | Asserted | | | $0.00 | $2,076.09 | | $2,076.09 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $1,855.00 | | $1,855.00 | |
| 55. | GARCIA, KATHLEEN | 2230 | Asserted | | | | $3,132.50 | | $3,132.50 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,007.20 | | $3,007.20 | |
| 56. | GARDNER IV, CLARENCE E | 10042 | Asserted | | | $0.00 | $12,000.00 | | $12,000.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $9,098.90 | | $9,098.90 | |
| 57. | GLADDEN, THOMAS | 2404 | Asserted | | | | $8,566.42 | | $8,566.42 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,269.88 | | $8,269.88 | |
| 58. | GONZALEZ, ANA Y | 6338 | Asserted | | | | $2,726.00 | | $2,726.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,721.60 | | $2,721.60 | |
| 59. | HAMILTON, SHAWN R | 3547; 9650 | Asserted | | | | $28,802.07 | | $28,802.07 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $3,102.07 | $15,952.07 | |
| 60. | HANDJAJA, JOHANNES | 6873; 9177 | Asserted | | | | $38,548.32 | | $38,548.32 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $15,009.23 | $27,859.23 | |
| 61. | HARDER, DANIEL R | 4239; 13941; 14895 | Asserted | | | $0.00 | $10,153.85 | $10,153.85 | $20,307.70 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $7,442.31 | | $7,442.31 | |
| 62. | HARTLOVE, JACQUELINE A | 11883 | Asserted | | | | $3,192.00 | | $3,192.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,872.80 | | $2,872.80 | |
| 63. | HAYWARD, PAUL G | 1401 | Asserted | | | | $95,457.78 | | $95,457.78 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $73,513.64 | $86,363.64 | |
| 64. | HECKENDORN, ANGELA C | 4715 | Asserted | | | | $6,342.00 | | $6,342.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,756.50 | | $4,756.50 | |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 65. | HERNANDEZ, BLANCA E | 4988; 16318 | Asserted | | | | $2,000.00 | | $2,000.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,344.00 | | $1,344.00 | |
| 66. | HERNANDEZ, JOSE | 6975 | Asserted | | | | $7,050.00 | | $7,050.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,600.00 | | $6,600.00 | |
| 67. | HOCKMAN-SAYLOR, LORRAINE A | 3634 | Asserted | | | | $3,396.84 | | $3,396.84 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,030.30 | | $3,030.30 | |
| 68. | Horn, David | 7577 | Asserted | | | | $6,282.04 | | $6,282.04 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,077.87 | | $6,077.87 | |
| 69. | HORN, DOUGLAS W | 1733; 1744; 13503 | Asserted | | | $0.00 | $13,748.08 | $27,823.08 | $41,571.16 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $28,721.16 | $41,571.16 | |
| 70. | HORTON, MICHELE | 2999 | Asserted | | | | $3,900.00 | | $3,900.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,746.36 | | $3,746.36 | |
| 71. | JENKINS, DWAYNE L | 10251 | Asserted | | | | $5,936.00 | | $5,936.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,671.20 | | $2,671.20 | |
| 72. | Jones Jr., David Allen | 15747 | Asserted | | | | $3,927.00 | | $3,927.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,094.40 | | $2,094.40 | |
| 73. | JONES, MARILYN | 2016; 16338 | Asserted | | | $0.00 | $2,555.00 | | $2,555.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $2,452.80 | | $2,452.80 | |
| 74. | KEMP, KIM D | 5360; 12016 | Asserted | | | | $5,292.11 | | $5,292.11 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,578.21 | | $2,578.21 | |
| 75. | KHAN, SARISH | 5342 | Asserted | | | | $10,335.69 | | $10,335.69 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,862.60 | | $8,862.60 | |
| 76. | KING KAY, STEPHANIE L | 1748; 12489; 12551 | Asserted | | | $0.00 | $932.80 | | $932.80 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $839.52 | | $839.52 | |
| 77. | KING, MILLY L | 12897 | Asserted | | | | $25,307.69 | | $25,307.69 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $12,457.69 | $25,307.69 | |
| 78. | LAFLAMME, TAMMY | 7105; 16206 | Asserted | | | $0.00 | $4,940.63 | | $4,940.63 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,952.50 | | $3,952.50 | |
| 79. | LAGMAY, JILL T | 17398 | Asserted | | | | $14,584.63 | | $14,584.63 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $1,734.63 | $14,584.63 | |
| 80. | LAROSE, TONI J | 9008; 12603 | Asserted | | | | $27,700.00 | $2,000.00 | $29,700.00 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $4,000.00 | $16,850.00 | |
| 81. | LECLAIRE, ANGELA J | 5984 | Asserted | | | | $2,957.50 | | $2,957.50 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,247.70 | | $2,247.70 | |
| 82. | LEE, RORY K | 13066 | Asserted | | | $1,191.68 | $1,191.68 | | $2,383.36 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $1,191.68 | | $1,191.68 | |
| 83. | LEIKER, TERRY G | 5330; 9308; 14087 | Asserted | | | $0.00 | $3,696.00 | | $3,696.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,603.60 | | $3,603.60 | |
| 84. | LINSCOTT, ANGELA P | 1544; 13377; 13421 | Asserted | | | $3,200.00 | | | $3,200.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,040.00 | | $3,040.00 | |
| 85. | MARCELYNAS, DONNA | 5771 | Asserted | | | | $12,018.00 | | $12,018.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,217.60 | | $2,217.60 | |
| 86. | MASSONI, MARK | 5346 | Asserted | | | | $9,520.00 | | $9,520.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,792.00 | | $1,792.00 | |
| 87. | MASTROENI, DONNA I | 5182; 10684 | Asserted | | | $0.00 | $17,132.50 | | $17,132.50 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $4,282.50 | $17,132.50 | |
| 88. | MCCULLY, KYLIE M | 5380 | Asserted | | | | $2,293.20 | | $2,293.20 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $305.76 | | $305.76 | |
| 89. | MCDAY, IRALYNNE G | 3751 | Asserted | | | | $3,425.52 | | $3,425.52 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,631.49 | | $1,631.49 | |
| 90. | MCNAMARA, KELLI D | 8708 | Asserted | | | | $1,186.00 | | $1,186.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,155.00 | | $1,155.00 | |
| 91. | MEDINA, JUDY W | 6154 | Asserted | | | | $2,769.20 | | $2,769.20 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,699.97 | | $2,699.97 | |
| 92. | MILLS, DEBBIE A | 4330; 4516; 4770 | Asserted | | | $0.00 | $32,197.00 | | $32,197.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $11,612.18 | | $11,612.18 | |
| 93. | MIYASHIRO, EULA ANN K | 4619 | Asserted | | | | $4,002.00 | | $4,002.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,041.52 | | $3,041.52 | |
| 94. | MIYASHIRO, MOSES S | 5055 | Asserted | | | | $2,060.40 | | $2,060.40 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,373.60 | | $1,373.60 | |
| 95. | MONTES-RIVERA, GRACIELA | 4908; 9857 | Asserted | | | | $4,078.48 | | $4,078.48 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,855.00 | | $1,855.00 | |
| 96. | MOORE, BRENDA D | 14644 | Asserted | | | | $13,115.38 | | $13,115.38 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,784.24 | | $8,784.24 | |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 97. | MORAWA, ANGELA J | 4230; 4501; 15806 | Asserted | | | | $5,182.69 | $2,312.00 | $7,494.69 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $466.45 | | $466.45 | |
| 98. | MOREJON, ALBERTO | 1741; 2947; 9309 | Asserted | | | $8,372.00 | $7,468.00 | | $15,840.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $6,279.00 | | $6,279.00 | |
| 99. | MULLEN, RICHARD T | 4490 | Asserted | | | | $10,125.00 | | $10,125.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $8,826.92 | | $8,826.92 | |
| 100. | MULLIS, JO A | 4172 | Asserted | | | | $12,692.31 | | $12,692.31 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $12,480.77 | | $12,480.77 | |
| 101. | NECZYPIR, STEVE | 1766 | Asserted | | | | $41,225.60 | | $41,225.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,012.64 | | $3,012.64 | |
| 102. | NEVAREZ, JAVIER | 7871 | Asserted | | | | $3,500.00 | | $3,500.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,150.00 | | $3,150.00 | |
| 103. | ORTEGON, HECTOR | 13057 | Asserted | | | | $19,750.00 | | $19,750.00 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $4,851.92 | $17,701.92 | |
| 104. | ORTIZ, JEANETTE P | 10741 | Asserted | | | | $2,800.00 | | $2,800.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,016.00 | | $2,016.00 | |
| 105. | PASET, RICHARD I | 3648 | Asserted | | | | $1,709.63 | | $1,709.63 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,690.43 | | $1,690.43 | |
| 106. | PEREZ, CESAR | 10425 | Asserted | | | | $12,923.09 | | $12,923.09 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $73.09 | $12,923.09 | |
| 107. | PICKERT, JOHN A | 1403; 9907 | Asserted | | | | $34,250.68 | | $34,996.50 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $5,767.32 | $18,617.32 | |
| 108. | RAY, KIMBERLY E | 2631 | Asserted | | | | $4,567.30 | | $4,567.30 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,389.67 | | $4,389.67 | |
| 109. | REDMAN, CYNTHIA A | 3795 | Asserted | | | | $2,415.00 | | $2,415.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,318.40 | | $2,318.40 | |
| 110. | REED, MARY | 1685; 1986; 11430 | Asserted | | | $0.00 | $19,384.62 | | $19,384.62 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $6,295.98 | $19,145.98 | |
| 111. | REID, SHERRI | 2990 | Asserted | | | | $21,434.29 | | $21,434.29 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $6,500.96 | $19,350.96 | |
| 112. | RICE, CYNTHIA | 5631; 5886 | Asserted | | | | $5,600.00 | | $5,600.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,688.00 | | $2,688.00 | |
| 113. | RIDDICK, VINCENT A | 5297 | Asserted | | | | $3,296.92 | | $3,296.92 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,704.32 | | $2,704.32 | |
| 114. | ROBERTS, DANIEL A | 2791 | Asserted | | | | $4,458.34 | | $4,458.34 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,886.47 | | $2,886.47 | |
| 115. | ROMIG, ELIZABETH A | 16106; 16235; 17626 | Asserted | | | $0.00 | $3,163.51 | $3,163.51 | $6,327.02 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $2,372.63 | | $2,372.63 | |
| 116. | ROMO, ANTONIO | 4603; 12469 | Asserted | | | $0.00 | $5,152.00 | | $5,152.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $5,023.20 | | $5,023.20 | |
| 117. | ROSEN, LAURA P | 2580; 9918 | Asserted | | | $0.00 | $26,768.80 | | $26,768.80 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $11,867.31 | $24,717.31 | |
| 118. | ROSS, DAVID A | 1984 | Asserted | | | | $6,638.16 | | $6,638.16 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $6,215.36 | | $6,215.36 | |
| 119. | ROSSEAU, TERESA | 7576 | Asserted | | | | $3,150.00 | | $3,150.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,394.00 | | $2,394.00 | |
| 120. | SCHALAMON, PHILLIP | 6870 | Asserted | | | | $3,041.67 | | $3,041.67 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,637.80 | | $1,637.80 | |
| 121. | SCHMITT, RICHARD | 5343; 9389; 9452 | Asserted | | | $0.00 | $11,709.12 | | $11,709.12 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $5,997.12 | | $5,997.12 | |
| 122. | SCHULTZ, DAVID | 7623 | Asserted | | | | $12,548.08 | | $12,548.08 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $10,860.58 | | $10,860.58 | |
| 123. | SCHWANGER, CHARLES A | 3746 | Asserted | | | | $18,500.00 | | $18,500.00 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $5,076.83 | $17,926.83 | |
| 124. | SEGUINOT, JAIME | 1516; 1976 | Asserted | | | $0.00 | $2,441.25 | | $2,441.25 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $881.48 | | $881.48 | |
| 125. | SEMANA, EMMALINE CESELI | 5165 | Asserted | | | | $13,521.15 | | $13,521.15 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $671.15 | $13,521.15 | |
| 126. | SMITH, CHERYL L | 12047 | Asserted | | | | $12,850.00 | | $12,850.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,079.79 | | $4,079.79 | |
| 127. | SMITH, KENNON G | 4608 | Asserted | | | | $2,115.19 | | $2,115.19 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,493.80 | | $1,493.80 | |
| 128. | SNYDER, CYNTHIA L | 2991 | Asserted | | | | $5,192.31 | | $5,192.31 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,817.31 | | $4,817.31 | |

Debtors' Twenty-Fourth Omnibus Objection to Claims
Exhibit 1 - Reduced and Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reduced & Reclassified

| Ref # | Name of Claimant | Affected Claim No. | Claim Amounts | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reason for Proposed Reclassification/Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| 129. | SPADE, DELL E | 2157; 11756 | Asserted | | | $0.00 | $1,746.15 | | $1,746.15 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $1,164.10 | | $1,164.10 | |
| 130. | SWIENTNICKI, MICHAEL R | 13508 | Asserted | | | | $6,394.23 | | $6,394.23 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,567.31 | | $4,567.31 | |
| 131. | TAYLOR, DELTON M | 11775 | Asserted | | | $2,598.75 | $2,598.75 | | $5,197.50 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $2,598.75 | | $2,598.75 | |
| 132. | THOMPSON, NANCY L | 5109; 11090 | Asserted | | | $0.00 | $10,648.00 | | $10,648.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $9,729.08 | | $9,729.08 | |
| 133. | TIMM, NATHAN S | 5405 | Asserted | | | | $3,150.00 | | $3,150.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,520.00 | | $2,520.00 | |
| 134. | TOROK, JASON | 2430; 9078 | Asserted | | | | $13,355.77 | $12,125.01 | $25,480.78 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $12,125.01 | | $12,125.01 | |
| 135. | TRAMMELL, JANET E | 14318 | Asserted | | | | $3,595.20 | | $3,595.20 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,707.72 | | $1,707.72 | |
| 136. | TRUJILLO, SUSANNE R | 15767 | Asserted | | | | $3,069.34 | | $3,069.34 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,432.00 | | $2,432.00 | |
| 137. | TURNER, TROY S. | 6075; 17828 | Asserted | | | $3,433.50 | $3,433.50 | | $6,867.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $3,319.05 | | $3,319.05 | |
| 138. | UNDERWOOD, MARK R. | 2007; 9311; 9632 | Asserted | | | $0.00 | $49,341.41 | | $49,341.41 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | $0.00 | $12,850.00 | $23,862.41 | $36,712.41 | |
| 139. | VEDDA, ROBERT A | 6229; 9767 | Asserted | | | $0.00 | $9,500.00 | | $9,500.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | $0.00 | $4,585.58 | | $4,585.58 | |
| 140. | VERMILLION, CYNTHIA L | 5440 | Asserted | | | | $22,176.31 | | $22,176.31 | The allowed priority claim amount is capped in accordance with section 507(a)(4) of the Bankruptcy Code |
| | | | Surviving | | | | $12,850.00 | $9,326.31 | $22,176.31 | |
| 141. | VIERNES, SHERRY R | 1667; 13295 | Asserted | | | | $9,647.51 | $9,348.92 | $18,996.43 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $9,348.92 | | $9,348.92 | |
| 142. | VIRNIG, LISA M | 9738 | Asserted | | | | $5,384.50 | | $5,384.50 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $4,935.89 | | $4,935.89 | |
| 143. | WATSON, LARRY E | 6074 | Asserted | | | | $5,000.00 | | $5,000.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $981.70 | | $981.70 | |
| 144. | WESTFALL, JOSEPH | 4275; 10857 | Asserted | | | | $15,200.00 | | $15,200.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $1,036.54 | | $1,036.54 | |
| 145. | WHEELER, FAEKHUI | 5175 | Asserted | | | | $3,177.60 | | $3,177.60 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,600.64 | | $2,600.64 | |
| 146. | WILCOX, RICKY G | 1705 | Asserted | | | | $4,006.40 | | $4,006.40 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,605.76 | | $3,605.76 | |
| 147. | WILKS, FRANKLIN R | 1513; 12398 | Asserted | | | | $5,183.52 | | $5,183.52 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $2,596.53 | | $2,596.53 | |
| 148. | WILLIAMS, DEVON A | 4399 | Asserted | | | | $6,096.00 | | $6,096.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $5,943.60 | | $5,943.60 | |
| 149. | WILSON, JOANN | 3737 | Asserted | | | | $4,133.00 | | $4,133.00 | The claim amount is reduced based on the Debtors' books and records |
| | | | Surviving | | | | $3,620.00 | | $3,620.00 | |