UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISCTICT OF NEW YORK
-------------------------------------------------------------x
In Re:                                              )
                                                    ) Chapter 11
                                                    )
Sears Holdings Corporation, et al.                  ) Case No. 18-23538 (RDD)
                                                    )
                                                    ) (Jointly Administered)
Debtors.                                            )
-------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **SLFAQ, LLC** | **Wing Hin gShoes Factory Limited** |
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | **Name and Current Address of Transferor:** |
| SLFAQ, LLC | Wing Hing Shoes Factory Limited |
| 670 White Plains Rd., PH Floor | Flat 2, 16th Floor, Canny Industrial Bldg. |
| Scarsdale, NY 10583 | 33 Tai Yau Street, San Po Kong |
| ATTN: Joe Sarachek | Kowloon |
| Phone: 646-517-5420 | Hong Kong |
| Fax:    646-861-4950 | |
| | CLAIM NUMBER: 26260 |
| | CLAIM AMOUNT: $123,164.43 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: */s/ Joe Sarachek*                    Date: April 7, 2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Evidence of Transfer of Claim**

FOR VALUE RECEIVED, the adequacy and sufficiency of which are hereby acknowledged, WING HING SHOES FACTORY LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SLFAQ, LLC ("Assignee") all of Assignor's right, title, interest in and to, or arising under or in connection with its allowed Post-Petition administrative expense claim under section 503(b)(1)(A) of Title 11 of the United States Code in the amount of $123,164.43, which Claim is associated with claim number 26260 against SEARS HOLDING CORPORATION, et al., Chapter 11 Case No. 18-23538 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules and stipulates that an order may be entered by the Bankruptcy Court recognizing the assignment of this Claim as an unconditional assignment and recognizing Assignee as the valid owner of the assigned rights.

IN WITNESS WHEREOF, Assignor has fully executed this Evidence of Transfer of Claim by its duly authorized representative this 1st day of April, 2021.

**Assignor**

<u>Wing Hing Shoes Factory Limited</u>
Flat 2, 16th Floor, Canny Industrial Bldg.
33 Tai Yau Street, San Po Kong
Kowloon
Hong Kong

By: _[signature]_
Name: CHAN YIU CHUNG
Title: DIRECTOR

**Assignee**

<u>SLFAQ, LLC</u>
670 White Plains Rd., PH Floor
Scarsdale, NY 10583
ATTN: Joe Sarachek
Phone: 646-517-5420
Fax:   646-861-4950

By: _[signature]_
Name: Joe Sarachek
Title: Managing Director