# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                                    Case No. <u>18-23538</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>Superb International Co., Ltd</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>26456</u><br>Ballot ID: <u>182353801043100</u><br>**Allowed Admin Amount Per Docket 8062:**<br>**<u>USD$112,051.29</u>**<br>Date Claim Filed: <u>03/23/2021</u><br><br>Phone: <u>(212) 661-5460</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Superb International Co., Ltd<br>c/o Tobias Law Firm, P.C.<br>60 E 42nd St Ste 2450<br>New York, NY 10165-0021 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                                Date: <u>April 14, 2021</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holding Corporation, (Debtor)
Case No. 18-23538
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #26456
Ballot ID #182353801043100

**Superb International Co., Ltd**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Allowed Administrative Claim originally in the amount of USD$112,051.29** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __14__ DAY OF __April__, 2021.

ASSIGNOR: Superb International Co., Ltd
_____
(Signature)
Lucas Yuan
(Print Name)
President
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)
Terrel Ross
(Print Name)
Managing Member
(Title)

18-23538-shl Doc 9407 Filed 04/14/21 Entered 04/14/21 14:31:43 Main Document
Pg 3 of 4
18-23538-rdd Doc 8062 Filed 06/26/20 Entered 06/26/20 22:24:58 Main Document
Pg 61 of 71

Debtors' Notice of Second Distribution
Exhibit 3

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Second Distribution Amount |
| 234 | STAPLES NATIONAL ADVANTAGE | 182353801018969 | $273,264.18 | $78,426.82 |
| 235 | STIG JIANGSU LIGHT & TEXTILE | 182353801017472 | $350,097.08 | $100,477.86 |
| 236 | STORA ENSO NORTH AMERICA SALES INC | 182353801040757 | $21,398.10 | $6,141.25 |
| 237 | STOVE CREEK AUTO SALES & SERVICE LL | 182353801040761 | $21,200.00 | $6,084.40 |
| 238 | STRONG PROGRESS GARMENT FACTORY COMPANY LIMITED | 182353801040763 | $386,905.02 | $111,041.74 |
| 239 | SUIZA DAIRY | 182353801020490 | $24,212.67 | $6,949.04 |
| 240 | SUMIT TEXTILE INDUSTRIES | 182353801017033 | $94,381.64 | $27,087.53 |
| 241 | SUN VALLEY CONSTRUCTION OF MICHIGAN | 182353801041216 | $67,326.00 | $19,322.56 |
| 242 | SUNSHINE MILLS INC | 182353801020524 | $156,333.08 | $44,867.59 |
| 243 | SUPERB INTERNATIONAL CO., LTD | 182353801043100 | $112,051.29 | $32,158.72 |
| 244 | SUZHOU KAILAI TRADING CO LTD | 182353801043103 | $147,383.76 | $42,299.14 |
| 245 | T FAL WEAREVER | 182353801020564 | $23,929.25 | $6,867.69 |
| 246 | TA HSING ELECTRIC WIRE & CABLE | 182353801016999 | $161,977.80 | $46,487.63 |
| 247 | TANYA CREATIONS LLC | 182353801020586 | $60,450.98 | $17,349.43 |
| 248 | TEGRETE CORPORATION | 182353801040783 | $62,662.79 | $17,984.22 |
| 249 | T-FAL/WEAREVER | 182353801020652 | $160,921.64 | $46,184.51 |
| 250 | THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY | 182353801039876 | $903,837.17 | $259,401.27 |
| 251 | THE CHAMBERLAIN GROUP, INC. | 182353801041280 | $170,894.63 | $49,046.76 |
| 252 | THE NATURE'S BOUNTY CO. (USA) | 182353801041297 | $30,051.84 | $8,624.88 |
| 253 | THE SEGERDAHL CORP. | 182353801041302 | $115,735.77 | $33,216.17 |
| 254 | TONG LUNG METAL INDUSTRY CO LTD | 182353801017044 | $35,633.10 | $10,226.70 |
| 255 | TORIN INC | 182353801041452 | $119,584.30 | $34,320.69 |
| 256 | TOY2U MANUFACTORY COMPANY LIMITED | 182353801043069 | $140,264.48 | $40,255.91 |
| 257 | TR WHOLESALE SOLUTIONS LLC | 182353801041461 | $21,838.49 | $6,267.65 |
| 258 | TREND HIVE PARTNERS (CHINA) LTD | 182353801017486 | $193,894.26 | $55,647.65 |
| 259 | TRIXXI CLOTHING COMPANY INC | 182353801020864 | $76,716.51 | $22,017.64 |

## Creditor Data Details - Claim # 26456

**Creditor**
Superb International Co., Ltd
c/o Tobias Law Firm, P.C.
60 E 42ND ST STE 2450
NEW YORK, NY 10165-0021

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
03/23/2021

**Claim Number**
26456

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $112,051.20 | | $112,051.20 | Set by Stipulation |
| Total | $0.00 | | $112,051.20 | | $112,051.20 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign