UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TWENTY FIFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | November 1, 2020 through February 28, 2021 |
| Monthly Fees Incurred: | $39,085.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses: | $39,085.00 |

This is a: __X__ monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from November 1, 2020 through and including February 28, 2021 (the "**Twenty Fifth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $39,085.00 |
| Expenses | 0.00 |
| **TOTAL** | **$39,085.00** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $31,268.00 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$31,268.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Twenty Fifth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Twenty Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Twenty Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Twenty Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Twenty Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Twenty Fifth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than April 29, 2021 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
April 14, 2021

    FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation

By:    */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      Three Times Square, 10th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

# EXHIBIT A
## SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD NOVEMBER 1, 2020 TO FEBRUARY 28, 2021

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Nelson, Cynthia A | Sr Managing Dir | Retail | $ 1,120 | 0.6 | $ 672.00 |
| Star, Samuel | Sr Managing Dir | Restructuring | 1,165 | 0.7 | 815.50 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,105 | 7.7 | 8,512.00 |
| Eisler, Marshall | Senior Director | Restructuring | 875 | 12.7 | 11,112.50 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 22.7 | 14,414.50 |
| Shapiro, Jill | Consultant | Restructuring | 438 | 7.8 | 3,418.50 |
| Hellmund-Mora, Marili | Project Asst | Restructuring | 280 | 0.5 | 140.00 |
| **TOTAL** | | | | **52.7** | **$ 39,085.00** |

[1] Rates reflect blended billing rates of professionals during the period. New billing rates were effective as of 1/1/2021.

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD NOVEMBER 1, 2020 TO FEBRUARY 28, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 6.9 | $ 5,802.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 12.5 | $ 8,489.50 |
| 4 | Trade Vendor Issues | 0.7 | $ 590.00 |
| 5 | Real Estate Issues | 0.6 | 672.00 |
| 11 | Prepare for and Attend Court Hearings | 1.1 | $ 1,193.50 |
| 17 | Wind Down Monitoring | 4.5 | 3,184.50 |
| 18 | Potential Avoidance Actions & Litigation | 16.6 | 13,615.00 |
| 20 | General Meetings with Debtor & Debtors' Professionals | 1.0 | 552.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 1.1 | 632.50 |
| 23 | Firm Retention | 0.9 | 562.00 |
| 24 | Preparation of Fee Application | 6.8 | 3,791.00 |
| | **TOTAL** | **52.7** | **$39,085.00** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2020 TO FEBRUARY 28, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/21/2021 | Star, Samuel | 0.2 | Review court status report re: administrative claims and available cash for distribution. |
| 1 | 1/21/2021 | Diaz, Matthew | 0.7 | Review the status update report filed with the court. |
| 1 | 1/21/2021 | Kim, Ye Darm | 0.5 | Review latest status report filed by the Debtors. |
| 1 | 1/22/2021 | Diaz, Matthew | 0.7 | Review the updated status report and reconcile to the previous ones. |
| 1 | 1/22/2021 | Eisler, Marshall | 1.2 | Review status report filed with the court detailing current administrative funding gap. |
| 1 | 1/22/2021 | Kim, Ye Darm | 0.3 | Participate on call with team re: case status, including sources to cover remaining administrative claims and deliverables for UCC. |
| 1 | 1/22/2021 | Shapiro, Jill | 0.3 | Review status report filed with court re: administrative claims and related funding gap. |
| 1 | 1/22/2021 | Shapiro, Jill | 0.3 | Participate on call with team re: case status, including sources to cover remaining administrative claims and deliverables for UCC. |
| 1 | 1/22/2021 | Star, Samuel | 0.3 | Participate on call with team re: case status, including sources to cover remaining administrative claims and deliverables for UCC. |
| 1 | 1/26/2021 | Kim, Ye Darm | 0.9 | Review status update and cash flow forecast and prepare diligence questions for M-III. |
| 1 | 1/29/2021 | Eisler, Marshall | 1.2 | Review status report chart detailing effective date funding gap. |
| 1 | 2/3/2021 | Kim, Ye Darm | 0.3 | Participate in call re: status update key points. |
| **1 Total** | | | **6.9** | |
| 3 | 2/23/2021 | Kim, Ye Darm | 0.7 | Review issues re: litigation funding. |
| 3 | 2/24/2021 | Kim, Ye Darm | 0.5 | Participate in call re: litigation funding. |
| 3 | 2/24/2021 | Kim, Ye Darm | 0.6 | Analyze materials re: litigation funding. |
| 3 | 2/24/2021 | Kim, Ye Darm | 0.3 | Continue to review issues re: litigation funding. |
| 3 | 2/24/2021 | Kim, Ye Darm | 2.8 | Prepare analysis re: litigation funding. |
| 3 | 2/25/2021 | Kim, Ye Darm | 0.8 | Participate in call re: litigation funding. |
| 3 | 2/25/2021 | Kim, Ye Darm | 0.5 | Participate in call re: litigation funding. |
| 3 | 2/25/2021 | Kim, Ye Darm | 2.3 | Update analysis re: litigation funding. |
| 3 | 2/25/2021 | Kim, Ye Darm | 0.6 | Process updates to analysis re: litigation funding. |
| 3 | 2/25/2021 | Eisler, Marshall | 0.6 | Evaluate issues re: litigation funding. |
| 3 | 2/26/2021 | Kim, Ye Darm | 0.4 | Process revisions to litigation funding analysis. |
| 3 | 2/26/2021 | Kim, Ye Darm | 0.7 | Prepare responses to Counsel's questions re: litigation funding analysis. |
| 3 | 2/26/2021 | Eisler, Marshall | 1.7 | Review analysis re: litigation funding. |
| **3 Total** | | | **12.5** | |
| 4 | 1/14/2021 | Diaz, Matthew | 0.3 | Review objection to the Pearl substantial contribution claim. |
| 4 | 1/21/2021 | Kim, Ye Darm | 0.4 | Review letter filed by Wander/Orient Craft re: post-confirmation status update. |
| **4 Total** | | | **0.7** | |
| 5 | 1/26/2021 | Nelson, Cynthia A | 0.5 | Review proposed asset sales by Debtors. |
| 5 | 1/27/2021 | Nelson, Cynthia A | 0.1 | Review updated information from broker regarding sale of parcel. |
| **5 Total** | | | **0.6** | |
| 11 | 11/17/2020 | Diaz, Matthew | 0.5 | Review correspondence related to 11/18 hearing. |
| 11 | 11/21/2020 | Diaz, Matthew | 0.3 | Review correspondence from counsel re: hearing update. |
| 11 | 12/10/2020 | Diaz, Matthew | 0.3 | Review correspondence on outcome of 11/18 hearing. |
| **11 Total** | | | **1.1** | |
| 17 | 11/20/2020 | Diaz, Matthew | 0.3 | Review correspondence from counsel re: case developments. |
| 17 | 1/14/2021 | Diaz, Matthew | 0.6 | Review recovery analysis. |
| 17 | 1/21/2021 | Shapiro, Jill | 0.6 | Review and analyze status report. |
| 17 | 1/29/2021 | Kim, Ye Darm | 0.5 | Update diligence question list re: status report and send to M-III. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD NOVEMBER 1, 2020 TO FEBRUARY 28, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/1/2021 | Kim, Ye Darm | 0.3 | Prepare summary of notes and draft email re: call with M-III on status report. |
| 17 | 2/2/2021 | Kim, Ye Darm | 0.8 | Review updated cash flow forecast. |
| 17 | 2/2/2021 | Kim, Ye Darm | 0.7 | Prepare notes on cash flow forecast for UCC call re: status update. |
| 17 | 2/2/2021 | Kim, Ye Darm | 0.7 | Draft talking points for UCC call re: status update. |
| **17 Total** | | | **4.5** | |
| 18 | 11/25/2020 | Diaz, Matthew | 0.3 | Research and provide response to counsel re: litigation. |
| 18 | 12/4/2020 | Diaz, Matthew | 0.4 | Review correspondence related to the Transform turnover motion. |
| 18 | 1/4/2021 | Kim, Ye Darm | 2.9 | Review insider holdings of Sears Holding Corporation. |
| 18 | 1/5/2021 | Shapiro, Jill | 0.5 | Review insider holders at time of pre-petition transactions. |
| 18 | 1/6/2021 | Kim, Ye Darm | 0.9 | Review complaint source documents. |
| 18 | 1/18/2021 | Eisler, Marshall | 1.0 | Research diligence request from counsel. |
| 18 | 1/26/2021 | Eisler, Marshall | 1.2 | Review status report chart detailing effective date funding gap. |
| 18 | 1/29/2021 | Eisler, Marshall | 2.1 | Respond to diligence question from counsel re: pre-petition transactions. |
| 18 | 2/2/2021 | Kim, Ye Darm | 1.1 | Review counsel's draft presentation re: litigation. |
| 18 | 2/3/2021 | Diaz, Matthew | 1.9 | Review the Akin Sears litigation update presentation. |
| 18 | 2/3/2021 | Eisler, Marshall | 3.1 | Prepare for monthly UCC call. |
| 18 | 2/17/2021 | Kim, Ye Darm | 0.6 | Prepare response for Counsel re: shares outstanding. |
| 18 | 2/23/2021 | Eisler, Marshall | 0.6 | Analyze key issues re: litigation funding. |
| **18 Total** | | | **16.6** | |
| 20 | 2/1/2021 | Kim, Ye Darm | 0.5 | Participate in call with M-III re: status update. |
| 20 | 2/1/2021 | Shapiro, Jill | 0.5 | Participate in call with M-III re: status update. |
| **20 Total** | | | **1.0** | |
| 21 | 2/3/2021 | Kim, Ye Darm | 0.3 | Participate on call w/ counsel re: UCC call catch up. |
| 21 | 2/4/2021 | Kim, Ye Darm | 0.4 | Participate in UCC call re: status update. |
| 21 | 2/4/2021 | Shapiro, Jill | 0.4 | Participate in UCC call re: status update. |
| **21 Total** | | | **1.1** | |
| 23 | 1/7/2021 | Shapiro, Jill | 0.5 | Prepare rate change notice. |
| 23 | 1/8/2021 | Star, Samuel | 0.2 | Review supplemental declaration for rate changes. |
| 23 | 1/8/2021 | Shapiro, Jill | 0.2 | Finalize rate change notice. |
| **23 Total** | | | **0.9** | |
| 24 | 11/3/2020 | Shapiro, Jill | 0.2 | Prepare July fee statement to meet fee examiner guidelines. |
| 24 | 11/3/2020 | Shapiro, Jill | 0.3 | Prepare August fee statement to meet fee examiner guidelines. |
| 24 | 12/7/2020 | Diaz, Matthew | 0.4 | Review October fee statement. |
| 24 | 12/7/2020 | Shapiro, Jill | 0.6 | Prepare October fee statement. |
| 24 | 12/8/2020 | Hellmund-Mora, Marili | 0.5 | Update and finalize October fee statement. |
| 24 | 12/8/2020 | Shapiro, Jill | 0.3 | Prepare October Fee Statement to meet fee examiner guidelines. |
| 24 | 12/8/2020 | Shapiro, Jill | 1.7 | Prepare Sixth Interim Fee Application. |
| 24 | 12/9/2020 | Shapiro, Jill | 0.6 | Prepare updates to Sixth Interim Fee Application. |
| 24 | 12/10/2020 | Diaz, Matthew | 0.7 | Review Sears Sixth Interim Fee Application. |
| 24 | 12/10/2020 | Shapiro, Jill | 0.6 | Process updates to Sixth Interim Fee Application. |
| 24 | 12/11/2020 | Shapiro, Jill | 0.2 | Finalize Sixth Interim Fee Application. |
| 24 | 2/1/2021 | Diaz, Matthew | 0.3 | Review the Sears proposed interim order. |
| 24 | 2/1/2021 | Kim, Ye Darm | 0.4 | Review interim payment numbers for Sixth interim fee order. |
| **24 Total** | | | **6.8** | |
| **Grand Total** | | | **52.7** | |

**EXHIBIT D**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2020 TO FEBRUARY 28, 2021**

| Expense Type | Amount |
|---|---|
| **Not Applicable in this month.** | |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2020 TO FEBRUARY 28, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Not Applicable in this month.** | | |