**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | **Case No. 18-23538 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors** | |

------------------------------------------------------------ x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Koolatron Corporation's Motion to Compel Payment of Reserved Funds Held Pursuant to The Administrative Expense Claims Consent Program and Any Additional Amounts Due and Owing shall be heard on **May 25, 2021 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/* Jayson M. Macyda
(admitted *pro hac vice* for Koolatron Corporation)
Kyko Global, Inc. and Affiliates
P.O. Box 87491
Canton, MI 48187
(248) 243-6685
generalcounsel@kykoglobal.com