CARMODY TORRANCE SANDAK & HENNESSEY LLP
Todd R. Michaelis, Esq.
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-573-1200
tmichaelis@carmodylaw.com
*Attorneys for Timex Group USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOURTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, et al., | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| Sears, Roebuck and Co. and Kmart Holding Corporation, | |
| Plaintiffs, | Adv. No. 20-06086 |
| v. | |
| Timex Group USA, Inc. fdba Timex Corporation, | April 15, 2021 |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Todd R. Michaelis, attorney with the firm of Carmody Torrance Sandak & Hennessey LLP, hereby withdraws his appearance on behalf of Timex Group USA, Inc. in the above-captioned bankruptcy cases and respectfully requests that he be removed from the CM/ECF noticing list and any other service lists for these cases.

Dated April 15, 2021

{W3303993}

        Carmody Torrance Sandak & Hennessey LLP

By: /s/ Todd R. Michaelis
Todd R. Michaelis
P.O. Box 1110
Waterbury, CT 06721
Tele: 203-573-1200
Fax: 203-575-2600
tmichaelis@carmodylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, a copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's CM/ECF system to any party who has filed a request for notice pursuant to Rule 2002 of the Bankruptcy Rules.

/s/ Todd R. Michaelis
Todd R. Michaelis