## EXHIBIT A

| | |
|---|---|
| **From:** | Cohen, Francesca |
| **To:** | Arn-O"Rourke, Kristen; Guthrie, Hayden; Munz, Naomi |
| **Cc:** | Project Blue Sasset M&A; counsel@searshc.com; O'Reilly, Benet J.; Allen, Charles W.; NYDU-PGray |
| **Subject:** | RE: Transform – Acquired Foreign Assets |
| **Date:** | Tuesday, April 9, 2019 8:20:50 PM |
| **Attachments:** | Redline - Hong Kong - 10. Share Purchase Agreement (Seyfarth Comments 3-21)_WEIL_96899588_12 and Hong Kong - 10. Share Purchase Agreement (Execution V.pdf |
| | Hong Kong - 10. Share Purchase Agreement (Execution Version)_WEIL_96899588_15.DOCX |
| | Redline - Hong Kong - 3. Sears Holdings Global Sourcing Limited - Board Resolutions (20190130) (Weil Comments 3-15)_WEIL_96898821_10 and Hong Kong - 3.pdf |
| | Hong Kong - 3. Sears Holdings Global Sourcing Limited - Board Resolutions (Execution Version)_WEIL_96898821_11.DOCX |
| | Redline - Hong Kong - 2. Bought and Sold Notes (20190130) (CGSH Comments 3-20)_WEIL_96898820_6 and Hong Kong - 2. Bought and Sold Notes (Execution Ver.pdf |
| | Hong Kong - 2. Bought and Sold Notes (Execution Version)_WEIL_96898820_8.DOCX |
| | Redline - 02A HK - SHGSL - Instrument of Transfer [CGSH Draft 3.18.19] and Hong Kong - 1. Instrument of Transfer (Execution Version)-96898819-v9.pdf |
| | Hong Kong - 1. Instrument of Transfer (Execution Version)_WEIL_96898819_9.DOCX |
| | Hong Kong - 4. (Option 2) Sears Holdings Global Sourcing Limited - Statement confirming no landed property (Execution Version)_WEIL_96956205_3.DOCX |
| | Hong Kong - 9. Sears Holdings Global Sourcing Limited - Structure Chart (Execution Version)_WEIL_96954740_3.DOCX |

Kristen,

We confirm receipt of your notice. Please find attached the discussed comments to the Hong Kong documents. Generally, please see below for a summary of the attachments and status on the Hong Kong and India items. In the interest of time I have provided status updates in red text.

Please let us know if you would like to discuss any of these updates.

Best,
Francesca

---

**From:** Arn, Kristen <karn@cgsh.com>
**Sent:** Tuesday, April 9, 2019 6:45 PM
**To:** Cohen, Francesca <Francesca.Cohen@weil.com>; Guthrie, Hayden <Hayden.Guthrie@weil.com>; Munz, Naomi <Naomi.Munz@weil.com>
**Cc:** Project Blue Sasset M&A <ProjectBlueSassetM&A@weil.com>; counsel@searshc.com; O'Reilly, Benet J. <boreilly@cgsh.com>; Allen, Charles W. <callen@cgsh.com>; Gray, Paul <pgray@cgsh.com>
**Subject:** Transform – Acquired Foreign Assets

Weil team,

In light of our ongoing work to complete the equity transfers of certain Acquired Foreign Assets pursuant to sections 2.13(a) and (b) of the Asset Purchase Agreement (the "APA") dated as of January 17, 2019, as amended, by and among Transform Holdco LLC ("Buyer"), Sears Holdings Corporation and each of its Subsidiaries party thereto (collectively, the "Sellers"), on behalf of Buyer we hereby notify Sellers to confirm that Buyer has deemed it necessary and desirable to acquire all of the equity interests identified below as Acquired Foreign Assets:

1. All equity interests held by Sellers or their Subsidiaries in each of:
   a. Sears Holdings Global Sourcing Limited

  b.  International Sourcing & Logistics Limited (as a direct subsidiary of Sears Holdings
      Global Sourcing Limited)
  c.  Quality Assurance Laboratory Limited (as a direct subsidiary of Sears Holdings
      Global Sourcing Limited)
  d.  Sears Sourcing India Private Limited
  e.  Sears IT & Management Services India Private Limited
  f.  Sears Global Technologies  India Private Limited
2.  1% equity interest in Inmuebles SROM S.A. de C.V.
3.  1% equity interest in Sears Operadora Mexico S.A. de C.V.

Pursuant to sections 2.13(a) and (b) of the APA, Buyer continues to use its reasonable best efforts to
complete such transfers as promptly as possible and expects that Sellers will continue to do so as
well. We have listed the transfer documents and the status of each below. At your convenience,
could you please provide us with an updated tracker with responses from Indian local counsel
regarding the transfer documents?

- **Hong Kong**
  - *Status*: Documents are in substantially agreed form; Seller informed Transform on
    April 3 they had minor comments to be provided - Please see attached for our
    comments. These include comments to the SPA and board resolutions and general
    updates to create execution versions.
  - *Documents*:
    - Share Purchase Agreement for Sears Holdings Global Sourcing Limited
    - Ancillary Documents:
      - Company Board Resolutions approving the transaction – Edits
        attached.
      - Instrument of Transfer in respect of the Sale Shares – Edits
        attached.
      - Bought and sold notes transferring beneficial interests – Edits
        attached.
      - Structure chart of SHGSL – Higher resolution chart attached.
      - Articles of association of the SHGSL – Certified copy confirmed
        received by Seyfarth Hong Kong.
      - Statement confirming that sold entities have not acquired any
        landed property or rights to acquire landed property or investments
        – Current draft attached.
      - Latest audited accounts of each of the entities– Certified copy
        confirmed received by Seyfarth Hong Kong.
      - Management accounts of the Company made up to a date within 3
        months before the Completion Date – Certified copy confirmed
        received by Seyfarth Hong Kong.

- **India**
  - *Status*: Share Purchase Agreement comments provided to seller on April 5; Company
    Board Resolutions are in agreed form; Form SH-4 provided to Transform on March
    26; Weil/ELP to confirm if there are other ancillary agreements to be completed

- ▪ Weil has asked ELP to confirm that the only additional deliverable is a Share Transfer Form. This is understood to be a standard form and Weil will update with a draft or sample when it is received.

  - o *Documents*:
    - ▪ Share Purchase Agreement for (i) Sears Sourcing India Private Limited, (ii) Sears IT & Management Services India Private Limited, and (iii) Sears Global Technologies  India Private Limited – Weil shared CGSH comments to the SPAs with ELP on 4/9/19. Weil provide an update as soon as possible.
    - ▪ Company Board Resolutions – Weil shared drafts with CGSH on 3/25/19.
    - ▪ Form SH-4 – Weil shared sample form with CGSH on 3/26/19.

- **Mexico**
  - o *Status*: ROFR notice in agreed form; Transform to provide valuation for 1% equity interests to include in the ROFR notice
  - o *Documents*:
    - ▪ Right of First Refusal Notice to Grupo Carso

Please confirm your receipt of this notice.

Thank you,
Kristen

———

**Kristen Arn**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
T: +1 212 225 2137
karn@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.