

March 28, 2021

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains New York 10601

Re: Sears Holdings Corporation, et al,
    Sears Unit 1094, 436 Main Street
    Chapter 11 Docket No. 18-23538 (RDD)

Dear Judge Drain;

    I am Michael A. D'Antonio a New Jersey Licensed Realtor with Alexander Anderson Group Hackensack New Jersey.
    In watching the News, I became aware of the Sears Closings. Our office is literally 5 minutes from Sears Unit 1094, 436 Main Street.
    In watching the parking lot, I noticed the dwindling number of customers and the actual closing of the Store. In contacting Roger Puerto and Scott Nierman of Transformco, I was instructed to submit any valid Offers to purchase. Upon doing so I was told that the Listing was contracted with Jones Lang Lasalle, a New York Real Estate Company.
    Enclosed please find an Offering of the site for lease by Jones Lang Lasalle. In that the Bankruptcy is designed to liquidate assets to pay the Creditors I feel that my Clients offer to purchase the closed main building and 8 acres for $24,000,000.00 would have been accepted.
    Our Office was met with great resistance by JLL agent Jose Cruz who stated that I must inform him of my clients name and location of business in that Jll probably had my client already interested in the site. I did not do this and requested a return phone call from the Broker of record for JLL who did not return any contact .
    I respectfully request if your Clerk can review this Unit Site 1094 and inform me if Transformco and JLL must sell the unit. Our company is agreeable to a commission split with JLL.

Thank You,

*Michael A. D'Antonio*
Michael A. D'Antonio

ALEXANDER ANDERSON REAL ESTATE GROUP    NJ: 201.343.6640 | NY: 212.462.4289    alexander-anderson.com
22 Jones Street, New York, NY 10014 | 14 Bergen Street, Hackensack, NJ 07601 | 840 Bergen Avenue, Jersey City, NJ 07306    info@alexander-anderson.com



# 436 Main Street

Hackensack, NJ 07601
Existing Sears & Sears Auto Center Available

**Space: Sears**

| | |
|---|---|
| Third Floor: | Approx. 29,491 sf |
| Second Floor: | Approx. 29,491 sf |
| Ground Floor: | Approx. 36,864 sf |
| Lower Level: | Approx. 25,827 sf |
| Total: | Approx. 121,673 sf |

**Sears Auto Center:**

Ground Floor: 16,706 sf

**Ceilings (slab to slab)**

15'9"
15'6"
17'
12'

**Zoning**
B-2, B-3

**Remaining Term**
Through 12/14/2045

**Possession**
To Be Arranged

**Asking Rent**
Available Upon Request

**Comments**

- Free-standing opportunity located on commercially active Main Street, in close proximity to downtown Hackensack
- Exceptional regional access given proximity to I-80, Route 4, Farleigh Dickinson University, and Teterboro Airport
- Sears and Sears Auto Center leased together or individually

**Neighbors**

TARGET    KOHL'S    BARNES & NOBLE    
Raymour & Flanigan FURNITURE    COSTCO WHOLESALE         GOLF GALAXY

---

**Hilary Sievers**
+1 212 812 6449
hilary.sievers@am.jll.com

**Erin Grace**
+1 212 812 5882
erin.grace@am.jll.com

**Patrick A. Smith**
+1 212.812.5888
patricka.smith@am.jll.com





436 Main Street
Hackensack, NJ 07601
Market Aerial

| Demographics | | | |
|---|---|---|---|
| Drive Time | '20 Pop | Avg. HHI | Households |
| 5 Min | 58,640 | $105,689 | 23,003 |
| 10 Min | 224,431 | $112,914 | 82,598 |
| 15 Min | 564,660 | $117,551 | 207,852 |
| 20 Min | 1,298,551 | $107,277 | 461,740 |

JLL