WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jared R. Friedmann
Jacqueline Marcus
Jennifer Brooks Crozier

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11
                                          :
SEARS HOLDINGS CORPORATION, et al.,       :      Case No. 18-23538 (RDD)
                                          :
           Debtors.¹                      :      (Jointly Administered)
                                          :
------------------------------------------------------------------x
```

## DECLARATION OF ENRIQUE ACEVEDO
## IN SUPPORT OF DEBTORS' REPLY IN FURTHER SUPPORT OF
## THIRD MOTION TO ENFORCE THE ASSET PURCHASE AGREEMENT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Fl., New York, NY 10019.

Pursuant to 28 U.S.C. § 1746, I, Enrique Acevedo, hereby declare and state as follows:

1.      I submit this Declaration in support of the *Debtors' Reply in Further Support of Third Motion to Enforce the Asset Purchase Agreement* filed concurrently herewith.

2.      I am a Director at M-III Advisory Partners, L.P. ("**M-III**").  M-III has served as the Debtors' financial advisor since the Debtors' commencement of the above-captioned chapter 11 cases.

3.      I have more than ten years of investment banking, restructuring, and operational experience.  Over those years, I have served as a financial advisor to companies, boards, creditors, and equity investors across a wide range of industries, including the technology, telecommunications, media, retail, food services, and real estate industries.

4.      While at M-III, I have worked on numerous corporate reorganizations.  The focus of my work has been formulating business plans to improve financial performance, evaluating capital structures, conducting asset sales, analyzing capital allocation decisions, developing turnaround strategies, and preparing forecast models and budgets.

5.      Prior to joining M-III, I was an investment banker in the Technology, Media & Telecommunications Group at J.P. Morgan, where I advised companies and financial sponsors through M&A, capital raising, and other corporate finance initiatives.

6.      I earned an M.B.A. degree from Columbia Business School and a B.B.A. with concentrations in Finance and Corporate Strategy from the University of Michigan's Stephen M. Ross School of Business.

7.      All statements in this Declaration are based upon my personal knowledge of the Debtors' operations and finances garnered during the course of my engagement with the Debtors; my discussions with the Debtors' senior management, other members of the M-III team, and the

Debtors' other advisors; and my review of relevant documents.  If called to testify, I could and would testify to each of the facts set forth herein based upon such personal knowledge, discussions, and document review.

8.    In the weeks preceding the Closing Date,[1] the Debtors and their advisors, including M-III, engaged in an all-out effort to mitigate what the Company had identified as a multi-million-dollar administrative shortfall.

9.    Part of that mitigation effort included gathering as much cash into the estates as possible, by, for example, speeding regional cash collection (an estimated $17 million), repatriating cash from Israel (an estimated $6 million), and collecting store cash (an estimated $17 million).  Attached hereto as **Exhibit A** is a true and correct copy of a January 25, 2019 slide deck (developed and maintained by M-III) entitled "Transform Transaction – Weekly Tracking" that shows, among other things, the various "opportunities and actions" the Debtors were taking as of January 25, 2019 to collect cash on behalf of the estates.

10.    M-III had considered other potential sources of cash, including the Debtors' Indian and Hong Kong subsidiaries.  Attached hereto as **Exhibit B** is a true and correct copy of a January 27, 2019 Microsoft Excel spreadsheet (developed and maintained by M-III) entitled "Cash Schedule – Sears Holdings" that shows, among other things, the various sources of cash the Debtors were evaluating as of January 27, 2019 in connection with the above-described mitigation effort.

11.    However, in or around mid-January 2019, Sears's Finance Department (which would soon become Transform's Finance Department) represented to M-III that the Debtors might recover "at most" $1 million to $1.5 million from India (and likely nothing) and "could" recover

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given them in the *Debtors' Third Motion to Enforce the Asset Purchase Agreement* [Docket No. 9395].

nothing from Hong Kong.  In fact, the Debtors had transferred $620,000 to Hong Kong on January 18 to ensure the subsidiary's solvency through February 1.  *See* Ex. B.

12.     Based at least in part upon these representations, M-III concluded that any attempt to recover cash held in the Indian and Hong Kong subsidiaries at that time would be futile and, accordingly, focused its energies on opportunities that were more likely to bear fruit, including Israel.  Attached hereto as **Exhibit C** is a true and correct copy of a February 28, 2019 Microsoft Excel spreadsheet (developed and maintained by M-III) entitled "Cash Schedule – Sears Holdings" that shows, among other things, the various sources of cash the Debtors were evaluating as of February 28, 2019 in connection with the above-described mitigation effort.  As Exhibit C demonstrates, as of February 28, 2019, M-III had moved the Indian and Hong Kong bank accounts from its "active"  cash tracker (page 1) to its "old" cash tracker (page 2).

13.     It was not until July 2020, when the Debtors discovered that SHC-Israel employees had been drawing upon the Debtors' Israel cash reserves and had thereby depleted those cash reserves by hundreds of thousands of dollars, that M-III re-examined whether other Debtor-related entities had in fact held substantial amounts of cash as of the Closing Date.  By that point, however, Transform had long since removed the India and Hong Kong cash balances from the estates' non-debtor balance sheet and had taken possession and control of the Company's books and records. M-III, therefore, had to rely during its investigation upon information supplied by Transform's Finance Department, which Transform did not volunteer.  Attached hereto as **Exhibit D** is a true and correct copy of a report from the Company's general ledger (prepared by Transform personnel and transmitted to M-III on April 2, 2021) that shows, among other things, that the India and Hong Kong cash balances were removed from the estates' non-debtor balance sheet in February 2019.

14.     Sears Holdings Corporation was a complex organization, with a long history and

vast, sprawling organizational structure composed of numerous divisions, projects, and teams and operated by a multitude of people pursuant to many and varied practices and processes. The sale of Sears Holdings Corporation to Transform pursuant to the Asset Purchase Agreement was a highly complex transaction, and the subsequent administration and wind-down of the Debtors' estates has been correspondingly complex. For all of these reasons, among others (including the time-consuming tasks associated with daily administration of the estates), it can be challenging to identify assets to be recovered and to determine which entity (the Debtors or Transform) owns those assets.

15.     By way of example, on April 13, 2021, Transform personnel emailed M-III and explained that, in 2019, a Transform-related investment was "mistakenly funded with $99,999 from a non-debtor, SHC Israel Ltd." Transform then offered to repay those funds to the Debtors. It took Transform **two years** to discover this mistake and to attempt to remedy it. Attached hereto as **Exhibit E** is a true and correct copy of the April 13, 2021 email from K. Stopen (Transform) to W. Murphy (M-III) concerning "Sears Israel."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2021
        New York, New York

                                        */s/ Enrique Acevedo*
                                        Enrique Acevedo
                                        Director
                                        M-III Advisory Partners, LP

**<u>Exhibit A</u>**

      

# Transform Transaction - Weekly Tracking

January 25 2019



# Admin Solvency Tracker

**Under the revised estimates, the Company is projecting a ($62mm) administrative shortfall; the Company has identified ~$201mm of potential mitigating items**

| | Original Estimate | ESL Assumed Liabilities | Original Gap | Change in Estimates | Identified Favorable Variance | Revised Gap | Potential Mitigating Items | Notes |
|---|---|---|---|---|---|---|---|---|
| **Admin & Other Priority Claims** — Uses of Value | | | | | | | | |
| **Claims** | | | | | | | | |
| 503(b)9 | $ 173 | $ (139) | $ (34) | 1 | $ - | $ (33) | $ 5 | (1) |
| Accounts Payable | 196 | (166) | (30) | - | 30 | - | 15 | (2) |
| Severance & WARN | 28 | (28) | - | - | - | - | - | |
| Franchise Taxes | 3 | - | (3) | - | - | (3) | - | |
| Property Taxes | 135 | (135) | - | - | - | - | - | |
| RemainCo Winddown Costs | 80 | - | (80) | - | - | (80) | - | |
| ABL DIP | 950 | (850) | (100) | (29) | 25 | (104) | 118 | (3) |
| Junior DIP | 350 | (350) | - | - | - | - | - | |
| Professional Fees | 108 | - | (108) | 6 | - | (102) | - | (4) |
| Cure Costs | 200 | (200) | - | - | - | - | - | |
| Transfer Taxes (Purchase Price Deduction) | 19 | (19) | - | - | - | - | - | |
| Mechanics' Liens (Purchase Price Deduction) | 4 | (4) | - | - | - | - | - | |
| UCC Release Cash Consideration | 35 | (35) | - | - | - | - | - | |
| **Total** | **2,281** | **(1,926)** | **(355)** | **(22)** | **55** | **(322)** | **138** | |
| | | | | | | | | |
| **Additional Value Identified** | | | | | | | | |
| Company Cash Available at Close | 50 | - | 50 | (50) | 30 | 30 | 20 | |
| Company Cash Available Post Close | 29 | - | 29 | - | - | 29 | - | |
| Professional Fee Carve-Out Account | 108 | - | 108 | (6) | - | 102 | - | |
| MTN Sale Proceeds | 81 | - | 81 | - | - | 81 | - | |
| U-Haul Sale Proceeds | 7 | - | 7 | - | - | 7 | - | |
| Insurance Proceeds | 13 | - | 13 | (8) | - | 5 | - | |
| SHIP Security Deposit | 6 | - | 6 | - | - | 6 | - | |
| GOB Inventory Post-Close | - | - | - | - | - | - | 43 | |
| **Total** | **294** | **-** | **294** | **(64)** | **30** | **260** | **63** | |
| **Solvency / (Gap)** | | | **$ (61)** | **$ (86)** | **$ 85** | **$ (62)** | **$ 201** | |

**Notes:**

(1) Potential mitigating items reflect $5mm in opportunity identified through the application of trapped vendor credits, and mitigation of amounts owed to 503(b)(9) claimants through identified cure

(2) Offsets and mitigating items reflect $15mm-30mm in opportunity identified through managing disputed payables, reducing non-essential spend and potentially recovering pre-petition cash deposits

(3) Pipeline initiatives of $118mm relate to $25mm of operating receipts, $20mm of operating disbursements, $20mm of pro-rata february rent, $15mm of AP headroom, $10mm of critical vendor payments, $9mm of Amazon Inventory Recovery, and $14mm in First Data proceeds (50% of total possible)

(4) Revised to reflect latest professional fee estimate

# Conditions to Close Summary

| Conditions to Close | | | | | | Potential Mitigating Items | Notes |
|---|---|---|---|---|---|---|---|
| | Projected Balance at Close | Target per APA | Cushion / (Gap) | Identified Favorable Variance | Revised Cushion / (Gap) | | |
| New ABL Collateral | $ 1,678 | $ 1,657 | $ 21 | $ - | $ 21 | $ 15 | (1) |
| Specified Receivables | 292 | 255 | 36 | - | 36 | 36 | (2) (A) |
| Warranty Receivables | 55 | 54 | 2 | - | 2 | - | (A) |
| Prepaid Inventory | 151 | 147 | 4 | - | 4 | - | (A) |
| ABL DIP | 954 | 850 | (104) | - | (104) | 118 | (3) |
| Junior DIP | $ 350 | $ 350 | $ - | $ - | $ - | $ - | |

**Notes:**

(1)  Pipeline initiatives reflect $15mm estimated in additional borrowing base availability as a result of revised script appraisals

(2)  Assumes $36mm in favorability related to credit balance negotiation and additional AR conversion to cash

(3)  Pipeline initiatives of $118mm relate to $25mm of operating receipts, $20mm of operating disbursements, $20mm of pro-rata february rent, $15mm of AP headroom, $10mm of critical vendor payments, $9mm of Amazon Inventory Recovery, and $14mm in First Data proceeds (50% of total possible)

(A)  In the event the Company delivers less than the target amount for these items, there will be a dollar for dollar reduction in ESL's obligation to first assume Severance liabilities, then 503(b)(9) claims. To the extent the Company delivers excess Prepaid Inventory or Warranty Receivables at close, this excess amount can be used to offset any shortfall in the other dollar for dollar.

# Opportunity and Actions as of 1/25/19

| | Identified Favorable Variance | Identified Opportunity | Potential Actions | Responsible Parties | Comments |
|---|---|---|---|---|---|
| **RX Scripts** | NA | $0 - $15mm | Script Appraisal | Rob Riecker<br>Brian Griffith | Current borrowing base of $7.50/script, resulting in $25mm of availability.  Appraisal expected 1/28 |
| **Inventory** | NA | $30mm | Sale of excess inventory<br>Transfer to GOB<br>Reduce or cancel P.O.s<br>Increase receiving days to 6 days per week | TJ Koreis<br>Brian Griffith<br>Chris Good | Inventory potentially higher in DIP budget than target $9.4mm of Amazon inventory will be brought back into inventory and has already been paid for |
| **GOBs** | NA | $43mm | Continue to harvest GOBs after close | Abacus | GOB cash remains with estate |
| **Specified Receivables** | NA | TBD | Identify specific accounts receivable that can be monetized pre or post closing:<br>•   UPS rebate ($8mm)<br>•   SHO receivable ($34mm)<br>•   Monark receivable (TBD) | Trent Bonnell<br>Jon Boffi<br>Chris Good<br>Bob Phelan | Convert A/R to cash to the extent above required target Potential to use 503(b)(9) negotiation to reduce A/R Look at timing of SHO, Citi and other AR payments |
| **503(b)(9)** | NA | $5mm-$10mm | Review vendor credits<br>Mitigate through vendor cures | Enrique Acevedo | Use critical vendor payments to reduce 503(b)(9) liability Potential to use A/R credits to offset balances |
| **Accounts Payable** | $30mm | NA | Manage AP balance based on deliverable under the APA | Jeff Butz<br>Chris Good | Decrease operating expense<br>Increase payables to offset DIP |
| **Property Tax** | NA | NA | Revised estimate from SHC Real Estate team for go-forward stores is approximately $60mm lower | Mike Morrie<br>Brian Griffith | Reviewing the revised schedule provided by SHC Real Estate team |
| **Other Assets** | NA | TBD | $245mm of Other balance sheet assets | Chris Good | Other assets on the balance sheet not identified in APA |
| **Cash** | $30mm | $20mm | Speed regional cash collection ($17mm)<br>Repatriate cash from Israel ($6mm)<br>Store cash ($17mm)<br>Utility deposits ($10mm)<br>Cash from 2/8/19 sales (TBD) | Rajat Prakash<br>Chris Good<br>Enrique A.<br>Naren Sinha | Working with armored carriers and regional banks to decrease the time it takes to make cash available Determining amount of cash that would come in from sales on 2/8/19 |
| **Senior DIP Balance** | $25mm | $104mm | Operating Receipts ($25mm)<br>Operating Disbursement ($20mm)<br>Pro Rate February rent ($20mm)<br>Critical Vendors ($10mm)<br>Hurricane Proceeds ($5mm)<br>Accounts payable build ($15mm)<br>Amazon Inventory recovery ($9mm)<br>Reduction in other AR and other assets (TBD) | Rob Riecker<br>Naren Sinha<br>Rajat Prakash<br>Bob Walsh<br>Brian Griffith<br>Wesley Sima<br>Chris Good | Actively managing operating disbursements and potential conservatism in SG&A forecast, as well as receipt outperformance |
| | NA | $14mm (up to $28mm) | First Data Proceeds | Mo Meghji | Credit card holdback release<br>Look at other holdback release opportunities |
| **Subtotal** | **$85mm** | **$231mm** | | | |

4

# 1/11/19 to 1/23/19 DIP Budget Bridge

| DIP Budget as of:<br>For Four Weeks Ending : | 1/11/19<br>2/9/19 | 1/23/19<br>2/9/19 | Variance<br>1/16 to 1/11 | *Commentary* |
|---|---|---|---|---|
| **Total Operating Receipts** | **$512** | **$512** | **$0** | *No change* |
| | | | | |
| Merch Vendors | (248) | (231) | 18 | *Decreased merchandise spend estimate* |
| Rent/Occupancy | (20) | (36) | (16) | *Paid Sparrow rent* |
| Payroll/Bens/Taxes | (151) | (159) | (8) | *Decreased payroll estimate* |
| Other SG&A Disbursements | (192) | (186) | 7 | *Increased other SG&A estimate* |
| CapEx | (4) | (4) | 1 | *Updated for actuals* |
| **Total Operating Cash Flow** | **($104)** | **($102)** | **$1** | |
| | | | | |
| **NON-OPERATING CASH FLOW** | | | | |
| | | | | |
| **Bankruptcy Related Disbursements** | **($74)** | **($43)** | **$30** | *Removed KCD and decreased critical vendor estimate* |
| | | | | |
| Cash Interest | ($13) | ($12) | $1 | *Slight increase of interest expense* |
| Financing Fees | (0) | 0 | 0 | *No Change* |
| Professional Fees | (18) | (19) | (1) | *Revised estimate* |
| Intercompany Inflows | 0 | 0 | 0 | *No Change* |
| **Total Other Non-Operating Disbursements** | **($32)** | **($31)** | **$1** | |
| | | | | |
| **Net Cash Flows before Financing** | **($209)** | **($176)** | **$33** | |
| | | | | |
| Financing | 209 | 169 | (40) | *NA* |
| **Net Cash Flow after Financing** | **$0** | **($7)** | **($7)** | |
| | | | | |
| Beginning Cash | $0 | $7 | $7 | *NA* |
| Cash Flow Before Financing | (209) | (176) | 33 | *NA* |
| Financing | 209 | 169 | (40) | *NA* |
| Change in Carveout Account | 0 | 0 | 0 | *NA* |
| **Ending Available Cash Balance** | **$0** | **($0)** | **($0)** | |
| | | | | |
| Beginning ABL | $976 | $952 | ($24) | *Updated for actuals* |
| Draw (Paydown) | 16 | 2 | (14) | *NA* |
| **Ending ABL** | **$992** | **$954** | **($37)** | |

## Exhibit B

**Cash Schedule**
Sears Holdings

| | Dec-18 Balance | Est. Current Balance | Owner SHC | Owner M-III | Risk | Estimated Available At Closing % | Estimated Available At Closing $ | Estimated Available Post Closing % | Estimated Available Post Closing $ | Confirmed Available At Closing % | Confirmed Available At Closing $ | Confirmed Available Post Closing % | Confirmed Available Post Closing $ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Regional Bank Cash | 12.8 | 6.0 | RP | TB | Medium | 25% | 1.5 | 75% | 4.5 | | -- | | | Increasing frequency, procurement working with legal on contracts. Analyzing impact |
| 2. In-Transit - Not in Regional Banks | 33.2 | 33.2 | RP, BW | TB, BG, CG | Medium | 25% | 8.3 | 75% | 24.9 | | -- | | | Increasing frequency, procurement working with legal on contracts. Analyzing impact. Negotiating with BoA to see if they can give us provisional credit; amount also includes credit card transactions that are in transit |
| 3. In-Transit - Why Not Lease It | 5.5 | 5.5 | JB, BB | CG, EA, CS | Medium | 75% | 4.1 | 25% | 1.4 | | -- | | | Per Brian Brazzale, WNLI is supportive and willing to work with Sears to ensure the funding for sales is in by close. They are concerned about any returns after the date and which new account they should be charging back |
| 4. In-Transit - PayPal | 0.2 | 0.2 | JB, BB | EA, CS | High | 25% | 0.1 | 75% | 0.2 | | -- | | | Recon files are processed 7 days a week |
| 5. Israel | 7.0 | 8.3 | BP, NS | BG, EA, CS | Low | 65% | 5.4 | 5% | 0.4 | | -- | | | 1) Legal - checking if legally can get money out 2) Tax - checking tax implications 3) Operations - Israel office may need 1-1.5 months of payroll for severance (could send money back post closing) |
| 6. India | 7.0 | 3.0 | BP, NS | BG, EA, CS | Medium | 35% | 1.1 | 0% | -- | | -- | | | Per Bob Phelan, likely $0 opportunity; at most $1-1.5m |
| 7. Far East (Hong Kong) | 1.3 | 0.7 | BP, NS | EA, CS | High | 0% | -- | 0% | -- | | -- | | | Per Bob Phelan, could be $0. We funded HK ~$620k on 1/18 to get them through 2/1 |
| 8. Accounting Entries not Real | 10.3 | 10.3 | N/A | N/A | N/A | 0% | -- | 0% | -- | 0% | -- | 0% | | Accounting entries that are not real cash |
| 9. Monark | 2.9 | -- | RP | EA, CS | High | 0% | -- | 0% | -- | | -- | | | Balance should be $0 as BoA account that is swept to SHC at the end of each day |
| 10. Sears Franchise | 0.8 | -- | RP | EA, CS | High | 0% | -- | 0% | -- | | -- | | | Balance should be $0 as BoA account that is swept to SHC at the end of each day |
| 11. SLS - Lockbox for Hoffman, Logistics | 3.9 | -- | JB, SM | EA, CS | N/A | 0% | -- | 0% | -- | 0% | -- | 0% | | ~$3.1m posting error being corrected, remaining balance due to timing, no real cash |
| 12. Other | (0.4) | -- | JB | EA, CS | N/A | 0% | -- | 0% | -- | | -- | | | Question out to Jeff Butz on clarification of these accounts but no real opportunity |
| **Total Regional Cash** | **$84.6** | **$67.3** | | | | 30% | 20.4 | 47% | 31.4 | 0% | -- | 0% | -- | |
| 13. Store Cash | 15.0 | 17.0 | RP, SH | CG | Low | 70% | 11.9 | 30% | 5.1 | | -- | | | |
| 14. Utility Deposit | 10.0 | 10.0 | RP | EA | Low | 0% | -- | 100% | 10.0 | | -- | | | |
| **Total Regional, Store, & Utility Dep.** | **$109.6** | **$94.3** | | | | 34% | 32.3 | 49% | 46.5 | 0% | -- | 0% | -- | |

**Exhibit C**

**Cash Schedule**
Sears Holdings

| | Actual 2/10/19 Balance | Owner SHC | M-III | WE 2/16 % | WE 2/16 $ | WE 2/23 % | WE 2/23 $ | WE 3/2 % | WE 3/2 $ | WE 3/9 % | WE 3/9 $ | WE 3/16 % | WE 3/16 $ | After % | After $ | Total % | Total $ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | **Estimated Receipt Date** |
| **Cash** | | | | | | | | | | | | | | | | | | |
| 1. Regional Bank Cash | 8.5 | RP | TB, NW | 100% | 8.5 | | -- | | -- | | -- | | -- | | -- | 100% | 8.5 | $43.5mm swept on 2/11 by the Estate (less $35mm from ESL) |
| 2. Store Cash sitting at stores EoD 2/10 paid by ESL | 9.2 | RP, SH | EA | 100% | 9.2 | | -- | | -- | | -- | | -- | | -- | 100% | 9.2 | ESL paid $9.15mm on 2/15 for cash left at ongoing stores at EoD 2/10 |
| 3. Store Cash In-Transit (picked up on 2/8; not in regional banks) | 4.4 | RP, BW | TB, EA | | -- | | -- | | -- | 100% | 4.4 | | -- | | -- | 100% | 4.4 | In-transit on 2/11 for cash picked up prior to 2/9; E&Y to send M-III data; $4.4mm based nour analysis |
| 4. Store Cash In-Transit (picked up on 2/11; not in regional banks) | 14.1 | RP, BW | TB, EA | | -- | | -- | | -- | 100% | 14.1 | | -- | | -- | 100% | 14.1 | Picked up on 2/11 and in-transit on 2/11 - this will not include any cash picked up on 2/8 and prior |
| 5. Israel | 4.5 | BP, NS | BG, EA | 0% | -- | | -- | | -- | 100% | 4.5 | | -- | | -- | 100% | 4.5 | Money in transit - $3.3mm received WE 2/23; remaining in transit |
| 6. Utility Deposit | 10.0 | RP | EA | 0% | -- | | -- | | -- | | -- | | -- | 100% | 10.0 | 100% | 10.0 | Can't release the AA deposits until the accounts are terminated, the bills are paid in full, or the cases are concluded |
| **Total Cash (before Credit Cards, other)** | **$50.7** | | | **35%** | **17.7** | **0%** | **--** | **0%** | **--** | **45%** | **23.0** | **0%** | **--** | **20%** | **10.0** | **100%** | **50.7** | |
| | | | | | | | | | | | | | | | | | | |
| **Credit Cards** | | | | | | | | | | | | | | | | | | |
| 7. Credit Card In-Process (sales prior to close) | 74.9 | RP, BW | TB, NW | | -- | | -- | | -- | 20% | 14.6 | | -- | | -- | 20% | 14.6 | In excess of $60.3mm under the APA |
| 8. Credit Card In-Process (sales post close through 2/14) | 3.7 | RP, BW | TB, NW | | -- | | -- | | -- | 100% | 3.7 | | -- | | -- | 100% | 3.7 | For sales from closing to 2/14 |
| 9. Credit Card In-Process (sales post 2/14) | | RP, BW | TB, NW | | -- | | -- | | -- | | -- | | -- | | -- | | -- | Need data for sales post 2/14 that went to NewCo account |
| **Grand Total - Cash** | **$129.3** | | | **14%** | **17.7** | **0%** | **--** | **0%** | **--** | **32%** | **41.3** | **0%** | **--** | **8%** | **10.0** | **53%** | **69.0** | |

**Cash Schedule**
Sears Holdings

| | | | | | | | Estimated Available | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Owner | | | At Closing | | Post Closing | | |
| | | 1/5/19 Balance | 2/10/19 Balance | SHC | M-III | Risk | % | $ | % | $ | Notes |
| 1. | Regional Bank Cash | 12.8 | 6.0 | RP | TB | Low | 25% | 1.5 | 75% | 4.5 | Frequency of cash pickups increased |
| 2. | In-Transit - Not in Regional Banks | 33.2 | 33.2 | RP, BW | TB, EA | Low | 30% | 10.0 | 70% | 23.3 | Frequency of cash pickups increased |
| 3. | In-Transit - Why Not Lease It | 5.5 | 2.0 | TR | CG, EA, CS | Medium | 50% | 1.0 | 50% | 1.0 | Per Brian Brazzale, WNLI is supportive . They are concerned about any returns after the date and which new account they should be charging back |
| 4. | In-Transit - PayPal | 0.2 | 0.2 | TR | EA, CS | Medium | 15% | 0.0 | 85% | 0.2 | Recon files are processed 7 days a week |
| 5. | Israel | 7.0 | 7.0 | BP, NS | BG, EA, CS | Low | 0% | -- | 55% | 3.9 | Money in transit - will take 1-2 weeks |
| 6. | India | 7.0 | 3.0 | BP, NS | BG, EA, CS | N/A | 0% | -- | 0% | -- | Per Bob Phelan, $0 opportunity |
| 7. | Far East (Hong Kong) | 1.3 | 0.7 | BP, NS | EA, CS | N/A | 0% | -- | 0% | -- | Per Bob Phelan, $0 opportunity. We funded HK ~$620k on 1/18 to get them through 2/1 |
| 8. | Accounting Entries not Real | 10.3 | 10.3 | N/A | N/A | N/A | 0% | -- | 0% | -- | Accounting entries that are not real cash |
| 9. | Monark | 2.9 | -- | RP | EA, CS | N/A | 0% | -- | 0% | -- | Balance should be $0 as BoA account that is swept to SHC at the end of each day |
| 10. | Sears Franchise | 0.8 | -- | RP | EA, CS | N/A | 0% | -- | 0% | -- | Balance should be $0 as BoA account that is swept to SHC at the end of each day |
| 11. | SLS - Lockbox for Hoffman, Logistics | 3.9 | -- | JB, SM | EA, CS | N/A | 0% | -- | 0% | -- | ~$3.1m posting error being corrected, remaining balance due to timing, no real cash |
| 12. | Other | (0.4) | -- | JB | EA, CS | N/A | 0% | -- | 0% | -- | No material opportunity |
| | **Total Regional Cash** | **$84.6** | **$62.5** | | | | **20%** | **12.5** | **52%** | **32.8** | |
| | | | | | | | | | | | |
| 13. | Store Cash | 15.0 | 23.2 | RP, SH | CG | Low | 0% | -- | 100% | 23.2 | ESL paying for up to $17mm of cash in going concern stores; latest was $9.15mm that will be paid within 3 days of closing |
| 14. | Utility Deposit | 10.0 | 10.0 | RP | EA | Low | 0% | -- | 100% | 10.0 | |
| | **Total Regional, Store, & Utility Dep.** | **$109.6** | **$95.7** | | | | **13%** | **12.5** | **69%** | **66.0** | |

**<u>Exhibit D</u>**

External Analysis
Reporting Divisions
A01108 Cash and cash equivalents

| | Sears Global Tech Services LLC | Sears IT & Managemnt Services India PrivateLtd | SHC Israel Ltd. | Sears Holdings Mauritius (Separate Entity) | Metascale India | Sears Reinsurance Company, Ltd. | SRC O.P. LLC | SHMC Beverly Group, LLC | Sears Holding Global Sourcing Limited | Int'l Sourcing & Logistics Ltd | Quality Assurance Lab Limited | Non Debtor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Actuals HTD(Dec) | 2,540,509 | 8,207,865 | 8,609,368 | 42,489 | 751,384 | 423,502 | - | 260,198 | 1,022,955 | 193,571 | 81,399 | 22,133,240 |
| 2018 Actuals Jan | - | (2,485,513) | (1,099,214) | (225) | (134,223) | (15,255) | 20,101 | - | (164,941) | (123,044) | (44,904) | (4,047,218) |
| 2019 Actuals Feb | - | (5,722,355) | (3,936,836) | - | (617,162) | (122,418) | (20,101) | - | (858,014) | (70,527) | (36,495) | (11,383,908) |
| 2019 Actuals Mar | - | - | (746,997) | (355) | - | (4,385) | - | - | - | - | - | (751,737) |
| 2019 Actuals Apr | - | - | (85,948) | - | - | (5,814) | - | - | - | - | - | (91,762) |
| 2019 Actuals May | - | - | (281,617) | - | - | (102,645) | - | - | - | - | - | (384,262) |
| 2019 Actuals Jun | - | - | (85,923) | (15,795) | - | (3,084) | - | - | - | - | - | (104,802) |
| 2019 Actuals Jul | - | - | 13,254 | - | - | (5,224) | - | - | - | - | - | 8,030 |
| 2019 Actuals Aug | - | - | (441,708) | - | - | (3,852) | - | - | - | - | - | (445,560) |
| 2019 Actuals Sep | - | - | (164,487) | - | - | (120,685) | - | - | - | - | - | (285,172) |
| 2019 Actuals Oct | - | - | (10,461) | (12,835) | - | (4,743) | - | - | - | - | - | (28,039) |
| 2019 Actuals Nov | - | - | (40,355) | - | - | (3,330) | - | - | - | - | - | (43,685) |
| 2019 Actuals Dec | - | - | (67,615) | - | - | - | - | - | - | - | - | (67,615) |
| 2020 Actuals Jan | - | - | (36,605) | - | - | - | - | - | - | - | - | (36,605) |
| 2020 Actuals Feb | - | - | (23,670) | - | - | - | - | - | - | - | - | (23,670) |
| 2020 Actuals Mar | - | - | (156,327) | - | - | - | - | - | - | - | - | (156,327) |
| 2020 Actuals Apr | - | - | 7,721 | (1,915) | - | - | - | - | - | - | - | 5,806 |
| 2020 Actuals May | - | - | (40,518) | - | - | - | - | - | - | - | - | (40,518) |
| 2020 Actuals Jun | - | - | (51,815) | - | - | - | - | - | - | - | - | (51,815) |
| 2020 Actuals Jul | - | - | (25,999) | - | - | - | - | - | - | - | - | (25,999) |
| 2020 Actuals Aug | - | - | (29,655) | - | - | - | - | - | - | - | - | (29,655) |
| 2020 Actuals Sep | - | - | (44,722) | - | - | - | - | - | - | - | - | (44,722) |
| 2020 Actuals Oct | - | - | 16,121 | - | - | - | - | - | - | - | - | 16,121 |
| 2020 Actuals Nov | (2,540,509) | - | (22,162) | - | - | - | - | - | - | - | - | (2,562,671) |
| 2020 Actuals Dec | - | - | 28,965 | - | - | - | - | - | - | - | - | 28,965 |
| 2021 Actuals Jan | - | - | 255,562 | - | - | - | - | - | - | - | - | 255,562 |
| 2021 Actuals Feb | - | - | 525 | - | - | - | - | - | - | - | - | 525 |
| 2021 Actuals HTD(Feb) | - | - | 1,538,883 | 11,364 | - | 32,066 | - | 260,198 | - | - | - | 1,842,507 |

**Exhibit E**

| | |
|---|---|
| **From:** | Stopen, Keith |
| **To:** | William Murphy |
| **Cc:** | Brotnow, Michael |
| **Subject:** | Sears Israel |
| **Date:** | Tuesday, April 13, 2021 9:52:43 AM |
| **Attachments:** | Convertible Promissory Note - SIL_executed.pdf |

Bill,

You may be aware of this already, given your access to the books, but I wanted to let you know that a Shop Your Way investment in 2019 was mistakenly funded with $99,999 from a non-debtor, SHC Israel Ltd. (SIL).  To remedy the situation, Transform is willing to reimburse those funds and have the promissory note transferred to Transform; alternatively, SIL can retain the investment.  Either way, we wanted to make you aware of it.

For background, in August 2019, the Shop Your Way business was offered the opportunity to make an investment in a company called Basket Savings via a convertible promissory note (see attached). Employees of Transform (within the Shop Your Way business unit) executed the note on behalf of SIL, and funded the investment using SIL funds, not realizing that SIL wasn't owned by Transform. There was apparently some kind of miscommunication or misunderstanding given the historic relationship between SYW and SIL.

To fix this, Transform is prepared to wire $99,999 to Sears Holdings or SIL, whichever you prefer. We would need your help in filling out paperwork to transfer the promissory note from SIL to Transform.  Alternatively, as I mentioned, SIL can retain the investment.

Let me know your thoughts.

Thank you

Keith

This message, including any attachments, is the property of Transform HoldCo LLC and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-202-2200 and delete the message.