# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al*, | : |
| | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel ("Counsel") hereby moves (the "Motion") pursuant to Rule 2090-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") to enter an order permitting Counsel to be withdrawn as counsel in the captioned case. In support thereof, it is hereby stated that Counsel is no longer associated with Keller Rohrback LLP and will no longer be participating in this case.

WHEREFORE, it is respectfully requested that the Court authorize the withdrawal of Counsel and instruct the Clerk of the Court to remove Counsel from any applicable service list in the above-captioned case. ERISA Plaintiffs continue to be represented in this litigation by co-counsel. A proposed order is submitted herewith.

Dated: April 23, 2021.          Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

*/s/ Tanya Korkhov*
Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

*Attorneys for the ERISA Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, : | |
| *et al,* : | Case No. 18-23538 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon consideration of the motion (the "Motion") of Tanya Korkhov ("Counsel") to withdraw her appearance on behalf of ERISA Plaintiffs in the above captioned bankruptcy case; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157; and due and sufficient notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion, and after due deliberation and sufficient cause appearing;

IT IS HEREBY ORDERED that

1. The Motion is GRANTED;

2. Counsel is authorized to withdraw his appearance in this case, and

3. This Court shall retain jurisdiction with respect to the enforcement, implementation or interpretation of this Order.

Dated: _____, 2021
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE