## Exhibit 1

**Disputed Property Tax Claim**

Debtors' Twenty Second Omnibus Objection to Claims
Exhibit 1 to Supplemental CNO - Disputed Property Tax Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Schedule of Satisfied Claims to be Disallowed and Expunged ||||| Debtors' Estimated Allowed Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | | |
| 3. | DESOTO COUNTY, MISSISSIPPI | 19770 | Sears, Roebuck and Co. | - | - | - | $545,014.50 | - | $545,014.50 | $0.00 | Claim is not adequately supported |