# SEARS HOLDINGS

**STATUS UPDATE PRESENTATION TO THE COURT**

**April 27, 2021**

 

# Disclaimer

This presentation is the property of, and contains the proprietary and confidential information of, Sears Holdings Corporation and its affiliates (collectively, the "Company") and is being provided solely for informational purposes. Any estimates contained herein may be forward-looking in nature and involve significant elements of subjective judgment and analysis, which may or may not be correct. There can be no assurance that any of the information contained herein is reflective of future performance to any degree. This presentation should not be relied upon for the purpose of evaluating the performance of the Company or for any other purpose, and undue reliance should not be placed on the utility of the information in this presentation as a predictor of future performance, as projected financial and other information are based on estimates and assumptions that are inherently subject to various significant risks, uncertainties and other factors, many of which are beyond the Company's control. Risks, uncertainties and other factors may cause future results to differ materially from the historical results or projections contained herein.

Except as provided in any definitive documentation, no representation or warranty, express or implied, is or will be given by the Company or its affiliates, directors, officers, partners, employees, agents or advisers or any other person as to the accuracy, completeness, reasonableness or fairness of any information contained in this presentation and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements, negligent or otherwise, relating thereto. Neither the Company nor any of its affiliates, directors, officers, partners, employees, agents or advisers nor any other person, shall be liable for any direct, indirect or consequential liability, loss or damages suffered by any person as a result of this presentation or their reliance on any statement, estimate, target, projection or forward-looking information in or omission from this presentation and any such liability is expressly disclaimed. The Company does not undertake any duty to update or revise the information contained herein, publicly or otherwise.

The historical financial information in this presentation includes information that is not presented in accordance with International Financial Reporting Standards (GAAP). Non-GAAP financial measures may be considered in addition to GAAP financial information, but should not be used as substitutes for the corresponding GAAP measures, and may be calculated in ways that are not comparable to similarly titled measures reported by other companies.

 

## Progress on Administrative Claims Reconciliation

- <u>Reconciled</u> more than 3,970 total claims and other requests for payment and administrative claims
- <u>Eliminated</u> more than $1.3bn of claims asserting entitlement to administrative or priority status
- <u>Allowed</u> 1,669 claims
- <u>Disputing</u> 42 claims asserting approximately $7.7mm, excluding allowed claims with outstanding preference issues
- <u>Reduced</u> Estimated Allowed Opt-Out Claims by $10.0mm reflecting updated expected eliminations of asserted claims

| $ in mm<br>Group | Allowed Amount Through 04/26/21 | Preference Set-off | Allowed Amount net of Set-off | Allowed Amount Post-discount | Paid Amount (1) | Remaining Amount As of 04/26/21 | Remaining Amount As of 01/19/21 |
|---|---|---|---|---|---|---|---|
| Opt-In | $80.0 | (6.9) | $73.1 | $54.8 | ($21.4) | $33.5 | $33.5 |
| Allowed Non-Opt-Out | 66.1 | (12.3) | 53.9 | 43.1 | (20.4) | $22.7 | 26.1 |
| **Total Opt-In and Allowed Non-Opt-Out** | **$146.1** | **(19.2)** | **$127.0** | **$97.9** | **($41.8)** | **$56.2** | **$59.5** |
| *Reconciled Claims subject to Preference Issues* | 3.9 (2) | TBD | 3.9 | 3.1 | - | 3.1 | 3.3 |
| *Estimated Allowed Amount for Disputed Claims ($7.7mm of asserted amount)* | 1.9 | TBD | 1.9 | 1.5 | - | 1.5 | 2.3 |
| *Estimated Allowed Amount before Opt-Out* | $151.9 | TBD | $132.8 | $102.6 | ($41.8) | $60.8 | $65.1 |
| *Estimated Allowed Opt-Out Claims ($23.9mm of asserted amount) (3)(4)* | 15.0 | TBD | 15.0 | 15.0 | - | 15.0 | 25.0 |
| **Total Estimated Allowed Admin Claims** | **$166.9** | **TBD** | **$147.8** | **$117.6** | **($41.8)** | **$75.8** | **$90.1** |

(1) Excludes estimated reserve for disputed claims in the amount of $5.0mm
(2) Reflects 50 claims with asserted amount of $7.3mm
(3) Asserted amount excludes $1.6mm of duplicate claims subject to pending omnibus objections
(4) Asserted amount excludes two claims filed by Wilmington Trust for $1.5bn disallowed by Court but subject to appeal




2

## Progress on Post-Confirmation Distributions

- A total of $41.8mm has been distributed post-confirmation to claimants thus far:
  - Initial post-confirmation settlement distribution of $21.4mm made in December 2019
  - Pursuant to Second Distribution commenced in August 2020, $20.4mm has been disbursed to creditors with allowed admin claims



3

# Additional Funds Necessary to Go Effective

**Estimated Cash Available before potential proceeds from PTAB Appeals, preference claims and ESL litigation is $34.7mm**

**Estimated projected uses of cash are $115.5mm, including a full year of Pre-Effective Date expenses**[4]

**The $80.8mm difference between estimated cash available and projected uses of cash is expected to be covered with proceeds from the PTAB Appeals, motion to enforce APA, Preference claims, and ESL litigation**

| $ in mm | As of 1/2/21 | As of 4/10/21 | Variance |
|---|---|---|---|
| **4/10/21 BANK ACCOUNT BALANCES - AVAILABLE CASH** | | | |
| Current Cash Balance | $26.8 | $28.3 | $1.5 |
| Less: Total Reserves | (10.0) | (10.0) | - |
| **Total Available Cash**[1][2] | **$16.8** | **$18.3** | **$1.5** |
| **ESTIMATED REMAINING ASSET RECOVERIES** | | | |
| Real Estate Asset Sales | $3.5 | $2.2 | ($1.3) |
| Calder Sculpture | 6.0 | 6.0 | - |
| Non-ESL Settlement Proceeds[2] | 6.5 | 2.0 | (4.5) |
| Other Proceeds | 6.4 | 6.2 | (0.2) |
| **Total Remaining Asset Recoveries** | **$22.4** | **$16.4** | **($6.0)** |
| **Estimated Cash Available to Satisfy Operating Expenses & Claims** | **$39.2** | **$34.7** | **($4.5)** |
| **ESTIMATED REMAINING ADMIN, PRIORITY, AND SECURED CLAIMS** | | | |
| Administrative Expense Consent Program (Excludes Amount covered by Reserve Against Cash Balance) | (85.1) | (70.8) | 14.3 |
| Priority Tax | (3.0) | (3.0) | - |
| Priority Non-Tax | (6.0) | (6.0) | - |
| Secured[3] | (15.0) | (17.5) | (2.5) |
| **Total Remaining Claims** | **(109.1)** | **(97.3)** | **11.8** |
| Estimated Other Post-Confirmation Expenses/Liabilities if Effective Date Occurs on 12/31/21 | (27.5) | (18.2) | 9.2 |
| **Total Projected Uses** | **($136.5)** | **($115.5)** | **$21.0** |
| **Total Difference between Cash Available and Projected Uses** | **($97.3)** | **($80.8)** | **$16.5** |

(1) Total available cash as of March 2021 includes the $10.0mm minimum cash balance required for Cash Reserve Account
(2) $4.5mm reduction in Non-ESL Settlement Proceeds due to collection of PTAB monies, which is now reflected in available cash
(3) Claims remain subject to review and dispute
(4) Estimated total does not reflect additional funding for the Liquidation Trust, which may be necessary when the Plan becomes effective




## Post-Confirmation Update on Sources

Sources, excluding recoveries from avoidance actions, increased by $2.0mm compared to the January 27, 2021 estimate

| ($ in mm) | Confirmation Date Estimates | Estimates As of 5/30/2020 | Estimates As of 1/1/2021 | Actual Through 4/10/2021 | Estimated Through 12/31/2021 | Estimates As of 4/10/2021 |
|---|---|---|---|---|---|---|
| **SOURCES** | | | | | | |
| Cash On Hand at Confirmation | $45.4 | $48.5 | $48.5 | $48.5 | - | $48.5 |
| Calder Net Proceeds | 10.0 | 6.0 | 6.0 | - | 6.0 | 6.0 |
| Real Estate Proceeds | 13.1 | 15.0 | 17.6 | 15.5 | 2.2 | 17.7 |
| De Minimis Assets | 5.3 | 8.3 | 8.6 | 7.2 | 1.2 | 8.4 |
| 2017 EDA Funds | 5.0 | 5.2 | 5.2 | 5.2 | - | 5.2 |
| Utility Deposit | 4.7 | 10.0 | 9.0 | 9.0 | - | 9.0 |
| Contribution from Carve Out | - | 9.0 | 9.0 | 9.0 | - | 9.0 |
| Tax Refunds - Received | - | 4.9 | 5.5 | 5.5 | - | 5.5 |
| Blue Cross Blue Shield Escrow | - | 4.6 | 4.6 | 4.1 | 0.5 | 4.6 |
| Other | - | 2.0 | 7.3 | 9.3 | - | 9.3 |
| Tax Refunds - Outstanding | - | 7.5 | 4.5 | - | 4.5 | 4.5 |
| Transform 503(b)(9) Obligations | - | 12.0 | 12.0 | 12.0 | - | 12.0 |
| Settlement Proceeds [1] | - | - | 2.0 | - | 2.0 | 2.0 |
| 2015 PTAB Settlement | - | - | 4.5 | 4.7 | - | 4.7 |
| **Subtotal** | **83.5** | **133.0** | **144.3** | **129.9** | **16.4** | **146.3** |
| Avoidance Actions - Preference Recoveries [2] | - | 6.3 | 14.5 | 16.5 | - | 16.5 |
| **Total Sources** | **$83.5** | **$139.3** | **$158.8** | **$146.4** | **$16.4** | **$162.8** |

| | |
|---|---|
| Increase from January 2021 estimates excluding preference recoveries: | **$2.0** |
| Increase from Confirmation Date estimates excluding preference recoveries: | **$62.8** |

(1) Primarily from insurance settlements
(2) Amounts are actual cash received by the Debtors and exclude future avoidance action recoveries




5

## Post-Confirmation Update on Uses

**Actual uses to date remain below confirmation date estimates**

**Total Uses remain within confirmation estimate range**

| ($ in mm) | Confirmation Date Estimates | | Estimates As of 5/30/2020 | Estimates As of 1/1/2021 | Actual Through 4/10/2021 | Estimated Through 12/31/2021 | Estimates As of 4/10/2021 |
|---|---|---|---|---|---|---|---|
| **USES** | Low | High | | | | | |
| 503(b)(9) | $90.0 | $155.0 | $100.0 | $82.8 | $29.2 | $40.3 | $69.5 |
| Other Admin Claims | 50.0 | 50.0 | 34.3 | 42.1 | 10.6 | 30.5 | $41.1 |
| Priority Tax | 15.0 | 18.0 | 15.0 | 3.0 | - | 3.0 | 3.0 |
| Priority Non-Tax | 3.0 | 3.0 | 6.0 | 6.0 | - | 6.0 | 6.0 |
| Secured Claim | 18.0 | 18.0 | 18.0 | 15.0 | - | 17.5 | 17.5 |
| Disputed Claim Reserve | - | - | - | 5.0 | 5.0 | - | 5.0 |
| Other Reserves | - | - | - | 5.0 | 5.0 | - | 5.0 |
| Taxes | - | - | 0.2 | 0.7 | 0.7 | - | 0.7 |
| Board Fees | - | - | 2.4 | 2.7 | 1.8 | 0.9 | 2.7 |
| Professional Fee Carve Out Funding | 9.0 | 9.0 | 33.2 | 49.5 | 36.6 | 11.6 | 48.3 |
| Other Liabilities and Expenses | - | - | 11.2 | 19.4 | 13.6 | 5.7 | 19.3 |
| Liquidating Trust Funding | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | - | 25.0 |
| **Total Uses** | **$210.0** | **$278.0** | **$245.3** | **$256.1** | **$127.6** | **$115.5** | **$243.1** |

 

# Post-Confirmation Update on Avoidance Recovery

Approximately 37% of preference matters have been settled in terms of the number of settlements

Settlements have resulted in a combination of cash and admin claim waivers of $43.2mm

| ($ in mm) | Number of Matters as of 1/1/21 | Number of Matters as of 4/10/21 | Gross Preference Period Transfers as of 4/10/21 |
|---|---|---|---|
| Initial Avoidance Action Matters[1] | 3,550 | 3,549 | $1,862.5 |
| Total Actions Determined to be Ineligible[2] | (1,259) | (1,283) | (903.4) |
| Matters Settled | (1,170) | (1,305) | (434.3) |
| **Open Matters (Complaints Filed)** | **1,121** | **961** | **$524.8** |




(1) Reduction in number of matters since Jan-21 is due to consolidation of a duplicate claim
(2) Reflects transfers that appear to have complete defenses based on assumed contracts, cash in advance, or other defenses

7

## Conclusion

- Debtor's performance and go forward projections consistent with prior estimates although case remains challenging
    - Increased time in bankruptcy has led to higher expenses, including professional fees, now part of the pre-effective date period, which would have been incurred during the post-effective date period had an earlier Effective Date occurred.
    - Emergence remains contingent on successful litigation against ESL and collection of avoidance actions
- The Debtors stand ready to work with the remaining disputed creditors to resolve their claims


