UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:            Case No. 18-23538-rdd

Sears, Roebuck and Co., *et. al*.,

          Chapter 11

    Debtor.

-------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Mark E. Cohen, Esq. hereby withdraws his appearance on behalf of Bank of America, N.A. in the above-captioned bankruptcy and respectfully requests that he be removed from the CM/ECF noticing list and any other service lists for this case.

Dated: Forest Hills, New York
     April 28, 2021

**MARK E. COHEN, ESQ.**
By: */s/ Mark E. Cohen, Esq.*
Attorney for Secured Creditor
108-18 Queens Boulevard
4th Floor, Suite 3
Forest Hills, New York  11375
Telephone (718) 258-1500
Our File No. VAC.241-755

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2021 a copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's CM/ECF system to any party who has filed a request for notice pursuant to Rule 2002 of the Bankruptcy Rules.

Dated: Forest Hills, New York
      April 28, 2021

        **MARK E. COHEN, ESQ.**
        By: */s/ Mark E. Cohen, Esq.*
        Attorney for Secured Creditor
        108-18 Queens Boulevard
        4th Floor, Suite 3
        Forest Hills, New York  11375
        Telephone (718) 258-1500
        Our File No. VAC.241-755

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------------

In re:                                                            Case No. 18-23537-rdd

Sears, Roebuck and Co., *et. al.*,                                Chapter 11

      Debtor.

-------------------------------------------------------------------------------------------------------------

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PLEADINGS

-------------------------------------------------------------------------------------------------------------

*MARK E. COHEN, ESQ.*
*Attorney for Secured Creditor*
*Bank of America, N.A.*
*108-18 Queens Boulevard*
*4th Floor, Suite 3*
*Forest Hills, New York 11375*
*Telephone: (718) 258-1500*

-------------------------------------------------------------------------------------------------------------