TirelliLaw Goup, LLC
Linda M. Tirelli, Esq.
50 Main Street, Suite 1265
White Plains, New York 10606
Telephone: 914-732-3222
LTirelli@TirelliLawGroup.com
Attorneys for Martha G. West

UNTIED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporations, et al, | Case No 18-23538-RDD |
| Debtors | (jointly administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Linda M. Tirelli, Esq. hereby withdraws her appearance on behalf of Martha G. West.in the above-captioned bankruptcy and respectfully requests that she be removed from the CM/ECF noticing list and any other service lists for this case.

Dated: White Plains, New York
April 28, 2021

/s/ *Linda M. Tirelli*
Linda M. Tirelli, Esq.
50 Main Street, Suite 1265
White Plains, NY 10601
(914) 732-3222
LTirelli@TirelliLawGroup.com

TirelliLaw Goup, LLC
Linda M. Tirelli, Esq.
50 Main Street, Suite 1265
White Plains, New York 10606
Telephone: 914-732-3222
LTirelli@TirelliLawGroup.com
Attorneys for Martha G. West

UNTIED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

———————————————————

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporations, et al, | Case No 18-23538-RDD |
| Debtors | (jointly administered) |

———————————————————

## Certificate of Service

I hereby certify that on April 28, 2021 a copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's CM/ECF System to any party who has filed a request for notice pursuant to Rule 2002 of the Bankruptcy Rules.

Dated: White Plains, New York
         April 28, 2021

/s/ *Linda M. Tirelli*
Linda M. Tirelli, Esq.
50 Main Street, Suite 1265
White Plains, NY 10601
(914) 732-3222
LTirelli@TirelliLawGroup.com