**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**
-------------------------------------------------------x

|  |  |
|---|---|
|  | Chapter 11 |
| In re:   Sears Holdings Corporation, *et al.* | Case No. 18-23538 |
| Debtors, | (Jointly Administered) |

-------------------------------------------------------x

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE OF PAPERS</u>

     **PLEASE TAKE NOTICE** that the  Motion for an Order Granting Relief from the automatic stay, filed in the above-captioned matter on July 23rd 2019 and scheduled to be held on August 22nd at 10 A.M. and adjourned to October 23rd at 10 A.M**. However, prior to the return date of the motion, a Notice of  Withdrawal of Motion was Filed on October 16, 2019.**

     **PLEASE TAKE FURTHER NOTICE** that the undersigned attorney, hereby withdraws its appearance as counsel for Plaintiff Vivian Hilken in the above-captioned Chapter 11 cases. Daniel M. Silvershein further request to be removed from all service lists in this case, including all electronic service lists and ECF notification system.

     Dated: New York, New York
          April 28th,  2021

                            **Daniel M. Silvershein, Attorney at Law**

                            /S/

By:   _____
                            Daniel M. Silvershein (dms-7669)
                            262 W 38th Street, Suite 1007
                            New York, New York 10018
                            T:(212) 387-7880
                             F: (212) 260-8930