**EXHIBIT A**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner  April 28, 2021
Harner, Paul E., Fee Examiner in Sears Chapter II Cases  Invoice No. 20210407459
1675 Broadway, 19th Floor
New York, NY 10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)

Matter:   Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $1,232.00 |
| **Total Invoice Amount** | **$1,232.00** |

| 071820.02 -  00315861 | April 28, 2021 |
|---|---|
| Vincent J. Marriott, III | Invoice No. 20210407459 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 03/30/21 | Prepare for and participate in conference call with V. Marriott, T. Daluz and C. McClamb re: status of fee and expense application review (.60); review related background materials (.20) | 1,540.00 | 0.80 | 1,232.00 |
| **Total B170** | | | | 0.80 | 1,232.00 |
| **Total Fees** | | | | 0.80 | **$1,232.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Harner,P.E. | 0.80 | 1,540.00 | 1,232.00 |
| **Total Fees** | **0.80** | | **$1,232.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                     April 28, 2021
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                Invoice No. 20210407459
1675 Broadway, 19th Floor
New York, NY 10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:    Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $1,232.00 |
| **Total Invoice Amount** | **$1,232.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days