**EXHIBIT B**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                  April 28, 2021
1675 Broadway                                                                           Invoice No. 20210407458
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)
Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $57,853.00 |
| **Total Invoice Amount** | **$57,853.00** |

071820.03 - 00317415  
Vincent J. Marriott, III

April 28, 2021  
Invoice No. 20210407458

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| McClamb,C.D. | 03/01/21 | E-mails with T. Daluz re: monthly fee statement | 545.00 | 0.20 | 109.00 |
| Daluz,T.M. | 03/12/21 | Attend to monthly fee application | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 03/19/21 | Revise monthly fee application | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 03/24/21 | Finalize monthly fee application | 995.00 | 0.70 | 696.50 |
| Daluz,T.M. | 03/24/21 | Oversee filing of monthly fee application | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 03/25/21 | Finalize fee application for filing | 995.00 | 1.00 | 995.00 |
| McClamb,C.D. | 03/29/21 | Review monthly fee application | 545.00 | 0.50 | 272.50 |
| Daluz,T.M. | 03/30/21 | Review and revise interim fee application | 995.00 | 1.00 | 995.00 |
| **Total B160** | | | | **5.70** | **5,356.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 03/02/21 | Correspond with M. Vesper re: status of fee review | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 03/02/21 | Review and compile information from preliminary reports | 545.00 | 4.80 | 2,616.00 |
| Vesper,M.A. | 03/02/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 4.30 | 1,806.00 |
| Vesper,M.A. | 03/03/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 5.80 | 2,436.00 |
| Pollard,C.P. | 03/04/21 | Review: run searches to identify time entries requiring review (20210224_Fee Application data) | 340.00 | 1.80 | 612.00 |
| Marriott, III,V.J. | 03/04/21 | Review case status of fee review | 1,085.00 | 0.30 | 325.50 |
| McClamb,C.D. | 03/04/21 | E-mails with P. Harner re: status of fee data | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 03/04/21 | E-mails with C. Pollard and K. Neitzel re: status of fee data | 545.00 | 0.20 | 109.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

April 28, 2021  
Invoice No. 20210407458

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 03/04/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 3.70 | 1,554.00 |
| Vesper,M.A. | 03/05/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 2.40 | 1,008.00 |
| Neitzel,K.N. | 03/05/21 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 0.60 | 216.00 |
| Vesper,M.A. | 03/08/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 3.10 | 1,302.00 |
| McClamb,C.D. | 03/09/21 | Correspond with M. Vesper re: Weil fee review | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 03/09/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 1.20 | 504.00 |
| Vesper,M.A. | 03/09/21 | Review Herrick, Feinstein LLP second and third interim fee application entries | 420.00 | 2.30 | 966.00 |
| Marriott, III,V.J. | 03/10/21 | Review recent pleadings | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 03/10/21 | Meeting with M. Vesper re: fee review | 545.00 | 1.00 | 545.00 |
| Vesper,M.A. | 03/10/21 | Review Moritt Hock & Hamroff LLP second interim fee application time entries | 420.00 | 0.80 | 336.00 |
| Vesper,M.A. | 03/10/21 | Review Weil, Gotshal & Manges LLP sixth interim fee application time entries | 420.00 | 0.40 | 168.00 |
| Vesper,M.A. | 03/10/21 | Review Herrick, Feinstein LLP second and third interim fee application time entries | 420.00 | 3.90 | 1,638.00 |
| Vesper,M.A. | 03/10/21 | Webex meeting with C. McClamb re: fee examiner preliminary report drafting and fee review questions | 420.00 | 1.00 | 420.00 |
| Neitzel,K.N. | 03/10/21 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 0.50 | 180.00 |
| McClamb,C.D. | 03/11/21 | E-mails with C. Pollard re: Weil data | 545.00 | 0.20 | 109.00 |

071820.03 - 00317415                                                                                   April 28, 2021
Vincent J. Marriott, III                                                                      Invoice No. 20210407458

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 03/11/21 | Correspond with M. Vesper re: Weil report | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 03/12/21 | E-mails with C. Pollard and M. Vesper re: fee review status | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 03/12/21 | Prepare status chart of fee applications | 545.00 | 1.50 | 817.50 |
| Vesper,M.A. | 03/12/21 | Review Herrick, Feinstein LLP second and third interim fee application time entries | 420.00 | 4.20 | 1,764.00 |
| Pollard,C.P. | 03/14/21 | Prepare Weil Gotschal fee and expense exhibits for 7/1/2020 - 10/31/2020 | 340.00 | 1.30 | 442.00 |
| McClamb,C.D. | 03/15/21 | E-mails with C. Pollard and K. NEitzel re: status of fee data | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 03/15/21 | Review Moritt Hock & Hamroff LLP first and second interim fee application time entries | 420.00 | 1.20 | 504.00 |
| Vesper,M.A. | 03/15/21 | Draft and review preliminary report and exhibits for Weil Gotshal's sixth fee application | 420.00 | 5.30 | 2,226.00 |
| Jimenez,C. | 03/15/21 | Analyze Akin's sixth interim fee application | 470.00 | 2.00 | 940.00 |
| Vesper,M.A. | 03/16/21 | Review Moritt Hock & Hamroff LLP first and second interim fee application time entries | 420.00 | 0.50 | 210.00 |
| Jimenez,C. | 03/16/21 | Conduct document reviews of Akin's fees | 470.00 | 6.00 | 2,820.00 |
| McClamb,C.D. | 03/17/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 03/17/21 | E-mails with C. Pollard and K. Neitzel re: fee data status | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 03/17/21 | Review exhibits for preliminary report for Weil Gotshal's sixth fee application | 420.00 | 0.90 | 378.00 |
| Jimenez,C. | 03/17/21 | Review Akin's fee entries re: 6th fee application | 470.00 | 4.60 | 2,162.00 |
| Vesper,M.A. | 03/18/21 | Review Moritt Hock & Hamroff LLP first and second interim fee application time entries | 420.00 | 5.40 | 2,268.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

April 28, 2021  
Invoice No. 20210407458

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 03/18/21 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 1.80 | 648.00 |
| Jimenez,C. | 03/18/21 | Review Akin's fee time entries for sixth fee application | 470.00 | 2.00 | 940.00 |
| Pollard,C.P. | 03/19/21 | Prepare Moritt Fee and Expense exhibits | 340.00 | 1.60 | 544.00 |
| Marriott, III,V.J. | 03/19/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 03/19/21 | E-mails with M. Vesper and C. Pollard re: fee review status | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 03/19/21 | Review draft Weil report | 545.00 | 1.50 | 817.50 |
| Vesper,M.A. | 03/19/21 | Review Herrick, Feinstein LLP second and third interim fee application time entries | 420.00 | 1.70 | 714.00 |
| Vesper,M.A. | 03/19/21 | Draft preliminary report for Moritt Hock combined first and second fee application | 420.00 | 2.20 | 924.00 |
| Pollard,C.P. | 03/22/21 | Identify possible issues with 20210318_Fee Application (update index, update search term report, run searches, tag records for review, identify duplicate time entries, check for hours in excess of 12 or under 20, set up views for new data) - Herrick Feinstein, Prime Clerk, Young Conaway | 340.00 | 1.40 | 476.00 |
| Vesper,M.A. | 03/22/21 | Draft and review preliminary report and exhibits for Moritt Hock combined first and second fee application | 420.00 | 3.30 | 1,386.00 |
| Vesper,M.A. | 03/22/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 0.70 | 294.00 |
| Neitzel,K.N. | 03/22/21 | Confer with C. Pollard re: questions about data imported into Relativity workspace | 360.00 | 0.40 | 144.00 |
| Marriott, III,V.J. | 03/23/21 | Review recent filings (0.3); review payment status (0.2) | 1,085.00 | 0.50 | 542.50 |
| Vesper,M.A. | 03/23/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 1.20 | 504.00 |

071820.03 - 00317415                                                            April 28, 2021
Vincent J. Marriott, III                                                        Invoice No. 20210407458

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 03/24/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 1.20 | 504.00 |
| Vesper,M.A. | 03/25/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 2.60 | 1,092.00 |
| Marriott, III,V.J. | 03/26/21 | Review recent filings (0.3); review latest fee application of Weil (0.2) | 1,085.00 | 0.50 | 542.50 |
| Vesper,M.A. | 03/26/21 | Draft preliminary report for Herrick's first, second, and third fee application | 420.00 | 0.80 | 336.00 |
| Marriott, III,V.J. | 03/29/21 | Review status of preliminary reports | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 03/29/21 | Review and analyze two status charts | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 03/29/21 | Correspondence with P. Harner, C. McClamb, and V. Marriott re: status | 995.00 | 0.80 | 796.00 |
| McClamb,C.D. | 03/29/21 | Correspond with C. Jimenez re: fee review status | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 03/29/21 | Correspond with M. Vesper re: fee review status | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 03/29/21 | Correspond with P. Harner, V. Marriott and T. Daluz re: fee review status | 545.00 | 0.80 | 436.00 |
| McClamb,C.D. | 03/29/21 | Update fee review status chart | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 03/29/21 | Provide C. McClamb with status update on fee review | 420.00 | 0.20 | 84.00 |
| Marriott, III,V.J. | 03/30/21 | Conference with C. McClamb, T. Daluz, and P. Harner re: review status | 1,085.00 | 0.50 | 542.50 |
| Daluz,T.M. | 03/30/21 | Status meeting with P. Harner, V. Marriott and C. McClamb | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 03/30/21 | Attend to FTI reports and settlement discussions | 995.00 | 1.50 | 1,492.50 |
| McClamb,C.D. | 03/30/21 | Meeting with P. Harner, V. Marriott and T. Daluz re: fee review status | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 03/30/21 | Prepare status update | 545.00 | 1.00 | 545.00 |
| McClamb,C.D. | 03/30/21 | Correspond with M. Vesper re: fee review status | 545.00 | 0.20 | 109.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | April 28, 2021 |
| Vincent J. Marriott, III | | | | | Invoice No. 20210407458 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 03/30/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 0.70 | 294.00 |
| Vesper,M.A. | 03/31/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 3.60 | 1,512.00 |
| Jimenez,C. | 03/31/21 | Analyze fees for report addressing Akin 6th fee application | 470.00 | 1.10 | 517.00 |
| **Total B170** | | | | **111.20** | **52,496.50** |
| **Total Fees** | | | | **116.90** | **$57,853.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 8.80 | 995.00 | 8,756.00 |
| Marriott, III,V.J. | 2.40 | 1,085.00 | 2,604.00 |
| Vesper,M.A. | 64.60 | 420.00 | 27,132.00 |
| Jimenez,C. | 15.70 | 470.00 | 7,379.00 |
| McClamb,C.D. | 16.00 | 545.00 | 8,720.00 |
| Neitzel,K.N. | 3.30 | 360.00 | 1,188.00 |
| Pollard,C.P. | 6.10 | 340.00 | 2,074.00 |
| **Total Fees** | **116.90** | | **$57,853.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
1675 Broadway
New York, NY 10019

April 28, 2021
Invoice No. 20210407458

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $57,853.00 |
| **Total Invoice Amount** | **$57,853.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 215.665.8500 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days