## Exhibit 1

**No Liability Claims**

Debtors' Twenty-Sixth Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Expunged & Disallowed

| Ref # | Name of Claimant | Affected Ballot No. | Asserted Ballot Amount | Affected Proof of Claim No. | Reason for Proposed Disallowance |
|---|---|---|---|---|---|
| 1. | CENTRAL MILLS INC | 18235380101 6629 | Unliquidated | N/A | Amount not specified |
| 2. | City of McAllen | 18235380101 3746 | Unliquidated | 20237; 20368; 20374 | Amount not specified |
| 3. | DAVID D CARLTON OD OPTOMETRIC CORPO | 18235380101 6314 | Unliquidated | N/A | Amount not specified |
| 4. | DREW A SAX OD | 18235380101 5768 | Unliquidated | N/A | Amount not specified |
| 5. | Fort Bend County | 18235380101 8113 | Unliquidated | N/A | Amount not specified |
| 6. | Fort Bend County | 18235380101 8112 | Unliquidated | N/A | Amount not specified |
| 7. | GRANITE TELECOMMUNICATIONS LLC | 18235380101 5964 | $804,454.89 | N/A | The claim does not pertain to the Debtors' liability and potentially relates to Transform's liability |
| 8. | HOG WILD LLC | 18235380101 5267 | Unliquidated | N/A | Amount not specified |
| 9. | Ikeddi Imports LLC | 18235380101 5392 | Unliquidated | N/A | Amount not specified |
| 10. | ISLAND MOVERS INC | 18235380101 5661 | Unliquidated | N/A | Amount not specified |
| 11. | NYC Office of Administrative Trials and Hearings | 18235380104 3322 | Unliquidated | N/A | Amount not specified |
| 12. | PERFECT MEMORY USB | 18235380101 9767 | Unliquidated | N/A | Amount not specified |

Debtors' Twenty-Sixth Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Expunged & Disallowed

| Ref # | Name of Claimant | Affected Ballot No. | Asserted Ballot Amount | Affected Proof of Claim No. | Reason for Proposed Disallowance |
|---|---|---|---|---|---|
| 13. | PORTER INTERNET SALES LLC | 182353801019851 | Unliquidated | N/A | Amount not specified |
| 14. | RTH Mechanical Services, Inc | 182353801043418 | Unliquidated | 5634 | Amount not specified |
| 15. | Rudnick Electric Signs LLC | 182353801040673 | Unliquidated | N/A | Amount not specified |
| 16. | SWIRE COCA COLA USA | 182353801020548 | Unliquidated | N/A | Amount not specified |
| 17. | UNIEK INC | 182353801020919 | $63,672.10 | 20560 | The claim does not pertain to goods received by the Debtors within the 20 day period prior to the Petition Date; Unclaimed, pre-petition credit amount exceeds any potentially eligible 503(b)(9) claim amount; Proof of Claim is late filed |
| 18. | WELLS INTERNATIONAL LLC | 182353801021209 | Unliquidated | N/A | Amount not specified |