# Exhibit 1

## Reclassified or Disallowed Claims

Debtors' Twenty-Seventh Omnibus Objection to Claims
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to General Unsecured Claim

| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Ballot Amount | Amount Reclassified to General Unsecured Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1. | BARCHARTS PUBLISHING INC | 1823538010016881 | N/A | $6,094.31 | $6,094.31 | The Claim does not relate to goods received "by the Debtors." |
| 2. | Big & Tall of OC | 1823538010016989 | N/A | $15,821.49 | $15,821.49 | The Claim does not relate to goods received "by the Debtors." |
| 3. | EGEMS INC | 1823538010015894 | 1736 | $2,283.20 | $2,283.20 | The Claim does not relate to goods received "by the Debtors." |
| 4. | FORMAL DRESS SHOPS INC | 1823538010015512 | N/A | $7,422.21 | $7,422.21 | The Claim does not relate to goods received "by the Debtors." |
| 5. | K K MUSIC STORE | 1823538010014980 | N/A | $4,213.07 | $4,213.07 | The Claim does not relate to goods received "by the Debtors." |
| 6. | OpticsPlanet, Inc. | 1823538010040560 | 5252 | $15,591.88 | $15,591.88 | The Claim does not relate to goods received "by the Debtors." |