# Exhibit A

|  |  |
|---|---|
| **From:** | Dublin, Philip |
| **To:** | Britton, Robert; pbasta@paulweiss.com; Ray Schrock; sunny.singh@weil.com; NYDU-JBromely; O"Neal, Sean A. |
| **Cc:** | Dizengoff, Ira; Brauner, Sara; SEARS_LIT; SEARS_FR |
| **Subject:** | Sears - APA Amendment |
| **Date:** | Wednesday, February 6, 2019 9:22:14 PM |
| **Attachments:** | Transform - Amendment No. 1 to Asset Purchase Agreement (CGSH Draft 2.6... .docx |
|  | Redline - Transform - Amendment No. 1 to Asset Purchase Agreement (CGSH Draft 2.6... (1) and Transform - Amendment No. 1 to Asset Purchase Agreement (.pdf |

Subject to FRE 408

Without waiving any objections that we have to the Sale or any provisions thereof, attached are comments to the APA amendment solely with respect to the release related provisions.  Please note that the attached remains subject to further review and comment in all respects.  Thanks.

**Philip C. Dublin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park  |  New York, NY 10036-6745  |  USA  |  Direct: +1 212.872.8083  |  Internal: 38083
Fax: +1 212.872.1002  |  pdublin@akingump.com  |  akingump.com  |  Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.