# Exhibit C

| | |
|---|---|
| **From:** | Munz, Naomi |
| **To:** | Schrock, Ray; Dublin, Philip |
| **Cc:** | Britton, Robert; pbasta@paulweiss.com; Singh, Sunny; NYDU-JBromely; O"Neal, Sean A.; Dizengoff, Ira; Brauner, Sara; SEARS_LIT; SEARS_FR; Project Blue BFR; Project Blue Sasset M&A TIPT |
| **Subject:** | RE: Sears - APA Amendment |
| **Date:** | Thursday, February 7, 2019 9:22:08 AM |
| **Attachments:** | Transform - Draft Amendment No. 1 to Asset Purchase Agreement (for filing).DOCX |

See attached.

**From:** Schrock, Ray <Ray.Schrock@weil.com>
**Sent:** Thursday, February 7, 2019 7:01 AM
**To:** Dublin, Philip <pdublin@akingump.com>
**Cc:** Britton, Robert <rbritton@paulweiss.com>; Basta, Paul M. (pbasta@paulweiss.com) <pbasta@paulweiss.com>; Singh, Sunny <sunny.singh@weil.com>; James L. Bromley <jbromley@cgsh.com>; O'Neal, Sean A. (External) <soneal@cgsh.com>; Dizengoff, Ira <idizengoff@akingump.com>; Brauner, Sara <sbrauner@akingump.com>; SEARS_LIT <SEARS_LIT@akingump.com>; SEARS_FR <SEARS_FR@akingump.com>; Project Blue BFR <Project.Blue.BFR@weil.com>; Project Blue Sasset M&A TIPT <Project.Blue.Sasset.M&A.TIPT@weil.com>
**Subject:** Re: Sears - APA Amendment

Copying the M&A Team. Please see below and please send along. Thanks.

**Ray C. Schrock, P.C.**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
+1 212 310 8210 Direct
+1 917 446 1009 Mobile

Download Vcard

On Feb 7, 2019, at 6:57 AM, Dublin, Philip <pdublin@akingump.com> wrote:

> Please send a clean word version of the amendment that was just filed. Thanks.
>
> **Philip C. Dublin**
> Direct: +1 212.872.8083 | Internal: 38083
>
> **From:** Dublin, Philip
> **Sent:** Wednesday, February 6, 2019 9:22 PM
> **To:** 'Britton, Robert' <rbritton@paulweiss.com>; Basta, Paul M. (pbasta@paulweiss.com) <pbasta@paulweiss.com>; Ray Schrock

<Ray.Schrock@weil.com>; sunny.singh@weil.com; James L. Bromley <jbromley@cgsh.com>; O'Neal, Sean A. (External) <soneal@cgsh.com>
**Cc:** Dizengoff, Ira <idizengoff@AkinGump.com>; Brauner, Sara <sbrauner@akingump.com>; SEARS_LIT <SEARS_LIT@akingump.com>; SEARS_FR <SEARS_FR@akingump.com>
**Subject:** Sears - APA Amendment

Subject to FRE 408

Without waiving any objections that we have to the Sale or any provisions thereof, attached are comments to the APA amendment solely with respect to the release related provisions. Please note that the attached remains subject to further review and comment in all respects. Thanks.

**Philip C. Dublin**
**AKIN GUMP STRAUSS HAUER & FELD** LLP
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8083 | Internal: 38083
Fax: +1 212.872.1002 | pdublin@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.