# Exhibit A

**From:**          Stopen, Keith
**To:**            William Murphy
**Cc:**            Wilczak, Tom; Brotnow, Michael
**Attachments:**   Debtor_Non_Debtor 2.2.2019 Closing BS_Clean_v2.xlsx
                   Intercompany matrix P12 2018 v3.xlsx

Bill

We can talk on Tuesday

thx