# Exhibit B

**Balance Sheet**
**Period Ending February 2, 2019**

| | Non Debtor | Big Beaver Development Corporation | Bub, LLC | International Sourcing & Logistics Limited | KCD IP, LLC | Kmart Corporation of Illinois, Inc. | Kmart Overseas Corporation | Manage My Home Inc. | MetaScale LLC | Quality Assurance Laboratory Limited | S.F.P.R., Inc. | Sears Authorized Independent Auto Centers | Sears Canada Holdings Corp. | Sears Canada Inc. | Sears Financial Holding Corporation | Sears Global Technology Services LLC | Sears Holdings Global Sourcing Limited | Sears Holdings Mauritius Holding Company | Sears International Holdings Corp. | Sears IT & Management Services India Private Limited | Sears Mexico Holdings Corp. | Sears Reinsurance Company Ltd. | Sears Shop at Home Services, Inc. | Sears Global Technologies India Private Limited | SHC Charitable Promotions LLC | SHC Financial, LLC | SHC Israel Ltd. | SHMC Beverly Group LLC | Shop Your Way, Inc. | SRC Facilities LLC | SRC O.P. LLC | SRC Real Estate (TX), LLC | SRC Sparrow 1 LLC | SRC Sparrow 2 LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A01101 Cash in Stores | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A01103 Cash in Bank | 13,631,276 | | | 70,527 | | | | | | 36,495 | | | | | | 2,540,509 | 858,014 | 42,264 | | 1,780,356 | | 388,247 | | 124,411 | | | 7,510,154 | 260,198 | | | | 20,101 | | |
| A01104 Invested Cash | 4,434,746 | | | | | | | | | | | | | | | | | | | 3,941,996 | | | | 492,750 | | | | | | | | | | |
| A01105 Cash Posted as Collateral | 20,000 | | | | | | | | | | | | | | | | | | | | | 20,000 | | | | | | | | | | | | |
| A01106 Credit Card Deposits in Transit | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A01108 Cash and cash equivalents | 18,086,022 | | | 70,527 | | | | | | 36,495 | | | | | | 2,540,509 | 858,014 | 42,264 | | 5,722,352 | | 408,247 | | 617,161 | | | 7,510,154 | 260,198 | | | | 20,101 | | |
| A01109 Restricted cash | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A01126 Accounts receivables | 37,437,718 | | | | | | | | | 91,250 | | | | | | 320 | 876,164 | | 1 | 9,504,073 | | 26,476,913 | (1) | 488,998 | | | | | | | | | | |
| A01137 Merchandise inventories | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A01154 Prepaid expenses and other curr | 15,985,393 | | 837 | | | | | | 211,792 | 32,511 | | | | | | | 378,802 | 16,312 | | 12,922,793 | | 92,344 | 68 | 1,243,101 | | | 791,521 | | 295,312 | | | | | |
| A01155 Total current assets | 71,509,133 | | 837 | 70,527 | | | | | 211,792 | 160,256 | | | | | | 2,540,829 | 2,112,980 | 58,576 | 1 | 28,149,218 | | 26,977,504 | 67 | 2,349,260 | | | 8,301,675 | 260,198 | 295,312 | | | 20,101 | | |
| A01176 Property and equipment, net | 445,069,335 | | | | | | | | | 55,357 | | | | | 18,155,611 | 4,007 | 469,084 | | | 447,276 | | | | 16,549 | | | 13,521,457 | | | | | | | |
| A01177 Goodwill | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A01179 Trademarks and other intangible | 482,511,000 | | | | 482,511,000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A01193 Other assets | 234,779,806 | | | | | | | | | 28,611 | | | | | 15,949,256 | | | | 106 | 268,530 | | 1,387,193 | 9,230,129 | 207,913,009 | | | 2,972 | | | | | | | |
| A01192 Long Term Assets | 717,290,806 | | | | 482,511,000 | | | | | 28,611 | | | | | 15,949,256 | | | | 106 | 268,530 | | 1,387,193 | 9,230,129 | 207,913,009 | | | 2,972 | | | | | | | |
| A01194 Total Assets | 1,233,869,274 | | 837 | 70,527 | 482,511,000 | | | | 211,792 | 244,224 | | | | | 15,949,256 | 18,155,611 | 2,544,942 | 2,850,594 | 58,576 | 1 | 29,983,687 | 9,230,129 | 234,890,513 | 67 | 2,368,781 | | | 21,823,132 | 260,198 | 295,312 | 344,402,965 | 16,084,097 | 51,933,033 | | |
| A02101 Short-term borrowings | (67,616,533) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | (67,616,533) | | | | |
| A02102 Current portion of long term debt | (502,748,335) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | (502,748,335) | | | | |
| A02105 Merchandise payables | (104,007) | | | | | | | | | | | | | | | | | | | | | | | | | | | (87,629) | | | | | | |
| A02143 Accrued expenses and other curr | (272,885,775) | | | (1,973,301) | (70,831,089) | | (19,051) | | | | | (16,378) | | | | (1) | (5,412,626) | | | (77,359,866) | (416) | (3,949,111) | | (2) | (6,093,505) | (62,818) | (63,842,192) | | (357,143) | | (1,359,116) | | (10,395) | | (50,376,982) | | (2,496,278) | 11,258,117 |
| A02147 Unearned revenues | (375,416,305) | | | | | | | | | | | | | | | | | | | | | | (7,257,507) | | (375,416,305) | | | (1,131,189) | | | | | | | |
| A02153 Other taxes | (8,770,993) | | | | | | | | | | | (382,297) | | | | | | | | | | | | | | | | | | | | | | |
| A02154 Current liabilities | (1,227,541,948) | | | (1,973,301) | (70,831,089) | | (19,051) | | | | | (382,297) | (16,379) | | (5,412,626) | | (77,359,866) | (416) | (3,949,111) | | (2) | (13,351,012) | (62,818) | (439,258,497) | | (1,488,332) | | | (1,446,745) | | (10,395) | | (620,741,850) | | (2,496,278) | 11,258,117 |
| A02167 Long term & capital lease debt | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A02170 Pension and post retirement bene | (1,777,974) | | | | | | | | | | | | | | | | | | | (1,777,974) | | | | | | | | | | | | | | |
| A02184 LT Deferred Gain Sale/Leaseback | (9,380,563) | | | | | | | | | | | | | | (9,380,563) | | | | | | | | | | | | | | | | | | | |
| A02185 LT Sale/Leaseback Obligation | (52,855,747) | | | | | | | | | | | | | | (40,871,646) | | | | | | | | | | | | | (11,984,101) | | | | | | |
| A02171 LT portion of Unearned PA Reven | (310,553,077) | | | | | | | | | | | | | | | | | | | | | (310,553,077) | | | | | | | | | | | | |
| A02177 Other long-term liabilities | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A02183 Deferred income taxes non curre | (451,902,537) | | | | (120,137,201) | | | | | | | | | | (311,189,409) | | | | (1) | | | (1,917,465) | | | | | | | (18,658,460) | | | | | |
| A02178 Long Term Liabilities | (826,469,898) | | | | (120,137,201) | | | | | | | | | | (361,441,618) | | (1,777,974) | | (1) | | | (310,553,077) | | | | | | | (11,984,101) | (18,658,460) | | | | |
| A02189 Total Liabilities | (2,054,011,846) | | | (1,973,301) | (190,968,290) | | (19,051) | | | | | (382,297) | (16,380) | | (5,412,626) | | (438,801,484) | (416) | (5,727,085) | | (3) | (13,351,012) | (1,980,283) | (749,811,574) | | (1,488,332) | | | (1,446,745) | | (10,395) | (11,984,101) | (639,400,310) | | (2,496,278) | 11,258,117 |
| A03102 Common stock | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A03109 Treasury stock - at cost | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A03103 Capital in excess of par value | 626,639,926 | | | (129) | | | 14,053 | | | (129) | | | | | 626,639,927 | | (13,796) | | | | | | | | | | | | | | | | | |
| A03108 Retained Earnings - Ending Balanc | (20,202,797,989) | 296,329 | 518,104 | ########### | | (1,982,626) | (3,498) | 4,716,374 | (1,598,829) | 1,103,703 | (534,112) | ########### | (1,011,050) | (40,686,596) | 6,073 | 4,106,684 | (42,013,152) | (60,618,244) | 523,165,645 | (51,751,575) | (760,547) | 5,762 | (202) | (18,443,612) | (493,095) | 5,839,721 | (5,856,846) | 125,615,343 | 18,983,253 | (282,710,151) | 42,351,964 | | | |
| A03115 Accumulated other comprehensi | 3,525,990 | | | | | | | | | | | | | | | | | | | 4,715,588 | | | | 212,614 | | | (1,402,212) | | | | | | | |
| A02175 Noncontrolling interest | - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A03122 Intercompany Eliminations | 20,392,774,617 | | (297,166) | 1,384,794 | 1,109,882,274 | | 1,987,625 | 3,498 | (4,928,164) | 1,354,720 | (721,406) | 550,487 | 727,902,042 | | ########### | (1,533,470) | 43,576,878 | (64,649) | (4,106,682) | 20,664,877 | 53,368,398 | (8,244,600) | 51,751,508 | (332,514) | (5,762) | 202 | (530,563) | 232,897 | (6,124,632) | (326,562,010) | 497,700,870 | (70,916,275) | 285,206,429 | (53,610,082) |
| A03123 Ending Equity Recap | 820,142,544 | | (837) | 1,902,769 | (291,542,714) | | 19,052 | | (211,790) | (244,238) | | 382,297 | 16,375 | (10,536,629) | | 420,645,870 | (2,544,520) | 2,876,486 | (58,576) | 2 | (16,632,687) | (7,249,846) | 514,921,045 | (67) | (880,447) | | | (20,376,387) | (260,198) | (284,911) | (332,418,856) | 623,316,213 | (51,933,022) | 2,496,278 | (11,258,118) |
| A00900 Inter Co Due To/Due From | 28 | | | 5 | 4 | | (1) | | (2) | 14 | | | 5 | (1) | | 3 | (6) | 5 | | 12 | | 16 | | (2) | | | | | (6) | (8) | | (11) | | |
| A03124 Total Equity | 820,142,572 | | (837) | 1,902,774 | (291,542,710) | | 19,051 | | (211,792) | (244,224) | | 382,297 | 16,380 | (10,536,630) | | 420,645,873 | (2,544,526) | 2,876,491 | (58,576) | 2 | (16,632,675) | (7,249,846) | 514,921,061 | (67) | (880,449) | | | (20,376,387) | (260,198) | (284,917) | (332,418,864) | 623,316,213 | (51,933,033) | 2,496,278 | (11,258,117) |