UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                            :
                                                  :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al*.,             :
                                                  :     Case No. 18-23538 (RDD)
                                                  :
            Debtors.[1]                           :     (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Noa A. Marcus, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the De Minimis Service List attached hereto as **Exhibit A**:

- Notice of De Minimis Asset Sale for Sears Auto Center (Matteson, IL) [Docket No. 9487]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Ears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: May 14, 2021

*/s/ Noa A. Marcus*
Noa A. Marcus

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 14, 2021, by Noa A. Marcus, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

Exhibit A

De Minimis Service List

Served via First Class Mail and Email

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | New York | NY | 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | Two International Place | Boston | MA | 02110 | ksimard@choate.com<br>jmarshall@choate.com |
| Herrick, Feinstein LLP | Attn: Sean E. O’Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D’Angelo | 2 Park Avenue | New York | NY | 10016 | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com<br>CCarty@herrick.com<br>JDAngelo@herrick.com<br>KKolb@herrick.com |
| Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow | 1407 Broadway - 39th Floor | New York | NY | 10018 | jchou@moritthock.com<br>tberkowitz@moritthock.com<br>dmarlow@moritthock.com |
| Office of The US Trustee Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St., Suite 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| Rudolph Kaplan LLC | Attn: Seth A. Kaplan, Esq. | 738 N. Wells Street | Chicago | IL | 60654 | skaplan@rudolphkaplan.com |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Steven Paradise | 620 8th Avenue | New York | NY | 10018 | emfox@seyfarth.com<br>sparadise@seyfarth.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | New York | NY | 10036 | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |