F. RUSSELL DEMPSEY
General Counsel
CHARLES L. FINKE
Deputy General Counsel
LORI A. BUTLER
KELLY ROSE CUSICK
GARTH D. WILSON
Assistant General Counsels
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 229-3878
 Fax: (202) 326-4138
Emails: wilson.garth@pbgc.gov *and* efile@pbgc.gov

*Counsels for the Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDING CORPORATION., *et al.* | ) Case No.  18-23538 (RDD) |
| | ) Honorable Robert D. Drain |
| Debtor.[1] | ) |
| | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE, that I, Garth D. Wilson a United States Government

Attorney, hereby withdraw my appearance on behalf of the Pension Benefit Guaranty

Corporation ("PBGC") in the above captioned matter.  PBGC will continue to be represented

by attorney Kelly Rose Cusick, who also entered her appearance in this case (see Docket #

49).  Consequently, this does not constitute a withdrawal of counsel.

PLEASE TAKE FURTHER NOTICE that the I request to be removed from the

following: (1) Service List; (2) Mailing Matrix; and (3) the Court's Electronic Notice system

in this matter, and that no further pleadings, notices, or other papers filed in this case need be

sent to or served upon me.


Dated: May 18, 2021                          Respectfully submitted,
Washington, D.C.

 /s/ Garth D. Wilson
Garth D. Wilson (DC 424922)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Telephone:  (202) 229-3878
Fax:  (202) 326-4138
Emails: wilson.garth@pbgc.gov
and efile@pbgc.gov