Sept 1, 2020

Dear Attorney General,

My name is Wanda Brooks I'm writing you in regard of a incident that happen to me with Sears in 2018: Chapter 11 18-23538 no.

Sears, came out to fix my refrigertor on 9/28/18 twice the second time it still was not fixed I call Sears Maintance again the customer service was terible! Sears came back to fix it again the service man broke the water line he told me if my refrigertor does not work to call them Monday I believe he knew he broke it, because it did'nt work at all over the weekend he was here at my home for 3 hours trying to fix it. To make a long stay short I was without a

refrigertor for almost 4 months! They were short of help it was horrible! They sent me a replacement (refrigertor) and it was rusted, rusted can you believe that! Then I had to call back again, again it took them 3 months to come and get the rusted refrigertor they sent me a check for $1,000.00 to buy another replacement. I have health issue and just lost my husband 7/18/2018 and for me to go through all the pain and suffering did'nt make my life any easier. I had to pay allstate dedectible $1,000.00 for them to fix the water damaged, allstate said I will have to wait to get my dedectible because they are sueing Sears also. since they said it was there fault the damage came to $2,870.00 thats without the dedectible. I called allstate would they give me my

(over)

$1,000.00 deductible they told me since it's tied up in court they can't ☹ I asked them can't they work with Sears without me because I could use my $1,000.00 now because of the Pandemic Covid. Allstate told me I might have to wait for years or I probably won't get my money back! I keep feeling rejected and hurt, discrimination against. I talked with the BBB Bureau, she told me to write you.

P.S.   Thank you,
Mr. Attorney General could you please help? I have more pictures than what I'm sending but its costley to make all the copies. Cooking was hard to do, painful.

Sincerely,
Wanda Brooks

*These workers were bad! I wished I had reported them but I did'nt just wanted them gone!*


A **Lowe's** Company

360 E 10th Ave.
Suite 400
Eugene, OR 97401
866.953.3220
fax 541.345.0105
alacrityservices.com

December 24, 2018

**********AUTO**MIXED AADC 974
T2 P1 374
Wanda Brooks
42 Wellesley Pl
Fairfield, OH 45014-5248

**Claim ID:** 522921170
**Alacrity Number:** 21603526

Dear Sir or Madam,

Thank you for using the Alacrity National Contractor Network (NCN) program to repair the recent damages to your home. The NCN provides a network of certified contractors with excellent performance and workmanship standards. This program is a successful and innovative approach to getting homes repaired quickly and efficiently, while ensuring that the repairs are completed to the high quality standards set by Allstate - Property.

We understand that the work performed by 1st Call Disaster Services to repair the damages covered by your Allstate - Property policy has been completed and that you have signed a Certificate of Satisfaction. Because you decided to use the National Contractor Network program for your covered homeowner repairs, Alacrity Services will provide a Quality Assurance Guarantee for the work on this claim.

The Quality Assurance Guarantee ensures that the repair work related to this claim will be free from defects resulting from faulty materials for a period of one (1) year and from faulty workmanship for a period of three (3) years from the date that you signed the Certificate of Satisfaction. Your Quality Assurance Guarantee document is enclosed.

If you have any questions or concerns regarding the contractor, the quality of materials, or the workmanship of the repairs related to this claim, please contact Alacrity Services at **(866) 953-3220**, extension **25**.

Thank you for allowing Allstate - Property and Alacrity Services to better serve you.

Sincerely,

*Keith Sangalli*

**Keith Sangalli**
Quality Assurance Manager



# Allstate.
### You're in good hands

**CROSSROADS PROPERTY MCO**
P. O. BOX 427
HUDSON, OH 44236

**PHONE NUMBER: 888-656-8005**
**OFFICE HOURS: MONDAY-FRIDAY 8:00-4:45**
**FAX NUMBER: 866-537-7806**

> **PLEASE MAKE SURE TO RETURN THIS LETTER WITH YOUR EVIDENCE**

Allstate claim number: 0522921170
Our insured: MARVIN BROOKS ← *my deceased husband*
Physical evidence requested: SUPPLY LINE

To be completed by the insured: *work order 4118 4444*
Make: *PHS39EHSSS*
Model: *Frigidaire*
Serial: *4A 90908060*
Age: *11 - 2008*
Place of purchase: (name, address, phone number, contact name) *They are no longer there or out of business. We purchased on Fort Union Rd., Cinti, OH 45011*

****Please include the following if available: the purchase paperwork, the installation paperwork, and the repair paperwork****

To our valued customer:

As you know, Allstate has paid you for damages incurred as a result of the above referenced loss. Subsequently, Allstate is attempting to recover that amount from the responsible party. As a courtesy to you, as a valued policy holder, Allstate will also include any deductible amount you may have incurred in our demand for payment from the other party. If successful, we will return your deductible to you!

In order to improve chances for recovery, it will be necessary to make the part or evidence that failed available for inspection. Please complete this form and enclose the item which caused the loss in the FEDEX envelope provided and affix the enclosed FEDEX label to the outside.

**Contact FEDEX 800-463-3339 for a pickup. Please do not put in a FEDEX drop box. You will not need an account number. Hold on line after they ask you for the account number. The information listed below should be used to answer the following prompts:**
**--schedule a pick up from my address**
**--schedule a pick up using a return label**
**--there is no stamp on label**
**--the tracking number listed on label**
**--FEDEX ground label is being used**
**--the pick-up is residential**

If you have any questions, please call me at 888-656-8005 x 6553797

Sincerely,
Ryann Patrick























