B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2021 MAY 24 A 10 53
S.D. OF N.Y.

In re  Sears Holdings Corporation, et al.  ,    Case No.  18-23538 (RDD)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Reep-RTL NPM GA, LLC | North Point Mall, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Real Estate - 9th Floor
51 Madison Avenue
New York, New York 10010-1603
Attn: Asset Manager - North Point Mall

Court Claim # (if known): __16076__
Amount of Claim: __$107,159.72__
Date Claim Filed: __04/08/2019__

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Laura S. Bough         Date:  05/21/2021
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.