BEAU BRADY LEBARON
SELF REPRESENTED INDIVIDUAL
217 E ACACIA APT A
BREA CA 92821
(714) 476-0192

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAU LEBARON, <br> W2 employee/ Creditor/ Claimant, <br><br> vs. <br><br> SEARS HOLDINGS CORPORATION, ET AL.,, <br><br> Debtors [1] | Case No.: 18-23538 (RDD) <br><br> (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
DOMINIC A. LITZ, ESQ.
AT (212) 310-8000
Attorneys for Debtors
and Debtors in Possession

I OPPOSE THE OBJECTION 9284 AND REQUEST TO MOVE FORWARD WITH MY CLAIM BEING SCHEDULED TO PAYMENT - 1

I Beau Brady LeBaron Claimant and W2 Employee was terminated without issue on June 12 2019. By my former Employer Sears Holding Corp. The Debtor. The Dates supplied by Thomas and Company in Feb 2021 uploaded with my response 3-2-21:

        3-12-2018 to 6-12-2019.

        Aos the HR Dept New Entity owner that also answered in Feb 2021 gave the same response.
        I was a loyal and more over provided revenue to my employer. Beginning with a record setting month $172,000. And I never stopped. I kept the mindset that I would Save help provide and conquer and I did that daily regardless of the issues that came with the Job title. Project Consultant. I trusted and although that may sound foolish to some in legal formats..

I believe in the idea that good work should and would bring good pay . As I have never in my 53 years had a company Not pay me for the ethical work that I always set out to provide.

This being My third Bankruptcy or Bankrupt Company. I always felt it was important to stay and give back what your employer may have given to you up to that date.

To the objection to claim (s) 24733-24734 that the Debtor on Feb 9 2021 brings on Document # 9284 the ***Twenty Third Omnibus. Case 18-23538*** "***The Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676.***

        . Before, During and after the Filing date of 10-15-18 generate the most Important factors that a debtor and Creditor, Creditor Committee could wish for, Revenue. As I was told the projects I created and there were many I self-Generated and I am certain all details can be accessed as the Debtor was required to submit quarterly reviews. As well I was the point of contact with clients upset with the Debtors performance. Being subjected to the Harsh realities of projects and Misfortune due to Management, Administrative, Executive and Board Decisions that in my Claim (s) equate to beyond my control. [i]

        Required to sell Appointment provided by the Debtor. The Priority each Day. One Call Close in the Homes of Sears Holdings Corporation most Loyal Customer Base Or be Terminated. Immediately following 10-15-18. The eminent Sale of my Division The Sears Home Improvement Products Inc.[ii] to Service the Vetted Contractors loyal and trustworthy walk or freeze shipments. Causing delays and Fear in the office and more important as the numbers below represent.

        My Pay is affected and in fact Stops.[iii]

        Each of the Pay Dates below show only the amount paid to me. What they fail to show are the deductions that are illegal and do not follow the Compensation plan Hs 1591 Ca only Project Consultants. As well

I OPPOSE THE OBJECTION 9284 AND REQUEST TO MOVE FORWARD WITH MY CLAIM BEING SCHEDULED TO PAYMENT  - 2

they do not comply to Federal or State labor laws.  The Dollars I am left with vs the amount of revenue that I generate for the debtor  directly show a substantial  loss in the debtor's ability to operate legitimately during that initial time that is so important with regards not just the Court, DIP,  and Creditors, but the employees that make it solvent by being present each day regardless of headlines, News reports and word of mouth. We all just experienced this, and we still are after Covid 19.

        2-22-19 the Bar date that was extended to 4-19-2019 [iv] and Government entities until Sept 2019.[v] As I filed my claim and was one that basically just worked for free?  Is that the idea.  I think the Automatic stay violation you are already aware of is as well an issue along with the 28 labor code violations and you know the rest . So, I have my info and I have my very accurate response or my facts that lead simply Being required to work while the Debtor did  not perform the Final Order.

        ** these pay dates only represent the days following the 10-15-18 filing as the debtor will be responsible for what is leading up to the filing and I have already provided you with that information.
        Today we are discussing the Bar date. But I feel the Court should be made aware of the facts that surmount to Numerous blatant violations of  Federal and State Labor Laws.
        Job Payment Status: Completed Job (Count:, Payout: $7,688.39)         **This Dollar Amount represents a fraction of my pay after The debtor fails in hiring and accounting and contracting.  **
    Payment Date: 6/28/2019 (Count: 3, Payout: $812.66)
    Payment Date: 6/14/2019 (Count: 4, Payout: $400.00)
    Payment Date: 5/31/2019 (Count: 1, Payout: $61.76) Violation California labor code
      Payment Date: 5/17/2019 (Count: 2, Payout: ($102.57)) VIOLATION
    Payment Date: 5/3/2019 (Count: 3, Payout: $2,478.02) THIS IS NOT MY PAY \ VIOLATION WRITTEN UP ONE FULL  YEAR LATER  FOR ASKING ABPOUT MY PAY \ VIOLATION
        4/19/2019   MISSING  unlawful
        4/05/2019 MISSING unlawful
    Payment Date: 3/22/2019 (Count: 4, Payout: $1,239.39)
        3/08/2019   MISSING  unlawful
        2/22/2019  No pay but this the debtors mandatory bar date.
        2/08/2019   MISSING  unlawful
  Jan 27 service offer gets denied  ( consider the weeks leading up to that purchase)
   Payment Date: 1/25/2019 (Count: 2, Payout: $618.30)
        1/11/2019  MISSING  RTO RTP ( CHARLES MARTIN?)
   Payment Date: 12/28/2018 (Count: 5, Payout: $1,740.31) – this is sick vacation or holiday pay?
        12/14/2018   MISSING   RTO/RTP
        11/16/2018   MISSING   RTO/RTP

I OPPOSE THE OBJECTION  9284 AND REQUEST TO MOVE FORWARD WITH MY CLAIM BEING SCHEDULED TO PAYMENT  - 3

11/30/2018  **MISSING**  RTO/RTP

Payment Date: 11/2/2018  (Count: 1, Payout: $440.51)

Job Payment Status: RTO Job (Count: 17, unpaid ! Dollar amount up to 6-14-21 and all projects that come after my termination from Debtor should be paid by :6/15/19. Labor Code 206.5

Payment Date: 6/28/2019 (Count: 1, Payout: $412.27)
Payment Date: 6/14/2019 (Count: 4, Payout: $2,512.90)
Payment Date: 5/31/2019 (Count: 5, Payout: $229.63)

Payment Date: 8/9/2019 (Count: 2, Payout: ($1,574.94)) VIOLATION AGM KEVIN SALBAD. THE COMMUNICATION COMES ON A SEARS HOLDING CORP LETTER HEAD .  SEE CLAIM 24733  DETAILS
Payment Date: 7/26/2019 (Count: 5, Payout: ($602.59))  VIOLATION AGM KEVIN SALBAD.

<u>The key here is that it is illegal to have someone working for you, promise to pay them and then not pay them,</u> even if you are in bankruptcy. Bankruptcy will not exempt an employer from their legal obligation to pay employees as prescribed by federal law. Just to clarify, if an employee continues to work with you after you file Chapter 11 bankruptcy, you must pay them. If you closed your business down after you filed bankruptcy and owe employees money for work done before you filed bankruptcy, those employees become part of your creditors in that bankruptcy case. That then positions me Before, During and after.  10-15-2018

As A W2 Employee with Benefits that included a life policy at $45,000. Expenses Paid. Mileage paid and required  illegal over time.  If not in office for those days Consultants are written up .  As well the Lake Mary Call Center owned by the Debtor pay the employees their overtime for the same work I am required to do 8-10 hours.  By Law, Federal, state and by the rule of this court the above presents a picture of non-Performance.

as for the period from 3-12-18 to 10-15-18 there is a 3% allowance that the debtor ignores and allows $23,678.00 In deductions that were outlined in the addition of a spread sheet 3-2-2021 to my amended claim.

I oppose the debtor's objection and I respectfully  submit the details as stated here in and payment of my claim (s)  24733 24734 It has been 712 days since I left Sears Holding Corp by way of Termination that I was not even given a notification until 6-21-19 via mail this is uploaded in my original claim documents 4-13-20. This date 4-13-2020 is the moment that I am given a green light to pursue the Debtor by the labor Board as the letter from the California Labor Board Wage Unit sends on 4-6-20 following the dismissal of my retaliation case that  was dismissed for the new Owner as they are reported to be protected by an Automatic Stay provided by this Court.  A clear violation and I would like to seek punitive damages as well as the consumer fines allowed   for the reference to

I OPPOSE THE OBJECTION  9284 AND REQUEST TO MOVE FORWARD WITH MY CLAIM BEING SCHEDULED TO PAYMENT  - 4

my background already approved by Sears Holdings Corp stating meets company standards . I realize the need to win a response in a retaliation claim is important, but I ask the court to clarify as the new owner is still headed for a Hearing in case 809099. This conference from this case occurred 2-25-21. And also, is when the debtor supplied me the check stubs after numerous attempts over two years .. Mrs. Mcgrail then ads a link to a picture taken of me being arrested and supplies this to the labor Board investigator. And this becomes the focal point for the next year. In fact, today I am still treated as If I had created some insane heinous crime when in fact I report that 18 years old charge readily and I would request the court investigate Mrs. Mccgail and the Admin that allowed Sears Holdings Corp share that type of information to sway and mislead an investigation violates employee protection laws Federal and State.    I do ask the New York in Bankruptcy Court Southern District and The Honorable Judge Robert D Drain to consider any and all waiting t time penalties that is allowed.

And I would as well like to have a conversation regarding the potential violation of the Automatic Stay in case 18-23538- and 18-23537 if that even exits . for The new New Buyer and how the Debtor allowed that use of it and as well portrays itself as the old and or new owner to fit any given situation to avoid prosecution .

The details of which I have provided to you

Most Sincerely

Beau Brady LeBaron

714-476-0192

beau@bluesoulpub.com

claim 24733-24734

.

*BEAU LEBARON*

25 DAY OF MAY 2021

---

[i] Sears Holding Corp Project Consultant Compensation Program. See Page 9-14 of HA 1591 CALIFORNIA REPS ONLY.
[ii] Not to be Confused with Transformco SR Holdco Transform Home Improvement DBA Sears Home Improvement Products llc Delaware Company.  what a mess that caused.
[iii] I experience A walk out by Mgmt. and my pay is directly affected by that fact. And a chair left open from 12/28/18 to 4-4-2019.
[iv] I am not paid that day and I just finish march with over $85,000 Gross. April I started off the month with a triple combo. $32,000. A lady down the street from me. And its only gets worse .. And I still stay as I want to see the new Sears Rise from the ashes as Edward Lampert Tells us in March 2019 . He also states he did see that our pay or benefits would be affected. I was already affected some 8 weeks of missing pay .. Beyond my control.

I OPPOSE THE OBJECTION  9284 AND REQUEST TO MOVE FORWARD WITH MY CLAIM BEING SCHEDULED TO PAYMENT  - 5

ᵛAt this time, I have already filed with California Labor Board.  Case 376757 a conference to manage the very difficult separation of the Entity that represents itself as One Company that did work for Pennsylvania Corporation  work the same positions In the new and not to be confused with the Old the LLC Dba  what Debtor Calls itself.

** This created the Automatic Stay Violation . that then takes place after I file a separate Retaliation Case for the new owner where the Administration and Management take my personal information from a file that is not in any state or Federal law allowed to be shared after a chapter 11 Bankruptcy liquidation and they fabricate a response to my retaliation claim with the new LLC DBA as SHIP LLC.  And worse the call up an automatic stay and claim to have protection from a case that I have been informed by the Weil Law Team. Sept 2nd 2020. In 2o min conversation of specifics about my claim and its validity .. That they are not .. In fact, 6 months after they are being sued by Pennsylvania corp . for 57 million.  But the damage is already done as the DSLE Unit in California and the Investigator as well as her supervisor and their managers all meet with me to tell me They are protected by this courts. Judge Drain and his ordered automatic stay for the Debtor in Possession and its subsidiaries for 18-23538.  Prepared by Sears Holdings Corporation Betsey Mcgrail Fair Employment Consultant at Sears Holdings

I OPPOSE THE OBJECTION  9284 AND REQUEST TO MOVE FORWARD WITH MY CLAIM BEING SCHEDULED TO PAYMENT  - 6