**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| SEARS HOLDINGS CORPORATION., *et al.*, | |
| Plaintiffs, | Adv. Proc. No. 19-08250 (RDD) |
| v. | |
| EDWARD SCOTT "EDDIE" LAMPERT, *et al.*, | |
| Defendants. | |

### MOTION TO WITHDRAW ROBERT J. LIUBICIC AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

**MILBANK LLP**

Eric R. Reimer (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Robert J. Liubicic
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Tel. (424) 386-4000 / Fax (231) 629-5063
rliubicic@milbank.com

Andrew M. Leblanc
1850 K Street, NW, Ste 1100
Washington, D.C. 20006
Tel. (202) 835-7500 / Fax (202) 263-7586
aleblanc@milbank.com
*Attorneys for Cyrus Entities*

This motion seeks, pursuant to Local Bankruptcy Rule 2090-1, an order withdrawing Robert J. Liubicic of Milbank LLP ("Milbank") as an attorney of record for Cyrus Capital Partners, LP, Crescent 1, LP, Canary SC Fund, LP, CYR Fund, LP, CMH VI, LP, Cyrus Opportunities Master Fund II, Ltd., CRS Master Fund, LP, Canary SC Master Fund, LP, Cyrus Select Opportunities Master Fund, Ltd., Cyrus Special Strategies Master Fund, LP, Cyrus Master Fund, LP (the "Cyrus Entities") in the above-captioned chapter 11 case and associated adversary proceeding. This motion further seeks that Robert J. Liubicic be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the chapter 11 case or adversary proceeding. Milbank will continue to serve as counsel for the Cyrus Entities.

Thomas R. Kreller and Eric R. Reimer, Milbank attorneys who have previously appeared as attorneys of record on behalf of the Cyrus Entities, will continue to serve as attorneys of record for the Cyrus Entities. Accordingly, the Court's approval of this motion will not impact Milbank's representation of the Cyrus Entities and will not result in prejudice or delay to any party.

## **CONCLUSION**

For the reasons set forth herein, we respectfully request that the Court grant this motion and order that Robert J. Liubicic is withdrawn as an attorney of record and, thus, will no longer receive service or electronic notifications in the chapter 11 case or adversary proceeding. A proposed order granting the relief requested is annexed hereto as **Exhibit A**.

Dated:  May 27, 2021

        MILBANK LLP
        /s/ Robert J. Liubicic
        Thomas R. Kreller (admitted *pro hac vice*)
        Eric R. Reimer (admitted *pro hac vice*)
        Robert J. Liubicic
        2029 Century Park East, 33rd Floor
        Los Angeles, CA 90067
        Tel. (424) 386-4000
        Fax (231) 629-5063

        Andrew M. Leblanc
        1850 K Street, NW, Ste 1100
        Washington, D.C. 20006
        Tel. (202) 835-7500 / Fax (202) 263-7586
        aleblanc@milbank.com

        *Attorneys for Cyrus Entities*

## CERTIFICATE OF SERVICE

I, Robert J. Liubicic, counsel for the Cyrus Entities, hereby certify that on May 25, 2021, a true and correct copy of the above document was filed and served electronically by using the Court's ECF system.

Dated:  May 27, 2021

                                            MILBANK LLP
                                            /s/ Robert Liubicic
                                            Robert J. Liubicic
                                            2029 Century Park East, 33rd Floor
                                            Los Angeles, CA 90067
                                            Tel. (424) 386-4525
                                            Fax (231) 629-5063

# EXHIBIT A

# Proposed Order

# EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |
| SEARS HOLDINGS CORPORATION., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD SCOTT "EDDIE" LAMPERT, *et al.*,<br><br>Defendants. | Adv. Proc. No. 19-08250 (RDD) |

**ORDER GRANTING MOTION TO WITHDRAW ROBERT J. LIUBICIC AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1**

Upon consideration of the *Motion to Withdraw Robert J. Liubicic as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1* and for good cause shown therein, **IT IS HEREBY ORDERED THAT:**

1. Robert J. Liubicic is withdrawn as a Milbank LLP attorney of record on behalf of the Cyrus Entities in Case No. 18-23538 and Adv. Proc. No. 19-08250 (RDD).

2. Robert J. Liubicic shall no longer receive electronic notices from the Court's CM/ECF system in the above-listed proceedings.

Dated: White Plains, New York

May __, 2021

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE