HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

---------------------------------------------------------------- x

**SEVENTEENTH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN
LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
APRIL 1, 2021 THROUGH APRIL 30, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | April 1, 2021 through April 30, 2021 |
| Monthly Fees Incurred: | $23,652.50 |
| 20% Holdback: | $4,730.50 |
| Total Compensation Less 20% Holdback: | $18,922.00 |
| Monthly Expenses Incurred: | $114.00 |
| Total Fees and Expenses Requested: | $19,036.00 |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Seventeenth Combined Monthly Fee Statement") covering the period from April 1, 2021 through April 30, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Seventeenth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $18,922.00 (80% of $23,652.50) for fees on account of reasonable and necessary professional services rendered to the Creditors'

HF 13808665v.1

Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and expenses in the amount of $114.00 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 13808665v.1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Seventeenth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Seventeenth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **June 17, 2021**

4

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Seventeenth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Seventeenth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventeenth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

HF 13808665v.1

Dated: New York, New York
      June 2, 2021

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
      Sean E. O'Donnell
      Stephen B. Selbst
      Steven B. Smith
      Christopher Carty
      Two Park Avenue
      New York, NY 10016
      Telephone: (212) 592-1400
      Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
      sselbst@herrick.com
      ssmith@herrick.com
      ccarty@herrick.com

*Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors of Sears*
*Holdings Corporation, et al.*

6

## Exhibit A

**Timekeeper Summary**

HF 13808665v.1

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $850.00 | 12.5 | $10,625.00 |
| Sean O'Donnell | Restructuring & Finance Litigation | 1998 | $1075.00 | 1.5 | 1,612.50 |
| **Total Partners** | | | | **14.0** | **$12,237.50** |
| **COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $690.00 | 1.4 | $966.00 |
| **Total Counsel** | | | | **9.4** | **$966.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $475.00 | 1.0 | $475.00 |
| Gabrielle Fromer | Restructuring & Finance Litigation | 2018 | $460.00 | 2.3 | $1,058.00 |
| **Total Associates** | | | | **3.3** | **$1,533.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $350.00 | 8.5 | $2,975.00 |
| Larisa Poretsky | Litigation | $410.00 | 14.1 | $5,781.00 |

| Total Paralegals/ Non-Legal Staff | | | 36.7 | $8,756.00 |
|---|---|---|---|---|

| E-DISCOVERY & LITIGATION SUPPORT SERVICES | |
|---|---|
| Project Management | $160.00 |

# <u>EXHIBIT B</u>

**Task Code Summary**

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications – B160 | 18.5 | $9,521.00 |
| Other Contested Matters – B190 | 17.4 | $9,972.50 |
| Joint Asserted Causes of Action | 5.4 | $3,999.00 |
| **Total** | **41.3** | **$23,492.50** |

**Exhibit C**

**Itemized Fees**



Official Committee of Unsecured Creditors of Sears Holdings                                 May 25, 2021
Attn: Ron Tucker                                                            Invoice Number: 546768
225 W. Washington Street                                                    Matter Number: 19609.0001
Indianapolis, IN 46204                                                      Tax ID:        1662

Re:  **Sears Bankruptcy**

Fees for legal services rendered through April 30, 2021                                      $19,493.50

Expenses posted through April 30, 2021                                                         107.10

                                                            **TOTAL**  |  **$19,600.60**

Unpaid balance from previous invoice(s)                                                     $32,166.60

Total Due Now                                                                               $51,767.20

## INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.

Kindly return this page with your check payment to:            Send wire payments to:
            Herrick, Feinstein LLP                                 Citibank, N.A.
                2 Park Avenue                              ABA Number:        0089
              New York, NY 10016                           Account Number:    6165
                                                              SWIFT #:

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 546768
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 04/05/21 | C. Carty | B190 | Draft and revise memo to UCC regarding investigation. | 3.10 |
| 04/05/21 | S. O'Donnell | B190 | Review and comment on memo. | 1.50 |
| 04/06/21 | L. Poretsky | B160 | Assemble, redact, finalize and e-file Fifteenth Monthly Fee Statement; prepare for service and submit to Prime clerk for service. | 1.20 |
| 04/07/21 | L. Poretsky | B160 | Review C. Carty e-mail re draft of the fourth fee application; Prepare and submit request to accounting for billing reports from November 2020 to February 2021. | 0.40 |
| 04/08/21 | C. Carty | B190 | Revise draft investigation update memo. | 1.10 |
| 04/08/21 | L. Poretsky | B160 | Draft fourth interim fee application. | 2.20 |
| 04/08/21 | L. Poretsky | B160 | Analyze previously filed monthly statements to obtain information for the fourth fee application. | 1.00 |
| 04/09/21 | C. Carty | B160 | Attention to draft interim fee application. | 0.60 |
| 04/09/21 | L. Poretsky | B160 | Draft fourth fee application. | 3.30 |
| 04/12/21 | C. Carty | B160 | Review and revise portions of interim fee application. | 2.10 |
| 04/12/21 | L. Poretsky | B160 | Continue draft and revise fourth fee application. | 4.00 |
| 04/13/21 | C. Carty | B160 | Revise draft interim fee application. | 1.20 |
| 04/13/21 | L. Poretsky | B160 | Revise and finalize fourth fee application per C. Carty comments and circulate for review. | 0.60 |
| 04/14/21 | C. Carty | B160 | Revise and finalize interim fee application. | 0.50 |
| 04/14/21 | L. Poretsky | B160 | Proof read fourth fee application to ensure accuracy; prepare fourth fee application for filing and e-file; e-mail Prime Clerk copy of the filed application for service and discuss same. | 1.40 |
| 04/26/21 | L. Schepp | B190 | Compile documents cited in UCC memorandum in preparation for attorney review. | 3.80 |
| 04/27/21 | K. Kolb | B190 | Revise memorandum regarding investigation. | 0.90 |
| 04/27/21 | G. Fromer | B190 | Review memorandum to UCC and email K. Kolb regarding the same. | 0.20 |
| 04/27/21 | G. Fromer | B190 | Review discovery. | 0.40 |
| 04/27/21 | G. Fromer | B190 | Proofread memorandum to UCC. | 1.70 |
| 04/27/21 | L. Schepp | B190 | Finalize documents cited in UCC client memorandum. | 4.30 |
| 04/28/21 | K. Kolb | B190 | Revise update memo to UCC regarding investigation. | 0.40 |

**TOTAL**    $19,493.50

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 8.60 | 850.00 | 7,310.00 |
| G. Fromer | 2.30 | 460.00 | 1,058.00 |
| K. Kolb | 1.30 | 690.00 | 897.00 |
| S. O'Donnell | 1.50 | 1,075.00 | 1,612.50 |
| L. Poretsky | 14.10 | 410.00 | 5,781.00 |
| L. Schepp | 8.10 | 350.00 | 2,835.00 |
| **TOTAL** | **35.90** | | **$19,493.50** |

**DISBURSEMENTS:**

| | AMOUNT |
|---|---|
| E-Discovery Data Hosting | 100.00 |
| Pacer Charges | 7.10 |
| **TOTAL:** | **$107.10** |

**TASK SUMMARY**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 18.50 | 9,521.00 |
| B190 | Other Contested Matters | 17.40 | 9,972.50 |
| **TOTALS** | | **35.90** | **$19,493.50** |

**PREVIOUS BILLS OUTSTANDING**

 HERRICK

Invoice Number: 546768
Matter Number: 19609.0001
Page: 4

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|-----------|--------------|-----------------|----------------------|---------|
| 356647 | 07/16/20 | 62,817.18 | 60,748.68 | 2,068.50 |
| 540575 | 12/14/20 | 31,940.28 | 28,618.48 | 3,321.80 |
| 541327 | 01/19/21 | 51,933.19 | 44,680.99 | 7,252.20 |
| 542957 | 02/24/21 | 38,059.70 | 32,230.60 | 5,829.10 |
| 544217 | 03/25/21 | 4,063.00 | 0.00 | 4,063.00 |
| 545915 | 04/30/21 | 9,632.00 | 0.00 | 9,632.00 |
| | | | **Total Outstanding** | **$32,166.60** |



Official Committee of Unsecured Creditors of Sears Holdings          May 25, 2021
Attn: Ron Tucker                                                Invoice Number: 546769
225 W. Washington Street                                        Matter Number: 19609.0002
Indianapolis, IN 46204                                          Tax ID:        1662

Re:   **Jointly Asserted Causes of Action**

Fees for legal services rendered through April 30, 2021                   $4,159.00

Expenses posted through April 30, 2021                                        6.90

                                              **TOTAL**        **$4,165.90**

Unpaid balance from previous invoice(s)                                $498,071.86

Total Due Now                                                          $502,237.76

**INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.**

Kindly return this page with your check payment to:          Send wire payments to:
              Herrick, Feinstein LLP                              Citibank, N.A.
                 2 Park Avenue                          ABA Number:        0089
               New York, NY 10016                       Account Number:       6165
                                                        SWIFT #:

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 546769
Matter Number: 19609.0002
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 04/06/21 | C. Carty | B190 | Draft update for Litigation Designees on workstreams in connection with adversary proceeding and analyze issues related to same. | 2.40 |
| 04/15/21 | H. Zimmer | B190 | Review document stipulation. | 0.20 |
| 04/16/21 | C. Carty | B190 | Analyze documents produced in discovery in adversary proceeding. | 0.50 |
| 04/16/21 | H. Zimmer | B190 | Review documents produced in adversary proceeding and confer with Chris Carty on same. | 0.40 |
| 04/16/21 | L. Schepp | B190 | Discussion with H. Zimmer regarding various WLRK document productions. | 0.40 |
| 04/19/21 | C. Carty | B190 | Correspondence regarding document sharing stipulation. | 0.20 |
| 04/22/21 | C. Carty | B190 | Analyze hot document binders from document review. | 0.80 |
| 04/22/21 | K. Kolb | B190 | Email regarding prior hot document summaries. | 0.10 |
| 04/22/21 | H. Zimmer | B190 | Confer with Linda Schepp, Kyle Kolb, and Chris Carty concerning documents produced in adversary proceeding. | 0.40 |

|  | | | **TOTAL** | **$3,999.00** |

 **HERRICK**

Invoice Number: 546769
Matter Number: 19609.0002
Page: 3

### LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 3.90 | 850.00 | 3,315.00 |
| K. Kolb | 0.10 | 690.00 | 69.00 |
| L. Schepp | 0.40 | 350.00 | 140.00 |
| H. Zimmer | 1.00 | 475.00 | 475.00 |
| **TOTAL** | **5.40** | | **$3,999.00** |

**E-DISCOVERY & LITIGATION SUPPORT SERVICES**

| | | |
|---|---|---|
| Project Management | | 160.00 |
| **TOTAL** | | **$160.00** |

| | | |
|---|---|---|
| **TOTAL LEGAL SERVICES** | | **$4,159.00** |

**DISBURSEMENTS:**

| | Amount |
|---|---|
| Pacer Charges | 6.90 |
| **TOTAL:** | **$6.90** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 358158 | 08/24/20 | 114,394.47 | 91,935.87 | 22,458.60 |
| 538312 | 10/22/20 | 330,797.92 | 265,261.82 | 65,536.10 |
| 539161 | 11/12/20 | 221,704.24 | 177,615.54 | 44,088.70 |
| 540525 | 12/14/20 | 170,056.45 | 136,138.75 | 33,917.70 |
| 541328 | 01/19/21 | 106,056.50 | 0.00 | 106,056.50 |
| 542909 | 02/24/21 | 178,642.76 | 0.00 | 178,642.76 |
| 544218 | 03/25/21 | 25,950.00 | 0.00 | 25,950.00 |
| 545916 | 04/30/21 | 21,421.50 | 0.00 | 21,421.50 |
| | | | **Total Outstanding** | **$498,071.86** |

## Exhibit D

**Disbursement Summary**

| | |
|---|---|
| E-Discovery Data Hosting | $100.00 |
| Pacer Charges | $114.00 |
| **Total** | **$114.00** |

## **Exhibit E**

**Itemized Disbursement**

## Disbursement Detail

**Applied filtersss:**   Client/Matter Filter: Official Committee of Unsecured Creditor (19609) Jointly Asserted Causes of Action (0002), Official Committee of Unsecured Creditor (19609) Sears Bankruptcy (0001), Transaction Date: From 2021-04-01 To 2021-04-30

| Disbursement ID ↑ | Client/Matter | Transaction Date | Disb Code | Quantity | To Bill Amount $114.00 | Phase/Task | Narrative | Bill Number | Base Quantity | Billed Quantity | Base Amount | Billed Amount $114.00 | Posted Period | Billed Period | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9244826 | Official Committee of Unsec Sears Bankruptcy (0001) | 4/7/2021 | Pacer charges (074) | 1 | $7.10 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Pacer Service Center | 546768 | 1 | 1 | $7.10 | $7.10 | 202104 | 202105 | 5/25/2021 |
| 9244827 | Official Committee of Unsec Jointly Asserted Causes of A | 4/7/2021 | Pacer charges (074) | 1 | $6.90 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Pacer Service Center | 546769 | 1 | 1 | $6.90 | $6.90 | 202104 | 202105 | 5/25/2021 |
| 9246537 | Official Committee of Unsec Sears Bankruptcy (0001) | 4/30/2021 | E-Discovery Data Hosting Mi | 1 | $100.00 | Expenses Only (EXP.EXP) Expenses Only | Sears Bankruptcy UCC - Rulk | 546768 | 1 | 1 | $100.00 | $100.00 | 202104 | 202105 | 5/25/2021 |