**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

                  Debtor

Case No.: 18-23538-rdd

Chapter 11

---------------------------------------------------------------x

KMART HOLDING CORPORATION

                  Plaintiff

v.

MJ HOLDING COMPANY, LLC

                  Defendant

Adversary Proceeding No.: 20-06732-rdd

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Brandon R. Freud, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent MJ Holding Company, LLC, a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 4, 2021

Chicago, Illinois

/s/ Brandon R. Freud

*Mailing Address*:

Chuhak & Tecson, P.C.

30 S. Wacker Dr., Ste. 2600

Chicago, IL 60606

*E-mail address*: bfreud@chuhak.com

*Telephone number*: (312) 201-4201