**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

        Debtor

Case No.: <u>18-23538</u>-rdd

Chapter <u>11</u>

---------------------------------------------------------------x

KMART HOLDING CORPORATION

        Plaintiff

v.

MJ HOLDING COMPANY, LLC

        Defendant

Adversary Proceeding No.: <u>20-06732</u>-rdd

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Brandon R. Freud</u>, to be admitted, ***pro hac vice***, to represent <u>MJ Holding Company, LLC</u>, (the "Client") a <u>Defendant</u> in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Illinois</u>, it is hereby

**ORDERED**, that <u>Brandon R. Freud</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                         UNITED STATES BANKRUPTCY JUDGE