**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

In re: SEARS HOLDINGS CORPORATION,    Case No.: 18-23538-rdd
   et al.    Chapter 11
                               Debtor    (Jointly Administered)

------------------------------------- x

   KMART HOLDING CORPORATION    Adversary Proceeding No.: 20-06732-rdd
                        Plaintiff

                        v.

   MJ HOLDING COMPANY, LLC

                        Defendant

------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of Brandon R. Freud to be admitted, ***pro hac vice***, to represent MJ Holding Company, LLC (the "Client") in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

     **ORDERED**, that Brandon R. Freud, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       June 4, 2021                               /s/ Robert D. Drain
                                                      UNITED STATES BANKRUPTCY JUDGE