**Exhibit 1**

| Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount |
|---|---|---|
| Smith, James Edmond | 19509 | $2,490,344,585.69 |
| Smith, James Edmond | 8092 | $2,490,344,585.69 |
| Smith, James Edmond | 13404 | $2,490,344,585.69 |