# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

June 4, 2021
Invoice 340049728

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2021

| | |
|---|---:|
| Current Fees | $ 8,995.00 |
| Total Current Activity | $ 8,995.00 |
| Total Due for This Invoice | $ 8,995.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:                 Account No.: 496-8375493<br>Wells Fargo Bank, NA        ACH ABA No.: 121000248<br>420 Montgomery St              Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

| | |
|---|---|
| Paul E. Harner, as Fee Examiner | SMRH Tax ID 95-1463164 |
| | June 4, 2021 |
| | Invoice 340049728 |

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:     Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2021

| | |
|---|---|
| Current Fees | $ 8,995.00 |
| Total Current Activity | $ 8,995.00 |
| Total Due for This Invoice | $ 8,995.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:             Account No.: 496-8375493<br>Wells Fargo Bank, NA    ACH ABA No.: 121000248<br>420 Montgomery St       Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 4, 2021
Invoice 340049728
Page 2 of 2

FOR PROFESSIONAL SERVICES THROUGH 04/30/21

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 04/26/21 | Preliminary review and revision of draft preliminary report regarding sixth interim fee and expense application of Weil, Gotshal & Manges, including supporting exhibits with respect to prospective objections (2.30); telephone conferences and correspondence with V. Marriott, T. Daluz, and C. McClamb regarding same and draft status report for upcoming hearings on fee and expense applications (.60). | 4063 | 2.90 hrs. |
| 04/27/21 | Prepare for and participate in extended telephone conference with V. Marriott regarding status of preparation of preliminary reports on fee and expense applications and related negotiations (.90); review and analyze preliminary report on sixth interim Weil Gotshal fee and expense application and related exhibits regarding prospective objections (3.20). | 4063 | 4.10 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 7.00 | $ 1,285.00 | $ 8,995.00 |

**Total Fees for Professional Services**               **$ 8,995.00**