# EXHIBIT B

**Ballard Spahr LLP**

TAX IDENTIFICATION NO: 23-0382195

We would like to request that payments be made either by WIRE or ACH.  Please see our payment options below.

**Account Wiring and ACH Instructions:**

| | |
|---|---|
| *Bank:* | *PNC Bank, Philadelphia* |
| *Address:* | *1600 Market Street, Philadelphia, PA 19103* |
| *ABA# :* | *031 0000 53* |
| *Account Name:* | *Ballard Spahr LLP* |
| *Account Number:* | 85-3131-7345 |
| *SWIFT Code:* | *PNCCUS33 (only needed for international wires)* |

For your convenience, we now offer a secure online invoice payment link which gives you the flexibility to pay online and monitor all payments made to Ballard Spahr.

**Online Secure Payer Express Link –** *ACH Payments*

https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

If you are unable to pay electronically, please remit payment to our new lockbox address.

**Check Remittance Lockbox Address:**

Ballard Spahr LLP
P O Box 825470
Philadelphia, PA 19182 5470

If you have any questions or need assistance, please call us at 215-864-8350 or email directly at clientaccountservices@ballardspahr.com.

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor  
Wilmington, DE 19801-3034  
Tel 302.252.4465  
Fax 302.252.4466

Paul E. Harner  
1675 Broadway  
New York, NY 10019

May 27, 2021  
Invoice No. 20210507812

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $77,532.00 |
| **Total Invoice Amount** | **$77,532.00** |

071820.03 - 00317415  
Tobey M. Daluz

May 27, 2021  
Invoice No. 20210507812

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 04/02/21 | Review and revise interim fee application. | 995.00 | 1.50 | 1,492.50 |
| Daluz,T.M. | 04/05/21 | Attend to exhibits for monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 04/09/21 | Review and revise interim fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 04/15/21 | Finalize revisions to interim fee application. | 995.00 | 2.50 | 2,487.50 |
| McClamb,C.D. | 04/15/21 | Review and revise sixth interim application | 545.00 | 2.40 | 1,308.00 |
| McClamb,C.D. | 04/15/21 | Emails with P. Harner and T. Daluz re: Interim Fee Application | 545.00 | 0.60 | 327.00 |
| Daluz,T.M. | 04/19/21 | Oversee filing of interim fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 04/27/21 | Review and revise exhibits for monthly fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 04/28/21 | Correspondence with M. Vesper regarding monthly fee application. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 04/28/21 | Emails with T. Daluz and M. Vesper re: monthly fee statement | 545.00 | 0.50 | 272.50 |
| Daluz,T.M. | 04/29/21 | Attend to monthly fee application issues. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 04/29/21 | Pull together exhibits to monthly fee application | 995.00 | 0.50 | 497.50 |
| **Total B160** | | | | **11.70** | **10,066.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 04/01/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 04/01/21 | Review and revise Weil report and exhibits | 545.00 | 4.00 | 2,180.00 |
| Vesper,M.A. | 04/01/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 7.10 | 2,982.00 |

071820.03 - 00317415  
Tobey M. Daluz

May 27, 2021  
Invoice No. 20210507812

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 04/01/21 | Review Akin fees to prepare report on 6th fee application | 470.00 | 4.20 | 1,974.00 |
| Marriott, III,V.J. | 04/02/21 | Review recent filings (0.1); review status of reports (0.1) | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 04/02/21 | Attend to FTI report, status and related issues. | 995.00 | 1.50 | 1,492.50 |
| McClamb,C.D. | 04/02/21 | Review and revise exhibits and draft preliminary report for Weil's sixth interim fee application | 545.00 | 7.80 | 4,251.00 |
| McClamb,C.D. | 04/02/21 | Correspond with M. Vesper re: exhibits and draft preliminary report for Weil's sixth interim fee application | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 04/02/21 | Edit and review preliminary report and exhibits for Weil Gotshal's sixth fee application and implement comments and revisions from C. McClamb | 420.00 | 1.70 | 714.00 |
| Vesper,M.A. | 04/02/21 | Review Herrick, Feinstein LLP first, second, and third interim fee application time entries | 420.00 | 2.40 | 1,008.00 |
| Vesper,M.A. | 04/02/21 | Correspondence with C. McClamb re: Weil sixth interim fee preliminary report and exhibits | 420.00 | 0.50 | 210.00 |
| Vesper,M.A. | 04/02/21 | Edit and review preliminary report and exhibits for Moritt Hock combined first and second fee application | 420.00 | 0.40 | 168.00 |
| Jimenez,C. | 04/02/21 | Review Akin fees to prepare report addressing 6th fee application | 470.00 | 2.30 | 1,081.00 |
| Daluz,T.M. | 04/05/21 | Review Weil report. | 995.00 | 1.00 | 995.00 |
| McClamb,C.D. | 04/05/21 | Review and comment on exhibits to Morrit preliminary report | 545.00 | 6.50 | 3,542.50 |
| McClamb,C.D. | 04/05/21 | Correspond with M. Vesper re: Morritt preliminary report | 545.00 | 0.60 | 327.00 |
| Vesper,M.A. | 04/05/21 | Draft preliminary report for Herrick, Feinstein LLP's combined first, second, and third interim fee application | 420.00 | 0.90 | 378.00 |
| Vesper,M.A. | 04/05/21 | Review FTI Consulting sixth interim fee application time entries and draft summary e-mail of the same to T. Daluz | 420.00 | 0.60 | 252.00 |

071820.03 - 00317415  May 27, 2021
Tobey M. Daluz  Invoice No. 20210507812

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 04/05/21 | Draft preliminary report for Young Conaway's combined second, and third interim fee application | 420.00 | 0.90 | 378.00 |
| Vesper,M.A. | 04/05/21 | Review Young Conaway Stargatt & Taylor LLP second, and third interim fee application time entries | 420.00 | 0.90 | 378.00 |
| Vesper,M.A. | 04/05/21 | Edit and review preliminary report and exhibits for Weil Gotshal's sixth fee application | 420.00 | 0.70 | 294.00 |
| Vesper,M.A. | 04/05/21 | Edit and review preliminary report and exhibits for Moritt Hock combined first and second fee application and implement comments and changes from C. McClamb | 420.00 | 0.50 | 210.00 |
| Marriott, III,V.J. | 04/06/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 04/06/21 | Review and comment on Moritt report and exhibits | 545.00 | 4.00 | 2,180.00 |
| McClamb,C.D. | 04/07/21 | Correspond with M. Vesper re: Moritt report | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 04/07/21 | Review and revise Moritt preliminary report and exhibits | 545.00 | 6.50 | 3,542.50 |
| Vesper,M.A. | 04/07/21 | Edit and review preliminary report and exhibits for Moritt Hock combined first and second fee application and implement comments and changes from C. McClamb | 420.00 | 1.70 | 714.00 |
| Vesper,M.A. | 04/07/21 | E-mails with C. McClamb re: Moritt Hock consolidated first and second preliminary report expense exhibits questions | 420.00 | 0.20 | 84.00 |
| Pollard,C.P. | 04/08/21 | Prepare fee and expense exhibits for Herrick Feinstein (1/2019 - 11/2020) | 340.00 | 1.40 | 476.00 |
| Daluz,T.M. | 04/08/21 | Review preliminary report for Moritt Hock. | 995.00 | 1.00 | 995.00 |
| Vesper,M.A. | 04/08/21 | Edit and review preliminary report and exhibits for Moritt Hock combined first and second fee application and implement comments and changes from C. McClamb and send same to T. Daluz and C. McClamb | 420.00 | 1.30 | 546.00 |

071820.03 - 00317415  
Tobey M. Daluz

May 27, 2021  
Invoice No. 20210507812

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 04/08/21 | Draft preliminary report and review exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee applications | 420.00 | 0.50 | 210.00 |
| Pollard,C.P. | 04/09/21 | Prepare fee exhibits for FTI (2020701 - 20201031) and Young Conaway (20190301 - 20191031) | 340.00 | 0.70 | 238.00 |
| Daluz,T.M. | 04/09/21 | Correspondence with M. Vesper regarding changes to Moritt report. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 04/09/21 | Review and revise Moritt Hock preliminary report. | 995.00 | 2.50 | 2,487.50 |
| Daluz,T.M. | 04/09/21 | Correspondence with P. Harner regarding same. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 04/09/21 | Meeting with M. Vesper re: fee review | 545.00 | 1.10 | 599.50 |
| McClamb,C.D. | 04/09/21 | Analyze calculations for Morrit preliminary report | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 04/09/21 | Webex with C. McClamb re: explanation of preliminary report and exhibit comments for Weil and Moritt Hock reports | 420.00 | 1.00 | 420.00 |
| Vesper,M.A. | 04/09/21 | Edit and review preliminary report for Moritt Hock combined first and second fee application and implement comments and changes from T. Daluz and send same to P. Harner, V. Marriott, T. Daluz, and C. McClamb | 420.00 | 1.00 | 420.00 |
| Jimenez,C. | 04/09/21 | Review additional Akin fees to draft report addressing 6th fee application | 470.00 | 2.40 | 1,128.00 |
| Vesper,M.A. | 04/11/21 | Draft preliminary report and review exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee applications | 420.00 | 1.60 | 672.00 |
| Marriott, III,V.J. | 04/12/21 | Review recent filings | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 04/12/21 | Update firmwide figures for interim fee application. | 995.00 | 1.00 | 995.00 |
| Vesper,M.A. | 04/12/21 | Draft preliminary report and review exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application | 420.00 | 2.40 | 1,008.00 |

Page 5

071820.03 - 00317415  
Tobey M. Daluz

May 27, 2021  
Invoice No. 20210507812

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 04/12/21 | Review Akin fees for sixth report on fee application | 470.00 | 5.10 | 2,397.00 |
| Daluz,T.M. | 04/13/21 | Review Moritt interim fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 04/13/21 | Revise Moritt exhibits to preliminary report related to 1st and 2nd interim reports. | 995.00 | 1.00 | 995.00 |
| Vesper,M.A. | 04/13/21 | Draft preliminary report and review exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application | 420.00 | 3.10 | 1,302.00 |
| Neitzel,K.N. | 04/13/21 | Prepare fee data to be imported into Relativity workspace for attorney review | 310.00 | 0.50 | 155.00 |
| Jimenez,C. | 04/13/21 | Analyze Akin fees and expenses to draft sixth fee application report | 470.00 | 2.40 | 1,128.00 |
| Vesper,M.A. | 04/14/21 | Draft preliminary report and review exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application and e-mail same to C. McClamb for review | 420.00 | 2.40 | 1,008.00 |
| Neitzel,K.N. | 04/14/21 | Prepare fee data to be imported into Relativity workspace for attorney review | 310.00 | 0.20 | 62.00 |
| McClamb,C.D. | 04/16/21 | Emails with C. Jimenez re: fee review status | 545.00 | 0.20 | 109.00 |
| Jimenez,C. | 04/16/21 | Analyze Akin's 6th fee report and coordinate generation of exhibits | 470.00 | 0.30 | 141.00 |
| Daluz,T.M. | 04/19/21 | Address issues regarding fee examiner transition. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 04/19/21 | Emails with C. Pollard re status of fee review | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 04/19/21 | Confer with M. Vesper re FTI preliminary report and fee review | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 04/19/21 | Review and revise FTI Consulting preliminary report for second through six fee applications and exhibit for excessive time preparing fees | 420.00 | 3.40 | 1,428.00 |
| Marriott, III,V.J. | 04/20/21 | Reviews status of reports | 1,085.00 | 0.20 | 217.00 |

071820.03 - 00317415  
Tobey M. Daluz

May 27, 2021  
Invoice No. 20210507812

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 04/20/21 | Review and revise FTI Consulting preliminary report for second through six fee applications and exhibit for excessive time preparing fees and send same to C. McClamb | 420.00 | 0.40 | 168.00 |
| Vesper,M.A. | 04/20/21 | Review and revise Young Conaway preliminary report for second and third interim fee applications draft and exhibits and e-mail C. Pollard re: exhibits | 420.00 | 0.40 | 168.00 |
| Pollard,C.P. | 04/21/21 | Review and prepare revised Young Conaway exhibits for 3/1/2019 - 10/31/2019 | 340.00 | 1.10 | 374.00 |
| McClamb,C.D. | 04/21/21 | Emails with C. Pollard and M, Vesper re: fee review data | 545.00 | 0.30 | 163.50 |
| Daluz,T.M. | 04/22/21 | Review recent pleadings. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 04/22/21 | Review recent fee applications filed. | 995.00 | 0.40 | 398.00 |
| McClamb,C.D. | 04/22/21 | Review and comment on Herrick preliminary report and exhibits | 545.00 | 5.30 | 2,888.50 |
| Vesper,M.A. | 04/22/21 | Review and revise Young Conaway preliminary report for second and third interim fee applications draft and exhibits and e-mail same to C. McClamb | 420.00 | 1.90 | 798.00 |
| Daluz,T.M. | 04/23/21 | Correspondence with P. Harner and Ballard team regarding documents and next steps. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 04/23/21 | Review and comment on Herrick exhibits | 545.00 | 6.00 | 3,270.00 |
| Marriott, III,V.J. | 04/26/21 | Review email response from Akin re: contract lawyers (0.5); conference with P. Harner re: status (0.5) | 1,085.00 | 1.00 | 1,085.00 |
| Daluz,T.M. | 04/26/21 | Correspondence with P. Harner regarding status of matters and appearance. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 04/26/21 | Review and comment on Herrick exhibits | 545.00 | 3.70 | 2,016.50 |
| Marriott, III,V.J. | 04/27/21 | Review recent filings | 1,085.00 | 0.40 | 434.00 |
| McClamb,C.D. | 04/27/21 | Review and edit Herrick exhibits | 545.00 | 3.00 | 1,635.00 |

071820.03 -  00317415  
Tobey M. Daluz

May 27, 2021  
Invoice No. 20210507812

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 04/28/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 04/28/21 | Review summary of status of administration insolvency. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 04/29/21 | Review status of FTI. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 04/29/21 | Review status of Deloitte. | 995.00 | 0.20 | 199.00 |
| Marriott, III,V.J. | 04/30/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| **Total B170** | | | | **124.00** | **67,465.50** |
| **Total Fees** | | | | **135.70** | **$77,532.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 19.60 | 995.00 | 19,502.00 |
| Marriott, III,V.J. | 2.90 | 1,085.00 | 3,146.50 |
| Jimenez,C. | 16.70 | 470.00 | 7,849.00 |
| McClamb,C.D. | 54.70 | 545.00 | 29,811.50 |
| Vesper,M.A. | 37.90 | 420.00 | 15,918.00 |
| Neitzel,K.N. | 0.70 | 310.00 | 217.00 |
| Pollard,C.P. | 3.20 | 340.00 | 1,088.00 |
| **Total Fees** | **135.70** | | **$77,532.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner
1675 Broadway
New York, NY 10019

May 27, 2021
Invoice No. 20210507812

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $77,532.00 |
| **Total Invoice Amount** | **$77,532.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days