B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re **KMART CORPORATION**,   Case No. **18-23549**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF LBUBS COMMERCIAL MORTGAGE TRUST 2007-C6, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C6**
Name of Transferee

Name and Address where notices to transferee should be sent:
MATTHEW KRAMER
WEINBERG WHEELER
3350 Virginia Street
Suite 500, Miami, FL 33133
Phone: (305) 455-9504
Last Four Digits of Acct #: _____

**LB-UBS 2007-C6 Habersham Station LLC**
Name of Transferor

Court Claim # (if known): **8152**
Amount of Claim: **$306,284.26**
Date Claim Filed: **1/29/19**

Phone: **(305) 455-9504**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

**SAME**

Phone: **(305) 455-9504**
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: **5-28-21**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**RECEIVED**
**JUN - 7 2021**
U.S. BANKRUPTCY COURT, SDNY