UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

## NOTICE OF APPEAL

Pursuant to Rule 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), Nina and Gerald Greene (the "Class Representatives"), by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York from the *Order Denying Class Representatives' Motion for Relief from the Automatic Stay* [ECF No. 9538] (the "Order") entered by the United States Bankruptcy Court for the Southern District of New York (Honorable Robert D. Drain) on May 27, 2021. A copy of the Order is attached hereto as **Exhibit A**. The names of all parties to the appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorney** |
|---|---|
| Nina and Gerald Greene | Kaufman, Coren & Ress, P.C.<br><br>Benjamin M. Mather<br>Janice I. Daul<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 735-8700 |
| Transform Holdco LLC, Transform SR Protection LLC, and Transform SR LLC | Cleary Gottlieb Steen & Hamilton LLP<br><br>Sean A. O'Neal<br>Luke A. Barefoot<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000 |

Dated: June 9, 2021                              Respectfully submitted,

      *Benjamin M. Mather*
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
*(Admitted Pro Hac Vice)*

*Attorneys for Class Representatives*
*Nina and Gerald Greene*