CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Sam Della Fera, Jr. (sdellafera@csglaw.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, INC., *et al.*, | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | Honorable Robert D. Drain |

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST

The undersigned hereby requests to be removed from all service lists in the above captioned cases on behalf of (i) Eric Richard I.B. Company, LLC, (ii) Seiko Watch of America LLC, successor by merger to Seiko Corporation of America, and (iii) LatentView Analytics Corporation.

CHIESA SHAHINIAN & GIANTOMASI PC

By:   */s/ Sam Della Fera, Jr.*
      Sam Della Fera, Jr.

Dated:  June 9, 2021