UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, I caused Nina and Gerald Greene's Notice of Appeal (ECF No. 9559), to be electronically filed with the Clerk's Office using the Court's CM/ECF system, which sent electronic notification of such filing to all registered CM/ECF participants in the above-captioned case.

I further certify that, on June 10, 2021, a true and correct copy of the foregoing filing was served on the following via First Class Mail:

1. Chambers of the Honorable Judge Robert D. Drain
   United States Bankruptcy Court for the Southern District of New York
   300 Quarropas Street, Room 248
   White Plains, NY 10601

2. Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
   New York, NY, 10006
   Attn: Sean A. O'Neal, Esq. and Luke A. Barefoot, Esq.

3. Office of the U.S. Trustee for Region 2
   201 Varick Street, Suite 1006
   New York, NY 10014
   Attn: Paul Schwartzberg, Esq.

4. Debtors, c/o Sears Holdings Corporation
   3333 Beverly Road

       Hoffman Estates, IL 60179
       Attn: Stephen Sitley, Esq. and Luke J. Valentino, Esq.

5.      Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY 10153
       Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.

6.      Skadden, Arps, Slate, Meagher & Flom LLP
       4 Times Square
       New York, NY 10036
       Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

7.      Davis Polk & Wardell LLP
       450 Lexington Avenue
       New York, NY 10017
       Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

8.      Kelley Drye & Warren LLP
       101 Park Avenue
       New York, NY 10178
       Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.

9.      Seyfarth Shaw LLP
       620 Eighth Avenue
       New York, NY 10018
       Attn: Edward M. Fox, Esq.

10.     Carter Ledyard & Milburn LLP
       2 Wall Street
       New York, NY 10015
       Attn: James Gadsden, Esq.

11.     Locke Lord LLP
       111 South Wacker Drive
       Chicago, IL 60606
       Attn: Brian A. Raynor, Esq.

  12.  Akin Gump Strauss Hauer & Feld LLP
     One Bryant Park
     New York, NY 10036
     Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

  I further certify that, on June 10, 2021 a true and correct copy of the foregoing filing was served upon all parties included on the Master Service List, as that term is defined in the Court's *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405). The parties on the Master Service List were served via electronic mail or, for those parties for whom no e-mail address was listed, via first class mail.

                *Benjamin M. Mather*
                Benjamin M. Mather, Esq.