## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | In Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.* | : | Case No.: 18-23538 (RDD) |
| | : | |
| Debtor. | : | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTE that Alexander C. Hyder, Esquire hereby withdraws his appearance on behalf of Creditor Robert Miller in the above-captioned bankruptcy and respectfully requests that he be removed from the CM/ECF noticing list and any other service lists for this case.

_____
ALEXANDER C. HYDER, ESQUIRE
Attorney for Creditor Robert Miller

Date:  June 10, 2021

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | In Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.* | : | Case No.: 18-23538 (RDD) |
| | : | |
| Debtor. | : | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021 a copy of the foregoing Notice of Withdrawal of Appearance

was served via the Court's CM/ECF System to any party who has filed a request for notice pursuant

to Rule 2002 of the Bankruptcy Rules.

_____
ALEXANDER C. HYDER, ESQUIRE
Attorney for Creditor Robert Miller

Date:   June 10, 2021