UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.,* | (Jointly Administered) |
| Debtors.[1] | |

**TWENTY SIXTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | March 1, 2021 through May 31, 2021 |
| Monthly Fees Incurred: | $102,095.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses: | $102,095.00 |

This is a: __X__ monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1.  The fees and expenses for the period from March 1, 2021 through and including May 31, 2021 (the "**Twenty Sixth Fee Period**") amount to:

    | | |
    |---|---:|
    | Professional Fees | $102,095.00 |
    | Expenses | 0.00 |
    | **TOTAL** | **$102,095.00** |

2.  In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $81,676.00 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$81,676.00** |

3.  The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Twenty Sixth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.  A summary of aggregate hours worked and aggregate hourly fees for each task code during the Twenty Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.  Detailed time entry by task code during the Twenty Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.  A summary of expenses incurred during the Twenty Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.  Detailed breakdown of the expenses incurred during the Twenty Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.  FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Twenty Sixth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 28, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
June 11, 2021

        FTI CONSULTING, INC.
Financial Advisors to the Official Committee of Unsecured Creditors of Sears Holdings Corporation

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Nelson, Cynthia A | Sr Managing Dir | Retail | $ 1,120 | 0.9 | $ 1,008.00 |
| Star, Samuel | Sr Managing Dir | Restructuring | 1,165 | 2.2 | 2,563.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,120 | 21.9 | 24,528.00 |
| Eisler, Marshall | Managing Director | Restructuring | 881 | 20.3 | 17,889.50 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 84.3 | 53,530.50 |
| Shapiro, Jill | Sr Consultant | Restructuring | 553 | 4.4 | 2,431.00 |
| Hellmund-Mora, Marili | Project Asst | Restructuring | 290 | 0.5 | 145.00 |
| **TOTAL** | | | | **134.5** | **$ 102,095.00** |

[1]Promotions were effective April 1, 2021. The rate reflected herein represents the blended rate based on time incurred during the Application Period. The positions reflect current positions following promotions.

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 2.8 | $ 2,117.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 103.5 | 77,801.00 |
| 5 | Real Estate Issues | 0.9 | 1,008.00 |
| 11 | Prepare for and Attend Court Hearings | 0.9 | 1,012.50 |
| 14 | Analysis of Claims and Liabilities Subject to Compromise | 0.6 | 381.00 |
| 17 | Wind Down Monitoring | 3.2 | 1,966.00 |
| 18 | Potential Avoidance Actions & Litigation | 10.4 | 8,864.50 |
| 20 | General Meetings with Debtor & Debtors' Professionals | 2.3 | 2,091.00 |
| 23 | Firm Retention | 3.6 | 2,789.00 |
| 24 | Preparation of Fee Application | 6.3 | 4,064.50 |
|  | **TOTAL** | **134.5** | **$102,095.00** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/6/2021 | Kim, Ye Darm | 0.4 | Review APA motion and summary from counsel. |
| 1 | 4/12/2021 | Kim, Ye Darm | 0.4 | Analyze status report for administrative claim assumptions. |
| 1 | 4/27/2021 | Diaz, Matthew | 0.7 | Review the status report. |
| 1 | 4/27/2021 | Kim, Ye Darm | 0.7 | Review latest status report. |
| 1 | 4/30/2021 | Kim, Ye Darm | 0.6 | Draft summary of call with M-III re: latest status report. |
| **1 Total** | | | **2.8** | |
| 3 | 3/1/2021 | Kim, Ye Darm | 0.8 | Prepare litigation funding materials. |
| 3 | 3/8/2021 | Kim, Ye Darm | 0.3 | Review latest analysis re: litigation funding. |
| 3 | 3/24/2021 | Kim, Ye Darm | 0.9 | Review the litigation funding analysis. |
| 3 | 3/25/2021 | Kim, Ye Darm | 3.8 | Prepare analysis re: litigation funding. |
| 3 | 3/26/2021 | Kim, Ye Darm | 0.5 | Participate in call re: litigation funding issues. |
| 3 | 3/26/2021 | Kim, Ye Darm | 0.4 | Review litigation funding materials. |
| 3 | 3/26/2021 | Kim, Ye Darm | 2.1 | Prepare updated analysis re: litigation funding. |
| 3 | 3/26/2021 | Kim, Ye Darm | 1.1 | Process revisions to litigation funding analysis. |
| 3 | 3/29/2021 | Kim, Ye Darm | 1.2 | Prepare updated materials re: litigation funding. |
| 3 | 3/30/2021 | Kim, Ye Darm | 0.5 | Participate in call re: funding analysis. |
| 3 | 3/30/2021 | Kim, Ye Darm | 0.6 | Participate in call re: updates to funding analysis. |
| 3 | 3/30/2021 | Kim, Ye Darm | 0.8 | Process revisions to funding analysis. |
| 3 | 3/30/2021 | Kim, Ye Darm | 1.1 | Process updates to analysis re: litigation funding. |
| 3 | 3/31/2021 | Kim, Ye Darm | 0.5 | Participate in call re: litigation funding. |
| 3 | 3/31/2021 | Kim, Ye Darm | 0.3 | Update litigation funding materials. |
| 3 | 3/31/2021 | Kim, Ye Darm | 2.7 | Prepare draft materials re: funding analysis. |
| 3 | 3/31/2021 | Kim, Ye Darm | 1.8 | Process updates to litigation funding materials. |
| 3 | 4/1/2021 | Diaz, Matthew | 1.1 | Review materials re: litigation funding. |
| 3 | 4/1/2021 | Kim, Ye Darm | 0.6 | Draft responses to open questions re: litigation funding analysis. |
| 3 | 4/1/2021 | Kim, Ye Darm | 2.7 | Process revisions to the litigation funding materials. |
| 3 | 4/2/2021 | Kim, Ye Darm | 1.5 | Revise the litigation funding materials. |
| 3 | 4/2/2021 | Kim, Ye Darm | 1.7 | Update litigation funding materials. |
| 3 | 4/5/2021 | Diaz, Matthew | 0.6 | Review updated materials re: litigation funding. |
| 3 | 4/5/2021 | Kim, Ye Darm | 1.7 | Prepare updated litigation funding analysis. |
| 3 | 4/6/2021 | Diaz, Matthew | 1.6 | Review the Sears litigation funding issues. |
| 3 | 4/6/2021 | Kim, Ye Darm | 0.6 | Participate in call re: litigation funding issues. |
| 3 | 4/6/2021 | Kim, Ye Darm | 0.9 | Participate in call re: litigation funding analysis. |
| 3 | 4/6/2021 | Kim, Ye Darm | 2.1 | Process revisions to litigation funding analysis. |
| 3 | 4/6/2021 | Kim, Ye Darm | 1.2 | Perform detailed QC of litigation funding materials. |
| 3 | 4/6/2021 | Kim, Ye Darm | 1.1 | Process revisions to litigation funding materials. |
| 3 | 4/6/2021 | Kim, Ye Darm | 0.7 | Finalize revisions to funding materials. |
| 3 | 4/12/2021 | Diaz, Matthew | 0.5 | Participate in a call with Counsel to discuss litigation funding materials. |
| 3 | 4/12/2021 | Diaz, Matthew | 0.9 | Review the updated litigation funding materials. |
| 3 | 4/12/2021 | Kim, Ye Darm | 0.3 | Participate in pre-call re: litigation funding analysis. |
| 3 | 4/12/2021 | Kim, Ye Darm | 0.3 | Participate on call with Counsel re: litigation funding. |
| 3 | 4/12/2021 | Kim, Ye Darm | 0.5 | Participate in a call with Counsel re: litigation funding materials. |
| 3 | 4/12/2021 | Kim, Ye Darm | 1.7 | Examine issues re: litigation funding. |
| 3 | 4/12/2021 | Kim, Ye Darm | 0.6 | Review Counsel proposed updates to funding analysis. |
| 3 | 4/12/2021 | Eisler, Marshall | 2.1 | Incorporate comments into litigation funding analysis. |
| 3 | 4/13/2021 | Diaz, Matthew | 1.6 | Review the updated funding analysis. |
| 3 | 4/13/2021 | Kim, Ye Darm | 0.8 | Participate in call re: litigation funding issues. |
| 3 | 4/13/2021 | Kim, Ye Darm | 2.9 | Prepare analysis re: litigation funding. |
| 3 | 4/13/2021 | Kim, Ye Darm | 1.6 | Prepare updated materials re: litigation funding analysis. |
| 3 | 4/13/2021 | Kim, Ye Darm | 1.9 | Process updates to litigation funding materials. |
| 3 | 4/13/2021 | Eisler, Marshall | 2.2 | Provide additional comments to litigation funding materials. |
| 3 | 4/14/2021 | Star, Samuel | 0.5 | Review litigation funding analysis. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 4/14/2021 | Eisler, Marshall | 1.3 | Prepare for and participate in call to discuss litigation funding analysis. |
| 3 | 4/14/2021 | Eisler, Marshall | 1.1 | Provide additional comments to litigation funding analysis. |
| 3 | 4/15/2021 | Diaz, Matthew | 1.9 | Review the Sears litigation funding analysis. |
| 3 | 4/15/2021 | Diaz, Matthew | 0.4 | [Partial] Participate in a call with Counsel to discuss the funding analysis. |
| 3 | 4/15/2021 | Diaz, Matthew | 1.1 | Review the updated funding analysis. |
| 3 | 4/15/2021 | Kim, Ye Darm | 0.5 | Participate in call re: updated litigation funding analysis. |
| 3 | 4/15/2021 | Kim, Ye Darm | 1.0 | Participate in a call with Counsel to discuss the funding analysis. |
| 3 | 4/15/2021 | Kim, Ye Darm | 1.8 | Prepare updated materials re: litigation funding. |
| 3 | 4/15/2021 | Kim, Ye Darm | 1.4 | Continue to prepare materials re: litigation funding. |
| 3 | 4/15/2021 | Kim, Ye Darm | 0.8 | Process updates to litigation funding materials. |
| 3 | 4/15/2021 | Star, Samuel | 0.5 | Review and comment on litigation funding analysis. |
| 3 | 4/15/2021 | Star, Samuel | 0.5 | Participate in call re: updated litigation funding analysis. |
| 3 | 4/15/2021 | Eisler, Marshall | 0.5 | Participate in call re: updated litigation funding analysis. |
| 3 | 4/15/2021 | Eisler, Marshall | 1.6 | Examine key issues re: litigation funding. |
| 3 | 4/16/2021 | Diaz, Matthew | 0.8 | Review the updated litigation funding materials. |
| 3 | 4/16/2021 | Diaz, Matthew | 0.7 | Provide comments re: litigation funding materials. |
| 3 | 4/16/2021 | Kim, Ye Darm | 0.6 | Draft response to Counsel re: updated litigation funding analysis. |
| 3 | 4/16/2021 | Kim, Ye Darm | 0.5 | Draft additional responses to Counsel re: updated litigation funding analysis. |
| 3 | 4/16/2021 | Kim, Ye Darm | 2.5 | Process revisions to the litigation funding materials per Counsel's comments. |
| 3 | 4/16/2021 | Star, Samuel | 0.2 | Review Counsel's comments to litigation funding analysis. |
| 3 | 4/16/2021 | Eisler, Marshall | 1.9 | Correspond with Akin re: litigation funding analysis. |
| 3 | 4/16/2021 | Eisler, Marshall | 0.9 | Provide comments to latest litigation funding analysis. |
| 3 | 4/17/2021 | Kim, Ye Darm | 0.4 | Update litigation funding materials. |
| 3 | 4/17/2021 | Eisler, Marshall | 1.1 | Provide comments to latest draft of litigation funding analysis. |
| 3 | 4/18/2021 | Kim, Ye Darm | 0.5 | Prepare responses to Counsel re: litigation funding. |
| 3 | 4/19/2021 | Diaz, Matthew | 1.5 | Review the funding analysis. |
| 3 | 4/19/2021 | Diaz, Matthew | 0.7 | Review the updated litigation funding materials. |
| 3 | 4/19/2021 | Kim, Ye Darm | 0.6 | Participate in call re: litigation funding materials. |
| 3 | 4/19/2021 | Kim, Ye Darm | 2.7 | Evaluate key issues re: litigation funding. |
| 3 | 4/19/2021 | Kim, Ye Darm | 0.6 | Process revisions to the funding materials. |
| 3 | 4/19/2021 | Kim, Ye Darm | 2.1 | Update litigation funding materials. |
| 3 | 4/19/2021 | Kim, Ye Darm | 1.7 | Review litigation funding materials. |
| 3 | 4/19/2021 | Kim, Ye Darm | 0.5 | Prepare additional updates to litigation funding materials. |
| 3 | 4/19/2021 | Kim, Ye Darm | 1.9 | Develop analysis re: litigation funding. |
| 3 | 4/19/2021 | Kim, Ye Darm | 0.6 | Finalize litigation funding analysis. |
| 3 | 4/20/2021 | Diaz, Matthew | 0.6 | Review the updated litigation funding materials. |
| 3 | 4/22/2021 | Diaz, Matthew | 0.8 | Review key issues re: litigation funding. |
| 3 | 4/22/2021 | Kim, Ye Darm | 0.7 | Participate in call re: litigation funding. |
| 3 | 4/22/2021 | Kim, Ye Darm | 1.2 | Process revisions to funding analysis. |
| 3 | 4/22/2021 | Kim, Ye Darm | 1.4 | Prepare updated materials re: funding analysis. |
| 3 | 4/22/2021 | Kim, Ye Darm | 1.3 | Produce updated summary re: litigation funding issues. |
| 3 | 4/23/2021 | Diaz, Matthew | 0.6 | Review the updated funding analysis. |
| 3 | 4/25/2021 | Kim, Ye Darm | 0.3 | Prepare additional materials re: litigation funding. |
| 3 | 4/26/2021 | Diaz, Matthew | 0.5 | Review the updated funding analysis. |
| 3 | 4/26/2021 | Kim, Ye Darm | 0.3 | Update materials re: litigation funding. |
| 3 | 5/18/2021 | Diaz, Matthew | 0.3 | Review the litigation funding materials. |
| 3 | 5/18/2021 | Kim, Ye Darm | 0.6 | Prepare summary re: litigation funding key issues. |
| 3 | 5/19/2021 | Kim, Ye Darm | 0.4 | Revise draft summary re: litigation funding issues. |
| 3 | 5/20/2021 | Kim, Ye Darm | 0.5 | Process revisions to summary re: litigation funding key issues. |
| 3 | 5/21/2021 | Kim, Ye Darm | 0.4 | Update litigation funding summary. |
| 3 | 5/24/2021 | Diaz, Matthew | 0.3 | Review key issues re: litigation funding. |
| **3 Total** | | | **103.5** | |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 3/30/2021 | Nelson, Cynthia A | 0.4 | Review Debtors' requests re: proposed sales of various real estate parcels. |
| 5 | 4/9/2021 | Nelson, Cynthia A | 0.3 | Review Debtors' proposed sale of property. |
| 5 | 4/20/2021 | Nelson, Cynthia A | 0.2 | Respond to Debtors regarding proposed sale of excess land parcel. |
| **5 Total** | | | **0.9** | |
| 11 | 4/27/2021 | Diaz, Matthew | 0.3 | Review the hearing summary from Counsel. |
| 11 | 5/25/2021 | Star, Samuel | 0.1 | Review memo from Counsel re: court hearing. |
| 11 | 5/25/2021 | Diaz, Matthew | 0.3 | Review summaries from Counsel re: court hearing. |
| 11 | 5/25/2021 | Diaz, Matthew | 0.2 | Review materials in preparation for hearing. |
| **11 Total** | | | **0.9** | |
| 14 | 3/22/2021 | Kim, Ye Darm | 0.3 | Review revised settlement proposal re: preferences. |
| 14 | 3/23/2021 | Kim, Ye Darm | 0.3 | Correspond with Counsel re: preference settlement. |
| **14 Total** | | | **0.6** | |
| 17 | 3/16/2021 | Kim, Ye Darm | 0.4 | Participate in call with M-III re: proposed preference settlement. |
| 17 | 3/16/2021 | Kim, Ye Darm | 0.4 | Review terms of settlement re: preferences. |
| 17 | 3/16/2021 | Kim, Ye Darm | 0.3 | Draft summary of preference settlement issues. |
| 17 | 3/16/2021 | Shapiro, Jill | 0.4 | Participate in call with M-III re: proposed preference settlement. |
| 17 | 3/17/2021 | Kim, Ye Darm | 0.6 | Participate in call with M-III and ASK re: preference settlement. |
| 17 | 3/17/2021 | Kim, Ye Darm | 0.3 | Prepare response for Counsel re: preference settlement issues. |
| 17 | 3/17/2021 | Kim, Ye Darm | 0.3 | Participate in internal correspondence re: preference settlement. |
| 17 | 3/17/2021 | Kim, Ye Darm | 0.3 | Participate in internal correspondence re: preference settlement issues. |
| 17 | 3/24/2021 | Kim, Ye Darm | 0.2 | Correspond with M-III re: preference settlement. |
| **17 Total** | | | **3.2** | |
| 18 | 3/5/2021 | Eisler, Marshall | 3.2 | Prepare Potential Financier waterfall exhibit for litigation trustees. |
| 18 | 3/8/2021 | Eisler, Marshall | 2.3 | Respond to diligence request from Counsel. |
| 18 | 3/16/2021 | Diaz, Matthew | 0.6 | Review the proposed Sears preference settlement. |
| 18 | 3/17/2021 | Eisler, Marshall | 2.1 | Diligence proposed preference settlement as detailed by M-III. |
| 18 | 3/22/2021 | Diaz, Matthew | 0.3 | Review the proposed preference settlement. |
| 18 | 4/15/2021 | Kim, Ye Darm | 0.7 | Review analyst reports. |
| 18 | 4/23/2021 | Kim, Ye Darm | 0.7 | Calculate break-even points re: recoveries. |
| 18 | 4/28/2021 | Kim, Ye Darm | 0.5 | Review updated forecast re: funding requirements. |
| **18 Total** | | | **10.4** | |
| 20 | 3/5/2021 | Diaz, Matthew | 0.3 | Prepare for call re: funding analysis. |
| 20 | 3/5/2021 | Diaz, Matthew | 0.5 | Participate on call to discuss materials re: litigation funding. |
| 20 | 4/12/2021 | Diaz, Matthew | 0.5 | Participate on call re: litigation funding materials. |
| 20 | 4/12/2021 | Kim, Ye Darm | 0.5 | Participate on call re: litigation funding materials. |
| 20 | 4/30/2021 | Kim, Ye Darm | 0.5 | Participate in call w M-III re: latest status report. |
| **20 Total** | | | **2.3** | |
| 23 | 4/27/2021 | Star, Samuel | 0.1 | Develop disclosure for new connection with party in interest. |
| 23 | 4/28/2021 | Star, Samuel | 0.3 | Review draft disclosure for new connection with interested party. |
| 23 | 4/29/2021 | Kim, Ye Darm | 1.2 | Review prior declarations to prepare draft declaration and related disclosure. |
| 23 | 4/29/2021 | Kim, Ye Darm | 0.8 | Prepare draft of FTI disclosure statement. |
| 23 | 4/30/2021 | Diaz, Matthew | 0.6 | Review the Sears declaration. |
| 23 | 4/30/2021 | Kim, Ye Darm | 0.6 | Prepare redlines of draft FTI declaration. |
| **23 Total** | | | **3.6** | |
| 24 | 3/29/2021 | Shapiro, Jill | 0.7 | Prepare the twenty fifth combined monthly fee statement. |
| 24 | 4/7/2021 | Diaz, Matthew | 0.4 | Review the twenty fifth combined monthly fee statement. |
| 24 | 4/7/2021 | Shapiro, Jill | 0.7 | Prepare updates to the combined twenty fifth monthly fee statement. |
| 24 | 4/9/2021 | Shapiro, Jill | 0.4 | Prepare the interim fee application. |
| 24 | 4/10/2021 | Shapiro, Jill | 0.3 | Prepare update to the interim fee application. |
| 24 | 4/12/2021 | Kim, Ye Darm | 0.7 | Review interim bill and update task code descriptions. |
| 24 | 4/12/2021 | Shapiro, Jill | 0.2 | Update combined monthly fee statement. |
| 24 | 4/12/2021 | Shapiro, Jill | 0.5 | Update interim fee application. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 4/13/2021 | Shapiro, Jill | 0.4 | Prepare updates to the interim fee application. |
| 24 | 4/13/2021 | Shapiro, Jill | 0.1 | Process revisions to the combined monthly fee statement. |
| 24 | 4/14/2021 | Shapiro, Jill | 0.4 | Update combined monthly fee statement and interim fee statement. |
| 24 | 4/15/2021 | Diaz, Matthew | 0.7 | Review the Sears fee applications. |
| 24 | 4/19/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the fee application. |
| 24 | 5/5/2021 | Shapiro, Jill | 0.3 | Review proposed seventh interim order. |
| **24 Total** | | | **6.3** | |
| **Grand Total** | | | **134.5** | |

**EXHIBIT D**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Expense Type | Amount |
|---|---|
| **Not Applicable in this month.** | |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2021 TO MAY 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Not Applicable in this month.** | | |