# EXHIBIT B

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873

LAWRENCE KADISH

PO BOX 40

BANK NO: 7
CHECK DATE : 12/01/2018
CHECK NO: 34000560
CHECK AMOUNT: 93,750.00

* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 0725901 | | 46,875.00 | | 400 | Minimum Rent Expense | Williamburg, Virginia | | |
| 0725901 | | 46,875.00 | | 400 | Minimum Rent Expense | Williamburg, Virginia | | |

DOCUMENT TOTAL                         CHECK AMOUNT

93,750.00                              93,750.00

DOCUMENT TOTAL    DISCOUNT TOTAL    1099 WTAX TOTAL    NET AMOUNT

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE

---

SEARS DEBTOR IN POSSESSION                   Bank of America                   64-1278/311
                                                                CHECK NUMBER: 034000560

PAY: NINETY-THREE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

TO THE ORDER OF   LAWRENCE KADISH
                  PO BOX 40
                  WESTBURY              CT 11590

CHECK DATE: 12/01/2018

VOID AFTER 6 MONTHS
CHECK AMOUNT: $93,750.00

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT

⑈034000560⑈ ⑆061112788⑆ 3359990986⑈