# EXHIBIT D

intertek

**PROPERTY CONDITION
ASSESSMENT REPORT**

of

Kmart Shopping Center
118-124 Waller Mill Road
Williamsburg, York County, Virginia 23185

Prepared for

Lawrence Kadish Real Estate
135 Jericho Turnpike
Old Westbury, New York 11568

Prepared by

Professional Service Industries, Inc.
2930 Eskridge Road
Fairfax, VA 22031
(703) 698-9300

April 24, 2019 (Revision 1)

PSI Project No. 0443-1046

*Greg Kinton*

Greg Kinton, AIA (VA)
Regional Manager
Report Author

*Nick
Szakelyhidi*

Nick Szakelyhidi
Principal Consultant
Report Reviewer



## TABLE OF CONTENTS

1.0 EXECUTIVE SUMMARY ........................................................................................................... 1
   1.1 GENERAL PROPERTY DESCRIPTION ................................................................................. 1
   1.2 SCHEDULE OF MATERIAL PHYSICAL DEFICIENCIES ........................................................ 1
   1.3 RECOMMENDATIONS OF ADDITIONAL INVESTIGATION .................................................. 2
   1.4 SUMMARY OF DEVIATIONS FROM THE GUIDE .............................................................. 3
   1.5 PSI / USER RELATIONSHIP DISCLOSURE ........................................................................ 3
2.0 USE AND QUALIFICATIONS ................................................................................................... 4
   2.1 RELIANCE ..................................................................................................................... 4
   2.2 USE BY OTHER PARTIES ................................................................................................ 4
   2.3 STANDARD OF CARE AND WARRANTIES ........................................................................ 4
   2.4 PSI / USER RELATIONSHIP DISCLOSURE ........................................................................ 5
   2.5 QUALIFICATIONS .......................................................................................................... 5
3.0 CONTRACT AND PURPOSE OF SERVICES ............................................................................... 6
   3.1 CONTRACT ................................................................................................................... 6
   3.2 PURPOSE OF SERVICES ................................................................................................. 6
4.0 SCOPE, METHODOLOGY, RESOURCES, AND DEVIATIONS FROM THE GUIDE .......................... 7
   4.1 SCOPE OF SERVICES ..................................................................................................... 7
   4.2 METHODOLOGY ............................................................................................................ 7
   4.3 RESOURCES .................................................................................................................. 9
   4.4 ACTIVITY EXCLUSIONS .................................................................................................. 11
   4.5 DEVIATIONS FROM THE GUIDE ..................................................................................... 11
   4.6 LIMITATIONS ................................................................................................................ 11
   4.7 SIGNIFICANT ASSUMPTIONS ........................................................................................ 12
5.0 WALK-THROUGH SURVEY NARRATIVE .................................................................................. 13
   5.1 SITE ............................................................................................................................. 13
   5.2 STRUCTURAL FRAME AND BUILDING ENVELOPE ........................................................... 15
   5.3 ROOFING SYSTEMS ...................................................................................................... 16
   5.4 PLUMBING SYSTEMS .................................................................................................... 18
   5.5 HEATING AND AIR CONDITIONING ................................................................................ 18
   5.6 ELECTRICAL SYSTEMS ................................................................................................... 18
   5.7 VERTICAL TRANSPORTATION SYSTEMS ......................................................................... 19
   5.8 LIFE SAFETY / FIRE SUPPRESSION SYSTEMS .................................................................. 19
   5.9 INTERIOR ELEMENTS .................................................................................................... 19
6.0 NON-ASTM SCOPE CONSIDERATIONS .................................................................................. 21
   6.1 LIMITED VISUAL ADA ACCESSIBILITY ASSESSMENT ........................................................ 21

**EXHIBITS**

Exhibit A: Representative Photographs
Exhibit B: ADA Checklist
Exhibit C: Supporting Documents
Exhibit D: Statements of Assessment Team Qualifications



## 1.0   EXECUTIVE SUMMARY

Professional Service Industries, Inc. (PSI), an Intertek company[1], performed the following Property Condition Assessment (PCA) or Property Condition Report (PCR) of the subject property in accordance with the scope and limitations of ASTM E2018-15, "Standard Guide for Property Condition Assessments: Baseline Property Condition Assessment Process" (the "Guide"):

### 1.1   GENERAL PROPERTY DESCRIPTION

| Property Condition Report (PCR) Summary Table | |
|---|---|
| **GENERAL PROPERTY DESCRIPTION** | |
| Property Name | Kmart Shopping Center |
| Address | 118-124 Waller Mill Road, York County, Williamsburg, VA 23185 |
| Property Use | Retail |
| Number of Parcels | 1 Per York County Tax Assessor |
| Property Size | ±16.51 acres (York County Tax Assessor) |
| Construction Type | Metal frame (columns and beams) supporting metal roof deck |
| Number of Buildings | 2 |
| Number of Stories | 1 |
| Area of Building(s) (Square Feet – SF) | ±165,181 (reported) |
| Property Age | Circa-1980 (approximately 43 years old - estimated) |
| Occupancy Status | Partially occupied |
| **GENERAL PHYSICAL CONDITION** | |
| General Physical Condition (Good / Fair / Poor) | Fair |
| Apparent Level of Preventative Maintenance Exercised (Good / Fair / Poor) | Fair |
| Summary of Significant Pending or In-Progress Capital Improvements (>$25,000) | None reported |
| Summary of Significant Recently Completed Capital Improvements (>$25,000) | None reported |
| Results of Code Violations Research | PSI requested information regarding building and fire code violations from local government agencies. To date, PSI has not received responses from these agencies. PSI will forward the information upon receipt. |
| **BASIS OF ASSESSMENT** | |
| Purpose of Assessment: | Reacquisition |
| User of Assessment Report: | Lawrence Kadish Real Estate |
| Date of Site Visit: | Thursday, March 7, 2019 |
| Field Observer(s) | Greg Kinton, AIA (VA), William Word, Brad Pranke |
| Report Author | Greg Kinton, AIA (VA) |
| Report Reviewer | Nick Szakelyhidi |

### 1.2   SCHEDULE OF MATERIAL PHYSICAL DEFICIENCIES

A schedule of the following material deficiencies or systems were observed during our walk-through:

1. Intertek is a brand name representing the Intertek Group plc legal entitles, including but not limited to, Intertek Testing Services NA Inc., Professional Service Industries, Inc. ("PSI" or "INTERTEK-PSI"), Architectural Testing Inc. ("INTERTEK-ATI"), and MT Group Inc. ("INTERTEK-MT").



| Category | Description | Needs Priority | |
|---|---|---|---|
| | | Immediate | Short-Term |
| **SITE** | | | |
| *Seal coat and restripe parking lot* | | | X |
| *Remove former Kmart tenant's signage* | | | X |
| **STRUCTURAL FRAME AND BUILDING ENVELOPE** | | | |
| *Masonry crack repairs* | | X | |
| *Remove mezzanine storage level in Kmart* | | X | |
| *Replace wood windows and doors* | | | X |
| **ROOFING** | | | |
| *Replace low-slope roofs* | | | X |
| *Repair gutter systems along entry canopies* | | X | |
| **PLUMBING** | | | |
| *Remove abandoned hot water heater equipment* | | | X |
| **HEATING and AIR CONDITIONING** | | | |
| *replace RTUs* | | | X |
| **ELECTRICAL** | | | |
| *(None)* | | | |
| **VERTICAL TRANSPORTATION** | | | |
| *(None)* | | | X |
| **LIFE SAFETY / FIRE SUPPRESSION** | | | |
| *Replace Kmart fire alarm panel* | | | X |
| **INTERIOR ELEMENTS** | | | |
| *Allowance for repair of interior finishes including mold remediation* | | X | |
| *Perform asbestos survey* | | X | |
| **ADA ACCESSIBILITY ASSESSMENT** | | | |
| *Convert parking spaces to meet "Van Accessible" guidelines* | | X | |
| *Install proper signage at existing accessible parking spaces* | | X | |

Table caption (title row): Summary of Schedule of Material Physical Deficiencies

## 1.3   RECOMMENDATIONS OF ADDITIONAL INVESTIGATION

The systems or components summarized below are recommended for further study, research, testing, intrusive survey or exploratory probing. Results of investigation may be used to develop a budget for remediation. The following additional investigations are recommended:

- Asbestos Survey.



### 1.4   SUMMARY OF DEVIATIONS FROM THE GUIDE

Deviations from the Guide present within this report are summarized in the following table:

| Summary of Deviations from The Guide | |
|---|---|
| Deviation | Description |
| Limited ADA Accessibility Assessment | The assessment of ADA needs is not required by the Guide but has been mutually agreed upon and included as part of this assessment. |

### 1.5   PSI / USER RELATIONSHIP DISCLOSURE

PSI is an independent contractor who has been engaged by the Client or User to conduct a Property Condition Assessment. The preparers of this report are not employees of, or subsidiaries of, the User

### 1.6   REVISION HISTORY

This report has been revised based on comments and additional information received from the Client.



## 2.0   USE AND QUALIFICATIONS

### 2.1   RELIANCE

This report was prepared pursuant to the contract PSI has with the Client, Lawrence Kadish Real Estate. That contractual relationship included an exchange of information about the property that was unique and between PSI and its client and serves as the basis upon which this report was prepared. Because of the importance of the communication between PSI and the Client, reliance or any use of this report by anyone other than the Client is prohibited and therefore not foreseeable to PSI.

Reliance or use by any such third-party without explicit authorization in the report does not make said third-party a third-party beneficiary to PSI's contract with the Client. Any such unauthorized reliance on or use of this report, including any of its information or conclusions, will be at the third-party's risk. For the same reasons, no warranties or representations, expressed or implied in this report, are made to any such third-party.

Third-party reliance letters may be issued on request and upon payment of the, then current fee for such letters. All third-parties relying on PSI's reports, by such reliance, agree to be bound by the proposal and PSI's General Conditions. No reliance by any party is permitted without such agreement, regardless of the content of the reliance letter itself.

### 2.2   USE BY OTHER PARTIES

There are no other third-party beneficiaries (intended or unintended) to this report, except as expressly stated herein.

Reliance or any use of this report by anyone other than those parties identified above, for which it was prepared, is prohibited and therefore not foreseeable to PSI. Reliance or use by any such third-party without explicit authorization in the report does not make said third-party a third-party beneficiary to PSI's contract with the Client.

Any unauthorized reliance on or use of this report, including any of the information or conclusions contained herein, will be at the third-party's risk. For the same reasons, no warranties or representations, expressed or implied in this report, are made to any such third-party.

### 2.3   STANDARD OF CARE AND WARRANTIES

PSI performed the Property Condition Assessment (PCA) using methods and procedures and practices conforming to ASTM E2018-15, "Standard Guide for Property Condition Assessments: Baseline Property Condition Assessment Process" (the "Guide"). The Guide describes these methodologies as representing good commercial practice for performing a PCA on a parcel of commercial real estate. Findings and conclusions derived from the methodologies described in the Guide contain all the limitations inherent in the methodologies that are referred to in ASTM E2018-15.

PSI warrants that the findings contained in this report have been prepared in general accordance with accepted professional practices at the time of report preparation as applied by similar professionals. Future changes in standards, practices, or regulations cannot be anticipated and have not been addressed.

The methodologies include reviewing information provided by other sources. PSI treats information obtained from the document reviews and interviews concerning the property as reliable and the Guide does not require



PSI to independently verify the information. Therefore, PSI cannot and does not warrant or guarantee that the information provided by these other sources is accurate or complete.

No other warranties are implied or expressed.

## 2.4   PSI / USER RELATIONSHIP DISCLOSURE

PSI is an independent contractor who has been engaged by the Client (or User) to conduct a Property Condition Assessment. The preparers of this report are not employees of, or subsidiaries of, the Client.

## 2.5   QUALIFICATIONS

Statement(s) of qualifications for the individual(s) performing this assessment are appended to this report.

Our services were not intended to be technically exhaustive. There is a possibility that even with proper application of methodologies, conditions may exist on the property that could not be identified within the scope of the assessment or that were not reasonably identifiable from the available information.

Our services and report are not an instrument of professional architectural or engineering service, and PSI did not develop architectural or engineering findings, conclusions or recommendations, nor did PSI verify designs or design capacities. PSI's observations, opinion, and recommendations may have been developed under time and budgetary constraints inherent to ASTM E2018-15. Our observations do not warrant or guarantee neither the performance of any building components or systems nor adequacy of design.

In accordance with ASTM E2018-15, PSI's report is based on a limited ground level (except where otherwise explicitly indicated) visual inspection of the property. PSI did not gain access to all areas, perform any exploratory probing or discovery, perform tests, operate any specific equipment or take measurements or samples. The PCA was not a building code, safety, regulatory or environmental compliance inspection.

No PCA can wholly eliminate uncertainty regarding repair and maintenance needs of the property. The PCA was intended to reduce, but not eliminate uncertainty regarding such needs.

PSI did not perform any assessment for the presence of visible mold.  The assessment did not investigate other biological contaminants in or around any structure, and our service was not designed or intended to prevent or lower the risk of the occurrence of the amplification of the same.  Client acknowledges that mold is ubiquitous to the environment with mold amplification occurring when building materials are impacted by moisture. Client further acknowledges that site conditions are outside of PSI's control, and that mold amplification will likely occur, or continue to occur, in the presence of moisture.  As such, PSI cannot and shall not be held responsible for the occurrence or recurrence of mold amplification.

The observations and recommendations presented in this report are time dependent, and conditions will change. This report speaks only as of its date.



PSI Project No.: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 6

## 3.0   CONTRACT AND PURPOSE OF SERVICES

### 3.1   CONTRACT

| Contract Summary | |
|---|---|
| Client Name | Lawrence Kadish Real Estate |
| Authorizing Person's Name | Mr. Charles Kadish |
| Authorizing Person's Title | Manager |
| Contract Identification | PSI Proposal No. 0443-270553, dated February 28, 2019 |
| Authorization Date | Signed proposal dated March 1, 2019 |

### 3.2   PURPOSE OF SERVICES

PSI understands that the Client's purpose for having the PCA performed is to conduct a baseline survey of the general physical condition of the improvements located on the subject property.



## 4.0    SCOPE, METHODOLOGY, RESOURCES, AND DEVIATIONS FROM THE GUIDE

### 4.1    SCOPE OF SERVICES

#### 4.1.1    PROPERTY CONDITION ASSESSMENT

PSI performed a Property Condition Assessment of the subject property that conforms to the scope and limitations of ASTM E2018-15 "Standard Guide for Property Condition Assessments: Baseline Property Condition Assessment Process" (the Guide).

#### 4.1.2    NON-ASTM SCOPE CONSIDERATIONS

Under the same limitations and qualifications as the ASTM E 2018-15 scope, PSI performed tasks that are beyond the consideration of ASTM E 2018-15. They are summarized below:

- Limited ADA Accessibility Assessment

### 4.2    METHODOLOGY

#### 4.2.1    PROPERTY CONDITION ASSESSMENT

The Property Condition Assessment includes:

- Documentation Review and Interviews
- Walk-Through Survey
- Preparation of Opinions to Remedy Physical Deficiencies
- Preparation of a Property Condition Report

#### 4.2.2    DOCUMENTATION REVIEW AND INTERVIEWS

The purpose of the document review and interviews was to augment the walk-through survey and to assist understanding of the subject property and identification of physical deficiencies. Records or documents that are readily available and reasonable ascertainable may be reviewed in completion of the assessment.

PSI reviewed pertinent portions of practically reviewable documents. In addition, the PCA normally includes interviews with persons knowledgeable about the site. Sources of information that PSI reviews are listed in subsequent sections of this report.

#### 4.2.3    WALK-THROUGH SURVEY

The purpose of the walk-through survey was to visually observe the subject property to obtain information on material systems and components.

PSI employees, Mr. Greg Kinton, AIA (VA), Mr. Billy Word and Mr. Brad Pranke, performed a walk-through survey on March 7, 2019. Our observers were not escorted during the site visit.

The walk-through survey consisted of observing obvious, easily visible items from the periphery of the property and from accessible adjacent public thoroughfares, as well as representative portions of the property's interior and building systems. These items were conspicuous and patent, and may be observed without intrusion, removal of materials, exploratory probing, use of special protective clothing, or use of special equipment.



### 4.2.4    PREPARATION OF OPINIONS TO REMEDY PHYSICAL DEFICIENCIES

Based upon the walk-through survey and information obtained in accordance with the Guide, general-scope opinions have been prepared for the suggested remedy of the material physical deficiencies observed. These opinions are intended to assist the User in developing a general understanding of the physical condition of the property.

**Estimation of Physical Condition**

PSI used its experience and judgment to evaluate items observed and to assign a condition assessment to them. The condition descriptions used in this report are defined in the Guide and described below.

- Good: In working condition and does not require immediate or short-term repairs.
- Fair: In working condition but may require immediate or short-term repairs.
- Poor: Not in working condition or requires immediate or short-term repairs.

It should be noted that a condition term applied overall to a system does not preclude that a part, section, or component of the system may differ in condition. The items will also be affected by circumstances that occur after the date of the walk-through survey.

**Estimation of Age**

PSI used information gathered about the property to estimate the Expected Useful Life (EUL) and Remaining Useful Life (RUL) of items observed. The use of these terms in this report is defined in the Guide and described below:

- Expected Useful Life (EUL): the average amount of time, in years, that an item, component or system is estimated to function without material repair when installed new and assuming routine maintenance is practiced.
- Remaining Useful Life (RUL):  a subjective estimate based upon observations, or average estimates of similar items, components, or systems, or a combination thereof, of the number of remaining years that an item, component, or system is estimated to be able to function in accordance with its intended purpose before warranting replacement. Such period of time is affected by the initial quality of an item, component, or system, the quality of the initial installation, the quality and amount of preventative maintenance exercised, climatic conditions, extent of use, etc.

**Estimation of Quantities**

PSI used the information gathered to estimate quantities of items or materials exhibiting similar conditions or characteristics. These estimates are not exact and were used to understand the magnitude of the representative conditions.

**Categorization of Recommended Remedies**

PSI used information and the estimated age to develop a list of recommended remedies ("Needs") for the property. Needs are divided into two distinct categories:

- Immediate Needs: Items that require immediate action because of any of the following: (1) material existing or potentially unsafe conditions, (2) material building or fire code violations, or (3) physical deficiencies that if left uncorrected would be expected to result in or contribute to critical element or



system failure within one year or will result most probably in a significant escalation of its remedial cost. Items deemed as an Immediate Need should receive immediate, prioritized remedial action.

- Short-Term Needs: Items exhibiting physical deficiencies, such as deferred maintenance, that may not warrant immediate attention, but require repairs or replacements that should be undertaken on a priority basis in addition to routine preventative maintenance.

**Additional Study**

PSI recognizes that for some physical deficiencies, determining the appropriate suggested remedy or scope may warrant further study/research or design, testing, exploratory probing, and exploration of various repair schemes, or a combination thereof, all of which are outside the scope of this assessment.

### 4.2.5    PREPARATION OF A PROPERTY CONDITION REPORT

PSI prepared a Property Condition Report (PCR) of the subject property that conforms to the scope and limitations of ASTM E2018-15.

The PCR incorporates *(1)* information obtained during documentation review and interview, and *(2)* observations and findings obtained during the walk-through survey.

### 4.3    RESOURCES

Information sources are listed or referenced in subsequent sections of the report. Our interpretation of that information is discussed in the appropriate sections of this report. Selected excerpts of the information obtained are appended.

### 4.3.1    PROVIDED INFORMATION

PSI requested that the property ownership/management provide information regarding the property. Information reported to PSI or obtained through our walk-through survey is incorporated into and discussed in appropriate sections of the report.

| Provided Information Summary | | | |
|---|---|---|---|
| | Provided/Sent to PSI | | |
| | | Obtained during Walk-Through Survey | |
| **Resource** | | | Comments |
| Pre-Survey Questionnaire | ☐ | ☐ | Not Provided |
| Appraisal | ☐ | ☐ | Not Provided |
| Certificate of Occupancy | ☐ | ☐ | Not Provided |
| Safety Inspection Records | ☐ | ☐ | Not Provided |
| Warranty Information (roofs, boilers, chillers, cooling towers, etc.) | ☐ | ☐ | Not Provided |



| Provided Information Summary | | | |
|---|---|---|---|
| | **Provided/Sent to PSI** | | |
| | | **Obtained during Walk-Through Survey** | |
| **Resource** | | | Comments |
| Records indicating age of major building systems (roofing, paving, plumbing, HVAC, electrical, etc.) | ☐ | ☐ | Not Provided |
| Historical costs for repairs, improvements, recurring replacements, etc. | ☐ | ☐ | Not Provided |
| Pending proposals or executed contracts for repairs or improvements | ☐ | ☐ | Not provided |
| Descriptions of future improvements planned | ☐ | ☐ | Not provided |
| Outstanding citations for building, fire and zoning code violations. | ☒ | ☐ | PSI requested information regarding building and fire code violations from local government agencies. To date, PSI has not received responses from these agencies. PSI will forward the information upon receipt. |
| Prior ADA Surveys and status of any ADA related improvements | ☐ | ☐ | Not provided |
| Previously prepared PCRs or studies pertaining to any aspect of the property's physical condition | ☐ | ☐ | Not provided |
| Records indicating building occupancy percentage | ☐ | ☐ | Not Provided |
| Rent roll information | ☐ | ☐ | Not Provided |
| Marketing and/or leasing literature | ☐ | ☐ | Not provided |
| Drawings and specifications (as built or construction) | ☐ | ☐ | Not provided |

### 4.3.2  PRIOR REPORTS OR INFORMATION

PSI was provided with or obtained the following prior reports or information on the subject property:

- None

### 4.3.3  INTERVIEWS

PSI attempted to interview the following parties during this assessment:

| Interviews Summary | | |
|---|---|---|
| **Name** | **Title/Function** | **Affiliation** |
| Mr. Charles Kadish | Manager / Owner Representative | Charles Kadish Real Estate |
| Staff | Building Department | York County, VA |

PSI requested information regarding fire and building code information from local government agencies. Information reported to PSI or obtained through our interviews is incorporated into and discussed in appropriate sections of the report.



### 4.3.4    OTHER RESOURCES

Other resources and information accessed for purposes of this site assessment are discussed in corresponding sections of the report. Published sources used to complete this PCA but not previously listed are cited at the point they are referenced.

### 4.4    ACTIVITY EXCLUSIONS

ASTM E2018-15 sets forth limitations in the assessment process. A list of items that are expressly excluded from this assessment are summarized below.

- Identifying Capital Improvements intended to upgrade the property
- Items beyond the limit of the term
- Opening/moving panels, probing, sampling or intrusive investigation
- Determining pressure or flow rate, pipe sizes or point of discharge for underground drains
- Determining NFPA hazards or fire ratings
- Preparing Engineering calculations
- Taking measurements
- Presence or absence of pests, rodents and insects
- Subterranean conditions
- Entering areas that pose a threat to health and safety
- Performing physical assessments that may damage the building
- Providing opinion on the working order of systems or components that are abandoned or shut down. Physical condition is still required.
- Sound transmission
- Flammability
- Security
- Items that are operated by timers or are operated manually by operation staff or service companies, including irrigation sprinklers and lighting
- Environmental
- Items requiring specialized knowledge (flues, chimneys, boiler stacks, electromagnetic fields, elevator and escalator cables, sheaves, tenant owned or maintained equipment)
- Process related equipment or entering plenums or confined spaces, testing of equipment or air flow
- Observation of insides of flues, chimneys, or boiler stacks, tenant owned or maintained equipment, entering or confined space areas.

### 4.5    DEVIATIONS FROM THE GUIDE

Deviations from the Guide are summarized as follows:

- Limited ADA Accessibility Assessment: A limited, visual, basic accessibility survey of the "common areas" of the property was performed and the "Uniform Abbreviated Screening Checklist for the 2010 Americans with Disability Act" was completed.

### 4.6    LIMITATIONS

Limitations are summarized as follows:



- Access Limitations:
    - Small shop tenant interiors were not accessed.
    - Garden center roof.
- Physical Obstructions to Observations:
    - Portions of the building were not fully observable due to interior and exterior finishes and claddings, such as acoustical ceiling tiles or gypsum wall board, limiting observations of the floor/roof deck and walls.
    - Isolated interior areas were obstructed by stored materials and equipment.
    - Observations of exterior walls were made from the ground level adjacent to the building.
    - Portions of the parking areas were not fully observable due to the presence of parked vehicles.
- Outstanding Information Requests:
    - Not all documents or information requested from the Client were provided for review.
    - PSI requested information regarding fire and building code violations from local government agencies. To date, PSI has not received responses from these agencies. PSI will forward pertinent information upon receipt.

## 4.7    SIGNIFICANT ASSUMPTIONS

PSI made the following assumptions in developing our findings and conclusions:

- Extrapolation: PSI extrapolated observations and findings made to all typical areas or systems of the subject property for the purposes of describing such condition within the report and suggested remedies.
- Regulatory Information: PSI considers all other information obtained from regulatory or enforcement agencies, such as building departments, to be complete, accurate and current.
- Document Review and Interviews: PSI considers all information provided through document review and interviews to be complete and unbiased.



## 5.0    WALK-THROUGH SURVEY NARRATIVE

The subject property contains as the major former tenant Kmart along with additional strip center retail shops located at 118-124 Waller Mill Road in Williamsburg, York County, Virginia. The subject buildings are generally configured in an L-shaped, single-story, multi-tenant (Kmart is was the primary anchor tenant) shopping center. The subject buildings in the center have an area totaling a reported 165,181 square feet (SF). The shopping center contains two buildings along the west and north sides of the site while parking and a vacant outparcel pad make up the remaining south and east portions of the site. The subject buildings have exterior entrances at the ground floor on the east and south elevations. There is a covered loading dock along the west elevation serving the former Kmart tenant space. Surface level parking is located to the south and southeast of the subject building. The subject property is an irregular-shaped single parcel totaling a reported 16.51 acres and includes the subject buildings, the surface level parking and access drives to the east, south, and southwest of the subject buildings, plus a partially landscaped and thick vegetative growth area along the northwest corner of the site. Access to the site is from Waller Mill Road to the east providing two uncontrolled entries into the center and Mooretown Road to the south providing three uncontrolled entries into the center.

### 5.1    SITE

### 5.1.1    TOPOGRAPHY

The subject property is generally at grade flat with engineered slopes throughout the parking field making up the majority of the overall property.

**Observations/Comments:**

The topography of the subject property appears to be in generally good condition. The subject property appeared to be generally well draining and no issues regarding the existing topography were observed or reported.

### 5.1.2    STORM WATER DRAINAGE

The pavement areas, walkways, and landscaped areas drain via sheet flow away from the subject building to drop inlets. The drop inlets are connected directly to the municipal storm water sewer system. The low-sloped roofs drain to interior drains. The sloped shingled walkway canopies have internal drains which discharge to adjacent grades.

**Observations/Comments:**

The storm water drainage of the subject property appears to be in generally good condition. The subject property generally appears to be well-draining and functioning properly with no evidence of major ponding. The southern most parking spaces adjoining Mooretown Road was observed with ponded water and likely has a clogged drop inlet drain in this location. This area was also noted on aerial photography from 2018.

### 5.1.3    INGRESS AND EGRESS

Vehicular access to the subject property is provided via from Waller Mill Road to the east providing two uncontrolled entries into the center and Mooretown Road to the south providing three uncontrolled entries into the center. An entry drive not a part of the subject parcel connects the shopping center with Bypass Road, (US Rt. 60) to the south of the subject property.



**Observations/Comments:**

The ingress/egress of the subject property appears to be in generally good condition. There were no reported issues pertaining to ingress/egress for the subject property.

### 5.1.4   PAVING, CURBING, AND PARKING

The surface-level parking areas and drive lanes around the subject building are constructed of asphalt pavement. The asphalt pavement areas total approximately 355,000 SF or 40,000 square yards (SY). Concrete pavement is located at the loading dock. The concrete pavement area totals approximately 1500 SF or 165 SY.

Concrete curb and gutter are located around the perimeter of the pavement areas and parking islands.

There are a reported 656 surface-level parking spaces at the subject site. These include 16 parking spaces designated as handicap accessible spaces; however, none of these are designated as "Van Accessible."

The parking and drive areas are illuminated by building- and pole-mounted high intensity (HID) lighting.

**Observations/Comments:**

The asphalt pavement appeared to be in generally fair condition. The striping appears faded. It is unknown when the most recent seal coat and striping took place.  The condition appeared to be normal wear and no deficiencies were observed or reported during our site visit.

The concrete pavement appeared to be in generally fair condition. No issues regarding the concrete pavement were observed or reported.

The concrete curb and gutter also appear to be in good condition. No deficiencies were observed or reported during our site visit.

Parking generally appears adequate for the constructed use of the subject property. As stated previously, the sealcoat and striping are generally in fair condition and no issues were observed or reported. PSI recommends sealcoating and restriping the parking lot as a short-term need. Accessible parking will be addressed in Section 6.1 of this report.

### 5.1.5   FLATWORK

Flatwork is limited to exposed aggerate concrete sidewalks along the front and sides of the subject buildings (a total of approximately 11,600 SF). The walkways provide access to the building entrances from the nearby pavement areas. Additionally, the Kmart garden center has a concrete slab with a total of approximately 8,655 SF.



PSI Project No.: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 15

**Observations/Comments:**

The concrete sidewalks and garden center concrete floor are generally in good condition. No issues regarding the concrete flatwork were observed or reported.

### 5.1.6    LANDSCAPING AND APPURTENANCES

Landscaping is generally located around the perimeter of the subject buildings and in parking lot islands. Landscaping generally consists of turf grass, flowers, trees and shrubs that are either native or well-adapted to local growing conditions. Pavement, flatwork, and the subject building generally cover the remaining land on the subject property. Landscaping does not appear to include an automated irrigation system.

Signs above the south and east entrances identify the names of the shopping center tenants.

Dumpsters are located along the rear (generally northern) drive lanes and are situated directly on the asphalt paving.

**Observations/Comments:**

The landscaping of the subject property appears to be in generally good condition.

The signage appears to be in generally good condition and is visible from the parking and nearby Waller Mill and Mooretown Roads; however, the signage is not visible from US Rt. 60 which is the main thoroughfare commanding the majority of the vehicular traffic. There is a large pylon sign for the shopping center adjacent to the southern driveway at US Rt. 60. The former Kmart sign along the east elevation and on the pylon sign remain. Removal of the signage is recommended as a short-term need.

Dumpsters are situated directly on the asphalt paving adjacent to areas designated with concrete pads. However, there appears to be more dumpsters on site than spaces for the dumpsters to fit within. The paving areas around the many dumpsters do not appear to be suffering from dumpster truck abuse.

### 5.1.7    RECREATIONAL FACILITIES

There were no recreational facilities observed at the subject property.

### 5.1.8    SPECIAL UTILITY SYSTEMS

There were no special utility systems observed at the subject property.

### 5.2    STRUCTURAL FRAME AND BUILDING ENVELOPE

The building foundations were not directly observed and are a concealed condition. Based on experience with similar types of structures, the building appears to be supported by shallow concrete spread footings at perimeter wall and interior column locations. Lower level walls include reinforced concrete foundation walls. Floor construction at the lowest level consists of smooth-finished reinforced concrete slab-on-grade. Construction drawings were not provided for review.



PSI Project No.: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 16

Based on limited observations, the building structure generally consists of conventional steel columns and beams supporting open web metal bar joists supporting a metal roof decking. Build-out areas within the subject buildings are generally of conventional metal stud frame and gypsum wallboard construction.

The exterior walls of the subject buildings generally consist of brick veneer and along the rear painted concrete masonry units (CMU).

In the Kmart space, a wood and steel-framed storage mezzanine was observed in a portion of the rear stock area. Access is provided by two wood staircases at opposite ends of the mezzanine.

The entrance doors and windows at the Kmart building are conventional metal storefront assemblies while the remaining tenant spaces have painted wood framed windows and doors. Interior doors generally consist of steel-framed wood or hollow-metal doors. Insulated hollow-core metal egress doors with metal frames are located at the service entrances. The covered loading dock on the east elevation of the subject building includes large metal overhead sectional doors (electronically-powered) and roll-up doors.

**Observations/Comments:**

Components relying on the substructure for support were observed to be in generally good condition and did not appear to be exhibiting signs of structural failure from defective subsurface conditions. The concrete slab-on-grade for the subject buildings also appeared to be in generally good condition.

The structural systems for the subject building appear to be in generally good condition and free of readily visual signs of deficiency. No issues regarding the building structure were observed or reported.

The exterior walls appear to be in generally fair condition. Isolated cracks in the masonry veneer were noted at two locations on the canopy area of the west building section. Masonry should be repaired to address cracks and remove/replace any loose components immediately. Masonry can last the life of the building with continued repointing, when needed. Vertical control joints are located approximately every twenty-five feet. The sealant appears to be in fair condition. Replacement of sealant joints at this time is not recommended.

The Kmart storage mezzanine was likely an addition by the former tenant and may restrict the full use of the space upon releasing. Removal of the mezzanine may be needed depending on future use. However, the access to the roof is from this raised area.

The exterior metal doors and windows of the Kmart space generally appear to be in good condition. The wood framing of the shop windows and doors are exhibiting rot and are recommended for replacement.

## 5.3   ROOFING SYSTEMS

The existing roofing on the Kmart store consists of a 'Single Source' EPDM roof system mechanically fastened using a non-penetrating 'Saturn' type system. The roofing system is approximately 14 years old according to a roofing system letter posted on the roof access hatch. The roof drains via sheet flow to gutters mounted on the rear of the building which discharge via downspouts to grade. Flashings include metal coping on parapet walls and EPDM flashings at roof penetrations. The roofing membrane is turned down over rear edge of roof into gutter and secured in place using termination bar.



PSI Project No.: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 17

A portion of the Kmart roof consists of a ballasted EPDM roof system. The roofing membrane is approximately 20 years old according to a date stamp observed on the EPDM membrane. Concrete pavers are used to provide walking surface between roof top HVAC units. A raised gravel bar is installed along the gutter edge.

The roof area at the north end of the Kmart over the Peking Restaurant consists of an EPDM Saturn Type roof system. The are many roof penetrations throughout the roof area and include HVAC, kitchen ventilation, condensing units and plumbing vents. EPDM walk pads encircle the HVAC units and grease trap enclosures are installed at the kitchen exhaust fans.

The separated portion of the center also consists of a Saturn Type Roof system. Many of the Saturn securement buttons were observed to be missing and numerous tears in the roofing membrane were observed. Flashings consisted of metal coping on the parapet walls and roofing secured into gutter using termination bar.

The front elevation of the center includes asphalt shingle covering the mansards over the walkways. There is a combination of externally mounted gutters and downspouts and internal gutter troughs utilized for drainage along the front elevations. Outlets within the troughs discharge water via downspouts discharging at grade.

**Observations/Comments:**

The roof systems and their conditions are as follows:

| Roof Summary | | | | |
|---|---|---|---|---|
| General Location | Roof System | Approx Area        (sf) | Condition | Installed/Warranty |
| Kmart Main Roof | Saturn EPDM | 82,365 | Poor | 2005 |
| Kmart Garden area | Saturn EPDM | 2,235 | Poor | Unknown |
| Kmart North Roof | Ballasted EPDM | 22,230 | Poor | 1999 |
| Kmart Loading Dock | Saturn EPDM | 622 | Poor | Unknown |
| Peking Restaraunt | Saturn EPDM | 11,700 | Poor | Unknown |
| Northeast Parcel | Saturn EPDM | 26,065 | Poor | Unknown |
| Kmart Bldg. Mansard | Shingles | 5,500 | Fair | Unknown |
| NE Parcel Mansard | Shingles | 3,250 | Fair | Unknown |

The Saturn type EPDM roofing over the Kmart appears to be in overall fair to poor condition. There were several of the Saturn type buttons securing the EPDM in place were observed to be missing and large repair areas to the EPDM were observed on the front roof area at the outdoor lawn and garden area. The Ballasted EPDM roof section is in poor condition. The stone ballast is displaced in numerous areas and previous repair areas were observed. PSI recommends replacement of this roof area.

The EPDM roofing over the Peking Restaurant is in overall fair to poor condition. The grease trap enclosures are in need of servicing. PSI recommends replacement of this roof area.

The roofing at the northeast section of the center is in overall poor condition. Numerous Saturn buttons were observed to be missing and several tears and failed flashings were observed. There were reportedly numerous leaks associated with this roof section. PSI recommends replacement of this roof area.



The shingle mansards appear to be in overall fair condition. There were several areas of metal flashings dislodged or missing along the front elevation of the Kmart store and the adjacent tenant shop.

The front elevation gutter trough of the northeast section of the center was observed to be clogged and water had filled the trough. PSI removed debris clogging the downspout allowing the trough to drain. There is a section of gutter missing on the northwest end of the northeast section of the center. PSI recommends repairs to the gutter system along the entry canopies.

## 5.4    PLUMBING SYSTEMS

It appears that typical supply piping for domestic water is copper. Water and associated water pressure are provided by the local municipality. Sanitary lines and ventilation conduits are cast iron and are routed to the main sewer line for the subject property. Sub-grade sanitary lines were not directly observed but are believed to also be cast iron. The plumbing fixtures for restroom areas are of typical commercial grade vitreous china with associated hardware. The hardware is metal.

Domestic hot water is provided by a Bradford-White, 30-gallon, natural gas-fired water heater replaced in 2014 for the Kmart building. The water heaters for the individual tenants were not observed.

**Observations/Comments:**

While the majority of the plumbing lines could not be readily observed, no physical material deficiencies were observed or reported, and the components are believed to be in good condition. Replacement of the plumbing systems is not anticipated during the term.

The water heater for the Kmart appears to be in good condition. With an EUL of 15 years, replacement of the hot water heater is not anticipated in the near future.

## 5.5    HEATING AND AIR CONDITIONING

Fourteen AAON rooftop, gas-fired package HVAC units (Circa 2002) were observed serving the Kmart space supplying heated and cooled air distributed through ductwork located above ceilings. On the remaining roof areas approximately 21 additional gas-fired package HVAC units manufactured by Carrier, Russell, Rudd and Armstrong of varying ages were observed providing conditioned air to the small shop tenant spaces.

**Observations/Comments:**

The RTUs on the Kmart space have exceeded their EUL of 15-years and are recommended for replacement. The majority of the RTUs for the remainder of the small tenant shops have also exceeded their EUL and are also recommended for replacement. Only a few select units have recently been replaced totaling approximately 25-tons (cooling) capacity. Due to their age, the air-handlers have exceeded their useful life and replacement is anticipated.

## 5.6    ELECTRICAL SYSTEMS

The local utility provides the electrical service for the subject building. The electricity is fed from a pad-mounted transformers along the rear of the buildings. The Kmart tenant space portion of the building is provided 1200-amp, 480Y/277-volt, three-phase, four-wire electrical service. The two additional services for the tenant spaces



are mounted on the rears of the buildings; however, the manufacturer's tags were illegible.   The wiring is reportedly copper.

Site lighting consists of pole-mounted HID fixtures. Interior lighting is by fluorescent lighting fixtures.

**Observations/Comments:**

The electrical systems appear to be adequate for the type of building and current function. Electrical systems have an EUL of 50+ years. Site lighting appears to be in good condition and reported to be functional; however, it was not observed during nighttime conditions.

**5.7    VERTICAL TRANSPORTATION SYSTEMS**

N/A – None observed on property.

**5.8    LIFE SAFETY / FIRE SUPPRESSION SYSTEMS**

Lighted exit signs mark the emergency exits.  Emergency lighting, smoke detectors, and visual and audio alarms are located throughout the subject buildings. Life safety systems are hard wired with battery back-up. The Kmart tenant section of the building has an Autocall fire alarm panel.

The subject building is equipped with a wet-type fire suppression system. Water and water pressure for the fire suppression systems is supplied by the municipality. Fire hydrants are generally located around the building and along nearby roadways. Fire extinguishers are mounted throughout the subject building.

**Observations/Comments:**

The life safety systems appear to be in generally fair to good condition. A response from the fire department was not received in time for this report. The fire alarm panel appears to be older. With an EUL of 15 years, replacement of the fire alarm panel is expected.

The fire suppression systems appear to be in fair to good condition. Inspection tags were observed on the fire sprinkler systems (Fire Defense of Virginia, December 2018).  No problems with the fire suppression systems were reported or observed during our walk-through.

**5.9    INTERIOR ELEMENTS**

The building interior finishes at the Kmart retail space (roughly 70% of the total SF) include painted and papered gypsum wallboard, acoustical ceiling tiles with fluorescent lighting.  Floor finishes vary from vinyl composition tile, sealed concrete, sheet vinyl and ceramic tile. Store rooms and mechanical rooms are typically partially finished or are unfinished, exposed structure.

The other retail spaces housed a variety of tenants with various interior finishes. Finishes typically included painted gypsum wallboard, suspended acoustical ceiling tiles, and vinyl tile flooring.

**Observations/Comments:**

The interior finishes appear to be in fair condition. Floor tiles in the sales and office areas appear to be intact. Ceiling tiles are generally in good condition with only a minor amount with staining. Walls are generally in fair



condition. The Kmart store still has the display fixtures throughout the retail sales area. Additionally, the enclosed garden center outdoor sales area also had fixtures and pallets stored within the enclosed area. The removal of the fixtures will be required.

PSI did not enter the operating small shop tenant spaces and could not access the closed tenant spaces as access was not provided. It was reported that ongoing water infiltration from the roof had damaged interior finishes in some of these spaces, and that there was suspected mold growth. We recommend funds be allocated for remediation of damaged interior finishes, abatement of any apparent microbiological/mold growth, and testing to confirm mold has been addressed. Interior repair work should not proceed until leaks have been addressed.

The interior finishes, roofing materials as well as some of the insulation materials for the mechanical systems, may include asbestos-containing material (ACM) and the only way to determine asbestos content is via testing (not performed by PSI as part of this assessment). During renovation of a building, the EPA requires that any suspect asbestos-containing material (ACM) be sampled under the National Emission Standards for Hazardous Air Pollutants (NESHAP) and Asbestos Hazard Emergency Response Act (AHERA) regulations. There usually is a surcharge applied to the removal and handling of ACM and therefore this potential cost item should be considered. An asbestos survey is recommended as an immediate need.



## 6.0    NON-ASTM SCOPE CONSIDERATIONS

### 6.1    LIMITED VISUAL ADA ACCESSIBILITY ASSESSMENT

A limited, visual, basic accessibility survey and assessment of the "common areas" of the building was performed and the ASTM 2018-15 designated "Uniform Abbreviated Screening Checklist for the 2010 Americans with Disability Act" was completed. The completed checklist is attached to this report in Exhibit C.

No measurements of any type were taken. A comprehensive ADA survey was not performed. Any observed items of non-conformance were noted without regard as to whether they were "readily achievable". Factors to be considered in determining whether an action is readily achievable include the nature and cost of the action, the number of employees at the subject property and the financial resources of ownership and tenants. The decision as to which actions are readily achievable is recommended to be determined by the building owner in consultation with its accountants, attorneys and design/construction professionals. PSI recommends a comprehensive ADA survey, which will include measurements, if more detailed or additional information or opinions are required. This portion is not to be considered a complete ADA assessment.

**Observations/Comments:**

The subject property has a total of 656 surface-level parking spaces. These include 16 that are handicap accessible; although none of these appear to meet "Van Accessible" guidelines. Based on the amount of parking, the subject property should have a minimum of 14 accessible parking spaces, of which three should meet "Van Accessible" guidelines. Reconfiguring three of the parking spaces into an accessible parking space meeting "Van Accessible" guidelines is recommended as an immediate need.  Additionally, all of the current signs are not mounted at the correct height and should be adjusted. Installation of proper signage is recommended as an immediate need. Striped access aisles and accessible routes to the front sidewalks should be installed to/from all accessible parking spaces. Where the striped accessible routes meet the raised sidewalks, curb ramps may be required.

The building entrances and the sidewalks leading to them are generally wide enough to accommodate access. Lobbies and corridors generally appear to be ADA accessible. The restrooms in the Kmart generally appear to meet ADA guidelines.

Additional information regarding ADA requirements and compliance as well as the most recent ADA guidelines can be found at www.ada.gov.



Project Number: 0417.1180.01
Former Carson's Store, Merrillville, Indiana
October 18, 2018

## EXHIBIT A:

## REPRESENTATIVE PHOTOGRAPHS



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 1



**Photo 1:**    Partial main Kmart elevation.



**Photo 2:**    Overview of the typical small shop tenant covered entries.





**Photo 3:**    View of the outdoor area of the Kmart garden center.



**Photo 4:**    Partial rear view of Kmart building.





**Photo 5:**    Overview of rear of buildings/drive.



**Photo 6:**    Example of cracking in masonry veneer (photo provided by Client).





**Photo 7:**    Typical wood windows and doorways at tenant small shop spaces.



**Photo 8:**    Typically observed deteriorated wood window trim.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 5



**Photo 9:**    Loading dock at the Kmart.



**Photo 10:**    Overview of Kmart roof.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 6



**Photo 11:**   Overview of Kmart roof.



**Photo 12:**   Displaced ballast along portion of Kmart roof.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 7



**Photo 13:**    Gutter along Kmart roof.



**Photo 14:**    Asphalt shingle roof at entry canopies. Note clogged gutter.





**Photo 15:**   Overview of small shops roof.



**Photo 16:**   Overview of small shops roof.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 9



**Photo 17:**   Representative Kmart RTUs.



**Photo 18:**   Representative RTUs for small shop tenants.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 10



**Photo 19:**    Representative Kmart sales floor finishes.



**Photo 20:**    Representative Kmart sales floor ceiling finishes.





**Photo 21:**   Representative Kmart restroom finishes.



**Photo 22:**   Kmart pharmacy area.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 12



**Photo 23:** View of the wood framed mezzanine storage level in the Kmart area.



**Photo 24:** Main Kmart electrical room.



Project Number: 0443-1046
Kmart Shopping Center – Williamsburg, VA
April 24, 2019
Page 13



**Photo 25:**   Fire riser assembly and alarm control panel in the Kmart space.



**Photo 26:**   Small shop space tenant electrical meters and service disconnect.





**Photo 27:**   Hot water heater in Kmart space.



**Photo 28:**   Example of staining, damage, and possible mold growth on interior finishes (photo provided by Client).



Project Number: 0417.1180.01
Former Carson's Store, Merrillville, Indiana
October 18, 2018

## EXHIBIT B:

## ADA CHECKLIST

E2018 – 15

## Uniform Abbreviated Screening Checklist for the 2010 Americans with Disabilities Act

| | |
|---|---|
| **Property Name:** Kmart Shopping Center | **Assessor:** Greg Kinton, AIA (VA) |
| **Property Location (City, State):** Williamsburg, Virginia | **Assessment Date:** March 7, 2019 |
| | **PSI Project No.:** 0443-1046 |

| | Item | Yes | No | N/A | Comments |
|---|---|---|---|---|---|
| **A.** | **History** | | | | |
| 1. | Has an ADA survey previously been completed for this property? | | | X | None reported. |
| 2. | Have any ADA improvements been made to the property since original construction? | | | X | None reported. |
| 3. | Has building ownership/management reported any ADA complaints or litigation? | | | X | None reported. |
| **B.** | **Parking** | | | | |
| 1. | Does the required number of standard ADA-designated spaces appear to be provided? | X | | | Yes, 16 provided. |
| 2. | Does the required number of van-accessible designated spaces appear to be provided? | | X | | 0 provided, 3 needed. |
| 3. | Are accessible spaces part of the shortest accessible route to an accessible building entrance? | X | | | |
| 4. | Is a sign with the International Symbol of Accessibility at the head of each space? | X | | | |
| 5. | Does each accessible space have an adjacent access aisle? | X | | | |
| 6. | Do parking spaces and access aisles appear to be relatively level and without obstruction? | X | | | |
| **C.** | **Exterior Accessible Route** | | | | |
| 1. | Is an accessible route present from public transportation stops and municipal sidewalks on the property? | | X | | |
| 2. | Are curb cut ramps present at transitions through curbs on an accessible route? | X | | | |
| 3. | Do the curb cut ramps appear to have the proper slope for all components? | X | | | |
| 4. | Do ramps on an accessible route appear to have a compliant slope? | X | | | |
| 5. | Do ramps on an accessible route appear to have a compliant length and width? | X | | | |
| 6. | Do ramps on an accessible route appear to have compliant end and intermediate landings? | X | | | |
| 7. | Do ramps on an accessible route appear to have compliant handrails? | | | X | |
| **D.** | **Building Entrances** | | | | |
| 1. | Do a sufficient number of accessible entrances appear to be provided? | X | | | |
| 2. | If the main entrance is not accessible, is an alternate accessible entrance provided? | | | X | |
| 3. | Is signage provided indicating the location of alternate accessible entrances? | | | X | |
| 4. | Do doors at accessible entrances appear to have compliant clear floor area on each side? | | | X | Not required, automatic doors. |
| 5. | Do doors at accessible entrances appear to have compliant hardware? | | | X | Not required, automatic doors. |
| 6. | Do doors at accessible entrances appear to have a compliant clear opening width? | | | X | Not required, automatic doors. |
| 7. | Do pairs of accessible entrance doors in series appear to have the minimum clear space between them? | | | X | Not required, automatic doors. |
| 8. | Do thresholds at accessible entrances appear to have a compliant height? | X | | | |
| **E.** | **Interior Accessible Routes and Amenities** | | | | |
| 1. | Does an accessible route appear to connect with all public areas inside the building? | X | | | |
| 2. | Do accessible routes appear free of obstructions and/or protruding objects? | X | | | |
| 3. | Do ramps on accessible routes appear to have a compliant slope? | | | X | |
| 4. | Do ramps on accessible routes appear to have a compliant length and width? | | | X | |
| 5. | Do ramps on accessible routes appear to have compliant end and intermediate landings? | | | X | |
| 6. | Do ramps on accessible routes appear to have compliant handrails? | | | X | |
| 7. | Are adjoining public areas and areas of egress identified with accessible signage? | | | X | |
| 8. | Do public transaction areas have an accessible, lowered counter section? | | | X | |
| 9. | Do public telephones appear mounted with an accessible height and location? | | | X | |
| 10. | Are publicly-accessible swimming pools equipped with an entrance lift? | | | X | |
| **F.** | **Interior Doors** | | | | |
| 1. | Do doors at interior accessible routes appear to have compliant clear floor area on each side? | X | | | |
| 2. | Do doors at interior accessible routes appear to have compliant hardware? | X | | | |
| 3. | Do doors at interior accessible routes appear to have compliant opening force? | X | | | |
| 4. | Do doors at interior accessible routes appear to have a compliant clear opening width? | X | | | |
| **G.** | **Elevators** | | | | |
| 1. | Are hallway call buttons configured with the "UP" button above the "DOWN" button? | | | X | |
| 2. | Is accessible floor identification signage present on the hoistway sidewalls? | | | X | |
| 3. | Do the elevators have audible and visual arrival indicators at the entrances? | | | X | |
| 4. | Do the elevator hoistway and car interior appear to have a minimum compliant clear floor area? | | | X | |
| 5. | Do the elevator car doors have automatic re-opening devices to prevent closure on obstructions? | | | X | |
| 6. | Do elevator car control buttons appear to be mounted at a compliant height? | | | X | |
| 7. | Are tactile and Braille characters mounted to the left of each elevator car control button? | | | X | |
| 8. | Are audible and visual floor position indicators provided in the elevator car? | | | X | |
| 9. | Is the emergency call system at the base of the control panel and not require voice communication? | | | X | |
| **H.** | **Toilet Rooms** | | | | |
| 1. | Do publicly-accessible toilet rooms appear to have a minimum compliant floor area? | X | | | |
| 2. | Does the lavatory appear to be mounted at a compliant height and with compliant knee area? | X | | | |
| 3. | Does the lavatory faucet have compliant handles? | X | | | |
| 4. | Is the plumbing piping under lavatories configured to protect against contact? | X | | | |
| 5. | Are grab bars provided at compliant locations around the toilet? | X | | | |
| 6. | Do toilet stall doors appear to provide the minimum compliant clear width? | X | | | |
| 7. | Do toilet stalls appear to provide the minimum compliant clear floor area? | X | | | |
| 8. | Do urinals appear to be mounted at a compliant height and with compliant approach width? | X | | | |
| 9. | Do accessories and mirrors appear to be mounted at a compliant height? | X | | | |
| **I.** | **Hospitality Guestrooms** | | | | |
| 1. | Does property management report the minimum required accessible guestrooms? | | | X | |
| 2. | Does property management report the minimum required accessible guestrooms with roll-in showers? | | | X | |



## EXHIBIT C:

## SUPPORTING DOCUMENTS

March 11, 2019

# York County, Virginia

118 WALLER MILL RD

## General Information

| | |
|---|---|
| Map #: | 009  3   A |
| GPIN: | D15a-1247-3462 |
| Owner: | COLONIAL KM LLC |
| Owner Address: | 135 JERICHO TPKE |
| Owner Address(Cont'd): | C/O CHARLES KADISH |
| Owner City / State / Zip: | OLD WESTBURY NY 11568 |



## Site Details                    Election Information

### Site Details

| | |
|---|---|
| Deeded Lot Size #: | 16.51 |
| Deed Reference: | 130014391 |
| Legal Description: | K MART CORPORATION SUBDIVISION PLAT PARCEL A |
| Zoning Code: | GB : General Business |
| Government District: | BRUTON |
| Census Tract: | 510.00 |

### Election Information

| | |
|---|---|
| Supervisor District: | 1 |
| Voting Precinct: | WALLER MILL |
| Polling Place: | WALLER MILL ELEMENTARY SCHOOL |
| House District: | 96 |
| Senate District: | 3 |

### School District

| | |
|---|---|
| Elementary School District: | WALLER MILL |
| High/Middle School District: | BRUTON/QUEENS LAKE |

### Waste Management

| | |
|---|---|
| Garbage Day: | WEDNESDAY |
| Recycle Day: | No Data |
| Recycle Week: | No Data |

### Fire and Life Safety Information

| | |
|---|---|
| Nearest Fire Hydrant(feet): | 314 |
| Fire Station Responding: | 114 HUBBARD LN, 23185 |

## Assessment Information

| | Current Assessment | 2018 Assessment | 2016 Assessment | 2014 Assessment | 2012 Assessment | 2010 Assessment | 2008 Assessment |
|---|---|---|---|---|---|---|---|
| Land Value: | $3,596,000.00 | $3,596,000.00 | $3,596,000.00 | $3,596,000.00 | $2,876,700.00 | $3,595,900.00 | $3,302,000.00 |
| Improvement Value: | $6,617,100.00 | $6,617,100.00 | $6,504,000.00 | $6,504,000.00 | $7,328,400.00 | $8,268,400.00 | $10,954,500.00 |
| Total Value: | $10,213,100.00 | $10,213,100.00 | $10,100,000.00 | $10,100,000.00 | $10,205,100.00 | $11,864,300.00 | $14,256,500.00 |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as York expressly disclaims any liability for loss or damage arising from the use of said information by any third party

## Site Information

### Environmental Considerations

| | | | |
|---|---|---|---|
| Waterfront: | N | Public Water: | Y |
| Hurricane Evacuation Zone: | No Data | Public Sewer: | Y |
| Flood Zone(s): | X | Well Water: | No Data |
| Flood Map: | 51199C0040D | Septic Tank: | N |
| Base Flood Elevation: | NONE | | |
| Resource Protection Area: | NO | | |
| Resource Management Area: | NO | | |
| 200' Watershed Mgt Prot Area Protection Area: | NO | | |
| 500' Watershed Mgt Prot Area Protection Area: | NO | | |
| Aircraft Noise Impact Area: | NO | | |

### Utilities

(included above)

## Improvements Information

| | | | |
|---|---|---|---|
| Year Built: | 1980 | Bedrooms: | 0 |
| Primary Building Square Footage*: | 165,181 | Bathrooms: | 0 |
| Stories: | 1 | Fireplaces: | 0 |
| Total Rooms: | 0 | Central Heat: | No Data |
| | | Central Air: | Y |
| | | Fuel Type: | HP-ATA |

### Construction

| | |
|---|---|
| Foundation Type: | SLAB |
| Roof Type: | TAR/GRAVEL |
| Exterior Type: | BRICK |
| Basement: | NONE |

### Additional Details

| Building | Size/Quantity |
|---|---|

### Other Details

| | Size/Quantity |
|---|---|
| Building Size | |
| K-MART ADD | 21,300 |
| K-MART | 72,381 |
| SALES KMART | 2,847 |
| STOCK KMART | 11,448 |
| SHOPS | 57,205 |
| GARDEN AREA KMA | 1 |
| ASPHALT | 320,421 |

*May or may not reflect gross living area in entirety. Please contact the
Real Estate Assessment Division for clarification at (757) 890-3720.

## Ownership History

| Owner Name | Date of Transfer | Consideration | Deed | Fair Market Sale |
|---|---|---|---|---|
| COLONIAL KM LLC | 7/26/2013 | $.00 | 130014391 | Non-Qualifying |
| COLONIAL PROPERTIES LTD PARTNERSHIP | 4/1/1990 | $.00 | No Data | No Data |
| K MART CORP | No Data | $.00 | No Data | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as York expressly disclaims any liability for loss or damage arising from the use of said information by any third party



**York County, Virginia**

**Legend**

☐ Parcel Boundary
Plat Link

Feet
0  200  400  600  800

**Title: Parcel Boundary**

*DISCLAIMER: This drawing is neither a legally recorded map nor a survey and is not intended to be used as such. The information displayed is a compilation of records, information, and data obtained from various sources, and York County is not responsible for its accuracy or how current it may be.*

**Date: 3/11/2019**



Project Number: 0417.1180.01
Former Carson's Store, Merrillville, Indiana
October 18, 2018

## EXHIBIT D:

## STATEMENTS OF ASSESSMENT TEAM QUALIFICATIONS



**intertek**
Total Quality. Assured.

## NICHOLAS SZAKELYHIDI, EIT, CDT
### DEPARTMENT MANAGER
### BUILDING SCIENCE SOLUTIONS

YEARS WITH INTERTEK:  4+ / YEARS IN INDUSTRY:  10+

Mr. Szakelyhidi has more 10 years of experience in the assessment, investigation, design, and management of building structure and envelope projects. His education in architectural and structural engineering, and involvement in multi-disciplinary building projects gives him a holistic perspective on building construction, operations, maintenance, and repair. His specialty project skills include historic restoration, sustainability, hazardous materials, fall protection, life-cycle analysis, and code/accessibility assessment.

### Project Experience

- Virginia Community College System Roof Replacements – multiple locations
- MGM Roofing and Waterproofing Observations – Oxon Hill, MD
- Alexandria Commons Roof Replacement Observations – Alexandria, VA
- Navy Federal Credit Union Building Envelope Consulting – Vienna, VA
- Greystar Elan Williamsburg Building Envelope Consulting – Williamsburg, VA
- UMD IRIBE Center Building Envelope Quality Assurance – College Park, MD
- Elan Union Market Building Envelope Consulting – Watertown, MA
- CBG Mallory Square II Building Envelope Consulting – Rockville, MD
- Brightleaf and Cooper Townhomes Building Envelope Consulting – Alexandria, VA
- IKEA Long Island roof structure survey – Hicksville, NY
- National Gallery of Art Waterproofing Consulting - Washington, DC
- KFC As-Built Surveys – Multiple locations – Nationwide
- 700 Main Street Engineering Consulting and BOMA Survey – Lynchburg, VA
- MedExpress Accessibility Surveys – Regionwide
- Leipold Manufacturing Expansion Consulting – Windsor, CT
- Harrison Street Campus Housing Property Conditions Assessment – Regionwide
- Ritz-Carlton Washington Property Conditions Assessment – Washington, DC
- NCRC Data Center Property Conditions Assessment – Kannapolis, NC
- Potpourri Group Distribution Center, Littleton, MA
- Webster University, Columbia, SC

### Education

Bachelor of Architectural Engineering,
The Pennsylvania State University

### Professional Licensing/Certifications

Engineer in Training
Certified Construction Document Technologist

### Practice Areas

Roof Consulting
Building Envelope Consulting
Water Intrusion Investigation
Specialty Building Testing and Analysis
Building Condition Assessments



