UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (rdd) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY ECF ("ELECTRONIC CASE FILING")

STATE OF NEW YORK    )
                                    ss.:
COUNTY OF NASSAU   )

DONNA M. OLSEN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

On June 16, 2021, I served a true copy of the ***RESPONSE OF COLONIAL PROPERTIES, LLC TO DEBTORS' TWENTY-NINTH OMNIBUSD REJECTION OF CLAIMS*** via the Court's CM/ECF system upon all counsel of record and interested parties.

/s/ Donna M. Olsen
DONNA M. OLSEN

Sworn to before me this
16th day of June, 2021.

/s/ Michael S. Amato
MICHAEL S. AMATO, NOTARY PUBLIC
Attorney and Counselor at Law
State of New York, No. 02AM5042612
Qualified in Suffolk County
Commission Expires April 24, 2024

964503