EXHIBIT A
Invoice Detail Summary

| Invoice No. | Invoice Date | Invoice Amount | Delivery Date |
|---|---|---|---|
| 507665371 | 9/25/18 | $537.12 | 9/25/18 |
| 507666076 | 9/25/18 | $703.32 | 9/25/18 |
| 507666236 | 9/25/18 | $323.55 | 9/25/18 |
| 507666452 | 9/25/18 | $488.74 | 9/25/18 |
| 507666454 | 9/25/18 | $274.25 | 9/25/18 |
| 507666621 | 9/25/18 | $508.32 | 9/25/18 |
| 507666858 | 9/25/18 | $60.53 | 9/25/18 |
| 507667078 | 9/25/18 | $859.13 | 9/25/18 |
| 507667178 | 9/25/18 | $558.27 | 9/25/18 |
| 507667958 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507667959 | 9/26/18 | $1,842.01 | 9/26/18 |
| 507667960 | 9/26/18 | $549.71 | 9/26/18 |
| 507667961 | 9/26/18 | $556.38 | 9/26/18 |
| 507667965 | 9/26/18 | $193.09 | 9/26/18 |
| 507668139 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507668217 | 9/26/18 | $825.27 | 9/26/18 |
| 507668219 | 9/26/18 | $1,674.10 | 9/26/18 |
| 507668221 | 9/26/18 | $548.51 | 9/26/18 |
| 507668222 | 9/26/18 | $1,131.98 | 9/26/18 |
| 507668569 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507668646 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507669100 | 9/26/18 | $405.55 | 9/26/18 |
| 507669101 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507669102 | 9/26/18 | $1,327.37 | 9/26/18 |
| 507669430 | 9/26/18 | $407.87 | 9/26/18 |
| 507669688 | 9/26/18 | $900.16 | 9/26/18 |
| 507669689 | 9/26/18 | $632.73 | 9/26/18 |
| 507669778 | 9/26/18 | $1,499.94 | 9/26/18 |
| 507669782 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507669783 | 9/26/18 | $1,532.10 | 9/26/18 |
| 507670640 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507670644 | 9/27/18 | $309.16 | 9/27/18 |
| 507670968 | 9/27/18 | $706.35 | 9/27/18 |
| 507671065 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671152 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671153 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671458 | 9/27/18 | $755.79 | 9/27/18 |

| | | | |
|---|---|---|---|
| 507671459 | 9/27/18 | $366.63 | 9/27/18 |
| 507671461 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671462 | 9/27/18 | $1,524.27 | 9/27/18 |
| 507671496 | 9/27/18 | $1,334.22 | 9/27/18 |
| 507671783 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671784 | 9/27/18 | $1,136.12 | 9/27/18 |
| 507671788 | 9/27/18 | $2,042.80 | 9/27/18 |
| 507671789 | 9/27/18 | $1,585.42 | 9/27/18 |
| 507671790 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671791 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671792 | 9/27/18 | $1,733.27 | 9/27/18 |
| 507671793 | 9/27/18 | $745.55 | 9/27/18 |
| 507671794 | 9/27/18 | $642.61 | 9/27/18 |
| 507671795 | 9/27/18 | $644.85 | 9/27/18 |
| 507671998 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507671999 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507672000 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507672001 | 9/27/18 | $1,115.24 | 9/27/18 |
| 507672180 | 9/27/18 | $902.80 | 9/27/18 |
| 507672182 | 9/27/18 | $717.29 | 9/27/18 |
| 507672183 | 9/27/18 | $1,137.31 | 9/27/18 |
| 507672184 | 9/27/18 | $327.98 | 9/27/18 |
| 507672188 | 9/27/18 | $1,135.63 | 9/27/18 |
| 507672190 | 9/27/18 | $1,714.03 | 9/27/18 |
| 507672191 | 9/27/18 | $1,093.96 | 9/27/18 |
| 507672287 | 9/27/18 | $998.15 | 9/27/18 |
| 507672288 | 9/27/18 | $1,154.16 | 9/27/18 |
| 507672293 | 9/27/18 | $1,632.54 | 9/27/18 |
| 507672294 | 9/27/18 | $881.45 | 9/27/18 |
| 507671151 | 9/27/18 | $1,532.10 | 9/27/18 |
| 507670966 | 9/27/18 | $219.75 | 9/27/18 |
| 507671460 | 9/27/18 | $1,897.68 | 9/27/18 |
| 507671069 | 9/27/18 | $405.08 | 9/27/18 |
| 507673441 | 9/28/18 | $501.05 | 9/28/18 |
| 507673665 | 9/28/18 | $231.22 | 9/28/18 |
| 507673753 | 9/28/18 | $488.63 | 9/28/18 |
| 507673754 | 9/28/18 | $907.76 | 9/28/18 |
| 507673755 | 9/28/18 | $650.93 | 9/28/18 |
| 507673947 | 9/28/18 | $263.39 | 9/28/18 |

| | | | |
|---|---|---|---|
| 507674198 | 9/28/18 | $1,023.52 | 9/28/18 |
| 507674199 | 9/28/18 | $855.60 | 9/28/18 |
| 507674387 | 9/28/18 | $517.93 | 9/28/18 |
| 507674689 | 9/28/18 | $752.69 | 9/28/18 |
| 507674782 | 9/28/18 | $948.42 | 9/28/18 |
| 507674690 | 9/28/18 | $121.59 | 9/28/18 |
| 507680460 | 10/2/18 | $1,666.08 | 10/2/18 |
| 507680461 | 10/2/18 | $792.11 | 10/2/18 |
| 507680496 | 10/2/18 | $337.22 | 10/2/18 |
| 507680497 | 10/2/18 | $512.34 | 10/2/18 |
| 507680533 | 10/3/18 | $975.13 | 10/3/18 |
| 507680535 | 10/3/18 | $1,531.91 | 10/3/18 |
| 507680647 | 10/3/18 | $477.82 | 10/3/18 |
| 507680648 | 10/3/18 | $489.04 | 10/3/18 |
| 507680649 | 10/3/18 | $623.30 | 10/3/18 |
| 507680651 | 10/3/18 | $880.05 | 10/3/18 |
| 507680652 | 10/3/18 | $635.14 | 10/3/18 |
| 507680823 | 10/2/18 | $100.97 | 10/2/18 |
| 507680825 | 10/2/18 | $1,513.90 | 10/2/18 |
| 507680872 | 10/3/18 | $591.45 | 10/3/18 |
| 507680873 | 10/3/18 | $807.26 | 10/3/18 |
| 507680874 | 10/3/18 | $706.34 | 10/3/18 |
| 507681012 | 10/2/18 | $210.47 | 10/2/18 |
| 507681183 | 10/2/18 | $491.28 | 10/2/18 |
| 507681282 | 10/2/18 | $262.60 | 10/2/18 |
| 507681358 | 10/3/18 | $593.06 | 10/3/18 |
| 507681817 | 10/3/18 | $1,100.27 | 10/3/18 |
| 507682423 | 10/3/18 | $733.69 | 10/3/18 |
| 507682424 | 10/3/18 | $1,140.00 | 10/3/18 |
| 507682685 | 10/3/18 | $812.23 | 10/3/18 |
| 507682688 | 10/3/18 | $740.57 | 10/3/18 |
| 507683872 | 10/4/18 | $1,026.16 | 10/4/18 |
| 507683873 | 10/4/18 | $306.95 | 10/4/18 |
| 507683874 | 10/4/18 | $666.67 | 10/4/18 |
| 507684076 | 10/4/18 | $682.76 | 10/4/18 |
| 507684441 | 10/4/18 | $2,176.13 | 10/4/18 |
| 507684654 | 10/5/18 | $376.94 | 10/5/18 |
| 507685120 | 10/5/18 | $1,013.25 | 10/5/18 |
| 507685662 | 10/5/18 | $908.26 | 10/5/18 |

| | | | |
|---|---|---|---|
| 507685663 | 10/5/18 | $483.74 | 10/5/18 |
| 507685850 | 10/5/18 | $772.80 | 10/5/18 |
| 507685852 | 10/5/18 | $643.17 | 10/5/18 |
| 507685853 | 10/5/18 | $416.02 | 10/5/18 |
| 507686706 | 10/5/18 | $762.38 | 10/5/18 |
| 507686707 | 10/5/18 | $440.29 | 10/5/18 |
| 507686708 | 10/5/18 | $589.16 | 10/5/18 |
| 507686712 | 10/5/18 | $496.67 | 10/5/18 |
| 507686772 | 10/5/18 | $335.47 | 10/8/18 |
| 507686892 | 10/5/18 | $930.89 | 10/5/18 |
| 507686894 | 10/5/18 | $933.42 | 10/5/18 |
| 507686895 | 10/5/18 | $727.44 | 10/5/18 |
| 507686984 | 10/5/18 | $1,844.49 | 10/5/18 |
| 507686987 | 10/5/18 | $1,478.24 | 10/5/18 |
| 507687188 | 10/5/18 | $645.40 | 10/8/18 |
| 507687190 | 10/5/18 | $325.41 | 10/5/18 |
| 507688374 | 10/8/18 | $311.52 | 10/8/18 |
| 507688912 | 10/8/18 | $342.37 | 10/8/18 |
| 507689093 | 10/8/18 | $690.77 | 10/8/18 |
| 507689145 | 10/9/18 | $849.78 | 10/9/18 |
| 507689220 | 10/8/18 | $893.36 | 10/8/18 |
| 507689221 | 10/8/18 | $997.74 | 10/8/18 |
| 507689305 | 10/8/18 | $671.39 | 10/8/18 |
| 507689306 | 10/8/18 | $158.60 | 10/8/18 |
| 507689349 | 10/9/18 | $796.26 | 10/9/18 |
| 507689493 | 10/8/18 | $823.34 | 10/8/18 |
| 507689539 | 10/9/18 | $106.66 | 10/9/18 |
| 507689839 | 10/9/18 | $1,026.54 | 10/9/18 |
| 507690792 | 10/9/18 | $560.70 | 10/9/18 |
| 507691100 | 10/9/18 | $444.00 | 10/9/18 |
| 507691741 | 10/10/18 | $885.56 | 10/10/18 |
| 507692259 | 10/10/18 | $1,455.41 | 10/10/18 |
| 507692712 | 10/10/18 | $2,463.45 | 10/10/18 |
| 507693020 | 10/10/18 | $2,293.77 | 10/10/18 |
| 507693217 | 10/10/18 | $887.09 | 10/10/18 |
| 507693286 | 10/10/18 | $1,379.39 | 10/10/18 |
| 507693542 | 10/11/18 | $862.64 | 10/11/18 |
| 507693544 | 10/11/18 | $723.77 | 10/11/18 |
| 507693550 | 10/11/18 | $780.02 | 10/11/18 |

| | | | |
|---|---|---|---|
| 507693551 | 10/11/18 | $852.42 | 10/11/18 |
| 507694157 | 10/11/18 | $567.31 | 10/11/18 |
| 507694160 | 10/11/18 | $978.32 | 10/11/18 |
| 507694448 | 10/11/18 | $1,749.05 | 10/11/18 |
| 507694449 | 10/11/18 | $526.40 | 10/11/18 |
| 507694450 | 10/11/18 | $519.15 | 10/11/18 |
| 507694732 | 10/11/18 | $974.32 | 10/11/18 |
| 507694733 | 10/11/18 | $461.34 | 10/11/18 |
| 507694734 | 10/11/18 | $1,304.14 | 10/11/18 |
| 507694739 | 10/11/18 | $1,289.10 | 10/11/18 |
| 507694806 | 10/11/18 | $108.37 | 10/11/18 |
| 507694850 | 10/12/18 | $431.98 | 10/12/18 |
| 507694964 | 10/12/18 | $640.85 | 10/12/18 |
| 507695419 | 10/11/18 | $189.76 | 10/11/18 |
| 507696035 | 10/12/18 | $871.03 | 10/12/18 |

| | |
|---|---|
| Total | $151,614.63 |