UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | Case No: 18-23538-RDD |
| *Debtors*. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Roland Gary Jones, certify under penalty of perjury that on June 16, 2021, I caused to be served a true and correct copy of **COLGATE-PALMOLIVE COMPANY DISTR. LLC'S RESPONSE TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM AND BALLOTS** via electronic service through the Court's CM/ECF System on all registered parties in the above-captioned bankruptcy matter.

I further served copies of the aforementioned document by email and U.S. mail to:

**Michael T. Buschmann**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Michael.Buschmann@weil.com

Dated: June 16, 2021
       New York, New York

 

                                                   **JONES & ASSOCIATES**
                                                   By: */s/ Roland Gary Jones*
                                                   Roland Gary Jones, Esq.
                                                   New York Bar No. RGJ-6902
                                                   1325 Avenue of the Americas, 28th Floor
                                                   New York, New York 10019
                                                   Tel: (347) 862-9254
                                                   Fax: (212) 202-4416
                                                   Email: rgj@rolandjones.com