Hearing Date and Time: June 25, 2021 at 2:00 p.m. (Eastern Time)
Objection Deadline: June 24, 2021 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— X
: 
In re : 
: Chapter 11 Case No.
: 
**SEARS HOLDINGS CORPORATION,** *et al.***,** : 
Debtors.[1] : 18-23538 (RDD)
: 
: **(Jointly Administered)**
: 
———————————————————————— X

**NOTICE OF HEARING ON THE MOTION OF**
**TRANSFORM HOLDCO LLC FOR A STAY PENDING APPEAL**

**PLEASE TAKE NOTICE** that a hearing to consider the *Motion of Transform Holdco LLC for a Stay Pending Appeal* (ECF No. 9576) (the "Motion to Stay") will be **conducted through Zoom** before the Honorable Robert D. Drain, United States Bankruptcy Judge on **June 25, 2021 at 2:00 p.m. (Eastern Time)** (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 W. 44nd St., 17th Fl., New York, NY 10036.

**PLEASE TAKE FURTHER NOTICE THAT** the Court will send a link to all participants to register for Zoom before the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** that any responses or objections (the "Objections") to the Motion to Stay must be asserted in writing, conform to the Bankruptcy Rules and Local Rules, be filed with the Bankruptcy Court, and be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than **June 24, 2021 at 4:00 p.m. (Eastern Time)** ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated:  June 17, 2021
       New York, New York

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Sean A. O'Neal
      Sean A. O'Neal
      Andrew Weaver
      Samuel Levander

      One Liberty Plaza
      New York, NY 10006
      Telephone:  (212) 225-2000
      Facsimile:  (212) 225-3999

*Counsel for Transform Holdco LLC*