# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**BLEUS & ASSOCIATES, LLC**
George Anthony Bleus, Esq.
Attorneys for Taylor Sorensen
6624 Gulton Court, N.E.
Albuquerque, New Mexico 87109
Office: (505)884-9300
Fax: (505)884-9305
bleusandassociates@gmail.com
Attorneys for Taylor Sorensen
*Pro hac vice*

---

**In re:**

| | |
|---|---|
| **SEARS HOLDING CORPORATION, and** | **Chapter 11** |
| **K-MART CORPORATION, et al.,** | **Case No. 18-23538 (RDD)** |
| | **(Jointly administered)** |
| **Debtors.** | |

---

## NOTICE OF WITHDRAWAL OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Taylor Sorensen by and through his undersigned counsel, hereby withdraws the Motion for Relief from the Automatic Stay [ECF No. 3875], filed on May 14, 2019, in the above-captioned chapter 11 cases, without prejudice.

Dated:  June 19, 2021

      **BLEUS & ASSOCIATES, LLC**

      **By:** */s/ George Anthony Bleus, Esq.*
      George Anthony Bleus, Esq., P*ro hac vice*
      Attorney for Movant Taylor Sorensen
      6624 Gulton CT NE
      Albuquerque, New Mexico 87109
      Office: (505) 884-9300
      Fax: (505) 884-9305
      bleusandassociates@gmail.com

**CERTIFICATE OF SERVICE**

I, George Anthony Bleus, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Motion for Relief Form Automatic Stay was filed electronically with the Bankruptcy Court on April 27, 2020, via the Bankruptcy Court's ECF System. A true and correct copy of the foregoing Notice of Withdrawal of Motion for Relief Form Automatic Stay was served electronically via the Bankruptcy Court's ECF System on this June 19, 2021, upon all parties registered to receive such notice by operation of the ECF System. In addition, true and correct copies were also served via first class United States mail upon the following parties:

Phil DiDonato, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

I hereby certify that the foregoing statement made by me are true.

*/s/ George Anthony Bleus, Esq.*
George Anthony Bleus, Esq.