UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I caused Nina and Gerald Greene's Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal (ECF No. 9603), to be electronically filed with the Clerk's Office using the Court's CM/ECF system, which sent electronic notification of such filing to all registered CM/ECF participants in the above-captioned case.

I further certify that, on June 23, 2021, a true and correct copy of the foregoing filing was served on the following via First Class Mail:

1. Chambers of the Honorable Judge Robert D. Drain
   United States Bankruptcy Court for the Southern District of New York
   300 Quarropas Street, Room 248
   White Plains, NY 10601

2. Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
   New York, NY, 10006
   Attn: Sean A. O'Neal, Esq. and Luke A. Barefoot, Esq.

3. Office of the U.S. Trustee for Region 2
   201 Varick Street, Suite 1006
   New York, NY 10014
   Attn: Paul Schwartzberg, Esq.

4. Debtors, c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq. and Luke J. Valentino, Esq.

5. Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.

6. Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

7. Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

8. Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.

9. Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

10. Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.

11. Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

12.     Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY 10036
    Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

I further certify that, on June 23, 2021 a true and correct copy of the foregoing filing was served upon all parties included on the Master Service List, as that term is defined in the Court's *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405). The parties on the Master Service List were served via electronic mail or, for those parties for whom no e-mail address was listed, via first class mail.

                                                                                     */s/ Benjamin M. Mather*
                                                                                      Benjamin M. Mather, Esq.