**Hearing Date and Time: To be determined**
**Objection Deadline: To be determined**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                                         :
:         Chapter 11 Case No.
:
**SEARS HOLDINGS CORPORATION**, *et al.*,        :         **18-23538 (RDD)**
Debtors.[1]                                               :
:         **(Jointly Administered)**
:
:
---------------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF TRANSFORM HOLDCO LLC FOR A STAY PENDING APPEAL

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Transform Holdco LLC for a Stay Pending Appeal* (ECF No. 9576) (the "Motion to Stay") previously scheduled to be conducted through Zoom before the Honorable Robert D. Drain, United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 W. 44nd St., 17th Fl., New York, NY 10036.

Judge on June 25, 2021 at 2:00 p.m. (Eastern Time) **is hereby adjourned to a date to be determined** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that Transform Holdco LLC and the Debtors are working to reach a resolution on the Motion to Stay and will be submitting a stipulation for approval of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this notice shall not affect any party's rights to assert any responses or objections (the "Objections"), and the deadline for Objections to be filed and received shall be adjourned **to a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated: June 24, 2021
New York, New York

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      By:   /s/ Sean A. O'Neal
                            Sean A. O'Neal
                            Andrew Weaver
                            Samuel Levander

                            One Liberty Plaza
                            New York, NY 10006
                            Telephone:  (212) 225-2000
                            Facsimile:  (212) 225-3999

                            *Counsel for Transform Holdco LLC*