June 17, 2021

Hello Judge Drain,

I am writing in reference to the Sears Bankruptcy case 18-23538

I am wondering how can I be considered a "priority" under wages owed by Sears and still be waiting with absolutely no word over 2 years later. Are we waiting for the lawyers to take it all?

I worked at Sears for over 30 years. When they started destroying the store's integrity by ruining the quality of the Craftsman line, and other things, the store was still a viable outfit. Even the day the store closed there were enough customers and business in general to support my store.

And then they defaulted on my pension and the promised severance pay.

When are you going to authorize payment to the employees who are waiting for the balance of their severance pay????

Sincerely, Former 30+ year Sears employee.

*Elaine Pagone*

Elaine Pagone Claim# 4912
1225 Locust Avenue
Washington, Pa 15301
E-mail-   kaizak@protonmail.com