## Exhibit 1

**Duplicate Ballots**

**Debtors' Twenty-Eighth Omnibus Objection to Claims**
**Exhibit 1 - Duplicate Claims**

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| | | Ballots to be Disallowed | | | Surviving Ballots | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Asserted Ballot Amount | Name of Claimant | Surviving Ballot No(s). | Asserted Ballot Amount |
| 1. | Centra Marketing & Communications LLC | 182353801042443 | $3,250.00 | Centra Marketing & Communications LLC | 182353801042444 | $3,250.00 |
| 2. | CONSUMER ELECTRONICS DISTRIBUTORS | 182353801016149 | $59,131.57 | CONSUMER ELECTRONICS DISTRIBUTORS | 182353801040090 | $59,131.57 |
| 3. | CONSUMER ELECTRONICS DISTRIBUTORS | 182353801016150 | $59,131.57 | CONSUMER ELECTRONICS DISTRIBUTORS | 182353801040090 | $59,131.57 |
| 4. | CONSUMER ELECTRONICS DISTRIBUTORS | 182353801016151 | $59,131.57 | CONSUMER ELECTRONICS DISTRIBUTORS | 182353801040090 | $59,131.57 |
| 5. | Continental Tire The Americas, LLC | 182353801040091 | $137,894.14 | Continental Tire The Americas, LLC | 182353801040094 | $137,894.14 |
| 6. | Continental Tire The Americas, LLC | 182353801040092 | $137,894.14 | Continental Tire The Americas, LLC | 182353801040094 | $137,894.14 |
| 7. | Continental Tire The Americas, LLC | 182353801040093 | $137,894.14 | Continental Tire The Americas, LLC | 182353801040094 | $137,894.14 |
| 8. | Crown Equipment Corporation | 182353801042762 | $276,782.78 | Crown Equipment Corporation | 182353801042763 | $276,782.78 |
| 9. | Resilion, LLC | 182353801040644 | $250,013.89 | Resilion, LLC | 182353801040645 | $250,013.89 |
| 10. | RETAIL CONTRACTING SERVICE INC | 182353801040649 | $67,272.74 | RETAIL CONTRACTING SERVICE INC | 182353801040650 | $67,272.74 |
| 11. | VARIETY ACCESSORIES LLC | 182353801021010 | $7,879.20 | VARIETY ACCESSORIES LLC | 182353801021011 | $7,879.20 |
| 12 | Royal Appliance Mfg. Co., Inc., d/b/a TTI Floor Care North America | 182353801020118 | $430,139.14 | Royal Appliance Mfg. Co., Inc., d/b/a TTI Floor Care North America | 182353801041707 182353801041708 | $189,935.88 against Kmart Corporation (see Ballot No. 182353801041707) $240,203.26 against Sears, Roebuck & Co. (see Ballot No. 182353801041708) |