# Exhibit 1

## Reduce and Allow

WEIL:\97978025\1\73217.0004

Debtors' Twenty-Ninth Omnibus Objection to Claims
Exhibit 1 - Reduced and Allowed Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reduced and Allowed**

| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Ballot Amount | Allowed Amount | Reason for Reduction[1] |
|---|---|---|---|---|---|---|
| 1. | DDI INC | 182353801016337 | 9158 | $6,076.77 | $531.75 | (i)(ii)(iv) |
| 2. | Impact Innovations, Inc. | 182353801040305 | 9613 | $1,226,611.96 | $202,666.37 | (i)(ii)(iii)(iv) |
| 3. | National Union Fire Insurance Company of Pittsburgh, PA as Transferee of Waxman Consumer Products Group Inc. | 182353801040523 | 9481 | $34,726.13 | $9,185.10 | (ii)(iv) |
| 4. | REFRESHMENT SERVICES, INC. | 182353801041508 | 8118 | $7,971.12 | $6,018.23 | (ii)(iv) |
| 5. | United Plant Growers, Inc. | 182353801040847 | 9422 | $23,728.69 | $9,812.78 | (ii)(iv) |
| 6. | UNIVERSAL SITE SERVICES INC | 182353801040931 | 8674 | $2,600.00 | $700.00 | (i) |
| 7. | Zuo Modern Contemporary | 182353801041108 | 8382 | $36,141.90 | $10,286.76 | (iv) |

[1] Corresponding reasons are as follows:
(i) supporting documentation indicates that the claims are non-Administrative Expense Claims;
(ii) the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;
(iii) the Debtors' books and records show that invoices that invoices for claims for 503(b)(9) priority are not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;
(iv) the invoices provided by the Claimants are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Disputed Claim;
(v) the basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course;