ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and*
 *its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF FIRST INTERIM REPORT OF
ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LITIGATION DESIGNEES
FOR THE PERIOD OF SEPTEMBER 22, 2020 THROUGH FEBRUARY 28, 2021**

**NOTICE IS HEREBY GIVEN** that ASK LLP ("ASK"), counsel to the Litigation

Designees, which designees were identified pursuant to the Confirmation Order for Sears

Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the

"Debtors") has filed its First Interim Report for Allowance of Contingent Fees and

Reimbursement of Expenses for the Period From September 22, 2020 through February 28,

2021, seeking allowance and payment of ASK's contingent fees in the amount of $166,529.20

and actual and necessary expenses in the amount of $7,995.86 (the "First Interim Report").

**NOTICE IS FURTHER GIVEN** by overnight delivery or email where available upon

(i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention:

Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil,

Gotshal & Manges LLP, 767 Sixth Avenue, New York, NY 10153, Attention: Ray C. Schrock

(email:  ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com),

Garrett   A.   Fail   (email:   garrett.fail@weil.com),   and   Sunny   Singh   (email:

sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal

Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul

Schwartzberg   (e-mail:   paul.schwartzberg@usdoj.gov)   and   Richard   Morrissey   (e-mail:

richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate,

Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:

paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R.

Howard   (email:   george.howard@skadden.com);   (v)   Paul   E.   Harner,   fee   examiner,   1675

Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the

fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

**NOTICE IS FURTHER GIVEN** that Objections to this First Interim Report if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **July 14, 2021** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection"). In the event timely objections are filed, a hearing on the First Interim Report and the objection(s) thereto will be scheduled and further notice of the date and time of such hearing will be provided.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely objections to the First Interim Report, ASK shall file a certificate of no objection with the Bankruptcy Court, after which the fees and expenses requested in the First Interim Report may be allowed by the Bankruptcy Court on an interim basis.

Dated: June 30, 2021                          ASK LLP

                                              */s/ Kara E. Casteel*
                                              Kara E. Casteel
                                              Joseph L. Steinfeld, Jr.
                                              2600 Eagan Woods Drive, Suite 400
                                              Saint Paul, MN  55121
                                              Telephone: (651) 406-9665
                                              Email: kcasteel@askllp.com

                                              *-and-*

                                              Edward E. Neiger
                                              Marianna Udem
                                              60 East 42nd Street
                                              New York, NY 10065
                                              Telephone: (212) 267-7342
                                              Email: eneiger@askllp.com

                                              *Counsel for Sears Holdings Corporation, and its
                                              debtor affiliates, debtors and debtors in possession*

ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[2] | (Jointly Administered) |

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

### FIRST INTERIM REPORT OF ASK LLP AS SPECIAL AVOIDANCE COUNSEL FOR THE DEBTORS FOR THE PERIOD SEPTEMBER 22, 2020 THROUGH FEBRUARY 28, 2021

| | |
|---|---|
| Name of Applicant: | ASK LLP |
| Authorized to Provide Professional Services to: | Litigation Designees[3] |
| Date of Retention: | June 26, 2019 nunc pro tunc to April 1, 2019 as to retention as special avoidance action counsel to the Debtors; September 22, 2020 as to retention as counsel to the Litigation Designees for the Jointly Asserted Causes of Action[4] |
| Period for which compensation and reimbursement is sought: | September 22, 2020 to February 28, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $166,529.20 |
| Amount of expense reimbursement as actual, reasonable, and necessary: | $7,995.86 |

---

[3] Pursuant to the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (the "Confirmation Order") [D.I. 529], the Litigation Designees shall comprise (a) Patrick J. Bartels, (b) Eugene I. Davis, and (c) Raphael T. Wallander, as the Creditors' Committee's designees, and (x) Alan J. Carr and (y) William L. Transier, as the Debtors' designees, which designees shall become the initial members of the Liquidating Trust Board upon the Effective Date pursuant to Section 10.6(a) of the Plan.

[4] The Confirmation Order, among other things, granted the Creditors' Committee joint standing with the Debtors to prosecute the Jointly Asserted Causes of Action, subject to the oversight of the Litigation Designees, which designees shall become the initial members of the Liquidating Trust Board upon the effective date of the Plan. The Jointly Asserted Causes of Action are those actions defined in paragraph 17 of the Confirmation Order.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, hourly billing rates and aggregate hours spent by each ASK professional and paraprofessional who provided services to the Litigation Designees during the Compensation Period. The rates charged by ASK for services rendered to the Litigation Designees are the same rates that ASK charges generally for professional services rendered to all hourly bankruptcy clients.

**Exhibit B** sets forth a complete itemization of tasks performed by ASK professionals and paraprofessionals who provided services to the Litigation Designees during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit C** sets forth a complete itemization of disbursements incurred by ASK in connection with services rendered to the Litigation Designees during the Compensation Period.

Dated: June 30, 2021

**ASK LLP**

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Sears Holdings Corporation, and its
debtor affiliates, debtors and debtors in possession*

## Exhibit A

## Timekeeper Summary

| Name of Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steinfeld, Joseph | Partner | $800.00 | 17.69 | $14,146.60 |
| Casteel, Kara | Partner | $675.00 | 143.40 | $96,795.00 |
| Reding, Richard | Partner | $675.00 | 39.40 | $26,595.00 |
| Manfredonia, Victoria | Associate | $500.00 | 23.00 | $11,500.00 |
| Manfredonia, Victoria | Law Clerk/Admission Pending | $300.00 | 8.50 | $2,550.00 |
| Miskowiec, Laurie | Paralegal | $300.00 | 6.75 | $2,025.00 |
| Thibodeau, Andrew | Data Analyst | $375.00 | 1.50 | $562.60 |
| Hepola, Jennifer | Paralegal | $300.00 | 34.08 | $10,225.00 |
| Esslinger, Jean | Paralegal | $300.00 | 7.10 | $2,130.00 |

## **Exhibit B**

**Itemized Fees**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/22/2020 | KC | Draft Letter<br>Draft engagement letter | 1.50<br>675.0/hr | 1,012.5 |
| 9/24/2020 | JS | Conference<br>Telephone conference with Zensky, Dean Chapman of Akin, Kara Casteel and Jay Reding of ASK to go over spreadsheets and information need to begin work on complaint. | 0.75<br>800.0/hr | 600.0 |
|  | JS | Preparation<br>Review and edit Retention Letter. Telephone conference with Kara Casteel re changes to draft. | 0.75<br>800.0/hr | 600.0 |
|  | RJR | Analysis<br>Prepare for and attend call regarding shareholder suits; review existing Lampert complaint and follow up on status of pending motions to dismiss in Lampert actions | 1.40<br>675.0/hr | 945.0 |
|  | KC | Correspondence<br>Phone call with Akin to go over initial issues, coordination, receiving documents, follow up email to Akin with questions, internal emails to begin discussing logistics for filing | 1.00<br>675.0/hr | 675.0 |
| 9/25/2020 | JS | Conference<br>Staffing conference for case. | 0.25<br>800.0/hr | 200.0 |
|  | KC | Team Meeting<br>Internal phone conf. for logistics moving forward with complaint, corp search, etc.; EM Akin for status on dropbox | 0.40<br>675.0/hr | 270.0 |

|            |     |                                                                                                                                                                          | Hrs/Rate          | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 9/29/2020  | RJR | Review<br>Investigate issues surrounding predicate creditor pleading; review and analysis of research provided by Akin regarding the same                                   | 1.60<br>675.0/hr  | 1,080.0 |
|            | RJR | Preparation<br>Review and analysis of defendant data provided by client                                                                                                    | 0.30<br>675.0/hr  | 202.5   |
| 9/30/2020  | KC  | File Review<br>review sharefiles for address info, review the type of information provided                                                                                 | 1.50<br>675.0/hr  | 1,012.5 |
| 10/1/2020  | KC  | File Review<br>continue to review sharefiles for address info and type/amount of information provided for shareholders                                                      | 2.00<br>675.0/hr  | 1,350.0 |
| 10/5/2020  | KC  | File Review<br>continue review of sharefiles for address info and type/amount of information provided                                                                      | 1.50<br>675.0/hr  | 1,012.5 |
|            | KC  | Phone client<br>emails and phone calls with Akin to confirm size of defendant list based on damage amount asserted                                                         | 0.50<br>675.0/hr  | 337.5   |
| 10/6/2020  | RJR | Draft Pleading<br>Review first amended complaint in Lampert fraudulent transfer action and identify sections to be removed for shareholder litigation complaint; begin creation of shareholder litigation complaint | 4.20<br>675.0/hr  | 2,835.0 |
|            | KC  | Hearing<br>Listen line for subpoena objection hearing                                                                                                                      | 0.30<br>675.0/hr  | 202.5   |
|            | KC  | Draft<br>Start review/edits for declaration of disinterestedness                                                                                                          | 0.60<br>675.0/hr  | 405.0   |
|            | KC  | Draft<br>compile names for conflict search from UCC categories listed                                                                                                     | 0.40<br>675.0/hr  | 270.0   |
| 10/7/2020  | RJR | Draft Pleading<br>Continue revisions to proposed shareholder suit complaint; review Tribune complaint regarding naming of defendants under seal                            | 2.30<br>675.0/hr  | 1,552.5 |
| 10/8/2020  | JS  | Document Review<br>Review and edit Declaration of Disinterestedness..                                                                                                      | 0.75<br>800.0/hr  | 600.0   |
|            | RJR | Draft Pleading<br>Revise language regarding badges of fraud in counts of proposed shareholder complaint; analysis of badges of fraud analysis under relevant fraudulent transfer statutes. | 0.70<br>675.0/hr  | 472.5   |
|            | KC  | Draft<br>Finish compiling names for conflict search                                                                                                                       | 0.30<br>675.0/hr  | 202.5   |
|            | KC  | Draft<br>Finish draft of declaration of disinterestedness                                                                                                                 | 1.20<br>675.0/hr  | 810.0   |

|            |     |                                                                                                                             | Hrs/Rate         | Amount  |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 10/9/2020  | LNP | Review<br>Review Conflicts                                                                                                   | 1.00<br>300.0/hr | 300.0   |
|            | KC  | Correspondence<br>f/u email to Akin on address questions                                                                    | 0.10<br>675.0/hr | 67.5    |
|            | KC  | Correspondence<br>email to Moritt for address info for subpoenas, question on entities                                      | 0.20<br>675.0/hr | 135.0   |
| 10/10/2020 | KC  | Draft<br>receive comments back from Akin, small additional edits                                                            | 0.20<br>675.0/hr | 135.0   |
|            | KC  | Draft<br>Finalize dec, send to Akin with comments                                                                           | 0.30<br>675.0/hr | 202.5   |
|            | KC  | File Review<br>Advise re:Review MHH email with any address info for funds, update public defendants chart with Vanguard info for multiple funds under Vanguard family | 0.40<br>675.0/hr | 270.0   |
|            | KC  | File Review<br>Start review of  amended complaint for main shareholder action                                               | 0.50<br>675.0/hr | 337.5   |
|            | KC  | Draft<br>Start review & edit draft of complaint                                                                             | 0.20<br>675.0/hr | 135.0   |
| 10/11/2020 | KC  | Correspondence<br>Follow up email with MHH about Vanguard numbers in public shareholder chart                               | 0.20<br>675.0/hr | 135.0   |
|            | KC  | Draft<br>Continue review of main shareholder amended complaint and finalizing edits to our proposed draft complaint         | 3.00<br>675.0/hr | 2,025.0 |
|            | KC  | File Review<br>Continue pulling address info for corp searches, internal emails concerning corp searches and filing         | 0.30<br>675.0/hr | 202.5   |
| 10/12/2020 | JS  | Document Review<br>Reviewed draft Shareholder Complaint. Made substantive changes. Zoom meeting with Kara Casteel and Richard Reding to go over changes and comments. | 1.67<br>800.0/hr | 1,333.3 |
|            | JS  | Correspondence<br>Review final change to my Declaration of Disinterestedness. Email to Sara Brauner of Akin confirming ok to send to UST and client. | 0.50<br>800.0/hr | 400.0   |
|            | JH  | Miscellaneous<br>Corporate searches                                                                                         | 5.67<br>300.0/hr | 1,700.0 |
|            | AT  | Analysis<br>Address Import & Exhibit Discussion                                                                             | 0.25<br>375.0/hr | 93.8    |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2020 LNP | Factual Research | Research on information for possible defendants on SEC website. | 0.50 300.0/hr | 150.0 |
| KC | Correspondence | Emails with Akin to finalize declaration | 0.50 675.0/hr | 337.5 |
| KC | Legal Research | defendant entity search, entry of addresses into defendant matrix, follow up research | 0.50 675.0/hr | 337.5 |
| 10/13/2020 JH | Miscellaneous | Corporate Searches | 2.00 300.0/hr | 600.0 |
| KC | Draft | continue review of defendant entity search results, conduct additional searches for proper entity identification and legal status, update defendant matrix with families and addresses | 4.00 675.0/hr | 2,700.0 |
| KC | Draft | draft Exhibit A | 0.50 675.0/hr | 337.5 |
| KC | Legal Research | entity search review continues, questions to Melodie and Sheila, review share files concerning Vanguard entity issue, review Vanguard and D.E. Shaw info for discrepancies in numbers | 3.00 675.0/hr | 2,025.0 |
| KC | Draft | review complaint edits with Akin, implement edits and finalize | 0.50 675.0/hr | 337.5 |
| 10/14/2020 JS | Conference | Email, text and phone calls with Kara Casteel regarding problems with Defendant addresses and ability to file complaint by midnight on Oct. 14. Telephone conference with Dean Chapman of Akin advising him of issues. Review 8th Cir. opinion on SOL in Raynor. | 1.00 800.0/hr | 800.0 |
| KC | Correspondence | Internal emails and phone calls re: defendant addresses and final list, ECF errors and issues | 0.50 675.0/hr | 337.5 |
| KC | Legal Research | Receive list of multiple new defendants to add from Akin. Begin and complete corporate searches for new entities, add into defendant with addresses and legal entity status matrix, consolidate with existing defendant families if necessary | 6.00 675.0/hr | 4,050.0 |
| KC | Correspondence | Emails and phone calls with filing service re: defendant matrix entry with addresses, transmittal of final filing documents, ECF filing error screen, ECF issues | 1.50 675.0/hr | 1,012.5 |
| KC | Correspondence | Emails with Akin and Morritt on missing new defendant names, addresses, family consolidation, naming issues, confirming share amounts, threshold defendant issues, and filing issues, work on | 2.50 675.0/hr | 1,687.5 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | complaint and defendant matrix after discussion | | |
| 10/14/2020 | KC | Draft<br>Finalizing Exhibit A, redacting of Exhibit A, finalizing of complaint with new defendant information | 1.50<br>675.0/hr | 1,012.5 |
| 10/15/2020 | AT | Analysis<br>Address Discussion | 0.25<br>375.0/hr | 93.8 |
| | AT | Analysis<br>Defendant Address Importing | 1.00<br>375.0/hr | 375.0 |
| | JS | Correspondence<br>Email correspondence to and from Dean Chapman of Akin on whether e should footnote complaint as to problems with SDNY filing system accepting complaint on Oct. 14. | 0.25<br>800.0/hr | 200.0 |
| | JS | Correspondence<br>Several emails to Kara Casteel and Gene Mathews of Reliable about getting the complaint filed asap. reviewed final version. Agreed that defendant addresses can be added after filing. | 0.75<br>800.0/hr | 600.0 |
| | KC | Draft<br>Update defendant info/searches, update complaint with additional information on certain defendants, update Exhibit A with additional information on certain defendants | 3.00<br>675.0/hr | 2,025.0 |
| | KC | Phone client<br>Calls and emails with filing service on attempts to file complaint with reduced number of defendants | 0.70<br>675.0/hr | 472.5 |
| | KC | Phone client<br>Calls into court re: ECF filing issues day prior, discussion with clerk on adding additional defendants | 0.40<br>675.0/hr | 270.0 |
| | KC | Correspondence<br>Emails with Akin re: additional defendant info, filing status | 0.40<br>675.0/hr | 270.0 |
| 10/19/2020 | KC | Correspondence<br>Draft and send email to fee examiner with inquiry on submission of time post-confirmation retention | 0.50<br>675.0/hr | 337.5 |
| 10/20/2020 | JH | Miscellaneous<br>Entering corporate information into SOAR | 6.50<br>300.0/hr | 1,950.0 |
| 10/21/2020 | KC | File Review<br>Work with staff on missing addresses, foreign addresses, service including foreign, cover letter for service | 0.50<br>675.0/hr | 337.5 |
| | KC | Correspondence<br>Emails with Akin and Morritt on missing addresses | 0.30<br>675.0/hr | 202.5 |
| | JE | Miscellaneous<br>entered corp search data into SOAR | 2.50<br>300.0/hr | 750.0 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2020 | JH | Miscellaneous<br>Entering corporate searches into SOAR and prepping documents for service. | 6.33<br>300.0/hr | 1,900.0 |
|  | KC | Phone client<br>Phone call with Akin on meetings with client and status of service, motion to consolidate, etc. | 0.30<br>675.0/hr | 202.5 |
| 10/22/2020 | JH | Miscellaneous<br>Prepping documents for service. | 6.50<br>300.0/hr | 1,950.0 |
| 10/23/2020 | KC | Correspondence<br>Email with Akin re: status of service, complaint, next steps | 0.20<br>675.0/hr | 135.0 |
|  | JH | Miscellaneous<br>Mailing service documents and filing Certificate of Service with the Court. | 2.00<br>300.0/hr | 600.0 |
| 10/27/2020 | KC | Correspondence<br>Initial correspondence-response with Prescott defendant group | 0.10<br>675.0/hr | 67.5 |
| 10/30/2020 | KC | Correspondence<br>Follow up with Morritt on inquiries to subpoena recipients on missing information | 0.10<br>675.0/hr | 67.5 |
| 11/2/2020 | KC | File Review<br>Review interim fee order and fee examiner order for fee submission and payment process | 0.60<br>675.0/hr | 405.0 |
| 11/3/2020 | KC | Correspondence<br>Follow up emails with fee examiner office | 0.10<br>675.0/hr | 67.5 |
| 11/5/2020 | KC | Correspondence<br>Responded to initial contact request for extension from counsel for Employee Retirement System of Texas, prepared and provided them with redacted Exhibit A as to their client | 0.30<br>675.0/hr | 202.5 |
| 11/9/2020 | JS | Correspondence<br>Emails from and to Kara and Telephone call to client concerning call with David Zensky and Dan Chapman and how to handle various defendants requesting extension of time, Correspondence with Sabin Willet of Morgan Lewis who rep some defendants about scheduling responses until after court rules on MTD. Review multiple emails on status of case. | 0.67<br>800.0/hr | 533.3 |
|  | KC | Correspondence<br>Call & several emails for counsel for GSO & Goldmans defendants re: response date and unredacted Ex A | 0.40<br>675.0/hr | 270.0 |
|  | KC | Draft<br>Create partial unredacted Exhibit As to distribute to counsel for multiple cases | 0.60<br>675.0/hr | 405.0 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2020 | KC | Correspondence<br>Emails with Akin re: status of contacts and timing issues | 0.30<br>675.0/hr | 202.5 |
|  | KC | Phone Opp Atty<br>Called back counsel for Fine Capital Partners and has discussion and sent f/u email | 0.40<br>675.0/hr | 270.0 |
|  | KC | Phone Opp Atty<br>Phone call with Morgan Lewis and Akin re: group of defendants, timing issues | 0.40<br>675.0/hr | 270.0 |
|  | KC | Update Chart<br>Update defendant chart with contact information and statuses | 0.30<br>675.0/hr | 202.5 |
| 11/10/2020 | JE | Advise<br>entered def counsel into SOAR | 0.40<br>300.0/hr | 120.0 |
|  | KC | Phone Opp Atty<br>Phone call with counsel for GSO & Goldmans con'td discussion on timing | 0.20<br>675.0/hr | 135.0 |
| 11/11/2020 | KC | Phone Opp Atty<br>Phone call/emails with counsel for Prescott entities | 0.50<br>675.0/hr | 337.5 |
|  | KC | Phone Opp Atty<br>Phone call/emails with counsel for Hap Trading and Renaissance entities | 0.50<br>675.0/hr | 337.5 |
|  | KC | Phone Opp Atty<br>Phone call/email with GC for Horizon entities | 0.40<br>675.0/hr | 270.0 |
|  | KC | Draft<br>Create partially unredacted Exhibit As for Prescott, Hap Trading, Renaissance, and Horizon entities | 0.70<br>675.0/hr | 472.5 |
|  | KC | Correspondence<br>Emails with Akin re certain legal issues | 0.30<br>675.0/hr | 202.5 |
|  | KC | Correspondence<br>Emails to Morgan Lewis f/u | 0.20<br>675.0/hr | 135.0 |
| 11/12/2020 | KC | Phone Opp Atty<br>Phone call and follow-up email with Tisch representative | 0.20<br>675.0/hr | 135.0 |
|  | KC | Phone Opp Atty<br>Phone call and follow-up emails with Morgan Lewis on multiple defendants | 0.60<br>675.0/hr | 405.0 |
|  | KC | Correspondence<br>Emails with general counsel for MUFG and review of certain documents related thereto | 0.40<br>675.0/hr | 270.0 |

|            |     |                                                                                                                          | Hrs/Rate         | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 11/12/2020 | KC  | Update Chart<br>Updating internal records on status of extensions and initial contact notes for multiple defendants        | 1.00<br>675.0/hr | 675.0   |
|            | KC  | Draft<br>Partial redaction Exhibit As for multiple defendant groups represented by Morgan Lewis, AQR, HBOS, and MUFG to provide to counsel | 2.20<br>675.0/hr | 1,485.0 |
|            | KC  | Phone Opp Atty<br>Phone call and follow-up email with AQR counsel                                                          | 0.30<br>675.0/hr | 202.5   |
|            | KC  | Phone Opp Atty<br>Phone call and follow-up email with HBOS counsel                                                         | 0.30<br>675.0/hr | 202.5   |
| 11/13/2020 | KC  | Phone Opp Atty<br>Emails and phone call with Maverick counsel and review of certain subpoena documents related thereto     | 0.70<br>675.0/hr | 472.5   |
|            | KC  | Correspondence<br>Emails with Lockheed & Mason counsel                                                                     | 0.20<br>675.0/hr | 135.0   |
|            | KC  | Draft<br>Partial redaction of Exhibit As for multiple defendants to provide to counsel                                     | 0.50<br>675.0/hr | 337.5   |
|            | RJR | Analysis<br>Discussion and investigation into potential Section 546(e) safe harbor issues                                  | 0.70<br>675.0/hr | 472.5   |
|            | KC  | Update Chart<br>Updating internal records on status of extensions and initial contact notes for multiple defendants        | 0.50<br>675.0/hr | 337.5   |
|            | KC  | Phone client<br>Phone call with Akin concerning litigation procedural issues and f/u emails                                | 0.70<br>675.0/hr | 472.5   |
| 11/16/2020 | KC  | Update Chart<br>Updating internal records on status of extensions and initial contact notes for multiple defendants        | 0.30<br>675.0/hr | 202.5   |
|            | KC  | Phone Opp Atty<br>Phone call with Norges Bank representative                                                               | 0.40<br>675.0/hr | 270.0   |
|            | KC  | Correspondence<br>Further emails with Morgan Lewis on additional defendants                                                | 0.20<br>675.0/hr | 135.0   |
|            | KC  | Draft Pleading<br>draft sample extension stipulation and order                                                            | 0.30<br>675.0/hr | 202.5   |
|            | JE  | Advise<br>entered def counsel into SOAR                                                                                    | 1.00<br>300.0/hr | 300.0   |

|            |     |                  |                                                                          | Hrs/Rate         | Amount |
|------------|-----|------------------|--------------------------------------------------------------------------|------------------|--------|
| 11/16/2020 | KC  | Correspondence   | Initial email contact with Barclays counsel                              | 0.20<br>675.0/hr | 135.0  |
|            | KC  | Draft            | partial redaction Exhibit A for Barclays, Tobam, and Karlin              | 0.50<br>675.0/hr | 337.5  |
|            | KC  | Draft Pleading   | draft Blackstone and Goldman Sachs stipulations                          | 0.30<br>675.0/hr | 202.5  |
| 11/17/2020 | JH  | Miscellaneous    | Entering returned certified cards into SOAR and handling return mail.    | 1.25<br>300.0/hr | 375.0  |
|            | KC  | Correspondence   | emails with Morgan Lewis                                                  | 0.30<br>675.0/hr | 202.5  |
| 11/18/2020 | KC  | Phone Opp Atty   | phone call with Bank of Bermuda counsel; f/u email                       | 0.40<br>675.0/hr | 270.0  |
|            | KC  | Correspondence   | email with counsel extension granted for Timonthy Palmer and Kenden Alfond | 0.10<br>675.0/hr | 67.5   |
|            | KC  | Update Chart     | Updating internal records on status of extensions and initial contact notes for multiple defendants | 0.30<br>675.0/hr | 202.5  |
|            | KC  | Correspondence   | emails with Morgan Lewis                                                  | 0.20<br>675.0/hr | 135.0  |
|            | KC  | Correspondence   | Email with counsel for DFA                                               | 0.20<br>675.0/hr | 135.0  |
|            | KC  | Phone Opp Atty   | phone call with Prescott atty                                            | 0.30<br>675.0/hr | 202.5  |
| 11/19/2020 | KC  | Review           | review subpoena documents for DE Shaw                                    | 1.00<br>675.0/hr | 675.0  |
|            | KC  | Correspondence   | emails with Akin concerning subpoena documents                           | 0.30<br>675.0/hr | 202.5  |
|            | KC  | Correspondence   | emails with Morgan Lewis concerning subpoena documents                   | 0.30<br>675.0/hr | 202.5  |
|            | JE  | Advise           | entered def counsel into SOAR                                            | 0.50<br>300.0/hr | 150.0  |
| 11/20/2020 | RJR | Conference       | Analyze potential issues with Goldman Sachs claims and defenses          | 0.50<br>675.0/hr | 337.5  |
|            | KC  | Correspondence   | emails with MHH concerning subpoena documents                            | 0.10<br>675.0/hr | 67.5   |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/20/2020 KC | Correspondence<br>emails with Akin concerning status | 0.30<br>675.0/hr | 202.5 |
| 11/23/2020 KC | Phone Opp Atty<br>Phone call with counsel for Gothic | 0.30<br>675.0/hr | 202.5 |
| 11/24/2020 KC | Review<br>review subpoena documents for State Street, prepare redacted<br>versions for production | 1.00<br>675.0/hr | 675.0 |
| 11/25/2020 KC | Draft<br>partial redaction of Exhibit A to provide to counsel (Bermuda) | 0.20<br>675.0/hr | 135.0 |
| KC | Correspondence<br>emails to Akin and Morgan Lewis concerning State Street, other<br>defendants | 0.30<br>675.0/hr | 202.5 |
| KC | Correspondence<br>email to Bermuda counsel | 0.10<br>675.0/hr | 67.5 |
| KC | Review<br>further review of State Street and DTC underlying subpoena<br>documents | 2.00<br>675.0/hr | 1,350.0 |
| 11/30/2020 JE | Advise<br>entered def counsel into SOAR | 0.30<br>300.0/hr | 90.0 |
| 12/1/2020 KC | Phone Opp Atty<br>phone call with Bermuda counsel, review of documents on the same | 0.40<br>675.0/hr | 270.0 |
| 12/2/2020 KC | File Review<br>continue review subpoena documents underlying Bermuda & follow<br>up email OP concerning the same | 0.70<br>675.0/hr | 472.5 |
| KC | Phone Opp Atty<br>phone call with counsel for HBOS | 0.10<br>675.0/hr | 67.5 |
| KC | File Review<br>Review State Street data sent by co-counsel, update internal<br>documents, review subpoena documents for State Street and<br>Blackrock | 3.50<br>675.0/hr | 2,362.5 |
| KC | Correspondence<br>Emails with Morgan Lewis, Akin | 0.40<br>675.0/hr | 270.0 |
| KC | Correspondence<br>Email to Moritt concerning subpoena docs | 0.20<br>675.0/hr | 135.0 |
| KC | Correspondence<br>email with Mason/Lockheed counsel | 0.10<br>675.0/hr | 67.5 |
| KC | Correspondence<br>emails and phone call with First trust counsel | 0.60<br>675.0/hr | 405.0 |

| | | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|
| 12/2/2020 | KC | Update Chart | | | 0.30 | 202.5 |
| | | partially unredact Ex A as to First Trust | | | 675.0/hr | |
| 12/3/2020 | KC | Correspondence | | | 0.20 | 135.0 |
| | | Emails with Akin re: case status | | | 675.0/hr | |
| 12/4/2020 | KC | Phone Opp Atty | | | 0.30 | 202.5 |
| | | Phone call with Maverick counsel, follow up email | | | 675.0/hr | |
| 12/7/2020 | KC | Correspondence | | | 0.20 | 135.0 |
| | | Email with Tisch-related counsel re: extension and case status | | | 675.0/hr | |
| 12/8/2020 | KC | Phone Opp Atty | | | 0.30 | 202.5 |
| | | Phone call with Dimensional counsel; follow up email | | | 675.0/hr | |
| | KC | Correspondence | | | 0.10 | 67.5 |
| | | email with Prescott counsel re: extension | | | 675.0/hr | |
| | LNP | Draft | | | 2.00 | 600.0 |
| | | Prepare first Monthly Fee Application | | | 300.0/hr | |
| 12/9/2020 | KC | Phone Opp Atty | | | 0.30 | 202.5 |
| | | Phone call with Katten attorneys & email re: timing & extension | | | 675.0/hr | |
| 12/10/2020 | KC | Phone client | | | 0.30 | 202.5 |
| | | Phone call with Akin re: litigation | | | 675.0/hr | |
| | KC | Correspondence | | | 0.20 | 135.0 |
| | | Emails with Morgan Lewis re: several defense issues | | | 675.0/hr | |
| 12/14/2020 | KC | Phone Opp Atty | | | 0.20 | 135.0 |
| | | Phone call with TX AG | | | 675.0/hr | |
| | KC | Correspondence | | | 0.40 | 270.0 |
| | | Internal emails re: Norges; external email to Norges counsel | | | 675.0/hr | |
| | KC | File Review | | | 0.60 | 405.0 |
| | | Review of Gothic HSP data in document production | | | 675.0/hr | |
| | KC | Correspondence | | | 0.20 | 135.0 |
| | | Email to Gothic HSP counsel | | | 675.0/hr | |
| 12/15/2020 | KC | Correspondence | | | 0.20 | 135.0 |
| | | Emails with Akin re: case issues/status | | | 675.0/hr | |
| | KC | Phone Opp Atty | | | 0.20 | 135.0 |
| | | Advise re:Phone call & email with counsel for Bermuda re: extension and underlying issues | | | 675.0/hr | |
| | KC | Correspondence | | | 0.10 | 67.5 |
| | | Emails with Lockheed & Mason counsel | | | 675.0/hr | |
| 12/17/2020 | JS | Conference | | | 0.75 | 600.0 |
| | | Telephone conferences with Dean Chapman, David Zensky, Kara Casteel re procedures for consolidation of actions and scheduling potential motions. Discussed various other issues raised by | | | 800.0/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | defendants. | | |
| 12/17/2020 | VM | Legal Research<br>Advise re: Legal research & internal communications on the same - complaint amendment/multiple defendants | 0.50<br>300.0/hr | 150.0 |
| | KC | File Review<br>Review answer; internal emails/discussions re: amendment for one defendant | 0.20<br>675.0/hr | 135.0 |
| | KC | Correspondence<br>Emails with Morgan Lewis re: certain defendants and timing issues | 0.20<br>675.0/hr | 135.0 |
| 12/18/2020 | VM | Legal Research<br>Advise re: Legal research & file review - foreign entity/sovereign immunity issues | 4.00<br>300.0/hr | 1,200.0 |
| | KC | Draft<br>Review/edit motion, emails with Akin re: same | 0.50<br>675.0/hr | 337.5 |
| | KC | Draft<br>Further review stipulation, emails with Morgan Lewis re: same | 0.20<br>675.0/hr | 135.0 |
| | KC | Phone Opp Atty<br>Phone call with MUFG, internal emails/communications re: the same | 0.50<br>675.0/hr | 337.5 |
| 12/21/2020 | VM | Legal Research<br>Advise re: Legal research, file review, and internal communications - foreign entity/sovereign entity | 4.00<br>300.0/hr | 1,200.0 |
| | KC | Draft<br>Review/edit drafted documents- stipulations and motions | 0.50<br>675.0/hr | 337.5 |
| | KC | Correspondence<br>Emails/phone calls with Akin and Morgan Lewis | 0.60<br>675.0/hr | 405.0 |
| | KC | File Review<br>Timonthy F Palmer document review | 0.30<br>675.0/hr | 202.5 |
| 12/22/2020 | KC | Phone Opp Atty<br>Emails with Akin, Morgan Lewis re: stip | 0.60<br>675.0/hr | 405.0 |
| | KC | Phone Opp Atty<br>Phone call re: stipulation language | 0.60<br>675.0/hr | 405.0 |
| 12/23/2020 | KC | Phone Opp Atty<br>Phone call with Maverick counsel, follow up email | 0.40<br>675.0/hr | 270.0 |
| 12/28/2020 | JS | Review<br>Review and edit fee application. | 0.50<br>800.0/hr | 400.0 |
| | KC | Draft<br>Review/edit fee application | 0.80<br>675.0/hr | 540.0 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/29/2020 | KC | Correspondence<br>Emails with Akin and internal re: fee app | 0.20<br>675.0/hr | 135.0 |
| 12/30/2020 | LNP | Draft<br>Finalize first monthly fee application, file and prepare for service. | 1.25<br>300.0/hr | 375.0 |
| 1/5/2021 | KC | Draft Pleading<br>Draft amended complaint for Timothy F Palmer, internal emails re: the same | 0.30<br>675.0/hr | 202.5 |
| 1/7/2021 | KC | Draft Pleading<br>Review/revise motion to consolidate, other related documents, communications with co-counsel concerning the same | 1.20<br>675.0/hr | 810.0 |
| 1/10/2021 | VM | Legal Research<br>Advise re: Legal research & begin drafting motion to extend service of process | 6.00<br>500.0/hr | 3,000.0 |
| 1/11/2021 | RJR | Phone Opp Atty<br>Telephone call with counsel for MUFG Union Bank | 0.10<br>675.0/hr | 67.5 |
| | RJR | Draft Pleading<br>Revise and edit motion to extend deadline for service | 0.70<br>675.0/hr | 472.5 |
| | VM | Legal Research<br>Advise re: Continued legal research & drafting motion to extend service of process | 5.00<br>500.0/hr | 2,500.0 |
| | KC | Correspondence<br>Emails with co-counsel concerning subpoenas | 0.20<br>675.0/hr | 135.0 |
| 1/12/2021 | JH | Miscellaneous<br>Filed amended complaint and prepped/sent for service. | 0.50<br>300.0/hr | 150.0 |
| | KC | Draft<br>Finalize motion to extend time, proposed order, internal comments re: the same | 0.50<br>675.0/hr | 337.5 |
| 1/13/2021 | KC | Update Chart<br>Budgeting/admin tasks/internal communications | 0.50<br>675.0/hr | 337.5 |
| 1/14/2021 | JS | Conference<br>Internal conference with K. Casteel, R. Redding and V. Manfredonia on consolidation motion, foreign service issues, and claims and defenses raised by certain defendants. | 0.50<br>800.0/hr | 400.0 |
| | KC | Correspondence<br>Emails with FTI re certain defense issues | 0.20<br>675.0/hr | 135.0 |
| 1/15/2021 | KC | Correspondence<br>Emails with Kenden Alfond's counsel re: extension | 0.10<br>675.0/hr | 67.5 |

|            |     |                                                                                                                                                | Hrs/Rate        | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 1/18/2021  | RJR | Phone client<br>Investigate Maverick claim; telephone conference with Akin and MIII regarding claims against Maverick                            | 0.50<br>675.0/hr | 337.5   |
|            | KC  | File Review<br>File review of new counsel for certain defendants, updating internal records with updated contacts, etc., discussions with co-counsel re: certain defendants | 0.70<br>675.0/hr | 472.5   |
|            | JH  | Miscellaneous<br>Entered return mail and reviewed for re-service.                                                                               | 0.50<br>300.0/hr | 150.0   |
|            | KC  | File Review<br>Review PNC subpoena documentation, emails re: same                                                                               | 0.30<br>675.0/hr | 202.5   |
|            | RJR | Phone client<br>Confer with Akin and FTI regarding Maverick defendants                                                                          | 0.20<br>675.0/hr | 135.0   |
| 1/19/2021  | KC  | Review<br>Initial review of MTD; emails with co-counsel, emails to opposing counsel re: the same                                                | 0.60<br>675.0/hr | 405.0   |
|            | RJR | Miscellaneous<br>Analyze motions to dismiss filed by public shareholders; note possible responses                                               | 1.60<br>675.0/hr | 1,080.0 |
| 1/20/2021  | KC  | Review<br>Initial review of joinders; emails with co-counsel                                                                                    | 0.30<br>675.0/hr | 202.5   |
|            | KC  | Phone Opp Atty<br>phone call with Maverick counsel                                                                                              | 0.10<br>675.0/hr | 67.5    |
|            | RJR | Review<br>Review and analyze motions to dismiss filed by Non-Insider Defendants and joinders to the same                                        | 1.20<br>675.0/hr | 810.0   |
|            | RJR | Legal Research<br>Analyze arguments and draft preliminary responses to arguments raised in Non-Insider Defendants motion to dismiss             | 1.60<br>675.0/hr | 1,080.0 |
|            | JE  | Miscellaneous<br>Updated defense counsel information in SOAR                                                                                    | 0.50<br>300.0/hr | 150.0   |
|            | KC  | Correspondence<br>Emails with Akin and Morgan Lewis re: consolidation order                                                                     | 0.20<br>675.0/hr | 135.0   |
|            | RJR | Draft Pleading<br>Outline response to motions to dismiss                                                                                        | 1.30<br>675.0/hr | 877.5   |
| 1/21/2021  | KC  | Correspondence<br>Draft email & communications with ML re: MTD and consolidation                                                                | 0.30<br>675.0/hr | 202.5   |
|            | KC  | Phone client<br>Phone call with Akin re: MTD and consolidation                                                                                  | 0.80<br>675.0/hr | 540.0   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/21/2021 | KC | Legal Research<br>Internal review re: response deadlines | 0.20<br>675.0/hr | 135.0 |
| 1/22/2021 | KC | Phone Opp Atty<br>Phone call with ML | 0.10<br>675.0/hr | 67.5 |
| | KC | Correspondence<br>email with QIT2 counsel, unredact Ex A | 0.20<br>675.0/hr | 135.0 |
| 1/24/2021 | JS | Conference<br>Conference call with J David, M Boey, W. Sabin representing defendants, K. Casteel, David Zensky and D. Chapman re draft Stipulation. | 0.60<br>800.0/hr | 480.0 |
| 1/25/2021 | KC | Draft Pleading<br>Edits to consolidation motion, emails with co-counsel and ML concerning consolidation and counsel contact info | 1.00<br>675.0/hr | 675.0 |
| | RJR | Draft Pleading<br>Begin drafting response to motions to dismiss | 2.40<br>675.0/hr | 1,620.0 |
| 1/26/2021 | JE | Miscellaneous<br>Updated defense counsel information in SOAR | 0.20<br>300.0/hr | 60.0 |
| | KC | Draft Pleading<br>Further edits to consolidation motion, further emails with co-counsel and ML concerning consolidation and counsel contact info | 1.50<br>675.0/hr | 1,012.5 |
| | KC | File Review<br>Review of TX AG communications and documents, underlying subpoena documents concerning the same; internal discussions | 1.20<br>675.0/hr | 810.0 |
| 1/27/2021 | KC | Correspondence<br>further communications with co-counsel and ML re: consolidation motion | 0.50<br>675.0/hr | 337.5 |
| | KC | Correspondence<br>emails with Morritt re: certain subpoena recipients and info requests | 0.30<br>675.0/hr | 202.5 |
| | KC | File Review<br>Continuing file review of Texas Retirement System defendant documents, emails concerning the same | 2.00<br>675.0/hr | 1,350.0 |
| 1/28/2021 | JH | Miscellaneous<br>Researched new addresses and requested new summons in order to re-serve cases. | 0.58<br>300.0/hr | 175.0 |
| | KC | Phone Opp Atty<br>Meet & confer with defendants in both actions re: revised proposed order | 0.80<br>675.0/hr | 540.0 |
| | KC | Draft Pleading<br>Further edits to proposed order based on meet & confer; emails concerning the same | 0.30<br>675.0/hr | 202.5 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2021 | RJR | Draft Pleading<br>Continue creating response to motions to dismiss | 1.90<br>675.0/hr | 1,282.5 |
| | LNP | Draft<br>Draft, File and Serve Monthly Fee Application. | 1.00<br>300.0/hr | 300.0 |
| 2/1/2021 | JH | Miscellaneous<br>Prepped service documents for re-service and filed documents with the Court. | 1.08<br>300.0/hr | 325.0 |
| 2/3/2021 | KC | Correspondence<br>Emails wth Akin and ML re: consolidation motion | 0.40<br>675.0/hr | 270.0 |
| | KC | Phone Opp Atty<br>Phone call with TX AG | 0.20<br>675.0/hr | 135.0 |
| 2/4/2021 | KC | Draft<br>File review & draft and email status report to the client and discuss specific issues re: TX AG and Maverick defendants | 0.70<br>675.0/hr | 472.5 |
| | KC | File Review<br>File review in Preparation and assembly of for MTD analysis | 1.00<br>675.0/hr | 675.0 |
| | KC | File Review<br>File review-- underlying subpoena documents re: number of shares for Exhibit A | 1.00<br>675.0/hr | 675.0 |
| | KC | Correspondence<br>Emails with Maverick counsel | 0.20<br>675.0/hr | 135.0 |
| 2/5/2021 | VM | Legal Research<br>Advise re: Legal research, file review, and internal communications - 546(e) issue | 3.00<br>500.0/hr | 1,500.0 |
| 2/7/2021 | RJR | Draft Pleading<br>Continue analysis of case law for Motion to Dismiss response; apply cases to arguments in response | 2.40<br>675.0/hr | 1,620.0 |
| | VM | Legal Research<br>Advise re: Continued legal research & file review - 546(e) issue | 3.00<br>500.0/hr | 1,500.0 |
| 2/8/2021 | RJR | Draft Pleading<br>Continue creating responsive pleading to motions to dismiss; perform follow-up legal research regarding the same | 6.40<br>675.0/hr | 4,320.0 |
| | VM | Legal Research<br>Advise re: Continued legal research & internal communications - 546(e) issue | 5.00<br>500.0/hr | 2,500.0 |
| | KC | Legal Research<br>Case research, review MTD issues and review all filed documents | 4.00<br>675.0/hr | 2,700.0 |
| 2/9/2021 | JE | Miscellaneous<br>created and filed dismissal notice for 5 defendants | 1.00<br>300.0/hr | 300.0 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2021 | VM | Review<br>Advise re: Edited omnibus response & internal communications | 1.00<br>500.0/hr | 500.0 |
| | KC | Draft Pleading<br>case research/review MTD issues cont'd., review & make drafting and edits to response to MTD | 2.00<br>675.0/hr | 1,350.0 |
| 2/10/2021 | RJR | Draft Pleading<br>Revise omnibus response to motions to dismiss; review changes provided by J. Steinfeld and K. Casteel | 1.70<br>675.0/hr | 1,147.5 |
| | JS | Draft<br>Review and revise Draft Response to Motions to Dismiss. Emails from and to K. Casteel and R. Redding. | 1.50<br>800.0/hr | 1,200.0 |
| | JS | Draft<br>Review and revise Draft Response to Motions to Dismiss. Emails from and to K. Casteel and R. Redding. | 1.50<br>800.0/hr | 1,200.0 |
| | JS | Review<br>Review draft of Opposition to Motion to Dismiss. Made suggested changes comments on redline. Emails and phone calls to R. Redding and K. Casteel. | 1.50<br>800.0/hr | 1,200.0 |
| | KC | Draft Pleading<br>continue research, drafting and edits to response to MTD | 5.00<br>675.0/hr | 3,375.0 |
| 2/11/2021 | KC | Draft Pleading<br>Review additional internal revisions to MTD response | 0.50<br>675.0/hr | 337.5 |
| 2/14/2021 | RJR | Review<br>Review changes to response to motion to dismiss | 0.90<br>675.0/hr | 607.5 |
| 2/15/2021 | RJR | Draft Pleading<br>Review Akin changes to motion to dismiss response | 2.20<br>675.0/hr | 1,485.0 |
| | KC | Draft<br>Draft stipulation for briefing schedule | 0.80<br>675.0/hr | 540.0 |
| | KC | Review<br>Review co-counsel comments concerning response to MTD | 0.20<br>675.0/hr | 135.0 |
| 2/16/2021 | JH | Miscellaneous<br>Advise re: Advise re: prepped amended complaint to file with the Court, filed with the Court and requested second summons from Court in order to re-serve. | 0.75<br>300.0/hr | 225.0 |
| | JE | Miscellaneous<br>Drafted stipulation to dismiss; updated SOAR; filed document on the docket. | 0.50<br>300.0/hr | 150.0 |
| | RJR | Conference<br>Conference with Akin regarding motion to dismiss response. | 0.40<br>675.0/hr | 270.0 |

|            |     |                                                                                                                              | Hrs/Rate        | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 2/16/2021  | KC  | Draft Pleading<br>Continue review and edits of response to MTD after co-counsel commentary                                    | 2.70<br>675.0/hr | 1,822.5 |
|            | KC  | Phone client<br>phone call co-counsel concerning MTD                                                                          | 0.40<br>675.0/hr | 270.0   |
|            | KC  | Correspondence<br>Emails to ML re briefing stip and document sharing status                                                   | 0.30<br>675.0/hr | 202.5   |
|            | KC  | Review<br>Internal discussions/review docs re: amend name of defendant HSBC Bermuda Bank                                      | 0.20<br>675.0/hr | 135.0   |
| 2/17/2021  | RJR | Draft Pleading<br>Integrate changes to motion to dismiss response                                                             | 1.60<br>675.0/hr | 1,080.0 |
|            | KC  | Draft Pleading<br>Continue review and edits of response to MTD after co-counsel commentary                                    | 2.30<br>675.0/hr | 1,552.5 |
|            | KC  | Draft Pleading<br>draft declaration in support of response to MTD, Exhibit A                                                  | 0.50<br>675.0/hr | 337.5   |
|            | KC  | File Review<br>Review objections to motion to consolidate adversary proceedings                                               | 0.50<br>675.0/hr | 337.5   |
| 2/18/2021  | RJR | Draft Pleading<br>Review changes to motion to dismiss response                                                                | 0.40<br>675.0/hr | 270.0   |
|            | KC  | File Review<br>continue review of objections to motion to consolidate                                                         | 1.30<br>675.0/hr | 877.5   |
|            | KC  | Draft Pleading<br>begin draft response to objections to motion to consolidate                                                 | 3.50<br>675.0/hr | 2,362.5 |
| 2/19/2021  | JS  | Review<br>Review final draft of briefing opposition to motion to dismiss. Suggested changes. Telephone call to client concerning with Kara Casteel re changes. Telephone call to client concerning with David Zensky of Akin. | 1.50<br>800.0/hr | 1,200.0 |
|            | LNP | Draft Pleading<br>Finalize, file and serve Response to Motions to Dismiss                                                     | 0.50<br>300.0/hr | 150.0   |
|            | RJR | Draft Pleading<br>Review and sign declaration to motion to dismiss response                                                   | 0.20<br>675.0/hr | 135.0   |
|            | KC  | Draft Pleading<br>Finalize final edits to response to MTD                                                                     | 2.70<br>675.0/hr | 1,822.5 |
|            | KC  | Draft Pleading<br>continue drafting reply brief to motion to consolidate                                                      | 7.00<br>675.0/hr | 4,725.0 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2021 | KC | Draft Pleading | 1.80 | 1,215.0 |
| | | Review draft of reply brief for consolidation after commentary from co-counsel and make edits | 675.0/hr | |
| 2/22/2021 | JH | Miscellaneous | 0.42 | 125.0 |
| | | Prepped for re-service of HSBC Bank Bermuda Limited amended complaint and second summons and filed Certificate of Service with the Court. | 300.0/hr | |
| | LNP | Preparation | 0.50 | 150.0 |
| | | Finalize, File and Serve Reply to Objections related to the Motion to Consolidate. | 300.0/hr | |
| | KC | File Review | 0.40 | 270.0 |
| | | Review subpoena production re: HSBC Bank of Bermuda, emails to co-counsel on production | 675.0/hr | |
| | KC | Phone Opp Atty | 0.20 | 135.0 |
| | | Phone call HSBC Bank of Bermuda | 675.0/hr | |
| | KC | File Review | 3.00 | 2,025.0 |
| | | Preparation and assembly of for hearing on motion to consolidate | 675.0/hr | |
| | KC | Phone client | 0.70 | 472.5 |
| | | Phone call with co-counsel on motion hearing | 675.0/hr | |
| 2/23/2021 | JS | Court | 2.00 | 1,600.0 |
| | | Sears Shareholder- Motion to Consolidate Hearing Attend. Telephone call to client concerning with K Casteel after hearing to review Judge's decision | 800.0/hr | |
| | KC | Court | 1.70 | 1,147.5 |
| | | Attend telephonic hearing on motion to consolidate | 675.0/hr | |
| 2/24/2021 | KC | Draft Pleading | 0.30 | 202.5 |
| | | Review hearing notes on edits for proposed consolidation order, review proposed edits, provide further editing | 675.0/hr | |
| 2/26/2021 | JE | Miscellaneous | 0.20 | 60.0 |
| | | Filed stipulation to dismiss and updated SOAR. | 300.0/hr | |
| | | For professional services rendered | 281.42 | $166,529.2 |

**<u>Exhibit C</u>**

**Itemized Expenses**

| Disbursement Activity | Amount |
|---|---|
| Computerized Legal Research - Westlaw | $6,623.94 |
| Computerized Research – Other | $2.00 |
| Photocopies | $290.20 |
| Postage | $725.20 |
| Telephone | $4.52 |
| Court Fees | $350.00 |