UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re:                                                                  :        Chapter 11
:
SEARS HOLDINGS CORPORATION, *et al.*,[1]    :
:        Case No. 18-23538-rdd
Debtors.                       :
:        (Jointly Administered)
:
------------------------------------------------------------X

## APPELLANT TRANSFORM HOLDCO LLC'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant Transform Holdco LLC ("Transform"), by and through its undersigned counsel, hereby respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, this statement of issues to be presented and designation of items to be included in the record on appeal with respect to its appeal of this Court's *Order Granting the Debtors' Third Motion to Enforce the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 W. 44nd St., 17th Fl., New York, NY 10036.

*Asset Purchase Agreement* (ECF No. 9574) (the "Appealed Order")[2] before the United States District Court for the Southern District of New York (the "District Court").

## STATEMENT OF ISSUES ON APPEAL

1. Did the bankruptcy court (the "Bankruptcy Court") err in granting the *Debtors' Third Motion to Enforce the Asset Purchase Agreement* (ECF No. 9395) (the "Motion") and ordering Transform to effectuate payment to the Debtors of $6,274,398 in cash held in bank accounts owned by the Debtors' former Indian and Hong Kong subsidiaries?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Transform designates the following items for inclusion in the record on appeal. Each designated item shall also include any and all exhibits, documents, supplements and addenda annexed to and referenced within such items.

### DOCUMENTS FILED IN BANKRUPTCY COURT

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 405 | 11/1/2018 | Amended Order Implementing Certain Notice and Case Management Procedures |
| 856 | 11/21/2018 | Order Authorizing and Establishing Procedures for De Minimis Asset Sales and De Minimis Asset Abandonments |
| 1730 | 1/18/2019 | Notice of Successful Bidder and Sale Hearing |
| 2456 | 2/7/2019 | Notice of Filing Amendment to Asset Purchase Agreement |
| 2507 | 2/8/2019 | Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief |

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Appealed Order.

| 2599 | 2/14/2019 | Notice of Filing Executed (I) Employee Lease Agreement, (II) Services Agreement, and (III) Amendment No. 1 to the Asset Purchase Agreement |
| --- | --- | --- |
| 2766 | 3/6/2019 | Transform Holdco LLC's Motion to Assign Matter to Mediation |
| 2796 | 3/11/2019 | Debtors' (I) Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, and (II) Response to Transform Holdco LLC's Motion to Assign Matter to Mediation |
| 2864 | 3/18/2019 | Transform Holdco LLC's Response to Debtors' (I) Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of Its Motion to Assign Matter to Mediation |
| 2913 | 3/20/2019 | Debtors' Reply in Further Support of the Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property |
| 3011 | 4/2/2019 | Initial Supplemental Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property |
| 3079 | 4/8/2019 | Debtors Supplemental Memorandum of Law in Further Support of Their Motion to Enforce the Automatic Stay |
| 3156 | 4/11/2019 | Transform Holdco LLC's Supplemental Reply Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property |
| 3171 | 4/12/2019 | Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines |
| 3742 | 5/8/2019 | Order Enforcing Asset Purchase Agreement Against Transform Holdco LLC |
| 3880 | 5/15/2019 | Notice of Filing Second Amendment to the Asset Purchase Agreement |
| 4029 | 5/24/2019 | Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement |
| 4033 | 5/25/2019 | Transform Holdco LLC's Adversary Complaint |

| | | |
|---|---|---|
| 4390 | 6/28/2019 | Disclosure Statement for Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4430 | 7/3/2019 | Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement |
| 4464 | 7/8/2019 | Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement |
| 4476 | 7/9/2019 | Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 4478 | 7/9/2019 | Disclosure Statement for Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 4480 | 7/9/2019 | Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint |
| 4767 | 8/6/2019 | Supplemental Memorandum of Law in Support of Transform Holdco LLC's Adversary Complaint |
| 4973 | 8/23/2019 | Supplemental Memorandum of Law in Support of Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement |
| 5085 | 9/6/2019 | Reply Memorandum of Law in Further Support of Transform Holdco LLC's Adversary Complaint |
| 5139 | 9/13/2019 | Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5148 | 9/13/2019 | Declaration of Brian J. Griffith in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5370 | 10/15/2019 | Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief |
| 5796 | 11/8/2019 | Second Supplemental Memorandum of Law in Support of Transform Holdco LLC's Adversary Complaint |

| 6079 | 11/22/2019 | Debtors' Opposition to Transform Holdco LLC's Second Supplemental Memorandum of Law in Support of Its Adversary Complaint |
| --- | --- | --- |
| 6084 | 11/22/2019 | Motion of Debtors to Compel Turnover of Estate Property |
| 6150 | 12/6/2019 | Objection to Motion to Compel Turnover of Estate Property |
| 6327 | 1/10/2020 | Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement Agreement with Transform Holdco LLC |
| 6413 | 1/28/2020 | Order Approving Settlement Agreement Between the Debtors and Transform Holdco LLC |
| 6809 | 1/31/2020 | Notice of Withdrawal of the Debtors' (I) First Motion to Enforce, (II) Supplemental Motion to Enforce, and (III) Motion for Turnover |
| 8445 | 9/17/2020 | Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Second APA Settlement Agreement with Transform Holdco LLC |
| 9025 | 10/16/2020 | Order Approving Second APA Settlement Agreement Between the Debtors and Transform Holdco LLC |
| 9106 | 11/19/2020 | Motion of Debtors to Compel Turnover of Estate Property |
| 9138 | 12/3/2020 | Transform Holdco LLC's Brief in Opposition to the Debtors' Motion to Compel Turnover of Estate Property |
| 9156 | 12/8/2020 | Reply in Further Support of Motion of Debtors to Compel Turnover of Estate Property |
| 9261 | 1/22/2021 | Notice of Withdrawal of the Debtors' Motion to Compel Turnover of Estate Property |
| 9249 | 1/21/2021 | Sears Holdings:  Status Update Presentation to the Court |
| 9395 | 4/6/2021 | Debtors' Third Motion to Enforce the Asset Purchase Agreement |
| 9396 | 4/6/2021 | Declaration of Jennifer Brooks Crozier in Support of Debtors' Third Motion to Enforce the Asset Purchase Agreement |
| 9426 | 4/20/2021 | Transform Holdco LLC's Brief in Opposition to the Debtors' Third Motion to Enforce the Asset Purchase Agreement |

| 9427 | 4/20/2021 | Declaration of Charles W. Allen in Support of Transform Holdco LLC's Brief in Opposition to the Debtors' Third Motion to Enforce the Asset Purchase Agreement |
|---|---|---|
| 9436 | 4/23/2021 | Debtors' Reply in Further Support of Third Motion to Enforce the Asset Purchase Agreement |
| 9437 | 4/23/2021 | Declaration of Enrique Acevedo in Support of Debtors' Reply in Further Support of Third Motion to Enforce the Asset Purchase Agreement |
| 9440 | 4/26/2021 | Notice of Agenda of Matters Scheduled for Telephonic Hearing on April 27, 2021 at 10:00 a.m. |
| 9445 | 4/27/2021 | Sears Holdings: Status Update Presentation to the Court |
| 9483 | 5/11/2021 | Supplemental Memorandum of Law in Opposition to the Debtors' Third Motion to Enforce the Asset Purchase Agreement |
| 9485 | 5/11/2021 | Declaration of Sean A. O'Neal in Support of Transform Holdco LLC's Supplemental Memorandum of Law in Opposition to the Debtors' Third Motion to Enforce the Asset Purchase Agreement |
| 9486 | 5/11/2021 | Declaration of Keith Stopen in Support of Transform Holdco LLC's Supplemental Memorandum of Law in Opposition to the Debtors' Third Motion to Enforce the Asset Purchase Agreement |
| 9506 | 5/18/2021 | Declaration of William Murphy in Support of Debtors' Supplemental Reply in Further Support of Third Motion to Enforce the Asset Purchase Agreement |
| 9507 | 5/18/2021 | Debtors' Supplemental Reply in Further Support of Third Motion to Enforce the Asset Purchase Agreement |
| 9508 | 5/18/2021 | Joinder of the Official Committee of Unsecured Creditors to Debtors' Supplemental Reply in Further Support of Third Motion to Enforce the Asset Purchase Agreement |
| 9574 | 6/15/2021 | Order Granting the Debtors' Third Motion to Enforce the Asset Purchase Agreement |
| 9576 | 6/16/2021 | Motion of Transform Holdco LLC for a Stay Pending Appeal |
| 9578 | 6/16/2021 | Motion of Transform Holdco LLC for Order Shortening Notice with Respect to Motion of Transform Holdco LLC for a Stay Pending Appeal |

6

| 9581 | 6/16/2021 | Notice of Appeal |
| N/A | N/A | Copy of Bankruptcy Court Docket Report through June 30, 2021 |

## TRANSCRIPTS OF PROCEEDINGS

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 2700 | 2/5/2019 | Transcript Regarding Hearing Held on 2/4/2019 |
| 2869 | 2/8/2019 | Transcript Regarding Hearing Held on 2/6/2019 |
| 2886 | 2/11/2019 | Transcript Regarding Hearing Held on 2/7/2019 |
| 3758 | 3/22/2019 | Transcript Regarding Hearing Held on 3/21/2019 |
| 4800 | 8/9/2019 | Transcript Regarding Hearing Held on 7/11/2019 |
| 9 (in Adversary Proceeding 19-08262) | 10/17/2019 | Transcript Regarding Hearing Held on 9/12/2019 |
| 5463 | 10/22/2019 | Transcript Regarding Hearing Held on 4/18/2019 |
| 9465 | 5/5/2021 | Transcript Regarding Hearing Held on 4/27/2021 |

Dated: New York, New York
June 30, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ *Andrew Weaver*
   Sean A. O'Neal
   Andrew Weaver
   Samuel Levander

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for Transform Holdco LLC*