# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
June 15, 2021
Invoice 340049736

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2021

| | |
|---|---|
| Current Fees | $ 81,312.00 |
| Total Current Activity | $ 81,312.00 |
| Total Due for This Invoice | $ 81,312.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:                              Account No.: 496-8375493<br>Wells Fargo Bank, NA                ACH ABA No.: 121000248<br>420 Montgomery St                      Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

June 15, 2021
Invoice 340049736

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2021

| | |
|---|---|
| Current Fees | $ 81,312.00 |
| Total Current Activity | $ 81,312.00 |
| Total Due for This Invoice | $ 81,312.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:             Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 15, 2021
Invoice 340049736
Page 2 of 7

## FOR PROFESSIONAL SERVICES THROUGH 05/31/21

### FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| **Fee Application** | | | | |
| 05/02/21 | FEE APPLICATION | Draft, review and revise supplemental fee examiner declaration, notice of appearance and disclosure affidavit. | 4063 | 1.80 hrs. |
| 05/03/21 | FEE APPLICATION | Further drafting, review and revision of supplemental fee examiner declaration, notice of appearance and disclosure affidavit. | 4063 | 2.30 hrs. |
| 05/05/21 | FEE APPLICATION | Comprehensive review, analysis and revision of draft preliminary report of fee examiner on sixth interim Weil Gotshal fee and expense application and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (5.40); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.40).; review and prepare comments on draft proposed order granting seventh interim fee and expense applications of professionals (.20); correspondence with C. McClamb regarding same (.10). | 4063 | 6.10 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 15, 2021
Invoice 340049736
Page 3 of 7

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 05/06/21 | FEE APPLICATION | Further comprehensive review, analysis and revision of draft preliminary report of fee examiner on sixth interim Weil Gotshal fee and expense application and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (4.70); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.60).; review and analyze debtors' motion for approval of revised agreements with contingency fee professionals (.80); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.20). | 4063 | 6.30 hrs. |
| 05/07/21 | FEE APPLICATION | Further comprehensive review, analysis and revision of draft preliminary report of fee examiner on sixth interim Weil Gotshal fee and expense application and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (2.40); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.20).; comprehensive review, analysis and revision of draft preliminary report of fee examiner on sixth interim Morrit Hock fee and expense application and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (3.60); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.20). | 4063 | 6.40 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 15, 2021
Invoice 340049736
Page 4 of 7

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 05/10/21 | FEE APPLICATION | Further comprehensive review, analysis, revision and finalization of draft preliminary report of fee examiner on sixth interim Weil Gotshal fee and expense application and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (1.20); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.40).; further comprehensive review, analysis and revision of draft preliminary report of fee examiner on first and second interim Morrit Hock fee and expense applications and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (4.20); telephone conferences and correspondence with V. Marriott, C. McClamb and M. Vesper regarding same (.30). | 4063 | 6.10 hrs. |
| 05/11/21 | FEE APPLICATION | Review and finalize draft preliminary reports of fee examiner on sixth interim Weil Gotshal and first/second interim Morrit Hock fee and expense applications and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (3.40); telephone conferences and correspondence with V. Marriott, C. McClamb and M. Vesper regarding same (.50). | 4063 | 3.90 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP  
333 South Hope Street 43rd Floor  
Los Angeles, CA 90071-1422  
213-620-1780 main  
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses  
Paul E. Harner

June 15, 2021  
Invoice 340049736  
Page 5 of 7

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 05/12/21 | FEE APPLICATION | Review and finalize draft preliminary report of fee examiner on sixth interim Weil Gotshal fee and expense application and related exhibits with respect to prospective fee and expense objections, including time and disbursement detail (1.80); draft, revise, finalize and transmit related correspondence to R. Schrock and G. Fail (.60); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.30); correspondence with R. Schrock regarding same (.20). | 4063 | 2.90 hrs. |
| 05/14/21 | FEE APPLICATION | Comprehensive review and revision of draft status report regarding fee examiner's review of, and preliminary reports on, professionals' interim fee and expense applications (2.30); telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb regarding same (.40). | 4063 | 2.70 hrs. |
| 05/17/21 | FEE APPLICATION | Review, revise, finalize and transmit fee examiner's preliminary report regarding first and second interim Moritt Hock fee and expense applications and related exhibits regarding prospective objections to time and disbursements detail (2.30); draft and revise related correspondence to Moritt Hock (.20); telephone conferences and correspondence with V. Marriott, C. McClamb and M. Vesper regarding same (.30). | 4063 | 2.80 hrs. |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 15, 2021
Invoice 340049736
Page 6 of 7

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 05/18/21 | FEE APPLICATION | Telephone conferences and correspondence with V. Marriott and C. McClamb regarding administrative expense claimants' representative inquiry and discussions. | 4063 | .20 hrs. |
| 05/21/21 | FEE APPLICATION | Further telephone conferences and correspondence with V. Marriott and C. McClamb regarding administrative expense claimants' representative inquiry and discussions (.20); review preference firms' statement in support of proposed revisions to contingency fee arrangements (.30). | 4063 | .50 hrs. |
| 05/24/21 | FEE APPLICATION | Prepare for and participate in conference call with administrative claims representative, ACR counsel, V. Marriott and C. McClamb regarding estate's ongoing incurrence of professional fees and related administrative solvency issues (1.10); preparatory and follow-up telephone conferences with V. Marriott regarding same (.30); review interim fee applications and otherwise prepare generally for May 25 bankruptcy court hearing on same (1.40). | 4063 | 2.80 hrs. |
| 05/25/21 | FEE APPLICATION | Prepare for and participate in omnibus bankruptcy court hearing regarding seventh interim fee and expense applications (1.20); preparatory and follow-up telephone conferences with V. Marriott regarding same (.40); review and analyze draft preliminary reports regarding interim fee and expense applications and accompanying exhibits with respect to prospective objections (3.10). | 4063 | 4.70 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 15, 2021
Invoice 340049736
Page 7 of 7

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 05/26/21 | FEE APPLICATION | Extended telephone conference with V. Marriott regarding bankruptcy court's ruling on application for approval of enhanced contingency fee arrangements (.20); further review and analysis of draft preliminary reports on interim fee and expense applications and accompanying exhibits with respect to prospective fee and expense objections (3.10). | 4063 | 3.30 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr | Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 52.80 | $ 1,540.00 | $ 81,312.00 |
| | **Total Fees for Professional Services** | | | **$ 81,312.00** |

## SUMMARY OF PHASES

| Task | Task Description | Hours | Dollars |
|---|---|---|---|
| FEE APPLICATION | Fee Application | 52.80 | $ 81,312.00 |
| | **TASKTOTALS** | **52.80** | **$ 81,312.00** |