# **EXHIBIT B**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                              June 24, 2021
1675 Broadway                                               Invoice No. 20210605510
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $50,027.50 |
| Less Unallocated Applied | ($7,284.00) |
| **Total Invoice Amount** | **$42,743.50** |

| 071820.03 - 00317415 | | | | June 24, 2021 |
| --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | Invoice No. 20210605510 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| Vesper,M.A. | 05/03/21 | Draft twenty-second monthly joint fee application and send same to T. Daluz and C. McClamb | 420.00 | 0.90 | 378.00 |
| Daluz,T.M. | 05/05/21 | Review and revise monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 05/07/21 | Finalize monthly fee application for filing. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 05/07/21 | Correspondence with P. Harner regarding same. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 05/07/21 | Review and edit monthly fee statement | 545.00 | 0.80 | 436.00 |
| Vesper,M.A. | 05/07/21 | Revise twenty-second monthly joint fee application based on edits from T. Daluz and send same to C. McClamb | 420.00 | 0.30 | 126.00 |
| Daluz,T.M. | 05/10/21 | Attend to monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 05/11/21 | Attend to monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 05/25/21 | Attend to monthly fee application issues. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 05/25/21 | Review changes to proposed interim fee order | 545.00 | 0.30 | 163.50 |
| Marriott, III,V.J. | 05/27/21 | Attend to fee application | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 05/27/21 | Review and prepare exhibits for fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 05/27/21 | Correspondence with V. Marriott regarding form of fee combined application going forward. | 995.00 | 0.30 | 298.50 |
| Vesper,M.A. | 05/27/21 | Draft twenty-third monthly fee application and e-mails with T. Daluz and C. McClamb re: same | 420.00 | 1.20 | 504.00 |
| Daluz,T.M. | 05/28/21 | Review and revise monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 05/28/21 | Correspondence with P. Harner regarding approval and incorporation of fee examiner's time. | 995.00 | 0.20 | 199.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | June 24, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210605510 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 05/28/21 | Draft twenty-third monthly fee application and e-mail to T. Daluz and C.McClamb and review e-mails re: same | 420.00 | 0.40 | 168.00 |
| **Total B160** | | | | **10.80** | **8,659.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 05/03/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| Marriott, III,V.J. | 05/04/21 | Attend to issues re: P. Harner move to new firm | 1,085.00 | 0.50 | 542.50 |
| McClamb,C.D. | 05/04/21 | Review and revise Herrick preliminary report exhibits | 545.00 | 3.00 | 1,635.00 |
| Marriott, III,V.J. | 05/05/21 | Attend to matters related to transition of examiner to new firm | 1,085.00 | 0.40 | 434.00 |
| Daluz,T.M. | 05/05/21 | Correspondence with V. Marriott and C. McClamb regarding supplemental EOA. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 05/05/21 | Review proposed order granting fee applications | 545.00 | 0.20 | 109.00 |
| Marriott, III,V.J. | 05/06/21 | Attend to revision to entry of appearance (0.2); review correspondence re: next fee hearing (0.1) | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 05/06/21 | Correspondence with P. Harner, V. Marriott, and C. McClamb regarding increase in contingent fee caps. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/06/21 | Review FTI updated report. | 995.00 | 2.00 | 1,990.00 |
| Daluz,T.M. | 05/06/21 | Review motion to increase contingent fee cap. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 05/06/21 | Emails with P. Harner and P. Donato re: interim fee order | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 05/06/21 | Review and analyze contingency professionals engagement motion | 545.00 | 1.00 | 545.00 |
| McClamb,C.D. | 05/06/21 | Emails with P. Harner and V. Marriott re: contingency professionals engagement motion | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 05/06/21 | Correspond with M. Vesper re: preliminary reports and review status | 545.00 | 0.70 | 381.50 |

071820.03 - 00317415                                                                                   June 24, 2021
Tobey M. Daluz                                                                           Invoice No. 20210605510

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 05/06/21 | Review and revise FTI Consulting preliminary report for second through six fee applications and exhibit for excessive time preparing fees and send same to T. Daluz and C. McClamb | 420.00 | 0.60 | 252.00 |
| Vesper,M.A. | 05/06/21 | Revise preliminary report and exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application | 420.00 | 1.90 | 798.00 |
| Vesper,M.A. | 05/06/21 | Correspond with C. McClamb re: Herrick, Feinstein LLP preliminary report and exhibits | 420.00 | 0.10 | 42.00 |
| Marriott, III,V.J. | 05/07/21 | Review and revise Weil preliminary report | 1,085.00 | 0.50 | 542.50 |
| Daluz,T.M. | 05/07/21 | Review changes to Weil report. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 05/07/21 | Emails with P. Harner re: preliminary reports and review status | 545.00 | 0.60 | 327.00 |
| McClamb,C.D. | 05/07/21 | Correspond with M. Vesper re: preliminary reports and review status | 545.00 | 1.00 | 545.00 |
| Vesper,M.A. | 05/07/21 | Revise preliminary report and exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application based on comments from C. McClamb | 420.00 | 2.50 | 1,050.00 |
| Vesper,M.A. | 05/07/21 | Correspondence with C. McClamb re: preliminary report exhibits and fee review status | 420.00 | 0.30 | 126.00 |
| Vesper,M.A. | 05/07/21 | E-mails to C. McClamb, K. Neitzel, and C. Pollard re: status of fee data upload to Relativity | 420.00 | 0.10 | 42.00 |
| Neitzel,K.N. | 05/07/21 | Download additional fee data and respond to emails re: status | 310.00 | 0.50 | 155.00 |
| Vesper,M.A. | 05/09/21 | Revise preliminary report and exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application | 420.00 | 0.80 | 336.00 |
| Marriott, III,V.J. | 05/10/21 | Review correspondence from examiner re: latest Weil fee filing | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 05/10/21 | Review status of next round of preliminary reports | 1,085.00 | 0.20 | 217.00 |

Page 4

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | June 24, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210605510 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 05/10/21 | Review status chart. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 05/10/21 | Correspondence with P. Harner, V. Marriott and C. McClamb regarding retention terms for firms that have not filed interims. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 05/10/21 | Conference with P. Harner and M. Vesper re: Weil preliminary report and review status | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 05/10/21 | Correspondence with M. Vesper re: preliminary reports and review status | 545.00 | 1.40 | 763.00 |
| McClamb,C.D. | 05/10/21 | Update review status chart | 545.00 | 1.00 | 545.00 |
| McClamb,C.D. | 05/10/21 | Draft status report | 545.00 | 1.60 | 872.00 |
| McClamb,C.D. | 05/10/21 | Emails with P. Harner re: review status | 545.00 | 0.60 | 327.00 |
| McClamb,C.D. | 05/10/21 | Draft letter transmitting Weil preliminary report | 545.00 | 0.40 | 218.00 |
| Vesper,M.A. | 05/10/21 | Phone call with P. Harner and C. McClamb re: Weil sixth preliminary report | 420.00 | 0.50 | 210.00 |
| Vesper,M.A. | 05/10/21 | Revise Weil sixth preliminary report and exhibits based on comments from P. Harner and V. Marriott and generate combined PDF of same and send to C. McClamb | 420.00 | 1.60 | 672.00 |
| Vesper,M.A. | 05/10/21 | Correspondence with C. McClamb re: Weil sixth preliminary report revisions | 420.00 | 0.10 | 42.00 |
| Vesper,M.A. | 05/10/21 | Revise preliminary report and exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application | 420.00 | 1.00 | 420.00 |
| Marriott, III,V.J. | 05/11/21 | Review status of next round of preliminary reports | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 05/11/21 | Emails with C. Jimenez re: status of Akin review | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 05/11/21 | Review retention applications for professionals without fee applications | 545.00 | 0.80 | 436.00 |
| McClamb,C.D. | 05/11/21 | Edits to status report | 545.00 | 0.80 | 436.00 |

071820.03 - 00317415  
Tobey M. Daluz

June 24, 2021  
Invoice No. 20210605510

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 05/11/21 | Emails with K. Neitzel and V. Martinez re: issues with uploading fee data | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 05/11/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.60 | 327.00 |
| Vesper,M.A. | 05/11/21 | Revise preliminary report and exhibits for Herrick, Feinstein LLP's combined first, second, and third interim fee application and send updated preliminary report and exhibits to C. McClamb | 420.00 | 1.70 | 714.00 |
| Jimenez,C. | 05/11/21 | Coordinate assembly of exhibits for report addressing Akin's 6th fee application | 470.00 | 0.20 | 94.00 |
| Marriott, III,V.J. | 05/12/21 | Review correspondence and attachments from Examiner to Weil re: sixth interim fee report (0.4); review correspondence from Weil re: timing of fee report discussions (0.2) | 1,085.00 | 0.60 | 651.00 |
| Daluz,T.M. | 05/12/21 | Finalize FTI preliminary report. | 995.00 | 1.20 | 1,194.00 |
| Daluz,T.M. | 05/12/21 | Review and finalize Weil report and transmission. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 05/12/21 | Revise Morrit Hock report. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 05/12/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 05/12/21 | Update preliminary report and transmittal letter for Weil's sixth interim fee application and e-mail same to P. Harner, V. Marriott, T. Daluz, and C. McClamb | 420.00 | 0.40 | 168.00 |
| Vesper,M.A. | 05/12/21 | E-mail K. Neitzel, C. Pollard, and C. McClamb re: fee data upload - update request | 420.00 | 0.10 | 42.00 |
| Vesper,M.A. | 05/12/21 | Correspond with C. McClamb re: transmittal letter and preliminary report for Weil's sixth interim fee application | 420.00 | 0.10 | 42.00 |
| Blessing,B. | 05/12/21 | Prepare and format exhibits to preliminary report regarding sixth interim fee and expense application of Akin, Gump, Strauss, hauer & Feld LLP. | 175.00 | 2.20 | 385.00 |

071820.03 - 00317415  
Tobey M. Daluz

June 24, 2021  
Invoice No. 20210605510

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 05/13/21 | Review Weil issues. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/13/21 | Review FTI issues. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/13/21 | Review notices regarding next interim fee application hearing. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/13/21 | Review pleadings related to increase in fee cap. | 995.00 | 0.20 | 199.00 |
| Vesper,M.A. | 05/13/21 | Correspond with C. McClamb and e-mail C. McClamb, K. Neitzel, and C. Pollard re: follow up on sears fee data upload update request | 420.00 | 0.20 | 84.00 |
| Neitzel,K.N. | 05/13/21 | Prepare and import fee data into Relativity workspace for attorney review | 310.00 | 3.20 | 992.00 |
| Marriott, III,V.J. | 05/14/21 | Revise latest Weil report (0.3); review correspondence from P. Harner re: same (0.2) | 1,085.00 | 0.50 | 542.50 |
| Daluz,T.M. | 05/14/21 | Review status pleading to be filed in the bankruptcy court. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/14/21 | Correspondence with P. Harner, V. Marriott and C. McClamb regarding same. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/14/21 | Review revisions from V. Marriott. | 995.00 | 0.10 | 99.50 |
| McClamb,C.D. | 05/14/21 | Emails with P. Harner and V. Marriott re: status report | 545.00 | 0.50 | 272.50 |
| Neitzel,K.N. | 05/14/21 | Prepare and import fee data into Relativity workspace for attorney review | 310.00 | 2.00 | 620.00 |
| Daluz,T.M. | 05/17/21 | Correspondence with C. McClamb regarding objection deadline on interim fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 05/17/21 | Correspondence with P. Harner regarding Morritt Hock report and objections. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/17/21 | Review request from fee examiner regarding documents. | 995.00 | 0.10 | 99.50 |
| McClamb,C.D. | 05/17/21 | Correspond with M. Vesper re: Morrit preliminary report | 545.00 | 0.40 | 218.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | June 24, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210605510 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 05/17/21 | Emails with P. Harner re: Morrit preliminary report | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 05/17/21 | Compile and update preliminary report and transmittal letter for Moritt's first and second interim fee applications and e-mail same to P. Harner and C. McClamb and correspond with C. McClamb re: same | 420.00 | 0.90 | 378.00 |
| Pollard,C.P. | 05/18/21 | Upload and enter fee data into Relativity for attorney review. | 340.00 | 1.30 | 442.00 |
| Marriott, III,V.J. | 05/18/21 | Review correspondence re: administrative claims representative from C. McClamb and P. Harner | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 05/18/21 | Correspondence with P. Harner, V. Marriott and C. McClamb regarding administrative claim representation. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 05/18/21 | Emails with counsel to Administrative Claims Representative | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 05/18/21 | Emails with P. Harner, V. Marriott and T. Daluz Administrative Claims Representative | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 05/18/21 | Follow up e-mail with C. McClamb, C. Pollard, and K. Neitzel re: fee data upload status | 420.00 | 0.10 | 42.00 |
| Daluz,T.M. | 05/19/21 | Follow-up correspondence with P. Harner and V. Marriott regarding administrative claim representation. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 05/20/21 | Emails with P. Harner and V. Marriott re: administrative claims | 545.00 | 0.40 | 218.00 |
| Daluz,T.M. | 05/21/21 | Review docket and pleadings regarding amended terms of engagement and objections thereto. | 995.00 | 1.00 | 995.00 |
| McClamb,C.D. | 05/21/21 | Emails with P. Harner, V. Marriott and Administrative claim Representative re: call | 545.00 | 0.80 | 436.00 |
| Vesper,M.A. | 05/21/21 | Review Herrick, Feinstein LLP's fourth interim fee application expense and time entries | 420.00 | 4.60 | 1,932.00 |

| 071820.03 - 00317415 | | | | | June 24, 2021 |
| --- | --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | | Invoice No. 20210605510 |

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| Vesper,M.A. | 05/21/21 | E-mail C. McClamb, C. Pollard, and K. Neitzel re: fee data upload update request | 420.00 | 0.10 | 42.00 |
| Pollard,C.P. | 05/24/21 | Prepare fee and expense exhibits for Herrick Feinstein - 11/1/202 - 2/28/2021 | 340.00 | 0.60 | 204.00 |
| Marriott, III,V.J. | 05/24/21 | Conference with P. Harner, C. McClamb and administrative creditor representative re: status of professional claims | 1,085.00 | 0.50 | 542.50 |
| McClamb,C.D. | 05/24/21 | Conference Call with P. Harner, V. Marriott and counsel to the administrative claims representative | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 05/24/21 | Emails with V. Marriott re: Interim Fee Hearing | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 05/24/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 05/24/21 | Emails with M. Vesper and C. Pollard re: status of fee review data | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 05/24/21 | Revise draft of Herrick, Feinstein LLP preliminary report to include fourth interim fee application | 420.00 | 2.10 | 882.00 |
| Marriott, III,V.J. | 05/25/21 | Prepare for and participate in omnibus hearing | 1,085.00 | 1.00 | 1,085.00 |
| Daluz,T.M. | 05/25/21 | Correspondence with P. Harner regarding same. | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 05/25/21 | Correspondence with V. Marriott regarding coverage of fee hearing with client. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/25/21 | Review proposed order regarding interim fee applications. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 05/25/21 | Correspondence with V. Marriott and C. McClamb regarding the same. | 995.00 | 0.20 | 199.00 |
| Marriott, III,V.J. | 05/26/21 | Review recent filings (0.2); attend to file transfer to Examiner's new firm (0.3) | 1,085.00 | 0.50 | 542.50 |
| Neitzel,K.N. | 05/26/21 | Prepare fee data to be imported into Relativity workspace for attorney review | 310.00 | 0.70 | 217.00 |

Page 9

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | June 24, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210605510 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 05/26/21 | Revise Akin sixth fee report, and review and update exhibits for report | 470.00 | 4.30 | 2,021.00 |
| **Total B170** | | | | 71.70 | 41,368.50 |
| **Total Fees** | | | | 82.50 | $50,027.50 |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 17.10 | 995.00 | 17,014.50 |
| Marriott, III,V.J. | 6.00 | 1,085.00 | 6,510.00 |
| McClamb,C.D. | 21.80 | 545.00 | 11,881.00 |
| Vesper,M.A. | 22.60 | 420.00 | 9,492.00 |
| Jimenez,C. | 4.50 | 470.00 | 2,115.00 |
| Neitzel,K.N. | 6.40 | 310.00 | 1,984.00 |
| Pollard,C.P. | 1.90 | 340.00 | 646.00 |
| Blessing,B. | 2.20 | 175.00 | 385.00 |
| **Total Fees** | **82.50** | | **$50,027.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                              June 24, 2021
1675 Broadway                                                                                          Invoice No. 20210605510
New York, NY 10019

---

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED</u> through May 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $50,027.50 |
| Less Unallocated Applied | ($7,284.00) |
| **Total Invoice Amount** | **$42,743.50** |

*REMITTANCE* (watermark)

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 302.252.4465 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days