June 28, 2021

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY  10601

Dear Judge Drain,

I am a former employee of Sears Holdings that was impacted due to layoff and subsequent filing for Chapter 11 bankruptcy.  As a result of the bankruptcy, my severance was halted pending resolution of the bankruptcy.  At the time, I was due $12,900.00 which would surely have made a huge difference in my ability to sustain an income while pursuing new employment.  Since that time, I have closely monitored the case information and it seems that the attorneys and third party administrators are doing quite well. I would imagine that you would be able to understand the frustration I and others are experiencing while we wait for resolution.

My role at Sears was Human Resource Manager.  The last six months of my employment were spent reassuring call center employees that Sears could be trusted and that they would be taken care of.  This was an extremely difficult task given the fact that I had come to feel exactly the opposite as a result of my interaction with management.  What happened to those employees was, at the very least, pretty despicable.  Thank goodness they did receive their severance and they were able to begin a new chapter in their careers.  I thought for sure that would be the case for me but, as we know, it wasn't the case at all.

In summary, I hope that there will soon be a resolution to my "reduced/reclassified priority" claim and I will be able to put this matter to rest.  I can't help but imagine that you must feel the same.

Thank you for your consideration.

Sincerely,

Jo Anne Mullis, PHR (Claim #4172)
735 Timberlane Trail
Salisbury, NC  28147
JoMullis1234@gmail.com

June 28, 2021

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Dear Judge Drain:

I am a former employee of Sears Holdings [illegible] subsequent filing for Chapter 11 bankruptcy. As a result of the bankruptcy, my severance was halted pending resolution of the bankruptcy. At the time I was due $12,900.00 which would surely have made a huge difference in my ability to sustain an income while pursuing new employment. Since that time I have closely monitored the case information and it seems that the attorneys and third party administrators are doing quite well. I would imagine that you would be able to understand the frustration I and others are experiencing while we wait for resolution.

My role at Sears was Human Resource Manager. The last six months of my employment were spent reassuring call center employees that Sears could be trusted and that they would be taken care of. This was an extremely difficult task given the fact that I had come to feel exactly the opposite as a result of my interaction with management. What happened to those employees was, at the very least, pretty despicable. Thank goodness they did receive their severance and they were able to begin a new chapter in their careers. I thought for sure that would be the case for me but, as we know, it wasn't the case at all.

In summary, I hope that there will soon be a resolution to my "[illegible] priority" claim and I will be able to put this matter to rest. I can't help but imagine that you must feel the same.

Thank you for your consideration.

Sincerely,

Jo Anne Mullis, [illegible] (Claim [illegible])
795 Timberlane Trail
Salisbury, NC 28147
JoMullis1234@gmail.com