Christopher J. Major, Esq.
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cjm@msf-law.com

*Attorneys for Royal Consumer Products, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### WITHDRAWAL OF ROYAL CONSUMER PRODUCTS, LLC'S OBJECTION AND RESERVATION OF RIGHTS (ECF 8070) IN RESPONSE TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIMS (DUPLICATE CLAIMS)

Royal Consumer Products, LLC ("RCP" or "Claimant"), by its undersigned counsel,

respectfully submits this withdrawal of its objection and reservation of rights (the "Response)

(ECF 80870) to Debtors' Nineteenth Omnibus Objection to Proofs of Claim (Duplicate

Claims) ECF 8017 (the" Objection), based on upon a negotiated resolution with Debtors.

Dated: New York, New York
           July 12, 2020

Respectfully submitted,

ROYAL CONSUMER PRODUCTS, LLC

By: /s/ Christopher J. Major
        Christopher J. Major, Esq.
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cjm@msf-law.com

**<u>Certification of Service</u>**

I hereby certify that on July 12, 2021 I caused a copy of the within Withdrawal of Royal Consumer Products LLC's Objection and Reservation of Rights in Response to Debtors' Nineteenth Omnibus Objection (Duplicate Claims) to be served on all parties in-interest via the Court's CM/ECF System.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ Christopher J. Major
Christopher J. Major

2