B2100A (Form 210A) (01/15)



# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Sears Holdings Corporation**  Case No. **18-23538**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **QUANZHOU BAOFENG SHOES CO LTD** | **Bradford Capital Holdings, LP** |

Address of Transferor:

**HUOJU INDUSTIRIAL ZONE**
**QUANZHOU, CHINA**
**Strong Shi**

Address of Transferee:

**P.O. Box 4353**
**Clifton, NJ 07012**
**Brian L. Brager**
**bbrager@bradfordcapitalmgmt.com**

| Schedule/Claim No. | Creditor Name | Date Claim Filed | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Sch. No. | QUANZHOU BAOFENG SHOES CO LTD | N/A | $5,760.00 | Sears Holdings Corporation | 18-23538 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By:  /s/  Brian Brager
Transferee/Transferee's Agent

Date:  07/12/2021

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____  _____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM (ADMIN ONLY)

TO:    United States Bankruptcy Court
       Southern District of New York
       Attention: Clerk

AND TO:    Sears Holdings Corporation ("Debtor")
           Case No. 18-23538

Proof of Claim #
Schedule #: 182353801017461

QUANZHOU BAOFENG SHOES CO LTD, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Administrative Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Administrative Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Administrative Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated as of 7/12/2021.

| QUANZHOU BAOFENG SHOES CO LTD | Bradford Capital Holdings, LP |
|---|---|
| | By: Bradford Capital GP, LLC, its General Partner |
| By: *[signature]* | By: *Brian Brager* (DocuSigned) |
| Name: STRONG SHI. | Name: Brian Brager |
| Title: SALES DIRECTOR. | Title: Managing Member |