| Check Date | Check Amount | Claimant Name | Address |
|---|---|---|---|
| 8/5/20 | 9,497.06 | MOGI BRANDING LLC | 2158 CUMBERLAND PARKWAY SE ATLANTA GA 30339 |
| 8/5/20 | 125.98 | MOVEABLE CONTAINER STORAGE INC | BOX 531659 COLLEGE PARK GA 30349 |
| 8/5/20 | 1,152.00 | MR SOLUTIONS INC | 161 N GIBSON RD HENDERSON NV 89014 |
| 8/5/20 | 2,143.01 | MS PORTFOLIO LLC STORE 1247 LUBBOCK TX | DUSTIN P BRANCH ESQ BALLARD SPAHR LLP 2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 850.17 | MUBARAK REYNOLDSON | 13240 NORTH TAMIAMI TRAIL SUITE 208 NAPLES FL 34110 |
| 8/5/20 | 6,893.48 | MULTIPET INTERNATIONAL INC | 265 W COMMERCIAL AVENUE MOONACHIE NJ 07074 |
| 8/5/20 | 187.20 | MVS ENTERPRISE USA | HC-71 BOX 3390 NARANJITO PR 00719 |
| 8/5/20 | 12,160.00 | MYERS MEDIA GROUP LLC | 10525 VISTA SORRENTO PARKWAY SUITE 220 SAN DIEGO CA 92121 |
| 8/5/20 | 2,537.00 | NATICO ORIGINALS INC | 1470 OLD COUNTRY ROAD PLAINVIEW NY 11803 |
| 8/5/20 | 771.77 | NHEARIERS BUSTAMANTE | 3525 GRANTWOOD WAY CARMICHAEL CA 95608 |
| 8/5/20 | 28.64 | NORCAL KENWORTH | 1755 ADAMS AVENUE SAN LEANDRO CA 94577 |
| 8/5/20 | 639.11 | NORMAN E MCLASH | 4826 NORTH 35TH PLACE PHOENIX AZ 85018 |
| 8/5/20 | 8,429.95 | NOVA WILDCAT BULLDOG LLC | 4051 S IOWA AVENUE ST FRANCIS WI 53235 |
| 8/5/20 | 52.60 | OHIO DEPARTMENT OF COMMERCE | TREASURER STATE OHIO FIRE MRSHL 6606 TUSSING RD REYNOLDSBURG OH 43068 |
| 8/5/20 | 6,215.08 | OLD WORLD INDUSTRIES LLC | P O BOX 934618 ATLANTA GA 31193 |
| 8/5/20 | 8,466.50 | OLYMPIA TOOLS INTERNATIONAL INC | 18051 ARENTH AVE CITY OF INDUSTRY CA 91748 |
| 8/5/20 | 12,025.75 | OPSTECHNOLOGY INC | P O BOX 671569 DALLAS TX 75267 |
| 8/5/20 | 10,895.18 | OUR ALCHEMY LLC | 5900 WILSHIRE BLVD LOS ANGELES CA 90036 |
| 8/5/20 | 376.31 | PARKE-DAVIS ASSOCIATES INC | 3310 PONCE DE LEON AVENUE JOSIE EILAND PARK MIAMI FL 33134 |
| 8/5/20 | 252.67 | PARLOR 430 | 432 EAST SAHARA AVENUE LAS VEGAS NV 89104 |
| 8/5/20 | 1,403.07 | PEPSI COLA BTLG CO OF SALISBURY | ATTN RITA BARBOUR 1900 PEPSI WAY GARNER NC 27529 |
| 8/5/20 | 12,251.11 | PETERSON TECHNOLOGY PARTNERS | 1600 GOLF ROAD STE 1206 ROLLING MEADOWS IL 60008 |
| 8/5/20 | 3,486.34 | PIERCE COUNTY FINANCE | ATTN ALLEN RICHARDSON 950 FAWCETT AVE STE 100 TACOMA WA 98402-5603 |
| 8/5/20 | 7,868.85 | PINEFIELDS LIMITED | TONY ZHAO SANHE IND ZONE HUIYANG DISTRICT HUIZHOU CITY HUIZHOU GUANGDONG 516213 CHINA |
| 8/5/20 | 1,927.44 | PLUTO LIMITED | 8269 S GAYLORD CIR CENTENNIAL CO 80122 |
| 8/5/20 | 131.31 | POGGEN POHL US INC | 350 PASSAIC AVENUE FAIRFIELD NJ 07004 |
| 8/5/20 | 3,970.13 | PRISCILLA CROTHER | 32141 ALIPAZ STREET H SAN JUAN CAPISTRANO CA 92675 |
| 8/5/20 | 1,400.00 | PRODIGY LAND MANAGEMENT LLC | 9508 SIX MILD CREED RD TAMPA FL 33610 |
| 8/5/20 | 7,820.80 | PROTECT A BED LLC | 355 LANCASTER AVE BUILDING E1 HAVERFORD PA 19041 |
| 8/5/20 | 5,213.95 | PURACAP PHARMACEUTICAL LLC | 1001 DURHAM AVE STE 200 SOUTH PLAINFIELD NJ 07080 |
| 8/5/20 | 102.00 | PURE WATER SYSTEMS INC | 35 SALT ISLAND ROAD GLOUCESTER MA 01930 |
| 8/5/20 | 5,760.00 | QUANZHOU BAOFENG SHOES CO LTD | STRONG SHI HUOJU INDUSTRIAL ZONE QUANZHOU CHINA |
| 8/5/20 | 18,872.91 | RAGHU EXPORTS INDIA PVT LTD | 12 LEATHER COMPLEX KAPURTHALA ROAD JALANDHAR PUNJAB 144021 INDIA |
| 8/5/20 | 6,543.60 | REGENCY INTL MARKETING CORP | BILL QIU 10F 310 SEC 4 ZHONG XIAO E RD TAIPEI TAIWAN ROC 10694 TAIWAN CHINA |
| 8/5/20 | 9,703.68 | RENPURE LLC | 5314 SHORELINE DR MOUND MN 55364 |
| 8/5/20 | 1,581.20 | REPUBLIC NATIONAL DISTRIBUTING CO | 441 SW 12TH AVENUE DEERFIELD BEACH FL 33442 |
| 8/5/20 | 8,480.00 | RM ACQUISITION LLC | 9855 WOODS DRIVE SKOKIE IL 60077 |
| 8/5/20 | 1,228.00 | RONALD AUSTIN JR-DONE RIGHT PR | 2011 MAPLEGATE COURT FAIRFIELD CT 94534 |
| 8/5/20 | 641.95 | ROOFCONNECT | PO BOX 908 SHERIDAN AR 72150 |
| 8/5/20 | 862.40 | SB COMMERCE INC | DBA TOUGHKICKS PO BOX 221 PANACEA FL 32346 |
| 8/5/20 | 1,864.16 | SEEDS OF CHANGE INC | 2555 DOMINGUEZ HILLS DR RANCHO DOMINGUEZ CA 90220 |
| 8/5/20 | 4,565.35 | SELECT STAFFING | PO BOX 512637 LOS ANGELES CA 90051-0637 |
| 8/5/20 | 3,117.60 | SHARK CORPORATION | TERRY HANADA 24424 S MAIN STREET 603 CARSON CA 90745 |
| 8/5/20 | 802.59 | SHELTON LINA | 6365 SE CIRCLE ST HOBE SOUND FL 33455 |
| 8/5/20 | 1,610.40 | SHORELINE LANDSCAPING AND DESIGN | 17540 FREMONT AVE NORTH SHORELINE WA 98133 |
| 8/5/20 | 734.40 | SMART TEMPS LLC | P O BOX 851399 MINNEAPOLIS MN 55485 |
| 8/5/20 | 2,556.00 | SMARTER TOOLS INC | 12195 HARLEY CLUB DR ASHLAND VA 23005 |
| 8/5/20 | 3,664.80 | SOLIMAR SYSTEMS INC | 1515 2ND AVE SAN DIEGO CA 92101 |
| 8/5/20 | 1,827.48 | SONY PICTURES HOME ENTERTAINMENT | 10202 W WASHINGTON BLV SPP 851 CULVER CITY CA 90232 |
| 8/5/20 | 4,400.00 | SOUTHWEST TOWN MECHANICAL SERVICES | 10450 W 163RD PLACE ORLAND PARK IL 60467 |
| 8/5/20 | 160.57 | STATE OF OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE SALEM OR 97301-2555 |
| 8/5/20 | 7,775.56 | STERNO PRODUCTS LLC | 1880 COMPTON AVE SUITE 101 CORONA CA 92881 |
| 8/5/20 | 27,087.53 | SUMIT TEXTILE INDUSTRIES | 80TH MILESTONE G T ROAD JHATTIPUR PANIPAT HARYANA INDIA |
| 8/5/20 | 924.67 | SUNNYWOOD INC | 2503 SPRING RIDGE DRIVE UNIT H SPRING GROVE IL 60081 |
| 8/5/20 | 7,844.00 | SUNSHINE LANDSCAPING MAINTENANCE | 7330 POINCIANA CT OMAHA NE 68112 |
| 8/5/20 | 99.41 | SUSANA FERNANDES | 35 BROOKDALE STREET BANNING CA 92220 |
| 8/5/20 | 10,425.36 | TEXAS PLUMBING DIAGNOSTICS LLC | 1150 N LOOP 1604 W SUITE 108-630 SAN ANTONIO TX 78248 |
| 8/5/20 | 8,624.88 | THE NATURES BOUNTY CO USA | EDWARD JOSEPH FARRELY JR 2100 SMITHTOWN AVENUE RONKONKOMA NY 11779 |
| 8/5/20 | 1,001.45 | THOMAS YANCEY | PO BOX 312 GIRARD OH 44420 |