**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Sears Holdings Corporation                                    CASE NO.: 18–23538–rdd

- aka   Print Procurement Company, LLC
- aka   Print Production Company, LLC
- aka   Relay LLC
- aka   Shop Your Way Local, LLC
- aka   Austin Technology Center
- aka   Bath and Kitchen Elegance
- aka   Bath and Kitchen Elegance of the Desert
- aka   Big Beaver of Caguas Development Corporation
- aka   Big Beaver of Caguas Development Corporation II
- aka   Big Kmart
- aka   Big Kmart (#3680)
- aka   Central Wholesale Appliance Supply, Inc.
- aka   Chantell Marketing
- aka   Circle of Beauty Inc.
- aka   Delver
- aka   Delver.com
- aka   Designer Depot
- aka   Eblon Technologies India Private Limited
- aka   Evoke Productions
- aka   FitStudio by Sears

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
20–1920798

---

# NOTICE OF HEARING

A hearing on the Objection and Motion for Extension of Time to File an Appeal filed by James Edmmond Smith will be held on July 27, 2021 at 10:00 AM via Videoconference (ZoomGov) before the Honorable Robert D. Drain. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom hearing at https://ecf.nysb.uscourts.gov/cgi–bin/nysbAppearances.pl

Dated: July 13, 2021                                    Vito Genna
                                                        Clerk of the Court