**Notice Recipients**

District/Off: 0208–7 | User: Admin | Date Created: 7/13/2021
Case: 18–23538–rdd | Form ID: 143 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    James Edmond Smith

TOTAL: 1