# Notice Recipients

District/Off: 0208–7    User: Admin    Date Created: 7/13/2021
Case: 18–23538–rdd    Form ID: pdf001    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7856704    James Edmond Smith    5167 S. St Andrews Place    Los Angeles CA 90062

TOTAL: 1