**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Upon the *Motion to Withdraw as Attorney of Record* [Dkt. No. 9499] (the "Motion") filed by Sonia E. Colón Colón, Esq., and Camille N. Somoza Castelló, Esq., requesting leave to withdraw as counsel of record for Majestique Corporation in the above-captioned bankruptcy cases pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York; and the Court having jurisdiction to consider the *Motion* in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and no additional notice or hearing being required under the circumstances; and good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted and Sonia E. Colón Colón, Esq., and Camille N. Somoza Castelló, Esq., are no longer counsel of record for Majestique Corporation in these cases and shall be removed from any applicable notice and service lists, effective as of the date of this Order; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

ORDERED, that all future notices, motions, pleadings, and orders in these cases shall be directed to:

> Majestique Corporation
> Att.: Moises Zebede
> PO Box 190368
> San Juan, PR 00919-3068

And it is further

ORDERED, that Sonia E. Colon, Esq. and Camille N. Somoza Castello, Esq. shall promptly mail or email a copy of this Order to Majestique Corporation, Att: Moises Zebede.

Dated: July 13, 2021
White Plains, New York

*/s/Robert D. Drain*
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE