# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: Admin | Date Created: 7/14/2021 |
| Case: 18–23538–rdd | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Benjamin M Mather     bmather@kcr–law.com
aty     Luke A Barefoot       lbarefoot@cgsh.com

TOTAL: 2