# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Sears Holdings Corporation

CASE NO.: 18−23538−rdd

aka    Print Procurement Company, LLC
aka    Print Production Company, LLC
aka    Relay LLC
aka    Shop Your Way Local, LLC
aka    Austin Technology Center
aka    Bath and Kitchen Elegance
aka    Bath and Kitchen Elegance of the Desert
aka    Big Beaver of Caguas Development Corporation
aka    Big Beaver of Caguas Development Corporation II
aka    Big Kmart
aka    Big Kmart (#3680)
aka    Central Wholesale Appliance Supply, Inc.
aka    Chantell Marketing
aka    Circle of Beauty Inc.
aka    Delver
aka    Delver.com
aka    Designer Depot
aka    Eblon Technologies India Private Limited
aka    Evoke Productions
aka    FitStudio by Sears

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
20−1920798

# NOTICE OF HEARING

A hearing on the Objection and Motion for Extension of Time to File an Appeal filed by James Edmmond Smith will be held on July 27, 2021 at 10:00 AM via Videoconference (ZoomGov) before the Honorable Robert D. Drain. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom hearing at https://ecf.nysb.uscourts.gov/cgi−bin/nysbAppearances.pl

Dated: July 13, 2021

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                          Case No. 18-23538-rdd

Sears Holdings Corporation                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7                          User: Admin                                    Page 1 of 97

Date Rcvd: Jul 13, 2021                    Form ID: pdf001                            Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7856704 | ##+ | James Edmond Smith, 5167 S. St Andrews Place, Los Angeles CA 90062-2236 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Washington Prime Group Inc. awebb@fbtlaw.com |
| Aaron C. Smith | on behalf of Creditor Pension Benefit Guaranty Corporation asmith@lockelord.com autodocket@lockelord.com;jcataldo@lockelord.com;jmedina@lockelord.com;autodocketdev@lockelord.com |
| Aaron Gerhard Miller, III | on behalf of Creditor Christina Lagunas amiller@vazirilaw.com |
| Aaron J. Scheinfield | on behalf of Creditor Alliance Material Handling Corp. aaron@bk-lawyer.net |
| Aaron L. Hammer | |

on behalf of Creditor Horwood Marcus & Berk Chartered ahammer@hmblaw.com
ecfnotices@hmblaw.com;jguzzardo@hmblaw.com

Aaron R. Cahn
on behalf of Creditor South Central GWB Co. Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn
on behalf of Defendant South Central GWB Co. Inc. cahn@clm.com,
cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Abena Mainoo
on behalf of Interested Party Transform Holdco LLC amainoo@cgsh.com maofiling@cgsh.com

Abena Mainoo
on behalf of Creditor JPP II LLC amainoo@cgsh.com, maofiling@cgsh.com

Abena Mainoo
on behalf of Creditor JPP LLC amainoo@cgsh.com, maofiling@cgsh.com

Abena Mainoo
on behalf of Creditor ESL Investments Inc. amainoo@cgsh.com, maofiling@cgsh.com

Adam David Cole
on behalf of Defendant C C 1 Limited Partnership cole@chipmanbrown.com
dero@chipmanbrown.com;campbell@chipmanbrown.com;chipman@chipmanbrown.com

Adam L. Rosen
on behalf of Creditor National Union Fire Insurance Company adam.rosen@alrcounsel.com

Adam M. Levy
on behalf of Defendant Finsbury LLC alevy@dglaw.com

Adam Troy Ratliff
on behalf of Creditor Wolverine World Wide Inc aratliff@wnj.com tparrish@wnj.com

Adam Troy Ratliff
on behalf of Defendant Wolverine World Wide Inc. aratliff@wnj.com tparrish@wnj.com

Adrienne Woods
on behalf of Defendant Larson Manufacturing Company Inc. adrienne@woodslawpc.com

Al J. Daniel, Jr.
on behalf of Defendant Peterson Technology Partners Inc. ajd@daniellawpllc.com

Al J. Daniel, Jr.
on behalf of Unknown Peterson Technology Partners Inc. ajd@daniellawpllc.com

Alan Feld
on behalf of Creditor Everlast World's Boxing Headquarters Corp. afeld@sheppardmullin.com
4760188420@filings.docketbird.com

Alan Garrow
on behalf of Defendant CRB Commercial Interiors Inc. agarrow@nealisgarrow.com

Alan D. Halperin
on behalf of Creditor Kellermeyer Bergensons Services LLC lgu@halperinlaw.net

Alan E. Gamza
on behalf of Creditor Rosy Blue Inc. Agamza@mosessinger.com,
jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Alan E. Gamza
on behalf of Creditor Shanti Corporation D/B/A Vijay Gold Designs Agamza@mosessinger.com
jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Alan F. Kaufman
on behalf of Creditor Pratt Corrugated Holdings Inc. alan.kaufman@nelsonmullins.com

Alan F. Kaufman
on behalf of Defendant Pratt Industries Inc. alan.kaufman@nelsonmullins.com

Alan H Katz
on behalf of Creditor Pension Benefit Guaranty Corporation akatz@lockelord.com autodocket@lockelord.com

Alan H Katz
on behalf of Interested Party Pension Benefit Guaranty Corporation akatz@lockelord.com autodocket@lockelord.com

Alan H Katz
on behalf of Interested Party Pension Benefit Guaranty Coproraton akatz@lockelord.com autodocket@lockelord.com

Alan M Kindred
on behalf of Defendant Northwest Permit Inc. akindred@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Coco Jos akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Green Room Productions  Inc. akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Value Smart Products Inc. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant AAA Pharmaceutical  Inc. akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant All Market Media  Inc. akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Daniel Beineke akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Lipsey Logistics Worldwide  LLC akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant ABC Hosiery akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Visser Greenhouses Inc. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant TMM Investments Ltd. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Teczia It Services LLC akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Design International Group Inc. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Home Improvements By Duane And Adam LLC akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Brown Management Group  Inc. akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant RTA Products  LLC akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant G & M Appliance Supply Inc. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Lift Trucks & Parts  Inc. akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Harris Paints akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant Onix Networking Corp. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Creditor Universal Hosiery  Inc. akindred@leechtishman.com,
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
    on behalf of Defendant A.G. & G. Inc. akindred@leechtishman.com
    dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Whynter  LLC akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Renzo Excavating LLC akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant La Crosse Brush Inc. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Fantasia Accessories  Ltd. akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant M&S Accessory Network Corp. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant One Planet OPS Inc. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Creditor Beauty 21 Cosmetics  Inc. akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant American Plush Textile Mills  LLC akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Feedvisor Inc. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant DeVore Lighting  Inc. akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant June A. Grothe Construction  Inc. akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant DGS Heartland Woodcraft LLC akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant 24 Seven  LLC akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Sunny 84  LLC akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Sennco Solutions  Inc. akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Q.E.P. Co.  Inc. akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Prestige Maintenance USA Ltd. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Interstate Trailer Sales Inc. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant Sandy Inc. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Defendant California Heating and Cooling Inc. akindred@leechtishman.com
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred

> on behalf of Creditor Libby Dial Enterprises  LLC akindred@leechtishman.com,
> dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

District/off: 0208-7                     User: Admin                           Page 5 of 97
Date Rcvd: Jul 13, 2021                  Form ID: pdf001                    Total Noticed: 0

Alan M Kindred
on behalf of Defendant Kahena Digital Marketing Ltd. akindred@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant EOS Products LLC akindred@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Abraham Custom Creations  Inc. akindred@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com;challer@leechtishman.com

Alana M. Friedberg
on behalf of Creditor North Plaza I  LLC alana.friedberg@dlapiper.com

Alana M. Friedberg
on behalf of Creditor North Plaza III  LLC alana.friedberg@dlapiper.com

Alana M. Friedberg
on behalf of Creditor North Plaza II  LLC alana.friedberg@dlapiper.com

Albena Petrakov
on behalf of Unknown Saul Subsidiary I  LP apetrakov@offitkurman.com, janet.mukherjee@offitkurman.com

Aldo G Bartolone, Jr
on behalf of Unknown IDM  Inc. aldo@bartolonelaw.com

Aldo G Bartolone, Jr
on behalf of Defendant IDM  Inc. aldo@bartolonelaw.com

Alex R. Rovira
on behalf of Unknown Jefferies LLC emcdonnell@sidley.com

Alexander Tiktin
on behalf of Defendant Winning Resources Limited art@dhclegal.com  alexander.tiktin@ecf.courtdrive.com

Alexander J. Beeby
on behalf of Interested Party MOAC Mall Holding LLC abeeby@larkinhoffman.com

Alexis J. Rogoski
on behalf of Unknown XL Specialty Insurance Company Ltd. c/o Michael B. Chester  Esq., Boundas, Skarzynski, Walsh & Black,
LLC arogoski@skarzynski.com

Alfredo Fernandez-Martinez
on behalf of Defendant B. Fernandez & Hnos.  Inc. afernandez@delgadofernandez.com

Alissa K. Piccione
on behalf of Unknown Biltmore Commercial Properties I  LLC alissa.piccione@troutman.com, Brett.Goodman@troutman.com

Allan B Diamond
on behalf of Creditor Team Worldwide Corporation adiamond@diamondmccarthy.com

Allen G. Kadish
on behalf of Creditor Community Unit School District 300 akadish@archerlaw.com
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allen G. Kadish
on behalf of Creditor Globant LLC akadish@archerlaw.com
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allen G. Kadish
on behalf of Unknown RetailNext  Inc. akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Alyssa E. Kutner
on behalf of Creditor FBA Holdings  Inc. kutnera@ballardspahr.com

Alyssa E. Kutner
on behalf of Creditor S-Tract LLC kutnera@ballardspahr.com

Alyssa E. Kutner
on behalf of Creditor C.J. Segerstrom & Sons kutnera@ballardspahr.com

Amanda K. Greenspon
on behalf of Defendant ACI International  Inc. agreenspon@munckwilson.com, srose@munckwilson.com

Amish R. Doshi
on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amish R. Doshi
on behalf of Defendant Netsuite Inc. amish@doshilegal.com

Amy Conners

on behalf of Defendant Northland Mechanical Contractors Inc. aconners@bestlaw.com

Amy R. Wolf

on behalf of Debtor Sears Holdings Corporation arwolf@wlrk.com    calert@wlrk.com

Andrew Brown

on behalf of Defendant TJ Daniels Inc. abrown@klestadt.com

Andrew Devore

on behalf of Interested Party Duff & Phelps  LLC andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore

on behalf of Interested Party Cross Country Home Services  Inc. andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore

on behalf of Defendant Duff & Phelps  LLC andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore

on behalf of Interested Party Hero USA Inc. andrew.devore@ropesgray.com  nova.alindogan@ropesgray.com

Andrew Frackman

on behalf of Defendant Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST afrackman@omm.com
andrew-frackman-5190@ecf.pacerpro.com

Andrew Frackman

on behalf of Defendant Benefit Street 2018  LLC afrackman@omm.com, andrew-frackman-5190@ecf.pacerpro.com

Andrew Frackman

on behalf of Defendant Thomas J. Tisch afrackman@omm.com  andrew-frackman-5190@ecf.pacerpro.com

Andrew Rosenblatt

on behalf of Defendant Havas Formula  LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt

on behalf of Unknown Havas Formula  LLC and Havas Media Group USA, LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt

on behalf of Defendant Havas Media Group USA LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt

on behalf of Creditor One World Technologies  Inc. d/b/a Techtronic Industries Power Equipment
andrew.rosenblatt@nortonrosefulbright.com

Andrew Tenzer

on behalf of Creditor GACP II  L.P. andrewtenzer@paulhastings.com

Andrew E. Arthur

on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Andrew G. Dietderich

on behalf of Creditor Fairholme Capital Management  LLC and Fairholme Funds, Inc. dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Andrew I. Silfen

on behalf of Interested Party Darden Restaurants  Inc. andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com

Andrew I. Silfen

on behalf of Interested Party Cheddars Casual Cafe  Inc. andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com

Andrew I. Silfen

on behalf of Interested Party Rare Hospitality Management  LLC andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com

Andrew I. Silfen

on behalf of Unknown Rare Hospitality International  Inc. andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com

Andrew James Shaver

on behalf of Defendant Bonnie Plant Farm ashaver@bradley.com

Andrew M. Troop

on behalf of Defendant Travel Concepts  Inc. andrew.troop@pillsburylaw.com

Andrew P. Tureaud

on behalf of Creditor GBR Green Acres Limited Liabilty Company and Greenwich 29 L.P. atureaud@kblaw.com
atureaud@kblaw.com

Andrew P. Tureaud

on behalf of Creditor 909 Group  L.P. atureaud@kblaw.com, atureaud@kblaw.com

Andrew R. Gottesman

on behalf of Unknown Ravenswood Station LLC gottesman@mintzandgold.com  gottesman@mintzandgold.com

Andrew S. Conway

on behalf of Creditor Taubman Landlords aconway@taubman.com

Andrew W. Weaver

on behalf of Creditor JPP  LLC aweaver@cgsh.com, maofiling@cgsh.com

Andrew W. Weaver

on behalf of Interested Party Transform Holdco LLC aweaver@cgsh.com  maofiling@cgsh.com

Andrew W. Weaver

on behalf of Creditor ESL Investments  Inc. aweaver@cgsh.com, maofiling@cgsh.com

Andrew W. Weaver

on behalf of Creditor JPP II  LLC aweaver@cgsh.com, maofiling@cgsh.com

Angelina E. Lim

on behalf of Creditor Demert Brands  Inc. angelinal@jpfirm.com, minervag@jpfirm.com;katherineb@jpfirm.com

Anne J. Penachio

on behalf of Defendant Lotus Onda Industrial Co. Ltd. apenachio@pmlawllp.com
penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com

Anthony Charles Acampora

on behalf of Defendant 6 Sigma Construction  LLC filings@spallp.com

Anthony F. Giuliano

on behalf of Defendant Serta Simmons Bedding  LLC afg@glpcny.com, cg@pryormandelup.com

Anthony J D'Artiglio

on behalf of Creditor Pecos County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harlingen CISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Matagorda County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Blanco CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Van Zandt CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor McLennan County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Angelina County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Del Rio ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Atascosa County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Atlanta ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Gregg County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Bexar County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Grayson County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harlingen ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hood CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Nueces County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Polk County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor El Paso ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Aransas county ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Victoria county ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Allen ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor McAllen ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wilson County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jefferson County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Fort Bend County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Montgomery County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hopkins County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Frisco ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Navarro County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wharton Co Jr Coll Dist ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Plaintiff Sayville Menlo LLC ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sulphur Springs ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor San Patricio County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Parker CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Ellis County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cameron County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cypress-Fairbanks ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Tom Green CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jasper County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Dallas County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Rockwall CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jim Wells CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hidalgo County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hunt County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Irving ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Stephenville ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Eagle Pass ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Tarrant County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wise County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Val Verde County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Galveston County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wood County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cleveland ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Smith County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sayville Menlo LLC ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Lewisville ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wise CAD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Kaufman County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Eagle Pass ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Pleasanton ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harris County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sulphur Springs ISD ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Stephenville ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Bee County ajd@ansellgrimm.com  jb@ansellgrimm.com;carols@ansellgrimm.com

Anthony L Bini

on behalf of Defendant Air Master Awning LLC abinilaw@yahoo.com

Anthony M. Rainone

on behalf of Creditor iStar Jewelry  LLC arainone@bracheichler.com, palonso@bracheichler.com;jmartin@bracheichler.com

Arlene Rene Alves

on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee alves@sewkis.com

Armand Raffi Kizirian

on behalf of Creditor Massoud Afzal armand@kizirianlaw.com  delmy@boyamianlaw.com

Armand Raffi Kizirian

on behalf of Creditor Oswaldo Cruz armand@kizirianlaw.com  delmy@boyamianlaw.com

Armando Llorens

on behalf of Unknown Felix Calls  LLC armando@furgang.com

August A Pilati

on behalf of Defendant White Graphics Inc. apilati@lilliglaw.com

Avrum J. Rosen

on behalf of Defendant International Roofing & Waterproofing Puerto Rico Corp. arosen@ajrlawny.com
atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen

| | |
|---|---|
| | on behalf of Counter-Claimant Granada Sales Corp. arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Avrum J. Rosen | |
| | on behalf of Counter-Claimant Centro Recaudaciones Ingresos Municipales arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Avrum J. Rosen | |
| | on behalf of Counter-Claimant International Roofing & Waterproofing Puerto Rico Corp. arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Avrum J. Rosen | |
| | on behalf of Defendant Centro Recaudaciones Ingresos Municipales arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Banyan Parker | |
| | on behalf of Creditor Bonnie Mullins banyan@hansenmiller.com |
| Barbra R. Parlin | |
| | on behalf of Creditor Plaza las Americas  Inc. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com |
| Barbra R. Parlin | |
| | on behalf of Creditor Fringe Area (II)  S.E. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com |
| Barbra R. Parlin | |
| | on behalf of Creditor Plaza del Caribe  S.E. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com |
| Barbra R. Parlin | |
| | on behalf of Creditor Garda CL Great Lakes  Inc. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com |
| Barry M. Kazan | |
| | on behalf of Defendant Koa USA  Inc. kazan@mintzandgold.com |
| Barry N. Gutterman | |
| | on behalf of Defendant Forward Air Solutions Inc. bngassc@aol.com |
| Barry N. Gutterman | |
| | on behalf of Defendant Becker Logistics  Inc. bngassc@aol.com |
| Benjamin Hugon | |
| | on behalf of Creditor Winners Industry Co.  Ltd. bhugon@mckoolsmith.com, nsauter@mckoolsmith.com |
| Benjamin Mintz | |
| | on behalf of Defendant SBC Global Services  Inc. Benjamin.Mintz@arnoldporter.com, Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com |
| Benjamin Mintz | |
| | on behalf of Defendant AT&T Inc. Benjamin.Mintz@arnoldporter.com Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com |
| Benjamin Mintz | |
| | on behalf of Defendant AT&T Mobility LLC Benjamin.Mintz@arnoldporter.com Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com |
| Benjamin Mintz | |
| | on behalf of Defendant AT&T Global Network Services LLC Benjamin.Mintz@arnoldporter.com Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com |
| Benjamin Mintz | |
| | on behalf of Defendant The Ohio Bell Telephone Company Benjamin.Mintz@arnoldporter.com Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@ecf.pacerpro.com |
| Benjamin A. Taylor | |
| | on behalf of Defendant Cesar L. Alvarez btaylor@jhany.com |
| Benjamin E. Shook | |
| | on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. benshook@mvalaw.com  victorialyons@mvalaw.com |
| Benjamin M Mather | |
| | on behalf of Unknown Nina & Gerald Greene bmather@kcr-law.com |
| Bernice C Lee | |
| | on behalf of Creditor SVAP Pompano Citi Centre II  L.P. blee@slp.law, mc@kttlaw.com |
| Bernice C Lee | |
| | on behalf of Creditor SVAP II Stones River  LLC blee@slp.law, mc@kttlaw.com |
| Bernice C Lee | |

on behalf of Creditor SVAP Golf Mill Retail II  L.P. blee@slp.law, mc@kttlaw.com

Beth Ellen Rogers

on behalf of Defendant SSB Manufacturing Company brogers@berlawoffice.com

Beth J. Rotenberg

on behalf of Unknown Cardinal Health 110 LLC ecf@csglaw.com

Bethany Turke

on behalf of Creditor Rebecca Rysewyk brt@wexlerwallace.com  ecf@wexlerwallace.com

Bethany Turke

on behalf of Creditor Katie Smith brt@wexlerwallace.com  ecf@wexlerwallace.com

Bethany Turke

on behalf of Creditor Brian Van Vooren brt@wexlerwallace.com  ecf@wexlerwallace.com

Bill Gussman

on behalf of Defendant Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Trustee of the DRT 1/14/14 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant SAC CAPITAL ASSOCIATES LLC bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant MASON CAPITAL MGMT LLC bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant JHT 12/5/13 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Trustee of the DRT 12/5/13 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant LOCKHEED MARTIN CORPORATION MASTER RETIREMENT bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Andrew H Tisch bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Daniel R Tisch bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bo Shi

on behalf of Creditor JS Sainty Hantang Trad Co. Ltd. shiattorney@yahoo.com

Bo Shi

on behalf of Defendant JS Sainty Hantang Trad Co. Ltd. shiattorney@yahoo.com

Brad Eric Scheler

on behalf of Defendant Seritage Growth Properties schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage GS Holding LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage KMT Finance LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage Growth Properties  L.P. schelbr@ffhsj.com, ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage SRC Mezzanine Finance LLC schelbr@ffhsj.com
ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage SPS Holdings LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage MS Holdings LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage KMT Mezzanine Finance LLC schelbr@ffhsj.com

ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler

on behalf of Defendant Seritage SRC Finance LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Bradley Schneider

on behalf of Creditor Whirlpool Corporation bradley.schneider@mto.com

Bradley J. Bartolomeo

on behalf of Defendant Pilot Automotive  Inc. bradley.bartolomeo@lewisbrisbois.com

Bradley J. Bartolomeo

on behalf of Defendant Kumho Tires USA Inc. bradley.bartolomeo@lewisbrisbois.com

Bradley S. Shraiberg

on behalf of Creditor CompuCom Systems  Inc. bss@slp.law,
dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Bradley S. Shraiberg

on behalf of Defendant Sterling Value Add Investments II bss@slp.law
dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Bradley S. Shraiberg

on behalf of Defendant Office Depot  Inc. bss@slp.law, dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Brandon K. Bains

on behalf of Interested Party Liberty Mutual Insurance Company bbains@l-llp.com  ehyman@l-llp.com

Brandon R. Freud

on behalf of Creditor MJ Holding Company  LLC bfreud@chuhak.com

Brendan Goodhouse

on behalf of Interested Party Mauldin at Butler  LLC bgoodhouse@cuddyfeder.com

Brendan Goodhouse

on behalf of Interested Party Church Street LLC bgoodhouse@cuddyfeder.com

Brent Meyer

on behalf of Defendant QuinStreet  Inc. brent@meyerllp.com

Brett D. Goodman

on behalf of Unknown Biltmore Commercial Properties I  LLC brett.goodman@troutman.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Unknown Steven Bruce as Trustee of the STEVEN BRUCE REVOCABLE TRUST  a trust formed under the laws of
the State of California dated July 16, 1996; Cara Bruce and Lou Cuida as Trustees of the CARA BRUCE IRREVO
brett.goodman@troutman.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Unknown Allison Bruce and Lou Cuida as Trustees of the ALLISON BRUCE IRREVOCABLE TRUST
brett.goodman@troutman.com  john.murphy@troutman.com

Brett S. Moore

on behalf of Defendant Tdbbs LLC bsmoore@pbnlaw.com  mpdermatis@pbnlaw.com;nvfuentes@pbnlaw.com

Brett S. Theisen

on behalf of Defendant Belkin International Inc. btheisen@gibbonslaw.com

Brett S. Theisen

on behalf of Creditor Henkel Corporation btheisen@gibbonslaw.com

Brian Custy

on behalf of Creditor Ronald Yednak bcusty@custylaw.com

Brian Custy

on behalf of Creditor Jenny Yednak bcusty@custylaw.com

Brian D. Glueckstein

on behalf of Unknown Steven Mnuchin gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein

on behalf of Defendant Steven Mnuchin gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian J. Lohan

on behalf of Creditor AT&T brian.lohan@arnoldporter.com
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@ar
noldporter.com

Brian J. Lohan

on behalf of Creditor Turner Broadcasting Sales  Inc. brian.lohan@arnoldporter.com,
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@ar

noldporter.com

Brian J. Poronsky

on behalf of Defendant HAP TRADING  LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky

on behalf of Defendant RIEF Trading LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky

on behalf of Defendant GF TRADING LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky

on behalf of Defendant RIEF RMP LLC brian.poronsky@kattenlaw.com

Brian S. McGrath

on behalf of Creditor ARI Fleet LT BMcGrath@hinshawlaw.com

Brian S. McGrath

on behalf of Creditor Automotive Rentals  Inc. BMcGrath@hinshawlaw.com

Brian T Peterson

on behalf of Defendant Milliman  Inc. brian.peterson@klgates.com

Brigette McGrath

on behalf of Defendant Newsday LLC bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Sears  Roebuck and Co. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Texas-New Mexico Newspapers  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Sears Home Improvement Productions  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff StarWest  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Kmart Holding Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Sharp Electronics Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Florida Builder Appliances  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Sears Home Improvement Products  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Sandu Inc. bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Franke Kitchen Systems  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Debtor Sears Holdings Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant David Lynn Meyer bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Wolters Kluwer Health  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

District/off: 0208-7                                    User: Admin                                    Page 14 of 97
Date Rcvd: Jul 13, 2021                          Form ID: pdf001                          Total Noticed: 0

Brigette McGrath

on behalf of Defendant Bernadine J. Eachus bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff California Builder Appliances Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Defendant Valley View Industries H.C., Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath

on behalf of Plaintiff Sears Holdings Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brittany Mitchell Michael

on behalf of Creditor CenturyLink Communications LLC bmichael@pszjlaw.com

Brittany Mitchell Michael

on behalf of Creditor Level 3 Communications LLC bmichael@pszjlaw.com

Bruce Buechler

on behalf of Interested Party Active Media Services Inc. d/b/a Active International bbuechler@lowenstein.com

Bruce M. Sattin

on behalf of Creditor Alexandria Pelletteri bsattin@szaferman.com

Bruce M. Sattin

on behalf of Creditor Thomas Pelletteri bsattin@szaferman.com

Bruce S. Nathan

on behalf of Interested Party LG Electronics Alabama Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

Bruce S. Nathan

on behalf of Interested Party LG Electronics USA Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

Bruce S. Nathan

on behalf of Interested Party Valvoline bnathan@lowenstein.com msavetsky@lowenstein.com

CARL JOSEPH SORANNO

on behalf of Creditor iStar Jewelry LLC csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com

CRG Financial LLC

on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

Caleb T. Holzaepfel

on behalf of Creditor Gadsden Mall Associates LLC caleb.holzaepfel@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor Wangard Partners Inc. caleb.holzaepfel@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor CBL & Associates Management Inc. caleb.holzaepfel@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor Seven Springs Limited Partnership caleb.holzaepfel@huschblackwell.com

Camille N Somoza

on behalf of Creditor Deportes Salvador Colom Inc. csomoza@ferraiuoli.com

Cardinal Health 110 LLC

brotenberg@csglaw.com

Carl Grumer

on behalf of Interested Party 51st Street Fruitland Ave. LLC cgrumer@manatt.com

Carlos Baralt-Suarez

on behalf of Defendant B. Fernandez & Hnos. Inc. cbaralt@delgadofernandez.com

Carlos Rios-Gautier

on behalf of Creditor Santa Rosa Mall LLC riosgautierlaw@yahoo.com

Carlton Wiggam

on behalf of Creditor State of Nebraska Game and Parks Commission carlton.wiggam@nebraska.gov

Carly Everhardt

on behalf of Creditor Hain Capital Investors Master Fund Ltd. carly.everhardt@klgates.com
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Interested Party Whitebox Asymmetric Partners LP carly.everhardt@klgates.com

carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Unknown Gary Polkowitz carly.everhardt@klgates.com  carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Interested Party Whitebox Multi-Strategy Partners  LP carly.everhardt@klgates.com,
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Interested Party Cherokee Debt Acquisition  LLC carly.everhardt@klgates.com,
carly-everhardt-5001@ecf.pacerpro.com

Carol Chow

on behalf of Creditor LBG Medford  LLC Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow

on behalf of Creditor LBG Hilltop  LLC Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Ann Rich

on behalf of Creditor Lockhart Realty Inc crich@dudleylaw.com

Carol Ann Rich

on behalf of Creditor Tutu Park Ltd. crich@dudleylaw.com

Carol E. Momjian

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

Caroline Djang

on behalf of Creditor Niagra Bottling  LLC caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com

Carrie Essenfeld

on behalf of Creditor Taubman Landlords cessenfeld@halperinlaw.net  cmitchell@halperinlaw.net

Casey Cantrell Swartz

on behalf of Creditor CIVF V-OH1M03  LLC cswartz@taftlaw.com

Cassandra Postighone

on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits cpostighone13@gmail.com

Chantelle D. McClamb

on behalf of Examiner Fee Examiner mcclambc@ballardspahr.com

Charles George

on behalf of Creditor Z.A. Sneeden's Sons  Inc. cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com

Charles Gormally

on behalf of Defendant Istar Jewelery LLC cgormally@bracheichler.com  ncapra@bracheichler.com

Charles Gormally

on behalf of Defendant Istar Jewelry LLC cgormally@bracheichler.com  ncapra@bracheichler.com

Charles Palella

on behalf of Defendant Regal Home Collections Inc. cpalella@atllp.com

Charles Palella

on behalf of Unknown Regal Home Collections Inc. cpalella@atllp.com

Charles Palella

on behalf of Defendant C-Life Group Ltd. cpalella@atllp.com

Charles Pugh

pmryan@sorlinglaw.com

Charles Rubio

on behalf of Creditor Team Worldwide Corporation crubio@parkinslee.com
arobles@parkinslee.com;7485062420@filings.docketbird.com

Charles A Beckham, Jr

on behalf of Defendant Loomis Armored US  LLC charles.beckham@haynesboone.com, Kenneth.rusinko@haynesboone.com

Charles A. Gruen

on behalf of Unknown U.S. Bank National Association d/b/a U.S. Bank Equipment Finance cgruen@gruenlaw.com

Charles Dewey Cole, Jr

on behalf of Defendant Gage Roofing & Constructors  Inc. dcole@newmanmyers.com

Charles E Chamberlin

on behalf of Creditor State of Nebraska Game and Parks Commission charles.chamberlin@nebraska.gov

Charles F. Pugh

pmryan@sorlinglaw.com

Charles J. Filardi, Jr.
on behalf of Creditor Southhaven Associates LLC cfilardi@rrlawpc.com  abothwell@rrlawpc.com

Christian Paul Jensen
on behalf of Stockholder Thomas Tisch jensenc@sullcrom.com
christian-jensen-7493@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

Christopher Carty
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates ccarty@herrick.com

Christopher Fong
on behalf of Unknown Cascade Water Services cfong@nixonpeabody.com

Christopher Gartman
on behalf of Creditor Matson Navigation Company  Inc. gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Christopher Hoffman
on behalf of Unknown Bobbie Baker chris@dandwlawgroup.com

Christopher A. Grosman
on behalf of Creditor Forbes/Cohen Florida Properties  LP cgrosman@carsonfischer.com

Christopher A. Lynch
on behalf of Interested Party A.R.E. Investment Co. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Groupby USA Inc. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Infoblox Inc. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Creditor Beeline.com  Inc. clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Medtech Products Inc. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Interested Party A.R.E. Investment Co. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Pellegrini
on behalf of Defendant MJ Holding Company LLC cpellegrini@chuhak.com

Christopher A. Pellegrini
on behalf of Creditor MJ Holding Company  LLC cpellegrini@chuhak.com

Christopher F. Graham
on behalf of Creditor DXC Technology Services LLC  successor in interest to Computer Sciences Corporation and CSC Covansys
Corporation cgraham@eckertseamans.com

Christopher J Reilly
on behalf of Defendant Southwest Material Handling  Inc. creilly@klestadt.com

Christopher J Reilly
on behalf of Defendant Kreber Graphics  Inc. creilly@klestadt.com

Christopher J Reilly
on behalf of Defendant Icon Newco Pool creilly@klestadt.com

Christopher J. Battaglia
on behalf of Mediator Christopher J. Battaglia cbattaglia@halperinlaw.net  cessenfeld@halperinlaw.net

Christopher J. Giaimo, Jr.
on behalf of Defendant Dart Container Corporation christopher.giaimo@squirepb.com
sarah.conley@squirepb.com;christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Major
on behalf of Creditor Royal Consumer Products  LLC cjm@msf-law.com, bm@msf-law.com

Christopher Lee Wilson
on behalf of Defendant QIT2 IE DFA CORE MANDATE clwilson@jonesday.com  nydocket@jonesday.com

Christopher M. Desiderio
on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor 266 Route 125  LLC cdesiderio@nixonpeabody.com

Christopher Matthew Hemrick
on behalf of Creditor GroupBy USA  Inc. chemrick@walsh.law, chemrick@walsh.law

Christopher P. Schueller
on behalf of Creditor FedEx Supply Chain Inc. and FedEx Custom Critical, Inc. christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

Christopher P. Schueller
on behalf of Creditor Gokaldas Exports Ltd. christopher.schueller@bipc.com timothy.palmer@bipc.com;donna.curcio@bipc.com

Christopher Robert Belmonte
on behalf of Interested Party International Business Machines Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
on behalf of Interested Party Advance Magazine Publishers Inc. crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christy Rivera
on behalf of Creditor One World Technologies Inc. d/b/a Techtronic Industries Power Equipment
christy.rivera@nortonrosefulbright.com

Clayton W Davidson
on behalf of Defendant APR Supply Co. triser@mcneeslaw.com

Clayton W Davidson
on behalf of Creditor APR Supply Co. triser@mcneeslaw.com

Clement Cheng
on behalf of Attorney Clement Cheng clemcheng@yahoo.com

Clement Cheng
on behalf of Defendant Sportspower Ltd. clemcheng@yahoo.com

Clifford A. Katz
on behalf of Defendant Apogee Delivery & Installation Inc. ckatz@platzerlaw.com

Constantine Dean Pourakis
on behalf of Unknown East Penn Manufacturing Co. cp@stevenslee.com

Courtney Morgan
on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov efile@pbgc.gov

Courtney Solomon
on behalf of Defendant Cesar L. Alvarez csolomon@jha.com

Courtney A Schael
on behalf of Unknown Shinn Fu Company of America Inc. cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Courtney A Schael
on behalf of Defendant Maxmark Inc. cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com

Courtney R Williams
on behalf of Creditor LoanCare LLC cwilliams@grosspolowy.com, ecfnotices@grosspolowy.com

Craig A. Wolfe
on behalf of Creditor Kimco Realty Corporation craig.wolfe@morganlewis.com ronald.cappiello@morganlewis.com

Craig V Winslow
on behalf of Defendant QuinStreet Inc. craig@cvwlaw.com

Curtis Hehn
on behalf of Unknown Ruyi Design & Manufacture Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant Beauty 21 Cosmetics Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant Rhode Island Textile Company curtishehn@comcast.net

Curtis Hehn
on behalf of Unknown TJD Holdings Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Unknown Rhode Island Textile Company curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant TJD Holdings Inc. curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant A-Ipower Corporation curtishehn@comcast.net

Curtis Hehn
on behalf of Defendant The Greystone Tea Company Inc curtishehn@comcast.net

Curtis Hehn

District/off: 0208-7                     User: Admin                          Page 18 of 97
Date Rcvd: Jul 13, 2021                 Form ID: pdf001                      Total Noticed: 0

|  |  |
|---|---|
|  | on behalf of Defendant A iPower Corporation curtishehn@comcast.net |
| Curtis Hehn | |
|  | on behalf of Defendant Ruyi Design & Manufacture Inc. curtishehn@comcast.net |
| Curtis Hehn | |
|  | on behalf of Unknown Beauty 21 Cosmetics  Inc. curtishehn@comcast.net |
| Curtis Hehn | |
|  | on behalf of Counter-Claimant Harmony Homes  Inc. curtishehn@comcast.net |
| Curtis Lee Tuggle | |
|  | on behalf of Creditor Administration Agreement Parties c/o Thompson Hine  LLP curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com |
| Curtis Lee Tuggle | |
|  | on behalf of Creditor Virginia Surety Company  Inc. curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com |
| Curtis M. Plaza | |
|  | on behalf of Unknown The Joe and Frances McCann Family Limited Partnership cplaza@riker.com  tschellhorn@riker.com |
| Curtis S. Miller | |
|  | on behalf of Interested Party LEFMARK Tamiami  Inc. cmiller@mnat.com |
| Cynthia L Pollick | |
|  | on behalf of Creditor Karen Smith pollick@lawyer.com |
| Dana M. Andreoli | |
|  | on behalf of Defendant SJK Development  Inc. dandreoli@steyerlaw.com |
| Dana S. Plon | |
|  | on behalf of Creditor Westfall Town Center JV dplon@sirlinlaw.com |
| Dana S. Plon | |
|  | on behalf of Creditor Loyal Holdings DE LLC dplon@sirlinlaw.com |
| Daniel Shamah | |
|  | on behalf of Defendant Thomas J. Tisch dshamah@omm.com  daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Shamah | |
|  | on behalf of Defendant Benefit Street 2018  LLC dshamah@omm.com, daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Shamah | |
|  | on behalf of Defendant Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Daniel H. Tabak | |
|  | on behalf of Defendant Totes Isotoner Corporation dtabak@cohengresser.com managingclerksoffice@cohengresser.com,autodocket@cohengresser.com |
| Daniel J Bennett | |
|  | on behalf of Defendant Speer Mechanical dan@danbennettlaw.com |
| Daniel J. Guyder | |
|  | on behalf of Defendant HBOS FINAL SALARY PENSION SCHEME daniel.guyder@allenovery.com kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com |
| Daniel J. McCarthy | |
|  | on behalf of Creditor Decore-Ative dmccarthy@hillfarrer.com |
| Daniel J. McCarthy | |
|  | on behalf of Creditor Decore-Ative Specialties  Inc. dmccarthy@hillfarrer.com |
| Daniel J. Weiner | |
|  | on behalf of Creditor Retail Contractors of Puerto Rico  Inc. dweiner@schaferandweiner.com |
| Daniel M O'Hara, Jr | |
|  | on behalf of Creditor G. R.  an Individual dohara@mowklaw.com |
| Daniel P Goldberg | |
|  | on behalf of Defendant Kunal Kamlani crodriguez@hsgllp.com;Managingclerk@hsgllp.com |
| Daniel R. Swetnam | |
|  | on behalf of Interested Party 5330 Crosswind  LLC Daniel.Swetnam@icemiller.com, Peggy.Richardson@icemiller.com |
| Daniel R. Wotman | |
|  | on behalf of Defendant Housewares Corp. of Asia Limited dwotman@wotmanlaw.com dwotman@wotmanlaw.com;wotmandr86431@notify.bestcase.com |
| Daniel W. Sklar | |
|  | on behalf of Unknown Coral Reef Asia Pacific a/k/a White Mountain Footwear dsklar@nixonpeabody.com ccarlin@nixonpeabody.com |

Darlene M. Nowak
on behalf of Defendant NTA Enterprise Inc. nowak@marcus-shapira.com

Darlene M. Nowak
on behalf of Defendant GTT Communications  Inc. nowak@marcus-shapira.com

Darlene M. Nowak
on behalf of Creditor GTT Communications  Inc. nowak@marcus-shapira.com

Darrell W. Clark
on behalf of Creditor Verizon Communications Inc. darrell.clark@stinsonleonard.com  catherine.scott@stinsonleonard.com

Darryl S. Laddin
on behalf of Defendant Orkin LLC bkrfilings@agg.com

Darryl S. Laddin
on behalf of Unknown Orkin  LLC bkrfilings@agg.com

David Azrin
on behalf of Defendant Colombina De Puerto Rico LLC dta@gdblaw.com

David A. Greer
on behalf of Defendant CDM Witchduck Associates LLC dgreer@davidgreerlaw.com

David A. Rolf
on behalf of Creditor Sam Pugh darolf@sorlinglaw.com

David A. Rolf
on behalf of Creditor Nicole Pugh darolf@sorlinglaw.com

David A. Rolf
on behalf of Creditor Jack Pugh darolf@sorlinglaw.com

David A. Rolf
on behalf of Creditor Charles F. Pugh darolf@sorlinglaw.com

David A. Rolf
on behalf of Creditor Charles Pugh darolf@sorlinglaw.com

David A. Rosenzweig
on behalf of Unknown Cantor Fitzgerald Securities  as Agent david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig
on behalf of Creditor Living Spaces Furniture  LLC david.rosenzweig@nortonrosefulbright.com

David B. Wheeler
on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. davidwheeler@mvalaw.com

David Brett Zolkin
on behalf of Creditor MKK Enterprises Corp. dzolkin@ztlegal.com  maraki@ztlegal.com;sfritz@ztlegal.com

David G. Aelvoet
on behalf of Unknown Prime Clerk LLC sanantonio.bankruptcy@publicans.com

David G. Aelvoet
on behalf of Creditor Bexar County sanantonio.bankruptcy@publicans.com

David G. Tobias
on behalf of Creditor Superb International Co.  Ltd. dtobias@tobiaslawpc.com

David H. Wander
on behalf of Defendant Winning Resources Limited dhw@dhclegal.com

David H. Wander
on behalf of Defendant HK Sino-Thai Trading Company Ltd. dhw@dhclegal.com

David H. Wander
on behalf of Unknown HK SINO-THAI TRADING COMPANY LTD dhw@dhclegal.com

David H. Wander
on behalf of Creditor Stolaas Company dhw@dhclegal.com

David H. Wander
on behalf of Creditor Electronics for Imaging  Inc. dhw@dhclegal.com

David H. Wander
on behalf of Creditor Pearl Global Industries  Ltd. dhw@dhclegal.com

David H. Wander
on behalf of Creditor Orient Craft Ltd dhw@dhclegal.com

David H. Wander
on behalf of Defendant Eric Jay Ltd. dhw@dhclegal.com

District/off: 0208-7                          User: Admin                                    Page 20 of 97
Date Rcvd: Jul 13, 2021                      Form ID: pdf001                              Total Noticed: 0

David H. Wander

on behalf of Creditor ERIC JAY LTD dhw@dhclegal.com

David Henry Hartheimer

on behalf of Creditor - - Securian Life Insurance david@mhlaw-ny.com  david@clearbid.com

David Henry Hartheimer

on behalf of Unknown City of Minneapolis david@mhlaw-ny.com  david@clearbid.com

David Henry Hartheimer

on behalf of Creditor GitLab Inc. david@mhlaw-ny.com  david@clearbid.com

David J. Coyle

on behalf of Defendant Dorcy International Inc. dcoyle@shumaker.com

David J. Coyle

on behalf of Interested Party Dorcy International Inc. dba Dorcy International dcoyle@shumaker.com

David L. Pollack

on behalf of Creditor The Macerich Company pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Brixmor Property Group  Inc. pollack@ballardspahr.com

David L. Pollack

on behalf of Unknown GEM Realty Capital  Inc. pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor C. E. Johns Company  Inc. pollack@ballardspahr.com

David L. Pollack

on behalf of Unknown Pacific Retail Group pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Acadia Realty Limited Partnership pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Centennial Real Estate Co. pollack@ballardspahr.com

David L. Pollack

on behalf of Unknown Kravco Company pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor White Plains Galleria Limited Partnership pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor PGIM Real Estate pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Federal Realty Investment Trust pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Starwood Retail Partners  LLC pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Vintage Real Estate  LLC pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor GS Pacific ER  LLC pollack@ballardspahr.com

David L. Pollack

on behalf of Creditor Deutsche Asset & Wealth Management pollack@ballardspahr.com

David L. Tillem

on behalf of Unknown Putnam County tillemd@wemed.com

David M. Banker

on behalf of Creditor NorCell  Inc. dbanker@mmwr.com, david-banker-1986@ecf.pacerpro.com

David M. Bass

on behalf of Interested Party Lifetime Brands  Inc. dbass@coleschotz.com, ssallie@coleschotz.com

David M. Blau

on behalf of Creditor Crossroads Centre II  LLC dblau@clarkhill.com

David M. Blau

on behalf of Creditor AGREE LIMITED PARTNERSHIP dblau@clarkhill.com

David M. Blau

on behalf of Creditor Ramco Jackson Crossing SPE  LLC dblau@clarkhill.com

David M. Blau
          on behalf of Creditor Lakewood Shopping Center  LLC dblau@clarkhill.com

David M. Eisenberg
          on behalf of Defendant Racoon-Mahoning Associates LLC deisenberg@maddinhauser.com

David M. Fusco
          on behalf of Creditor United Food and Commercial Workers Union Local 880 dfusco@smcnlaw.com  dmfuscolaw@yahoo.com

David M. Schlachter
          on behalf of Unknown Arthur Schwartz davids@lawdms.com

David M. Zensky
          on behalf of Plaintiff Sears Holdings Corporation dzensky@akingump.com
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Innovel Solutions  Inc. dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Sears Development Co. dzensky@akingump.com
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Sears Holdings Management Corp. dzensky@akingump.com
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff STI Merchandising  Inc. dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Kmart Holding Corporation dzensky@akingump.com
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Kmart of Washington  LLC dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Troy Coolidge No. 13  LLC dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Sears Brands Business Unit Corp. dzensky@akingump.com
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Sears Brands  LLC dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Big Beaver of Florida Development  LLC dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Kmart Corporation dzensky@akingump.com
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
          Debtors' Estates dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff MaxServ  Inc. dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff SHC Desert Springs  LLC dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Kmart Stores of Illinois  LLC dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Plaintiff Sears  Roebuck de Puerto Rico, Inc. dzensky@akingump.com,
          nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
          on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
          dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
    on behalf of Plaintiff Sears  Roebuck and Co. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
    on behalf of Plaintiff Sears  Roebuck Acceptance Corp. dzensky@akingump.com,
nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David Michael Mannion
    on behalf of Defendant RFP Atlas Sales LLC DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David Michael Mannion
    on behalf of Defendant Peggs Co. DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David Michael Mannion
    on behalf of Defendant The Clorox Sales Company DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David N. Crapo
    on behalf of Defendant S&P Global Inc. dcrapo@gibbonslaw.com

David N. Crapo
    on behalf of Creditor S&P Global  Inc. dcrapo@gibbonslaw.com

David R Taxin
    on behalf of Unknown 5525 S. Soto St. Associates davidtaxin@dahannowick.com

David R. Softness
    on behalf of Creditor Atlas Signs Holdings  Inc. david@softnesslaw.com, mari@softnesslaw.com

David S. Gragg
    on behalf of Creditor Walters Investments  LP dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Gragg
    on behalf of Creditor Alatex  A Joint Venture dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Gragg
    on behalf of Creditor Wal-Go Associates LLC dgragg@langleybanack.com  cjohnston@langleybanack.com

David S. Gragg
    on behalf of Creditor Papa Rochester  LP dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Kupetz
    on behalf of Creditor Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11  1999, Vegas Group, LLC,
and East River Group, LLC dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com

David W. Dykhouse
    on behalf of Defendant Johnson & Johnson Consumer Inc. dwdykhouse@pbwt.com  mcobankruptcy@pbwt.com

David W. Dykhouse
    on behalf of Interested Party MOAC Mall Holding LLC dwdykhouse@pbwt.com  mcobankruptcy@pbwt.com

Dawn Kirby
    on behalf of Creditor Bonnier Corp. dkirby@kacllp.com  bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dawn Kirby
    on behalf of Creditor Springs Window Fashions  LLC dkirby@kacllp.com,
bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dawn Kirby
    on behalf of Defendant Angie's List  Inc. dkirby@kacllp.com, bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dawn Kirby
    on behalf of Unknown Felix Calls  LLC dkirby@kacllp.com, bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dawn Kirby
    on behalf of Interested Party Greenhorn Ventures LLC dkirby@kacllp.com
bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dawn Kirby
    on behalf of Creditor U.S. Nonwovens Corp. dkirby@kacllp.com  bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dawn Kirby
    on behalf of Defendant Springs Window Fashions  LLC dkirby@kacllp.com,
bleonardo@kacllp.com;5852@notices.nextchapterbk.com

Dean J Despotovich
    on behalf of Defendant Bektrom Foods Inc. djdatty@aol.com  djdatty@aol.com

Dean Lindsay Chapman, Jr.
    on behalf of Plaintiff MaxServ  Inc. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.

| | on behalf of Plaintiff Sears Roebuck and Co. dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| --- | --- |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Roebuck de Puerto Rico, Inc. dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Kmart Holding Corporation dchapman@akingump.com AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Roebuck Acceptance Corp. dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Innovel Solutions Inc. dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Troy Coolidge No. 13 LLC dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Kmart of Washington LLC dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Holdings Management Corp. dchapman@akingump.com AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff STI Merchandising Inc. dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Kmart Stores of Illinois LLC dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Holdings Corporation dchapman@akingump.com AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Development Co. dchapman@akingump.com AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Big Beaver of Florida Development LLC dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff SHC Desert Springs LLC dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Kmart Corporation dchapman@akingump.com AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Brands LLC dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Sears Brands Business Unit Corp. dchapman@akingump.com AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation et al., acting on behalf of the Debtors' Estates dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com |
| Deborah Jill Michelson | on behalf of Unknown Arca Industrial (NJ) Inc. michelson@buckleyking.com, hinkle@buckleyking.com |
| Deborah L. Fletcher | on behalf of Defendant Positec USA Inc. fletcher@fsblegal.com, d.fletcher@me.com |
| Deborah M Perry | on behalf of Creditor International Airport Center Inc. dperry@munsch.com |
| Dennis M. Haley | on behalf of Defendant International Packaging Supplies LLC dhaley@winegarden-law.com |

District/off: 0208-7
Date Rcvd: Jul 13, 2021
User: Admin
Form ID: pdf001
Page 24 of 97
Total Noticed: 0

Dennis M. Haley
on behalf of Attorney Dennis M Haley dhaley@winegarden-law.com

Derek L. Wright
on behalf of Unknown CenterPoint Properties Trust dlwright@foley.com

Derrick Talerico
on behalf of Creditor MKK Enterprises Corp. dtalerico@ztlegal.com  maraki@ztlegal.com;sfritz@ztlegal.com

Devon Eggert
on behalf of Creditor Korpack  Inc. deggert@bcblaw.net, pfoster@bcblaw.net

Devon Eggert
on behalf of Interested Party True Value Company deggert@bcblaw.net  pfoster@bcblaw.net

Diane W. Sanders
on behalf of Creditor Hidalgo County austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Aransas county austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Bee County austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Harlingen CISD austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Victoria county austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Jim Wells CAD austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor City Of Harlingen austin.bankruptcy@lgbs.com

Diane W. Sanders
on behalf of Creditor Cameron County austin.bankruptcy@lgbs.com

Dianne F. Coffino
on behalf of Unknown Certain Former Directors of Sears Canada  Inc. dcoffino@cov.com

Don D.G. James
on behalf of Creditor Samantha S Parchment donjamespa@aol.com

Donald F. Campbell, Jr.
on behalf of Interested Party Saker ShopRites  Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Donald W. Clarke
on behalf of Creditor Auburndale Properties  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W. Clarke
on behalf of Creditor Levcom Wall Plaza Associates dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W. Clarke
on behalf of Creditor West Orange Plaza dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donna H. Lieberman
on behalf of Creditor Kellermeyer Bergensons Services  LLC dlieberman@halperinlaw.net, dlieberman@halperinlaw.net

Doron Yitzchaki
on behalf of Creditor Combine International Inc. dyitzchaki@dickinsonwright.com

Doug Skierski
on behalf of Creditor Quest Resource Management Group LLC enotices@skijain.com

Doug Skierski
on behalf of Defendant Quest Resource Management Group  LLC enotices@skijain.com

Doug Skierski
on behalf of Unknown Quest Resource Management Group LLC enotices@skijain.com

Douglas B. Rosner
on behalf of Defendant Swimways Corp. drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor STAG IV Cheektowaga  LLC drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor New Westgate Mall LLC drosner@goulstonstorrs.com

District/off: 0208-7                          User: Admin                                    Page 25 of 97
Date Rcvd: Jul 13, 2021                       Form ID: pdf001                                 Total Noticed: 0

Douglas B. Rosner
on behalf of Creditor Cape Town Plaza LLC drosner@goulstonstorrs.com

Douglas B. Rosner
on behalf of Creditor OND Property  LLC drosner@goulstonstorrs.com

Douglas J. Pick
on behalf of Creditor Perlene Haley dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick
on behalf of Creditor Norton Mailman Associates dpick@picklaw.net  ezabicki@picklaw.net

Douglas S. Draper
on behalf of Defendant Smittys Supply Inc. ddraper@hellerdraper.com
gbrouphy@hellerdraper.com;vgamble@hellerdraper.com;ddraper@hellerdraper.com;dhepting@hellerdraper.com;lcollins@heller
draper.com

Douglas T. Tabachnik
on behalf of Creditor Certain Texas Taxing Entities dtabachnik@dttlaw.com  rdalba@dttlaw.com

Duane Brescia
on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com
bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com

Duriya Dhinojwala
on behalf of Defendant American Color Inc. ddhinojwala@bmdllc.com

Dustin Smith
on behalf of Creditor 1291079 Ontario Limited  as class representative for the potential class of Sears Hometown Dealer stores
smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dustin Smith
on behalf of Creditor Honourable J. Douglas Cunningham  Q.C., as court-appointed litigation trustee for the Canadian Debtors
smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dustin Parker Branch
on behalf of Unknown Kravco Company branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Brixmor Property Group  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor GEM Realty Capital  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Cedar - Valley Plaza  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Federal Realty Investment Trust branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Brixmor Operating Partnership  L.P. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Centennial Real Estate Co. branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Brooks Shopping Centers  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor CenterCal Properties  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor White Plains Galleria Limited Partnership branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Passco Hanford Mall  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Starwood Retail Partners  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Unknown GEM Realty Capital  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Gemini Alto Centerville Partners  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor C. E. Johns Company  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Deutsche Asset & Wealth Management branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Interested Party Heidenberg Properties  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Interested Party Hart I-55 Industrial  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Interested Party Weitzman branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Vintage Real Estate  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor GS Pacific ER  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor WBCMT 2007-C33 INDENDENCE CENTER LLC branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor The Macerich Company branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor C. E. John Company  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor PGIM Real Estate branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Unknown Pacific Retail Group branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

E. David Chanin

on behalf of Unknown Almo Corporation dchanin@kleinbard.com

Eboney Cobb

on behalf of Creditor Carrollton-Farmers Branch ISD ecobb@pbfcm.com

Eboney Cobb

on behalf of Creditor Certain Texas Taxing Entities ecobb@pbfcm.com

Eboney Cobb

on behalf of Creditor Richardson ISD ecobb@pbfcm.com

Eboney Cobb

on behalf of Creditor Garland ISD ecobb@pbfcm.com

Eboney Cobb

on behalf of Creditor City of Garland ecobb@pbfcm.com

Edgardo Munoz

on behalf of Creditor PLAZA JUANA DIAZ INC emunozpsc@gmail.com

Edgardo Munoz

on behalf of Creditor SUNSHINE SHOPPING CENTER INC emunozpsc@gmail.com

Eduardo J. Glas
　　　　　on behalf of Unknown Natalie Parker ejglas@gmail.com

Edward E. Neiger
　　　　　on behalf of Creditor EzraSons  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Unknown Sears  Roebuck and Co. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff Florida Builder Appliances  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Creditor The NES Group eneiger@askllp.com  lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Creditor City Choice Limited eneiger@askllp.com lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff Sears  Roebuck and Co. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff Sears Home Improvement Products  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff StarWest  LLC eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff Kmart Holding Corporation eneiger@askllp.com lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff California Builder Appliances  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Creditor Coca-Cola Bottling Co. Consolidated eneiger@askllp.com lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger
　　　　　on behalf of Plaintiff Sears Home Improvement Productions  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward L. Schnitzer
　　　　　on behalf of Defendant Sakar International  Inc. eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Attorney Edward L. Schnitzer eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Defendant Eastern Prime Textile Limited eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Creditor Giza Spinning & Weaving Co. eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Creditor BST International Fashion Ltd eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Creditor Carmine Molinaro  Jr. eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Interested Party Robert Malone eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Interested Party Felicia Browell eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
　　　　　on behalf of Interested Party Thomas K. Dowler eschnitzer@mmwr.com edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Steven R. Wolf eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Crossroads Mall  LLC eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Hankook Tire America Corporation eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor F.F.T. International (H.K.) LTD. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Werner Enterprises  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor NorCell  Inc. eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant The Asean Corporation Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Garland Sales  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Exquisite Apparel Corp. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Sakar International eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Adesso-Madden  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Textiles From Europe  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant S Lichtenberg & Co. Inc. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Colette Molinaro eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Werner Enterprises  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Eastern Prime Textiles Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Interested Party Renne I. Dowler eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Defendant Milberg Factors Inc. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer
on behalf of Creditor Vehicle Service Group  LLC eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward M. Fox
on behalf of Unknown Wilmington Trust  National Association emfox@seyfarth.com

Edward M. King
on behalf of Creditor Sitel Operating Corporation tking@fbtlaw.com

Edwin H Caldie
on behalf of Creditor CenturyLink Communications  LLC ed.caldie@stinson.com,
jess.rehbein@stinson.com;jayme.masek@stinson.com

Elena Liveris

District/off: 0208-7                              User: Admin                                    Page 29 of 97
Date Rcvd: Jul 13, 2021                          Form ID: pdf001                              Total Noticed: 0

                          on behalf of Creditor Richard Bruce eliveris@mmulderlaw.com  adonnelly@mmulderlaw.com

Eli J. Vonnegut
                          on behalf of Creditor Citibank  N.A. eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Elias L Fernandez-Perez
                          on behalf of Defendant O.H. Sunglass Inc. eliaslaureano@gmail.com

Elias L Fernandez-Perez
                          on behalf of Defendant Multiple Solutions Inc. eliaslaureano@gmail.com

Elise S. Frejka
                          on behalf of Consumer Privacy Ombudsman Elise S. Frejka efrejka@frejka.com

Elizabeth Weller
                          on behalf of Creditor Hood CAD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Lewisville isd dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Sulphur Springs ISD dallas.bankruptcy@publicans.com
                          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Allen ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Hunt County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Gregg County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Ellis County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Wise CAD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Paker CAD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Irving ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Navarro county dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Wood County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Stephenville ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor City of Sulphur Springs dallas.bankruptcy@publicans.com
                          Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor City of frisco dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Kaufman County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Atlanta ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Hopkins County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor Rockwall CAD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
                          on behalf of Creditor City of Atlanta dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller

Elizabeth Weller
    on behalf of Creditor Tom Green CAD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
    on behalf of Creditor City of Stephenville dallas.bankruptcy@publicans.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
    on behalf of Creditor Grayson County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
    on behalf of Creditor Smith County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
    on behalf of Creditor Wise County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth L Doyaga
    on behalf of Creditor Wells Fargo Bank  N.A. edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Elizabeth L Doyaga
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, as successor trustee, on
behalf of the holders of the CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-24 edoyaga@flwlaw.com,
jspiegelman@flwlaw.com

Elizabeth L. Janczak
    on behalf of Defendant Korpack Inc. ejanczak@freeborn.com  bkdocketing@freeborn.com

Elliot Moskowitz
    on behalf of Interested Party Cushman & Wakefield Inc. elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot Moskowitz
    on behalf of Defendant Cushman & Wakefield  Inc. elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com

Emily L. Pagorski
    on behalf of Defendant Tempur-Pedic North America  LLC emily.pagorski@skofirm.com, emily.keith@skofirm.com

Emily L. Pagorski
    on behalf of Creditor Tempur-Sealy International  Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic
North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC emily.pagorski@skofirm.com,
emily.keith@skofirm.com

Emily M. Hahn
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Enid Nagler Stuart
    on behalf of Creditor New York State Department of Taxation & Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Eric Chafetz
    on behalf of Interested Party GTM America Corporation echafetz@lowenstein.com  msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant Fila U.S.A.  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant Springs Global US  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant Leif J. Ostberg  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant Westport Corporation echafetz@lowenstein.com  msavetsky@lowenstein.com

Eric Chafetz
    on behalf of Defendant LG Electronics Alabama  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com

Eric Waxman
    on behalf of Creditor ARGONAUT INSURANCE COMPANY eric.waxman@cwt.com
Sarah.Roberts@cwt.com;Andrew.Greenberg@cwt.com

Eric Zim
    on behalf of Defendant Eagle Home Products Inc. ezim@hzlaw.com

Eric Zim
    on behalf of Attorney Eagle Home Products Inc. ezim@hzlaw.com

Eric C. Daucher
    on behalf of Interested Party FTI Consulting Canada Inc.  in its capacity as court-appointed monitor for Sears Canada Inc. and
certain of its affiliates eric.daucher@nortonrosefulbright.com

Eric J. Haber
    on behalf of Defendant Flynn Enterprises LLC eric@ehaberlaw.com

Eric J. Haber
    on behalf of Defendant Paradies Gifts  Inc. eric@ehaberlaw.com

Eric J. Haber
                on behalf of Plaintiff Kmart Holding Corporation eric@ehaberlaw.com

Eric J. Haber
                on behalf of Defendant M&S Accessory Network Corp. eric@ehaberlaw.com

Eric J. Haber
                on behalf of Defendant B. Fernandez & Hnos. Inc. eric@ehaberlaw.com

Eric J. Monzo
                on behalf of Defendant MC Builders LLC emonzo@morrisjames.com, wweller@morrisjames.com;bkeilson@morrisjames.com

Eric Keith Krasle
                on behalf of Unknown Mary Reed eric@krasle.com

Eric R Goodman
                on behalf of Creditor American Greetings Corporation egoodman@bakerlaw.com

Eric R Goodman
                on behalf of Creditor Plus Mark LLC egoodman@bakerlaw.com

Eric R. Wilson
                on behalf of Creditor Computershare Trust Company N.A.
                KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Erica Dausch
                on behalf of Defendant Limbach Company LLC edausch@babstcalland.com

Erica Weisgerber
                on behalf of Defendant Cascade Investment LLC eweisgerber@debevoise.com,
                eweisgerber@debevoise.com;mao-bk-ecf@debevoise.com

Erica Weisgerber
                on behalf of Creditor Cascade Investment L.L.C. & SL Agent, LLC eweisgerber@debevoise.com,
                eweisgerber@debevoise.com;mao-bk-ecf@debevoise.com

Erika Morabito
                on behalf of Interested Party Whitebox Asymmetric Partners LP erikamorabito@quinnemanuel.com

Erika Morabito
                on behalf of Creditor Hain Capital Investors Master Fund Ltd. erikamorabito@quinnemanuel.com

Erika Morabito
                on behalf of Interested Party Whitebox Multi-Strategy Partners LP erikamorabito@quinnemanuel.com

Erika Morabito
                on behalf of Interested Party Cherokee Debt Acquisition LLC erikamorabito@quinnemanuel.com

Erika R. Barnes
                on behalf of Creditor Whitmor Inc. ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com

Erin West
                on behalf of Creditor Johnson Controls Inc. ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Erin C. Kim
                on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov efile@pbgc.gov

Evan C Hollander
                on behalf of Creditor TELUS International (U.S.) Corporation echollander@orrick.com
                jgoldfinger@orrick.com;efua@orrick.com

Evan J. Zucker
                on behalf of Creditor Fairsan Company LLC ezucker@blankrome.com eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Cansan Company LLC ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Hillsborough Associates ezucker@blankrome.com eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Floreff LLC ezucker@blankrome.com eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Aleff LLC ezucker@blankrome.com eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Mantkin LLC ezucker@blankrome.com eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Kin Properties Inc. ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker

District/off: 0208-7                          User: Admin                                    Page 32 of 97
Date Rcvd: Jul 13, 2021                       Form ID: pdf001                                   Total Noticed: 0

Evan J. Zucker

on behalf of Creditor Hareff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Greenmich LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Jeffrey Sandelman  Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust
ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Sugensteve LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Sugencole LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Arcolo Limited Partnership ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Nathan Alison LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Musue LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Sugengran LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Fundamentals Co LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker

on behalf of Creditor Pasan Trust ezucker@blankrome.com  eDocketing@blankrome.com

Evan R. Chesler

on behalf of Defendant Ann N. Reese echesler@cravath.com

Evan R. Chesler

on behalf of Defendant Paul G. DePodesta echesler@cravath.com

Evan R. Chesler

on behalf of Defendant William C. Kunkler echesler@cravath.com

Eve H. Karasik

on behalf of Interested Party Certified Capital LP ehk@lnbyb.com

Fernand L Laudumiey, IV

on behalf of Creditor Richards Canal Street Property  LLC laudumiey@chaffe.com

Ferve E. Khan

on behalf of Creditor American Greetings Corporation fkhan@bakerlaw.com

Francis J. Lawall

on behalf of Defendant Church & Dwight Co. Inc. francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Frank Peretore

on behalf of Creditor Tri-County Mall  LLC fperetore@csglaw.com, ecf@csglaw.com

Fred B. Ringel

on behalf of Creditor East End Commons Associates LLC fbr@robinsonbrog.com

Fred B. Ringel

on behalf of Creditor East End Commons LLC fbr@robinsonbrog.com

Frederick B. Rosner

on behalf of Defendant Berkshire Fashions Inc. rosner@teamrosner.com  leonhardt@teamrosner.com;klein@teamrosner.com

Frederick E. Schmidt

on behalf of Creditor Scents of Worth  Inc. eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt

on behalf of Defendant Scents of Worth  Inc. eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com

Fredric Sosnick

on behalf of Creditor Sears Hometown and Outlet Stores  Inc. fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Fredric Sosnick

on behalf of Interested Party Sears Hometown and Outlet Stores  Inc. fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Garrett A. Fail

on behalf of Unknown Weil  Gotshal & Manges LLP garrett.fail@weil.com,

District/off: 0208-7 | User: Admin | Page 33 of 97
Date Rcvd: Jul 13, 2021 | Form ID: pdf001 | Total Noticed: 0

Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail

on behalf of Debtor Sears Holdings Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail

on behalf of Defendant Sears Holding Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail

on behalf of Defendant Kmart Holdings Corporation garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garry M. Graber

on behalf of Counter-Claimant Frilot LLC ggraber@hodgsonruss.com  mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gary D. Underdahl

on behalf of Debtor Sears Holdings Corporation gunderdahl@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

Gary F Seitz

on behalf of Defendant J. B. Hunt Transport Inc. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz

on behalf of Defendant The Kraft Heinz Company gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz

on behalf of Creditor Yang Ming (America) Corp. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz

on behalf of Creditor Yang Ming Marine Transport Corp. gseitz@gsbblaw.com  gary.seitz@gmail.com

Geoffrey J. Peters

on behalf of Creditor Toyota Industries Commercial Finance  Inc. colnyecf@weltman.com

George Jawlakian

on behalf of Creditor Xiamen Luxinjia Imp & Exp Co Ltd george@jawlakianlaw.com

George Anthony Bleus

on behalf of Creditor Taylor Sorensen bleusandassociates@gmail.com

George B. Cauthen

on behalf of Creditor Michelin North America  Inc. george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

George Bernard Hofmann

on behalf of Defendant Propel Trampolines LLC ghofmann@cohnekinghorn.com  mparks@cohnekinghorn.com

George Bernard Hofmann

on behalf of Creditor Propel Trampolines LLC ghofmann@cohnekinghorn.com  mparks@cohnekinghorn.com

George Bernard Hofmann

on behalf of Defendant Mechanical Design & Service LC ghofmann@cohnekinghorn.com  mparks@cohnekinghorn.com

George W. Shuster, Jr.

on behalf of Defendant Hasbro International Trading B.V. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.

on behalf of Defendant Hasbro Inc. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerald P. Kennedy

on behalf of Creditor MCS Hemet Valley Center LLC gerald.kennedy@procopio.com
kristina.terlaga@procopio.com;calendaring@procopio.com

Gilbert A. Lazarus

on behalf of Creditor Vandale Industries  Inc. gillazarus@gmail.com

Gilbert R. Saydah, Jr.

on behalf of Creditor RREEF America REIT II Portfolio L.P. gsaydah@mmwr.com

Gilbert R. Saydah, Jr.

on behalf of Creditor Bradshaw Westwood Trust gsaydah@mmwr.com

Gilda M. Arroyo

on behalf of Defendant Northtowne Associates Inc. gmarroyo@burnswhite.com

Glenn M. Fjermedal

on behalf of Creditor Grand Central Plaza  LLC gfjermedal@davidsonfink.com

Gordon J. Toering

on behalf of Creditor Chervon (HK)  Ltd. gtoering@wnj.com

District/off: 0208-7                          User: Admin                                Page 34 of 97
Date Rcvd: Jul 13, 2021                      Form ID: pdf001                           Total Noticed: 0

Gordon J. Toering

on behalf of Creditor Wolverine World Wide Inc gtoering@wnj.com

Gordon J. Toering

on behalf of Defendant Builder's Best  Inc. gtoering@wnj.com

Gordon J. Toering

on behalf of Defendant Wolverine World Wide Inc. gtoering@wnj.com

Gregg M. Galardi

on behalf of Interested Party Icon NY Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregg M. Galardi

on behalf of Interested Party Icon DE Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregory J Mascitti

on behalf of Defendant Arizona Republic Phoenix Gazette gmascitti@mccarter.com

Gregory J Mascitti

on behalf of Defendant The Journal News gmascitti@mccarter.com

Gregory P. Joseph

on behalf of Defendant Cesar L. Alvarez gjoseph@jhany.com

Gregory W. Fox

on behalf of Creditor Waste Management National Services  Inc. and its affiliates gfox@goodwinprocter.com, ACunningham@goodwinlaw.com

Greta Braker

on behalf of Unknown Laveta Shelton greta@askbobwhite.com

Gus Kallergis

on behalf of Creditor Winners Industry Co.  Ltd. gkallergis@calfee.com

Gustavo A Chico-Barris

on behalf of Creditor Santa Rosa Mall  LLC gchico@ferraiuoli.com, hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com

Guy Wilson

on behalf of Defendant Seasonal Visions International Ltd. guywlaw@aol.com

Guy A. Reiss

on behalf of Creditor Miele  Inc. greiss@reisspreuss.com

H. Bruce Bronson, Jr.

on behalf of Creditor M&S Landscaping Inc ecf@bronsonlaw.net  hbbronson@bronsonlaw.net

H. Bruce Bronson, Jr.

on behalf of Defendant M & S Landscaping Inc. ecf@bronsonlaw.net  hbbronson@bronsonlaw.net

H. Jeffrey Schwartz

on behalf of Creditor Winners Industry Co.  Ltd. hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Hanh Vinh Huynh

on behalf of Creditor Manlaw Investment Company  Ltd. hhuynh@rubinlawllc.com, prubin@rubinlawllc.com

Harlan Mitchell Lazarus

on behalf of Defendant One Step Up Ltd. hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Sasha Handbags  Inc. hmllaw@att.net, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Creditor Ikeedi Imports LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party Sasha Handbags Inc. hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Van Dale Industries  Inc. hmllaw@att.net, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Creations Jewellery Mfg. Pvt. Ltd. hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Project 28 Clothing LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Fashion Accessory Bazaar LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party One Step Up  Ltd. hmllaw@att.net, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Cudlie Accessories LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party Concept One Accessories hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Importique Corp. hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Lifeworks Technology Group  LLC hmllaw@att.net, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Creditor Cudlie Accessories LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Cynergy Trading Corp. hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party Cynergy Trading hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party Central Mills Inc. hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Concept One Accessories hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Creditor Flatbush Center Parking LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Central Mills  Inc. hmllaw@att.net, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Interested Party Lifeworks Technology Group LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Creditor Project 28 Clothing LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Ikeddi Imports LLC hmllaw@att.net  hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

on behalf of Defendant Salland Industries  Limited hmllaw@att.net, hlazarus@lazarusandlazarus.com

Harley J. Goldstein

on behalf of Defendant Sphere Consulting  Inc. harleyg@restructuringshop.com,
teresag@restructuringshop.com;amritk@goldmclaw.com

Harrison Breakstone

on behalf of Defendant Fiesta Jewelry Corporation hbreakstone@archerlaw.com  chansen@archerlaw.com

Harrison Breakstone

on behalf of Defendant PTS Consulting Services LLC hbreakstone@archerlaw.com  chansen@archerlaw.com

Harry M. Gutfleish

on behalf of Creditor First Real Estate Investment Trust of New Jersey harry@gutfleishlaw.com

Helen G Litsas

on behalf of Unknown Richard Alberigi helen@litsaslaw.com

Henry Jaffe

on behalf of Interested Party Red Bull North America  Inc. and Red Bull Distribution Company Inc. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe

on behalf of Interested Party Oxo International  Ltd. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Hillary Crabtree

on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. hillarycrabtree@mvalaw.com

Holley C. M. Horrell

on behalf of Defendant AQR DELTA MASTER ACCOUNT  L.P. hhorrell@greeneespel.com

Holley C. M. Horrell

on behalf of Defendant AQR Delta Sapphire Fund  LP hhorrell@greeneespel.com

Holley C. M. Horrell

on behalf of Defendant AQR DELTA FUND  LP hhorrell@greeneespel.com

Holley C. M. Horrell

on behalf of Defendant AQR DELTA XN FUND  LP hhorrell@greeneespel.com

Howard J. Kaplan
on behalf of Defendant Leena Munjal hkaplan@kaplanrice.com Girizarry@kaplanrice.com;dwong@kaplanrice.com

Howard J. Kaplan
on behalf of Defendant Lawrence Meerschaert hkaplan@kaplanrice.com Girizarry@kaplanrice.com;dwong@kaplanrice.com

Howard J. Kaplan
on behalf of Defendant Joseph Jordan hkaplan@kaplanrice.com Girizarry@kaplanrice.com;dwong@kaplanrice.com

Howard P. Magaliff
on behalf of Defendant Triple E Partners LLC hmagaliff@r3mlaw.com hcolon@r3mlaw.com

Howard P. Magaliff
on behalf of Creditor Sante Marcoccia hmagaliff@r3mlaw.com hcolon@r3mlaw.com

Howard P. Magaliff
on behalf of Defendant Newgate Mall Equities LLC hmagaliff@r3mlaw.com hcolon@r3mlaw.com

Howard P. Magaliff
on behalf of Defendant Mackey Investments Sears LLC hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Hugh G. Jasne
on behalf of Unknown Data Print Technologies Inc. hgj@jasneflorio.com, hgj@jasneflorio.com

Hugh M. McDonald
on behalf of Defendant MUFG UNION BANK NA hugh.mcdonald@pillsburylaw.com NYDocket@pillsburylaw.com

Hyun Suk Choi
on behalf of Unknown Winiadaewoo Electronics America Inc. hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@choiandpark.com

Ilan Markus
on behalf of Creditor Berkshire Mall LP imarkus@barclaydamon.com andrew.cole@leclairryan.com

Ilan Markus
on behalf of Creditor Benenson Capital Partners LLC and Brooks Shopping Centers, LLC imarkus@barclaydamon.com,
andrew.cole@leclairryan.com

Ilan Markus
on behalf of Creditor Concord Mall LP and Berkshire Mall LP imarkus@barclaydamon.com andrew.cole@leclairryan.com

Ilan Markus
on behalf of Creditor Westfield LLC imarkus@barclaydamon.com, andrew.cole@leclairryan.com

Ilan Markus
on behalf of Unknown Brooks Shopping Center Partners LLC imarkus@barclaydamon.com, andrew.cole@leclairryan.com

Ira L. Herman
on behalf of Creditor GlobalTranz Enterprises Inc. iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Berkeley Mall LLC iherman@blankrome.com, eDocketing@blankrome.com

Ira S. Dizengoff
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation et al.
idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Roebuck de Puerto Rico, Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

Ira S. Dizengoff
on behalf of Plaintiff Big Beaver of Florida Development LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Holdings Corporation idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

Ira S. Dizengoff
on behalf of Plaintiff Kmart of Washington LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

Ira S. Dizengoff
on behalf of Plaintiff Troy Coolidge No. 13 LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Development Co. idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears  Roebuck and Co. idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff STI Merchandising  Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff SHC Desert Springs  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Kmart Stores of Illinois  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Creditor Committee Akin Gump Strauss Hauer & Feld LLP idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Innovel Solutions  Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Brands  LLC idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears  Roebuck Acceptance Corp. idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff MaxServ  Inc. idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Kmart Holding Corporation idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Brands Business Unit Corp. idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Kmart Corporation idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Dizengoff
on behalf of Plaintiff Sears Holdings Management Corp. idizengoff@akingump.com
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Ira S. Greene
on behalf of Interested Party DFS Services  LLC ira.greene@lockelord.com

Isaac M. Gabriel
on behalf of Defendant Zebra Technologies International  LLC isaac.gabriel@quarles.com, sybil.aytch@quarles.com

J. Casey Roy

on behalf of Interested Party The Employees Retirement System of Texas casey.roy@usdoj.gov

J. Matthew Pfeiffer

on behalf of Defendant E Formella & Sons Inc. matt@pfeifferlawoffices.com

J. Ted Donovan

on behalf of Creditor Crickm Lafayette Trust TDonovan@GWFGlaw.com

Jack Pugh

pmryan@sorlinglaw.com

Jack Yoskowitz

on behalf of Defendant KENDEN ALFOND  C/O DEXTER ENTERPRISES, INC. yoskowitz@sewkis.com

Jacob A. Manheimer

on behalf of Creditor BlueTarp Financial  Inc. jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com;rkelley@pierceatwood.com;kcunningham@pierceatwood.com;afisk@pierceatwood.com

Jacob M Gold

on behalf of Defendant Entech Sales & Service Inc. firm@goldlawtexas.com

Jacqueline Marcus

on behalf of Debtor SOE  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Brands Management Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Protection Company jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Stores of Illinois LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Home Improvement Products  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SHC Promotions LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Holdings Publishing Company  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor MyGofer LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Brands  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart of Washington LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor MaxServ  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor FBA Holdings Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Holding Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Buying Services  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears  Roebuck and Co. jacqueline.marcus@weil.com,

jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor BlueLight.com  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor ServiceLive  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Big Beaver of Florida Development  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Troy Coolidge No. 13  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Holdings Management Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SRe Holding Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SHC Licensed Business LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Home & Business Franchises  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor A&E Signature Service  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Procurement Services  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Holdings Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Roebuck Acceptance Corp. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SYW Relay LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor California Builder Appliances  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Florida Builder Appliances  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Plaintiff Sears Holding Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor KBL Holding Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Defendant Sears Holdings Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Operations LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Defendant Sears  Roebuck de Puerto Rico, Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Development Co. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Brands Business Unit Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart Stores of Texas LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor A&E Lawn & Garden  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Insurance Services  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart.com LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor StarWest  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Wally Labs LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor A&E Home Delivery  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor KLC  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears  Roebuck de Puerto Rico, Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Protection Company (PR) Inc. jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor STI Merchandising  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Operations LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor SHC Desert Springs  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Kmart of Michigan  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor A&E Factory Service  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Sears Protection Company (Florida)  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Innovel Solutions  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus

on behalf of Debtor Private Brands  Ltd. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacques Catafago

on behalf of Defendant Perfume Worldwide Inc. Jacques@catafagofini.com

Jacqulyn S. Loftin

on behalf of Creditor Amazon Web Services  Inc. jsl@lhmlawfirm.com

Jacqulyn S. Loftin
    on behalf of Defendant Castanea Labs Inc. jsl@lhmlawfirm.com

Jaime Agnew
    on behalf of Creditor Joyce Franklin jaimeagnew21@gmail.com

James Gadsden
    on behalf of Sucessor Trustee The Bank of New York Mellon Trust Company  N.A, as Successor Trustee bankruptcy@clm.com,
    CourtMail@clm.com

James Yan
    on behalf of Creditor WNR Industries Ltd. jsyan@msn.com

James Christopher Vandermark
    on behalf of Creditor salesforce.com  inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Creditor Erie Insurance Company vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Creditor Cisco Systems Inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Creditor Multipet International Inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Unknown Amerco Real Estate Company vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Defendant Google LLC vandermarkj@whiteandwilliams.com

James Christopher Vandermark
    on behalf of Defendant Watterson Environmental Group  LLC vandermarkj@whiteandwilliams.com

James E. Sorenson
    on behalf of Creditor Florida Self-Insurers Guaranty Association  Inc. bk@svllaw.com, jim@svllaw.com

James F. Dowden
    on behalf of Creditor Gabriel Young jfdowden@swbell.net

James Hartmann Smith
    on behalf of Creditor Winners Industry Co.  Ltd. jsmith@mckoolsmith.com

James J. Beha, II
    on behalf of Defendant ICON Health & Fitness  Inc. jbeha@mofo.com,
    docketny@mofo.com;james-beha-7414@ecf.pacerpro.com

James J. Holman
    on behalf of Interested Party Aramark Corporation jjholman@duanemorris.com

James J. Vincequerra
    on behalf of Creditor Twentieth Century Fox Home Entertainment LLC James.Vincequerra@alston.com

James J. Vincequerra
    on behalf of Creditor Cupid Foundations  Inc. James.Vincequerra@alston.com

James N. Lawlor
    on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits jlawlor@wmd-law.com
    jgiampolo@wmd-law.com

James P Chou
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
    jchou@moritthock.com

James P. Pagano
    on behalf of Unknown Movants/Class Representatives Nina and Gerald Greene jppaganoesq@gmail.com
    jppaganoesq@gmail.com

James S Livermon, III
    on behalf of Creditor Choice Auto Repairs  Inc. charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Carr
    on behalf of Unknown Tata America International Corporation
    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Creditor Tata Consultancy Services Limited
    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Unknown Infosys Limited KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Defendant GS Portfolio Holdings LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Jamie S. Cassel
    on behalf of Creditor Rubbermaid Incorporated jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
    on behalf of Creditor Sanford L.P. jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
    on behalf of Creditor Rubbermaid Commercial Products LLC jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
    on behalf of Creditor Sunbeam Products  Inc. jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
    on behalf of Creditor Ignite USA  LLC jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
    on behalf of Unknown First Alert  Inc. jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
    on behalf of Creditor Graco Children's Products Inc. jsc@renozahm.com  jsc@renozahm.com

Jane Kim
    on behalf of Creditor TmaxSoft  Inc. jkim@kellerbenvenutti.com

Janice Beth Grubin
    on behalf of Creditor DXC Technology Services LLC  successor in interest to Computer Sciences Corporation and CSC Covansys
Corporation jgrubin@barclaydamon.com

Janice I Daul
    on behalf of Unknown Movants/Class Representatives Nina and Gerald Greene jdaul@kcr-law.com

Janine Marie Figueiredo
    on behalf of Creditor Criteo S.A. jfigueiredo@hahnhessen.com

Jarrod Martin
    on behalf of Creditor Direct Energy Business  LLC jarrod.martin@chamberlainlaw.com,
3012436420@filings.docketbird.com;lara.coleman@chamberlainlaw.com

Jason A. Fountain
    on behalf of Creditor Clermont County Treasurer jfountain@clermontcountyohio.gov

Jason Anthony D'Angelo
    on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates jdangelo@herrick.com, courtnotices@herrick.com

Jason B. Binford
    on behalf of Interested Party The Employees Retirement System of Texas jason.binford@oag.texas.gov

Jason I Blanchard
    on behalf of Unknown Baker & Hostetler LLP jblanchard@bakerlaw.com  bhlitdocket@bakerlaw.com

Jason Louis Libou
    on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason M. Katz
    on behalf of Defendant Naterra International Inc. jkatz@ccsb.com  wmartinez@ccsb.com

Jason M. Katz
    on behalf of Creditor Naterra International Inc. jkatz@ccsb.com  wmartinez@ccsb.com

Javier Vilarino
    on behalf of Unknown VILARINO & ASSOCIATES LLC jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Jayson Macyda
    on behalf of Creditor Koolatron Corporation generalcounsel@kykoglobal.com

Jayson Macyda
    on behalf of Defendant Koolatron  Inc. generalcounsel@kykoglobal.com

Jeff J. Friedman
    on behalf of Debtor Sears Holdings Corporation jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
    on behalf of Creditor Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

|  |  |
|---|---|
|  | on behalf of Unknown Acumen Recovery Services  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com |
| Jeff J. Friedman | |
|  | on behalf of Attorney Katten Muchin Rosenman LLP jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com |
| Jeffery Phillips | |
|  | on behalf of Defendant FCL Graphics  Inc. jphillips@phillipslawllc.net |
| Jeffrey Bernstein | |
|  | on behalf of Interested Party New Jersey Self-Insurers Guaranty Association jbernstein@mdmc-law.com kpatterson@mdmc-law.com |
| Jeffrey Bernstein | |
|  | on behalf of Defendant 1070 Hanover LLC jbernstein@mdmc-law.com  kpatterson@mdmc-law.com |
| Jeffrey Bernstein | |
|  | on behalf of Defendant 1057 Hanover LLC jbernstein@mdmc-law.com  kpatterson@mdmc-law.com |
| Jeffrey Chubak | |
|  | on behalf of Creditor Shaler Zamagias Limited Partnership jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |
| Jeffrey Kurtzman | |
|  | on behalf of Defendant BT Granite Run LP jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor Capital Enterprises  Inc. jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor The Robbins Companies jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor BT Pleasant Hills LP jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor PREIT Services  LLC, as agent for PR Financing Limited Partnership and PR Capital City Limited Partnership jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor PREIT Services  LLC jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Defendant PR North Dartmouth LLC jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor PREIT Services  LLC, as agent for PR Jacksonville Limited Partnership jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Counter-Claimant PR North Dartmouth LLC jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor BET Investments jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor PREIT Services  LLC, as agent for PR North Dartmouth, LLC jkurtzma@klehr.com |
| Jeffrey Kurtzman | |
|  | on behalf of Creditor BT Granite Run  LP jkurtzma@klehr.com |
| Jeffrey A. Carlino | |
|  | on behalf of Creditor Voortman Cookies Limited jacarlino@kslnlaw.net |
| Jeffrey A. Reich | |
|  | on behalf of Other Prof. Garlly Associates  LP reichlaw@reichpc.com |
| Jeffrey A. Reich | |
|  | on behalf of Creditor Union Center Realty  LLC reichlaw@reichpc.com |
| Jeffrey A. Wurst | |
|  | on behalf of Defendant American Exchange Time LLC jwurst@atllp.com  bvogt@atllp.com;jvega@atllp.com |
| Jeffrey C. Chancas | |
|  | on behalf of Creditor Amanda Gonzales jchancas@borahgoldstein.com |
| Jeffrey C. Wisler | |
|  | on behalf of Creditor Life Insurance Company of North America jwisler@connollygallagher.com |
| Jeffrey C. Wisler | |
|  | on behalf of Defendant Reddy Ice LLC jwisler@connollygallagher.com |
| Jeffrey C. Wisler | |
|  | on behalf of Creditor Cigna Life Insurance Company of New York jwisler@connollygallagher.com |

District/off: 0208-7

Date Rcvd: Jul 13, 2021

User: Admin

Form ID: pdf001

Page 44 of 97

Total Noticed: 0

Jeffrey E. Bjork

on behalf of Unknown Simon Property Group  L.P. jeff.bjork@lw.com

Jeffrey Neil Rothleder

on behalf of Defendant Dart Container Corporation jeffrey.rothleder@squirepb.com
sarah.conley@squirepb.com;jeffrey-n-rothleder-1393@ecf.pacerpro.com

Jeffrey R. Gleit

on behalf of Unknown Service.com jgleit@sullivanlaw.com
bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,tkethro@sullivanla
w.com

Jeffrey T. Wegner

on behalf of Defendant Vm Innovations Inc. jeffrey.wegner@kutakrock.com  marybeth.brukner@kutakrock.com

Jenelle C Arnold

on behalf of Creditor Bayview Loan Servicing  LLC., as servicer for The Bank of New York Mellon fka The Bank of New York
as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2004-14T2, Mortgage Pas
bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jenelle C Arnold

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE
(CWALT2004-14T2) bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jenelle C Arnold

on behalf of Creditor Bayview Loan Servicing  LLC bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jennifer Pastarnack

on behalf of Interested Party Whitebox Asymmetric Partners LP jennifer.pastarnack@cliffordchance.com

Jennifer Pastarnack

on behalf of Interested Party Whitebox Multi-Strategy Partners  LP jennifer.pastarnack@cliffordchance.com

Jennifer Slocum

on behalf of Defendant Universal Enterprises Inc. jennifer.slocum@stoel.com

Jennifer Sucher

on behalf of Defendant Dennemeyer & Co. LLC jsucher@foxswibel.com

Jennifer Elizabeth Cranston

on behalf of Defendant Snelling Employment  LLC jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Jennifer Kennedy Park

on behalf of Creditor ESL Investments  Inc. jkpark@cgsh.com, maofiling@cgsh.com

Jennifer Kennedy Park

on behalf of Creditor JPP II  LLC jkpark@cgsh.com, maofiling@cgsh.com

Jennifer Kennedy Park

on behalf of Creditor JPP  LLC jkpark@cgsh.com, maofiling@cgsh.com

Jennifer L. Marines

on behalf of Creditor Wolverine World Wide Inc jmarines@mofo.com
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines

on behalf of Creditor ICON Health & Fitness  Inc. jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines

on behalf of Unknown United Parcel Service  Inc. and its affiliates jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines

on behalf of Interested Party Icon Health & Fitness  Inc. jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Pruski

on behalf of Creditor MP Holdings LLC and Larry D. Kelley jpruski@trainorfairbrook.com

Jennifer L. Rodburg

on behalf of Creditor Vornado Realty L.P. jennifer.rodburg@friedfrank.com  managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg

on behalf of Creditor 770 Broadway Owner LLC jennifer.rodburg@friedfrank.com
managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg

on behalf of Creditor Interprop Bedford  LLC jennifer.rodburg@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg

on behalf of Creditor One Penn Plaza LLC jennifer.rodburg@friedfrank.com  managingattorneysdepartment@friedfrank.com

District/off: 0208-7                                    User: Admin                                    Page 45 of 97
Date Rcvd: Jul 13, 2021                              Form ID: pdf001                              Total Noticed: 0

Jeremy C. Kleinman
    on behalf of Creditor Bottling Group  LLC operating as Pepsi Beverages Company jkleinman@fgllp.com

Jeremy C. Kleinman
    on behalf of Creditor Frito-Lay North America  Inc. jkleinman@fgllp.com

Jeremy C. Kleinman
    on behalf of Attorney Jeremy C. Kleinman jkleinman@fgllp.com

Jeremy R. Johnson
    on behalf of Other Prof. Polsinelli PC jeremy.johnson@polsinelli.com

Jeremy R. Johnson
    on behalf of Creditor RiverRoch LLC jeremy.johnson@polsinelli.com

Jessica Liou
    on behalf of Debtor Sears Holdings Corporation jessica.liou@weil.com

Jessica Simon
    on behalf of Creditor The Macerich Company simonjm@ballardspahr.com  carolod@ballardspahr.com

Joan S. Huh
    on behalf of Creditor California Dept. of Tax and Fee Admin. joan.huh@cdtfa.ca.gov

Joaquin J Alemany
    on behalf of Creditor Plaza las Americas  Inc. joaquin.alemany@hklaw.com

Joaquin J Alemany
    on behalf of Creditor Plaza del Caribe  S.E. joaquin.alemany@hklaw.com

Jocelyn Weinstein
    on behalf of Defendant Atos It Solutions and Services  Inc. jocelynweinstein@eversheds-sutherland.com

Joe E. Marshall
    on behalf of Creditor Dallas Independent School District jmarshall@marshalllaw.net

Joe E. Marshall
    on behalf of Defendant Dallas Independent School District jmarshall@marshalllaw.net

Joel A. Stein
    on behalf of Defendant Centro Inc. joelastein@dlec.com

Joel Martin Shafferman
    on behalf of Defendant Ray Padula Holdings  LLC jshafferman@swc-law.com

Joel Martin Shafferman
    on behalf of Creditor Ray Padula Holdings  LLC jshafferman@swc-law.com

Joel R. Glucksman
    on behalf of Defendant Maxell Corporation of America jglucksman@sh-law.com  rjoyce@sh-law.com

Joel W. Sternman
    on behalf of Defendant RIEF Trading LLC j.sternman@kattenlaw.com  courtalertnyc@katten.com

Joel W. Sternman
    on behalf of Defendant RIEF RMP LLC j.sternman@kattenlaw.com  courtalertnyc@katten.com

Joel W. Sternman
    on behalf of Defendant GF TRADING LLC j.sternman@kattenlaw.com  courtalertnyc@katten.com

Joel W. Sternman
    on behalf of Defendant HAP TRADING  LLC j.sternman@kattenlaw.com, courtalertnyc@katten.com

John Conway
    on behalf of Defendant Demar Logistics  Inc. lindamarr@shlawfirm.com, sbryant@fbtlaw.com

John Mueller
    on behalf of Creditor SUSO 4 Ocean LP jmueller@lippes.com

John Mueller
    on behalf of Creditor Maynardville Pike LP jmueller@lippes.com

John C. Allerding
    on behalf of Interested Party Luxottica Retail North America Inc. john.allerding@thompsonhine.com

John D. Molino
    on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. jmolino@curtis.com

John D. Molino
    on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP jmolino@curtis.com

John D. Molino
    on behalf of Defendant Kinetics Portfolio Trust jmolino@curtis.com

John D. Molino
    on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC jmolino@curtis.com

John D. Molino
    on behalf of Defendant PRESCOTT INVESTORS INC. jmolino@curtis.com

John D. Molino
    on behalf of Defendant LUMA CAPITAL S.A.-SPF jmolino@curtis.com

John D. Molino
    on behalf of Defendant PRESCOTT ASSOCIATES LP jmolino@curtis.com

John G. Loughnane
    on behalf of Creditor The Davis Companies jloughnane@nutter.com

John G. McCarthy
    on behalf of Creditor Enhanced Recovery Company  LLC, successor to TeleSight, LLC d/b/a ERC Market Research
jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com

John G. McCarthy
    on behalf of Creditor Crown Equipment Corporation jmccarthy@sgrlaw.com  nyoecf@sgrlaw.com

John J. Richardson
    on behalf of Defendant Liberty Transportation Inc. jrichardson@bernsteinlaw.com  cwirick@bernsteinlaw.com

John Mark Stern
    on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  sherri.simpson@oag.texas.gov

John P. Dillman
    on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Wharton Co Jr Coll Dist houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Galveston County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Houston CAD houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Cleveland ISD houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Angelina County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Polk County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Orange County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Jasper County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Tyler County houston_bankruptcy@publicans.com

John P. Dillman
    on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com

John R. Fifarek
    on behalf of Creditor 4th South Street II  LLC knelson@laskyfifarek.com, csczepanski@laskyfifarek.com

John R. Knapp, Jr.
    on behalf of Creditor PeopleReady  Inc. john.knapp@millernash.com,
edgar.rosales@millernash.com;dona.purdy@millernash.com

John S. Mairo
    on behalf of Creditor Optiv Security Inc. jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

John T. Banks
    on behalf of Creditor Fayette County  Kerr County, City of Weslaco, Weslaco ISD, Kendall County, Maverick County, & Uvalde

County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com

John Tucker Farnum

on behalf of Creditor LTMAC Properties  LLC jfarnum@milesstockbridge.com, jfarnum@milesstockbridge.com

John W Kettering

on behalf of Defendant Sun Industrial Inc. jk@pietragallo.com  rjp@pietragallo.com;ms@pietragallo.com

Johnathan C. Bolton

on behalf of Creditor Robert J. Clancey  Ltd. jbolton@goodsill.com

Johnathan C. Bolton

on behalf of Defendant Pacific Transfer LLC jbolton@goodsill.com

Johnathan C. Bolton

on behalf of Defendant Robert J. Clancey  Ltd. jbolton@goodsill.com

Jonathan Saffer

on behalf of Unknown Masterpieces Puzzle Co.  Inc. jsaffer@rllaz.com

Jonathan Adam Grasso

on behalf of Defendant MR2D Global Trading  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Brixton Everett LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Facilities Solutions LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Marion Plaza Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant BFG Supply Co.  LLC. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Ohio Valley Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Meadowbrook Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Push Digital  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor The Marion Plaza jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant M & K Distributors  Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Attorney Pierce McCoy  PLLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Everest Group USA Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Spotsylvania Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Dell Financial Services L.L.C. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Roanld P. Sorce  A.I.A., Architects, P.C. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor WashREIT Frederick County Square LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Huntington Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Disston Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Dell Marketing L.P. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Governor's Square Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Sunnest Service  LLC jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant ATC Group Services LLC jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant Pulsar Products  Inc. jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant C & D Contracting  LLC jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Creditor Howland Commons  LLC jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Creditor ePossibilities USA Ltd. jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant Mckinney Trailer Rentals jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant Centrescapes Inc. jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Creditor The Cafaro Northwest Partnership jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant Post Gardens of Battle Creek  Inc. jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Creditor Dell Marketing  L.P. jon@piercemccoy.com

Jonathan Adam Grasso
   on behalf of Defendant Epossibilities USA Limited jon@piercemccoy.com

Jonathan D. Marshall
   on behalf of Creditor Wells Fargo Bank  National Association jmarshall@choate.com

Jonathan E. Pickhardt
   on behalf of Creditor OCO Capital Partners  L.P. jonpickhardt@quinnemanuel.com

Jonathan H. Miller
   on behalf of Defendant MKK Enterprises  Corp. jon@saracheklawfirm.com

Jonathan H. Miller
   on behalf of Defendant Igoseating Limited jon@saracheklawfirm.com

Jonathan H. Miller
   on behalf of Unknown SLFAQ  LLC jon@saracheklawfirm.com

Jonathan H. Miller
   on behalf of Defendant J. Kinderman & Sons  Inc. jon@saracheklawfirm.com

Jonathan H. Miller
   on behalf of Defendant Beauty Gem  Inc. jon@saracheklawfirm.com

Jonathan H. Miller
   on behalf of Creditor Sarachek Law Firm jon@saracheklawfirm.com

Jonathan I. Rabinowitz
   on behalf of Creditor Dennis Dodge jrabinowitz@rltlawfirm.com

Jonathan I. Rabinowitz
   on behalf of Creditor Debbie Dodge jrabinowitz@rltlawfirm.com

Jonathan L. Flaxer
   on behalf of Creditor AMAV Enterprises Ltd. jflaxer@golenbock.com
courtnotifications@golenbock.com;mweinstein@golenbock.com

Jonathan M. Horne
   on behalf of Defendant Ledvance LLC jhorne@murthalaw.com

Jonathan S. Bodner
   on behalf of Defendant M.Z. Berger & Co. Inc. jbodner@bodnerlawpllc.com

Jonathan Scott Hawkins
   on behalf of Defendant Body Flex Sports Inc. jonathan.hawkins@thompsonhine.com
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins
   on behalf of Interested Party Marsala Manufacturing Company jonathan.hawkins@thompsonhine.com
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins
   on behalf of Defendant Great Lakes Technologies LLC jonathan.hawkins@thompsonhine.com

THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Interested Party The Marfo Company jonathan.hawkins@thompsonhine.com
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Creditor Virginia Surety Company  Inc. jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Creditor Teradata Operations  Inc. jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Interested Party Great Lakes Technologies  LLC jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Joon P. Hong

on behalf of Creditor Thanh Cong Textile Garment Investment Trading Joint Stock Company joonhong@chapman.com

Joon P. Hong

on behalf of Creditor E-Land Apparel Ltd joonhong@chapman.com

Jordan C. Pilevsky

on behalf of Defendant Esi Cases & Accessories Inc. jpilevsky@njslaw.com

Jordan C. Pilevsky

on behalf of Defendant Fast Forward  LLC jpilevsky@njslaw.com

Jose-Trelles Herrera

on behalf of Creditor Leonora Gonzalez jtherrera@herreralawfirm.com  vtarajano@herreralawfirm.com

Joseph Aronauer

on behalf of Creditor IQ9-200 SW C Ave  LLC jaronauer@aryllp.com

Joseph Aronauer

on behalf of Creditor U.S. Bank  National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee,
Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital jaronauer@aryllp.com

Joseph Badtke-Berkow

on behalf of Creditor Morneau Shepell Ltd.  in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan
joseph.badtke-berkow@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Joseph Corrigan

on behalf of Creditor Iron Mountain Information Management  LLC bankruptcy2@ironmountain.com

Joseph Froehlich

on behalf of Unknown Cardtronics USA  Inc. jfroehlich@lockelord.com

Joseph Charles Barsalona, II

on behalf of Interested Party KBTS-Tamiami  Ltd. c/o Federal Construction, Inc. jbarsalona@mnat.com,
joseph--barsalona-5332@ecf.pacerpro.com

Joseph D. Frank

on behalf of Creditor Bottling Group  LLC operating as Pepsi Beverages Company jfrank@fgllp.com,
csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank

on behalf of Creditor Frito-Lay North America  Inc. jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank

on behalf of Creditor CrossCom National LLC jfrank@fgllp.com  csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank

on behalf of Creditor Experian Information Solutions  Inc. jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph E. Sarachek

on behalf of Creditor Meenu Creations LLP joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Strong Progress Garment Factory Company LTD joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Mingle Fashion Limited joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Purcell Murray joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Fuzhou Fushan Pneumatic Co.  Ltd. joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Beauty Gem  Inc. joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor A&A HK Industrial joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Holdsun Group Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Mien Co.  Ltd. joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Samil Solutions joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Wing Hing Shoes Factory Limited joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Shanghai Fochier joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Auxo International Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Vogue Tex (Pvt) Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Mansheen Industries  Ltd. joe@saracheklawfirm.com, jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor AMW Vietnam Co. Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Helen Andrews Inc. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Giza Spinning & Weaving Co. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Esjay International Pvt. Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com

Joseph E. Shickich, Jr

on behalf of Creditor Microsoft Corporation  Microsoft Licensing, GP and Microsoft Online, Inc. jshickich@foxrothschild.com

Joseph H. Lemkin

on behalf of Creditor Canon Financial Services  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Achim Importing Company Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Phillips Edison & Company jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SWZ  LLC jlemkin@stark-stark.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff StarWest  LLC jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff California Builder Appliances  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Sears Holdings Corporation jsteinfeld@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Sears Home Improvement Productions  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

| | |
|---|---|
| | on behalf of Debtor Sears Holdings Corporation jsteinfeld@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff Sears Home Improvement Products  Inc. jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Defendant GateHouse Media South Dakota Holdings  Inc. jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff Florida Builder Appliances  Inc. jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Defendant Medal Sports (USA)  LLC jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff Sears  Roebuck and Co. jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff Kmart Holding Corporation jsteinfeld@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the Debtors' Estates jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph L. Steinfeld, Jr. | on behalf of Defendant EmployBridge  LLC jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joseph T. Kelleher | on behalf of Defendant DIMENSIONAL FUNDS PLC- GLOBAL TARGETED VALUE FUND jkelleher@stradley.com |
| Joseph T. Kelleher | on behalf of Defendant DFA Investment Dimensions Group  Inc. jkelleher@stradley.com |
| Joseph Thomas Moldovan | on behalf of Creditor Allure Gems  LLC bankruptcy@morrisoncohen.com |
| Joshua A. Dunn | on behalf of Creditor Village of Hoffman Estates jdunn@vedderprice.com  ecfnydocket@vedderprice.com |
| Joshua S. Bauchner | on behalf of Creditor Sayville Menlo LLC jb@ansellgrimm.com  carols@ansellgrimm.com |
| Joshua W. Cohen | on behalf of Creditor Lakin Tire West  Inc. jwcohen@daypitney.com, apetranek@daypitney.com |
| Juandisha Harris | on behalf of Creditor State of Michigan  Department of Treasury harrisj12@michigan.gov |
| Judith Elkin | on behalf of Creditor Lenox International  Inc. elkinj@mac.com, elkinj@mac.com |
| Julie Cvek Curley | on behalf of Defendant PDX  Inc./National Health Information Network, Inc. jcurley@kacllp.com, AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com |
| Julie Cvek Curley | on behalf of Interested Party NAMCO USA Inc jcurley@kacllp.com AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com |
| Julie Cvek Curley | |

District/off: 0208-7
Date Rcvd: Jul 13, 2021

User: Admin
Form ID: pdf001

Page 52 of 97
Total Noticed: 0

on behalf of Creditor Team Design Lighting & Construction  LLC jcurley@kacllp.com,
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Julie Cvek Curley

on behalf of Creditor PDX  Inc. jcurley@kacllp.com,
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Julie Cvek Curley

on behalf of Creditor Bonnier Corp. jcurley@kacllp.com
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Julie Cvek Curley

on behalf of Creditor Team Design Build USA jcurley@kacllp.com
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Julie Cvek Curley

on behalf of Creditor National Health Information Network  Inc. jcurley@kacllp.com,
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Julie H Rome-Banks

on behalf of Creditor Wilshire Investments  LLC julie@bindermalter.com

Justin Alaburda

on behalf of Creditor Robertson Heating Supply jmalaburda@bmdllc.com

Justin Logan Rappaport

on behalf of Creditor Malca-Amit USA LLC lr@pryormandelup.com  kj@pryormandelup.com

Kaitlin R. Walsh

on behalf of Creditor Suzhou Chunju Electric Co. Ltd. KRWalsh@mintz.com  docketing@mintz.com

Kamini Fox

on behalf of Defendant Dukers Appliance Co.  USA Ltd kamini@kfoxlaw.com

Kara E. Casteel

on behalf of Plaintiff California Builder Appliances  Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al kcasteel@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff Sears Holdings Corporation kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Debtor Sears Holdings Corporation kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff Sears Home Improvement Products  Inc. kcasteel@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff Florida Builder Appliances  Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff StarWest  LLC kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff Sears  Roebuck and Co. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Spec. Counsel ASK LLP kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel

on behalf of Plaintiff Kmart Holding Corporation kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com

Karen Sheehan

on behalf of Creditor Select Portfolio Servicing  Inc. Deutsche Bank National Trust Company, as Trustee, in trust for registered
Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 ksheehan@flwlaw.com,
jspiegelman@flwlaw.com

Karen Sheehan

on behalf of Creditor Select Portfolio Servicing  Inc.as servicer for U.S. Bank National Association, as trustee, in trust for the
holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1 ksheehan@flwlaw.com,
jspiegelman@flwlaw.com

Karen Sheehan

on behalf of Creditor PennyMac Corp. ksheehan@flwlaw.com  jspiegelman@flwlaw.com

District/off: 0208-7                                    User: Admin                                    Page 53 of 97
Date Rcvd: Jul 13, 2021                              Form ID: pdf001                              Total Noticed: 0

Karen C. Bifferato
on behalf of Creditor IRC Park Center Plaza  L.L.C. kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor IRC Marketplace at Six Corners  L.L.C. kbifferato@connollygallagher.com

Kari B Coniglio
on behalf of Defendant R. G. Barry Corporation kbconiglio@vorys.com

Katherine R. Catanese
on behalf of Creditor Victor Reagan Family Trust kcatanese@foley.com  katie-catanese-8978@ecf.pacerpro.com

Kathleen M. Aiello
on behalf of Defendant Viking Range  LLC KAiello@Klestadt.com

Kathleen M. Aiello
on behalf of Creditor Alpine Creations Ltd. KAiello@Klestadt.com

Kathleen M. Aiello
on behalf of Creditor Aspen Marketing Services  Inc. KAiello@Klestadt.com

Katiuska Bolanos
on behalf of Defendant Premier Transport  Inc. kbolanos@diazvaz.law

Kay Diebel Brock
on behalf of Creditor Travis County bkecf@co.travis.tx.us

Kayvan B. Sadeghi
on behalf of Defendant Dorel Asia Inc. ksadeghi@schiffhardin.com

Kayvan B. Sadeghi
on behalf of Defendant Pacific Cycle Inc. ksadeghi@schiffhardin.com

Kayvan B. Sadeghi
on behalf of Defendant Dorel Industries Inc. ksadeghi@schiffhardin.com

Kayvan B. Sadeghi
on behalf of Defendant Dorel Juvenile Group  Inc. ksadeghi@schiffhardin.com

Kayvan B. Sadeghi
on behalf of Defendant Dorel Home Furnishings  Inc. ksadeghi@schiffhardin.com

Kayvan B. Sadeghi
on behalf of Creditor Dorel Industries Inc. ksadeghi@schiffhardin.com

Keith A Langley
on behalf of Interested Party Liberty Mutual Insurance Company klangley@l-llp.com  ehyman@l-llp.com;pgentry@l-llp.com

Kelly Rose Cusick
on behalf of Creditor Pension Benefit Guaranty Corporation cusick.kelly@pbgc.gov  efile@pbgc.gov

Ken Florey
on behalf of Creditor Community Unit School District 300 kflorey@rsnlt.com

Kenneth Friedman
on behalf of Interested Party 51st Street Fruitland Ave.  LLC kfriedman@manatt.com, astaltari@manatt.com

Kenneth Miller
on behalf of Defendant Megagoods Inc. kmiller@pmcos.com

Kenneth A. Rosen
on behalf of Creditor TeleBrands  Corp. krosen@lowenstein.com

Kenneth L. Baum
on behalf of Defendant Tori Richard  Ltd. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M. Lewis
on behalf of Creditor International Cruise & Excursions Gallery  Inc. klewis@wtplaw.com, klewis@lewispllc.com

Kenneth M. Lewis
on behalf of Creditor Angela Kelly klewis@wtplaw.com  klewis@lewispllc.com

Kenneth M. Lewis
on behalf of Creditor Janyce L. MacKenzie klewis@wtplaw.com  klewis@lewispllc.com

Kesha L. Tanabe
on behalf of Creditor Cedar Glade LP KESHA@TANABELAW.COM  kesha.tanabe@gmail.com

Kevin Reid
on behalf of Creditor Demetrios L Kozonis kreid@kozonislaw.com

Kevin J Etzel
on behalf of Creditor Agri-Fab  Inc. ketzel@vedderprice.com

Kevin J Etzel
on behalf of Defendant Final Touch Delivery Service Inc. ketzel@vedderprice.com

Kevin J. Simard
on behalf of Creditor Wells Fargo Bank  National Association ksimard@choate.com

Kevin M Lippman
on behalf of Creditor Comosoft  Inc. klippman@munsch.com

Kevin Michael Newman
on behalf of Creditor S&R Company of West Seneca Newco  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor DGI LS  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Aviation Mall NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Salmon Run Shopping Center  L.L.C. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Poughkeepsie Galleria LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Light 125 James West LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Shillington Plaza LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Washington Commons NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor JPMG Manassas Mall Owner LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Holyoke Mall Company  L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin N Summers
on behalf of Interested Party Greenwood Motor Lines  Inc., d/b/a R+L Carriers ksummers@dflaw.com

Kevin P. Montee
on behalf of Creditor Hudson Concourse  LLC kmontee@monteefirm.com, kmontee@monteefirm.com

Kiah T Ford, IV
on behalf of Creditor Hangzhou GreatStar Industrial Co.  Ltd chipford@parkerpoe.com

Kieran M. Corcoran
on behalf of Defendant Huhtamaki Inc. kieran.corcoran@stinson.com  jennifer.guidry@stinson.com

Klaus Peter Muthig, I
on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kory A. Atkinson
on behalf of Creditor Community Unit School District 300 kaa@koryatkinson.com

Kristen Santillo
on behalf of Interested Party Transform Holdco LLC ksantillo@gelbersantillo.com

Kristen D Romano
on behalf of Creditor Automotive Rentals  Inc. kromano@fpservicing.com

Kristen D Romano
on behalf of Creditor ARI Fleet LT kromano@fpservicing.com

Kristen N. Pate
on behalf of Creditor Brookfield Property REIT Inc. bk@brookfieldpropertiesretail.com

Kristin Corbett
on behalf of Interested Party Transform Holdco LLC kcorbett@cgsh.com

Kurt Ernest Kates Ramlo
on behalf of Creditor EMA Investments San Diego  LLC kr@lnbyb.com

Kyle Arendsen
on behalf of Defendant Dart Container Corporation kyle.arendsen@squirepb.com
sarah.conley@squirepb.com;kyle-f-arendsen-5494@ecf.pacerpro.com

Kyle Hosmer
on behalf of Unknown Peoria Industrial  Inc. kyle.hosmer@faegredrinker.com

Kyle Hosmer

District/off: 0208-7                                User: Admin                                Page 55 of 97

Date Rcvd: Jul 13, 2021                            Form ID: pdf001                            Total Noticed: 0

on behalf of Creditor Peoria Industrial  Inc. kyle.hosmer@faegredrinker.com

Kyle J. Kolb

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates kkolb@herrick.com

Lacy Martin Lawrence

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
llawrence@akingump.com, txdocketing@akingump.com;AGSearch-Lit@akingump.com

Lane E Bender

on behalf of Defendant Gateway Fashion Mall  LLC lane@lanebenderlaw.com

Lara Shipkovitz Martin

on behalf of Defendant Liberty Transportation Inc. lmartin@bernsteinlaw.com  cwirick@bernsteinlaw.com

Larry Wilcher

on behalf of Creditor Winners Industry Co.  Ltd. lwilcher@calfee.com

Laura J. Monroe

on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com

Laura M. Fontaine

on behalf of Defendant Commission Junction LLC LFontaine@fdic.gov
Robbyn@HedrickKring.com;McKenzie@HedrickKring.com

Laura R Hall

on behalf of Creditor Morneau Shepell Ltd.  in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan
laura.hall@allenovery.com, kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laurel D. Roglen

on behalf of Creditor The Macerich Company roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 7200 Arlington Associates LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sphear Investments  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Interested Party Magformers  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Examiner Fee Examiner roglenl@ballardspahr.com  carbonej@ballardspahr.com

Lauren Wagner

on behalf of Defendant Benefit Street 2018  LLC lwagner@omm.com, lauren-m-wagner-6717@ecf.pacerpro.com

Lauren Wagner

on behalf of Defendant Thomas J. Tisch lwagner@omm.com  lauren-m-wagner-6717@ecf.pacerpro.com

Lauren A Baio

on behalf of Interested Party Financial-Information-Technologies  LLC lauren.baio@gray-robinson.com,
leanna.copeland@gray-robinson.com

Lauren Catherine Kiss

on behalf of Unknown Rebuilding Together  Inc. lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Creditor GLP US Management  LLC and its affiliates lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Creditor Haier U.S. Appliance Solutions  Inc. d/b/a GE Appliances lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Creditor Icon Owner Pool 1 SF Business Parks  LLC lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Creditor Southwest Sign Group  Inc., d/b/a Apex Sign Group lkiss@klestadt.com

Lauren M. Macksoud

on behalf of Creditor Starboard Platform Brighton JV LLC lauren.macksoud@dentons.com

Laurence May

on behalf of Creditor Prestige Properties & Development Co.  Inc. lmay@eisemanlevine.com

Laurence May

on behalf of Creditor Prestige Properties and Development lmay@eisemanlevine.com

Laurence May

on behalf of Creditor K-Bay Plaza  LLC lmay@eisemanlevine.com

Laurence May

District/off: 0208-7                        User: Admin                              Page 56 of 97
Date Rcvd: Jul 13, 2021                     Form ID: pdf001                        Total Noticed: 0

on behalf of Creditor Allure Home Fashions lmay@eisemanlevine.com

Lawrence Fogelman

on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence A. Lichtman

on behalf of Creditor Aaron Gershenson Family Properties  LLC llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman

on behalf of Creditor QKC Maui Owner  LLC llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman

on behalf of Creditor Midwest Tool and Cutlery Company llichtman@honigman.com  litdocket@honigman.com

Lawrence A. Lichtman

on behalf of Creditor Four Gershenson Brothers  L.L.C. llichtman@honigman.com, litdocket@honigman.com

Lawrence J. Kotler

on behalf of Defendant Aramark Services  Inc. ljkotler@duanemorris.com

Lawrence J. Kotler

on behalf of Creditor Riskonnect  Inc. ljkotler@duanemorris.com

Lawrence W Byrne

on behalf of Creditor William Juiris lbyrne@pedersenhoupt.com

Lea Pauley Goff

on behalf of Defendant Tempur-Pedic North America  LLC lea.goff@skofirm.com, emily.keith@skofirm.com

Lea Pauley Goff

on behalf of Creditor Tempur-Sealy International  Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC lea.goff@skofirm.com, emily.keith@skofirm.com

Leah Silverman

on behalf of Creditor Olympus Peak Master Fund LP lsilverman@opeaklp.com

Lee Rohn

on behalf of Creditor Aquita Williams angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor T.S.  a minor child of Joanna Samuel angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor Richard Samuel angelique@rohnlaw.com

Lee Rohn

on behalf of Defendant Island Delivery Service angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor O'Rosia Figueroa angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor S.S.  a minor child of Joanna Samuel angelique@rohnlaw.com

Lee Rohn

on behalf of Unknown Lee J. Rohn angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor Juan Rosario angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor R.S.  a minor child of Joanna Samuel angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor Lee J. Rohn angelique@rohnlaw.com

Lee Rohn

on behalf of Creditor Aubain Scotland angelique@rohnlaw.com

Lee E. Woodard

on behalf of Creditor Van Hook Service Co.  Inc. bkemail@harrisbeach.com, kgriffith@harrisbeach.com;efilings@harrisbeach.com

Leo Muchnik

on behalf of Defendant Goldman Sachs & Co. LLC muchnikl@gtlaw.com

Leo B Dubler, III

on behalf of Creditor SUZANNE MERCADO leodubler@fast.net

Leon B Gordon

on behalf of Creditor Anderson County et al cary.cain@mvbalaw.com  bankruptcy@mvbalaw.com

Leon S. Jones
on behalf of Defendant Hi Tech Pharmaceuticals Inc. ljones@joneswalden.com
jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com

Leslie Ann Berkoff
on behalf of Interested Party BRE 312 OWNER LLC lberkoff@moritthock.com

Leslie C. Heilman
on behalf of Creditor Starwood Retail Partners  LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Unknown Pacific Retail Group heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Centennial Real Estate Co. heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor GS Pacific ER  LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor C. E. Johns Company  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Unknown Kravco Company heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Federal Realty Investment Trust heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Vintage Real Estate  LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Acadia Realty Limited Partnership heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Unknown GEM Realty Capital  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Brixmor Property Group  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor White Plains Galleria Limited Partnership heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor PGIM Real Estate heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC heilmanl@ballardspahr.com
carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Dolphin Fontana  L.P. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Lewis A. Lindenberg
on behalf of Creditor Raven Associates c/o Aegis Investments  Inc. llindenberg@bbwg.com

Lewis J. Liman
on behalf of Plaintiff Transform Holdco LLC maofiling@cgsh.com

Linda M. Tirelli
on behalf of Attorney Linda M. Tirelli LTirelli@TirelliLawGroup.com
admin1@tirellilawgroup.com;admin2@TirelliLawGroup.com;admin1@TirelliLawGroup.com

Lindsay Zahradka Milne
on behalf of Defendant White Mountain Tissue  LLC lmilne@bernsteinshur.com,
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

Lindsay Zahradka Milne
on behalf of Defendant RTH Mechanical Services  Inc. lmilne@bernsteinshur.com,
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

Lindsey Robin
on behalf of Creditor GroupBy USA  Inc. lrobin@reedsmith.com, shikendra.rhea@bclplaw.com

Lisa Milas
on behalf of Creditor Wilmington Savings Fund Society  FSB, acting not in its Individual Capacity but Solely as Trustee of
Southside NSP Trust 2017-1, by its servicing agent BSI Financial Services lgadomski@schillerknapp.com,

District/off: 0208-7                                    User: Admin                                    Page 58 of 97
Date Rcvd: Jul 13, 2021                              Form ID: pdf001                              Total Noticed: 0

lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Louis J. Cisz, III

on behalf of Creditor California Self-Insurers' Security Fund lcisz@nixonpeabody.com  jzic@nixonpeabody.com

Louis R Koerner, Jr

on behalf of Unknown Lisa Francis koerner@koerner-law.com

Louis R Koerner, Jr

on behalf of Creditor Lisa Francis koerner@koerner-law.com

Louis Thomas DeLucia

on behalf of Creditor Ciuffo Family Trust/Trust A louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis Thomas DeLucia

on behalf of Creditor Ciuffo Family Trust louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Lucas Schneider

on behalf of Creditor CenturyLink Communications  LLC lucas.schneider@stinson.com, Sydney.varma@stinson.com

Lucy E. Hill

on behalf of Defendant The Daily Press  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant The San Diego Union-Tribune  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant Los Angeles Times Communications LLC lucy.hill@dentons.com
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant Sun-Sentinel Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant The Hartford Courant Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant Virginian-Pilot Media Companies  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant Orlando Sentinel Communications Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant Tribune Publishing Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill

on behalf of Defendant American Textile Company  Incorporated lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Luiz Felipe Vargas dos Santos Correa de Oliveira
on behalf of Creditor KG Denim Limited loliveira@steinip.com

Luke A Barefoot

on behalf of Creditor JPP II  LLC lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Transform SR Holdings Management LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Defendant Transform Operating Stores LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Transform SR Protection LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Defendant Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Transform SR LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Interested Party Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

on behalf of Plaintiff Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot

District/off: 0208-7                    User: Admin                    Page 59 of 97
Date Rcvd: Jul 13, 2021                 Form ID: pdf001                 Total Noticed: 0

Luke A Barefoot

on behalf of Creditor JPP  LLC lbarefoot@cgsh.com, maofiling@cgsh.com

on behalf of Creditor ESL Investments  Inc. lbarefoot@cgsh.com, maofiling@cgsh.com

Luma Al-Shibib

on behalf of Creditor WC Independence Center LLC lal-shibib@andersonkill.com
dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com

Luvell L Glanton

on behalf of Creditor Antonio D. Roberts glantonfirm@gmail.com

Luvell L Glanton

on behalf of Unknown Tracee M. Britton glantonfirm@gmail.com

Lynn Hamilton Butler

on behalf of Creditor WC MRP Belleville Center  LLC Lynn.Butler@huschblackwell.com,
lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Lynn Hamilton Butler

on behalf of Creditor WC Independence Center LLC Lynn.Butler@huschblackwell.com
lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Lynn Rowe Larsen

on behalf of Defendant Gannett Satellite Information Network  LLC llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM

Lynnette R Warman

on behalf of Defendant Ventiv Technology Inc. lwarman@culhanemeadows.com

Magdalena Zalewski

on behalf of Defendant Jupiter Workshops (HK) Ltd. mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant Hireright  LLC mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant Archon Energy Solutions mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant Field Manufacturing Corporation mz@magdalenazalewski.com

Magdalena Zalewski

on behalf of Defendant JCW Investments  Inc. mz@magdalenazalewski.com

Marc A. Zelina

on behalf of Unknown Simon Property Group  L.P. marc.zelina@lw.com

Marc J. Kurzman

on behalf of Creditor Crossroads Joint Venture  LLC mkurzman@carmodylaw.com

Marcel Charles Duhamel

on behalf of Defendant R. G. Barry Corporation mcduhamel@vorys.com

Marianna Udem

on behalf of Plaintiff Sears  Roebuck and Co. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff California Builder Appliances  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Sears Home Improvement Productions  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Sears Home Improvement Products  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Florida Builder Appliances  Inc. mudem@askllp.com

Marianna Udem

on behalf of Plaintiff Kmart Holding Corporation mudem@askllp.com

Marianna Udem

on behalf of Plaintiff StarWest  LLC mudem@askllp.com

Marianna Udem

on behalf of Defendant The ServiceMaster Company  LLC mudem@askllp.com

Marie Polito Hofsdal

on behalf of Creditor Broad Street Station LLC c/o Collett mhofsdal@pryorcashman.com

Marilyn Macron

on behalf of Unknown CalAmp Wireless Networks Corporation marilyn@marilynmacron.com

District/off: 0208-7                           User: Admin                                    Page 60 of 97
Date Rcvd: Jul 13, 2021                      Form ID: pdf001                                  Total Noticed: 0

Marita S. Erbeck
    on behalf of Creditor Distribution Funding II  LLC marita.erbeck@dbr.com

Marita S. Erbeck
    on behalf of Creditor KTR LV Loan LLC marita.erbeck@dbr.com

Marita S. Erbeck
    on behalf of Creditor Prologis  L.P. marita.erbeck@dbr.com

Marita S. Erbeck
    on behalf of Creditor KTR Ohio LLC marita.erbeck@dbr.com

Marita S. Erbeck
    on behalf of Creditor Prologis marita.erbeck@dbr.com

Marita S. Erbeck
    on behalf of Creditor ProLogis-A4 CA IV  LP marita.erbeck@dbr.com

Mark Levine
    on behalf of Respondent Robert Catalfano mark.levine.180@gmail.com  mlevine@zlk.com

Mark Levine
    on behalf of Respondent Lavarita Meriwether mark.levine.180@gmail.com  mlevine@zlk.com

Mark Sherrill
    on behalf of Defendant Atos It Solutions and Services  Inc. marksherrill@eversheds-sutherland.com

Mark Tsukerman
    on behalf of Creditor Micro Focus  LLC mtsukerman@coleschotz.com,
ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com

Mark A. Frankel
    on behalf of Interested Party Aida Visakay mfrankel@bfklaw.com
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark A. Frankel
    on behalf of Creditor 233 S. Wacker  LLC mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark D. Silverschotz
    on behalf of Creditor Schumacher Electric Corporation msilverschotz@andersonkill.com
bankruptcy-2628@ecf.pacerpro.com;dfraser@andersonkill.com;dflynn@andersonkill.com

Mark E. Cohen
    on behalf of Creditor Bank of America  N.A. MECESQ2@aol.com

Mark E. Felger
    on behalf of Creditor National Distribution Centers  LLC MFelger@cozen.com,
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Hall
    on behalf of Defendant Microsoft Online  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark E. Hall
    on behalf of Defendant Microsoft Corporation mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark E. Hall
    on behalf of Creditor CAPREF Burbank LLC A Delaware LLC mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark J. Hyland
    on behalf of Defendant Fairholme Funds  Inc. hyland@sewkis.com

Mark J. Hyland
    on behalf of Defendant Fairholme Capital Management  L.L.C. hyland@sewkis.com

Mark J. Hyland
    on behalf of Defendant Bruce Berkowitz hyland@sewkis.com

Mark R. Somerstein
    on behalf of Interested Party Norges Bank paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

Mark Russell Owens
    on behalf of Interested Party Urschel Development Corporation mowens@btlaw.com
mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
    on behalf of Defendant Cybertron International Inc. mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
    on behalf of Defendant ACCO Brands USA LLC mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark S. Roher
    on behalf of Defendant Action Time Inc. mroher@markroherlaw.com  ecf3.markroherlaw@gmail.com

Mark S. Roher
on behalf of Creditor Action Time Inc. mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com

Mark W. Sandretto
on behalf of Defendant Watterson Environmental Group LLC mwsandretto@eastmansmith.com

Marshall C. Turner
on behalf of Creditor WC Independence Center LLC marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Defendant Hanesbrands Inc. marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor CBL & Associates Management Inc. marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Defendant Ghirardelli Chocolate Company marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor WC MRP Belleville Center LLC marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marvin E. Clements, Jr.
on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Ann Claraval
on behalf of Creditor Darlene Stroehecker maryann@claravallaw.com

Matthew Gensburg
on behalf of Creditor Community Unit School District 300 mgensburg@gcklegal.com

Matthew Gurgel
on behalf of Defendant Kunal Kamlani mgurgel@hsgllp.com

Matthew McCann
on behalf of Creditor Ray Padula Holdings LLC matthewmccann@specialedlawyer.com, mmccann@swc-law.com

Matthew Benjamin Stein
on behalf of Creditor Steel 1111 LLC mstein@kasowitz.com  courtnotices@kasowitz.com

Matthew C. Ziegler
on behalf of Interested Party The Comet Clothing Company LLC matthew.ziegler@morganlewis.com

Matthew C. Ziegler
on behalf of Interested Party Fanatics Licensed Sports Group LLC F/K/A VF Licensed Sports Group, LLC matthew.ziegler@morganlewis.com

Matthew G. Roseman
on behalf of Defendant ICrossing Inc. mroseman@cullenanddykman.com

Matthew G. Summers
on behalf of Creditor Starwood Retail Partners LLC summersm@ballardspahr.com

Matthew G. Summers
on behalf of Unknown GEM Realty Capital Inc. summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor GS Pacific ER LLC summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor Centennial Real Estate Co. summersm@ballardspahr.com

Matthew G. Summers
on behalf of Interested Party Towers Watson Investment Services Inc. summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor C. E. Johns Company Inc. summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor CenterCal Properties LLC summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC summersm@ballardspahr.com

Matthew G. Summers
on behalf of Unknown Kravco Company summersm@ballardspahr.com

Matthew G. Summers
on behalf of Unknown Pacific Retail Group summersm@ballardspahr.com

Matthew G. Summers
on behalf of Interested Party Willis Towers Watson PLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Vintage Real Estate  LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Interested Party Willis Towers Watson US LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Brixmor Property Group  Inc. summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor White Plains Galleria Limited Partnership summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor The Macerich Company summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor PGIM Real Estate summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Acadia Realty Limited Partnership summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Federal Realty Investment Trust summersm@ballardspahr.com

Matthew J. Burne

on behalf of Defendant Micronesian Brokers Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Cosmo Lighting Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant South Mountain Air Conditioning & Heating  Inc. mburne@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Ambros Inc. mburne@leechtishman.com  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant JB LLC mburne@leechtishman.com  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant China Fortune LLC mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Brennan Jewelry Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Gregory Richard Zimmerman mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant FPC Corporation mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant 2075560 Ontario Limited mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant A.D. Sutton & Sons  Inc. mburne@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant CKK Home Decor LP mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant DPI Inc. mburne@leechtishman.com  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Nexgrill Industries Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Lipsey Logistics Worldwide  LLC mburne@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Laser Products Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

District/off: 0208-7                          User: Admin                              Page 63 of 97
Date Rcvd: Jul 13, 2021                      Form ID: pdf001                          Total Noticed: 0

Matthew Patrick Kremer
on behalf of Interested Party [24]7.ai  Inc. mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com

Megan Harper
on behalf of Creditor City of Phila./School District of Phila. megan.harper@phila.gov

Melissa Boey
on behalf of Defendant Entercom Communications Corp. melissa.boey@morganlewis.com

Melissa Boey
on behalf of Unknown the Sears Non-Insider Defendant Group melissa.boey@morganlewis.com

Melissa Boey
on behalf of Unknown CFP Fire Protection  Inc. melissa.boey@morganlewis.com

Melissa A. Pena
on behalf of Creditor Ecolab  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa N Licker
on behalf of Creditor JPMorgan Chase Bank  National Association NY_ECF_Notices@mccalla.com,
mccallaecf@ecf.courtdrive.com

Melissa S Hayward
on behalf of Creditor Elm Creek Real Estate LLC mhayward@haywardfirm.com

Melissa S. Woods
on behalf of Creditor Workers United mwoods@cwsny.com  ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor International Union  UAW mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor United Steelworkers mwoods@cwsny.com  ecf@cwsny.com

Melissa Sue DiCerbo
on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to LaSalle Bank National Association, as
Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-8 nyecfmail@mwc-law.com,
NYECFmail@ecf.courtdrive.com

Melissa Sue DiCerbo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper nyecfmail@mwc-law.com  NYECFmail@ecf.courtdrive.com

Michael Chatwin
on behalf of Creditor Wells Fargo Bank  National Association LOGSECF@logs.com

Michael Eversden
on behalf of Creditor Pearl Global Industries  Ltd. meversden@mcgrathnorth.com

Michael Friedman
on behalf of Creditor 4207602 Canada Inc. (dba Cameo Knitting) friedman@chapman.com  iyassin@chapman.com

Michael Goldstein
on behalf of Creditor Urban Edge Properties LP and its subsidiaries mgoldstein@goodwinlaw.com

Michael Kogan
on behalf of Creditor Shaghal  Ltd. mkogan@koganlawfirm.com

Michael Kwiatkowski
on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Kingsport Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Metropolitan Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor UNS Electric  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Defendant ICrossing  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Eastern Massachusetts and NStar Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Defendant Luv n' care Ltd. mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Jackson EMC mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of Oklahoma mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Sacramento Municipal Utility District mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Colonial Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Services Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Appalachian Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Indiana Michigan Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor National Grid mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Orange & Rockland Utilities mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor City of Ocala  Florida mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor The Potomac Electric Power Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Connecticut Light & Power Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Kentucky Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Ohio Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
    on behalf of Creditor Public Service Company of Oklahoma and Southwestern Electric Power Company
    mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
    on behalf of Creditor Western Massachusetts mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Tsang
    on behalf of Creditor 1803  LLC mtsang@tsanglawfirm.com

Michael Tsang
    on behalf of Unknown 1803  LLC mtsang@tsanglawfirm.com

Michael Tsang
    on behalf of Creditor Pepperidge Farm  Inc. mtsang@tsanglawfirm.com

Michael Abtin Shakouri
    on behalf of Creditor Niagara Realty LLC mshakouri@goodkinlynch.com

Michael B. Reynolds
    on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael Courtney Keats
    on behalf of Defendant Seritage Growth Properties michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Swift Transportation Services  LLC michael.keats@friedfrank.com,
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage SPS Holdings LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage SRC Mezzanine Finance LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage GS Holding LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage MS Holdings LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage KMT Finance LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage Growth Properties  L.P. michael.keats@friedfrank.com,
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage SRC Finance LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
    on behalf of Defendant Seritage KMT Mezzanine Finance LLC michael.keats@friedfrank.com
    ManagingAttorneysDepartment@friedfrank.com

Michael D. Brofman
    on behalf of Creditor Lake Success Shopping Center LLC mbrofman@weisszarett.com

Michael D. Brofman
    on behalf of Creditor CE Vernon II  LLC mbrofman@weisszarett.com

Michael Delynn Fielding
    on behalf of Defendant Hanesbrands Inc. michael.fielding@huschblackwell.com

Michael E Hastings
    on behalf of Defendant Southern Refrigeration Corporation mhastings@woodsrogers.com  twhitt@wtplaw.com

Michael Hagop Boyamian
    on behalf of Creditor Oswaldo Cruz michael@boyamianlaw.com

Michael Hagop Boyamian
    on behalf of Creditor Massoud Afzal michael@boyamianlaw.com

Michael Ira Goldberg
    on behalf of Defendant DACOR michael.goldberg@akerman.com  charlene.cerda@akerman.com

District/off: 0208-7                                      User: Admin                                      Page 67 of 97
Date Rcvd: Jul 13, 2021                                  Form ID: pdf001                                  Total Noticed: 0

Michael J Kasen
       on behalf of Defendant Integrated Service Management LLC mkasen@kasenlaw.com

Michael J Kasen
       on behalf of Defendant Transport Express  Inc. mkasen@kasenlaw.com

Michael J. Catalfimo
       on behalf of Creditor BH North American Corporation mcatalfimo@rlglawny.com  jstein@rlglawny.com;jdavis@rlglawny.com

Michael J. Connolly
       on behalf of Creditor Michael & Margaret Reheis mconnolly@formanlaw.com  kanema@formanlaw.com

Michael J. Riela
       on behalf of Creditor Vertical Industrial Park Associates riela@thsh.com

Michael J. Riela
       on behalf of Creditor DeSoto County  Mississippi riela@thsh.com

Michael Jason Barrie
       on behalf of Interested Party MCG Rock Hill  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Creditor MIDAMCO mbarrie@beneschlaw.com
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Creditor Foodtown Development  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Interested Party VCP Rock Hill Storage  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Creditor Butterfield Tech Center  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Creditor PREP Hanover Real Estate LLC mbarrie@beneschlaw.com
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Interested Party MCG VA Sears  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Interested Party VCP Hampton Sears  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
       on behalf of Interested Party MCG Rock Hill  LLC mbarrie@beneschlaw.com,
       debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael L. Moskowitz
       on behalf of Defendant Indeed  Inc. mlm@weltmosk.com, mkj@weltmosk.com;mag@weltmosk.com;jg@weltmosk.com

Michael L. Schein
       on behalf of Creditor Village of Hoffman Estates mschein@vedderprice.com
       ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
       on behalf of Creditor NorthStar Group Services  Inc. mschein@vedderprice.com,
       ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
       on behalf of Unknown Vedder Price P.C. mschein@vedderprice.com
       ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael Lewis Dallaire
       on behalf of Defendant Dickinson Wright PLLC mdallaire@dickinsonwright.com

Michael M Mulder
       on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits mmulder@mmulderlaw.com
       spitre@mmulderlaw.com

Michael M Mulder
       on behalf of Creditor Richard Bruce mmulder@mmulderlaw.com  spitre@mmulderlaw.com

Michael P. Cooley
       on behalf of Creditor GroupBy USA  Inc. mpcooley@reedsmith.com, bkemp@akingump.com

Michael P. Pompeo

on behalf of Creditor Refresco Beverages US Inc. mpompeo@dbr.com

Michael R. Herz
on behalf of Creditor CAPREF Burbank LLC A Delaware LLC mherz@foxrothschild.com   cbrown@formanlaw.com

Michael R. Herz
on behalf of Interested Party Baker Properies LLC mherz@foxrothschild.com   cbrown@formanlaw.com

Michael Ryan Pinkston
on behalf of Unknown Wilmington Trust  National Association rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Michael S. Amato
on behalf of Interested Party Lawrence Mart LLC mamato@rmfpc.com   dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Amato
on behalf of Interested Party Colonial Properties LLC mamato@rmfpc.com   dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Amato
on behalf of Interested Party Groveport Lynx LLC mamato@rmfpc.com   dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Fox
on behalf of Defendant Conair Corporation mfox@olshanlaw.com  docketclerk@olshanlaw.com

Michael S. Fox
on behalf of Defendant Groupe SEB USA  Inc. mfox@olshanlaw.com, docketclerk@olshanlaw.com

Michael Scott Weinstein
on behalf of Defendant JVCKENWOOD USA Corporation  as successor by merger to JVC Americas Corp. mweinstein@golenbock.com, courtnotifications@golenbock.com

Michael Scott Weinstein
on behalf of Defendant JVCKENWOOD USA Corporation mweinstein@golenbock.com  courtnotifications@golenbock.com

Michael Skoy Legge
on behalf of Creditor McLane Company  Inc. tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

Michael Steven Shuster
on behalf of Defendant Kunal Kamlani mshuster@hsgllp.com  crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael V. Blumenthal
on behalf of Creditor RD Management LLC michael.blumenthal@tklaw.com

Michael V. Blumenthal
on behalf of Creditor RD Management LLC  as agent for FB Billerica Realty Investors LLC michael.blumenthal@tklaw.com

Michael V. Blumenthal
on behalf of Creditor RD Management LLC  as agent for Fitchburg MFB, LLC and MFB University Mall S LLC michael.blumenthal@tklaw.com

Michele Angell
on behalf of Creditor Steel 1111 LLC mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell
on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michelle Amy Rice
on behalf of Defendant Leena Munjal mrice@kaplanrice.com  girizarry@kaplanrice.com;mprutting@kaplanrice.com

Michelle Amy Rice
on behalf of Defendant Joseph Jordan mrice@kaplanrice.com  girizarry@kaplanrice.com;mprutting@kaplanrice.com

Michelle Amy Rice
on behalf of Defendant Lawrence Meerschaert mrice@kaplanrice.com  girizarry@kaplanrice.com;mprutting@kaplanrice.com

Michelle E. Shriro
on behalf of Creditor Summit Portraits  LLC mshriro@singerlevick.com, scotton@singerlevick.com

Michelle Marie Sekowski
on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors msekowski@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Mickee M. Hennessy
on behalf of Defendant Ferrara Candy Company mhennessy@westermanllp.com

Miriam R Stein
on behalf of Creditor MJ Holding Company  LLC mstein@gutnicki.com

Monique Debrikka Jewett-Brewster
on behalf of Creditor John C. Adams mjb@hopkinscarley.com  eamaro@hopkinscarley.com

Monique Debrikka Jewett-Brewster
on behalf of Creditor Kennylugenia Adams mjb@hopkinscarley.com  eamaro@hopkinscarley.com

District/off: 0208-7                                    User: Admin                                    Page 69 of 97
Date Rcvd: Jul 13, 2021                               Form ID: pdf001                               Total Noticed: 0

My Chi To
on behalf of Creditor SL Agent  LLC mcto@debevoise.com

My Chi To
on behalf of Creditor Cascade Investment  L.L.C. & SL Agent, LLC mcto@debevoise.com

Myles H Alderman, Jr
on behalf of Unknown Svetlana Anderson myles.alderman@alderman.com

Myrna Ruiz-Olmo
on behalf of Defendant Healthtex Caribbean LLC mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com

Myrna Ruiz-Olmo
on behalf of Creditor Puerto Rico Supplies Group  Inc. mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com

Myrna Ruiz-Olmo
on behalf of Defendant Puerto Rico Supplies Group Inc. mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com

Myrna Ruiz-Olmo
on behalf of Defendant Glamour Corporation mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com

Natasha M. Songonuga
on behalf of Creditor American Lebanese Syrian Associated Charities  Inc. nsongonuga@gibbonslaw.com

Neal Smith
on behalf of Creditor Community Unit School District 300 nsmith@robbins-schwartz.com

Neil E. Herman
on behalf of Creditor Kimco Realty Corporation neil.herman@kirkland.com

Neil E. McCullagh
on behalf of Defendant Kiddieland Toys Limited nmccullagh@spottsfain.com

Neil H. Ackerman
on behalf of Interested Party c/o Neil Ackerman Erica Natasha Moore na@pryormandelup.com  r52605@notify.bestcase.com

Neil Matthew Berger
on behalf of Creditor Tannor Capital Advisors LLC neilberger@teamtogut.com
kricciardi@teamtogut.com;mnester@teamtogut.com;arodriguez@teamtogut.com;eblander@teamtogut.com;mdalessandro@teamtogut.com;eozuna@teamtogut.com

Neil Matthew Berger
on behalf of Defendant DisMart LLC neilberger@teamtogut.com
kricciardi@teamtogut.com;mnester@teamtogut.com;arodriguez@teamtogut.com;eblander@teamtogut.com;mdalessandro@teamtogut.com;eozuna@teamtogut.com

Nelson A. Boxer
on behalf of Interested Party PNC Financial Services Group  Inc. nboxer@pkbllp.com

Nickolas Karavolas
on behalf of Defendant Bank of Bermuda nkaravolas@phillipslytle.com  ddrons@phillipslytle.com

Nicole Pugh
pmryan@sorlinglaw.com

Nicole A Leonard
on behalf of Interested Party New Jersey Self-Insurers Guaranty Association nleonard@mdmc-law.com
sshidner@mdmc-law.com

Noah Levine
on behalf of Defendant SPE Master I L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant JPP II LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant ESL Investments  Inc. noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant JPP LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant ESL Investors  L.L.C. noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant ESL Institutional Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant RBS Investment Management LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
on behalf of Defendant CRK Partners LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

District/off: 0208-7                          User: Admin                                    Page 70 of 97
Date Rcvd: Jul 13, 2021                       Form ID: pdf001                              Total Noticed: 0

Noah Levine

on behalf of Defendant SPE I Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine

on behalf of Defendant Edward Scott "Eddie" Lampert noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine

on behalf of Defendant ESL Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine

on behalf of Defendant RBS Partners LP noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Saul Czarny

on behalf of Defendant Bruce Berkowitz czarny@sewkis.com

Noah Saul Czarny

on behalf of Defendant Fairholme Capital Management  L.L.C. czarny@sewkis.com

Nola R Bencze

on behalf of Creditor Milton Manufacturing  LLC nbencze@clarkhill.com

Norma E. Ortiz

on behalf of Defendant A & GS Contractor Inc. email@ortizandortiz.com
bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Norman Edwin Greenspan, I

on behalf of Creditor Rio Sul S.A. de CV ngreenspan@starfieldsmith.com

Norman Edwin Greenspan, I

on behalf of Creditor Hain Capital Investors Master Fund Ltd. ngreenspan@starfieldsmith.com

Norman Neville Reid

on behalf of Creditor Chamberlain Group  Inc. nreid@foxswibel.com

Norman Neville Reid

on behalf of Interested Party The Chamberlain Group  Inc. nreid@foxswibel.com

Owen M. Sonik

on behalf of Creditor Spring Branch Independent School District  et al. osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Richard Wolfe

on behalf of Unknown Wilmington Trust  National Association owolfe@seyfarth.com

Patricia B. Fugee

on behalf of Unknown Clover Technologies Group  LLC Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia B. Fugee

on behalf of Defendant Clover Technologies Group LLC Patricia.Fugee@FisherBroyles.com  ecf@cftechsolutions.com

Patricia B. Fugee

on behalf of Creditor Clover Imaging Group  LLC Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia B. Fugee

on behalf of Creditor XPO Last Mile  Inc. Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia J Friesinger

on behalf of Defendant Woeber Mustard Manufacturing Co. friesinger@coollaw.com

Patricia J Friesinger

on behalf of Defendant PTG Logistics LLC friesinger@coollaw.com

Patrick Collins

on behalf of Creditor Univest-BTC S&R  LLC pcollins@farrellfritz.com

Patrick Collins

on behalf of Creditor Midwood Management Corp. pcollins@farrellfritz.com

Patrick Collins

on behalf of Defendant Newsday LLC pcollins@farrellfritz.com

Patrick Collins

on behalf of Creditor CA  Inc. pcollins@farrellfritz.com

Patrick Maschio

on behalf of Creditor Bradford Capital Advisors  LLC patrick.maschio@rimonlaw.com

Patrick Maschio

on behalf of Creditor Bradford Capital Holdings  LP patrick.maschio@rimonlaw.com

Patrick Slyne

on behalf of Respondent Robert Catalfano pkslyne@ssbny.com

District/off: 0208-7                              User: Admin                                    Page 71 of 97
Date Rcvd: Jul 13, 2021                        Form ID: pdf001                              Total Noticed: 0

Patrick Slyne
on behalf of Respondent Lavarita Meriwether pkslyne@ssbny.com

Patrick L. Hayden
on behalf of Creditor The Nielsen Company (US)  LLC phayden@mcguirewoods.com

Patrick M. Birney
on behalf of Defendant Standard Builder Inc. pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney
on behalf of Creditor AmCap Wilson II  LLC pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney
on behalf of Creditor Wilson Norridge  LLC pbirney@rc.com, ctrivigno@rc.com

Patrick Morgan Ryan
on behalf of Creditor Jack Pugh smjordan@sorlinglaw.com

Patrick Morgan Ryan
on behalf of Creditor Sam Pugh smjordan@sorlinglaw.com

Patrick Morgan Ryan
on behalf of Creditor Charles Pugh smjordan@sorlinglaw.com

Patrick Morgan Ryan
on behalf of Creditor Charles F. Pugh smjordan@sorlinglaw.com

Patrick Morgan Ryan
on behalf of Creditor Nicole Pugh smjordan@sorlinglaw.com

Patrick S Scott
on behalf of Unknown Pinnacle Express  Inc. Patrick.Scott@gray-robinson.com

Patrick S Scott
on behalf of Defendant Newacme LLC Patrick.Scott@gray-robinson.com

Patrick S Scott
on behalf of Defendant PINNACLE Express  Inc. Patrick.Scott@gray-robinson.com

Paul Aloe
on behalf of Creditor Epic Designers Limited paloe@kudmanlaw.com  yali@kudmanlaw.com

Paul Rubin
on behalf of Creditor RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Defendant Rubyred Garment Manufacturing SAE prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul A. Rachmuth
on behalf of Creditor Envisions LLC paul@paresq.com

Paul Benjamin Koepp
on behalf of Defendant KENDEN ALFOND  C/O DEXTER ENTERPRISES, INC. koepp@sewkis.com

Paul D. Leake
on behalf of Interested Party Bank of America  N.A. wendy.lamanna@skadden.com;andrea.bates@skadden.com

Paul E. Harner
on behalf of Unknown Kravco Company pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor C. E. Johns Company  Inc. pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor Acadia Realty Limited Partnership pharner@sheppardmullin.com

Paul E. Harner
on behalf of Interested Party Passco Hanford Mall  LLC pharner@sheppardmullin.com

Paul E. Harner
on behalf of Interested Party Heidenberg Properties pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor FBA Holdings  Inc. pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor Vintage Real Estate  LLC pharner@sheppardmullin.com

Paul E. Harner
on behalf of Interested Party Heidenberg Properties  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Unknown GEM Realty Capital  Inc. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Helios IV  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Centennial Real Estate Management LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor C.J. Segerstrom & Sons pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Brixmor Operating Partnership  L.P. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor CenterCal Properties  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Unknown Pacific Retail Group pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Weitzman pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor GS Pacific ER  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor White Plains Galleria Limited Partnership pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Cedar - Valley Plaza  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Examiner Paul E. Harner and Ballard Spahr LLP pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor C. E. John Company  Inc. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor PGIM Real Estate pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor Brixmor Property Group  Inc. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Examiner Fee Examiner pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor Federal Realty Investment Trust pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor Centennial Real Estate Co. pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Woodbury Corporation pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor The Macerich Company pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor Starwood Retail Partners  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Interested Party Hart I-55 Industrial  LLC pharner@sheppardmullin.com

Paul E. Harner

on behalf of Creditor S-Tract LLC pharner@sheppardmullin.com

Paul H. Zumbro

on behalf of Plaintiff Stanley Black & Decker  Inc. pzumbro@cravath.com, mao@cravath.com

Paul H. Zumbro

on behalf of Plaintiff Black & Decker (U.S.) Inc. pzumbro@cravath.com  mao@cravath.com

Paul H. Zumbro

on behalf of Plaintiff Black & Decker Macao Commercial Offshore Limited pzumbro@cravath.com  mao@cravath.com

Paul H. Zumbro

on behalf of Creditor Stanley Black & Decker  Inc. pzumbro@cravath.com, mao@cravath.com

District/off: 0208-7                           User: Admin                                   Page 73 of 97
Date Rcvd: Jul 13, 2021                        Form ID: pdf001                               Total Noticed: 0

Paul Hans Schafhauser
> on behalf of Defendant GBG USA Inc. schafhauserp@gtlaw.com

Paul J. Labov
> on behalf of Interested Party Cherokee Debt Acquisition  LLC plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
> on behalf of Interested Party Whitebox Asymmetric Partners LP plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
> on behalf of Creditor SHERTHAL  LLC plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
> on behalf of Creditor Cleva North America and Cleva Hong Kong plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
> on behalf of Creditor LinkedIn Corporation plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
> on behalf of Interested Party Whitebox Multi-Strategy Partners  LP plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
> on behalf of Creditor Microsoft Corporation  Microsoft Licensing, GP and Microsoft Online, Inc. plabov@pszjlaw.com,
> plabov@foley.com

Paul J. Labov
> on behalf of Creditor Hanesbrands  Inc. plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
> on behalf of Creditor Hain Capital Investors Master Fund Ltd. plabov@pszjlaw.com  plabov@foley.com

Paul J. Pascuzzi
> on behalf of Creditor The McClatchy Company ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul L. Ratelle
> on behalf of Interested Party FG  LLC pratelle@fwhtlaw.com

Paul M Gelb
> on behalf of Defendant ACI International  Inc. pgelb@munckwilson.com, mlee@munckwilson.com

Paul M. Basta
> on behalf of Plaintiff Sears  Roebuck and Co. pbasta@paulweiss.com

Paul M. Basta
> on behalf of Debtor Sears Holdings Corporation pbasta@paulweiss.com

Paul M. Basta
> on behalf of Plaintiff Kmart of Washington  LLC pbasta@paulweiss.com

Paul M. Basta
> on behalf of Plaintiff Sears Development Co. pbasta@paulweiss.com

Paul M. Basta
> on behalf of Other Prof. Alvarez & Marsal North America  LLC pbasta@paulweiss.com

Paul M. Basta
> on behalf of Other Prof. Paul  Weiss, Rikfind, Wharton & Garrison LLP pbasta@paulweiss.com

Paul M. Basta
> on behalf of Plaintiff Kmart Corporation pbasta@paulweiss.com

Paul M. Basta
> on behalf of Plaintiff Sears Holdings Corporation pbasta@paulweiss.com

Paul N. Silverstein
> on behalf of Interested Party Henry Shahery paulsilverstein@andrewskurth.com

Paula K. Jacobi
> on behalf of Defendant NSA Media Group Inc. pjacobi@btlaw.com

Pauline K. Morgan
> on behalf of Plaintiff Sears Holdings Corporation bankfilings@ycst.com  dlaskin@ycst.com

Penny R. Stark
> on behalf of Creditor Caparra Center Associates/San Patricio Plaza pstarkesq@gmail.com

Perry R Clark
> on behalf of Unknown Winiadaewoo Electronics America  Inc. perry@perryclarklaw.com

Perry R Clark
> on behalf of Defendant Winiadaewoo Electronics America Inc. perry@perryclarklaw.com

Peter Buenger

on behalf of Defendant PRESCOTT INVESTORS INC. pbuenger@curtis.com

Peter Buenger

on behalf of Defendant Kinetics Portfolio Trust pbuenger@curtis.com

Peter Buenger

on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. pbuenger@curtis.com

Peter Buenger

on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC pbuenger@curtis.com

Peter Buenger

on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP pbuenger@curtis.com

Peter Buenger

on behalf of Defendant PRESCOTT ASSOCIATES LP pbuenger@curtis.com

Peter Buenger

on behalf of Defendant LUMA CAPITAL S.A.-SPF pbuenger@curtis.com

Peter D'Apice

on behalf of Defendant CAK Entertainment Inc. dapice@sbep-law.com

Peter B. Siroka

on behalf of Interested Party Seritage Growth Properties peter.siroka@friedfrank.com
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter B. Siroka

on behalf of Interested Party Seritage KMT Finance LLC peter.siroka@friedfrank.com
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter B. Siroka

on behalf of Interested Party Seritage SRC Finance LLC peter.siroka@friedfrank.com
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter J. Roberts

on behalf of Defendant Viking Range  LLC proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com

Peter M. Aronoff

on behalf of Interested Party United States of America peter.aronoff@usdoj.gov

Peter M. Gilhuly

on behalf of Unknown Simon Property Group  L.P. peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Philip Rantzer

on behalf of Defendant Manhattan Beer Distributors LLC prantzer@manhattanbeer.net

Philip D. Anker

on behalf of Defendant CRK Partners LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Institutional Partners L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Investors  L.L.C. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant JPP II LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant RBS Investment Management LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant SPE I Partners L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Investments  Inc. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant JPP LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Partners L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

District/off: 0208-7                                          User: Admin                                          Page 75 of 97
Date Rcvd: Jul 13, 2021                                       Form ID: pdf001                                      Total Noticed: 0

Philip D. Anker
on behalf of Defendant Edward Scott "Eddie" Lampert philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
on behalf of Defendant SPE Master I L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
on behalf of Defendant RBS Partners LP philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip E. Strok
on behalf of Creditor Paco (China) Garment Ltd. pstrok@swelawfirm.com
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Phillip Russell Perdew
on behalf of Interested Party Pension Benefit Guaranty Corporation rperdew@lockelord.com autodocket@lockelord.com

Phillip W. Bohl
on behalf of Unknown Blueline Foodservice Distribution  Inc. phillip.bohl@lathropgpm.com

Phillip W. Bohl
on behalf of Defendant Blue Line Foodservice Distribution  Inc. phillip.bohl@lathropgpm.com

Phillip W. Bohl
on behalf of Unknown Little Caeser Enterprises  Inc. phillip.bohl@lathropgpm.com

R. John Clark
on behalf of Creditor Environmental Products and Services  Inc. rjclark@hancocklaw.com

R. William Metzger, Jr.
on behalf of Creditor Guy Roofing  Inc. bmetzger@robinsongray.com, mwhite@robinsongray.com

Rachel E. Edwards
on behalf of Interested Party Liberty Mutual Insurance Company redwards@l-llp.com  ehyman@l-llp.com

Rachel Ehrlich Albanese
on behalf of Interested Party Transform Holdco LLC rachel.albanese@dlapiper.com  rachel.albanese-9956@ecf.pacerpro.com

Rachel J. Mauceri
on behalf of Unknown U.S. Security Associates  Inc. rmauceri@rc.com, ronald.cappiello@morganlewis.com

Rachel J. Mauceri
on behalf of Unknown Maersk Agency U.S.A.  Inc., as agent for Maersk Line A/S rmauceri@rc.com,
ronald.cappiello@morganlewis.com

Rachel M. Cherington
on behalf of Defendant Cesar L. Alvarez rcherington@jhany.com

Rachel R Obaldo
on behalf of Creditor Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Rafael Humberto Ramirez
on behalf of Creditor Puerto Rico Electric Power Authority rhr@corretjerlaw.com

Rafael X. Zahralddin
on behalf of Defendant Permission Data  LLC rxza@elliottgreenleaf.com

Rafael X. Zahralddin
on behalf of Interested Party McDonald's Corporation rxza@elliottgreenleaf.com

Rahul Mukhi
on behalf of Creditor JPP  LLC rmukhi@cgsh.com, maofiling@cgsh.com

Rahul Mukhi
on behalf of Creditor ESL Investments  Inc. rmukhi@cgsh.com, maofiling@cgsh.com

Rahul Mukhi
on behalf of Creditor JPP II  LLC rmukhi@cgsh.com, maofiling@cgsh.com

Rajeev Kumar Adlakha
on behalf of Other Prof. Vorys  Sater, Seymour and Pease LLP rkadlakha@vorys.com

Ramon Coto-Ojeda
on behalf of Creditor Payco Foods Corporation nac@crlawpr.com

Randall T. Adams
on behalf of Defendant MASON CAPITAL MGMT LLC randall.adams@srz.com

Randall T. Adams
on behalf of Defendant LOCKHEED MARTIN CORPORATION MASTER RETIREMENT randall.adams@srz.com

District/off: 0208-7                                    User: Admin                                    Page 76 of 97
Date Rcvd: Jul 13, 2021                              Form ID: pdf001                              Total Noticed: 0

Randall T. Adams

on behalf of Defendant Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Andrew H Tisch randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Trustee of the DRT 1/14/14 ANNUITY TRUST randall.adams@srz.com

Randall T. Adams

on behalf of Defendant JHT 12/5/13 ANNUITY TRUST randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Daniel R Tisch randall.adams@srz.com

Randall T. Adams

on behalf of Defendant SAC CAPITAL ASSOCIATES LLC randall.adams@srz.com

Randall T. Adams

on behalf of Defendant Trustee of the DRT 12/5/13 ANNUITY TRUST randall.adams@srz.com

Raniero D'Aversa

on behalf of Creditor TELUS International (U.S.) Corporation rdaversa@orrick.com mperrigino@orrick.com;nymao@orrick.com

Raniero D'Aversa

on behalf of Creditor Contact US Teleservices (Atento) rdaversa@orrick.com mperrigino@orrick.com;nymao@orrick.com

Raul J Sloezen

on behalf of Defendant Awesome Products Inc. rjsloezen@sloezenlaw.com

Ray C Schrock

on behalf of Debtor Sears Operations LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Kmart Holding Corporation ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Kmart Operations LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Sears Holdings Corporation ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock

on behalf of Debtor Sears  Roebuck and Co. ray.schrock@weil.com, matthew.goren@weil.com

Raymond W Ferrario

on behalf of Defendant Calidad Auto Tech Inc. ferrariobk@comcast.net

Rebeca Caquias-Mejias

on behalf of Defendant Benitez Hermanos  Inc. notices@rcmlawpr.com

Rebecca K. O'Brien

on behalf of Defendant Masterpieces Puzzle Co.  Inc. robrien@rllaz.com

Rebecca K. O'Brien

on behalf of Unknown Masterpieces Puzzle Co.  Inc. robrien@rllaz.com

Regina Cohen

on behalf of Defendant Emerson Healthcare LLC rcohen@lavin-law.com ksweeney@lavin-law.com

Richard Corbi

on behalf of Unknown Richard Corbi rcorbi@corbilaw.com

Richard Klass

on behalf of Creditor Qazim B. Krasniqi richklass@courtstreetlaw.com

Richard Klass

on behalf of Creditor Anthony Scullari richklass@courtstreetlaw.com

Richard A. Aguilar

on behalf of Creditor ARI Fleet LT raguilar@mcglinchey.com

Richard A. Chesley

on behalf of Interested Party Transform Holdco LLC richard.chesley@dlapiper.com

Richard A. Robinson

on behalf of Defendant Ricoh Production Print Solutions rrobinson@burr.com debankruptcy@burr.com

Richard A. Robinson

on behalf of Creditor California Drive In Theaters  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson

on behalf of Defendant Folsom Services  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson
on behalf of Defendant Ricoh USA Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Stieglitz, Jr.
on behalf of Creditor SHLD Lendco LLC RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Richard B. Levin
on behalf of Unknown Reynolds Consumer Products LLC rlevin@jenner.com

Richard C. Pedone
on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION rpedone@nixonpeabody.com

Richard D Brady
on behalf of Defendant E&E Co. Ltd. richard@thebradyfirm.com

Richard J. Bernard
on behalf of Unknown Briggs & Stratton Corporation richard.bernard@faegredrinker.com

Richard J. McCord
on behalf of Defendant ZG Apparel Group LLC RMcCord@CBAH.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
on behalf of Creditor The Libman Company RMcCord@CBAH.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
on behalf of Defendant Studio 1 RMcCord@CBAH.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
on behalf of Unknown ZG Apparel Group LLC RMcCord@CBAH.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
on behalf of Creditor Studio 1 Div. of Shazdeh Fashions RMcCord@CBAH.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. Parks
on behalf of Creditor Sun Industrial Inc. rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com

Richard L. Zucker
on behalf of Creditor Oster Yorktown Properties LLC rzucker@lasserhochman.com

Richard L. Zucker
on behalf of Creditor Westmount Plaza Associates rzucker@lasserhochman.com

Richard L. Zucker
on behalf of Creditor U.S. Realty 86 Associates rzucker@lasserhochman.com

Richard M. Seltzer
on behalf of Creditor International Union UAW rseltzer@cwsny.com, ecf@cwsny.com

Richard M. Seltzer
on behalf of Creditor Workers United rseltzer@cwsny.com ecf@cwsny.com

Richard M. Seltzer
on behalf of Creditor United Steelworkers rseltzer@cwsny.com ecf@cwsny.com

Richard R. Gleissner
on behalf of Defendant HVAC Repairs LLC rick@gleissnerlaw.com anissa@gleissnerlaw.com

Richard T. Davis
on behalf of Creditor Cafaro Management Company rdavis@cafarocompany.com

Rick Aaron Steinberg
on behalf of Interested Party TOTE Inc. rsteinberg@pricemeese.com

Rick Bruce Antonoff
on behalf of Creditor South Pacific Fashions Ltd. rantonoff@blankrome.com

Rita L Hullett
on behalf of Defendant Franke Kitchen Systems LLC rhullett@bakerdonelson.com

Robert Carson
on behalf of Creditor Forbes/Cohen Florida Properties LP rcarson@carsonfischer.com

Robert Dehney
on behalf of Defendant Dish Network Corporation rdehney@mnat.com chare@mnat.com;mhall@mnat.com

Robert Gayda
on behalf of Defendant Fairholme Capital Management L.L.C. gayda@sewkis.com

District/off: 0208-7
Date Rcvd: Jul 13, 2021

User: Admin
Form ID: pdf001

Page 78 of 97
Total Noticed: 0

Robert Gayda
on behalf of Defendant Bruce Berkowitz gayda@sewkis.com

Robert Honeywell
on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant PRESCOTT INVESTORS INC. rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant LUMA CAPITAL S.A.-SPF rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant PRESCOTT ASSOCIATES LP rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant ChannelAdvisor Corporation rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant TNG GP SBT DSD rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Creditor Amazon.com Services  Inc. rhoneywell@curtis.com, aestes@curtis.com

Robert Honeywell
on behalf of Defendant Kinetics Portfolio Trust rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant Life Wear Technologies rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Creditor Amazon Payments  Inc. rhoneywell@curtis.com, aestes@curtis.com

Robert Honeywell
on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Creditor Amazon Services LLC rhoneywell@curtis.com  aestes@curtis.com

Robert Honeywell
on behalf of Creditor SAS Institute Inc. rhoneywell@curtis.com  aestes@curtis.com

Robert Wilcox
on behalf of Defendant RGGD Inc. rw@wlflaw.com

Robert A Weisberg
on behalf of Creditor Forbes/Cohen Florida Properties  LP rweisberg@carsonfischer.com, njudge@carsonfischer.com

Robert Clay Bowers
on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. bobbybowers@mvalaw.com

Robert Craig Martin
on behalf of Interested Party Transform Holdco LLC craig.martin@dlapiper.com
bill-countryman-0154@ecf.pacerpro.com;craig-martin-0553@ecf.pacerpro.com

Robert D. Bass
on behalf of Creditor Jackson Shopping Village  LLP, Successor in Interest to Flamingo Sandhill, a CA General Partnership
bob.bass47@icloud.com, bob.bass47@icloud.com

Robert Eli Michael
on behalf of Defendant Miele  Inc. robert.e.michael.esq@gmail.com

Robert J Shapiro
on behalf of Defendant Madison Center Owner LLC rshapiro@theshapirofirm.com

Robert J. Bruce
on behalf of Unknown Synergetic Staffing  LLC bobbruce@rjblawyerllc.com

Robert K. Dakis
on behalf of Creditor Allure Gems  LLC rd@churchillre.com, bankruptcy@morrisoncohen.com

Robert K. Minkoff
on behalf of Creditor Cedar Glade LP rminkoff@cedargladecapital.com

Robert K. Scheinbaum
on behalf of Unknown M. Holtzman Realty  LLC rscheinbaum@connellfoley.com

Robert L. LeHane
on behalf of Creditor SITE Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

District/off: 0208-7                              User: Admin                                  Page 79 of 97
Date Rcvd: Jul 13, 2021                          Form ID: pdf001                              Total Noticed: 0

Robert L. LeHane

on behalf of Creditor The Woodmont Company KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Trustees of the Estate of Bernice Pauahi Bishop
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Gregory Greenfield & Associates  Ltd.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Spigel Properties KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Nassimi Realty LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor UR Holding  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Alan Robbins KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor GC Columbia  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor El Centro Mall  LTD. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Sun Valley  Ltd. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail Group
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Radiant Partners LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Weingarten Realty Investors
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Realty Income Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Aston Properties KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor LBA Realty LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Gray Enterprises KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor 1 Imeson Park Blvd  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor TLM Realty Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Defendant 1 Imeson Park Blvd  LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Property REIT Inc.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Graziadio Investment Company
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Unknown SITE Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

District/off: 0208-7                                   User: Admin                                   Page 80 of 97

Date Rcvd: Jul 13, 2021                              Form ID: pdf001                              Total Noticed: 0

Robert L. LeHane

on behalf of Creditor Shopcore Properties  L.P. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor LF2 Rock Creek LP KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Defendant 1055 Hanover  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. Pryor

on behalf of Creditor ABC Supply Co. Inc. rlp@pryormandelup.com

Robert M. Hirsh

on behalf of Defendant Medline Industries  Inc. rhirsh@lowenstein.com,
beth.brownstein@arentfox.com;lisa.indelicato@arentfox.com;jordana.renert@arentfox.com

Robert M. Hirsh

on behalf of Interested Party Medline Industries  Inc. rhirsh@lowenstein.com,
beth.brownstein@arentfox.com;lisa.indelicato@arentfox.com;jordana.renert@arentfox.com

Robert M. Rosen

on behalf of Defendant Cushman & Wakefield  Inc. rrosen@pmmlaw.com

Robert M. Rosen

on behalf of Interested Party Cushman & Wakefield Inc. rrosen@pmmlaw.com

Robert M. Sasloff

on behalf of Creditor Avenel Realty Associates  LLC rms@robinsonbrog.com

Robert M. Sasloff

on behalf of Creditor Wolf Family Series LP d/b/a Series VII rms@robinsonbrog.com

Robert M. Sasloff

on behalf of Creditor Wolf Family Series LP d/b/a Series III  Ontario Enterprises of the Wolf Family Series LP
rms@robinsonbrog.com

Robert M. Sasloff

on behalf of Interested Party Wolf Family Series LP d/b/a Series VII rms@robinsonbrog.com

Robert M. Sasloff

on behalf of Interested Party Rockaway Realty Assocs.  LP rms@robinsonbrog.com

Robert W. Dremluk

on behalf of Defendant Creative Circle LLC rdremluk@culhanemeadows.com  rwd1517@gmail.com,grantecf@gmail.com

Rocco A. Cavaliere

on behalf of Creditor Alpine Creations Ltd. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Roland Gary Jones

on behalf of Defendant Founding Fathers Products LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Air Temp Mechanical  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Gensco  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Florida Roof  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Applied Staffing Solutions  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Mcdermott Top Shop LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Rely Services Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Citizen Watch Company of America  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Colgate-Palmolive Company Distr. LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Kid Galaxy Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Electri-Chef LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant CAP Barbell  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Paradies Gifts  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Global Product Resources Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Creditor Colgate-Palmolive Company Distr. LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Colgate-Palmolive Company pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Danken Building Materials Distribution  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant The Counter-Fitters Incorporated pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant FNA S.P.A. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Infomercials  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Brown-Gonzales II LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Partney Heating and Cooling LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Castle Alliance  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant EZ Maintenance Services  LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Bulova Watch Company  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Billion Best Industrial Ltd. pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Yoss Heating & Cooling LLC pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Tavano Team pacer.rolandjones@gmail.com

Roland Scott Keske, I
on behalf of Creditor Liberty Insurance Corporation rsk@lefltd.com  eg@lefltd.com

Roma N. Desai
on behalf of Defendant Stork Craft Mfg. (USA) Inc. rdesai@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Ronald McMillan
on behalf of Creditor Winners Industry Co.  Ltd. rmcmillan@calfee.com

Ronald A. Spinner
on behalf of Creditor EPI Printers  Inc. spinner@millercanfield.com

Ronald A. Spinner
on behalf of Defendant Valassis Direct Mail  Inc. spinner@millercanfield.com

Ronald Alexander Clark, Jr.
on behalf of Creditor NCC Key Company aclark@cov.com

Ronald Alexander Clark, Jr.
on behalf of Unknown Certain Former Directors of Sears Canada  Inc. aclark@cov.com

Ronald Alexander Clark, Jr.
on behalf of Creditor Verizon Capital Corp. aclark@cov.com

Ronald Eric Gold
on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor Sitel Operating Corporation rgold@fbtlaw.com
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor Macy's West Stores  Inc. rgold@fbtlaw.com,

awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold

on behalf of Creditor The Kroger Co. rgold@fbtlaw.com  awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald M. Tucker

on behalf of Unknown Simon Property Group  L.P. rtucker@simon.com, bankruptcy@simon.com

Rosemarie E. Matera

on behalf of Defendant Oeffinger Crone Heating & Cooling Inc. law@kmpclaw.com

Rosendo E Miranda-Lopez

on behalf of Creditor U.S. ALLIANCE  CORP. notificatio@rmirandalex.net

Ross G Shank

on behalf of Creditor CenturyLink Communications  LLC rshank@kasowitz.com, courtnotices@kasowitz.com

Ross G Shank

on behalf of Creditor Level 3 Communications  LLC rshank@kasowitz.com, courtnotices@kasowitz.com

Rudy J Cerone

on behalf of Creditor ARI Fleet LT rcerone@mcglinchey.com  lgraff@mcglinchey.com

Russell Jackson

on behalf of Creditor Corrina Beth Kenwisher rjackson@thomasjhenrylaw.com

Russell W. Mills

on behalf of Creditor M&G Jewelers  Inc. rmills@bellnunnally.com, nsummerville@bellnunnally.com

Russell W. Savory

on behalf of Creditor BICO Associates GP russell.savory@gmail.com

Ryan C. Reinert

on behalf of Creditor Manco Florida Associates  LLC rreinert@shutts.com, juanitasanchez@shutts.com

Ryan Zachary Gelber

on behalf of Interested Party Transform Holdco LLC zgelber@gelbersantillo.com

Ryanne E. Perio

on behalf of Defendant JPP LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant JPP II LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant ESL Institutional Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant ESL Investments  Inc. ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant ESL Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant SPE I Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant RBS Investment Management LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant SPE Master I L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant ESL Investors  L.L.C. ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant Edward Scott "Eddie" Lampert ryanne.perio@wilmerhale.com

Ryanne E. Perio

on behalf of Defendant RBS Partners LP ryanne.perio@wilmerhale.com

Sabrina L. Streusand

on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  prentice@slollp.com

Sacha Ross

on behalf of Defendant Orban's Nursery  Inc. sross@grimesgalvano.com

Salah M. Hawkins

on behalf of Creditor Stanley Black & Decker  Inc. smhawkins@cravath.com

Salene Kraemer

on behalf of Plaintiff AMI Ventures  Inc. skraemer@bernsteinlaw.com

District/off: 0208-7                          User: Admin                          Page 83 of 97
Date Rcvd: Jul 13, 2021                       Form ID: pdf001                       Total Noticed: 0

Salene Kraemer
                    on behalf of Creditor AMI Ventures  Inc. skraemer@bernsteinlaw.com

Salene Kraemer
                    on behalf of Defendant Liberty Transportation Inc. skraemer@bernsteinlaw.com

Salene Kraemer
                    on behalf of Creditor Exacme c/o Newacme  LLC skraemer@bernsteinlaw.com

Salene Kraemer
                    on behalf of Plaintiff Vir Ventures  Inc. skraemer@bernsteinlaw.com

Salene Kraemer
                    on behalf of Creditor Vir Ventures  Inc. skraemer@bernsteinlaw.com

Sally E. Veghte
                    on behalf of Defendant C & S Wholesale Grocers  Inc. sveghte@klehr.com

Sam Pugh
                    pmryan@sorlinglaw.com

Samuel C. Wisotzkey
                    on behalf of Creditor Ecolab  Inc. swisotzkey@kmksc.com, kmksc@kmksc.com

Samuel G Encarnacion
                    on behalf of Creditor Maria Gonzalez same@haggertylaw.com

Sandra Bonder
                    on behalf of Unknown Abel Santiago sandrabonder23@gmail.com

Sandra E. Mayerson
                    on behalf of Defendant Animal Adventure  LLC sandy@mhlaw-ny.com

Sandra E. Mayerson
                    on behalf of Unknown City of Minneapolis sandy@mhlaw-ny.com

Sandra E. Mayerson
                    on behalf of Creditor - - Securian Life Insurance sandy@mhlaw-ny.com

Sandra E. Mayerson
                    on behalf of Creditor GitLab Inc. sandy@mhlaw-ny.com

Sandra E. Mayerson
                    on behalf of Unknown - - Securian Financial Group  Inc. sandy@mhlaw-ny.com

Sandra E. Mayerson
                    on behalf of Defendant VFP Fire Systems sandy@mhlaw-ny.com

Sanford Philip Rosen
                    on behalf of Creditor Cranston/BVT Associates  LLP srosen@rosenpc.com, RosenSR81087@notify.bestcase.com

Sara Chenetz
                    on behalf of Defendant Adobe Inc. schenetz@perkinscoie.com  cmallahi@perkinscoie.com

Sara Maresa Posner
                    on behalf of Creditor Pepsi Cola Puerto Rico Distributing LLC sara.posner@hoganlovells.com

Sara Maresa Posner
                    on behalf of Defendant Pepsi Cola Puerto Rico Distributing LLC sara.posner@hoganlovells.com

Sarah J Klebolt
                    on behalf of Creditor 14 Oaks Associates  LLC sjk@carmodymacdonald.com, ala@carmodymacdonald.com

Sarah M. Schrag
                    on behalf of Defendant Zuru LLC sarah.schrag@dentons.com

Sawnie A. McEntire
                    on behalf of Interested Party Cushman & Wakefield Inc. smcentire@pmmlaw.com

Sawnie A. McEntire
                    on behalf of Defendant Cushman & Wakefield  Inc. smcentire@pmmlaw.com

Scott A. Zuber
                    on behalf of Unknown Cardinal Health 110 LLC szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
                    on behalf of Defendant FLP  LLC szuber@csglaw.com, ecf@csglaw.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage KMT Mezzanine Finance LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage SPS Holdings LLC scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage GS Holding LLC scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage SRC Mezzanine Finance LLC scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage SRC Finance LLC scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage KMT Finance LLC scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage Growth Properties scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage MS Holdings LLC scott.luftglass@friedfrank.com
ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass

on behalf of Defendant Seritage Growth Properties  L.P. scott.luftglass@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com

Scott D. Fink

on behalf of Creditor Toyota Industries Commercial Finance  Inc. brodellecf@weltman.com

Scott E. Blakeley

on behalf of Defendant RFP Atlas Sales LLC seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley

on behalf of Defendant The Clorox Sales Company seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley

on behalf of Defendant Clorox Manufacturing Company of Puerto Rico  Inc. seb@blakeleyllp.com, ecf@blakeleyllp.com

Scott K. Charles

on behalf of Debtor Sears Holdings Corporation skcharles@wlrk.com  calert@wlrk.com

Scott M. Harrington

on behalf of Defendant Thule Inc. sharrington@dmoc.com

Scott M. Harrington

on behalf of Defendant Parfums de Coeur  Ltd. sharrington@dmoc.com

Sean A. O'Neal

on behalf of Creditor JPP  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Transform Holdco LLC soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor JPP II  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Plaintiff Transform Holdco LLC soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Creditor ESL Investments  Inc. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party Edward S. Lampert soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal

on behalf of Interested Party ESL Partners  L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe

on behalf of Unknown J.W. Mitchell Company  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean A. OKeefe

on behalf of Creditor JW Mitchell Company  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean C. Southard

on behalf of Creditor Southwest Sign Group  Inc., d/b/a Apex Sign Group ssouthard@klestadt.com

Sean C. Southard

on behalf of Mediator Sean Southard ssouthard@klestadt.com

Sean C. Southard

on behalf of Creditor GLP US Management  LLC and its affiliates ssouthard@klestadt.com

Sean C. Southard

on behalf of Creditor Haier U.S. Appliance Solutions  Inc. d/b/a GE Appliances ssouthard@klestadt.com

Sean C. Southard

on behalf of Unknown Rebuilding Together  Inc. ssouthard@klestadt.com

Sean E. O'Donnell

on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
sodonnell@herrick.com  courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean E. O'Donnell

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates sodonnell@herrick.com, courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean E. O'Donnell

on behalf of Spec. Counsel Special Conflicts Counsel to the Official Committee of sodonnell@herrick.com
courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean M. Kemp

on behalf of Defendant Weveel LLC sean@seanmkemp.com

Sean Patrick Williams

on behalf of Defendant Productworks LLC swilliams@lplegal.com  ikropiewnicka@lplegal.com;ecaldwell@lplegal.com

Sean Patrick Williams

on behalf of Defendant California Costume Collections  Inc. swilliams@lplegal.com,
ikropiewnicka@lplegal.com;ecaldwell@lplegal.com

Sedric Banks

on behalf of Creditor Jerry and Esther Vosburg sedbanks@aol.com

Sergey Joseph Litvak

on behalf of Defendant US Air Comfort joelitvakesq@gmail.com

Seth Van Aalten

on behalf of Creditor Washington Prime Group Inc. svanaalten@coleschotz.com
ssallie@coleschotz.com;fpisano@coleschotz.com

Shana A. Elberg

on behalf of Interested Party Bank of America  N.A. Shana.Elberg@skadden.com,
wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com

Shane Ramsey

on behalf of Creditor Retail Opportunity Investments Corp. shane.ramsey@nelsonmullins.com
jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com

Shanna M. Kaminski

on behalf of Defendant Counter Impressions  LLC skaminski@kaminskilawpllc.com

Shannon Gross

on behalf of Defendant RIEF Trading LLC shannon.gross@kattenlaw.com

Shannon Gross

on behalf of Defendant HAP TRADING  LLC shannon.gross@kattenlaw.com

Shannon Gross

on behalf of Defendant RIEF RMP LLC shannon.gross@kattenlaw.com

Shannon Gross

on behalf of Defendant GF TRADING LLC shannon.gross@kattenlaw.com

Shannon Jost

on behalf of Defendant ASG Technologies Group shannon.jost@stokeslaw.com  alicia.cason@stokeslaw.com

Shari Barak

on behalf of Creditor Wells Fargo Bank  National Association sbarak@logs.com, LOGSECF@logs.com

Sharon Jessica Zinns

on behalf of Creditor Armande Mock sharon@zinnslaw.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shawn Randall Fox

on behalf of Defendant Renfro Corporation sfox@mcguirewoods.com

Shawn Randall Fox

on behalf of Creditor Apex Systems  LLC sfox@mcguirewoods.com

District/off: 0208-7                                          User: Admin                                          Page 86 of 97
Date Rcvd: Jul 13, 2021                                  Form ID: pdf001                                  Total Noticed: 0

Sheryl P Giugliano
                        on behalf of Creditor Team Worldwide Corporation sgiugliano@rmfpc.com  tpavalis@diamondmccarthy.com

Sidney P. Levinson
                        on behalf of Defendant Cascade Investment  LLC slevinson@debevoise.com, jeroberts@debevoise.com

Simon Aron
                        on behalf of Creditor Wolf Family Series LP d/b/a Series III  Ontario Enterprises of the Wolf Family Series LP
                        saron@wrslawyers.com, jnarcise@wrslawyers.com

Sonia E Colon
                        on behalf of Creditor Luan Investment SE scolon@ferraiuoli.com  edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                        on behalf of Creditor Deportes Salvador Colom Inc. scolon@ferraiuoli.com
                        edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                        on behalf of Defendant Deportes Salvador Colom Inc. scolon@ferraiuoli.com
                        edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                        on behalf of Plaintiff Santa Rosa Mall  LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Sonia E Colon
                        on behalf of Creditor Santa Rosa Mall  LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

Stanley B. Tarr
                        on behalf of Creditor Hansae Co. Ltd. tarr@blankrome.com

Stanley M Slonaker
                        on behalf of Creditor Jose Acosta Stan@SSlonaker.us

Stephan William Milo
                        on behalf of Defendant R E Daigle & Son Electrical  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Tecumseh Heating And Air smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Sakutori Designs LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Solid Choice Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Rushmore Photo & Gifts Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Rainbow Cotton Candy LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Fibre World  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Pepsi-Cola Bottling Company of Guam Inc. smilo@wawlaw.com
                        jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Gretchen International Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Johnson United  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Ibertile Ceramic smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Killer Bee Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant KS Design Remodeling Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant True Manufacturing Co.  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant N.L.M.S.  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
                        on behalf of Defendant Walnut Hill Properties LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

District/off: 0208-7                                    User: Admin                                    Page 87 of 97
Date Rcvd: Jul 13, 2021                              Form ID: pdf001                              Total Noticed: 0

on behalf of Defendant Dover Grease Trap Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Tasty Main LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Melitta Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Cole Road Distribution Center smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Wick Communications Company smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Quality Handyman smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Ryad Consulting  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant JPHowell and Associates Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Georgia Subsequent Injury Trust Fund smilo@wawlaw.com
jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Perfect Fit Industries  LLC smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant CMC Mechanical LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephanie Wickouski

on behalf of Creditor Shaw Industries  Inc. swickouski@lockelord.com,
dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Stephanie Wickouski

on behalf of Defendant Shaw Industries  Inc. swickouski@lockelord.com,
dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Stephanie R. Sweeney

on behalf of Defendant Space Center Mira Loma Inc. ssweeney@klestadt.com

Stephanie Rene' Barnes

on behalf of Defendant Infinitude Creative Group  LLC sbarnes@plunksmith.com

Stephen Montgomery

on behalf of Defendant Flynn Enterprises LLC smontgomery@nealharwell.com

Stephen Montgomery

on behalf of Creditor Flynn Enterprises  LLC smontgomery@nealharwell.com

Stephen A Corr

on behalf of Creditor John Fraser scorr@begleycarlin.com

Stephen B. Gerald

on behalf of Creditor J. M. Smucker Company sgerald@wtplaw.com  clano@wtplaw.com

Stephen B. Gerald

on behalf of Interested Party The J.M. Smucker Company  Ainsworth Pet Nutrition LLC sgerald@wtplaw.com,
clano@wtplaw.com

Stephen B. Gerald

on behalf of Creditor Ainsworth Pet Nutrition  LLC sgerald@wtplaw.com, clano@wtplaw.com

Stephen B. Selbst

on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst

on behalf of Attorney Herrick  Feinstein LLP sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen C Lane

on behalf of Defendant Romy's Plumbing Inc. steve@stevelanelawoffice.com

Stephen C Lane

on behalf of Attorney Stephen C Lane steve@stevelanelawoffice.com

District/off: 0208-7                          User: Admin                                Page 88 of 97
Date Rcvd: Jul 13, 2021                       Form ID: pdf001                            Total Noticed: 0

Stephen M. Miller
                  on behalf of Interested Party Net Lease Management Partners  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
                  on behalf of Creditor Yoder-17th Street Properties  LLC smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
                  on behalf of Interested Party Drake Pacer Penry Acquisition  LLC smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
                  on behalf of Interested Party Brighton Lease Management  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
                  on behalf of Interested Party Greensboro Lease Management  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Packman
                  on behalf of Unknown PREIT Services  LLC, as agent for PR North Dartmouth, LLC spackman@archerlaw.com,
                  ahuber@archerlaw.com;jkulback@archerlaw.com

Stephen Vincent Falanga
                  on behalf of Creditor Schindler Elevator Corporation sfalanga@walsh.law  ntravostino@walsh.law

Steven Balasiano
                  on behalf of Defendant NES Jewelry  Inc. steven@balasianolaw.com

Steven Richman
                  on behalf of Creditor Epicor Software Corporation srichman@clarkhill.com

Steven Richman
                  on behalf of Defendant RGIS  LLC srichman@clarkhill.com

Steven A. Ginther
                  on behalf of Creditor Missouri department of revenue sdnyecf@dor.mo.gov

Steven B Smith
                  on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
                  ssmith@herrick.com  ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com

Steven Charles Farkas
                  on behalf of Creditor AMERICAN CASTING & MANUFACTURING CORP. scf@cohmlaw.com
                  jenniferg@cohmlaw.com;lindac@cohmlaw.com;lah@cohmlaw.com

Steven J. Reisman
                  on behalf of Plaintiff StarWest  LLC sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Counter-Defendant Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Plaintiff Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Unknown Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Debtor Sears Holdings Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Plaintiff Sears Home Improvement Products  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Plaintiff Sears  Roebuck and Co. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Plaintiff California Builder Appliances  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Plaintiff Florida Builder Appliances  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
                  on behalf of Counter-Defendant Sears  Roebuck and Co. sreisman@katten.com, nyc.bknotices@katten.com

Steven W. Kelly
                  on behalf of Creditor AmCap Wilson II  LLC skelly@s-d.com

Steven W. Kelly
                  on behalf of Creditor Wilson Norridge  LLC skelly@s-d.com

Steven W. Kelly
                  on behalf of Creditor HRA Fountains LP skelly@s-d.com

Stuart M Maples
                  on behalf of Defendant Sunshine Mills  Inc. smaples@mapleslawfirmpc.com

Sue Liu Chin

on behalf of Defendant Appliance Alliance Installations LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Gold Coast Beverage  LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Chicago Beverage Systems  LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant S. C. Johnson & Son  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Rawlings Sporting Goods Company  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Samsonite LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Pfizer Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Sub-Zero Group  Inc. schin@borgeslawllc.com

Sunny Singh

on behalf of Debtor Sears Holdings Corporation sunny.singh@weil.com
Paloma.VanGroll@weil.com;Philip.DiDonato@weil.com

Tammy L. Terrell Benoza

on behalf of Creditor SEARS  ROEBUCK AND CO. bankruptcy@fskslaw.com

Tanya Korkhov

on behalf of Respondent Lavarita Meriwether tkorkhov@scott-scott.com

Tanya Korkhov

on behalf of Respondent Robert Catalfano tkorkhov@scott-scott.com

Tara LeDay

on behalf of Creditor Bosque County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Brown CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Hays County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Cherokee CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Harrison CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Harrison County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Coryell County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Taylor CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Wharton County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.
com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Mexia I. S. D.
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Bastrop County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Unknown Texas Ad Valorem Taxing Jurisdictions
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Jasper County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Anderson County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Terry CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Erath County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Comal County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Texas Taxing Jurisdictions
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Burnet CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Bowie CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor The County of Limestone  Texas
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Midland CAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Guadalupe County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Denton County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Brazos County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay

on behalf of Creditor Cherokee County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay
on behalf of Creditor Bell TAD
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay
on behalf of Creditor Williamson County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay
on behalf of Creditor Henderson County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara LeDay
on behalf of Creditor City of Waco et al
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Tara B. Annweiler
on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara J Schellhorn
on behalf of Defendant Easy Gardener Products  Inc. tschellhorn@riker.com, jschwartz@riker.com

Tara J Schellhorn
on behalf of Defendant Pfizer Inc. tschellhorn@riker.com  jschwartz@riker.com

Ted A. Berkowitz
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
tberkowitz@moritthock.com, tberkowitz@moritthock.com

Ted A. Dillman
on behalf of Unknown Simon Property Group  L.P. ted.dillman@lw.com

Thomas Yanega
on behalf of Unknown S & J Diamond Corp. ty@devacklaw.com

Thomas Yanega
on behalf of Unknown Beauty Gem  Inc. ty@devacklaw.com

Thomas A Lynam, III
on behalf of Unknown Stacie Hess tlynam@vll-law.com

Thomas A. Farinella
on behalf of Unknown Stockton Mariposa  LLC tf@lawtaf.com, ecf@lawgmf.com

Thomas Daniel Berghman
on behalf of Creditor Comosoft  Inc. tberghman@munsch.com

Thomas J. Flynn
on behalf of Interested Party MOAC Mall Holding LLC tflynn@larkinhoffman.com  grice@larkinhoffman.com

Thomas J. Moloney
on behalf of Creditor JPP II  LLC tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor ESL Investments  Inc. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Plaintiff Transform Holdco LLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Interested Party Transform Holdco LLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Interested Party ESL Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor JPP  LLC tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Sansone
on behalf of Creditor Crossroads Joint Venture  LLC tsansone@carmodylaw.com

Thomas James Salerno
on behalf of Interested Party Telesoft Corp thomas.salerno@stinson.com  Karen.graves@stinson.com

Thomas L Abrams
on behalf of Defendant Exist  Inc. tabrams@tabramslaw.com

Thomas M. Gaa
on behalf of Creditor Oath (Americas) Inc. tgaa@bbslaw.com  yessenia@bbslaw.com

District/off: 0208-7                                  User: Admin                                  Page 92 of 97
Date Rcvd: Jul 13, 2021                          Form ID: pdf001                          Total Noticed: 0

Thomas M. Gaa
on behalf of Creditor salesforce.com  inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas R. Fawkes
on behalf of Creditor Infinite Peripherals  Inc. thomas.fawkes@tuckerellis.com,
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Reynolds Presto Products Inc. thomas.fawkes@tuckerellis.com
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Zeno Group  Inc. thomas.fawkes@tuckerellis.com,
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Daniel J. Edelman  Inc. thomas.fawkes@tuckerellis.com,
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Reynolds Consumer Products LLC thomas.fawkes@tuckerellis.com
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Slome
on behalf of Creditor San Diego Gas and Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor The Cleveland Electric Illuminating Company tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor City of Ocala  Florida tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Public Service Company of New Hampshire tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor UNS Gas  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Florida Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor The Potomac Electric Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Arizona Public Service Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Connecticut Light & Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor New York State Electric and Gas Corporation tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Atlantic City Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Narragansett Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor KeySpan Energy Delivery Long Island tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor NStar Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Potomac Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Rochester Gas & Electric Corporation tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor PECO Energy Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Colonial Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Pennsylvania Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Southern California Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor KeySpan Energy Delivery New York tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Delmarva Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Ohio Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Kentucky Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor UNS Electric  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Baltimore Gas and Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor West Penn Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Orange & Rockland Utilities tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Salt River Project tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Consolidated Edison Company of New York  Inc. tslome@cullenanddykman.com,
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Tucson Electric Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Georgia Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Boston Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Massachusetts Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Indiana Michigan Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Niagara Mohawk Power Corporation tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Ohio Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Yankee Gas Services Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Public Service Electric and Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Metropolitan Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Pennsylvania Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Defendant Luv n' care Ltd. tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Kingsport Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Monongahela Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Public Service Company of Oklahoma tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Jersey Central Power & Light Company tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Eastern Massachusetts and NStar Electric Company tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Western Massachusetts tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Toledo Edison Company tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Appalachian Power Company tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Southern California Edison Company tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Commonwealth Edison Company tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Sacramento Municipal Utility District tslome@cullenanddykman.com   cmohan@cullenanddykman.com

Thomas Ross Hooper
on behalf of Defendant Fairholme Capital Management  L.L.C. hooper@sewkis.com

Thomas Ross Hooper
on behalf of Defendant Bruce Berkowitz hooper@sewkis.com

Thomas S. Onder
on behalf of Creditor 67500 South Main Street  Richmond, LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Phillips Edison & Company tonder@stark-stark.com

Timothy F. Nixon
on behalf of Defendant Dxd Investments  LLC tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon
on behalf of Creditor Johnson Controls  Inc. tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon
on behalf of Defendant York International Corp. tnixon@gklaw.com  kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon
on behalf of Creditor A.O. Smith Corporation tnixon@gklaw.com  kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon
on behalf of Defendant Johnson Controls Security Solutions LLC tnixon@gklaw.com
kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon
on behalf of Defendant Johnson Controls  Inc. tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon
on behalf of Defendant Wipfli LLP tnixon@gklaw.com  kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy G. Holden
on behalf of Defendant ADT LLC tholden@tholdenlaw.com

Todd Strassberg
on behalf of Defendant Revise Clothing Inc. todd@strassbergpc.com

Todd Allan Atkinson
on behalf of Defendant NCR Corporation todd.atkinson@wbd-us.com

Todd Allan Atkinson
on behalf of Defendant Wicked Fashions Inc. todd.atkinson@wbd-us.com

Todd Allan Atkinson
on behalf of Creditor NCR Corporation todd.atkinson@wbd-us.com

Todd Morris Arnold
on behalf of Creditor Weihai Lianqiao International Coop. Group Co.  Ltd. tma@lnbyb.com

District/off: 0208-7                              User: Admin                              Page 95 of 97
Date Rcvd: Jul 13, 2021                           Form ID: pdf001                          Total Noticed: 0

Todd Morris Arnold
on behalf of Interested Party Certified Capital LP tma@lnbyb.com

Tracy L. Klestadt
on behalf of Creditor Shidler/West Finance Partners V L.P. tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt
on behalf of Defendant GGF LLC tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt
on behalf of Defendant Rikon Power Tools Inc. tklestadt@klestadt.com  tklestadt@yahoo.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Vera N Kanova
on behalf of Creditor Commonwealth of PA Dept. of Environmental Protection verkanova@pa.gov

Veronique Urban
on behalf of Creditor Midwood Management Corp. vurban@farrellfritz.com

Victor Newmark
on behalf of Creditor 156 Tom Hill  LLC vnewmark@evict.net

Victor Russame
on behalf of Defendant Nantong Splendor International victor@lawofficeofsamwu.com

Victoria D. Garry
on behalf of Creditor Ohio Department of Taxation vgarry@ag.state.oh.us

Vincent Levy
on behalf of Defendant Kunal Kamlani vlevy@hsgllp.com

Vincent Edward Lazar
on behalf of Creditor Electrolux Home Care Products  Inc. vlazar@jenner.com

Vincent Edward Lazar
on behalf of Creditor Electrolux North America  Inc. vlazar@jenner.com

Vincent Edward Lazar
on behalf of Defendant Electrolux Home Products  Inc. vlazar@jenner.com

Vincent Edward Lazar
on behalf of Creditor Electrolux Puerto Rico  Inc. vlazar@jenner.com

Vincent Edward Lazar
on behalf of Defendant The Eureka Company vlazar@jenner.com

Vincent Edward Lazar
on behalf of Creditor Electrolux Home Products  Inc. vlazar@jenner.com

Vincent J. Roldan
on behalf of Creditor Hain Capital Investors Master Fund Ltd. vroldan@lawfirm.ms

Vincent M. Marino
on behalf of Defendant SCS Direct  Inc. vmarino@mzslaw.com

Vivek Suri
on behalf of Creditor Weavetex Overseas info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri
on behalf of Creditor Sumit Textile Industries info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri
on behalf of Unknown Infiiloom India Private Limited info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri
on behalf of Unknown Weavetex Overseas info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri
on behalf of Unknown Sumit Textile Industries info@viveksuri.com  lawyer@surilawoffice.com

Vivek Suri
on behalf of Creditor KG Denim Limited info@viveksuri.com  lawyer@surilawoffice.com

Wanda Borges
on behalf of Defendant Sub-Zero Group  Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Chicago Beverage Systems  LLC ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Creditor Kenney Manufacturing Company ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Gold Coast Beverage  LLC ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Rawlings Sporting Goods Company  Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Creditor Sub-Zero Group  Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant S. C. Johnson & Son  Inc. ecfcases@borgeslawllc.com

Wendy M. Simkulak
on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wes Earnhardt
on behalf of Defendant William C. Kunkler wearnhardt@cravath.com

Wes Earnhardt
on behalf of Defendant Ann N. Reese wearnhardt@cravath.com

Wes Earnhardt
on behalf of Defendant Paul G. DePodesta wearnhardt@cravath.com

Whitney Seltzer
on behalf of Defendant Heartland Express Inc. wseltzer@foleymansfield.com

William Gannon
on behalf of Defendant All Interiors  Inc. bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com

William McCarron, Jr.
on behalf of Creditor Pension Benefit Guaranty Corporation mccarron.william@pbgc.gov  efile@pbgc.gov

William Austin Jowers
on behalf of Creditor Husqvarna Consumer Outdoor Products N.A. ajowers@kslaw.com  jcmccullough@kslaw.com

William B. Kerr
on behalf of Creditor COMM 2006-C8 Shaw Avenue Clovis  LLC wkerr@kerrllp.com

William E. Brueckner
on behalf of Defendant Perry Kessler wbrueckner@woodsoviatt.com  sciaio@mccmlaw.com

William E. Kelleher, Jr.
on behalf of Creditor Bonita Casa  LLC bill.kelleher@dentons.com, michelle.graeb@dentons.com;helen.ward@dentons.com

William J. Factor
on behalf of Defendant BBJ Group LLC wfactor@wfactorlaw.com  nbouchard@wfactorlaw.com

William J. Hanlon
on behalf of Creditor Tupart II  LLC whanlon@seyfarth.com, bosdocket@seyfarth.com

William J. Levant
on behalf of Creditor Mac Dade Mall Associates  L.P. efile.wjl@kaplaw.com

William L Siegel
on behalf of Defendant TJ Daniels Inc. bsiegel@cowlesthompson.com  brodela@cowlesthompson.com

William M. Buchanan
on behalf of Defendant Northtowne Associates Inc. wmbuchanan@burnswhite.com

William P Fennell
on behalf of Defendant Dart International  A Corporation william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com

William P. Weintraub
on behalf of Unknown Wicked Audio  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub
on behalf of Defendant Intralinks  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub
on behalf of Creditor Interactions Corporation wweintraub@goodwinprocter.com  gfox@goodwinprocter.com

William P. Weintraub
on behalf of Creditor Intralinks  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William S. Hackney
on behalf of Defendant Live Logistics Corp. WHackney@salawus.com  jadams@salawus.com;rlaas@salawus.com

Yann Geron
on behalf of Creditor Adam Levine Productions  Inc. ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@geronlegaladvisors.com;asuffern@axosfs.com;ygeron@geronlegaladvisors.com;nsantucci@ge
ronlegaladvisors.com;adreher@geronlegaladvisors.com

Yaron Shaham
        on behalf of Creditor Panache International LLC yshaham@kahanafeld.com

Zachary Heller
        on behalf of Creditor 3M Company sarah.akerson@btlaw.com

Zachary Heller
        on behalf of Creditor Meguiars  Inc sarah.akerson@btlaw.com

Zachary Heller
        on behalf of Defendant 3M Company sarah.akerson@btlaw.com

Zachary Heller
        on behalf of Creditor 3M Puerto Rico sarah.akerson@btlaw.com

Zixuan Zhou
        on behalf of Defendant Springfield Marketing Group  LLC tomzixuanzhou@gmail.com


TOTAL: 2408