# Notice Recipients

District/Off: 0208–7     User: Admin     Date Created: 7/16/2021
Case: 18–23538–rdd     Form ID: tranapl     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Andrew W. Weaver     aweaver@cgsh.com
aty     Jacqueline Marcus     jacqueline.marcus@weil.com

TOTAL: 2