AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**THIRTY-SECOND MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | May 1, 2021 through May 31, 2021 |
| Monthly Fees Incurred: | **$285,583.00** |
| 20% Holdback: | **$57,116.60** |
| Total Compensation Less 20% Holdback: | **$228,466.40** |
| Monthly Expenses Incurred: | **$628,112.62** |
| Total Fees and Expenses Requested: | **$856,579.02** |

This is a __x_ monthly ____interim ____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation

and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits

this statement of fees and disbursements (the "Thirty-Second Monthly Fee Statement") covering

the period from May 1, 2021 through and including May 31, 2021 (the "Compensation Period")

in accordance with the *Order Authorizing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No.

796]. By the Thirty-Second Monthly Fee Statement, and after taking into account certain

voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($913,695.62) reflects voluntary reductions for the Compensation Period of $25,241.50 in fees and $1,910.26 in expenses.

2

compensation in the amount of $228,466.40 (80% of $285,583.00) for fees on account of

reasonable and necessary professional services rendered to the Creditors' Committee by Akin

Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of

$628,112.62[3] incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions,

departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump

professional and paraprofessional who provided services to the Creditors' Committee during the

Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors'

Committee are the same rates that Akin Gump charges generally for professional services

rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code

spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors'

Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump

professionals and paraprofessionals who provided services to the Creditors' Committee during

the Compensation Period.

---

[3] This amount includes: (i) $90,383.50 of expenses relating to the payment of professional fees and expenses
incurred by H5, Akin Gump's document management and e-discovery provider; and (ii) $533,468.50 of expenses
relating to the retention and compensation of expert witnesses retained by the Creditors' Committee in connection
with certain litigation.

3

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty-Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, <u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

Objections to this Thirty-Second Monthly Fee Statement, if any, must be filed with the

Court and served upon the Notice Parties so as to be received no later than **August 4, 2021** (the

"<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses

at issue (an "<u>Objection</u>").

If no Objections to this Thirty-Second Monthly Fee Statement are filed and served as set

forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Second Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Second

Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.


[*Remainder of page left blank intentionally*]

Dated: New York, New York
July 20, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
        pdublin@akingump.com
        sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 23.60 | 29,854.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1655.00 | 1.50 | 2,482.50 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 28.60 | 36,179.00 |
| David Zensky | Litigation | 1988 | 1,655.00 | 21.70 | 35,913.50 |
| **Total Partner** | | | | **75.40** | **104,429.00** |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| John Kane | Litigation | 2016 | 970.00 | 42.10 | 40,837.00 |
| **Total Counsel** | | | | 42.10 | **40,837.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 11.90 | 11,662.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 19.10 | 15,471.00 |
| Patrick Glackin | Litigation | 2019 | 770.00 | 12.30 | 9,471.00 |
| Jeff Latov | Litigation | 2017 | 940.00 | 10.60 | 9,964.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 15.40 | 13,167.00 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 156.50 | 78,250.00 |
| **Total Associates** | | | | **225.80** | **137,985.00** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Dagmara Krasa-Berstell | Financial Restructuring | N/A | 440.00 | 5.30 | 2,332.00 |
| **Total Legal Assistants** | | | | **5.30** | **2,332.00** |
| **Total Hours / Fees Requested** | | | | **348.60** | **285,583.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,236.31 | 117.50 | 145,266.00 |
| Associates | 611.09 | 225.80 | 137,985.00 |
| Paralegals/Non-Legal Staff | 440.00 | 5.30 | 2,332.00 |
| Blended Timekeeper Rate | 819.23 | | |
| **Total Fees Incurred** | | **348.60** | **285,583.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | General Case Administration | 4.20 | 2,366.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 7.80 | 7,789.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 1.80 | 1,199.00 |
| 6 | Retention of Professionals | 1.90 | 2,289.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 0.20 | 196.00 |
| 8 | Hearings and Court Matters/Court Preparation | 13.50 | 12,733.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 9.10 | 11,511.50 |
| 12 | General Claims Analysis/Claims Objection | 0.40 | 506.00 |
| 15 | Secured Creditors Issues/Communications/Meetings | 3.30 | 3,047.00 |
| 16 | Automatic Stay Issues | 4.80 | 3,888.00 |
| 20 | Jointly Asserted Causes of Action | 282.70 | 217,913.50 |
| 23 | Asset Disposition/363 Asset Sales | 18.90 | 22,144.00 |
| | **TOTAL:** | **348.60** | **285,583.00** |

**<u>Exhibit C</u>**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | | |
|---|---|---|
| Invoice Number | 1943942 |
| Invoice Date | 07/16/21 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 4.20 | $2,366.00 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 7.80 | $7,789.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 1.80 | $1,199.00 |
| 006 | Retention of Professionals | 1.90 | $2,289.50 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 0.20 | $196.00 |
| 008 | Hearings and Court Matters/Court Preparation | 13.50 | $12,733.50 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 9.10 | $11,511.50 |
| 012 | General Claims Analysis/Claims Objections | 0.40 | $506.00 |
| 015 | Secured Creditors Issues/Communications/Meetings | 3.30 | $3,047.00 |
| 016 | Automatic Stay Issues | 4.80 | $3,888.00 |
| 020 | Jointly Asserted Causes of Action | 282.70 | $217,913.50 |
| 023 | Asset Dispositions/363 Asset Sales | 18.90 | $22,144.00 |
| | TOTAL | 348.60 | $285,583.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|------|
| 05/05/21 | JES | 002 | Monitor dockets (.1); circulate recently filed pleadings to members of FR and Lit. teams (.1). | 0.20 |
| 05/06/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to FR team members (.1). | 0.20 |
| 05/07/21 | DK | 002 | Review and update case calendar. | 0.50 |
| 05/10/21 | DK | 002 | Review and update case file. | 0.50 |
| 05/10/21 | DK | 002 | Review and organize pleadings for attorneys. | 0.60 |
| 05/10/21 | JES | 002 | Monitor docket (.1); send recently filed pleadings to FR team members (.1). | 0.20 |
| 05/11/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to FR team members (.1). | 0.20 |
| 05/14/21 | DK | 002 | Review case docket (.2); update case calendar (.3); draft status email to J. Szydlo (.1). | 0.60 |
| 05/18/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to FR team (.2). | 0.30 |
| 05/21/21 | DK | 002 | Update case calendar. | 0.60 |
| 05/24/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to members of FR team (.1); update admin documents (.1). | 0.30 |
| 05/03/21 | JES | 003 | Review invoice for privileged information. | 0.40 |
| 05/05/21 | ZDL | 003 | Communications with M3 regarding outstanding fee payments. | 0.40 |
| 05/09/21 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines (1.2); draft correspondence to J. Szydlo re same (.2). | 1.40 |
| 05/10/21 | ZDL | 003 | Review fee statement. | 0.40 |
| 05/11/21 | JES | 003 | Draft correspondence to members of FR team re invoicing issues. | 0.40 |
| 05/13/21 | SLB | 003 | Correspondence with members of FR team re fee application and related issues. | 0.20 |
| 05/13/21 | ZDL | 003 | Review invoice for privilege and confidentiality. | 1.30 |
| 05/14/21 | SLB | 003 | Review Akin fee statement (.2); correspondence with J. Szydlo re same (.2). | 0.40 |
| 05/14/21 | JES | 003 | Call with B. Kemp re filing fee statement (.1); correspond with S. Brauner re same (.2); review fee statement (.4). | 0.70 |
| 05/19/21 | JES | 003 | Draft fee statement. | 1.00 |
| 05/20/21 | ZDL | 003 | Communications with M3 on outstanding invoices. | 0.30 |
| 05/26/21 | ZDL | 003 | Prepare fee estimate for prior week (.2) correspond with accounting team regarding the same and other billing issues (.2). | 0.40 |
| 05/28/21 | ZDL | 003 | Review invoice for privilege and confidentiality. | 0.50 |
| 05/04/21 | DK | 004 | Prepare FTI statement to be efiled (.2); effect the above (.2); prepare documents for service (.1); follow up with Prime Clerk re above (.1); draft status email for attorneys (.1). | 0.70 |
| 05/05/21 | JES | 004 | Review proposed order re 7th interim fee application (.2); review UCC advisors fee applications in connection with same (.4); draft correspondence to Z. Lanier re same (.2); correspond with Akin accounting re same (.3). | 1.10 |
| 05/03/21 | SLB | 006 | Review FTI decl. in support of retention. | 0.20 |
| 05/04/21 | SLB | 006 | Correspondence with UST re FTI retention issue (.2); correspondence with FTI re same (.2); coordinate filing of declaration re same (.2). | 0.60 |
| 05/13/21 | SLB | 006 | Review objections to preference firm fee modification motion (.5); draft correspondence to UCC re same (.2). | 0.70 |
| 05/13/21 | ZDL | 006 | Review objections to preference firm fee modification. | 0.40 |
| 05/24/21 | ZDL | 007 | Emails with UCC regarding upcoming hearing. | 0.20 |
| 05/12/21 | DK | 008 | Review and update transcripts file. | 0.60 |
| 05/14/21 | ZDL | 008 | Review J. Szydlo summary of hearing on class action. | 0.20 |
| 05/21/21 | JES | 008 | Compile pleadings set for hearing on May 25th, 2021 (.4); review same (.4). | 0.80 |

SEARS CREDITORS COMMITTEE
Invoice Number: 1943942

Page 3
July 16, 2021

| Date | Tkpr | Task | | Hours |
|------|------|------|-----|-------|
| 05/24/21 | SLB | 008 | Correspondence with J. Szydlo re upcoming hearing and related logistics. | 0.20 |
| 05/24/21 | JES | 008 | Prepare materials in advance of hearing (.9); correspond with S. Brauner re same (.2). | 1.10 |
| 05/25/21 | DMZ | 008 | Review summary of hearing. | 0.10 |
| 05/25/21 | SLB | 008 | Prepare for (.5) and attend (partial) (3.0) hearing; revise summary re same (.5); send the same to UCC (.1); correspondence with J. Szydlo re same (.1). | 4.20 |
| 05/25/21 | ZDL | 008 | Review summary of hearing (.2); correspond with J. Szydlo re same (.3). | 0.50 |
| 05/25/21 | JES | 008 | Prepare for (.4) and attend (3.7) omnibus hearing via zoom; summarize same for committee (.8); correspond with Z. Lanier re same (.3); correspond with S. Brauner re same (.1). | 5.30 |
| 05/26/21 | DK | 008 | Review and update transcripts file. | 0.50 |
| 05/03/21 | SLB | 010 | Confer with Designee re financing issues (.3); draft follow-up correspondence to P. Dublin re same (.2). | 0.50 |
| 05/10/21 | DLC | 010 | Draft memorandum re litigation funding. | 0.60 |
| 05/11/21 | DLC | 010 | Confer with third parties re litigation financing. | 0.30 |
| 05/18/21 | DLC | 010 | Review FTI materials re litigation funding. | 0.20 |
| 05/18/21 | SLB | 010 | Review materials sent from FTI re litigation funding. | 0.40 |
| 05/19/21 | DLC | 010 | Review FTI materials re litigation financing (.1); correspond with S. Brauner re same (.2). | 0.30 |
| 05/19/21 | SLB | 010 | Review and comment on litigation funding deck (.3); correspondence with D. Chapman re same (.2). | 0.50 |
| 05/20/21 | DLC | 010 | Confer with S. Brauner re FTI deck and upcoming discussion. | 0.20 |
| 05/20/21 | SLB | 010 | Draft correspondence to P. Dublin re litigation funding issues (.2); call with D. Chapman re same (.2); revise deck re same (.4). | 0.80 |
| 05/21/21 | SLB | 010 | Correspondence with P. Dublin and FTI re financing issues (.4); revise draft slide re same (.5). | 0.90 |
| 05/24/21 | DLC | 010 | Prepare for (.2) and participate in (.3) call with S. Brauner re litigation funding; draft correspondence to members of litigation team re same (.2). | 0.70 |
| 05/24/21 | SLB | 010 | Confer with D. Chapman re litigation funding issues (.3); correspondence with FTI re same (.3); revise presentation re same (.3). | 0.90 |
| 05/25/21 | DLC | 010 | Confer with S. Brauner re litigation financing issues (.2); correspond with potential financing source (.2); analyze open issues in connection with litigation financing (1.2). | 1.60 |
| 05/25/21 | SLB | 010 | Review revised presentation re funding issues prepared by FTI (.2); confer with D. Chapman re same (.2). | 0.40 |
| 05/26/21 | DLC | 010 | Comment on revised deck re litigation funding. | 0.20 |
| 05/30/21 | DLC | 010 | Update litigation budget (.3); draft correspondence to members of lit. team re same (.3). | 0.60 |
| 05/27/21 | SLB | 012 | Correspondence with Prime Clerk re claimant question. | 0.40 |
| 05/05/21 | ZDL | 015 | Review 507(b) reply brief. | 1.10 |
| 05/05/21 | JES | 015 | Review joint brief filed by appellants in 507(b) appeal. | 1.10 |
| 05/06/21 | ZDL | 015 | Finish review of 507(b) brief. | 1.10 |
| 05/06/21 | JES | 016 | Review Greene Class Rep. brief ISO of lift stay motion. | 0.40 |
| 05/14/21 | JES | 016 | Review pleadings re Greene Class lift stay motion in advance of hearing on the same (1.6); attend hearing on same (2.1); summarize same for FR team (.7). | 4.40 |
| 05/03/21 | DMZ | 020 | Review new cases implicating issues raised in Adv. Proc. (.5); review hot docs (2.1). | 2.60 |
| 05/03/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.30 |
| 05/03/21 | DLC | 020 | Review hot documents (4.8); review new case law re issues implicated in Adversary Proceeding (.4); review new D&O insurance brief (.4); compile information re document discovery (.4); correspond with opposing counsel re same (.1). | 6.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 05/03/21 | JPK | 020 | Draft correspondence to B. Walls re privilege logs produced in adversary proceeding (0.4); correspond with P. Glackin re documents produced in adversary proceeding (0.2); update index of mini-chron topics (0.6). | 1.20 |
| 05/03/21 | JAL | 020 | Review hot docs in connection with Adversary Proceeding. | 1.50 |
| 05/03/21 | SMN | 020 | Review docket in insurance action involving adversary proceeding defendant (.2); review new cases implicating issues related to motion to dismiss briefing (.9); summarize same for members of the Akin litigation team (.4); call with expert regarding open issues (.2). | 1.80 |
| 05/03/21 | PJG | 020 | Review correspondence with defendants' counsel re discovery issues (.7); email with J. Kane re privilege logs and document productions (.2). | 0.90 |
| 05/04/21 | DMZ | 020 | Review hot docs re defendant named in adversary proceeding. | 2.50 |
| 05/04/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (5.9); draft fact chronology re same (.7); research fact issue re same (.4); draft email to D. Park regarding fact issue (.2); conduct research re same (.3); draft email to D. Zensky re same (.2). | 7.70 |
| 05/04/21 | DLC | 020 | Review correspondence from Defendant's counsel re document productions. | 0.40 |
| 05/04/21 | JPK | 020 | Correspond with H5 regarding discovery searches (.4); correspond with members of litigation team re document productions and privilege issues (.3). | 0.70 |
| 05/04/21 | JAL | 020 | Review discovery documents re prepetition transactions (.2); correspond with members of lit. team re productions and privilege issues (.5); analyze issues re same (1.5). | 2.20 |
| 05/04/21 | SMN | 020 | Correspond with J. Szydlo re expenses incurred in connection with Adversary Proceeding (.2); review new cases implicating issues in motion to dismiss briefing (.2). | 0.40 |
| 05/04/21 | PJG | 020 | Correspond with litigation team members re discovery issues. | 0.20 |
| 05/04/21 | JES | 020 | Correspond with accounting team re Adversary Proceeding expenses (.1); correspond with S. Nolan re same (.2). | 0.30 |
| 05/05/21 | RJC | 020 | Phone call with D. Chapman regarding fact discovery issue (.5); conduct review of discovery documents in connection with adversary proceeding (5.1); analyze issues re same (3.0). | 8.60 |
| 05/05/21 | DLC | 020 | Review and respond to correspondence from members of litigation team re discovery and privilege log issues (.7); confer with R. Collins re: discovery issues (.5). | 1.20 |
| 05/05/21 | JPK | 020 | Review documents produced during adversary proceeding (2.7); correspond with members of litigation team re same (.5); review privilege logs produced during adversary proceeding (1.4); correspond with members of litigation team re same (0.7) | 5.30 |
| 05/05/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 1.30 |
| 05/05/21 | PJG | 020 | Email litigation team members re discovery review and privilege issues (.2); review discovery documents re same (.3). | 0.50 |
| 05/06/21 | RJC | 020 | Draft correspondence to D. Chapman regarding fact discovery issue (.3); conduct review of discovery documents in connection with adversary proceeding (7.4). | 7.70 |
| 05/06/21 | DLC | 020 | Review key documents in connection with Adversary Proceeding (3.6); review correspondence from R. Collins re discovery issues (.5). | 4.10 |
| 05/06/21 | JPK | 020 | Review discovery materials. | 2.20 |
| 05/06/21 | JAL | 020 | Review documents and communications re prepetition transaction issue. | 2.00 |
| 05/06/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.10 |
| 05/06/21 | PJG | 020 | Draft correspondence to litigation team members re discovery issues (.2); review discovery documents re same (.4). | 0.60 |
| 05/07/21 | RJC | 020 | Draft email to D. Chapman regarding fact issue (.3); conduct review of discovery documents in connection with adversary proceeding (9.4). | 9.70 |
| 05/07/21 | DLC | 020 | Review email from R. Collins (.2) respond to same re fact issues (.4); review email from J. Kane re third party discovery (.1) respond to same | 0.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | (.1). | |
| 05/07/21 | JPK | 020 | Prepare correspondence to opposing counsel regarding document production and privilege logs. | 0.60 |
| 05/07/21 | PJG | 020 | Review discovery documents re prepetition transactions. | 0.70 |
| 05/10/21 | DMZ | 020 | Correspond with R. Collins re redacted document productions. | 0.30 |
| 05/10/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (8.9); correspondence with D. Zensky re redactions to discovery documents (.3). | 9.20 |
| 05/10/21 | JPK | 020 | Prepare summary of third party productions and documents withheld as privileged. | 1.30 |
| 05/10/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.40 |
| 05/10/21 | PJG | 020 | Draft correspondence to D. Chapman re discovery issues. | 0.10 |
| 05/11/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 9.50 |
| 05/11/21 | JPK | 020 | Review documents produced during adversary proceeding for privilege issues (2.0); review documents produced during adversary proceeding for officers' financial information (3.0). | 5.00 |
| 05/11/21 | PJG | 020 | Review discovery documents re prepetition transactions. | 0.60 |
| 05/12/21 | DMZ | 020 | Review hot docs (6.0); review sale hearing transcript in connection with analysis of issue in Adv. Proc. (.5). | 6.50 |
| 05/12/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 05/12/21 | DLC | 020 | Draft memorandum re discovery materials and related items (2.1); confer with opposing counsel re document productions (.1). | 2.20 |
| 05/12/21 | JPK | 020 | Review discovery materials (2.0); draft correspondence to members of litigation team re same (.3); review documents produced in adversary proceeding (1.2). | 3.50 |
| 05/12/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.70 |
| 05/13/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (4.7); draft analysis regarding fact issue (2.2) | 6.90 |
| 05/13/21 | DLC | 020 | Review memorandum from Herrick re certain defendants named in adversary proceeding (1.3); review communication from Weil re same (.2). | 1.50 |
| 05/13/21 | JPK | 020 | Review documents produced in adversary proceeding. | 4.10 |
| 05/13/21 | SMN | 020 | Review documents to send to experts (.5); send same to experts (.2); review new cases implicating issues in motion to dismiss briefing (.5). | 1.20 |
| 05/14/21 | DMZ | 020 | Continue review of hot docs. | 1.50 |
| 05/14/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.60 |
| 05/14/21 | DLC | 020 | Review and respond to emails with experts (.3); review and respond to email from defendant's counsel re documents (.2); follow-up correspondence with H5 re same (.4). | 0.90 |
| 05/14/21 | JPK | 020 | Review defendants' document productions. | 2.50 |
| 05/14/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.40 |
| 05/17/21 | DMZ | 020 | Review hot docs re certain defendants named in Adversary Proceeding. | 2.20 |
| 05/17/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.80 |
| 05/17/21 | JPK | 020 | Review discovery materials. | 3.30 |
| 05/17/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 1.10 |
| 05/18/21 | DMZ | 020 | Correspond with experts re analysis of expert issues (.1); continue to review hot docs (2.2). | 2.30 |
| 05/18/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.90 |
| 05/18/21 | DLC | 020 | Draft correspondence to members of litigation team re key documents re certain defendants named in Adv. Proc. (.3); review email to expert and supporting materials (.6); review email from experts re same (.5). | 1.40 |
| 05/18/21 | JPK | 020 | Review discovery materials for privilege issues (3.1); review documents | 5.10 |

SEARS CREDITORS COMMITTEE
Invoice Number: 1943942

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | produced in adversary proceeding (2.0). | |
| 05/18/21 | SMN | 020 | Review electronic discovery documents re issues related to prepetition transactions (.7); correspond with expert re document discovery issues (.3). | 1.00 |
| 05/19/21 | DMZ | 020 | Review hot documents re certain defendant (1.4); correspond with expert re same (.1). | 1.50 |
| 05/19/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.40 |
| 05/19/21 | DLC | 020 | Confer with defendants re provision of documents (.4); review document production from certain defendant (.3) follow-up correspondence with lit. team members re same (.5). | 1.20 |
| 05/19/21 | JPK | 020 | Review discovery materials. | 3.20 |
| 05/19/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.6); review electronic discovery documents re issues relating to prepetition transactions (1.2). | 1.80 |
| 05/19/21 | PJG | 020 | Review discovery documents re prepetition transactions. | 0.40 |
| 05/20/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.10 |
| 05/20/21 | JPK | 020 | Prepare internal correspondence regarding discovery. | 0.50 |
| 05/21/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.80 |
| 05/22/21 | RJC | 020 | Draft fact chronology memorandum in connection with Adv. Proc. | 2.70 |
| 05/24/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.90 |
| 05/24/21 | DLC | 020 | Review emails re expert analysis and follow-up re same (.6); review emails from J. Kane re third party discovery and follow-up re same (.3). | 0.90 |
| 05/24/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 1.40 |
| 05/24/21 | PJG | 020 | Review discovery documents re prepetition transactions. | 2.60 |
| 05/25/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.80 |
| 05/25/21 | DLC | 020 | Review internal analysis re open discovery issues. | 0.50 |
| 05/25/21 | JPK | 020 | Review documents produced by officer defendants during adversary proceeding (2.0); prepare internal correspondence re same (1.1). | 3.10 |
| 05/25/21 | SMN | 020 | Correspond with expert re documents for review (.1); review new cases implicating issues in motion to dismiss briefing (.4). | 0.50 |
| 05/25/21 | PJG | 020 | Draft email to defendants' counsel re document production issues (.8); review discovery documents re prepetition transactions (2.3); draft correspondence to litigation team members re same (.3). | 3.40 |
| 05/26/21 | DMZ | 020 | Attend call with expert re ongoing analysis. | 2.20 |
| 05/26/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (6.8); attend phone call with experts and litigation team (2.2). | 9.00 |
| 05/26/21 | DLC | 020 | Participate in call with experts (partial). | 2.00 |
| 05/26/21 | SMN | 020 | Participate in call with members of expert team re updated draft analysis (2.2); review new cases implicating issues in motion to dismiss briefing (.7). | 2.90 |
| 05/26/21 | PJG | 020 | Review discovery documents re prepetition transactions. | 0.40 |
| 05/27/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.40 |
| 05/27/21 | DLC | 020 | Analyze party and non-party document production issues. | 0.30 |
| 05/27/21 | JPK | 020 | Correspond with defendant's counsel regarding discovery issues. | 0.50 |
| 05/27/21 | PJG | 020 | Review documents re prepetition transactions. | 0.70 |
| 05/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.30 |
| 05/28/21 | DLC | 020 | Analyze open issues re Adv. Proc. | 0.20 |
| 05/28/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.3); review correspondence from experts re draft analysis (.1). | 0.40 |

SEARS CREDITORS COMMITTEE
Invoice Number: 1943942

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 05/30/21 | DLC | 020 | Review materials produced by certain defendant named in adv. proc. | 0.20 |
| 05/30/21 | PJG | 020 | Draft email to financial advisors re defendants' financial holdings (.6); review documents re same (.6). | 1.20 |
| 05/31/21 | JAL | 020 | Review prepetition docs and communications re deposition issues (4.1); draft summary of same (.8) | 4.90 |
| 05/05/21 | SLB | 023 | Correspondence with Herrick re MTN investigation (.1); draft correspondence to members of FR team re same (.2). | 0.30 |
| 05/06/21 | SLB | 023 | Review analysis re MTN investigation (1.0); correspondence with HF re same (.5). | 1.50 |
| 05/06/21 | ZDL | 023 | Review memo on 2004 investigation conducted by Herrick into MTN auction. | 1.90 |
| 05/11/21 | SLB | 023 | Review Transform brief re APA issues (.5); correspondence with Weil re same (.4). | 0.90 |
| 05/11/21 | ZDL | 023 | Review Transform supplemental brief re APA dispute (.9) review transcript from prior hearing on same (.3). | 1.20 |
| 05/12/21 | SLB | 023 | Participate on call with Weil team and J. Sorkin re Transform's supplemental brief re APA dispute (.3); draft correspondence to members of Akin FR team re same (.5); analyze issues re same (.8). | 1.60 |
| 05/14/21 | SLB | 023 | Confer with Herrick re MTN investigation. | 0.50 |
| 05/16/21 | SLB | 023 | Review and analyze Debtors' supplemental brief re APA dispute (1.1); draft joinder to same (1.7). | 2.80 |
| 05/16/21 | ZDL | 023 | Review Debtors' reply to Transform APA brief. | 0.30 |
| 05/17/21 | SLB | 023 | Revise UCC joinder re APA dispute (.5); correspondence with Weil re same (.4). | 0.90 |
| 05/18/21 | DK | 023 | Confer with J. Szydlo re filing of joinder to motion to enforce asset purchase agreement (.1); prepare document to be efiled (.2); effect the above (.2); prepare pleading for service (.1); follow up with Prime Clerk re service (.1). | 0.70 |
| 05/18/21 | SLB | 023 | Finalize joinder re APA dispute (.4); coordinate filing of the same (.1); correspondence with Chambers re same (.1); correspondence with Weil re same (.2); correspondence to UCC re same (.2). | 1.00 |
| 05/18/21 | JES | 023 | Review Debtors supplemental brief in support of motion to enforce APA (.4); review declaration in support of same (.1); review UCC joinder to same (.1); confer with D. Krasa-Berstell re filing of same (.1). | 0.70 |
| 05/21/21 | ZDL | 023 | Review revised memo on MTN investigation. | 0.50 |
| 05/23/21 | SLB | 023 | Correspondence with Herrick team re status of MTN investigation. | 0.20 |
| 05/28/21 | ISD | 023 | Participate in call with HF and members of FR team re MTNs and investigation (.7); review materials re same (.8). | 1.50 |
| 05/28/21 | SLB | 023 | Prepare for (.5) and participate on (.7) call with HF and members of FR team re MTN investigation. | 1.20 |
| 05/28/21 | ZDL | 023 | Call with Herrick and members of FR team on MTN investigation (.7); review memo on same (.5). | 1.20 |

Total Hours     348.60

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|------|------|------|-------|
| D M ZENSKY | 21.70 | at | $1655.00 | = | $35,913.50 |
| I S  DIZENGOFF | 1.50 | at | $1655.00 | = | $2,482.50 |
| D L  CHAPMAN | 28.60 | at | $1265.00 | = | $36,179.00 |
| S L  BRAUNER | 23.60 | at | $1265.00 | = | $29,854.00 |
| J P  KANE | 42.10 | at | $970.00 | = | $40,837.00 |
| J A  LATOV | 10.60 | at | $940.00 | = | $9,964.00 |
| Z D  LANIER | 11.90 | at | $980.00 | = | $11,662.00 |
| S M  NOLAN | 15.40 | at | $855.00 | = | $13,167.00 |
| P J  GLACKIN | 12.30 | at | $770.00 | = | $9,471.00 |

SEARS CREDITORS COMMITTEE

Page 8

Invoice Number: 1943942

July 16, 2021

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| J E SZYDLO | 19.10 | at | $810.00 | = | $15,471.00 |
| R J COLLINS | 156.50 | at | $500.00 | = | $78,250.00 |
| D KRASA-BERSTELL | 5.30 | at | $440.00 | = | $2,332.00 |
| | | Current Fees | | | $285,583.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $69.69 |
| Computerized Legal Research - Other | $350.86 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $438.40 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $3,364.57 |
| Courier Service/Messenger Service- Off Site | $37.10 |
| Professional Fees - Legal | $533,468.50 |
| Professional Fees - Miscellaneous | $90,383.50 |
| Current Expenses | $628,112.62 |

| Date | | Value |
|---|---|---|
| 02/10/21 | Professional Fees - Legal  VENDOR: PROTIVITI INC. INVOICE#: 13672 DATE: 2/10/2021 For Services Rendered in Sears Adversary Proceeding | $128,499.00 |
| 05/03/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 1.0 | $69.69 |
| 05/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/3/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 05/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 05/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/04/21 | Professional Fees - Legal  VENDOR: PROTIVITI INC. INVOICE#: 13702 DATE: 5/4/2021 For professional services rendered in connection with adversary proceeding for period ending 04/30/21 | $199,786.00 |

## **Exhibit D**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research – Lexis – in contract 30% discount | 69.69 |
| Computerized Legal Research – Other | 350.86 |
| Computerized Legal Research – Courtlink – in contract 50% discount | 438.40 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 3,364.57 |
| Courier Service/Messanger Service – Off Site | 37.10 |
| Prof Fees – Legal | 533,468.50 |
| Professional Fees – Miscellaneous | 90,383.50 |
| **TOTAL:** | **628,112.62** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                                         Page 8
Invoice Number: 1943942                                                                        July 16, 2021

| Timekeeper | Hours | | Rate | | Value | |
|---|---|---|---|---|---|---|
| J E SZYDLO | 19.10 | at | $810.00 | = | $15,471.00 | |
| R J COLLINS | 156.50 | at | $500.00 | = | $78,250.00 | |
| D KRASA-BERSTELL | 5.30 | at | $440.00 | = | $2,332.00 | |

Current Fees                                                                          $285,583.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $69.69 |
| Computerized Legal Research - Other | $350.86 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $438.40 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $3,364.57 |
| Courier Service/Messenger Service- Off Site | $37.10 |
| Professional Fees - Legal | $533,468.50 |
| Professional Fees - Miscellaneous | $90,383.50 |

Current Expenses                                                                      $628,112.62

| Date | | Value |
|---|---|---|
| 02/10/21 | Professional Fees - Legal VENDOR: PROTIVITI INC. INVOICE#: 13672 DATE: 2/10/2021 For Services Rendered in Sears Adversary Proceeding | $128,499.00 |
| 05/03/21 | Computerized Legal Research - Lexis - in contract 30% discount Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 1.0 | $69.69 |
| 05/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount User: LIBRARY AKIN Date: 5/3/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 05/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 5/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 05/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 5/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/04/21 | Professional Fees - Legal VENDOR: PROTIVITI INC. INVOICE#: 13702 DATE: 5/4/2021 For professional services rendered in connection with adversary proceeding for period ending 04/30/21 | $199,786.00 |

SEARS CREDITORS COMMITTEE                                                    Page 9
Invoice Number: 1943942                                                July 16, 2021

| Date | Description | Amount |
|------|-------------|--------|
| 05/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 05/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 05/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/6/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 05/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 05/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/10/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 05/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/10/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 05/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/11/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/12/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 12/01/20-12/31/20. | $53.22 |
| 05/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 5/12/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $108.95 |
| 05/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/12/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 05/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/12/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $7.46 |

| | DORIS Date: 5/12/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | |
|---|---|---|
| 05/12/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-30385 DATE: 5/12/2021 Data Processing Export Fee, Minimum Processing Fees, Data Hosting, Hosting Project Management | $77,614.75 |
| 05/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/13/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 05/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 05/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 5/17/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $256.69 |
| 05/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/17/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 05/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/17/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 05/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/18/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: CHAPMAN DEAN Date: 5/19/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $193.26 |
| 05/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/19/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 05/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/19/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/19/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 05/19/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-30357 DATE: 5/19/2021 | $12,768.75 |

| Date | Description | Amount |
|---|---|---|
| | Key Document Identification | |
| 05/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/20/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 05/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 05/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LATOV JEFFREY Date: 5/24/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35 |
| 05/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 5/24/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35 |
| 05/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/24/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 05/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/24/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 05/25/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 2/1/2021-2/28/2021 | $16.61 |
| 05/25/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 3/1/2021-3/31/2021 | $368.57 |
| 05/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 5/25/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $385.04 |
| 05/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/25/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/26/21 | Professional Fees - Legal  VENDOR: ANALYSIS GROUP INC INVOICE#: 1014633 DATE: 5/26/2021 For Professional Services Rendered for the Period Ending April 30th, 2021 as relates to the adversary proceeding. | $9,978.00 |
| 05/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: | $22.39 |

|  |  |  |
|---|---|---|
| | 5/26/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 05/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/26/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 05/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/26/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 05/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/27/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 05/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 5/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 05/28/21 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E221-21 DATE: 5/29/2021 \|TRACKING #: 1Z02E52E4490724975; SHIP DATE: 05/28/2021; SENDER: David Zensky; NAME:  COMPANY: DAVID ZENSKY ADDRESS: 121 OVERLOOK CIRCLE, NEW ROCHELLE, NY 10804 US; | $37.10 |
| 05/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2105 DATE: 5/31/2021 - Document retrieval in various courts | $15.24 |
| 05/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2105 DATE: 5/31/2021 - Document retrieval in various courts | $50.63 |
| 05/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2105 DATE: 5/31/2021 - Document retrieval in various courts | $50.63 |
| 05/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2105 DATE: 5/31/2021 - Document retrieval in various courts | $63.83 |
| 05/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2105 DATE: 5/31/2021 - Document retrieval in various courts | $127.66 |
| 05/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2105 DATE: 5/31/2021 | $42.87 |

SEARS CREDITORS COMMITTEE
Invoice Number: 1943942

|          |                                                                                                                                                                      |              |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
|          | - Document retrieval in various courts                                                                                                                                |              |
| 05/31/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 5/31/2021 AcctNumber: 1000309084 ConnectTime: 0.0                           | $164.16      |
| 05/31/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 5/31/2021 AcctNumber: 1003389479 ConnectTime: 0.0                 | $29.85       |
| 05/31/21 | Professional Fees - Legal  VENDOR: PROTIVITI INC. INVOICE#: 13721 DATE: 05/31/2021 For professional services rendered in connection with adversary proceeding for period ending 05/31/21. | $195,205.50  |

Current Expenses                                                                                   $628,112.62

**Total Amount of This Invoice**                                                       **$913,695.62**

Invoice ID: 0500-2664-5746

Page 1

In Re: Sears Holding Corp. Bankruptcy - Consulting Support Sears Holdings Corp. et al. v. Edward Scott Lambert et al.

For the period ending April 30, 2021

Invoice 1014633

**Professional Hours**

| Professional | Title | Hours | Rate | P.S. Incurred |
|---|---|---|---|---|
| L. Greenbaum | Vice President | 7.60 $ | 655.00 $ | 4,978.00 |
| E. Phillips | Manager | 10.00 | 500.00 | 5,000.00 |
| **Total Professional Hours** | | **17.60** | $ | **9,978.00** |

Invoice ID: 0500-2664-5746

[AG] **ANALYSIS GROUP**

Main 1 617 425 8000  Fax 1 617 425 8001  AnalysisGroup.com
111 Huntington Avenue  14th Floor  Boston, MA  02199

May 26, 2021

Dean L. Chapman, Jr.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

|  |  |  |
|---|---|---|
| AG Case No.: | 33731/34307/34310_12 |
| Invoice No.: | 1014633 |
| Taxpayer ID: | 04-2727260 |

Re   **In Re: Sears Holding Corp. Bankruptcy - Consulting Support Sears Holdings Corp. et al. v. Edward Scott Lambert et al.**

Current Billing:

| | | |
|---|---|---|
| AG Professional Services | $ | 9,978.00 |
| **Total Due and Payable - Current Billing** | **$** | **9,978.00** |

| Remit To: | Wire Instructions: |
|---|---|
| Analysis Group Inc. | Citizens Bank |
| 111 Huntington Avenue | Routing / ABA No.: 011500120 |
| 14th Floor | Account No.: 1130184460 |
| Boston, MA 02199 | Swift Code: CTZIUS33 |
| | |
| | Direct Deposit (EFT or ACH): |
| | Routing / ABA No.:211070175 |
| | Account No.: 1130184460 |

THIS INVOICE IS PAYABLE UPON RECEIPT
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Invoice ID: 0500-2656-5264



**Invoice Date:** 5/12/2021

**Invoice Number:** INV-30385

| Billing Address: | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |
| --- | --- | --- |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
| --- | --- | --- | --- | --- |
| In re: Sears Holding Corp. | | 4/1/2021 | 4/30/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
| --- | --- | --- | --- |
| Data Processing Export Fees (GB) | 0.2 | $120.00 | $24.00 |
| Minimum Processing Fees | 2 | $225.00 | $450.00 |
| Data Hosting (GB) | 8,034.1 | $9.00 | $72,306.90 |
| Hosting Project Management (Hours) | 11.71 | $185.00 | $2,166.35 |
| User Fees (Users) | 29 | $75.00 | $2,175.00 |
| H5 Matter Analytics Indexing (0 - 600 GB) | 1.9 | $75.00 | $142.50 |
| Minimum Production Fees | 1 | $350.00 | $350.00 |

| | |
| --- | --- |
| Subtotal | $77,614.75 |
| Tax Total | $0.00 |
| **Total** | **$77,614.75** |

| If Payment by Check | If Payment by Wire or ACH | If Payment by American Express |
| --- | --- | --- |
| H5<br>PO Box 347549<br>Pittsburgh, PA  15251-4549<br><br>Tax ID#: 94-3339333 | H5<br>Silicon Valley Bank<br>3003 Tasman Drive, Santa Clara, CA<br>Acct: 33 00 79 53 58<br>Routing: 121 140 399 | Please email clientbilling@h5.com<br>to inquire.<br><br>*Sorry, we do not accept VISA or Mastercard at this time.* |

Invoice ID: 0500-2656-5034



**Invoice Date:** 5/19/2021

**Invoice Number:** INV-30357

| Billing Address: | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |
|---|---|---|

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | 18-23538 | 4/1/2021 | 4/30/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Key Document Identification (Hours)**<br>*Key document identification to identify privileged drafts of Seritage Board materials. Initial work on expert requests regarding 1) business unit forecasting and planning process and 2) market/customer research regarding SYW program.* | 20.25 | $450.00 | $9,112.50 |
| **Data Management (Hours)**<br>*Load defendant and 3rd party productions to DART to be available for future search requests* | 16.25 | $225.00 | $3,656.25 |

This invoice is for search/review services only.
eDiscovery services will be billed separately.

| | |
|---|---|
| **Subtotal** | $12,768.75 |
| **Tax Total** | $0.00 |
| **Total** | $12,768.75 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA  15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or Mastercard at this time.*