ASK LLP
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# EIGHTH MONTHLY FEE STATEMENT OF ASK LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE LITIGATION DESIGNEES FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| Name of Applicant: | ASK LLP |
| Authorized to Provide Services to: | Litigation Designees[2] |
| Retention Date: | June 26, 2019 nunc pro tunc to April 1, 2019 as to retention as special avoidance action counsel to the Debtors; December 1, 2020 as to retention as counsel to the Litigation Designees for the Jointly Asserted Causes of Action[3] |
| Period for Which Compensation and Reimbursement Is Sought | June 1, 2021 through June 30, 2021 |
| Monthly Fees Incurred: | $2,527.50 |
| Monthly Expenses Incurred: | $6,511.30 |
| Total Fees and Expenses Requested: | $9,038.80 |

This is a __x__ monthly ___interim ___ final

---

[2] Pursuant to the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (the "Confirmation Order") [D.I. 529], the Litigation Designees shall comprise (a) Patrick J. Bartels, (b) Eugene I. Davis, and (c) Raphael T. Wallander, as the Creditors' Committee's designees, and (x) Alan J. Carr and (y) William L. Transier, as the Debtors' designees, which designees shall become the initial members of the Liquidating Trust Board upon the Effective Date pursuant to Section 10.6(a) of the Plan.

[3] The Confirmation Order, among other things, granted the Creditors' Committee joint standing with the Debtors to prosecute the Jointly Asserted Causes of Action, subject to the oversight of the Litigation Designees, which designees shall become the initial members of the Liquidating Trust Board upon the effective date of the Plan. The Jointly Asserted Causes of Action are those actions defined in paragraph 17 of the Confirmation Order.

ASK LLP ("ASK"), counsel to the Litigation Designees, which designees were identified pursuant to the Confirmation Order for Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Eighth Monthly Fee Statement") covering the period from June 1, 2021 through and including June 30, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Eighth Monthly Fee Statement, ASK requests (a) interim allowance and payment of compensation in the amount of $2,527.50 for fees on account of reasonable and necessary professional services rendered to the Litigation Designees by ASK and (b) reimbursement of actual and necessary costs and expenses in the amount of $6,511.30 incurred by ASK during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, hourly billing rates and aggregate hours spent by each ASK professional and paraprofessional who provided services to the Litigation Designees during the Compensation Period. The rates charged by ASK for services rendered to the Litigation Designees are the same rates that ASK charges generally for professional services rendered to all hourly bankruptcy clients.

**Exhibit B** sets forth a complete itemization of tasks performed by ASK professionals and paraprofessionals who provided services to the Litigation Designees during the Compensation Period.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit C** sets forth a complete itemization of disbursements incurred by ASK in

connection with services rendered to the Litigation Designees during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Eighth Monthly Fee Statement shall be given by overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Sixth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

Objections to this Eighth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 5, 2021** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay the fees and expenses identified herein.

If an Objection to this Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eighth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: July 22, 2021

ASK LLP

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

-and-

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation, and its debtor affiliates, debtors and debtors in possession*

## **Exhibit A**

## Timekeeper Summary

| Name of Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Casteel, Kara | Partner | $675.00 | 3.40 | $2,227.50 |
| Miskowiec, Laurie | Paralegal | $300.00 | 1.00 | $300.00 |

## Exhibit B

## Itemized Fees

18-23538-shl    Doc 9666    Filed 07/22/21    Entered 07/22/21 08:04:45    Main Document
Pg 7 of 11

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2021 | KC | Review<br>File review and emails with co-counsel concerning QIT2 | 0.20<br>675.0/hr | 135.0 |
|  | KC | Correspondence<br>Emails and phone calls with Morgan Lewis and Akin re: foreign defendants and subpoena file access | 0.40<br>675.0/hr | 270.0 |
|  | KC | Draft<br>Prepare document to send Morgan Lewis re: subpoena document access | 0.50<br>675.0/hr | 337.5 |
|  | KC | Correspondence<br>Email correspondence with subpoena counsel concerning remaining entity with address issue | 0.10<br>675.0/hr | 67.5 |
| 6/10/2021 | KC | Draft<br>Draft client correspondence concerning QIT2 proposal, emails with co-counsel | 0.50<br>675.0/hr | 337.5 |
| 6/11/2021 | KC | Correspondence<br>Communications with client and opposing counsel concerning QIT2 | 0.30<br>675.0/hr | 202.5 |
| 6/15/2021 | LNP | Draft<br>Draft and file Monthly Fee Application | 1.00<br>300.0/hr | 300.0 |

|            |    |                                                                                                    | Hrs/Rate      | Amount    |
|------------|----|----------------------------------------------------------------------------------------------------|---------------|-----------|
| 6/21/2021  | KC | Phone Opp Atty<br>Discussion with counsel for Blackrock concerning backup info for Exhibit A       | 0.10          | NO CHARGE |
|            | KC | Correspondence<br>Emails with QIT2                                                                 | 0.10<br>675.0/hr | 67.5   |
| 6/22/2021  | KC | Phone Opp Atty<br>Phone call with QIT2 counsel and f/u emails with co-counsel                      | 0.30<br>675.0/hr | 202.5  |
|            | KC | File Review<br>Blackrock defendants- data review of Exhibit A underlying data                      | 0.50<br>675.0/hr | 337.5  |
| 6/25/2021  | KC | Correspondence<br>Emails internally and to opposing counsel and subpoena review concerning Sculptor; file review | 0.40<br>675.0/hr | 270.0 |
|            |    | For professional services rendered                                                                 | 4.40          | $2,527.5  |

# Exhibit C

**Itemized Expenses**

| Disbursement Activity | Amount |
|---|---|
| Telephone | $1.50 |
| Service Fees (Foreign Service) | $6,492.80 |
| Photocopies | $17.00 |