**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

July 23, 2021

**VIA ECF and Email**
Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Re:   In re Sears Holdings Corporation, *et al.*, Case No. 18-23538 (rdd)
      Confirmed Debtors Untimely Filing of Post-Confirmation Quarterly Reports

Dear Judge Drain:

I write on behalf of Orient Craft Limited, an opt-out, allowed administrative creditor, to object to the confirmed Debtors repeated failure to timely file post-confirmation quarterly reports.

There is an omnibus hearing in this case this coming Tuesday morning, July 27, 2021, at which time the current quarterly report is to be discussed and, as of the close of the regular business day today, Friday, July 23, 2021, the quarterly report has not been filed.

The confirmed Debtors continued failure to timely filing quarterly reports prejudices the proper administration of this estate, the rights of administrative creditors, specifically including Orient Craft, and the Court's oversight of the confirmed Plan that has not yet gone effective.

Respectfully submitted,

*David H. Wander*

David H. Wander

cc via email:
Administrative Claimants Representative and Counsel
U.S. Trustee's Office
Weil Gotshal & Manges LLP
Akin Gump Strauss Hauer & Feld LLP