**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, NY  10158
212.557.7200
David H. Wander, Esq. (dhw@dhclegal.com)
Alexander R. Tiktin, Esq. (art@dhclegal.com)
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 18-23538 (RDD) |
| Sears Holdings Corporation, *et al.*, | Chapter 11 |
| Plaintiffs. | (Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck And Co., | |
| Plaintiffs, | |
| v. | Adv. No. 20-06480 (RDD) |
| Winning Resources Limited, | |
| Defendant. | |

## NOTICE OF ADJOURNED HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Motion by Winning Resources Limited to Dismiss the Complaint, Pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure and Rules 4(m) and 12(b)(5) of the Federal Rules of Civil Procedure* (the "Motion"), has been adjourned to August 24, 2021 at 10:00 a.m., before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140.

Dated: New York, New York
July 26, 2021

                            DAVIDOFF HUTCHER & CITRON LLP

                            By: /s/ David H. Wander
                                David H. Wander
                                Alexander R. Tiktin
                            605 Third Avenue
                            New York, New York 10158
                            (212) 557-7200
                            dhw@dhclegal.com
                            art@dhclegal.com

                            *Attorneys for Defendant, Winning Resources Ltd.*