WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| **Debtors.**[1] : | **(Jointly Administered)** |

------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
### TO BE CONDUCTED THROUGH ZOOM ON JULY 27, 2021 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
before the Honorable Robert D. Drain, United States Bankruptcy Judge,
300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.

I.    <u>STATUS CONFERENCE</u>:

    1.    Debtors' Update on Progress Toward Effective Date

II.   <u>ADVERSARY PROCEEDING</u>:

    2.    Kmart Holding Corporation, *et al.* v. Winiadaewoo Electronics America, Inc. [Adversary Proceeding No. 20-06982]

       **Motion to Compel**

       <u>Related Documents</u>:

          A.    Adversary Complaint **[ECF No. 1]**

          B.    Summons **[ECF No. 2]**

          C.    Answer to Complaint **[ECF No. 4]**

          D.    Defendant's Letter re Discovery Dispute **[ECF No. 7]**

          E.    Plaintiffs' Response to Letter re Discovery Dispute **[ECF No. 8]**

          F.    Defendant's Letter re Discovery Issues **[ECF No. 11]**

          G.    Plaintiffs' Response to Letter re Discover Issues **[ECF No. 12]**

          H.    Motion to Compel **[ECF No. 13]**

          I.    Plaintiffs' Objection to Motion to Compel **[ECF No. 16]**

          J.    Defendant's Reply in Support of Motion to Compel **[ECF No. 17]**

          K.    Defendant's Letter re Discovery Dispute **[ECF No. 18]**

          L.    Plaintiff's Letter to Defendants Letter re Discovery Dispute **[ECF No. 20]**

          M.    Notice of Adjournment **[ECF No. 24]**

      N.      So Ordered Stipulation to Extend Time for Non-Expert Discovery **[ECF No. 26]**

Status:  This matter is going forward.

## III.   UNCONTESTED MATTER:

3.      Motion to Enforce Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief **[ECF No. 9647]**

Response Deadline:    July 20, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:

      A.      Declaration of Kimberly Black in Support **[ECF No. 9648]**

      B.      Certificate of No Objection **[ECF No. 9673]**

Status:  This matter is going forward.

## IV.   CONTESTED MATTER:

4.      Motion to Extend Time to Appeal and Objection of James Edmond Smith **[ECF No. 9641]**

Response Deadline:    July 20, 2021 at 4:00 p.m. (Eastern Time)

Response Filed:

      A.      Debtors' Objection **[ECF No. 9664]**

Related Documents:   None.

Status:  This matter is going forward on a contested basis.

## V.   ADJOURNED MATTERS:

5.      Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline:    August 27, 2019 at 4:00 p.m. (Eastern Time)

WEIL:\98068426\4\99980.0218

Response Filed:

    A.    Response of Johnson Controls, Inc. **[ECF No. 4983]**

Related Document:

    B.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

6.    Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

Response Deadline:    October 16, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

    B.    Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

Related Document:

    C.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

7.    Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) **[ECF No. 7453]**

Response Deadline:    April 3, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Objection of Carl Joseph Soranno **[ECF No. 7777]**

    B.    Opposition of Combine International Inc. **[ECF No. 7808]**

Related Documents:

    C.    Motion for Extension of Time to State Position **[ECF No. 7788]**

    D.    Amended Certificate of No Objection **[ECF No. 7840]**

    E.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

8.      Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) **[ECF No. 7859]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Response Filed:

      A.    Response of Johnson Controls, Inc. **[ECF No. 7945]**

Related Document:

      B.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

9.      Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims) **[ECF No. 8019]**

Response Deadline:    June 30, 2020 at 4:00 p.m. (Eastern Time)

Response Filed:

      A.    Response of Electrolux Home Products, Inc. **[ECF No. 8190]**

Related Document:

      B.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

10.     Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims) **[ECF No.  8451]**

Response Deadline:    October 9, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

      A.    Patricia Adams Response **[ECF No. 8473]**

      B.    Oxo International, Ltd.'s Response **[ECF No. 8494]**

      C.    Shaghal Ltd.'s Response **[ECF No. 8495]**

      D.    Opposition of Crickm Lafayette Trust **[ECF No. 8496]**

      E.    Response of Elm Creek Real Estate LLC **[ECF No. 8510]**

      F.    Response of Elm Creek Real Estate LLC **[ECF No. 8519]**

WEIL:\98068426\4\99980.0218

Related Document:

      G.      Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

11.      Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims) **[ECF No. 8452]**

Response Deadline:    October 9, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

      A.      Response of Collin County Tax Assessor **[ECF No. 8566]**

      B.      Response of Clermont County, Ohio Treasurer **[ECF No. 8567]**

      C.      Response of Desoto County, Mississippi **[ECF No. 9295]**

Related Documents:

      D.      Notice of Withdrawal of Response of Desoto County, Mississippi **[ECF No. 9374]**

      E.      Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

12.      Debtors Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims) **[ECF No. 9284]**

Response Deadline:    March 2, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:

      A.      Response of Kelly Bruder **[ECF No. 9301]**

      B.      Response of Joonhee Paek **[ECF No. 9304]**

      C.      Response of Lorraine Majeski **[ECF No. 9315]**

      D.      Response of Deborah A. Larson **[ECF No. 9327]**

      E.      Objection of Richard Alberigi **[ECF No. 9332]**

      F.      Objection of Beau LaBaron **[ECF No. 9333]**

      G.      Objection of Beau LaBaron **[ECF No. 9336]**

      H.      Objection of Justin John Walker **[ECF No. 9337]**

      I.      Objection of Cheryl Romanchuk **[ECF No. 9338]**

      J.      Objection of Marshall Lindquist **[ECF No. 9339]**

      K.      Objection of Puja Thakkar **[ECF No. 9340]**

      L.      Objection of Beau Brady Lebaron **[ECF No. 9539]**

Related Document:

      M.      Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

13.     Debtors' Twenty-Fifth Omnibus Objection to Proofs of Claim (Reduce and Reclassify) **[ECF No. 9286]**

Response Deadline:    March 2, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:

      A.      Opposition of Envisions LLC **[ECF No. 9326]**

      B.      Opposition of iStar Jewelry, LLC **[ECF No. 9380]**

Related Documents:

      C.      Certificate of No Objection **[ECF No. 9379]**

      D.      Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

14.     Debtors' Twenty-Sixth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims) **[ECF No. 9402]**

Response Deadline:    May 3, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

      A.      Certificate of No Objection **[ECF No. 9466]**

      B.      Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

15.    Debtors' Twenty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 9403]**

Response Deadline:    May 3, 2021 at 4:00 p.m. (Eastern Time)

Response Filed:

A.    Response of Regal Home Collection Inc. **[ECF No. 9433]**

Related Documents:

B.    Certificate of No Objection **[ECF No. 9467]**

C.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

16.    Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim and Ballots (Reduce and Allow) **[ECF No. 9444]**

Response Deadline:    May 17, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.    Response of Colonial Properties LLC **[ECF No. 9577]**

B.    Response of Colgate-Palmolive Company Distr. LLC **[ECF No. 9580]**

Related Document:

C.    Notice of Adjournment **[ECF No. 9586]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

17.    Koolatron Corporation's Motion to Compel Payment of Reserved Funds Held Pursuant to the Administrative Expense Claims Consent Program and any Additional Amount Due and Owing **[ECF No. 9417]**

Response Deadline:    May 18, 2021 at 4:00 p.m. (Eastern Time)

Response Filed:

A.    Debtors' Objection **[ECF No. 9505]**

Related Document:

B.    Notice of Adjournment **[ECF No. 9670]**

8

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

18.    Debtors' Thirtieth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims) **[ECF No. 9588]**

Related Document:

A.    Notice of Adjournment **[ECF No. 9668]**

Status:  This matter has been adjourned to August 24, 2021 at 10:00 a.m.

Dated:  July 26, 2021
New York, New York

/s/  Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and
Debtors in Possession*