**DANIEL LAW PLLC**
*Attorneys for Peterson Technology Partners, Inc.*
305 Broadway, 7th Floor
New York, NY 10007
(212) 721-0902
Cell: (917) 509-9956
Al J. Daniel, Jr., Esq.
ajd@daniellawpllc.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In Re

SEARS HOLDING CORPORATION, *et al.*,

       *Debtors*.
-----------------------------------------------------------x
KMART HOLDING CORPORATION,

       *Plaintiff*,
vs.

PETERSON TECHNOLOGY PARTNERS, INC.,

       *Defendant*.
-----------------------------------------------------------x

Chapter 11
Btcy. Case No. 18-23538-RDD

Adv. Proc. No. 20-08457-RDD

### NOTICE OF WITHDRAWAL

  1.  The undersigned Al J. Daniel, Jr. represented Peterson Technology Partners, Inc. in the above-referenced adversary proceeding.

  2.  The Stipulation and Order for Voluntary Dissmissal of Adversary Proceeding was filed in that proceeding on June 17, 2020 (Dkt. 8).

  3.  The adverary proceeding is now closed.

  4.  Al J. Daniel, Jr. hereby requests that he be remmoved from receiving further electronic filings and notices in the above-captioned bankruptcy case No. 18-23538.

Dated: July 27, 2021
    New York, New York

Respectfully submitted,

 /s/ Al J. Daniel, Jr.
Al J. Daniel, Jr.
**DANIEL LAW PLLC**
305 Broadway, 7th Floor
New York, NY 10007
(212) 721-0902
Cell: (917) 509-9956
ajd@daniellawpllc.com

*Attorneys for*
*Peterson Technology Partners, Inc.*

2

**DANIEL LAW PLLC**
*Attorneys for Peterson Technology Partners, Inc.*
305 Broadway, 7th Floor
New York, NY 10007
(212) 721-0902
Cell: (917) 509-9956
Al J. Daniel, Jr., Esq.
ajd@daniellawpllc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In Re                                                                Chapter 11
                                                                            Btcy. Case No. 18-23538-RDD
SEARS HOLDING CORPORATION, *et al.*,

                     *Debtors*.
------------------------------------------------------------x
KMART HOLDING CORPORATION,

                     *Plaintiff*,
vs.                                                                    Adv. Proc. No. 20-08457-RDD

PETERSON TECHNOLOGY PARTNERS, INC.,

                     *Defendant*.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that I served the above Notice of Withdrawal upon all registered users by filing it and this Certificate with the Court through its ECF system.

                                         /s/ Al J. Daniel, Jr.
                                        Al J. Daniel, Jr.
                               **DANIEL LAW PLLC**
                               305 Broadway, 7th Floor
                               New York, NY 10007
                               (212) 721-0902
                               Cell: (917) 509-9956
                               ajd@daniellawpllc.com

                               *Attorneys for*
                               *Peterson Technology Partners, Inc.*