To the Attention of: Honorable Robert D Drain, US Bankruptcy Judge for the United States Bankruptcy Court Southern District of New York. 300 Quarropas Street, White Plains, NY 10601

(i) Caption: United States Bankruptcy Court, Southern District of New York vs. Sears Holdings Corporation, et al., Debtors

Case number 18-23538 (RDD)

Title: Objection to Debtors Thirty-First Omnibus Objection to Proofs of Claim

(ii.) Please note, I am the Parent/Guardian of Joseph Quinn, his date of birth is 10/27/2012. My name is Anthony Quinn, The proof of claim requested by Debtors is claim No. 16620. It mentions no security referenced as personal injury.

I am enclosing proof of my son's injuries at Sears. Also note that I reported this claim on behalf of my son to Sears insurance carrier Sedgwick Insurance, claim number L1703275038-0001. The date of incident was 10/25/2015. Store number 01103.

Two days prior to his 3rd birthday, he was injured due to a defective table that was hazardous in condition. It had a very sharp edge and was in disrepair as you will see attached in the photos I am attaching. My son immediately was bleeding and after talking to a Sears representative while rushing out, I rushed him to urgent care. As you will see, the scarring is substantial, you will see around the time of the incident and the most recent pictures that are attached.

I am representing my son as his father and am Pro-Se without attorney representation. I'm hoping you can assist in helping resolve my son's case as part of the settlements and caption. My son has roughly a 75 year life expectancy from the time of the loss, I would appreciate a resolution of $100,000, which is less than $2k/year due to the trauma of the event as well as the lifetime scarring, subject to ridicule and scorn. This does not include any revision estimates if when he is 18 if they can do anything at all, which I've been told is not possible.

Please feel free to contact me at 518-275-9252 with any questions or any other proof you may need.

Thank you,

Anthony Quinn, Father of Joseph Quinn

50 Mill Road, Latham, NY 12110

Contact number and email: 518-275-9252, jeandoner78@gmail.com.