**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 9623 |

## ORDER GRANTING FIRST INTERIM REPORT/APPLICATION OF ASK LLP AS COUNSEL TO THE LITIGATION DESIGNEES FOR THE PERIOD OF SEPTEMBER 22, 2020 THROUGH FEBRUARY 28, 2021

ASK LLP, counsel to the Litigation Designees, which designees were identified

under the Confirmation Order for Sears Holdings Corporation and its affiliated debtors and

debtors in possession (collectively, the "Debtors"), having filed its First Interim Report, dated

June 30, 2021 [Dkt. No. 9623] (the "First Interim Report"),[2] seeking interim compensation under

11 U.S.C. § 331 for services rendered and reimbursement of expenses for the period of

September 22, 2020 through February 28, 2021 with respect to this non-contingency fee matter;

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2]  Capitalized terms shall have the same meaning ascribed to them in the First Interim Report.

and, after due and sufficient notice of the First Interim Report and the opportunity for a hearing

thereon, there being no objections to the requested relief; and no additional notice or a hearing

being required; and the Court having reviewed the First Interim Report, including the time and

expense records attached thereto; and the Court finding that: (a) the Court has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), (b) notice of the First Interim

Report, and any hearing on the First Interim Report, was adequate under the circumstances, and

(c) all persons with standing have been afforded the opportunity to be heard on the First Interim

Report; and good and sufficient cause appearing, it is hereby

ORDERED THAT:

1.    The First Interim Report is granted.

2.    ASK LLP is allowed interim compensation in the amount of $166,529.20 for

professional services rendered on a non-contingency fee basis and $7,995.86 for costs and

expenses for a total of $174,525.06 for the First Interim Report Period of September 22, 2020

through February 28, 2021, as set forth in the attached Schedules A and B.

3.    Such sums are authorized for payment less any amounts previously paid to ASK

LLP.

Dated: July 28, 2021
          White Plains, New York

                                                  /s/Robert D. Drain
                                                  THE HONORABLE ROBERT D. DRAIN
                                                  UNITED STATES BANKRUPTCY JUDGE

Date Order Signed:  7/28/2021                                                  Initials: RDD  (USBJ)

Case No.: 18-23538 (RDD)                                                **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al.*

**CURRENT FEE PERIOD**

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | 6/30/2021 Docket No. 9623 | 9/22/2020 through 2/28/2021 | $166,529.20 | $166,529.20 | $166,529.20 | $7,995.86 | $7,995.86 | $7,995.86 |

Date Order Signed: 7/28/2021                                          Initials: RDD  USBJ

Case No.: 18-23538 (RDD)                                           **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

## QUARTERLY REPORT TOTALS

| (1)<br>Applicant | (2)<br>Total Fees<br>Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses<br>Requested | (5)<br>Total Expenses<br>Paid |
|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | $166,529.20 | $133,223.36 | $7,995.86 | $7,995.86 |

Date Order Signed: 7/28/2021                              Initials: RDD  (USBJ)