# Notice Recipients

District/Off: 0208–7         User: Admin                  Date Created: 7/29/2021
Case: 18–23538–rdd           Form ID: pdf001              Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          James Edmond Smith
                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7856704     James Edmond Smith      5167 S. St Andrews Place     Los Angeles CA 90062
                                                                              TOTAL: 1