# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

July 6, 2021
Invoice 340050564

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2021

| | |
|---|---|
| Current Fees | $ 56,672.00 |
| Total Current Activity | $ 56,672.00 |
| Total Due for This Invoice | $ 56,672.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:                    Account No.: 496-8375493<br>Wells Fargo Bank, NA           ACH ABA No.: 121000248<br>420 Montgomery St                Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
July 6, 2021
Invoice 340050564

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2021

| | |
|---|---|
| Current Fees | $ 56,672.00 |
| Total Current Activity | $ 56,672.00 |
| Total Due for This Invoice | $ 56,672.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:              Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

July 6, 2021
Invoice 340050564
Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 06/30/21

## **FEE DETAIL**

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|

**Fee and Expense Application**

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 06/07/21 | FEE AND EXPENSE APPLICATION | Review, analyze and prepare comments on draft preliminary report on seventh interim fee and expense application of Akin Gump (UCC counsel), including voluminous related exhibits with respect to prospective objections to time and expense entries. | 4063 | 2.80 hrs. |
| 06/08/21 | FEE AND EXPENSE APPLICATION | Review, analyze and prepare comments on draft preliminary report on seventh interim fee and expense application of Akin Gump (UCC counsel), including voluminous related exhibits with respect to prospective objections to time and expense entries. | 4063 | 3.30 hrs. |
| 06/09/21 | FEE AND EXPENSE APPLICATION | Further review, analysis and preparation of comments on draft preliminary report on seventh interim fee and expense application of Akin Gump (UCC counsel), including voluminous related exhibits with respect to prospective objections to time and expense entries (1.10); telephone conference with V. Marriott regarding same (.20). | 4063 | 1.30 hrs. |
| 06/14/21 | FEE AND EXPENSE APPLICATION | Review, analyze and revise exhibits to preliminary reports regarding Akin Gump, Weil Gotshal, and other fee and expense applications, identifying prospective objections to time and disbursement entries. | 4063 | 2.90 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

July 6, 2021
Invoice 340050564
Page 3 of 5

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 06/15/21 | FEE AND EXPENSE APPLICATION | Further comprehensive review, analysis and revision of exhibits to preliminary reports regarding Akin Gump, Weil Gotshal, and other fee and expense applications, identifying prospective objections to time and disbursement entries. | 4063 | 3.50 hrs. |
| 06/16/21 | FEE AND EXPENSE APPLICATION | Further comprehensive review, analysis and revision of exhibits to preliminary reports regarding Akin Gump, Weil Gotshal, and other fee and expense applications, identifying prospective objections to time and disbursement entries. | 4063 | 3.90 hrs. |
| 06/18/21 | FEE AND EXPENSE APPLICATION | Preliminary review and analysis of multiple monthly fee and expense applications, to identify prospective objections to time and disbursement entries and compliance with fee and expense guidelines and applicable law (3.10); review and analyze results of legal research regarding disbursements to contract lawyers and related disclosure of fee detail (1.50), | 4063 | 4.60 hrs. |
| 06/21/21 | FEE AND EXPENSE APPLICATION | Further preliminary review and analysis of multiple monthly fee and expense applications, to identify prospective objections to time and disbursement entries and compliance with fee and expense guidelines and applicable law. | 4063 | 2.10 hrs. |
| 06/23/21 | FEE AND EXPENSE APPLICATION | Complete review, analysis and preparation of comments on revised draft of preliminary report on seventh interim Akin Gump fee and expense application and related exhibits identifying prospective objections. | 4063 | 3.40 hrs. |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

July 6, 2021
Invoice 340050564
Page 4 of 5

## FEE DETAIL

| Date | Task | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 06/25/21 | FEE AND EXPENSE APPLICATION | Further review and analysis of accumulated monthly fee and expense applications, to identify prospective objections to time and disbursement entries and compliance with fee and expense guidelines and applicable law. | 4063 | 3.30 hrs. |
| 06/28/21 | FEE AND EXPENSE APPLICATION | Continues review and analysis of accumulated monthly fee and expense applications, to identify prospective objections to time and disbursement entries. | 4063 | 2.90 hrs. |
| 06/30/21 | FEE AND EXPENSE APPLICATION | Revise and finalize multiple preliminary reports regarding professionals' interim fee and expense applications. | 4063 | 2.80 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr | Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 36.80 | $ 1,540.00 | $ 56,672.00 |
| **Total Fees for Professional Services** | | | | **$ 56,672.00** |

## SUMMARY OF PHASES

| Phase Description | Hours | Dollars |
|---|---|---|
| Fee Application | 36.80 | $ 56,672.00 |
| **PHASE TOTALS** | **36.80** | **$ 56,672.00** |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

July 6, 2021
Invoice 340050564
Page 5 of 5

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/16/21 | 340049736 | 81,312.00 | 81,312.00 | 0.00 | 0.00 | $ 81,312.00 |
| 06/16/21 | 340050075 | 10,780.00 | 10,780.00 | 0.00 | 0.00 | 10,780.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 92,092.00 |
| | | | Interest on Outstanding A/R | | | 0.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 56,672.00 |
| | | | **Total Due For This Matter** | | | **$ 148,764.00** |