# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                July 22, 2021
1675 Broadway                                                 Invoice No. 20210704934
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $20,753.00 |
| **Total Invoice Amount** | **$20,753.00** |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | July 22, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210704934 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 06/02/21 | Call with V. Marriott re: Ballard monthly and interim fee applications | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/04/21 | Correspondence with P. Harner re: monthly fee application | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 06/04/21 | Review fee application revised to include fee examiner invoice | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 06/04/21 | Correspondence with C. McClamb and M. Vesper re: same | 995.00 | 0.30 | 298.50 |
| Vesper,M.A. | 06/04/21 | Draft twenty-third joint monthly fee application and e-mails with T. Daluz and C. McClamb re: same | 420.00 | 0.70 | 294.00 |
| Daluz,T.M. | 06/08/21 | Oversee filing of fee application | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 06/08/21 | Review and edit monthly fee statement | 545.00 | 0.40 | 218.00 |
| Daluz,T.M. | 06/09/21 | Prepare exhibits for monthly fee application | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 06/09/21 | Correspondence re: possible rate overcharge | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 06/09/21 | Email with M. Korycki re: fee application | 545.00 | 0.10 | 54.50 |
| Daluz,T.M. | 06/21/21 | Prepare exhibits for joint fee application | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 06/24/21 | Revise joint monthly fee application (0.6); prepare for filing (0.4) | 995.00 | 1.00 | 995.00 |
| Vesper,M.A. | 06/24/21 | Draft twenty-fourth joint monthly fee application and e-mail same to T. Daluz and C. McClamb | 420.00 | 0.80 | 336.00 |
| Daluz,T.M. | 06/30/21 | Oversee final version and filing of fee application. | 995.00 | 1.00 | 995.00 |
| **Total B160** | | | | **7.90** | **6,773.00** |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | July 22, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210704934 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Blessing,B. | 06/01/21 | Prepare and format exhibits to preliminary report regarding sixth interim fee and expense application of Akin, Gump, Strauss, hauer & Feld LLP. | 175.00 | 2.20 | 385.00 |
| Jimenez,C. | 06/01/21 | Revise Akin 6th fee report and exhibits | 470.00 | 3.00 | 1,410.00 |
| Vesper,M.A. | 06/02/21 | Correspondence with C. McClamb re: fee review status and follow up with K. Neitzel and C. Pollard re: fee data upload status | 420.00 | 0.10 | 42.00 |
| Blessing,B. | 06/02/21 | Regenerate and revise exhibits K and L to preliminary report regarding sixth interim fee and expense application of Akin, Gump, Strauss, hauer & Feld LLP. | 175.00 | 0.80 | 140.00 |
| Jimenez,C. | 06/02/21 | Revise report and exhibits for Akin 6th report | 470.00 | 2.50 | 1,175.00 |
| Daluz,T.M. | 06/04/21 | Review exhibits to FTI report | 995.00 | 2.50 | 2,487.50 |
| Vesper,M.A. | 06/04/21 | Review Herrick, Feinstein LLP fourth interim fee application time entries and revise consolidated preliminary report and exhibits | 420.00 | 1.70 | 714.00 |
| Marriott, III,V.J. | 06/07/21 | Review recent filings | 1,085.00 | 0.30 | 325.50 |
| Marriott, III,V.J. | 06/08/21 | Prepare correspondence with examiner re: draft Akin preliminary report and initial review of same | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 06/08/21 | Review new fee applications filed | 995.00 | 1.20 | 1,194.00 |
| Marriott, III,V.J. | 06/10/21 | Conference with Examiner re: Akin preliminary report | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 06/11/21 | Review FTI monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/11/21 | Review Akin monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/14/21 | Review ASK monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/15/21 | Review Weil monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/15/21 | Review MIII monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/17/21 | Review Transformco related pleadings | 995.00 | 0.30 | 298.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | July 22, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210704934 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 06/17/21 | E-mail K. Neitzel, C. Pollard, and C. McClamb re: follow up on fee data upload update request | 420.00 | 0.10 | 42.00 |
| Daluz,T.M. | 06/21/21 | Review recent pleadings | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/21/21 | Review Herrick monthly fee application | 995.00 | 0.20 | 199.00 |
| Marriott, III,V.J. | 06/22/21 | Review recent filings | 1,085.00 | 0.40 | 434.00 |
| Daluz,T.M. | 06/22/21 | Review fee orders | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/23/21 | Review recent filings regarding case status | 995.00 | 0.20 | 199.00 |
| Neitzel,K.N. | 06/23/21 | Prepare fee data to be imported into Relativity workspace for attorney review | 310.00 | 0.60 | 186.00 |
| Marriott, III,V.J. | 06/28/21 | Review recent filings | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 06/28/21 | Attend to Morritt fee review. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 06/28/21 | Attend to analysis of Deloitte Tax fee review. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 06/28/21 | Attend to analysis of FTI fee review | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 06/30/21 | Review ASK fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 06/30/21 | Review Prime Clerk fee status. | 995.00 | 0.30 | 298.50 |
| **Total B170** | | | | **20.80** | **13,980.00** |
| **Total Fees** | | | | **28.70** | **$20,753.00** |

071820.03 - 00317415  
Tobey M. Daluz

July 22, 2021  
Invoice No. 20210704934

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Marriott, III,V.J. | 1.50 | 1,085.00 | 1,627.50 |
| Daluz,T.M. | 14.20 | 995.00 | 14,129.00 |
| McClamb,C.D. | 0.50 | 545.00 | 272.50 |
| Vesper,M.A. | 3.40 | 420.00 | 1,428.00 |
| Jimenez,C. | 5.50 | 470.00 | 2,585.00 |
| Neitzel,K.N. | 0.60 | 310.00 | 186.00 |
| Blessing,B. | 3.00 | 175.00 | 525.00 |
| **Total Fees** | **28.70** | | **$20,753.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                          July 22, 2021
1675 Broadway                                                                                    Invoice No. 20210704934
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $20,753.00 |
| **Total Invoice Amount** | **$20,753.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days