B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York 

In re Sears Holdings Corporation, et al.         ,          Case No. 18-23538-RDD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-through Certificates, Series 2003-ML1
Name of Transferee

JPMCC 2003-ML1 Green Bay Retail, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

MATTHEW ISRAMER
WEINBERG, WHEELER, HUDGINS, GUNN + DIAL, LLC
3350 VIRGINIA STREET, SUITE 500
MIAMI, FL 33133
Phone: (305) 455-9504
Last Four Digits of Acct #: _____

Court Claim # (if known): 8073
Amount of Claim: $198,380.60
Date Claim Filed: 1/28/19

Phone: (305) 455-9504
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

**RECEIVED**
**JUL 3 0 2021**
**U.S. BANKRUPTCY COURT, SDNY**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature
Transferee/Transferee's Agent

Date: 7/23/21

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.