**Hearing Date and Time (only if objection is received): August 24, 2021 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time: August 20, 2021 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                              :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

### NOTICE OF DEBTORS' AMENDED MOTION FOR AN ORDER IN AID OF EXECUTION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, L.P., 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "**Motion**")

of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 105(a) and

1142 of title 11 of the United States Code, all as more fully set forth in the Motion, will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States

Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street,

White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on **August 24, 2021 at 10:00**

**a.m. (Eastern Time)** (the "**Hearing**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections

(the "**Objections**") to the Motion shall be in writing, shall conform to the Bankruptcy Rules and

the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the

Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys

admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found

at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-

searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in

accordance with the customary practices of the Bankruptcy Court and General Order M-399, to

the extent applicable, and shall be served in accordance with the *Amended Order Implementing*

*Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405),

so as to be filed and received no later than **August 20, 2021 at 4:00 p.m. (Eastern Time)**

(the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and

served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to

WEIL:\98090992\5\73217.0004

the Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to

attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: July 30, 2021
      New York, New York


        _/s/  Garrett A. Fail_____
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York  10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007
        Ray C. Schrock, P.C.
        Jacqueline Marcus
        Garrett A. Fail
        Sunny Singh

        *Attorneys for Debtors*
        *and Debtors in Possession*

WEIL:\98090992\5\73217.0004

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                 :
In re                                                            :          **Chapter 11**
                                                                 :
**SEARS HOLDINGS CORPORATION**, *et al.*,                        :          **Case No. 18-23538 (RDD)**
                                                                 :
            **Debtors.**[1]                                      :          **(Jointly Administered)**
                                                                 :
----------------------------------------------------------------x

### DEBTORS' AMENDED MOTION FOR AN ORDER IN AID OF
### EXECUTION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11
### PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, L.P., 1700 Broadway, 19th Floor, New York, NY 10019.

WEIL:\98090992\5\73217.0004

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows:

### General Background

1. Beginning on October 15, 2018 (the "**Commencement Date**") and continuing thereafter, each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On October 24, 2018, the United States Trustee for Region 2 appointed an official committee of unsecured creditors. No trustee or examiner has been appointed in these chapter 11 cases.

3. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

4. On October 15, 2019, the Court confirmed the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Plan**") (ECF No. 5370) (the "**Confirmation Order**").[2] The Plan's Effective Date (as defined in the Plan) has not yet occurred.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such term in the Confirmation Order or Plan respectively.

WEIL:\98090992\5\73217.0004

**Relevant Plan and Confirmation Order Provisions for Distributions**

5.      As is typical in chapter 11 cases, for distributions made pursuant to the Plan

(and subsequent to the Effective Date of the Plan), the Plan provides:

> Checks issued by the Disbursing Agent in respect of Allowed Claims shall be null
> and void if not negotiated within one hundred and twenty (120) days after the date
> of issuance thereof.  Thereafter, the amount represented by such voided check shall
> irrevocably revert to the Liquidating Trust, and any Claim in respect of such voided
> check shall be discharged and forever barred, notwithstanding any federal or state
> escheat laws to the contrary.  Requests for re-issuance of any check shall be made
> to the Disbursing Agent by the holder of the Allowed Claim to whom such check
> was originally issued.

*See* Plan § 11.12.

6.      The Confirmation Order also permitted distributions in advance of the

Effective Date of the Plan.  Specifically, the Confirmation Order approved payments in advance

of the Effective Date pursuant to the Administrative Expense Claims Consent Program

(the "**Administrative Claims Program**").  *See* Confirmation Order ¶52.  The Administrative

Claims Program was incorporated into the Plan pursuant to paragraph J of the Confirmation Order,

but the Administrative Claims Program became effective and binding on all parties in interest on

the Confirmation Date.  *See* Confirmation Order ¶¶ J, 52, 56.

7.      Pursuant to the Administrative Claims Program, in December 2019, the

Debtors made an initial distribution of approximately $21.4 million (the "**Initial**

**Distribution**").  In August 2020, the Debtors made a second distribution, of approximately

$20.4 million to various creditors who were part of the Administrative Claims Program

(the "**Second     Distribution**,"    and    together    with    the    Initial    Distribution,

the "**Distributions**").

8.      The majority in number of the Distributions payments were made via

paper checks mailed to the respective record holders.  Approximately 214 of the 1,668

3

Distributions checks, totaling $1,636,678.71, were not cashed within 120 days of issuance (collectively, the "**Uncashed Checks**"). The Uncashed Checks have been cancelled, and the Debtors have retained in reserve the amount of the unclaimed Distributions.

### Jurisdiction

9.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

10.      The Debtors request an order ensuring equitable treatment of distributions to creditors prior to and following the Effective Date. Pursuant to sections 105(a) and 1142 of the Bankruptcy Code, the Debtors seek an order (i) establishing **August 20, 2021**, as the deadline for forfeiture of all unclaimed distributions made to date pursuant to the Administrative Claims Program, and (ii) applying the terms of section 11.12 of the Plan to future distributions made pursuant to the Administrative Claims Program.

11.      A copy of the proposed order (the "**Proposed Order**") is annexed hereto as **Exhibit A**. Attached to the Proposed Order as **Appendix 1** is a list of all distributions that will be forfeited unless the record holder of the distribution responds prior to the deadline to object to this motion requesting that a distribution check be reissued or a wire be initiated at the creditor's expense.

### The Relief Requested Should be Granted

12.      The Court is authorized to grant the relief requested pursuant to sections 105(a) and 1142 of the Bankruptcy Code and section 11.12 of the Plan.

4

13.     Section 105(a) of the Bankruptcy Code provides a bankruptcy court with broad powers in the administration of a case under title 11.  Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title" and further that "no provision of this title shall be construed to preclude the court from . . . taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules."  11 U.S.C. § 105(a).  *See, e.g., Law v. Siegel*, 571 U.S. 415, 420-21 (2014) (holding that section 105(a) gives a bankruptcy court "statutory authority to 'issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code'"); *Adelphia Bus. Solutions, Inc. v. Abnos*, 482 F.3d 602, 609 (2d Cir. 2007) (recognizing a bankruptcy court's broad discretion pursuant to section 105(a) of the Bankruptcy Code to do what is necessary to meet the circumstances of a case); *see also Gilman v. Continental Airlines*, 254 B.R. 93, 97 (Bankr. D. Del. 1998) (holding that section 105(a) gives a bankruptcy court discretion to issue any order, process or judgment that is "necessary or appropriate to carry out the purposes of the Bankruptcy Code, which was intended to provide protection to debtors."), *rev'd on other grounds*, 203 F.3d 203 (3rd Cir. 2000).

14.     The Court has broad authority, pursuant to sections 105(a) and 1142 of the Bankruptcy Code, over the property administered under the Plan and to issue orders necessary to implement the provisions of the Plan and the Bankruptcy Code.  *See* 11 U.S.C. § 1142(b) ("The court may direct the debtor and any other necessary party to execute or deliver or to join in the execution or delivery of any instrument required to effect a transfer of property dealt with by a confirmed plan, and to perform any other act . . . that is necessary for the consummation of the plan."); *see also Vill. Of Rosemont v. Jaffe*, 482 F.3d 926, 935 (7th Cir. 2007) ([Section 1142(b)] does not confer any substantive rights on a party apart from whatever the plan provides. . . . Instead,

WEIL:\98090992\5\73217.0004

it 'empowers the bankruptcy court to enforce the unperformed terms of a confirmed plan.'"); *see also Hosp. & Univ. Prop. Damage Claimants v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 7 F.3d 32, 34 (2d Cir. 1993) (finding that bankruptcy courts retain post-confirmation jurisdiction to the extent provided by the plan); *In re Oversight & Control Comm'n of Avanzit, S.A.*, 385 B.R. 525, 535 (Bankr. S.D.N.Y. 2008) ("The bankruptcy court retains jurisdiction under 11 U.S.C. § 1142(b) . . . and it has continuing responsibilities to satisfy itself that the [p]lan is being properly implemented.") (internal quotation marks and citations omitted).

15.     The Debtors request the relief in this Motion to carry out the provisions of the Confirmation Order and Plan.  The Court has already approved application of the relief requested for distributions to creditors made pursuant to an effective Plan and permitting the same treatment for the Uncashed Checks will facilitate payment of Administrative Expense Claims and advance the Debtors closer to a Plan Effective Date.  The Debtors' estates and other creditors should not be prejudiced by the Debtors' retention of uncashed Distributions under the Administrative Expense Claims Program or a requirement to expend disproportionate resources on one subset of the Debtors' remaining creditors.

16.     Affected record holders will not be prejudiced because they will have an opportunity to respond to this Motion to request a reissuance of their Uncashed Checks.  Parties need not file a formal objection to the Motion to prevent the forfeiture of their Uncashed Checks. Affected record holders whose claims appear on Appendix 1 may request reissuance of their individual Uncashed Check by sending an email to: searsaecpballotsettlement@m3-partners.com and must provide the following information: (i) name of record holder; (ii) original check number; (iii) address where the reissued check should be mailed; or (iv) provide wiring instructions for distribution of the Uncashed Check.

WEIL:\98090992\5\73217.0004

17.     The requested relief is necessary and appropriate, is in the best interests of their estates, and should be granted.

## Notice

18.     Notice of this Motion will be provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**").  The Debtors respectfully submit that no further notice is required.

19.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order and such other and further relief as is just.

Dated: July 30, 2021
       New York, New York

                                    /s/  Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007
                                    Ray C. Schrock, P.C.
                                    Jacqueline Marcus
                                    Garrett A. Fail
                                    Sunny Singh

                                    *Attorneys for Debtors
                                    and Debtors in Possession*

7

WEIL:\98090992\5\73217.0004

**Exhibit A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                 :

In re                                    :          **Chapter 11**

                                                 :

**SEARS HOLDINGS CORPORATION, *et al.*,**   :          **Case No. 18-23538 (RDD)**

                                                 :

               **Debtors.**[1]              :          **(Jointly Administered)**

                                                 :

------------------------------------------------------------x

### ORDER IN AID OF EXECUTION OF
### THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN
### OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

Upon the motion (ECF No. [___] (the "**Motion**")),[2] dated July 30, 2021, of Sears

Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively, the "**Debtors**"), for approval, pursuant to sections 105(a)

and 1142 of title 11 of the United States Code, for an order in aid of execution of the Plan, all as

more fully described in the Motion; and the Court having jurisdiction to consider the Motion and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, L.P., 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion having been provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the hearing to consider the relief requested in the Motion will be held on August 24, 2021 at 10:00 a.m. (Eastern Time) (the "**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The relief requested in the Motion is hereby granted to the extent set forth therein.

2.      August 20, 2021 is established as the deadline (the "**Uncashed Check Deadline**") for record holders of Uncashed Checks to request from the Debtors the reissuance of the Uncashed Checks.

3.      Any record holder with an Uncashed Check that does not request reissuance before the Uncashed Check Deadline shall forfeit and forever be barred from claiming such amounts in the Uncashed Check.

WEIL:\98090992\5\73217.0004

4.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.

Dated: _____, 2021
         White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

WEIL:\98090992\5\73217.0004

**<u>Appendix 1</u>**

| Check Date | Check Amount | Claimant Name | Address |
|---|---|---|---|
| 12/27/19 | 600.74 | AMO SALES & SERVICE INC | PATTERSON BELKNAP WEBB & TYLER ATTN BRIAN P GUINEY  1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| 8/5/20 | 2,729.54 | 7UP RC BOTTLING CO OF SO CALIF | P O BOX 201840 DALLAS TX 75320 |
| 8/5/20 | 5,455.30 | A TOP MANUFACTORY CO LIMITED | 5 RDXINTIANXINCUNLONGDONG INDCTR LONGDONG SHENHUI RD  LONGGANG DIST SHENZHEN GUANGDONG 518116 CHINA |
| 8/5/20 | 10.86 | ACADIA REALTY LIMITED PARTNERSHIP ROUTE 6 MALL | C/O BALLARD SPAHR LLP ATTN DUSTIN P BRANCH ESQ  2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 23,560.44 | ADP RPO LLC | 3401 TECHNOLOGY DRIVE FINDLAY OH 45840 |
| 8/5/20 | 5,250.00 | AETNA BEHAVIORAL HEALTH LLC | 151 FARMINGTON AVE MAIL CODE RSSA  HARTFORD CT 06156 |
| 8/5/20 | 987.39 | AJ MANUFACTURING CO INC | 449 W WRIGHTWOOD AVE ELMHURST IL 60126 |
| 8/5/20 | 1,656.00 | AJC II LLC | 22 W 48TH STREET SUITE 300 NEW YORK NY  10036 |
| 8/5/20 | 4,198.13 | ALLIANCE MATERIAL HANDLING CORP | 34000 W NINE MILE RD FARMINGTON MI 48335 |
| 8/5/20 | 14,448.19 | ALLIED NATIONAL SERVIES | 6066 SHINGLE CREEK PARKWAY SUITE 1105  MINNEAPOLIS MN 55430 |
| 8/5/20 | 3,448.00 | ALLIED PACKAGING CORP | PO BOX 8010 PHOENIX AZ 85066 |
| 8/5/20 | 28,502.88 | ALLIED UNIVERSAL SECURITY SERVICES | DAVID JUDE BURKLE CLIENT MANAGER 924 STEVENS CREEK ROAD SUITE E  AUGUSTA GA 30907 |
| 8/5/20 | 772.80 | ANTOINE TESTARD | 1304 MILANO DR NAPLES FL 34103 |
| 8/5/20 | 23,916.67 | APPLIED PREDICTIVE TECHNOLOGIES | 230 CALIFORNIA ST STE 601  SAN FRANCISCO CA 94111 |
| 8/5/20 | 29,103.65 | ARA INC | P O BOX 52584 PHOENIX AZ 85072 |
| 8/5/20 | 4,759.98 | ASPAC DISTRIBUTORS | 174 KOTLA DRIVE AGANA HEIGHTS GU 96910 |
| 8/5/20 | 4,029.70 | ASROTEX | FARIHA KNIT TEX LTD BAROIBOGH WEST MASDAIR ENAYET  NAGAR FATULLAH NARAYANGONJ DHAKA  1400 BANGLADESH |
| 8/5/20 | 7,629.23 | ATEB INC | P O BOX 4695 CAROL STREAM IL 60197 |
| 8/5/20 | 950.58 | AUTO CARE PRODUCTS INC | 6345 NANCY RIDGE DRIVE SAN DIEGO CA 92121 |
| 8/5/20 | 260.75 | BARNATO DESIGNS | PO BOX 2605 SAN ANSELMO CA 94979 |
| 8/5/20 | 5,797.80 | BEAUX MERZON INC | 1050 VALLEY BROOK AVE LYNDHURST NJ 07071 |
| 8/5/20 | 5,529.60 | BIOTAB NUTRACEUTICALS | 605 E HUNTINGTON DR MONROVIA CA 91016 |
| 8/5/20 | 2,412.00 | BITTERROOT LAWN AND LANDSCAPE INC | 672 OLD CORVALLIS ROAD CORVALLIS MT 59828 |
| 8/5/20 | 7,153.76 | BLACK DECKER MACAO COMMERCIAL OFFSHORE LTD | BLACK DECKER US INC ATTN ROBIN WEYAND  701 E JOPPA ROAD TOWSON MD 21286 |
| 8/5/20 | 5,997.26 | BMG MODEL | 456 NORTH MAY STREET CHICAGO IL 60642 |
| 8/5/20 | 700.99 | BRAD MCCARTHY | 40 SARA LANE ALAMO CA 94507 |
| 8/5/20 | 38.82 | BRENNAN JEWELRY | 7627 ALLEN ROAD ALLEN PARK MI 48101 |
| 8/5/20 | 6,811.27 | BRIEFLY STATED INC | A GBG USA INC COMPANY P O BOX 7777 W 8720  PHILADELPHIA PA 19175 |
| 8/5/20 | 643.91 | BRIGHT STAR MANUFACTURING CO | 2900 S 20TH ST PHILADELPHIA PA 19145 |
| 8/5/20 | 2,179.20 | BTO AMERICA LIMITED | 10612 SHOEMAKER AVE STE B SANTA FE SPRINGS CA 90670 |
| 8/5/20 | 3,297.31 | C M LANDSCAPE DESIGN INC | 2245 S SAN ANTONIO AVE ONTARIO CA 91762 |
| 8/5/20 | 4,910.98 | C R GIBSON CO | P O BOX 402986 ATLANTA GA 30384 |
| 8/5/20 | 25,798.01 | CALERES INC | P O BOX 14581 ST LOUIS MO 63101 |
| 8/5/20 | 7,178.59 | CHANG JUNHONG KONGINDUSTRIAL LTD | NO265 FUMIN INDUSTRY XIABIAN COMMUNITY HOUJIE TOWN  DONGGUAN GUANGDONG   CHINA |
| 8/5/20 | 15,241.06 | CHANNELADVISOR CORPORATION | LOCKBOX W-502057 PO BOX 358031  PHILADELPHIA PA 5251-5031 |
| 8/5/20 | 3,100.82 | CHENFENGWU | 24002 E JAMISON DR AURORA CO 80016 |
| 8/5/20 | 191.71 | CHERYL WARD DESIGN | 15900 LOS GATOS ALMADEN ROAD LOS GATOS CA 95032 |
| 8/5/20 | 1,971.86 | CHRIS TAGLIAFERRO | DBA POMPEII3 INC 514 N MILWAUKEE AVE  LIBERTYVILLE IL 60048 |
| 8/5/20 | 150.95 | CINTAS - TUCSON | 2201 N FORBES BLVD TUCSON AZ 85745 |
| 8/5/20 | 71.40 | CITY OF ALEXANDRIA CODE ENFORCEMENT | ALEXANDRIA CITY TREASURER 301 KING ST STE 4200  ALEXANDRIA VA 22314 |
| 8/5/20 | 14,359.54 | COCA-COLA BEVERAGES FLORIDA LLC | ATTN CREDIT RISK MANAGEMENT 605 LAKE KATHY DRIVE  BRANDON FL 33510 |
| 8/5/20 | 11,166.82 | COCA-COLA BOTTLING CO N ENGLAND | ATTN CREDIT RISK MANAGEMENT 605 LAKE KATHY DRIVE  BRANDON FL 33510 |
| 8/5/20 | 3,947.20 | COCA-COLA SOUTHWEST BEVERAGES LLC | ATTEN CREDIT RISK MANAGEMENT 605 LAKE KATHY DRIVE  BRANDON FL 33510 |
| 8/5/20 | 24,797.16 | COMERCIALIZADORA DE CALZADO | JOSE MARIA MORELOS 4732-A  JULIAN DE OBREGON  LEON GUANAJUATO  37290 MEXICO |
| 8/5/20 | 7,658.13 | COMMAND LINE SYSTEMS | 4105 HICKORY HILL ROAD SUITE 101 MEMPHIS TN 38115 |
| 8/5/20 | 1,060.00 | COMMERCIAL SWEEPING SERVICES | P O BOX 343 BRUNSWICK TN 38014 |
| 8/5/20 | 8,772.66 | CR BRANDS INC | CRB ACQUISITION COMPANY P O BOX 63-5433 CINCINNATI OH 45263 |
| 8/5/20 | 17,733.59 | CREATIONS JEWELLERY MFG PVT LTD | NO 2526 GEM JEWELLERY COMPLEX III SEEPZ ANDHERI EAST  MUMBAI  INDIA |
| 8/5/20 | 5,436.34 | DACOR | DISTINCTIVE APPLIANCE CORP DEPT 8579  LOS ANGELES CA 90084-8579 |
| 8/5/20 | 659.66 | DEBBI PETERSON ARCHITECT | 10 H STREET SAN RAFAEL CA 94901 |
| 8/5/20 | 522.27 | DESERT SKY MALL LLC | BALLARD SPAHR LLP ATTN DUSTIN P BRANCH ESQ  2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 21,137.56 | DEWAN SONS | MR SURENDER GANDHI LAKRI FAZALPUR DELHI ROAD  MINI BYPASS MORADABAD UTTAR PRADESH 244001 INDIA |
| 8/5/20 | 0.35 | DGI LS LLC | BARCLAY DAMON LLP - KEVIN NEWMAN BARCLAY DAMON TOWER  125 E JEFFERSON ST SYRACUSE NY 13202 |
| 8/5/20 | 2,504.26 | DIALOGTECH INC | 300 WEST ADAMS STE 900  CHICAGO IL 60606 |
| 8/5/20 | 10,478.13 | DICK KREIMBORG LLC | JAMES R KREIMBORG PO BOX 622  CHANTILLY VA 20151 |
| 8/5/20 | 9,800.00 | DIVISION 1 GROUND MAINTENANCE | 38560 OTTEN ROAD NORTH RIDGEVILLE OH 44039 |
| 8/5/20 | 764.35 | DURHAM CARRIE | 325 ROWLAND BLVD APT 6 NOVATO CA 94947-4630 |
| 8/5/20 | 1,922.96 | E DIAMOND INC | 510 W 6TH ST SUITE 320  LOS ANGELES CA 90014 |
| 8/5/20 | 47,592.29 | ELDON W GOTTSCHALK & ASSOICATES LLC | 5942 EDINGER STE 113 PMB 1314 HUNTINGTON BEACH CA 92649 |
| 8/5/20 | 112.00 | ELITE INSTALLATIONS | 7338 LAUREL CANYON BLVD NORTH HOLLYWOOD CA 91605 |
| 8/5/20 | 2,665.86 | EMSCO GROUP | P O BOX 151 GIRARD PA 16417 |
| 8/5/20 | 3,334.24 | EULER HERMES N A INSURANCE CO | 800 RED BROOK BLVD OWINGS MILLS MD 21117 |
| 8/5/20 | 3,089.17 | F C L GRAPHICS INC | P O BOX 7170 BOX 082 LIBERTYVILLE IL 60048 |
| 8/5/20 | 7,025.76 | FAMOSA NORTH AMERICA INC | 3000 ATRIUM WAY SUITE 101 MT LAUREL NJ 08054 |
| 8/5/20 | 65,500.71 | FEROZA GARMENTS LTD | 3 SUJAT NAGAR SULTAN MANSION 2ND FLOOR MIRPUR  DHAKA   BANGLADESH |
| 8/5/20 | 8,528.97 | FINGERPRINT COMMUNICATION LLC | 107 N SWALL DR APT 105 LOS ANGELES CA 90048-3040 |
| 8/5/20 | 710.21 | FOX DESIGNS | 2826 BOCA BANYON BLVD CIRCLE BOCA RATON FL 33431 |
| 8/5/20 | 132.00 | FRESNO FIRE DEPARTMENT | 450 M ST FRESNO CA 93721 |
| 8/5/20 | 671.37 | GAMBLE DESIGN INC | 529 KIRKHAM ST SAN FRANCISCO CA 94122 |
| 8/5/20 | 416.73 | GIV GREEN TREE MALL INVESTOR LLC | BALLARD SPAHR LLP DUSTIN P BRANCH ESQ  2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 2,820.00 | GRAPHIC TEAM INC | PO BOX 3028 GUAYNABO PR 00970 |
| 8/5/20 | 1,327.52 | GREENDALE HOME FASHIONS LLC | 315 EAST 15TH ST COVINGTON KY 41011 |
| 8/5/20 | 81,536.83 | GSK CONSUMER HEALTHCARE SERVICES | CORRIE ZETTLE 5 MOORE DRIVE  RTP NC 27709 |
| 8/5/20 | 3,219.84 | HANGZHOU IN CHOICE IMP & EXP CO LTD | AMY YE RM1501 BLDG A CHANGDI HUOJU  MANSION 259 WEN SAN RD HANGZHOU ZHEJIANG  310012 CHINA |
| 8/5/20 | 3,864.00 | HAPPIEST MINDS TECHNOLOGIES PVT LTD | ELECTRONIC CITY HOSUR ROAD BLOCK II VELANKANI TECH PARK43  BANGALORE   INDIA |
| 8/5/20 | 7,416.76 | HARTZ MOUNTAIN CORP | P O BOX 18429 NEWARK NJ 07191 |
| 8/5/20 | 9,016.99 | HENKEL CONSUMER ADHESIVES | P O BOX 752112 CHARLOTTE NC 28275 |
| 8/5/20 | 5,957.66 | HOLLANDER SLEEP PRODUCTS LLC | 6501 CONGRESS AVE STE 300 BOCA RATON FL 33487 |
| 8/5/20 | 2,009.91 | HOMEGOODS MANIA LLC | 5233 ALCOA AVE VERNON CA 90058 |
| 8/5/20 | 3,439.00 | HUNTER FAN COMPANY | ATTN PAM MCLAIN 7130 GOODLETT FARMS PARKWAY  MEMPHIS TN 38106 |
| 8/5/20 | 13,820.39 | ICEE USA | DEPT L A 21078 PASADENA CA 91185 |
| 8/5/20 | 134.99 | I-CHING UENG | 650 TOWNSEND STREET SUITE 90  SAN FRANCISCO CA 94103 |
| 8/5/20 | 8,085.40 | INSIDESALES COM INC | DEPT 408 PO BOX 30015 SALT LAKE CITY UT 84130 |
| 8/5/20 | 195.60 | J&B CAPITAL OF IL | JONATHAN ERLICH 3110 W BELMONT AVE  3E CHICAGO IL 60618 |
| 8/5/20 | 11,462.03 | JACLYN SMITH INTL INC ACCRUAL ONLY | JS HOME G H PRODUCTIONS INC 9911 W PICO BLVD STE PH-A  LOS ANGELES CA 90035 |
| 8/5/20 | 761.99 | JEREMY STRONG | 6770 MAUNA LOA BLVD CABINETS EXTRAORDAIRE  SARASOTA FL 34241 |
| 8/5/20 | 552.39 | JF UNIVERSITY MALL S LLC BM UNIVERSITY MALL MFB UNIVERSITY MALL | C/O RD MANAGEMENT LLC ATTN RICHARD G BERGER ESQ  810 SEVENTH AVENUE 10TH FLR NEW YORK NY 10019 |
| 8/5/20 | 400.00 | JMD LANDSCAPING LLC | 4757 E 22ND STREET TUCSON AZ 85711 |
| 8/5/20 | 115.52 | JONATHAN SALMON | 541 WEST CHAPMAN AVE ORANGE CA 92868 |
| 8/5/20 | 1,273.19 | JOSEPH SACCO | 11028 PEGASUS DR LAS VEGAS NV 89135-7822 |
| 8/5/20 | 3,773.71 | KEN BURGHARDT | 680 8TH ST SAN FRANCISCO CA 94103 |
| 8/5/20 | 857.36 | KOLPIN OUTDOORS INC | 205 N DEPOT STREET FOX LAKE WI 53933 |
| 8/5/20 | 3,371.14 | KOMELON USA CORP | LAURA MASLOWSKI 301 COMMERCE PLACE SUITE H  WAUKESHA WI 53186 |
| 8/5/20 | 15,801.26 | KR COLLEGETOWN LLC BRIXMOR PROPERTY GROUP INC COLLEGETOW | C/O DAVID L POLLACK ESQ BALLARD SPAHR LLP  1735 MARKET STREET 51ST FLOOR PHILADELPHIA PA 19103 |
| 8/5/20 | 3,589.92 | KRAMER LABORATORIES INC | 400 UNIVERSITY DRIVE STE 400 CORAL GABLES FL 33134 |
| 8/5/20 | 605.66 | KRISTEN RAYBON | 3650 TORREY PINES WAY SARASOTA FL 34238 |
| 8/5/20 | 9,746.40 | LEISURE PRODUCTS INC | 1044 FORDTOWN RD KINGSPORT TN 37663 |
| 8/5/20 | 2,534.22 | LEWIS HYMAN INC | 100 CENTURYLINK DR MONROE LA 71203 |
| 8/5/20 | 9,850.61 | LIAOZHENLAN | 1440 N DAILEY DR PUEBLO CO 81007 |
| 8/5/20 | 4,795.55 | LIVECLICKER INC | GENERAL COUNSEL 560 S WINCHESTER BLVD  SUITE 500 SAN JOSE CA 95128 |
| 8/5/20 | 5,739.78 | LIYUN DING | 3127 BALDWIN PARK BLVD BALDWIN PARK CA 91706 |
| 8/5/20 | 1,056.04 | LOGIC BUILD INC | 17300 MONTEREY ROAD STE 200  MORGAN HILL CA 95037 |
| 8/5/20 | 2,000.62 | LOW PRICE MAINTENANCE | DENNIS  ALPHONSE SUGAR ESTATE 7TH ST 1712  ST THOMAS VI 00802 |
| 8/5/20 | 3,558.28 | LUXE GROUP INC THE | 304 HUDSON ST 5TH FL NEW YORK NY 10013 |
| 8/5/20 | 1,674.35 | MANPOWER | PO BOX 60767 LOS ANGELES CA 90060-0767 |
| 8/5/20 | 10,967.18 | MARC ANTHONY COSMETICS LTD | 190 PIPPIN ROAD CONCORD ON L4K 4P4 CANADA |
| 8/5/20 | 2,400.06 | MARIVI INC | 430 GRAND BAY DRIVE APT 1102 KEY BISCAYNE FL 33149 |
| 8/5/20 | 9,996.89 | MAYFAIR ACCESSORIES INTL LTD | 21F-B CFC NO300 EAST ZHONGSHAN RD  JIANGSU NANJING 210002 CHINA |
| 8/5/20 | 370.00 | MENA CYNTHIA | 11862 TREVALLY LOOP APARTMENT 311  TRINITY FL 34655 |
| 8/5/20 | 75,376.59 | MICROSTRATEGY INC | 1861 INTERNATIONAL DRI MCLEAN VA 22102 |
| 8/5/20 | 4,931.36 | MIDWEST CAN COMPANY | 10800 W BELMONT AVE 200 FRANKLIN PA 16323 |
| 8/5/20 | 3,338.77 | MIKEN SALES INC | 539 SOUTH MISSION ROAD LOS ANGELES CA 90033 |
| 8/5/20 | 3,194.32 | MILL CREEK ENTERTAINMENT LLC | 2445 NEVADA AVE N MINNEAPOLIS MN 55427 |
| 8/5/20 | 1,760.00 | MIRELES LANDSCAPING | 3366 WITTMAN WAY SAN YSIDRO CA 92173 |
| 8/5/20 | 44,275.98 | MJC INTERNATIONAL GROUP LLC | 350 5TH AVENUE NEW YORK NY 10018 |

| Check Date | Check Amount | Claimant Name | Address |
|---|---|---|---|
| 8/5/20 | 9,497.06 | MOGI BRANDING LLC | 2158 CUMBERLAND PARKWAY SE ATLANTA GA 30339 |
| 8/5/20 | 125.98 | MOVEABLE CONTAINER STORAGE INC | BOX 531659 COLLEGE PARK GA 30349 |
| 8/5/20 | 1,152.00 | MR SOLUTIONS INC | 161 N GIBSON RD HENDERSON NV 89014 |
| 8/5/20 | 2,143.01 | MS PORTFOLIO LLC STORE 1247 LUBBOCK TX | DUSTIN P BRANCH ESQ BALLARD SPAHR LLP 2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 850.17 | MUBARAK REYNOLDSON | 13240 NORTH TAMIAMI TRAIL SUITE 208 NAPLES FL 34110 |
| 8/5/20 | 6,893.48 | MULTIPET INTERNATIONAL INC | 265 W COMMERCIAL AVENUE MOONACHIE NJ 07074 |
| 8/5/20 | 187.20 | MVS ENTERPRISE USA | HC-71 BOX 3390 NARANJITO PR 00719 |
| 8/5/20 | 12,160.00 | MYERS MEDIA GROUP LLC | 10525 VISTA SORRENTO PARKWAY SUITE 220 SAN DIEGO CA 92121 |
| 8/5/20 | 2,537.00 | NATICO ORIGINALS INC | 1470 OLD COUNTRY ROAD PLAINVIEW NY 11803 |
| 8/5/20 | 771.77 | NHEARIERS BUSTAMANTE | 3525 GRANTWOOD WAY CARMICHAEL CA 95608 |
| 8/5/20 | 28.64 | NORCAL KENWORTH | 1755 ADAMS AVENUE SAN LEANDRO CA 94577 |
| 8/5/20 | 639.11 | NORMAN E MCLASH | 4826 NORTH 35TH PLACE PHOENIX AZ 85018 |
| 8/5/20 | 8,429.95 | NOVA WILDCAT BULLDOG LLC | 4051 S IOWA AVENUE ST FRANCIS WI 53235 |
| 8/5/20 | 52.60 | OHIO DEPARTMENT OF COMMERCE | TREASURER STATE OHIO FIRE MRSHL 6606 TUSSING RD REYNOLDSBURG OH 43068 |
| 8/5/20 | 6,215.08 | OLD WORLD INDUSTRIES LLC | P O BOX 934618 ATLANTA GA 31193 |
| 8/5/20 | 8,466.50 | OLYMPIA TOOLS INTERNATIONAL INC | 18051 ARENTH AVE CITY OF INDUSTRY CA 91748 |
| 8/5/20 | 12,025.75 | OPSTECHNOLOGY INC | P O BOX 671569 DALLAS TX 75267 |
| 8/5/20 | 10,895.18 | OUR ALCHEMY LLC | 5900 WILSHIRE BLVD LOS ANGELES CA 90036 |
| 8/5/20 | 376.31 | PARKE-DAVIS ASSOCIATES INC | 3310 PONCE DE LEON AVENUE JOSIE EILAND PARK MIAMI FL 33134 |
| 8/5/20 | 252.67 | PARLOR 430 | 432 EAST SAHARA AVENUE LAS VEGAS NV 89104 |
| 8/5/20 | 1,403.07 | PEPSI COLA BTLG CO OF SALISBURY | ATTN RITA BARBOUR 1900 PEPSI WAY GARNER NC 27529 |
| 8/5/20 | 12,251.11 | PETERSON TECHNOLOGY PARTNERS | 1600 GOLF ROAD STE 1206 ROLLING MEADOWS IL 60008 |
| 8/5/20 | 3,486.34 | PIERCE COUNTY FINANCE | ATTN ALLEN RICHARDSON 950 FAWCETT AVE STE 100 TACOMA WA 98402-5603 |
| 8/5/20 | 7,868.85 | PINEFIELDS LIMITED | TONY ZHAO SANHE IND ZONE HUIYANG DISTRICT HUIZHOU CITY HUIZHOU GUANGDONG 516213 CHINA |
| 8/5/20 | 1,927.44 | PLUTO LIMITED | 8269 S GAYLORD CIR CENTENNIAL CO 80122 |
| 8/5/20 | 131.31 | POGGEN POHL US INC | 350 PASSAIC AVENUE FAIRFIELD NJ 07004 |
| 8/5/20 | 3,970.13 | PRISCILLA CROTHER | 32141 ALIPAZ STREET H SAN JUAN CAPISTRANO CA 92675 |
| 8/5/20 | 1,400.00 | PRODIGY LAND MANAGEMENT LLC | 9508 SIX MILD CREED RD TAMPA FL 33610 |
| 8/5/20 | 7,820.80 | PROTECT A BED LLC | 355 LANCASTER AVE BUILDING E1 HAVERFORD PA 19041 |
| 8/5/20 | 5,213.95 | PURACAP PHARMACEUTICAL LLC | 1001 DURHAM AVE STE 200 SOUTH PLAINFIELD NJ 07080 |
| 8/5/20 | 102.00 | PURE WATER SYSTEMS INC | 35 SALT ISLAND ROAD GLOUCESTER MA 01930 |
| 8/5/20 | 17,887.04 | QUALITY HOUSE INT | DUNE CASTLE FLAT A-1 ROAD 5 HOUSE 17C NORTH KHULSHI CHITTAGONG BANGLADESH |
| 8/5/20 | 5,760.00 | QUANZHOU BAOFENG SHOES CO LTD | STRONG SHI HUOJU INDUSTIRIAL ZONE QUANZHOU CHINA |
| 8/5/20 | 34,422.74 | R2P GROUP INC | 5880 W LAS POSITAS BLVD STE 31 PLEASANTON CA 94588 |
| 8/5/20 | 18,872.91 | RAGHU EXPORTS INDIA PVT LTD | 12 LEATHER COMPLEX KAPURTHALA ROAD JALANDHAR PUNJAB 144021 INDIA |
| 8/5/20 | 6,543.60 | REGENCY INTL MARKETING CORP | BILL QIU 10F 310 SEC 4 ZHONG XIAO E RD TAIPEITAIWAN TAIWAN ROC 10694 TAIWAN CHINA |
| 8/5/20 | 9,703.68 | RENPURE LLC | 5314 SHORELINE DR MOUND MN 55364 |
| 8/5/20 | 1,581.20 | REPUBLIC NATIONAL DISTRIBUTING CO | 441 SW 12TH AVENUE DEERFIELD BEACH FL 33442 |
| 8/5/20 | 8,480.00 | RM ACQUISITION LLC | 9855 WOODS DRIVE SKOKIE IL 60077 |
| 8/5/20 | 1,228.00 | RONALD AUSTIN JR-DONE RIGHT PR | 2011 MAPLEGATE COURT FAIRFIELD CT 94534 |
| 8/5/20 | 641.95 | ROOFCONNECT | PO BOX 908 SHERIDAN AR 72150 |
| 8/5/20 | 862.40 | SB COMMERCE INC | DBA TOUGHKICKS PO BOX 221 PANACEA FL 32346 |
| 8/5/20 | 1,864.16 | SEEDS OF CHANGE INC | 2555 DOMINGUEZ HILLS DR RANCHO DOMINGUEZ CA 90220 |
| 8/5/20 | 4,565.35 | SELECT STAFFING | PO BOX 512637 LOS ANGELES CA 90051-0637 |
| 8/5/20 | 3,117.60 | SHARK CORPORATION | TERRY HANADA 24424 S MAIN STREET 603 CARSON CA 90745 |
| 8/5/20 | 802.59 | SHELTON LINA | 6365 SE CIRCLE ST HOBE SOUND FL 33455 |
| 8/5/20 | 1,610.40 | SHORELINE LANDSCAPING AND DESIGN | 17540 FREMONT AVE NORTH SHORELINE WA 98133 |
| 8/5/20 | 734.40 | SMART TEMPS LLC | P O BOX 851399 MINNEAPOLIS MN 55485 |
| 8/5/20 | 2,556.00 | SMARTER TOOLS INC | 12195 HARLEY CLUB DR ASHLAND VA 23005 |
| 8/5/20 | 3,664.80 | SOLIMAR SYSTEMS INC | 1515 2ND AVE SAN DIEGO CA 92101 |
| 8/5/20 | 1,827.48 | SONY PICTURES HOME ENTERTAINMENT | 10202 W WASHINGTON BLV SPP 851 CULVER CITY CA 90232 |
| 8/5/20 | 4,400.00 | SOUTHWEST TOWN MECHANICAL SERVICES | 10450 W 163RD PLACE ORLAND PARK IL 60467 |
| 8/5/20 | 160.57 | STATE OF OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE SALEM OR 97301-2555 |
| 8/5/20 | 7,775.56 | STERNO PRODUCTS LLC | 1880 COMPTON AVE SUITE 101 CORONA CA 92881 |
| 8/5/20 | 27,087.53 | SUMIT TEXTILE INDUSTRIES | 80TH MILESTONE G T ROAD JHATTIPUR PANIPAT HARYANA INDIA |
| 8/5/20 | 924.67 | SUNNYWOOD INC | 2503 SPRING RIDGE DRIVE UNIT H SPRING GROVE IL 60081 |
| 8/5/20 | 7,844.00 | SUNSHINE LANDSCAPING MAINTENANCE | 7330 POINCIANA CT OMAHA NE 68112 |
| 8/5/20 | 99.41 | SUSANA FERNANDES | 35 BROOKDALE STREET BANNING CA 92220 |
| 8/5/20 | 10,425.36 | TEXAS PLUMBING DIAGNOSTICS LLC | 1150 N LOOP 1604 W SUITE 108-630 SAN ANTONIO TX 78248 |
| 8/5/20 | 8,624.88 | THE NATURES BOUNTY CO USA | EDWARD JOSEPH FARRELY JR 2100 SMITHTOWN AVENUE RONKONKOMA NY 11779 |
| 8/5/20 | 1,001.45 | THOMAS YANCEY | PO BOX 312 GIRARD OH 44420 |
| 8/5/20 | 5,440.00 | THRIVE MEDIA | 4847 HAMILTON BOULEVARD ALLENTOWN APA 18106 |
| 8/5/20 | 13,319.01 | TIME FACTORY INC SBT | 6355 MORENCI TRAIL INDIANAPOLIS IN 46268 |
| 8/5/20 | 118.94 | TIMOTHY RADUENZ | 3841 24TH ST UNIT A SAN FRANCISCO CA 94114 |
| 8/5/20 | 2,619.24 | TITAN IMPORTS | PO BOX 11263 TAMUNING GU 96931 |
| 8/5/20 | 57.58 | TOMRA PROCESSING CENTER | P O BOX 8500-7200 PHILADELPHIA PA 19178 |
| 8/5/20 | 40,255.91 | TOY2U MANUFACTORY COMPANY LIMITED | STE 511 5/F CHINACHEM GOLDEN PLZ 77 MODY ROAD TSIM SHA TSUI EAST KOWLOON HONG KONG |
| 8/5/20 | 114.88 | TRATT ASSOCIATES INC | ATTN TRATT MARTIN 2385 NW EXECUTIVE CENTER DRIVE BOCA RATON FL 33431 |
| 8/5/20 | 459.30 | TRIANGLE HOME FASHIONS LLC | 9A NICHOLAS COURT DAYTON NJ 08810 |
| 8/5/20 | 2,469.60 | TRUSTE | 835 MARKET ST STE 800 BOX 137 SAN FRANCISCO CA 94103 |
| 8/5/20 | 41.60 | U S HEALTHWORKS MEDICAL GROUP INC | P O BOX 50042 LOS ANGELES CA 90074 |
| 8/5/20 | 1,835.62 | USCOCO GROUP INC | 14821 NORTHAM STREET LA MIRADA CA9 LA MIRADA CA 90638 |
| 8/5/20 | 831.49 | VALLEY MALL LLC | BALLARD SPAHR LLP DUSTIN P BRANCH ESQ 2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 2,865.41 | VERBATIM AMERICAS LLC | 1200 WEST WT HARRIS BLVD CHARLOTTE NC 28262 |
| 8/5/20 | 6,000.00 | VERSAIC INC | 161 W 25TH AVENUE SUITE 200 SAN MATEO CA 94403 |
| 8/5/20 | 6,576.99 | VPNA LLC | P O BOX 75128 CHICAGO IL 60675 |
| 8/5/20 | 682.21 | VRY AARON | 7701 W ROBINDALE RD 139 LAS VEGAS NV 89113 |
| 8/5/20 | 1,811.54 | WALDINGER CORPORATION | PO BOX 34774 NORTH KANSAS CITY MO 64116 |
| 8/5/20 | 8.39 | WATER BOY INC | 4454 19TH STREET CT E BRADENTON FL 34203-3775 |
| 8/5/20 | 673.36 | WESTERN PACIFIC ROOFING CORP | MR NAZRUL ISLAM MAZUMDER KUNIA KB BAZAR JOYDABPUR GAZIPUR 1704 BANGLADESH |
| 8/5/20 | 4,797.01 | WILDE TOOL CO INC | P O BOX 10 FALLS CITY NE 68355 |
| 8/5/20 | 3,689.74 | WM INLAND INVESTORS IV LP | BALLARD SPAHR LLP DUSTIN P BRANCH ESQ 2029 CENTURY PARK EAST STE 800 LOS ANGELES CA 90067-2909 |
| 8/5/20 | 10,842.64 | WORLDWISE INC | 160 MITCHELL BLVD SAN RAFAEL CA 94903 |
| 8/5/20 | 12,140.76 | XIAMEN WINTEX IMP EXP CO LTD | 16BNEW PORT PLAZANO10 NORTH HUBIN RD XIAMEN FUJIAN 361012 CHINA |
| 8/5/20 | 12,801.99 | YAT FUNG MACAO COMM OFFSHORE LTD | UNIT K 10/F CHINA PLAZA 762-80 AVENIDA DA PRAIA GRAND MACAU CHINA |
| 8/5/20 | 3,337.20 | YOGA DIRECT LLC | 11 SOUTH 12TH STREET STE 400 RICHMOND VA 23219 |
| 8/5/20 | 37,453.50 | YONGKANG DACHENG IND TRADE CO LTD | CO LTD NO71 CHANGLONG SOUTH ROAD NANSI CHANGLONG AREALONGSHAN YONGKANG ZHEJIANG 321300 CHINA |
| 8/5/20 | 4,800.00 | YORK CLAIMS SERVICE INC | ONE UPPER POND ROAD BUILDING F 4TH FLOOR PARSIPPANY NJ 07054 |
| 8/5/20 | 4,855.20 | YUJIN ROBOT CO LTD | 16410 MANNING WAY CERRITOS CA 90703 |
| 8/5/20 | 49,634.25 | ZURU LLC | ROOM 1202 12TH FLOOR ENERGY PLAZA 92 GRANVILLE ROAD TST EAST KOWLOON HONG KONG |
| 8/7/20 | 3,337.33 | ASIAN GLOBAL OUTLET INC | 8340 VAN NUYS BLVD PANORAMA CITY CA 91402 |
| 8/7/20 | 332.72 | NATHALIE GUILLERAULT | 42 TERRA LINDA DR SAN RAFAEL CA 94903 |
| 12/18/20 | 7,299.60 | SPECTRUM BRANDS INC | FINANCIAL SHARED SERVICES 3001 DEMING WAY PO BOX 620992 MIDDLETON WI 53562-0992 |
| 12/18/20 | 87,334.85 | BOUNCE EXCHANGE INC | 79 MADISON AVE NEW YORK NY 10016 |
| 12/18/20 | 7,568.95 | BABY TREND INC | BRADLEY MATTAROCCI 1607 S CAMPUS AVE ONTARIO CA 91761 |
| 3/2/21 | 23,291.72 | AMTRANET GROUP | GARMENTS EXPORT VILLAGE LTD KBM ROAD TONGI INDUSTRIAL AREA TONGI GAZIPUR-1710 GAZIPUR BD 1710 BANGLADESH |
| 3/2/21 | 11,573.30 | VERTEX COMPANIES INC | DANA MURPHY ESQ 400 LIBBEY PARKWAY WEYMOUTH MA 02189 |
| 3/2/21 | 8,597.09 | VTI INC | 11F-10 NO 27 SEC 3 ZHONGSHAN NORTH ROAD TAIPEI 10461 TAIWAN |
| 3/2/21 | 5,541.12 | WESTERN DRESSES LTD | KUNIA KB BAZAR JOYDABPUR GAZIPUR 1704 BANGLADESH |