WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                    :    Chapter 11
                                                         :
**SEARS HOLDINGS CORPORATION,** *et al.*,               :    Case No. 18-23538 (RDD)
                                                         :
Debtors.[1]                                              :    (Jointly Administered)
                                                         :
---------------------------------------------------------------x

**STATEMENT OF THE DEBTORS CERTIFYING
COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO
EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE
OF BUSINESS APRIL 1, 2021 TO JUNE 30, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from April 1, 2021 through June 30, 2021:

### Tier 1 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | Q2 2021 |
| --- | --- | --- | --- | --- |
| | **April-21** | **May-21** | **June-21** | |
| Jackson Lewis P.C. | $1,130.50 | - | - | $1,130.50 |
| McConnell Valdes LLC | - | $14,170.00 | - | $14,170.00 |
| Novack and Macey LLP | - | $61,676.50 | - | $61,676.50 |
| Pettit Kohn Ingrassia & Lutz PC | $2,169.54 | - | - | $2,169.54 |
| **Total** | **$3,300.04** | **$75,846.50** | **-** | **$79,146.54** |

### Tier 2 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | Q2 2021 |
| --- | --- | --- | --- | --- |
| | **April-21** | **May-21** | **June-21** | |
| Akerman LLP | - | $11,887.50 | - | $11,887.50 |
| Economics Law Practice, Advocates & Solicitors | - | $29,081.44 | - | $29,081.44 |
| Horwood Marcus & Berk | $1,412.50 | - | $712.50 | $2,125.00 |
| J.Greenberger, PLLC | - | $1,045.42 | - | $1,045.42 |
| Neal Gerber & Eisenberg LLP | - | $43,906.68 | - | $43,906.68 |
| Pond North LLP | $344.00 | - | - | $344.00 |
| Swanson, Martin & Bell, LLP | - | $16,212.65 | - | $16,212.65 |
| Ver Ploeg & Marino, P.A. | - | $21,214.49 | - | $21,214.49 |
| **Total** | **$1,756.50** | **$123,348.18** | **$712.50** | **$125,817.18** |

**Tier 3 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | |
|---|---|---|---|---|
| | April-21 | May-21 | June-21 | Q2 2021 |
| Polsinelli, P.C. | - | $15,217.50 | - | $15,217.50 |
| Seyfarth Shaw LLP | $4,299.20 | $9,757.20 | - | $14,056.40 |
| **Total** | **$4,299.20** | **$24,974.70** | **-** | **$29,273.90** |

Dated:  July 30, 2021
      New York, New York

  /s/  *Sunny Singh*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*