ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Lance A. Schildkraut
Email:   akadish@archerlaw.com
             lschildkraut@archerlaw.com

*Attorneys for RetailNext, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF
### MOTION OF RETAILNEXT, INC.
### TO ALLOW AND COMPEL PAYMENT
### OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that a Settlement Agreement dated May 19, 2021 has been executed by and between Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (the "Debtors"), and RetailNext, Inc. ("RetailNext"), resolving, among other things, (i) Adversary Proceeding No. 20-06756 (RDD), commenced by the filing of a complaint by the Debtors against RetailNext seeking to avoid and recover transfers pursuant to 11 U.S.C. §§ 547, 548 and 550 and to disallow claims pursuant to 11 U.S.C. § 502, and (ii) the *Motion of RetailNext, Inc. to Allow and Compel Payment of Administrative Expense Claim for Post-Petition Services Provided to the Debtors* (the "Motion to Compel"), filed on January 7, 2020 (ECF 6318).

THEREFORE, RetailNext hereby withdraws the Motion to Compel.

| | |
|---|---|
| Dated: New York, New York<br>August 3, 2021 | ARCHER & GREINER, P.C.<br><br>By:   s/ Allen G. Kadish<br>      Allen G. Kadish<br>      Lance A. Schildkraut<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com<br>       lschildkraut@archerlaw.com<br><br>*Attorneys for RetailNext, Inc.* |