AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**THIRTY-THIRD MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | June 1, 2021 through June 30, 2021 |
| Monthly Fees Incurred: | **$219,343.00** |
| 20% Holdback: | **$43,868.60** |
| Total Compensation Less 20% Holdback: | **$175,474.40** |
| Monthly Expenses Incurred: | **$118,286.63** |
| Total Fees and Expenses Requested: | **$293,761.03** |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Third Monthly Fee Statement") covering the period from June 1, 2021 through and including June 30, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Thirty-Third Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($337,629.63) reflects voluntary reductions for the Compensation Period of $30,438.50 in fees and $1,599.11 in expenses.

2

compensation in the amount of $175,474.40 (80% of $219,343.00) for fees on account of

reasonable and necessary professional services rendered to the Creditors' Committee by Akin

Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of

$118,286.63[3] incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions,

departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump

professional and paraprofessional who provided services to the Creditors' Committee during the

Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors'

Committee are the same rates that Akin Gump charges generally for professional services

rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code

spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors'

Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump

professionals and paraprofessionals who provided services to the Creditors' Committee during

the Compensation Period.

---

[3] This amount includes: (i) $106,546.75 of expenses relating to the payment of professional fees and expenses incurred by H5, Akin Gump's document management and e-discovery provider; and (ii) $7,484.50 of expenses relating to the retention and compensation of expert witnesses retained by the Creditors' Committee in connection with certain litigation.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty-Third Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Thirty-Third Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 25, 2021** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no Objections to this Thirty-Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Third Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
August 10, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/    Ira S. Dizengoff*
       Ira S. Dizengoff
       Philip C. Dublin
       Sara L. Brauner
       One Bryant Park
       New York, New York 10036
       Telephone: (212) 872-1000
       Facsimile: (212) 872-1002
       Email: idizengoff@akingump.com
              pdublin@akingump.com
              sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

**<u>Exhibit A</u>**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 19.20 | 24,288.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1,655.00 | 4.00 | 6,620.00 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 39.20 | 49,588.00 |
| **Total Partner** | | | | **62.40** | **80,496.00** |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| John Kane | Litigation | 2016 | 970.00 | 19.40 | 18,818.00 |
| Daniel Park | Litigation | 2011 | 1,045.00 | 13.10 | 13,689.50 |
| **Total Counsel** | | | | **32.50** | **32,507.50** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 11.10 | 10,878.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 5.20 | 4,212.00 |
| Jeff Latov | Litigation | 2017 | 940.00 | 7.80 | 7,332.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 8.50 | 7,267.50 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 153.30 | 76,650.00 |
| **Total Associates** | | | | **185.90** | **106,339.50** |
| **Total Hours / Fees Requested** | | | | **280.80** | **224,813.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,190.76 | 94.90 | 113,003.50 |
| Associates | 572.03 | 185.90 | 106,339.50 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 781.14 | | |
| **Total Fees Incurred** | | **280.80** | **219,343.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | General Case Administration | 0.60 | 486.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 7.60 | 7,291.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 2.70 | 2,425.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 1.80 | 1,702.00 |
| 8 | Hearings and Court Matters/Court Preparation | 0.40 | 449.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 15.90 | 21,673.50 |
| 12 | General Claims Analysis/Claims Objection | 15.70 | 19,860.50 |
| 20 | Jointly Asserted Causes of Action | 220.40 | 146,906.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.40 | 392.00 |
| 23 | Asset Disposition/363 Asset Sales | 15.30 | 18,157.50 |
| | **TOTAL:** | **280.80** | **219,343.00** |

**<u>Exhibit C</u>**

**Itemized Fees**



Strauss Hauer & Feld LLP

| | |
|---|---|
| SEARS CREDITORS COMMITTEE | Invoice Number    1946700 |
| CHIEF RESTRUCTURING OFFICER | Invoice Date       08/09/21 |
| SEARS HOLDING CORP. | Client Number     700502 |
| 3333 BEVERLY ROAD | Matter Number     0001 |
| HOFFMAN ESTATES, IL  60179 | |
| ATTN: ROBERT  RIECKER | |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

<u>MATTER SUMMARY OF TIME BILLED BY TASK</u> :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 0.60 | $486.00 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 7.60 | $7,291.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 2.70 | $2,425.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 1.80 | $1,702.00 |
| 008 | Hearings and Court Matters/Court Preparation | 0.40 | $449.00 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 15.90 | $21,673.50 |
| 012 | General Claims Analysis/Claims Objections | 15.70 | $19,860.50 |
| 020 | Jointly Asserted Causes of Action | 220.40 | $146,906.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.40 | $392.00 |
| 023 | Asset Dispositions/363 Asset Sales | 15.30 | $18,157.50 |
| | TOTAL | 280.80 | $219,343.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1946700

Page 2
08/09/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 06/02/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to members of FR team (.1). | 0.20 |
| 06/28/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to members of FR team (.1). | 0.20 |
| 06/29/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to members of FR team (.1). | 0.20 |
| 06/01/21 | JES | 003 | Draft correspondence to members of FR team re fee statements (.5); correspond with accounting team re same (.2). | 0.70 |
| 06/02/21 | ZDL | 003 | Review fees from prior week and calculate estimate (.4); review fee order and prepare email to M3 requesting payment (.2). | 0.60 |
| 06/04/21 | ZDL | 003 | Correspond with M3 regarding fee payments. | 0.20 |
| 06/07/21 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines. | 1.00 |
| 06/08/21 | ZDL | 003 | Call with M3 regarding fee requests. | 0.30 |
| 06/09/21 | ZDL | 003 | Prepare fee accrual for M3 (.2); review fee statement (.4). | 0.60 |
| 06/09/21 | JES | 003 | Revise fee statement (.3); draft correspondence to members of FR team re same (.4). | 0.70 |
| 06/16/21 | ZDL | 003 | Review fee accrual from prior week and update same. | 0.20 |
| 06/23/21 | ZDL | 003 | Prepare fee accrual for prior week (.2); review invoice for privilege and confidentiality (1.7). | 1.90 |
| 06/25/21 | ZDL | 003 | Draft correspondence to J. Szydlo regarding invoice. | 0.20 |
| 06/29/21 | JES | 003 | Correspond with accounting team re invoicing issues. | 0.30 |
| 06/30/21 | JES | 003 | Draft fee statement. | 0.90 |
| 06/01/21 | ZDL | 004 | Communications with other professionals and internally regarding fee payments and authorization from Litigation Designees. | 0.80 |
| 06/10/21 | JES | 004 | Review and comment on FTI combined monthly fee statement (.3); correspond with FTI re same (.3). | 0.60 |
| 06/11/21 | JES | 004 | Review FTI fee statement (.4); correspond with FTI re same (.2); coordinate filing of same (.1). | 0.70 |
| 06/24/21 | ZDL | 004 | Call with T. Driscoll (Morritt) regarding fee issues. | 0.60 |
| 06/03/21 | JES | 007 | Call with creditor re case status and updates. | 0.70 |
| 06/28/21 | SLB | 007 | Confer with Weil re open case issues and status report. | 0.20 |
| 06/28/21 | ZDL | 007 | Call with creditor regarding claim status and case status. | 0.60 |
| 06/30/21 | ZDL | 007 | Call with creditor regarding case status and claim. | 0.30 |
| 06/21/21 | SLB | 008 | Draft correspondence to members of FR team re upcoming hearing. | 0.20 |
| 06/28/21 | ZDL | 008 | Email with Weil attorney regarding cancellation of 6/29 hearing. | 0.20 |
| 06/01/21 | ISD | 010 | Review materials re litigation funding matters (.1); call with P. Dublin re same (.4). | 0.50 |
| 06/01/21 | DLC | 010 | Prepare updated materials in connection with litigation financing review (.7); prepare for (.5) and participate in multiple calls with potential litigation funders (1.2). | 2.40 |
| 06/01/21 | SLB | 010 | Participate on calls with potential funders (1.2); review materials re funding (.1). | 1.30 |
| 06/02/21 | ISD | 010 | Analyze internal presentation materials in connection with financing. | 0.30 |
| 06/02/21 | DLC | 010 | Draft correspondence to Akin Lit. and FR team members re litigation financing issues. | 0.20 |
| 06/07/21 | ISD | 010 | Review update on litigation funding matters. | 0.50 |
| 06/07/21 | DLC | 010 | Analyze issues re litigation funding. | 0.20 |
| 06/08/21 | ISD | 010 | Review materials and updates re litigation funding matters. | 0.30 |
| 06/11/21 | ISD | 010 | Review correspondence from Akin team members re litigation funding. | 0.50 |
| 06/14/21 | ISD | 010 | Correspond with third party re litigation funding matters. | 0.50 |
| 06/15/21 | ISD | 010 | Review materials re litigation funding matters. | 0.30 |
| 06/16/21 | ISD | 010 | Analyze open issues re litigation funding. | 0.30 |
| 06/17/21 | ISD | 010 | Review materials re litigation funding and evaluate next steps. | 0.30 |

SEARS CREDITORS COMMITTEE                                                    Page 3
Bill Number: 1946700                                                        08/09/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 06/17/21 | DLC | 010 | Review correspondence from potential lit. funder (.5); follow-up correspondence with FTI re same (.3). | 0.80 |
| 06/18/21 | ISD | 010 | Review update on litigation funding matters (.2); analyze issues re same (.3). | 0.50 |
| 06/18/21 | DLC | 010 | Confer with FTI re litigation financing materials (.6); update materials regarding the same (.5). | 1.10 |
| 06/21/21 | DLC | 010 | Review and revise materials regarding financing (.6); correspond with S. Brauner re same (.3); correspond with M3 re same (.2); circulate same internally (.6). | 1.70 |
| 06/21/21 | SLB | 010 | Correspond with D. Chapman re financing issues (.3); review materials re same (.7). | 1.00 |
| 06/22/21 | DLC | 010 | Review litigation financing analysis (.5); correspond with S. Brauner re same (.5). | 1.00 |
| 06/22/21 | SLB | 010 | Correspondence with D. Chapman re financing issues (.5) review materials re same (.7). | 1.20 |
| 06/24/21 | DLC | 010 | Confer with third parties re litigation funding. | 0.30 |
| 06/29/21 | DLC | 010 | Confer with third party re litigation financing. | 0.20 |
| 06/30/21 | DLC | 010 | Confer with third party re litigation financing. | 0.50 |
| 06/03/21 | DLC | 012 | Multiple communications with administrative creditor representative re open case issues (.5); analyze issues re Admin claimant inquiries (1.6). | 2.10 |
| 06/04/21 | DLC | 012 | Prepare claims memorandum for Admin Claims rep. | 2.70 |
| 06/04/21 | SLB | 012 | Review and comment on response to Admin Rep questions re open case issues (.4); draft correspondence to members of FR and Lit teams re same (.2). | 0.60 |
| 06/08/21 | DLC | 012 | Outline open issues to discuss with Admin. Claims rep re claims and defenses. | 0.80 |
| 06/08/21 | DLC | 012 | Continue to prepare analysis for Administrative claimants (1.4); correspond with FTI re same (.4). | 1.80 |
| 06/09/21 | DLC | 012 | Revise outline of issues in anticipation of call with admin creditors. | 2.90 |
| 06/10/21 | DLC | 012 | Prepare for (.2) and participate in (1.1) call with administrative creditor rep re admin claims issues; compile requested information following call (.6); prepare for (.1) and participate in (.5) call with FTI re same; review materials following same (.3). | 3.70 |
| 06/10/21 | SLB | 012 | Participate on call with Admin creditors re case issues. | 1.10 |
| 06/01/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.60 |
| 06/01/21 | DLC | 020 | Review various emails from Defendant's counsel re open litigation issues. | 0.30 |
| 06/01/21 | JPK | 020 | Prepare email summarizing discovery updates (.8); review discovery materials (1.3). | 2.10 |
| 06/01/21 | SMN | 020 | Update internal tracker of insurance fees reimbursed by defendants' insurers. | 0.20 |
| 06/02/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.40 |
| 06/02/21 | DLC | 020 | Prepare for (.1) and participate in call with FTI (.2) re discovery issues; review emails from members of litigation team re same (.3); confer with ASK re certain discovery items (.2); confer with H5 re document production issues (.5); confer with experts re open work streams (.2). | 1.50 |
| 06/02/21 | JPK | 020 | Draft correspondence to members of litigation team regarding open discovery issues. | 0.20 |
| 06/02/21 | JAL | 020 | Review prepetition documents and communications re certain discovery issue. | 4.40 |
| 06/02/21 | DP | 020 | Analyze defendant discovery issues (.6); review documents re same (2.9). | 3.50 |
| 06/03/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.00 |
| 06/03/21 | DLC | 020 | Participate in call with D. Zensky and ASK re adversary proceeding | 2.80 |

SEARS CREDITORS COMMITTEE                                                                    Page 4
Bill Number: 1946700                                                                         08/09/21

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | issue (.3); review confirmation order in connection with same (.7); correspond with members of litigation team re document discovery issues and related work streams (.4); correspond with S. Brauner re open issues in connection with adversary proceeding (.3); outline open discovery issues (.7); review and respond to correspondence form experts re analysis (.4). | |
| 06/03/21 | SLB | 020 | Correspondence with D. Chapman re adversary proceeding. | 0.30 |
| 06/03/21 | JPK | 020 | Review documents produced in adversary proceeding (1.7); prepare correspondence with members of litigation team regarding same (.6); prepare correspondence with financial advisors re same (.4). | 2.70 |
| 06/03/21 | JAL | 020 | Review prepetition documents and communications in connection with review of certain discovery issues. | 2.30 |
| 06/03/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.40 |
| 06/03/21 | DP | 020 | Analyze documents in connection with review of defendant discovery issues. | 2.10 |
| 06/04/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 06/04/21 | DLC | 020 | Review and respond to emails from lit. team members re open discovery issues (.9); confer with second action defendants re discovery (.2); confer with ASK re adv. pro. issues (.3). | 1.40 |
| 06/04/21 | JPK | 020 | Correspond with document vendor regarding review project (.7); correspond with members of litigation team re same (.3) | 1.00 |
| 06/04/21 | DP | 020 | Review hot docs in connection with defendant discovery issue. | 5.20 |
| 06/07/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.30 |
| 06/07/21 | JPK | 020 | Correspond with counsel to defendant re open discovery issue. | 0.20 |
| 06/07/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.40 |
| 06/08/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 06/08/21 | JAL | 020 | Compile and summarize prepetition discovery materials. | 1.10 |
| 06/08/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.40 |
| 06/09/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.30 |
| 06/09/21 | JPK | 020 | Review discovery materials in connection with adv. pro. | 1.00 |
| 06/09/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.70 |
| 06/10/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.80 |
| 06/10/21 | DLC | 020 | Review materials from defendant's counsel re discovery issue. | 0.50 |
| 06/10/21 | SLB | 020 | Correspondence with ASK re shareholder actions and related issues. | 0.20 |
| 06/10/21 | JPK | 020 | Review discovery materials (1.5); correspond with defendant's counsel regarding discovery issues (.3); draft correspondence to members of litigation team regarding same (.5); correspond with document vendor regarding discovery (.3). | 2.60 |
| 06/10/21 | SMN | 020 | Calculate remaining insurance proceeds in defendants' insurance towers. | 0.40 |
| 06/11/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.20 |
| 06/11/21 | JPK | 020 | Review discovery materials produced by defendants. | 1.50 |
| 06/14/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.10 |
| 06/14/21 | DLC | 020 | Review and update litigation task list items. | 0.50 |
| 06/14/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 1.00 |
| 06/14/21 | DP | 020 | Analyze issues re outstanding defendant discovery. | 0.80 |
| 06/15/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.20 |
| 06/15/21 | DLC | 020 | Review key hot documents (3.3); prepare materials for defendant's counsel re discovery issues (2.2); confer with expert re analysis (.2). | 5.70 |
| 06/15/21 | JPK | 020 | Review discovery materials produced by defendants (2.0); correspond | 2.30 |

SEARS CREDITORS COMMITTEE
Bill Number: 1946700

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | with document vendor regarding discovery (.3). | |
| 06/15/21 | SMN | 020 | Review correspondence with members of the Akin team re third party discovery and other issues. | 0.20 |
| 06/15/21 | DP | 020 | Analyze issues re outstanding defendant discovery. | 0.70 |
| 06/16/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.40 |
| 06/16/21 | DLC | 020 | Analyze issues re second action. | 0.20 |
| 06/16/21 | JPK | 020 | Correspond with document vendor regarding discovery. | 0.10 |
| 06/16/21 | SMN | 020 | Draft correspondence to D. Chapman re second action issue (.1); review new cases implicating issues in motion to dismiss briefing (.7); review motion to stay filing (.1). | 0.90 |
| 06/17/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.90 |
| 06/17/21 | DLC | 020 | Review various expert invoice issues (.3); review hot documents (.9); draft analysis of same (1.3); review insurance decision (.3). | 2.80 |
| 06/17/21 | SMN | 020 | Review appellate court order in insurance coverage action involving director and officer defendants (.1); review lower court's orders and summarize same for members of the litigation team (.4); correspond with members of the litigation team re same (.2); review new cases implicating issues in motion to dismiss briefing (.1). | 0.80 |
| 06/17/21 | DP | 020 | Analyze outstanding defendant discovery issues. | 0.40 |
| 06/18/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.10 |
| 06/18/21 | DLC | 020 | Review correspondence from opposing counsel re discovery issues. | 0.20 |
| 06/18/21 | SLB | 020 | Draft correspondence to members of litigation team re adversary proceeding and related issues. | 0.50 |
| 06/19/21 | DP | 020 | Review hot docs. | 0.10 |
| 06/21/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.00 |
| 06/21/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.50 |
| 06/21/21 | DP | 020 | Draft correspondence to members of litigation team re discovery issue. | 0.10 |
| 06/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.80 |
| 06/22/21 | DLC | 020 | Participate in call with ASK re second action issues (.2); correspond with ASK re same (.1). | 0.30 |
| 06/22/21 | SLB | 020 | Correspondence with ASK re jointly asserted causes of action and related issues. | 0.20 |
| 06/22/21 | JPK | 020 | Review defendant board materials (2.3); review documents produced by officer defendants (1.6); draft correspondence to members of litigation team re same (.7). | 4.60 |
| 06/22/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.2); review documents referenced in draft materials provided by expert team (.6). | 0.80 |
| 06/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.10 |
| 06/23/21 | SLB | 020 | Participate on call with counsel to Transform and Debtors re document retention issues. | 0.30 |
| 06/23/21 | JPK | 020 | Review defendant's Board materials. | 1.10 |
| 06/24/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.30 |
| 06/24/21 | DLC | 020 | Review third party document production. | 0.10 |
| 06/25/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.20 |
| 06/25/21 | DLC | 020 | Confer with third parties re discovery issues. | 0.30 |
| 06/25/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.60 |
| 06/25/21 | DP | 020 | Review materials re open discovery issues. | 0.20 |
| 06/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary | 7.60 |

SEARS CREDITORS COMMITTEE
Bill Number: 1946700

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | proceeding. | |
| 06/28/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.70 |
| 06/29/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 06/29/21 | DLC | 020 | Review materials re defendant (.1); follow up correspondence with expert re same (.1). | 0.20 |
| 06/30/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.20 |
| 06/30/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.50 |
| 06/23/21 | ZDL | 022 | Review motion re plan enforcement. | 0.40 |
| 06/02/21 | SLB | 023 | Correspondence with Z. Lanier re Transform's obligations under APA (.4); correspondence with J. Marcus (Weil) re same (.2); analyze issues re same (.3); review documents re same (.7); correspondence with FTI re same (.2). | 1.80 |
| 06/02/21 | ZDL | 023 | Correspond with S. Brauner in connection with APA question (.4); review APA in connection with same (.1). | 0.50 |
| 06/03/21 | SLB | 023 | Calls with J. Marcus (Weil) re APA question (.4); analyze issue re same (.4). | 0.80 |
| 06/15/21 | ZDL | 023 | Review order granting APA enforcement motion. | 0.20 |
| 06/16/21 | SLB | 023 | Review Transform motion to stay (.4); correspondence with UCC re same (.3). | 0.70 |
| 06/16/21 | ZDL | 023 | Review motion to stay pending appeal filed by Transform (.5); review case law and related materials supporting motion (.6). | 1.10 |
| 06/17/21 | SLB | 023 | Correspondence with Weil re Transform appeal and stay motion re APA disputes. | 0.20 |
| 06/18/21 | SLB | 023 | Call with Weil team re Transform appeal of APA motion and related stay request (.5); analyze issues re same (.5). | 1.00 |
| 06/23/21 | SLB | 023 | Review Debtors' draft objection to Transform Stay Motion (.5); confer with Debtors' counsel re same and status (.2); draft joinder to same (1.2); correspondence with J. Sorkin re same (.2); confer with J. Sorkin re same (.1); correspondence with Debtors' counsel re issues related to Stay Motion (.3); draft correspondence to members of FR team re same (.2). | 2.70 |
| 06/23/21 | ZDL | 023 | Review Debtor opposition to Transform stay motion pending appeal. | 0.80 |
| 06/24/21 | SLB | 023 | Multiple calls (.4) and correspondence (.4) with Debtors' counsel re resolution of Transform Stay Motion; review and comment on stipulation re same (.5); correspondence with UCC re same (.5); analyze issues re same (.4). | 2.10 |
| 06/24/21 | ZDL | 023 | Review negotiated resolution of Transform motion for a stay pending appeal. | 0.80 |
| 06/25/21 | ZDL | 023 | Review update from Herrick regarding MTN investigation. | 0.50 |
| 06/27/21 | SLB | 023 | Review revised stip re Transform bond (.3); correspondence with Weil re same (.1). | 0.40 |
| 06/28/21 | SLB | 023 | Confer with Weil re Transform APA appeal stipulation (.3); review draft of same (.3); analyze issues re same (.3); confer with J. Sorkin re same (.2). | 1.10 |
| 06/29/21 | SLB | 023 | Review filed stipulation re Transform appeal (.2); correspondence with UCC re same (.1). | 0.30 |
| 06/29/21 | ZDL | 023 | Review entered stipulation regarding stay pending appeal on dispute with Transform. | 0.30 |

Total Hours    280.80

TIMEKEEPER TIME SUMMARY:
| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| I S DIZENGOFF | 4.00 | at | $1655.00 | = | $6,620.00 |
| D L CHAPMAN | 39.20 | at | $1265.00 | = | $49,588.00 |

SEARS CREDITORS COMMITTEE                                                                     Page 7
Bill Number: 1946700                                                                          08/09/21

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S L BRAUNER | 19.20 | at | $1265.00 | = | $24,288.00 |
| J P KANE | 19.40 | at | $970.00 | = | $18,818.00 |
| D S PARK | 13.10 | at | $1045.00 | = | $13,689.50 |
| J A LATOV | 7.80 | at | $940.00 | = | $7,332.00 |
| Z D LANIER | 11.10 | at | $980.00 | = | $10,878.00 |
| S M NOLAN | 8.50 | at | $855.00 | = | $7,267.50 |
| J E SZYDLO | 5.20 | at | $810.00 | = | $4,212.00 |
| R J COLLINS | 153.30 | at | $500.00 | = | $76,650.00 |

Current Fees                                                                           $219,343.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $282.23 |
| Computerized Legal Research - Other | $353.87 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $3,448.88 |
| Professional Fees - Legal | $7,484.50 |
| Professional Fees - Miscellaneous | $106,546.75 |
| Transcripts | $170.40 |

Current Expenses                                                                       $118,286.63

| Date | | Value |
|---|---|---|
| 03/20/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 4891067 DATE: 3/20/2021 Transcriber fee for transcript of March 12, 2021 hearing. | $151.20 |
| 03/25/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 4909349 DATE: 3/25/2021 Transcriber fee for transcript of March 23, 2021 hearing. | $19.20 |
| 06/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 06/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 06/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 6/3/2021 | $193.26 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 282.23 |
| Computerized Legal Research – Other | 353.87 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 3,448.88 |
| Prof Fees – Legal | 7,484.50 |
| Professional Fees – Miscellaneous | 106,546.75 |
| Transcripts | 170.40 |
| **TOTAL:** | **118,286.63** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                      Page 7
Bill Number: 1946700                                                          08/09/21

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S L  BRAUNER | 19.20 | at | $1265.00 | = | $24,288.00 |
| J P  KANE | 19.40 | at | $970.00 | = | $18,818.00 |
| D S  PARK | 13.10 | at | $1045.00 | = | $13,689.50 |
| J A  LATOV | 7.80 | at | $940.00 | = | $7,332.00 |
| Z D  LANIER | 11.10 | at | $980.00 | = | $10,878.00 |
| S M  NOLAN | 8.50 | at | $855.00 | = | $7,267.50 |
| J E  SZYDLO | 5.20 | at | $810.00 | = | $4,212.00 |
| R J  COLLINS | 153.30 | at | $500.00 | = | $76,650.00 |

|  | | | |
|---|---|---|---|
| Current Fees | | | $219,343.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $282.23 |
| Computerized Legal Research - Other | $353.87 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $3,448.88 |
| Professional Fees - Legal | $7,484.50 |
| Professional Fees - Miscellaneous | $106,546.75 |
| Transcripts | $170.40 |

| | |
|---|---|
| Current Expenses | $118,286.63 |

| Date | | Value |
|---|---|---|
| 03/20/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 4891067 DATE: 3/20/2021 Transcriber fee for transcript of March 12, 2021 hearing. | $151.20 |
| 03/25/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 4909349 DATE: 3/25/2021 Transcriber fee for transcript of March 23, 2021 hearing. | $19.20 |
| 06/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 06/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 06/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 6/3/2021 | $193.26 |

SEARS CREDITORS COMMITTEE                                                  Page 8
Bill Number: 1946700                                                      08/09/21

| Date | Description | Amount |
|---|---|---|
| | AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 06/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/3/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 06/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 06/07/21 | Professional Fees - Legal  VENDOR: STOUT RISIUS ROSS INC INVOICE#: CINV-016023 DATE: 6/7/2021 For professional services rendered in adversary proceeding | $2,175.00 |
| 06/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/7/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 06/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 06/07/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-30625 DATE: 6/7/2021 Key Document Indentification (Hrs); Data Management | $28,912.50 |
| 06/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 6/9/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $256.69 |
| 06/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 06/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 06/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/10/2021 AcctNumber: 1000309084 ConnectTime: | $52.23 |

SEARS CREDITORS COMMITTEE
Bill Number: 1946700

Page 9
08/09/21

| Date | Description | Amount |
|---|---|---|
| | 0.0 | |
| 06/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/10/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 06/10/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-30640 DATE: 6/10/2021 Data Processing Export Fees (GB) Minimum Processing Fees; Data Hosting; Hosting Project Management  (Hr); User Fees | $77,634.25 |
| 06/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/14/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 06/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 06/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/16/21 | Professional Fees - Legal  VENDOR: ANALYSIS GROUP INC INVOICE#: 1015539 DATE: 6/16/2021 For professional services rendered in connection with adversary proceeding for period ending May 31, 2021. | $5,309.50 |
| 06/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 6/16/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $193.26 |
| 06/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 06/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 06/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LATOV JEFFREY Date: 6/17/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35 |
| 06/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/17/2021 | $52.23 |

SEARS CREDITORS COMMITTEE                                                    Page 10
Bill Number: 1946700                                                        08/09/21

|            |                                                                                  |          |
|------------|----------------------------------------------------------------------------------|----------|
|            | AcctNumber: 1000309084 ConnectTime: 0.0                                          |          |
| 06/17/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/17/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23   |
| 06/18/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: LATOV JEFFREY Date: 6/18/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35  |
| 06/20/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: LATOV JEFFREY Date: 6/20/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $256.69  |
| 06/21/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: LATOV JEFFREY Date: 6/21/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35  |
| 06/21/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/21/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16  |
| 06/21/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85   |
| 06/21/21   | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $143.99  |
| 06/22/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08   |
| 06/23/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39   |
| 06/23/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08   |
| 06/23/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46    |
| 06/24/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/24/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23   |
| 06/24/21   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $52.23   |

SEARS CREDITORS COMMITTEE
Bill Number: 1946700

|  |  |  |
|---|---|---|
|  | DORIS Date: 6/24/2021 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 06/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 6/28/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 06/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/28/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 06/28/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 2.0 | $138.24 |
| 06/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 06/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 06/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 06/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2106 DATE: 6/30/2021<br>- Document retrieval in various courts | $65.73 |
| 06/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2106 DATE: 6/30/2021<br>- Document retrieval in various courts | $131.47 |
| 06/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2106 DATE: 6/30/2021<br>- Document retrieval in various courts | $41.92 |
| 06/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2106 DATE: 6/30/2021<br>- Document retrieval in various courts | $16.77 |
| 06/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2106 DATE: | $48.99 |

SEARS CREDITORS COMMITTEE
Bill Number: 1946700

Page 12
08/09/21

| | | |
|---|---|---|
| | 6/30/2021 | |
| | - Document retrieval in various courts | |
| 06/30/21 | Computerized Legal Research - Other | $48.99 |
| | VENDOR: COURTALERT.COM, INC | |
| | INVOICE#: 328396-2106 DATE: | |
| | 6/30/2021 | |
| | - Document retrieval in various courts | |

Current Expenses                                    $118,286.63

**Total Amount of This Invoice**                          **$337,629.63**

**Prior Balance Due**                       $7,282,712.95

**Total Balance Due Upon Receipt**              $7,620,342.58

# H5

**Invoice Date:** 06/7/2021

**Invoice Number:** INV-30625

| | | |
|---|---|---|
| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | 18-23538 | 05/1/2021 | 05/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Key Document Identification (Hours)**<br>*Key document identification to identify defendant's investments in Sears-related entities and on expert requests regarding market/ customer research for Sears and the SYW program.* | 59 | $450.00 | $26,550.00 |
| **Data Management (Hours)**<br>*Load defendant and 3rd party productions to DART to be available for future search requests* | 10.5 | $225.00 | $2,362.50 |

This invoice is for search/review services only.
eDiscovery services will be billed separately.

| | |
|---|---|
| **Subtotal** | $28,912.50 |
| **Tax Total** | $0.00 |
| **Total** | $28,912.50 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA 15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or Mastercard at this time.*



**Invoice Date:** 06/10/2021

**Invoice Number:** INV-30640

| | | |
|---|---|---|
| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | | 05/1/2021 | 05/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Data Processing Export Fees (GB)** | 0.1 | $120.00 | $12.00 |
| **Minimum Processing Fees** | 1 | $225.00 | $225.00 |
| **Data Hosting (GB)** | 8,035.7 | $9.00 | $72,321.30 |
| **Hosting Project Management (Hours)** | 14.87 | $185.00 | $2,750.95 |
| **User Fees (Users)** | 31 | $75.00 | $2,325.00 |

| | |
|---|---|
| **Subtotal** | $77,634.25 |
| **Tax Total** | $0.00 |
| **Total** | $77,634.25 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA 15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or
Mastercard at this time.*