**EXHIBIT 1**

**Debtors' Thirtieth Omnibus Objection to Claims**  
**Exhibit 1 - Disallowed Claims**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Expunged & Disallowed | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Reason for Proposed Disallowance |
| 1. | ANN CREEK LTD | 182353801017739 | N/A | Amount not specified |
| 2. | Atascadero Mutual Water Co | 182353801021504 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 3. | Atlanta ISD | 182353801017875 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 4. | Baker & Hostetler LLP | 182353801039738 | N/A | Claim has been withdrawn |
| 5. | Benton PUD | 182353801021530 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 6. | BIRCHWOOD SNOW & LANDSCAPING CONTRACTORS | 182353801039977 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 7. | City of Eagle Pass | 182353801018338 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 8. | City of Eagle Pass | 182353801018339 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 9. | City of El Paso | 182353801018340 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 10. | City of El Paso | 182353801018341 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |

**Debtors' Thirtieth Omnibus Objection to Claims**   In re: Sears Holdings Corporation, et al.
**Exhibit 1 - Disallowed Claims**   Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Reason for Proposed Disallowance |
| 11. | CITY OF EL PASO | 182353801023791 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 12. | City of Frisco, TX | 182353801021795 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 13. | City of McAllen | 182353801018749 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 14. | CITY OF MCALLEN | 182353801024072 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 15. | City of Santa Rosa, CA-Water & Sewer | 182353801022044 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 16. | City of Stephenville | 182353801043427 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 17. | City of Sulphur Springs | 182353801043428 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 18. | City of Tallmadge, OH | 182353801022087 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 19. | Coachman Joint Venture LP | 182353801017695 | 15408 | The claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC |
| 20. | County of Henrico, VA | 182353801024927 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |

**Debtors' Thirtieth Omnibus Objection to Claims**  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Reason for Proposed Disallowance |
| 21. | Cypress - Fairbanks ISD | 182353801013557 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 22. | Cypress - Fairbanks ISD | 182353801018282 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 23. | Cypress - Fairbanks ISD | 182353801013558 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 24. | Cypress - Fairbanks ISD | 182353801018283 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 25. | Dallas County | 182353801017927 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 26. | Dentons US LLP | 182353801039787 | N/A | Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course |
| 27. | Eagle Pass ISD | 182353801017945 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 28. | Eagle Pass ISD | 182353801017946 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 29. | Elizabethtown Area Water Authority | 182353801022282 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 30. | Ellis County | 182353801017948 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 31. | Galveston County | 182353801018278 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 32. | GREG HASTO | 182353801016171 | N/A | Amount not specified |
| 33. | Harris County | 182353801018280 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |

**Debtors' Thirtieth Omnibus Objection to Claims**  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Reason for Proposed Disallowance |
| 34. | Harris County | 182353801018281 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 35. | HARRIS COUNTY, ET AL | 182353801018349 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 36. | HARRIS COUNTY, ET AL | 182353801018350 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 37. | Hawaii Electric Light Co., Inc. (HELCO) | 182353801022417 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 38. | Hawaiian Electric Company (HECO) | 182353801022419 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 39. | Hidalgo County | 182353801018360 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 40. | Hood CAD | 182353801018363 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 41. | Hopkins County | 182353801018364 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 42. | Jasper County | 182353801013762 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 43. | Jim Wells CAD | 182353801018767 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 44. | Jim Wells CAD | 182353801018768 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 45. | Kauai Island Utility Cooperative | 182353801022496 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 46. | LEGACY MANUFACTURING COMPANY INC | 182353801014710 | N/A | Amount not specified |
| 47. | LITTLE ADVENTURES LLC | 182353801014782 | N/A | Amount not specified |
| 48. | Maui Electric Company (MECO) | 182353801022589 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 49. | MICHAEL G FONS | 182353801019242 | N/A | Amount not specified |

**Debtors' Thirtieth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, et al.**
**Exhibit 1 - Disallowed Claims**  **Case No. 18-23538 (RDD)**

| | Schedule of Claims to be Expunged & Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Reason for Proposed Disallowance |
| 50. | MICHAEL MACEY | 182353801019244 | N/A | Amount not specified |
| 51. | MONTGOMERY COUNTY | 182353801013763 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 52. | MONTGOMERY COUNTY | 182353801013764 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 53. | MONTGOMERY COUNTY | 182353801025433 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 54. | MONTGOMERY COUNTY | 182353801025434 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 55. | Navarro County | 182353801013580 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 56. | NEAL MACUDZINSKI O D OPTIC 1758 | 182353801019454 | N/A | Amount not specified |
| 57. | NEW YORK STATE DEPARTMENT OF TAXATION AND | 182353801013654 | N/A | Claim has been withdrawn |
| 58. | Nueces County | 182353801017985 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 59. | Peyton C. Cochrane, Tax Collector, Tuscaloosa County, Alabama | 182353801018216 | N/A | Claim has been withdrawn |
| 60. | POLK COUNTY | 182353801025741 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 61. | Polk County | 182353801018110 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 62. | Porter Internet Sales LLC | 182353801019849 | 7145 | Amount not specified |
| 63. | Prairie Electric Company Inc | 182353801041389 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 64. | PROTECTOR BRANDS LLC | 182353801019944 | N/A | Amount not specified |
| 65. | Seyfarth Shaw LLP | 182353801039724 | N/A | Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course |
| 66. | SHIPMAN & GOODWIN LLP | 182353801020360 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 67. | Suburban Natural Gas | 182353801022905 | N/A | The ballot provided by the Claimant(s) are not supported by the Debtors' books and records, or no supporting documentation was provided for all or a portion of the Claim |
| 68. | Sulphur Springs ISD | 182353801018391 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 69. | Tarrant County | 182353801018394 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 70. | Tarrant County | 182353801018785 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |
| 71. | Tarrant County | 182353801018786 | N/A | Claim asserted in ballot identical to previously disallowed Proof of Claim |

**Debtors' Thirtieth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, et al.**
**Exhibit 1 - Disallowed Claims**  **Case No. 18-23538 (RDD)**

| | | | | |
|---|---|---|---|---|
| | | **Schedule of Claims to be Expunged & Disallowed** | | |
| **Ref #** | **Name of Claimant** | **Affected Ballot No.** | **Affected Proof of Claim No.** | **Reason for Proposed Disallowance** |
| 72. | Town of Watertown, NY | 182353801023000 | N/A | Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course |
| 73. | Upton, Mickits and Heymann, LLP | 182353801039803 | N/A | Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course |
| 74. | Wood County | 182353801018050 | N/A | Amount not specified; Claim asserted in ballot identical to previously disallowed Proof of Claim |