**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION ET AL., | No. 18-23538 |
| Debtors | (Jointly Administered) |

CHEROKEE
ACQUISITION

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor
**Cherokee Debt Acquisition, LLC**

Name of Transferee
**SLFAQ, LLC**

Name and Current Address of Transferor:

Name and Address where notices and payments to transferee should be sent:

**Cherokee Debt Acquisition, LLC**
**1384 Broadway, Suite 906**
**New York, NY 10018**
**Attn: Vladimir Jelisavcic**

**SLFAQ, LLC**
**670 White Plains Rd. - Penthouse**
**Scarsdale, NY. 10583**
**Attn: Joseph E. Sarachek**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Sec. 503(B)(9) Claim No. 8153 | Cherokee Debt Acquisition, LLC, assignee of Gardex | $73,670.00 | Sears, Roebuck and Co. | 18-23537 |
| Sec. 503(B)(9) Claim No. 8154 | Cherokee Debt Acquisition, LLC, assignee of Gardex | $73,670.00 | Sears, Roebuck and Co. | 18-23537 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Joseph E. Sarachek_                    Date: April 19 2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

TRANSFER OF SEC. 503(B)(9) CLAIM ONLY

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:         United States Bankruptcy Court ("<u>Court</u>")
            Southern District of New York
            Attn:    Clerk

AND TO:     SEARS, ROEBUCK AND CO. ("<u>Debtor</u>")
            Case No. 18-23537 ("<u>Case</u>")

<u>Claim #: 8153 (SEC. 503(B)(9) CLAIM ONLY)</u>

**CHEROKEE DEBT ACQUISITION, LLC,** assignee of **GARDEX** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SLFAQ, LLC**
670 White Plains Rd. - Penthouse
Scarsdale, NY. 10583
Attn:    Joseph E. Sarachek

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $73,670.00                      ("<u>Claim</u>"),    which    represents  100  % of the total claim amount of $73,670.00, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April  16  , 2021.

**CHEROKEE DEBT ACQUISITION, LLC**

By:  *Vladimir Jelisavcic*
Name: Vladimir Jelisavcic
Title:    Manager

**SLFAQ, LLC**

By:  *Joseph E Sarachek*
Name:  Joseph E. Sarachek
Title:

**TRANSFER OF SEC. 503(B)(9) CLAIM ONLY**

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:          United States Bankruptcy Court ("Court")
             Southern District of New York
             Attn:    Clerk

AND TO:      SEARS, ROEBUCK AND CO. ("Debtor")
             Case No. 18-23537 ("Case")

Claim #: 8154 (SEC. 503(B)(9) CLAIM ONLY)

**CHEROKEE DEBT ACQUISITION, LLC**, assignee of **GARDEX** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **SLFAQ, LLC**
> 670 White Plains Rd. - Penthouse
> Scarsdale, NY. 10583
> Attn:    Joseph E. Sarachek

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 73,670.00                  ("Claim"),  which  represents  100 % of the total claim amount of $73,670.00, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April  16  , 2021.

CHEROKEE DEBT ACQUISITION, LLC                    SLFAQ, LLC

By: *Vladimir Jelisavcic*                          By: _Joseph E. Sarachek_
Name: Vladimir Jelisavcic                          Name:
Title:   Manager                                    Title:   Joseph E. Sarachek