18-23538-shl    Doc 9731    Filed 08/11/21    Entered 08/11/21 17:21:56    Main Document
                                  Pg 1 of 2

**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, NY  10158
212.557.7200
David H. Wander, Esq. (dhw@dhclegal.com)
Alexander R. Tiktin, Esq. (art@dhclegal.com)
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs. | Case No. 18-23538 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck And Co.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Winning Resources Limited,<br><br>　　　　　　　　　　　　Defendant. | Adv. No. 20-06480 (RDD) |

## NOTICE OF ADJOURNED HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Motion by Winning Resources Limited to Dismiss the Complaint, Pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure and Rules 4(m) and 12(b)(5) of the Federal Rules of Civil Procedure* (the "Motion") (Doc. 11), has been adjourned from August 24, 2021 to August 31, 2021 at 10:00 a.m., before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140.

Dated: New York, New York
      August 11, 2021

                                       DAVIDOFF HUTCHER & CITRON LLP

                                       By: /s/ David H. Wander
                                            David H. Wander
                                            Alexander R. Tiktin
                                      605 Third Avenue
                                      New York, New York 10158
                                      (212) 557-7200
                                      dhw@dhclegal.com
                                      art@dhclegal.com

                                      *Attorneys for Defendant, Winning Resources Ltd.*