WOTMAN LAW PLLC
Daniel R. Wotman Esq.
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 774-2900
Email: dwotman@wotmanlaw.com
Counsel for Defendant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | : | Case No. 18-23538-RDD |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------X

| | | |
|---|---|---|
| Kmart Holding Corporation, | : | |
| Plaintiff, | : | **NOTICE OF WITHDRAWAL** |
| -against- | : | |
| Housewares Corp. of Asia Limited, | : | Adv. No. 20-06841-rdd |
| Defendant. | : | |

---------------------------------------------------------------X

1.    The undersigned Daniel R. Wotman of Wotman Law PLLC represented Housewares Corp. of Asia Limited in the above-referenced adversary proceeding.

2.    The Stipulated Order for Voluntary Dismissal of Adversary Proceeding was filed in that proceeding on August 3, 2021 (Dkt. No. 10).

3.    The adversary proceeding is now closed.

4. Daniel R. Wotman hereby requests that he be removed from receiving further electronic filings and notices in the above-captioned bankruptcy case No. 18-23538-RDD.

Dated: August 10, 2021
New York, New York

WOTMAN LAW PLLC
Attorneys for Defendant

*/s/ Daniel R. Wotman*
Daniel R. Wotman
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 774-2900
Email: dwotman@wotmanlaw.com

To: Katten Muchin Rosenman LLP (Via ECF System)
Attorneys for Debtor
Attn.: Steven J. Reisman
Michael Rosella
Kmart Holding Corporation
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8700