## Exhibit 1

**Reclassify Secured Claims**

**Debtors' Thirty-First Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 1. | ALAMENE, HERMON | 13624 |
| 2. | AMERICAN PRIDE MECHANICAL INC | 12336 |
| 3. | AMMONS, ERMA | 22328 |
| 4. | Arris, Latarchau | 9051 |
| 5. | Asselin, Kenneth | 21167 |
| 6. | AUTRY, WALLACE DALTON | 23087 |
| 7. | BAKER, ANITA | 9646 |
| 8. | Baldwin, Raymond L | 25615 |
| 9. | BEDWELL, BRYAN | 11413 |
| 10. | Bedwell, Melissa | 10748 |
| 11. | BELL, JAMES | 11116 |
| 12. | BELLISSIMO, VINCENT | 22790 |
| 13. | BENN, JENNIFER L | 11344 |
| 14. | BOOKHART, SYLVIA | 18132 |
| 15. | Bradford L. Murphy Traditional IRA | 9788 |
| 16. | Braintree Electric Light Department | 12085 |
| 17. | Browning, Ronald K. | 9092 |
| 18. | Byrd, Geraldine | 21059 |
| 19. | BYRD, GERALDINE | 23051 |
| 20. | Calonder, Sagrario | 23581 |
| 21. | Campbell, Ralph B. | 22258 |
| 22. | CASTRO, EVELYN | 19784 |
| 23. | Chhuon, Vanndy K. | 8852 |
| 24. | Chugach Electric Association, Inc. | 6523 |

Debtors' Thirty-First Omnibus Objection to Claims
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 25. | City of Elyria - Elyria Public Utilities | 14697 |
| 26. | CLEMENDORE, JENNIFER | 14037 |
| 27. | COLE, JACQUELINE | 18593 |
| 28. | COLON, REYNA | 18874 |
| 29. | Comercializadora De Calzado El Maraton S.A De C.V. | 5770 |
| 30. | CONTEC MEDICAL SYSTEMS USA INC | 7018 |
| 31. | Copart Inc. | 26397 |
| 32. | Correa, Ma Delaluz | 19308 |
| 33. | Dagnachew, Yeayneabeba | 19491 |
| 34. | Daugherty, Jack A | 25330 |
| 35. | Davis, Juanita | 24517 |
| 36. | Davis, Ronald and Pamela | 13419 |
| 37. | De Jesus, Norma | 18708 |
| 38. | DEAL, ROBERT LEROY | 24473 |
| 39. | DIERNA, DOLFINA | 19334 |
| 40. | Dixon, Dee | 16032 |
| 41. | DOLEZAL, FRANKLIN JAMES | 25180 |
| 42. | Dora Brown wife of Donald E. Brown | 23127 |
| 43. | DRAKE, ELARGE | 10850 |
| 44. | DRELICK, JUDITH A. | 24829 |
| 45. | Dumas, Patricia | 14028 |
| 46. | Durkin, Mary Anne | 22878 |
| 47. | E & M CHAINSAW SALES AND SERVICE | 10465 |
| 48. | Edmondson, John E. | 23986 |

**Debtors' Thirty-First Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 49. | Elqishawi, Abeer | 20045 |
| 50. | EXTERIORS BY DESIGN, INC. DBA CALIFORNIA COMMERCIAL ROOFING SYSTEMS | 9832 |
| 51. | Fago, Stella | 24814 |
| 52. | FENSTER, BONNIE | 18783 |
| 53. | Fenster, Bonnie | 16120 |
| 54. | Flores Quinonez, Luz | 18705 |
| 55. | Florida Keys Electric Coop Assoc Inc | 5835 |
| 56. | Franks, Irene | 19398 |
| 57. | Garland, Kathryn J. | 23061 |
| 58. | GARRISON, SUZANNE | 14836 |
| 59. | GELB, RONALD | 22350 |
| 60. | Gerth, Arthur E. | 24053 |
| 61. | GODBOLD, JOHNNIE L | 15034 |
| 62. | GOINES, LESHON | 19467 |
| 63. | GOLUCK, LOUIS | 21110 |
| 64. | GRACY, LIGHTFORD | 11311 |
| 65. | GRAHAM, RAYMOND | 12609 |
| 66. | GREEN DOT CORPORATION | 18395 |
| 67. | GROSS, GERALDINE | 14035 |
| 68. | Gurleroglu, Mustafa | 10226 |
| 69. | GUTHRIE, MOLLIE D | 19651 |
| 70. | Hain Capital Investors Master Fund, Ltd as Transferee of Reunited, LLC | 7909 |
| 71. | HALEY, RUTHIE | 16977 |
| 72. | HALL, ROBERT C | 24314 |

**Debtors' Thirty-First Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 73. | HAMMOND, BETTY | 16970 |
| 74. | Harling, Brelan J. | 14508 |
| 75. | Harris, Eddie D. | 23065 |
| 76. | Hawkins, Leon J | 24433 |
| 77. | Herbert, Latonya | 16369 |
| 78. | Higgins, William W. | 26181 |
| 79. | Hofmann, Jr., Adolf H. | 21206 |
| 80. | HOLLEY, JR., CHARLES E. | 21598 |
| 81. | Johnson County Treasurer | 20062 |
| 82. | JOHNSON, JEAN | 18837 |
| 83. | Johnson, Martha Nell | 23848 |
| 84. | JONES, LAFAYE | 18875 |
| 85. | Jordan, Jr., Kent Edward | 20388 |
| 86. | Jurzec, Joseph | 12498 |
| 87. | Kevin W Fuller | 10003 |
| 88. | King, Amos E | 9435 |
| 89. | Kingdom Seekers Inc. | 26367 |
| 90. | KYLE, VERNOLA | 14957 |
| 91. | Lanier, Patricia Ann Sholar | 22525 |
| 92. | LEACH, DARLENE | 11946 |
| 93. | Liberty Mutual Claim #038459860 | 11877 |
| 94. | LINDBLOOM, JENNIFER | 11895 |
| 95. | LINDE, LUANNE | 20261 |
| 96. | Long, Shirley  F | 8780 |

**Debtors' Thirty-First Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 97. | Love, Tyrone | 15951 |
| 98. | LOY, SUSAN | 13207 |
| 99. | Lynch, Sabrina | 16116 |
| 100. | MACHADO, RICARDO | 18797 |
| 101. | MAIN, VERLA | 25524 |
| 102. | Mantle, Christina Lin | 18564 |
| 103. | MARY GORE | 19367 |
| 104. | Massy, Margaret | 21028 |
| 105. | MENDOZA, DANIEL | 12670 |
| 106. | Minor, Artemis | 16403 |
| 107. | Mitchell, William L. | 25895 |
| 108. | Molson-Jackson, June | 11379 |
| 109. | MONSEGUE, JEMMA | 19453 |
| 110. | Montalvo, Maria Elena | 10801 |
| 111. | Moon, Frances G. | 25308 |
| 112. | NABOZNY, WALTER V | 21794 |
| 113. | NDAMUKONG, RHODA P | 18965 |
| 114. | NEAL, KENYAL | 19679 |
| 115. | NEISZ, JAMES | 11940 |
| 116. | Noga, Gwain John | 18546 |
| 117. | Nowakowski, Helen M. | 22789 |
| 118. | Patel, Parimal | 19959 |
| 119. | PAYUMO, MARLON | 14030 |
| 120. | PERRY, SANDRA | 17622 |

**Debtors' Thirty-First Omnibus Objection to Claims**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 121. | Plump Engineering, Inc. | 4760 |
| 122. | POWELL, JOYCE K.V | 15391 |
| 123. | RAIN OF LAS VEGAS | 12484 |
| 124. | Ratz, Mary Caroline | 22720 |
| 125. | RICHARDSON, BERNICE A | 22799 |
| 126. | RIVERS, STANLEY | 18801 |
| 127. | ROBERTSON, CLEVE | 12191 |
| 128. | Rodriguez Cruz, Anibal | 18713 |
| 129. | Roman, Edith | 9156 |
| 130. | ROMIOUS, DWAYNE | 14230 |
| 131. | Safety-Kleen/Clean Harbors | 4488 |
| 132. | Sanchez, Rafael | 15699 |
| 133. | Sanchez, Ronnie R. | 2444 |
| 134. | SANITARY TRASHMOVAL SERVICES INC | 6100 |
| 135. | Santiago, Luciano Pagan | 23073 |
| 136. | Santos, Maria Lusia | 20423 |
| 137. | SCALES, JAMES | 13814 |
| 138. | Scheidell, Richard Lee | 21009 |
| 139. | Schultheis, Brett | 15866 |
| 140. | Schweikert, Emil P | 23070 |
| 141. | Sears Corporation | 25868 |
| 142. | Select Jewelry Inc | 12024 |
| 143. | Shittabey, Rafat | 10601 |
| 144. | Sierra-Santos, Jamie | 18013 |

**Debtors' Thirty-First Omnibus Objection to Claims**    In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**    Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 145. | SMITH, ANTOINETTE | 18938 |
| 146. | SMITH, MAMIE | 19449 |
| 147. | SMYTHE, JEANETTA | 10833 |
| 148. | SOLOMON, ARTHUR R. | 26413 |
| 149. | Sooy, Richard | 10755 |
| 150. | Standish, Joann | 19020 |
| 151. | Stein, Kaylee Lynn | 26411 |
| 152. | STEWART, LORI | 10198 |
| 153. | Stubbs, Mary | 11967 |
| 154. | Talbert, Donna | 11325 |
| 155. | The Townsley Law Firm | 7432 |
| 156. | Tootell-Quevedo, Christien | 4345 |
| 157. | Toro Rodriguez, Emily | 18337 |
| 158. | Transportation Commodities Inc | 5285 |
| 159. | TRAVIS, ANITA G | 17803 |
| 160. | U.S. Bank Equipment Finance | 20527 |
| 161. | Vazquez Murillo, Maricela | 18775 |
| 162. | Ventura, Bernadine | 11686 |
| 163. | VLADO, ERICA | 10695 |
| 164. | Waterford Twp Dept Of Public Works | 6773 |
| 165. | WEHRS, ROBERT | 20883 |
| 166. | WILBANKS, LASONIA | 11036 |
| 167. | Wilson, Tommy | 6132 |
| 168. | WOODARD, CEDRIC | 19233 |

**Debtors' Thirty-First Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** |
| 169. | Woods, Wesley | 9079 |