# Exhibit 1

**Duplicate Claims**

**Debtors' Thirty-Second Omnibus Objection to Claims**  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | Schedule of Amended and Superseded Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Surviving Claim |
| 1. | Benn, Jennifer L. | 10689 | 98730 |
| 2. | BOOKHART, SYLVIA SPARKLES | 20088 | 18132 |
| 3. | Churchwell, Doris J. | 21364 | 22506 |
| 4. | City of Daytona Beach | 6672 | 19088 |
| 5. | Clark County Assessor | 20076 | 40220 |
| 6. | Duetemeyer, Paul Leonard | 11216 | 6743 |
| 7. | GARLAND, KATHRYN J. | 23038 | 122751 |
| 8. | GREEN DOT CORPORATION | 17028 | 18395 |
| 9. | J. Grothe Electric, Inc. | 5045 | 12789 |
| 10. | LINDBLOOM, JENNIFER | 11850 | 11895 |
| 11. | Maersk Agency USA as agent for Maersk Line A/S | 15586 | 15575 |
| 12. | National International Roofing | 1548 | 9358 |
| 13. | National International Roofing | 1540 | 9358 |
| 14. | NorthStar Group Services, Inc. | 19719 | 19720 |
| 15. | NorthStar Group Services, Inc. | 19702 | 19720 |
| 16. | NorthStar Group Services, Inc. | 19701 | 19720 |
| 17. | NorthStar Group Services, Inc. | 19693 | 19720 |
| 18. | NorthStar Group Services, Inc. | 13662 | 19720 |
| 19. | NORTHSTAR GROUP SERVICES, INC. | 13657 | 19720 |
| 20. | NorthStar Group Services, Inc. | 13605 | 19720 |

**Debtors' Thirty-Second Omnibus Objection to Claims**  **In re: Sears Holdings Corporation,** *et al.*
**Exhibit 1 - Disallowed Claims**  **Case No. 18-23538 (RDD)**

| | Schedule of Amended and Superseded Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Surviving Claim |
| 21. | NYC Office of Administrative Trials and Hearings | 19182 | 19196 |
| 22. | Pennsylvania Department Of Revenue | 4320 | 12240 |
| 23. | Pennsylvania Department of Revenue | 4913 | 20016 |
| 24. | Quinones, Luz Flor | 6990 | 18705 |
| 25. | Rodriguez Cruz, Anibal | 6827 | 18713 |
| 26. | Santa Rosa Mall, LLC | 16183 | 16735 |
| 27. | Santos, Jaime Sierra | 12401 | 48960 |
| 28. | SIERRA SANTOS, JAIME | 12412 | 48960 |
| 29. | Surles, Balam A. | 24261 | 26437 |
| 30. | Tarrant County | 4514 | 4617 |
| 31. | United States of America | 20229 | 20230 |
| 32. | United States of America | 20225 | 20230 |
| 33. | Zurn, Carol J. | 23236 | 26425 |