**MICHAEL MURPHY TANNEN**
Tannen Law Group, P.C.
77 W. Washington Street, Suite 500
Chicago, IL 60602
312.641.6650
mtannen@tannenlaw.com

*Attorney for Diana Arney*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, ET. AL., | Case No. No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Michael Murphy Tannen, request admission to practice, ***pro hac vice***, before the Honorable Robert D. Drain, to represent *Diana Arney* as creditors in the above-referenced bankruptcy case.

***I certify that I am a member in good standing*** of the bar of the State of Illinois and licensed to practice before all courts of the State of Illinois. I am also a member in good standing of the Bars of the United States District Courts for the Northern District of Illinois and am admitted to practice beforethe United States Court of Appeal for the Seventh Circuit and the Federal Trial Bar.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Chicago, Illinois
August 19, 2021

/s/ *Michael Murphy Tannen*
Tannen Law Group, P.C.
77 W. Washington Street, Suite 500
Chicago, IL 60602
312.641.6650
mtannen@tannenlaw.com

Attorney for Diana Arney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

SEARS HOLDINGS CORPORATION, ET. AL.,              Case No. No. 18-23538 (RDD)
                                                                                          (Jointly Administered)
                                             Debtors.
-----------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael Murphy Tannen, to be admitted, ***pro hac vice***, to represent *Diana Arney* in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the bar of the State of Illinois and licensed to practice before all courts of the State of Illinois , and is a member in good standing of the Bars of the United States District Courts for the Northern District of Illinois and is admitted to practice beforethe United States Court of Appeal for the Seventh Circuit and the Federal Trial Bar; it is hereby

**ORDERED,** that Michael Murphy Tannen, is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case to represent *Diana Arney* in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: August 19, 2021
      White Plains, NY                                      _____
                                                               HONORABLE ROBERT D. DRAIN
                                                               UNITED STATES BANKRUPTCY JUDGE