Wolf Wallenstein, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087
Ellen K. Wolf
*Attorneys for Claimant*
*Shaghal, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,   Chapter 11

                    Debtor.   Case No. 18-23538 (RDD)

                                  (Jointly Administered)

### AFFIDAVIT OF SERVCE

    I, Rocky Gade, depose and say that I am employed at Wolf Wallenstein, PC, the law firm representing Shaghal, Ltd. in the above captioned Chapter 11 case.

    On August 20, 2021, I served, via email, the following documents to Leron Rayn of Shaghal, Ltd (leron@ematic.us) and Sears Holding Corporation attorney Garret Fail (garrett.fail@weil.com):

- Certificate of No Objection Regarding Ellen K. Wolf's Motion For Withdrawal As Attorney of Record (Docket No. 9516) and Supplement to the May 20, 2021 Motion For Withdrawal As Attorney of Record (Docket No. 9652.)

Dated: August 20, 2021

                              **WOLF WALLENSTEIN, PC**
                              11400 W. Olympic Blvd, Suite 700,
                              Los Angeles, CA  90064

                              By:_____
                                 Rocky Gade