Wolf Wallenstein, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087
Ellen K. Wolf
*Attorneys for Claimant*
*Shaghal, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,            Chapter 11

                              Debtor.            Case No. 18-23538 (RDD)

                                          (Jointly Administered)

**CERTFICATE OF NO OBJECTION REGARDING MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD AND SUPPLEMENT TO THE MAY 20, 2021 MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD**

      I, Ellen Wolf, hereby certify that as of the date hereof, I have received no objection to the Motion For Withdrawal As Attorney of Record (Docket No. 9516) and Supplement to the May 20, 2021 Motion For Withdrawal As Attorney of Record (Docket No. 9652.)

      It is hereby requested an order permitting withdrawal as attorney of record be entered at the Court's earliest convenience.

Dated: August 20, 2021

                              **WOLF WALLENSTEIN, PC**
                              11400 W. Olympic Blvd, Suite 700,
                              Los Angeles, CA  90064

                              By:   /s/Ellen K. Wolf
                                     Ellen K. Wolf