Wolf Wallenstein, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087
Ellen K. Wolf
*Attorneys for Claimant*
*Shaghal, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,                Chapter 11

                                    Debtor.        Case No. 18-23538 (RDD)

                                                   (Jointly Administered)

### AFFIDAVIT OF SERVCE

     I, Rocky Gade, depose and say that I am employed at Wolf Wallenstein, PC, the law firm representing Shaghal, Ltd. in the above captioned Chapter 11 case.

     On August 20, 2021, I served, via email, the following documents to Leron Rayn of Shaghal, Ltd (leron@ematic.us) and Sears Holding Corporation attorney Garret Fail (garrett.fail@weil.com):

- Motion For Withdrawal As Attorney of Record (Docket No. 9516)
- Supplement To the May 20, 2021 Motion For Withdrawal As Attorney Of Record (Docket No. 9652)

Dated: August 20, 2021

                    **WOLF WALLENSTEIN, PC**
                    11400 W. Olympic Blvd, Suite 700**,**
                    Los Angeles, CA  90064


                    By:_____
                              Rocky Gade