

**REGIONAL INCOME TAX AGENCY**

**BRECKSVILLE OFFICE - LEGAL DEPARTMENT**
PO Box 470537 • Broadview Heights, OH 44147-0537
800.860.7482 • Fax 440.922.3515 • TDD 440.526.5332
ritaohio.com

August 20, 2021

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plaines, New York 10601

RE: Kmart Corp.,
U.S. Bankruptcy Case No.: 18-23549

To Whom It May Concern:

In connection with the above-captioned matter, the Regional Income Tax Agency is respectfully requesting that the *Proof of Claim* filed on February 3, 2021, in the amount of $5,957.99, be withdrawn.

At your earliest convenience, please file the *Withdrawal*. If you have any questions or concerns about this matter, please contact me at extension 5005.

Sincerely,

Christina Propri
Paralegal
Regional Income Tax Agency

**Brecksville – Cleveland Heights – Mentor – Worthington – Xenia – Youngstown**
800.860.7482 – RITAOHIO.COM

