JAMES SMITH
323-292-1294
neo5211@outlook.com

Smith vs Sears Holdings

case # 9586. 18-23538

I am writing to explain my reasons for this filing I am an Senior Director for Sears, Roebuck and Co. 3333 Beverly Rd Hoffman Estates, IL 60179. under L Brands I was hired in 2013 and have been training eversince I Do have a work contract and Letters of credit The law firm only contesteed filing when told Aministative claim and gave information

Pg 2 of 2

Due to Covid-19 no court apperate possible so Appeal to have case Dismissed or have no vaild paperwork is not possible I have correct filed paperwork from work and lawfirm firing Stuadant Disregard paging this asking Reflects Suing accent and Should I am ask that Cease be Reopened and evedence accepted

Pg#2 of 2

x James Smith /s/ James Smith

Smith

vs

Weil, Gotshal & manges llp

Case #
18-23538.

"motion to
Appeal"

[ Petes
Various ]
3/09/19
↓

ECF

20-06982 - new case

19501
8092
13404
9553
9603
9282
9402
9403
9286

Pg # 7 of 7

X James Smith /s/ (James Smith)