UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                   :
                                                         :     Chapter 11
**SEARS HOLDINGS CORPORATION**, *et al.*,                :
                                                         :     Case No. 18-23538 (RDD)
                                                         :
            Debtors.[1]                                  :     (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Muhammad Azeem, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Committee Service List attached hereto as **Exhibit A**:

- Certificate of No Objection Regarding Debtors' Amended Motion for an Order in Aid of Execution of the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors [Docket No. 9754]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: August 25, 2021

*/s/ Muhammad Azeem*
Muhammad Azeem

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 25, 2021, by Muhammad Azeem, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 56067

## **Exhibit A**

# Exhibit A

## Committee Service List

Served as set forth below

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com | Email |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains NY 10601 | | Overnight Mail |
| Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo<br>2 Park Avenue<br>New York NY 10016 | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com<br>CCarty@herrick.com<br>JDAngelo@herrick.com<br>KKolb@herrick.com | Email |
| Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow<br>1407 Broadway - 39th Floor<br>New York NY 10018 | jchou@moritthock.com<br>tberkowitz@moritthock.com<br>dmarlow@moritthock.com | Email |
| Office of The United States Trustee | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St.<br>Suite 1006<br>New York NY 10014 | | Overnight Mail |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1