## EXHIBIT C

## BUDGET FOR BALLARD SPAHR, LLP[1]

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| March 1, 2021 – March 31, 2021 | $50,000.00 | $57,923.00 |
| April 1, 2021 – April 30, 2020 | $50,000.00 | $77,532.00 |
| May 1, 2021 – May 31, 2021 | $50,000.00 | $50,027.50 |
| June 1, 2021 – June 30, 2021 | $50,000.00 | $20,753.00 |
| **Total** | **$200,000.00** | **$206,235.50** |

---

[1]     The Fee Examiner's time is no longer included in the budget for Ballard Spahr in its role as counsel.