# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

August 25, 2021
Invoice 340051423

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2021

| | |
|---|---|
| Current Fees | $ 10,780.00 |
| Total Current Activity | $ 10,780.00 |
| Total Due for This Invoice | $ 10,780.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:              Account No.: 496-8375493<br>Wells Fargo Bank, NA     ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

August 25, 2021
Invoice 340051423

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2021

| | |
|---|---|
| Current Fees | $ 10,780.00 |
| Total Current Activity | $ 10,780.00 |
| Total Due for This Invoice | $ 10,780.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:   Account No.: 496-8375493<br>Wells Fargo Bank, NA   ACH ABA No.: 121000248<br>420 Montgomery St   Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

August 25, 2021
Invoice 340051423
Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 07/31/21

## FEE DETAIL

| Date | Phase | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| **Fee Application** | | | | |
| 07/21/21 | FEE APPLICATION | Telephone conference with T. Daluz regarding upcoming discussions with administrative claims representatives (.30); prepare for and participate in extended conference call with D. Wander, A. Tiktin, D. Brenner (counsel for administrative claimants) and T. Daluz regarding administrative solvency issues and ongoing review of fee and expense applications of estate professionals (.80); follow-up telephone conferences and correspondence with V. Marriott and T. Daluz regarding same (.30). | 4063 | 1.40 hrs. |
| 07/26/21 | FEE APPLICATION | Extended telephone conference with V. Marriott regarding administrative solvency issues, upcoming status conference and ongoing fee and expense application review (.40); review and analyze interim fee applications and related preliminary reports and status summary, to develop related positions in negotiations with counsel and advisory firms (1.90). | 4063 | 2.30 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

August 25, 2021
Invoice 340051423
Page 3 of 5

## FEE DETAIL

| Date | Phase | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 07/27/21 | FEE APPLICATION | Review and analyze debtors' status report regarding effective date preparations and administrative solvency issues (.30); prepare for and participate in bankruptcy court status conference regarding same (1.40); extended conference call with V. Marriott and T. Daluz regarding same and ongoing fee objection negotiations (.30). | 4063 | 2.00 hrs. |
| 07/28/21 | FEE APPLICATION | Review and analyze Morrit Hock fee applications and Fee Application's preliminary report regarding same, to prepare for anticipate negotiations regarding consensual resolution (.30); correspondence with T. Daluz regarding same (.10). | 4063 | .40 hrs. |
| 07/29/21 | FEE APPLICATION | Telephone conference with T. Daluz regarding preliminary report with respect to Moritt Hock interim fee and expense application (.20); prepare for and participate in conference call with T. Driscoll (Moritt Hock) and T. Daluz regarding same and potential resolution of prospective Fee Application objections (.50); follow-up telephone conference with T. Daluz regarding same (.20). | 4063 | .90 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

August 25, 2021
Invoice 340051423
Page 4 of 5

## SUMMARY OF TIMEKEEPER FEES

| Tkpr | Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 7.00 | $ 1,540.00 | $ 10,780.00 |
| | **Total Fees for Professional Services** | | | **$ 10,780.00** |

## SUMMARY OF PHASES

| Phase | Phase Description | Hours | Dollars |
|---|---|---|---|
| FEE APPLICATION | Fee Application | 7.00 | $ 10,780.00 |
| | **PHASE TOTALS** | **7.00** | **$ 10,780.00** |