UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re:

| | |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., | Chapter 11 |
| Debtors. | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |

### ORDER GRANTING MOTION OF WOLF WALLENSTEIN, P.C. TO WITHDRAW AS ATTORNEY OF RECORD

Upon the Motion For Withdrawal As Attorney of Record (Docket No. 9516), dated May 17, 2021 and the Supplement to the May 20, 2021 Motion For Withdrawal As Attorney of Record (Docket No. 9652), dated July 14, 2021, each submitted by Wolf Wallenstein, P.C. (together, the "Motion"), seeking leave under Local bankruptcy Rule 2090-1 to withdraw as counsel of record in these cases to Shaghal, Ltd.; and after due and sufficient notice of the Motion and the opportunity for a hearing thereon, there being no objections to the requested relief; and the Motion having represented that Shaghal, Ltd. consents to such relief; and good and sufficient cause appearing from the Motion; and no hearing or additional notice, except as expressly provided herein, being required, it is hereby

ORDERED, that the Motion is granted, and Ellen K. Wolf and the law firm Wolf Wallenstein, P.C. are no longer counsel of record for Shaghal, Ltd. in these chapter 11 cases; and it is further

ORDERED, that Wolf Wallenstein, P.C. shall promptly email a copy of this Order to Shaghal Ltd.

Dated:  White Plains, New York
        August 27, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge