**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re:                                          :
                                                :          Chapter 11
SEARS HOLDINGS CORPORATION, et al.,             :
                                                :          Case No. 18-23538 (RDD)
                                                :
                Debtors.¹                       :          (Jointly Administered)
-----------------------------------------------------------------x
```

**SUPPLEMENT AFFIDAVIT OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Claimants Service List attached hereto as **Exhibit A**:

- Notice Regarding Third Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 9630]

- Amended Notice Regarding Third Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 9679] ("***Amended 3rd Distribution Notice***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Km art of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On August 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Amended 3rd Distribution Notice to be served via first class mail on the Affected Claimants Service List attached hereto as **Exhibit B**.

On August 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on American Pride Mechanical Inc. (MMLID#5794433), P.O. Box 8898, Surprise, AZ, 85374 and on Darlene Leach (MMLID#4738390), at an address that has been redacted in the interest of privacy:

- Order Granting Debtors' Thirty-First Omnibus Objection to Proofs of Claim (Reclassify Secured Claims) [Docket No. 9738]


Dated: August 30, 2021                                                      */s/Nuno Cardoso*
                                                                              Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 30, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 56145

**<u>Exhibit A</u>**

Exhibit A

Claimants Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 7215137 | CALVERT CONTROLS INC | 105 Adelina Road | Suite 201 | | | Prince Frederick | MD | 20678 |
| 5850712 | CHANNELADVISOR CORPORATION | 3025 Carrington Mill Boulevard | Suite 500 | | | Morrisville | NC | 27560 |
| 4129845 | CS Packaging, Inc. | Attn: Bob Janik, President | 1270 Douglas Road | | | Batavia | IL | 60510 |
| 5795692 | DURAFLAME INC | 2879 SAINT ROSE PARKWAY | SUITE 200 | | | HENDERSON | NV | 89052 |
| 4875772 | ERX NETWORK LLC | PO BOX 572490 | | | | SALT LAKE CITY | UT | 84157-2490 |
| 4865949 | HIGH RIDGE BRANDS | 270 Saugatuck Avenue | | | | Westport | CT | 06880 |
| 5016312 | Niagara Bottling, LLC | Cassandra Hooks, Esq. | 1440 Bridgegate Dr. | | | Diamond Bar | CA | 91765 |
| 5843275 | HomeAdvisor, Inc. | 3601 Walnut St | | | | Denver | CO | 80205 |
| 5808433 | Parfums de Coeur, Ltd. | Scott M. Harrington, Esq. | Diserior Martin O'Connor & Castiglioni, LLP | 1010 Washington Blvd. | Suite 800 | Stamford | CT | 06901 |
| 5845757 | Sakar International Inc | c/o CKR Law LLP | Attn: Edward L. Schnitzer | 1330 Avenue of the Americas | 12th & 14th Floors | New York | NY | 10019 |
| 5825449 | Superb International Co., Ltd | c/o Tobias Law Firm, PC | 60 East 42nd Street, Suite 2450 | One Grand Central Place | | New York | NY | 10165 |

**<u>Exhibit B</u>**

Exhibit B

Affected Claimants Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|---------|-----------|-----------|------|-------|-------------|
| 5809230 | Cherokee Debt Acquisition, LLC as Transferee of Trademark Global, LLC | Attn: Vladimir Jelisavcic | 1384 Broadway | Suite 906 | New York | NY | 10018 |
| 7154510 | Globant, LLC | Archer & Greiner, P.C. | Allen G. KadishLance A. Schildkraut | 33 E Euclid Ave | Haddonfield | NJ | 08033-2374 |
| 5830322 | INTRALINKS, INC | 150 East 42nd Street | 8th Floor | | New York | NY | 10017 |
| 4806683 | OLYMPIA TOOLS INTERNATIONAL INC | 929 N. GRAND AVENUE | | | COVINA | CA | 91724 |
| 5769284 | SCHAWK INC | 1695 S. RIVER RD | | | DES PLAINES | IL | 60018 |
| 4895378 | Whitebox Multi-Strategy Partners, LP as Transferee of The Nes Group | Attn: Scott Specken | 3033 Excelsior Blvd | Ste 300 | Minneapolis | MN | 55416 |