HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors[1] | (Jointly Administered) |

------------------------------------------------------------- x

### TWENTIETH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

HF 13808665v.1

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al*. |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | July 1, 2021 through July 31, 2021 |
| Monthly Fees Incurred: | $31,094.50 |
| 20% Holdback: | $6,218.90 |
| Total Compensation Less 20% Holdback: | $24,875.60 |
| Monthly Expenses Incurred: | $30,040.66 |
| Total Fees and Expenses Requested: | $54,916.26 |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Twentieth Combined Monthly Fee Statement") covering the period from July 1, 2021 through July 31, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Twentieth Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $24,875.60 (80% of $31,094.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick

2

HF 13808665v.1

Feinstein, and (b) reimbursement of actual and necessary costs and expenses in the amount of $30,040.66 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 13808665v.1

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Twentieth Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Twentieth Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **September 16,**

4

**2021** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Twentieth Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Twentieth Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twentieth Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

[*Remainder of page left blank intentionally*]

| | |
|---|---|
| Dated: New York, New York<br>September 1, 2021 | HERRICK FEINSTEIN LLP<br><br>By: */s/ Stephen B. Selbst*<br>    Sean E. O'Donnell<br>    Stephen B. Selbst<br>    Steven B. Smith<br>    Christopher Carty<br>    Two Park Avenue<br>    New York, NY 10016<br>    Telephone: (212) 592-1400<br>    Facsimile: (212) 592-1500<br>Email: sodonnell@herrick.com<br>       sselbst@herrick.com<br>       ssmith@herrick.com<br>       ccarty@herrick.com<br><br>*Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.* |

## Exhibit A

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $850.00 | 6.6 | $5,610.00 |
| Sean O'Donnell | Restructuring & Finance Litigation | 1998 | $1075.00 | 4.5 | $4,837.50 |
| **Total Partners** | | | | **11.1** | **$10,447.50** |
| COUNSEL | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $690.00 | 26.3 | $18,147.00 |
| **Total Counsel** | | | | **26.3** | **$18,147.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $350.00 | 6.8 | $2,380.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **6.8** | **$2,380.00** |

| | | | | |
|---|---|---|---|---|
| E-Discovery and Litigation Support Services | | | | $120.00 |

HF 13808665v.1

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications – B160 | .5 | $537.50 |
| Other Contested Matters – B190 | 43.20 | $29,899.50 |
| Case Administration – B110 | .8 | $657.50 |
| **Total** | **44.50** | **$31,094.50** |

HF 13808665v.1

# Exhibit C

**Itemized Fees**

HF 13808665v.1



Official Committee of Unsecured Creditors of Sears Holdings  August 23, 2021
Attn: Ron Tucker  Invoice Number: 550688
225 W. Washington Street  Matter Number: 19609.0001
Indianapolis, IN 46204  Tax ID:     1662

Re:  **Sears Bankruptcy**

| | |
|---|---|
| Fees for legal services rendered through July 31, 2021 | $31,094.50 |
| Expenses posted through July 31, 2021 | 30,040.66 |
| **TOTAL** | **$61,135.16** |
| Unpaid balance from previous invoice(s) | $15,969.40 |
| Total Due Now | $77,104.56 |

**INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.**

| Kindly return this page with your **check payment** to: | Send **wire or ACH payments** to: | **Credit card payments:** |
|---|---|---|
| Herrick, Feinstein LLP | Citibank, N.A. | www.herrickpay.com |
| 2 Park Avenue | ABA Number:    0089 | *URL/link redirects to our* |
| New York, NY 10016 | Account Number:    6165 | *processor SlimCD* |
| | SWIFT #: | |

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 550688
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 07/01/21 | C. Carty | B190 | Revise draft memo to UCC regarding MTN investigation (1.2); review and analyze draft affidavits (0.9). | 2.10 |
| 07/01/21 | S. O'Donnell | B190 | Review/comment on updated memo; confer w/ team re same; confer w/ Akin re same. | 1.00 |
| 07/01/21 | K. Kolb | B190 | Further drafting of affidavit. | 1.40 |
| 07/01/21 | K. Kolb | B190 | Revise and finalize memo to committee. | 0.60 |
| 07/07/21 | K. Kolb | B190 | Analyze commentary on memo update to UCC. | 0.10 |
| 07/08/21 | C. Carty | B190 | Revise cover email to UCC regarding memorandum and recommendations in MTN investigation. | 0.80 |
| 07/08/21 | S. O'Donnell | B110 | Revise Committee memo. | 0.50 |
| 07/08/21 | K. Kolb | B190 | Finalize memo to UCC regarding investigation. | 0.90 |
| 07/08/21 | L. Schepp | B190 | Finalize documents cited in UCC Memo in preparation for attorney review. | 0.80 |
| 07/13/21 | C. Carty | B190 | Prepare for UCC call re MTN investigation; review and revise draft outline for call. | 2.30 |
| 07/13/21 | K. Kolb | B190 | Draft bullets on investigation status and claims based on review of memo and case law. | 5.00 |
| 07/14/21 | C. Carty | B190 | Prepare for presentation to UCC regarding MTN investigation and participate in pre-call with Herrick and CMRA teams (0.7); participate in presentation to UCC regarding MTN investigation and prepare for same (0.7). | 1.40 |
| 07/14/21 | S. O'Donnell | B190 | Pre-call w/ team and experts; prep for committee presentation; conduct same. | 2.50 |
| 07/14/21 | K. Kolb | B190 | Prepare for presentation to UCC regarding investigation. | 1.30 |
| 07/14/21 | K. Kolb | B190 | Attend prep call with experts regarding damages. | 0.60 |
| 07/14/21 | K. Kolb | B190 | Revise committee bullets based on pre-call. | 1.20 |
| 07/14/21 | K. Kolb | B190 | Attend call with UCC regarding investigation update. | 0.70 |
| 07/14/21 | K. Kolb | B190 | Revise participant affidavits and circulate to CMRA for input. | 0.90 |
| 07/16/21 | K. Kolb | B190 | Revise memo comparing allegations to other bankruptcy case. | 0.90 |
| 07/19/21 | S. O'Donnell | B160 | Coordinate complaint drafting. | 0.50 |
| 07/19/21 | K. Kolb | B190 | Revise affidavits and agreement and draft complaint. | 4.90 |
| 07/19/21 | L. Schepp | B190 | Update ISDA documents collected for attorney review. | 0.80 |
| 07/20/21 | K. Kolb | B190 | Revise affidavits and complaint and analyze auction rules and results. | 2.40 |



Invoice Number: 550688
Matter Number: 19609.0001
Page: 3

| Date | Name | Task Code | Narrative | Hours |
|---|---|---|---|---|
| 07/20/21 | K. Kolb | B190 | Revise affidavit to incorporate expert feedback. | 0.50 |
| 07/20/21 | L. Schepp | B190 | Create searches for documents relating to Jefferies in preparation for attorney review. | 2.90 |
| 07/21/21 | K. Kolb | B190 | Revise further to incorporate additional feedback. | 1.30 |
| 07/21/21 | K. Kolb | B190 | Call with expert regarding damages theories. | 0.40 |
| 07/21/21 | L. Schepp | B190 | Compile various proffers into a chronology in preparation for attorney review. | 2.30 |
| 07/23/21 | K. Kolb | B190 | Further analysis of proposed edits to declaration. | 0.20 |
| 07/23/21 | K. Kolb | B190 | Analyze proposed edits to declaration. | 0.30 |
| 07/24/21 | K. Kolb | B190 | Incorporate feedback into draft declaration. | 1.00 |
| 07/26/21 | K. Kolb | B190 | Revise declarations in connection with investigation. | 1.40 |
| 07/26/21 | K. Kolb | B190 | Draft proposed stipulation regarding claims. | 0.30 |
| | | | **TOTAL** | **$30,974.50** |

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 6.60 | 850.00 | 5,610.00 |
| K. Kolb | 26.30 | 690.00 | 18,147.00 |
| S. O'Donnell | 4.50 | 1,075.00 | 4,837.50 |
| L. Schepp | 6.80 | 350.00 | 2,380.00 |
| **TOTAL** | **44.20** | | **$30,974.50** |

### E-DISCOVERY & LITIGATION SUPPORT SERVICES

| | |
|---|---|
| Data processing | 120.00 |
| **TOTAL** | **$120.00** |

| | |
|---|---|
| **TOTAL LEGAL SERVICES** | **$31,094.50** |

### Disbursements:

| | Amount |
|---|---|
| Duplication | 222.40 |
| E-Discovery Data Hosting | 100.00 |
| Expert Witness Fees | 29,605.00 |



Invoice Number: 550688
Matter Number: 19609.0001
Page: 4

| | AMOUNT |
|---|---|
| Online Research | 35.74 |
| Pacer Charges | 13.80 |
| Postage & Shipping | 63.72 |
| **TOTAL:** | **$30,040.66** |

**TASK SUMMARY**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.80 | 657.50 |
| B160 | Fee/Employment Applications | 0.50 | 537.50 |
| B190 | Other Contested Matters | 43.20 | 29,899.50 |
| **TOTALS** | | **44.50** | **$31,094.50** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 356647 | 07/16/20 | 62,817.18 | 60,748.68 | 2,068.50 |
| 544217 | 03/25/21 | 4,063.00 | 4,062.80 | 0.20 |
| 545915 | 04/30/21 | 9,632.00 | 7,725.60 | 1,906.40 |
| 546768 | 05/25/21 | 19,600.60 | 15,701.90 | 3,898.70 |
| 547628 | 06/16/21 | 16,306.66 | 13,058.76 | 3,247.90 |
| 549157 | 07/19/21 | 24,438.50 | 19,590.80 | 4,847.70 |
| | | | **Total Outstanding** | **$15,969.40** |

## **Exhibit D**

### **Disbursement Summary**

| | |
|---|---:|
| E-Discovery Data Hosting | $100.00 |
| Duplication | $222.40 |
| Expert Witness Fees | $29,605.00 |
| Online Research | $35.74 |
| Pacer Charges | $13.80 |
| Postage & Shipping | $63.72 |
| **Total** | **$30,040.66** |

**<u>Exhibit E</u>**

**Itemized Disbursement**

HF 13808665v.1

# Disbursement Detail

**Applied filterssss:**  Matter: Official Committee of Unsecured Creditor (19609) Sears Bankruptcy (0001), Transaction Date: From 2021-07-01 To 2021-08-01

| Disbursement ID | Client/Matter | Transaction Date | Disb Code | Quantity | To Bill Amount $30,040.66 | Phase/Task | Narrative | Bill Number | Base Quantity | Billed Quantity | Base Amount | Billed Amount $30,040.66 | Posted Period | Billed Period | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9263072 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/8/2021 | Duplicating Supplies (020) | 164 | $19.68 | Expenses Only (EXP.EXP) Expenses Only | \|\|\|\| | 550688 | 164 | 164 | $19.68 | $19.68 | 202107 | 202108 | 8/23/2021 |
| 9263079 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/8/2021 | Color Duplicating (036) | 64 | $14.08 | Expenses Only (EXP.EXP) Expenses Only | \|\|\|\| | 550688 | 64 | 64 | $14.08 | $14.08 | 202107 | 202108 | 8/23/2021 |
| 9263192 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/8/2021 | Printing - blowback (089) | 1,048 | $188.64 | Expenses Only (EXP.EXP) Expenses Only | \|\|\|\| | 550688 | 1,048 | 1,048 | $188.64 | $188.64 | 202107 | 202108 | 8/23/2021 |
| 9264413 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/1/2021 | Online research - West (075) | 1 | $35.74 | Expenses Only (EXP.EXP) Expenses Only | Vendor: West Group - GSI Pa | 550688 | 1 | 1 | $35.74 | $35.74 | 202107 | 202108 | 8/23/2021 |
| 9268171 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/19/2021 | Shipping (013) | 0 | $21.24 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Federal Express; Inv | 550688 | 0 | 0 | $21.24 | $21.24 | 202107 | 202108 | 8/23/2021 |
| 9268172 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/19/2021 | Shipping (013) | 0 | $21.24 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Federal Express; Inv | 550688 | 0 | 0 | $21.24 | $21.24 | 202107 | 202108 | 8/23/2021 |
| 9268173 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/19/2021 | Shipping (013) | 0 | $21.24 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Federal Express; Inv | 550688 | 0 | 0 | $21.24 | $21.24 | 202107 | 202108 | 8/23/2021 |
| 9268846 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/31/2021 | E-Discovery Data Hosting Mi | 1 | $100.00 | Expenses Only (EXP.EXP) Expenses Only | Sears Bankruptcy UCC - Rule | 550688 | 1 | 1 | $100.00 | $100.00 | 202107 | 202108 | 8/23/2021 |
| 9269226 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/8/2021 | Pacer charges (074) | 1 | $13.80 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Pacer Service Center | 550688 | 1 | 1 | $13.80 | $13.80 | 202108 | 202108 | 8/23/2021 |
| 9270793 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/1/2021 | Expert Witness Fees (026) | 0 | $29,605.00 | Expenses Only (EXP.EXP) Expenses Only | Vendor: Capital Market Risk  | 550688 | 0 | 0 | $29,605.00 | $29,605.00 | 202108 | 202108 | 8/23/2021 |



Invoice ID: 2021-00307  
Account number: 26  
Project Id: 26  
Invoice date: August 1, 2021

Capital Market Risk Advisors  
4851 Tamiami Trail North  
Suite 243  
Naples, FL 34103  
Attn: Accounting

Kyle Kolb

Herrick Feinstein LLP  
2 Park Avenue  
New York, NY 10016

| Invoice Total | | | $29,605.00 |
|---|---|---|---|

**See attached spreadsheet for invoice specification.**

| NAME | AVERAGE RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| Niculescu | 1,250.00 | 16.6 | 20,750.00 |
| Iacono | 1,150.00 | 7.7 | 8,855.00 |
| **Grand Total** | | **24.3** | **$29,605.00** |

Please remit payment with the statement number to Capital Market Risk Advisors at the address listed above or via wire.  Contact QBTeam@advancedprofessional.net for wire instructions.