UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                  Chapter 11

SEARS HOLDINGS CORPORATION, ET. AL.,                Case No. No. 18-23538 (RDD)
                                                                        (Jointly Administered)
                        Debtors.
-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Michael Murphy Tannen to be admitted, ***pro hac vice***, to represent *Diana Arney* in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the bar of the State of Illinois and licensed to practice before all courts of the State of Illinois, and is a member in good standing of the Bars of the United States District Courts for the Northern District of Illinois and is admitted to practice before the United States Court of Appeals for the Seventh Circuit and the Federal Trial Bar, it is hereby

**ORDERED,** that Michael Murphy Murphy Tannen, Esq. is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases to represent *Diana Arney* in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
          September 8, 2021

                                                        /s/ Robert D. Drain
                                                        HONORABLE ROBERT D. DRAIN
                                                        UNITED STATES BANKRUPTCY JUDGE