Jennifer Sucher
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
jsucher@foxswibel.com

*Attorney for Dennemeyer & Co. LLC,*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
|   |   |
|---|---|
| In re: | : Case No. 18-23538 (RDD) |
|   | : |
|   | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | : |
|   | : (Jointly Administered) |
| Debtors. | : |
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Jennifer Sucher, attorney with the firm of Fox Swibel Levin & Carroll LLP, hereby withdraws her appearance as counsel on behalf of Dennemeyer & Co. LLC, in the above-captioned bankruptcy cases. Jennifer Sucher respectfully requests that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

she be removed from all service lists in these cases, including all electronic service lists and the

ECF notification system.

| | |
|---|---|
| Dated: Chicago, Illinois<br>September 8, 2021 | FOX SWIBEL LEVIN & CARROLL LLP<br><br>By:  /s/ Jennifer Sucher<br><br>200 West Madison Street, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 224-1200<br>Facsimile: (312) 224-1201<br>jsucher@foxswibel.com<br><br>*Attorney for Dennemeyer & Co. LLC,* |

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2021, a copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service of Papers to be filed and served via the Court's CM/ECF system to any party who has filed a request for notice pursuant to Rule 2002 of the Bankruptcy Rules.

4200020 v1 - 02937 / 019