August A. Pilati, Esq. (admitted pro *hac vice*)
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL 60523
Telephone: (630) 571-1900
*Counsel for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| Kmart Holding Corporation., | |
| Plaintiff, | Adv. No. 20-06784 |
| v. | |
| White Graphics, Inc., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

1.  The undersigned attorney represented the Defendant, White Graphics, Inc., in the above-captioned adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2. On April 7, 2021, Plaintiff filed a notice voluntarily dismissing the adversary complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable in adversary proceedings by Federal Rule of Bankruptcy Procedure 7041 (Adv. D. 9).

3. The above-captioned adversary proceeding was closed on April 20, 2021.

4. PLEASE TAKE NOTICE that the undersigned attorney hereby requests that he be removed from the CM/ECF notice list and from all other service lists for the above-captioned Chapter 11 cases, No. 18-23538-RDD.

Dated: September 8, 2021
Oak Brook, Illinois

/s/ August A. Pilati
Attorney for Defendant
August A. Pilati, Esq. (admitted pro hac vice)
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL  60523
(630) 571-1900
apilati@lilliglaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, a copy of the foregoing Notice of Withdrawal and Request for Removal from Service Lists was served via the Court's CM/ECF system to any person or entity who has filed a request for notice herein pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

/s/ August A. Pilati
August A. Pilati, Esq. (admitted pro hac vice)