**From:** Barefoot, Luke A. <lbarefoot@cgsh.com>
**Sent:** Wednesday, August 25, 2021 1:28 PM
**To:** Michael Tannen
**Cc:** Stacey.Leinheiser@transformco.com; Philip.DiDonato@weil.com; Marcus, Jacqueline; Julie Pustilnik; Tim Meloy
**Subject:** RE: Arney v. Sears Holding, et al.

Michael,

There is no need and it is inconsistent with practice in this matter and in this district to somehow insist there be several weeks between briefing and a hearing.  Indeed, our proposed hearing date comports with the case management order entered by Judge Drain (Docket item 139).  Let's keep in mind that when you indicated that due to health reasons you needed a further extension of the objection deadline, you were just one week away from the objection deadline.  We are offering you an additional two weeks, which should be more than sufficient.  It's hard not to read the insistence on an extended period between briefing and hearing as an effort to delay the inevitable.

Nonetheless, we would be willing to shorten our own reply deadline by another day and file our reply on Wed Sept. 22nd to give you and the court an additional day to consider the papers before the hearing.  But we do not consent to another adjournment of the hearing date and would oppose a motion by you that sought that.

The issues in our motion are straightforward and seek enforcement of clear and unambiguous orders.  It's time to stop requests for extension and get to the briefing and decision.

___

**Luke A. Barefoot**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: ccoyle@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2829
lbarefoot@cgsh.com  | clearygottlieb.com

# EXHIBIT B

**From:** Michael Tannen <mtannen@tannenlaw.com>
**Sent:** Wednesday, August 25, 2021 2:15 PM
**To:** Barefoot, Luke A. <lbarefoot@cgsh.com>
**Cc:** Stacey.Leinheiser@transformco.com; Philip.DiDonato@weil.com; Marcus, Jacqueline <jacqueline.marcus@weil.com>; Julie Pustilnik <jpustilnik@tpmblegal.com>; Tim Meloy <tmeloy@tannenlaw.com>
**Subject:** RE: Arney v. Sears Holding, et al.

Luke:

Thanks for your email.  I was just writing you when yours came in.

In concept, the adjustments to the briefing schedule are OK.

However, that leaves essentially one business day between the filing of your reply and the hearing.   In addition, we are further aware that Judge Drain is overseeing the PurduePharma trial.

Our state court case is on hold with respect to successor liability and discovery related thereto.

Seeing how this appears to be an issue of first impression in this bankruptcy case, I think we should proceed to hearing several weeks after briefing is closed, and perhaps we can conduct the hearing during the October omnibus court date.  We can take the laboring oar in preparing the motion adjusting the schedule.

I am still recovering at home.  Please let me know when you're available to speak.

Thanks,

mmt

Michael Murphy Tannen, Esq.



**Please note our change of address to:**
77 W. Washington St., Suite 500
Chicago, Illinois 60602
(312) 641.6650
(312) 641.6656 (facsimile)