IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DIANA M. ARNEY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2020 L 012403 |
| v. | ) |
| | ) Calendar A |
| ELECTROLUX HOME PRODUCTS, INC., | ) |
| and TRANSFORM SR BRANDS LLC, | ) |
| Individually and d/b/a SEARS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS CAUSE coming to be heard on Plaintiff's Motion for Continuance of Defendant's Motion to Dismiss and Permit Discovery, due notice given and the Court having been fully advised,

IT IS HEREBY ORDERED:

1) Plaintiff's Motion for Continuance of Defendant's Motion to Dismiss and Permit Discovery is Granted;

2) Defendant TRANSFORM SR BRANDS LLC's Motion to Dismiss is entered and continued;

3) Plaintiff is granted leave to conduct written discovery, request documents, and take depositions, if necessary, to respond to Defendant TRANSFORM SR BRANDS LLC's Motion to Dismiss.

**TAXMAN, POLLOCK, MURRAY
& BEKKERMAN, LLC**
225 West Wacker, Suite 1650
Chicago, Illinois 60606
Tel: (312)586-1700
Attorney ID# 61090

ENTERED: _____
              Judge         Judge's No.



ENTERED
Judge James N. O'Hara-1983
JUN 2 3 2021
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**EXHIBIT F**