IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DIANA M. ARNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ELECTORLUX HOME PRODUCTS, INC., )<br>TRANSFORM SR BRANDS LLC, Individually )<br>and d/b/a SEARS, and SEARS, ROEBUCK AND )<br>CO., )<br>)<br>Defendants. ) | Case No. 20 L 012403 |

## ORDER

This matter coming to be heard on Defendant Transform SR Brands LLC's Motion to Stay Plaintiff's June 30, 2021 Discovery Pending Bankruptcy Court Ruling with the Court being fully advised, IT IS HEREBY ORDERED:

1) Defendant's Motion to Stay is granted;

2) Plaintiff's June 30, 2021 discovery requests are stayed until at least July 27, 2021 or when the United States Bankruptcy Court for the Southern District of New York rules upon Defendant's Motion to Enforce (currently set for hearing July 27, 2021), whichever is later.

Judge James O' Hara



Prepared by:
Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
PH: (312) 422-6100
lsun@ohaganmeyer.com

EXHIBIT H