TANNEN LAW GROUP, P.C.
77 W. Washington St., Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.
*Attorneys for Diana Arney*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | |
| | ) | Case No. 18-23538 |
| Debtors. | ) | (RDD) |
| | ) | (Jointly Administered) |

### NOTICE OF RESPONSE OF UNIDENTIFIED AND UNIDENTIFIABLE FUTURE CLAIMANT DIANA ARNEY
### TO MOTION TO ENFORCE SALE ORDER AND FOR OTHER RELIEF OF
### RULE 363 ASSET PURCHASEER THRANSFORM

**PLEASE TAKE NOTICE** that Michael M. Tannen of Tannen Law Group, P.C. submitted for electronic filing with the ECF filing system a copy of this notice and the **Response of Unidentified and Unidentifiable Future Tort Claimant Diana Arney to Motion to Enforce Sale Order and for Other Relief of Rule 363 Asset Purchaser Transform** on September 13, 2021.

Respectfully Submitted,
TANNEN LAW GROUP, P.C.

By: /s/ *Michael M. Tannen*

Attorneys for Diana Arney

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2021, I caused a true and correct copy of the foregoing **Notice** and **Response of Unidentified and Unidentifiable Future Tort Claimant Diana Arney to Motion to Enforce Sale Order and for Other Relief of Rule 363 Asset Purchaser Transform** to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system. I further certify that I sent same via email delivery or via Federal Express as per the service list below.

/s/ *Michael M. Tannen*
Michael M. Tannen,

<u>Service List</u>
**Luke Barefoot**, lbarefoot@cgsh.com, Cleary Gottlieb Steen & Hamilton LLP
*Counsel for Transform SR Brands LLC*

**Jacqueline Marcus,** *Jacqueline.Marcus@weil.com*; **Phil DiDonato**, *Philip.DiDonato@weil.com*, Weil, Gotshal & Manges LLP
*Counsel for Sears Holdings Corp, et al.*

**Paul Schwartzberg,** *paul.schwartzberg@usdoj.gov*; **Richard Morrissey,** *richard.morrissey@usdoj.gov*

**The Honorable Judge Robert Drain,** *via FedEx on September 14, 2021 to 300 Quarropas Street, Suite 248, White Plains New York, 10601*