| | |
|---|---|
| LEVENE, NEALE, BENDER, YOO & BRILL<br>Todd M. Arnold<br>Cal. Bar No. 221868<br>(pro hac vice approved) [Dkt. 4790]<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>T: 310-229-1234<br>E: tma@LNBYB.com | **Hearing Date and Time:**<br>September 27, 2021 at 10:00 a.m. |

*Attorneys for Weihai Lianqiao International Coop. Group Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                          Chapter 11

SEARS HOLDING CORPORATION, *et al.*,              Case No. 18-23538 (RDD)

                             Debtors.         (Jointly Administered)
---------------------------------------------------------X

**JOINDER BY WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD. TO OBJECTION BY ORIENT CRAFT LIMITED TO INTERIM APPLICATIONS FOR COMPENSATION BY (1) AKIN GUMP HAUER & FIELD LLP [Doc. 9742]; (2) FTI CONSULTING INC. [Doc. 9743]; AND (3) WEIL, GOTSHAL & MANGES LLP [Doc. 9745]**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI"), by its attorneys, submits this joinder to the *Objection By Orient Craft Limited To Interim Applications For Compensation By (1) Akin Gump Hauer & Field LLP [Doc. 9742]; (2) FTI Consulting Inc. [Doc. 9743]; And (3) Weil, Gotshal & Manges LLP [Doc. 9745]* (the "Objection") [Doc. Nos. 9809 and 9810], and represents and says as follows:

1. WLI is an administrative creditor of these estates holding an "Allowed Non-Opt Out Settled Administrative Expense Claim" in the amount of $509,027.64.

2. WLI joins in and supports the Objection.

Dated: Los Angeles, California
September 20, 2021

                                        LEVENE, NEALE, BENDER, YOO
                                           & BRILL

By: */s/ Todd M. Arnold*
Todd M. Arnold
Cal. Bar No. 221868
(*pro hac vice* approved) [Dkt. 4790]
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
T: 310-229-1234
E: tma@LNBYB.com

*Attorneys for Weihai Lianqiao International Coop. Group Co., Ltd.*

Pg 3 of 3

**CERTIFICATE OF SERVICE**
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I, Lourdes Cruz, being duly sworn, deposes and says:

I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Los Angeles, State of California.

On September 20, 2021 I caused to be served a true copy of *Joinder By Weihai Lianqiao International Coop. Group Co., Ltd. To Objection By Orient Craft Limited To Interim Applications For Compensation By (1) Akin Gump Hauer & Field Llp [Doc. 9742]; (2) Fti Consulting Inc. [Doc. 9743]; And (3) Weil, Gotshal & Manges Llp [Doc. 9745]* via the following methods:

1. Upon the parties to this action who receive electronic service through CM/ECF.

2. Served by overnight mail on the United States Bankruptcy Court for the Southern District of New York, Chambers of Honorable Robert D. Drain, Sears Chambers Copy, US Bankruptcy Court SDNY, 300 Quarropas Street, Room 248, White Plains, NY 10601.

*/s/ Lourdes Cruz*
LOURDES CRUZ