# Exhibit 1

| Name of Claimant | Affected Proof of Claim No. | Total Asserted Claim Amount |
|---|---|---|
| Luzann M. Garcia | 9597 | $141,759.60 |
| Carmen Ocariz | 17139 | $17,408.00 |
| Aikia Lisa Ward | 1464; 3401; 16316 | $16,320.00 |