UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                :
                                                      :          Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,    :
                                                      :          Case No. 18-23538 (RDD)
                                                      :
                    Debtors.[1]                       :          (Jointly Administered)
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Exmelihn Reyes, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified in the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Hearings on Certain of the Debtors' Pending Objections to Proofs of Claim [Docket No. 9740]

On September 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Barnes & Thornburg LLP (MMLID 4857915), 655 W Broadway, Ste 1300, San Diego, CA 92101-8490:

- Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses on September 27, 2021 at 10:00 a.m. (ET) [Docket No. 9749]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On September 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on 3M Company (MMLID 7825763), 655 W Broadway, Suite 1300, San Diego, CA 92101-8490:

- Third Notice of Adjournment of Transform SR Brands LLC's Motion to Enforce Order [Docket No. 9781]

Dated: September 22, 2021

                                                     */s/ Exmelihn Reyes*
                                                     Exmelihn Reyes

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 22, 2021, by Exmelihn Reyes, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

   */s/ JAMES A. MAPPLETHORPE*
   Notary Public, State of New York
   No. 01MA6370846
   Qualified in New York County
   Commission Expires February 12, 2022

**Exhibit A**

18-23538-shl    Doc 9833    Filed 09/22/21    Entered 09/22/21 18:19:24    Main Document
Pg 3 of 4

# Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4784557 | County of Henrico, VA | PO Box 105634 | Atlanta | GA | 30348-5634 |
| 4222059 | EUKERS, TIMOTHY P | Redacted | | | |