WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re                                :       **Chapter 11**

                                 :

**SEARS HOLDINGS CORPORATION**, *et al.*,   :       **Case No. 18-23538 (RDD)**

                                 :

             Debtors.[1]         :       **(Jointly Administered)**

-------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION PURSUANT TO
## 28 U.S.C. § 1746 REGARDING DEBTORS' THIRTY-THIRD
## <u>OMNIBUS OBJECTION TO PROOFS OF CLAIM (DUPLICATE CLAIMS)</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management

procedures set forth in the *Amended Order Implementing Certain Notice and Case Management*

*Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management**

**Order**"), the undersigned hereby certifies as follows:

*1.*     On August 31, 2021, Sears Holdings Corporation and certain of its

affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), filed the *Debtors' Thirty-Third Omnibus Objection to Proofs of*

*Claim (To Reclassify or Disallow Claims)* (ECF No. 9787) (the "**Omnibus Objection**").

2.     In accordance with the Amended Case Management Order, the Debtors

established a deadline for parties to file responses to the Omnibus Objection (the "**Response**

**Deadline**").    The Response Deadline was set for September 15, 2021, at 4:00 p.m.

(prevailing Eastern Time).  The Amended Case Management Order provides that pleadings may be

granted without a hearing, provided that no objections or other responsive pleadings have been

filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the

pleading complies with the relevant procedural and notice requirements.

3.     The Response Deadline has now passed and, to the best of my knowledge,

with respect to the claims identified on **Exhibit 1** and **Exhibit 2,** to the proposed order granting

the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed

hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the

above-referenced cases in accordance with the procedures set forth in the Amended Case

Management Order or served on counsel to the Debtors.

WEIL:\98156441\1\73217.0004

4.      A redline of the Proposed Order marked against the version attached to the

Omnibus Objection is attached hereto as **Exhibit B**.

5.      Accordingly, the Debtors respectfully request that the Proposed Order be

entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:  September 22, 2021
        New York, New York

*/s/  Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

WEIL:\98156441\1\73217.0004

## Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[2] | : | **(Jointly Administered)** |

----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (TO RECLASSIFY OR DISALLOW CLAIMS)

Upon the *Debtors' Thirty-Third Omnibus Objection to Proofs of Claim (To Reclassify or Disallow Claims)*, filed on August 31, 2021 (the "**Objection**"),[3] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[3] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on (i) **Exhibit 1** annexed hereto and each asserted secured claim associated therewith is reclassified in its entirety to a general unsecured claim, (ii) **Exhibit 2** annexed hereto is disallowed in its entirety (collectively, the "**Disputed Claims**").

3.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

5.      The terms and conditions of this Order are effective immediately upon

entry.

Dated:    _____, 2021
          White Plains, New York

          _____
          HONORABLE ROBERT D. DRAIN
          UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Duplicated Claims (Reclassified Claims)**

Debtors' [Thirty-Third] Omnibus Objection to Claims

In re: Sears Holdings Corporation, *et al.*

Exhibit 1 - Reclassified Claims

Case No. 18-23538 (RDD)

### Schedule of Secured Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 1. | 1670 E4TH ONTARIO LLC | 17961 | $460,472.46 | $460,472.46 | $0.00 |
| 2. | Angione, Emilia I | 16698 | $6,551.55 | $6,551.55 | $0.00 |
| 3. | Battle, Jesse Richard | 18921 | $3,059.16 | $3,059.16 | $0.00 |
| 4. | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | 6987 | $6,565.96 | $6,565.96 | $0.00 |
| 5. | City of Cocoa | 19962 | $4,035.46 | $4,035.46 | $0.00 |
| 6. | City of Daytona Beach | 19088 | $5,704.25 | $5,704.25 | $0.00 |
| 7. | CITY OF ELYRIA - ELYRIA PUBLIC UTILITIES | 14809 | $2,313.45 | $2,313.45 | $0.00 |
| 8. | City of Hialeah | 20059 | $9,216.81 | $9,216.81 | $0.00 |
| 9. | City of Kent Utility Billing | 17470 | $9,170.21 | $9,170.21 | $0.00 |
| 10. | City of Portage | 6721 | $3,259.11 | $3,259.11 | $0.00 |
| 11. | COOPER, JO ANN | 11244 | $3,000.00 | $3,000.00 | $0.00 |
| 12. | Culley, Amy | 11945 | $3,045.89 | $3,045.89 | $0.00 |
| 13. | Deptford Township MUA | 5367 | $2,341.72 | $2,341.72 | $0.00 |
| 14. | Duetemeyer, Paul Leonard | 6743 | $5,088.33 | $5,088.33 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

Debtors' [Thirty-Third] Omnibus Objection to Claims

Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

### Schedule of Secured Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 15. | Erie Water Works | 18676 | $2,246.16 | $2,246.16 | $0.00 |
| 16. | Erie Water Works | 18674 | $1,134.48 | $1,134.48 | $0.00 |
| 17. | FAUX, BRENDA | 14994 | $20,000.00 | $20,000.00 | $0.00 |
| 18. | Goode, Diahann A | 14736 | $7,213.26 | $7,213.26 | $0.00 |
| 19. | GREENE JERRY D | 10958 | $2,609.25 | $2,609.25 | $0.00 |
| 20. | Jigba, Christiana Bassey | 6810 | $2,629.67 | $2,629.67 | $0.00 |
| 21. | Lower Paxton Township Authority | 5533 | $1,281.38 | $1,281.38 | $0.00 |
| 22. | MASOTTI, MAXI | 11217 | $5,000.00 | $5,000.00 | $0.00 |
| 23. | Meck, Donald L. | 14754 | $47,000.00 | $47,000.00 | $0.00 |
| 24. | Miami Dade Water and Sewer Department | 19823 | $30,468.09 | $30,468.09 | $0.00 |
| 25. | MORGAN, ERICA | 11003 | $2,700.00 | $2,700.00 | $0.00 |
| 26. | Olive Elect, LLC | 8206 | $55,543.81 | $55,543.81 | $0.00 |
| 27. | On Time Integration Inc. | 8526 | $236,770.34 | $236,770.34 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' [Thirty-Third] Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

### Schedule of Secured Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 28. | Santa Rosa Mall, LLC | 19755 | $20,836,827.00 | $20,836,827.00 | $0.00 |
| 29. | Scheibler, James | 15371 | $8,859.85 | $8,859.85 | $0.00 |
| 30. | SMITH, BENNY | 13647 | $1,500.00 | $1,500.00 | $0.00 |
| 31. | SONTIC WARD INC. | 15810 | $38,000.00 | $38,000.00 | $0.00 |
| 32. | The Hartford Insurance | 19839 | $13,401.73 | $13,401.73 | $0.00 |
| 33. | TOWNSHIP OF WAYNE | 8110 | $4,410.51 | $4,410.51 | $0.00 |
| 34. | Tri Great International Ltd. | 180 | $181,672.00 | $181,672.00 | $0.00 |
| 35. | TRI GREAT INTERNATIONAL LTD. | 288 | $26,352.00 | $26,352.00 | $0.00 |
| 36. | VILLEGAS, VAN | 13567 | $3,743.64 | $3,743.64 | $0.00 |
| 37. | WASHINGTON, MARY | 9904 | $30,000.00 | $30,000.00 | $0.00 |
| 38. | Water Revenue Bureau | 19445 | $6,605.71 | $6,605.71 | $0.00 |
| 39. | WATSON, VIRGINIA | 12258 | $1,400.00 | $1,400.00 | $0.00 |
| 40. | Wayne Township Tax Collector | 12022 | $4,871.12 | $4,871.12 | $0.00 |
| 41. | WILLIAMS, LINDA | 13507 | $12,365.59 | $12,365.59 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

**Debtors' [Thirty-Third] Omnibus Objection to Claims**
**Exhibit 1 - Reclassified Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Schedule of Secured Claims to be Reclassified* | | |
|---|---|---|---|---|---|

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 42. | Williams, Majorie M | 3706 | $1,360.00 | $1,360.00 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

## **Exhibit 2**

**Disputed Claims (Disallowed Claims)**

**Debtors' Thirty-Third Omnibus Objection to Claims**
**Exhibit B - Disallowed Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

### Schedule of Secured Claims to be Disallowed*

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Secured Claim Amount | Amount Disallowed | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 1. | Bloomquist, Shane R. | 8263 | $22,920.16 | $22,920.16 | $0.00 |
| 2. | GOMEZ, RAMON | 13579 | $4,140.50 | $4,140.50 | $0.00 |
| 3. | HOLBROOK, FRAN | 19376 | $2,607.00 | $2,607.00 | $0.00 |
| 4. | Lambert, Nathaniel | 9377 | $10,000.00 | $10,000.00 | $0.00 |
| 5. | Rodriguez, William | 20139 | $5,694.00 | $5,694.00 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

## **Exhibit B**

**Redline of Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
In re                                          :        Chapter 11
                                               :
SEARS HOLDINGS CORPORATION, et al.,            :        Case No. 18-23538 (RDD)
                                               :
               Debtors.¹                       :        (Jointly Administered)
---------------------------------------------------------------x
```

## ORDER GRANTING DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (TO RECLASSIFY OR DISALLOW CLAIMS)

Upon the *Debtors' Thirty-Third Omnibus Objection to Proofs of Claim (To Reclassify or Disallow Claims)*, filed on August 31, 2021 (the "**Objection**"),² of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection;

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

² Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.    The Objection is granted.

2.    Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on (i) **Exhibit 1** annexed hereto and each asserted secured claim associated therewith is reclassified in its entirety to a general unsecured claim, (ii) **Exhibit 2** annexed hereto is disallowed in its entirety (collectively, the "**Disputed Claims**").

3.    This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to,

claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such

Claimants shall be expressly preserved.

       4.     The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

       5.     The terms and conditions of this Order are effective immediately upon

entry.

Dated: _____, 2021
      White Plains, New York

           _____
           HONORABLE ROBERT D. DRAIN
           UNITED STATES BANKRUPTCY JUDGE