UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.*,       :
                                                :    Case No. 18-23538 (RDD)
                                                :
               Debtors.[1]                      :    (Jointly Administered)
------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Amended Notice Regarding Third Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 9679]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: September 21, 2021                                           */s/ Nuno Cardoso*
                                                                    Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2021

SRF 56592

18-23538-shl    Doc 9839    Filed 09/23/21    Entered 09/23/21 18:22:05    Main Document
Pg 3 of 4

**Exhibit A**

Exhibit A

Affected Claimants Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4901255 | Gelmart Industries Inc. | Shiboleth LLP | Attn: Joshua Levin-Epstein, Esq. | 1301 Avenue of the Americas | FL 21 | New York | NY | 10119-6036 |
| 4865949 | HIGH RIDGE BRANDS | 270 Saugatuck Avenue | | | | Westport | CT | 06880 |
| 4868982 | KISS PRODUCTS INC | ATTN: JOY LEE | 25 HARBOR PARK DRIVE | | | PORT WASHINGTON | NY | 11050 |
| 5797430 | MC Builders, LLC | 6116 Preservation Drive | | | | Chattanooga | TN | 37416 |
| 5016312 | Niagara Bottling, LLC | Cassandra Hooks, Esq. | 1440 Bridgegate Dr. | | | Diamond Bar | CA | 91765 |
| 5793182 | RDIALOGUE LLC | PHIL RUBIN | 515 REDDING VIEW CT. | | | ATLANTA | GA | 30328 |
| 4805920 | VOXX INTERNATIONAL CORPORATION | 180 MARCUS BLVD | | | | HAUPPAUGE | NY | 11788 |