TANNEN LAW GROUP, P.C.
77 W. Washington St, Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.

*Attorneys for Diana M. Arney*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) |
| | ) Case No. 18-23538 |
| Debtors. | ) (RDD) |
| | ) (Jointly Administered) |

### DECLARATION OF MICHAEL MURPHY TANNEN

Michael Murphy Tannen, being duly sworn under oath and under penalty of perjury, hereby avers and states as follows:

1. I have personal knowledge of the facts contained in this affidavit and could competently testify thereto if called as a witness.

2. I am a lawyer and the owner and principal of Tannen Law Group. P.C. ("TLG"). TLG was formerly known as Law Offices of Michael Murphy Tannen, P.C. I founded my firm in 2001.

3. I was licensed to practice in the State of Illinois and the United States District Court for the Northern District of Illinois in 1990. I am a member of the federal trial bar and licensed to appear before the 7th Circuit Court of Appeals. I have been admitted *pro hac vice* in state courts in Georgia, Indiana, and Texas as well as federal district and bankruptcy courts in Florida, Georgia, South Carolina and Texas, and for this case in this Court.

## EXHIBIT 1

4. I was retained to represent Diana Arney (Arney) in this case in late July 2021.

5. I submit this affidavit for several reasons.

6. First, I submit this affidavit to rebut Transform's accusations in letters, emails, and in their reply brief filed on September 22 that Arney has unduly delayed the briefing and hearing on Transform's motion to enforce the sales order and for other relief. Immediately upon being retained, our firm has reviewed pleadings in this case; reviewed pleadings in the state court case; and conducted a wide array of legal research. We have sought baseline information[1] and sought to forge areas of agreement with counsel for Debtor and Transform. This includes emails, Zoom conferences, telephone calls, and letters with counsel for Debtor and New Sears on the following dates: July 28, August 3, August 4, August 5, August 6, August 9, August 11, August 16, August 25,[2] August 27, September 8, September 15, September 17, and September 20.

7. Second, I tender this affidavit to apprise the Court of several federal cases we have uncovered which involve dryer fires like Arney's. This includes *MemberSelect Ins. Co. v. Electrolux Home Products, Inc.*, a subrogation case filed in federal court in Illinois. Agreements between Debtor and Electrolux were produced in that case which establish Old Sears's vigilant protection of the Kenmore brand. These documents also establish Debtor's heavy involvement in the repairs of dryers. The second case is *Roberts v.*

---

[1] This baseline information includes whether New Sears or Old Sears has any applicable and available liability insurance to cover Arney's injuries. The automatic stay would not apply to insurance proceeds. As of now, Old Sears says that the policy period which applies is 2008 when the dryer was made and sold. (Arney disagrees.) The status of excess and umbrella insurance is unknown. Old Sears states that it stopped getting liability insurance after 2019. Arney has requested copies of insurance policies and an 8030(b)(6) deposition of someone who knows about insurance. Old Sears has stated it will not voluntarily present a corporate designee for deposition. Arney has not received full copies of any insurance policy. New Sears has advised Arney that her request for insurance information is premature.

[2] I fell ill on August 16, was diagnosed with breakthrough Covid on August 18, and recovered and self-quarantined until approximately August 26. My associate's wife gave birth to their first child on August 22. The delivery was difficult and he was out of the office for roughly 10 days.

*Electrolux Home Products*. *Roberts* was a nationwide class action which involved allegations of defective design of numerous dryers made by Electrolux, including Kenmore. *Roberts* was settled in 2014. Per the settlement, among other things, owners of Kenmore dryers were to be advised of the hazards of lint and a subclass was formed of customers whose dryers might start on fire <u>after</u> settlement through 2022. We learned much of this information after we filed our response on September 13. Our investigation of these suits is ongoing.

8. Based on the foregoing, to the extent that Transform has not borne its burden to obtain an injunction against Arney to litigate her state court case, Transform's motion to enforce should be denied. Alternatively, I believe that before Arney's right to conduct discovery and plead successor liability counts against Transform in her state court case is sought to be extinguished, the record needs to be more fully developed, even if the present hearing or ruling on the motion to enforce is continued beyond September 27.

Dated: September 24, 2021

Michael Murphy Tannen
Tannen Law Group, P.C.
77 W Washington, Suite 500
Chicago, IL 60602
*Attorney for Diana Arney*

SUBSCRIBED AND SWORN TO
Before me, on this 24 day of September, 2021

Notary Public, State of Illinois
My Commission Expires: 03/14/2022

OFFICIAL SEAL
JEREMY KNIOLA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/14/22

TANNEN LAW GROUP, P.C.
77 W. Washington St, Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.

*Attorneys for Diana M. Arney*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) |
| | ) Case No. 18-23538 |
| Debtors. | ) (RDD) |
| | ) (Jointly Administered) |

## VERIFICATION

Under penalties of perjury, I, Michael Tannen, certify that I have personal knowledge of the facts and the statements as set forth in this Affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

*[signature]*

Michael Murphy Tannen
Tannen Law Group, P.C.
77 W Washington, Suite 500
Chicago, IL 60602
*Attorney for Diana Arney*

SUBSCRIBED AND SWORN TO
Before me, on this 24 day of September, 2021

*[signature]*

Notary Public, State of Illinois
My Commission Expires: 3/14/2022rd

OFFICIAL SEAL
JEREMY KNIOLA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/22