TANNEN LAW GROUP, P.C.
77 W. Washington St., Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.
*Attorneys for Diana Arney*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | |
| | ) | Case No. 18-23538 |
| Debtors. | ) | (RDD) |
| | ) | (Jointly Administered) |

### NOTICE OF FUTURE TORT CLAIMANT DIANA ARNEY'S STATUS REPORT REGARDING OTHER FEDERAL LAWSUITS INVOLVING KENMORE DRYER FIRES AND REQUEST FOR JUDICIAL NOTICE OF SAME

**PLEASE TAKE NOTICE** that Michael M. Tannen of Tannen Law Group, P.C. submitted for electronic filing with the ECF filing system a copy of this notice and **Future Tort Claimant Diana Arney's Status Report Regarding Other Federal Lawsuits Involving Kenmore Dryer Fires and Request for Judicial Notice of Same** on September 24, 2021.

Respectfully Submitted,
TANNEN LAW GROUP, P.C.

By: /s/ *Michael M. Tannen*
Attorneys for Diana Arney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of September, 2021, I caused a true and correct copy of the foregoing **Notice** and **Future Tort Claimant Diana Arney's Status Report Regarding Other Federal Lawsuits Involving Kenmore Dryer Fires and Request for Judicial Notice of Same** to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system. I further certify that I sent same via email delivery or via Federal Express as per the service list below.

/s/ *Michael M. Tannen*
Michael M. Tannen

**Service List**

**Luke Barefoot**, *lbarefoot@cgsh.com*, Cleary Gottlieb Steen & Hamilton LLP
*Counsel for Transform SR Brands LLC*

**Jacqueline Marcus,** *Jacqueline.Marcus@weil.com;* **Phil DiDonato**, *Philip.DiDonato@weil.com*, Weil, Gotshal & Manges LLP
*Counsel for Sears Holdings Corp, et al.*

**Paul Schwartzberg,** *paul.schwartzberg@usdoj.gov;* **Richard Morrissey,** *richard.morrissey@usdoj.gov*

**The Honorable Judge Robert Drain,** *via FedEx on September 24, 2021 to 300 Quarropas Street, Suite 248, White Plains New York, 10601*