UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 9675 |

**ORDER GRANTING SECOND INTERIM REPORT OF ASK LLP
AS COUNSEL TO THE LITIGATION DESIGNEES
FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021**

ASK LLP, counsel to the Litigation Designees, which designees were identified pursuant to the Confirmation Order for Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), having filed its Second Interim Report for the Period of March 1, 2021 through June 30, 2021 (the "Second Interim Report"), seeking the interim allowance under 11 U.S.C. § 331 of its hourly fees and expenses for the Period;[2] and the Court having reviewed the Second Interim Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), (b) notice of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Second Interim Report.

Second Interim Report and the opportunity for a hearing on the Second Interim Report was due and sufficient, (c) there was no objection to the Second Interim Report, and (d) no additional notice or a hearing is required and the Second Interim Report establishes sufficient cause for the relief granted herein.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Second Interim Report is GRANTED.

2. ASK LLP is awarded approval for interim compensation in the amount of $48,165.00 for professional services rendered and $23,065.30 for costs and expenses for a total of $71,230.30 for the Second Interim Report Period of March 1, 2021 through June 30, 2021, as set forth in Schedules A and B hereto.

3. Such sums are authorized for payment less any amounts previously paid to ASK LLP.

Dated: White Plains, New York
       September 27, 2021

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)  Schedule A
Case Name: In re Sears Holdings Corporation, *et al*.

**CURRENT FEE PERIOD**

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | 7/26/2021 Docket No. 9675 | 3/1/2021 through 6/30/2021 | $48,165.00 | $48,165.00 | $48,165.00 | $23,065.30 | $23,065.30 | $23,065.30 |

Date Order Entered: 9/27/2021  Initials: RDD  USBJ

Case No.: 18-23538 (RDD)                                                           **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

Date Order Signed: 9/27/2021                                                 Initials: RDD USBJ

## QUARTERLY REPORT TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | $214,694.20 | $169,223.36 | $31,061.16 | $11,121.26 |

2