UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TWENTY EIGTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH AUGUST 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | July 1, 2021 through August 31, 2021 |
| Monthly Fees Incurred: | $143,383.50 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses: | $143,383.50 |

This is a:  __X__ monthly  _____ interim  _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from July 1, 2021 through and including August 31, 2021 (the "**Twenty Eighth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $143,383.50 |
| Expenses | 0.00 |
| **TOTAL** | **$143,383.50** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

|  |  |
|---|---|
| Professional Fees at 80% | $114,706.80 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$114,706.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Twenty Eighth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Twenty Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Twenty Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Twenty Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Twenty Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Twenty Eighth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9.  Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than October 13, 2021 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
September 28, 2021

                                          FTI CONSULTING, INC.
                                          Financial Advisors to the Official Committee of
                                          Unsecured Creditors of Sears Holdings Corporation

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Nelson, Cynthia A | Sr Managing Dir | Retail | $ 1,120 | 0.2 | $ 224.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,295 | 0.7 | 906.50 |
| Star, Samuel | Sr Managing Dir | Restructuring | 1,165 | 0.6 | 699.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,120 | 27.2 | 30,464.00 |
| Eisler, Marshall | Managing Director | Restructuring | 885 | 51.1 | 45,223.50 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 14.9 | 9,461.50 |
| Shapiro, Jill | Sr Consultant | Restructuring | 580 | 97.0 | 56,260.00 |
| Hellmund-Mora, Marili | Project Asst | Restructuring | 290 | 0.5 | 145.00 |
| **TOTAL** | | | | **192.2** | **$ 143,383.50** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financing Matters (DIP, Exit, Other) | 164.6 | $ 124,051.00 |
| 5 | Real Estate Issues | 0.2 | 224.00 |
| 17 | Wind Down Monitoring | 9.5 | 7,123.00 |
| 18 | Potential Avoidance Actions & Litigation | 9.8 | 6,266.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.9 | 2,524.50 |
| 24 | Preparation of Fee Application | 5.2 | 3,195.00 |
| | **TOTAL** | **192.2** | **$143,383.50** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 7/2/2021 | Shapiro, Jill | 0.5 | Participate in call re: litigation funding. |
| 3 | 7/2/2021 | Eisler, Marshall | 0.9 | Evaluate key issues re: litigation funding. |
| 3 | 7/2/2021 | Kim, Ye Darm | 0.5 | Participate in call re: litigation funding. |
| 3 | 7/6/2021 | Shapiro, Jill | 0.5 | Participate on call re: litigation funding. |
| 3 | 7/6/2021 | Eisler, Marshall | 1.2 | Provide follow up comments to litigation funding materials. |
| 3 | 7/6/2021 | Kim, Ye Darm | 0.5 | Participate on call re: litigation funding. |
| 3 | 7/6/2021 | Kim, Ye Darm | 3.4 | Prepare updates to litigation funding materials. |
| 3 | 7/7/2021 | Shapiro, Jill | 2.6 | Prepare materials re: litigation funding. |
| 3 | 7/7/2021 | Shapiro, Jill | 0.6 | Participate in call re: litigation funding. |
| 3 | 7/7/2021 | Eisler, Marshall | 1.6 | Provide follow up comments to litigation funding materials. |
| 3 | 7/7/2021 | Kim, Ye Darm | 0.6 | Participate in call re: litigation funding. . |
| 3 | 7/7/2021 | Kim, Ye Darm | 2.1 | Update materials re: litigation funding. |
| 3 | 7/8/2021 | Shapiro, Jill | 1.1 | Participate in call re: litigation funding. |
| 3 | 7/8/2021 | Shapiro, Jill | 2.4 | Prepare materials re: litigation funding. |
| 3 | 7/8/2021 | Eisler, Marshall | 1.2 | Correspond with Counsel re: litigation funding materials. |
| 3 | 7/8/2021 | Kim, Ye Darm | 0.6 | Prepare materials re: litigation funding. |
| 3 | 7/8/2021 | Kim, Ye Darm | 1.1 | Participate in call re: litigation funding. |
| 3 | 7/8/2021 | Kim, Ye Darm | 2.9 | Revise litigation funding materials. |
| 3 | 7/8/2021 | Kim, Ye Darm | 3.2 | Update litigation funding materials. |
| 3 | 7/9/2021 | Shapiro, Jill | 0.6 | Evaluate issues re: litigation funding. |
| 3 | 7/12/2021 | Diaz, Matthew | 1.3 | Review key issues re: litigation funding. |
| 3 | 7/12/2021 | Shapiro, Jill | 0.7 | Prepare materials re: litigation funding. |
| 3 | 7/12/2021 | Shapiro, Jill | 0.9 | Update materials re: litigation funding. |
| 3 | 7/12/2021 | Eisler, Marshall | 0.9 | Evaluate issues re: litigation funding materials. |
| 3 | 7/13/2021 | Diaz, Matthew | 1.1 | Review materials re: litigation funding. |
| 3 | 7/13/2021 | Shapiro, Jill | 3.5 | Prepare materials in connection with litigation funding. |
| 3 | 7/13/2021 | Eisler, Marshall | 1.3 | Prepare analysis re: litigation funding. |
| 3 | 7/14/2021 | Diaz, Matthew | 0.5 | Review the updated litigation funding materials. |
| 3 | 7/14/2021 | Diaz, Matthew | 0.3 | Evaluate issues re: litigation funding. |
| 3 | 7/14/2021 | Shapiro, Jill | 1.3 | Update materials in connection with litigation funding. |
| 3 | 7/14/2021 | Eisler, Marshall | 1.8 | Correspond with Counsel re: litigation funding materials. |
| 3 | 7/15/2021 | Diaz, Matthew | 0.9 | Review the updated litigation funding materials. |
| 3 | 7/15/2021 | Shapiro, Jill | 3.8 | Prepare analysis re: litigation funding. |
| 3 | 7/15/2021 | Shapiro, Jill | 0.9 | Update materials re: litigation funding. |
| 3 | 7/16/2021 | Diaz, Matthew | 1.1 | Review materials re: litigation funding. |
| 3 | 7/16/2021 | Shapiro, Jill | 2.4 | Update materials re: litigation funding. |
| 3 | 7/16/2021 | Eisler, Marshall | 0.8 | Provide additional comments to litigation funding materials. |
| 3 | 7/19/2021 | Diaz, Matthew | 0.7 | Review litigation funding materials. |
| 3 | 7/19/2021 | Shapiro, Jill | 1.4 | Prepare materials re: litigation funding. |
| 3 | 7/19/2021 | Eisler, Marshall | 1.4 | Analyze litigation funding materials. |
| 3 | 7/20/2021 | Diaz, Matthew | 0.7 | Review materials re: litigation funding. |
| 3 | 7/20/2021 | Shapiro, Jill | 0.8 | Evaluate issues re: litigation funding. |
| 3 | 7/20/2021 | Shapiro, Jill | 1.1 | Update materials re: litigation funding. |
| 3 | 7/20/2021 | Eisler, Marshall | 1.8 | Review litigation funding materials. |
| 3 | 7/21/2021 | Shapiro, Jill | 0.6 | Prepare materials in connection with litigation funding. |
| 3 | 7/26/2021 | Shapiro, Jill | 1.9 | Update materials re: litigation funding. |
| 3 | 7/26/2021 | Eisler, Marshall | 0.9 | Provide follow up comments re: litigation funding materials. |
| 3 | 7/27/2021 | Shapiro, Jill | 3.5 | Prepare materials re: litigation funding. |
| 3 | 7/27/2021 | Eisler, Marshall | 0.7 | Evaluate issues re: litigation funding materials. |
| 3 | 7/28/2021 | Diaz, Matthew | 1.5 | Review the litigation funding materials. |
| 3 | 7/28/2021 | Diaz, Matthew | 0.7 | Perform detailed review of litigation funding materials. |
| 3 | 7/28/2021 | Shapiro, Jill | 2.2 | Prepare materials re: litigation funding. |
| 3 | 7/28/2021 | Eisler, Marshall | 1.2 | Provide follow up comments to litigation funding materials. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 8/2/2021 | Shapiro, Jill | 0.3 | Update litigation funding materials. |
| 3 | 8/3/2021 | Diaz, Matthew | 0.3 | Review the updated litigation funding materials. |
| 3 | 8/3/2021 | Shapiro, Jill | 0.4 | Prepare materials re: litigation funding. |
| 3 | 8/4/2021 | Diaz, Matthew | 0.7 | Evaluate the litigation funding issues. |
| 3 | 8/4/2021 | Shapiro, Jill | 1.4 | Update materials re: litigation funding. |
| 3 | 8/4/2021 | Diaz, Matthew | 0.6 | Review updated litigation funding materials. |
| 3 | 8/5/2021 | Shapiro, Jill | 0.3 | Prepare materials re: litigation funding. |
| 3 | 8/6/2021 | Diaz, Matthew | 1.6 | Review the updated litigation funding materials. |
| 3 | 8/6/2021 | Shapiro, Jill | 3.3 | Prepare analysis re: litigation funding materials. |
| 3 | 8/7/2021 | Shapiro, Jill | 0.5 | Update analysis re: litigation funding materials. |
| 3 | 8/9/2021 | Shapiro, Jill | 2.9 | Prepare materials re: litigation funding. |
| 3 | 8/9/2021 | Diaz, Matthew | 1.6 | Review and update litigation funding materials. |
| 3 | 8/9/2021 | Eisler, Marshall | 2.3 | Update litigation funding materials. |
| 3 | 8/10/2021 | Diaz, Matthew | 0.8 | Review latest litigation funding materials. |
| 3 | 8/10/2021 | Diaz, Matthew | 0.3 | Draft correspondence to Counsel re: litigation funding materials. |
| 3 | 8/10/2021 | Shapiro, Jill | 0.4 | Review materials re: litigation funding. |
| 3 | 8/10/2021 | Eisler, Marshall | 0.8 | Correspond with Counsel re: litigation funding issues. |
| 3 | 8/12/2021 | Diaz, Matthew | 0.6 | Review the updated litigation funding materials. |
| 3 | 8/12/2021 | Shapiro, Jill | 3.1 | Prepare materials re: litigation funding. |
| 3 | 8/12/2021 | Eisler, Marshall | 1.3 | Correspond with Counsel re: litigation funding materials. |
| 3 | 8/12/2021 | Eisler, Marshall | 0.8 | Provide comments to litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 0.4 | Participate in call re: litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 1.2 | Review the updated litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 0.6 | Provide comments to the litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 0.7 | Review materials re: litigation funding. |
| 3 | 8/13/2021 | Shapiro, Jill | 3.4 | Prepare materials re: litigation funding. |
| 3 | 8/13/2021 | Shapiro, Jill | 0.9 | Evaluate key issues re: litigation funding. |
| 3 | 8/13/2021 | Shapiro, Jill | 0.4 | Participate in call re: litigation funding materials. |
| 3 | 8/13/2021 | Eisler, Marshall | 0.4 | Participate in call re: litigation funding materials. |
| 3 | 8/13/2021 | Eisler, Marshall | 0.8 | Review litigation funding materials. |
| 3 | 8/16/2021 | Diaz, Matthew | 0.9 | Review the updated materials re: litigation funding. |
| 3 | 8/16/2021 | Shapiro, Jill | 1.2 | Prepare materials re: litigation funding. |
| 3 | 8/16/2021 | Eisler, Marshall | 1.8 | Provide comments to latest litigation funding materials. |
| 3 | 8/17/2021 | Diaz, Matthew | 0.6 | Review the litigation funding materials. |
| 3 | 8/17/2021 | Shapiro, Jill | 2.0 | Update materials re: litigation funding. |
| 3 | 8/17/2021 | Eisler, Marshall | 1.3 | Provide comments to litigation funding materials. |
| 3 | 8/17/2021 | Eisler, Marshall | 0.9 | Correspond with Counsel re: litigation funding materials. |
| 3 | 8/18/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to discuss litigation funding issues. |
| 3 | 8/18/2021 | Diaz, Matthew | 0.7 | Review the updated litigation funding materials. |
| 3 | 8/18/2021 | Shapiro, Jill | 0.8 | Prepare materials re: litigation funding. |
| 3 | 8/18/2021 | Shapiro, Jill | 0.4 | Evaluate issues re: litigation funding. |
| 3 | 8/18/2021 | Shapiro, Jill | 0.5 | Participate in call with Counsel to discuss litigation funding issues. |
| 3 | 8/18/2021 | Eisler, Marshall | 1.8 | Correspond with Counsel re: litigation funding materials. |
| 3 | 8/20/2021 | Diaz, Matthew | 0.8 | Review the updated litigation funding materials. |
| 3 | 8/23/2021 | Diaz, Matthew | 1.1 | Evaluate issues re: latest litigation funding materials. |
| 3 | 8/23/2021 | Shapiro, Jill | 3.7 | Prepare materials re: litigation funding. |
| 3 | 8/23/2021 | Shapiro, Jill | 3.2 | Update materials re: litigation funding. |
| 3 | 8/23/2021 | Eisler, Marshall | 2.1 | Revise litigation funding materials. |
| 3 | 8/23/2021 | Eisler, Marshall | 2.8 | Review materials re: litigation funding. |
| 3 | 8/23/2021 | Eisler, Marshall | 2.1 | Evaluate issues re: litigation funding. |
| 3 | 8/24/2021 | Star, Samuel | 0.5 | Review litigation funding materials. |
| 3 | 8/24/2021 | Diaz, Matthew | 1.3 | Review materials re: litigation funding. |
| 3 | 8/24/2021 | Shapiro, Jill | 2.5 | Prepare materials re: litigation funding. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 8/24/2021 | Shapiro, Jill | 3.5 | Update materials re: litigation funding. |
| 3 | 8/24/2021 | Shapiro, Jill | 0.9 | Update materials re: litigation funding. |
| 3 | 8/24/2021 | Eisler, Marshall | 1.9 | Prepare materials in connection with litigation funding. |
| 3 | 8/24/2021 | Eisler, Marshall | 1.1 | Review materials re: litigation funding. |
| 3 | 8/24/2021 | Eisler, Marshall | 1.2 | Provide comments to litigation funding materials. |
| 3 | 8/24/2021 | Eisler, Marshall | 0.9 | Respond to diligence questions re: litigation funding issues. |
| 3 | 8/24/2021 | Eisler, Marshall | 0.7 | Review litigation funding materials. |
| 3 | 8/25/2021 | Shapiro, Jill | 3.3 | Prepare materials re: litigation funding. |
| 3 | 8/25/2021 | Shapiro, Jill | 0.7 | Participate in call with designees. |
| 3 | 8/25/2021 | Eisler, Marshall | 1.1 | Respond to diligence requests re: litigation funding issues. |
| 3 | 8/25/2021 | Eisler, Marshall | 0.7 | Prepare for call with Designees re: litigation funding. |
| 3 | 8/25/2021 | Eisler, Marshall | 0.7 | Participate in call with designees. |
| 3 | 8/26/2021 | Shapiro, Jill | 2.1 | Prepare materials re: litigation funding. |
| 3 | 8/26/2021 | Eisler, Marshall | 2.9 | Respond to diligence requests re: litigation funding issues. |
| 3 | 8/29/2021 | Shapiro, Jill | 0.5 | Update litigation funding materials. |
| 3 | 8/30/2021 | Eisler, Marshall | 1.3 | Provide comments to litigation funding materials. |
| 3 | 8/31/2021 | Shapiro, Jill | 1.8 | Prepare materials re: litigation funding. |
| **3 Total** | | | **164.6** | |
| 5 | 7/6/2021 | Nelson, Cynthia A | 0.2 | Review proposed property sale by Debtors. |
| **5 Total** | | | **0.2** | |
| 17 | 7/13/2021 | Shapiro, Jill | 3.8 | Prepare update report for the UCC. |
| 17 | 7/14/2021 | Diaz, Matthew | 0.6 | Review operating report update to be presented to the Committee. |
| 17 | 7/14/2021 | Diaz, Matthew | 0.4 | Review the Debtors' status report to prepare for the UCC meeting. |
| 17 | 7/14/2021 | Shapiro, Jill | 1.9 | Update status report for the UCC. |
| 17 | 7/14/2021 | Simms, Steven | 0.3 | Review MTN items. |
| 17 | 7/14/2021 | Simms, Steven | 0.4 | Review update from Counsel and advisors. |
| 17 | 7/27/2021 | Star, Samuel | 0.1 | Review status report filed with the court. |
| 17 | 7/27/2021 | Eisler, Marshall | 0.8 | Participate in status update hearing. |
| 17 | 7/28/2021 | Diaz, Matthew | 0.5 | Review the updated Sears status report. |
| 17 | 7/30/2021 | Shapiro, Jill | 0.7 | Review status report and prepare questions for M-III re: updated assumptions. |
| **17 Total** | | | **9.5** | |
| 18 | 7/1/2021 | Shapiro, Jill | 3.2 | Prepare historical transaction analysis. |
| 18 | 7/7/2021 | Shapiro, Jill | 2.9 | Update historical transaction analysis. |
| 18 | 7/9/2021 | Shapiro, Jill | 1.7 | Revise historical transaction analysis. |
| 18 | 7/22/2021 | Eisler, Marshall | 1.2 | Correspond with Counsel re: document retention issues. |
| 18 | 7/23/2021 | Diaz, Matthew | 0.4 | Review document retention issues. |
| 18 | 8/31/2021 | Shapiro, Jill | 0.4 | Respond to request re: Seritage capital structure. |
| **18 Total** | | | **9.8** | |
| 21 | 7/14/2021 | Eisler, Marshall | 1.1 | Prepare for UCC call re: wind down budget. |
| 21 | 7/14/2021 | Eisler, Marshall | 0.6 | Participate in UCC update call. |
| 21 | 7/14/2021 | Diaz, Matthew | 0.6 | Participate in UCC update call. |
| 21 | 7/14/2021 | Shapiro, Jill | 0.6 | Participate in UCC update call. |
| **21 Total** | | | **2.9** | |
| 24 | 7/22/2021 | Shapiro, Jill | 0.6 | Prepare June fee statement. |
| 24 | 7/23/2021 | Shapiro, Jill | 0.2 | Prepare June fee statement. |
| 24 | 7/26/2021 | Shapiro, Jill | 0.6 | Update June fee statement. |
| 24 | 7/28/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the June fee statement. |
| 24 | 8/10/2021 | Shapiro, Jill | 1.8 | Prepare interim fee application. |
| 24 | 8/11/2021 | Diaz, Matthew | 0.6 | Review the interim fee application. |
| 24 | 8/11/2021 | Shapiro, Jill | 0.3 | Update interim fee application. |
| 24 | 8/12/2021 | Shapiro, Jill | 0.6 | Finalize interim fee application. |
| **24 Total** | | | **5.2** | |
| **Grand Total** | | | **192.2** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Expense Type | Amount |
|---|---|
| **Not Applicable in this month.** | |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2021 TO AUGUST 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Not Applicable in this month.** | | |