# Exhibit 1

## Duplicated Claims (Reclassified Claims)

Debtors' [Thirty-Third] Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 1. | 1670 E4TH ONTARIO LLC | 17961 | $460,472.46 | $460,472.46 | $0.00 |
| 2. | Angione, Emilia I | 16698 | $6,551.55 | $6,551.55 | $0.00 |
| 3. | Battle, Jesse Richard | 18921 | $3,059.16 | $3,059.16 | $0.00 |
| 4. | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | 6987 | $6,565.96 | $6,565.96 | $0.00 |
| 5. | City of Cocoa | 19962 | $4,035.46 | $4,035.46 | $0.00 |
| 6. | City of Daytona Beach | 19088 | $5,704.25 | $5,704.25 | $0.00 |
| 7. | CITY OF ELYRIA - ELYRIA PUBLIC UTILITIES | 14809 | $2,313.45 | $2,313.45 | $0.00 |
| 8. | City of Hialeah | 20059 | $9,216.81 | $9,216.81 | $0.00 |
| 9. | City of Kent Utility Billing | 17470 | $9,170.21 | $9,170.21 | $0.00 |
| 10. | City of Portage | 6721 | $3,259.11 | $3,259.11 | $0.00 |
| 11. | COOPER, JO ANN | 11244 | $3,000.00 | $3,000.00 | $0.00 |
| 12. | Culley, Amy | 11945 | $3,045.89 | $3,045.89 | $0.00 |
| 13. | Deptford Township MUA | 5367 | $2,341.72 | $2,341.72 | $0.00 |
| 14. | Duetemeyer, Paul Leonard | 6743 | $5,088.33 | $5,088.33 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

Debtors' [Thirty-Third] Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 15. | Erie Water Works | 18676 | $2,246.16 | $2,246.16 | $0.00 |
| 16. | Erie Water Works | 18674 | $1,134.48 | $1,134.48 | $0.00 |
| 17. | FAUX, BRENDA | 14994 | $20,000.00 | $20,000.00 | $0.00 |
| 18. | Goode, Diahann A | 14736 | $7,213.26 | $7,213.26 | $0.00 |
| 19. | GREENE JERRY D | 10958 | $2,609.25 | $2,609.25 | $0.00 |
| 20. | Jigba, Christiana Bassey | 6810 | $2,629.67 | $2,629.67 | $0.00 |
| 21. | Lower Paxton Township Authority | 5533 | $1,281.38 | $1,281.38 | $0.00 |
| 22. | MASOTTI, MAXI | 11217 | $5,000.00 | $5,000.00 | $0.00 |
| 23. | Meck, Donald L. | 14754 | $47,000.00 | $47,000.00 | $0.00 |
| 24. | Miami Dade Water and Sewer Department | 19823 | $30,468.09 | $30,468.09 | $0.00 |
| 25. | MORGAN, ERICA | 11003 | $2,700.00 | $2,700.00 | $0.00 |
| 26. | Olive Elect, LLC | 8206 | $55,543.81 | $55,543.81 | $0.00 |
| 27. | On Time Integration Inc. | 8526 | $236,770.34 | $236,770.34 | $0.00 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

Debtors' [Thirty-Third] Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 28. | Santa Rosa Mall, LLC | 19755 | $20,836,827.00 | $20,836,827.00 | $0.00 |
| 29. | Scheibler, James | 15371 | $8,859.85 | $8,859.85 | $0.00 |
| 30. | SMITH, BENNY | 13647 | $1,500.00 | $1,500.00 | $0.00 |
| 31. | SONTIC WARD INC. | 15810 | $38,000.00 | $38,000.00 | $0.00 |
| 32. | The Hartford Insurance | 19839 | $13,401.73 | $13,401.73 | $0.00 |
| 33. | TOWNSHIP OF WAYNE | 8110 | $4,410.51 | $4,410.51 | $0.00 |
| 34. | Tri Great International Ltd. | 180 | $181,672.00 | $181,672.00 | $0.00 |
| 35. | TRI GREAT INTERNATIONAL LTD. | 288 | $26,352.00 | $26,352.00 | $0.00 |
| 36. | VILLEGAS, VAN | 13567 | $3,743.64 | $3,743.64 | $0.00 |
| 37. | WASHINGTON, MARY | 9904 | $30,000.00 | $30,000.00 | $0.00 |
| 38. | Water Revenue Bureau | 19445 | $6,605.71 | $6,605.71 | $0.00 |
| 39. | WATSON, VIRGINIA | 12258 | $1,400.00 | $1,400.00 | $0.00 |
| 40. | Wayne Township Tax Collector | 12022 | $4,871.12 | $4,871.12 | $0.00 |
| 41. | WILLIAMS, LINDA | 13507 | $12,365.59 | $12,365.59 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

**Debtors' [Thirty-Third] Omnibus Objection to Claims**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Amount Reclassified as General Unsecured Claim | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 42. | Williams, Majorie M | 3706 | $1,360.00 | $1,360.00 | $0.00 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

4