## Exhibit 2

**Disputed Claims (Disallowed Claims)**

**Debtors' Thirty-Third Omnibus Objection to Claims**
**Exhibit B - Disallowed Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

### Schedule of Secured Claims to be Disallowed*

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Secured Claim Amount | Amount Disallowed | Allowed Secured Claim Amount |
|---|---|---|---|---|---|
| 1. | Bloomquist, Shane R. | 8263 | $22,920.16 | $22,920.16 | $0.00 |
| 2. | GOMEZ, RAMON | 13579 | $4,140.50 | $4,140.50 | $0.00 |
| 3. | HOLBROOK, FRAN | 19376 | $2,607.00 | $2,607.00 | $0.00 |
| 4. | Lambert, Nathaniel | 9377 | $10,000.00 | $10,000.00 | $0.00 |
| 5. | Rodriguez, William | 20139 | $5,694.00 | $5,694.00 | $0.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.