# Exhibit 1

**Disputed Claims**

**Debtors' Thirty-Fourth Omnibus Objection to Claims**  
**Exhibit 1 - Disallowed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Disallowed\***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 1. | JPP II, LLC as debt holder | 7400 | $28,210,870.92 | Standalone LC Facility |
| 2. | JPP II, LLC as debt holder | 7399 | $28,210,870.92 | Standalone LC Facility |
| 3. | JPP II, LLC as debt holder | 7398 | $28,210,870.92 | Standalone LC Facility |
| 4. | JPP II, LLC as debt holder | 7397 | $28,210,870.92 | Standalone LC Facility |
| 5. | JPP II, LLC as debt holder | 7395 | $28,210,870.92 | Standalone LC Facility |
| 6. | JPP II, LLC as debt holder | 7394 | $28,210,870.92 | Standalone LC Facility |
| 7. | JPP II, LLC as debt holder | 7393 | $28,210,870.92 | Standalone LC Facility |
| 8. | JPP II, LLC as debt holder | 7392 | $28,210,870.92 | Standalone LC Facility |
| 9. | JPP II, LLC as debt holder | 7391 | $28,210,870.92 | Standalone LC Facility |
| 10. | JPP II, LLC as debt holder | 7389 | $28,210,870.92 | Standalone LC Facility |
| 11. | JPP II, LLC as debt holder | 7388 | $28,210,870.92 | Standalone LC Facility |
| 12. | JPP II, LLC as debt holder | 7387 | $28,210,870.92 | Standalone LC Facility |
| 13. | JPP II, LLC as debt holder | 7386 | $28,210,870.92 | Standalone LC Facility |
| 14. | JPP II, LLC as debt holder | 7382 | $28,210,870.92 | Standalone LC Facility |
| 15. | JPP II, LLC as debt holder | 7378 | $28,210,870.92 | Standalone LC Facility |
| 16. | JPP II, LLC as debt holder | 7369 | $28,210,870.92 | Standalone LC Facility |
| 17. | JPP II, LLC as debt holder | 7368 | $28,210,870.92 | Standalone LC Facility |
| 18. | JPP II, LLC as debt holder | 7367 | $28,210,870.92 | Standalone LC Facility |
| 19. | JPP II, LLC as debt holder | 7366 | $28,210,870.92 | Standalone LC Facility |
| 20. | JPP II, LLC as debt holder | 7365 | $28,210,870.92 | Standalone LC Facility |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Thirty-Fourth Omnibus Objection to Claims  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Disallowed***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 21. | JPP II, LLC as debt holder | 7363 | $28,210,870.92 | Standalone LC Facility |
| 22. | JPP II, LLC as debt holder | 7362 | $28,210,870.92 | Standalone LC Facility |
| 23. | JPP II, LLC as debt holder | 7361 | $28,210,870.92 | Standalone LC Facility |
| 24. | JPP II, LLC as debt holder | 7360 | $28,210,870.92 | Standalone LC Facility |
| 25. | JPP II, LLC as debt holder | 7358 | $28,210,870.92 | Standalone LC Facility |
| 26. | JPP II, LLC as debt holder | 7249 | $28,210,870.92 | Standalone LC Facility |
| 27. | JPP II, LLC as debt holder | 7228 | $28,210,870.92 | Standalone LC Facility |
| 28. | JPP II, LLC as debt holder | 7222 | $28,210,870.92 | Standalone LC Facility |
| 29. | JPP II, LLC as debt holder | 7217 | $28,210,870.92 | Standalone LC Facility |
| 30. | JPP II, LLC as debt holder | 7270 | $18,355,700.10 | FILO Facility |
| 31. | JPP II, LLC as debt holder | 7268 | $18,355,700.10 | FILO Facility |
| 32. | JPP II, LLC as debt holder | 7266 | $18,355,700.10 | FILO Facility |
| 33. | JPP II, LLC as debt holder | 7264 | $18,355,700.10 | FILO Facility |
| 34. | JPP II, LLC as debt holder | 7263 | $18,355,700.10 | FILO Facility |
| 35. | JPP II, LLC as debt holder | 7262 | $18,355,700.10 | FILO Facility |
| 36. | JPP II, LLC as debt holder | 7261 | $18,355,700.10 | FILO Facility |
| 37. | JPP II, LLC as debt holder | 7260 | $18,355,700.10 | FILO Facility |
| 38. | JPP II, LLC as debt holder | 7259 | $18,355,700.10 | FILO Facility |
| 39. | JPP II, LLC as debt holder | 7256 | $18,355,700.10 | FILO Facility |
| 40. | JPP II, LLC as debt holder | 7254 | $18,355,700.10 | FILO Facility |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

Debtors' Thirty-Fourth Omnibus Objection to Claims  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Disallowed***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 41. | JPP II, LLC as debt holder | 7245 | $18,355,700.10 | FILO Facility |
| 42. | JPP II, LLC as debt holder | 7232 | $18,355,700.10 | FILO Facility |
| 43. | JPP II, LLC as debt holder | 7221 | $18,355,700.10 | FILO Facility |
| 44. | JPP II, LLC as debt holder | 7219 | $18,355,700.10 | FILO Facility |
| 45. | JPP II, LLC as debt holder | 7218 | $18,355,700.10 | FILO Facility |
| 46. | JPP II, LLC as debt holder | 7214 | $18,355,700.10 | FILO Facility |
| 47. | JPP II, LLC as debt holder | 7202 | $18,355,700.10 | FILO Facility |
| 48. | JPP II, LLC as debt holder | 7197 | $18,355,700.10 | FILO Facility |
| 49. | JPP II, LLC as debt holder | 7196 | $18,355,700.10 | FILO Facility |
| 50. | JPP II, LLC as debt holder | 7192 | $18,355,700.10 | FILO Facility |
| 51. | JPP II, LLC as debt holder | 7191 | $18,355,700.10 | FILO Facility |
| 52. | JPP II, LLC as debt holder | 7190 | $18,355,700.10 | FILO Facility |
| 53. | JPP II, LLC as debt holder | 7182 | $18,355,700.10 | FILO Facility |
| 54. | JPP II, LLC as debt holder | 7181 | $18,355,700.10 | FILO Facility |
| 55. | JPP II, LLC as debt holder | 7177 | $18,355,700.10 | FILO Facility |
| 56. | JPP II, LLC as debt holder | 7175 | $18,355,700.10 | FILO Facility |
| 57. | JPP II, LLC as debt holder | 7174 | $18,355,700.10 | FILO Facility |
| 58. | JPP II, LLC as debt holder | 7170 | $18,355,700.10 | FILO Facility |
| 59. | JPP, LLC as debt holder | 7541 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 60. | JPP, LLC as debt holder | 7536 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

Debtors' Thirty-Fourth Omnibus Objection to Claims
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Disallowed***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 61. | JPP, LLC as debt holder | 7528 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 62. | JPP, LLC as debt holder | 7524 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 63. | JPP, LLC as debt holder | 7522 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 64. | JPP, LLC as debt holder | 7518 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 65. | JPP, LLC as debt holder | 7514 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 66. | JPP, LLC as debt holder | 7509 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 67. | JPP, LLC as debt holder | 7502 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 68. | JPP, LLC as debt holder | 7501 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 69. | JPP, LLC as debt holder | 7499 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 70. | JPP, LLC as debt holder | 7498 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 71. | JPP, LLC as debt holder | 7483 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 72. | JPP, LLC as debt holder | 7473 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 73. | JPP, LLC as debt holder | 7472 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 74. | JPP, LLC as debt holder | 7468 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 75. | JPP, LLC as debt holder | 7447 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 76. | JPP, LLC as debt holder | 7411 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 77. | JPP, LLC as debt holder | 7396 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 78. | JPP, LLC as debt holder | 7381 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 79. | JPP, LLC as debt holder | 7380 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 80. | JPP, LLC as debt holder | 7377 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

4

Debtors' Thirty-Fourth Omnibus Objection to Claims  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Disallowed***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 81. | JPP, LLC as debt holder | 7375 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 82. | JPP, LLC as debt holder | 7371 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 83. | JPP, LLC as debt holder | 7247 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 84. | JPP, LLC as debt holder | 7242 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 85. | JPP, LLC as debt holder | 7241 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 86. | JPP, LLC as debt holder | 7240 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 87. | JPP, LLC as debt holder | 7239 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 88. | JPP, LLC as debt holder | 7237 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 89. | JPP, LLC as debt holder | 7235 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 90. | JPP, LLC as debt holder | 7229 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 91. | JPP, LLC as debt holder | 7224 | $232,765,633.00 | IP / Ground Lease Term Loan Facility |
| 92. | JPP, LLC as debt holder | 7526 | $80,199,593.52 | Standalone LC Facility |
| 93. | JPP, LLC as debt holder | 7523 | $80,199,593.52 | Standalone LC Facility |
| 94. | JPP, LLC as debt holder | 7512 | $80,199,593.52 | Standalone LC Facility |
| 95. | JPP, LLC as debt holder | 7504 | $80,199,593.52 | Standalone LC Facility |
| 96. | JPP, LLC as debt holder | 7500 | $80,199,593.52 | Standalone LC Facility |
| 97. | JPP, LLC as debt holder | 7489 | $80,199,593.52 | Standalone LC Facility |
| 98. | JPP, LLC as debt holder | 7486 | $80,199,593.52 | Standalone LC Facility |
| 99. | JPP, LLC as debt holder | 7484 | $80,199,593.52 | Standalone LC Facility |
| 100. | JPP, LLC as debt holder | 7470 | $80,199,593.52 | Standalone LC Facility |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

5

Debtors' Thirty-Fourth Omnibus Objection to Claims  
Exhibit 1 - Disallowed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Disallowed***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 101. | JPP, LLC as debt holder | 7440 | $80,199,593.52 | Standalone LC Facility |
| 102. | JPP, LLC as debt holder | 7438 | $80,199,593.52 | Standalone LC Facility |
| 103. | JPP, LLC as debt holder | 7428 | $80,199,593.52 | Standalone LC Facility |
| 104. | JPP, LLC as debt holder | 7424 | $80,199,593.52 | Standalone LC Facility |
| 105. | JPP, LLC as debt holder | 7421 | $80,199,593.52 | Standalone LC Facility |
| 106. | JPP, LLC as debt holder | 7390 | $80,199,593.52 | Standalone LC Facility |
| 107. | JPP, LLC as debt holder | 7376 | $80,199,593.52 | Standalone LC Facility |
| 108. | JPP, LLC as debt holder | 7373 | $80,199,593.52 | Standalone LC Facility |
| 109. | JPP, LLC as debt holder | 7351 | $80,199,593.52 | Standalone LC Facility |
| 110. | JPP, LLC as debt holder | 7340 | $80,199,593.52 | Standalone LC Facility |
| 111. | JPP, LLC as debt holder | 7338 | $80,199,593.52 | Standalone LC Facility |
| 112. | JPP, LLC as debt holder | 7329 | $80,199,593.52 | Standalone LC Facility |
| 113. | JPP, LLC as debt holder | 7323 | $80,199,593.52 | Standalone LC Facility |
| 114. | JPP, LLC as debt holder | 7313 | $80,199,593.52 | Standalone LC Facility |
| 115. | JPP, LLC as debt holder | 7295 | $80,199,593.52 | Standalone LC Facility |
| 116. | JPP, LLC as debt holder | 7284 | $80,199,593.52 | Standalone LC Facility |
| 117. | JPP, LLC as debt holder | 7274 | $80,199,593.52 | Standalone LC Facility |
| 118. | JPP, LLC as debt holder | 7203 | $80,199,593.52 | Standalone LC Facility |
| 119. | JPP, LLC as debt holder | 7200 | $80,199,593.52 | Standalone LC Facility |
| 120. | JPP, LLC as debt holder | 7195 | $80,199,593.52 | Standalone LC Facility |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

6

**Debtors' Thirty-Fourth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, *et al.***
**Exhibit 1 - Disallowed Claims**  **Case No. 18-23538 (RDD)**

| | Schedule of Secured Claims to be Disallowed* | | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
| 121. | JPP, LLC as debt holder | 7527 | $52,204,376.83 | FILO Facility |
| 122. | JPP, LLC as debt holder | 7494 | $52,204,376.83 | FILO Facility |
| 123. | JPP, LLC as debt holder | 7493 | $52,204,376.83 | FILO Facility |
| 124. | JPP, LLC as debt holder | 7478 | $52,204,376.83 | FILO Facility |
| 125. | JPP, LLC as debt holder | 7475 | $52,204,376.83 | FILO Facility |
| 126. | JPP, LLC as debt holder | 7462 | $52,204,376.83 | FILO Facility |
| 127. | JPP, LLC as debt holder | 7436 | $52,204,376.83 | FILO Facility |
| 128. | JPP, LLC as debt holder | 7427 | $52,204,376.83 | FILO Facility |
| 129. | JPP, LLC as debt holder | 7426 | $52,204,376.83 | FILO Facility |
| 130. | JPP, LLC as debt holder | 7425 | $52,204,376.83 | FILO Facility |
| 131. | JPP, LLC as debt holder | 7423 | $52,204,376.83 | FILO Facility |
| 132. | JPP, LLC as debt holder | 7422 | $52,204,376.83 | FILO Facility |
| 133. | JPP, LLC as debt holder | 7419 | $52,204,376.83 | FILO Facility |
| 134. | JPP, LLC as debt holder | 7417 | $52,204,376.83 | FILO Facility |
| 135. | JPP, LLC as debt holder | 7416 | $52,204,376.83 | FILO Facility |
| 136. | JPP, LLC as debt holder | 7415 | $52,204,376.83 | FILO Facility |
| 137. | JPP, LLC as debt holder | 7402 | $52,204,376.83 | FILO Facility |
| 138. | JPP, LLC as debt holder | 7385 | $52,204,376.83 | FILO Facility |
| 139. | JPP, LLC as debt holder | 7344 | $52,204,376.83 | FILO Facility |
| 140. | JPP, LLC as debt holder | 7331 | $52,204,376.83 | FILO Facility |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

| Debtors' Thirty-Fourth Omnibus Objection to Claims | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|
| Exhibit 1 - Disallowed Claims | | | Case No. 18-23538 (RDD) |

| | Schedule of Secured Claims to be Disallowed* | | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
| 141. | JPP, LLC as debt holder | 7328 | $52,204,376.83 | FILO Facility |
| 142. | JPP, LLC as debt holder | 7327 | $52,204,376.83 | FILO Facility |
| 143. | JPP, LLC as debt holder | 7304 | $52,204,376.83 | FILO Facility |
| 144. | JPP, LLC as debt holder | 7272 | $52,204,376.83 | FILO Facility |
| 145. | JPP, LLC as debt holder | 7271 | $52,204,376.83 | FILO Facility |
| 146. | JPP, LLC as debt holder | 7233 | $52,204,376.83 | FILO Facility |
| 147. | JPP, LLC as debt holder | 7198 | $52,204,376.83 | FILO Facility |
| 148. | JPP, LLC as debt holder | 7189 | $52,204,376.83 | FILO Facility |
| 149. | JPP, LLC as debt holder | 7169 | $52,204,376.83 | FILO Facility |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

8