## Exhibit 2

**Reclassified Claims**

**Debtors' Thirty-Fourth Omnibus Objection to Claims**  
**Exhibit 2 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Asserted Claim Amount | Prepetition Loan Facility |
|---|---|---|---|---|
| 1. | SL Agent, LLC as administrative agent | 7481 | $834,963,055.51 | Real Estate 2020 Loan |
| 2. | SL Agent, LLC, as administrative agent | 7496 | $834,963,055.51 | Real Estate 2020 Loan |
| 3. | SL Agent, LLC, as administrative agent | 7488 | $834,963,055.51 | Real Estate 2020 Loan |
| 4. | SL Agent, LLC, as administrative agent | 7485 | $834,963,055.51 | Real Estate 2020 Loan |
| 5. | SL Agent, LLC, as administrative agent | 7479 | $834,963,055.51 | Real Estate 2020 Loan |
| 6. | SL Agent, LLC, as administrative agent | 7410 | $834,963,055.51 | Real Estate 2020 Loan |
| 7. | SL Agent, LLC, as administrative agent | 7244 | $834,963,055.51 | Real Estate 2020 Loan |
| 8. | SL Agent, LLC, as administrative agent | 7137 | $834,963,055.51 | Real Estate 2020 Loan |
| 9. | SL Agent, LLC, as administrative agent | 7122 | $834,963,055.51 | Real Estate 2020 Loan |
| 10. | SL Agent, LLC, as administrative agent | 7121 | $834,963,055.51 | Real Estate 2020 Loan |
| 11. | SL Agent, LLC, as administrative agent | 7117 | $834,963,055.51 | Real Estate 2020 Loan |
| 12. | SL Agent, LLC, as administrative agent | 7116 | $834,963,055.51 | Real Estate 2020 Loan |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

9