# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

October 4, 2021
Invoice 340053514

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

This invoice replaces Invoice No. 340053513, which can now be discarded.

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2021

| | |
|---|---|
| Current Fees | $ 26,334.00 |
| Total Current Activity | $ 26,334.00 |
| Total Due for This Invoice | $ 26,334.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:    Account No.: 496-8375493<br>Wells Fargo Bank, NA    ACH ABA No.: 121000248<br>420 Montgomery St    Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

October 4, 2021
Invoice 340053514

| | |
|---|---|
| Our Matter No. | 78GH-334221 |
| | Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses |
| Billing Atty: | Paul E. Harner |

This invoice replaces Invoice No. 340053513, which can now be discarded.

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2021

| | |
|---|---:|
| Current Fees | $ 26,334.00 |
| Total Current Activity | $ 26,334.00 |
| Total Due for This Invoice | $ 26,334.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:          Account No.: 496-8375493<br>Wells Fargo Bank, NA     ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

October 4, 2021
Invoice 340053514
Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 08/31/21

## FEE DETAIL

| Date | Phase | Description of Services | Tkpr | Hours |
|---|---|---|---|---|

**Fee/Employment Applications & Statements**

| Date | Phase | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 08/25/21 | B160 | Initial review, analysis and preparation of comments on draft combined interim fee and expense application of fee examiner and counsel (Ballard Spahr) (.80); correspondence with V. Marriott and T. Daluz regarding same (.20). | 4063 | 1.00 hrs. |
| 08/27/21 | B160 | Review, revise and finalize fee examiner's and Ballard Spahr's combined interim fee and expense application (.40); correspondence with T. Daluz regarding same (.10). | 4063 | .50 hrs. |

*Timekeeper Summary of: Fee/Employment Applications & Statements*

| Tkpr | Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 1.50 | $ 1,540.00 | $2,310.00 |
|  | Totals | 1.50 | $ 1,540.00 | $ 2,310.00 |

**Fee/Employment Objections**

| Date | Phase | Description of Services | Tkpr | Hours |
|---|---|---|---|---|
| 08/02/21 | B170 | Review and prepare comments on revised draft of preliminary report and exhibits regarding Akin Gump interim fee and expense application (1.20); telephone conferences and correspondence with V. Marriott and C. Jimenez regarding same (.20). | 4063 | 1.40 hrs. |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

October 4, 2021
Invoice 340053514
Page 3 of 5

| Date | Code | Description | | Hours |
|---|---|---|---|---|
| 08/03/21 | B170 | Further review and preparation of comments on revised draft of preliminary report and exhibits regarding Akin Gump interim fee and expense application (1.50); follow-up telephone conferences and correspondence with V. Marriott and C. Jimenez regarding same (.20). | 4063 | 1.70 hrs. |
| 08/10/21 | B170 | Further review, revision and finalization of preliminary report and exhibits regarding Akin Gump interim fee and expense application (.50); follow-up telephone conferences and correspondence with V. Marriott, C. McClamb and C. Jimenez regarding same (.30); initial review and analysis of June monthly fee and expense application for Akin Gump (1.40). | 4063 | 2.20 hrs. |
| 08/10/21 | B170 | Review and revise updated exhibits of prospective objections asserted in preliminary report regarding Akin Gump interim fee and expense application (.90). | 4063 | .90 hrs. |
| 08/16/21 | B170 | Initial review and analysis of eighth interim fee and expense applications of Weil Gotshal and Akin Gump, including voluminous time and expense detail exhibits. | 4063 | 2.80 hrs. |
| 08/17/21 | B170 | Final review and analysis of Akin Gump preliminary report, and preparation of transmittal package regarding same (.30); correspondence with C. McClamb regarding same (.10). | 4063 | .40 hrs. |
| 08/23/21 | B170 | Further comprehensive review and analysis of eighth interim fee and expense applications of Weil Gotshal and Akin Gump, including multiple related time and expense detail exhibits. | 4063 | 3.60 hrs. |
| 08/27/21 | B170 | Continued review and analysis of recently filed monthly and interim fee and expense applications of case professionals, including related time and expense detail exhibits. | 4063 | 2.60 hrs. |

**Sheppard Mullin**

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

October 4, 2021
Invoice 340053514
Page 4 of 5

*Timekeeper Summary of: Fee/Employment Objections*

| *Tkpr* | *Timekeeper* | *Hours* | *Average Rate/Hr* | *Dollars* |
|---|---|---|---|---|
| *4063* | *Paul E. Harner* | *15.60* | *$ 1,540.00* | *$24,024.00* |
| | *Totals* | *15.60* | *$ 1,540.00* | *$ 24,024.00* |

**SUMMARY OF TIMEKEEPER FEES**

| **Tkpr** | **Timekeeper** | **Hours** | **Average Rate/Hr** | **Dollars** |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 17.10 | $ 1,540.00 | $ 26,334.00 |
| **Total Fees for Professional Services** | | | | **$ 26,334.00** |