# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                  September 24, 2021
1675 Broadway                                                                   Invoice No. 20210905829
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $74,606.00 |
| **Total Invoice Amount** | **$74,606.00** |

071820.03 - 00317415  
Tobey M. Daluz

September 24, 2021  
Invoice No. 20210905829

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 08/02/21 | Attend to monthly fee application issues. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 08/12/21 | Emails with T. Daluz re: fee application | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 08/13/21 | Emails with T. Daluz re: fee applications | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 08/13/21 | Correspond with M. Vesper re: interim fee application | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 08/13/21 | Correspondence with C. McClamb re: drafting seventh interim fee application | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 08/16/21 | Draft seventh joint interim fee application | 420.00 | 1.60 | 672.00 |
| Vesper,M.A. | 08/17/21 | Draft seventh joint interim fee application | 420.00 | 1.40 | 588.00 |
| McClamb,C.D. | 08/19/21 | Emails with P. Harner re: fee applications | 545.00 | 0.70 | 381.50 |
| Daluz,T.M. | 08/24/21 | Prepare attachments for monthly fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 08/25/21 | Analysis and calculations regarding firmwide blended rate. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 08/25/21 | Review and prepare a comprehensive revision to interim fee application to reflect Fee Examiner's employment at a new firm. | 995.00 | 5.00 | 4,975.00 |
| Daluz,T.M. | 08/25/21 | Correspondence with Fee Examiner and Ballard team regarding same. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 08/25/21 | Correspond with M. Vesper re: interim fee application | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 08/25/21 | Emails with T. Daluz re: interim fee application | 545.00 | 0.80 | 436.00 |
| McClamb,C.D. | 08/25/21 | Emails with P. Harner and T. Daluz re: monthly fee application | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 08/25/21 | Review and edit interim fee application | 545.00 | 2.80 | 1,526.00 |

071820.03 - 00317415  
Tobey M. Daluz

September 24, 2021  
Invoice No. 20210905829

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 08/25/21 | Draft seventh interim fee application | 420.00 | 1.10 | 462.00 |
| Vesper,M.A. | 08/25/21 | Draft twenty-sixth monthly joint fee application | 420.00 | 0.70 | 294.00 |
| Vesper,M.A. | 08/25/21 | Correspondence with C. McClamb re: seventh interim fee application | 420.00 | 0.10 | 42.00 |
| Daluz,T.M. | 08/26/21 | Review, analyze and update blended rate info for interim fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 08/26/21 | Finalize interim fee application for filing. | 995.00 | 1.50 | 1,492.50 |
| Daluz,T.M. | 08/26/21 | Review/revise monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 08/26/21 | Correspondence with P. Harner, V. Marriott, and C. McClamb regarding interim fee application. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 08/26/21 | Correspondence with C. McClamb and M. Vesper regarding filing of monthly fee application. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 08/26/21 | Emails with T. Daluz re: monthly fee application | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 08/26/21 | Emails with T. Daluz re: interim fee application | 545.00 | 0.80 | 436.00 |
| McClamb,C.D. | 08/26/21 | Review and revise interim fee application | 545.00 | 3.00 | 1,635.00 |
| Daluz,T.M. | 08/27/21 | Correspondence with Weil regarding amended notice of interim fee application needed. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 08/27/21 | Emails with T. Daluz re: interim fee application | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 08/27/21 | Review and revise monthly fee application | 545.00 | 1.00 | 545.00 |
| McClamb,C.D. | 08/27/21 | Review and revise interim fee application | 545.00 | 0.50 | 272.50 |
| **Total B160** | | | | **26.90** | **18,748.00** |

**B170 - Fee/Employment Objections**

| | | | | | |
|---|---|---|---|---|---|
| Pollard,C.P. | 08/02/21 | Prepare revised/updated Weil Gotschal exhibits for 11/1/2020 - 2/28/2021 fees and expenses | 340.00 | 0.70 | 238.00 |

071820.03 - 00317415  September 24, 2021
Tobey M. Daluz  Invoice No. 20210905829

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III, V.J. | 08/02/21 | Review status of latest Akin preliminary report | 1,085.00 | 0.20 | 217.00 |
| Daluz, T.M. | 08/02/21 | Review Akin preliminary report and exhibits. | 995.00 | 0.50 | 497.50 |
| Daluz, T.M. | 08/02/21 | Review docket for recent filings. | 995.00 | 0.50 | 497.50 |
| Daluz, T.M. | 08/02/21 | Analyze issues related to Morritt Hock fee application. | 995.00 | 0.50 | 497.50 |
| Jimenez, C. | 08/02/21 | Revise Akin 6th report and relevant exhibit (1.3); review fees for Akin 7th interim fee and expense application (1.7) | 470.00 | 3.00 | 1,410.00 |
| Marriott, III, V.J. | 08/03/21 | Review latest draft of Akin preliminary report | 1,085.00 | 0.30 | 325.50 |
| Daluz, T.M. | 08/03/21 | Review Herrick Feinstein fee application. | 995.00 | 0.20 | 199.00 |
| Daluz, T.M. | 08/03/21 | Review Weil preliminary report and exhibits. | 995.00 | 0.50 | 497.50 |
| Vesper, M.A. | 08/03/21 | Review Weil, Gotshal & Manges LLP seventh interim fee application report and exhibits | 420.00 | 2.00 | 840.00 |
| Vesper, M.A. | 08/03/21 | E-mail Weil Gotshal seventh interim fee preliminary report and exhibits to P. Harner, V. Marriott, T. Daluz, and C. McClamb | 420.00 | 0.10 | 42.00 |
| Jimenez, C. | 08/03/21 | Review fees for Fee Examiner's preliminary report regarding Akin's 7th interim fee and expense application | 470.00 | 6.20 | 2,914.00 |
| Marriott, III, V.J. | 08/04/21 | Conference with P. Harner re: latest draft of Akin preliminary report | 1,085.00 | 0.20 | 217.00 |
| Marriott, III, V.J. | 08/04/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz, T.M. | 08/04/21 | Review Weil monthly. | 995.00 | 0.20 | 199.00 |
| Marriott, III, V.J. | 08/06/21 | Review new filings | 1,085.00 | 0.10 | 108.50 |
| Daluz, T.M. | 08/06/21 | Review recent pleadings. | 995.00 | 0.20 | 199.00 |
| Daluz, T.M. | 08/06/21 | Review docket regarding same. | 995.00 | 0.20 | 199.00 |

071820.03 - 00317415  
Tobey M. Daluz

September 24, 2021  
Invoice No. 20210905829

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 08/06/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 0.80 | 336.00 |
| Marriott, III,V.J. | 08/09/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/09/21 | Review Prime Clerk fee applications | 545.00 | 4.50 | 2,452.50 |
| Marriott, III,V.J. | 08/10/21 | Finalize Akin preliminary report | 1,085.00 | 0.30 | 325.50 |
| McClamb,C.D. | 08/10/21 | Review Prime Clerk fee applications | 545.00 | 6.30 | 3,433.50 |
| Vesper,M.A. | 08/10/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 1.10 | 462.00 |
| Marriott, III,V.J. | 08/11/21 | Review filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/11/21 | Review Prime Clerk fee applications | 545.00 | 5.50 | 2,997.50 |
| Marriott, III,V.J. | 08/12/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/12/21 | Emails with C. Pollard and K. Neitzel re: fee data | 545.00 | 0.40 | 218.00 |
| Neitzel,K.N. | 08/12/21 | Prepare and import fee data into Relativity for attorney review | 310.00 | 0.90 | 279.00 |
| Marriott, III,V.J. | 08/13/21 | Review new filings | 1,085.00 | 0.20 | 217.00 |
| Marriott, III,V.J. | 08/13/21 | Review final draft of Akin preliminary report | 1,085.00 | 0.10 | 108.50 |
| Vesper,M.A. | 08/13/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 0.70 | 294.00 |
| Jimenez,C. | 08/13/21 | Update Akin 6th fee report and exhibits per V. Marriot edits | 470.00 | 0.90 | 423.00 |
| Marriott, III,V.J. | 08/16/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 08/16/21 | Review Prime Clerk fee applications | 545.00 | 6.50 | 3,542.50 |
| Neitzel,K.N. | 08/16/21 | Prepare and import fee data into Relativity workspace for attorney review | 310.00 | 1.10 | 341.00 |
| Marriott, III,V.J. | 08/17/21 | Attend to Akin preliminary report | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 08/17/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |

071820.03 - 00317415　　　　　　　　　　　　　　　　　　　　　　　　　September 24, 2021
Tobey M. Daluz　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 20210905829

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/17/21 | Emails with P. Harner and V. Marriott re: Akin Preliminary Report | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 08/17/21 | Review Prime Clerk fee applications | 545.00 | 3.30 | 1,798.50 |
| McClamb,C.D. | 08/17/21 | Review and prepare Akin Preliminary Report | 545.00 | 3.00 | 1,635.00 |
| Neitzel,K.N. | 08/17/21 | Prepare and import fee data into Relativity workspace for attorney review | 310.00 | 2.00 | 620.00 |
| Marriott, III,V.J. | 08/18/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 08/18/21 | Phone call with K. Casteel re: ASK fee data | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 08/18/21 | Review Prime Clerk fee applications | 545.00 | 6.20 | 3,379.00 |
| Pollard,C.P. | 08/19/21 | Review and prepare Weil Gotshal, FTI Consulting ,Akin Gump and Prime Clerk fee filings for attorney review (Communications, Meetings, Phone Calls, Incorrect Billing, Hours issues); update Service Provider/Fee Date chart to include new fee filings | 340.00 | 1.50 | 510.00 |
| Marriott, III,V.J. | 08/19/21 | Review correspondence from P. Harner re: next fee hearing | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 08/19/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/19/21 | Emails with P. Harner and T. Daluz re: fee hearing | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 08/19/21 | Correspond with C. Jimenez re: Akin fee review | 545.00 | 0.10 | 54.50 |
| Neitzel,K.N. | 08/19/21 | Prepare and import fee data into Relativity for attorney review and analysis | 310.00 | 0.40 | 124.00 |
| Marriott, III,V.J. | 08/20/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 08/23/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/23/21 | Correspond with C. Jimenez re: Akin interim fee applications | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 08/23/21 | Review and analyze fee data uploaded and filed applications | 545.00 | 7.40 | 4,033.00 |
| Marriott, III,V.J. | 08/24/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 24, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20210905829 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/24/21 | Review docket regarding recent filings. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 08/24/21 | Email with C. Pollard re: fee data status | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 08/24/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 08/24/21 | Email with V. Martinez re: Herrick fee data | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 08/24/21 | Email with V. Jankowski re: Moritt fee data | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 08/24/21 | Review Prime Clerk fee applications | 545.00 | 5.30 | 2,888.50 |
| Marriott, III,V.J. | 08/25/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/25/21 | Review Prime Clerk fee applications | 545.00 | 3.50 | 1,907.50 |
| Marriott, III,V.J. | 08/26/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/26/21 | Review Prime Clerk Fee Applications | 545.00 | 2.50 | 1,362.50 |
| Marriott, III,V.J. | 08/27/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 08/27/21 | Review Ballard fee app | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 08/27/21 | Emails with P. DiDonato re: interim fee application | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 08/27/21 | Review Prime Clerk Fee applications | 545.00 | 2.50 | 1,362.50 |
| Marriott, III,V.J. | 08/30/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 08/30/21 | Review docket regarding recent filings and case status. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 08/30/21 | Review ASK monthly. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 08/30/21 | Overview of interim fee application for Weil. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 08/30/21 | Overview of Katten interim fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 08/30/21 | Review MIII monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 08/30/21 | Review Akin interim fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 08/30/21 | Review Prime Clerk fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 08/30/21 | Review status chart. | 995.00 | 0.20 | 199.00 |

| 071820.03 - 00317415 | | | | | September 24, 2021 |
| --- | --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | | Invoice No. 20210905829 |

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| McClamb,C.D. | 08/30/21 | Review Prime Clerk Fee Applications | 545.00 | 2.00 | 1,090.00 |
| Vesper,M.A. | 08/30/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 0.50 | 210.00 |
| Marriott, III,V.J. | 08/31/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 08/31/21 | Review Prime Clerk fee applications | 545.00 | 3.00 | 1,635.00 |
| Vesper,M.A. | 08/31/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 2.50 | 1,050.00 |
| Jimenez,C. | 08/31/21 | Analyze Akin fees for preliminary report addressing 7th interim fee and expense application | 470.00 | 4.40 | 2,068.00 |
| **Total B170** | | | | 101.20 | 55,858.00 |
| **Total Fees** | | | | 128.10 | **$74,606.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
| --- | --- | --- | --- |
| Daluz,T.M. | 15.60 | 995.00 | 15,522.00 |
| Marriott, III,V.J. | 3.60 | 1,085.00 | 3,906.00 |
| McClamb,C.D. | 75.00 | 545.00 | 40,875.00 |
| Vesper,M.A. | 12.80 | 420.00 | 5,376.00 |
| Jimenez,C. | 14.50 | 470.00 | 6,815.00 |
| Neitzel,K.N. | 4.40 | 310.00 | 1,364.00 |
| Pollard,C.P. | 2.20 | 340.00 | 748.00 |
| **Total Fees** | **128.10** | | **$74,606.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                              September 24, 2021
1675 Broadway                                                                                            Invoice No. 20210905829
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED through August 31, 2021</u>

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $74,606.00 |
| **Total Invoice Amount** | **$74,606.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 302.252.4465 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days