AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**THIRTY-FOURTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | July 1, 2021 through July 31, 2021 |
| Monthly Fees Incurred: | **$201,463.50** |
| 20% Holdback: | **$40,292.70** |
| Total Compensation Less 20% Holdback: | **$161,170.80** |
| Monthly Expenses Incurred: | **$143,380.82** |
| Total Fees and Expenses Requested: | **$304,551.62** |

This is a __x_ monthly ____interim ____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation

and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits

this statement of fees and disbursements (the "Thirty-Fourth Monthly Fee Statement") covering

the period from July 1, 2021 through and including July 31, 2021 (the "Compensation Period")

in accordance with the *Order Authorizing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No.

796]. By the Thirty-Fourth Monthly Fee Statement, and after taking into account certain

voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($344,844.32) reflects voluntary reductions for the Compensation Period of $17,224.50 in fees and $2,926.97 in expenses.

2

compensation in the amount of $161,170.80 (80% of $201,463.50) for fees on account of

reasonable and necessary professional services rendered to the Creditors' Committee by Akin

Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of

$143,380.82[3] incurred by Akin Gump during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions,

departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump

professional and paraprofessional who provided services to the Creditors' Committee during the

Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors'

Committee are the same rates that Akin Gump charges generally for professional services

rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code

spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors'

Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump

professionals and paraprofessionals who provided services to the Creditors' Committee during

the Compensation Period.

---

[3] This amount includes: (i) $77,494.15 of expenses relating to the payment of professional fees and expenses
incurred by H5, Akin Gump's document management and e-discovery provider; and (ii) $59,210.00 of expenses
relating to the retention and compensation of expert witnesses retained by the Creditors' Committee in connection
with certain litigation.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty-Fourth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

4

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

Objections to this Thirty-Fourth Monthly Fee Statement, if any, must be filed with the

Court and served upon the Notice Parties so as to be received no later than **October 21, 2021**

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or

expenses at issue (an "<u>Objection</u>").

If no Objections to this Thirty-Fourth Monthly Fee Statement are filed and served as set

forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Fourth Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Fourth

Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.

[*Remainder of page left blank intentionally*]

Dated: New York, New York
October 6, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
    Ira S. Dizengoff
    Philip C. Dublin
    Sara L. Brauner
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    Email: idizengoff@akingump.com
          pdublin@akingump.com
          sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 26.00 | 32,890.00 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 14.80 | 18,722.00 |
| David Zensky | Litigation | 1988 | 1,655.00 | 4.70 | 7,778.50 |
| **Total Partner** | | | | **63.10** | **81,654.50** |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| John Kane | Litigation | 2016 | 970.00 | 28.10 | 27,257.00 |
| **Total Counsel** | | | | **28.10** | **27,257.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 17.60 | 17,248.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 19.70 | 15,957.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 6.60 | 5,643.00 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 144.00 | 72,000.00 |
| **Total Associates** | | | | **187.90** | **110,848.00** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Dagmara Krasa-Berstell | Financial Restructuring | N/A | 440.00 | 5.90 | 2,596.00 |
| Kelsey Robins | Financial Restructuring | N/A | 245.00 | 5.60 | 1,372.00 |
| **Total Paralegals & Legal Assistants** | | | | **11.50** | **3,968.00** |
| **Total Hours / Fees Requested** | | | | **273.00** | **201,463.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,177.28 | 73.60 | 86,647.50 |
| Associates | 589.93 | 187.90 | 110,848.00 |
| Paralegals/Non-Legal Staff | 345.04 | 11.50 | 3,968.00 |
| Blended Timekeeper Rate | 737.96 | | |
| **Total Fees Incurred** | | **273.00** | **201,463.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | General Case Administration | 2.10 | 1,183.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 15.80 | 10,658.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 0.20 | 162.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 5.70 | 6,556.50 |
| 8 | Hearings and Court Matters/Court Preparation | 9.10 | 7,070.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 56.80 | 63,174.00 |
| 12 | General Claims Analysis/Claims Objection | 1.30 | 1,502.00 |
| 20 | Jointly Asserted Causes of Action | 178.20 | 106,971.00 |
| 23 | Asset Disposition/363 Asset Sales | 3.80 | 4,186.50 |
| | **TOTAL:** | **273.00** | **201,463.50** |

**Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

Invoice Number     1955057
Invoice Date          10/05/21
Client Number       700502
Matter Number             0001

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 2.10 | $1,183.00 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 15.80 | $10,658.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 0.20 | $162.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 5.70 | $6,556.50 |
| 008 | Hearings and Court Matters/Court Preparation | 9.10 | $7,070.50 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 56.80 | $63,174.00 |
| 012 | General Claims Analysis/Claims Objections | 1.30 | $1,502.00 |
| 020 | Jointly Asserted Causes of Action | 178.20 | $106,971.00 |
| 023 | Asset Dispositions/363 Asset Sales | 3.80 | $4,186.50 |
| | TOTAL | 273.00 | $201,463.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| 07/01/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to members of FR and Litigation teams (.1). | 0.20 |
| 07/02/21 | DK | 002 | Review docket (.3); update case calendar (.7). | 1.00 |
| 07/08/21 | DK | 002 | Review docket for recently filed pleadings (.3); circulate same for attorney review (.1). | 0.40 |
| 07/20/21 | JES | 002 | Monitor docket (.1); circulate recently filed pleadings to FR team members (.1). | 0.20 |
| 07/29/21 | JES | 002 | Review recently filed pleadings (.2); update case calendar (.1). | 0.30 |
| 07/02/21 | JES | 003 | Review invoice for privilege and confidentiality. | 0.50 |
| 07/09/21 | JES | 003 | Draft sections of fee application. | 0.20 |
| 07/16/21 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines. | 1.20 |
| 07/16/21 | JES | 003 | Continue drafting fee application (1.0); correspond with D. Krasa-Berstell re exhibits for same (.2). | 1.20 |
| 07/19/21 | DK | 003 | Review materials for drafting interim fee application (.7); correspond with J. Szydlo re same (.2). | 0.90 |
| 07/19/21 | SLB | 003 | Correspondence with J. Szydlo re fee statement. | 0.20 |
| 07/19/21 | JES | 003 | Finalize fee statement (.6); correspond with S. Brauner re same (.2); draft correspondence to P. Dublin re same (.3); revise fee application (.7). | 1.80 |
| 07/20/21 | JES | 003 | Finalize fee statement (.2); correspond with B. Kemp re filing of same (.1). | 0.30 |
| 07/20/21 | KER | 003 | Finalize exhibits for interim fee application. | 2.40 |
| 07/21/21 | JPK | 003 | Prepare litigation insert for fee application. | 0.50 |
| 07/23/21 | SMN | 003 | Review and revise draft litigation statement in support of Akin's fee application. | 0.60 |
| 07/26/21 | DK | 003 | Confer with K. Robins re interim fee application workbook (.2); review and revise the same (1.1). | 1.30 |
| 07/26/21 | JPK | 003 | Prepare litigation insert to fee application. | 1.00 |
| 07/26/21 | JES | 003 | Draft correspondence to members of litigation team re fee application insert. | 0.10 |
| 07/26/21 | KER | 003 | Draft fee application (1.5); confer with D. Krasa-Berstell re same (.2). | 1.70 |
| 07/27/21 | JPK | 003 | Prepare litigation insert to interim fee application. | 1.60 |
| 07/29/21 | KER | 003 | Revise sections of fee application. | 0.30 |
| 07/26/21 | JES | 004 | Review FTI fee statement. | 0.20 |
| 07/03/21 | SLB | 007 | Draft correspondence to UCC re notice of admin distribution. | 0.40 |
| 07/08/21 | JES | 007 | Multiple calls with creditors re case updates and status. | 1.20 |
| 07/13/21 | SLB | 007 | Correspondence with Herrick team re committee call (.2); correspondence with committee members re same (.3); coordinate logistics in connection with the same (.3); correspondence with FTI team (M. Diaz, M. Eisler) re preparing materials for the same (.2). | 1.00 |
| 07/14/21 | DMZ | 007 | Participate on UCC call. | 0.60 |
| 07/14/21 | SLB | 007 | Prepare for (.3) and participate on (.6) UCC call; correspondence with UCC members re case status (.4). | 1.30 |
| 07/14/21 | ZDL | 007 | Attend Committee call (.6); review presentations in connection with same (.4). | 1.00 |
| 07/27/21 | ZDL | 007 | Correspond with creditors' committee members regarding upcoming hearing. | 0.20 |
| 07/01/21 | DK | 008 | Review and update transcripts file. | 0.50 |
| 07/21/21 | DK | 008 | Review and update transcripts file. | 0.50 |
| 07/23/21 | KER | 008 | Prepare materials for attorney review in advance of hearing | 0.40 |
| 07/26/21 | KER | 008 | Prepare materials for attorney review in advance of hearing. | 0.80 |
| 07/27/21 | SLB | 008 | Prepare for (.5) and attend (partial) (1.5) hearing; correspondence with UCC members re same (.1); revise summary of same (.4); | 2.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | correspondence with J. Szydlo re same (.2). | |
| 07/27/21 | JES | 008 | Attend July 27 omnibus hearing (2.2); draft summary of same (.5); correspond with S. Brauner re same (.2). | 2.90 |
| 07/28/21 | DK | 008 | Review and update transcripts file. | 0.80 |
| 07/30/21 | DK | 008 | Review and update transcripts file. | 0.50 |
| 07/01/21 | DLC | 010 | Prepare for (.3) and participate in (.3) call with S. Brauner re financing issues; correspond with potential financiers re same (.5). | 1.10 |
| 07/01/21 | SLB | 010 | Correspondence with potential financiers re litigation funding issues (.3); review materials re same (1.0); call with D. Chapman re same (.3). | 1.60 |
| 07/01/21 | ZDL | 010 | Analyze litigation financing issues. | 0.90 |
| 07/02/21 | DLC | 010 | Prepare materials re potential litigation financing structures (1.9); participate in call with FTI team (M. Diaz, M. Eisler) re same (.4); correspond with S. Brauner re same (.3). | 2.60 |
| 07/02/21 | SLB | 010 | Call with FTI team (M. Diaz, M. Eisler) re financing issues (.4); review materials re same (.4); correspondence with D. Chapman re same (.3). | 1.10 |
| 07/02/21 | ZDL | 010 | Review correspondence updating members of FR and Lit teams re litigation funding. | 0.50 |
| 07/03/21 | SLB | 010 | Review litigation financing proposal. | 0.70 |
| 07/06/21 | DLC | 010 | Review litigation funding proposal. | 0.20 |
| 07/07/21 | DMZ | 010 | Analyze issues re litigation funding. | 0.90 |
| 07/07/21 | DLC | 010 | Review FTI materials re litigation financing (.3); call with FTI team and S. Brauner re same (.5); revise case forecast in connection with same (.4); correspond with litigation vendors re same (.6); review communication from potential financier re same (.3). | 2.10 |
| 07/07/21 | SLB | 010 | Call with FTI team and D. Chapman re financing issues (.5); analyze issues re same (.3); call with Z. Lanier and J. Szydlo re same (.3). | 1.10 |
| 07/07/21 | ZDL | 010 | Review litigation financing issues (.4); conduct research re same (.4); call with S. Brauner and J. Szydlo regarding the same (.3). | 1.10 |
| 07/07/21 | JES | 010 | Call with S. Brauner and Z. Lanier re litigation funding issues (.3); review materials re same (.2). | 0.50 |
| 07/08/21 | DLC | 010 | Review FTI materials re litigation funding (.3); confer with FTI team re same (.4); calls with litigation vendors re expense forecast in connection with same (.3). | 1.00 |
| 07/09/21 | DLC | 010 | Participate in call with FTI team re funding proposals (.4); review materials in connection with same (.1). | 0.50 |
| 07/09/21 | SLB | 010 | Attend call with FTI team re financing issues (.4); analyze issues re same (.8); draft correspondence to D. Chapman re same (.3); draft correspondence to P. Dublin re same (.2). | 1.70 |
| 07/10/21 | DLC | 010 | Call with S. Brauner re litigation funding materials. | 0.20 |
| 07/10/21 | SLB | 010 | Prepare for (.3) and participate on (.2) call with D. Chapman re litigation funding materials. | 0.50 |
| 07/12/21 | DLC | 010 | Revise case forecast (.5); correspond with potential litigation funder re counterproposal (.3) confer with document vendors and experts re expenses in connection with same (.9). | 1.70 |
| 07/12/21 | SLB | 010 | Draft correspondence to UCC advisors re financing issues (.5); analyze same (.5); review correspondence from potential financier re same (.4). | 1.40 |
| 07/12/21 | JES | 010 | Conduct research re litigation funding agreements. | 3.60 |
| 07/13/21 | DLC | 010 | Review correspondence from potential litigation funder (.3); confer with FTI re same (.3); confer with H5 re expense forecast (.3); multiple communications with experts re same (.6). | 1.50 |
| 07/13/21 | SLB | 010 | Correspondence with FTI team re litigation financing issues (.6); review materials re same (.4). | 1.00 |
| 07/13/21 | ZDL | 010 | Review precedent for litigation financing motions (.9); conduct research regarding the same (.3); call with J. Szydlo regarding same (.2). | 1.40 |
| 07/13/21 | JES | 010 | Conduct research re litigation funding agreements (1.0); call with Z. Lanier re same (.2). | 1.20 |
| 07/14/21 | DLC | 010 | Review materials from FTI team re litigation funding (.4); participate in | 1.30 |

SEARS CREDITORS COMMITTEE                                                                          Page 4
Bill Number: 1955057                                                                              10/05/21

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | call with FTI team re same (.3); participate in call with third party re same (.4); confer with experts re forecast in connection with same (.2). | |
| 07/14/21 | SLB | 010 | Participate on call with D. Chapman and FTI team re litigation financing (.3) call with third party re same (.4); analyze issues re same (1.0); draft correspondence to members of FR and Lit teams re same (.4). | 2.10 |
| 07/14/21 | ZDL | 010 | Review litigation finance precedent (.4); draft outline for motion re same (.9). | 1.30 |
| 07/15/21 | SLB | 010 | Correspondence with Z. Lanier re financing issues (.2); correspondence with D. Chapman re same (.2). | 0.40 |
| 07/15/21 | ZDL | 010 | Revise outline re litigation financing motion (.6); review research re same (.3); correspond with S. Brauner re financing issues (.2). | 1.10 |
| 07/15/21 | JES | 010 | Conduct research re litigation financing agreements (1.1); review draft outline for motion to approve litigation funding agreement for Adv. Proc. (.4). | 1.50 |
| 07/16/21 | SLB | 010 | Review precedent in connection with financing issues (.5); correspondence with Z. Lanier re same (.6); analyze issues re same (.4). | 1.50 |
| 07/16/21 | ZDL | 010 | Analyze issues regarding litigation financing (.6); correspond with S. Brauner re same (.6). | 1.20 |
| 07/18/21 | DLC | 010 | Review FTI materials re litigation financing. | 0.20 |
| 07/19/21 | DLC | 010 | Prepare for (.3) and participate in call with FTI team re litigation funding (.5). | 0.80 |
| 07/19/21 | SLB | 010 | Call with D. Chapman and FTI team re financing issues (.5); review materials re same (.3). | 0.80 |
| 07/19/21 | ZDL | 010 | Revise outline for litigation finance motion (1.1); conduct research regarding the same (.7). | 1.80 |
| 07/20/21 | DLC | 010 | Review revised FTI materials re litigation funding. | 0.20 |
| 07/20/21 | SLB | 010 | Review materials from FTI re litigation financing issues (.4); draft correspondence to third party re same (.3); correspondence with Z. Lanier re same (.2); review draft outline re motion in connection with the same (.5). | 1.40 |
| 07/20/21 | ZDL | 010 | Revise outline for litigation financing motion (2.2); conduct research regarding the same (.5); correspond with S. Brauner re same (.2). | 2.90 |
| 07/21/21 | DLC | 010 | Review and respond to correspondence from third party re litigation funding. | 0.20 |
| 07/21/21 | ZDL | 010 | Call with J. Szydlo regarding outline for litigation finance motion (.3); review edits to same (.4); review issues and current status of financing efforts (.4). | 1.10 |
| 07/21/21 | JES | 010 | Review S. Brauner comments to litigation financing motion (.3); call with Z. Lanier re same (.3); revise same (.6); review FTI deck in connection with same (.5). | 1.70 |
| 07/22/21 | JES | 010 | Review litigation financing materials. | 0.40 |
| 07/26/21 | DLC | 010 | Review correspondence with FTI re: financing and follow-up re: same (.4); follow-up with third parties re: same (.2). | 0.60 |
| 07/26/21 | SLB | 010 | Draft correspondence to FTI and D. Chapman re litigation financing issues (.3); analyze materials re same (.3). | 0.60 |
| 07/26/21 | JPK | 010 | Draft insert for litigation financing motion. | 1.00 |
| 07/26/21 | ZDL | 010 | Revise litigation finance motion outline. | 0.90 |
| 07/29/21 | ZDL | 010 | Revise litigation finance motion outline. | 0.80 |
| 07/29/21 | JES | 010 | Review materials re litigation funding. | 0.90 |
| 07/13/21 | SLB | 012 | Correspondence with Admin claimant re distributions (.3); correspondence with G. Fail (Weil) re same (.2); review materials re same (.3). | 0.80 |
| 07/27/21 | ZDL | 012 | Review status report on claims prepared by Debtors. | 0.50 |
| 07/01/21 | DMZ | 020 | Review hot docs re certain defendant named in Adversary Proceeding. | 0.50 |
| 07/01/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.40 |
| 07/02/21 | DMZ | 020 | Review hot docs relevant to specific counts asserted in Adversary | 0.50 |

SEARS CREDITORS COMMITTEE

Page 5

Bill Number: 1955057

10/05/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Complaint. | |
| 07/02/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.30 |
| 07/02/21 | SMN | 020 | Review issues regarding insurance coverage and update internal files regarding the same. | 0.20 |
| 07/06/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.70 |
| 07/06/21 | DLC | 020 | Review updates re insurance coverage in connection with Adversary Proceeding. | 0.20 |
| 07/06/21 | SLB | 020 | Draft correspondence to members of FR and Lit teams re open issues in connection with adversary proceeding. | 0.40 |
| 07/06/21 | SMN | 020 | Review docket filings in Delaware insurance coverage action involving adversary proceeding defendant (.5) summarize same for members of the litigation team (.4); review new cases implicating issues in motion to dismiss briefing (1.2). | 2.10 |
| 07/07/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.90 |
| 07/07/21 | JPK | 020 | Correspond with third party re privilege issues relating to documents produced in adversary proceeding. | 4.90 |
| 07/08/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 07/08/21 | JPK | 020 | Review hot documents produced by third party to adversary proceeding (1.7); draft memorandum re privilege issues in connection with same (3.0); attend call with document vendor re document retention issues (0.3). | 5.00 |
| 07/08/21 | SMN | 020 | Review filing in D&O coverage action involving certain defendants. | 0.30 |
| 07/09/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 07/09/21 | JPK | 020 | Multiple calls with third party re privilege issues relating to document productions in connection with Adversary Proceeding (2.1); revise memorandum re same (1.9); draft correspondence to D. Chapman re same (0.5); draft correspondence to counsel to third party re same (0.4). | 4.90 |
| 07/12/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.30 |
| 07/12/21 | DLC | 020 | Review memorandum re document production issues. | 0.20 |
| 07/12/21 | JPK | 020 | Review correspondence regarding discovery. | 0.20 |
| 07/12/21 | SMN | 020 | Review document filed on docket of Delaware insurance coverage action filed by defendant in adversary proceeding. | 0.10 |
| 07/13/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.80 |
| 07/13/21 | JPK | 020 | Review hot docs produced in adversary proceeding (.8); analyze privilege issues re same (.9); correspondence with third party re same (.9). | 2.60 |
| 07/13/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.20 |
| 07/14/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.00 |
| 07/14/21 | JPK | 020 | Revise memorandum re privilege issues relating to third party document productions. | 1.20 |
| 07/14/21 | SMN | 020 | Review opinion in insurance coverage action involving certain defendants in adversary proceeding. | 0.30 |
| 07/15/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.20 |
| 07/15/21 | JPK | 020 | Review documents produced by third party to adversary proceeding (.6); correspond with third party re same (.8). | 1.40 |
| 07/16/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.90 |
| 07/19/21 | DMZ | 020 | Review hot docs re certain defendant named in Adversary Proceeding. | 0.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/19/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 07/19/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.30 |
| 07/20/21 | DMZ | 020 | Draft correspondence to members of litigation team re discovery issues. | 0.10 |
| 07/20/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 07/20/21 | JPK | 020 | Prepare internal correspondence to third party regarding productions and related privilege issues. | 2.70 |
| 07/21/21 | DMZ | 020 | Review correspondence re privilege issues in connection with document productions. | 0.10 |
| 07/21/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.80 |
| 07/21/21 | JPK | 020 | Prepare correspondence regarding third party discovery. | 1.10 |
| 07/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.90 |
| 07/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.80 |
| 07/26/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.70 |
| 07/26/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.60 |
| 07/27/21 | DMZ | 020 | Review memorandum re privilege issues (.5); comment on same (.7). | 1.20 |
| 07/27/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.10 |
| 07/27/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.70 |
| 07/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 07/28/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.60 |
| 07/29/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 07/29/21 | DLC | 020 | Confer with H5 re document issues. | 0.20 |
| 07/29/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.40 |
| 07/30/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 07/30/21 | SMN | 020 | Review correspondence re document discovery issues. | 0.20 |
| 07/01/21 | ZDL | 023 | Review revised memo on MTN auction. | 0.60 |
| 07/06/21 | SLB | 023 | Review MIII summary re proposed asset sales (.2); correspondence with MIII and FTI teams re same (.1). | 0.30 |
| 07/06/21 | ZDL | 023 | Review Transform counter-designation for appeal in APA enforcement action. | 0.30 |
| 07/07/21 | SLB | 023 | Correspondence with Herrick re MTN investigation and related issues (.5); review revised memo re same (.5). | 1.00 |
| 07/14/21 | JES | 023 | Prepare materials for UCC call re MTN investigation (.2); attend same (.6). | 0.80 |
| 07/20/21 | SLB | 023 | Confer with J. Marcus re Transform document retention issues. | 0.40 |
| 07/22/21 | SLB | 023 | Correspondence with J. Marcus (.1) and FTI team (.2) re Transform document retention issues; analyze same (.1). | 0.40 |

Total Hours: 273.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 4.70 | at | $1655.00 | = | $7,778.50 |
| D L  CHAPMAN | 14.80 | at | $1265.00 | = | $18,722.00 |
| S L BRAUNER | 26.00 | at | $1265.00 | = | $32,890.00 |
| J P KANE | 28.10 | at | $970.00 | = | $27,257.00 |
| Z D  LANIER | 17.60 | at | $980.00 | = | $17,248.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1955057

Page 7
10/05/21

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S M  NOLAN | 6.60 | at | $855.00 | = | $5,643.00 |
| J E  SZYDLO | 19.70 | at | $810.00 | = | $15,957.00 |
| R J  COLLINS | 144.00 | at | $500.00 | = | $72,000.00 |
| D  KRASA-BERSTELL | 5.90 | at | $440.00 | = | $2,596.00 |
| K E  ROBINS | 5.60 | at | $245.00 | = | $1,372.00 |

Current Fees

$201,463.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $2,250.50 |
| Computerized Legal Research - Other | $685.17 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $908.38 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,459.42 |
| Professional Fees - Legal | $59,210.00 |
| Professional Fees - Miscellaneous | $77,494.15 |
| Transcripts | $373.20 |

Current Expenses

$143,380.82

| Date | | Value |
|---|---|---|
| 07/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/1/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 07/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 07/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/5/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 07/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 07/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 07/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 07/07/21 | Computerized Legal Research - Westlaw | $82.08 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research – Lexis – in contract 30% discount | 2,250.50 |
| Computerized Legal Research – Other | 685.17 |
| Computerized Legal Research – Courtlink – in Contract 50% Discount | 908.38 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,459.42 |
| Prof Fees – Legal | 59,210.00 |
| Professional Fees – Miscellaneous | 77,494.15 |
| Transcripts | 373.20 |
| **TOTAL:** | **143,380.82** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE
Bill Number: 1955057

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S M  NOLAN | 6.60 | at | $855.00 | = | $5,643.00 |
| J E  SZYDLO | 19.70 | at | $810.00 | = | $15,957.00 |
| R J  COLLINS | 144.00 | at | $500.00 | = | $72,000.00 |
| D   KRASA-BERSTELL | 5.90 | at | $440.00 | = | $2,596.00 |
| K E  ROBINS | 5.60 | at | $245.00 | = | $1,372.00 |

|  |  |
|---|---|
| Current Fees | $201,463.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $2,250.50 |
| Computerized Legal Research - Other | $685.17 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $908.38 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,459.42 |
| Professional Fees - Legal | $59,210.00 |
| Professional Fees - Miscellaneous | $77,494.15 |
| Transcripts | $373.20 |

|  |  |
|---|---|
| Current Expenses | $143,380.82 |

| Date | | Value |
|---|---|---|
| 07/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/1/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 07/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 07/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/5/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 07/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 07/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 07/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 07/07/21 | Computerized Legal Research - Westlaw | $82.08 |

SEARS CREDITORS COMMITTEE                                                       Page 8
Bill Number: 1955057                                                          10/05/21

|         |                                                                                              |          |
|---------|----------------------------------------------------------------------------------------------|----------|
|         | - in contract 30% discount  User: YEN DORIS Date: 7/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 |          |
| 07/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 07/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/8/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 07/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 07/08/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22021 DATE: 7/8/2021 -- Ussage from 4/1/2021 to 6/30/2021 | $122.60 |
| 07/08/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22021 DATE: 7/8/2021 -- Ussage from 4/1/2021 to 6/30/2021 | $6.50 |
| 07/08/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22021 DATE: 7/8/2021 -- Ussage from 4/1/2021 to 6/30/2021 | $95.70 |
| 07/08/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22021 DATE: 7/8/2021 -- Ussage from 4/1/2021 to 6/30/2021 | $17.30 |
| 07/08/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22021 DATE: 7/8/2021 -- Ussage from 4/1/2021 to 6/30/2021 | $90.20 |
| 07/08/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22021 DATE: 7/8/2021 -- Ussage from 4/1/2021 to 6/30/2021 | $16.50 |
| 07/09/21 | Professional Fees - Legal  VENDOR: STOUT RISIUS ROSS INC INVOICE#: CINV-016856 DATE: 7/9/2021 For Professional Services Rendered related to Sears Adversary Proceeding | $660.00 |
| 07/09/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTACT AND OUT OF CONTACT CHARGES FOR BILLING PERIOD: 04/01/2021-04/30/2021. | $464.90 |
| 07/09/21 | Computerized Legal Research - Courtlink | $443.48 |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 5/1/2021-5/31/2021 |  |
| 07/12/21 | Professional Fees - Legal  VENDOR: PROTIVITI INC. INVOICE#: 13745 DATE: 7/12/2021 For Services Rendered in Sears Adversary Proceeding through June 30, 2021. | $58,550.00 |
| 07/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/12/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 07/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/12/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 07/12/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SZYDLO JOSEPH; Charge Type: ACCESS CHARGE; Quantity: 7.0 | $509.10 |
| 07/12/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-31083 DATE: 7/12/2021 Data Hosting, Hosting Project Management Hrs. User's fees | $77,494.15 |
| 07/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 07/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: SBANO ANGELA Date: 7/14/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35 |
| 07/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 07/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 07/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 07/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/15/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 07/15/21 | Computerized Legal Research - Westlaw | $52.23 |

|  |  |  |
|---|---|---|
|  | - in contract 30% discount  User: YEN DORIS Date: 7/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 07/15/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SBANO ANGELA; Charge Type: ACCESS CHARGE; Quantity: 4.0 | $290.91 |
| 07/16/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SBANO ANGELA; Charge Type: ACCESS CHARGE; Quantity: 3.0 | $218.19 |
| 07/16/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SZYDLO JOSEPH; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $145.46 |
| 07/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/19/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 07/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/19/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 07/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 07/20/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: LANIER  ZACH; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $72.75 |
| 07/20/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 2.0 | $139.64 |
| 07/20/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SBANO ANGELA; Charge Type: ACCESS CHARGE; Quantity: 3.0 | $218.25 |
| 07/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 07/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 07/21/21 | Computerized Legal Research - Westlaw | $7.46 |

|          |                                                                                                                                                       |          |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | - in contract 30% discount  User: YEN DORIS Date: 7/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0                                                    |          |
| 07/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/22/2021 AcctNumber: 1000309084 ConnectTime: 0.0           | $52.23   |
| 07/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0              | $52.23   |
| 07/22/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SBANO ANGELA; Charge Type: ACCESS CHARGE; Quantity: 9.0     | $654.73  |
| 07/22/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US LEGISLATIVE COURT ORDERS; Employee: SBANO  ANGELA; Charge Type: DOC ACCESS; Quantity: 1.0 | $1.47    |
| 07/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/26/2021 AcctNumber: 1000309084 ConnectTime: 0.0           | $164.16  |
| 07/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/26/2021 AcctNumber: 1003389479 ConnectTime: 0.0  | $29.85   |
| 07/27/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 5159504 DATE: 7/27/2021 Transcriber fee for transcript of May 27, 2021 hearing.                                | $207.60  |
| 07/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 7/27/2021 AcctNumber: 1000193694 ConnectTime: 0.0             | $256.69  |
| 07/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0  | $82.08   |
| 07/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/28/2021 AcctNumber: 1003389479 ConnectTime: 0.0  | $22.39   |
| 07/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/28/2021 AcctNumber: 1003389479 ConnectTime: 0.0              | $82.08   |
| 07/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/28/2021 AcctNumber:                                          | $7.46    |

SEARS CREDITORS COMMITTEE                                                        Page 12
Bill Number: 1955057                                                            10/05/21

| Date | Description | Amount | |
|---|---|---|---|
| | 1003389479 ConnectTime: 0.0 | | |
| 07/29/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 5166238 DATE: 7/29/2021 Transcriber fee for transcript of July 27, 2021 hearing. | $165.60 | |
| 07/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 7/29/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 | |
| 07/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 | |
| 07/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2107 DATE: 7/31/2021 - Document retrieval in various courts | $59.06 | |
| 07/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2107 DATE: 7/31/2021 - Document retrieval in various courts | $118.13 | |
| 07/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2107 DATE: 7/31/2021 - Document retrieval in various courts | $41.92 | |
| 07/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2107 DATE: 7/31/2021 - Document retrieval in various courts | $16.00 | |
| 07/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2107 DATE: 7/31/2021 - Document retrieval in various courts | $50.63 | |
| 07/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2107 DATE: 7/31/2021 - Document retrieval in various courts | $50.63 | |

|  |  |  |
|---|---|---|
| Current Expenses | | $143,380.82 |
| **Total Amount of This Invoice** | | **$344,844.32** |
| **Prior Balance Due** | | $7,140,099.91 |
| **Total Balance Due Upon Receipt** | | $7,484,944.23 |



**Invoice Date:** 7/12/2021

**Invoice Number:** INV-31083

| | | |
|---|---|---|
| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | | 6/1/2021 | 6/30/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Data Hosting (GB)** | 8,037.2 | $9.00 | $72,334.80 |
| **Hosting Project Management (Hours)** | 14.51 | $185.00 | $2,684.35 |
| **User Fees (Users)** | 33 | $75.00 | $2,475.00 |

| | |
|---|---|
| **Subtotal** | $77,494.15 |
| **Tax Total** | $0.00 |
| **Total** | $77,494.15 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA  15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or Mastercard at this time.*