**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**IGCFCO V, LLC**
Name of Transferee
Phone: (646) 558-2825
Last Four Digits of Acct #: N/A

**Fulcrum Credit Partners LLC**
Name of Transferor
Phone: (512) 852-3103
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

IGCFCO V, LLC
7114 E. Stetson Dr., Suite 250
Scottsdale, Arizona 85251
Attn: Jim Barrons

**Claim No: 6322**
**Case No.:** 18-23538 (RDD)

Date Filed: December 17, 2018

Total Amount of Claim: $31,188.52
**Transferred Amount of Claim: $899.54***

*The transferred claim amount is the full amount of Transferor's 503(b)(9) administrative expense claim. Such administrative claims were subsequently modified pursuant to the *Notice of Allowed Administrative Expense Claims* [Dkt. No. 5298] and the *Administrative Expense Consent Program* [Dkt. No. 5270, Ex. B].

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature                                                Date: __October 4__, 2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court
      Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:   In re: Sears Holdings Corporation, et al.,
          Case No. 18-23538 (RDD) (Jointly Administered) (the "Debtors")

**Claim #: 6322**
**Proof of Claim Amount: $31,188.52**
**Amount of Claim Assigned: $899.54** (the full amount of Seller's 503(b)(9) administrative expense claim)

Fulcrum Credit Partners LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**IGCFCO V, LLC**
7114 E. Stetson Dr., Suite 250
Scottsdale, Arizona 85251
Attention: Jim Barrons
Telephone: +1 (602) 802-8305
E-mail: jbarrons@balbec.com

its successors and assigns ("Buyer"), all right, title and interest in and to the full amount of Seller's 503(b)(9) administrative expense claim in the principal amount of $899.54 (the "Claim") against the Debtors in the bankruptcy proceedings in the Bankruptcy Court, Case No. 18-23538 (RDD) (jointly administered), or any other court with jurisdiction.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of October 4, 2021.

Seller: **Fulcrum Credit Partners LLC**

By: _____
Name:
Title:    Matthew W. Hamilton
          Authorized Signatory

Buyer: **IGCFCO V, LLC**

By: _____
Name: Jeff Padden
Title:  Manager