**EXHIBIT TABLE TO FUTURE TORT CLAIMANT DIANA ARNEY'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF LITIGATION INVOLVING <u>ELECTROLUX-MANUFACTURED BALL HITCH DESIGN DRYERS</u>**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Court Docket of *MemberSelect Insurance Company v. Electrolux Home Products, Inc.* |
| B | Sears Cross Claim in *MemberSelect Insurance Company v. Electrolux Home Products, Inc.* |
| C | Universal Terms and Conditions Agreement and Vendor Agreement Between Sears and Electrolux as filed in *MemberSelect Insurance Company v. Electrolux Home Products, Inc.* |
| D | Sears Laundry Engineer Manager Chang Hyun Lee Affidavit from *MemberSelect Insurance Company v. Electrolux Home Products, Inc.* |
| E | Report and Recommendation of Magistrate Judge Schenkier in *MemberSelect Insurance Company v. Electrolux Home Products, Inc.* |
| F | Electrolux's Rule 16 Proposed Order in *MemberSelect Insurance Company v. Electrolux Home Products, Inc.* |
| G | Court Docket of *Shawn Roberts, et al., v. Electrolux Home Products, Inc.* |
| H | Court Order Approving Settlement Agreement from *Shawn Roberts, et al., v. Electrolux Home Products, Inc.* |
| I | Settlement Agreement from *Shawn Roberts, et al., v. Electrolux Home Products, Inc.* |
| J | Motion by American Family Insurance for the transfer of Actions before the Judicial Panel on Multidistrict Litigation, filed July 18, 2013 |
| K | Docket Report for *In re Electrolux Dryer Products Liability Litigation* before the Judicial Panel on Multidistrict Litigation |
| L | Complaints from 32 cases listed in *In re Electrolux Dryer Products Liability Litigation* before the Judicial Panel on Multidistrict Litigation |
| M | Docket Report for *TOPA Insurance Co. v. Electrolux, NA, Inc.* |
| N | Docket Report for *Homesite Ins. Co. v. Electrolux Home Products* |
| O | Complaint from *State Farm Fire and Cas. Co. v. Electrolux Home Products* |
| P | Electrolux's Opposition to American Family Insurance's motion for transfer of actions before the Judicial Panel on Multidistrict Litigation |
| Q | Sears's Statement of Position adopting Electrolux's position in *In re Electrolux Dryer Products Liability Litigation* before the Judicial Panel on Multidistrict Litigation |
| R | Order of the Judicial Panel on Multidistrict Litigation denying American Family's motion to transfer, dated October 16, 2013 |
| S | Email correspondence between counsel for Arney, counsel for New Sears, and counsel for Old Sears regarding discovery information |