# EXHIBIT A

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:13-cv-04097

| | |
|---|---|
| Member Select Insurance Company v. Electrolux Home Products, Inc. et al | Date Filed: 06/03/2013 |
| Assigned to: Honorable Marvin E. Aspen | Date Terminated: 02/05/2016 |
| Cause: 28:1391 Personal Injury | Jury Demand: Both |
| | Nature of Suit: 385 Prop. Damage Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Member Select Insurance Company**
*a/s/o Chris and Renata Loiotile*

represented by **Brian Thomas Bailey**
Nielsen Zehe & Antas
Suite 1800
55 W. Monroe Street
Suite 1800
Chicago, IL 60603
312-635-1842
Email: btb@baileyandbaileylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Tedesco**
Gibson & Sharps
1443 20th Street
Vero Beach, FL 32960
(772) 321-5727
Email: jht@gibsonsharps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer H Tedesco**
1443 20th Street
Suite F
Vero Beach, FL 32960
(800) 759-0964
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Electrolux Home Products, Inc.**
*a Delaware corporation*

represented by **Brian James Hunt**
The Hunt Law Group
10 S. LaSalle St.
Suite 1450
Chicago, IL 60603
(312) 384-2300

Email: bhunt@hunt-lawgroup.com
*TERMINATED: 04/08/2014*
*LEAD ATTORNEY*

**Michael Irving Leonard**
Leonard Trial Lawyers LLC
120 North LaSalle
Suite 2000
Chicago, IL 60602
(312)380-6559
Email: mleonard@leonardtriallawyers.com
*TERMINATED: 04/03/2014*
*LEAD ATTORNEY*

**Ethan Emery White**
Emery Law, Ltd.
2021 Midwest Road
Suite 200
Oak Brook, IL 60523
630-984-0339
Email: ewhite@emerylawltd.com
*ATTORNEY TO BE NOTICED*

**Lindsay A. Watson**
Gordon & Rees, LLP
One North Franklin Street
Suite 800
Chicago, IL 60606
(312) 565-1400
Email: lwatson@gordonrees.com
*TERMINATED: 04/08/2014*

**Matthew J. Ennis**
The Hunt Law Group
20 N. Wacker Drive
Suite 1711
Chicago, IL 60606
(312) 384-2300
Email: mennis@hunt-lawgroup.com
*TERMINATED: 04/08/2014*

**Rebecca Marie Biernat**
Tucker Ellis Llp
One Market Plaza
Steuart Tower, Ste 700
San Francisco, CA 94105
(415) 617-2400
Email: rebecca.biernat@tuckerellis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Sears Holding Corporation**<br>*a Delaware corporation* | represented by | **Heather E. Shea**<br>O'Hagan Meyer, LLC |

One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100
Email: hshea@ohaganmeyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Balog**
O'Hagan Meyer, LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
(312) 422-6160
Email: jbalog@ohaganmeyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L Keil**
O'Hagan LLC
1 E. Wacker Dr.
#3400
Chicago, IL 60601
312.422.6143
Email: hkeil@ohaganlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer M Reddien**
O'Hagan Meyer, LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
(312) 422-6100
Email: jreddien@ohaganlaw.com
*ATTORNEY TO BE NOTICED*

**Jodi Lauren Rifkin**
O'Hagan Meyer, LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
(312) 422-6166
Email: jrifkin@ohaganlaw.com
*ATTORNEY TO BE NOTICED*

**Rebecca Marie Biernat**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

| | | |
|---|---|---|
| **Sears Holding Corporation** *a Delaware corporation* | represented by | **Heather E. Shea** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**James P. Balog**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L Keil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer M Reddien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jodi Lauren Rifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Marie Biernat**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Electrolux Home Products, Inc.**
*a Delaware corporation*

represented by **Brian James Hunt**
(See above for address)
*TERMINATED: 04/08/2014*
*LEAD ATTORNEY*

**Michael Irving Leonard**
(See above for address)
*TERMINATED: 04/03/2014*
*LEAD ATTORNEY*

**Ethan Emery White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay A. Watson**
(See above for address)
*TERMINATED: 04/08/2014*

**Matthew J. Ennis**
(See above for address)
*TERMINATED: 04/08/2014*

**Rebecca Marie Biernat**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2013 | 1 | COMPLAINT filed by Member Select Insurance Company; Jury Demand. Filing fee $ 400, receipt number 0752-8406527.(Bailey, Brian) (Entered: 06/03/2013) |
| 06/03/2013 | 2 | CIVIL Cover Sheet (Bailey, Brian) (Entered: 06/03/2013) |
| 06/03/2013 | 3 | ATTORNEY Appearance for Plaintiff Member Select Insurance Company by Brian Thomas Bailey (Bailey, Brian) (Entered: 06/03/2013) |
| 06/03/2013 |  | CASE ASSIGNED to the Honorable Marvin E. Aspen. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (nsf, ) (Entered: 06/03/2013) |
| 06/03/2013 |  | SUMMONS Issued as to Defendants Electrolux Home Products, Inc., Sears Holding Corporation (tg, ) (Entered: 06/03/2013) |
| 06/04/2013 | 4 | MINUTE entry before Honorable Marvin E. Aspen: Status hearing set for 7/25/2013 at 10:30 AM., in Courtroom 2525. The plaintiff is to notify the defendants of status date.Judicial staff mailed notice (gl, ) (Entered: 06/04/2013) |
| 06/07/2013 | 5 | SUMMONS Returned Executed by Member Select Insurance Company as to Electrolux Home Products, Inc. on 6/5/2013, answer due 6/26/2013. (Bailey, Brian) (Entered: 06/07/2013) |
| 06/07/2013 | 6 | SUMMONS Returned Executed by Member Select Insurance Company as to Sears Holding Corporation on 6/5/2013, answer due 6/26/2013. (Bailey, Brian) (Entered: 06/07/2013) |
| 06/24/2013 | 7 | ATTORNEY Appearance for Defendant Sears Holding Corporation by Heather E. Shea (Shea, Heather) (Entered: 06/24/2013) |
| 06/24/2013 | 8 | MOTION by Defendant Sears Holding Corporation to dismiss *Count III of Plaintiff's Complaint* (Shea, Heather) (Entered: 06/24/2013) |
| 06/24/2013 | 9 | ATTORNEY Appearance for Defendant Electrolux Home Products, Inc. by Brian James Hunt (Attachments: # 1 Notice of Filing)(Hunt, Brian) (Entered: 06/24/2013) |
| 06/24/2013 | 10 | ATTORNEY Appearance for Defendant Electrolux Home Products, Inc. by Lindsay A Watson (Attachments: # 1 Notice of Filing)(Watson, Lindsay) (Entered: 06/24/2013) |
| 06/24/2013 | 11 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Electrolux Home Products, Inc. *Corporate Disclosure Statement of Electrolux Home Products, Inc.* (Attachments: # 1 Notice of Filing)(Watson, Lindsay) (Entered: 06/24/2013) |
| 06/24/2013 | 12 | ANSWER to Complaint by Electrolux Home Products, Inc. (Attachments: # 1 Notice of Filing)(Watson, Lindsay) (Entered: 06/24/2013) |
| 06/26/2013 | 13 | ANSWER to Complaint by Sears Holding Corporation(Shea, Heather) (Entered: 06/26/2013) |
| 06/26/2013 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sears Holding Corporation (Shea, Heather) (Entered: 06/26/2013) |
| 06/26/2013 | 15 | NOTICE of Motion by Heather E. Shea for presentment of motion to dismiss 8 before Honorable Sidney I. Schenkier on 7/9/2013 at 08:30 AM. (Shea, Heather) (Entered: 06/26/2013) |
| 07/01/2013 | 16 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8500422. (Tedesco, Jennifer) (Entered: 07/01/2013) |
| 07/02/2013 | 17 | ATTORNEY Appearance for Defendant Sears Holding Corporation by Jodi Lauren |

| | | |
|---|---|---|
| | | Rifkin (Rifkin, Jodi) (Entered: 07/02/2013) |
| 07/09/2013 | | ***Deadlines and hearings Terminated. (jj, ) (Entered: 07/09/2013) |
| 07/09/2013 | 18 | NOTICE of Motion by Heather E. Shea for presentment of motion to dismiss 8 before Honorable Marvin E. Aspen on 7/23/2013 at 10:30 AM. (Shea, Heather) (Entered: 07/09/2013) |
| 07/09/2013 | 19 | AMENDED complaint by Member Select Insurance Company against All Defendants (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Bailey, Brian) (Entered: 07/09/2013) |
| 07/10/2013 | 20 | MINUTE entry before Honorable Marvin E. Aspen:Application of Jennifer H. Tedesco to appear pro hac vice 16 on behalf of plaintiff is granted.Judicial staff mailed notice (gl, ) (Entered: 07/10/2013) |
| 07/11/2013 | 21 | MINUTE entry before Honorable Marvin E. Aspen:Plaintiff is to respond to defendants' motion to dismiss 8 Count III of plaintiff's complaint on or before 7/24/2013. Defendants to reply by 7/29/2013. The status hearing set for 7/25/13 is stricken and reset to 8/29/2013 at 10:30 AM. The motion hearing scheduled for 7/23/13 is stricken. Judicial staff mailed notice (gl, ) (Entered: 07/11/2013) |
| 07/12/2013 | 22 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Member Select Insurance Company (Bailey, Brian) (Entered: 07/12/2013) |
| 07/23/2013 | 23 | RESPONSE by Member Select Insurance Companyin Opposition to MOTION by Defendant Sears Holding Corporation to dismiss *Count III of Plaintiff's Complaint* 8 (Bailey, Brian) (Entered: 07/23/2013) |
| 07/23/2013 | 24 | ANSWER to amended complaint by Electrolux Home Products, Inc. (Attachments: # 1 Notice of Filing)(Watson, Lindsay) (Entered: 07/23/2013) |
| 07/23/2013 | 25 | MOTION of American Family for Transfer of Actions pursuant to 28 U.S.C. 1407. (nf, ) (Entered: 07/25/2013) |
| 07/23/2013 | 26 | BRIEF In Support of Plaintiff's Motion for Transfer of Actions Pursuant to 28 U.S.C. 1407. (nf, ) (Entered: 07/25/2013) |
| 07/31/2013 | 27 | ATTORNEY Appearance for Defendant Sears Holding Corporation by Heather E. Shea (Shea, Heather) (Entered: 07/31/2013) |
| 07/31/2013 | 28 | JURY Demand (Shea, Heather) (Entered: 07/31/2013) |
| 07/31/2013 | 29 | ATTORNEY Appearance for Defendant Sears Holding Corporation by James P. Balog (Balog, James) (Entered: 07/31/2013) |
| 08/27/2013 | 30 | MINUTE entry before Honorable Marvin E. Aspen:Defendants' Motion to dismiss 8 is denied as moot. Enter Order. (See Order in separate docket entry.) The ruling date of 8/29/13 is stricken. A Status hearing set for 9/11/2013 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 08/27/2013) |
| 08/27/2013 | 31 | ORDER. Signed by the Honorable Marvin E. Aspen on 8/27/2013:Judicial staff mailed notice(gl, ) (Entered: 08/27/2013) |
| 09/05/2013 | 32 | MINUTE entry before Honorable Marvin E. Aspen:The Status hearing set for 9/11/13 is stricken and reset to 9/12/2013 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 09/05/2013) |
| 09/12/2013 | 33 | ATTORNEY Appearance for Defendant Sears Holding Corporation by Heather L Keil (Keil, Heather) (Entered: 09/12/2013) |
| 09/12/2013 | 34 | MINUTE entry before Honorable Marvin E. Aspen: Status hearing held on 9/12/2013, |

| | | |
|---|---|---|
| | | and continued to 12/19/13 at 10:30 a.m. Defendants are given to and including 9/26/13 to respond to the plaintiffs amended complaint. Defendants are to file their motion to dismiss with supporting memorandum by 9/26/13. The plaintiff is to respond by 10/7/2013. Defendants are to reply by 10/15/2013. Ruling on motion is stayed pending a decision by the MDL Panel. Filing of motion does not stay discovery. Judicial staff mailed notice (gl, ) (Entered: 09/12/2013) |
| 09/26/2013 | 35 | ANSWER to amended complaint *and Affirmative Defenses* by Sears Holding Corporation (Attachments: # 1 Certificate of Service)(Reddien, Jennifer) (Entered: 09/26/2013) |
| 10/16/2013 | 36 | ORDER DENYING TRANSFER re: pldg. (2 in ALN/2:12-cv-01993, 2 in ALN/7:12-cv-01992, 2 in ARE/4:12-cv-00157, 2 in CAC/5:13-cv-01011, 2 in CAC/8:12-cv-01644, 2 in CAS/3:11-cv-01340, 2 in GAN/1:12-cv-00571, 2 in ILC/1:13-cv-01207, 2 in ILN/1:09-cv-06379, 2 in ILN/1:11-cv-08946, 2 in ILN/1:12-cv-09309, 2 in ILN/1:13-cv-01617, 2 in ILN/1:13-cv-03665, 2 in ILN/1:13-cv-04097, 2 in INN/1:11-cv-00042, 2 in INN/1:13-cv-00028, 2 in INN/2:12-cv-00047, 2 in INN/3:08-cv-00436, 2 in INS/1:13-cv-00174, 2 in KYW/3:12-cv-00732, 2 in LAW/2:12-cv-02702, 3 in MDL No. 2477, 2 in MIE/2:12-cv-13799, 2 in NH/1:12-cv-00195, 2 in NJ/2:10-cv-01952, 2 in NJ/3:12-cv-01966, 2 in NJ/3:12-cv-02815, 2 in NYE/1:12-cv-05065, 2 in NYE/2:10-cv-03901, 2 in NYN/6:13-cv-00132, 2 in NYS/1:11-cv-01237, 2 in OHN/1:13-cv-00345, 2 in OHN/3:12-cv-03000, 2 in OHS/1:12-cv-00843, 2 in PAE/2:13-cv-02562, 2 in WIW/3:11-cv-00678), (1 in ALN/2:12-cv-01993, 1 in ALN/7:12-cv-01992, 1 in ARE/4:12-cv-00157, 1 in CAC/5:13-cv-01011, 1 in CAC/8:12-cv-01644, 1 in CAS/3:11-cv-01340, 1 in GAN/1:12-cv-00571, 1 in ILC/1:13-cv-01207, 1 in ILN/1:09-cv-06379, 1 in ILN/1:11-cv-08946, 1 in ILN/1:12-cv-09309, 1 in ILN/1:13-cv-01617, 1 in ILN/1:13-cv-03665, 1 in ILN/1:13-cv-04097, 1 in INN/1:11-cv-00042, 1 in INN/1:13-cv-00028, 1 in INN/2:12-cv-00047, 1 in INN/3:08-cv-00436, 1 in INS/1:13-cv-00174, 1 in KYW/3:12-cv-00732, 1 in LAW/2:12-cv-02702, 2 in MDL No. 2477, 1 in MIE/2:12-cv-13799, 1 in NH/1:12-cv-00195, 1 in NJ/2:10-cv-01952, 1 in NJ/3:12-cv-01966, 1 in NJ/3:12-cv-02815, 1 in NYE/1:12-cv-05065, 1 in NYE/2:10-cv-03901, 1 in NYN/6:13-cv-00132, 1 in NYS/1:11-cv-01237, 1 in OHN/1:13-cv-00345, 1 in OHN/3:12-cv-03000, 1 in OHS/1:12-cv-00843, 1 in PAE/2:13-cv-02562, 1 in WIW/3:11-cv-00678), (18 in ALN/2:12-cv-01993, 18 in ALN/7:12-cv-01992, 17 in ARE/4:12-cv-00157, 18 in CAC/5:13-cv-01011, 17 in CAC/8:12-cv-01644, 17 in CAS/3:11-cv-01340, 17 in GAN/1:12-cv-00571, 15 in ILC/1:13-cv-01207, 18 in ILN/1:09-cv-06379, 20 in ILN/1:11-cv-08946, 18 in ILN/1:12-cv-09309, 15 in ILN/1:13-cv-01617, 15 in ILN/1:13-cv-03665, 19 in ILN/1:13-cv-04097, 15 in INN/1:11-cv-00042, 15 in INN/1:13-cv-00028, 15 in INN/2:12-cv-00047, 18 in INN/3:08-cv-00436, 15 in INS/1:13-cv-00174, 15 in KYW/3:12-cv-00732, 23 in LAW/2:12-cv-02702, 84 in MDL No. 2477, 17 in MIE/2:12-cv-13799, 21 in NH/1:12-cv-00195, 17 in NJ/2:10-cv-01952, 17 in NJ/3:12-cv-01966, 17 in NJ/3:12-cv-02815, 18 in NYE/1:12-cv-05065, 24 in NYE/2:10-cv-03901, 15 in NYN/6:13-cv-00132, 17 in NYS/1:11-cv-01237, 23 in OHN/1:13-cv-00345, 18 in OHN/3:12-cv-03000, 18 in OHS/1:12-cv-00843, 18 in PAE/2:13-cv-02562, 24 in WIW/3:11-cv-00678), ( 1 in MDL No. 2477) The motion to transfer, pursuant to 28 U.S.C. 1407, is DENIED. Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 10/16/2013. Associated Cases: MDL No. 2477 et al. (kj, ) (Entered: 10/21/2013) |
| 12/16/2013 | 37 | MINUTE entry before the Honorable Marvin E. Aspen:The Status hearing set for 12/19/13 is stricken and reset to 3/6/2014 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 12/16/2013) |
| 01/27/2014 | 38 | ATTORNEY Appearance for Defendant Electrolux Home Products, Inc. by Matthew J. Ennis (Attachments: # 1 Notice of Filing)(Ennis, Matthew) (Entered: 01/27/2014) |
| 02/12/2014 | 39 | MOTION by Defendant Sears Holding Corporation for extension of time *TO ANSWER PLAINTIFFS REQUESTS FOR ADMISSION AND TO FILE RULE 26(A)* |

| | | |
|---|---|---|
| | | *DISCLOSURES* (Reddien, Jennifer) (Entered: 02/12/2014) |
| 02/12/2014 | 40 | NOTICE of Motion by Jennifer M Reddien for presentment of extension of time 39 before Honorable Marvin E. Aspen on 2/18/2014 at 10:30 AM. (Reddien, Jennifer) (Entered: 02/12/2014) |
| 02/14/2014 | 41 | MINUTE entry before the Honorable Marvin E. Aspen:The moiton hearing set for 2/18/14, regarding Defendant's motion for extension of time 39 is reset to 2/27/14 at 10:30 a.m. The motion hearing set for 2/18/14 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/14/2014) |
| 02/24/2014 | 42 | MINUTE entry before the Honorable Marvin E. Aspen:Defendant Sears Roebuck and Co.'s Motion for extension of time 39 of up to and including 3/3/14 to file its Rule 26(A) disclosures and a thirty-day extension of time, up to and including 4/3/14, to answer plaintiff's request for admission is granted. The Status hearing set for 3/6/14 is stricken and reset to 4/3/2014 at 10:30 AM. The motion hearing scheduled for 2/27/14 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/24/2014) |
| 03/03/2014 | 43 | INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A) by Sears Holding Corporation (Reddien, Jennifer) (Entered: 03/03/2014) |
| 03/07/2014 | 44 | AMENDED INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A) by Sears Holding Corporation (Reddien, Jennifer) (Entered: 03/07/2014) |
| 03/31/2014 | 45 | CERTIFICATE of Service *Answers to Plaintiff's Request for Admission* by Heather E. Shea on behalf of Sears Holding Corporation (Shea, Heather) (Entered: 03/31/2014) |
| 04/01/2014 | 46 | MOTION by Defendant Electrolux Home Products, Inc. to substitute attorney (Hunt, Brian) (Entered: 04/01/2014) |
| 04/01/2014 | 47 | NOTICE of Motion by Brian James Hunt for presentment of motion to substitute attorney 46 before Honorable Marvin E. Aspen on 4/3/2014 at 10:30 AM. (Hunt, Brian) (Entered: 04/01/2014) |
| 04/02/2014 | 48 | ATTORNEY Appearance for Defendant Electrolux Home Products, Inc. by Michael Irving Leonard (Leonard, Michael) (Entered: 04/02/2014) |
| 04/02/2014 | 49 | ATTORNEY Appearance for Defendant Electrolux Home Products, Inc. by Ethan Emery White (White, Ethan) (Entered: 04/02/2014) |
| 04/03/2014 | 50 | MINUTE entry before the Honorable Marvin E. Aspen:Defendant Electrolux Home Products, Inc.'s Motion to substitute attorney 46 is granted. Attorneys Brian J. Hunt, Lindsay A. Watson and Matthew J. Ennis, of the The Hunt Law Group, are granted leave to file their appearances on behalf of defendant Electrolux Home Products, Inc. Attorney Michael Irving Leonard and Ethan Emery White terminated.Judicial staff mailed notice (gl, ) (Entered: 04/07/2014) |
| 04/07/2014 | 51 | MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 4/7/2014, and continued to 1/22/14 at 10:30 a.m. The Court adopts the Parties' Scheduling Order. Parties are to file a joint pretrial order in open court on 1/22/2015 at 10:30 AM. (For further details, see Scheduling Order in separate docket entry). Judicial staff mailed notice (gl, ) (Entered: 04/07/2014) |
| 04/07/2014 | 52 | Scheduling ORDER. Signed by the Honorable Marvin E. Aspen on 4/7/2014:Judicial staff mailed notice(gl, ) (Entered: 04/07/2014) |
| 04/07/2014 | 53 | MINUTE entry before the Honorable Marvin E. Aspen: The minute entry of 4/7/14, (Dkt. No. 52), having been entered in error, is vacated.Judicial staff mailed notice (gl, ) (Entered: 04/07/2014) |

| | | |
|---|---|---|
| 04/07/2014 | 54 | Scheduling ORDER. Signed by the Honorable Marvin E. Aspen on 4/7/2014:Judicial staff mailed notice(gl, ) (Entered: 04/07/2014) |
| 04/08/2014 | 55 | MINUTE entry before the Honorable Marvin E. Aspen: The minute entry of 4/4/14 (50) is corrected to read as follows: Defendant Electrolux Home Products, Inc.'s Motion to substitute attorney (46) is granted. Attorneys Brian J. Hunt, Lindsay A. Watson and Matthew J. Ennis, of the The Hunt Law Group, are withdrawn as counsel for defendant Electrolux. Attorney Michael Irving Leonard and Ethan Emery White are granted leave to file their appearance on behalf of defendant Electrolux Home Products, Inc., as substitute counsel. Attorney Lindsay A Watson; Matthew J. Ennis and Brian James Hunt terminated.Judicial staff mailed notice (gl, ) (Entered: 04/08/2014) |
| 04/10/2014 | 56 | CERTIFICATE of Service *Defendant's Answers to Discovery* by Heather E. Shea on behalf of Sears Holding Corporation (Shea, Heather) (Entered: 04/10/2014) |
| 08/19/2014 | 57 | CERTIFICATE of Service *Notice of Def. Sears Designated Corp. 30(b)(6) Representative Record Keeping* by Jennifer Tedesco on behalf of Member Select Insurance Company (Tedesco, Jennifer) (Entered: 08/19/2014) |
| 08/27/2014 | 58 | MOTION by Defendant Sears Holding Corporation for extension of time to complete discovery (Keil, Heather) (Entered: 08/27/2014) |
| 08/27/2014 | 59 | NOTICE of Motion by Heather L Keil for presentment of motion for extension of time to complete discovery 58 before Honorable Marvin E. Aspen on 9/4/2014 at 10:30 AM. (Keil, Heather) (Entered: 08/27/2014) |
| 08/27/2014 | 60 | NOTICE of Motion by Heather L Keil for presentment of motion for extension of time to complete discovery 58 before Honorable Marvin E. Aspen on 9/11/2014 at 10:30 AM. (Keil, Heather) (Entered: 08/27/2014) |
| 09/02/2014 | 61 | MINUTE entry before the Honorable Marvin E. Aspen: Defendant Sears' motion to extend discovery 58 is granted as follows: Non-expert discovery will close on October 31, 2014. The Plaintiff shall disclose its trial expert(s), including written report, as provided in Fed. R. Civ. P. 26(a)(2) no later than November 17, 2014. The Defendants shall disclose trial expert(s), including written report, as provided in Fed. R. Civ. P. 26(a)(2) no later than December 1, 2014. All expert witness depositions shall be completed by the parties on or before January 29, 2015. All dispositive motions shall be filed no later than February 26, 2015. Dispositive motions with supporting memoranda due by February 26, 2015. Parties to submit pretrial order in open court on February 26, 2015 at 10:30 a.m. Status hearing set for February 26, 2015 at 10:30 a.m. Motion hearing date of September 11, 14 is stricken. No further extensions. Notice mailed by judge's staff (ntf, ) (Entered: 09/02/2014) |
| 09/08/2014 | 62 | MOTION by Defendant Sears Holding Corporation to quash *Plaintiff's notice of deposition of Sears' Rule 30(b)(6) representative*, MOTION by Defendant Sears Holding Corporation for protective order (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Keil, Heather) (Entered: 09/08/2014) |
| 09/08/2014 | 63 | NOTICE of Motion by Heather L Keil for presentment of motion to quash,, motion for protective order, 62 before Honorable Marvin E. Aspen on 9/11/2014 at 10:30 AM. (Keil, Heather) (Entered: 09/08/2014) |
| 09/09/2014 | 64 | MINUTE entry before the Honorable Marvin E. Aspen: Defendant's motion to quash and for protective order 62 is taken under advisement. Plaintiffs' response shall be filed by 9/19/14. Defendant's reply in support shall be filed by 9/24/14. Motion hearing date of 9/11/14 is stricken. Notice mailed by judge's staff (ntf, ) (Entered: 09/09/2014) |
| 09/12/2014 | 65 | CERTIFICATE of Service by Defendant Sears Holding Corporation *SUPPLEMENTAL* |

| | | |
|---|---|---|
| | | ANSWERS TO PLAINTIFFS INTERROGATORIES AND SUPPLEMENTAL RESPONSES TO PLAINTIFFS REQUEST TO PRODUCE* (Keil, Heather) (Entered: 09/12/2014) |
| 09/19/2014 | 66 | RESPONSE by Member Select Insurance Companyin Opposition to MOTION by Defendant Sears Holding Corporation to quash *Plaintiff's notice of deposition of Sears' Rule 30(b)(6) representative*MOTION by Defendant Sears Holding Corporation for protective order 62 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Tedesco, Jennifer) (Entered: 09/19/2014) |
| 09/24/2014 | 67 | REPLY by Sears Holding Corporation to response in opposition to motion, 66 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Keil, Heather) (Entered: 09/24/2014) |
| 09/30/2014 | 68 | CERTIFICATE of Service *Second Request for Admissions Served on Defendant Sears Holding* by Jennifer Tedesco on behalf of Member Select Insurance Company (Tedesco, Jennifer) (Entered: 09/30/2014) |
| 10/02/2014 | 69 | MINUTE entry before the Honorable Marvin E. Aspen: Defendant Sears, Roebuck and Co.'s Motion to Quash and for Protective Order 62 is denied as moot. Non-expert discovery will close on October 31, 2014 as currently scheduled, and we expect the parties to work together to complete all non-expert depositions and other discovery by that date. Notice mailed by judge's staff (ntf, ) (Entered: 10/02/2014) |
| 10/07/2014 | 70 | MOTION by Plaintiff Member Select Insurance Company to compel *Discovery from Defendant Sears* (Attachments: # 1 Certificate of Service, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F - 1, # 8 Exhibit F - 2, # 9 Exhibit F - 3, # 10 Exhibit F - 4, # 11 Exhibit F - 5, # 12 Exhibit G, # 13 Exhibit H)(Tedesco, Jennifer) (Entered: 10/07/2014) |
| 10/07/2014 | 71 | SUPPLEMENT to motion to compel, 70 *Plaintiff's additional Exhibits in Support of its Motion to Compel Discovery from Sears* (Attachments: # 1 Exhibit J - 1, # 2 Exhibit J - 2, # 3 Exhibit J - 3, # 4 Exhibit K, # 5 Exhibit L, # 6 Exhibit M)(Tedesco, Jennifer) (Entered: 10/07/2014) |
| 10/10/2014 | 72 | NOTICE of Motion by Jennifer Tedesco for presentment of motion to compel, 70 before Honorable Marvin E. Aspen on 10/23/2014 at 10:30 AM. (Tedesco, Jennifer) (Entered: 10/10/2014) |
| 10/16/2014 | 73 | CERTIFICATE of Service *SUPPLEMENTAL REQUEST TO PRODUCE TO PLAINTIFFS* by Heather L Keil on behalf of Sears Holding Corporation (Keil, Heather) (Entered: 10/16/2014) |
| 10/16/2014 | 74 | MOTION by Defendant Electrolux Home Products, Inc. for protective order *Agreed Motion By All Parties* (White, Ethan) (Entered: 10/16/2014) |
| 10/16/2014 | 75 | NOTICE of Motion by Ethan Emery White for presentment of motion for protective order 74 before Honorable Marvin E. Aspen on 10/23/2014 at 10:30 AM. (White, Ethan) (Entered: 10/16/2014) |
| 10/17/2014 | 76 | CERTIFICATE of Service *Sears, Roebuck & Co.'s Second Supplemental Responses to Plaintiff's Discovery* by Heather L Keil on behalf of Sears Holding Corporation (Keil, Heather) (Entered: 10/17/2014) |
| 10/17/2014 | 77 | RESPONSE by Sears Holding Corporation to MOTION by Plaintiff Member Select Insurance Company to compel *Discovery from Defendant Sears* 70 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Keil, Heather) (Entered: 10/17/2014) |
| 10/22/2014 | 78 | MINUTE entry before the Honorable Marvin E. Aspen: Hearing on Plaintiff's motion to |

| | | |
|---|---|---|
| | | compel 70 and Defendant's motion for protective order 74 previously set for 10/23/14 is stricken and reset to 10/30/14 at 10:30 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 10/22/2014) |
| 10/22/2014 | 79 | SUPPLEMENT to motion to compel, 70 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Tedesco, Jennifer) (Entered: 10/22/2014) |
| 10/23/2014 | 80 | CERTIFICATE of Service *SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A) and 26(e)* by Heather L Keil on behalf of Sears Holding Corporation (Keil, Heather) (Entered: 10/23/2014) |
| 10/28/2014 | 81 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiff's joint motion for agreed protective order 74 is granted. Enter Agreed Confidentiality Order. Plaintiff's motion to compel discovery 70 is referred to Magistrate Judge Schenkier. Motion hearing date of 10/30/14 is stricken. Notice mailed by judge's staff (ntf, ) (Entered: 10/28/2014) |
| 10/28/2014 | 82 | AGREED Confidentiality Order. Signed by the Honorable Marvin E. Aspen on 10/28/14. Notice mailed by judge's staff (ntf, ) (Entered: 10/28/2014) |
| 10/28/2014 | 83 | CERTIFICATE of Service by Defendant Sears Holding Corporation *ANSWERS TO PLAINTIFFS SECOND REQUEST FOR ADMISSION* (Keil, Heather) (Entered: 10/28/2014) |
| 10/28/2014 | 84 | NOTICE by Sears Holding Corporation *Corrected Notice -- ANSWERS TO PLAINTIFFS SECOND REQUEST FOR ADMISSION* (Keil, Heather) (Entered: 10/28/2014) |
| 10/28/2014 | 85 | EXECUTIVE COMMITTEE ORDER:Case referred to the Honorable Sidney I. Schenkier for motion # 70 . Signed by Executive Committee on 10/28/2014.(jh, ) (Entered: 10/29/2014) |
| 10/30/2014 | 86 | MINUTE entry before the Honorable Sidney I. Schenkier: Telephone conference held with the parties. By agreement, a hearing on plaintiff's motion to compel discovery from defendant Sears Holding Corp. and Incorporated Memorandum of Law in Support (doc. # 70 ) will be held on 11/18/14 at 1:30 p.m. Mailed notice. (jj, ) (Entered: 10/30/2014) |
| 11/14/2014 | 87 | MINUTE entry before the Honorable Sidney I. Schenkier: The Court, sua sponte, RESETS the motion hearing set for 11/18/14 regarding plaintiff's motion to compel discovery from defendant Sears Holding Corp. and Incorporated Memorandum of Law in Support (doc. # 70 ) before the magistrate judge to 11/19/14 at 2:00 p.m. Mailed notice. (jj, ) (Entered: 11/14/2014) |
| 11/17/2014 | 88 | MOTION by Plaintiff Member Select Insurance Company to supplement *Plaintiff Motion to Compel* (Attachments: # 1 Exhibit A Depo Marcus Alley)(Tedesco, Jennifer) (Entered: 11/17/2014) |
| 11/19/2014 | 89 | MINUTE entry before the Honorable Sidney I. Schenkier: MOTION HEARING HELD. For the reasons stated on the record, plaintiff's motion to compel (doc. # 70) and supplement in support of motion to compel (doc. # 88) are granted in part and denied in part as follows: 1.The motion is withdrawn as to the information sought in Section III.C (b)-(d) of the motion (doc. # 70).2.The motion is granted in part as to the information sought in Section III.C (a) of the motion (doc. # 70): by 12/01/14, plaintiff will identify for Sears the headings and columns of information in various spreadsheets for which plaintiff seeks clarification, and Sears will provide the requested clarification by no later than 12/22/14.3.The supplement to the motion (doc. # 88) is granted as to the request for the service contract between Sears and Electrolux and services flashes and bulletins from Electrolux regarding Ball Hitch design dryers. Those documents shall be produced by 12/05/14. 4.The supplement to the motion (doc. # 88) is denied insofar as it requests production of further documents regarding training received by the service personnel who |

| | | |
|---|---|---|
| | | performed repairs on the subject dryer. However, the Court gives plaintiff leave to serve an interrogatory seeking that information. Plaintiff shall serve the interrogatory by 11/21/14; Sears shall answer the interrogatory by 12/05/14.5.With respect to plaintiff's challenge to the privilege log served by Sears and the documents over which privilege is asserted, we (a) overrule the assertion of the insurer-insured privilege for all the logged documents, and (b) overrule the assertion of attorney client privilege for any of the logged documents created prior to 05/23/11. If Sears wishes to assert attorney-client privilege for documents generated after that date, and wishes to assert work product protection for any of the documents on the log whether created before or after 05/23/11, by 12/10/14 Sears must serve plaintiff's counsel with declarations that show a factual basis for that assertion. The parties shall meet and confer, and if they are unable to reach agreement, by 12/17/14 Sears shall file the declarations and deliver for in camera review any documents from the log that remain in dispute. Except as specifically granted above, the motion to compel is denied. In denying the motion, we accept the representation on the record by counsel for Sears that Sears has not withheld any documents based on the objections it made in the discovery responses (except for objections based on privilege, for which Sears has produced a log identifying withheld documents).The matter is set for a status hearing on 12/17/14 at 9:30 a.m. Mailed notice (cdh, ) (Entered: 11/19/2014) |
| 11/21/2014 | 90 | MOTION by Defendant Sears Holding Corporation for extension of time *FOR DEFENDANTS EXPERT DISCLOSURES.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Keil, Heather) (Entered: 11/21/2014) |
| 11/21/2014 | 91 | NOTICE of Motion by Heather L Keil for presentment of extension of time 90 before Honorable Marvin E. Aspen on 12/18/2014 at 02:00 PM. (Keil, Heather) (Entered: 11/21/2014) |
| 12/01/2014 | 92 | MINUTE entry before the Honorable Marvin E. Aspen: Defendants' joint motion to extend the deadline for Defendants' expert disclosures 90 is granted to 12/15/14. Motion hearing date of 12/18/14 is stricken. Notice mailed by judge's staff (ntf, ) (Entered: 12/01/2014) |
| 12/04/2014 | 93 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-10122554. (Biernat, Rebecca) (Entered: 12/04/2014) |
| 12/05/2014 | 94 | MINUTE entry before the Honorable Marvin E. Aspen: Defendants' Application to appear pro hac vice 93 is granted. Attorney Rebecca Marie Biernat is given leave to appear as counsel for Defendants. Notice mailed by judge's staff (ntf, ) (Entered: 12/05/2014) |
| 12/15/2014 | 95 | CERTIFICATE of Service *EXPERT DISCLOSURE* by Heather L Keil on behalf of Sears Holding Corporation (Keil, Heather) (Entered: 12/15/2014) |
| 12/17/2014 | 96 | MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Plaintiff's counsel, Jennifer Tedesco, appears by telephonic conference. The parties report on the status of discovery. As stated on the record, by no later than 1/07/15: (1) Sears is to provide a declaration to plaintiff as to the search for the May 2003 service contract between Sears and Electrolux, and (2) Electrolux is to either produce the May 2003 contract between Sears and Electrolux or provide a declaration stating that a reasonable search has been made and that they are unable to locate the specified contract. With respect to the assertions of privilege regarding the parties' documents; the Court will not set a further status hearing at this time, as the Court plans to issue a ruling in writing as to whether the privilege assertions are sustained or overruled. Mailed notice. (jj, ) (Entered: 12/17/2014) |
| 12/23/2014 | 97 | MINUTE entry before the Honorable Sidney I. Schenkier: The Court, sua sponte, sets the matter for an In Court Ruling on plaintiff's motion to compel production of documents |

| | | |
|---|---|---|
| | | listed on privilege log before the magistrate judge on 1/06/15 at 2:00 p.m. Plaintiff's counsel, Jennifer Tedesco, is given leave to participate by telephone conference and is to contact chambers at 312-435-5609 by no later than 4:30 p.m. on 1/06/15 with telephone contact information. Mailed notice. (jj, ) (Entered: 12/23/2014) |
| 12/29/2014 | 98 | MOTION by Plaintiff Member Select Insurance Company for extension of time *to Disclose Rebuttal Witness and File Rebuttal Report* (Attachments: # 1 Certificate of Service)(Tedesco, Jennifer) (Entered: 12/29/2014) |
| 12/29/2014 | 99 | NOTICE of Motion by Jennifer Tedesco for presentment of extension of time 98 before Honorable Marvin E. Aspen on 1/15/2015 at 10:30 AM. (Tedesco, Jennifer) (Entered: 12/29/2014) |
| 12/31/2014 | 100 | RESPONSE by Electrolux Home Products, Inc.in Opposition to MOTION by Plaintiff Member Select Insurance Company for extension of time *to Disclose Rebuttal Witness and File Rebuttal Report* 98 (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B,C)(White, Ethan) (Entered: 12/31/2014) |
| 01/05/2015 | 101 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiff's motion to extend the deadline for disclosure of Plaintiff's rebuttal expert and report 98 is granted as follows: Plaintiff's rebuttal expert disclosure and rebuttal report shall be completed by 2/4/15. The deposition of Electrolux's human factor/warnings expert, Christine Wood, shall be completed by 2/18/15. The deposition of Plaintiffs rebuttal expert shall be completed by 2/27/15. The date for Parties' dispositive motions are extended to 3/26/15. Parties to submit pretrial order in open court on 4/2/15 at 10:30 a.m. Status hearing previously set for 2/26/15 is stricken and reset to 4/2/15 at 10:30 a.m. Motion hearing date of 1/15/15 is stricken. No further extensions. Notice mailed by judge's staff (ntf, ) (Entered: 01/05/2015) |
| 01/06/2015 | 102 | MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Based on its in camera review of the claims notes file that Sears has withheld on the basis of privilege, the Calabrese declaration submitted in support of the assertion of privilege and work product protection and the relevant case law, for the reasons stated on the record, we sustain in part and overrule in part the assertions of privilege and work product protection. We have provided Sears with a highlighted version of the claims note file identifying what entries shall be produced to plaintiff (and Electrolux). By noon on 1/16/15, Sears shall deliver to chambers the portions of claims notes file that the Court has ordered produced along with the copy of the file highlighted by the Court, so that we may ensure that the production is in conformance with our ruling. Mailed notice. (jj, ) (Entered: 01/06/2015) |
| 01/16/2015 | 103 | MINUTE entry before the Honorable Sidney I. Schenkier: Pursuant to the Court's order of 1/06/15 (doc. # 102 ), defendant Sears timely delivered to chambers the portions of its claims notes file that it proposes to produce in compliance with the Court's rulings on privilege. We have reviewed the proposed production against the notes reviewed by the Court in camera, and find that the proposed production complies with the Court's order. We therefore direct Sears to produce the portions of the claims notes required by our order by 1/21/15. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice. (jj, ) (Entered: 01/20/2015) |
| 02/02/2015 | 104 | MOTION by Defendant Sears Holding Corporation for extension of time to complete discovery (Keil, Heather) (Entered: 02/02/2015) |
| 02/02/2015 | 105 | NOTICE of Motion by Heather L Keil for presentment of motion for extension of time to complete discovery 104 before Honorable Marvin E. Aspen on 2/26/2015 at 10:30 AM. (Keil, Heather) (Entered: 02/02/2015) |
| | | |

| | | |
|---|---|---|
| 02/25/2015 | 106 | MINUTE entry before the Honorable Marvin E. Aspen:Joint motion to extend discovery 104 is granted. Parties are allowed an extension of up to and including March 18, 2014 to complete the deposition of Electrolux's human factor/warnings expert, Dr. Woods, and an extension of up to and including March 31, 2015 to complete the deposition of Plaintiff's human factor/warnings rebuttal expert. All dispositive motions are to be filed no later than April 30, 2015. Motion hearing scheduled for February 26, 2015 is stricken.Mailed notice (mad, ) (Entered: 02/25/2015) |
| 03/27/2015 | 107 | MINUTE entry before the Honorable Marvin E. Aspen: Status hearing of 4/2/2015 is stricken and reset for 4/16/2015 at 10:30 AM. Parties to submit pretrial order in open court on 4/16/2015.Mailed notice (mad, ) (Entered: 03/27/2015) |
| 04/16/2015 | 108 | MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 4/16/2015. Sears may file a motion for leave to file cross-claim for 5/21/2015. Status hearing continued to 5/21/2015 at 10:30 AM for parties to report on the possibility of settlement. Parties to submit revised pretrial order in open court on 5/21/2015. Mailed notice (mad, ) (Entered: 04/17/2015) |
| 04/16/2015 | 109 | MINUTE entry before the Honorable Marvin E. Aspen:Oral motion to extend the dispositive motion deadline to 5/21/2015 is granted.Mailed notice (mad, ) (Entered: 04/17/2015) |
| 05/21/2015 | 110 | MOTION by Defendant Sears Holding Corporation for summary judgment (Keil, Heather) (Entered: 05/21/2015) |
| 05/21/2015 | 111 | MEMORANDUM by Sears Holding Corporation in support of motion for summary judgment 110 (Keil, Heather) (Entered: 05/21/2015) |
| 05/21/2015 | 112 | MOTION by Defendant Sears Holding Corporation for leave to file *a Cross-Complaint for Breach of Contract* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Balog, James) (Entered: 05/21/2015) |
| 05/21/2015 | 113 | Statement of Facts STATEMENT by Sears Holding Corporation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Keil, Heather) (Entered: 05/21/2015) |
| 05/21/2015 | 114 | *Sears' (Leave to File a Cross-Complaint for Breach of Contract)* NOTICE of Motion by James P. Balog for presentment of motion for leave to file, 112 before Honorable Marvin E. Aspen on 6/11/2015 at 10:30 AM. (Balog, James) (Entered: 05/21/2015) |
| 05/21/2015 | 115 | NOTICE of Motion by Heather L Keil for presentment of motion for summary judgment 110 before Honorable Marvin E. Aspen on 5/11/2015 at 10:30 AM. (Keil, Heather) (Entered: 05/21/2015) |
| 05/21/2015 | 116 | *Amended* NOTICE of Motion by Heather L Keil for presentment of motion for summary judgment 110 before Honorable Marvin E. Aspen on 6/11/2015 at 10:30 AM. (Keil, Heather) (Entered: 05/21/2015) |
| 05/21/2015 | 117 | MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 5/21/2015. Responses to motion of Sears for summary judgment 110 and motion of Sears for leave to file cross-claim 112 are due by 6/5/2015. Replies are due by 6/12/2015. Status hearing set for 8/20/2015 at 10:30 AM.Mailed notice (mad, ) (Entered: 05/21/2015) |
| 05/21/2015 | 118 | PROPOSED Final Pretrial Order by Electrolux Home Products, Inc., Member Select Insurance Company, Sears Holding Corporation. (mr, ) (Entered: 06/01/2015) |

| | | |
|---|---|---|
| 06/02/2015 | 119 | MINUTE entry before the Honorable Marvin E. Aspen:Noticed motion date of 6/11/2015 is stricken. Motions have been placed on briefing schedules and will not be called in court on 6/11/2015.Mailed notice (mad, ) (Entered: 06/02/2015) |
| 06/05/2015 | 120 | RESPONSE by Electrolux Home Products, Inc.in Opposition to MOTION by Defendant Sears Holding Corporation for leave to file *a Cross-Complaint for Breach of Contract* 112 (White, Ethan) (Entered: 06/05/2015) |
| 06/05/2015 | 121 | RESPONSE by Plaintiff Member Select Insurance Company *TO Sears LR 56.1 Statement of Facts and Plaintiff's Additional Facts* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Tedesco, Jennifer) (Entered: 06/05/2015) |
| 06/05/2015 | 122 | MEMORANDUM by Member Select Insurance Company in Opposition to motion for summary judgment 110 *by Defendant Sears* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Tedesco, Jennifer) (Entered: 06/05/2015) |
| 06/11/2015 | 123 | MOTION by Plaintiff Member Select Insurance Company for sanctions *against Defendant Sears for Discovery Abuse and Incorporated Memorandum of Law* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Tedesco, Jennifer) (Entered: 06/11/2015) |
| 06/11/2015 | 124 | *Plaintiff's* NOTICE of Motion by Jennifer Tedesco for presentment of motion for sanctions, 123 before Honorable Marvin E. Aspen on 7/9/2015 at 10:30 AM. (Tedesco, Jennifer) (Entered: 06/11/2015) |
| 06/12/2015 | 125 | REPLY by Defendant Sears Holding Corporation to motion for leave to file, 112 *its Cross-Complaint Against Electrolux* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Balog, James) (Entered: 06/12/2015) |
| 06/12/2015 | 126 | MOTION by Defendant Sears Holding Corporation to strike *Sections of Plaintiff's Responses to Sears' L.R.56.1 Statement of Undisputed Material Facts* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Balog, James) (Entered: 06/12/2015) |
| 06/12/2015 | 127 | NOTICE of Motion by James P. Balog for presentment of motion to strike 126 before Honorable Marvin E. Aspen on 7/2/2015 at 10:30 AM. (Balog, James) (Entered: 06/12/2015) |
| 06/12/2015 | 128 | REPLY by Defendant Sears Holding Corporation to motion for summary judgment 110 (Attachments: # 1 Exhibit 1)(Balog, James) (Entered: 06/12/2015) |
| 06/12/2015 | 129 | RESPONSE by Defendant Sears Holding Corporation to Response, 121 *to Plaintiff's Statement of Additional Facts* (Attachments: # 1 Exhibit Q, # 2 Exhibit R, # 3 Exhibit S)(Balog, James) (Entered: 06/12/2015) |
| 06/22/2015 | 130 | RESPONSE by Sears Holding Corporationin Opposition to MOTION by Plaintiff Member Select Insurance Company for sanctions *against Defendant Sears for Discovery Abuse and Incorporated Memorandum of Law* 123 (Balog, James) (Entered: 06/22/2015) |
| 06/23/2015 | 131 | MINUTE entry before the Honorable Marvin E. Aspen:Defendant Sears, Roebuck and Co.'s Motion to Strike Sections of Plaintiff's Responses to Sears' L.R. 56.1 Statement of Undisputed Material Facts 126 and Plaintiff's Motion for Sanctions Against Sears 123 are being referred to Magistrate Judge Schenkier and are stricken from the Court's calls of July 2, 2015 and July 9, 2015. Mailed notice (mad, ) (Entered: 06/23/2015) |
| 06/23/2015 | 133 | EXECUTIVE COMMITTEE ORDER: Case referred to the Honorable Sidney I. Schenkier for motions 123 and 126 . Signed by Executive Committee on 6/23/2015. |

| | | |
|---|---|---|
| | | (mmy, ) (Entered: 06/25/2015) |
| 06/24/2015 | 132 | MINUTE entry before the Honorable Sidney I. Schenkier: The district judge has referred to this Court plaintiff's motion for sanctions (doc. # 123 ), and Sears's motion to strike (doc. # 126 ). After speaking with the district judge, we understand that he will retain the motion to strike (doc. # 126 ). We therefore terminate the referral of that motion. With respect to the motion for sanctions, Sears has filed a response (doc. # 130 ). Plaintiff shall file any reply by 7/01/15. In its reply, it would assist the Court if plaintiff states (1) whether any contracts between Electrolux and Sears were produced other than the ones included in Exhibits G and H to plaintiff's motion, and if so, (2) whether those other contracts have terms that differ from the terms of the Exhibit G and H contracts that plaintiff cited in its memorandum. The matter is set for oral argument before the magistrate judge on 7/17/15 at 1:30 p.m. Mailed notice. (jj, ) (Entered: 06/24/2015) |
| 06/26/2015 | 134 | MINUTE entry before the Honorable Sidney I. Schenkier: At the request of the parties, the motion hearing regarding plaintiff's motion for sanctions (doc. # 123 ) before the magistrate judge is RESET to 7/31/15 at 8:30 a.m. All other orders and deadlines as stated in the minute order dated 6/24/15 (doc. # 132 ) remain unchanged. Mailed notice. (jj, ) (Entered: 06/26/2015) |
| 07/01/2015 | 135 | REPLY by Member Select Insurance Company to response in opposition to motion 130 *for Sanctions against Defendant Sears* (Tedesco, Jennifer) (Entered: 07/01/2015) |
| 07/24/2015 | 136 | NOTICE by Member Select Insurance Company *Filing Exhibits in Support of Plaintiff's Motion for Sanctions against Sears* (Attachments: # 1 Supplement Hearing Trans. 11.19.14, # 2 Supplement Hearing Trans. 12.17.14)(Tedesco, Jennifer) (Entered: 07/24/2015) |
| 07/31/2015 | 137 | MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Oral argument held on Plaintiff's motion for sanctions 123 ; the motion is taken under advisement. The Court expects to issue a written report and recommendation on the motion within the next 30 days. Mailed notice (ma,) (Entered: 07/31/2015) |
| 08/04/2015 | 138 | TRANSCRIPT OF PROCEEDINGS held on 11/19/14 before the Honorable Sidney I. Schenkier. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/25/2015. Redacted Transcript Deadline set for 9/4/2015. Release of Transcript Restriction set for 11/2/2015. (Mccullough, Tracey) (Entered: 08/04/2015) |
| 08/04/2015 | 139 | TRANSCRIPT OF PROCEEDINGS held on 12/17/14 before the Honorable Sidney I. Schenkier. Court Reporter Contact Information: TRACEY D. McCULLOUGH, 312-435-5570, Tracey_Mccullough@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at |

| | | |
|---|---|---|
| | | www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/25/2015. Redacted Transcript Deadline set for 9/4/2015. Release of Transcript Restriction set for 11/2/2015. (Mccullough, Tracey) (Entered: 08/04/2015) |
| 08/05/2015 | 140 | MINUTE entry before the Honorable Marvin E. Aspen: Status hearing of 8/20/2015 is stricken and reset for 11/12/2015 at 10:30 AM.Mailed notice (mad, ) (Entered: 08/05/2015) |
| 08/27/2015 | 141 | TRANSCRIPT OF PROCEEDINGS held on 07-31-2015 before the Honorable Sidney I. Schenkier. Court Reporter Contact Information: Pamela S. Warren, https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 9/17/2015. Redacted Transcript Deadline set for 9/28/2015. Release of Transcript Restriction set for 11/25/2015. (Warren, Pamela) (Entered: 08/27/2015) |
| 09/03/2015 | 142 | MINUTE entry before the Honorable Sidney I. Schenkier: ENTER REPORT AND RECOMMENDATION. We respectfully recommend that MemberSelect's Motion for Sanctions (doc. # 123 ) be granted. We recommend that the following sanctions should be imposed: (1) Sears's pending Motion for Summary Judgment (doc. # 110 ) should be stricken without prejudice, and with leave to refile at a later date to be set by the Court; (2) MemberSelect should be permitted to take the deposition of Mr. Lee; to further depose Messrs. Netzer, Skarzyknski and Francowski (in his Rule 30(b)(6) capacity), limited to questions based on the relevant UTC and Supply Agreement terms; (3) MemberSelect should be allowed to depose an additional Rule 30(b)(6) witness about Sears's enforcement of (or failure to enforce) its contractual rights under those agreements with respect to the manufacture, testing, production, servicing, and installation of the Kenmore dyers; and (4) Sears should be required to pay MemberSelect its reasonable attorneys' fees and costs incurred with respect to briefing on the summary judgment motion and to pursuing the sanctions motion. Specific written objections to this Report and Recommendation may be served and filed within fourteen (14) days from the date that this Order is served. Fed. R. Civ. P. 72(b). Failure to file objections with the District Court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the Report and Recommendation. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice. (jj, ) (Entered: 09/03/2015) |
| 09/03/2015 | 143 | REPORT AND RECOMMENDATIONS regarding MOTION by Plaintiff Member Select Insurance Company for sanctions *against Defendant Sears for Discovery Abuse and Incorporated Memorandum of Law* 123 . Objections to R&R due by 9/17/2015. Signed by the Honorable Sidney I. Schenkier on 9/3/2015. Mailed notice.(jj, ) (Entered: 09/03/2015) |
| 09/17/2015 | 144 | NOTICE by Member Select Insurance Company re REPORT AND RECOMMENDATIONS regarding MOTION by Plaintiff Member Select Insurance Company for sanctions *against Defendant Sears for Discovery Abuse and Incorporated Memorandum of Law* 123 143 *Plaintiff Objection to Report and Recommendation* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # |

| | | |
|---|---|---|
| | | 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Tedesco, Jennifer) (Entered: 09/17/2015) |
| 10/15/2015 | 145 | MEMORANDUM Opinion and Order: For the reasons stated, Plaintiff's objections to Judge Schenkier's Report are overruled and we adopt the recommendations in the Report. Sears's motion for summary judgment is stricken without prejudice, with leave to refile. Sears is ordered to produce Mr. Lee for deposition and Messrs. Netzer, Sharzyknski and Francowski for additional questioning limited to the relevant UTC and Supply Agreement terms on or before November 20, 2015. Sears is also ordered to present an additional Rule 30(b)(6) witness concerning Sears's enforcement of its contractual rights under the UTC and Supply Agreement terms on or before November 20, 2015. Lastly, Sears is ordered to pay attorneys' fees and costs to Plaintiff incurred with respect to the briefing on the summary judgment motion and to pursuing the motion for sanctions. Plaintiff and Defendant Sears shall meet and confer pursuant to N.D. Ill. L.R. 54.3(d) to determine appropriate attorneys' fees and file a fee motion pursuant to Fed. R. C. P. 54(d)(2) and N.D. Ill. L.R. 54.3 by December 15, 2015. It is so ordered. Signed by the Honorable Marvin E. Aspen on 10/15/2015. Mailed notice. (mgh, ) (Entered: 10/15/2015) |
| 10/22/2015 | 146 | NOTICE by Member Select Insurance Company re order on motion for summary judgment,,,,, order on report and recommendation,,,,, memorandum opinion and order,,,, 145 *Notice of Deposition of Sears 30(b)(6) Witness* (Tedesco, Jennifer) (Entered: 10/22/2015) |
| 10/22/2015 | 147 | NOTICE by Member Select Insurance Company *Notice of Deposition of Chang Hyun Lee* (Tedesco, Jennifer) (Entered: 10/22/2015) |
| 10/22/2015 | 148 | NOTICE by Member Select Insurance Company *AMENDED Notice of Deposition of Sears 30(b)(6) Witness* (Tedesco, Jennifer) (Entered: 10/22/2015) |
| 10/27/2015 | 149 | MOTION by Defendants Electrolux Home Products, Inc., Sears Holding Corporation to seal document MOTION by Defendant Sears Holding Corporation for leave to file *a Cross-Complaint for Breach of Contract* 112 *Joint Motion to Seal Certain Exhibits* (White, Ethan) (Entered: 10/27/2015) |
| 10/27/2015 | 150 | NOTICE of Motion by Ethan Emery White for presentment of motion to seal document,, motion for relief, 149 before Honorable Marvin E. Aspen on 11/12/2015 at 10:30 AM. (White, Ethan) (Entered: 10/27/2015) |
| 11/10/2015 | 151 | MINUTE entry before the Honorable Marvin E. Aspen:Defendant's joint motion to seal document 149 is granted. Motion is stricken from the Court's call of 11/12/2015. Status hearing of 11/12/2015 is stricken and reset for 12/3/2015 at 10:30 AM.Mailed notice (mad, ) (Entered: 11/10/2015) |
| 11/10/2015 | 152 | ORDER: Defendant's joint motion to seal document 149 having been granted 151 , the Clerk is directed to remove Exhibits 1 [112-1] and 2 [112-2] to Defendant Sears Holding Corporation's Motion for Leave to File Its Cross-Complaint Against Electrolux 112 from the public docket and place under seal. Signed by the Honorable Marvin E. Aspen on 11/10/2015. Mailed notice. (kp, ) (Entered: 11/10/2015) |
| 11/10/2015 | 153 | MEMORANDUM Opinion and Order Signed by the Honorable Marvin E. Aspen on 11/10/2015: Sears' motion for leave to file a cross-complaint 112 is granted. Defendant Sears must file its cross-complaint by December 11, 2015. Status hearing of December 3, 2015 is stricken and reset to February 11, 2016 at 10:30 a.m. Mailed notice(mad, ) (Entered: 11/10/2015) |
| 12/11/2015 | 154 | CROSSCLAIM by Sears Holding Corporation against Electrolux Home Products, Inc. . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Balog, James) (Entered: 12/11/2015) |

| | | |
|---|---|---|
| 01/07/2016 | 155 | STIPULATION of Dismissal *Agreed Stipulation to Dismiss Action and Crossclaim* (Tedesco, Jennifer) (Entered: 01/07/2016) |
| 02/05/2016 | 156 | MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Agreed Stipulation to Dismiss Action and Crossclaim 155 , the above-entitled action and crossclaim are dismissed with prejudice and without costs or fees to any party, all costs having been paid and all matters in controversy for which said action and crossclaim were brought having been fully settled and compromised. Case dismissed. Status hearing hearing of 2/11/2016 is stricken. Civil case terminated. Mailed notice (mad, ) (Entered: 02/05/2016) |



| PACER Service Center |
|---|
| Transaction Receipt |
| |