# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEMBERSELECT INSURANCE COMPANY a/s/o CHRIS LOIOTILE and RENATA LOIOTILE,  )<br><br>Plaintiff,  )<br><br>Vs.  )<br><br>ELECTROLUX HOME PRODUCTS, INC. and SEARS HOLDING CORPORATION  )<br><br>Defendants.  ) | No: 13-cv-4097<br>Honorable Marvin E. Aspen |

## AFFIDAVIT OF CHANG HYUN LEE

I, Chang Hyun Lee, do hereby swear and affirm that I have personal knowledge of the facts herein, and, if called as a witness could testify competently thereto:

1. I am over the age of 18, under no legal disability, and am competent and authorized to make this affidavit on behalf of Defendant Sears, Roebuck and Co. ("Sears").

2. I am the Laundry Engineer Manager, Product Development for Sears.

3. I have reviewed the Amended Complaint filed against Sears by Plaintiff including Plaintiff's design defect allegations regarding the subject dryer (model number 41793142201), purchased by the Loiotiles. (Doc 102)

4. The manufacturer of the subject dryer is Electrolux.

5. At no time did Sears direct, control, or regulate Electrolux in the design or manufacture of the subject dryer.

6. At no time did Sears provide instructions or warnings to Electrolux relative to the alleged defects in the subject dryer referenced in Plaintiff's Complaint.

13-cv-4097

Exhibit A

7.  At no time, then or now, did Sears have any actual knowledge of the alleged defects in the subject dryer referenced in Plaintiff's Complaint.

8.  At no time did Sears create any of the alleged defects in the subject dryer referenced in Plaintiff's Complaint.

9.  The Kenmore Dryer Use & Care Guide and the Kenmore Dryer Installation Instructions are included for the customer either inside the dryer unit or attached on top of the dryer unit at the time of purchase of the dryer.

## VERIFICATION

I, Chang Hyun Lee, an authorized representative of Sears, Roebuck and Co., declare under penalty of perjury that the foregoing representations are true, complete, and accurate.

Date: 5/19/2015

Chang Hyun Lee
Laundry Engineer Manager, Product Development for Sears, Roebuck and Co.