# EXHIBIT G

Query    Reports    Utilities    Help    Log Out

(VBKx),CLOSED,DISCOVERY,LEADPT,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:12-cv-01644-CAS-VBK

| | |
|---|---|
| Shawn Roberts et al v. Electrolux Home Products Inc | Date Filed: 09/27/2012 |
| Assigned to: Judge Christina A. Snyder | Date Terminated: 09/11/2014 |
| Referred to: Magistrate Judge Victor B. Kenton | Jury Demand: Both |
| Related Case: 2:13-cv-02339-CAS-VBK | Nature of Suit: 385 Prop. Damage Prod. Liability |
| Case in other court:  9th CCA, 14-56532 | Jurisdiction: Diversity |
|                             9th Circuit, 14-56583 | |
| Cause: 28:1332 Diversity-Property Damage | |

**Plaintiff**

| | | |
|---|---|---|
| **Shawn Roberts** | represented by | **Amy E Keller** |
| *on behalf of themselves and all others similarly situated* | | DiCello Levitt Gutzler LLC |
| *TERMINATED: 05/20/2013* | | Ten North Dearborn Street Suite 6th Floor |
| | | Chicago, IL 60602 |
| | | 312-214-7900 |
| | | Email: akeller@dicellolevitt.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Charles J Crueger**
Crueger Dickinson LLC
4532 North Oakland Avenue
Whitefish Bay, WI 53211
Email: cjc@cruegerdickinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M Goulet**
Wexler Wallace LLP
55 West Monroe Street Suite 3300
Chicago, IL 60603
312-346-2222
Fax: 312-346-0022
Email: dmg@wexlerwallace.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**
Wexler Wallace LLP
55 West Monroe Street Suite 3300
Chicago, IL 60603
312-346-2222
Fax: 312-346-0022
Email: eaw@wexlerwallace.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K Dickinson**
Crueger Dickinson LLC
4532 N. Oakland Ave.
Whitefish Bay, WI 53211
4142103767
Email: ekd@cruegerdickinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
Milberg Coleman Bryson Phillips Grossman
PLLC
800 South Gay Street Suite 1100
Knoxville, TN 37929
865-247-0080
Fax: 865-522-0049
Email: gcoleman@milberg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
Nelson and Fraenkel LLP
601 South Figueroa Street Suite 2050
Los Angeles, CA 90017
213-943-6089
Fax: 213-622-6089
Email: gnelson@nflawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Horton**                                represented by   **Amy E Keller**
*on behalf of themselves and all others*                         (See above for address)
*similarly situated*                                             *PRO HAC VICE*
*TERMINATED: 05/20/2013*                                         *ATTORNEY TO BE NOTICED*

                                                                 **Charles J Crueger**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Dawn M Goulet**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Edward A. Wallace**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Erin K Dickinson**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Steven Gavic**                 represented by    **Caitlin Duffy**
Squitieri and Fearon LLP
32 East 57th Street 12th Floor
New York, NY 10022
212-421-6492
Fax: 212-421-6553
Email: caitlin@sfclasslaw.com
*TERMINATED: 06/10/2014*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Silvey**
Milberg Coleman Bryson Phillips Grossman
PLLC
800 South Gay Street Suite 1100
Knoxville, TN 37929
865-247-0080
Fax: 865-522-0049
Email: msilvey@milberg.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J Fearon , Jr**
Squitieri and Fearon, LLP
424 Madison Avenue 3rd Floor
New York, NY 10017
212-421-6492
Email: stephen@sfclasslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy E Keller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Charles J Crueger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M Goulet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K Dickinson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Shannon Carty**                    represented by **Caitlin Duffy**
(See above for address)
*TERMINATED: 06/10/2014*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Silvey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J Fearon , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy E Keller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Charles J Crueger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M Goulet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K Dickinson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michelle McGowan**                    represented by    **Caitlin Duffy**
(See above for address)
*TERMINATED: 06/10/2014*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Silvey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J Fearon , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy E Keller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Charles J Crueger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M Goulet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K Dickinson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Matthew Downs**                           represented by  **Caitlin Duffy**
(See above for address)
*TERMINATED: 06/10/2014*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Silvey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J Fearon , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy E Keller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Charles J Crueger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M Goulet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K Dickinson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Tammie Humphrey**                    represented by  **Mark E Silvey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy E Keller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles J Crueger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn M Goulet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward A. Wallace**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin K Dickinson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg Frederic Coleman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gretchen M Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Electrolux Home Products Inc**                represented by **Edward C Stewart**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: stewart@wtotrial.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noel Scott Cohen**
Polsinelli LLP
2049 Century Park East Suite 2900
Los Angeles, CA 90067
310-556-1801
Fax: 310-556-1802
Email: ncohen@polsinelli.com
*TERMINATED: 08/12/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adina Witzling Stowell**
Manatt Phelps and Phillips LLP
695 Town Center Drive 14th Floor
Costa Mesa, CA 92626-7223
714-371-2500
Fax: 714-371-2550
Email: astowell@umbergzipser.com
*ATTORNEY TO BE NOTICED*

**Jessica Goneau Scott**

Wheeler Trigg O'Donnell LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: scott@wtotrial.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E Stalzer**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: stalzer@wtotrial.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew P Kanny**
Goodwin Procter LLP
520 Broadway Suite 500
Santa Monica, CA 90401
424-436-3001
Fax: 424-316-3280
Email: MKanny@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Michael T Williams**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202
303-244-1800
Fax: 303-244-1879
Email: williams@wtotrial.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dean J Zipser**
Keller Rackauckas Umberg Zipser LLP
18300 Von Karman Avenue Suite 930
Irvine, CA 92612-1057
949-476-8700
Fax: 9549-476-0900
Email: dzipser@kruzlaw.com
*TERMINATED: 05/31/2013*
*ATTORNEY TO BE NOTICED*

**Objector**

**Kristina Newman**
Steve A. Miller, P.C.
1625 Larimer St.
No. 2905

Denver, CO 80202
303-892-9933

**Objector**

**Joyce Miller**
Steve A. Miller, P.C.
1625 Larimer St.
No. 2905
Denver, CO 80202
303-892-9933

**Objector**

| | | |
|---|---|---|
| **Daniel Hall** | represented by | **Timothy R Hanigan** |
| | | Lang Hanigan and Carvalho LLP |
| | | 21550 Oxnard Street Suite 760 |
| | | Woodland Hills, CA 91367 |
| | | 818-883-5644 |
| | | Fax: 818-704-9372 |
| | | Email: trhanigan@gmail.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Patrick S Sweeney** | represented by | **Joseph Darrell Palmer** |
| | | Law Offices of Darrell Palmer |
| | | 301 Seventh Street |
| | | Nocona, TX 76255-2805 |
| | | 858-215-4064 |
| | | Fax: 866-583-8115 |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2012 | 1 | CLASS ACTION COMPLAINT against Defendant Electrolux Home Products Inc. Case assigned to Judge Christina A. Snyder for all further proceedings. Discovery referred to Magistrate Judge Victor B. Kenton.(Filing fee $ 350:PAID) Jury Demanded., filed by plaintiffs Shawn Roberts, Nicole Horton.(ghap) Modified on 10/1/2012 (ghap). (ds). (Entered: 10/01/2012) |
| 09/27/2012 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendant Electrolux Home Products Inc. (ghap) (Entered: 10/01/2012) |
| 09/27/2012 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs Nicole Horton, Shawn Roberts. (ghap) (ds). (Entered: 10/01/2012) |
| 09/27/2012 | 3 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed.(ghap) (Entered: 10/01/2012) |
| 10/01/2012 | 4 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Edward Wallace for Plaintiffs. Your Pro Hac Vice application has not been received by the court. Please return you completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who |

| | | are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (ghap) (Entered: 10/01/2012) |
|---|---|---|
| 10/01/2012 | 5 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Amy Keller for Plaintiffs Nicole Horton, Shawn Roberts. Your Pro Hac Vice application has not been received by the court. Please return you completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (ghap) (Entered: 10/01/2012) |
| 10/01/2012 | 6 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Charles Crueger for Plaintiffs Nicole Horton, Shawn Roberts. Your Pro Hac Vice application has not been received by the court. Please return you completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (ghap) (Entered: 10/01/2012) |
| 10/01/2012 | 7 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Erin Dickinson for Plaintiffs Nicole Horton, Shawn Roberts. Your Pro Hac Vice application has not been received by the court. Please return you completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (ghap) (Entered: 10/01/2012) |
| 10/01/2012 | 8 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Gregory Coleman for Plaintiffs Nicole Horton, Shawn Roberts. Your Pro Hac Vice application has not been received by the court. Please return you completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (ghap) (Entered: 10/01/2012) |
| 10/01/2012 | 9 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Mark Silvey for Plaintiffs Nicole Horton, Shawn Roberts. Your Pro Hac Vice application has not been received by the court. Please return you completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (ghap) (Entered: 10/01/2012) |
| 10/19/2012 | 10 | STIPULATION Extending Time to Answer the complaint as to Electrolux Home Products Inc answer now due 11/26/2012, re Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendant Electrolux Home Products Inc.(Zipser, Dean) (Entered: 10/19/2012) |
| 10/19/2012 | 11 | APPLICATION for attorney Michael T. Williams to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132085 paid.) filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Attachment A, # 2 Certificate of Good Standing)(Zipser, Dean) (Entered: 10/19/2012) |

| 10/19/2012 | 12 | APPLICATION for attorney Jessica G. Scott to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132275 paid.) filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Certificate of Good Standing)(Zipser, Dean) (Entered: 10/19/2012) |
|---|---|---|
| 10/19/2012 | 13 | APPLICATION for attorney Kenneth E. Stalzer to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132313 paid.) filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Certificate of Good Standing)(Zipser, Dean) (Entered: 10/19/2012) |
| 10/19/2012 | 14 | NOTICE OF LODGING filed re APPLICATION for attorney Michael T. Williams to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132085 paid.) APPLICATION for attorney Michael T. Williams to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132085 paid.) 11 (Attachments: # 1 Proposed Order)(Zipser, Dean) (Entered: 10/19/2012) |
| 10/19/2012 | 15 | NOTICE OF LODGING filed re APPLICATION for attorney Jessica G. Scott to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132275 paid.) 12 (Attachments: # 1 Proposed Order)(Zipser, Dean) (Entered: 10/19/2012) |
| 10/19/2012 | 16 | NOTICE OF LODGING filed re APPLICATION for attorney Kenneth E. Stalzer to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132313 paid.) 13 (Attachments: # 1 Proposed Order)(Zipser, Dean) (Entered: 10/19/2012) |
| 10/19/2012 | 17 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: APPLICATION for attorney Michael T. Williams to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132085 paid.) 11 , APPLICATION for attorney Jessica G. Scott to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132275 paid.) 12 , APPLICATION for attorney Kenneth E. Stalzer to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-11132313 paid.) 13 . The following error(s) was found: Other error(s) with document(s): No signatures on Applications. Applicants did not sign the application. See LR 11-1. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lt) (Entered: 10/19/2012) |
| 10/22/2012 | 18 | NOTICE TO COUNSEL by Judge Christina A. Snyder. (im) (Entered: 10/23/2012) |
| 10/22/2012 | 19 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE by Judge Christina A. Snyder 13 Application to Appear Pro Hac Vice by Attorney Kenneth E. Stalzer on behalf of Defendant Electrolux Home Products, Inc., designating Dean J. Zipser as local counsel. (im) (Entered: 10/23/2012) |
| 10/22/2012 | 20 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE by Judge Christina A. Snyder 12 Application to Appear Pro Hac Vice by Attorney Jessica G. Scott on behalf of Defendant Electrolux Home Products, Inc. designating Dean J. Zipser as local counsel. (im) (Entered: 10/23/2012) |
| 10/22/2012 | 21 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE by Judge Christina A. Snyder 11 Application to Appear Pro Hac Vice by Attorney Michael T. Williams on behalf of Defendant Electrolux Home Products, Inc., designating Dean J. Zipser as local counsel. (im) (Entered: 10/23/2012) |
| 10/23/2012 | 22 | Proof OF SERVICE filed by Plaintiff Nicole Horton, Shawn Roberts, re Order 18 Notice to Counsel served on 10/23/2012. (Nelson, Gretchen) (Entered: 10/23/2012) |
| 10/23/2012 | 23 | APPLICATION for attorney Charles J. Crueger to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by plaintiff Nicole Horton, Shawn Roberts. (Attachments: # 1 Affidavit |

| | | |
|---|---|---|
| | | /Certificate of Good Standing, # 2 Proposed Order on Application of Non-Resident Attorney to Appear in a Special Case)(Nelson, Gretchen) (Entered: 10/23/2012) |
| 10/23/2012 | 24 | APPLICATION for attorney Erin K. Dickinson to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by plaintiff Nicole Horton, Shawn Roberts. (Attachments: # 1 Affidavit /Certificate of Good Standing, # 2 Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case)(Nelson, Gretchen) (Entered: 10/23/2012) |
| 10/23/2012 | 25 | APPLICATION for attorney Edward A. Wallace to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by plaintiff Nicole Horton, Shawn Roberts. (Attachments: # 1 Affidavit /Certificate of Good Standing, # 2 Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case)(Nelson, Gretchen) (Entered: 10/23/2012) |
| 10/24/2012 | 27 | ORDER by Judge Christina A. Snyder: granting 23 Application to Appear Pro Hac Vice by Attorney Charles J. Crueger on behalf of Plaintiffs, designating Gretchen M. Nelson as local counsel. (lt) (Entered: 10/25/2012) |
| 10/24/2012 | 28 | ORDER by Judge Christina A. Snyder: granting 24 Application to Appear Pro Hac Vice by Attorney ERin K. Dickinson on behalf of Plaintiffs, designating Gretchen M. Nelson as local counsel. (lt) (Entered: 10/25/2012) |
| 10/24/2012 | 29 | ORDER by Judge Christina A. Snyder: granting 25 Application to Appear Pro Hac Vice by Attorney Edward A. Wallace on behalf of Plaintiffs, designating Gretchen M. Nelson as local counsel. (lt) (Entered: 10/25/2012) |
| 10/25/2012 | 26 | PROOF OF SERVICE Executed by Plaintiff Shawn Roberts, Nicole Horton, upon Defendant Electrolux Home Products Inc served on 10/5/2012, answer due 11/26/2012. Service of the Summons and Complaint were executed upon Margaret Wilson at CT Corp in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons returned. (Nelson, Gretchen) (Entered: 10/25/2012) |
| 11/21/2012 | 30 | NOTICE of Manual Filing filed by Plaintiffs Nicole Horton, Shawn Roberts of First Amended Complaint for Damages and Injunctive Relief. (Nelson, Gretchen) (Entered: 11/21/2012) |
| 11/21/2012 | 32 | FIRST AMENDED COMPLAINT against Defendant Electrolux Home Products, Inc.; amending Complaint 1 ; with Jury Demand filed by Plaintiffs Shawn Roberts and Nicole Horton. (gk) (gk). (Entered: 11/27/2012) |
| 11/26/2012 | 31 | STIPULATION to Amend filed by Plaintiff Nicole Horton, Shawn Roberts. (Attachments: # 1 Proposed Order on Stipulation Regarding Filing of Amended Complaint and Setting Date for Responsive Pleading)(Nelson, Gretchen) (Entered: 11/26/2012) |
| 11/28/2012 | 33 | ORDER ON STIPULATION REGARDING FILING OF AMENDED COMPLAINT & SETTING DATE FOR RESPONSIVE PLEADING by Judge Christina A. Snyder 31 . 1. Plaintiffs First Amended Complaint, presented for filing pursuant to Local Rule 3-2 on November 21, 2012, shall be filed; and 2. Defendants response to the First Amended Complaint shall be due on December 17, 2012. SEE ORDER. (im) (Entered: 11/29/2012) |
| 11/29/2012 | 34 | APPLICATION for attorney Dawn M. Goulet to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by Plaintiff Nicole Horton, Shawn Roberts. (Attachments: # 1 Affidavit /Certificate of Good Standing, # 2 Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case)(Nelson, Gretchen) (Entered: 11/29/2012) |
| 11/30/2012 | 35 | ORDER by Judge Christina A. Snyder: granting 34 Application to Appear Pro Hac Vice by Attorney Dawn M. Goulet on behalf of Plaintiffs, designating Gretchen M. Nelson as |

| | | |
|---|---|---|
| | | local counsel. (lt) (Entered: 12/13/2012) |
| 12/17/2012 | 36 | NOTICE OF MOTION AND MOTION to Dismiss Plaintiffs' Amended Complaint filed by Defendant Electrolux Home Products Inc. Motion set for hearing on 3/4/2013 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Proposed Order Proposed Order Re: Defendant's Partial Motion to Dismiss Plaintiffs' Amended Complaint)(Williams, Michael) (Entered: 12/17/2012) |
| 12/19/2012 | 37 | APPLICATION for attorney Amy E. Keller to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by plaintiff Nicole Horton, Shawn Roberts. (Attachments: # 1 Affidavit /Certificate of Good Standing, # 2 Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case)(Nelson, Gretchen) (Entered: 12/19/2012) |
| 12/21/2012 | 38 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE by Judge Christina A. Snyder 37 Application to Appear Pro Hac Vice by Attorney Amy E. Keller on behalf of Plaintiffs Shawn Roberts and Nicole Horton, designating Gretchen M. Nelson as local counsel. (im) (Entered: 12/21/2012) |
| 01/02/2013 | 39 | Joint STIPULATION for Extension of Time to File Response and Reply to Motion to Dismiss filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Proposed Order)(Stalzer, Kenneth) (Entered: 01/02/2013) |
| 01/03/2013 | 40 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Plaintiffs' Motion for Class Certification filed by Plaintiffs Nicole Horton, Shawn Roberts. (Attachments: # 1 Declaration of Amy E. Keller in Support of Plaintiffs' Ex Parte Application for an Order Extending the Deadline for Filing Their Motion for Class Certification, # 2 Exhibit 1 to Keller Declaration, # 3 Exhibit 2 to Keller Declaration, # 4 Exhibit 3 to Keller Declaration, # 5 Exhibit 4 to Keller Declaration, # 6 Exhibit 5 to Keller Declaration, # 7 Proposed Order Granting Plaintiffs' Ex Parte Application for an Order Extending the Deadline for Filing their Motion for Class Certification)(Nelson, Gretchen) (Entered: 01/03/2013) |
| 01/04/2013 | 41 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Motion and Partial Motion to Dismiss Plaintiffs' Amended Complaint filed 12/17/2012 36 . The following error(s) was found: Local Rule 7.1-1 No Certification of Interested Parties. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 01/04/2013) |
| 01/04/2013 | 42 | CERTIFICATE AND NOTICE of Interested Parties filed by Defendant Electrolux Home Products Inc, identifying AB Electrolux, Electrolux Holdings, Inc., Electrolux North America, Inc.. (Williams, Michael) (Entered: 01/04/2013) |
| 01/07/2013 | 43 | NOTICE OF MOTION AND MOTION to Stay Case pending Decision on Class-Certification in Humphrey v. Electrolux Case ; *MEMORANDUM IN SUPPORT THEREOF* filed by Defendant Electrolux Home Products Inc. Motion set for hearing on 2/4/2013 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Proposed Order)(Scott, Jessica) (Entered: 01/07/2013) |
| 01/07/2013 | 44 | RESPONSE filed by Defendant Electrolux Home Products Incto EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Plaintiffs' Motion for Class Certification 40 - *Opposition to Ex Parte Application* 40 (Scott, Jessica) (Entered: 01/07/2013) |
| 01/07/2013 | 45 | DECLARATION of Kenneth E. Stalzer in support of MOTION to Stay Case pending Decision on Class-Certification in Humphrey v. Electrolux Case ; *MEMORANDUM IN SUPPORT THEREOF* 43 ; and in Support of Defendant's Opposition to Plaintiffs' Ex |

| | | |
|---|---|---|
| | | *Parte Application for Order Extending Deadline for Filing their Motion for Class Certification 40* filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Exhibit 1 to Stalzer Decl., # 2 Exhibit 2 to Stalzer Decl., # 3 Exhibit 3 to Stalzer Decl., # 4 Exhibit 4 to Stalzer Decl., # 5 Exhibit 5 to Stalzer Decl., # 6 Exhibit 6 to Stalzer Decl., # 7 Exhibit 7 to Stalzer Decl., # 8 Exhibit 8 to Stalzer Decl., # 9 Exhibit 9 to Stalzer Decl.)(Scott, Jessica) (Entered: 01/07/2013) |
| 01/08/2013 | 46 | NOTICE of Change of Attorney Information for attorney Gretchen M Nelson counsel for Plaintiffs Nicole Horton, Shawn Roberts. Filed by Plaintiffs Shawn Roberts and Nicole Horton (Nelson, Gretchen) (Entered: 01/08/2013) |
| 01/08/2013 | 47 | SCHEDULING NOTICE SETTING by Judge Christina A. Snyder, re: EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Plaintiffs' Motion for Class Certification 40 . A Status Conference is set on 1/11/2013 at 11:00 AM before Judge Christina A. Snyder. Out of State counsel may appear by telephone by notification to the Courtroom Deputy Clerk, Catherine Jeang at (213) 894-3433. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(cj) TEXT ONLY ENTRY (Entered: 01/08/2013) |
| 01/08/2013 | 48 | NOTICE OF MOTION AND MOTION for attorney Gregory F. Coleman to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by Plaintiffs Nicole Horton, Shawn Roberts. (Attachments: # 1 Affidavit /Certificate of Good Standing, # 2 Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case)(Nelson, Gretchen) (Entered: 01/08/2013) |
| 01/08/2013 | 50 | ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS by Judge Christina A. Snyder: Upon Stipulation 39 , the Court HEREBY ORDERS as follows: Plaintiffs' response to Electrolux's Motion to Dismiss 36 is due 1/28/2013. Electrolux's reply in support of its Motion to Dismiss is due 2/18/2013. (gk) (Entered: 01/09/2013) |
| 01/09/2013 | 49 | SCHEDULING NOTICE CONTINUED by Judge Christina A. Snyder, re: EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Plaintiffs' Motion for Class Certification 40 . On the Court's own motion, the 1/11/2013 Status Conference is continued from 11:00 AM to *1:00 PM before Judge Christina A. Snyder. Out of State counsel may appear by telephone by notification to the Courtroom Deputy Clerk, Catherine Jeang at (213) 894-3433 *NOTE: TIME CHANGE ONLY. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(cj) TEXT ONLY ENTRY (Entered: 01/09/2013) |
| 01/09/2013 | 52 | ORDER by Judge Christina A. Snyder: granting 48 Motion to Appear Pro Hac Vice by Attorney Gregory F. Coleman on behalf of Plaintiffs, designating Gretchen M. Nelson as local counsel. (lt) (Entered: 01/10/2013) |
| 01/10/2013 | 51 | Joint STIPULATION for Protective Order filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Exhibit 1 - Proposed Stipulated Protective Order)(Stalzer, Kenneth) (Entered: 01/10/2013) |
| 01/11/2013 | 54 | MINUTES OF Status Conference held before Judge Christina A. Snyder: The Court confers with counsel and counsel argue. Plaintiffs' Ex Parte Application for an Order Extending the Deadline for Filing Their Motion for Class Certification 40 is granted in part and denied in part. The Court grants plaintiffs' additional time to file their Motion for Class Certification. Counsel are ordered to meet and confer and agree on dates consistent with the actions pending in New York and Arkansas. Thereafter, submitting a Stipulation and Proposed Order for the Courts approval. Court Reporter: Laura Elias. (gk) (Entered: 01/15/2013) |

| 01/14/2013 | 53 | MEMORANDUM in Opposition to MOTION to Stay Case pending Decision on Class-Certification in Humphrey v. Electrolux Case *; MEMORANDUM IN SUPPORT THEREOF* 43 filed by Plaintiffs Nicole Horton, Shawn Roberts. (Nelson, Gretchen) (Entered: 01/14/2013) |
|---|---|---|
| 01/15/2013 | 55 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Victor B. Kenton. IT IS HEREBY ORDERED AS FOLLOWS:Certain information, documents and things of the parties subject to pleading, discovery, or disclosure in this action may be claimed to be or contain"Confidential Information," as described below. Such information is subject to being described in sufficient detail to justify its protection, and the Producing Party must have a good faith belief that the documents or information constitute a trade secret or other confidential information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure. The parties and any non-party shall limit to whatever extent possible designating information as Confidential Information. 51 [SEE ORDER FOR FURTHER DETAILS] (gr) (gr). (Entered: 01/15/2013) |
| 01/15/2013 | 56 | IT IS HEREBY ORDERED AS FOLLOWS: Certain information, documents and things of the parties subject to pleading, discovery, or disclosure in this action may be claimed to be or contain "Confidential Information," as described below. Such information is subject to being described in sufficient detail to justify its protection, and the Producing Party must have a good faith belief that the documents or information constitute a trade secret or other confidential information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure. The parties and any non-party shall limit to whatever extent possible designating information as Confidential Information. (Attachments: # 1 Proposed Order on Stipulation Regarding Filing of Plaintiffs' Motion for Class Certification and Other Pre-Trial Deadlines)(Nelson, Gretchen) (Additional attachment(s) added on 1/15/2013: # 2 ORDER) (gr). (Entered: 01/15/2013) |
| 01/15/2013 | 57 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Protective Order, 55 . The docket entry was not completed due to a technical issue with the system. The docket entry will be re-docketed attaching the correct document. (gr) (Entered: 01/16/2013) |
| 01/15/2013 | 58 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Stipulation for Order, 56 . Due to a technical issue, the document was not attached correctly to the docket. The document will be re-docketed. (gr) (Entered: 01/16/2013) |
| 01/15/2013 | 59 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Victor B. Kenton. Upon the stipulation of the parties for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and the Court being fully advised and upon good cause shown, the Court enters the following Protective Order limiting the disclosure and use of certain discovered information as hereinafter provided. IT IS HEREBY ORDERED AS FOLLOWS: Certain information, documents and things of the parties subject to pleading, discovery, or disclosure in this action may be claimed to be or contain "Confidential Information," as described below. Such information is subject to being described in sufficient detail to justify its protection, and the Producing Party must have a good faith belief that the documents or information constitute a trade secret or other confidential information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure. 51 [SEE ORDER FOR FURTHER DETAILS] (gr) (Entered: 01/16/2013) |
| 01/16/2013 | 60 | ORDER ON STIPULATION REGARDING FILING OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER PRE-TRIAL DEADLINES by Judge Christina A. Snyder: Upon Stipulation 56 , IT IS HEREBY ORDERED AS FOLLOWS: The following proposed schedule, which tracks the schedule in Humphrey v. Electrolux Home Prods., Inc., No. 12-cv-00157 ("the Humphrey action"), anticipated to be entered in the Eastern District of Arkansas before the Honorable D. P. Marshall, Jr., shall apply in this action: Plaintiffs' Class Certification Expert Disclosures w/reports due 4/29/2013. |

| | | |
|---|---|---|
| | | Defendant's Class Certification Expert Disclosures w/reports due 5/31/2013. Completion of fact discovery on class certification and merits of Plaintiffs' individual claims by 6/17/2013. Rebuttal Class Certification Expert Disclosures by 6/18/2013. Plaintiffs' Motion for Class Certification to be filed by 7/2/2013. Defendant's Response to Motion for Class Certification to be filed by 9/3/2013. (gk) (Entered: 01/17/2013) |
| 01/18/2013 | 61 | Notice of Withdrawal of Motion to Stay Case, 43 filed by Defendant Electrolux Home Products Inc. (Stalzer, Kenneth) (Entered: 01/18/2013) |
| 01/28/2013 | 62 | MEMORANDUM in Opposition to MOTION to Dismiss Plaintiffs' Amended Complaint 36 filed by Plaintiffs Nicole Horton, Shawn Roberts. (Nelson, Gretchen) (Entered: 01/28/2013) |
| 02/13/2013 | 63 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* filed by plaintiffs Nicole Horton, Shawn Roberts. Motion set for hearing on 3/4/2013 at 08:30 AM before Judge Christina A. Snyder. (Attachments: # 1 Memorandum of Points & Authorities in Support of Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g), # 2 Declaration of Edward A. Wallace in Support of Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g), # 3 Exhibit A to Declaration of Wallace in Support of Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel, # 4 Exhibit B to Declaration of Wallace in Support of Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel, # 5 Exhibit C to Declaration of Wallace in Support of Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel, # 6 Exhibit D to Declaration of Wallace in Support of Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel, # 7 Proposed Order (Case Management Order) Appointing Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g))(Nelson, Gretchen) (Entered: 02/13/2013) |
| 02/13/2013 | 64 | CERTIFICATE OF SERVICE filed by plaintiffs Nicole Horton, Shawn Roberts, re MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* 63 served on 02/13/2013. (Nelson, Gretchen) (Entered: 02/13/2013) |
| 02/13/2013 | 65 | NOTICE OF MOTION re MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* MOTION for Appointment of Counsel *as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g)* 63 filed by Plaintiffs Nicole Horton, Shawn Roberts. Motion set for hearing on 3/4/2013 at 10:00 AM before Judge Christina A. Snyder. (Nelson, Gretchen) (Entered: 02/13/2013) |
| 02/18/2013 | 66 | REPLY in support of MOTION to Dismiss Plaintiffs' Amended Complaint 36 filed by Defendant Electrolux Home Products Inc. (Stalzer, Kenneth) (Entered: 02/18/2013) |
| 03/04/2013 | 67 | MINUTES OF Motion Hearing held before Judge Christina A. Snyder: Defendant Electrolux Home Products, Inc.'s Partial Motion to Dismiss Plaintiffs' Amended |

| | | |
|---|---|---|
| | | Complaint 36 is GRANTED in part and DENIED in part. If plaintiffs wish to amend their complaint to allege claims for breach of express warranty or affirmative misrepresentations, they must do so by 4/1/2013. Court Reporter: Anne Kielwasser. (gk) (Entered: 03/08/2013) |
| 03/04/2013 | 68 | MINUTES OF Motion Hearing held before Judge Christina A. Snyder: The Court grants Plaintiffs' Motion for Entry of a Case Management Order Appointing Interim Co-Lead Counsel Pursuant to FRCP 23(g) 63 . The Court will issue plaintiffs' proposed order forthwith. Court Reporter: Anne Kielwasser. (gk) (Entered: 03/08/2013) |
| 03/04/2013 | 69 | CASE MANAGEMENT ORDER APPOINTING INTERIM CO-LEAD COUNSEL PURSUANT TO FED. R. CIV. P. 23(g) by Judge Christina A. Snyder: Upon Plaintiffs' Motion 63 , IT IS HEREBY ORDERED that: Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints the following lawyers and firms as Interim Co-Lead Counsel for the proposed Classes: Edward A. Wallace, Wexler Wallace LLP; Erin K. Dickinson and Charles J. Crueger, Hansen Reynolds Dickinson Crueger LLC; and Gregory F. Coleman, Greg Coleman Law PC. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints the following lawyer and firm as Liaison Counsel for the proposed Classes: Gretchen M. Nelson, Kreindler & Kreindler LLP. See document re responsibilities. (gk) (Entered: 03/11/2013) |
| 05/06/2013 | 70 | STIPULATION to Consolidate Cases as to 13-cv-02339; 12-cv-01644 filed by Plaintiffs Nicole Horton, Shawn Roberts. (Attachments: # 1 Proposed Order)(Keller, Amy) (Entered: 05/06/2013) |
| 05/07/2013 | 71 | ORDER ON STIPULATION TO CONSOLIDATE, FILE CONSOLIDATED AMENDED COMPLAINT, AND AMEND SCHEDULING ORDER by Judge Christina A. Snyder: Upon Stipulation 70 , it is hereby ordered that the Roberts Action, SACV 12-01644 CAS (VBKx), and the McGowan California Action, CV 13-02339 CAS (VBKx), are hereby consolidated into one action for all purposes. Further, while the Humphrey Action remains pending in the Eastern District of Arkansas on behalf of an Arkansas state-wide class, the parties will formally coordinate discovery in this case and in the Humphrey case. Plaintiffs shall file and serve their Consolidated Amended Class Action Complaint by 5/20/2013. Plaintiffs' Rule 26(a)(2) Expert Disclosures Due Defendant's Rule 26(a)(2) Expert Disclosures Due 10/28/2013. 9/27/2013. Rebuttal Expert Disclosures Due 11/18/2013. Plaintiffs' Motion for Class Certification Due 12/20/2013. Defendant's Response in Opposition to Class Certification Due 2/21/2014. Plaintiffs' Reply in Support of Class Certification Due 3/14/2014. The Scheduling Conference in the McGowan action set for 8/12/2013, is hereby vacated and will be reset at the hearing of the Motion for Class Certification. (gk) (Entered: 05/08/2013) |
| 05/07/2013 | 72 | MINUTES (IN CHAMBERS) - by Judge Christina A. Snyder: The Court hereby ORDERS as follows: Civil case nos. SACV 12-1644 CAS (VBKx) and CV 13-2339 CAS (VBKx) are consolidated into Civil Action No. SACV 12-1644 CAS (VBKx) for purposes of pretrial and discovery proceedings before this Court. All related actions that are subsequently filed in, or transferred to, this district shall be consolidated into this action for pretrial and discovery purposes. This Order shall apply to every such related action, absent order of the Court. The docket in Civil Action No. SACV 12-1644 CAS (VBKx) shall constitute the Master Docket for this action. See document for details. Court Reporter: Not Present. (gk) (Entered: 05/08/2013) |
| 05/20/2013 | 73 | NOTICE of Withdrawal of Named Plaintiffs Shawn Roberts and Nicole Horton filed by Plaintiffs Nicole Horton, Shawn Roberts. (Nelson, Gretchen) (Entered: 05/20/2013) |
| 05/20/2013 | 74 | AMENDED DOCUMENT filed by Plaintiffs Nicole Horton, Shawn Roberts. *Consolidated Amended Class Action Complaint* (Attachments: # 1 Declaration Of Service |

| | | |
|---|---|---|
| | | of Consolidated Amended Class Action Complaint)(Nelson, Gretchen) (Entered: 05/20/2013) |
| 05/22/2013 | 75 | CONSOLIDATED AMENDED CLASS ACTION COMPLAINT against Defendant Electrolux Home Products, Inc.; related to: First Amended Complaint 32 ; with Jury Demand filed by Plaintiffs Shannon Carty, Steven Gavic, Matthew Downs, and Michelle McGowan. (gk) (Entered: 05/22/2013) |
| 05/22/2013 | 76 | CERTIFICATE OF SERVICE Executed by Plaintiff Shannon Carty, Steven Gavic, Matthew Downs, Michelle McGowan, upon Defendant Electrolux Home Products, Inc. served on 5/20/2013, answer due 6/10/2013. Service of the Consolidated Amended Class Action Complaint was executed upon Adina L. Witzling, Manatt Phelps and Phillips LLP; Dean J. Zipser, Manatt Phelps and Phillips LLP; Michael T. Williams, Wheeler Trigg O'Donnell LLP; Jessica G. Scott, Wheeler Trigg O'Donnell LLP; and Kenneth E. Stalzer, Wheeler Trigg O'Donnell LLP, electronically, statute under which service was made is not specified. Original Summons NOT returned. (gk) (Entered: 05/22/2013) |
| 05/31/2013 | 77 | NOTICE of Change of Attorney Information for attorney Noel Scott Cohen counsel for Defendant Electrolux Home Products Inc. Adding Matthew P. Kanny as attorney as counsel of record for Electrolux Home Products, Inc. for the reason indicated in the G-06 Notice. Filed by Defendant Electrolux Home Products, Inc. (Cohen, Noel) (Entered: 05/31/2013) |
| 05/31/2013 | 78 | NOTICE of Change of Attorney Information for attorney Noel Scott Cohen counsel for Defendant Electrolux Home Products Inc. Adding Noel S. Cohen as attorney as counsel of record for Electrolux Home Products, Inc. for the reason indicated in the G-06 Notice. Filed by Defendant Electrolux Home Products, Inc. (Cohen, Noel) (Entered: 05/31/2013) |
| 05/31/2013 | 79 | NOTICE of Change of Attorney Information for attorney Dean J Zipser counsel for Defendant Electrolux Home Products Inc. Dean J. Zipser will no longer receive service of documents from the Clerks Office for the reason indicated in the G-06 Notice. Filed by Attorney for Defendant Dean J. Zipser (Zipser, Dean) (Entered: 05/31/2013) |
| 06/03/2013 | 80 | ANSWER to Consolidated Complaint 75 JURY DEMAND. filed by defendant Electrolux Home Products Inc.(Stalzer, Kenneth) (Entered: 06/03/2013) |
| 06/14/2013 | 81 | OBJECTIONS to Notice (Other) 73 *of Withdrawal of Named Plaintiffs Shawn Roberts and Nicole Horton* filed by Defendant Electrolux Home Products Inc. (Scott, Jessica) (Entered: 06/14/2013) |
| 07/02/2013 | 82 | NOTICE of Manual Filing filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan of Exhibits H, I and J to the Declaration of Eric Dickinson in Support of Jt. Stipulation Regarding Plaintiffs' Motion to Compel F.R.Civ.P. 30(b)(6) Deposition. (Nelson, Gretchen) (Entered: 07/02/2013) |
| 07/02/2013 | 83 | NOTICE OF MOTION AND MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* filed by Plaintiff Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. Motion set for hearing on 6/23/2013 at 10:00 AM before Magistrate Judge Victor B. Kenton. (Attachments: # 1 Proposed Order Granting Plaintiffs' Motion to Compel the Deposition Testimony of Defendant's F.R. Civ. P. 30(b)(6) Deponent(s))(Nelson, Gretchen) (Entered: 07/02/2013) |
| 07/02/2013 | 84 | JOINT STIPULATION to MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* 83 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Nelson, Gretchen) (Entered: 07/02/2013) |
| 07/02/2013 | 85 | DECLARATION of Sharon A. Luarde in opposition to MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* 83 filed by Consol Plaintiffs |

| | | |
|---|---|---|
| | | Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Nelson, Gretchen) (Entered: 07/02/2013) |
| 07/02/2013 | 86 | DECLARATION of Erin Dickinson in support of MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* 83 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Attachments: # 1 Exhibit A - C to Dickinson Declaration, # 2 Exhibit D - G to Dickinson Declaration, # 3 Exhibit H - P to Dickinson Declaration, # 4 Exhibit Q - U to Dickinson Declaration, # 5 Exhibit V - Z to Dickinson Declaration)(Nelson, Gretchen) (Entered: 07/02/2013) |
| 07/02/2013 | 87 | DECLARATION of Michael T. Williams in opposition to MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* 83 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Attachments: # 1 Exhibit A - B to Williams Declaration, # 2 Exhibit C - E to Williams Declaration, # 3 Exhibit F - K to Williams Declaration)(Nelson, Gretchen) (Entered: 07/02/2013) |
| 07/02/2013 | 88 | PLAINTIFFS' APPLICATION FOR AN ORDER ALLOWING PLAINTIFFS LEAVE TO FILE DOCUMENTS IN SUPPORT OF THEIR MOTION TO COMPEL DEPOSITION TESTIMONY UNDER SEAL; DECLARATION OF GRETCHEN M. NELSON. filed by plaintiff Shawn Roberts. (gr) (Entered: 07/05/2013) |
| 07/09/2013 | 89 | NOTICE of Manual Filing filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Michelle McGowan of Plaintiffs' Application to File Documents Under Seal; Proposed Order re Application; Exhibits 3 and 4 to Supplemental Declaration of Dickinson in Support of Plaintiffs' Motion to Compel F.R. Civ. P. 30(b)(6) Depositions. (Nelson, Gretchen) (Entered: 07/09/2013) |
| 07/09/2013 | 90 | SUPPLEMENT to MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* 83 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Attachments: # 1 Declaration Supplemental Declaration of Erin Dickinson in Support of Plaintiffs' Motion to Compel F.R.Civ.P. 30(b)(6) Deposition(s), Exh. 1 and 2 (PUBLIC REDACTED VERSION))(Nelson, Gretchen) (Entered: 07/09/2013) |
| 07/09/2013 | 91 | *Defendants Supplemental Memorandum in Support of Its Opposition to Plaintiffs Motion to Compel Federal Rule of Civil Procedure 30(b)(6) Deposition* re: Joint Stipulation re Discovery Motion 84 (Williams, Michael) (Entered: 07/09/2013) |
| 07/09/2013 | 92 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Victor B. Kenton: granting 88 Application for Order; granting 88 Application to Seal (rh) (Entered: 07/10/2013) |
| 07/09/2013 | 93 | SEALED DOCUMENT - DECLARATION of Erin Dickinson in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30(B)(6) Deposition. (Attachments: # 1 Part 2)(gk) (Entered: 07/11/2013) |
| 07/09/2013 | 94 | PLAINTIFFS' APPLICATION FOR AN ORDER ALLOWING PLAINTIFFS LEAVE TO FILE DOCUMENTS IN SUPPORT OF THEIR MOTION TO COMPEL DEPOSITION TESTIMONY UNDER SEAL; DECLARATION OF GRETCHEN M. NELSON filed by plaintiff Shawn Roberts. (gr) (Entered: 07/12/2013) |
| 07/09/2013 | 99 | SEALED DOCUMENT- SUPPLEMENTAL Declaration of Erin Dickson in Support of Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30 (B)(6)Deposition(s). (mat) (Entered: 07/18/2013) |
| 07/11/2013 | 95 | ORDER GRANTING PLAINTIFFS' APPLICATION FOR AN ORDER ALLOWING PLAINTIFFS LEAVE TO FILE DOCUMENTS IN SUPPORT OF THEIR MOTION TO COMPEL DEPOSITION TESTIMONY UNDER SEAL by Magistrate Judge Victor B. |

| | | |
|---|---|---|
| | | Kenton. Exhibits 3 and 4 to the Dickinson Supplemental Declaration shall be filed under seal in accordance with Court's Stipulated Protective Order, filed January 15,2013. IT IS SO ORDERED. 94 [SEE ORDER FOR FURTHER DETAILS] (gr) (Entered: 07/12/2013) |
| 07/16/2013 | 96 | TENTATIVE ORDER by Magistrate Judge Victor B. Kenton, re MOTION to Compel Deposition *Testimony of Defendant's F.R.Civ. P 30(b)(6) Deponent(s)* 83 , Joint Stipulation re Discovery Motion 84 . This Tentative Decision is provided for the assistance of counsel in preparation for the hearing in this matter. It may not be cited in this or any other case for any purpose. No supplemental documents may be filed with the Court unless they are timely and in compliance with Local Rule 37-2.3. If untimely documents are filed, counsel will be sanctioned. Supplemental documents may not exceed five (5) pages,including exhibits. Courtesy copies of all supplemental documents will be delivered to chambers. If both counsel wish to submit on this Tentative Decision, they should notify the Court Clerk. The matter will be taken off-calendar, and a final decision will be issued consistent with this Tentative Decision. (rh) (Entered: 07/16/2013) |
| 07/17/2013 | 97 | NOTICE OF MOTION AND MOTION for Leave to Withdraw as Named Plaintiffs or Deem Notice of Withdrawal Effective filed by Plaintiff Nicole Horton, Shawn Roberts. Motion set for hearing on 8/19/2013 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Declaration of Gregory F. Coleman, # 2 Declaration of Dawn M. Goulet, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4)(Keller, Amy) (Entered: 07/17/2013) |
| 07/17/2013 | 98 | NOTICE OF LODGING filed *Proposed Order* re MOTION for Leave to Withdraw as Named Plaintiffs or Deem Notice of Withdrawal Effective 97 (Attachments: # 1 Proposed Order)(Keller, Amy) (Entered: 07/17/2013) |
| 07/22/2013 | 100 | (MINUTE ORDER) PLAINTIFFS' MOTION TO COMPEL FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) DEPOSITIONS by Magistrate Judge Victor B. Kenton. The parties have submitted on the Court's Tentative Decision. The motion hearing is VACATED. The Court sees no reason to engage in further discussion concerning this Motion. As should be plain, the Court has no intention of requiring Electrolux to produce its counsel to testify at the 30(b)6) deposition as to the topics indicated. The Court will not presently disturb Electrolux's collection of witnesses for the discovery topics as set forth in the JS. Consequently, Plaintiffs Motion is DENIED. 83 96 [SEE ORDER FOR FURTHER DETAILS] (gr) (Entered: 07/22/2013) |
| 07/24/2013 | 101 | NOTICE of Manual Filing filed by Defendant Electrolux Home Products Inc of (1) Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents; Exhibits 1 and 2; (2) Declaration of Sharon A. Luarde in Support; 3) Declaration of Cheryl M. Nicholson in Support; (3) Declaration of Anatasi J. Wade in Support; Exhibits 2, 3, 4 and 5 to Declaration of Charles Crueger in Support; and (4) Exhibits B, C, E, and F of Declaration of Michael T. Williams in Support. (Cohen, Noel) (Entered: 07/24/2013) |
| 07/24/2013 | 102 | NOTICE OF MOTION AND MOTION for Protective Order for Directing Plaintiffs to Return or Destroy Inadvertently Produced Privileged or Protected Documents filed by Defendant Electrolux Home Products Inc. Motion set for hearing on 8/20/2013 at 10:00 AM before Magistrate Judge Victor B. Kenton. (Attachments: # 1 Proposed Order) (Cohen, Noel) (Entered: 07/24/2013) |
| 07/24/2013 | 103 | DECLARATION of Michael T. Williams re Notice of Manual Filing (G-92),, 101 -- *in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents (Redacted)* filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Table of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 |

| | | |
|---|---|---|
| | | Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Cohen, Noel) (Entered: 07/24/2013) |
| 07/24/2013 | 104 | DECLARATION of Charles Crueger re Notice of Manual Filing (G-92),, 101 -- *in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents (Redacted)* filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Table of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Cohen, Noel) (Entered: 07/24/2013) |
| 07/25/2013 | 105 | NOTICE of Manual Filing filed by Defendant Electrolux Home Products Inc of (1) Electrolux's Application To File Under Seal Joint Stipulation Regarding The Return Or Destruction Of Inadvertently Produced Privileged Documents And Supporting Documents and (2) Proposed Order Granting Electroluxs Application To File Under Seal Joint Stipulation Regarding The Return Or Destruction Of Inadvertently Produced Privileged Documents And Supporting Documents. (Cohen, Noel) (Entered: 07/25/2013) |
| 07/25/2013 | 107 | ELECTROLUX'S APPLICATION TO FILE UNDER SEAL JOINT STIPULATION REGARDING THE RETURN OR DESTRUCTION OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS AND SUPPORTING DOCUMENTS filed by Defendant Electrolux Home Products Inc. 105 (gr) (Entered: 07/26/2013) |
| 07/26/2013 | 106 | PROOF OF SERVICE filed by Defendant Electrolux Home Products Inc, re Notice of Manual Filing (G-92), 105 -- *Unredacted Documents Filed Under Seal* served on 7/25/2013. (Cohen, Noel) (Entered: 07/26/2013) |
| 07/29/2013 | 108 | OPPOSITION to MOTION for Leave to Withdraw as Named Plaintiffs or Deem Notice of Withdrawal Effective 97 filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Declaration of K. Stalzer in Support of Defs.' Response to Plfs.' Motion for Leave to Withdraw as Named Plaintiffs, # 2 Exhibit A to Stalzer Decl., # 3 Exhibit B to Stalzer Decl., # 4 Exhibit C to Stalzer Decl., # 5 Exhibit D to Stalzer Decl., # 6 Exhibit E to Stalzer Decl., # 7 Exhibit F to Stalzer Decl., # 8 Exhibit G to Stalzer Decl.) (Williams, Michael) (Entered: 07/29/2013) |
| 07/29/2013 | 109 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Victor B. Kenton: granting 107 Application to Seal Joint Stipulation regarding the Return or Destruction of Inadvertently produced privileged documents and supporting documents. (rh) (Entered: 07/29/2013) |
| 07/29/2013 | 110 | NOTICE of Manual Filing filed by Defendant Electrolux Home Products Inc of Notice Of Errata To Joint Stipulation Regarding The Return Or Destruction Of Inadvertently Produced Privileged Documents Filed Under Seal Per Court Order, Doc 109. (Cohen, Noel) (Entered: 07/29/2013) |
| 07/29/2013 | 112 | SEALED DOCUMENT - JOINT STIPULATION Regarding the Return or Destruction of Inadvertently Produced Privileged Documents. (gk) (Entered: 08/02/2013) |
| 07/29/2013 | 113 | SEALED DOCUMENT - DECLARATION of Charles Crueger in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Documents. (gk) (Entered: 08/02/2013) |
| 07/29/2013 | 114 | SEALED DOCUMENT - DECLARATION of Cheryl M. Nicolson in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents. (gk) (Entered: 08/02/2013) |
| 07/29/2013 | 115 | SEALED DOCUMENT - DECLARATION of Anastasia J. Wade in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents. (gk) (Entered: 08/02/2013) |

| 07/29/2013 | 116 | SEALED DOCUMENT - DECLARATION of Sharon A. Luarde in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents. (gk) (Entered: 08/02/2013) |
| 07/29/2013 | 117 | SEALED DOCUMENT - DECLARATION of Michael T. Williams in Support of Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents. (gk) (Entered: 08/02/2013) |
| 07/30/2013 | 111 | SEALED DOCUMENT - NOTICE OF ERRATA to Joint Stipulation Regarding the Return or Destruction of Inadvertently Produced Privileged Documents Filed Under Seal Per Court Order, Doc 109. (gk) (Entered: 08/02/2013) |
| 08/05/2013 | 118 | REPLY in Support MOTION for Leave to Withdraw as Named Plaintiffs or Deem Notice of Withdrawal Effective 97 filed by Plaintiffs Nicole Horton, Shawn Roberts. (Attachments: # 1 Exhibit A, Declaration of Shawn Roberts, # 2 Exhibit B, Declaration of Nicole Horton, # 3 Exhibit C, Excerpts from Deposition)(Keller, Amy) (Entered: 08/05/2013) |
| 08/05/2013 | 119 | NOTICE of Manual Filing filed by Defendant Electrolux Home Products Inc of 1) Electrolux's Application To File Under Seal Its Supplemental Memorandum In Support Of Motion For Protective Order Directing Plaintiffs To Return Or Destroy Inadvertently Produced Privileged Or Protected Documents; 2) Proposed Order re same; 3) (FILED UNDER SEAL) Defendant's Supplemental Memorandum In Support Of Motion For A Protective Order Directing Plaintiffs To Return Or Destroy Inadvertently Produced Privileged Or Protected Documents. (Cohen, Noel) (Entered: 08/05/2013) |
| 08/06/2013 | 120 | TENTATIVE DECISION: DEFENDANTS' MOTION FOR PROTECTIVE ORDER DIRECTING PLAINTIFFS TO RETURN OR DESTROY INADVERTENTLY PRODUCED PRIVILEGED OR PROTECTED DOCUMENTS by Magistrate Judge Victor B. Kenton. This tentative Decision is provided for the assistance of counsel in preparation for the hearing in this matter. It may not be cited in this or any other case for any purpose. No supplemental documents may be filed with the Court unless they are timely and in compliance with Local Rule 37-2.3. Supplemental documents may not exceed five (5) pages, including exhibits. Courtesy copies of all supplemental documents will be delivered to chambers. If both counsel wish to submit on this Tentative Decision, they should notify the Court Clerk. The matter will be taken off-calendar, and a final decision will be issued consistent with this Tentative Decision. 102 [SEE ORDER FOR FURTHER DETAILS] (gr) (Entered: 08/06/2013) |
| 08/06/2013 | 121 | ELECTROLUX'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER DIRECTING PLAINTIFFS TO RETURN OR DESTROY INADVERTENTLY PRODUCED PRIVILEGED OR PROTECTED DOCUMENTS filed by Defendant Electrolux Home Products Inc. 120 (Attachments: # 1 LODGED ORDER) (gr) (Entered: 08/07/2013) |
| 08/13/2013 | 122 | ORDER by Magistrate Judge Victor B. Kenton: granting 121 Application to Seal Defendant's Supplemental Memorandum in Support of motion for Protective order Directing Plaintiffs to Return or Destroy inadvertently produced privileged or protected documents. (rh) (Entered: 08/14/2013) |
| 08/13/2013 | 125 | SEALED DOCUMENT - DEFENDANT'S SUPPLEMENTAL MEMORANDUM in Support of Motion for a Protective Order Directing Plaintiffs to Return or Destroy Inadvertently Produced Privileged or Protected Documents. (gk) (Entered: 08/21/2013) |
| 08/14/2013 | 123 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Victor B. Kenton: granting 102 Motion for Protective Order. The parties have submitted on the Court's tentative |

| | | |
|---|---|---|
| | | decision and the hearing date is VACATED. (See Order for details) (rh) (Entered: 08/15/2013) |
| 08/14/2013 | 124 | MINUTES (IN CHAMBERS) by Judge Christina A. Snyder: The Court hereby GRANTS Plaintiffs Shawn Roberts and Nicole Horton's Motion for Leave to Withdraw as Named Plaintiffs 97 . Court Reporter: Not Present. (gk) (Entered: 08/15/2013) |
| 09/24/2013 | 126 | Joint STIPULATION to AMEND Order, Set/Clear Flags,,,,,,,, 71 filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Proposed Order Granting Joint Stipulation to Amend Scheduling Order)(Stalzer, Kenneth) (Entered: 09/24/2013) |
| 09/24/2013 | 127 | NOTICE OF ERRATA filed by Plaintiff Shawn Roberts. correcting Amended Document (Non-Motion) 74 (Nelson, Gretchen) (Entered: 09/24/2013) |
| 09/25/2013 | 128 | ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER by Judge Christina A. Snyder: The Court HEREBY GRANTS the Stipulation 126 . Accordingly, the deadlines for the parties' expert disclosures and for the class certification motion and briefs shall be as follows: Plaintiffs' expert disclosures are due 10/22/2013. Defendant's expert disclosures are due 12/23/2013. Rebuttal expert disclosures are due 1/30/2014. Plaintiffs' Motion for Class Certification is due 1/30/2014. Defendant's Response in Opposition to Class Certification is due 4/3/2014. Plaintiffs' Reply in Support of Motion for Class Certification is due 4/24/2014. (gk) (Entered: 09/25/2013) |
| 10/07/2013 | 129 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Plaintiffs' Notice of Errata as to their Consolidated Amended Class Action Complaint filed 9/24/2013 127 . The following error(s) was found: The docket does not reflect the opposing party's consent or leave of court to amend the Consolidated Amended Class Action Complaint, F.R.Civ.P. 15(a)(2). In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 10/08/2013) |
| 10/10/2013 | 130 | AFFIDAVIT by affiant: Gabriel S. Barenfeld *Regarding Venue [Civil Code § 1780, subd. (d)]* filed by Plaintiff Shawn Roberts (Nelson, Gretchen) (Entered: 10/10/2013) |
| 11/12/2013 | 131 | APPLICATION for attorney Edward C. Stewart to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-12971677 paid.) filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Proposed Order)(Cohen, Noel) (Entered: 11/12/2013) |
| 11/13/2013 | 132 | ORDER by Judge Christina A. Snyder: granting 131 Application to Appear Pro Hac Vice by Attorney Edward C. Stewart on behalf of Defendant, designating Noel S. Cohen as local counsel. (lt) (Entered: 11/15/2013) |
| 01/21/2014 | 133 | STIPULATION for Extension of Time to File Rebuttal Expert Disclosures; Class Certification Briefing filed by Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Nicole Horton, Michelle McGowan, Shawn Roberts. (Attachments: # 1 Proposed Order Granting Joint Stipulation to Amend Scheduling Order)(Nelson, Gretchen) (Entered: 01/21/2014) |
| 01/22/2014 | 134 | ORDER by Judge Christina A. Snyder: granting Stipulation to Amend Scheduling Order 133 . (rne) (Entered: 01/23/2014) |
| 02/18/2014 | 135 | Joint STIPULATION for Extension of Time to File (Suspend) Class-Certification Briefing Schedule and Plaintiffs' Deadline to Serve Rebuttal Expert Disclosures filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Proposed Order)(Williams, Michael) (Entered: 02/18/2014) |
| 02/19/2014 | 136 | ORDER GRANTING JOINT STIPULATION TO SUSPEND CLASS CERTIFICATION BRIEFING SCHEDULE AND PLAINTIFFS' DEADLINE TO SERVE REBUTTAL |

| | | |
|---|---|---|
| | | EXPERT DISCLOSURES by Judge Christina A. Snyder: Upon Stipulation 135 , the deadlines for the parties' class-certification motion and briefs are suspended, as well as Plaintiffs' deadline to serve rebuttal expert disclosures. The parties will file a report with the Court no later than 2/27/2014, giving the status of the settlement negotiations and requesting deadlines for the above, if necessary. (gk) (Entered: 02/20/2014) |
| 02/26/2014 | 137 | Joint STIPULATION for Extension of Time to File (Suspend) Class-Certification Briefing Schedule and Plaintiffs' Deadline to Serve Rebuttal Expert Disclosures filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Proposed Order)(Williams, Michael) (Entered: 02/26/2014) |
| 02/27/2014 | 138 | ORDER GRANTING JOINT STIPULATION TO SUSPEND CASE-MANAGEMENT DEADLINES by Judge Christina A. Snyder: Upon Stipulation 137 , the case-management deadlines, including deadlines for the parties' class-certification motion and briefs are suspended, as well as Plaintiffs' deadline to serve rebuttal expert disclosures. The parties will file a report with the Court no later than 4/11/2014, giving the status of the settlement negotiations and requesting deadlines for the above, if necessary. (gk) (Entered: 03/03/2014) |
| 04/11/2014 | 139 | STATUS REPORT *Joint Status Report* filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Keller, Amy) (Entered: 04/11/2014) |
| 04/14/2014 | 140 | Joint STIPULATION to AMEND Consolidated Complaint 75 filed by Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. (Attachments: # 1 Exhibit Exhibit A -- Consolidated Second Amended Class Action Complaint, # 2 Proposed Order)(Keller, Amy) (Entered: 04/14/2014) |
| 04/15/2014 | 141 | ORDER ON STIPULATION TO FILE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT by Judge Christina A. Snyder. Plaintiffs Consolidated Second Amended Class Action Complaint [ECF No. 140-1] is hereby deemed filed nunc pro tunc. Electrolux shall have until April 21, 2014 to file is Answer to the Consolidated Second Amended Class Action Complaint. Electrolux agrees to return to the litigation position it occupied as against named Plaintiff Tammie Humphrey before it dismissed the Humphrey Action once the Consolidated Second Amended Class Action complaint is filed, and not count against the limitations period the time between dismissal and adding Ms. Humphrey to this action, re Stipulation to Amend/Correct, 140 (bp) (Entered: 04/16/2014) |
| 04/15/2014 | 143 | CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT against Defendant Electrolux Home Products, Inc.; amending Consolidated Amended Class Action Complaint 75 ; with Jury Demand filed by Plaintiffs Shannon Carty, Steven Gavic, Matthew Downs, Michelle McGowan, and Tammie Humphrey. (Attorney Dawn M Goulet added to party Tammie Humphrey(pty:conpla), Attorney Amy E Keller added to party Tammie Humphrey(pty:conpla), Attorney Gregory F Coleman added to party Tammie Humphrey(pty:conpla), Attorney Gretchen M Nelson added to party Tammie Humphrey(pty:conpla), Attorney Edward A Wallace added to party Tammie Humphrey(pty:conpla), Attorney Erin K Dickinson added to party Tammie Humphrey(pty:conpla), Attorney Charles J Crueger added to party Tammie Humphrey(pty:conpla), Attorney Mark E Silvey added to party Tammie Humphrey(pty:conpla))(gk) (Entered: 04/22/2014) |
| 04/18/2014 | 142 | ANSWER *to Consolidated Second Amended Class Action Complaint (ECF No. 140-1)* filed by Defendant Electrolux Home Products Inc.(Stalzer, Kenneth) (Entered: 04/18/2014) |
| 04/30/2014 | 144 | EX PARTE APPLICATION to Exceed Page Limitation Plaintiffs' Memorandum in |

| | | |
|---|---|---|
| | | Support of Parties' Joint Motion for Preliminary Approval of Class Settlement filed by Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # 1 Proposed Order)(Keller, Amy) (Entered: 04/30/2014) |
| 04/30/2014 | 145 | NOTICE OF MOTION AND MOTION for Settlement Approval of Joint Motion for Preliminary Approval of Class Settlement filed by Joint Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. Motion set for hearing on 5/5/2014 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Exhibit A, Settlement Agreement, # 2 Exhibit B, Notice Plan and Declaration, # 3 Proposed Order Proposed Order Granting Preliminary Approval)(Wallace, Edward) (Entered: 04/30/2014) |
| 04/30/2014 | 146 | MEMORANDUM in Support of MOTION for Settlement Approval of Joint Motion for Preliminary Approval of Class Settlement 145 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # 1 Exhibit Composite Exhibit 1, Part I, # 2 Exhibit Composite Exhibit 1, Part II, # 3 Exhibit Composite Exhibit 1, Part III)(Wallace, Edward) (Entered: 04/30/2014) |
| 04/30/2014 | 147 | EXHIBIT Corrected Exhibit A to MOTION for Settlement Approval of Joint Motion for Preliminary Approval of Class Settlement 145 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # 1 Certificate of Service)(Keller, Amy) (Entered: 04/30/2014) |
| 05/01/2014 | 148 | ORDER by Judge Christina A. Snyder: granting 144 Ex Parte Application for Leave to File Excess Pages. (rne) (Entered: 05/01/2014) |
| 05/05/2014 | 149 | MINUTES OF Motion Hearing held before Judge Christina A. Snyder: The Court confers with counsel and grants plaintiffs' Motion for Preliminary Approval of Class Action Settlement 145 . The Court will issue plaintiffs' Proposed Preliminary Approval Order forthwith. Court Reporter: Laura Elias. (gk) (Entered: 05/05/2014) |
| 05/05/2014 | 150 | PRELIMINARY APPROVAL ORDER by Judge Christina A. Snyder: Pursuant to the Parties' Joint Motion for Preliminary Approval of Class Settlement and Approval of Notice to Settlement Class 145 , IT IS HEREBY ORDERED: This Court hereby certifies the Settlement Class and Subclasses for settlement purposes only and in accordance with the terms of the Settlement Agreement. The Court preliminarily appoints the following individuals as class representatives for purposes of certification of the Settlement Class and Subclasses: (a) Shannon Carty; (b) Matthew Downs; (c) Stephen Gavic; (d) Michelle McGowan; (e) Tammie Humphrey. The Court preliminarily finds that the following counsel fairly and adequately represent the interests of the Settlement Class and Subclasses and hereby appoints the following law firms as Class Counsel pursuant to Fed. R. Civ. P. 23(g): Edward A. Wallace, Amy E. Keller, and Dawn M. Goulet of Wexler Wallace LLP; Erin K. Dickinson and Charles J. Crueger of Hansen Reynolds Dickinson Crueger, LLC; and Gregory F. Coleman of Greg Coleman Law, P.C. The Court finds that Kurtzman Carson Consultants is qualified to act as Settlement Administrator. The Court directs that a hearing be scheduled for 8/18/2014 10:00 AM before Judge Christina A. Snyder, on final settlement approval (the "Fairness Hearing"). See document for details. (gk) (Entered: 05/05/2014) |
| 06/10/2014 | 151 | Notice of Appearance or Withdrawal of Counsel: for attorney Stephen J Fearon, Jr counsel for Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Michelle McGowan. Caitlin Duffy is no longer attorney of record in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff Stephen Fearon, Jr.. (Fearon, Stephen) (Entered: 06/10/2014) |
| 06/19/2014 | 152 | DECLARATION of Carla A. Peak *on Compliance with Proposed Settlement Notice Program* filed by Defendant Electrolux Home Products Inc. (Stalzer, Kenneth) (Entered: |

| | | |
|---|---|---|
| | | 06/19/2014) |
| 07/22/2014 | 153 | REQUEST for Attorney Fees *Class Counsel's Application for Attorneys' Fees and Expenses and for Service Awards Pursuant to Settlement* filed by Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. Request set for hearing on 8/18/2014 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Exhibit 1, Part I, Declaration of Edward A. Wallace, # 2 Exhibit 1, Part II, Declaration of Edward A. Wallace, # 3 Exhibit 1, Part III, Declaration of Edward A. Wallace, # 4 Exhibit 2, Declaration of Jonathan Marks)(Wallace, Edward) (Entered: 07/22/2014) |
| 07/28/2014 | 154 | OBJECTIONS to Order, Set/Reset Hearing,,,,,,,,,, 150 filed by Objectors Kristina Newman, Joyce Miller. (Miller, Steve) (Entered: 07/28/2014) |
| 07/28/2014 | 155 | OBJECTIONS *TO PROPOSED SETTLEMENT* filed by Objector Daniel Hall. (Attachments: # 1 Exhibit A)(Hanigan, Timothy) (Entered: 07/28/2014) |
| 07/31/2014 | 159 | OBJECTION to Proposed Settlement re: 156 filed by Objector Daniel Hall. (gk) (Entered: 08/08/2014) |
| 08/01/2014 | 160 | OBJECTION to Proposed Settlement and Notice of Intent to Appear re: 156 filed by Objector Patrick S Sweeney. (Attorney Joseph Darrell Palmer added to party Patrick S Sweeney(pty:obj))(gk) (Entered: 08/08/2014) |
| 08/01/2014 | 161 | DECLARATION of Patrick S. Sweeney in Support of Objection re: 156 filed by Objector Patrick S Sweeney. (gk) (Entered: 08/08/2014) |
| 08/08/2014 | 156 | NOTICE OF MOTION AND Joint MOTION for Settlement Approval of Final Approval of Class Settlement and Final Judgment filed by Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. Motion set for hearing on 8/18/2014 at 10:00 AM before Judge Christina A. Snyder. (Attachments: # 1 Exhibit A, Proposed Order)(Wallace, Edward) (Entered: 08/08/2014) |
| 08/08/2014 | 157 | EX PARTE APPLICATION to Exceed Page Limitation Plaintiffs' Memorandum in Support of Parties' Joint Motion for Final Approval of Class Settlement filed by Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Keller, Amy) (Entered: 08/08/2014) |
| 08/08/2014 | 158 | MEMORANDUM in Support of Joint MOTION for Settlement Approval of Final Approval of Class Settlement and Final Judgment 156 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Wallace, Edward) (Entered: 08/08/2014) |
| 08/08/2014 | 162 | MEMORANDUM in Support of Joint MOTION for Settlement Approval of Final Approval of Class Settlement and Final Judgment 156 filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Declaration Exhibit 1 (Stalzer Declaration), # 2 Exhibit A to Exhibit 1 (Exclusion Report as of 08.15.2014), # 3 Exhibit B to Exhibit 1 (Objection Report as of 08.15.2014), # 4 Exhibit C to Exhibit 1 (People and Parade tear sheets), # 5 Exhibit D to Exhibit 1 (Banner Ad Screenshots))(Williams, Michael) (Entered: 08/08/2014) |
| 08/11/2014 | 163 | DECLARATION of Amy E. Keller In Support of Final Approval of Class Action Settlement Joint MOTION for Settlement Approval of Final Approval of Class Settlement and Final Judgment 156 filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # 1 Exhibit Composite Exhibit A)(Keller, Amy) (Entered: 08/11/2014) |
| 08/11/2014 | 164 | RESPONSE filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphreyto Objections - non-motion 154 |

| | | |
|---|---|---|
| | | *PLAINTIFFS AND CLASS COUNSELS RESPONSE TO KRISTINA K. NEWMAN & JOYCE MILLERS OBJECTIONS TO THE CLASS ACTION SETTLEMENT AND ATTORNEYS FEES, AND NOTICE OF INTENTION TO APPEAR AT THE FAIRNESS HEARING* (Keller, Amy) (Entered: 08/11/2014) |
| 08/11/2014 | 165 | RESPONSE filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan to Objection/Opposition (Motion related) 160 *PLAINTIFFS AND CLASS COUNSELS RESPONSE TO PATRICK SWEENEYS OBJECTIONS TO THE CLASS ACTION SETTLEMENT AND ATTORNEYS FEES, AND NOTICE OF INTENTION TO APPEAR AT THE FAIRNESS HEARING AND MOTION FOR SANCTIONS* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Keller, Amy) (Entered: 08/11/2014) |
| 08/11/2014 | 166 | RESPONSE filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan to Objections - non-motion 155 *PLAINTIFFS AND CLASS COUNSELS RESPONSE TO DANIEL HALLS OBJECTION TO PROPOSED SETTLEMENT AND MOTION TO STRIKE OBJECTION AND FOR COSTS AND FEES* (Attachments: # 1 Exhibit A)(Keller, Amy) (Entered: 08/11/2014) |
| 08/11/2014 | 167 | DECLARATION re Joint MOTION for Settlement Approval of Final Approval of Class Settlement and Final Judgment 156 *by Gregory F. Coleman* filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Supplement Certificate of Service)(Keller, Amy) (Entered: 08/11/2014) |
| 08/12/2014 | 168 | NOTICE GRANTED by Judge Christina A. Snyder re: EX PARTE APPLICATION to Exceed Page Limitation Plaintiffs' Memorandum in Support of Parties' Joint Motion for Final Approval of Class Settlement 157 , is hereby GRANTED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cj) TEXT ONLY ENTRY (Entered: 08/12/2014) |
| 08/12/2014 | 169 | Notice of Appearance or Withdrawal of Counsel: for attorney Noel Scott Cohen counsel for Defendant Electrolux Home Products Inc. Noel S. Cohen is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendant Electrolux Home Products, Inc.. (Cohen, Noel) (Entered: 08/12/2014) |
| 08/16/2014 | 170 | Stipulation filed by Consol Plaintiffs Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan *STIPULATION OF WITHDRAWAL OF OBJECTION OF DANIEL HALL AND WITHDRAWAL OF SANCTIONS REQUESTED BY PLAINTIFFS* re: Objections - non-motion 155 , Objection/Opposition (Motion related) 159 , Response (non-motion), 166 (Coleman, Gregory) (Entered: 08/16/2014) |
| 08/17/2014 | 171 | REPLY opposition *Reply of Patrick S. Sweeney to Plaintiffs' Response to Objections* filed by Objector Patrick S Sweeney. (Palmer, Joseph) (Entered: 08/17/2014) |
| 08/18/2014 | 172 | TRANSCRIPT ORDER as to Plaintiff Shawn Roberts Court Reporter. Court will contact Patty Davis at pdavis@kreindler.com with any questions regarding this order. Transcript portion requested: Other: 8/18/2014 Motion for Final Approval. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Nelson, Gretchen) (Entered: 08/18/2014) |
| 08/18/2014 | 173 | MINUTES OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Filed 08/08/14) 156 PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (Filed 07/22/14) 153 Hearing held before Judge Christina A. Snyder: Hearing held |

| | | |
|---|---|---|
| | | and counsel are present. No objectors are present in Court for the hearing. The Court confers with counsel and reviews matters with the Court, as stated in Court and on the record. The Court hereby grants the above-referenced motions. Plaintiffs' counsel shall submit a Proposed Order forthwith, in accordance with this Court's ruling.Court Reporter: Larua Elias. (bp) (Entered: 08/19/2014) |
| 09/10/2014 | 174 | MINUTE ORDER IN CHAMBERS by Judge Christina A. Snyder: Telephonic Status Conference set for 9/11/2014 01:30 PM before Judge Christina A. Snyder. (rne) (Entered: 09/10/2014) |
| 09/11/2014 | 175 | NOTICE Notice of Filing Amended Declaration of Kenneth E. Stalzer in Support of Defendant Electrolux Home Products, Inc.'s Memorandum in Support of Joint Motion for Final Approval of Class Settlement and Final Judgment filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Declaration Amended Declaration of Kenneth E. Stalzer in Support of Defendant Electrolux Home Products, Inc.'s Memorandum in Support of Joint Motion for Final Approval of Class Settlement and Final Judgment) (Stalzer, Kenneth) (Entered: 09/11/2014) |
| 09/11/2014 | 176 | ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FINAL JUDGMENT, GRANTING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS, AND OVERRULING OBJECTIONS TO SETTLEMENT by Judge Christina A. Snyder: Upon Joint Motion 156 , Class members who experience a Dryer fire within the first ten years after the Dryer's purchase (which is, again, the useful life of the Dryers) will be eligible to receive up to $1,300 for unreimbursed expenses incurred in repairing or replacing their Dryers or for property damage. Utilizing data from Plaintiffs' experts, the estimated value of this portion of the Settlement is $7.8 million based upon expected utilization rates. The Settlement provides up to $350 off the purchase price of a replacement Electrolux- or Frigidaire-brand clothes Dryer or an online code that can be used to purchase a number of Electrolux products at up to a 20% discount online. The Court hereby awards Class Counsel $8,000,000 for their incurred expenses and costs, as well as for attorneys' fees. The Court further awards $3,000 as an incentive award to each Class Representative: Shannon Carty, Matthew Downs, Stephen Gavic, Michelle McGowan and Tammie Humphrey, for their time spent prosecuting this action. Plaintiffs will receive the following for individual (non-class) property damage claims: $25,000 to Shannon Carty; $7,587.33 to Matthew Downs; and $1,239.65 to Michelle McGowan. The Court awards $839 in litigation costs to Tammie Humphrey for the destructive testing of her Dryer as a necessary cost to pursue this litigation. The Court hereby dismisses with prejudice all claims alleged in this action. The Court further orders the entry of, and enters, this Final Order and Judgment on all claims, counts, and causes of action alleged in this action by Plaintiffs, on behalf of themselves, the Settlement Class, or both. In issuing this Order, the Court grants final approval to the Settlement, awards the requested attorneys' fees and costs, awards the requested incentive payments to the Class Representatives, and overrules the objections as stated herein. See document for details. (Made JS-6. Case Terminated.) (gk) (Entered: 09/11/2014) |
| 09/11/2014 | 178 | MINUTES OF Telephonic Status Conference held before Judge Christina A. Snyder: The Court confers with counsel regarding the Proposed Order Granting Joint Motion for Final Approval. The Court advises counsel of some changes and will issue the order forthwith. Counsel shall submit a separate Final Judgment forthwith. Court Reporter: Pat Cuneo. (gk) (Entered: 09/16/2014) |
| 09/11/2014 | 187 | AMENDED ORDER NUNC PRO TUNC GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FINAL JUDGMENT, GRANTING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS, AND OVERRULING OBJECTIONS TO SETTLEMENT 176 |

| | | |
|---|---|---|
| | | by Judge Christina A. Snyder: Upon Joint Motion 156 , Class members who experience a Dryer fire within the first ten years after the Dryer's purchase (which is, again, the useful life of the Dryers) will be eligible to receive up to $1,300 for unreimbursed expenses incurred in repairing or replacing their Dryers or for property damage. Utilizing data from Plaintiffs' experts, the estimated value of this portion of the Settlement is $7.8 million based upon expected utilization rates. The Settlement provides up to $350 off the purchase price of a replacement Electrolux- or Frigidaire-brand clothes Dryer or an online code that can be used to purchase a number of Electrolux products at up to a 20% discount online. The Court hereby awards Class Counsel $8,000,000 for their incurred expenses and costs, as well as for attorneys' fees. The Court further awards $3,000 as an incentive award to each Class Representative: Shannon Carty, Matthew Downs, Stephen Gavic, Michelle McGowan and Tammie Humphrey, for their time spent prosecuting this action. Plaintiffs will receive the following for individual (non-class) property damage claims: $25,000 to Shannon Carty; $7,587.33 to Matthew Downs; and $1,239.65 to Michelle McGowan. The Court awards $839 in litigation costs to Tammie Humphrey for the destructive testing of her Dryer as a necessary cost to pursue this litigation. The Court hereby dismisses with prejudice all claims alleged in this action. The Court further orders the entry of, and enters, this Final Order and Judgment on all claims, counts, and causes of action alleged in this action by Plaintiffs, on behalf of themselves, the Settlement Class, or both. In issuing this Order, the Court grants final approval to the Settlement, awards the requested attorneys' fees and costs, awards the requested incentive payments to the Class Representatives, and overrules the objections as stated herein. See document for details. NUNC PRO TUNC 9/11/2014. (gk) (Entered: 10/01/2014) |
| 09/11/2014 | 193 | SECOND AMENDED ORDER NUNC PRO TUNC GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FINAL JUDGMENT, GRANTING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS, AND OVERRULING OBJECTIONS TO SETTLEMENT 187 by Judge Christina A. Snyder: Upon Joint Motion 156 , Class members who experience a Dryer fire within the first ten years after the Dryer's purchase (which is, again, the useful life of the Dryers) will be eligible to receive up to $1,300 for unreimbursed expenses incurred in repairing or replacing their Dryers or for property damage. Utilizing data from Plaintiffs' experts, the estimated value of this portion of the Settlement is $7.8 million based upon expected utilization rates. The Settlement provides up to $350 off the purchase price of a replacement Electrolux- or Frigidaire-brand clothes Dryer or an online code that can be used to purchase a number of Electrolux products at up to a 20% discount online. The Court hereby awards Class Counsel $8,000,000 for their incurred expenses and costs, as well as for attorneys' fees. The Court further awards $3,000 as an incentive award to each Class Representative: Shannon Carty, Matthew Downs, Stephen Gavic, Michelle McGowan and Tammie Humphrey, for their time spent prosecuting this action. Plaintiffs will receive the following for individual (non-class) property damage claims: $25,000 to Shannon Carty; $7,587.33 to Matthew Downs; and $1,239.65 to Michelle McGowan. The Court awards $839 in litigation costs to Tammie Humphrey for the destructive testing of her Dryer as a necessary cost to pursue this litigation. The Court hereby dismisses with prejudice all claims alleged in this action. The Court further orders the entry of, and enters, this Final Order and Judgment on all claims, counts, and causes of action alleged in this action by Plaintiffs, on behalf of themselves, the Settlement Class, or both. In issuing this Order, the Court grants final approval to the Settlement, awards the requested attorneys' fees and costs, awards the requested incentive payments to the Class Representatives, and overrules the objections as stated herein. See document for details. (gk) (Entered: 10/20/2014) |
| 09/12/2014 | 177 | NOTICE OF LODGING filed re Order, Util - Class Action Certified, Terminated Case,,,,,,,,,,,,,,,,,,,,,,,,, 176 (Attachments: # 1 Proposed Order of Final Judgment)(Keller, Amy) (Entered: 09/12/2014) |

| | | |
|---|---|---|
| 09/15/2014 | [179](#) | FINAL JUDGMENT by Judge Christina A. Snyder: The Court ORDERS, ADJUDGES AND DECREES as follows: Electrolux Home Products, Inc. and all other Releasees shall be released from any and all Released Claims any Class Member had, has, or may have in the future, except for those individuals who timely excluded themselves from the Settlement. All claims, counts, and causes of action alleged in this action on behalf of Plaintiffs, on behalf of themselves, the Settlement Class, or both, are hereby dismissed in their entirety with prejudice. See document for further details. (gk) (Entered: 09/16/2014) |
| 09/16/2014 | [180](#) | NOTICE OF APPEAL to the 9th CCA filed by Objector Patrick S Sweeney. Appeal of Order,,,,,,,,,,, Util - Class Action Certified,,,,,,,,,, Terminated Case,,,,,,,,, [176](#) , Judgment,, [179](#) (Appeal fee FEE NOT PAID.) (Palmer, Joseph) (Entered: 09/16/2014) |
| 09/17/2014 | [181](#) | REPRESENTATION STATEMENT re Notice of Appeal to 9th Circuit Court of Appeals [180](#) . (Palmer, Joseph) (Entered: 09/17/2014) |
| 09/17/2014 | [183](#) | NOTIFICATION by Circuit Court of Appellate Docket Number 14-56532, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals [180](#) as to Objector Patrick S Sweeney. (dmap) (Entered: 09/18/2014) |
| 09/18/2014 | [182](#) | FILING FEE LETTER issued as to Objector Patrick S Sweeney, re Notice of Appeal to 9th Circuit Court of Appeals [180](#) . (dmap) (Entered: 09/18/2014) |
| 09/25/2014 | [184](#) | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals [180](#) filed by Patrick S Sweeney, CCA # 14-56532. A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. Order received in this district on 9/25/14. [See document for all details] (mat) (Entered: 09/29/2014) |
| 09/29/2014 | [185](#) | Joint STIPULATION to AMEND Order,,,,,,,,,,, Util - Class Action Certified,,,,,,,,,, Terminated Case,,,,,,,,, [176](#) filed by Parties Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # [1](#) Proposed Order Proposed Amended Order Nunc Pro Tunc)(Keller, Amy) (Entered: 09/29/2014) |
| 09/30/2014 | [186](#) | NOTICE OF APPEAL to the 9th CCA filed by Objector Joyce Miller, Kristina Newman. Appeal of Order,,,,,,,,,,, Util - Class Action Certified,,,,,,,,,, Terminated Case,,,,,,,,, [176](#) , Judgment,, [179](#) (Appeal fee of $505 receipt number 0973-14540531 paid.) (Miller, Steve) (Entered: 09/30/2014) |
| 10/01/2014 | [189](#) | NOTIFICATION by Circuit Court of Appellate Docket Number 14-56583, 9th Circuit regarding Notice of Appeal to 9th Circuit Court of Appeals [186](#) as to Plaintiffs Joyce Miller, Kristina Newman. (mat) (Entered: 10/02/2014) |
| 10/02/2014 | [188](#) | First AMENDED NOTICE OF APPEAL to 9th CIRCUIT filed by Objector Patrick S Sweeney. Amending Notice of Appeal to 9th Circuit Court of Appeals [180](#) Filed On: 9/16/2014; Entered On: 9/16/2014; (Palmer, Joseph) (Entered: 10/02/2014) |
| 10/08/2014 | [190](#) | FIRST AMENDED NOTICE OF APPEAL to 9th CIRCUIT filed by objectors Joyce Miller, Kristina Newman. Amending Notice of Appeal to 9th Circuit Court of Appeals, [186](#) Filed On: 9/30/14; Entered On: 9/30/14; (Miller, Steve) (Entered: 10/08/2014) |
| 10/14/2014 | | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals [180](#) as to Objector Patrick S Sweeney; Receipt Number: LA104839 in the amount of $505. Replacement of fees in the amount of $505. and $53. for processing fee, total of $508. |

| | | |
|---|---|---|
| | | Receipt number LA106944 on 11/17/14. (cma) Modified on 11/20/2014 (mat). (Entered: 10/14/2014) |
| 10/14/2014 | 191 | Joint STIPULATION to Amend Order,,,,,,,,,, Util - Class Action Certified,,,,,,,,,,, Terminated Case,,,,,,,,, 176 , Order,,,,,,,, 187 filed by Parties' Shannon Carty, Matthew Downs, Steven Gavic, Tammie Humphrey, Michelle McGowan. (Attachments: # 1 Proposed Order Second Amended Order Nunc Pro Tunc)(Keller, Amy) (Entered: 10/14/2014) |
| 10/16/2014 | 192 | ORDER from 9th CCA filed, CCA # 14-56532. Appellant's motion to dismiss this appeal is granted. A copy of this order shall serve as and for the mandate of this court. Order received in this district on 10/16/14. (mat) (Entered: 10/17/2014) |
| 10/23/2014 | 194 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 186 filed by Kristina Newman, Joyce Miller, CCA # 14-56583. Appellants are informed that dismissal without prejudice is limited to instances where dismissal would be without prejudice to reinstatement upon the occurrence of a specific condition or event. See General Orders, Appendix A(45). Within 14 days after the date of this order, appellants shall either move for dismissal with prejudice or file a motion to dismiss that proposes the conditions under which reinstatement would occur. Order received in this district on 10/23/14. (mat) (Entered: 10/27/2014) |
| 10/27/2014 | 195 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 186 filed by Kristina Newman, Joyce Miller, CCA # 14-56583. The appeal is dismissed with prejudice. A copy of this order sent to the district court shall act as and for the mandate of this court. Order received in this district on 10/27/14. (mat) (Entered: 10/31/2014) |



**PACER Service Center**

**Transaction Receipt**