# EXHIBIT M

Query    Reports    Utilities    Help    Log Out

(OPx),CLOSED,DISCOVERY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:13-cv-01011-JGB-OP

| | |
|---|---|
| TOPA Insurance Company v. Electrolux North America Inc et al | Date Filed: 06/06/2013 |
| Assigned to: Judge Jesus G. Bernal | Date Terminated: 07/23/2014 |
| Referred to: Magistrate Judge Oswald Parada | Jury Demand: None |
| Demand: $218,000 | Nature of Suit: 385 Prop. Damage Prod. Liability |
| Case in other court:  San Bernardino Superior Court, CIVDS 1303809 | Jurisdiction: Diversity |
| Cause: 28:1441 Notice of Removal - Product Liability | |

**Plaintiff**

**TOPA Insurance Company**                 represented by    **Robert A Ring**
Ring & Green
3435 Overland Avenue
Los Angeles, CA 90034
310-226-2550
Fax: 310-226-2459
Email: rring@ringgreen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Hope Green**
Ring & Green
3435 Overland Avenue
Los Angeles, CA 90034
310-226-2550
Fax: 310-226-2459
Email: sgreen@ringgreen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Electrolux North America Inc**           represented by    **Michael L Amaro**
Amaro Baldwin LLP
180 E. Ocean Blvd., Suite 850
Long Beach, CA 90802
562-912-4157
Fax: 562-912-7919
Email: mamaro@amarolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sanaz Cherazaie**

Prindle Amaro Getz Hillyard Barnes and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
Fax: 562-495-0564
Email: scherazaie@prindlelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Electrolux Home Products Inc**     represented by     **Michael L Amaro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sanaz Cherazaie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sears Roebuck and Co**     represented by     **Michael L Amaro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sanaz Cherazaie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 100 inclusive and each of them*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2013 | 1 | NOTICE OF REMOVAL from San Bernardino Superior Court, case number CIVDS 1303809 with copy of summons and complaint.Case assigned to Judge Jesus G. Bernal, Discovery to Magistrate Judge Oswald Parada. (Filing fee $ 400 Paid ), filed by defendants Electrolux North America Inc, Electrolux Home Products Inc, Sears Roebuck and Co.(am) (am). (Entered: 06/10/2013) |
| 06/06/2013 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendants Electrolux Home Products Inc, Electrolux North America Inc, Sears Roebuck and Co, (am) (am). (Entered: 06/10/2013) |
| 06/06/2013 | 3 | NOTICE of Pendency of other actions filed by defendants Electrolux Home Products Inc, Electrolux North America Inc, Sears Roebuck and Co. (am) (am). (Entered: 06/10/2013) |
| 06/06/2013 | 4 | REQUEST FOR JUDICIAL NOTICE filed by defendants Electrolux Home Products Inc, Electrolux North America Inc, Sears Roebuck and Co. (am) (am). (Entered: 06/10/2013) |

| | | |
|---|---|---|
| 06/06/2013 | 5 | NOTICE of Related Case(s) filed by defendants Electrolux Home Products Inc, Electrolux North America Inc, Sears Roebuck and Co. Related Case(s): None (am) (am). (Entered: 06/10/2013) |
| 06/06/2013 | 6 | ANSWER to Complaint 1 filed by defendants Electrolux Home Products Inc, Electrolux North America Inc, Sears Roebuck and Co.(am) (am). (Entered: 06/10/2013) |
| 06/18/2013 | 7 | SCHEDULING CONFERENCE by Judge Jesus G. Bernal. Rule 26 Meeting Report due by 7/29/2013. Scheduling Conference set for 8/12/2013 11:00 AM before Judge Jesus G. Bernal. (jh) (Entered: 06/18/2013) |
| 07/29/2013 | 8 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 5 - 7 days, filed by Plaintiff TOPA Insurance Company.. (Attachments: # 1 Exhibit pretrial and trial date worksheet)(Green, Susan) (Entered: 07/29/2013) |
| 08/05/2013 | 9 | MINUTE ORDER IN CHAMBERS by Judge Jesus G. Bernal:( Scheduling Conference continued to 8/19/2013 at 11:00 AM before Judge Jesus G. Bernal.) (mrgo) (Entered: 08/05/2013) |
| 08/19/2013 | 10 | MINUTES OF Scheduling Conference held before Judge Jesus G. Bernal: The Court held a scheduling conference and set a trial schedule. See separate Civil Trial Schedule Order for details The parties have selected settlement procedure No. 1 pursuant to L.R. 16-15.4. (Magistrate Judge.)Court Reporter: Theresa Lanza. (am) (Entered: 08/27/2013) |
| 08/19/2013 | 11 | CIVIL SCHEDULING ORDER by Judge Jesus G. Bernal: Last Day to Stipulate or File a Motion to Amend Pleadings or Add New Parties: 12/1/2013. Deadline for Initial Designation of Expert Witnesses: 4/20/2014. Deadline for Designation of Rebuttal Expert Witnesses: 5/1/2014. All Discovery Cut-Off (including hearing of discovery motions): 6/16/2014. Dispositive Motion Hearing Cut-Off: 6/16/2014 at 9:00 a.m. Last day to Conduct Settlement Conference: 7/1/2014. Final Pretrial Conference: 7/28/2014 at 11:00 a.m. Jury Trial: 8/12/14 at 9:00 a.m. Trial Estimate: 5 Days (am) (Entered: 08/27/2013) |
| 11/26/2013 | 12 | STIPULATION for Extension of Time to Amend Scheduling Order, Set/Reset Deadlines/Hearings,,,, 11 filed by plaintiff TOPA Insurance Company. (Attachments: # 1 Proposed Order)(Green, Susan) (Entered: 11/26/2013) |
| 12/02/2013 | 13 | ORDER EXTENDING DEADLINE TO STIPULATE OR FILE MOTION TO ADD NEW PARTIES by Judge Jesus G. Bernal Re Stipulation 12 : IT IS HEREBY ORDERED that this Courts Scheduling Order (Dkt. No. 11) be and hereby is modified to provide as follows: Last Day to Stipulate or File a Motion to Amend. Pleadings or Add New Parties: January 2, 2014. (ad) (Entered: 12/04/2013) |
| 04/30/2014 | 14 | STIPULATION for Protective Order filed by Defendants Electrolux Home Products Inc. (Attachments: # 1 Appendix A, # 2 Proposed Order, # 3 Proof of Service)(Amaro, Michael) (Entered: 04/30/2014) |
| 05/06/2014 | 15 | ORDER RE: SETTLEMENTCONFERENCE by Magistrate Judge Oswald Parada Settlement Conference set for 6/5/2014 10:00 AM before Magistrate Judge Oswald Parada (dts) (Entered: 05/06/2014) |
| 06/02/2014 | 16 | NOTICE of Settlement filed by Defendant Electrolux Home Products Inc. (Attachments: # 1 Proof of Service)(Amaro, Michael) (Entered: 06/02/2014) |
| 07/23/2014 | 17 | MINUTE ORDER IN CHAMBERS by Judge Jesus G. Bernal Re Settlement 16 : In light of the notice of settlement, filed June 2, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status. By August 20, 2014, the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of August 21, 2014. This Court retains |

| | | |
|---|---|---|
| | | full jurisdiction over this action and this Order shall not prejudice any party. All previously set deadlines and dates are hereby VACATED. IT IS SO ORDERED. (Made JS-6. Case Terminated.) (ad) (Entered: 07/23/2014) |
| 08/14/2014 | 18 | STIPULATION to Dismiss Case pursuant to settlement filed by plaintiff TOPA Insurance Company. (Attachments: # 1 Proposed Order)(Green, Susan) (Entered: 08/14/2014) |
| 08/15/2014 | 19 | ORDER by Judge Jesus G. Bernal Re Stipulation to Dismiss 18 : IT IS ORDERED that: 1. The above-captioned action be and is hereby dismissed with prejduice pursuant to FRCP 41(a)(1). (ad) (Entered: 08/20/2014) |

