# EXHIBIT N

U.S. District Court Northern District of Indiana [LIVE]
USDC Northern Indiana (Fort Wayne)
CIVIL DOCKET FOR CASE #: 1:11-cv-00042-WCL-RBC

| | |
|---|---|
| Homesite Insurance Company Of The Midwest v. Electrolux Home Products Inc et al<br>Assigned to: Judge William C Lee<br>Referred to: Magistrate Judge Roger B Cosbey<br>Case in other court: Allen Circuit Court, 02C01-1012-PL-117<br>Cause: 28:1332 Diversity-Petition for Removal | Date Filed: 01/31/2011<br>Date Terminated: 12/13/2013<br>Jury Demand: Both<br>Nature of Suit: 385 Prop. Damage Prod. Liability<br>Jurisdiction: Diversity |

**Mediator**

**Ronald P Kuker**

**Mediator**

**Richard C Kraege**

**Plaintiff**

| | | |
|---|---|---|
| **Homesite Insurance Company Of The Midwest**<br>*as subrogee of*<br>Bill Heimann<br>*as subrogee of*<br>Jennifer Heimann | represented by | **Katherine C O'Malley**<br>Cozen O'Connor PC - Chi/IL<br>123 N Wacker Dr Ste 1800<br>Chicago, IL 60606<br>312-382-3100<br>Fax: 312-382-8910<br>Email: komalley@cozen.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Marisa L Saber**<br>Cozen O'Connor PC - Chi/IL<br>333 W Wacker Dr Suite 1900<br>Chicago, IL 60606<br>312-382-3100<br>Fax: 312-382-8910<br>Email: msaber@cozen.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Electrolux Home Products Inc** | represented by | **Laura S Reed**<br>Riley Bennett & Egloff LLP<br>500 N Meridian St Ste 550<br>Indianapolis, IN 46204<br>317-636-8000<br>Fax: 317-636-8027<br>Email: lreed@rbelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Anastasia Joy Wade PHV**
Brouse McDowell - Cle/OH
600 Superior Ave E Ste 1600
Cleveland, OH 44114
216-830-6836
Fax: 216-830-6807
Email: awade@brouse.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary K Reeder**
Riley Bennett & Egloff LLP
500 N Meridian St Ste 550
Indianapolis, IN 46204
317-636-8000
Fax: 317-6368027
Email: mreeder@rbelaw.com
*TERMINATED: 09/07/2012*
*ATTORNEY TO BE NOTICED*

**Sarah M Marr**
Riley Bennett & Egloff LLP
500 N Meridian St Ste 550
Indianapolis, IN 46204
317-636-8000
Fax: 317-636-8027
Email: smarr@rbelaw.com
*ATTORNEY TO BE NOTICED*

**Sharon A Luarde**
Brouse McDowell - Cle/OH
600 Superior Ave E Ste 1600
Cleveland, OH 44114
216-898-2351
Fax: 216-830-6807
Email: sluarde@brouse.com
*ATTORNEY TO BE NOTICED*

| Defendant | | |
|---|---|---|
| **Sears Roebuck & Company** | represented by | **Laura S Reed**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah M Marr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mary K Reeder**<br>(See above for address)<br>*TERMINATED: 09/07/2012*<br>*ATTORNEY TO BE NOTICED* |

**Michelle K Floyd**
Hunt Suedhoff Kalamaros LLP - FW/IN
803 S Calhoun St Ste 900
PO Box 11489
Fort Wayne, IN 46858-1489
260-423-1311
Fax: 260-424-5396
Email: mfloyd@hsk-law.com
*TERMINATED: 06/15/2011*
*ATTORNEY TO BE NOTICED*

**Sharon A Luarde**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy W DeGroote**
Hunt Suedhoff Kalamaros LLP - FW/IN
803 S Calhoun St Suite 900
PO Box 11489
Fort Wayne, IN 46858-1489
260-423-1311
Fax: 260-424-5396
Email: tdegroote@hsk-law.com
*TERMINATED: 06/15/2011*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2010 | 1 | COMPLAINT with Jury Demand against Electrolux Home Products Inc, Sears Roebuck & Company filed by Homesite Insurance Company Of The Midwest in Allen Circuit Court, Cause No. 02C01-1012-PL-117.(cer) (Entered: 01/31/2011) |
| 01/21/2011 | 2 | DEMAND for Trial by Jury by Sears Roebuck & Company filed in Allen Circuit Court, Cause No. 02C01-1012-PL-117. (cer) (Entered: 01/31/2011) |
| 01/31/2011 | 3 | NOTICE OF REMOVAL by Electrolux Home Products Inc from Allen Circuit Court, Cause No. 02C01-1012-PL-117 (Filing Fee: $ 350.00; Receipt #INN1000329) filed by Electrolux Home Products Inc.(cer) (Entered: 01/31/2011) |
| 01/31/2011 | 4 | NOTICE of Appearance by Sarah Tuohy MacGill on behalf of Electrolux Home Products Inc. (cer) (Entered: 01/31/2011) |
| 01/31/2011 | 5 | NOTICE of Appearance by Mary K Reeder on behalf of Electrolux Home Products Inc. (cer) (Entered: 01/31/2011) |
| 01/31/2011 | 6 | NOTICE of Appearance by Timothy W DeGroote on behalf of Sears Roebuck & Company. (cer) (Entered: 01/31/2011) |
| 01/31/2011 | 7 | NOTICE of Appearance by Michelle K Floyd on behalf of Sears Roebuck & Company. (cer) (Entered: 01/31/2011) |
| 02/01/2011 | 8 | NOTICE of Hearing: Rule 16 Preliminary Pretrial Conference set for 3/25/2011 09:00 AM in US District Court - Fort Wayne before Magistrate Judge Roger B Cosbey. (mr) (Entered: 02/01/2011) |
| 02/01/2011 | 9 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties (Standard Track). (mr) |

| | | |
|---|---|---|
| | | (Entered: 02/01/2011) |
| 02/08/2011 | 10 | Corporate Disclosure Statement by Homesite Insurance Company Of The Midwest. (Saber, Marisa) (Entered: 02/08/2011) |
| 02/11/2011 | 11 | Corporate Disclosure Statement by Electrolux Home Products Inc. (MacGill, Sarah) (Entered: 02/11/2011) |
| 02/14/2011 | 12 | Corporate Disclosure Statement by Sears Roebuck & Company identifying Corporate Parent Sears Holding Corporation for Sears Roebuck & Company.. (Floyd, Michelle) (Entered: 02/14/2011) |
| 02/18/2011 | 13 | ANSWER to 1 Complaint by Electrolux Home Products Inc.(Reeder, Mary) (Entered: 02/18/2011) |
| 02/18/2011 | 14 | ANSWER to 1 Complaint by Sears Roebuck & Company.(DeGroote, Timothy) (Entered: 02/18/2011) |
| 03/10/2011 | 15 | CERTIFICATE *ATTORNEY/CLIENT*. (DeGroote, Timothy) (Entered: 03/10/2011) |
| 03/15/2011 | 16 | NOTICE by Homesite Insurance Company Of The Midwest *Notice of ADR Attorney Certification* (Saber, Marisa) (Entered: 03/15/2011) |
| 03/17/2011 | 17 | REPORT of Rule 26(f) Planning Meeting. (Saber, Marisa) (Entered: 03/17/2011) |
| 03/24/2011 | 18 | CERTIFICATE *Attorney/Client*. (MacGill, Sarah) (Entered: 03/24/2011) |
| 03/25/2011 | 19 | RULE 16 PRELIMINARY PRETRIAL CONFERENCE held on 3/25/2011 before Magistrate Judge Roger B Cosbey. Pla appeared telephonically by atty Marisa Saber and Tim Hummer, Sr. Claims Manager. Dft Electrolux Home Products, Inc. appeared telephonically by atty Sarah Tuohy MacGill and Sharon Laurde, Associate General Counsel for Electrolux Home Products. Dft Sears Roebuck & Company appeared by attys Michelle Floyd and Timothy DeGroote, and Brenda Florey, Loss Prevention Manager. The 17 Report of the Parties Planning Meeting is approved in all respects (except dispositive motion deadlines and trial dates) and is hereby made an ORDER of the Court. The Summary Judgment deadline in Fed.R.Civ.P. 56(b)(1)(A) SHALL NOT control. Any dispositive motion SHALL brief out in accordance with L.R. 56.1. DEADLINE FOR ALL DISCOVERY is 1/18/2012. Following the close of discovery, unless otherwise ordered by the Court, the assigned District Judge will establish all further deadlines and dates. Counsel are to submit to the Court by 4/15/2011 their selection of Mediator. Results of the Mediation shall be filed with the Court no later than 10 days before the Final Pretrial Conference. Magistrate Consent forms due by 4/15/2011. (Tape #FTR.) (mr) (Entered: 03/25/2011) |
| 04/04/2011 | 20 | NOTICE by Electrolux Home Products Inc *Selection of Mediator* (MacGill, Sarah) (Entered: 04/04/2011) |
| 04/27/2011 | 21 | ORDER: Dispositive motions to be filed by 2/17/2012. Signed by Judge William C Lee on 4/27/2011. (lns) (Entered: 04/27/2011) |
| 06/07/2011 | 22 | NOTICE of Appearance by Mary K Reeder on behalf of Sears Roebuck & Company Products Inc (Reeder, Mary) Modified on 6/14/2011 to show that appearance is obo Sears (lrm). (Entered: 06/07/2011) |
| 06/14/2011 | 23 | MOTION to Withdraw *Appearance* by Defendant Sears Roebuck & Company. (Floyd, Michelle) (Entered: 06/14/2011) |
| 06/14/2011 | 24 | MOTION to Withdraw *Appearance* by Defendant Sears Roebuck & Company. (DeGroote, Timothy) (Entered: 06/14/2011) |
| | | |

| | | |
|---|---|---|
| 06/15/2011 | 25 | ORDER GRANTING 23 MOTION to Withdraw Appearance by Defendant Sears Roebuck & Company. Attorney Michelle K Floyd is WITHDRAWN as counsel for Defendant Sears Roebuck & Company. Defendant will continue to be represented by Attorney Mary K Reeder of Riley Bennett & Egloff LLP. Signed by Magistrate Judge Roger B Cosbey on 6/15/11. (cer) (Entered: 06/15/2011) |
| 06/15/2011 | 26 | ORDER GRANTING 24 MOTION to Withdraw Appearance by Defendant Sears Roebuck & Company. Attorney Timothy W DeGroote is WITHDRAWN as counsel for Defendant Sears Roebuck & Company. Defendant will continue to be represented by Attorney Mary K Reeder of Riley Bennett & Egloff LLP. Signed by Magistrate Judge Roger B Cosbey on 6/15/11. (cer) (Entered: 06/15/2011) |
| 10/06/2011 | 27 | MOTION to Amend/Correct *Scheduling Order* by Plaintiff Homesite Insurance Company Of The Midwest. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Saber, Marisa) (Entered: 10/06/2011) |
| 10/07/2011 | 28 | NOTICE: Hearing 27 Plaintiff's Motion to Amend Scheduling Order set for 10/20/2011 01:00 PM in US District Court - Fort Wayne before Magistrate Judge Roger B Cosbey. Counsel to be present in person.(mr) (Entered: 10/07/2011) |
| 10/19/2011 | 29 | RESPONSE to Motion re 27 MOTION to Amend/Correct *Scheduling Order* filed by Electrolux Home Products Inc. (Reeder, Mary) (Entered: 10/19/2011) |
| 10/20/2011 | 30 | HEARING on 27 Plaintiff's Motion to Amend Scheduling Order held on 10/20/2011 before Magistrate Judge Roger B Cosbey. Pla appeared by atty Marisa Saber. Dfts appeared by atty Sarah Tuohy MacGill. Motion GRANTED. Deadline for all Discovery is 5/18/2012. Plaintiff's expert witness disclosures and reports due by 1/18/2012. Defendants' expert witness disclosures and reports due by 3/19/2012. No deadline set for Mediation. (Tape #FTR.) (mr) (Entered: 10/20/2011) |
| 10/20/2011 | 31 | NOTICE of Appearance by Sarah Tuohy MacGill on behalf of Sears Roebuck & Company (MacGill, Sarah) (Entered: 10/20/2011) |
| 10/20/2011 | 32 | ENTRY FOR JUDGE WILLIAM C LEE: Dispositive motions filing deadline is RESET for 6/18/2012. So Ordered. (lns) (Entered: 10/20/2011) |
| 01/10/2012 | 33 | Joint MOTION for Protective Order by Defendants Electrolux Home Products Inc, Sears Roebuck & Company, Plaintiff Homesite Insurance Company Of The Midwest. (Attachments: # 1 Exhibit Stipulation and Proposed Protective Order)(MacGill, Sarah) (Entered: 01/10/2012) |
| 01/11/2012 | 34 | OPINION AND ORDER DENYING 33 Joint MOTION for Protective Order filed by Sears Roebuck & Company, Homesite Insurance Company Of The Midwest, Electrolux Home Products Inc. Signed by Magistrate Judge Roger B Cosbey on 1/11/2012. (lns) (Entered: 01/11/2012) |
| 01/17/2012 | 35 | Joint MOTION to Amend/Correct *Scheduling Order* by Plaintiff Homesite Insurance Company Of The Midwest. (Attachments: # 1 Exhibit A (Letter), # 2 Exhibit B (Supplemental Interrogatories and Production Requests))(Saber, Marisa) (Entered: 01/17/2012) |
| 02/07/2012 | 36 | NOTICE of Appearance by Sharon A Luarde on behalf of All Defendants (Luarde, Sharon) (Entered: 02/07/2012) |
| 02/07/2012 | 37 | Joint MOTION for Protective Order by Defendants Electrolux Home Products Inc, Sears Roebuck & Company, Plaintiff Homesite Insurance Company Of The Midwest. (Attachments: # 1 Exhibit Exhibit A)(MacGill, Sarah) (Entered: 02/07/2012) |
| | | |

| | | |
|---|---|---|
| 02/08/2012 | 38 | ORDER GRANTING 37 MOTION (Joint) for Protective Order by Defendants Electrolux Home Products Inc, Sears Roebuck & Company, Plaintiff Homesite Insurance Company Of The Midwest. The Stipulation and Proposed Protective Order attached as Exhibit A to the Joint Motion is APPROVED and ADOPTED as outlined in Order. Signed by Magistrate Judge Roger B Cosbey on 2/8/12. (cer) (Entered: 02/08/2012) |
| 02/09/2012 | 39 | ORDER GRANTING 35 Agreed Motion to Amend Scheduling Order by Pla Homesite Insurance Company Of The Midwest. Dft to answer Pla's Supplemental Interrogatories and respond to Pla's Supplemental Requests for Production on/bf 2/15/12. Pla's expert disclosures due on/bf 4/2/2012. Dfts' expert disclosures due on/bf 6/4/2012. Discovery deadline is 8/6/2012. Signed by Magistrate Judge Roger B Cosbey on 2/9/2012. (lns) (Entered: 02/09/2012) |
| 02/09/2012 | 40 | ENTRY FOR JUDGE WILLIAM C LEE: The Dispositive motions filing deadline currently set for 6/18/2012 is VACATED and RESET for 9/5/2012. So Ordered. (lns) (Entered: 02/09/2012) |
| 03/30/2012 | 41 | MOTION to Amend/Correct *Scheduling Order as to Expert Discovery* by Plaintiff Homesite Insurance Company Of The Midwest. (Attachments: # 1 Exhibit A (Plaintiff's Letter), # 2 Exhibit B (Court Order), # 3 Exhibit C (Plaintiff's Notice of 30(b)(6) Deposition), # 4 Exhibit D (Defendant Electrolux's Objections and Responses), # 5 Exhibit E (Defendant Elextrolux's Letter), # 6 Exhibit F (Plaintiff's Letter))(Saber, Marisa) (Entered: 03/30/2012) |
| 04/16/2012 | 42 | ORDER GRANTING 41 MOTION to Amend/Correct Scheduling Order as to Expert Discovery by Plaintiff Homesite Insurance Company Of The Midwest. Plaintiff expert witness disclosures and reports to be delivered to the Defendant by 6/4/2012. Defendant expert witness disclosures and reports to be delivered to the Plaintiff by 8/6/2012. Signed by Magistrate Judge Roger B Cosbey on 4/16/12. (cer) (Entered: 04/16/2012) |
| 06/01/2012 | 43 | MOTION to Amend/Correct *Scheduling Order* by Plaintiff Homesite Insurance Company Of The Midwest. (Saber, Marisa) (Entered: 06/01/2012) |
| 06/04/2012 | 44 | ENTRY for Magistrate Judge Roger B. Cosbey: Plaintiff's 43 Motion to Amend Scheduling Order, seeking to extend, inter alia, discovery, is DENIED without prejudice as there is no compliance with Local Rule 37-1(a) shown. So Ordered.(mr) (Entered: 06/04/2012) |
| 06/04/2012 | 45 | Amended MOTION to Amend/Correct *Scheduling Order* by Plaintiff Homesite Insurance Company Of The Midwest. (Saber, Marisa) (Entered: 06/04/2012) |
| 06/05/2012 | 46 | ORDER GRANTING 45 MOTION (Amended) to Amend/Correct Scheduling Order by Plaintiff Homesite Insurance Company Of The Midwest. Plaintiff expert disclosures due by 9/5/2012. Defendant expert disclosures due by 11/5/2012. Discovery deadline is 11/5/2012. Dispositive motions to be filed by 12/5/2012. Signed by Magistrate Judge Roger B Cosbey on 6/5/12. (cer) (Entered: 06/05/2012) |
| 08/30/2012 | 47 | MOTION to Amend/Correct *Scheduling Order* by Plaintiff Homesite Insurance Company Of The Midwest. (Saber, Marisa) (Entered: 08/30/2012) |
| 08/31/2012 | 48 | ORDER GRANTING 47 Motion to Amend Scheduling Order by Pla Homesite Insurance Company Of The Midwest. Pla's expert disclosures due on/bf 12/14/2012. Dft's expert disclosures due on/bf 2/14/2013. Discovery completion date is 2/14/2013. Dispositive motions to be filed by 3/14/2013. No further extensions will be granted. Signed by Magistrate Judge Roger B Cosbey on 8/31/2012. (lns) (Entered: 08/31/2012) |
| 09/06/2012 | 49 | MOTION to Withdraw as Attorney by Defendant Electrolux Home Products Inc. (Reeder, Mary) (Entered: 09/06/2012) |

| | | |
|---|---|---|
| 09/07/2012 | 50 | ORDER GRANTING 49 Motion to Withdraw as Attorney by Dft Electrolux Home Products Inc. Attorney Mary K Reeder withdrawn. Signed by Magistrate Judge Roger B Cosbey on 9/7/2012. (lns) (Entered: 09/07/2012) |
| 09/25/2012 | 51 | NOTICE of Appearance by Laura S Reed on behalf of All Defendants (Reed, Laura) (Entered: 09/25/2012) |
| 11/21/2012 | 52 | APPLICATION for Attorney Anastasia J Wade to Appear Pro Hac Vice on behalf of Dft Electrolux Home Products Inc; Receipt #INN1002772. (lns) (Entered: 11/21/2012) |
| 11/26/2012 | 53 | ORDER GRANTING 52 Application to Appear Pro Hac Vice of Attorney Anastasia J Wade PHV for Electrolux Home Products Inc. Signed by Magistrate Judge Roger B Cosbey on 11/26/2012. (lns) (Entered: 11/27/2012) |
| 12/12/2012 | 54 | MOTION to Amend/Correct 48 Order on Motion to Amend/Correct, *Scheduling Order* by Plaintiff Homesite Insurance Company Of The Midwest. (Saber, Marisa) (Entered: 12/12/2012) |
| 12/12/2012 | 55 | ENTRY for Magistrate Judge Roger B. Cosbey: The sixth request to extend discovery 54 is set for an in-person hearing on 12/20/2012 at 11:00 a.m. Counsel are to be present in person. So Ordered.(mr) (Entered: 12/12/2012) |
| 12/20/2012 | 56 | HEARING re 54 Motion to Amend Scheduling Order held on 12/20/2012 before Magistrate Judge Roger B Cosbey. Pla appeared by atty Marisa Saber. Dfts appeared by atty Sarah Tuohy MacGill. Arguments heard. Court takes motion under advisement and will issue Order. (FTR 1st floor.) (mr) (Entered: 12/20/2012) |
| 12/21/2012 | 57 | OPINION AND ORDER DENYING 54 MOTION to Amend Scheduling Order filed by Homesite Insurance Company Of The Midwest. Pla afforded until and incl 1/7/2013 to make its expert witness disclosures. Signed by Magistrate Judge Roger B Cosbey on 12/21/2012. (lns) (Entered: 12/21/2012) |
| 02/14/2013 | 58 | MOTION for Extension of Time to Complete Discovery by Defendants Electrolux Home Products Inc, Sears Roebuck & Company. (MacGill, Sarah) (Entered: 02/14/2013) |
| 02/15/2013 | 59 | ENTRY for Magistrate Judge Roger B. Cosbey: The Court sets the 58 Motion for Enlargement of Time for a telephonic hearing on 2/21/2013 at 11:00 a.m. (Ft. Wayne time). The Court will inquire about the Dfts' expert disclosures and when expert depositions are set. Counsel should note that if the motion is granted, the Court will expect all depositions and all disocvery to conclude by 4/1/2013 without exception. So Ordered.(mr) (Entered: 02/15/2013) |
| 02/21/2013 | 60 | TELEPHONIC HEARING re 58 Unopposed Motion for Enlargement of Time to Complete Discovery held on 2/21/2013 before Magistrate Judge Roger B Cosbey. Pla appeared by atty Marisa Saber. Dfts appeared by atty Sarah Tuohy MacGill. Arguments heard. Hearing continued until 3/4/2013 at 1 pm. Counsel to be present in person. If Counsel certifies that all discovery is scheduled before the hearing, the motion will be granted extending discovery to and including 4/1/2013 (not one date later), and the 3/4/2013 hearing will be vacated.(FTR 1st floor.) (mr) (Entered: 02/21/2013) |
| 03/01/2013 | 61 | CERTIFICATE of *Scheduled Discovery*. (Saber, Marisa) (Entered: 03/01/2013) |
| 03/01/2013 | 62 | ENTRY for Magistrate Judge Roger B. Cosbey: The Court having reviewed the Certification 61 , now grants the Motion for Extension of Time to Complete Discovery 58 . Accordingly, the last date to complete all discovery is 4/1/2013. No further extensions will be granted. The hearing set for 3/4/2013 is VACATED. So Ordered.(mr) (Entered: 03/01/2013) |
| 03/06/2013 | 63 | ENTRY FOR JUDGE WILLIAM C LEE: Dispositive motions filing deadline RESET for |

| | | |
|---|---|---|
| | | 4/30/2013. So Ordered. (lns) (Entered: 03/06/2013) |
| 05/16/2013 | 64 | NOTICE of Hearing: Telephonic Status/Scheduling Conference set for 5/20/2013 11:00 AM (Eastern time) before Judge William C Lee. The Court will initiate the call. (lns) (Entered: 05/16/2013) |
| 05/20/2013 | 65 | TELEPHONIC STATUS/SCHEDULING CONFERENCE held on 5/20/2013 before Judge William C Lee. Pla appeared by atty Marisa Saber. Dft appeared by atty Sarah MacGill. Daubert Motions due 45 days from today. (Portable FTR) (lns) (Entered: 05/20/2013) |
| 07/22/2013 | 66 | RECEIPT of American Family Mutual Insurance Company's Motion for Transfer of Actions Pursuant to 28 USC §1407, Brief in Support of Motion for Transfer of Actions Pursuant to 28 USC §1407 and Proof of Service filed before the United States Judicial Panel on Multidistrict Litigation. (cer) (Entered: 07/22/2013) |
| 09/20/2013 | 67 | LETTER from Mediator Richard Kraege advising of his appointment as mediator and the scheduling of mediation. (cer) (Entered: 09/20/2013) |
| 10/16/2013 | 68 | ORDER DENYING TRANSFER: The Panel on Multidistrict Litigation DENIES the motion pursuant to 28 U.S.C. § 1407, for centralization of these actions. Signed by John G Heyburn II, Chariman of the Panel on Multidistrict Litigation on 10/16/13. (jld) (Entered: 10/17/2013) |
| 11/20/2013 | 69 | REPORT of Mediation by Mediator Richard C Kraege advising that resolution was achieved.(cer) (Entered: 11/20/2013) |
| 12/12/2013 | 70 | STIPULATION to Dismiss *with Prejudice* by Plaintiff Homesite Insurance Company Of The Midwest. (Saber, Marisa) (Entered: 12/12/2013) |
| 12/13/2013 | | CASE DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure pursuant to 70 Stipulation of Dismissal with Prejudice. (lns) (Entered: 12/13/2013) |

| PACER Service Center |
|---|
| Transaction Receipt |
| |