# EXHIBIT Q

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: ELECTROLUX DRYER PRODUCT         MDL: 2477
LIABILITY LITIGATION

## STATEMENT OF POSITION

NOW COMES Defendant, SEARS, ROEBUCK & CO., and hereby moves to adopt and hereby adopts Defendants, Electrolux Home Products, Inc., Electrolux Home Care Products, Inc., and Electrolux North America, Inc.'s Response to American Family's Motion for Transfer of Action Pursuant to 28 U.S.C.§ 1407 as and for its Response to Motion of American Family for Transfer of Action Pursuant to 28 U.S.C.§ 1407.

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013, I provided service to the persons listed on the service list above by the following means: E-Filing.

                                  By:      s/Heather Shea
                                                   One of the Attorneys for Defendant
                                                   Sears, Roebuck & Co.

Heather E. Shea, #6226070
O'Hagan, LLC
1 East Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 422-6100