WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' THIRTY-FIFTH**
**OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFYING CLAIMS)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.       On September 29, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Thirty-Fifth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9860) (the "**Omnibus Objection**").

2.       In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**").  The Response Deadline was set for October 14, 2021, at 4:00 p.m. (prevailing Eastern Time).  The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.       The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1**, to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

2

4.      A redline of the Proposed Order marked against the version attached to the

Omnibus Objection is attached hereto as **Exhibit B**.

5.      Accordingly, the Debtors respectfully request that the Proposed Order be

entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:  October 15, 2021
      New York, New York

    */s/  Garrett A. Fail*
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Ray C. Schrock, P.C.
    Jacqueline Marcus
    Garrett A. Fail
    Sunny Singh

    *Attorneys for Debtors*
    *and Debtors in Possession*


3

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFYING CLAIMS)

Upon the *Debtors' Thirty-Fifth Omnibus Objection to Proofs of Claim (Reclassifying Claims)*, filed on September 29, 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on **Exhibit 1** annexed hereto and each asserted secured claim associated therewith (the "**Disputed Claims**") is reclassified in its entirety to a general unsecured claim.

3.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.       The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

5.       The terms and conditions of this Order are effective immediately upon

entry.


Dated:  _____, 2021
        White Plains, New York


_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Disputed Claims**

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | | Schedule of Secured Claims to be Reclassified* | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 1. | Adams, Jenny | 9908 | $125.00 | $125.00 |
| 2. | APONTE, DIMARY | 11474 | $600.00 | $600.00 |
| 3. | Arris, Inc. | 16034 | $12,915.00 | $12,915.00 |
| 4. | AWADA, ABESS | 12930 | $500.00 | $500.00 |
| 5. | BBUDC Inc | 6576 | $300.00 | $300.00 |
| 6. | Board of County Commissioners of Washington County, Maryland | 8386 | $612.06 | $612.06 |
| 7. | BOARDMAN WESTPARK LLC | 16700 | $91,434.00 | $91,434.00 |
| 8. | Brunswick & Topsham Water District | 9748 | $336.05 | $336.05 |
| 9. | Charter Township of Oscoda | 5277 | $268.93 | $268.93 |
| 10. | Charter Township of Van Buren Water and Sewer Department | 4944 | $705.14 | $705.14 |
| 11. | CIRCLE R ELECTRIC INC | 12173 | $6,039.29 | $6,039.29 |
| 12. | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | 6985 | $762.14 | $762.14 |
| 13. | City of Hialeah | 20056 | $128.00 | $128.00 |
| 14. | City of Kent - Utility Billing | 16648 | $357.63 | $357.63 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

Debtors' Thirty-Fifth Omnibus Objection to Claims

Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | | Schedule of Secured Claims to be Reclassified* | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 15. | City of Midland | 4370 | $688.07 | $688.07 |
| 16. | City of Spokane - Utilities Billing | 19049 | $544.12 | $544.12 |
| 17. | City of Sterling Heights | 9764 | $3,838.96 | $3,838.96 |
| 18. | City of Thornton Utility Billing | 6264 | $710.22 | $710.22 |
| 19. | City of Trotwood | 5783 | $964.97 | $964.97 |
| 20. | City of Westminster | 10015 | $793.36 | $793.36 |
| 21. | Copart Inc | 26398 | $617.00 | $617.00 |
| 22. | Copart Inc | 26401 | $247.00 | $247.00 |
| 23. | Copart Inc. | 26405 | $461.18 | $461.18 |
| 24. | Cortes Quijano, Georgina | 7761 | $150.00 | $150.00 |
| 25. | Decuire, Kizzie | 9869 | $500.00 | $500.00 |
| 26. | DEMARCO, KATHY | 11730 | $14,447.46 | $14,447.46 |
| 27. | DESROCHES, GISELE | 7113 | $597.59 | $597.59 |
| 28. | Erie Water Works | 18611 | $418.72 | $418.72 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| | | Schedule of Secured Claims to be Reclassified* | | |
| 29. | Erie Water Works | 18595 | $303.79 | $303.79 |
| 30. | ERIE WATER WORKS | 18610 | $281.25 | $281.25 |
| 31. | First Point Mechanical Services | 6070 | $6,076.14 | $6,076.14 |
| 32. | Fort Pierce Utilities Authority (FPUA) | 6771 | $1,765.00 | $1,765.00 |
| 33. | FUENTES, EVA | 17986 | $83.77 | $83.77 |
| 34. | GINCOTT, DEBORAH | 19141 | $806.00 | $806.00 |
| 35. | Godoy, Oralia | 9839 | $407.09 | $407.09 |
| 36. | Gray-I.C.E. Builders | 6198 | $747,785.60 | $747,785.60 |
| 37. | Grogg, Norma | 12555 | $709.65 | $709.65 |
| 38. | Guy Roofing, Inc. | 2802 | $127,810.00 | $127,810.00 |
| 39. | H.P.B. Corporation | 606 | $522.90 | $522.90 |
| 40. | House of La-Rose | 5105 | $62.80 | $62.80 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Thirty-Fifth Omnibus Objection to Claims

Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 41. | IRISH PROPANE CORP | 11487 | $200.71 | $200.71 |
| 42. | Izaguirre, China M | 12466 | $400.00 | $400.00 |
| 43. | J. GROTHE ELECTRIC, INC. | 12789 | $31,127.00 | $31,127.00 |
| 44. | KLOEPFER, INC. | 13577 | $135,889.67 | $135,889.67 |
| 45. | LAKES, JOYCE | 19168 | $725.00 | $725.00 |
| 46. | Lower Paxton Township Authority | 5536 | $153.00 | $153.00 |
| 47. | Lower Paxton Township Authority | 5528 | $153.00 | $153.00 |
| 48. | Maersk Agency USA as agent for Maersk Line A/S | 15575 | $150,067.95 | $150,067.95 |
| 49. | Martin, Genie J | 12023 | $150.00 | $150.00 |
| 50. | MILLER, GEORGE | 16985 | $700.00 | $700.00 |
| 51. | MITCHELL, SHAWNA | 13674 | $20.00 | $20.00 |
| 52. | National International Roofing Corp. | 9358 | $50,290.00 | $50,290.00 |
| 53. | NORTHLAND MECHANICAL CONTRACTORS, INC. | 13017 | $28,877.58 | $28,877.58 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| Schedule of Secured Claims to be Reclassified* | | | |
|---|---|---|---|
| Ref #| Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 54. | NorthStar Group Services, Inc. | 19720 | $364,883.16 | $364,883.16 |
| 55. | OSTO Trading, Inc. | 6383 | $723.20 | $723.20 |
| 56. | Posely, McKinley | 4591 | $300.00 | $300.00 |
| 57. | Quijano, Georgina Cortes | 7653 | $150.00 | $150.00 |
| 58. | Riendeau, Diane Alexandra | 20773 | $182.73 | $182.73 |
| 59. | Roberts Locksmith Service | 3860 | $813.00 | $813.00 |
| 60. | Santamaria, Alex | 19270 | $150.00 | $150.00 |
| 61. | Santamaria, Carmen L | 19271 | $25.00 | $25.00 |
| 62. | SCRIBNER, JANET | 11184 | $3,500.00 | $3,500.00 |
| 63. | Simon Roofing and Sheet Metal Corp | 7143 | $26,558.15 | $26,558.15 |
| 64. | STRAWN, BRENDA | 20254 | $64.65 | $64.65 |
| 65. | Sun Industrial Inc. | 15720 | $811,866.02 | $811,866.02 |
| 66. | TAYLOR, FLOYD E | 13590 | $700.00 | $700.00 |
| 67. | The Brandt Companies, LLC | 6048 | $22,637.43 | $22,637.43 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

5

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

**In re: Sears Holdings Corporation, *et al.***

**Case No. 18-23538 (RDD)**

| | | | | |
|---|---|---|---|---|
| **Schedule of Secured Claims to be Reclassified*** | | | | |
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 68. | Township of Belleville | 20620 | $705.18 | $705.18 |
| 69. | WILSON, NANCY S | 19969 | $350.00 | $350.00 |
| 70. | YOUNG, LEONA | 19599 | $600.00 | $600.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

6

**Exhibit B**

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | **:** | **Case No. 18-23538 (RDD)** |
| | **:** | |
| **Debtors.[1]** | **:** | **(Jointly Administered)** |

------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFYING CLAIMS)

Upon the *Debtors' Thirty-Fifth Omnibus Objection to Proofs of Claim (Reclassifying Claims)*, filed on September [29], 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on **Exhibit 1** annexed hereto and each asserted secured claim associated therewith (collectively, the "**Disputed Claims**") is reclassified in its entirety to a general unsecured claim.

3.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to,

2

claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

        4.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

        5.      The terms and conditions of this Order are effective immediately upon entry.


Dated: _____, 2021
       White Plains, New York

                          _____

                          HONORABLE ROBERT D. DRAIN
                          UNITED STATES BANKRUPTCY JUDGE