| Debtors' Thirty-Fifth Omnibus Objection to Claims | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|
| Exhibit 1 - Reclassified Claims | | | Case No. 18-23538 (RDD) |

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 1. | Adams, Jenny | 9908 | $125.00 | $125.00 |
| 2. | APONTE, DIMARY | 11474 | $600.00 | $600.00 |
| 3. | Arris, Inc. | 16034 | $12,915.00 | $12,915.00 |
| 4. | AWADA, ABESS | 12930 | $500.00 | $500.00 |
| 5. | BBUDC Inc | 6576 | $300.00 | $300.00 |
| 6. | Board of County Commissioners of Washington County, Maryland | 8386 | $612.06 | $612.06 |
| 7. | BOARDMAN WESTPARK LLC | 16700 | $91,434.00 | $91,434.00 |
| 8. | Brunswick & Topsham Water District | 9748 | $336.05 | $336.05 |
| 9. | Charter Township of Oscoda | 5277 | $268.93 | $268.93 |
| 10. | Charter Township of Van Buren Water and Sewer Department | 4944 | $705.14 | $705.14 |
| 11. | CIRCLE R ELECTRIC INC | 12173 | $6,039.29 | $6,039.29 |
| 12. | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | 6985 | $762.14 | $762.14 |
| 13. | City of Hialeah | 20056 | $128.00 | $128.00 |
| 14. | City of Kent - Utility Billing | 16648 | $357.63 | $357.63 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 15. | City of Midland | 4370 | $688.07 | $688.07 |
| 16. | City of Spokane - Utilities Billing | 19049 | $544.12 | $544.12 |
| 17. | City of Sterling Heights | 9764 | $3,838.96 | $3,838.96 |
| 18. | City of Thornton Utility Billing | 6264 | $710.22 | $710.22 |
| 19. | City of Trotwood | 5783 | $964.97 | $964.97 |
| 20. | City of Westminster | 10015 | $793.36 | $793.36 |
| 21. | Copart Inc | 26398 | $617.00 | $617.00 |
| 22. | Copart Inc | 26401 | $247.00 | $247.00 |
| 23. | Copart Inc. | 26405 | $461.18 | $461.18 |
| 24. | Cortes Quijano, Georgina | 7761 | $150.00 | $150.00 |
| 25. | Decuire, Kizzie | 9869 | $500.00 | $500.00 |
| 26. | DEMARCO, KATHY | 11730 | $14,447.46 | $14,447.46 |
| 27. | DESROCHES, GISELE | 7113 | $597.59 | $597.59 |
| 28. | Erie Water Works | 18611 | $418.72 | $418.72 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

**Debtors' Thirty-Fifth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation,** *et al.*
**Exhibit 1 - Reclassified Claims**  **Case No. 18-23538 (RDD)**

| | Schedule of Secured Claims to be Reclassified* | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 29. | Erie Water Works | 18595 | $303.79 | $303.79 |
| 30. | ERIE WATER WORKS | 18610 | $281.25 | $281.25 |
| 31. | First Point Mechanical Services | 6070 | $6,076.14 | $6,076.14 |
| 32. | Fort Pierce Utilities Authority (FPUA) | 6771 | $1,765.00 | $1,765.00 |
| 33. | FUENTES, EVA | 17986 | $83.77 | $83.77 |
| 34. | GINCOTT, DEBORAH | 19141 | $806.00 | $806.00 |
| 35. | Godoy, Oralia | 9839 | $407.09 | $407.09 |
| 36. | Gray-I.C.E. Builders | 6198 | $747,785.60 | $747,785.60 |
| 37. | Grogg, Norma | 12555 | $709.65 | $709.65 |
| 38. | Guy Roofing, Inc. | 2802 | $127,810.00 | $127,810.00 |
| 39. | H.P.B. Corporation | 606 | $522.90 | $522.90 |
| 40. | House of La-Rose | 5105 | $62.80 | $62.80 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

**Debtors' Thirty-Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

| | | **Schedule of Secured Claims to be Reclassified*** | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** | **Asserted Secured Claim Amount** | **Asserted Secured Claim Amount Reclassified as General Unsecured Claim** |
| 41. | IRISH PROPANE CORP | 11487 | $200.71 | $200.71 |
| 42. | Izaguirre, China M | 12466 | $400.00 | $400.00 |
| 43. | J. GROTHE ELECTRIC, INC. | 12789 | $31,127.00 | $31,127.00 |
| 44. | KLOEPFER, INC. | 13577 | $135,889.67 | $135,889.67 |
| 45. | LAKES, JOYCE | 19168 | $725.00 | $725.00 |
| 46. | Lower Paxton Township Authority | 5536 | $153.00 | $153.00 |
| 47. | Lower Paxton Township Authority | 5528 | $153.00 | $153.00 |
| 48. | Martin, Genie J | 12023 | $150.00 | $150.00 |
| 49. | MILLER, GEORGE | 16985 | $700.00 | $700.00 |
| 50. | MITCHELL, SHAWNA | 13674 | $20.00 | $20.00 |
| 51. | National International Roofing Corp. | 9358 | $50,290.00 | $50,290.00 |
| 52. | NORTHLAND MECHANICAL CONTRACTORS, INC. | 13017 | $28,877.58 | $28,877.58 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

4

**Debtors' Thirty-Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 53. | NorthStar Group Services, Inc. | 19720 | $364,883.16 | $364,883.16 |
| 54. | OSTO Trading, Inc. | 6383 | $723.20 | $723.20 |
| 55. | Posely, McKinley | 4591 | $300.00 | $300.00 |
| 56. | Quijano, Georgina Cortes | 7653 | $150.00 | $150.00 |
| 57. | Riendeau, Diane Alexandra | 20773 | $182.73 | $182.73 |
| 58. | Roberts Locksmith Service | 3860 | $813.00 | $813.00 |
| 59. | Santamaria, Alex | 19270 | $150.00 | $150.00 |
| 60. | Santamaria, Carmen L | 19271 | $25.00 | $25.00 |
| 61. | SCRIBNER, JANET | 11184 | $3,500.00 | $3,500.00 |
| 62. | Simon Roofing and Sheet Metal Corp | 7143 | $26,558.15 | $26,558.15 |
| 63. | STRAWN, BRENDA | 20254 | $64.65 | $64.65 |
| 64. | Sun Industrial Inc. | 15720 | $811,866.02 | $811,866.02 |
| 65. | TAYLOR, FLOYD E | 13590 | $700.00 | $700.00 |
| 66. | The Brandt Companies, LLC | 6048 | $22,637.43 | $22,637.43 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

5

**Debtors' Thirty-Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 67. | Township of Belleville | 20620 | $705.18 | $705.18 |
| 68. | WILSON, NANCY S | 19969 | $350.00 | $350.00 |
| 69. | YOUNG, LEONA | 19599 | $600.00 | $600.00 |

Schedule of Secured Claims to be Reclassified*

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

6