# SEARS HOLDINGS

**STATUS UPDATE PRESENTATION TO THE COURT – OCTOBER 26, 2021**

 

# Claims Status Update

| $ in mm<br>Group | Number of<br>Claims | Asserted<br>Amount | Allowed Amount<br>Through 10/19/21 | Preference<br>Set-off | Allowed Amount<br>net of Set-off | Allowed Amount<br>Post-discount | Net Distributions /<br>Reserves<br>to Date | Remaining Amt. After<br>Third Dist. |
|---|---|---|---|---|---|---|---|---|
| Allowed Opt-In Deminimis[1] | 143 | N/A | $0.9 | N/A | $0.9 | $0.7 | ($0.7) | - |
| Allowed Opt-In Non-Deminimis[2] | 190 | N/A | 68.3 | (5.8) | 62.5 | 46.9 | (24.0) | 22.9 |
| Allowed Non-Opt Out Deminimis[1] | 925 | N/A | 3.9 | N/A | 3.9 | 3.1 | (3.1) | - |
| Allowed Non-Opt Out Non-Deminimis[2] | 262 | N/A | 63.3 | (17.6) | 45.6 | 36.5 | (18.4) | 18.1 |
| **Total Opt-In and Allowed Non-Opt-Out** | **1,520** | **N/A** | **$136.4** | **($23.4)** | **$113.0** | **$87.2** | **($46.2)** | **$41.0** |
| | | | | | | | | |
| *Opt-In Claims subject to Preference [3]* | 18 | N/A | 6.3 | TBD | 6.3 | 4.7 | (2.3) | 2.4 |
| *Non-Opt-Out Claims subject to Preference [3]* | 74 | N/A | 6.5 | TBD | 6.5 | 5.2 | (2.4) | 2.8 |
| *Non-Opt-Out Claims - To Be Reconciled* | 35 | 6.3 | N/A | N/A | N/A | 2.3 | (2.3) | - |
| *Opt-Out Claims - To Be Allowed* | 40 | 5.2 | N/A | N/A | N/A | 5.2 | - | 5.2 |
| *Opt-Out Claims - Subject to Objection or Preference [3]* | 83 | 7.4 | N/A | TBD | N/A | 2.8 | - | 2.8 |
| *Opt-Out Claims - Disallowed Subject to Appeal* | 2 | 1,460.8 | N/A | N/A | - | - | - | - |
| **Total Estimated Allowed Admin Claims** | | | **$149.2** | **($23.4)** | **$125.8** | **$107.5** | **($53.2)** | **$54.2** |
| | | | | | | | | |
| *Priority-Tax - To Be Reconciled* | 179 | 59.2 | N/A | N/A | N/A | | | |
| *Priority Non-Tax - Retiree 1114 Settlement [4]* | 1,338 | 77.6 | N/A | N/A | N/A | | | |
| *Priority-Non-Tax - Subject to Objection* | 1,050 | 33.1 | N/A | N/A | N/A | $45.5 | - | $45.5 |
| *Priority-Non-Tax - To Be Reconciled* | 105 | 590.5 | N/A | N/A | N/A | | - | |
| *Secured Claims - To Be Reconciled* | 392 | 34,517.2 | N/A | N/A | N/A | | - | |
| **Total Estimated Allowed Priority and Secured Claims** | | | | | | | | **$45.5** |
| | | | | | | | | |
| **Total Estimated Allowed Claims** | | | | | **$125.8** | **$153.0** | **($53.2)** | **$99.7** |

(1) Received final payment in full satisfaction of claims
(2) Includes claims impacted by preference set-off subsequent to 1st or 2nd distribution
(3) "Allowed Amount net of Set-off", "Allowed Amount Post-discount", and "Remaining Amt. After Third Dist." exclude estimated set-off or disallowance due to future preference resolutions
(4) Allowed claimants share $3.0mm on a pro-rata basis

 

1

# Recovery Analysis

| $ in mm | Estimates as of 10/19/2021 |
|---|---|
| **Cash** | |
| Cash Balance as of 10/19/2021 | $23.4 |
| Less: Total Reserves | (9.8) |
| **Total Remaining Cash as of 10/19/21**[1] | **$13.5** |
| **ESTIMATED REMAINING ASSETS** | |
| Real Estate | $3.0 |
| Utility Deposits | 0.2 |
| Other Proceeds | 39.0 |
| **Total Remaining Asset Recoveries** | **$42.1** |
| **Estimated Cash Available to Satisfy Operating Expenses & Claims** | **$55.7** |
| **ESTIMATED REMAINING AMOUNTS OWED ON ADMINISTRATIVE, PRIORITY, AND SECURED CLAIMS NET OF RESERVES** | |
| Administrative Expense Consent Program | (54.2) |
| Priority and Secured | (39.9) |
| **Total Remaining Claims Net of Reserves**[2] | **(94.1)** |
| Estimated Other Post-Confirmation Expenses/Liabilities through 6/30/22 | (19.8) |
| **Total Projected Uses** | **($113.9)** |
| **Total Difference between Cash Available and Projected Uses** | **($58.2)** |

- The $58.2mm difference between estimated cash available and projected uses is expected to be covered by proceeds from preference claims and ESL litigation

 

(1) Includes minimum cash reserve of $10mm
(2) Claims remain subject to review and dispute

2

# Post-Confirmation Update on Sources

| ($ in mm) | Estimates as of 10/19/21 | | |
| --- | --- | --- | --- |
| | Through 10/19/21 | 10/19/21 Forward | Total |
| **SOURCES** | | | |
| Cash On Hand at Confirmation | $48.5 | - | $48.5 |
| 2017 EDA Funds | 5.2 | - | 5.2 |
| Contribution from Carve Out | 9.0 | - | 9.0 |
| Transform 503(b)(9) Obligations | 12.0 | - | 12.0 |
| Utility Deposits | 9.7 | 0.2 | 10.0 |
| Real Estate | 17.4 | 3.0 | 20.3 |
| Other Proceeds[1] | 37.4 | 39.0 | 76.4 |
| **Subtotal** | **139.2** | **42.1** | **181.3** |
| Avoidance Actions - Preference Recoveries [2] | 20.0 | - | 20.0 |
| **Total Sources** | **$159.2** | **$42.1** | **$201.3** |




(1) Excludes estimates for recoveries from preference claims and ESL litigation
(2) Cash settlement proceeds only; net of professional fees; excludes claim waivers; excludes estimates for future recoveries. Settlements have resulted in $56.4mm of cash settlements and administrative claim waivers as of 10/19/21

3

# Post-Confirmation Update on Uses

| ($ in mm) | Estimates as of 10/19/21 | | |
| --- | --- | --- | --- |
| | Through 10/19/21 | 10/19/21 Forward | Total |
| **USES** | | | |
| Administrative Claims | $53.2 | $54.2 | $107.4 |
| Priority and Secured Claims | 5.6 | 39.9 | 45.5 |
| Professional Fees | 42.2 | 12.7 | 54.8 |
| Other Liabilities and Expenses | 16.3 | 6.3 | 22.6 |
| Board Fees | 2.4 | 0.8 | 3.2 |
| Taxes | 0.7 | - | 0.7 |
| Liquidation Trust Funding | 25.0 | - | 25.0 |
| **Total Uses** | **$145.3** | **$113.9** | **$259.3** |



4

# Post-Confirmation Update on Avoidance Recovery

| ($ in mm) | Number as of 7/15/21 | Number as of 10/19/21 | Gross Preference Period Transfers as of 10/19/21 |
|---|---|---|---|
| Initial Count | 3,549 | 3,549 | $1,862.5 |
| Actions Determined to be Ineligible[1] | (1,344) | (1,331) | (893.8) |
| Actions Settled | (1,406) | (1,503) | (615.2) |
| **Open Actions (Complaints Filed)** | **799** | **715** | **$353.5** |

 

(1)   Reflects transfers that appear to have complete defenses (including assumed contracts, cash in advance)

5

# Disclaimer

This presentation is the property of, and contains the proprietary and confidential information of, Sears Holdings Corporation and its affiliates (collectively, the "Company") and is being provided solely for informational purposes. Any estimates contained herein may be forward-looking in nature and involve significant elements of subjective judgment and analysis, which may or may not be correct. There can be no assurance that any of the information contained herein is reflective of future performance to any degree. This presentation should not be relied upon for the purpose of evaluating the performance of the Company or for any other purpose, and undue reliance should not be placed on the utility of the information in this presentation as a predictor of future performance, as projected financial and other information are based on estimates and assumptions that are inherently subject to various significant risks, uncertainties and other factors, many of which are beyond the Company's control. Risks, uncertainties and other factors may cause future results to differ materially from the historical results or projections contained herein.

Except as provided in any definitive documentation, no representation or warranty, express or implied, is or will be given by the Company or its affiliates, directors, officers, partners, employees, agents or advisers or any other person as to the accuracy, completeness, reasonableness or fairness of any information contained in this presentation and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements, negligent or otherwise, relating thereto.  Neither the Company nor any of its affiliates, directors, officers, partners, employees, agents or advisers nor any other person, shall be liable for any direct, indirect or consequential liability, loss or damages suffered by any person as a result of this presentation or their reliance on any statement, estimate, target, projection or forward-looking information in or omission from this presentation and any such liability is expressly disclaimed. The Company does not undertake any duty to update or revise the information contained herein, publicly or otherwise.

The historical financial information in this presentation includes information that is not presented in accordance with International Financial Reporting Standards (GAAP). Non-GAAP financial measures may be considered in addition to GAAP financial information, but should not be used as substitutes for the corresponding GAAP measures, and may be calculated in ways that are not comparable to similarly titled measures reported by other companies.

 

6