Wolf Wallenstein, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087
Ellen K. Wolf
*Attorneys for Claimant*
*Shaghal, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re:

| | |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., | Chapter 11 |
| Debtor. | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST**

1. The undersigned attorney represented the Defendant, Shaghal, Ltd., in the above-captioned matter.

2. On August 27, 2021, the Honorable Robert D. Drain ordered that the undersigned attorney and the law firm Wolf Wallenstein, P.C. are no longer counsel of record for Defendant Shaghal, Ltd., in the above captioned matter.

3. PLEASE TAKE NOTICE that the undersigned attorney hereby requests that the following emails be removed from the CM/ECF notice list and from all other service lists for the above-captioned matter: Email 1: ewolf@wolfwallenstein.com; Email 2: mabrams@wolfwallenstein.com.

Dated: October 21, 2021

                                     **WOLF WALLENSTEIN, PC**
                                     11400 W. Olympic Blvd, Suite 700,
                                     Los Angeles, CA  90064

                                     By:     /s/Ellen K. Wolf
                                                Ellen K. Wolf

Wolf Wallenstein, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087
Ellen K. Wolf
*Attorneys for Claimant*
*Shaghal, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,        Chapter 11

                Debtor.        Case No. 18-23538 (RDD)

                        (Jointly Administered)

### AFFIDAVIT OF SERVCE

    I, Rocky Gade, depose and say that I am employed at Wolf Wallenstein, PC, the law firm formerly representing Shaghal, Ltd. in the above captioned Chapter 11 case.

    On October 22 , 2021, I served, via email, the following documents to Leron Rayn of Shaghal, Ltd (leron@ematic.us) and Sears Holding Corporation attorney Garret Fail (garrett.fail@weil.com):

- NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

Dated: October 22, 2021

                **WOLF WALLENSTEIN, PC**
                11400 W. Olympic Blvd, Suite 700,
                Los Angeles, CA  90064

                By:_____
                    Rocky Gade