**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                    :
                                                         :          **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**   :
                                                         :          **Case No. 18-23538 (RDD)**
                                                         :
                    Debtors.[1]                          :          **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**TO BE CONDUCTED THROUGH ZOOM ON OCTOBER 26, 2021 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        before the Honorable Robert D. Drain, United States Bankruptcy Judge,
                        300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.

I.    **STATUS REPORT:**

1.    Status Update on Debtors' Progress Toward Effective Date

Related Document:

A.    Status Update Presentation to the Court **[ECF No. 9979]**

Status:  The Debtors will present a report.

II.    **CONTESTED MATTERS:**

2.    Amended Notice of De Minimis Asset Sale Cheboygan, Michigan **[ECF No. 9870]**

Response Deadline:    October 13, 2021 at 4:00 p.m. (Eastern Time)

Response Filed:

A.    Opposition and Bid **[ECF No. 9964]**

Related Documents:    None.

Status:  This matter is going forward.

3.    Future Tort Claimant Diana Arney's Motion for Court to Take Judicial Notice of Litigation Involving Electrolux-Manufactured Dryers with Ball-Hitch Design **[ECF No. 9966]**

Response Deadline:    October 19, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Document:

A.    Notice of Motion **[ECF No. 9967]**

Status:  This matter is going forward.

WEIL:\98175735\6\99980.0219

III.    **ADJOURNED MATTERS:**

4.    Kmart Holding Corporation, *et al*., v. Winning Resources Limited
[Adversary Proceeding No. 20-06480]

**Motion to Dismiss Adversary Proceeding**

Related Documents:

A.    Adversary Complaint **[ECF No. 1]**

B.    Answer to Complaint **[ECF No. 5]**

C.    Second Summons **[ECF No. 10]**

D.    Motion to Dismiss **[ECF No. 11]**

E.    Declaration of David H. Wander in Support **ECF No. 12]**

F.    Declaration of Syed Mohi in Support **[ECF No. 13]**

G.    Plaintiff's Objection **[ECF No. 14]**

H.    Defendant's Reply in Support **[ECF No. 15]**

I.    Declaration of Terence G. Banich in Support of Plaintiffs
Objection **[ECF No. 19]**

J.    Supplemental Declaration by David H. Wander in Support of
Motion to Dismiss **[ECF No. 21]**

K.    Plaintiff's Response to Supplemental Declaration of David H.
Wander in Support of Motion to Dismiss **[ECF No. 23]**

L.    Notice of Adjournment of Hearing **[ECF No. 24]**

Status:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET)

5.    Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF
No. 4775]**

Response Deadline:    August 27, 2019 at 4:00 p.m. (Eastern Time)

Response Filed:

A.    Response of Johnson Controls, Inc. **[ECF No. 4983]**

Related Document:

WEIL:\98175735\6\99980.0219

B.      Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

6.      Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:

A.      Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

B.      Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

<u>Related Document</u>:

C.      Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

7.      Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) **[ECF No. 7453]**

<u>Response Deadline</u>:    April 3, 2020 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:

A.      Objection of Carl Joseph Soranno **[ECF No. 7777]**

B.      Opposition of Combine International Inc. **[ECF No. 7808]**

<u>Related Documents</u>:

C.      Motion for Extension of Time to State Position **[ECF No. 7788]**

D.      Amended Certificate of No Objection **[ECF No. 7840]**

E.      Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

8.      Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) **[ECF No. 7859]**

<u>Response Deadline</u>:    May 19, 2020 at 4:00 p.m. (Eastern Time)

<u>Response Filed</u>:

A.      Response of Johnson Controls, Inc. **[ECF No. 7945]**

<u>Related Document</u>:

WEIL:\98175735\6\99980.0219

   B.  Notice of Adjournment **[ECF No. 9974]**

  <u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

9.  Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims) **[ECF No. 8019]**

  <u>Response Deadline</u>: June 30, 2020 at 4:00 p.m. (Eastern Time)

  <u>Response Filed</u>:

    A.  Response of Electrolux Home Products, Inc. **[ECF No. 8190]**

  <u>Related Document</u>:

    B.  Notice of Adjournment **[ECF No. 9974]**

  <u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

10.  Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims) **[ECF No.  8451]**

  <u>Response Deadline</u>: October 9, 2020 at 4:00 p.m. (Eastern Time)

  <u>Responses Filed</u>:

    A.  Patricia Adams Response **[ECF No. 8473]**

    B.  Shaghal Ltd.'s Response **[ECF No. 8495]**

    C.  Opposition of Crickm Lafayette Trust **[ECF No. 8496]**

  <u>Related Document</u>:

    D.  Notice of Adjournment **[ECF No. 9974]**

  <u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

11.  Debtors' Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims) **[ECF No. 8452]**

  <u>Response Deadline</u>: October 9, 2020 at 4:00 p.m. (Eastern Time)

  <u>Response Filed</u>:

    A.  Response of Clermont County, Ohio Treasurer **[ECF No. 8567]**

  <u>Related Document</u>:

WEIL:\98175735\6\99980.0219

B.    Notice of Adjournment **[ECF No. 9974]**

Status:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

12.    Debtors Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims) **[ECF No. 9284]**

Response Deadline:    March 2, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.    Response of Joonhee Paek **[ECF No. 9304]**

B.    Response of Lorraine Majeski **[ECF No. 9315]**

C.    Response of Deborah A. Larson **[ECF No. 9327]**

D.    Objection of Richard Alberigi **[ECF No. 9332]**

E.    Objection of Beau LaBaron **[ECF No. 9333]**

F.    Objection of Beau LaBaron **[ECF No. 9336]**

G.    Objection of Cheryl Romanchuk **[ECF No. 9338]**

H.    Objection of Marshall Lindquist **[ECF No. 9339]**

I.    Objection of Puja Thakkar **[ECF No. 9340]**

J.    Objection of Beau Brady Lebaron **[ECF No. 9539]**

Related Document:

M.    Notice of Adjournment **[ECF No. 9974]**

Status:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

13.    Debtors' Twenty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 9403]**

Response Deadline:    May 3, 2021 at 4:00 p.m. (Eastern Time)

Response Filed:

A.    Response of Regal Home Collection Inc. **[ECF No. 9433]**

Related Documents:

B.    Certificate of No Objection **[ECF No. 9467]**

      C.      Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

14.      Koolatron Corporation's Motion to Compel Payment of Reserved Funds Held Pursuant to the Administrative Expense Claims Consent Program and any Additional Amount Due and Owing **[ECF No. 9417]**

      <u>Response Deadline</u>:    May 18, 2021 at 4:00 p.m. (Eastern Time)

      <u>Response Filed</u>:

            A.      Debtors' Objection **[ECF No. 9505]**

      <u>Related Document</u>:

            B.      Notice of Adjournment **[ECF No. 9670]**

      <u>Status</u>:  This matter has been adjourned to a date to be determined.

15.      Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim and Ballots (Reduce and Allow) **[ECF No. 9444]**

      <u>Response Deadline</u>:    May 17, 2021 at 4:00 p.m. (Eastern Time)

      <u>Responses Filed</u>:

            A.      Response of Colonial Properties LLC **[ECF No. 9577]**

            B.      Response of Colgate-Palmolive Company Distr. LLC **[ECF No. 9580]**

      <u>Related Documents</u>:

            C.      Certificate of No Objection **[ECF No. 9712]**

            D.      Notice of Adjournment **[ECF No. 9974]**

      <u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

16.      Debtors' Thirty-First Omnibus Objection to Proofs of Claim (Reclassify Secured Claims) **[ECF No. 9658]**

      <u>Response Deadline</u>:    August 2, 2021 at 4:00 p.m. (Eastern Time)

      <u>Response Filed</u>:

            A.      Response of Anthony Quinn **[ECF No. 9689]**

      <u>Related Documents</u>:

WEIL:\98175735\6\99980.0219

        B.        Certificate of No Objection **[ECF No. 9716]**

        C.        Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET).

17.    Debtors' Thirty-Fifth Omnibus Objection to Proofs of Claim (Reclassify Claims) **[ECF No. 9860]**

<u>Response Deadline</u>:    October 14, 2021 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:      None.

<u>Related Document</u>:

        A.        Certificate of No Objection **[ECF No. 9970]**

        B.        Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been adjourned to November 10, 2021 at 10:00 a.m. (ET)

## IV.   <u>**RESOLVED MATTERS**</u>:

18.    Debtors' Thirty-Fourth Omnibus Objection to Proofs of Claim (To Disallow and Expunge Asserted Secured Claims) **[ECF No. 9788]**

<u>Response Deadline</u>:    September 15, 2021 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:      None.

<u>Related Documents</u>:

        A.        Certificate of No Objection **[ECF No. 9865]**

        B.        Order Granting the Debtors' Thirty-Fourth Omnibus Objection **[ECF No. 9867]**

<u>Status</u>:  On October 1, 2021, the Court entered an Order (ECF No. 9867) resolving this matter.

19.    Sears, Roebuck and Co., *et al*., v. Zhejiang YAT Electrical Appliance Co. Ltd. [Adversary Proceeding No. 20-06364]

**Motion for Leave to File Sur-Reply; and Motion to Dismiss Adversary Proceeding**

<u>Related Documents</u>:

A.    Amended Adversary Complaint **[ECF No. 4]**

B.    Answer to Amended Complaint **[ECF No. 6]**

C.    Defendant's Motion to Dismiss **[ECF No. 30]**

D.    Declaration of Allen Dai in Support of Motion to Dismiss **[ECF No. 31]**

E.    Second Summons **[ECF No. 34]**

F.    Plaintiff's Opposition to Defendant's Motion to Dismiss **[ECF No.  36]**

G.    Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss **[ECF No. 37]**

H.    Defendant Zhejiang YAT Electrical Appliance Co. Ltd.'s Reply Brief in Support of Motion to Dismiss **[ECF No. 39]**

I.    Motion for Leave to File Sur-Reply **[ECF No. 42]**

J.    Defendant Zhejiang YAT Electrical Appliance Co. Ltd. Response in Opposition to Plaintiffs Motion for Leave **[ECF No. 44]**

K.    Supplemental Declaration of Anastasia Kazmina, Esq. in Support of Plaintiffs Memorandum of Law in Opposition **[ECF No. 45]**

L.    Notice of Adjournment **[ECF No. 49]**

M.    So Ordered Stipulation **[ECF No. 52]**

Status:  On October 18, 2021, the Courts entered the So Ordered Stipulation (ECF No. 52) resolving this matter.

20.    Debtors' Twenty-Fifth Omnibus Objection to Proofs of Claim (Reduce and Reclassify) **[ECF No. 9286]**

Response Deadline:    March 2, 2021 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.    Opposition of Envisions LLC **[ECF No. 9326]**

B.    Opposition of iStar Jewelry, LLC **[ECF No. 9380]**

Related Documents:

C.    Certificate of No Objection **[ECF No. 9379]**

D.      Notice of Adjournment **[ECF No. 9974]**

<u>Status</u>:  This matter has been resolved.

Dated:  October 25, 2021
          New York, New York

/s/  *Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

WEIL:\98175735\6\99980.0219