UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT
2021 OCT 26   P 1: 15
S.D.N.Y.

| | |
|---|---|
| In re: <br><br>**SEARS HOLDING CORPORATION** <br><br>Debtor. | Chapter 11 <br><br> Case No. 18-23538 (RDD) |

## NOTICE OF HEARING

Please be advised that a motion for relief of automatic stay, filed by Andrew Bokar, Esq., on behalf of Plaintiff, Leonard McKenzie (Case No.: 18-235238 (RDD)), is to be heard on November 10, 2021, at 10:00am before Judge Robert Drain via Zoom.

DATED:   New York, New York
         October 26, 2021

Respectfully,

*Andrew Bokar*

**BY: ANDREW BOKAR, ESQ.**
SUBIN ASSOCIATES, LLP
*Attorney for Plaintiff*
150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800