AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**THIRTY-FIFTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**<u>FOR THE PERIOD OF AUGUST 1, 2021 THROUGH AUGUST 31, 2021</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | August 1, 2021 through August 31, 2021 |
| Monthly Fees Incurred: | **$190,157.00** |
| 20% Holdback: | **$38,031.40** |
| Total Compensation Less 20% Holdback: | **$152,125.60** |
| Monthly Expenses Incurred: | **$83,797.54** |
| Total Fees and Expenses Requested: | **$235,923.14** |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation

and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits

this statement of fees and disbursements (the "Thirty-Fifth Monthly Fee Statement") covering

the period from August 1, 2021 through and including August 31, 2021 (the "Compensation

Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No.

796].  By the Thirty-Fifth Monthly Fee Statement, and after taking into account certain voluntary

discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($273,954.54) reflects voluntary reductions for the Compensation Period of $23,032.00 in fees and $1,981.57 in expenses.

2

compensation in the amount of $152,125.60 (80% of $190,157.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $83,797.54[3] incurred by Akin Gump during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

---

[3] This amount includes: (i) $80,033.10 of expenses relating to the payment of professional fees and expenses incurred by H5, Akin Gump's document management and e-discovery provider.

3

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty-Fifth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

4

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

Objections to this Thirty-Fifth Monthly Fee Statement, if any, must be filed with the Court

and served upon the Notice Parties so as to be received no later than **November 12, 2021** (the

"<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses

at issue (an "<u>Objection</u>").

If no Objections to this Thirty-Fifth Monthly Fee Statement are filed and served as set

forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Fifth Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Fifth

Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
October 28, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/     Ira S. Dizengoff
      Ira S. Dizengoff
      Philip C. Dublin
      Sara L. Brauner
      One Bryant Park
      New York, New York 10036
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1002
      Email: idizengoff@akingump.com
             pdublin@akingump.com
             sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

6

## **Exhibit A**

## **Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 25.90 | 32,763.50 |
| Philip Dublin | Financial Restructuring | 1999 | 1,655.00 | 0.80 | 1,324.00 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 37.90 | 47,943.50 |
| David Zensky | Litigation | 1988 | 1,655.00 | 3.10 | 5,130.50 |
| **Total Partner** | | | | **67.70** | **87,161.50** |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| John Kane | Litigation | 2016 | 970.00 | 9.40 | 9,118.00 |
| **Total Counsel** | | | | **9.40** | **9,118.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 11.20 | 10,976.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 12.70 | 10,287.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 5.70 | 4,873.50 |
| Cynthia Angell | Staff Attorney | 2013 | 930.00 | 7.60 | 7,068.00 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 118.70 | 59,350.00 |
| **Total Associates** | | | | **155.90** | **92,554.50** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Kelsey Robins | Financial Restructuring | N/A | 245.00 | 5.40 | 1,323.00 |
| **Total Paralegals & Legal Assistants** | | | | **5.40** | **1,323.00** |
| **Total Hours / Fees Requested** | | | | **238.40** | **190,157.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,248.76 | 77.10 | 96,279.50 |
| Associates | 593.68 | 155.90 | 92,554.50 |
| Paralegals/Non-Legal Staff | 245.00 | 5.40 | 1,323.00 |
| Blended Timekeeper Rate | 797.64 | | |
| **Total Fees Incurred** | | **238.40** | **190,157.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | General Case Administration | 0.30 | 243.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 17.80 | 12,846.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 1.20 | 972.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 1.60 | 1,432.00 |
| 8 | Hearings and Court Matters/Court Preparation | 1.50 | 723.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 45.80 | 57,997.00 |
| 12 | General Claims Analysis/Claims Objection | 0.20 | 253.00 |
| 15 | Secured Creditors Issues/Communications/Meetings | 0.30 | 294.00 |
| 20 | Jointly Asserted Causes of Action | 160.80 | 105,220.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 3.60 | 4,012.50 |
| 23 | Asset Disposition/363 Asset Sales | 5.30 | 6,163.50 |
| | **TOTAL:** | **238.40** | **190,157.00** |

**<u>Exhibit C</u>**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179
ATTN: ROBERT RIECKER

| | | |
|---|---|---|
| Invoice Number | 1957740 |
| Invoice Date | 10/20/21 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 0.30 | $243.00 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 17.80 | $12,846.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 1.20 | $972.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 1.60 | $1,432.00 |
| 008 | Hearings and Court Matters/Court Preparation | 1.50 | $723.50 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 45.80 | $57,997.00 |
| 012 | General Claims Analysis/Claims Objections | 0.20 | $253.00 |
| 015 | Secured Creditors Issues/Communications/Meetings | 0.30 | $294.00 |
| 020 | Jointly Asserted Causes of Action | 160.80 | $105,220.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 3.60 | $4,012.50 |
| 023 | Asset Dispositions/363 Asset Sales | 5.30 | $6,163.50 |
| | TOTAL | 238.40 | $190,157.00 |

SEARS CREDITORS COMMITTEE          Page 2
Bill Number: 1957740          10/20/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/30/21 | JES | 002 | Monitor docket after business hours (.2); circulate recently filed pleadings to Akin FR team members (.1). | 0.30 |
| 08/02/21 | JES | 003 | Review and revise draft fee application. | 1.50 |
| 08/03/21 | JES | 003 | Review invoice for privilege and confidentiality (.5); draft correspondence to members of FR team re same (.2). | 0.70 |
| 08/09/21 | JES | 003 | Draft fee statement (1.2); draft correspondence to members of FR team re same (.2). | 1.40 |
| 08/10/21 | KER | 003 | Draft sections of Akin fee application. | 2.20 |
| 08/11/21 | JES | 003 | Review draft fee application (.4); revise same (.2); review fee and expense data in connection with same (.4). | 1.00 |
| 08/11/21 | KER | 003 | Draft fee application (1.8); confer with D. Krasa-Berstell re same (.5). | 2.30 |
| 08/12/21 | ZDL | 003 | Review and revise 8th interim fee application (2.5); correspond with J. Szydlo re same (.2). | 2.70 |
| 08/12/21 | JES | 003 | Revise and finalize fee application (3.2); correspond with Z. Lanier re same (.2) | 3.40 |
| 08/13/21 | SLB | 003 | Review Fee Application (.7); confer with UCC member re same (.2). | 0.90 |
| 08/16/21 | ZDL | 003 | Review fee application prior to filing. | 0.60 |
| 08/16/21 | JES | 003 | Finalize fee application (.9); coordinate filing of same (.2). | 1.10 |
| 08/11/21 | JES | 004 | Draft correspondence to Creditors' Committee professionals re fee applications. | 0.10 |
| 08/12/21 | JES | 004 | Review FTI Fee application. | 0.40 |
| 08/13/21 | JES | 004 | Review Herrick fee application (.5); correspond with Herrick re same (.2). | 0.70 |
| 08/12/21 | ZDL | 007 | Call with creditor regarding questions on status and claim. | 0.50 |
| 08/16/21 | JES | 007 | Call with creditors re case status and updates. | 0.80 |
| 08/26/21 | ZDL | 007 | Review recently filed pleadings to Akin team. | 0.30 |
| 08/20/21 | JES | 008 | Draft correspondence to Akin FR team members re upcoming hearing. | 0.50 |
| 08/20/21 | KER | 008 | Register live lines for attorneys appearing at 8/24/21 hearing. | 0.20 |
| 08/23/21 | ZDL | 008 | Email with P. DiDonato (Weil) regarding 8/24 hearing status. | 0.10 |
| 08/30/21 | KER | 008 | Prepare materials requested by attorney for 8/31/21 hearing. | 0.70 |
| 08/09/21 | DLC | 010 | Review litigation funding materials (.7) follow up with FTI re same (.5). | 1.20 |
| 08/10/21 | DLC | 010 | Review communications with FTI re litigation financing. | 0.20 |
| 08/12/21 | DLC | 010 | Review materials from FTI and third party re litigation funding (.6); draft and edit internal memorandum re: funding (2.2). | 2.80 |
| 08/13/21 | DLC | 010 | Review materials sent by potential litigation funder re financing (.2); participate in call with financer re same (.5); call with S. Brauner and FTI re same (.4). | 1.10 |
| 08/13/21 | SLB | 010 | Communications with potential funder re funding alternatives (.5); call with D. Chapman and FTI re same (.4); analyze materials re same (1.0). | 1.90 |
| 08/16/21 | DLC | 010 | Draft analysis re litigation funding materials (.7); circulate same to Akin FR team members (.1); review S. Brauner comments to litigation funding materials (.3), revise analysis re same (.4) confer with FTI re same (.5). | 2.00 |
| 08/17/21 | DLC | 010 | Review FTI materials re litigation funding (.3) call with FTI re same (.2); send internal update to Akin litigation and FR teams re litigation financing (.3); draft correspondence to potential litigation funder (.3); correspond with S. Brauner re litigation funding (.2). | 1.30 |
| 08/17/21 | SLB | 010 | Correspondence with D. Chapman re financing issues (.2); revise materials re same (1.0); draft correspondence to P. Dublin re same (.2). | 1.40 |
| 08/18/21 | PCD | 010 | Review financing materials (.4); call with S. Brauner and D. Chapman re same (.4). | 0.80 |
| 08/18/21 | DLC | 010 | Call with P. Dublin and S. Brauner re litigation financing (.4); participate in call with FTI re same (.5); confer with third party re same | 1.20 |

SEARS CREDITORS COMMITTEE
Bill Number: 1957740

Page 3
10/20/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | (.3). | |
| 08/18/21 | SLB | 010 | Participate on call with P. Dublin, D. Chapman and FTI team re financing issues (.4); analyze issues re same (.4); correspondence with FTI team re same (.2). | 1.00 |
| 08/19/21 | DLC | 010 | Correspond with S. Brauner and FTI re litigation funding issues. | 0.40 |
| 08/19/21 | SLB | 010 | Correspondence with D. Chapman and FTI re financing issues (.4); revise materials re same (1.4). | 1.80 |
| 08/20/21 | DLC | 010 | Prepare for (.2) and participate in call with potential litigation funder (.5); circulate update to members of Akin litigation and FR teams re same (.4). | 1.10 |
| 08/20/21 | SLB | 010 | Participate on call with funder re status and next steps (.5); draft correspondence to members of Akin FR and Lit teams re same (.6); analyze issues re same (.8); correspondence with FTI re same (.4). | 2.30 |
| 08/20/21 | ZDL | 010 | Review materials re third party litigation funding. | 0.60 |
| 08/23/21 | DLC | 010 | Compile materials requested by potential litigation funder (1.0); revise case budget (.8); strategize with FTI re litigation financing terms (.5). | 2.30 |
| 08/23/21 | SLB | 010 | Correspondence with M. Eisler (FTI) re financing issues and related analysis. | 0.30 |
| 08/23/21 | ZDL | 010 | Review correspondence among Akin team members regarding litigation financing status. | 0.40 |
| 08/23/21 | SMN | 010 | Compile documents for litigation funding source. | 0.90 |
| 08/24/21 | DLC | 010 | Review and comment on litigation funding materials (.4); correspond with S. Brauner re same (.3); confer with FTI re same (.3); revise additional litigation funding materials (.6); draft correspondence to members of FR team re same (.3). | 1.90 |
| 08/24/21 | SLB | 010 | Review and comment on materials re litigation financing (.5); correspondence with D. Chapman re same (.3); draft correspondence to I. Dizengoff re litigation financing and related issues (.2); confer with FTI re same (.5); correspondence with Designees re same (.2). | 1.70 |
| 08/24/21 | ZDL | 010 | Review presentation regarding litigation funding (.6); analyze next steps regarding the same (.3). | 0.90 |
| 08/25/21 | DMZ | 010 | Review litigation funding materials (.5); review FTI deck re same (.2); call with D. Chapman re same (.3);  prepare for (.2) and attend (.5) call with litigation designees re same. | 1.70 |
| 08/25/21 | DLC | 010 | Prepare for designee call re litigation financing (.8); review key documents in connection with same (.6); attend call with D. Zensky re materials for designee call (.3); confer with FTI re same (.3); participate in pre-call re litigation financing with members of FR and Lit. teams (.4); participate in designee call re same (.5). | 2.90 |
| 08/25/21 | SLB | 010 | Prepare for (.3) and participate in (.5) call with Designees and advisors re financing issues; participate in pre-call with members of FR and Lit teams re same (.4); correspondence (.5) and calls (.5) with M. Eisler (FTI) re same; revise materials in connection with the same (1.2). | 3.40 |
| 08/26/21 | DMZ | 010 | Revise litigation funding analysis (.3) review correspondence to court re litigation financing (.2). | 0.50 |
| 08/26/21 | DLC | 010 | Review updated litigation financing materials (.4); revise same (.2); confer with FTI re same (.4). | 1.00 |
| 08/26/21 | SLB | 010 | Draft correspondence to I. Dizengoff, P. Dublin and D. Chapman re financing issues (.3); review materials re same (.4); revise draft documents re same (.8); correspondence with FTI team re same (.2). | 1.70 |
| 08/26/21 | ZDL | 010 | Review revised materials for litigation financing. | 0.70 |
| 08/27/21 | DLC | 010 | Review internal correspondence re litigation funding materials sent from FTI. | 0.20 |
| 08/27/21 | SLB | 010 | Draft correspondence to members of FR and Litigation teams re financing issues and related analysis (.4); revise materials re same (.8); correspondence with potential funder re same (.4). | 1.60 |
| 08/28/21 | SLB | 010 | Correspondence with FTI re litigation funding issues. | 0.30 |

SEARS CREDITORS COMMITTEE

Bill Number: 1957740

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/31/21 | DLC | 010 | Confer with funder re litigation funding proposal (.3); review and revise internal materials re same (1.2). | 1.50 |
| 08/31/21 | SLB | 010 | Draft correspondence to members of FR and Lit teams re open issues re potential financing and related analysis (.4); review materials re same (.4). | 0.80 |
| 08/30/21 | DLC | 012 | Review materials from ASK re damages claims. | 0.20 |
| 08/23/21 | ZDL | 015 | Review status of 2d circuit oral argument schedule (.1); review appellant reply brief (.2). | 0.30 |
| 08/02/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 08/03/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 08/03/21 | SMN | 020 | Review filing on docket of New York D&O insurance coverage action (.1); send update to members of the litigation team re same (.1). | 0.20 |
| 08/04/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.80 |
| 08/04/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 1.00 |
| 08/05/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.30 |
| 08/06/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 08/09/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 08/09/21 | DLC | 020 | Draft internal correspondence to members of litigation team re defendant in public shareholder action. | 0.10 |
| 08/10/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.10 |
| 08/10/21 | DLC | 020 | Review correspondence from public shareholder defendants (.2); review document production from defendants (.5); review analysis re claims against defendant named in adversary complaint (.3). | 1.00 |
| 08/10/21 | JPK | 020 | Prepare correspondence to third party regarding document production. | 1.50 |
| 08/11/21 | DLC | 020 | Confer with H5 re document discovery issues (.1); follow-up with counsel to defendant re same (.1); review internal correspondence re third party document production (.2). | 0.40 |
| 08/11/21 | JPK | 020 | Correspond with counsel to third parties to adversary proceeding regarding documents produced therein (1.0); review productions in connection with same (.8). | 1.80 |
| 08/12/21 | DLC | 020 | Review document review memoranda (1.2); review third party communications re discovery (.2). | 1.40 |
| 08/13/21 | DLC | 020 | Review memoranda re hot documents. | 1.00 |
| 08/16/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.50 |
| 08/17/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 08/18/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.90 |
| 08/18/21 | DLC | 020 | Review proposed settlement agreement with public shareholder (.7) circulate comments to same (.3). | 1.00 |
| 08/18/21 | JPK | 020 | Review correspondence from third parties to adversary proceeding regarding document productions. | 2.10 |
| 08/19/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 08/19/21 | DLC | 020 | Review hot documents (.3); correspond with counsel to third party re same (.2). | 0.50 |
| 08/19/21 | JPK | 020 | Correspond with counsel to third party regarding privilege log (.6); call with counsel for third party regarding same (.3). | 0.90 |
| 08/20/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary | 5.70 |

SEARS CREDITORS COMMITTEE
Bill Number: 1957740

Page 5
10/20/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | proceeding. | |
| 08/20/21 | JPK | 020 | Correspond with thirty party counsel re meet and confer. | 0.30 |
| 08/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.80 |
| 08/23/21 | JPK | 020 | Prepare for meet and confer with counsel to third party to adversary proceeding. | 0.60 |
| 08/24/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.90 |
| 08/24/21 | DLC | 020 | Participate in meet-and-confer with third parties (.5); confer with J. Kane re same (.2). | 0.70 |
| 08/24/21 | JPK | 020 | Prepare for (1.0) and attend (0.5) meet and confer with third party to adversary proceeding; correspond with counsel to third party to adversary proceeding re same (0.5); confer with D. Chapman re same (.2). | 2.20 |
| 08/24/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.60 |
| 08/25/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.10 |
| 08/25/21 | SMN | 020 | Draft correspondence to D. Chapman re insurance proceeds exhausted by defendants in adversary proceeding. | 0.30 |
| 08/26/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 08/26/21 | DLC | 020 | Review correspondence from opposing counsel to court re adversary proceeding (.2); analyze next steps in connection with same (.3). | 0.50 |
| 08/26/21 | SMN | 020 | Review letter re Tribune decision filed by defendants (.1); review Second Circuit's decision in Tribune (.4). | 0.50 |
| 08/27/21 | DMZ | 020 | Review and revise draft letter to court. | 0.40 |
| 08/27/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.10 |
| 08/27/21 | DLC | 020 | Review letter to court re Tribune decision (.1) revise same (.4); review additional supplemental letter to Court re same (.2) draft correspondence to members of litigation team re same (.3). | 1.00 |
| 08/27/21 | SLB | 020 | Review letters filed by defendants re Tribune decision. | 0.30 |
| 08/27/21 | ZDL | 020 | Review recently filed letters regarding adversary proceeding. | 0.20 |
| 08/27/21 | SMN | 020 | Revise letter to Court in response to letter from Defendants (.8); correspond with ASK re same (.4); finalize same for filing (.2); review new cases implicating issues in motion to dismiss briefing (.3). | 1.70 |
| 08/28/21 | DLC | 020 | Review key case law re claims asserted in adversary complaint (.5); review arguments raised in letter to court (.3); review related materials concerning advisor liability (1.0); draft outline of response (1.1). | 2.90 |
| 08/28/21 | JES | 020 | Review letters filed by plaintiffs and defendants in Adversary Proceeding. | 0.30 |
| 08/29/21 | DLC | 020 | Review key documents in connection with response to letter to Court. | 0.50 |
| 08/29/21 | CPA | 020 | Prepare materials in connection with Designee oversight of Jointly Asserted Causes of Action. | 5.10 |
| 08/30/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.50 |
| 08/30/21 | DLC | 020 | Review key materials in connection with drafting reply to letter to Court (1.2); revise letter to Court (2.3) | 3.50 |
| 08/30/21 | SLB | 020 | Correspondence with FTI re open issues in connection with jointly asserted causes of action (.2); review and comment on materials re same (.9). | 1.10 |
| 08/30/21 | CPA | 020 | Prepare and revise materials in connection with Designee oversight of Jointly Asserted Causes of Action. | 2.50 |
| 08/30/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.2); review letter to Court filed by certain defendants (.1). | 0.30 |
| 08/31/21 | DMZ | 020 | Review defendants' letter to court re Tribune (.2); review and revise response letter (.3). | 0.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 1957740

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/31/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 08/31/21 | DLC | 020 | Revise letter to Court (1.0); draft correspondence to lit. team members re same (.4); circulate same to clients for review with cover memorandum (.7). | 2.10 |
| 08/31/21 | ZDL | 020 | Review letters submitted by counsel to certain defendants (.3); review Tribune III decision (.3); review proposed response letter (.3). | 0.90 |
| 08/31/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.20 |
| 08/03/21 | SLB | 022 | Confer with G. Fail re open issues in connection with Effective Date (1.0); analyze issues re same (.5); correspondence with Z. Lanier re same (.2). | 1.70 |
| 08/03/21 | ZDL | 022 | Review confirmation order in connection with effective date matters (.6) correspond with S. Brauner re same (.2). | 0.80 |
| 08/16/21 | ZDL | 022 | Review confirmation order/plan and other documents regarding consent right issues. | 0.30 |
| 08/26/21 | ZDL | 022 | Review plan and litigation trust agreement regarding post-confirmation issues. | 0.80 |
| 08/13/21 | SLB | 023 | Correspondence with Debtors' counsel re Transform document retention issues (.4); correspondence with Transform's counsel re same (.3); analyze issues re same (.4). | 1.10 |
| 08/13/21 | JES | 023 | Call with creditor re case status and update on admin claims consent program. | 0.50 |
| 08/16/21 | SLB | 023 | Confer with J. Marcus (Weil) re Transform document retention issues (.3); analyze same (.4); correspondence with Transform and Debtors' counsel re same (.2). | 0.90 |
| 08/16/21 | SLB | 023 | Confer with J. Marcus re proposed asset settlement (.2); analyze issues re same (.6); draft correspondence to members of FR and Lit teams re same (.2); prepare summary for UCC re same (.3). | 1.30 |
| 08/17/21 | SLB | 023 | Correspondence with J. Marcus (Weil) re Transform document destruction issues (.2); correspondence with Transform's counsel re same (.2). | 0.40 |
| 08/17/21 | ZDL | 023 | Review Transform appellant brief in APA appeal. | 1.10 |

Total Hours 238.40

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 3.10 | at | $1655.00 | = | $5,130.50 |
| P C DUBLIN | 0.80 | at | $1655.00 | = | $1,324.00 |
| D L CHAPMAN | 37.90 | at | $1265.00 | = | $47,943.50 |
| S L BRAUNER | 25.90 | at | $1265.00 | = | $32,763.50 |
| J P KANE | 9.40 | at | $970.00 | = | $9,118.00 |
| Z D LANIER | 11.20 | at | $980.00 | = | $10,976.00 |
| S M NOLAN | 5.70 | at | $855.00 | = | $4,873.50 |
| J E SZYDLO | 12.70 | at | $810.00 | = | $10,287.00 |
| R J COLLINS | 118.70 | at | $500.00 | = | $59,350.00 |
| C P ANGELL | 7.60 | at | $930.00 | = | $7,068.00 |
| K E ROBINS | 5.40 | at | $245.00 | = | $1,323.00 |

Current Fees $190,157.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 284.16 |
| Computerized Legal Research – Other | 337.14 |
| Computerized Legal Research – Courtlink – in Contract 50% Discount | 897.13 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,246.01 |
| Professional Fees – Miscellaneous | 80,033.10 |
| **TOTAL:** | **83,797.54** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

|  |  |  |
|---|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $284.16 |  |
| Computerized Legal Research - Other | $337.14 |  |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $897.13 |  |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,246.01 |  |
| Professional Fees - Miscellaneous | $80,033.10 |  |
| Current Expenses |  | $83,797.54 |

| Date | | Value |
|---|---|---|
| 08/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/2/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 08/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 08/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/03/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-31490 DATE: 8/3/2021 Key Document Identification (hrs); data management hrs. | $393.75 |
| 08/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 08/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 08/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/5/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 08/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 08/05/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-31263 DATE: 8/5/2021 | $79,639.35 |

SEARS CREDITORS COMMITTEE                                                      Page 8
Bill Number: 1957740                                                          10/20/21

| | | |
|---|---|---|
| | Data Hosting; Hosting Project Management Hrs; User Fees | |
| 08/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/9/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 08/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 08/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/10/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/11/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 08/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/11/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/11/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 08/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/12/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 08/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/12/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 08/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/16/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 08/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 08/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/17/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/18/2021 AcctNumber: 1003389479 | $22.39 |

SEARS CREDITORS COMMITTEE                                                    Page 9
Bill Number: 1957740                                                        10/20/21

---

| | | |
|---|---|---|
| | ConnectTime: 0.0 | |
| 08/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/18/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/18/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 08/18/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: LANIER  ZACH; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $73.26 |
| 08/18/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 3.0 | $210.90 |
| 08/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/19/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 08/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/19/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 08/23/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 6/1/2021-6/30/2021 | $470.88 |
| 08/23/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 7/1/2021-7/31/2021 | $426.25 |
| 08/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/23/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 08/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 08/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/24/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/25/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |

SEARS CREDITORS COMMITTEE                                                        Page 10
Bill Number: 1957740                                                            10/20/21

| | | |
|---|---|---|
| 08/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/25/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/25/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 08/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/26/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 08/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/26/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 08/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 8/30/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 08/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 08/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2108 DATE: 8/31/2021 - Document retrieval in various courts. | $59.06 |
| 08/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2108 DATE: 8/31/2021 - Document retrieval in various courts. | $118.13 |
| 08/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2108 DATE: 8/31/2021 - Document retrieval in various courts. | $41.92 |
| 08/31/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/31/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 08/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2108 DATE: 8/31/2021 - Document retrieval in various courts. | $16.77 |
| 08/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2108 DATE: 8/31/2021 - Document retrieval in various courts. | $50.63 |
| 08/31/21 | Computerized Legal Research - Other | $50.63 |

SEARS CREDITORS COMMITTEE                                                    Page 11
Bill Number: 1957740                                                        10/20/21

VENDOR: COURTALERT.COM, INC
INVOICE#: 328396-2108 DATE:
8/31/2021
- Document retrieval in various courts.

Current Expenses                                                    $83,797.54


**Total Amount of This Invoice**                                  **$273,954.54**

                              **Prior Balance Due**                $7,426,856.79

                  **Total Balance Due Upon Receipt**               $7,700,811.33



**Invoice Date:** 8/3/2021                                           **Invoice Number:** INV-31490

| Billing Address: | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |
|---|---|---|

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | 18-23538 | 7/1/2021 | 7/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Key Document Identification (Hours)**<br>*Answer questions on Macerich search results.* | 0.25 | $450.00 | $112.50 |
| **Data Management (Hours)**<br>*Load defendant and 3rd party productions to DART to be available for future search requests* | 1.25 | $225.00 | $281.25 |

This invoice is for search/review services only.
eDiscovery services will be billed separately.

|  |  |
|---|---|
| **Subtotal** | $393.75 |
| **Tax Total** | $0.00 |
| **Total** | $393.75 |

| **If Payment by Check**<br>H5<br>PO Box 347549<br>Pittsburgh, PA  15251-4549<br><br>Tax ID#: 94-3339333 | **If Payment by Wire or ACH**<br>H5<br>Silicon Valley Bank<br>3003 Tasman Drive, Santa Clara, CA<br>Acct: 33 00 79 53 58<br>Routing: 121 140 399 | **If Payment by American Express**<br>Please email clientbilling@h5.com<br>to inquire.<br><br>*Sorry, we do not accept VISA or Mastercard at this time.* |
|---|---|---|



**Invoice Date:** 8/5/2021

**Invoice Number:** INV-31263

| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |
|---|---|---|

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | | 7/1/2021 | 7/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Data Hosting (GB)** | 8,658.1 | $9.00 | $77,922.90 |
| **Hosting Project Management (Hours)** | 1.17 | $185.00 | $216.45 |
| **User Fees (Users)** | 20 | $75.00 | $1,500.00 |

| | |
|---|---|
| **Subtotal** | $79,639.35 |
| **Tax Total** | $0.00 |
| **Total** | $79,639.35 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA  15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or
Mastercard at this time.*