# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

October 21, 2021
Invoice 340054001

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2021

| | |
|---|---|
| Current Fees | $ 9,394.00 |
| Total Current Activity | $ 9,394.00 |
| Total Due for This Invoice | $ 9,394.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:            Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

|  |  |
|---|---|
| Paul E. Harner, as Fee Examiner | SMRH Tax ID 95-1463164<br>October 21, 2021<br>Invoice 340054001 |

| | |
|---|---|
| Our Matter No. | 78GH-334221 |
| | Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses |
| Billing Atty: | Paul E. Harner |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2021

| | |
|---|---:|
| Current Fees | $ 9,394.00 |
| Total Current Activity | $ 9,394.00 |
| Total Due for This Invoice | $ 9,394.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:      Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St      Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

October 21, 2021
Invoice 340054001
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 09/30/21

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 09/07/21 | Review and analyze updated status report regarding review of professionals' interim fee and expense applications. | 4063 | .60 hrs. |
| 09/09/21 | Telephone conference and correspondence with M. Vesper regarding review of eighth interim Weil Gotshal fee and expense application and related prospective fee examiner objections. | 4063 | .30 hrs. |
| 09/10/21 | Comprehensive review and preparation of comments on initial draft of fee examiner's sixth interim status report regarding review of interim fee and expense applications and related settlement negotiations (1.10); correspondence with C. McClamb regarding same (.10). | 4063 | 1.20 hrs. |
| 09/12/21 | Draft and revise sixth interim status report regarding ongoing review of professionals' fee and expense applications (1.10); correspondence with V. Marriott, T. Daluz, C. McClamb, and M. Vesper regarding same (.10). | 4063 | 1.20 hrs. |
| 09/13/21 | Review and finalize fee examiner's sixth interim status report regarding review of interim fee and expense applications and related settlement negotiations (.20); correspondence with V. Marriott and T. Daluz regarding same (.20). | 4063 | .40 hrs. |
| 09/14/21 | Comprehensive review and analysis of Akin Gump response to latest fee examiner preliminary report regarding prospective objections to interim fee and expense applications and related correspondence from S. Brauner. | 4063 | .80 hrs. |
| 09/23/21 | Review and analyze Weil Gotshal response to objections to interim fee and expense application (.60); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.20). | 4063 | .80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

October 21, 2021
Invoice 340054001
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 09/28/21 | Extended telephone conference and correspondence with V. Marriott regarding results of September 27 hearing on interim fee and expense applications. | 4063 | .80 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 6.10 | $ 1,540.00 | $ 9,394.00 |

**Total Fees for Professional Services**   **$ 9,394.00**