# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor  
Wilmington, DE 19801-3034  
Tel 302.252.4465  
Fax 302.252.4466  

Paul E. Harner  
1675 Broadway  
New York, NY 10019

October 15, 2021  
Invoice No. 20211005064

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $50,973.50 |
| **Total Invoice Amount** | **$50,973.50** |

| 071820.03 - 00317415 | | | | | October 15, 2021 |
| --- | --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | | Invoice No. 20211005064 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 09/03/21 | Attend to fee application issues. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 09/22/21 | Review proposed interim fee order | 545.00 | 0.20 | 109.00 |
| Vesper,M.A. | 09/27/21 | Draft twenty-seventh joint monthly fee application | 420.00 | 0.40 | 168.00 |
| McClamb,C.D. | 09/28/21 | Emails with M. Korycki re: interim fee order | 545.00 | 0.50 | 272.50 |
| **Total B160** | | | | **1.60** | **1,047.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 09/01/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| McClamb,C.D. | 09/01/21 | Emails with V. Jankowski re: fee review information | 545.00 | 0.20 | 109.00 |
| Jimenez,C. | 09/01/21 | Analyze expenses for Akin's 8th interim fee applications in preparation for fee examiner's preliminary report (1.5) | 470.00 | 1.50 | 705.00 |
| Marriott, III,V.J. | 09/02/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 09/02/21 | Review and revise expanded preliminary report for FTI. | 995.00 | 1.50 | 1,492.50 |
| Jimenez,C. | 09/02/21 | Analyze Akin fees in 8th interim fee application for Examiner's preliminary report | 470.00 | 2.40 | 1,128.00 |
| Daluz,T.M. | 09/03/21 | Prepare for meeting with P. Harner regarding status of fee review and preliminary reports. | 995.00 | 1.00 | 995.00 |
| Vesper,M.A. | 09/03/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 0.90 | 378.00 |
| Jimenez,C. | 09/03/21 | Review Akin 8th interim fee application fees to generate Fee Examiner preliminary report | 470.00 | 3.60 | 1,692.00 |
| Marriott, III,V.J. | 09/07/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 09/07/21 | Status call with Fee Examiner. | 995.00 | 1.00 | 995.00 |

071820.03 - 00317415  
Tobey M. Daluz

October 15, 2021  
Invoice No. 20211005064

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 09/07/21 | Draft status email for P. Harner, V. Marriott, C. McClamb and M. Vesper. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 09/07/21 | Review updated status chart. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/07/21 | Review and revise Weil report. | 995.00 | 1.50 | 1,492.50 |
| McClamb,C.D. | 09/07/21 | Emails with P. Harner and T. Daluz re: fee review status | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 09/07/21 | Emails with V. Jankowski re: fee data | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 09/07/21 | Update fee review status chart | 545.00 | 2.80 | 1,526.00 |
| Vesper,M.A. | 09/07/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 6.40 | 2,688.00 |
| Vesper,M.A. | 09/07/21 | Review e-mails from P. Harner, T. Daluz, and C. McClamb re: Sears status and status review chart | 420.00 | 0.30 | 126.00 |
| Neitzel,K.N. | 09/07/21 | Download and stage fee data in preparation for loading to Relativity workspace | 310.00 | 0.20 | 62.00 |
| Jimenez,C. | 09/07/21 | Analyze Akin fees in 8th interim fee application for Fee Examiner preliminary report | 470.00 | 4.30 | 2,021.00 |
| Daluz,T.M. | 09/08/21 | Revise exhibits to FTI report to accommodate additional fee applications. | 995.00 | 2.00 | 1,990.00 |
| Daluz,T.M. | 09/08/21 | Review FTI detailed response to first preliminary report. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 09/08/21 | Review docket for Morrit fee application. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/08/21 | Review Akin 7th report. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/08/21 | Review Akin recent monthlies. | 995.00 | 0.40 | 398.00 |
| Vesper,M.A. | 09/08/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 0.80 | 336.00 |
| Vesper,M.A. | 09/08/21 | E-mail C. Pollard and C. McClamb re: exhibits for Weil eighth interim report | 420.00 | 0.10 | 42.00 |

071820.03 - 00317415  
Tobey M. Daluz

October 15, 2021  
Invoice No. 20211005064

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 09/08/21 | Review Akin's 8th interim fee application fees to prepare Fee Examiner preliminary report | 470.00 | 1.80 | 846.00 |
| Daluz,T.M. | 09/09/21 | Correspondence with Fee Examiner and M. Vesper regarding Weil reports. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 09/09/21 | Draft and edit fee review status report | 545.00 | 1.20 | 654.00 |
| Vesper,M.A. | 09/09/21 | Correspondence with P. Harner and C. McClamb re: Weil interim fee reports | 420.00 | 0.30 | 126.00 |
| Vesper,M.A. | 09/09/21 | Draft and review combined preliminary report and exhibits for Weil, Gotshal & Manges LLP seventh and eight interim fee application time entries | 420.00 | 1.50 | 630.00 |
| Neitzel,K.N. | 09/09/21 | Download and stage fee data in preparation for loading to Relativity workspace | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 09/10/21 | Prepare Weil Gotshal fee exhibits and expense exhibit for 3/1/2021 - 6/30/2021 | 340.00 | 0.60 | 204.00 |
| Daluz,T.M. | 09/10/21 | Review and comment on Fee Examiner status report. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/10/21 | Correspondence with P. Harner and C. McClamb regarding same. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 09/10/21 | Emails with K. Casteel re: ASK fee data | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 09/10/21 | E-mail C. Pollard and C. McClamb re: Weil Gotshal eighth interim fee application exhibits | 420.00 | 0.10 | 42.00 |
| Vesper,M.A. | 09/10/21 | Review Weil, Gotshal & Manges LLP eighth interim fee application time entries | 420.00 | 0.50 | 210.00 |
| McClamb,C.D. | 09/12/21 | Emails with P. Harner re: status report | 545.00 | 0.10 | 54.50 |
| McClamb,C.D. | 09/12/21 | Review and edit status report | 545.00 | 0.30 | 163.50 |
| Daluz,T.M. | 09/13/21 | Correspondence with Fee Examiner regarding filing of status report. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/13/21 | Finalize status report and oversee filing. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/13/21 | Review recent filings. | 995.00 | 0.30 | 298.50 |

071820.03 - 00317415  
Tobey M. Daluz

October 15, 2021  
Invoice No. 20211005064

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 09/13/21 | Review interim applications of FTI and analyze retention order. | 995.00 | 1.00 | 995.00 |
| McClamb,C.D. | 09/13/21 | Review and edit status report | 545.00 | 0.40 | 218.00 |
| Marriott, III,V.J. | 09/14/21 | Review issues re: objection filed to fee applications of Weil and Akin | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 09/14/21 | Review docket regarding case status. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/14/21 | Review objection to Akin, Weil, FTI fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 09/14/21 | Correspondence with V. Marriott and P. Harner regarding objection to fee applications. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 09/14/21 | Review and analyze objections to interim fee applications | 545.00 | 1.30 | 708.50 |
| Vesper,M.A. | 09/14/21 | Draft and review combined preliminary report and exhibits for Weil, Gotshal & Manges LLP seventh and eight interim fee application time entries | 420.00 | 2.60 | 1,092.00 |
| Neitzel,K.N. | 09/14/21 | Prepare and import fee data into Relativity workspace for attorney review | 310.00 | 1.60 | 496.00 |
| Jimenez,C. | 09/14/21 | Analyze exhibits for Fee Examiner report addressing Akin 7th and 8th Interim Fee Applications | 470.00 | 0.10 | 47.00 |
| Marriott, III,V.J. | 09/15/21 | Review recent filings | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 09/15/21 | Review issues related to Weil interim. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 09/15/21 | Review and analyze issues related to FTI interims. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 09/15/21 | Review MIII monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 09/15/21 | Review and analyze issues related to Akin interim fee applications. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 09/15/21 | Outline issues raised in fee objection. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 09/15/21 | Review and analyze Akin response to preliminary report | 545.00 | 1.50 | 817.50 |

071820.03 -  00317415                                                                                         October 15, 2021
Tobey M. Daluz                                                                                        Invoice No. 20211005064

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 09/15/21 | Draft and review combined preliminary report and exhibits for Weil, Gotshal & Manges LLP seventh and eight interim fee application time entries | 420.00 | 2.40 | 1,008.00 |
| Jimenez,C. | 09/15/21 | Draft preliminary report for Akin 7th and 8th Interim fee applications and review attached preliminary report exhibits | 470.00 | 2.20 | 1,034.00 |
| Daluz,T.M. | 09/16/21 | Review docket regarding recent filings. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/16/21 | Review ASK monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 09/16/21 | Analyze ASK retention order and terms. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/16/21 | Correspondence with P. Harner and V. Marriott regarding administrative claim representation. | 995.00 | 0.20 | 199.00 |
| Vesper,M.A. | 09/16/21 | Draft and review combined preliminary report and exhibits for Weil, Gotshal & Manges LLP seventh and eight interim fee application time entries | 420.00 | 0.50 | 210.00 |
| Vesper,M.A. | 09/16/21 | E-mail P. Harner, V. Marriott, T. Daluz and C. McClamb re: Weil Gotshal combined seventh and eighth interim fee preliminary report | 420.00 | 0.10 | 42.00 |
| Pollard,C.P. | 09/17/21 | Prepare preliminary analysis of Herrick and Moritt fee applications (collectively 20210914) for review (communications, excess/under time, duplicate work); set up views; draft email summarizing status | 340.00 | 1.00 | 340.00 |
| Daluz,T.M. | 09/17/21 | Review recent pleadings. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 09/17/21 | Correspondence with M. Vesper re: fee review status | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 09/17/21 | Correspondence with C. Jimenez re: fee review status | 545.00 | 0.40 | 218.00 |
| Vesper,M.A. | 09/17/21 | E-mails with C. McClamb and C. Pollard re: Moritt Hock and Herrick fee review | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 09/17/21 | Review Herrick, Feinstein LLP fifth interim fee application time entries | 420.00 | 0.90 | 378.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | October 15, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20211005064 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 09/20/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| Daluz,T.M. | 09/20/21 | Review joinder to objection to fee applications. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 09/20/21 | Review recent filings. | 995.00 | 0.30 | 298.50 |
| Marriott, III,V.J. | 09/21/21 | Prepare for fee hearing | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 09/21/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 09/22/21 | Prepare for fee hearing | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 09/22/21 | Review docket regarding recent filings. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/22/21 | Review recent pleadings. | 995.00 | 0.40 | 398.00 |
| Daluz,T.M. | 09/22/21 | Correspondence with P. Harner and V. Marriott regarding administrative claim representation. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 09/22/21 | Prepare for interim fee hearing | 545.00 | 0.40 | 218.00 |
| Marriott, III,V.J. | 09/23/21 | Prepare for fee hearing | 1,085.00 | 0.50 | 542.50 |
| McClamb,C.D. | 09/23/21 | Review and analyze Weil response to objection to interim fee application | 545.00 | 1.00 | 545.00 |
| McClamb,C.D. | 09/23/21 | Review and analyze Akin response to objection to interim fee application | 545.00 | 0.70 | 381.50 |
| McClamb,C.D. | 09/23/21 | Emails with P. Harner, V. Marriott and T, Daluz re: responses to objections to interim fee application | 545.00 | 0.50 | 272.50 |
| Jimenez,C. | 09/23/21 | Revise exhibits and preliminary report addressing Akin's 7th and 8th interim fee applications | 470.00 | 4.10 | 1,927.00 |
| Marriott, III,V.J. | 09/24/21 | Prepare for fee hearing | 1,085.00 | 0.40 | 434.00 |
| Marriott, III,V.J. | 09/24/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 09/24/21 | Review amended agenda of hearing. | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 09/24/21 | Review Weil's response to interim fee applications. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 09/24/21 | Review Akin response to interim application objection. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 09/26/21 | Emails with P. Harner re: interim fee hearing | 545.00 | 0.30 | 163.50 |

071820.03 - 00317415  
Tobey M. Daluz

October 15, 2021  
Invoice No. 20211005064

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 09/27/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Marriott, III,V.J. | 09/27/21 | Prepare for, participate in, and follow up after fee hearing | 1,085.00 | 1.50 | 1,627.50 |
| McClamb,C.D. | 09/27/21 | Attend interim fee hearing | 545.00 | 1.50 | 817.50 |
| McClamb,C.D. | 09/27/21 | Emails with V. Marriott re: interim fee hearing | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 09/27/21 | Review Moritt Hock third interim fee application time entries | 420.00 | 0.50 | 210.00 |
| Vesper,M.A. | 09/27/21 | Review Herrick, Feinstein LLP fifth interim fee application time entries | 420.00 | 0.30 | 126.00 |
| Vesper,M.A. | 09/27/21 | E-mails to C. Pollard and C. McClamb re: Moritt Hock Exhibits | 420.00 | 0.10 | 42.00 |
| McClamb,C.D. | 09/28/21 | Emails with K. Neitzel re: ASK fee data | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 09/28/21 | Emails with L. Miskowiec re: ASK fee data | 545.00 | 0.60 | 327.00 |
| Vesper,M.A. | 09/28/21 | E-mail C. Pollard and C. McClamb re: Herrick Exhibits | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 09/28/21 | Review Herrick, Feinstein LLP fifth interim fee application time entries | 420.00 | 0.90 | 378.00 |
| Neitzel,K.N. | 09/28/21 | Respond to C. McLamb email re: fee data format | 310.00 | 0.20 | 62.00 |
| **Total B170** | | | | **81.30** | **49,926.50** |
| **Total Fees** | | | | **82.90** | **$50,973.50** |

071820.03 -  00317415  
Tobey M. Daluz

October 15, 2021  
Invoice No. 20211005064

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 18.60 | 995.00 | 18,507.00 |
| Marriott, III,V.J. | 4.20 | 1,085.00 | 4,557.00 |
| McClamb,C.D. | 16.30 | 545.00 | 8,883.50 |
| Jimenez,C. | 20.00 | 470.00 | 9,400.00 |
| Vesper,M.A. | 20.00 | 420.00 | 8,400.00 |
| Neitzel,K.N. | 2.20 | 310.00 | 682.00 |
| Pollard,C.P. | 1.60 | 340.00 | 544.00 |
| **Total Fees** | **82.90** | | **$50,973.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                             October 15, 2021
1675 Broadway                                              Invoice No. 20211005064
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $50,973.50 |
| **Total Invoice Amount** | **$50,973.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 302.252.4465 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days