THE CITY OF PHILADELPIHA
Megan N. Harper
Senior Attorney
PA Attorney ID 81669
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503
Email: Megan.Harper@phila.gov
*Attorney for the City of Philadelphia/*
*School District of Philadelphia*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORP., *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Megan N. Harper, request admission to practice, *pro hac vice*, before the Honorable Robert D. Drain, to represent the City of Philadelphia/School District of Philadelphia as creditors in the above-referenced bankruptcy case. I certify that I am a member in good standing of the bar of the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                                                    Respectfully submitted,

                                                    THE CITY OF PHILADELPHIA

Dated: October 29, 2021          By:   */s/ Megan N. Harper*
                                                          MEGAN N. HARPER
                                                          Senior Attorney
                                                          PA Attorney ID 81669
                                                          City of Philadelphia Law Department
                                                          Municipal Services Building
                                                          1401 JFK Boulevard, 5th Floor
                                                          Philadelphia, PA 19102-1595
                                                          215-686-0503
                                                          Email: Megan.Harper@phila.gov
                                                          *Attorney for the City of Philadelphia/*
                                                          *School District of Philadelphia*