**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORP., *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice* has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on October 29, 2021.

*/s/ Megan N. Harper*
MEGAN N. HARPER
Senior Attorney