**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORP., *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Megan N. Harper, to be admitted, *pro hac vice*, to represent the City of Philadelphia/School District of Philadelphia (collectively, the "City"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Megan N. Harper, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the City, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE