WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                            :   Chapter 11
                                                 :
**SEARS HOLDINGS CORPORATION,** *et al.*,        :   Case No. 18-23538 (RDD)
                                                 :
Debtors.[1]                                      :   (Jointly Administered)
                                                 :
------------------------------------------------------------x

**STATEMENT OF THE DEBTORS CERTIFYING
COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO
EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE
OF BUSINESS JULY 1, 2021 TO SEPTEMBER 30, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from July 1, 2021 through September 30, 2021:

### Tier 1 Ordinary Course Professionals

|  | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| **Professional** | **Jul-21** | **Aug-21** | **Sep-21** | **Q3 2021** |
| Baker & Hostetler LLP | $440.00 | - | - | $440.00 |
| Jackson Lewis P.C. | - | - | $1,355.00 | $1,355.00 |
| King & Spalding, LLP | $199.50 | - | - | $199.50 |
| Novack and Macey LLP | - | $19,966.00 | $9,088.00 | $29,054.00 |
| Pettit Kohn Ingrassia & Lutz PC | $48.00 | - | $273.00 | $321.00 |
| Reed Smith, LLP | $566.40 | - | - | $566.40 |
| Schuster Aguiló LLC | $324.48 | - | - | $324.48 |
| **Total** | **$1,578.38** | **$19,966.00** | **$10,716.00** | **$32,260.38** |

### Tier 2 Ordinary Course Professionals

|  | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| **Professional** | **Jul-21** | **Aug-21** | **Sep-21** | **Q3 2021** |
| Akerman LLP | - | - | $22,408.50 | $22,408.50 |
| Arent Fox LLP | - | $116,881.40 | $9,876.50 | $126,757.90 |
| Economics Law Practice, Advocates & Solicitors | - | $8,138.00 | - | $8,138.00 |
| Horwood Marcus & Berk | - | - | $2,736.25 | $2,736.25 |

| | | | | |
|---|---|---|---|---|
| Leitner, Williams, Dooley and Napolitan, PLLC | - | - | $359.59 | $359.59 |
| Neal Gerber & Eisenberg LLP | - | $30,531.68 | $12,971.80 | $43,503.48 |
| Thomas, Thomas & Hafer, LLP | $72.59 | - | - | $72.59 |
| Verros, Lafakis & Berkshire, PC | $40,594.02 | - | - | $40,594.02 |
| Ward, Hocker & Thornton, PLLC | - | - | $54.00 | $54.00 |
| **Total** | **$40,666.61** | **$155,551.08** | **$48,406.64** | **$244,624.33** |

### Tier 3 Ordinary Course Professionals

| | Fees and Expenses Paid In | | | |
|---|---|---|---|---|
| **Professional** | **Jul-21** | **Aug-21** | **Sep-21** | **Q3 2021** |
| Polsinelli, P.C. | - | $2,574.00 | $1,804.00 | $4,378.00 |
| Seyfarth Shaw LLP | $3,974.75 | $2,069.40 | $1,562.35 | $7,606.50 |
| **Total** | **$3,974.75** | **$4,643.40** | **$3,366.35** | **$11,984.50** |

Dated: November 1, 2021
      New York, New York

/s/ *Sunny Singh*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*