United States Bankruptcy Court
Southern District of New York

In re: Sears Holding Corporation, *et al.,*   )
                                              )
                                              )   Case No.    18-23538 (RDD)
                                              )
                                              )   Chapter 11
                                              )

**WITHDRAWAL OF OBJECTION**
**TO *De Minimis Sale* AND BID for Cheboygan Property**

Arthur Schwartz has filed these papers with the Court and states through his attorney, as follows:

1. Mr. Schwartz hereby withdraws his objection of October 8, 2021 to the *de minimis* Sale of the Kmart Store, 1131 E. State Street.

2. An auction was held fairly, and Third Avenue Associates was the unsuccessful bidder. Successful bidder bid $306,000.

3. This is done with prejudice.

Sworn on November 1, 2021

By_____
David M. Schlachter, Esq.
LAW OFFICES OF DAVID M. SCHLACHTER, LLC
8 Carefree Lane
Suffern, NY 10901
(845) 200-2001
Attorneys for Objector