**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: Sears Holdings Corporation, LLC, et al.

                                      Debtor

----------------------------------------------------------------x

                                  Plaintiff

         v.

                               Defendant

----------------------------------------------------------------x

Case No.: <u>18-23538</u>-rdd

Chapter <u>11</u>

Adversary Proceeding No.: _____

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

      I, <u>Robert L Doty AAG</u>, request admission, ***pro hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>Ohio Department of Taxation</u>, a <u>creditor</u> in the above-referenced ☑ case ☐ adversary proceeding.

      ***I certify that I am a member in good standing*** of the bar in the State of <u>Ohio</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Ohio</u>.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>11/2/2021</u>

<u>White Plains</u>, New York

<u>/s/ Robert L. Doty, AAG</u>

*Mailing Address*:

<u>640 Jackson Street, Suite 640</u>

<u>Toledo, OH</u>

<u>43604</u>

*E-mail address*: <u>robert.doty@ohioago.gov</u>

*Telephone number*: (<u>419</u> ) <u>327-4493</u>