**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holdings Corporation, LLC, et al.

Case No.: 18-23538-rdd

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert L Doty AAG, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Ohio Department of Taxation, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/2/2021
White Plains, New York

/s/ Robert L. Doty, AAG

*Mailing Address*:

640 Jackson Street, Suite 640

Toledo, OH

43604

*E-mail address*: robert.doty@ohioago.gov

*Telephone number*: (419) 327-4493