**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re:

     Sears Holdings Corporation, LLC et al

                                 Debtor

Case No.: 18-23538

Chapter 11

--------------------------------------------------------------x

                                 Plaintiff

                      v.

                              Defendant

Adversary Proceeding No.: _____

--------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

       Upon the motion of Robert L. Doty, AAG, to be admitted, ***pro hac vice***, to represent Ohio Department of Taxation, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Norther District of Ohio, it is hereby

       **ORDERED**, that Robert L Doty, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

White Plains, New York        /s/ _____

                                    UNITED STATES BANKRUPTCY JUDGE