**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.  18-23538 (RDD) |
| SEARS HOLDING CORPORATION, et. al., | (Jointly Administered) |
| Debtors[1]. | **Hearing Date: November 10, 2021 at 10:00 a.m.** |
| | **Objection Deadline: November 2, 2021, 4:00 p.m** |

**CERTIFICAITON OF SERVICE OF RESPONSE OF GATOR OESTE OWNER, LLC TO DETORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**

   I, Joseph H. Lemkin, do certify and say:

   On November 2, 2021, I served via Email, Federal Express & CM/ECF, Gator

Oeste Owner, LLC's Response to Debtors' Thirty-Seventh Omnibus Objection to Claims

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

1

to the attached Service List.


Dated: November 2, 2021                    Respectfully submitted,


                                           By: /s /*Joseph H. Lemkin*_____
                                                  Joseph H. Lemkin

                                           **STARK & STARK**
                                           **A Professional Corporation**
                                           Joseph H. Lemkin, Esq.
                                           993 Lenox Drive
                                           Lawrenceville, NJ 08648
                                           (609)791-7022 (direct)
                                           (609) 896-9060 (main)
                                           (609) 895-7395 (facsimile)

                                           *Attorneys for*
                                           *Gator Oeste Owner, LLC*

2

**SERVICE LIST**

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn.: Ray C. Schrock, Esq., Jacqueline
Marcus, Esq., Garrett A. Fail, Esq. and
Sunny Singh, Esq.
*Attorneys to Debtors*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff,
Esq. and Sara Lynne Brauner, Esq.
*Attorneys for Creditors' Committee*