NOV 1, 2021

RE: SEARS Holding Corp   CASE 18-23538 (RDD)

From: Diana Bos

Claim #: 4763

"REPLY"

To Whom It May Concern,

I am writing in regard to a reclassification of Claim # 4763. I called the Court and they told me that this claim was filed Secured (there is another Claim # (8990) but they are not including that one).

This claim # 4763 was filed "Secured" and I have sent copies showing in writing, what I would receive after final day of work. They did (as I stated in my last correspondence) pay some but still owe that amount. I just had surgery on both my hands so I apologize for my writing. I am unable to type yet, so again I am sorry, I did not want to miss deadline.

I asked the court to please leave this as is and am hoping the papers I attached will show that this is clearly owed and should be "secured". I thank the Court for

# SEARS HOLDINGS

## Human Resources Interview Checklist

| Associate's Name: DIANA M BOS | Emp ID: 31023483393 |
|---|---|
| Unit: 01685 | Department: 0168522119 |
| Job Title: Consultative Sales Trainee - D | Job Code: FL0802 |
| Service Date: 8/28/2010 | Emp Type: Hourly |
| Last Day Worked: 9/15/2018 | |

### Topics to be discussed:

- TPP Severance Pay
- Salary continuation with Leave of Absence
- General Release and Waiver -- 45 day consideration period begins upon receipt of Older Workers Benefit Protection Act Rosters.
- Older Workers Benefit Protection Act Rosters
- Last Day Worked
- Vacation Pay

### Items to be given to the associate:

- Personal Statement of Benefits Eligibility
- Transition Pay Plan - Summary Plan Description
- TPP Summary
- Important Notice
- Older Workers Benefit Protection Act Rosters
  Circle One: Delivered or Mailed/E-mailed (if applicable)
- General Release and Waiver
- WARN Notice (if applicable)

**Interviewer must return Last Day Worked Verification Form to the HR Support Center for processing:**

HR Support Center
Sears General Mail
c/o Conduent
P.O. Box 30690
Salt Lake City, UT 84130-0690
Fax (877) 815-3643

### Interview Conducted By:

Name: ALEX MALDON

Signature: [signature]

Date: 9/10/18

Field 3

# SEARS HOLDINGS

## Human Resources Interview Checklist

| Associate's Name: DIANA M BUS | Emp ID: 010234353B5 |
|---|---|
| Unit: 7,685 | Department: 01985221\6 |
| Job Title: Consultative Sales Trainee - O | Job Code: FL962 |
| Service Date: 8/20/2016 | Emp Type: Hourly |
| Last Day Worked: 9/13/2018 | |

**Topics to be discussed:**

- TPP Severance Pay
- Salary continuation with Leave of Absence
- General Release and Waiver – 45 day consideration period begins upon receipt of Older Workers Benefit Protection Act Rosters
- Older Workers Benefit Protection Act Rosters
- Last Day Worked
- Vacation Pay

**Items to be given to the associate:**

- Personal Statement of Benefits Eligibility
- Transition Pay Plan - Summary Plan Description
- TPP Summary
- Important Notice
- Older Workers Benefit Protection 2x1 Rosters
- Circle One: Delivered or Mailed (circle one applicable)
- General Release and Waiver
- WARN Notice (if applicable)

Employee must return Last Day Worked Verification Form to the HR Support Center for processing:

HR Support Center
Sears Home at Mall
Dept-xxxxxxxxxx
P O Box 50390
Salt Lake City, UT 84130-0590
Fax (877) 914-2645

Interview Conducted By:

_____
Name:

_____           _____
Signature                         Date

Page 3



# SEARS HOLDINGS

## Personal Statement of Benefits Eligibility

Associate's Name: **DIANA M BOS**        Emp ID: **31023483393**

Unit: **01685**        Department: **0168522119**

Job Title: **Consultative Sales Trainee - D**        Job Code: **FL0802**

Service Date: **8/28/2010**        Emp Type: **Hourly**

Annual Base Salary : **$28210.00**        Benefit Rate/Hour: **$15.50**

Retirement eligible as of last day worked: **NO**
(Age>=50, Years of service>=10)

---

### Weeks of severance due: 8

### Transition Pay Plan Severance Pay: $4340.00

- <u>Calculation for Salaried Associates (Exempt and Non-Exempt)</u>: 1 week of pay x weeks due = severance allowance

- <u>Calculation for Hourly Associates (Hourly Benefit Plus/Non-HBP)</u>: Weekly standard hours x hourly rate x weeks due = severance allowance

### IMPORTANT NOTES:

- See your Summary Plan Description for more details as to this calculation.

- Calculations are based on information available as of the print date of 8/31/2018. Refer to the Transition Pay Plan Summary for details.

Field 3

# SEARS HOLDINGS

## Personal Statement of Benefits Eligibility

Associate's Name: DIANA M SOS

Emp ID: 310234833[illegible]

Unit: 01685

Department: 0168522119

Job Title: Consultative Sales Trainee - D

Job Code: FL0802

Service Date: 8/28/2016

~~Emp Type: Hourly~~

Annual Base Salary : $28210.00

Benefit Rate/Hour: $15.50

Retirement eligible as of last day worked: NO
(Age>=60, Years of service>=10)

---

Weeks of severance due: 8

Transition Pay Plan Severance Pay: $4340.00

- Calculation for Salaried Associates (Exempt and Non-Exempt): 1 week of pay x weeks due = severance allowance

Calculation for Hourly Associates (Hourly benefit Eligible-HBE): Weekly standard hours x hourly rate x weeks due = severance allowance

IMPORTANT NOTES:

- See your Summary Plan Description for more details as to this calculation.
- Calculations are based on information available as of the print date of 8/31/2018. Refer to the Transition Pay Plan Summary for details.

# SEARS HOLDINGS

## Last Day Worked Verification Form

### (Full-Time Associates)

| | |
|---|---|
| **Associate's Name:** DIANA M BOS | **Emp. ID:** 31023483393 |
| **Job Title:** Consultative Sales Trainee - D | **Unit:** 01685 |
| **Type:** Hourly | |
| **Last Day Worked:** 9/10/18 | **Associate signature:** [signature] |
| **Associate personal email address:** KHANDA9395@aol.com | **Date:** 9/10/18 |
| **Date GR&W presented:** 9/10/18 | **Interviewer signature:** [signature] |
| | **Date:** 9/10/18 |

**For salaried exempt associates in a vacation accrual plan only:**
*This section must be completed in order for the vacation payout to be processed.

- # of Days of annual Vacation [ ]
- # of Vacation Days taken [ ]

*This section to be completed for associates who work in CA, CO, MT, or ND only

- CA, CO, MT prior year carryover ONLY [ ]
- ND personal days taken [ ]

---

**For office use only (NBD)**
Severance Pay: $4340.00

**Reason:** Unit Closing
Weeks Due: 8

Retirement Eligible as of Last Day Worked: NO

Service Date: 8/28/2010

**Interviewer:** Return form to HR Support Center for processing after discussion:
HR Support Center
Sears General Mail, c/o Conduent
P.O. Box 30690
Salt Lake City, UT 84130-0690
Fax (877) 815-3643

*[Handwritten notes:] Sears filed so Bankruptcy only 2604.00 severance paid. Than it stopped*

Field 3

*[Handwritten:] End date - 10-13-18*



# SEARS HOLDINGS

## Last Day Worked Verification Form

(Full-Time Associates)

| | |
|---|---|
| Associate's Name: DIANA M SOS | Emp. ID: [illegible] |
| Job Title: Consultative Sales Trainee - D | Unit: [illegible] |
| Type: Hourly | |
| Last Day Worked: | Associate signature: |
| Associate personal email address: | Date: |
| Date GRAW presented: | Interviewer signature: |
| | Date: |

**For salaried exempt associates in a vacation accrual plan only:**

This section must be completed in order to [illegible]

| | |
|---|---|
| # of Days of annual Vacation | # of Vacation Days taken |
| [illegible] CA, CO, MT [illegible] [illegible] employees only | PD [illegible] days taken |

For office use only (NSD)

Severance Pay: $[illegible]

Reason: Unit Closing

Weeks Due: [illegible]

Retirement Eligible as of Last Day Worked: NO

Service Date: [illegible]

Interviewer: Return form to HR Support Center for processing after discussion

HR Support Center
Sears General Mgr. c/o Conduent
P.O. Box [illegible]
Salt Lake City, UT [illegible]
Fax (877) [illegible]

Contact 844.384.4460     Client Login

 **Sears Holdings Corporation (18-23538)** CHANGE CASE

Case Info   Docket   Claims   Submit a Claim   Submit Inquiry

Search Docket     Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 4763 | 11/13/2018 | Bos, Diana | Sears Holdings Corporation | $ 1,736.00 |

Select scope: Claims Only

Claim Number(s)(e.g. 1,3,5-7)

### Creditor Data Details for Claim # 4763

Creditor
Bos, Diana

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
11/13/2018

Claim Number
4763

Proof of Claim
📄 View PDF   ✉ Email PDF

Schedule Number

Creditor name

Debtor(s)
Sears Holdings Corporation(18-23538)

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from     Date to

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | $1,736.00 | $1,736.00 | Asserted |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| **Total** | $0.00 | $1,736.00 | $1,736.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to

Open in new window

Search Claim

Reset

| | 8990 | 03/03/2019 | Bos, Diana M. | Sears Holdings Corporation | $ 1,736.00 |
|---|---|---|---|---|---|

*restructuring : primeclerk.com/sears*