UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: DEBTORS
SEARS Holding Corp., et.al

Chapter 11
Case No. 18-23538 (RDD)

Response to OBJECTION BY SEARS Holding TO PROOFS OF CLAIMS (RECLASSIFYING CLAIMS)

Carol Naud
MONEY OWED TO ME BY SEARS HOLDING CORPORATION WITH A SIGNED Contract, (PREVIOUSLY SUBMITTED)

Judge Drain,
   PLEASE DO NOT ALLOW SEARS Corporation to reclassify my CLAIM. SEARS Corp. Presented

to me a contract, which I signed to recieve an amount of money. I stayed in that store after it closed to completly empty and clean out the building, in return for the amount of money stated in the contract, which I never recieved. That money was due to me.

Thank you
Carol Naud
42242 Toddmark Ln.
Clinton Township, MI. 48038