IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS         : Chapter 11

In Re:
Sears Holdings Corporation, LLC, et al. : :
Case No. 18-23538-rdd
Debtors: Related to Docket No. 9987

Re: Proof of Claims - 19041 &18946

Objection Deadline: 11/8/2021
RANDAL & SUSANS ASKEY'S RESPONSE IN OPPOSITION TO DEBTORS' FORTIETH OMNIBUS OBJECTION TO PROOF OF CLAIMS (DISALLOW, REDUCE OR RECLASSIFY)

Randal & Susan Askey hereby responds to Debtors' Fortieth Omnibus Objection to Proofs of Claim (Disallow, Reduce or, Reclassify) (Doc9987) (The "Objection") as follows:

We purchased a total of 10, (5 in each of our IRA accounts) Sears Holdings Corp. Bonds as Senior Secured under CUSIP 812350-AE-6 on Feb. 7, 2021. While we have been following the bankruptcy proceedings in hopes of recovering at least a portion of our money we do not understand why we should be pushed to the back of the creditors line concerning these secured bonds.

The bonds were supposed to be helping to fund our retirement and while we understood the risk in purchasing these bonds at the time; it appears others are indicating to have higher security in their claims to which we take issue. The Bonds we purchased were Senior Secured and should be treated as such as we indicated in our original claim filing.

Respectfully,

Randal & Susan Askey
4721 S. 176th E Ave
Tulsa, OK 74134
Telephone: 918-557-2106

Attachments

1:07 PM Tue Nov 2 — psb.bonddesk.com — 94%

| | | | | | |
|---|---|---|---|---|---|
| Charles Schwab Clien... | Fidelity Investments | E*TRADE | restructuring.primecl... | Clubster | |

DOW 36,057.73 ▲ 143.89 (0.40%)    NASDAQ 15,609.12 ▲ 13.2 (0.08%)    S&P 500 4,628.08 ▲ 14.41 (0.31%)    as of 02:06 PM ET    Customer Service ⌄    Log Off

# E*TRADE

Accounts | Trading | Markets & Ideas | What We Offer | Transfer | Search

US Markets | Global Markets | News | Stocks ⌄ | Options ⌄ | Mutual Funds ⌄ | ETFs ⌄ | Futures | **Bonds & CDs ⌄** | Planning Tools ⌄ | ...

## Bond Offering Detail

[BUY]  [OFFER WANTED]

| CUSIP/ISIN/SEDOL | Mdy/S&P | Issue Description | Coupon | Maturity |
|---|---|---|---|---|
| 812350AE6/ US812350AE65/ B6518S3 | WR/NR | Sears Holdings Corporation Sr Sec Nt 18<br>Make Whole Call Only - Make Whole Call Exp 10/2018 - Trading Flat (yield not valid) - Issue in Default - Defaulted: Actual Maturity is 10/15/2018<br>📄 Trade History | 6.625 | 10/15/2048 |

### Issuer Information

| | |
|---|---|
| Issue Date | 04/15/2011 |
| First Coupon | 10/15/2011 |
| Next Coupon | |
| Last Coupon | 04/15/2048 |
| Frequency | Semiannually |

### Original Issuance

| | |
|---|---|
| Delivery: | Book Entry |
| Underwriter | |
| First Settle Date | 08/30/2011 |
| Original Size | $987,430,000 |
| Outstanding Size | $133,373,000 |
| Min Denom / Increment | 2,000x1,000 |
| Collateral | Note |
| Debt Ranking | Senior Secured |
| Blue Sky Restrictions | |

### Moodys Rating Information

| | |
|---|---|
| Long Term Rating | WR effective 10/15/2018 |
| Short Term Rating | |
| Outlook | |
| Creditwatch | |

### S&P Rating Information

| | |
|---|---|
| Long Term Rating | NR effective 11/27/2018 12:14:46 |
| Short Term Rating | - |
| Outlook | |
| Creditwatch | |

### Security Type Features

| | |
|---|---|
| Type | Corporate |
| Category | Industrial |
| New Issue | No |
| Issuer Full Name | Sears Holdings Corporation |
| Listed | |
| Symbol | SHLD |
| Religious Org | No |

### Call/Sink/Put Features

| | |
|---|---|
| Make Whole Call Only | |
| Make Whole End Date | 10/15/2018 |
| Make Whole Benchmark | Comparable U.S. Treasury |
| Make Whole Spread | 50 |
| Make Whole Yield | - |

### Best Offering

| | Bid | Offer |
|---|---|---|
| Qty | 100 | 150 |
| Minimum | 5 | 5 |
| Increment | 1 | 1 |
| Price | 1 | 5.75 |
| Settlement | 11/04/2021 | 11/04/2021 |
| Worst Yld | Maturity | Maturity |
| Yld Worst: @ - | - | - |
| Yld Mat: @ - | - | - |
| Yld Next Call(c): @ - | - | - |
| Yield Par call(p): @ - | - | - |
| Yld Put(u): @ - | - | - |
| Yld Sink(s): @ - | - | - |
| Current Yield | - | - |
| Annual Percentage Yield | - | - |
| Macaulay Duration | 0 | 0 |
| Mod Duration to Earliest Redemption | 0 | 0 |
| Mod Duration To Worst | 0 | 0 |
| Mod Duration To Maturity | 0 | 0 |
| Convexity | 0 | 0 |

### Comments

# E*TRADE FINANCIAL
Trading • Investing • Banking

**E*TRADE Securities**
Investment Account

## TRADE CONFIRMATION

**Account Number:** XXXX-7270

**Account Name:** SUSAN E ASKEY   RE: CLAIM NO. 18946
IRA E*TRADE CUSTODIAN

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

### Customer Update
Tax questions? No problem. Get helpful tips, tools, and key dates in the E*TRADE Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/07/17 | 02/10/17 | 6 1 | BP | BUY | 100 | $34.79 | Cash | PRINCIPAL | $3,479.00 |
| | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $3,488.99 |

***BP P L C SPONSORED ADR (FRM BP AMOCO PLC)

| 02/07/17 | 02/10/17 | 6 1 | FRA | BUY | 250 | $14.77 | Cash | PRINCIPAL | $3,692.50 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $3,702.49 |

BLACKROCK FLOATING RATE INCOME STRATEGIES FD INC

| 02/07/17 | 02/10/17 | 6 1 | FRFHF | BUY | 10 | $474.21 | Cash | PRINCIPAL | $4,742.10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $4,752.09 |

***FAIRFAX FINANCIAL HOLDINGS LTD SUBORDINATE VOTING SHARES

| 02/07/17 | 02/10/17 | 6 1 | RWT | BUY | 250 | $16.10 | Cash | PRINCIPAL | $4,025.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $4,034.99 |

REDWOOD TRUST INC

| 02/07/17 | 02/10/17 | 6 1 | 76009N-AH-3 | BUY | 5,000 | $84.736 | Cash | PRINCIPAL | $4,236.80 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | INTEREST | $78.21 |
| | | | | | | | | COMMISSION | $10.00 |
| | | | | | | | | NET AMOUNT | $4,325.01 |

RENT A CTR INC NEW SR NT 6.625%20
DUE 11/15/2020    06.625%
INTEREST DATES MAY, NOV 15
06/08/11    DATED DATE
05/15/11    INT. FROM DATE
UNSOLICITED
MOODY RATG B1    S&P RATG B
YIELD 11.677 % TO MATURITY
YIELD 247.270 % TO CALL
CALLABLE 03/10/17 AT 102.208

---

▲ DETACH HERE

SUSAN E ASKEY
IRA E*TRADE CUSTODIAN
15826 SWEETROSE PL
HOUSTON TX 77095-7128

**Use This Deposit Slip    Acct: XXXX-7270**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2017
_____ 2016
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

020720170001 333392972704

237 2

# E✱TRADE FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
### Investment Account

## TRADE CONFIRMATION

**Account Number:** XXXX-7270

RE: CLAIM NO. 18946

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/07/17 | 02/10/17 | 6 1 | 812350-AE-6 | BUY | 5,000 | $94.00 | Cash | PRINCIPAL | $4,700.00 |
| | | | | | | | | INTEREST | $105.82 |
| | | | | | | | | COMMISSION | $10.00 |
| | | | | | | | | **NET AMOUNT** | **$4,815.82** |

**SEARS HLDGS CORP SR SECD 6.625%18**
DUE 10/15/2018   06.625%
INTEREST DATES APR, OCT 15
10/12/10   DATED DATE
UNSOLICITED
MOODY RATG CAA2 S&P RATG B
YIELD   10.465 % TO MATURITY

| 02/07/17 | 02/10/17 | 6 7 | 018772-AS-2 | BUY | 5,000 | $86.75 | Cash | PRINCIPAL | $4,337.50 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | INTEREST | $34.29 |
| | | | | | | | | **NET AMOUNT** | **$4,371.79** |

**ALLIANCE ONE INTL INC SR NT 9.875%21**
DUE 07/15/2021   09.875%
INTEREST DATES JAN, JUL 15
12/20/13   DATED DATE
08/01/13   INT. FROM DATE
UNSOLICITED
MOODY RATG CAA2 S&P RATG CCC
YIELD   13.981 % TO MATURITY
YIELD   59.607 % TO CALL
CALLABLE 07/15/17 AT 104.938

# Portfolios

○ Refresh Nov 2, 2021 01:31 PM ET   ● Help

**Positions** | Performance & Value | Margin | Gains & Losses | Allocation & Risk | Estimated Income

[Transfer money]

**Traditional IRA -7270**

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | ∨ Show less |
|---|---|---|---|
| $271,657.65 | $44,241.83 (20.32%) | $176.80 (0.07%) | |
| Cash Purchasing Power  $10,352.53 | Contributions made for 2021  $0.00 | | |

All Positions   › Filters   Edit Lots   Reset Sort    Wash sale adjustment    ⚙ Customize

| Symbol ▲ | Actions | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| > 12509J208 | Trade ∨ | 0.00 | 0.00 | 0.00% | 3,274 | 2.4916 | 0.00 | -8,157.40 | -100.00% | 0.00 |
| ∨ SEARS HOLDING... 6.62% 10/15/2018 | Trade ∨ | 2.00 | -- | -- | 5,000 | 94.00 | 0.00* | -4,610.00 | -97.88% | 100.00 |
| 02/07/2017 | Sell | 2.00 | -- | -- | 5,000 | 94.00 | 0.00 | -4,610.00 | -97.88% | 100.00 |
| > AAPL | Trade ∨ | 150.98 | 2.02 | 1.36% | 404.05858 | 63.2143 | 816.20 | 35,462.47 | 138.84% | 61,004.76 |
| > AAPL Dec 03 '21 $160 Call | Trade ∨ | 0.81 | 0.18 | 28.57% | -2 | 0.64 | -36.00 | -35.03 | -27.15% | -162.00 |
| > DG | Trade ∨ | 221.15 | 0.68 | 0.31% | 101.70983 | 136.6505 | 69.16 | 8,589.48 | 61.78% | 22,493.13 |
| > EMLC | Trade ∨ | 29.2199 | 0.0099 | 0.03% | 554.30444 | 31.4491 | 5.49 | -1,235.65 | -7.09% | 16,196.72 |
| > FLO | Trade ∨ | 24.96 | 0.03 | 0.12% | 1,026.60074 | 22.1171 | 30.80 | 2,918.53 | 12.85% | 25,623.95 |
| > GLD | Trade ∨ | 167.1178 | -0.4022 | -0.24% | 100 | 170.6567 | -40.22 | -353.89 | -2.07% | 16,711.78 |
| > IVV | Trade ∨ | 463.3322 | 1.3922 | 0.30% | 101.90325 | 356.4794 | 141.87 | 10,888.64 | 29.97% | 47,215.06 |
| > IVV Nov 19 '21 $460 Call | Trade ∨ | 7.00 | 0.90 | 14.40% | -1 | 1.80 | -90.00 | -535.52 | -296.65% | -715.00 |
| > JPS | Trade ∨ | 9.93 | -0.01 | -0.10% | 1,418.36864 | 8.9249 | -14.18 | 1,425.59 | 11.26% | 14,084.40 |
| > TWO | Trade ∨ | 6.41 | | | | 10.4196 | -286.74 | -11,497.13 | -38.48% | 18,380.18 |



**E*TRADE FINANCIAL®**
Trading • Investing • Banking

Page 1 of 2

**E*TRADE Securities**
Investment Account

## TRADE CONFIRMATION

**Account Number:** XXXX-6075

**Account Name:**
RANDAL G ASKEY    RE: CLAIM NO. 19041
IRA R/O ETRADE CUSTODIAN

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the E*TRADE Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/07/17 | 02/10/17 | 6 1 | UAA | BUY | 100 | $20.50 | Cash | PRINCIPAL | $2,050.00 |
| | | | | | | | | COMMISSION | $9.99 |
| UNDER ARMOUR INC CL A | | | | | | | | NET AMOUNT | $2,059.99 |
| 02/07/17 | 02/10/17 | 6 1 | 812350-AE-6 | BUY | 5,000 | $94.00 | Cash | PRINCIPAL | $4,700.00 |
| SEARS HLDGS CORP SR SECD 6.625%18 | | | | | | | | INTEREST | $105.82 |
| DUE 10/15/2018  06.625% | | | | | | | | COMMISSION | $10.00 |
| INTEREST DATES APR, OCT 15 | | | | | | | | NET AMOUNT | $4,815.82 |
| 10/12/10  DATED DATE | | | | | | | | | |
| UNSOLICITED | | | | | | | | | |
| MOODY RATG CAA2 S&P RATG B | | | | | | | | | |
| YIELD  10.465 % TO MATURITY | | | | | | | | | |
| 02/07/17 | 02/10/17 | 6 7 | 018772-AS-2 | BUY | 5,000 | $86.765 | Cash | PRINCIPAL | $4,338.25 |
| ALLIANCE ONE INTL INC SR NT 9.875%21 | | | | | | | | INTEREST | $34.29 |
| DUE 07/15/2021  09.875% | | | | | | | | NET AMOUNT | $4,372.54 |
| INTEREST DATES JAN, JUL 15 | | | | | | | | | |
| 12/20/13  DATED DATE | | | | | | | | | |
| 08/01/13  INT. FROM DATE | | | | | | | | | |
| UNSOLICITED | | | | | | | | | |
| MOODY RATG CAA2 S&P RATG CCC | | | | | | | | | |
| YIELD  13.976 % TO MATURITY | | | | | | | | | |
| YIELD  59.557 % TO CALL | | | | | | | | | |
| CALLABLE 07/15/17 AT 104.938 | | | | | | | | | |

---

△ DETACH HERE

RANDAL G ASKEY
IRA R/O ETRADE CUSTODIAN
15826 SWEETROSE PL
HOUSTON TX  77095-7128

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE △

**Use This Deposit Slip    Acct: XXXX-6075**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____  2017
_____  2016
_____  Rollover

020720170001  333678960753



Attn: Honorable Robert D. Drain

United States Bankruptcy Court for the Southern District of New York

300 Quarropas Street

White Plains, NY 10601


Attn: Ray C Shrock, Esq., Jacqueline Marcus, Esq., Garret A. Fail, Esq., & Sunny Singh, Esq.

Weil, Gotshal, & Manges LLP

767 Fifth Ave.

New York, NY 10153


Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., Sara Lynn Brauner, Esq.

Akin Gump Stauss Hauer & Feld LLP

One Bryant Park

New York, NY 10036