WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                        :    Chapter 11
                                                                                  :
**SEARS HOLDINGS CORPORATION**, *et al.*,    :    Case No. 18-23538 (RDD)
                                                                                  :
Debtors.[1]                                                            :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO PROOFS OF CLAIMS (RECLASSIFYING CLAIMS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On October 19, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9975) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for November 2, 2021, at 4:00 p.m. (prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4. A redline of the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

2

5. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: November 5, 2021
New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit A**

**Proposed Order**

WEIL:\98239398\1\73217.0004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :       Chapter 11
                                                   :
SEARS HOLDINGS CORPORATION, *et al.*,              :       Case No. 18-23538 (RDD)
                                                   :
Debtors.[2]                                        :       (Jointly Administered)

------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-SIXTH
### OMNIBUS OBJECTION TO PROOFS OF CLAIM
### (RECLASSIFYING CLAIMS)

Upon the *Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims)*, filed on October 19, 2021 (the "**Objection**"),[3] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[3] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on **Exhibit 1** annexed hereto and each asserted claim associated therewith (collectively, the "**Disputed Claims**") is reclassified in its entirety to a general unsecured claim.

3. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4. The rights of the Debtors to assert further objections to the Disputed Claims, in whole or in part, and on any basis, are fully preserved.

5. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2021
       White Plains, New York

                                    HONORABLE ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Disputed Claims**

WEIL:\98239398\1\73217.0004

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | 10 MANAGEMENT INCORPORATED, INC | 4521 |
| 2. | A-1 MULTI SERVICE LLC | 2329 |
| 3. | AHMED, IKHLAS | 18781 |
| 4. | AHS STAFFING, LLC (FORMERLY PHARMSTAT, LLC) | 1227 |
| 5. | ALBRIGHT, TARA | 9890 |
| 6. | ALDRIDGE, MATT | 2630 |
| 7. | ALL AMERICAN DOOR | 15188 |
| 8. | ALLEN, BARBARA | 14188 |
| 9. | ALLIANCE WORKFORCE SOLUTIONS, LLC | 5520 |
| 10. | ALLIANCE WORKFORCE SOLUTIONS, LLC | 15385 |
| 11. | ALLIED UNIVERSAL SECURITY SERVICES | 2967 |
| 12. | ALVAREZ, VIVIAN | 10888 |
| 13. | AMAZING WL LTD COMPANY | 8637 |
| 14. | AMMONS, STERLING | 13897 |
| 15. | AMY MORTON DBA MID STATES PARKING LOT | 5542 |
| 16. | ANTHONY BROWN LLC | 4509 |
| 17. | APPLIED STAFFING SOLUTIONS LLC | 14858 |
| 18. | ARCE, LAUREN | 1789 |
| 19. | ARENAS, ESTHER AMANDA | 8208 |
| 20. | ARENAS, ESTHER AMANDA | 8327 |
| 21. | ARTHUR WOLFORD LLC | 10658 |
| 22. | ASCHOFF, MICHAEL P | 12003 |
| 23. | AUSTIN, CATHERINE | 16313 |
| 24. | AXIOM STAFFING GROUP INC | 7056 |
| 25. | BAKER, ROBERTA JOAN | 4464 |
| 26. | BANKS, MARGARET | 12990 |
| 27. | BARKER III, CHARLES | 18975 |
| 28. | BARKER III, CHARLES | 6403 |
| 29. | BARKER, DARLA | 17031 |
| 30. | BARNES, ANNIE | 16839 |
| 31. | BAZAN, FRANCES | 5020 |
| 32. | BENISON, SHONTAE | 19448 |
| 33. | BENS, TAWANA | 12572 |
| 34. | BENTON, NITA | 17506 |
| 35. | BERRY, BOBBY | 11062 |
| 36. | BLANEY, MARIA | 9799 |
| 37. | BONNER-SMITH, DENISE | 10199 |
| 38. | BOUTROS, PIERRE | 8979 |
| 39. | BOYD, JAMES | 10550 |
| 40. | BRAUN, LAURENCE | 13227 |
| 41. | BROWN, ARDREE D. | 17029 |
| 42. | BROWN, ROBERT | 11397 |
| 43. | BUCKLEY, SHIRLEY | 9691 |
| 44. | BULLOCK, STEVE D | 16633 |
| 45. | BURGER, SANDRA GOFF | 1880 |
| 46. | BUTLER, ALFREDIA | 13219 |
| 47. | BUYZE, ADRIAN C. | 6026 |
| 48. | BYERLEY, DAVID | 11160 |
| 49. | BYRD, DONNIE L | 18916 |
| 50. | CALHOUN, ANGIE | 11536 |
| 51. | CALLISONRTKL | 7619 |
| 52. | CALLISONRTKL | 7965 |
| 53. | CAMPBELL, BENJAMIN T. | 7115 |
| 54. | CANADY, JEROME | 9631 |
| 55. | CAPITAL BUILDING SERVICES GROUP, INC | 17288 |
| 56. | CAPITAL BUILDING SERVICES GROUP, INC | 17443 |
| 57. | CARRAWAY, PEDRO | 9022 |
| 58. | CARRIBEAN LOTTERY SERVICES | 12779 |
| 59. | CARROLL, JUANITA | 11118 |
| 60. | CARTER, BRIANA | 5901 |
| 61. | CASILLAS, LUIS | 17764 |
| 62. | CHAMPION, JANICE | 12993 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 63. | CHAN, NGO | 13233 |
| 64. | CHILDREN'S ISLAND CORPORATION | 2479 |
| 65. | CHRISTOPHER BURT OD PC | 6661 |
| 66. | CHRONOSTORE | 1617 |
| 67. | CHRONOSTORE | 8291 |
| 68. | CINTRON, CAROL | 16193 |
| 70. | CLAYTON, DEBRA | 16537 |
| 71. | COLLINS, YVONNE | 14999 |
| 72. | COMFY CONSTRUCTION LLC | 1040 |
| 73. | CONNIE E. CARRASCO - DD LANDSCAPE AND LAWN SERVICE | 8043 |
| 74. | CONNORS, FONG AND MANCUSO, INC | 8700 |
| 75. | CONNORS, FONG AND MANCUSO, INC. | 8241 |
| 76. | CONNORS, FONG AND MANCUSO, INC. | 8244 |
| 77. | CONTI, BIAGIO | 19184 |
| 78. | CONWAY, PEGGY | 19971 |
| 79. | COOK, STEVEN | 12907 |
| 80. | COOL BREEZE HVAC INC | 4474 |
| 81. | COOL BREEZE HVAC INC | 4554 |
| 82. | COTTLE, SHIRLEY | 17923 |
| 83. | CRAIG, ATHENA | 14292 |
| 84. | CRAWFORD, CYNTHIA | 19329 |
| 85. | CREATIVE CIRCLE, LLC | 6792 |
| 86. | CRESCENT ACE HARDWARE | 8530 |
| 87. | CRONAN, DAN M | 4575 |
| 88. | CROOK, JEFFREY W. | 16386 |
| 89. | CROSLAND, CINDY D | 3030 |
| 90. | CROSS, RICHARD | 2064 |
| 91. | CUBY, VIRGINIA | 10904 |
| 92. | CURRY, JADA M | 10475 |
| 93. | D & M STRIPING | 10293 |
| 94. | D&C MEDIA LLC | 2057 |
| 95. | DACRUZ, ROBERT | 12873 |
| 96. | DAVE MANCIA, DUNS # 1000338016 | 755 |
| 97. | DAVID KAIRYS OD | 5495 |
| 98. | DAVIS, BRENDA | 19312 |
| 99. | DAVIS, JOSEPH T | 6690 |
| 100. | DAVY, MARIO | 8542 |
| 101. | DE BILLAS LUX | 3651 |
| 102. | DEAN, JOHN | 11947 |
| 103. | DEE HEFFERNAN, INC. | 618 |
| 104. | DEJOIE, KENNETH | 7159 |
| 106. | DEWITT & FLO HOLLINGSWORTH | 16246 |
| 107. | DIFOGGIO PLUMBING PARTNERS, INC | 4992 |
| 108. | DIMARTINO, MICHELINA | 5288 |
| 109. | DIPAOLO, VALENCIA TOOPS | 19511 |
| 110. | DONAHUE, JOSEPH | 18966 |
| 111. | DONE RIGHT INSTALLATIONS | 7022 |
| 112. | DR. HOLLY LEWTON PC | 16800 |
| 113. | DR. NICHOLAS KREVATAS PA | 4886 |
| 114. | DRIVERS PLUMBING & MECHANICAL INC | 17133 |
| 115. | DUMA, ROGEL | 2795 |
| 116. | DUNBAR, SELEYOUN | 8416 |
| 117. | DUNLAP, KEVIN | 9478 |
| 118. | DUNLAP, KEVIN L. | 9579 |
| 119. | DUNN, CAROL A | 2650 |
| 120. | DURFEY, JAMES R. | 8091 |
| 121. | EADDY, LORRAINE BOONE | 14119 |
| 122. | EAGLE NURSERIES INC. | 3788 |
| 123. | EL DORADO LOCATORS | 1226 |
| 124. | EL-HABRE, SUZANNE | 5063 |
| 125. | EL-HABRE, SUZANNE | 12213 |
| 126. | EMARKTPLACE SOLUTIONS LLC | 4643 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 127. | EMPLOYMENT SOLUTIONS | 119 |
| 128. | ESPOSITO, ROBERT | 13792 |
| 129. | ESQUIVEL, ERIKA | 1702 |
| 130. | ESQUIVEL, ERIKA J | 1987 |
| 131. | ESTEP, TERRI  L. | 26436 |
| 132. | ESTEP, TERRI L | 26435 |
| 133. | EVANS, DEBORAH L | 6500 |
| 134. | EVELAND, ROBERT | 18332 |
| 135. | EXCEL BUILDING SERVICES LLC | 14835 |
| 136. | EXCEL BUILDING SERVICES, LLC | 5500 |
| 137. | EXPRESS EMPLOYMENT PROFESSIONALS | 7892 |
| 138. | EXPRESS SERVICES INC. | 8145 |
| 139. | FACT AUTOMATED ENTRANCES, INC | 7966 |
| 140. | FAISON, SHIRLEY | 10050 |
| 141. | FANELLI, HELEN | 18578 |
| 142. | FERGUSON, MARY L. | 19677 |
| 143. | FERNANDEZ, ELYSE | 4773 |
| 144. | FIRE & ICE HEATING AND COOLING | 1008 |
| 145. | FITZGERALD, SHAWN | 1564 |
| 146. | FORCE, EMILY | 5805 |
| 147. | FOREST FAMILY EYE CARE CLINIC | 18378 |
| 148. | FORRESTER, BRIAN | 9314 |
| 149. | FOUR SEASONS SIDING, INC. | 677 |
| 150. | FRANCIS, ELAINE | 18651 |
| 151. | FRAZIER, RUBY | 15487 |
| 152. | FRUGE, JULIE M | 4398 |
| 153. | GALLAGHER, ALANE | 7970 |
| 154. | GARCIA FAMILY ENTERPRISES LLC | 19540 |
| 155. | GARRETT, LINDA ARIANA | 14844 |
| 156. | GARY D. NELSON ASSOCIATES, INC. | 1096 |
| 157. | GATHER NO MOSS LTD | 19820 |
| 158. | GAZDA, CAROL | 16764 |
| 159. | GEORGE ELDERKIN | 17048 |
| 160. | GEORGE, DEBRA KAY | 5551 |
| 161. | GIDEON'S SOURCE OF KANSAS INC | 9861 |
| 162. | GILL, MARTHA | 19218 |
| 163. | GOVEA, FELIPE | 8037 |
| 164. | GRAPHIC TEAM INC. | 8913 |
| 165. | GRAVES, PAMELA | 14124 |
| 166. | GRAY, CHRISTINE | 15301 |
| 167. | GRIFFIN, WILLIE | 12798 |
| 168. | GUERRERO, JAVIER | 12427 |
| 169. | GUO, ANDREW | 11161 |
| 170. | GUSTAVE-WILBORN, GHYSLAINE | 17635 |
| 171. | GUTRICK, BARBARA | 15523 |
| 172. | H. DENNIS LEWTON, O.D. | 5829 |
| 173. | HADEN, AARON | 8 |
| 174. | HADEN, AARON | 10 |
| 175. | HADEN, AARON | 11 |
| 176. | HADEN, AARON | 14 |
| 177. | HADEN, AARON | 16 |
| 178. | HADEN, AARON | 17 |
| 179. | HALE, MICHAEL | 12404 |
| 180. | HALIMA, RUBEN | 7872 |
| 181. | HALL, JANICE | 19658 |
| 182. | HAMILTON, LATONYA | 26466 |
| 183. | HAMMER, SAM & DEBBIE | 19383 |
| 184. | HANNA, CHRISTOPHER DORIAN | 8635 |
| 185. | HARRIS, BETTY J | 17415 |
| 186. | HEATH OFSTEAD | 9677 |
| 187. | HEINEMANN, ROBERT C | 9625 |
| 188. | HERNANDEZ ALBELO, JOEL E | 9158 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 189. | HERNANDEZ, CATHERINE | 4966 |
| 190. | HERNANDEZ, CATHERINE CANNON | 2979 |
| 191. | HERRERA, ELSA | 19065 |
| 192. | HERRON, FRANK E | 9700 |
| 193. | HERRON, HENRIETTA | 11958 |
| 194. | HG TRADING INC | 3556 |
| 195. | HILL, DEBORAH | 19004 |
| 196. | HILL, DEBORAH | 19011 |
| 197. | HILL, JOHN M. | 8122 |
| 198. | HILL, MARGARET | 13651 |
| 199. | HILL, ROSA L. | 15949 |
| 200. | HOBSON-WILLIAMS, TANYA | 10883 |
| 201. | HOLMES, CAROL | 20071 |
| 202. | HOMER, ISLE | 19497 |
| 203. | HOOKS, LAPRICIA | 11505 |
| 204. | HOUSTON, FRAZIER | 15931 |
| 205. | HOUSTON, MARTAVIA SHAREE | 4223 |
| 206. | HULSEY, MARTHA DIANN | 5824 |
| 207. | HUTCHINGS, MICHAEL | 12304 |
| 208. | HUTCHINS, TRUESELLA | 11349 |
| 209. | HUZALA INC | 1590 |
| 210. | INDUSTRIAL REFRIGERATION SERVICES/GREGORY STEEN | 13994 |
| 211. | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2686 |
| 212. | INGRAM ELECTRO-MEK, INC. | 3590 |
| 213. | INNA MAZE | 15903 |
| 214. | INSTALLATIONS AP LLC | 1044 |
| 215. | INTEGRATED SERVICE MGT LLC | 10449 |
| 216. | IRVIN PUBLIC RELATIONS | 4858 |
| 217. | J&L INSTALLS, LLC | 4410 |
| 218. | JACKSON CLEANING SERVICES, LLC | 14140 |
| 219. | JACKSON, BRITTANY BRIA | 9440 |
| 220. | JACKSON, CASSANDRA | 16249 |
| 221. | JACKSON, WILLIAM | 10837 |
| 222. | JANDI SERVICES | 20601 |
| 223. | JANSEN, JASON | 17741 |
| 224. | JAP & SONS SOLUTIONS ONLINE | 3994 |
| 225. | JASSO, DEBRA | 13144 |
| 226. | JENKINS, TIARA | 15875 |
| 227. | JEROME-BERRY, SHERRY | 18647 |
| 228. | JOHNSON, GERALDINE | 10190 |
| 229. | JOHNSON, LYNDA | 15897 |
| 230. | JOINER, CANDIS | 6984 |
| 231. | JONES, HILDA | 19027 |
| 232. | JOSIAH, COOKIE K. | 11152 |
| 233. | JOYNES, GEORGE (MRS) C | 14346 |
| 234. | KAN, WENKANG | 6010 |
| 235. | KELLER, ARNOLD | 18964 |
| 236. | KELLER, KRISTIE | 8960 |
| 237. | KELLY, GLORIA | 10608 |
| 238. | KEMP, BRANDON | 8996 |
| 239. | KEYLESS SHOP INC | 12007 |
| 240. | KHAN, SHAHARYAR | 12860 |
| 241. | KING, WANDA MARCELLA | 6071 |
| 246. | KITAGAWA, MARTIN A | 6909 |
| 247. | KONOPKA, KERRY | 12915 |
| 248. | KRAUSE WATCH CO. | 1477 |
| 249. | KUBWIMANA, SERGE | 16278 |
| 250. | KUNZ, EDNA PATRICIA | 5486 |
| 251. | KUPPINGER, JOHN | 5339 |
| 252. | KURYLOWICZ, ROBERT | 4493 |
| 253. | KURZER, ANN | 5863 |
| 254. | LABISSIERE, MARIE | 14944 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 255. | LACY, KATHY J. | 11794 |
| 256. | LANGE, HELEN K | 19634 |
| 257. | LANGE, MARK | 19424 |
| 258. | LANZAFAME, IGNAZIO | 5658 |
| 259. | LAROCQUE, MICHAEL | 19466 |
| 260. | LAU, COOBE | 12448 |
| 261. | LEAKS, JOHNNY AND SARA | 15014 |
| 262. | LEE W. FLANAGAN LANDSCAPING | 4885 |
| 263. | LEE, WILLA | 17912 |
| 264. | LEE'S LAWN SERVICE | 5337 |
| 265. | LEE'S MAINTENANCE SERVICE INC. | 5357 |
| 266. | LI, JANE | 5513 |
| 267. | LIDWINE, JEAN BAPTISTE | 14510 |
| 268. | LIGGINS EYE CONSULTANTS, INC. | 8132 |
| 269. | LIGGINS, PHILLIP M. | 8134 |
| 270. | LILY'S TALENT AGENCY | 4831 |
| 271. | LINK, TERRENCE | 14351 |
| 272. | LIPPS LLC | 5421 |
| 273. | LISSER, ALEKSANDR | 15409 |
| 274. | LK OK CARPET INSTALLATIONS, LLC | 2449 |
| 275. | LL&D INC. | 1589 |
| 276. | LOCH, LYNDA S | 14507 |
| 277. | LOVE, THOMAS | 11412 |
| 278. | LOVELL, ERNESTINE W | 17052 |
| 279. | LUCINBILL, INC. | 2127 |
| 280. | LUX LOGS LTD | 5142 |
| 281. | MACFARLANE, ROBERT | 17844 |
| 282. | MACHUGA CONTRACTORS, INC. | 4520 |
| 283. | MAGGARDS TIME SERVICE INC | 10867 |
| 284. | MAGGARD'S TIME SERVICE, INC STORE# 1465 | 3029 |
| 285. | MARILYN OWNS MEDICINE | 6947 |
| 286. | MARK GILES LANDSCAPE COMPANY | 1491 |
| 287. | MARLOW, MINDI | 5176 |
| 288. | MARONA, SCOTT | 15776 |
| 289. | MARTIN, MARY | 19889 |
| 290. | MASON, EDWARD | 10924 |
| 291. | MATHEWS, PATRICIA | 19472 |
| 292. | MAXWELL, SCOTT LEE | 6191 |
| 293. | MAYO, LOUISE H. | 18293 |
| 294. | MAYS, CORNELIUS | 15251 |
| 295. | MCCOWAN, BETTY | 14933 |
| 296. | MCILWAIN, RALPH | 1031 |
| 297. | MEADOWBROOK HARDWARE | 8147 |
| 298. | MEMBRILA, TOMAS | 1460 |
| 299. | MENDOLERA, CHRISTINA | 4628 |
| 300. | MENJIVAR, DORIBEL E. | 6707 |
| 301. | MESEWICZ, DAVID P | 2942 |
| 302. | MILLER, JILL PAXTON | 3996 |
| 303. | MILLER, MELISSA | 12472 |
| 304. | MINNESOTA STAFFING LLC DBA AAA LABOR | 4815 |
| 305. | MITCHELL, TINA | 11997 |
| 306. | MOORE, JAN | 6783 |
| 307. | MOORE, JOHN AND DONNA | 9044 |
| 308. | MORALES, CORINA | 19387 |
| 309. | MOROSETTI, ALVIN | 19933 |
| 310. | MORRIS, SUSAN K | 1800 |
| 311. | MORTON, JOANN | 13550 |
| 312. | MOUSER, JULIA L. | 16158 |
| 313. | MOYE, OPHELIA | 2209 |
| 314. | MP HOLDING N AMER, INC. | 13015 |
| 315. | MP HOLDINGS, LLC | 18048 |
| 316. | MUSTAPHA, PRINCESS J. | 5760 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 317. | MUTTALIB, FAAROUQ | 13883 |
| 318. | MYOPTICS, LLC/ ALICE P. NGUYEN, OD | 6036 |
| 319. | NAIK, VINAYAK | 10807 |
| 320. | NASHUA WASTEWATER SYSTEMS | 6682 |
| 321. | NAVA, JUANITA | 11628 |
| 322. | NELSON, DAYNA DIANE | 11373 |
| 323. | NENABER, PHILLIP | 4789 |
| 324. | NEUBAUER, FRANK | 15891 |
| 325. | NEVERSON, CHERYL | 13324 |
| 326. | NEW DIMENSIONS | 3923 |
| 327. | NEWTON, TIFFANY | 14798 |
| 330. | NGUYEN, TRAM (LORI) OD | 15976 |
| 331. | NICKS, GARY | 3359 |
| 332. | NICKS, GWENDOLYN D. | 13254 |
| 333. | NIN GROUP INC | 12932 |
| 334. | NIN GROUP INC. | 12934 |
| 335. | NORTHERNMARINEELECTRONICS.COM | 4358 |
| 336. | NORTHGATE GARAGE DOOR CO., LLC | 5477 |
| 337. | NORTHGATE GARAGE DOOR CO., LLC | 5481 |
| 338. | NORTHWEST REMODEL GUYS LLC | 84 |
| 339. | NW SALES CONNECTION, INC | 1779 |
| 340. | OAK BROOK MECHANICAL SERVICES, INC. | 6136 |
| 341. | OAK BROOK MECHANICAL SERVICES, INC. | 6139 |
| 342. | ODONNELL, KRISTEN | 9532 |
| 343. | OJO CREATIVE | 6868 |
| 344. | OLIVAS, JUAN | 4489 |
| 345. | OLIVER, VIRGINIA | 14162 |
| 346. | ONEAL, DARLENE | 9320 |
| 347. | OTAGURO, KELVIN | 11582 |
| 348. | OWENS III, JOHN WILLIAM | 7100 |
| 349. | PADEN, ED | 10995 |
| 350. | PALKON, REGINA | 19056 |
| 351. | PARAS, ROBERTO P. | 18832 |
| 352. | PASS IT ON INC. | 2643 |
| 353. | PAUL, CURTES | 11618 |
| 354. | PAYNE, SAM | 7008 |
| 355. | PEARSON, ANTHONY | 18321 |
| 356. | PERKINS, KEISHA | 8029 |
| 357. | PHAM, YEN | 9463 |
| 358. | PHIPPEN, HEIDI | 8506 |
| 359. | PIERRE, BOUTROS | 8965 |
| 360. | POLISE, CONCETTA | 11513 |
| 361. | POWELL, ROBERT D. | 15041 |
| 362. | PRECISION AIR COMFORT LLC | 14591 |
| 363. | PREMIER PRODUCTS LLC | 6962 |
| 364. | PRIOR, JOSEPHINE | 4997 |
| 365. | PSS PATHFINDER, INC. | 8662 |
| 366. | PUCELY, JOEL | 20311 |
| 367. | PUCELY, JOEL | 7102 |
| 368. | QUALIMAX MARKETING INC | 2321 |
| 369. | QUINN, DORETHA | 18235 |
| 370. | R & S APPLIANCE INSTALLATIONS, INC. | 2422 |
| 371. | RAMASAR, NAVITA | 6876 |
| 372. | RAMIRO, JUDITH | 12733 |
| 373. | RANSCAPES, INC. | 7732 |
| 374. | REGIS ELECTRIC LLC | 16323 |
| 375. | RESIDENTIAL BUILDERS ASSOCIATION (RBA) | 7564 |
| 376. | RICHARDSON, TANAKA | 18403 |
| 377. | RING, JEFF | 5378 |
| 378. | ROBERT OR SARA BROWN 33845 | 1221 |
| 379. | ROBINSON, SHUNTAI | 19069 |
| 380. | ROGERS, ETHELEEN | 10584 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 381. | ROGERS, VIOLA Y | 16907 |
| 382. | ROI ENERGY INVESTMENTS, LLC | 5592 |
| 383. | ROKANAS, NICHOLAOS | 10532 |
| 384. | ROSALES, FREDDY MEZA | 4278 |
| 385. | ROSS, ELIJAH | 19103 |
| 386. | ROWAN, ESTHER M | 12985 |
| 387. | RUSH, ADRIENNE | 12618 |
| 388. | SAENZ, NICEFORO | 12067 |
| 389. | SALEEM, UMMAD | 1638 |
| 390. | SANDERS, BARBARA | 11127 |
| 391. | SANDERS, JOHN | 11832 |
| 392. | SANFELIZ, MARIA D | 5897 |
| 393. | SAPP, RANDALL | 4999 |
| 394. | SAUNDERS, GEORGE | 19923 |
| 395. | SAWIN, CAROLYN R | 12293 |
| 396. | SAX O.D., DREW A. | 6548 |
| 397. | SCOTT, LAKISHA | 12630 |
| 398. | SEGERS, REVOIR | 13354 |
| 399. | SERVICE FINANCE | 9780 |
| 400. | SILVER CITY JEWELRY INC. | 12728 |
| 401. | SISTER MOON BOUTIQUE | 5236 |
| 402. | SMITH, CARRIE | 12754 |
| 403. | SMITH, MAMIE | 19879 |
| 404. | SMITH, SHIRLEY | 10799 |
| 405. | SMITH, VIVIAN | 15827 |
| 406. | SNELLING | 5589 |
| 407. | SS GROUP INC | 8495 |
| 408. | STAGLIANO, SAMUEL | 19251 |
| 409. | STALBAUM, CINDY | 10486 |
| 410. | STANIOS INDUSTRIAL SUPPLY CO | 2346 |
| 411. | STEIN, SCOTT | 18498 |
| 412. | STEPHENSON, JARMILIA | 17790 |
| 413. | STONE SOUP 3, INC | 13100 |
| 414. | STOTT RYAN, SUE | 7851 |
| 415. | STUCK'S HEATING AND COOLING | 778 |
| 416. | STUDIO HIROSHI LLC | 931 |
| 417. | STUTZ, RICHARD | 3553 |
| 418. | SUNCOAST RENOVATIONS AND REMODELING LLC | 987 |
| 419. | SUNNY FASHION INC. | 1599 |
| 420. | SUPPLE, LISA | 18754 |
| 421. | SWEPT AWAY LLC | 9323 |
| 422. | TASIE, CHUKWUEMEKA R. | 9028 |
| 423. | TAYLOR'S SMALL ENGINE REPAIR | 3037 |
| 424. | TCA HOLDINGS PROPARTNERS LLC | 7151 |
| 425. | TEAL CONSULTING GROUP | 14411 |
| 426. | TEXAS PLUMBING DIAGNOSTICS | 10630 |
| 427. | TEXAS PLUMBING DIAGNOSTICS | 11103 |
| 428. | TEXAS PLUMBING DIAGNOSTICS | 14970 |
| 429. | TEXAS PLUMBING DIAGNOSTICS | 15254 |
| 430. | TEXAS PLUMBING DIAGNOSTICS | 18243 |
| 431. | THE BICYCLE DOCTOR OF BROWARD, INC. | 6498 |
| 432. | THE CORE ORGANIZATION | 17323 |
| 433. | THE LAWN PROZ OF FLORIDA INC | 7870 |
| 434. | THE ROCKIES LLC | 2 |
| 435. | THOMAS, DELSIA | 19943 |
| 436. | THOMAS, KANIKI | 1911 |
| 437. | TIGER MEDIA INC. | 4725 |
| 438. | TILLER, TINA | 13731 |
| 439. | TOMA, JEAN | 8523 |
| 440. | TOP STEP MANUFACTURING, LLC | 4 |
| 441. | TORRES, ANGELICA | 6147 |
| 442. | TREASURE EXCHANGE | 3872 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 443. | TRITTSCHUH, DIANE | 17727 |
| 444. | TYLER, EARL | 12243 |
| 445. | USA MAINTENANCE OF FLORIDA LLC | 5544 |
| 446. | VALENCIA, AURELIO | 10511 |
| 447. | VANDERPOOL, MICHELLE | 18421 |
| 448. | VANWINKLE, EDDIE | 12392 |
| 449. | VASANT S. JADIA, TIME JEWELS, VENDOR # DUN 1000338024 | 3834 |
| 450. | VENCO WESTERN, INC. | 8268 |
| 451. | VICTORY MARKETING AGENCY LLC | 16129 |
| 452. | VINYERD, DARLENE | 13282 |
| 453. | VUE, PAHOUA | 5223 |
| 454. | W S C | 15040 |
| 455. | WAHAB, OLAYINKA | 3625 |
| 456. | WARNER, PHILIP | 15616 |
| 457. | WARREN, ANGELIQUE | 11108 |
| 458. | WASHINGTON, GLORIA | 19970 |
| 459. | WATKINS, JAMES | 10008 |
| 460. | WAZEED, WAKEEDA | 12381 |
| 461. | WEDLOWE, EDDIE | 11899 |
| 462. | WELLS SWEEPING | 13394 |
| 463. | WESTERN NEON INC | 12913 |
| 464. | WEYNI, NJEMILE | 10483 |
| 465. | WHEELDON'S ALTERNATIVE ENERGY | 835 |
| 466. | WHITAKER, SHARON | 10933 |
| 467. | WHITTLE, WILLIAM | 15838 |
| 468. | WIEBE, BRIAN | 5663 |
| 469. | WILLIAMS, RUFUS | 14330 |
| 470. | WILLIAMS, TANGANICA | 9321 |
| 471. | WILLOUGHBY, JANICE | 16657 |
| 472. | WOLFORD, ARTHUR | 94 |
| 473. | WOODARD, CHERYL JEAN | 19585 |
| 474. | WOOLBRIGHT, CHERYL V | 19710 |
| 475. | WORLD TIME WATCH & JEWELRY REPAIR | 12188 |
| 476. | XU, ALICE | 7002 |
| 477. | YELLOWDEVIL LLC | 4830 |
| 478. | YETI CONSTRUCTION AND REMODELING LLC | 58 |
| 479. | YOSHIMITSU, DEBRA | 11962 |
| 480. | YOUMANS, DENNIS | 2020 |
| 481. | YOUMANS, DENNIS | 2287 |
| 482. | YOUNG, JAMES M | 6113 |
| 483. | ZABILKA, MELISSA | 12116 |
| 484. | ZAVALA, PATRICIA | 17868 |
| 485. | ZAZADO, MARYANN K | 10950 |
| 486. | ZAZZLE, INC | 1645 |
| 487. | ZHENG, MICHAEL LI & MEI | 11665 |

## Exhibit B

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :         Chapter 11
                                                   :
**SEARS HOLDINGS CORPORATION,** *et al.*,          :         Case No. 18-23538 (RDD)
                                                   :
            Debtors.[1]                            :         (Jointly Administered)
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-SIXTH
## OMNIBUS OBJECTION TO PROOFS OF CLAIM
## (RECLASSIFICATION)

Upon the *Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims)*, filed on October [19], 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

WEIL:\98190038\7\73217.0003

of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "**Hearing**"); and upon the record of the Hearing, and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on **Exhibit 1** annexed hereto and each asserted claim associated therewith (collectively, the "**Disputed Claims**") is reclassified in its entirety to a general unsecured claim.

3. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4. The rights of the Debtors to assert further objections to the Disputed Claims, in whole or in part, and on any basis, are fully preserved.

2
WEIL:\98190038\7\73217.0003

5. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2021
 White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE