WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re                                          :          Chapter 11
                                               :
SEARS HOLDINGS CORPORATION, et al.,            :          Case No. 18-23538 (RDD)
                                               :
                    Debtors.¹                  :          (Jointly Administered)
-----------------------------------------------------------x
```

## CERTIFICATE OF NO OBJECTION PURSUANT TO
## 28 U.S.C. § 1746 REGARDING DEBTORS' THIRTY-SEVENTH OMNIBUS
## OBJECTION TO PROOFS OF CLAIMS (RECLASSIFYING CLAIMS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

WEIL:\98239399\1\73217.0004

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.      On October 19, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9976) (the "**Omnibus Objection**").

2.      In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**").   The Response Deadline was set for November 2, 2021, at 4:00 p.m. (prevailing Eastern Time).  The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4.      A redline of the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

WEIL:\98239399\1\73217.0004

5.      Accordingly, the Debtors respectfully request that the Proposed Order be

entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:  November 5, 2021
        New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL:\98239399\1\73217.0004

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[2] | : | **(Jointly Administered)** |

----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-SEVENTH
## OMNIBUS OBJECTION TO PROOFS OF CLAIM
## (RECLASSIFYING CLAIMS)

Upon the *Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)*, filed on October 19, 2021 (the "**Objection**"),[3] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the

---

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[3]   Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on **Exhibit 1** annexed hereto and each asserted claim associated therewith (collectively, the "**Disputed Claims**") is reclassified in its entirety to a general unsecured claim.

3.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to,

WEIL:\98239399\1\73217.0004

claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such

Claimants shall be expressly preserved.

4.    The rights of the Debtors to assert further objections to the Disputed Claims,

in whole or in part, and on any basis, are fully preserved.

5.    The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

6.    The terms and conditions of this Order are effective immediately upon

entry.

Dated:    _____, 2021
          White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

3

## __Exhibit 1__

**Disputed Claims**

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| Schedule of Disputed Claims to be Reclassified | | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | A&GS CONTRACTOR INC | 12634 |
| 2. | A-1 FIXIT SHOP | 11466 |
| 3. | ABRAMS, LAKISHA V. | 14488 |
| 4. | ABREU, CECILIA | 12791 |
| 5. | ABREU, CECILIA | 13371 |
| 6. | ADAMO, CARA B | 9433 |
| 7. | AGUILAR, DIANA | 11078 |
| 8. | AGUINAGA, JOHNNY A | 18851 |
| 9. | AIKINS, SCOTT RICHARD | 20310 |
| 10. | ALBRIGHT, TARA CHAUNISE | 776 |
| 11. | ALLEN, JOANESE R | 16033 |
| 12. | ALLISON MATTIE L | 10352 |
| 13. | ALOHILANI ORCHIDS, INC. | 2362 |
| 14. | AMERICA'S FRESH FOODS, INC. | 6067 |
| 15. | AMIAR, ABDELHAMID | 18998 |
| 16. | ANDERSON, MARJORIE | 14272 |
| 17. | ANDERSON, STACY | 9843 |
| 18. | ANDERSON, SYLVIA | 13788 |
| 19. | ANDREWS , JAMES E | 16089 |
| 20. | ANTHONY, DORCAS D | 15146 |
| 21. | ANTOINE, WEDY | 6293 |
| 22. | ARELLANO, CASSANDRA | 10310 |
| 23. | ARISPE, DORA A | 15117 |
| 24. | ARIZPE, MARIA A | 10490 |
| 25. | ARNOLD, GARY R | 10578 |
| 26. | ASUELO, MARCIAL | 14792 |
| 27. | ASUELO, MARCIAL | 14410 |
| 28. | AUER, JOANN | 18565 |
| 29. | BADDING, DORIS | 15609 |
| 30. | BALOCAN, CORA | 17630 |
| 31. | BARNES, HORACE | 10670 |
| 32. | BARNES, UNA D | 19627 |
| 33. | BARTON, SOPHIA A | 12569 |
| 34. | BATEMAN, NAJAH | 18439 |
| 35. | BEAM, JAMES A | 9400 |
| 36. | BEEBE, ELIZABETH M | 11657 |
| 37. | BELLO, SHAKIRUDEEN | 10266 |
| 38. | BERGER, KIMBERLY N | 19767 |
| 39. | BERTA, CINDY L | 12945 |
| 40. | BETTS, RYAN R. | 14695 |
| 41. | BISHOP, CHERYL | 8963 |
| 42. | BLK PROPERTY VENTURES, LLC | 17679 |
| 43. | BLUMBERG, MICHAEL | 9319 |
| 44. | BOCANEGRA, JIMMY | 8364 |
| 45. | BOCANEGRA, JIMMY | 8409 |
| 46. | BOCANEGRA, JIMMY | 8709 |
| 47. | BOCANEGRA, JIMMY | 8880 |
| 50. | BRACKIN, ALICE B | 11020 |
| 51. | BRADLEY, SUSAN KAY | 11841 |
| 52. | BRADSHAW WESTWOOD TRUST | 16451 |
| 53. | BRANTLEY, MARJORIE | 10390 |
| 54. | BRESCH, JAMES E. | 20084 |
| 55. | BRESCHER, JAMIE | 12568 |
| 56. | BREWER, SHEILA | 9546 |
| 57. | BROADNAX , JACQUELINE D | 13627 |
| 58. | BRONSON, MARISSA A | 8957 |
| 59. | BROOKINS SR, LORNE | 9860 |
| 60. | BROWNE, MARILYN | 19055 |
| 61. | BRUNSTING, BLAIR | 4518 |
| 62. | BURNS, AMY | 9100 |
| 63. | BUTI, JUDITH L. | 21621 |
| 64. | BV USA ENTERPRISES INC | 2060 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 65. | BV USA ENTERPRISES INC. | 294 |
| 66. | BV USA ENTERPRISES INC. | 297 |
| 67. | BYRD, JUREEM K | 12681 |
| 68. | CAITO FOODS, LLC | 12395 |
| 69. | CALI CHIC | 11037 |
| 70. | CALN TOWNSHIP | 9622 |
| 71. | CALVIN, ANTHONY | 8966 |
| 72. | CAMPBELL, CHRISTOPHER M | 10633 |
| 73. | CANAS, ESTHER M. | 13588 |
| 74. | CAPITAL BUILDING SERVICES GROUP, INC | 17587 |
| 75. | CAPITAL BUILDING SERVICES GROUP, INC | 18327 |
| 76. | CAPITAL BUILDING SERVICES GROUP, INC | 18726 |
| 77. | CAPITAL BUILDING SERVICES GROUP, INC. | 18081 |
| 78. | CAPITAL BUILDING SERVICES GROUP, INC. | 18090 |
| 79. | CARBALLO, MANUELITA | 15256 |
| 80. | CARIBBEAN LOTTERY SERVICES | 3595 |
| 82. | CARTER, WILLIAM | 12737 |
| 83. | CEVASCO, CLARA L. | 11293 |
| 84. | CHANNEY, JUWAN | 19986 |
| 85. | CHAPMAN, DEBRA | 14779 |
| 86. | CHAVEZ, OMAR | 13504 |
| 87. | CHERRY, JADA | 13939 |
| 88. | CHILES, JUANITA H | 19086 |
| 89. | CHIN, KARL A | 17914 |
| 90. | CITY OF BREA | 18059 |
| 91. | CITY OF DOWNEY | 20252 |
| 92. | CITY OF ESCONDIDO | 19552 |
| 93. | CITY OF GRAYLING | 6489 |
| 94. | CITY OF LOS ANGELES, OFFICE OF FINANCE | 19913 |
| 95. | CITY OF SANTA CLARITA | 17939 |
| 96. | CLARK, IESHIA N | 11979 |
| 97. | CLARK, SEAN | 10634 |
| 98. | CMM, LLC | 17906 |
| 99. | COBARRUBIAS, ANTONIA | 7875 |
| 100. | COHEN , MICHAEL A | 11993 |
| 101. | COHEN PATRICIA B | 12178 |
| 102. | COLEMAN, MONTEZ | 19503 |
| 103. | COLMENARES, EUFROSINA | 3169 |
| 104. | COMERATE, SR., DOMINIC JOHN | 4577 |
| 105. | COMSTOCK, KENNETH | 13518 |
| 106. | CONNECTICUT NATURAL GAS CORPORATION | 6607 |
| 107. | CONTI, BIAGIO | 19151 |
| 108. | CONTINENTAL 51 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13168 |
| 109. | CORBETT, MADISON | 15099 |
| 110. | CORBIN, SARAH | 2466 |
| 111. | COUNTEE, LINDA C | 10713 |
| 112. | COWARD, EVELYN | 18838 |
| 113. | CRAFTS, JOHN M | 14216 |
| 114. | CRAMER, TAMMY | 9094 |
| 115. | CRAW, DEWEY A | 13213 |
| 116. | CRUZ, ROSIE V | 18683 |
| 117. | CULLITON, ANDREA M | 11451 |
| 118. | D'AMBROSIO, MICHAEL | 19143 |
| 119. | DANIEL, SHIRLEY | 17671 |
| 120. | DANIELS, DOUGLAS P | 18592 |
| 121. | DAVENPORT, JONATHAN DANIEL | 1727 |
| 122. | DAVIES, CHRISTOPHER | 18540 |
| 123. | DAVIS, CAROL B | 14015 |
| 124. | DAVIS, KIMBERLY R | 18931 |
| 125. | DAVIS, STEVEN E | 5996 |
| 126. | DEAL, LUCILLE H | 26152 |
| 127. | DEMARACO, JENNIFER | 19299 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 128. | DENNIS, BEVERLY | 20279 |
| 129. | DESAI, KAMLESH R | 17229 |
| 130. | DEVORE, ALICIA A. | 9786 |
| 131. | DI CICCO, THOMAS | 12065 |
| 132. | DIAZ JIMENEZ, JAVIER | 18623 |
| 133. | DICKENSON, INGRID | 14910 |
| 134. | DIFEBO, REBECCA L | 12198 |
| 135. | DOHMAN, AMIE L | 16354 |
| 136. | DOLLUS, GUITA | 9685 |
| 137. | DONALD, BRITTON | 10058 |
| 138. | DOOLEY, CARRIE R | 11048 |
| 139. | DUCKSWORTH, CORDERO | 15079 |
| 140. | DUCUSIN, ROWENA R | 2206 |
| 141. | DULING, REVELLE T | 10099 |
| 142. | DUNN, CAROL A | 9921 |
| 143. | DUNN, LETISHA | 18936 |
| 144. | DURHAM SUPPLY INC. | 8434 |
| 145. | DURMMOND, DELOIS | 19176 |
| 146. | EARNEST, SUSAN | 14785 |
| 147. | EARNESTY, MISTY D | 13714 |
| 148. | EDMONDS, JEROME C | 17166 |
| 149. | EDWARDS, SIDNEY C | 9438 |
| 150. | EJAZ, SUE L | 14550 |
| 151. | ELDER, SARA E | 16530 |
| 153. | ESPINOZA, HECTOR | 8622 |
| 154. | EVANS, DEBORAH L | 6011 |
| 155. | FABER, CHARLES | 10736 |
| 156. | FARTINI, MICHAEL | 13396 |
| 157. | FATHI AZZALARAB LLC | 17674 |
| 158. | FAVALE, JOSEPH | 10237 |
| 159. | FENSTER, JOVI Z | 11726 |
| 160. | FERGUSON, LAQUANDA | 19118 |
| 161. | FERRAN, TIMOTHY ALAN | 9077 |
| 162. | FERRI, LORRAINE M | 10811 |
| 163. | FIDEL, BENARD | 13556 |
| 164. | FIFERLICK,  DAWN  K | 10013 |
| 165. | FLYNN, DENNIS | 10765 |
| 166. | FORMAN, DARYLE | 11386 |
| 167. | FORT COLLINS UTILITIES | 19994 |
| 168. | FOX, CLARK L | 3895 |
| 169. | FRANCIS, MILDRED | 11762 |
| 171. | FRATRICH, STEPHEN J | 11389 |
| 172. | FREDERICK HART CO. INC. | 1619 |
| 173. | FREDERICK HART INC. DBA | 1203 |
| 174. | FREDRICK, LINDA | 18563 |
| 175. | FRED'S SMALL ENGINE REPAIR | 11446 |
| 176. | FUELLING, TERRY | 8302 |
| 177. | GABERT, JUDITH A | 13135 |
| 178. | GARCIA, MARIA | 6124 |
| 179. | GARTNER, JONATHAN C | 13808 |
| 180. | GARVEN, EDWINA D | 10538 |
| 182. | GEARY, ELIZABETH S | 10131 |
| 183. | GENERAL INTERNATIONAL POWER PRODUCTS, LLC | 1751 |
| 184. | GEOG, CLINTON J | 1713 |
| 185. | GILHUYS, MARSHA | 11660 |
| 186. | GILLETTE, JEFFREY R | 12239 |
| 187. | GLASSER-SCHWARTZ INVEST P/S PLAN | 12131 |
| 188. | GODFREY, ANDREW C | 11767 |
| 189. | GODFREY, ANDREW CARL | 4932 |
| 190. | GOEHL, LAWANA R | 11763 |
| 192. | GOLAY, LYNETTE R | 14771 |
| 193. | GONZALEZ , MARTIN | 13273 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| **Ref #** | **Disputed Claims** | **Affected Proof of Claim No.** |
| 194. | GONZALEZ, ANA Y | 19347 |
| 195. | GONZALEZ, HECTOR L. | 18372 |
| 196. | GOODY PRODUCTS, SUBSIDIARY OF NEWELL BRANDS, INC. | 6714 |
| 197. | GORIN, TRECI S | 17721 |
| 198. | GRAFFEO, NICHOLAS | 19092 |
| 199. | GREEN, CHAD E | 19602 |
| 200. | GREEN, GEOFFREY K. | 6261 |
| 201. | GREEN, SCOTT M | 11994 |
| 202. | GREENUP, PAULA | 16521 |
| 203. | GREER III, RUSSELL T | 2330 |
| 204. | GREESON, JILLIAN J | 18892 |
| 205. | GRIEGO, LORETTA S | 9598 |
| 206. | GROGNO, HEIDI I | 10595 |
| 207. | GROOME, DAVID A | 10863 |
| 208. | GROUPON, INC. | 14912 |
| 209. | GUERRA, JEAN M | 13822 |
| 210. | GUTIERREZ, MIGUEL VARGAS | 16363 |
| 211. | GUTIERREZ, RODRIGO A | 19149 |
| 212. | GWENDOLYN, DAVIS | 20265 |
| 213. | HAGEN, SARRA J | 10403 |
| 214. | HAHN, CRAIG A | 11014 |
| 215. | HALL, CAROLE A | 12340 |
| 216. | HALL, REBECCA R | 15002 |
| 217. | HALTER, SYLVIA | 18880 |
| 218. | HAMEL, ALAN R | 2257 |
| 219. | HAMILTON, JEFFREY | 9537 |
| 220. | HAMM, MICHAEL | 15066 |
| 221. | HAMMOCK, DONALD M | 1980 |
| 222. | HAMOCK, DONALD M | 9464 |
| 223. | HANESWORTH, DANIEL J | 8126 |
| 224. | HARDING, EDWA | 11971 |
| 225. | HAYES, ATISA | 4390 |
| 226. | HEIVILIN, DEBRA J | 10600 |
| 227. | HELMS, RODNEY E | 5451 |
| 228. | HERNANDEZ, JOSE | 17995 |
| 229. | HOAGLAND, AARON L | 17066 |
| 230. | HOFMANN, JOSEPH A | 13187 |
| 231. | HOLGUIN, SYLVIA | 13245 |
| 232. | HOLLOWAY, FELICIA | 9203 |
| 233. | HOLMES, CAROL | 10437 |
| 234. | HONEYCUTT, AMY L | 18914 |
| 235. | HORACIO, FURLONG | 11964 |
| 236. | HOWARD, SANDRA | 18860 |
| 238. | HUDDLESTON, RAMONA | 8572 |
| 239. | HUGHES, ALEXIS D | 19673 |
| 240. | HULETT, IRENE C. | 7669 |
| 241. | HULL, GRAYSON S. | 14196 |
| 242. | HULL, GRAYSON S. | 14284 |
| 243. | HYANNIS WATER SYSTEM | 8133 |
| 245. | ILLINOIS SCHOOL DISTRICT U-46 | 19977 |
| 246. | INGRAM, ASHLEY C | 12601 |
| 247. | INTERNATIONAL DISTRIBUTORS DBA / SUMMIT INTERNATIONAL | 20300 |
| 248. | ISOM, THOMAS | 17400 |
| 249. | JACKSON, STEPHEN C. | 6287 |
| 250. | JACKSON, WENDY | 26480 |
| 251. | JACKSON, YVONNE | 18617 |
| 252. | JACQUETEE, HENRY | 20135 |
| 253. | JASPER MUNICIPAL UTILITIES | 10311 |
| 254. | JAURE, NICOLE | 19460 |
| 255. | JENNINGS, MICHELE L | 15826 |
| 256. | JOHN E NEWMAN / GEORGETOWN PROPERTIES C/O JL & JE NEWMAN SL & ST NEWMAN | 19414 |
| 257. | JOHNSON JEANNE | 9769 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 258. | JOHNSON, CASEY | 12523 |
| 259. | JOHNSON, KELLY L | 15570 |
| 260. | JOHNSON, MAJOR W. | 14700 |
| 261. | JOHNSON, MARILYN E | 14549 |
| 262. | JOHNSON, VICKI M | 16491 |
| 263. | JOHNSON, ZENOBIA L. | 14352 |
| 264. | JONES, BETTY J | 11593 |
| 265. | JONES, MARDA KAY | 17163 |
| 266. | JONES, VINCENT L. | 12575 |
| 267. | KAPPAROS, SANDY P | 18976 |
| 268. | KAROOIANNIS, CHRISTINA I | 19009 |
| 269. | KASPARIAN, LAUREEN A. | 14480 |
| 270. | KASSNER, RACHEL A | 11065 |
| 271. | KEENS SERVICES, INC. | 9154 |
| 272. | KELLER, ROSEMARIE ELIZABETH | 22578 |
| 273. | KELLUM, KIERRA A | 12255 |
| 274. | KELLY, PEGGY | 20515 |
| 275. | KEPAA, FAITH | 12606 |
| 276. | KESSLER, JOAN | 11950 |
| 277. | KILLINGER, FRED R | 18774 |
| 278. | KOCANDA, CANDICE T | 19678 |
| 279. | KOLLARIK CATHERINE L | 9528 |
| 280. | KRISS, JANE | 10586 |
| 281. | KRUSZEWSKI , FRANK M | 11770 |
| 282. | KUNKEL SHARON M | 13608 |
| 283. | LAGUATAN, ROXANNE S. | 5410 |
| 284. | LAHEY, TIMOTHY P | 10727 |
| 285. | LAM, CORNELL K | 10771 |
| 286. | LANKFORD, DARYL G | 11972 |
| 287. | LAPAS, ANNETTE | 15093 |
| 288. | LAVALLEY, ALBERT | 10534 |
| 289. | LAVRINOVICH YELENA | 11675 |
| 290. | LAWSON, LINDA P | 13700 |
| 291. | LECHNER, JAMES HAK SEON | 12019 |
| 292. | LEDFORD, TESLA A | 19644 |
| 293. | LEE, CHRISTOPHER B | 2790 |
| 294. | LEE, VELVA | 18784 |
| 295. | LENNOX, TIMOTHY ALLEN | 17519 |
| 296. | LEVIN, EDGAR | 9401 |
| 297. | LIBERTY MUTUAL INSURANCE COMPANY | 14918 |
| 298. | LIRANZO, CARLOS A. | 2846 |
| 299. | LISSER, ALEKSANDR | 15076 |
| 300. | LOPEZ, JESSE | 20329 |
| 301. | LOPEZ, SANDRA L | 13687 |
| 302. | LOSCH, NANCY L. | 18227 |
| 303. | LOURDES TAMONDONG | 20558 |
| 304. | LU, XIAOCHANG | 107 |
| 305. | MACAULAY, TERRY AND KEVIN | 15580 |
| 306. | MACIAS KRISTINA J | 9696 |
| 307. | MADISON SUBURBAN UTILITY DIST | 12002 |
| 308. | MADISON SUBURBAN UTILITY DIST | 12006 |
| 309. | MADISON SUBURBAN UTILITY DIST | 12076 |
| 310. | MADISON SUBURBAN UTILITY DIST | 12082 |
| 311. | MAHONEY, LUCY | 10436 |
| 312. | MALEK, BARBARA J | 12305 |
| 313. | MANCERA, JOSE E | 17224 |
| 314. | MANGA MANUEL E | 10371 |
| 315. | MANGIA-CUMMINGS, SUZZANN | 26443 |
| 316. | MARIA DEL CONSUELO AVALOS DE GAYTAN | 11324 |
| 317. | MARK PLAZA FIFTY L.P. | 17340 |
| 318. | MARTIN, FLOR S | 18911 |
| 319. | MARTIN, TAMESIA M | 18764 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| **Ref #** | **Disputed Claims** | **Affected Proof of Claim No.** |
| 320. | MARTINEZ, BELINDA | 1997 |
| 321. | MARTINEZ, MARIA | 18567 |
| 322. | MASTALERZ, ELLEN T | 17079 |
| 323. | MATHISEN OPTOMETRY | 19246 |
| 324. | MATIAS, ROBERTO | 10394 |
| 325. | MCCAFFERY, DARLENE | 3331 |
| 326. | MCCAMMITT, ROB L | 9777 |
| 327. | MCCARSON, KIMBERLY | 3082 |
| 328. | MCCARSON, KIMBERLY | 9651 |
| 329. | MCGOWIN, JAY M | 9001 |
| 330. | MCINTOSH, JULIE L. | 12984 |
| 331. | MCINTOSH, TARA L | 14821 |
| 332. | MCNEAL, SHEAKILA | 13902 |
| 333. | MCNEELA, STEPHEN J | 10698 |
| 334. | MCS HEMET VALLEY CENTER LLC | 16308 |
| 335. | MEADORS, SAGE B | 12212 |
| 336. | MEIXNER, RONALD J | 2499 |
| 337. | MEJIA, ANGELICA M | 16945 |
| 338. | MELLAS, CHARLES EDWARD | 4686 |
| 339. | MERCADO, MARITZA | 18844 |
| 340. | MERVIN, JAMES A | 22593 |
| 341. | MIAMI-DADE COUNTY - RER-DERM | 8425 |
| 342. | MIAMI-DADE COUNTY-DERM | 8456 |
| 343. | MICKENS, ERRICA | 15701 |
| 344. | MILLER, ANDREW | 13549 |
| 345. | MILLS, WILLIE A | 10972 |
| 346. | MITCHELL, SHANNON H. | 23212 |
| 347. | MOBIN, MOHAMMAD | 15053 |
| 348. | MONGE, ANA | 19813 |
| 349. | MONROE , RICHARD | 12175 |
| 350. | MOODY, SCHNEAKA | 11999 |
| 351. | MOORE, JAN | 13303 |
| 352. | MORGAN, JEFF E. | 2799 |
| 353. | MORRIS, RUBY | 26505 |
| 354. | MORRIS, STEVEN D. | 9235 |
| 355. | MORROW, SANDRA | 9441 |
| 356. | MOSSO, RONALD T. | 12825 |
| 357. | MP HOLDINGS, LLC | 19628 |
| 358. | MUELLER, KATHLEEN P | 1966 |
| 359. | MURPHY, DARLENE | 13612 |
| 360. | MUSSELMAN, THOMAS A | 11722 |
| 361. | NAKAHARA, CATHERINE | 17366 |
| 362. | NAVARRO, OSCAR | 19388 |
| 363. | NDUNYU, MARTIN | 8615 |
| 364. | NELSON, BRIAN L | 7621 |
| 365. | NELSON, NELECIA | 16742 |
| 366. | NELSON, WILLIE L | 18628 |
| 367. | NEWAY INTERNATIONAL INC | 11431 |
| 368. | NORTHWOODS SHOPPING CENTER, LLC | 13355 |
| 369. | NY COMMUNITY FINANCIAL LLC | 11027 |
| 370. | OESTREICH, EVAN R | 17240 |
| 371. | OKAZAKI, MILTON F. | 13336 |
| 372. | OLOF, LIDEN | 10502 |
| 373. | ORNELAS, SYLVIA | 20384 |
| 374. | OWENS, LORETTA | 18760 |
| 375. | PACHECO, DONAJI | 17118 |
| 376. | PAGE, KATRINA A | 10792 |
| 377. | PAGONE, ELAINE | 4912 |
| 378. | PARAGON CENTER, LLC | 15762 |
| 379. | PARKE, STARR L | 18211 |
| 380. | PARKS, ANTHONY  J | 11033 |
| 381. | PARKS, ANTHONY J. | 11115 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 382. | PASTRANA, PEDRO J | 20278 |
| 383. | PATTERSON, SHAWN | 17647 |
| 384. | PEREZ ALMODOVAR, JOSE G | 18855 |
| 385. | PEREZ, ROSARIO EDITH | 6076 |
| 386. | PERLIK, CHERI | 9037 |
| 387. | PERU K-M COMPANY, LLC | 14851 |
| 388. | PICKNER, NANCY | 13740 |
| 389. | POLISE, CONCETTA | 6137 |
| 390. | POWELL, TANYA | 14315 |
| 391. | PR FINANCING LIMITED PARTNERSHIP (FRANCIS SCOTT KEY) | 19566 |
| 392. | PREMIER PRODUCTS LLC | 10724 |
| 393. | PREUDHOMME, WENDY A | 18192 |
| 394. | PRICE, HILISHA | 18064 |
| 395. | RAINES, DANIELLE | 18743 |
| 396. | RALOWSKI, MARY | 10577 |
| 397. | RAMER MICHAEL L | 11754 |
| 398. | RAMIREZ, NAYELI | 15149 |
| 399. | RASCHE, SHANE | 18697 |
| 400. | RELIFORD, ERMA | 12282 |
| 401. | RHEAULT, STEVEN R | 11498 |
| 402. | RHODE ISLAND TEXTILE CO | 6674 |
| 403. | RICHARDSON CARLISLE, FLORENCE A. | 22399 |
| 404. | RICHTER, SABRINA | 12631 |
| 405. | RIVARD, ANDRE A | 14461 |
| 406. | ROBERTSON, PIA | 18095 |
| 407. | ROCKETT, DELLAREESE | 14580 |
| 408. | RODRIGUEZ, RONALD G | 11687 |
| 409. | ROGAL, ELIZABETH | 10430 |
| 410. | ROGERS, DORIS | 20147 |
| 412. | ROUNDS, SHARON | 16045 |
| 413. | ROUSSET, RUBEN | 12633 |
| 414. | ROVETO, DIANE | 10450 |
| 415. | RURAL KING REALTY, LLC | 20191 |
| 416. | RURAL KING REALTY, LLC | 20192 |
| 417. | RURAL KING REALTY, LLC | 20198 |
| 418. | RURAL KING REALTY, LLC | 20199 |
| 419. | RUSNAK, ROXANE N | 14732 |
| 420. | RUTKOWSKI, JENNIFER M | 14528 |
| 421. | SABOL, PAULA R | 15789 |
| 422. | SACCO, ZAHILIA | 13026 |
| 423. | SALAHUDDIN, SHAIFAH | 16344 |
| 424. | SALAHUDDIN, SHAIFAH | 16477 |
| 425. | SALAZAR, MARTHA | 14212 |
| 426. | SANCHEZ, MERCEDES | 19828 |
| 427. | SANDERS, VERNAIL C | 19275 |
| 428. | SANTIAGO BRENDA | 11251 |
| 429. | SAUER, ROLAND R | 6514 |
| 430. | SCHELL, DEBRA K | 11639 |
| 431. | SCHMIDT, CHERYL D | 15832 |
| 432. | SCHOGGINS, WENDY LARSON | 5580 |
| 433. | SCHUMAN, LINDA | 19632 |
| 434. | SCOTT HOBSON, TRUSTEE OF SCOTT HOBSON REVOCABLE TRUST | 12755 |
| 435. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17559 |
| 436. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17697 |
| 437. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17922 |
| 438. | SECCO SHIRLEY A | 13399 |
| 439. | SECCO, SHIRLEY A | 14863 |
| 440. | SERRANO-ALATORRE, IRMA Y | 15123 |
| 441. | SHINE NISHA | 19539 |
| 442. | SHUSTER, DOUG | 20274 |
| 443. | SIMPSON, CAMBRIA | 14387 |
| 445. | WAY STREET LLC | 14458 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 446. | WEAKLEY, SARAH | 8986 |
| 447. | WHITEMAK ASSOCIATES, A PENNSYLVANIA LIMITED PARTNERSHIP | 13234 |
| 448. | WIEDEMANN, LINDA D | 13131 |
| 449. | WIENM PROPERTIES | 12516 |
| 450. | WILEY, ALAN | 15735 |
| 451. | WILLETT, CHRISTOPHER J | 18429 |
| 452. | WILLIAMS, DORIS | 10572 |
| 453. | WILLIAMS, JOSEPH | 8619 |
| 454. | WILLIAMS, MARJORIE | 26439 |
| 455. | WOOD, DAVID DONALD | 9765 |
| 456. | WRIGHT, MARQUELLA | 15813 |

**<u>Exhibit B</u>**

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-SEVENTH
### OMNIBUS OBJECTION TO PROOFS OF CLAIM
### (RECLASSIFICATION)

Upon the *Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)*, filed on October [19], 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "Hearing"); and upon the record of the Hearing, and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.  The Objection is granted.

2.  Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Proof of Claim listed on **Exhibit 1** annexed hereto and each asserted claim associated therewith (collectively, the "**Disputed Claims**") is reclassified in its entirety to a general unsecured claim.

3.  This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.  The rights of the Debtors to assert further objections to the Disputed Claims, in whole or in part, and on any basis, are fully preserved.

WEIL:\98190038\7\73217.0003

5.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk

of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this

Order.

6.      The terms and conditions of this Order are effective immediately upon entry.

Dated:   _____, 2021
         White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE