WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                        :        **Chapter 11**
                                             :
**SEARS HOLDINGS CORPORATION**, *et al.*,    :        **Case No. 18-23538 (RDD)**
                                             :
            Debtors.[1]                      :        **(Jointly Administered)**
------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746**
**REGARDING DEBTORS' THIRTY-NINTH OMNIBUS OBJECTION TO**
**PROOFS OF CLAIMS AND/OR BALLOTS (DISALLOW, REDUCE OR RECLASSIFY)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.      On October 19, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Disallow, Reduce or Reclassify)* (ECF No. 9978) (the "**Omnibus Objection**").

2.      In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for November 2, 2021, at 4:00 p.m. (prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit D** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed hereto as **Exhibit 1** no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4.      A redline of the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit 2**.

WEIL:\98239402\3\73217.0004

5.      Accordingly, the Debtors respectfully request that the Proposed Order be

entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:  November 5, 2021
        New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit A**

**Proposed Order**

WEIL:\98239402\3\73217.0004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, et al.,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM AND/OR BALLOTS (DISALLOW, REDUCE OR RECLASSIFY)

Upon the *Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Disallow, Reduce or Reclassify)*, filed October 19, 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, pursuant to section 502 under title 11 of the United States Code, and Rule 3007 of the Federal Rules of Bankruptcy Procedures, for an order reducing, reclassifying, and/or disallowing the Claims, all as more fully set forth in the Objection; and the Bankruptcy Court having

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

jurisdiction to consider the Objection and the relief requested therein in accordance with

28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated

January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief

requested in the Objection having been provided, and it appearing that no other or further notice

need be provided in accordance with the Amended Case Management Order; and such notice

having been adequate and appropriate under the circumstances, and it appearing that no other or

further notice need be provided; and the Bankruptcy Court having determined that the legal and

factual bases set forth in the Objection establish just cause for the relief granted herein; and that

the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors,

and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.    The Objection is granted to the extent set forth herein.

2.    Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007,

(i) the Disallowed Claims are disallowed in their entirety as set forth on **Exhibit 1**, (ii) the

Reclassified Claims are reclassified to general unsecured claims as set forth on **Exhibit 2**, (iii) the

Reduced Claims are reduced to the "*Remaining Administrative Claim*" amount as set forth on

**Exhibit 3**, and (iv) the Amended and Superseded Claims are disallowed and expunged as set forth

on **Exhibit 4**.[3]

---

[3] Except with respect to the Amended and Superseded Claims, this Order does not disallow any asserted general
unsecured claim portions of any claims listed on Exhibit 1, Exhibit 2 or Exhibit 3.

WEIL:\98239402\3\73217.0004

3.    This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.    The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.    Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the Disallowed Claims listed on **Exhibit 1** hereto or the Reduced Claims listed on **Exhibit 3**, as to which all of Transform's rights and defenses are expressly reserved.

6.    The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2021
        White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

3

WEIL:\98239402\3\73217.0004

**Exhibit 1**

**Disallowed Claims**

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 1. | AJAX TOOL WORKS, INC. | 182353801017195 | N/A |
| 2. | AMERICAN MECHANICAL SERVICES | 182353801039918 | N/A |
| 3. | AMERICAN PAPER CORP | 182353801017296 | N/A |
| 4. | ANGELINA COUNTY | 182353801018109 | N/A |
| 5. | ANGELINA COUNTY | 182353801013765 | N/A |
| 6. | ARISE VIRTUAL SOLUTIONS INC | N/A | 20469 |
| 7. | B & G SALES INC | 182353801016841 | N/A |
| 8. | BALDWIN COUNTY COLLECTOR | 182353801036387 | N/A |
| 9. | CENTRA MARKETING & COMMUNICATIONS LLC | 182353801042444 | N/A |
| 10. | CITY OF CHEROKEE, IA | 182353801021723 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| Schedule of Claims to be Disallowed | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 11. | CITY OF CLINTON, OK | 182353801021727 | N/A |
| 12. | CITY OF COOKEVILLE, TN | 182353801021737 | 20224 |
| 13. | CITY OF ELYRIA - STORMWATER | 182353801021772 | N/A |
| 14. | CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILADELPHIA | 182353801043419 | N/A |
| 15. | CITY OF POMPANO BEACH, FL | 182353801021992 | N/A |
| 16. | CITY OF WINTER PARK, FL | 182353801022143 | N/A |
| 17. | COCA-COLA CONSOLIDATED | 182353801042537 | N/A |
| 18. | CONSUMERS ENERGY | 182353801043464 | N/A |
| 19. | CURTIS 1000 INC. | 182353801040108 | N/A |
| 20. | DEPARTMENT OF THE TREASURY - BANKRUPTCY SECTION* | N/A | 5963 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| Schedule of Claims to be Disallowed | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 21. | DEPARTMENT OF TREASURY - BANKRUPTCY SECTION* | N/A | 5934 |
| 22. | DESIGN INTERNATIONAL GROUP INC | 182353801016577 | N/A |
| 23. | DUQUESNE LIGHT COMPANY | 182353801043424 | N/A |
| 24. | FLORIDA CONSTRUCTION EXPERTS INC | 182353801042301 | N/A |
| 25. | FORMAL DRESS SHOPS INC | 182353801015511 | N/A |
| 26. | GALVESTON COUNTY WCID #1 | 182353801022363 | N/A |
| 27. | GIVE 5 TO CANCER, INC. | 182353801042423 | N/A |
| 28. | GOODMARK USA INC | 182353801014485 | N/A |
| 29. | HOLYOKE GAS & ELECTRIC DEPARTMENT | 182353801022434 | N/A |
| 30. | HORIZON | 182353801022437 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| Schedule of Claims to be Disallowed | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 31. | IMPERIAL IRRIGATION DISTRICT, CA | 182353801022448 | N/A |
| 32. | INGRAM ELECTRO MEK INC | 182353801041900 | N/A |
| 33. | INTELLISOURCE, INC. | 182353801041931 | N/A |
| 34. | JAMES SMYTH OD | 182353801014883 | N/A |
| 35. | JEFFERSON COUNTY | 182353801018276 | N/A |
| 36. | JEFFERSON COUNTY | 182353801018277 | N/A |
| 37. | JEFFERSON COUNTY | 182353801025041 | N/A |
| 38. | JEFFERSON COUNTY | 182353801018765 | N/A |
| 39. | JERRY LEIGH OF CALIFORNIA INC | 182353801014893 | N/A |
| 41. | LBG DISTRIBUTION, INC. | 182353801042339 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority;
this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 42. | MERCY MEDICAL CENTER - NEW HAMPTON | 182353801017670 | N/A |
| 43. | MERCY MEDICAL CENTER - NEW HAMPTON* | N/A | 15011 |
| 44. | MUNICIPAL SANITARY AUTH-NEW KENSINGTON | 182353801022654 | N/A |
| 45. | NATIONAL PRESTO INDUSTRIES INC* | 182353801019435 | 16736 |
| 46. | NCR CORPORATION | 182353801040530 | N/A |
| 47. | NIPSCO - NORTHERN INDIANA PUBLIC SERV CO | 182353801022683 | N/A |
| 48. | NM TAXATION & REVENUE DEPARTMENT | N/A | 26507 |
| 49. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8601 |
| 50. | NM TAXATION & REVENUE DEPARTMENT | N/A | 26510 |
| 51. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8610 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 52. | NM TAXATION & REVENUE DEPARTMENT | N/A | 26508 |
| 53. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8611 |
| 54. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 26509 |
| 55. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 8831 |
| 56. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 8832 |
| 57. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8833 |
| 58. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 19819 |
| 59. | NM TAXATION & REVENUE DEPARTMENT CREDITOR NUMBER: 2264299 | N/A | 8595 |
| 60. | NOGA, GWAIN JOHN | 182353801041967 | N/A |
| 61. | NOGA, GWAIN JOHN* | N/A | 18546 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

6

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| Schedule of Claims to be Disallowed | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 62. | NOGA, GWAIN JOHN* | N/A | 18546 |
| 64. | OTTER TAIL POWER COMPANY | 182353801022729 | N/A |
| 65. | PACIFIC IMPORTS IND | 182353801019699 | N/A |
| 66. | PACIFIC IMPORTS IND | 182353801019701 | N/A |
| 67. | PALM BEACH COUNTY WATER UTILITIES DEPT | 182353801022736 | N/A |
| 69. | PARK GREENHOUSE INC | 182353801041339 | N/A |
| 70. | PENNSYLVANIA DEPARTMENT OF REVENUE* | N/A | 20011 |
| 72. | PENNSYLVANIA DEPARTMENT OF REVENUE | N/A | 4271 |
| 73. | PENNSYLVANIA DEPARTMENT OF REVENUE | N/A | 20433 |
| 74. | PORTER INTERNET SALES LLC | 182353801019848 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 75. | PRAIRIE ELECTRIC COMPANY INC | 182353801041388 | N/A |
| 76. | PRATT INDUSTRIES, INC. | 182353801041391 | N/A |
| 77. | PROJECT 28 CLOTHING LLC | 182353801019930 | N/A |
| 78. | PUTNAM COUNTY TAX COLLECTOR | 182353801025782 | N/A |
| 81. | RESILION, LLC | 182353801040645 | N/A |
| 82. | RETAIL CONTRACTING SERVICE INC. | 182353801040650 | N/A |
| 86. | ROUND ROCK TAX ASSESSOR - COLLECTOR | 182353801025851 | N/A |
| 87. | SAGINAW CHARTER TOWNSHIP, MI | 182353801022829 | N/A |
| 88. | SELCO - 9258 | 182353801022845 | N/A |
| 90. | SID HARVEY INDUSTRIES, INC. | 182353801041144 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority;
this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 91. | SID HARVEY INDUSTRIES, INC.* | N/A | 6466 |
| 92. | SIGNATURE SPRINGS LLC | 182353801020402 | N/A |
| 93. | STOLAAS COMPANY DBSA TIC-TOK | 182353801040755 | N/A |
| 95. | SVAP II HERNDON CENTRE, LLC | 182353801026102 | N/A |
| 96. | TAYLOR COMMUNICATIONS, INC. | 182353801040772 | N/A |
| 97. | TAYLOR COMMUNICATIONS, INC.* | N/A | 5750 |
| 100. | THE STATE OF NEW JERSEY DIVISION OF EMPLOYER ACCOUNTS | N/A | 13104 |
| 101. | TIPPECANOE COUNTY TREASURER | 182353801026145 | N/A |
| 102. | TOWN OF EVA | 182353801026196 | N/A |
| 103. | TOWN OF PIKE ROAD | 182353801026256 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority;
this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | | | |
|---|---|---|---|
| **Schedule of Claims to be Disallowed** | | | |
| **Ref #** | **Name of Claimant** | **Affected Ballot No.** | **Affected Proof of Claim No.** |
| 104. | TOWN OF SYLVANIA | 182353801026292 | N/A |
| 105. | TOWN OF TRINITY | 182353801026296 | N/A |
| 106. | TOWN OF TRINITY | 182353801026295 | N/A |
| 107. | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | 182353801018429 | N/A |
| 108. | VALPARAISO CITY UTILITIES | 182353801023057 | N/A |
| 109. | VARIETY ACCESSORIES LLC | 182353801021011 | N/A |
| 110. | VARIETY ACCESSORIES LLC* | N/A | 14841 |
| 111. | VENTURA WATER | 182353801023064 | N/A |
| 112. | VILLAGE OF HOFFMAN ESTATES, IL | 182353801023092 | N/A |
| 113. | VOUGE TEX (PVT) LTD. | N/A | 326 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority;
this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 115. | W.J. O' NEIL CHICAGO LLC | 182353801043442 | N/A |
| 116. | W.J. O' NEIL CHICAGO LLC | N/A | 6979 |
| 117. | WEISER SECURITY SERVICES INC | 182353801041015 | N/A |
| 118. | WEWJA-WASHINGTON-E WASHINGTON JOINT AUTH | 182353801023151 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to  administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

11

## **Exhibit 2**

**Reclassified Claims**

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 2 - Reclassified Claims**

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| Schedule of Claims to be Reclassified | | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Amount |
| 2. | CURTIS 1000 INC. | N/A | 5574 | $6,230.14 |
| 3. | INTELLISOURCE, INC. | N/A | 7784 | $108,801.00 |
| 4. | MORROW, SANDRA | N/A | 9441 | $1,000,000.00 |
| 5. | MORROW, SANDRA | N/A | 9543 | $100,000,000.00 |
| 6. | MORROW, SANDRA | N/A | 9617 | $100,000,000.00 |
| 7. | MORROW, SANDRA | N/A | 9618 | $100,000,000.00 |
| 8. | MORROW, SANDRA | N/A | 9678 | $100,000,000.00 |
| 9. | PROJECT 28 CLOTHING LLC | N/A | 11285 | $7,607.60 |
| 10. | R. J. ACQUISITION CORP. DBA AD ART CO | 182353801040639 | 8376 | $48,335.00 |
| 11. | REGENCY CENTERS, L.P. (AUSTIN, TX) | 182353801018448 | 13485 | $42,579.87 |
| 12. | RESILION, LLC | N/A | 1598 | $39,606.70 |
| 13. | SID HARVEY INDUSTRIES, INC. | N/A | 6466 | $192,476.34 |
| 14. | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | N/A | 11314 | $245,053.12 |

## Exhibit 3

**Reduced Claims**

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 3 - Reduced Claims**

| | | Schedule of Claims to be Reduced | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Amount | Remaining Administrative Claim |
| 1. | 6 SIGMA CONSTRUCTION | 182353801042651 | 16632 | $353,390.18 | $38,659.75 |
| 2. | BRIGHTVIEW LANDSCAPES LLC | 182353801043311 | N/A | $78,787.37 | $3,850.00 |
| 3. | CAP BARBELL INC | 182353801016559 | N/A | $116,039.11 | $39,696.40 |
| 4. | CARMA LABORATORIES INC | 182353801014147 | N/A | $5,431.68 | $444.91 |
| 5. | CONSUMER ELECTRONICS DISTRIBUTORS, INC. | 182353801040090 | 991 | $59,131.57 | $15,591.87 |
| 7. | DIGITAL COMPLEX INC | 182353801016786 | N/A | $58,098.00 | $2,565.00 |
| 9. | JEFFERSON COUNTY | 182353801018766 | 20289 | $185,756.22 | $43,428.27 |
| 13. | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | 182353801018429 | N/A | $245,053.12 | $3,173.94 |

1

# **Exhibit 4**

**Amended and Superseded Claims**

**Debtors' Thirty-Ninth Omnibus Objection to Claims**                    **In re: Sears Holdings Corporation, et al.**
**Exhibit 4 - Amended & Superseded Claims**                                          **Case No. 18-23538 (RDD)**

| | Schedule of Claims Amended & Superseded | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. to be Disallowed | Surviving Claim |
| 1. | ALLEGHENY COUNTY SOUTHWEST TAX COLLECTION DISTRICT | 6796 | 26519 |
| 2. | NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT | 3565 | 26516 |
| 3. | PENNSYLVANIA DEPARTMENT OF REVENUE | 12240 | 20010 |
| 4. | PENNSYLVANIA DEPARTMENT OF REVENUE | 19830 | |
| 5. | PENNSYLVANIA DEPARTMENT OF REVENUE | 5338 | 19831 |
| 6. | PENNSYLVANIA DEPARTMENT OF REVENUE | 8801 | |
| 7. | PENNSYLVANIA DEPARTMENT OF REVENUE | 19464 | |
| 8. | PENNSYLVANIA DEPARTMENT OF REVENUE | 4177 | 20011 |
| 9. | THE OHIO DEPARTMENT OF TAXATION | 8826 | 20635 |
| 10. | THE OHIO DEPARTMENT OF TAXATION | 10604 | 20343 |
| 11. | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 18341 | 26368 |

## **Exhibit B**

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re**                                         :        **Chapter 11**
                                                  :
**SEARS HOLDINGS CORPORATION,** *et al.*,         :        **Case No. 18-23538 (RDD)**
                                                  :
            **Debtors.[1]**                       :        **(Jointly Administered)**
----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-NINTH OMNIBUS OBJECTION ~~OBJECTION~~ TO PROOFS OF CLAIM AND/OR BALLOTS (DISALLOW, REDUCE OR RECLASSIFY)

Upon the *Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Disallow, Reduce or Reclassify)*, filed October ~~[19]~~, 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, pursuant to section 502 under title 11 of the United States Code, and Rule 3007 of the Federal Rules of Bankruptcy Procedures, for an order reducing, reclassifying, and/or disallowing the Claims, all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the relief requested in the Objection having been provided, and it appearing that no

other or further notice need be provided in accordance with the Amended Case Management Order; and

such notice having been adequate and appropriate under the circumstances, and it appearing that no

other or further notice need be provided; and the Court having held a hearing to consider the relief

requested in the Objection on [__] (the "**Hearing**"); and upon the record of the Hearing, and upon all of

the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the

legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and

that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors,

and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, (i)

the Disallowed Claims are disallowed in their entirety as set forth on **Exhibit A1**, (ii) the Reclassified

Claims are reclassified to general unsecured claims as set forth on **Exhibit B,2,** (iii) the Reduced Claims

are reduced to the "*Remaining Administrative Claim*" amount as set forth on **Exhibit C3**, and (iv) the

Amended and Superseded Claims are disallowed and expunged as set forth on **Exhibit D4**.[3]

3.      This Order shall not be deemed to waive, impair, release, or effect on any claims,

causes of action the Debtors may hold against the Claimants, including but not limited to, claims under

chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be

expressly preserved.

---

[3] Except with respect to the Amended and Superseded Claims, this Order does not disallow any asserted general unsecured claim portions of any claims listed on Exhibit A1, Exhibit B2 or Exhibit C3.

2

4.     The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.     Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the Disallowed Claims listed on **Exhibit 1** hereto or the Reduced Claims listed on **Exhibit 3**, as to which all of Transform's rights and defenses are expressly reserved.

6.     5. The terms and conditions of this Order are effective immediately upon entry.

Dated:  _____, 2021
        White Plains, New York

        _____
        HONORABLE ROBERT D. DRAIN
        UNITED STATES BANKRUPTCY JUDGE

3