UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X

                                                    :              Chapter 11
                                                    :
In Re                                               :              Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

          **Debtors**                                              **(Jointly Administered)**

———————————————————x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 18388/USD 155,000.**

Marilyn Stahl
22 Golden Spruce Drive
Calverton, NY  11933

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

_____          11/5/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003





Prime Clerk

Contact 844.384.4460        Client Login

## Sears Holdings Corporation (18-23538) CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket        Search Claim

🔍 Enter number or name

Select scope
Claims Only

Claim Number(s)(e.g. 1,3,5-7)
18388

Schedule Number

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 18388 | 04/10/2019 | Stahl, Marilyn | Sears Holdings Corporation | $ 155,000.00 |

Creditor name

Debtor(s)
Sears Holdings Corporation(18-23538)

## Creditor Data Details for Claim # 18388

Creditor
Stahl, Marilyn

Date Filed
04/10/2019

Debtor Name
Sears Holdings Corporation

Claim Number
18388

Schedule Number

Proof of Claim
📄 View PDF ✉ Email PDF

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from        Date to

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | $155,000.00 | $155,000.00   Asserted |
| Priority | | | |
| Secured | | | |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $155,000.00 | $155,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | MARILYN STAHL |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| | | |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☑ No ☐ Yes. From whom? _____ |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? 22 GOLDEN SPRUCE DRIVE CALVERTON, NY 11933 | Where should payments to the creditor be sent? (if different) NATIONAL FINANCIAL SERVICES C/O ROYAL ALLIANCE 10 EXCHANGE PLAZA SUITE 1410 JERSEY CITY, NJ 07302 RQV-003738 |
| | | Contact phone 631-727-7312 | Contact phone 631-353-0003 |
| | | Contact email mstahl22@optonline.net | Contact email sfitzgerald@steelridgeadvisors.com |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No ☐ Yes. Claim number on court claims registry (if known)_____   Filed on ____/____/____ MM / DD / YYYY |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  8  4  0  7

**7. How much is the claim?**   $_____155,000.00_____ . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:  SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE  *Due*  10/15/18

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured:   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | | |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | | $_____ |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | **Check the appropriate box:** |
|---|---|
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor. |
| | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on date  04/09/2019  (mm/dd/yyyy) |
| | _(signature)_ |
| | Signature |
| | Print the name of the person who is completing and signing this claim: |
| | Name of the person who is completing and signing this claim: |

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number       Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

ENV# CEBGWBCPBBDPXMV_BBBBC
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

MARILYN STAHL
22 GOLDEN SPRUCE DRIVE
CALVERTON NY 11933

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preservation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738

## TOTAL VALUE OF YOUR PORTFOLIO                    $734,484.64
*Your portfolio contains unpriced positions. Refer to Holdings in this statement for more information.*

## CHANGE IN VALUE OF YOUR PORTFOLIO
$ millions



1.117
1.006
0.896
0.785
0.675

2016    2017    2018    CURRENT

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

# Account Overview

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RGV-003738

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $741,803.65 | $674,649.88 |
| Additions and Withdrawals | ($4,500.00) | ($13,500.00) |
| Income | $1,447.30 | $2,744.92 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($4,266.31) | $70,589.84 |
| ENDING VALUE (AS OF 03/31/19) | $734,484.64 | $734,484.64 |
| Total Accrued Interest | $166.67 | |
| Total Pending Accrued Dividends | $50.60 | |
| **Ending Value with Accrued Interest and Dividends** | **$734,701.91** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| **TAXABLE** | | |
| Taxable Dividends | $1,205.45 | $1,795.05 |
| Taxable Interest | $10.63 | $10.63 |
| **TOTAL TAXABLE** | **$1,216.08** | **$1,805.68** |
| **NON-TAXABLE** | Current Period | Year-to-Date |
| Non-Taxable Dividends | $205.45 | $839.22 |
| Muni Tax Exempt Interest | $25.77 | $100.02 |
| **TOTAL NON-TAXABLE** | **$231.22** | **$939.24** |
| **TOTAL INCOME** | **$1,447.30** | **$2,744.92** |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION



Bank Deposits 10.1%

Equities 65.4%

Fixed Income 24.5%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $0.00 | $0.00 |
| Bank Deposits | 10.1 | $77,130.32 | $74,077.62 |
| Equities | 65.4 | $471,287.73 | $480,346.59 |
| Fixed Income | 24.5 | $193,385.60 | $180,060.43 |
| **TOTAL** | **100.0 %** | **$741,803.65** | **$734,484.64** |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738



# Account Overview *continued*

### REALIZED GAIN (LOSS)

| | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $0.00 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$0.00** | **$0.00** |
| | | |
| Long Term Gain | $0.00 | $155.24 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$155.24** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

### MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use cleaner data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 3 of 16

MN _CEBGWBCPBBDFXMV_bBBBBC 20190829

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the Issuer or received by NFS. There is no guarantee that AI will be paid by the Issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 10.09% of Total Account Value

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM<br>(CONSUMER-TIERED)<br>Estimated Annual Yield 0.26% | QAGCQ<br>CASH | 74,077.62 | $1.00 | $74,077.62 | |
| **Total Cash and Cash Equivalents** | | | | **$74,077.62** | |

## HOLDINGS > EQUITIES - 31.34% of Total Account Value

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income | Original/Adjusted<br>Cost Basis | Unrealized<br>Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| AMERICAN INTL GROUP INC COM NEW<br>Estimated Yield 2.97%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $56.49 | AIG<br>CASH | 108 | $43.06 | $4,650.48 | $138.24 | $6,100.84 | ($1,450.36) |
| FACEBOOK INC-CLASS A<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $59.03 | FB<br>CASH | 353 | $166.69 | $58,841.57 | | $20,836.26 | $38,005.31 |

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc., Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES  continued



| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| HOME DEPOT INC COM<br>Estimated Yield 2.83%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $66.44 | HD<br>CASH | 268 | $191.89 | $51,426.52 | $1,457.92 | $17,805.33  T | $33,621.19 |
| INTEL CORP COM USD0.001<br>Estimated Yield 2.34%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 06/01/19<br>Average Unit Cost $32.57 | INTC<br>CASH | 100 | $53.70 | $5,370.00 | $126.00 | $3,257.36  T | $2,112.64 |
| LOWE S COMPANIES INC COM USD0.50<br>Estimated Yield 1.75%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 05/08/19<br>Average Unit Cost $48.35 | LOW<br>CASH | 212 | $109.47 | $23,207.64 | $407.04 | $10,251.16 | $12,956.48 |
| ORACLE CORP COM<br>Estimated Yield 1.76%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/25/19<br>Average Unit Cost $31.91 | ORCL<br>CASH | 160 | $53.71 | $8,593.60 | $153.60 | $5,104.97  T | $3,488.63 |
| OWENS CORNING COM USD0.01<br>Estimated Yield 1.86%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/02/19<br>Average Unit Cost $44.15 | OC<br>CASH | 230 | $47.12 | $10,837.60 | $202.40 | $10,154.39 | $683.21 |
| PARAGON OFFSHORE PLC COM USD0.01 NO STOCKHOLDER EQUITY 07/18/2017<br>Dividend Option Cash<br>Capital Gain Option Cash | G6S01W108<br>CASH | 106 | unavailable | unavailable | | $1,220.93 | |
| PHILLIPS 66 COM<br>Estimated Yield 3.36% | PSX<br>CASH | 133 | $95.17 | $12,657.61 | $425.60 | $10,292.11 | $2,365.50 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CUBGWBCPBBDPXMV_JBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL – Individual
Account Number: RQV-003738



Steel Ridge

INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain / (Loss) |
|---|---|---|---|---|---|---|---|
| PHILLIPS 66 COM | PSX  *continued* | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $77.38 | | | | | | | |
| PRUDENTIAL FINL INC | PRU | 66 | $91.88 | $6,064.08 | $264.00 | $6,077.91 | ($13.83) |
| Estimated Yield  4.35% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $92.09 | | | | | | | |
| QUALCOMM INC | QCOM | 105 | $57.03 | $5,988.15 | $260.40 | $4,985.70  T | $1,002.45 |
| Estimated Yield  4.34% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $47.48 | | | | | | | |
| TWITTER INC COM USD0.000005 | TWTR | 392 | $32.88 | $12,888.96 | | $16,495.39 | ($3,606.43) |
| Dividend Option Cash | CASH | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $42.08 | | | | | | | |
| UNITED PARCEL SVC INC CL B | UPS | 25 | $111.74 | $2,793.50 | $95.00 | $1,868.75  T | $924.75 |
| Estimated Yield  3.43% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $74.75 | | | | | | | |
| VALERO ENERGY CORP | VLO | 200 | $84.83 | $16,966.00 | $720.00 | $10,238.12 | $6,727.88 |
| Estimated Yield  4.24% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $51.19 | | | | | | | |
| WEYERHAEUSER CO COM | WY | 376 | $26.34 | $9,903.84 | $511.36 | $10,273.82 | ($369.98) |
| Estimated Yield  5.16% | CASH | | | | | | |
| Average Unit Cost      $27.32 | | | | | | | |
| **Total Equity** | | | | $230,189.55 | $4,762.56 | $134,963.04 | $96,447.44 |
| **Total Equities** | | | | $230,189.55 | $4,762.56 | $134,963.04 | $96,447.44 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC. Member
NYSE, SIPC

MN _CEBGVWBCPBBDPXMV_BBBBC 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738

## HOLDINGS > FIXED INCOME - 5.50% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or particular use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | 812350AE6 | 155,000 | $12.00 | $18,600.00 | | $163,154.00 | | ($134,554.00) |
| 6.625000% 10/15/2018 | CASH | | | | | | | |
| MOODY'S WR | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON OCT 15, APR 15 | | | | | | | | |
| CONTINUOUSLY CALLABLE | | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | | |
| Average Unit Cost       $98.81 | | | | | | | | |
| Adjusted Cost Basis | | | | | | $163,154.00 | D | |
| **Municipal Bonds** | | | | | | | | |
| PUERTO RICO COMWLTH PUB IMPT BDS SER. | 745145Q70 | 20,000 | $78.625 | $11,793.75 | | $11,606.74 | | $187.01 |
| 05.500000% 07/01/2016 2003A | CASH | | | | | | | |
| INSURED BY FGIC | | | | | | | | |
| UNLIMITED GEN OBLIG | | | | | | | | |
| MOODY'S WR | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON JAN 01, JUL 01 | | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | | |
| Factor    0.75 | | | | | | | | |
| Current face    $15,000 | | | | | | | | |
| Average Unit Cost    $58.03 | | | | | | | | |
| INLAND EMPIRE TOBACCO SECURIZATION | 45734TA80 | 10,000 | $100.015 | $10,001.50 | $500.00 | $9,402.80 | T | |
| 05.000000% 06/01/2021 AUTH CALIF TOB | CASH | | | | | | | |
| TOBACCO BDS SER.2007A | | | | | | | | |
| TOBACCO SETTLEMENT | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON DEC 01, JUN 01 | | | | | | | | |
| Next Interest Payable: 06/01/19 | | | | | | | | |
| PARTIAL CALL ON 12/01/2018 @  100.0 | | | | | | | | |
| CONTINUOUSLY CALLABLE FROM 06/01/2017 | | | | | | | | |

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL – Individual
Account Number: RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| INLAND EMPIRE TOBACCO SECURIZATION | 45734TAB0 | *continued* | | | | | |
| CALLABLE ON 04/14/2019 @ 100.0000 SUBJECT TO EXTRAORDINARY CALL | | | | | | | |
| Accrued Interest         $166.67 | | | | | | | |
| Average Unit Cost        $94.70 | | | | | | | |
| Adjusted Cost Basis | | | | | | $9,469.80 T  D | $531.70 |
| Unrealized Market Discount Income | $10.86  Q | | | | | | |
| **Total Municipal Bonds** | | 30,000 | | $21,795.25 | $500.00 | $21,076.54 | $718.71 |
| **Total Fixed Income** | | 185,000 | | $40,395.25 | $500.00 | $174,230.54 | ($133,835.29) |

## HOLDINGS > MUTUAL FUNDS - 53.07% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| FIDELITY ADVISOR ASSET MANAGER 70% M | FTASX | 7,459.642 | $21.43 | $159,860.13 | $1,387.49 | $130,611.48  T | $29,248.65 |
| Estimated Yield  0.86% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost     $17.51 | | | | | | | |
| INVESCO GROWTH AND INCOME FUND CL C | ACGKX | 834.595 | $22.66 | $18,911.92 | $199.97 | $20,332.14 | ($1,420.22) |
| Estimated Yield  1.05% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost     $24.36 | | | | | | | |
| OPPENHEIMER RISING DIVIDENDS FD CL C | OCROX | 4,675.961 | $15.60 | $71,384.99 | $465.05 | $75,000.00 | ($3,619.01) |
| Estimated Yield  0.65% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost     $16.39 | | | | | | | |
| **Total Equity** | | | | $250,157.04 | $2,052.51 | $225,947.62 | $24,209.42 |
| **Fixed Income** | | | | | | | |
| FIDELITY ADV STRAT DIVIDEND & INC CL C | FCSDX | 2,858.419 | $14.79 | $42,276.02 | $831.80 | $35,818.14 | $6,457.88 |
| Estimated Yield  1.96% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBRDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL – Individual
Account Number: RGV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

Page 9 of 16

HOLDINGS > MUTUAL FUNDS  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| FIDELITY ADV STRAT DIVIDEND & INC CL C<br>Capital Gain Option Cash<br>Average Unit Cost $12.53 | FCSDX | *confirmed* | | | | | |
| FIDELITY ADVISOR FL RATE HIGH INC CL C<br>Estimated Yield 3.57%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $9.93 | FFRCX<br>CASH | 3,297.89 | $9.47 | $31,231.02 | $1,117.18 | $32,751.98 | ($1,520.96) |
| OPPENHEIMER ROCHEST HIGH YIELD MUNI C<br>Estimated Yield 3.91%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $6.26 | ORNCX<br>CASH | 8,785.942 | $7.53 | $66,150.14 | $2,589.51 | $55,030.00  T | $11,128.14 |
| **Total Fixed Income** | | | | **$139,665.18** | **$4,538.49** | **$123,600.12** | **$16,065.06** |
| **Total Mutual Funds** | | | | **$389,822.22** | **$6,591.00** | **$349,547.74** | **$40,274.48** |
| **Total Securities** | | | | **$660,407.02** | **$11,853.56** | **$658,741.32** | **$2,886.63** |
| **TOTAL PORTFOLIO VALUE** | | | | **$734,484.64** | **$11,853.56** | **$658,741.32** | **$2,886.63** |

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Securities Sold | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QAGCQ | (77,542.7) | $77,542.70 |
| **Total Securities Sold** | | | | | **$77,542.70** |

# Activity

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC



MN _CEBGVWBCPBBDPXMV_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL _ Individual
Account Number: RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 232.39 | ($232.39) |
| 03/05/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 180 | ($180.00) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 77,542.7 | ($77,542.70) |
| 03/12/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 24 | ($24.00) |
| 03/14/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 66 | ($66.00) |
| 03/15/19 | CASH | YOU SOLD | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | (4,500) | $4,500.00 |
| 03/22/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 203.59 | ($203.59) |
| 03/27/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 205.45 | ($205.45) |
| 03/28/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 429.58 | ($429.58) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 95.67 | ($95.67) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 10.63 | ($10.63) |

**TOTAL CORE FUND ACTIVITY** ($74,490.00)

Royal Alliance Associates, Inc.

MN _CEBGVVBCPBBDPXMV_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738



STEEL RIDGE

INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Other Additions and Withdrawals** | | | | | |
| 03/15/19 | CASH | EFT FUNDS PAID | EFT FUNDS PAID ED97715455 CAPITAL ONE, N.A.   ****8731 | | ($4,500.00) |
| **Total Other Additions and Withdrawals** | | | | | ($4,500.00) |

## TOTAL ADDITIONS AND WITHDRAWALS

| | ($4,500.00) |
|---|---|

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 02/28/19 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR FL RATE HIGH INC CL C | | $94.48 |
| 03/01/19 | CASH | DIVIDEND RECEIVED | INTEL CORP COM USD0.001 | | $31.50 |
| 03/01/19 | CASH | DIVIDEND RECEIVED | PHILLIPS 66 COM | | $106.40 |
| 03/05/19 | CASH | DIVIDEND RECEIVED | VALERO ENERGY CORP | | $180.00 |
| 03/12/19 | CASH | DIVIDEND RECEIVED | UNITED PARCEL SVC INC CL B | | $24.00 |
| 03/14/19 | CASH | DIVIDEND RECEIVED | PRUDENTIAL FINL INC | | $65.00 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | INVESCO GROWTH AND INCOME FUND CL C | | $48.57 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL C | | $27.18 |
| 03/22/19 | CASH | DIVIDEND RECEIVED | WEYERHAEUSER CO COM | | $127.84 |
| 03/28/19 | CASH | DIVIDEND RECEIVED | HOME DEPOT INC COM | | $364.48 |
| 03/28/19 | CASH | DIVIDEND RECEIVED | QUALCOMM INC | | $65.10 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | AMERICAN INTL GROUP INC COM NEW | | $34.56 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $35.34 |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL – Individual
Account Number: RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > INCOME > TAXABLE INCOME    *continued*

### Total Taxable Dividends

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| | | | | | $1,205.45 |

### Taxable Interest

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $10.63 |

**Total Taxable Interest** — $10.63

**Total Taxable Income** — $1,216.08

## ACTIVITY > INCOME > NON-TAXABLE INCOME

### Non-Taxable Dividends

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/26/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER ROCHEST HIGH YIELD MUNI C | | $205.45 |

**Total Non-Taxable Dividends** — $205.45

### Muni Tax Exempt Interest

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 02/01/19 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH PUB IMPT BDS SER. 05.50000% 07/01/2016 2003A | | $25.77 |

**Total Muni Tax Exempt Interest** — $25.77

**Total Non-Taxable Income** — $231.22

**TOTAL INCOME** — $1,447.30

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC. Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BRBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| OC | OWENS CORNING COM USD0.01 | 230 | $0.22 | $50.60 |
| **Total Pending Accrued Dividends** | | | | $50.60 |

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $73,981.95 |
| Current Month's Pending Settlement | | $95.67 |
| **Total Bank Deposits** | **$0.00** | **$74,077.62** |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (for other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number:  RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Insurance and Advisory Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

# Footnotes and Cost Basis Information *continued*

T - Cost basis information was provided by a third party.  We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.      D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed from this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.      Q - Unrealized Market discount income was calculated using the straight-line method from acquisition date through statement period ending date.  Our calculation assumes the taxpayer has elected to defer recognizing the market discount until sale (disposition).  Other elections available under tax laws may be more beneficial, depending on your individual tax situation.  For Federal tax purposes, market discount income from both taxable and tax-exempt bonds is treated as taxable interest income.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown.  The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable.  The time frame of the change is from account opening or September 2011, whichever is later, to the current period.   Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc. an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with any of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBRGWBCPDBBDPXMV_BBBBC 20190329

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis.  **Market Value**–The Total Market Value has been calculated out to 9 decimal places, although only 2 decimal places are shown. The value of securities and other Fidelity Value positions obtained from various sources, may be impeded by the frequency in which such prices are reported and in cases when prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for  fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement.  Reports of any inaccuracy or discrepancy in your brokerage account may be communicated by us to others. In all cases, any verbal communications should be re-confirmed in writing to further protect your rights. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your online brokerage account number or your account number.

**NFS** carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or hold in your account subject to the terms of your account agreement. Required rule 10b-10(c) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help offset additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.

**Assignments** of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult with your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.**  Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement.  Retirement Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs, and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement  of  NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability. If you had transactions that affected your cash balances or security positions held in your account(s) (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("Funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your Introducing Broker dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation you as well other remuneration received by our Introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase.  **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a purchase/minimum required maintenance equity in your margin account. You can determine the loan value of securities in your margin account by referring to Section 220.5 of the Federal Reserve Regulation T. A complete written description of our margin requirements is available upon request. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.  NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program call FINRA at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311  requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request.  **Your broker-dealer is responsible for:**  (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate  orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, including advising you about, and/or transactions in, your brokerage account, and any restrictions on your brokerage account, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs.   **NFS shall, at the direction of your broker-dealer:** (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information may have been priced without verification by independent pricing sources and received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.  Securities in accounts carried by  NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit    www.sipc.org  or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not protected by SIPC in accordance with terms above. Bank deposits held through a bank based program are not covered by SIPC but may be insured by the FDIC and involve investment risk including possible loss of principal.
**End of Statement**

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXMV_BRBBC 20190029

722239.7.0

Account carried with National Financial Services LLC, Member
NYSE, SIPC

This page is left intentionally blank