UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X
                                           :    Chapter 11
                                           :
In Re                                      :    Case No. 18-23538 (RDD)
                                           :
**SEARS HOLDING CORPORATION, et al.,**
                                                
     **Debtors**                                (Jointly Administered)
———————————————————X

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17213/USD 60,000.**

GRP Equities LLC
2345 E 64th Street
Brooklyn, NY  11234

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims, as I own second lien PIK notes and purchased these specifically based they were secured bonds.

_[signature]_                                   11/3/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460     Client Login

# Sears Holdings Corporation (18-23538)  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17213 | 04/10/2019 | GRP Equities LLC | Sears Holdings Corporation | $60,000.00 |

Select scope
Claims Only

Claim Number(s) (e.g. 1,3,5-7)
17213

## Creditor Data Details for Claim # 17213

Creditor
GRP Equities LLC
2345 E. 64th Street
Brooklyn, NY 11234

Date Filed
04/10/2019

Claim Number
17213

Debtor Name
Sears Holdings Corporation

Proof of Claim
📄 View PDF    ✉ Email PDF

Schedule Number

Schedule Number

Creditor name

Debtor(s)
Sears Holdings Corporation (18-23538)

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $60,000.00 | $60,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $60,000.00 | $60,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from    Date to

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.



Contact 844.384.4460    Client Login

# Sears Holdings Corporation (18-23538)   CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

Q Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
|  | 17213 | 04/10/2019 | GRP Equities LLC | Sears Holdings Corporation | $ 60,000.00 |

Select scope: Claims Only

Claim Number(s)(e.g. 1,3,5-7): 17213

## Creditor Data Details for Claim # 17213

**Creditor**
GRP Equities LLC
2345 E. 64th Street
Brooklyn, NY 11234

**Debtor Name**
Sears Holdings Corporation
Schedule Number

**Date Filed**
04/10/2019

**Claim Number**
17213

**Proof of Claim**
View PDF    Email PDF

Schedule Number

Creditor name

Debtor(s): Sears Holdings Corporation(18-23538)

Select Classification: Select an Option

Select Search Operator: Select an Option

Amount

Date from — Date to

|  | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value |  |
|---|---|---|---|---|
| General Unsecured |  |  |  |  |
| Priority |  |  |  |  |
| Secured |  | $60,000.00 | $60,000.00 | Asserted |
| 503(b)(9) Admin Priority |  |  |  |  |
| Admin Priority |  |  |  |  |
| Total | $0.00 | $60,000.00 | $60,000.00 |  |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions                         ©2016 Prime Clerk. All rights reserved.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☑ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

GRP EQUITIES LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

2345 E. 64TH STREET
BROOKLYN, NY 11234

Contact phone 646-496-7675

Contact email ______

**Where should payments to the creditor be sent?** (if different)

NATIONAL FINANCIAL SERVICES
C/O ROYAL ALLIANCE
10 EXCHANGE PLAZA
SUITE 1410
JERSEY CITY, NJ 07302
RQV-005831

Contact phone 631-353-0003

Contact email sfitzgerald@steelridgeadvisors.com

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? ______

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __1__ __1__ __4__ |
| 7. How much is the claim? | $_____60,000.00_____. Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information. |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☑ Other. Describe: SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE Due 10/15/18<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:  $_____<br><br>Amount of the claim that is secured:  $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:  $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Modified Form 410                                     Proof of Claim                                              page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/20  (mm/dd/yyyy)

_Scott M Fitzgerald_
Signature

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| Name | SCOTT | M | FITZGERALD |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: PRESIDENT

Company: STEEL RIDGE ADVISORS
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1377 MOTOR PKWY, SUITE 204
Number    Street

ISLANDIA    NY    11749
City    State    ZIP Code

Contact phone 631-353-0003    Email sfitzgerald@steelridgeadvisors.com

# STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

ENV# CEBGWBCPBBDQBFH_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

GRP EQUITIES LLC
2345 E 64TH ST
BROOKLYN NY 11234

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

For questions about your accounts:
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

**TOTAL VALUE OF YOUR PORTFOLIO**   $253,292.10

**CHANGE IN VALUE OF YOUR PORTFOLIO**
*$ thousands*

307.415
286.372
265.328
244.285
223.241

04/18  05/18  06/18  07/18  08/18  09/18  10/18  11/18  12/18  01/19  02/19  03/19

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

Page 1 of 14

MN _CEBGWBCPBRDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



## STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## Account Overview

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $255,658.14 | $223,241.52 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $361.09 | $555.24 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($2,727.13) | $29,495.34 |
| ENDING VALUE (AS OF 03/31/19) | $253,292.10 | $253,292.10 |
| Total Pending Accrued Dividends | $15.57 | |
| **Ending Value with Accrued Dividends** | **$253,307.67** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

| INCOME | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $360.41 | $391.79 |
| Taxable Interest | $0.68 | $0.68 |
| Long-Term Capital Gain | $0.00 | $162.77 |
| TOTAL TAXABLE | $361.09 | $555.24 |
| **TOTAL INCOME** | **$361.09** | **$555.24** |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

### ACCOUNT ALLOCATION

Bank Deposits 2.6%
Fixed Income 2.8%
Equities 94.6%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $6,564.66 | $0.00 |
| Bank Deposits | 2.6 | $0.00 | $6,568.34 |
| Equities | 94.6 | $235,893.48 | $239,523.76 |
| Fixed Income | 2.8 | $13,200.00 | $7,200.00 |
| **TOTAL** | **100.0 %** | **$255,658.14** | **$253,292.10** |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

Page 2 of 14

MN _ CEBGWBCPBBDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



Page 3 of 14

## Account Overview *continued*

### REALIZED GAIN (LOSS)

| | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $1.28 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$0.00** | **($1.28)** |
| Long Term Gain | $0.00 | $0.00 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$0.00** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

### MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDQBFIL_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 2.59% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|

**Bank Deposits**

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| | | | | | |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) Estimated Annual Yield 0.19% | QAGBQ CASH | 6,568.34 | $1.00 | $6,568.34 | |

**Total Cash and Cash Equivalents**   $6,568.34

## HOLDINGS > EQUITIES - 20.78% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|

**Equity**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENERAL ELECTRIC CO COM USD0.06 Estimated Yield 0.40% Dividend Option Reinvest Capital Gain Option Reinvest Next Dividend Payable: 04/25/19 Average Unit Cost $26.61 | GE CASH | 316.922 | $9.99 | $3,166.05 | $12.68 | $8,431.80 C | ($5,265.75) |
| KRAFT HEINZ CO COM Estimated Yield 4.90% Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost $34.46 | KHC CASH | 16.657 | $32.65 | $543.85 | $26.65 | $574.02 C | ($30.17) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **MICROSOFT CORP**<br>Estimated Yield 1.56%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest<br>Next Dividend Payable: 06/13/19<br>Average Unit Cost $31.43 | MSFT<br>CASH | 218.051 | $117.94 | $25,716.93 | $401.21 | $6,853.46 C | $18,863.47 |
| **MONDELEZ INTL INC COM**<br>Estimated Yield 2.08%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest<br>Next Dividend Payable: 04/12/19<br>Average Unit Cost $20.23 | MDLZ<br>CASH | 47.689 | $49.92 | $2,380.63 | $49.60 | $964.93 C | $1,415.70 |
| **PFIZER INC**<br>Estimated Yield 3.39%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest<br>Average Unit Cost $24.68 | PFE<br>CASH | 488.402 | $42.47 | $20,742.43 | $703.30 | $12,053.10 C | $8,689.33 |
| **WABTEC CORP COM USD0.01**<br>Estimated Yield 0.65%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest<br>Average Unit Cost $73.96 | WAB<br>CASH | 1 | $73.72 | $73.72 | $0.40 | $73.96 | ($0.24) |
| **Total Equity** | | | | $52,623.61 | $1,193.92 | $28,951.27 | $23,672.34 |
| **Total Equities** | | | | $52,623.61 | $1,193.92 | $28,951.27 | $23,672.34 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN  _CEBGWBCPBBDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME - 2.84% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.6250% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 CONTINUOUSLY CALLABLE IN MONETARY DEFAULT Average Unit Cost $96.84 Adjusted Cost Basis | 812350AE6 CASH | 60.000 | $12.00 | $7,200.00 | | $58,102.00 C | ($50,902.00) |
| **Total Fixed Income** | | 60.000 | | **$7,200.00** | | **$58,102.00 C D** | **($50,902.00)** |

## HOLDINGS > MUTUAL FUNDS - 73.79% of Total Account Value

### Equity

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| FIDELITY ADVISOR NEW INSIGHTS CL C Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost $25.01 | FNICX CASH | 987.081 | $25.97 | $25,634.49 | | $24,682.70 C | $951.79 |
| FIDELITY ADVISOR SMALL CAP CL A Dividend Option Reinvest Capital Gain Option Reinvest | FSCDX CASH | 1,220.323 | $21.84 | $26,651.85 | | | |
| OPPENHEIMER GLOBAL FD CLASS A Estimated Yield 0.46% Dividend Option Reinvest Capital Gain Option Reinvest | OPPAX CASH | 249.826 | $86.36 | $21,574.97 | $101.01 | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN __CEBGWBCPBBDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



Page 7 of 14

## HOLDINGS > MUTUAL FUNDS *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **OPPENHEIMER MAIN STREET CL A**<br>Estimated Yield  1.07%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | MSIGX<br>CASH | 764.757 | $45.40 | $34,719.97 | $374.74 | | |
| **OPPENHEIMER MAIN STREET MID CAP CL A**<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | OPMSX<br>CASH | 763.776 | $24.14 | $18,437.55 | | | |
| **OPPENHEIMER RISING DIVIDENDS FD CL A**<br>Estimated Yield  1.13%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | OARDX<br>CASH | 2,594.003 | $18.76 | $48,663.50 | $554.00 | | |
| **OPPENHEIMER RISING DIVIDENDS FD CL C**<br>Estimated Yield  0.65%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest<br>Average Unit Cost  $17.31 | OCRDX<br>CASH | 719.091 | $15.60 | $11,217.82 | $73.08 | $12,446.12  C | ($1,228.30) |
| **Total Equity** | | | | $186,900.15 | $1,102.83 | $37,128.82 | ($276.51) |
| **Total Mutual Funds** | | | | $186,900.15 | $1,102.83 | $37,128.82 | ($276.51) |
| **Total Securities** | | | | $246,723.76 | $2,296.75 | $124,182.09 | ($27,506.17) |
| **TOTAL PORTFOLIO VALUE** | | | | $253,292.10 | $2,296.75 | $124,182.09 | ($27,506.17) |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|

**Securities Purchased**

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _ CEBGWBCPBRDQBFH_BBRBB 20190329



Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

## PURCHASES, SALES, AND REDEMPTIONS  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | REINVESTMENT | PFIZER INC REINVEST @ $43.0572 TRADE DATE 02-27-19 | 4.05 | ($174.37) |
| 03/14/19 | CASH | REINVESTMENT | MICROSOFT CORP REINVEST @ $113.5244 TRADE DATE 03-12-19 | 0.88 | ($99.90) |
| 03/21/19 | CASH | REINVESTMENT | OPPENHEIMER RISING DIVIDENDS FD CL A REINVEST @ $18.8800 | 3.829 | ($72.29) |
| 03/21/19 | CASH | REINVESTMENT | OPPENHEIMER RISING DIVIDENDS FD CL C REINVEST @ $15.7000 | 0.272 | ($4.27) |
| 03/22/19 | CASH | REINVESTMENT | KRAFT HEINZ CO COM REINVEST @ $31.9657 TRADE DATE 03-20-19 | 0.206 | ($6.58) |
| **Total Securities Purchased** | | | | | **($357.41)** |
| **Securities Sold** | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QAGBQ | (6,564.66) | $6,564.66 |
| **Total Securities Sold** | | | | | **$6,564.66** |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) QAGBQ IS LIQUID | 6,564.66 | ($6,564.66) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) @ 1 | 3 | ($3.00) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) NET INT REINVEST | 0.68 | ($0.68) |
| **TOTAL CORE FUND ACTIVITY** | | | | | **($6,568.34)** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/01/19 | CASH | DIVIDEND RECEIVED | PFIZER INC | | $174.37 |
| 03/14/19 | CASH | DIVIDEND RECEIVED | MICROSOFT CORP | | $99.90 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL A | | $72.29 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL C | | $4.27 |
| 03/22/19 | CASH | DIVIDEND RECEIVED | KRAFT HEINZ CO COM | | $6.58 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $3.00 |
| **Total Taxable Dividends** | | | | | **$360.41** |
| **Taxable Interest** | | | | | |
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) | | $0.68 |
| **Total Taxable Interest** | | | | | **$0.68** |
| **Total Taxable Income** | | | | | **$361.09** |
| **TOTAL INCOME** | | | | | **$361.09** |

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CBBGWBCPBBDQBFH_BBBBB 20190329

Page 9 of 14



Statement for the Period March 1, 2019 to March 31, 2019
GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| GE | GENERAL ELECTRIC CO COM USD0.06 | 316.922 | $0.01 | $3.17 |
| MDLZ | MONDELEZ INTL INC COM | 47.689 | $0.26 | $12.40 |
| **Total Pending Accrued Dividends** | | | | **$15.57** |

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| The BOFA Ltd | $0.00 | $6,565.34 |
| Current Month's Pending Settlement | | $3.00 |
| **Total Bank Deposits** | $0.00 | $6,568.34 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQBFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



# Footnotes and Cost Basis Information *continued*

Consult your tax advisor for further information.

C - Cost basis information (or proceeds from short sales) was provided by you. We treat it as original cost basis. For equities, we will adjust the cost basis for any corporate actions which our system supports from the date the security was transferred to the account. For asset-backed fixed income securities, we will adjust the cost basis for principal pay downs from the date the security was transferred to the account. We do not apply any wash sale rules to tax lots with customer-provided cost basis. In certain cases, when positions are transferred between accounts the cost basis information may be automatically transferred and deemed to be customer-provided.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



# Miscellaneous Footnotes *continued*

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**GLOSSARY Short Account Balances** - If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for **fixed income securities**, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer. **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS"). NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program. **Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities. **Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities. **Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request. **Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability. If you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase. **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. **NYSE and FINRA.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. **FINRA Rule 4311** requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. **Your broker-dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs. **NFS shall, at the direction of your broker-dealer:** (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. **Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total account SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors.** NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
**End of Statement**

722239.7.0

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _ CEBGWBCPBBDQBFH_BBBBB 20190329

This page is left intentionally blank