UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In Re | : | Case No. 18-23538 (RDD) |

**SEARS HOLDING CORPORATION, et al.,**

    **Debtors**                             **(Jointly Administered)**

———————————————————x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17991 / USD 15,000.**

NICANORA O'SULLIVAN
6919 Groton Street
Forest Hills, NY  11375

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims, as I own second lien PIK notes and purchased these specifically based they were secured bonds.

_(signature)_         11/3/2021

Scott M. Fitzgerald Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460    Client Login

**SEARS HOLDINGS** | **Sears Holdings Corporation (18-23538)** CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|-----------|---------------|-------------|-------------|
|  | 17991 | 04/10/2019 | O'SULLIVAN, NICANORA | Sears Holdings Corporation | $ 15,000.00 |

## Creditor Data Details for Claim # 17991

Creditor
O'SULLIVAN, NICANORA

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17991

Proof of Claim
📄 View PDF ✉ Email PDF

| | Schedule Amount C'U'D* | Asserted Claim Amount C'U'F* | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $15,000.00 | $15,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $15,000.00 | $15,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17991

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from    Date to

📅  —  📅

Search Claim

Reset

| Page 1 of 1 | 20 ⌄ | View 1 - 1 of 1 |

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo          4/18/2019

Contact 844.384.4460     Client Login

**SEARS HOLDINGS**   **Sears Holdings Corporation (18-23538)**  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|-----------|---------------|-------------|-------------|
|          | 17991   | 04/10/2019 | O'SULLIVAN, NICANORA | Sears Holdings Corporation | $ 15,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

## Creditor Data Details for Claim # 17991

Creditor
O'SULLIVAN, NICANORA

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17991

Proof of Claim
📄 View PDF ✉ Email PDF

Schedule Number

Creditor name

nicanora

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

| | Schedule Amount C"UD" | Asserted Claim Amount C"UF" | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | $15,000.00 | $15,000.00   Asserted |
| Priority | | | |
| Secured | | | |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $15,000.00 | $15,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Date from     Date to

📅     —     📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included in this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ▾    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | NICANORA O'SULLIVAN |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ✓ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | 6919 GROTON STREET<br>FOREST HILLS, NY  11375 | NATIONAL FINANCIAL SERVICES<br>C/O ROYAL ALLIANCE<br>10 EXCHANGE PLAZA<br>SUITE 1410<br>JERSEY CITY, NJ 07302<br>RQV-003809 |
| | Contact phone  718-268-4659 | Contact phone  631-353-0003 |
| | Contact email _____ | Contact email  sfitzgerald@steelridgeadvisors.com |

| 4. Does this claim amend one already filed? | ✓ No |
|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known)_____    Filed on ____/____/____<br>MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✓ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __3__  __0__  __9__  __9__

7. How much is the claim?    $_____15,000.00__. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. Is all or part of the claim secured?

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE  *Due 10/15/18*

Basis for perfection:    _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:    $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

Modified Form 410    Proof of Claim    page 2

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $_____

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    04/09/2019    (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number    Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Royal Alliance Advisors, Inc. the Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

ENV# CEBGWBCPBBDPXPG_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

NICANORA O'SULLIVAN TTEE
FEARGAL OSULLIVAN IRREV LIFE INS
6919 GROTON STREET
FOREST HILLS NY 11375

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809

**TOTAL VALUE OF YOUR PORTFOLIO**   $3,352.59

**CHANGE IN VALUE OF YOUR PORTFOLIO**
*$ thousands*



| | |
|---|---|
| 16.029 | |
| 12.765 | |
| 9.501 | |
| 6.236 | |
| 2.972 | |

06/16  09/16  12/16  03/17  06/17  09/17  12/17  03/18  06/18  09/18  12/18  03/19

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Royal Alliance Associates, Inc.**

MIN _CEBGWBCPBBDPXPG_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $4,851.72 | $2,972.93 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $0.87 | $4.66 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($1,500.00) | $375.00 |
| ENDING VALUE (AS OF 03/31/19) | $3,352.59 | $3,352.59 |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $0.71 | $4.50 |
| Taxable Interest | $0.16 | $0.16 |
| TOTAL TAXABLE | $0.87 | $4.66 |
| TOTAL INCOME | $0.87 | $4.66 |

*Taxable Income is determined based on information available to NFS at the time the statement was
prepared, and is subject to change. Final information on taxation of interest and dividends is available
on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION

Corporate Bonds 53.7%

Bank Deposits 46.3%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $1,551.72 | $0.00 |
| Bank Deposits | 46.3 | $0.00 | $1,552.59 |
| Corporate Bonds | 53.7 | $3,300.00 | $1,800.00 |
| TOTAL | 100.0 % | $4,851.72 | $3,352.59 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account
Allocation for equities, fixed income, and other categories may include mutual funds and may be out of short
positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds
and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart
may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXRG_BBBBB 20190320



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT™

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809

# Account Overview *continued*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of 'Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y 'axis, include Negative values and, use cleaner data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $34,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3.425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXPG_BBBBB 20190320

**Statement for the Period March 1, 2019 to March 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809



# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS – 46.31% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) Estimated Annual Yield 0.19% | QAGBQ CASH | 1,552.59 | $1.00 | $1,552.59 | |
| **Total Cash and Cash Equivalents** | | | | **$1,552.59** | |

## HOLDINGS > FIXED INCOME – 53.69% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.6250% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 | 812350AE6 CASH | 15,000 | $12.00 | $1,800.00 | | $14,219.50 | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXFG_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS – Trust: Under Agreemnt
Account Number: RQV-003809



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME  *continued*

| Description Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 812350AE6 *continued* CONTINUOUSLY CALLABLE IN MONETARY DEFAULT Average Unit Cost $94.80 Adjusted Cost Basis | 15,000 | | $1,800.00 | | $14,219.50  D | ($12,419.50) |
| **Total Fixed Income** | | | $1,800.00 | | $14,219.50 | ($12,419.50) |
| **Total Securities** | | | $1,800.00 | | $14,219.50 | ($12,419.50) |
| **TOTAL PORTFOLIO VALUE** | | | $3,352.59 | | $14,219.50 | ($12,419.50) |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Sold** | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL F7AXX TO QAGBQ | (1,551.72) | $1,551.72 |
| **Total Securities Sold** | | | | | $1,551.72 |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) QAGBQ IS LIQUID | 1,551.72 | ($1,551.72) |

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXPG_BBBBB 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809

## ACTIVITY > CORE FUND ACTIVITY    *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) @ 1 | 0.71 | ($0.71) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) NET INT REINVEST | 0.16 | ($0.16) |

## TOTAL CORE FUND ACTIVITY

($1,552.59)

## ACTIVITY > INCOME > TAXABLE INCOME

### Taxable Dividends

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $0.71 |

**Total Taxable Dividends** $0.71

### Taxable Interest

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) | | $0.16 |

**Total Taxable Interest** $0.16

**Total Taxable Income** $0.87

## TOTAL INCOME

$0.87

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXYG_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809



Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Royal Ridge Advisors, Inc. Royal Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

Page 7 of 10

### ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) of Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| The BOEA Ltd | $0.00 | $1,551.88 |
| Current Month's Pending Settlement | | $0.71 |
| **Total Bank Deposits** | **$0.00** | **$1,552.59** |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown of the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO for other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you hold your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

D – Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount, and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXFG_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

FEARGAL OSULLIVAN IRREV LIFE INS - Trust: Under Agreemnt
Account Number: RQV-003809



# Miscellaneous Footnotes

**CHANGE IN VALUE OF YOUR PORTFOLIO** is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

**CHANGE IN VALUE** reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open and Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBRDPXVG_BBBBB 20190329

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.

**Estimated Annual Income (EAI) & Estimated Yield (EY)-** EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurances can be made as to accuracy, timeliness or completeness.

**GLOSSARY Short Account Balances-**If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin account on a weekly basis. If short sale price is reported as a fractional number, it may to to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which stock prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g., $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from the pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

**CUSTOMER SERVICE-** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer, in addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942. Any oral communications regarding discrepancies should be reconfirmed in writing to protect your rights, including your rights under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Please note that NFS does not distinguish between core account investments and other assets which may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, if you require further information, please contact your broker-dealer.

Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. Splits, Dividends, and Interest. Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity section of your statement. Income Reporting. Income Reporting reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability online based on instructions we received and your broker-dealer on how to receive your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, may pay introducing broker-dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as the amount paid to your introducing broker-dealer and/or NFS will be furnished to you upon written request. At time of purchase loads and shares may be assessed based on the status assigned to the shares at time of purchase. Margin. If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your brokerage account and your margin account other than your non-purpose margin accounts maintained for you under Section 220.6 of Federal Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by that Regulation is available for your inspection upon request. NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program, contact the FINRA. You may contact the FINRA at (800) 289-9999 or access their web site at www.finra.org. The FINRA BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. Your broker-dealer and NFS is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS when received from you, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs. NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided to you by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to those functions, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org or call +1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, precious metals/bullion, mutual funds, or shares held in your account(s) that are not in your account(s) may not be covered, and may be held by your introducing broker-dealer and/or other investments may not be covered, nor guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

End of Statement

722239.7.0

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN    _CERGWBCPJRBDPXPG_BBBBB 20190329

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

:                                    Chapter 11

:

In Re                                :                                    Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

**Debtors**                                              **(Jointly Administered)**

————————————————————x

Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)

**Claim # 17476/USD 50,000.**

JAMES GEE
171 Radcliff Dr. East
East Norwich, NY  11732

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

11/5/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460          Client Login

## SEARS HOLDINGS   Sears Holdings Corporation (18-23538)   CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17476 | 04/10/2019 | Gee, James | Sears Holdings Corporation | $ 50,000.00 |

### Creditor Data Details for Claim # 17476

**Creditor**
Gee, James

**Debtor Name**
Sears Holdings Corporation
**Schedule Number**

**Date Filed**
04/10/2019
**Claim Number**
17476
**Proof of Claim**
📄 View PDF  ✉ Email PDF

| | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $50,000.00 | $50,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $50,000.00 | $50,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17476

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from     Date to

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

| Page 1 of 1 | 20 ⌄ | View 1 - 1 of 1 |

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Contact 844.384.4460        Client Login

# SEARS HOLDINGS   Sears Holdings Corporation (18-23538)     CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket      Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|-----------|---------------|-------------|-------------|
| | 17476 | 04/10/2019 | Gee, James | Sears Holdings Corporation | $ 50,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17476

## Creditor Data Details for Claim # 17476

Creditor
Gee, James

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17476

Proof of Claim
View PDF ✉ Email PDF

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | | $50,000.00 | $50,000.00 | Asserted |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | 50.00 | $50,000.00 | $50,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Search Operator

Select an Option

Amount

Date from        Date to

📅       –       📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Home     Leadership     Disclaimer     Terms & Conditions

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo

4/18/2019

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

JAMES GEE

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

171 RADCLIFF DR EAST
EAST NORWICH, NY  11732

Contact phone  516-922-7779

Contact email  lmichpg@aol.com

Where should payments to the creditor be sent? (if different)

NATIONAL FINANCIAL SERVICES
C/O ROYAL ALLIANCE
10 EXCHANGE PLAZA
SUITE 1410
JERSEY CITY, NJ 07302
RQV-003835

Contact phone  631-353-0003

Contact email  sfitzgerald@steelridgeadvisors.com

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known)_____

Filed on ___ / ___ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  8  9  1  5

7. How much is the claim?    $_____50,000.00__. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. Is all or part of the claim secured?

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE  DUE 10/15/18

Basis for perfection:    _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:    $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $_____

---

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number     Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

---

# STEEL RIDGE

### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc.
Affiliated with Royal Alliance Associates, Inc. Trust offered through Royal Alliance Associates, Inc. is not affiliated with Royal Alliance Associates, Inc.

BNV#  CEBBGVZZFBBCXCKP  BBBBC
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

NFS/FMTC ROLLOVER IRA
FBO JAMES GEE
171 RADCLIFF DR EAST
EAST NORWICH NY 11732

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-003835

**TOTAL VALUE OF YOUR PORTFOLIO**                    **$205,603.83**
*Your portfolio contains unpriced positions. Refer to Holdings in this statement for more information.*

**CHANGE IN VALUE OF YOUR PORTFOLIO**



*$ thousands*

267.005
248.873
230.741
212.609
194.477

06/16  09/16  12/16  03/17  06/17  09/17  12/17  03/18  06/18  09/18  12/18  03/19

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGVZZFBBCXCKP_BBBBC 20190329

# Account Overview

**STEEL RIDGE**
INVESTMENT WEALTH MANAGEMENT

Securities and advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-003835

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $209,069.26 | $194,477.42 |
| Additions and Withdrawals | ($1,221.00) | ($3,663.00) |
| Income | $299.74 | $1,804.96 |
| Taxes, Fees and Expenses | ($407.00) | ($1,221.00) |
| Change in Value | ($2,137.17) | $14,205.45 |
| ENDING VALUE (AS OF 03/31/19) | $205,603.83 | $205,603.83 |
| Total Accrued Interest | $244.79 | |
| Total Pending Accrued Dividends | $222.67 | |
| **Ending Value With Accrued Interest and Dividends** | **$206,071.29** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

## RETIREMENT CONTRIBUTIONS/DISTRIBUTIONS

### CONTRIBUTIONS

| | Current Period | Year-to-Date |
|---|---|---|
| For Current Year 2019 | $0.00 | $0.00 |
| For Prior Year 2018 | $0.00 | $0.00 |

### DISTRIBUTIONS

| | | |
|---|---|---|
| For Current Year 2019 | ($1,221.00) | ($3,663.00) |
| Federal Withholding | ($407.00) | ($1,221.00) |
| **TOTAL DISTRIBUTIONS AND WITHHOLDINGS** | **($1,628.00)** | **($4,884.00)** |

## ACCOUNT ALLOCATION



| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $32,194.95 | $0.00 |
| Bank Deposits | 14.9 | $0.00 | $30,587.47 |
| Equities | 52.7 | $106,195.56 | $108,383.22 |
| Fixed Income | 32.4 | $70,678.75 | $66,633.14 |
| **TOTAL** | **100.0 %** | **$209,069.26** | **$205,603.83** |

Bank Deposits 14.9%

Equities 52.7%

Fixed Income 32.4%

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGVZZJFBBCXCKP_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JAMES GEE – Premiere Select Rollover IRA
Account Number: RQV-003835



## Account Overview *continued*

### REQUIRED MINIMUM DISTRIBUTION (RMD)

|                           | *Total This Year* |
| ------------------------- | ----------------- |
| 2019 RMD for this account | $7,873.58         |

*Your RMD amount was calculated using the IRS Uniform Life Expectancy Table. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

### INCOME

|              | *Current Period* | *Year-to-Date* |
| ------------ | ---------------- | -------------- |
| Dividends    | $296.35          | $865.65        |
| Interest     | $3.39            | $737.77        |
| Capital Gain | $0.00            | $201.54        |
| TOTAL INCOME | $299.74          | $1,804.96      |

*All income is tax-deferred until it is distributed from the account.*

### TAXES, FEES AND EXPENSES

|                               | *Current Period* | *Year-to-Date* |
| ----------------------------- | ---------------- | -------------- |
| Federal Tax Withheld          | ($407.00)        | ($1,221.00)    |
| TOTAL TAXES, FEES AND EXPENSES | ($407.00)       | ($1,221.00)    |

### MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System – DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokcmgcinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGVZZFBBCXCKP_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JAMES GEE – Premiere Select Rollover IRA
Account Number: RQV-003835



## Account Overview *continued*

**MESSAGES AND ALERTS** *continued*

Beginning in January 2019, National Financial Services will enhance the end-investor statement
with the following changes. Payee details will be displayed within Activity Sections Description
field for transactions that have associated Payee information. A summary level total of Short
Dividends charged will be reported within the Account Overview section. Change in Value of
Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative
values and, use cleaner data points for information displayed.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGVZZFBBCXCKD_BBBBC 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-003835

# Holdings

At (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

**CASH AND CASH EQUIVALENTS - 14.88% of Total Account Value**

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) Estimated Annual Yield 0.20% | QAGCQ CASH | 30,587.47 | $1.00 | $30,587.47 | |
| **Total Cash and Cash Equivalents** | | | | **$30,587.47** | |

**HOLDINGS > EQUITIES - 24.05% of Total Account Value**

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| CHUBB LIMITED COM NPV ISIN #CH0044328745 Estimated Yield 2.08% Dividend Option Reinvest Capital Gain Option Reinvest | CB CASH | 305.027 | $140.06 | $42,728.10 | $890.60 |
| GENERAL MTRS CO COM Estimated Yield 4.99% Dividend Option Reinvest Capital Gain Option Reinvest | GM CASH | 121.358 | $37.10 | $4,502.38 | $184.46 |
| LEHMAN BROS HLDGS CAP TR III PFD K 6.37500% 03/15/2052 CPN PMT QUARTERLY | LEHKQ CASH | 700 | $0.1301 | $91.07 | |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CBBGVZZHBBCXCKP_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-003835



## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| LEHMAN BROS HLDGS CAP TR III PFD K CALLABLE ON 06/15/2019 @ 25.0000 | LEHKQ | *continued* | | | |
| MOTORS LIQUIDATION COMPANY UNIT BEN INT | MTLQU CASH | 25 | $9.72 | $243.00 | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 97 | $19.44 | $1,885.68 | |
| **Total Equity** | | | | **$49,450.31** | **$1,075.14** |
| **Total Equities** | | | | **$49,450.31** | **$1,075.14** |

## HOLDINGS > FIXED INCOME - 17.58% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.6250% TO/15/2018 MOODY'S NR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 CONTINUOUSLY CALLABLE IN MONETARY DEFAULT | 812350AE6 CASH | 50,000 | $12.00 | $6,000.00 | |
| GGB GENERAL MOTORS BOND 08.2500% 07/15/2023 ISIN #US370ESCBW49 4TH DISTRIBUTION** CPN PMT SEMI-ANNUAL ON JAN 15, JUL 15 | 370ESCBW4 CASH | 25,000 | unavailable | unavailable | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGVZZFBBCXCCKP_BBBUC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-003835



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| MARSH &MCLENNAN COS INC NOTE 5.875000% | 571740AK0 | 25,000 | $120.598 | $30,147.00 | $1,468.75 |
| 08/01/2033 | CASH | | | | |
| MOODY'S Baa1 /S&P A- | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | |
| ON FEB 01, AUG 01 | | | | | |
| Next Interest Payable: 08/01/19 | | | | | |
| Accrued Interest    $244.79 | | | | | |
| **Total Corporate Bonds** | | 100,000 | | $36,147.00 | $1,468.75 |
| **Total Fixed Income** | | 100,000 | | $36,147.00 | $1,468.75 |

## HOLDINGS > MUTUAL FUNDS - 43.49% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| FIDELITY ADVISOR NEW INSIGHTS CL C | FNICX | 1,222.241 | $25.97 | $31,741.60 | $563.15 |
| Dividend Option Reinvest | CASH | | | | |
| Capital Gain Option Reinvest | | | | | |
| OPPENHEIMER EQUITY INC CL C | OCEIX | 1,203.698 | $22.59 | $27,191.31 | $563.15 |
| Estimated Yield  2.07% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **Total Equity** | | | | $58,932.91 | $563.15 |
| **Fixed Income** | | | | | |
| DWS HIGH INCOME FUND-A | KHYAX | 3,557.889 | $4.66 | $16,486.56 | $889.43 |
| Estimated Yield  5.39% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGVZZPBRCXCKP_BRBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-0003835



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > MUTUAL FUNDS  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PUTNAM DIVERSIFIED INCOME TRUST CLASS A<br>Estimated Yield  4.87%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | PDINX<br>CASH | 2,049.719 | $6.83 | $13,999.58 | $682.56 |
| **Total Fixed Income** | | | | **$30,486.14** | **$1,571.99** |
| **Total Mutual Funds** | | | | **$89,419.05** | **$2,135.14** |
| **Total Securities** | | | | **$175,016.36** | **$4,679.03** |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PORTFOLIO VALUE** | | | | **$205,603.83** | **$4,679.03** |

# Activity

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Purchased** | | | | | |
| 03/20/19 | CASH | REINVESTMENT | PUTNAM DIVERSIFIED INCOME TRUST CLASS A REINVEST @ $6.8400 | 7.762 | ($53.09) |
| 03/21/19 | CASH | REINVESTMENT | OPPENHEIMER EQUITY INC CL C REINVEST @ $22.8100 | 4.67 | ($106.52) |
| 03/22/19 | CASH | REINVESTMENT | GENERAL MTRS CO COM REINVEST @ $37.1209 TRADE DATE 03-20-19 | 1.23 | ($45.65) |
| 03/25/19 | CASH | REINVESTMENT | DWS HIGH INCOME FUND-A REINVEST @ $4.6400 | 15.94 | ($73.99) |
| **Total Securities Purchased** | | | | | **($279.22)** |

**Securities Sold**

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGVZZFBBCXCKP_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

JAMES GEE – Premiere Select Rollover IRA
Account Number: RQV-D03835



## PURCHASES, SALES, AND REDEMPTIONS    *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT DAILY MONEY CLASS F2BXX TO QAGCQ | (32,194.95) | $32,194.95 |

**Total Securities Sold** | | | | | $32,194.95

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 32,194.95 | ($32,194.95) |
| 03/15/19 | CASH | YOU SOLD | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | (1,626) | $1,626.00 |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 17.13 | ($17.13) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 3.39 | ($3.39) |

**TOTAL CORE FUND ACTIVITY** | | | | | ($30,587.47)

## ACTIVITY > ADDITIONS AND WITHDRAWALS > RETIREMENT DISTRIBUTIONS

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Retirement Distributions** | | | | | |
| 03/15/19 | CASH | NORMAL DISTR PARTIAL | NORMAL DISTR PARTIAL ED97692702 VALLEY NATIONAL BANK ******6771 | | ($1,221.00) |

**Total Retirement Distributions** | | | | | ($1,221.00)

**TOTAL ADDITIONS AND WITHDRAWALS** | | | | | ($1,221.00)

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGVZZPBBCXCKP_BBBBC 20190329



**Statement for the Period March 1, 2019 to March 31, 2019**

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-0003835

## ACTIVITY > INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Dividends** | | | | | |
| 03/20/19 | CASH | DIVIDEND RECEIVED | PUTNAM DIVERSIFIED INCOME TRUST CLASS A | | $53.09 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER EQUITY INC CL C | | $106.52 |
| 03/22/19 | CASH | DIVIDEND RECEIVED | GENERAL MTRS CO COM | | $45.65 |
| 03/25/19 | CASH | DIVIDEND RECEIVED | DWS HIGH INCOME FUND-A | | $73.96 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT DAILY MONEY CLASS DIVIDEND RECEIVED | | $17.13 |
| **Total Dividends** | | | | | **$296.35** |
| **Interest** | | | | | |
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $3.39 |
| **Total Interest** | | | | | **$3.39** |
| **TOTAL INCOME** | | | | | **$299.74** |

## ACTIVITY > TAXES, FEES AND EXPENSES

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Federal Tax Withheld** | | | | | |
| 03/15/19 | CASH | FED TAX W/H | RET FED WTH ED97692702 | | ($407.00) |
| **Total Federal Tax Withheld** | | | | | **($407.00)** |
| **TOTAL TAXES, FEES AND EXPENSES** | | | | | **($407.00)** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN__CEBGVZZIBBCXCKP_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JAMES GEE - Premiere Select Rollover IRA
Account Number: RQV-003835



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY >PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

### Pending Accrued Dividends

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| CB | CHUBB LIMITED COM  NPV<br>ISIN #CH0044328745 | 305.027 | $0.73 | $222.67 |

**Total Pending Accrued Dividends** $222.67

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $30,570.34 |
| Current Month's Pending Settlement | | $17.13 |
| Total Bank Deposits | $0.00 | $30,587.47 |

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGVZZIFBBCXCK0_BBBBC 20190329



Statement for the Period March 1, 2019 to March 31, 2019

JAMES GEE : Premiere Select Rollover IRA
Account Number: RQV-003835

# Miscellaneous Footnotes *continued*

REQUIRED MINIMUM DISTRIBUTION - As required by the Internal Revenue Service (IRS) and noted on your Form 5498, you must take minimum required distributions (RMD) by April 1st of the calendar year following the year in which you turn 70 1/2. Subsequent withdrawals must be completed by December 31st every year thereafter. The RMD Amount for this account was calculated based upon your primary beneficiary information as of January 1st of the current calendar year, your life expectancy factor taken from the IRS Uniform Life Expectancy Table, and the prior year end value of your retirement account. If your beneficiary information changed during the calendar year, your RMD calculation may be impacted. The calculation is based on information submitted to NFS by your broker/dealer. You are responsible for withdrawing RMDs on a timely basis, otherwise tax penalties may apply. You must calculate your RMD separately for each IRA you have at NFS and at any other financial institution. The RMD may be satisfied from this account or any other existing IRAs. If you need additional information or have any questions on how the RMD is calculated, please consult IRS Publication 590 or a tax professional.

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGVZZFBBCXCKP_BBBBC 20190329

Page 13 of 14

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value**–The Total Market Value has been calculated out to 9 trailing dollars based on the information shown. In calculating Market Value, The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g., $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "Unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number shown on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at **(800) 801-9942**. Any oral communications regarding inaccuracies or discrepancies should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use its free credit balances in connection with its business activities.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.

**Assignments of American and European-style options** are allocated among customer short positions pursuant to a random allocation procedure. A description of this procedure is available upon request. American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in over-the-counter securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request. **Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affected your cash balance or security positions held in your account including but not limited to transactions occurred, (4) in the event a brokerage account has an outstanding balance, (5) your statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker-dealer and/or NFS sales loads and 12b-1 fees

---

closely reflect the value at which this security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** – EAI for fixed income securities is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EAI and EY are estimates and the income generated by an investment and not changes in its price which may fluctuate. The EAI and EY are estimates and may change or be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are estimates and may include return of principal only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurances can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other compensation received by your introducing broker-dealer and/or NFS will be furnished to you upon written request. **Margin.** If you have a margin account, this statement constitutes the Customer's Statement of Account. At time of sale, any fees applicable may be assessed based on the status assigned to the shares at time of purchase. **Margin.** If you have a margin account and have borrowed money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement and for the margin account and special memorandum account other than your non-purpose margin accounts maintained in accordance with Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account as required under Regulation T is available for your inspection upon request. NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information describing the Program you may contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or FINRA website at www.finra.org. **FINRA Rule 4311** requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation of services performed by your broker-dealer and NFS. A more complete description is available upon request. **Your broker-dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and actions, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including complying with federal, industry and NFS. NFS, per account, if applicable, and (6) maintaining required books and records for the services that it performs. **NFS shall,** at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so), (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. **Securities in accounts carried by** NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approved by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit    www.sipc.org    or call **1-202-371-8300.** Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are covered in connection with SIPC protection. Bank deposits are not SIPC protected, are not guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
End of Statement

722239.7.0

Account carried with National Financial Services LLC, Member NYSE, SIPC

---

**Royal Alliance Associates, Inc.**

MN _CEBGVZZFBBCXCKCP_BBBBC 20190329

Page 14 of 14

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X
                                              :          Chapter 11
                                              :
In Re                                         :          Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

       **Debtors**                                       **(Jointly Administered)**
————————————————————x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17491/USD 10,000.**

RONALD E COLE/MARTHA E COLE
608 Airdale Ln
Simpsonville, SC  29680

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

_____          11/3/2021
Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003



Contact 844.384.4460    Client Login

## Sears Holdings Corporation (18-23538)    CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17491■ | 04/10/2019 | Cole, Ronald E. and Martha E. | Sears Holdings Corporation | $ 10,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17491

### Creditor Data Details for Claim # 17491

Schedule Number

**Creditor**
Cole, Ronald E. and Martha E.

**Debtor Name**
Sears Holdings Corporation

**Schedule Number**

**Date Filed**
04/10/2019

**Claim Number**
17491

**Proof of Claim**
🗎 View PDF  ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

| | Schedule Amount C'U'D' | Asserted Claim Amount C'U'F' | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | | $10,000.00 | $10,000.00 | Asserted |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $10,000.00 | $10,000.00 | |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Search Operator

Select an Option

Amount

Date from        Date to
📅    –    📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and
for general informational purposes only. Anyone using this website
is cautioned NOT to rely on any information contained on this
Website, and any user of this website should not take or refrain
from taking any action based upon anything included or not
included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1        20 ⌄        View 1 - 1 of 1

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo        4/18/2019

Contact 844.384.4460    Client Login

# Sears Holdings Corporation (18-23538) CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

**Select scope**

Claims Only

**Claim Number(s)(e.g. 1,3,5-7)**

17491

**Schedule Number**

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|------------|---------------|-------------|-------------|
|          | 17491   | 04/10/2019 | Cole, Ronald E. and Martha E. | Sears Holdings Corporation | $ 10,000.00 |

## Creditor Data Details for Claim # 17491

**Creditor**
Cole, Ronald E. and Martha E.

**Debtor Name**
Sears Holdings Corporation

**Schedule Number**

**Date Filed**
04/10/2019

**Claim Number**
17491

**Proof of Claim**
📄 View PDF ✉ Email PDF

**Creditor name**

**Debtor(s)**

Sears Holdings Corporation(18-23538)

**Select Classification**

Select an Option

**Select Search Operator**

Select an Option

**Amount**

**Date from**            **Date to**

🗓 — 🗓

|  | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value |  |
|---|---|---|---|---|
| General Unsecured |  | $10,000.00 | $10,000.00 | Asserted |
| Priority |  |  |  |  |
| Secured |  |  |  |  |
| 503(b)(9) Admin Priority |  |  |  |  |
| Admin Priority |  |  |  |  |
| **Total** | $0.00 | $10,000.00 | $10,000.00 |  |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ⌄    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **RONALD E COLE / MARTHA E COLE**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>608 AIRDALE LN<br>SIMPSONVILLE, SC 29680<br><br><br>Contact phone  864-228-7630<br>Contact email  pennypussy1937@gmail.com | **Where should payments to the creditor be sent?** (if different)<br><br>NATIONAL FINANCIAL SERVICES<br>C/O ROYAL ALLIANCE<br>10 EXCHANGE PLAZA<br>SUITE 1410<br>JERSEY CITY, NJ 07302<br>RQV-003813<br><br>Contact phone  631-353-0003<br>Contact email  sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___  MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __4__ __6__ __1__ __2__ |

| | |
|---|---|
| 7. How much is the claim? | $ _____10,000.00___. **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other<br>            charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle

   ☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE *Dec 2*
                                                                                        *10/15/18*

   **Basis for perfection:** _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                                    $_____

   **Amount of the claim that is secured:**        $_____

   **Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**    $_____

   **Annual Interest Rate (when case was filed)_____%**
   ☐ Fixed
   ☐ Variable

| | |
|---|---|
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(     ) that applies.

$_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$_____

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2017 (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

Name      SCOTT M FITZGERALD
          First name          Middle name          Last name

Title     PRESIDENT

Company   STEEL RIDGE ADVISORS
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   1377 MOTOR PKWY, SUITE 204
          Number        Street
          ISLANDIA                              NY          11749
          City                                  State       ZIP Code

Contact phone  631-353-0003          Email  sfitzgerald@steelridgeadvisors.com

Modified Form 410

Proof of Claim

page 3

## STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

ENV# CBBGWBCPBBDPXPK_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

RONALD E COLE
MARTHA E COLE
608 AIRDALE LN
SIMPSONVILLE SC 29680

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

RONALD E COLE & MARTHA E COLE - Joint WROS
Account Number: RQV-003813

TOTAL VALUE OF YOUR PORTFOLIO                    $5,578.61

### CHANGE IN VALUE OF YOUR PORTFOLIO
$ thousands



13.339
11.333
9.327
7.321
5.315

06/16  09/16  12/16  03/17  06/17  09/17  12/17  03/18  06/18  09/18  12/18  03/19

*Change in Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CBBGWBCPBBDPXPK_BBBBB 20190329

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

RONALD E COLE & MARTHA E COLE - Joint WROS
Account Number: RQV-003813

# Account Overview

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $6,576.16 | $5,315.48 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $2.45 | $13.13 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($1,000.00) | $250.00 |
| ENDING VALUE (AS OF 03/31/19) | $5,578.61 | $5,578.61 |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

| INCOME | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $2.00 | $12.68 |
| Taxable Interest | $0.45 | $0.45 |
| TOTAL TAXABLE | $2.45 | $13.13 |
| TOTAL INCOME | $2.45 | $13.13 |

*Taxable Income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION

Corporate Bonds 21.5%

Bank Deposits 78.5%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $4,376.16 | $0.00 |
| Bank Deposits | 78.5 | $0.00 | $4,378.61 |
| Corporate Bonds | 21.5 | $2,200.00 | $1,200.00 |
| TOTAL | 100.0 % | $6,576.16 | $5,578.61 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWDCPBBDFXPK_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

RONALD E COLE & MARTHA E COLE - Joint WROS
Account Number: RQV-003813



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Advisory services offered through Star Ridge Advisors, Inc. Star Ridge Advisors, Inc. is not
Tax Preparation and Insurance Services offered through Star Ridge Advisors, Inc.
associated with Royal Alliance Associates, Inc.

## Account Overview *continued*

### MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $34,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition. log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-459-5627.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN __CEBGWSCPBBDPXPK_BBBBB 20190329



**Statement for the Period March 1, 2019 to March 31, 2019**

RONALD E COLE & MARTHA E COLE – Joint WROS
Account Number: RQV-003813

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 78.49% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | QAGCQ CASH | 4,378.61 | $1.00 | $4,378.61 | |

Estimated Annual Yield  0.19%

**Total Cash and Cash Equivalents**      **$4,378.61**

## HOLDINGS > FIXED INCOME - 21.51% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's rating may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness, or availability of any information. Standard & Poor's, Inc. ("S&P") may not be reproduced. S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.62500% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 | 812350AE6 MARGIN | 10,000 | $12.00 | $1,200.00 | | $9,857.00 | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Statement for the Period March 1, 2019 to March 31, 2019**

RONALD E COLE & MARTHA E COLE - Joint WROS
Account Number: RQV-003813



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Fixed Insurance Service offered through Steel Ridge Associates, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME   *continued*

| Description<br>Symbol/Cusip<br>Account Type | Quantity | Estimated<br>Price on<br>03/31/19 | Estimated<br>Current<br>Market Value | Estimated<br>Annual Income | Original/Adjusted<br>Cost Basis | | Unrealized<br>Gain (Loss) |
|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE   *continued*<br>812350AE5<br>CONTINUOUSLY CALLABLE<br>IN MONETARY DEFAULT<br>Average Unit Cost    $98.57<br>Adjusted Cost Basis | 10,000 | | | | $9,857.00 | D | ($8,657.00) |
| **Total Fixed Income** | | | $1,200.00 | | $9,857.00 | | ($8,657.00) |
| **Total Securities** | | | $1,200.00 | | $9,857.00 | | ($8,657.00) |
| **TOTAL PORTFOLIO VALUE** | | | **$5,578.61** | | | | |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

**Securities Sold**

| Settlement<br>Date | Account<br>Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL<br>RESERVES CL FZAXX TO QAGCQ | (4,376.16) | $4,376.16 |
| **Total Securities Sold** | | | | | $4,376.16 |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement<br>Date | Account<br>Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT<br>PROGRAM (CONSUMER-TIERED) QAGCQ<br>IS LIQUID | 4,376.16 | ($4,376.16) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXPK_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RONALD E COLE & MARTHA E COLE - Joint W/ROS
Account Number: RQV-0003813



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. are not affiliated with Royal Alliance Associates, Inc.

## ACTIVITY > CORE FUND ACTIVITY  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 2 | ($2.00) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 0.45 | ($0.45) |

### TOTAL CORE FUND ACTIVITY

($4,378.61)

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/28/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $2.00 |
| **Total Taxable Dividends** | | | | | $2.00 |
| **Taxable Interest** | | | | | |
| 03/28/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $0.45 |
| **Total Taxable Interest** | | | | | $0.45 |
| **Total Taxable Income** | | | | | $2.45 |

### TOTAL INCOME

$2.45

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDFXFK_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RONALD E COLE & MARTHA E COLE - Joint WROS
Account Number: RQV-003813



**ACTIVITY >BANK DEPOSIT DETAIL**

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds as deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| TCF National Bank | $0.00 | $4,376.61 |
| Current Month's Pending Settlement | | $2.00 |
| Total Bank Deposits | $0.00 | $4,378.61 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

**D** - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MIN _ CEBGWBCPBBDPXPK_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RONALD E COLE & MARTHA E COLE - Joint WROS
Account Number: RQV-003813

# Miscellaneous Footnotes



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Group Financial Strategies, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**CHANGE IN VALUE OF YOUR PORTFOLIO** is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

**CHANGE IN VALUE** reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CE8GW8CPBBDPXPK_BBBBB 20190329

**GLOSSARY Short Account Balances** –If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your brokerage account in a weekly basis.  **Market Value** – The Total Market Value has been calculated out to 9 decimal places, however individual market values are rounded to 2 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.

**Estimated Annual Income (EAI) & Estimated Yield (EY)**– EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. For securities that reflect only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are estimates only and for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement.  Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at **(800) 801-9942**. Any oral communications regarding inaccuracies or discrepancies should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as undeared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) Information not contained herein will be provided on written request. Fidelity may use its margin balances for commercial purposes including lending your securities.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, if you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random selection procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in over-the-counter securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its offices or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statements availability, if you had transactions that affected your cash balance or security positions held in your account(s), and at least each quarter thereafter (at a minimum as required by regulations) of unless electronic statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker-dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request.  At time of purchase fund shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, your transaction will be assessed based on the status assigned to the shares at a time of purchase.  **Margin Information.** If you have margin privileges, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account that your broker-dealer maintains for you under Regulation T of the Federal Reserve Board.  The permanent record of the separate account as required by Regulation T, is available for your inspection upon request.  NYSE and FINRA. All transactions are executed subject to the rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org.  FINRA Rule 4311 requires that your broker-dealer and NFS disclose to you that NFS carries your account and performs certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request.  Your broker-dealer is responsible for:  (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws, rules and regulations including your margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services it performs.  NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your transactions are conducted in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.  Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with provisions of the SIPC statute and approved by SIPC's Board of Directors.  NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit    www.sipc.org   or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Products including not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

End of Statement

Royal Alliance Associates, Inc.

MN_CEBGWBCPBBDPXPK_BBBBB 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

722239.7.0

Page 9 of 10

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X
                                              :        Chapter 11
                                              :
In Re                                         :        Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

        **Debtors**                                    **(Jointly Administered)**
———————————————————x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17213/USD 60,000.**

GRP Equities LLC
2345 E 64th Street
Brooklyn, NY  11234

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

_____        11/3/2021
Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460     Client Login

# SEARS HOLDINGS    Sears Holdings Corporation (18-23538)   CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim value |
|---|---|---|---|---|---|
| | 17213 | 04/10/2019 | GRP Equities LLC | Sears Holdings Corporation | $ 60,000.00 |

## Creditor Data Details for Claim #17213

**Creditor**
GRP Equities LLC
2345 E. 64th Street
Brooklyn, NY 11234

**Debtor Name**
Sears Holdings Corporation
**Schedule Number**

**Date Filed**
04/10/2019
**Claim Number**
17213
**Proof of Claim**
📄 View PDF ✉ Email PDF

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)
17213

Schedule Number

Creditor name

Debtor(s)
Sears Holdings Corporation(18-23538)

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from        Date to

Search Claim

Reset

| | Schedule Amount "CUD" | Asserted Claim Amount "CUF" | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | | $60,000.00 | $60,000.00  Asserted | $ |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $60,000.00 | $60,000.00 | |

"C=Contingent, U=Unliquidated, D=Disputed, F=Foreign"

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ▾    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Contact 844.384.4460          Client Login

**SEARS HOLDINGS**   **Sears Holdings Corporation (18-23538)**   CHANGE CASE

Case Info   Docket   Claims   Submit a Claim   Submit Inquiry

Search Docket   Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17213 | 04/10/2019 | GRP Equities LLC | Sears Holdings Corporation | $ 60,000.00 |

## Creditor Data Details for Claim # 17213

**Creditor**
GRP Equities LLC
2345 E. 64th Street
Brooklyn, NY 11234

**Date Filed**
04/10/2019
**Claim Number**
17213
**Proof of Claim**
📄 View PDF  ✉ Email PDF

**Debtor Name**
Sears Holdings Corporation
**Schedule Number**

| | Schedule Amount 'C'UD' | Asserted Claim Amount 'C'UF' | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $60,000.00 | $60,000.00   Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $60,000.00 | $60,000.00 |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17213

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from   Date to

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ⌄    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ☑ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23555) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

GRP EQUITIES LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

2345 E. 64TH STREET
BROOKLYN, NY  11234

Contact phone  646-496-7675
Contact email  _____

Where should payments to the creditor be sent? (if different)

NATIONAL FINANCIAL SERVICES
C/O ROYAL ALLIANCE
10 EXCHANGE PLAZA
SUITE 1410
JERSEY CITY, NJ 07302
RQV-005831

Contact phone  631-353-0003
Contact email  sfitzgerald@steelridgeadvisors.com

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.   Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __8__  __1__  __1__  __4__ |

7. How much is the claim?   $_____60,000.00 . Does this amount include interest or other charges?

        ☑ No

        ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. Is all or part of the claim secured?

☐ No

☑ Yes. The claim is secured by a lien on property.

    Nature of property:

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☑ Other. Describe:   __SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE__ due 10/15/18

    Basis for perfection:   _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Value of property:   $_____

    Amount of the claim that is secured:   $_____

    Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    Amount necessary to cure any default as of the date of the petition:   $_____

    Annual Interest Rate (when case was filed) _____%

    ☐ Fixed

    ☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

☑ No

☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $_____

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/09/20 A (mm/dd/yyyy)

_Signature_

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number          Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

ENV# CEBGWBCPBBDQBFH_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

GRP EQUITIES LLC
2345 E 64TH ST
BROOKLYN NY 11234

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDQBFH_BBBBB 20190329

**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

TOTAL VALUE OF YOUR PORTFOLIO                    $253,292.10

**CHANGE IN VALUE OF YOUR PORTFOLIO**
*$ thousands*



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 307.415 | | | | | | | | | | | | |
| 286.372 | | | | | | | | | | | | |
| 265.328 | | | | | | | | | | | | |
| 244.285 | | | | | | | | | | | | |
| 223.241 | | | | | | | | | | | | |

04/18  05/18  06/18  07/18  08/18  09/18  10/18  11/18  12/18  01/19  02/19  03/19

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC



**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $255,658.14 | $223,241.52 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $361.09 | $555.24 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($2,727.13) | $29,495.34 |
| ENDING VALUE (AS OF 03/31/19) | $253,292.10 | $253,292.10 |
| Total Pending Accrued Dividends | $15.57 | |
| Ending Value with Accrued Dividends | $253,307.67 | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $360.41 | $391.79 |
| Taxable Interest | $0.68 | $0.68 |
| Long-Term Capital Gain | $0.00 | $162.77 |
| TOTAL TAXABLE | $361.09 | $555.24 |
| TOTAL INCOME | $361.09 | $555.24 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION



Bank Deposits 2.6%
Fixed Income 2.8%
Equities 94.6%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $6,564.66 | $0.00 |
| Bank Deposits | 2.6 | $0.00 | $6,568.34 |
| Equities | 94.6 | $235,893.48 | $239,523.76 |
| Fixed Income | 2.8 | $13,200.00 | $7,200.00 |
| TOTAL | 100.0 % | $255,668.14 | $253,292.10 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC. Member NYSE, SIPC

MN __ CEBGWBCPBBDQBFH_BBBBB 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preservation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

## Account Overview *continued*

| REALIZED GAIN (LOSS) | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $1.28 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$0.00** | **($1.28)** |
| Long Term Gain | $0.00 | $0.00 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$0.00** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC. Member NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDQBRH_BBBBB 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preservation and Insurance Services Offered Through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS – 2.59% of Total Account Value

**Bank Deposits**

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank, at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) Estimated Annual Yield  0.19% | 0AGBQ CASH | 6,568.34 | $1.00 | $6,568.34 | |

**Total Cash and Cash Equivalents**                              $6,568.34

## HOLDINGS > EQUITIES – 20.78% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| GENERAL ELECTRIC CO COM USD0.06 Estimated Yield  0.40% Dividend Option Reinvest Capital Gain Option Reinvest Next Dividend Payable 04/25/19 Average Unit Cost    $26.61 | GE CASH | 316.922 | $9.99 | $3,166.05 | $12.68 | $8,431.80   C | ($5,265.75) |
| KRAFT HEINZ CO COM Estimated Yield  4.99% Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost    $34.46 | KHC CASH | 16.657 | $32.65 | $543.85 | $26.65 | $574.02   C | ($30.17) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN  _CEBGGWBCPBBDQBHH_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through First Ridge Advisory, Inc. First Ridge Advisory, Inc. is not associated with Royal Alliance Associates, Inc.

**HOLDINGS > EQUITIES**  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **MICROSOFT CORP** Estimated Yield 1.56% Dividend Option Reinvest Capital Gain Option Reinvest Next Dividend Payable: 06/13/19 Average Unit Cost    $31.43 | MSFT CASH | 218.051 | $117.94 | $25,716.93 | $401.21 | $6,853.46  C | $18,863.47 |
| **MONDELEZ INTL INC COM** Estimated Yield 2.08% Dividend Option Reinvest Capital Gain Option Reinvest Next Dividend Payable: 04/12/19 Average Unit Cost    $20.23 | MDLZ CASH | 47.689 | $49.92 | $2,380.63 | $49.60 | $964.93  C | $1,415.70 |
| **PFIZER INC** Estimated Yield 3.39% Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost    $24.68 | PFE CASH | 488.402 | $42.47 | $20,742.43 | $703.30 | $12,053.10  C | $8,689.33 |
| **WABTEC CORP COM USD0.01** Estimated Yield 0.65% Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost    $73.96 | WAB CASH | 1 | $73.72 | $73.72 | $0.40 | $73.96 | ($0.24) |
| **Total Equity** | | | | $52,623.61 | $1,193.92 | $28,951.27 | $23,672.34 |
| **Total Equities** | | | | $52,623.61 | $1,193.92 | $28,951.27 | $23,672.34 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQBRFI_BBBBB 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-006831

## HOLDINGS > FIXED INCOME - 2.84% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE<br>6.6250% 10/15/2018<br>MOODY'S WR<br>CPN PMT SEMI-ANNUAL<br>ON OCT 15, APR 15<br>CONTINUOUSLY CALLABLE<br>IN MONETARY DEFAULT<br>Average Unit Cost $96.84<br>Adjusted Cost Basis | 812350AE6<br>CASH | 60,000 | $12.00 | $7,200.00 | | $58,102.00  C | ($50,902.00) |
| **Total Fixed Income** | | 60,000 | | $7,200.00 | | $58,102.00  D | ($50,902.00) |

## HOLDINGS > MUTUAL FUNDS - 73.79% of Total Account Value

### Equity

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| FIDELITY ADVISOR NEW INSIGHTS CL C<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest<br>Average Unit Cost $25.01 | FNICX<br>CASH | 987.081 | $25.97 | $25,634.49 | | $24,682.70  C | $951.79 |
| FIDELITY ADVISOR SMALL CAP CL A<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | FSCDX<br>CASH | 1,220.323 | $21.84 | $26,651.85 | | | |
| OPPENHEIMER GLOBAL FD CLASS A<br>Estimated Yield 0.46%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | OPPAX<br>CASH | 249.826 | $86.36 | $21,574.97 | $101.01 | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBRGWBPCPBBDQBFH_BBBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



## HOLDINGS > MUTUAL FUNDS *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **OPPENHEIMER MAIN STREET CL A** | MSIGX | 764.757 | $45.40 | $34,719.97 | $374.74 | | |
| Estimated Yield  1.07% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| **OPPENHEIMER MAIN STREET MID CAP CL A** | OPMSX | 763.776 | $24.14 | $18,437.55 | | | |
| Dividend Option Reinvest | CASH | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| **OPPENHEIMER RISING DIVIDENDS FD CL A** | OARDX | 2,594.003 | $18.76 | $48,663.50 | $554.00 | | |
| Estimated Yield  1.13% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| **OPPENHEIMER RISING DIVIDENDS FD CL C** | OCRDX | 719.091 | $15.60 | $11,217.82 | $73.08 | $12,446.12  C | ($1,228.30) |
| Estimated Yield  0.65% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost     $17.31 | | | | | | | |
| **Total Equity** | | | | $106,900.15 | $1,102.83 | $37,128.82 | ($276.51) |
| **Total Mutual Funds** | | | | $106,900.15 | $1,102.83 | $37,128.82 | ($276.51) |
| **Total Securities** | | | | $246,723.76 | $2,296.75 | $124,182.09 | ($27,506.17) |
| **TOTAL PORTFOLIO VALUE** | | | | $253,292.10 | $2,296.75 | $124,182.09 | ($27,506.17) |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Purchased** | | | | | |

Royal Alliance Associates, Inc.

MN _CEBGVWBCVPBBDQBIFH_BBBBB 20190329

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005631



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## PURCHASES, SALES, AND REDEMPTIONS   *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | |
|---|---|---|---|---|---|---|
| 03/01/19 | CASH | REINVESTMENT | PFIZER INC REINVEST @ $43.0572 TRADE DATE 02-27-19 | 4.05 | ($174.37) | $174.37 |
| 03/14/19 | CASH | REINVESTMENT | MICROSOFT CORP REINVEST @ $113.5244 TRADE DATE 03-12-19 | 0.88 | ($99.90) | $99.90 |
| 03/21/19 | CASH | REINVESTMENT | OPPENHEIMER RISING DIVIDENDS FD CL A REINVEST @ $18.8800 | 3.820 | ($72.29) | $72.29 |
| 03/21/19 | CASH | REINVESTMENT | OPPENHEIMER RISING DIVIDENDS FD CL C REINVEST @ $15.7000 | 0.272 | ($4.27) | $4.27 |
| 03/21/19 | CASH | REINVESTMENT | KRAFT HEINZ CO COM REINVEST @ $31.9657 TRADE DATE 03-20-19 | 0.206 | ($6.58) | $6.58 |
| **Total Securities Purchased** | | | | | **($357.41)** | |

**Securities Sold**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL I ZAXX TO QAGBQ | (6,564.66) | $6,564.66 | |
| **Total Securities Sold** | | | | | **$6,564.66** | |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) QAGBQ IS LIQUID | 6,564.66 | ($6,564.66) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) @ 1 | 3 | ($3.00) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) NET INT REINVEST | 0.68 | ($0.68) |
| **TOTAL CORE FUND ACTIVITY** | | | | | **($6,568.34)** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN __CEBGWBCPBBDQBFH_BBBBB3 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC – Limited Liability Co
Account Number: RQV-005831



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > INCOME > TAXABLE INCOME

### Taxable Dividends

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | DIVIDEND RECEIVED | PFIZER INC | | $174.37 |
| 03/14/19 | CASH | DIVIDEND RECEIVED | MICROSOFT CORP | | $99.90 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL A | | $72.29 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL C | | $4.27 |
| 03/22/19 | CASH | DIVIDEND RECEIVED | KRAFT HEINZ CO COM | | $6.58 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $3.00 |
| **Total Taxable Dividends** | | | | | **$360.41** |

### Taxable Interest

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (BUSINESS-TIERED) | | $0.68 |
| **Total Taxable Interest** | | | | | **$0.68** |
| **Total Taxable Income** | | | | | **$361.09** |
| **TOTAL INCOME** | | | | | **$361.09** |

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQBFH_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

GRP EQUITIES LLC – Limited Liability Co
Account Number: RQV-005831



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc., Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| GE | GENERAL ELECTRIC CO COM USD0.06 | 316.922 | $0.01 | $3.17 |
| MDLZ | MONDELEZ INTL INC  COM | 47.689 | $0.26 | $12.40 |
| **Total Pending Accrued Dividends** | | | | $15.57 |

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| The BOFA Ltd | $0.00 | $6,565.34 |
| Current Month's Pending Settlement | | $3.00 |
| Total Bank Deposits | $0.00 | $6,568.34 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities); however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown on the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect, which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _ CEBGWBCPBBDQBRFH_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



## Footnotes and Cost Basis Information *continued*

Consult your tax advisor for further information.

C - Cost basis information (or proceeds from short sales) was provided by you. We treat it as original cost basis. For equities, we will adjust the cost basis for any corporate actions which our system supports from the date the security was transferred to the account. For asset-backed fixed income securities, we will adjust the cost basis for principal pay downs from the date the security was transferred to the account. We do not apply any wash sale rules to tax lots with customer-provided cost basis. In certain cases, when positions are transferred between accounts the cost basis information may be automatically transferred and deemed to be customer-provided.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

## Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown.   The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets (if applicable.   The time frame of the graph is from account opening or September 2011, whichever is later, to the current period.   Please note that large increases and/or declines in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDQBRH_BBBBB 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

GRP EQUITIES LLC - Limited Liability Co
Account Number: RQV-005831



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Fidelity Forex, Inc., an affiliate of NFS.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## Miscellaneous Footnotes *continued*

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQBFH_BBBBB 20190329

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market movement, or any resulting gain or loss, will be treated to the market and will be transferred to your Margin Account on a weekly basis. **Market Value**–The market value for listed securities and issues traded on 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g., $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. Therefore, market prices are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is unavailable on a pricing source. The Total Market Value of a security, including those priced at par value, may differ from its purchase price and may not

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").
NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those required by the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as underwired checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have them available to you on demand or held in your account subject to the terms of your account agreement. Required title 10b-16(c) of the Securities Exchange Act of 1934 is provided to you upon written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.
**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional account federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.
**Options Customers.** Each transaction confirmation previously delivered to you contains full information about transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting transactions in over-the-counter securities.
**Assignments of American and European-style options are allocated among short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions eligible for American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties or securities that are eligible and in certain securities may be in escrow, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.
**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting transactions in over-the-counter securities. Short positions...
**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs, and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.
**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.
**Estimated Annual Income (EAI) & Estimated Yield (EY)**–EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated dividend and/or annual (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EAI and EY are estimates and the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates and may only include return of principal and/or capital gains, which would render them overstated. EAI and EY are estimates only and may not reflect actual income and should not be used or relied on for making investment, trading or tax decisions. EAI are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation received by your introducing broker dealer and/or NFS will be furnished to you upon request. Also an individual's dividend equity purchases/sales prices for a transaction fee or no transaction fee status. At time of sale, the fees assessed may be assigned a load, assessed based on the status assigned to the shares at time of purchase. **Margin.** If you buy securities on credit or borrow against securities in your account, certain events may occur that jeopardize your position. For example, if the securities in your margin account decline in value, you may be required to provide additional cash or securities in your margin account, which is identified on your statement. If you have a margin account, this statement is a combination of your margin account and special memorandum account other than your non-purpose margin accounts. **Information regarding margin account and special memorandum account (SMA) is available under Federal Reserve Board. The permanent record of the SMA is located at your broker-dealer.** T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the SMA is available under Regulation T. is available for your inspection upon request. **NYSE and FINRA.** All transactions are subject to the rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about FINRA Regulation or to contact FINRA Regulation, call the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or at the FINRA Regulation web site at www.finra.org. **FINRA Rule 4311** requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. **Your broker-dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including advising you of the status of your brokerage account, (6) maintaining required books and records for the services it performs. **NFS shall, at the direction of your broker-dealer:** (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so), (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. **Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000.** The $500,000 total includes a limit of $250,000 on claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org or call 1-202-371-8300. Funds used to purchase or swept to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance, Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals and other commodities are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
**End of Statement**

722239.7.0

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBGCPBDQBH_BBBBB 20190329

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

|                                          |     |                          |
|------------------------------------------|-----|--------------------------|
|                                          |  :  | Chapter 11               |
|                                          |  :  |                          |
| In Re                                    |  :  | Case No. 18-23538 (RDD)  |

**SEARS HOLDING CORPORATION, et al.,**

**Debtors**                                              **(Jointly Administered)**

———————————————————————x

Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)

**Claim # 17484/USD 115,000.**
**Claim # 17018 / USD 99,000.**

FRANCES R DICKMAN
7 Judith Drive
Greenlawn, NY  11740

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims, as I own second lien PIK notes and purchased these specifically based they were secured bonds.

_____      11/5/2021
Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460        Client Login

**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)**  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim value |
|---|---|---|---|---|---|
| | 17018 | 04/10/2019 | DICKMAN, FRANCES R | Sears Holdings Corporation | $ 99,000.00 |

**Select scope**

Claims Only

**Claim Number(s)(e.g. 1,3,5-7)**

17018

**Schedule Number**

## Creditor Data Details for Claim # 17018

**Creditor**
DICKMAN, FRANCES R.

**Debtor Name**
Sears Holdings Corporation

**Schedule Number**

**Date Filed**
04/10/2019

**Claim Number**
17018

**Proof of Claim**
📄 View PDF  ✉ Email PDF

**Creditor name**

**Debtor(s)**

Sears Holdings Corporation(18-23538)

**Select Classification**

Select an Option

| | Schedule Amount C'UD' | Asserted Claim Amount C'UF' | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $99,000.00 | $99,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $99,000.00 | $99,000.00 |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Select Search Operator**

Select an Option

**Amount**

**Date from**        **Date to**

📅  —  📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1        20 ▼        View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Contact 844.384.4460    Client Login



**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)**  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17018 | 04/10/2019 | DICKMAN, FRANCES R | Sears Holdings Corporation | $ 99,000.00 |

Select scope

Claims Only

Claim Number(s) (e.g. 1,3,5-7)

17018

## Creditor Data Details for Claim # 17018

Creditor
DICKMAN, FRANCES R

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17018

Proof of Claim
📄 View PDF ✉ Email PDF

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation (18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

| | Schedule Amount "CUD" | Asserted Claim Amount "CUF" | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $99,000.00 | $99,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $99,000.00 | $99,000.00 | |

"C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Amount

Date from    Date to
📅    -    📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and
for general informational purposes only. Anyone using this website
is cautioned NOT to rely on any information contained on this
website, and any user of this website should not take or refrain
from taking any action based upon anything included or not
included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ∨    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions              ©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo                4/18/2019

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | FRANCES R DICKMAN<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>7 JUDITH DRIVE<br>GREENLAWN, NY  11740<br><br><br><br>Contact phone   631-651-8687<br><br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>NATIONAL FINANCIAL SERVICES<br>C/O ROYAL ALLIANCE<br>10 EXCHANGE PLAZA<br>SUITE 1410<br>JERSEY CITY, NJ 07302<br>RQV-003678<br><br>Contact phone   631-353-0003<br><br>Contact email   sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ____/____/____<br>MM  /  DD  /  YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  8  9  4  4

**7.  How much is the claim?**    $_____99,000.00  . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE

**Basis for perfection:**    _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate (when case was filed)_____%**

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number        Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

ENV# CEBGWBCPBBDPXLR_BBBBC
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

FRANCES R DICKMAN
TOD DANIEL DICKMAN
7 JUDITH DRIVE
GREENLAWN NY 11740

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Insurance and Advisory Services offered through Royal Alliance Associates, Inc. Insurance Services, Inc.
Tax Preparation and Insurance Services offered through Roe Finger Advisors, Inc., Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678

**TOTAL VALUE OF YOUR PORTFOLIO**              $770,575.93

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**CHANGE IN VALUE OF YOUR PORTFOLIO**
$ thousands

| | | | |
|---|---|---|---|
| 887.919 | | | |
| 841.365 | | | |
| 794.810 | | | |
| 748.256 | | | |
| 701.701 | | | |
| 2016 | 2017 | 2018 | CURRENT |

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC. Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678

# Account Overview



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $774,971.00 | $701,701.32 |
| Additions and Withdrawals | ($4,000.00) | ($12,000.00) |
| Income | $676.41 | $4,588.88 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($1,071.48) | $76,285.73 |
| ENDING VALUE (AS OF 03/31/19) | $770,575.93 | $770,575.93 |
| Total Pending Accrued Dividends | $96.00 | |
| Ending Value with Accrued Dividends | $770,671.93 | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

## MARGIN PROFILE
as of March 31, 2019

| | |
|---|---|
| Margin Positions Market Value | $583,560.92 |
| Margin Balance (Net currency credit/debit) | $0.00 |
| Margin Equity | $583,560.92 |
| Margin Equity Percent | 100.0% |
| Equity Buying Power | $913,112.40 |
| Margin Interest Charged this Period | $0.00 |

*Balances and Margin availability are reflected as of the closing date of this statement. Please consult with your broker/dealer prior to trading as these amounts may have changed. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

*Margin balance information reported in this section is based on trade date. Position and balance information reported elsewhere in this statement is based on settlement date.*

## ACCOUNT ALLOCATION



Bank Deposits 9.9%

Equities 58.5%

Fixed Income 31.6%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $79,444.91 | $0.00 |
| Bank Deposits | 9.9 | $0.00 | $76,121.32 |
| Equities | 58.5 | $444,125.85 | $450,629.01 |
| Fixed Income | 31.6 | $251,400.24 | $243,825.60 |
| TOTAL | 100.0 % | $774,971.00 | $770,575.93 |

*Cash and Cash Equivalents will include margin, debit and credit balances.*

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETP's) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC. Member NYSE, SIPC.

MN _ CEBGWBCPBBBDPXLR_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678

# Account Overview *continued*

**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.
Tax Preparation and Insurance Services Offered through Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| **TAXABLE** | | |
| Taxable Dividends | $581.85 | $3,008.89 |
| Taxable Interest | $10.82 | $10.82 |
| Long-Term Capital Gain | $0.00 | $1,244.12 |
| **TOTAL TAXABLE** | $592.67 | $4,263.83 |
| **NON-TAXABLE** | Current Period | Year-to-Date |
| Muni Tax Exempt Interest | $83.74 | $325.05 |
| **TOTAL NON-TAXABLE** | $83.74 | $325.05 |
| **TOTAL INCOME** | $676.41 | $4,598.88 |

*Taxable Income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## REALIZED GAIN (LOSS)

| | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $0.00 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | $0.00 | $0.00 |
| Long Term Gain | $0.00 | $504.56 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | $0.00 | $504.56 |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.*

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

# Account Overview *continued*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLR_BBBBC 20190320

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-0003878



# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 9.88% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank, at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) Estimated Annual Yield 0.26% | QAGCQ CASH | 76,121.32 | $1.00 | $76,121.32 | |
| **Total Cash and Cash Equivalents** | | | | **$76,121.32** | |

## HOLDINGS > EQUITIES - 34.67% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| ALTRIA GROUP INC Estimated Yield 5.57% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 04/30/19 Average Unit Cost $34.40 | MO MARGIN | 120 | $57.43 | $6,891.60 | $384.00 | $4,128.26 | $2,763.34 |
| APPLE INC COM USD0.00001 Estimated Yield 1.53% Dividend Option Cash Capital Gain Option Cash Average Unit Cost $172.01 | AAPL MARGIN | 100 | $189.95 | $18,995.00 | $292.00 | $17,201.10 | $1,793.90 |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678



## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **AT&T INC COM USD1** | T | 995 | $31.36 | $31,203.20 | $2,029.80 | $30,518.78  T | $684.42 |
| Estimated Yield  6.50% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $30.67 | | | | | | | |
| **EXXON MOBIL CORP** | XOM | 50 | $80.80 | $4,040.00 | $164.00 | $5,211.00 | ($1,171.00) |
| Estimated Yield  4.05% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $104.22 | | | | | | | |
| **MICROSOFT CORP** | MSFT | 200 | $117.94 | $23,598.00 | $368.00 | $16,945.00 | $6,643.00 |
| Estimated Yield  1.56% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 06/13/19 | | | | | | | |
| Average Unit Cost        $84.73 | | | | | | | |
| **NETFLIX COM INC COM** | NFLX | 200 | $356.56 | $71,312.00 | | $40,988.12 | $30,323.88 |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $204.94 | | | | | | | |
| **NORTHSTAR HEALTHCARE INCM INC COM** | 66705T106 | 10,220.277 | $7.10  AI | $72,563.97 | | $78,415.60 | ($5,851.63) |
| BASED ON AN INDEPENDENT APPRAISAL | CASH | | | | | | |
| Average Unit Cost        $7.67 | | | | | | | |
| **VALERO ENERGY CORP** | VLO | 93 | $84.83 | $7,889.19 | $334.80 | $5,110.64 | $2,778.55 |
| Estimated Yield  4.24% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $54.95 | | | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN __CEBWGWBCPBBBDYXLR_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-A003678



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Lhor Steige Advisors, Inc. Steel Ridge Advisors, Inc. is not affiliated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| VERIZON COMMUNICATIONS | VZ | 519 | $59.13 | $30,698.47 | $1,250.79 | $21,303.47  T | $9,395.00 |
| Estimated Yield  4.07% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 05/01/19 | | | | | | | |
| Average Unit Cost    $41.05 | | | | | | | |
| **Total Equity** | | | | $267,171.43 | $4,823.39 | $219,821.97 | $47,349.46 |
| **Total Equities** | | | | $267,171.43 | $4,823.39 | $219,821.97 | $47,349.46 |

## HOLDINGS > FIXED INCOME - 8.18% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of  opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | 812350AE6 | 90,000 | $12.00 | $11,880.00 | | $98,635.75  D | ($86,755.75) |
| 6.6250% 10/15/2018 | MARGIN | | | | | | |
| MOODY'S WR | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | |
| ON OCT 15, APR 15 | | | | | | | |
| CONTINUOUSLY CALLABLE | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | |
| Average Unit Cost    $99.63 | | | | | | | |
| Adjusted Cost Basis | | | | | | $98,635.75 | |
| **Municipal Bonds** | | | | | | | |
| PUERTO RICO COMWLTH PUB IMPT BDS SER. | 745146Q70 | 65,000 | $78.625 | $38,323.69 | | $37,683.43 | $646.26 |
| 05.5000% 07/01/2016 2003A | CASH | | | | | | |
| UNLIMITED GEN OBLIG | | | | | | | |
| INSURED BY FGIC | | | | | | | |
| MOODY'S WR | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678



## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| PUERTO RICO COMMWLTH PUB IMPT BDS SER. | 745146Q70  *continued* | | | | | | |
| ON JAN 01, JUL 01 | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | |
| Factor   0.75 | | | | | | | |
| Current face   $48,750 | | | | | | | |
| Average Unit Cost   $57.97 | | | | | | | |
| PUERTO RICO COMMWLTH REF PUB IMPT BDS | 74514LNA1  MARGIN | 20,000 | $64.25 | $12,860.00 | | $18,186.40 | ($5,336.40) |
| 05.500000% 07/01/2017 SER. 2007-A-1 | | | | | | | |
| UNLIMITED GEN OBLIG | | | | | | | |
| MOODY'S WR/S&P D | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | |
| ON JAN 01, JUL 01 | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | |
| Average Unit Cost   $90.93 | | | | | | | |
| Adjusted Cost Basis | | | | | | $18,186.40   D | ($4,690.14) |
| **Total Municipal Bonds** | | 85,000 | | $51,179.69 | | $55,869.83 | ($4,690.14) |
| **Total Fixed Income** | | 184,000 | | $63,059.69 | | $154,505.58 | ($91,445.89) |

## HOLDINGS > MUTUAL FUNDS - 47.27% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| FIDELITY ADVISOR EQUITY INCOME CL C | FEICX  MARGIN | 2,479.339 | $27.93 | $69,247.94 | $1,222.31 | $75,004.00 | ($5,756.06) |
| Estimated Yield  1.76% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost   $30.25 | | | | | | | |
| FIDELITY ADVISOR MID CAP II CL C | FIIICX  MARGIN | 1,841.621 | $15.79 | $29,079.20 | | $30,004.00 | ($924.80) |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost   $16.29 | | | | | | | |
| FIDELITY ADVISOR NEW INSIGHTS CL C | FNICX  MARGIN | 1,470.588 | $25.97 | $38,191.17 | | $35,004.00 | $3,187.17 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost   $23.80 | | | | | | | |

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Individual TOD
Account Number:  RQV-003678



## HOLDINGS > MUTUAL FUNDS  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| INVESCO CHARTER CLASS C | CHTCX | 1,455.416 | $15.46 | $22,655.33 | | $25,004.00 | ($2,348.67) |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $17.00 | | | | | | | |
| OPPENHEIMER RISING DIVIDENDS FD CL C | OCRCX | 1,556.663 | $15.60 | $24,283.94 | $158.20 | $25,004.00 | ($720.06) |
| Dividend Option Cash | MARGIN | | | | | | |
| Estimated Yield  0.65% | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $16.06 | | | | | | | |
| **Total Equity** | | | | $183,457.58 | $1,380.51 | $190,020.00 | ($6,562.42) |
| **Fixed Income** | | | | | | | |
| FIDELITY ADV STRAT DIVIDEND & INC CL C | FCSDX | 5,085.782 | $14.79 | $75,218.72 | $1,479.96 | $75,008.00 | $210.72 |
| Estimated Yield  1.96% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $14.75 | | | | | | | |
| FIDELITY ADVISOR HIGH INCOME C | FGSMX | 12,062.536 | $8.75 | $105,547.19 | $4,297.00 | $118,707.28  T | ($13,160.09) |
| Estimated Yield  4.07% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $9.84 | | | | | | | |
| **Total Fixed Income** | | | | $180,765.91 | $5,776.96 | $193,715.28 | ($12,949.37) |
| **Total Mutual Funds** | | | | $364,223.49 | $7,157.47 | $383,735.28 | ($19,511.79) |
| **Total Securities** | | | | $694,454.61 | $11,980.86 | $758,062.83 | ($63,608.22) |
| **TOTAL PORTFOLIO VALUE** | | | | $770,575.93 | $11,980.86 | $758,062.83 | ($63,608.22) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXLR_BBBBC 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN – Individual TOD
Account Number: RQV-003678

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

**Securities Sold**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/1/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QMGCQ | (75,849.44) | $75,849.44 |
| **Total Securities Sold** | | | | | **$75,849.44** |

## ACTIVITY >CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | (3,679.17) | $3,679.17 |
| 03/05/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 83.7 | ($83.70) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 41 | ($41.00) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QMGCQ IS LIQUID | 75,849.44 | ($75,849.44) |
| 03/14/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 92 | ($92.00) |
| 03/22/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 9.25 | ($9.25) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 118.81 | ($118.01) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _ CEBGWBCPBBDPXLR_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-0036678



## ACTIVITY> CORE FUND ACTIVITY    *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 10.92 | ($10.92) |

**TOTAL CORE FUND ACTIVITY** ($72,525.96)

## ACTIVITY > ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Other Additions and Withdrawals** | | | | | |
| 03/01/19 | CASH | EFT FUNDS PAID | EFT FUNDS PAID ED97023589 TD BANK NA   ******3813 | | ($4,000.00) |

**Total Other Additions and Withdrawals** ($4,000.00)

**TOTAL ADDITIONS AND WITHDRAWALS** ($4,000.00)

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 02/28/19 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR HIGH INCOME C | | $320.83 |
| 03/05/19 | MARGIN | DIVIDEND RECEIVED | VALERO ENERGY CORP | | $83.70 |
| 03/11/19 | MARGIN | DIVIDEND RECEIVED | EXXON MOBIL CORP | | $41.00 |
| 03/14/19 | MARGIN | DIVIDEND RECEIVED | MICROSOFT CORP | | $92.00 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL C | | $9.25 |
| 03/28/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $35.07 |

**Total  Taxable Dividends** $581.85

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACTIVITY > INCOME > TAXABLE INCOME   *continued*

**Taxable Interest**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $10.82 |
| **Total Taxable Interest** | | | | | **$10.82** |
| **Total Taxable Income** | | | | | **$592.67** |

## ACTIVITY > INCOME > NON-TAXABLE INCOME

**Muni Tax Exempt Interest**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 02/07/19 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH PUB IMPT BDS SER. 05.50000% 07/01/2016 2003A | | $83.74 |
| **Total Muni Tax Exempt Interest** | | | | | **$83.74** |
| **Total Non-Taxable Income** | | | | | **$83.74** |
| **TOTAL INCOME** | | | | | **$676.41** |

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| MO | ALTRIA GROUP INC | 120 | $0.80 | $96.00 |
| **Total Pending Accrued Dividends** | | | | **$96.00** |

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 12 of 16



**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003878

## ACTIVITY > BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $76,002.51 |
| Current Month's Pending Settlement | | $118.81 |
| **Total Bank Deposits** | **$0.00** | **$76,121.32** |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown of the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

T - Cost basis information was provided by a third party. We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Individual TOD
Account Number: RQV-003678



Account carried with National Financial Services LLC, Member
NYSE, SIPC

# Footnotes and Cost Basis Information *continued*

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

MARGIN - You have been approved for margin privileges and may borrow money from NFS in exchange for pledging the assets in your account(s) as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, identified as Margin Positions Market Value on this statement. This statement shows the combined balance of your margin account and a special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

MARGIN POSITIONS MARKET VALUE is the market value for all positions held in the margin account using the previous business day's closing price.

MARGIN BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your margin account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

SHORT POSITIONS MARKET VALUE is the market value for all positions held in the short account using the previous business day's closing price.

SHORT BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your short account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

MARGIN EQUITY is the value of all margin positions in the account less any margin debit balance plus any margin credit balance.

MARGIN EQUITY PERCENTAGE is the equity percentage of the margin market value of the account (The margin equity divided by the margin market value).

EQUITY BUYING POWER is the maximum dollar amount available, including cash and margin, to purchase marginable equity securities without adding money to the account. Buying power calculations include open order commitments, intraday trade executions, and money movement into and out of the account.

MARGIN INTEREST CHARGED THIS PERIOD is the U.S. dollar equivalent value of the interest charged on margin debit balances since the last statement period.

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLR_BBBBC 20190329

STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

# Miscellaneous Footnotes *continued*

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

AI - Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values will be different from the purchase price. Unless otherwise indicated, the values shown on this statement for such investments have been provided by the management, administrator or sponsor of each program, or a third-party vendor without independent verification by NFS or your broker/dealer and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the price received upon liquidation may be less than the per share estimated value provided in the statement. If an estimated value is not provided, accurate valuation information is not available.

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. Market Value – If the security is listed, the Total Market Value represents prices obtained from various sources, may be impacted by the manner in which such quotes are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available for a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately, and the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your account or the activity therein should be re-confirmed in writing to your broker-dealer or NFS at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting your broker-dealer or NFS, remember to include your entire brokerage account number to assure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as undeared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(c) information not contained herein will be provided on written request. Fidelity may use the free credit balance in connection with its business, subject to applicable law. NFS establishes priority lists for investment optionally associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers**, Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.

Your dividend Reinvestment program, For broker-dealer effected transactions, the name of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed in the activity summary section of your statement. Income Reporting, NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, If you had transactions that affected your cash balances or security positions held in your account during the reporting period, you will receive statements at least quarterly providing statements at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, assessed fee or no transaction fee status. At time of purchase, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase.

Estimated Annual Income (EAI) & Estimated Yield (EY) – EAI for fixed income (EY) - EAI for fixed income securities is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are estimates for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

For margin privileges and been approved, you may borrow money from NFS in exchange for pledging them as collateral for your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose account (unless your margin account activity) . Regulation T issued by the Board of Governors of the Federal Reserve Board. The margin account is governed by Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The following is a summary of the allocation of your brokerage account. Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, NYSE and FINRA. All transactions in your margin account are subject to the rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, and the NYSE, FINRA, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of The Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation of those functions performed by your broker-dealer and NFS. A more complete description is available upon request. Your broker-dealer is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice and any for opening, and supervising your brokerage account and its own activities in compliance with applicable laws (5) maintaining required books and records for its own activities. NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain functions that are sometimes performed by your broker-dealer, (3) act as custodian for funds and securities received by NFS on your behalf, (4) hold in custody securities and funds and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash), subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Program deposits are not covered by SIPC protection. Mutual funds and/or other assets are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

End of Statement

722239.7.0

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Contact 844.384.4460          Client Login

## SEARS HOLDINGS   Sears Holdings Corporation (18-23538)   CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17484 | 04/10/2019 | Dickman, Frances R | Sears Holdings Corporation | $ 115,000.00 |

**Select scope**

Claims Only

**Claim Number(s)(e.g. 1,3,5-7)**

17484

## Creditor Data Details for Claim # 17484

Creditor
Dickman, Frances R

Date Filed
04/10/2019

Debtor Name
Sears Holdings Corporation

Claim Number
17484

Schedule Number

Proof of Claim
🖹 View PDF ✉ Email PDF

**Schedule Number**

**Creditor name**

**Debtor(s)**

Sears Holdings Corporation (18-23538)

**Select Classification**

Select an Option

**Select Search Operator**

Select an Option

**Amount**

| | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $115,000.00 | $115,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $115,000.00 | $115,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Date from**        **Date to**

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website and should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1        20 ▾        View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.



Contact 844.384.4460        Client Login

## Sears Holdings Corporation (18-23538)    CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17484 | 04/10/2019 | Dickman, Frances R | Sears Holdings Corporation | $ 115,000.00 |

**Select scope**

Claims Only

**Claim Number(s) (e.g. 1,3,5-7)**

17484

## Creditor Data Details for Claim # 17484

Creditor
Dickman, Frances R

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17484

Proof of Claim
📄 View PDF ✉ Email PDF

**Schedule Number**

**Creditor name**

**Debtor(s)**

Sears Holdings Corporation (18-23538)

**Select Classification**

Select an Option

**Select Search Operator**

Select an Option

**Amount**

| | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $115,000.00 | $115,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $115,000.00 | $115,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Date from**    **Date to**

🗓 — 🗓

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23580) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **FRANCES R DICKMAN** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ✓ No <br> ☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> 7 JUDITH DRIVE <br> GREENLAWN, NY  11740 <br><br><br> Contact phone  631-651-8687 <br> Contact email  _____ | **Where should payments to the creditor be sent? (if different)** <br><br> NATIONAL FINANCIAL SERVICES <br> C/O ROYAL ALLIANCE <br> 10 EXCHANGE PLAZA <br> SUITE 1410 <br> JERSEY CITY, NJ 07302 <br> RQV-003690 <br><br> Contact phone  631-353-0003 <br> Contact email  sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ✓ No <br> ☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ____/____/____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✓ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __9__ __4__ __4__ |

| | |
|---|---|
| 7. How much is the claim? | $_____115,000.00__. **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☑ Other. Describe:   SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE  Due<br>                                                                                                           10/15/18<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                                    $_____<br><br>Amount of the claim that is secured:       $_____<br><br>Amount of the claim that is unsecured:  $_____(The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:   $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number    Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Alliance Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Advisors, Inc.

ENV#  CEBGWBCPBBDPXLR_BBBBD
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

NFS/FMTC IRA
FBO FRANCES R DICKMAN
7 JUDITH DRIVE
GREENLAWN NY 11740

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690

**TOTAL VALUE OF YOUR PORTFOLIO**                    **$37,446.79**

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**CHANGE IN VALUE OF YOUR PORTFOLIO**
$ thousands

144.953
116.587
88.220
59.854
31.487

2016    2017    2018    CURRENT

*Change in Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLR_BBBBD 20190329

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690

# Account Overview



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $48,765.04 | $31,487.12 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $0.39 | $206.69 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($11,318.64) | $5,752.98 |
| ENDING VALUE (AS OF 03/31/19) | $37,446.79 | $37,446.79 |
| Total Pending Accrued Dividends | $6.60 | |
| **Ending Value with Accrued Dividends** | **$37,453.39** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and
may not represent the actual amount, if any, that you may receive. This information is provided for
informational purposes only and should not be relied on for tax reporting or other purposes.*

## RETIREMENT CONTRIBUTIONS/DISTRIBUTIONS

| CONTRIBUTIONS | Current Period | Year-to-Date |
|---|---|---|
| For Current Year 2019 | $0.00 | $0.00 |
| For Prior Year 2018 | $0.00 | $0.00 |
| DISTRIBUTIONS | | |
| For Current Year 2019 | $0.00 | $0.00 |

## REQUIRED MINIMUM DISTRIBUTION (RMD)

| | Total This Year |
|---|---|
| 2019 RMD for this account | $1,431.23 |

*Your RMD amount was calculated using the IRS Uniform Life Expectancy Table. Refer to
Miscellaneous Footnotes at the end of this statement for more information.*

## ACCOUNT ALLOCATION

Bank Deposits 1.6%

Equities 61.5%

Fixed Income 36.9%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $0.00 | $0.00 |
| Bank Deposits | 1.6 | $0.00 | $613.93 |
| Equities | 61.5 | $22,851.50 | $23,032.86 |
| Fixed Income | 36.9 | $25,300.00 | $13,800.00 |
| **TOTAL** | **100.0 %** | **$48,765.04** | **$37,446.79** |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account
Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short
positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds
and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart
may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLR_BBBBD 20190329

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690



# Account Overview *continued*

*All income is tax deferred until it is distributed from the account.*

| INCOME | Current Period | Year-to-Date |
|---|---|---|
| Dividends | $0.33 | $206.63 |
| Interest | $0.06 | $0.06 |
| **TOTAL INCOME** | **$0.39** | **$206.69** |

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBBPXLR_BBBBD 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690

# Holdings

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 1.64% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | QAGCQ CASH | 613.93 | $1.00 | $613.93 | |
| Estimated Annual Yield 0.18% | | | | | |
| **Total Cash and Cash Equivalents** | | | | **$613.93** | |

## HOLDINGS > EQUITIES - 61.51% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| AT&T INC COM USD1 | T CASH | 174 | $31.36 | $5,456.64 | $356.06 |
| Estimated Yield 6.50% | | | | | |
| Dividend Option Cash | | | | | |
| Capital Gain Option Cash | | | | | |
| GENERAL ELECTRIC CO COM USD0.06 | GE CASH | 660 | $9.99 | $6,593.40 | $26.40 |
| Estimated Yield 0.40% | | | | | |
| Dividend Option Cash | | | | | |
| Capital Gain Option Cash | | | | | |
| Next Dividend Payable: 04/25/19 | | | | | |
| VERIZON COMMUNICATIONS | VZ CASH | 182 | $59.13 | $10,761.66 | $438.62 |
| Estimated Yield 4.07% | | | | | |
| Dividend Option Cash | | | | | |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _ CEBGWBCPBBDPXLR_BBBBD 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-0003690



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES  *continued*

| Description | Symbol/Cusip Account Type | | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| VERIZON COMMUNICATIONS | VZ | *continued* | | | | |
| Capital Gain Option Cash | | | | | | |
| Next Dividend Payable: 05/01/19 | | | | | | |
| WABTEC CORP COM USD0.01 | WAB | | 3 | $73.72 | $221.16 | $1.44 |
| Estimated Yield  0.65% | CASH | | | | | |
| Dividend Option Cash | | | | | | |
| Capital Gain Option Cash | | | | | | |
| **Total Equity** | | | | | **$23,032.86** | **$821.42** |
| **Total Equities** | | | | | **$23,032.86** | **$821.42** |

## HOLDINGS > FIXED INCOME - 36.85% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | 812350AE6 | 115,000 | $12.00 | $13,800.00 | |
| 6.625000% 10/15/2018 | CASH | | | | |
| MOODY'S WR | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | |
| ON OCT 15, APR 15 | | | | | |
| CONTINUOUSLY CALLABLE | | | | | |
| IN MONETARY DEFAULT | | | | | |
| **Total Fixed Income** | | 115,000 | | **$13,800.00** | |
| **Total Securities** | | | | **$36,832.86** | **$821.42** |
| **TOTAL PORTFOLIO VALUE** | | | | **$37,446.79** | **$821.42** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC. Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLR_BBBBD 20190329

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690



# Activity

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Sold** | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT DAILY MONEY CLASS F2BXX TO QAGCQ | (613.54) | $613.54 |
| **Total Securities Sold** | | | | | **$613.54** |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 613.54 | ($613.54) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 0.33 | ($0.33) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 0.06 | ($0.06) |

## TOTAL CORE FUND ACTIVITY

($613.93)

## ACTIVITY > INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Dividends** | | | | | |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT DAILY MONEY CLASS DIVIDEND RECEIVED | | $0.33 |
| **Total Dividends** | | | | | **$0.33** |

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBRDPXLR_BBBBID 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period March 1, 2019 to March 31, 2019**

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Steel Ridge Advisors, Inc. is not
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY> INCOME  *continued*

### Interest

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/2019 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $0.06 |

**Total Interest** $0.06

**TOTAL INCOME** $0.39

## ACTIVITY >PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| GE | GENERAL ELECTRIC CO COM USD0.06 | 660 | $0.01 | $6.60 |
| **Total Pending Accrued Dividends** | | | | $6.60 |

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $613.60 |
| Current Month's Pending Settlement | | $0.33 |
| Total Bank Deposits | $0.00 | $613.93 |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBBDPXLR_BBBBD 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services Offered through Royal Alliance Associates, Inc., Member FINRA/SIPC.
Insurance and Advisory Services Offered through Steel Ridge Wealth Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc.

Statement for the Period March 1, 2019 to March 31, 2019

FRANCES R DICKMAN - Premiere Select IRA
Account Number: RQV-003690

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

REQUIRED MINIMUM DISTRIBUTION - As required by the Internal Revenue Service (IRS) and noted on your Form 5498, you must take minimum required distributions (RMD) by April 1st of the calendar year following the year in which you turn 70 1/2. Subsequent withdrawals must be completed by December 31st every year thereafter. The RMD Amount for this account was calculated based upon your primary beneficiary information as of January 1st of the current calendar year, your life expectancy factor taken from the IRS Uniform Life Expectancy Table, and the prior year end value of your retirement account. If your beneficiary information changed during the calendar year, your RMD calculation may be impacted. The calculation is based on information submitted to NFS by your broker/dealer. You are responsible for withdrawing RMDs on a timely basis, otherwise tax penalties may apply. You must calculate your RMD separately for each IRA you have at NFS and at any other financial institution. The RMD may be satisfied from this account or any other existing IRAs. If you need additional information or have any questions on how the RMD is calculated, please consult IRS Publication 590 or a tax professional.

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system. In accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXLR_BBBBD 20190529

**...OSSARY Short Account Balances** –If you have sold securities under the short sale rule, we have, in ...cordance with regulations, segregated the proceeds from such transactions in your Short Account. Any ...rket increases or decreases from the original sale price will be marked to the market and will be transferred ...your Margin Account on a weekly basis. **Market Value** –The Total Market Value has been calculated out to ...cimal places, however, the individual unit price is displayed to the first two decimal places. The Total Market Value ...esents prices which are obtained by us from pricing vendors when such prices are ...erced and fees prices are not guaranteed. Prices received from pricing vendors are generally based on ...rket maker quotes, but when such quotes are not available from a variety of techniques ...estimate value. These estimates, particularly for **fixed income securities**, may be based on certain ...nimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the ...curity, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect ...VA" or "unavailable" where the price for such security is generally not available from a pricing source. The ...rket Value of a security, including those priced at par value, may differ from its purchase price and may not

**...USTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately ...calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of ...inaccuracy or discrepancy will be considered by your broker-dealer and/or introducing broker dealer and/or NFS ...broker-dealer at the telephone number and address reflected on the front of this statement and National ...ancial Services LLC ("NFS").

**...S** carries your brokerage account and acts as your custodian for funds and securities that are deposited with ...S by you or your broker-dealer, in addition to your initial contact with your broker-dealer you may ...ntact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be ...confirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). ...en contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ...sure prompt service.

**...DITIONAL INFORMATION Free credit balances ("FCB")** are funds payable to you on demand. FCB are ...bject to open commitments such as uncleared checks and exclude proceeds from sales of certificated ...curities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core ...sition and have the proceeds sent to you or held in your account subject to the terms of your account ...reement. Required rule 10b-10(e) information not contained herein will be provided on written request. Fidelity ...may use this free credit balance in connection with its business, subject to applicable law.

**...edit Adjustment Program** Accountholders receiving payments in lieu of dividends may be subject to ...ditional tax liabilities. Although intended to help cover additional associated federal tax burdens, NFS ...able to receive credit adjustments depending on the type of account and security. NFS ...ck split, reset dividend payable, and next interest payable for ...serves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment ...gram.

**...tions Customers.** Each transaction confirmation previously delivered to you contains full information about ...mmissions and other charges. If you require further information, please contact your broker-dealer. ...ssignments of American and European-style options are allocated among customer short positions pursuant to ...random allocation procedure, a description of which is available upon request. Short positions are ...nerican-style options are liable for assignment at any time. ...ortion of a short position is subject to ...nerican-style options are liable for assignment at any time. You should advise your broker-dealer promptly of any ...aterial change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected ...ck split, reset dividend payable, and next interest payable information has been provided by third parties and ...ay be subject to change. Information for certain securities may be missing if not received from third parties in ...me for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your ...oker-dealer for more information about expected stock split, next dividend payable, and next interest payable for ...rtain securities.

**...fully Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from ...dividends being reinvested either by: 1) Your broker-dealer for your investment account, or 2) through the ...pository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the ...me of the transactions, the exchange upon which these transactions occurred and the name of the person from ...om the security was purchased will be furnished upon written request. NFS may have acted as market maker ...effecting trades in "over-the-counter "securities.

**...tirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for ...u in the activity summary section of your statement. **IRA Reporting.** NFS reports earnings from ...estments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Roth IRAs, SIMPLE IRAs, and Keoghs as tax-deferred income. Earnings from ...th IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging ...quirement and certain other conditions. A financial statement of NFS is available for your personal ...spection at its office or a copy of it will be mailed to you upon your written request. ...atement Mailing. NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's ...ailability. If you had transactions that affected your cash balances or security positions held in your account(s) ...ring the last monthly reporting period. At a minimum, all brokerage accounts receive quarterly statements ...least four times per calendar year) as long as their accounts contain a cash or securities balance.

**...nds and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in ...utual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds. some ...ual funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

closely reflect the value at which the security may be sold or purchased based on various market factors. ...Investment decisions should be made only after consulting your broker-dealer. **Estimated Annual Income (EAI) & Estimated Yield (EY)** – EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, ...infrastructure support and maintenance, and other programs. Additional information about the source(s) and ...amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS ...will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, ...assessed based on the status assigned to the shares at time of purchase.   **Margin.** If you have applied for ...margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in ...your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of ...securities in your margin account, which is identified on your statement. If you have a margin account, this is a ...combination statement and your margin interest charge, if any, will be shown separately. Information on the ...margin accounts maintained by you under Section 220.5 of Regulation T issued by the Board of Governors of the ...Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available ...for your inspection upon request.   NYSE and FINRA. All transactions are subject to the constitution, rules, ...regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, ...where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry ...Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor ...brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a ...brochure or more information about the Program or FINRA Regulation from the Program. You may reach the ...BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org.  FINRA Rule ...4311  requires that your broker-dealer and NFS allocate between them certain functions regarding the ...administration of your brokerage account. The following is a summary of the allocation services performed by ...your broker-dealer and NFS. A more complete description is available upon request.   **Your broker-dealer is ...responsible for:**   (1) obtaining and verifying brokerage account information and documentation, (2) opening, ...approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other ...instructions to NFS with respect to your account, (4) determining the appropriateness of investment ...recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in ...compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin ...account, if applicable, and (6) maintaining required books and records for the services that it performs.   **NFS ...shall, at the direction of your broker-dealer:** (1) execute, clear and settle transactions processed through NFS ...by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage ...account (unless your broker-dealer has undertaken to do so), Certain securities pricing and descriptive ...information and certain transactions based on instructions of your broker-dealer and describe, however, ...this information has not been verified by NFS, (3) act as custodian for funds and securities held by NFS on ...your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and ...delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or ...carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in ...compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall ...maintain the required books and records for the services it performs.   Securities in accounts carried by   NFS ...are protected in accordance with the Securities Investor Protection Corporation ('SIPC') up to $500,000. The ...$500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to ...periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of ...Directors.  NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in ...the market value of securities, nor does either coverage extend to certain securities that are considered ineligible ...for coverage. For more details on SIPC, or to request a SIPC brochure, visit   www.sipc.org   or call ...+1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a ...Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, ...precious metals and other investment products are not necessarily held where securities are covered. ...Precious metals are not covered by SIPC protection.  Mutual funds and/or other securities are not backed or ...guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of ...principal.

**End of Statement**

722239.7.0

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDYXLR_BBBBD 20190329

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
                                    :           Chapter 11
                                    :
In Re                               :           Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

        **Debtors**                             **(Jointly Administered)**
_____x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17309/USD 106,000.**

JOSEPH LEGGIO/COLLEN LEGGIO
2503 Natta Blvd.
Bellmore, NY  11710

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

_____        11/5/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Page 1 of 1



Sears Holdings Corporation (18-23538)    CHANGE CASE

Contact 844.384.4460        Client Login

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

Q Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim value |
|---|---|---|---|---|---|
| | 17309 | 04/10/2019 | LEGGIO, JOSPEH/COLLEEN | Sears Holdings Corporation | $ 100,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17309

Schedule Number

## Creditor Data Details for Claim # 17309

Creditor
LEGGIO, JOSPEH/COLLEEN

Date Filed
04/10/2019
Debtor Name
Sears Holdings Corporation
Claim Number
17309
Schedule Number
Proof of Claim
⊞ View PDF ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings
Corporation(18-23538)

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $100,000.00 | $100,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $100,000.00 | $100,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from    Date to

⊞    -    ⊞

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and
for general informational purposes only. Anyone using this website
is cautioned NOT to rely on any information contained on this
Website, and any user of this website should not take or refrain
from taking any action based upon anything included or not
included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Page 1 of 1



 **Sears Holdings Corporation (18-23538)**

Contact 844.384.4460    Client Login

CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|------------|---------------|-------------|-------------|
| | 17309 | 04/10/2019 | LEGGIO, JOSPEH/COLLEEN | Sears Holdings Corporation | $ 100,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17309

## Creditor Data Details for Claim # 17309

Creditor
LEGGIO, JOSPEH/COLLEEN

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17309

Proof of Claim
📄 View PDF ✉ Email PDF

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

| | Schedule Amount C'UD' | Asserted Claim Amount C'UF' | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | $100,000.00 | $100,000.00   Asserted |
| Priority | | | |
| Secured | | | |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $100,000.00 | $100,000.00 |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from        Date to

📅    -    📅

Search Claim

Prime Clerk maintains this website for the public's convenience and
for general informational purposes only. Anyone using this website
is cautioned NOT to rely on any information contained on this
website, and any user of this website should not take or refrain
from taking any action based upon anything included or not
included on this website. We are not a law firm or a substitute for

Reset

Open in new window

Page 1 of 1        20 ▾        View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-Claim-Inf

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☑ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23563) | ☐ Wally Labs LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | JOSEPH LEGGIO/COLLEEN LEGGIO |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | 2503 NATTA BLVD BELLMORE, NY 11710 | NATIONAL FINANCIAL SERVICES C/O ROYAL ALLIANCE 10 EXCHANGE PLAZA SUITE 1410 JERSEY CITY, NJ 07302 RQV-003761 |
| | Contact phone 917-880-7785 | Contact phone 631-353-0003 |
| | Contact email jsleggio@optonline.net | Contact email sfitzgerald@steelridgeadvisors.com |

| 4. Does this claim amend one already filed? | ☑ No |
|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ____ / ____ / _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __3__ __9__ __6__ __3__

7. How much is the claim?    $ _____100,000.00_____ . Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. Is all or part of the claim secured?

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE *Due 10/15/18*

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $ _____

**Amount of the claim that is secured:**    $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

Modified Form 410                    Proof of Claim                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | | |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | | $_____ |

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number      Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

BNV# CEBGWBCPBBDPXMZ_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

JOSEPH LEGGIO
COLLEEN LEGGIO
2503 NATTA BLVD
BELLMORE NY 11710

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761

**TOTAL VALUE OF YOUR PORTFOLIO**              $413,076.67

## CHANGE IN VALUE OF YOUR PORTFOLIO
*$ thousands*

482.351
460.043
437.735
415.427
393.119

2016    2017    2018    CURRENT

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXMZ_BBBBB 20190529

Page 1 of 10



**Statement for the Period March 1, 2019 to March 31, 2019**

JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $416,428.36 | $383,119.22 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $265.50 | $1,152.77 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($3,617.19) | $18,804.68 |
| ENDING VALUE (AS OF 03/31/19) | $413,076.67 | $413,076.67 |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

## INCOME

| TAXABLE | Current Period | Year-to-Date |
|---|---|---|
| Taxable Dividends | $116.95 | $725.78 |
| Taxable Interest | $51.93 | $51.93 |
| TOTAL TAXABLE | $168.88 | $777.71 |

| NON-TAXABLE | Current Period | Year-to-Date |
|---|---|---|
| Muni Tax Exempt Interest | $96.62 | $375.06 |
| TOTAL NON-TAXABLE | $96.62 | $375.06 |
| TOTAL INCOME | $265.50 | $1,152.77 |

*Taxable Income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## REALIZED GAIN (LOSS)

| | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $0.00 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| TOTAL SHORT TERM GAIN (LOSS) | $0.00 | $0.00 |

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXMZ_BBBBB 20190329

## ACCOUNT ALLOCATION

Corporate Bonds 2.9%

Bank Deposits 62.1%

Municipal Bonds 35.0%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $0.00 | $0.00 |
| Bank Deposits | 62.1 | $256,147.11 | $256,412.61 |
| Corporate Bonds | 2.9 | $22,000.00 | $12,000.00 |
| Municipal Bonds | 35.0 | $138,281.25 | $144,664.06 |
| TOTAL | 100.0 % | $416,428.36 | $413,076.67 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

JOSEPH LEGGIO & COLLEEN LEGGIO – Joint WROS
Account Number: RQV-003761



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisory, Inc. Steel Ridge Advisory, Inc. is not
associated with Royal Alliance Associates, Inc.

## Account Overview *continued*

### REALIZED GAIN (LOSS) *continued*

|  | Current Period | Year-to-Date |
|---|---|---|
| Long Term Gain | $0.00 | $582.19 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$582.19** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

### MESSAGES AND ALERTS

DRS – Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends changed will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $84,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokcrageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMZ_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761

# Holdings



NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 62.07% of Total Account Value

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM<br>(CONSUMER-TIERED)<br>Estimated Annual Yield  0.37% | QAGCQ<br>CASH | 256,412.61 | $1.00 | $256,412.61 | |
| **Total Cash and Cash Equivalents** | | | | **$256,412.61** | |

## HOLDINGS > FIXED INCOME - 37.93% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip<br>Account Type | Quantity | Estimated<br>Price on<br>03/31/19 | Estimated<br>Current<br>Market Value | Estimated<br>Annual Income | Original/Adjusted<br>Cost Basis | Unrealized<br>Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE<br>6.62500% 10/15/2018<br>MOODY'S WR<br>CPN PMT SEMI-ANNUAL<br>ON OCT 15, APR 15 | 812350AE6<br>MARGIN | 100,000 | $12.00 | $12,000.00 | | $93,257.00 | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMZ_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc., Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | 812350AE6 | *continued* | | | | | | |
| CONTINUOUSLY CALLABLE | | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | | |
| Average Unit Cost    $93.26 | | | | | | | | |
| Adjusted Cost Basis | | | | | | $93,257.00 | D | ($81,257.00) |
| **Municipal Bonds** | | | | | | | | |
| PUERTO RICO COMWLTH PUB IMPT BDS SER. | 74514GJQ70 | 75.000 | $78.625 | $44,226.56 | | $43,479.81 | | $746.75 |
| 05.50000% 07/01/2016 2003A | CASH | | | | | | | |
| INSURED BY FGIC | | | | | | | | |
| UNLIMITED GEN OBLIG | | | | | | | | |
| MOODY'S WR | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON JAN 01, JUL 01 | | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | | |
| Factor    0.75 | | | | | | | | |
| Current face    $56,250 | | | | | | | | |
| Average Unit Cost    $57.97 | | | | | | | | |
| PUERTO RICO COMWLTH REF PUB IMPT BDS | 74514LMC7 | 75.000 | $64.25 | $48,187.50 | | $65,332.00 | | ($17,144.50) |
| 05.00000% 07/01/2018 SER. 2007-A-1 | CASH | | | | | | | |
| UNLIMITED GEN OBLIG | | | | | | | | |
| MOODY'S WR | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON JAN 01, JUL 01 | | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | | |
| Average Unit Cost    $87.11 | | | | | | | | |
| Adjusted Cost Basis | | | | | | $65,332.00 | D | |
| PUERTO RICO COMWLTH PUB IMPT REF BDS | 74514LA49 | 100.000 | $62.25 | $52,250.00 | | $75,382.00 | | ($24,106.84) |
| 04.00000% 07/01/2021 SER. 2012A | CASH | | | | | | | |
| UNLIMITED GEN OBLIG | | | | | | | | |
| MOODY'S Ca | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON JAN 01, JUL 01 | | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | | |
| Average Unit Cost    $76.36 | | | | | | | | |
| Adjusted Cost Basis | | | | | | $76,356.84 | D | |

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXMZ_BBRBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019
JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through SteelRidge Advisors, Inc. SteelRidge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME *continued*

| Description Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH PUB IMPT REF BDS | | *continued* | | | | |
| 74514LA49 $790.58 Q | 250,000 | | $144,664.06 | | $185,168.65 | ($40,504.59) |
| Unrealized Market Discount Income | | | | | | |
| **Total Municipal Bonds** | | | | | | |
| | 350,000 | | $156,664.06 | | $278,425.65 | ($121,761.59) |
| **Total Fixed Income** | | | $156,664.06 | | $278,425.65 | ($121,761.59) |
| **Total Securities** | | | | | $278,425.65 | ($121,761.59) |

| **TOTAL PORTFOLIO VALUE** | | | $413,076.67 | | | |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Sold** | | | | | |
| 03/71/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QAGCQ | (256,147.11) | $256,147.11 |
| **Total Securities Sold** | | | | | $256,147.11 |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/71/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 256,147.11 | ($256,147.11) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 213.57 | ($213.57) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXMZ_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761



## ACTIVITY> CORE FUND ACTIVITY *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 51.93 | ($51.93) |

### TOTAL CORE FUND ACTIVITY

($250,412.61)

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $116.95 |
| **Total Taxable Dividends** | | | | | $116.95 |
| **Taxable Interest** | | | | | |
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $51.93 |
| **Total Taxable Interest** | | | | | $51.93 |
| **Total Taxable Income** | | | | | $168.88 |

## ACTIVITY > INCOME > NON-TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Muni Tax Exempt Interest** | | | | | |
| 02/07/19 | CASH | MUNI EXEMPT INT | PUERTO RICO COMWLTH PUB IMPT BDS SER 05.500000% 07/01/2016 2003A | | $96.62 |
| **Total Muni Tax Exempt Interest** | | | | | $96.62 |
| **Total Non-Taxable Income** | | | | | $96.62 |

Royal Alliance Associates, Inc.

MN _CEBkGWBCPBBDPXNxZ_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019
JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761



*ACTIVITY continued*

| | Amount |
|---|---|
| **TOTAL INCOME** | **$265.50** |

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $256,199.04 |
| Current Month's Pending Settlement | | $213.57 |
| **Total Bank Deposits** | **$0.00** | **$256,412.61** |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown on the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period that you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMZ_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JOSEPH LEGGIO & COLLEEN LEGGIO - Joint WROS
Account Number: RQV-003761



# Footnotes and Cost Basis Information *continued*

D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.    Q - Unrealized Market discount income was calculated using the straight-line method from acquisition date through statement period ending date. Our calculation assumes the taxpayer has elected to defer recognizing the market discount until sale (disposition). Other elections available under tax laws may be more beneficial, depending on your individual tax situation. For Federal tax purposes, market discount income from both taxable and tax-exempt bonds is treated as taxable interest income.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown.  The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable.  The time frame of the graph is from account opening or September 2011, whichever is later, to the current period.  Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distributions and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS.  More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B.  National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost.  Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction.  Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN  _CBBGWBCPBBDPXMZ_BBBBB 20190329

**GLOSSARY Short Account Balances** -If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 6 decimal places. The Total Market Value reported on statements obtained from external sources, may not equal the sum of the individual Total Market Value reported and such prices are not guaranteed. Prices received from third parties are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for **fixed income securities,** may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. **In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help reduce any additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate this credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the option expiration period. Further clarification of these terms, by definition or example, is available upon request. Expected material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from dividends being effected as agent by either: 1) Your broker-dealer for your brokerage account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer affected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs, and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement **of NFS is available for your personal** inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. A rate of purchase fund shares may be assigned a load, redemption fee or transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on that status. **Margin.** If you have applied for margin privileges and been approved, you may trade on margin in your account. **Margin.** If you have applied for your account as collateral for any outstanding margin loan. The amount you may exchange for pledging the assets in securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and separate memorandum account other than your non-purpose margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available to your introducing broker dealer and/or NFS. All transactions are subject to fee constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market where the transactions are executed, and of the New York Stock Exchange (NYSE), Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311 requires that NFS allocate between them certain functions regarding the administration of your account. The following is a summary of the allocation of the responsibilities your broker-dealer and NFS. A more complete description is available upon request. **Your broker-dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, (6) maintaining required books and records and for the services that it performs. **NFS** is responsible, at the direction of your broker-dealer, (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer and NFS margin rules, and for advising you of initial margin requirements and maintain the required books and records for the services it performs. **Securities in accounts carried by** compliance with federal, industry and NFS margin rules, and for advising you of initial margin requirements and maintain the required books and records for the services it performs. **Securities in accounts carried by** are protected in accordance as the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or for a prospectus describing SIPC coverage, including the SIPC brochure, see www.sipc.org, or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets held away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement**

722239.7.0

Account carried with National Financial Services LLC. Member NYSE, SIPC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X
                                              :            Chapter 11
                                              :
In Re                                         :            Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

          **Debtors**                                    **(Jointly Administered)**

———————————————————————X

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17439/USD 31,000.**

Alfred Tosi
PO Box 605
Salem, SC  29676


Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

11/3/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003



Prime Clerk                                                                                    Page 1 of 1

Contact 844.384.4460        Client Login

**SEARS HOLDINGS**    **Sears Holdings Corporation (18-23538)**    CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket        Search Claim

Q Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17439 | 04/10/2019 | Tosi, Alfred | Sears Holdings Corporation | $ 31,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17439

## Creditor Data Details for Claim # 17439

Creditor
Tosi, Alfred

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17439

Proof of Claim
📄 View PDF ✉ Email PDF

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

| | Schedule Amount C'UD' | Asserted Claim Amount C'UF' | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | $31,000.00 | $31,000.00    Asserted |
| Priority | | | |
| Secured | | | |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $31,000.00 | $31,000.00 |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Search Operator

Select an Option

Amount

Date from        Date to

🗓        —        🗓

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Search Claim

Reset

Page 1 of 1        20 ▾        View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions        ©2016 Prime Clerk. All rights reserved

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13. LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

**Part 1:**   **Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | **ALFRED TOSI** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> PO BOX 605 <br> SALEM, SC 29676 <br><br> Contact phone  864-882-7520 <br> Contact email  ludsgirl@aol.com | **Where should payments to the creditor be sent? (if different)** <br><br> NATIONAL FINANCIAL SERVICES <br> C/O ROYAL ALLIANCE <br> 10 EXCHANGE PLAZA <br> SUITE 1410 <br> JERSEY CITY, NJ 07302 <br> RQV-003671 <br><br> Contact phone  631-353-0003 <br> Contact email  sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ____ / ____ / _____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  6  4  6  3

**7. How much is the claim?** $_____31,000.00___ . **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
    ☐ Motor vehicle
    ☑ Other. Describe:  SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE. Due 10/15/18

    **Basis for perfection:** _____
    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**         $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:** $_____

    **Annual Interest Rate (when case was filed)** _____%
    ☐ Fixed
    ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* |

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $_____ |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/04/2019  (mm/dd/yyyy)

*Signature*

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | SCOTT M FITZGERALD |
| | First name        Middle name        Last name |
| Title | PRESIDENT |
| Company | STEEL RIDGE ADVISORS |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1377 MOTOR PKWY, SUITE 204 |
| | Number      Street |
| | ISLANDIA                                    NY        11749 |
| | City                                              State     ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

ENV# CEBGWBCPBBDPXLM_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

ALFRED TOSI  TTEE
ALFRED TOSI  JR LIVING TRUST
U/A 8/18/99
PO BOX 605
SALEM SC 29676

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisory, Inc. Steel Ridge Advisory, Inc. is not
associated with Royal Alliance Associates, Inc.

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003671

**TOTAL VALUE OF YOUR PORTFOLIO**        **$770,905.55**

## CHANGE IN VALUE OF YOUR PORTFOLIO
$ thousands



| | 2016 | 2017 | 2018 | CURRENT |
|---|---|---|---|---|
| 840.328 | | | | |
| 803.073 | | | | |
| 765.817 | | | | |
| 728.562 | | | | |
| 691.306 | | | | |

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLM_BBBBB 20190339

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-0036671



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $759,370.51 | $691,306.62 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $1,231.92 | $7,394.11 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | $10,303.12 | $72,204.82 |
| ENDING VALUE (AS OF 03/31/19) | $770,905.55 | $770,905.55 |
| Total Pending Accrued Dividends | $180.00 | |
| **Ending Value with Accrued Dividends** | **$771,085.55** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only; are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $1,230.67 | $7,392.86 |
| Taxable Interest | $1.25 | $1.25 |
| **TOTAL TAXABLE** | **$1,231.92** | **$7,394.11** |
| **TOTAL INCOME** | **$1,231.92** | **$7,394.11** |

*Taxable Income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION



Fixed Income 0.5%
Bank Deposits 1.6%

Equities 97.9%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $10,979.73 | $0.00 |
| Bank Deposits | 1.6 | $0.00 | $12,211.65 |
| Equities | 97.9 | $741,570.78 | $754,973.90 |
| Fixed Income | 0.5 | $6,820.00 | $3,720.00 |
| **TOTAL** | **100.0 %** | **$759,370.51** | **$770,905.55** |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC. Member
NYSE, SIPC

Royal Alliance Associates, Inc.

Statement for the Period March 1, 2019 to March 31, 2019

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003671



## Account Overview *continued*

| REALIZED GAIN (LOSS) | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $1.34 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$0.00** | **($1.34)** |
| | | |
| Long Term Gain | $0.00 | $0.00 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$0.00** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use cleaner data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CHBGWBCPBBDPXLM_BBBBB 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003671

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 1.58% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) Estimated Annual Yield 0.19% | QAGCQ CASH | 12,211.65 | $1.00 | $12,211.65 | |
| **Total Cash and Cash Equivalents** | | | | **$12,211.65** | |

## HOLDINGS > EQUITIES - 97.94% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| AMERICAN EXPRESS CO COM USD0.20 Estimated Yield 1.42% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable 05/10/19 Average Unit Cost $55.54 | AXP CASH | 100 | $109.30 | $10,930.00 | $155.00 | $5,554.00 | $5,376.00 |
| AT&T INC COM USD1 Estimated Yield 6.50% Dividend Option Cash Capital Gain Option Cash | T CASH | 6,660 | $31.36 | $208,857.60 | $13,596.40 | | |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLM_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-0003671



Security and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| CHEMOURS CO COM<br>Estimated Yield 2.47%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $10.40 | CC<br>CASH | 40 | $37.16 | $1,486.40 | $36.80 | $415.93  T | $1,070.47 |
| CISCO SYS INC COM<br>Estimated Yield 2.59%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/24/19<br>Average Unit Cost $23.87 | CSCO<br>CASH | 950 | $53.99 | $51,290.50 | $1,330.00 | $22,677.47  T | $28,613.03 |
| CITIGROUP INC COM NEW<br>Estimated Yield 2.89%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $31.90 | C<br>CASH | 100 | $62.22 | $6,222.00 | $180.00 | $3,190.00  T | $3,032.00 |
| COCA COLA CO<br>Estimated Yield 3.41%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/01/19<br>Average Unit Cost $21.71 | KO<br>CASH | 400 | $46.86 | $18,744.00 | $640.00 | $8,683.50  T | $10,060.50 |
| COHEN &STEERS REIT &PFD &INM COM<br>Estimated Yield 7.22%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/30/19<br>Average Unit Cost $11.22 | RNP<br>CASH | 500 | $20.60 | $10,300.00 | $744.00 | $5,609.95  T | $4,690.05 |
| COMCAST CORP NEW CL A<br>Estimated Yield 2.10%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/24/19 | CMCSA<br>CASH | 1,950 | $39.98 | $78,280.04 | $1,644.72 | | |
| DISNEY WALT CO<br>Estimated Yield 1.58%<br>Dividend Option Cash | DIS<br>CASH | 150 | $111.03 | $16,654.50 | $264.00 | | |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC. Member
NYSE, SIPC

MIN _CEBGWBCPBBDPXLM_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreement
Account Number: RQV-0038671



Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Intelligent Wealth Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

## HOLDINGS > EQUITIES  *continued*

| Description | Symbol/Cusip Account Type | | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| DISNEY WALT CO | DIS | *continued* | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| DOW DUPONT INC COM | DWDP | | 256 | $53.31 | $13,647.36 | $389.12 | $7,725.93 | T | $5,921.43 |
| Estimated Yield 2.85% | CASH | | | | | | | | |
| Dividend Option Cash | | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| Average Unit Cost        $30.18 | | | | | | | | | |
| FRONTIER COMMUNICATIONS CORP COM NEW | FTR | | 38 | $1.99 | $75.62 | | | T | $75.62 |
| Dividend Option Cash | CASH | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| GENERAL ELECTRIC CO COM USD0.06 | GE | | 2,000 | $9.99 | $19,980.00 | $80.00 | $27,982.00 | | ($7,982.00) |
| Estimated Yield 0.40% | CASH | | | | | | | | |
| Dividend Option Cash | | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| Next Dividend Payable: 04/25/19 | | | | | | | | | |
| Average Unit Cost        $13.98 | | | | | | | | | |
| INTERNATIONAL BUS MACH CORP COM USD0.20 | IBM | | 224 | $141.10 | $31,606.40 | $1,405.72 | $18,608.08 | T | $12,998.32 |
| Estimated Yield 4.45% | CASH | | | | | | | | |
| Dividend Option Cash | | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| Average Unit Cost        $83.07 | | | | | | | | | |
| JOHNSON &JOHNSON COM USD1.00 | JNJ | | 200 | $139.79 | $27,958.00 | $720.00 | $10,866.01 | T | $17,091.99 |
| Estimated Yield 2.57% | CASH | | | | | | | | |
| Dividend Option Cash | | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| Average Unit Cost        $54.33 | | | | | | | | | |
| JPMORGAN CHASE &CO. COM USD1.00 | JPM | | 300 | $101.23 | $30,369.00 | $960.00 | $9,239.51 | T | $21,129.49 |
| Estimated Yield 3.16% | CASH | | | | | | | | |
| Dividend Option Cash | | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |
| Next Dividend Payable: 04/30/19 | | | | | | | | | |
| Average Unit Cost        $30.80 | | | | | | | | | |
| MCDONALDS CORP | MCD | | 100 | $189.90 | $18,990.00 | $464.00 | $18,258.62 | | $731.38 |
| Estimated Yield 2.44% | CASH | | | | | | | | |
| Dividend Option Cash | | | | | | | | | |
| Capital Gain Option Cash | | | | | | | | | |

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLM_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-0003671



## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| MCDONALDS CORP | MCD *continued* | | | | | | |
| Average Unit Cost        $182.59 | | | | | | | |
| MICROSOFT CORP | MSFT | 270 | $117.94 | $31,843.80 | $495.80 | $7,073.06  T | $24,769.94 |
| Estimated Yield  1.56% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 06/13/19 | | | | | | | |
| Average Unit Cost        $26.20 | | | | | | | |
| PFIZER INC | PFE | 790 | $42.47 | $33,551.30 | $1,137.60 | $23,675.36  T | $9,875.94 |
| Estimated Yield  3.39% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $29.97 | | | | | | | |
| VERIZON COMMUNICATIONS | VZ | 2,426 | $59.13 | $143,449.38 | $5,946.66 | | |
| Estimated Yield  4.07% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 05/01/19 | | | | | | | |
| WABTEC CORP COM USD0.01 | WAB | 10 | $73.72 | $737.20 | $4.80 | $739.60 | ($2.40) |
| Estimated Yield  0.65% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $73.96 | | | | | | | |
| **Total Equity** | | | | $754,973.90 | $30,087.62 | $170,279.82 | $137,451.76 |
| **Total Equities** | | | | $754,973.90 | $30,087.62 | $170,279.82 | $137,451.76 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBICPBBDPXLM_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreement
Account Number: RQV-003671



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME - 0.48% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including, but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.6250% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 CONTINUOUSLY CALLABLE IN MONETARY DEFAULT | 812350AE6 CASH | 31,000 | $12.00 | $3,720.00 | | $30,619.50 | ($26,899.50) |
| Average Unit Cost        $38.77 | | | | | | | |
| Adjusted Cost Basis | | | | | | $30,619.50  D | |
| **Total Fixed Income** | | 31,000 | | $3,720.00 | | $30,619.50 | ($26,899.50) |
| **Total Securities** | | | | $758,693.90 | $30,087.62 | $200,899.32 | $110,552.26 |
| **TOTAL PORTFOLIO VALUE** | | | | $770,905.55 | $30,087.62 | $200,899.32 | $110,552.26 |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

**Securities Sold**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 8 of 14

MN _CEBGW9CPBBDPDXLM_BBBBB 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Properties and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003871

## PURCHASES, SALES, AND REDEMPTIONS  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QAGCQ | (11,264.13) | $11,264.13 |

**Total Securities Sold** | | | | | $11,264.13

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 284.4 | ($284.40) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 351.68 | ($351.68) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 11,264.13 | ($11,264.13) |
| 03/12/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 180 | ($180.00) |
| 03/14/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 124.2 | ($124.20) |
| 03/15/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 223.28 | ($223.28) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 67.11 | ($67.11) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 1.25 | ($1.25) |

**TOTAL CORE FUND ACTIVITY** | | | | | ($12,496.05)

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN __CEBGWBCFBBBDFXLM_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-0003671



Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Insurance Services offered through SteelRidge Advisors, Inc. SteelRidge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.
Tax Preparation and Insurance Services offered through SteelRidge Advisors, Inc.

## ACTIVITY > INCOME > TAXABLE INCOME

### Taxable Dividends

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | DIVIDEND RECEIVED | PFIZER INC | | $284.40 |
| 03/09/19 | CASH | DIVIDEND RECEIVED | INTERNATIONAL BUS MACH CORP COM USD0.20 | | $351.68 |
| 03/12/19 | CASH | DIVIDEND RECEIVED | JOHNSON &JOHNSON COM USD1.00 | | $180.00 |
| 03/14/19 | CASH | DIVIDEND RECEIVED | MICROSOFT CORP | | $124.20 |
| 03/15/19 | CASH | DIVIDEND RECEIVED | CHEMOURS CO COM | | $10.00 |
| 03/15/19 | CASH | DIVIDEND RECEIVED | DOWDUPONT INC COM | | $97.28 |
| 03/15/19 | CASH | DIVIDEND RECEIVED | MCDONALDS CORP | | $116.00 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | COHEN &STEERS REIT &PFD &MM COM | | $62.00 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $5.11 |

**Total Taxable Dividends** — $1,230.67

### Taxable Interest

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP IMS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $1.25 |

**Total Taxable Interest** — $1.25

**Total Taxable Income** — $1,231.92

**TOTAL INCOME** — $1,231.92

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBBDPXLM_BBBBB 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003671



| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| GE | GENERAL ELECTRIC CO COM USD0.06 | 2,000 | $0.01 | $20.00 |
| KO | COCA COLA CO | 400 | $0.40 | $160.00 |
| **Total Pending Accrued Dividends** | | | | **$180.00** |

## ACTIVITY>BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also had a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| TCF National Bank | $0.00 | $12,144.54 |
| Current Month's Pending Settlement | | $67.11 |
| Total Bank Deposits | $0.00 | $12,211.65 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLM_BBBBB 20190329



**Statement for the Period March 1, 2019 to March 31, 2019**

ALFRED TOSI JR LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-0036I71

# Footnotes and Cost Basis Information *continued*

Consult your tax advisor for further information.

T - Cost basis information was provided by a third party. We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple lots, the transaction's taints may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown.  The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if available.  The time frame of the graph is from account opening or September 2011, whichever is later, to the current period.  Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc. an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B.  National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost.  Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLM_BBBBB 20190639

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis.   **Market Value** – The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such quotes are updated and is estimated and may not be accurately reflective of actual market value. The current market quotes, then such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for   fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a third party source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.   Investment decisions should be made only after consulting your broker-dealer.
**Estimated Annual Income (EAI) & Estimated Annual Yield (EY)** – EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may be realizable. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").
NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may **contact NFS at (800) 801-9942.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION Free credit balances ("FCB")** are funds payable to you on demand.  FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.
**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens.  NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.
**Options Customers,** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.
Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request.  Short positions in American-style options are liable for assignment at any time.  The writer of a European-style option is subject to exercise assignment only during the exercise period. In all cases, expiration assignment occurs on the last business day.   All short option positions involve a risk of being assigned an exercise. A more complete description of this information, including applicable references to Put, Spread, Straddle Assignment and exercise, is available upon request. Further information is available upon request.
**Margin Account Information** – If your account has a margin agreement and you use margin, you are borrowing money from us to purchase securities or for other purposes. The securities in your account, and those held by us for you in any capacity, are our collateral for the loan to you. If the securities in your margin account decline in value, so does the value of the collateral supporting your loan. As a result, we can take action, such as issue a margin call and/or sell securities in any of your accounts held with us, in order to maintain the required equity in your account.
**Interest Charged** – You will be charged interest on any credit extended to you for the purpose of purchasing, carrying or trading in securities. The annual rate of interest may vary. The method of computing interest is available upon request. The interest charged on any debit balance may be added to the principal amount and is thereafter charged interest accordingly.

**Equity Dividend Reinvestment Customers.**  Shares credited to your brokerage account resulted from transactions effected as agent (by either: (1) your broker-dealer or; (2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in 'over-the-counter' securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred. Earnings from Roth/Roth and Roth Conversion IRAs and, Coverdell Education Savings Accounts as tax-free. All distributions may be tax-free after meeting the 5 year aging requirement and other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.
**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail (if your statement's availability, if you had transactions that affected your cash balances or security positions held in your account(s) during the last month reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker-dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase and certain times thereafter, such a transaction fee or no transaction fee status. At time of sale, a fee equal to the no transaction fee may be assessed based on the status assigned to the shares at the time of purchase.   **Margin.**  If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account "start" in your non-purpose account. The securities in your margin account may be pledged, re-pledged, hypothecated (held, as collateral) or re-hypothecated for any amount due to us or for a greater sum, in accordance with the Federal Reserve Board ("FRB") requirements of Regulation T issued by the Board of Governors of the Federal Reserve System and SIPA. Securities positions and transactions are subject to margin regulations described for your inspection upon request.   NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program hotline at (800) 289-9999 or access FINRA's web site at www.finra.org.   FINRA Rule 4311   requires that your broker-dealer and NFS allocate between them certain functions regarding your brokerage account and NFS. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request.   Your broker-dealer is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations, including with respect to your own sales practices.   For your account, if applicable, and (6) maintaining required books and records for the services that it performs. NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.   Securities in accounts carried by   NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors.  NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit   www.sipc.org   or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.   
**End of Statement**

722239.7.0

Account carried with National Financial Services LLC, Member
NYSE, SIPC

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————X

|                                            |     |                              |
| In Re                                      |  :  | Chapter 11                   |
|                                            |  :  |                              |
|                                            |  :  | Case No. 18-23538 (RDD)      |

**SEARS HOLDING CORPORATION, et al.,**

**Debtors**                                            **(Jointly Administered)**

—————————————————————X

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 18441/USD 100,000.**

Kevin Walsh
80 Newell Street
Brooklyn, NY 11222

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

11/10/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY 11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003



Contact 844.384.4460          Client Login

## Sears Holdings Corporation (18-23538) CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket     Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|-----------|---------------|-------------|-------------|
| | 18441 | 04/10/2019 | Walsh, Kevin | Sears Holdings Corporation | $ 100,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

18441

## Creditor Data Details for Claim # 18441

Schedule Number

Creditor
Walsh, Kevin

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
18441

Proof of Claim
📄 View PDF ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings
Corporation(18-23538)

Select Classification

Select an Option

| | Schedule Amount C"U"D" | Asserted Claim Amount C"U"F" | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $100,000.00 | $100,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $100,000.00 | $100,000.00 |

"C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Search Operator

Select an Option

Amount

Date from          Date to

📅          –          📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1          20 ∨          View 1 - 1 of 1

Home     Leadership     Disclaimer     Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Prime Clerk Page 1 of 1

Contact 844.384.4460     Client Login

## SEARS HOLDINGS   Sears Holdings Corporation (18-23538)   CHANGE CASE

Case Info     Docket     Claims     Submit a Claim     Submit Inquiry

Search Docket     Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim value |
|----------|---------|------------|---------------|-------------|-------------|
| | 18441 | 04/10/2019 | Walsh, Kevin | Sears Holdings Corporation | $ 100,000.00 |

**Select scope**
Claims Only

**Claim Number(s)(e.g. 1,3,5-7)**
18441

## Creditor Data Details for Claim # 18441

Creditor
Walsh, Kevin

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
18441

Proof of Claim
📄 View PDF ✉ Email PDF

**Schedule Number**

**Creditor name**

**Debtor(s)**
Sears Holdings Corporation (18-23538)

| | Schedule Amount 'CUD' | Asserted Claim Amount 'CUF' | Current Claim Status Claim value | |
|---|---|---|---|---|
| General Unsecured | | $100,000.00 | $100,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9)- Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $100,000.00 | $100,000.00 | |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Select Classification**
Select an Option

**Select Search Operator**
Select an Option

**Amount**

**Date from**    **Date to**
📅   —   📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1     20 ▾     View 1 - 1 of 1

Home     Leadership     Disclaimer     Terms & Conditions          ©2016 Prime Clerk. All rights reserved.

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | **KEVIN WALSH** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> 80 NEWELL STREET <br> BROOKLYN, NY 11222 <br><br><br> Contact phone  917-868-9239 <br> Contact email  beauwalsh2003@yahoo.com | **Where should payments to the creditor be sent? (if different)** <br><br> NATIONAL FINANCIAL SERVICES <br> C/O ROYAL ALLIANCE <br> 10 EXCHANGE PLAZA <br> SUITE 1410 <br> JERSEY CITY, NJ 07302 <br> RQV-003560 <br><br> Contact phone  631-353-0003 <br> Contact email  sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ____/____/_____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  2  9  2  5

7. How much is the claim?  $_____100,000.00    Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. Is all or part of the claim secured?

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE  *Due 10/15/18*

Basis for perfection:  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded).

Value of property:  $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured:  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property:  _____

Modified Form 410                          Proof of Claim                          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number        Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

ENV# CEBGWBCPBBDPXJN_BBBBC
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302



KEVIN WALSH
80 NEWELL STREET
BROOKLYN NY 11222

---

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560

---

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

---

**TOTAL VALUE OF YOUR PORTFOLIO**                    **$476,470.47**
*Your portfolio contains unpriced positions. Refer to Holdings in this statement for more information.*

---

**CHANGE IN VALUE OF YOUR PORTFOLIO**
*$ thousands*



| | | | |
|---|---|---|---|
| 583.033 | | | |
| 538.932 | | | |
| 494.832 | | | |
| 450.731 | | | |
| 406.630 | | | |
| 2016 | 2017 | 2018 | CURRENT |

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 1 of 14

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



# Account Overview

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $481,398.01 | $406,630.10 |
| Additions and Withdrawals | ($5,000.00) | ($11,759.00) |
| Income | $386.00 | $564.83 |
| Taxes, Fees and Expenses | ($59.50) | ($96.89) |
| Change in Value | ($254.04) | $81,131.43 |
| ENDING VALUE (AS OF 03/31/19) | $476,470.47 | $476,470.47 |
| Total Pending Accrued Dividends | $6.98 | |
| Ending Value with Accrued Dividends | $476,477.45 | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

| MARGIN PROFILE | as of March 31, 2019 |
|---|---|
| Margin Positions Market Value | $487,673.61 |
| Margin Balance (Net currency credit/debit) | ($11,203.17) |
| **Margin Equity** | **$476,470.44** |
| Margin Equity Percent | 97.7% |
| Equity Buying Power | $689,750.54 |
| Margin Interest Charged this Period | ($59.50) |

*Balances and Margin availability are reflected as of the closing date of this statement. Please consult your broker/dealer prior to trading as these amounts may have changed. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

*Margin balance information reported in this section is based on trade date. Position and balance information reported elsewhere in this statement is based on settlement date.*

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXJN_BBBBC 20190329

**ACCOUNT ALLOCATION**



Fixed Income 2.5%

Equities 97.5%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Cash | 0.0 % | ($6,529.67) | ($11,203.17) |
| Equities | 97.5 | $465,927.68 | $475,673.64 |
| Fixed Income | 2.5 | $22,000.00 | $12,000.00 |
| **TOTAL** | **100.0 %** | **$481,398.01** | **$476,470.47** |

*Cash and Cash Equivalents will include margin debit and credit balances.*

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



# Account Overview *continued*

### INCOME

| TAXABLE | Current Period | Year-to-Date |
|---|---|---|
| Taxable Dividends | $386.00 | $564.83 |
| TOTAL TAXABLE | $386.00 | $564.83 |
| TOTAL INCOME | $386.00 | $564.83 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

| TAXES, FEES AND EXPENSES | Current Period | Year-to-Date |
|---|---|---|
| Margin Interest | ($59.50) | ($96.89) |
| TOTAL TAXES, FEES AND EXPENSES | ($59.50) | ($96.89) |

| REALIZED GAIN (LOSS) | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $0.97 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| TOTAL SHORT TERM GAIN (LOSS) | $0.00 | ($0.97) |
| Long Term Gain | $0.00 | $0.00 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| TOTAL LONG TERM GAIN (LOSS) | $0.00 | $0.00 |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 3 of 14

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



# Account Overview *continued*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

**CASH AND CASH EQUIVALENTS - 0.00% of Total Account Value**

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| Cash | | | | | |
| NET CASH POSITION | | | | ($11,203.17) | |
| Total Cash and Cash Equivalents | | | | ($11,203.17) | |

**HOLDINGS > EQUITIES - 26.54% of Total Account Value**

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Equity | | | | | | | |
| ADIENT PLC COM USD0.001 | ADNT | 2 | $12.96 | $25.92 | | $93.17 | ($67.25) |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost    $46.59 | | | | | | | |
| APPLE INC COM USD0.00001 | AAPL | 200 | $189.95 | $37,990.00 | $584.00 | $18,844.00 | $19,146.00 |
| Estimated Yield  1.53% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost    $94.22 | | | | | | | |
| AT&T INC COM USD1 | T | 47 | $31.35 | $1,473.52 | $95.88 | $1,101.47  T | $372.45 |
| Estimated Yield  6.50% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost    $23.44 | | | | | | | |

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| CHARTER COMMUNICATIONS INC NEW CL A | CHTR | 3 | $345.91 | $1,040.73 | | $181.31 T | $859.42 |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $60.44 | | | | | | | |
| FACEBOOK INC-CLASS A | FB | 330 | $166.69 | $55,007.70 | | $13,996.62 | $41,011.08 |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $42.41 | | | | | | | |
| FORD MTR CO DEL COM | F | 2,500 | $8.78 | $21,950.00 | $1,500.00 | $31,351.65 T | ($9,401.65) |
| Estimated Yield  6.83% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $12.54 | | | | | | | |
| GABRIEL TECHNOLOGIES CORP | 362447104 | 2 | unavailable | unavailable | | $1.00 T | |
| Average Unit Cost      $0.50 | CASH | | | | | | |
| GENERAL ELECTRIC CO COM USD0.06 | GE | 100 | $9.99 | $999.00 | $4.00 | $3,831.11 T | ($2,832.11) |
| Estimated Yield  0.40% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 04/25/19 | | | | | | | |
| Average Unit Cost      $38.31 | | | | | | | |
| GROUPON INC COM | GRPN | 2,000 | $3.55 | $7,100.00 | | $19,668.00 | ($12,568.00) |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $9.83 | | | | | | | |
| JOHNSON CONTROLS INTERNATIONAL PLC COM USD1.00 | JCI | 23 | $36.94 | $849.62 | $23.92 | $431.13 T | $418.49 |
| Estimated Yield  2.81% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $18.74 | | | | | | | |
| NVENT ELECTRIC PLC COM USD0.01 | NVT | 5 | $26.98 | $134.90 | $3.50 | $53.85 T | $81.05 |
| Estimated Yield  2.59% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $10.77 | | | | | | | |

Royal Alliance Associates, Inc.

MN   _CEBGWBCPBBDPXJN_BBBBC 20190339

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

### HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| PENTAIR PLC SHS | PNR MARGIN | 5 | $44.51 | $222.55 | $3.60 | $106.22 T | $116.33 |
| Estimated Yield 1.61% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $21.24 | | | | | | | |
| RITE AID CORP COM | RAD MARGIN | 1,000 | $0.635 | $635.00 | | $5,329.00 | ($4,694.00) |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $5.33 | | | | | | | |
| TE CONNECTIVITY LTD REG SHS | TEL MARGIN | 25 | $80.75 | $2,018.75 | $44.00 | $674.39 T | $1,344.36 |
| Estimated Yield 2.18% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $26.98 | | | | | | | |
| **Total Equity** | | | | $129,448.09 | $2,258.90 | $95,662.92 | $33,786.17 |
| **Total Equities** | | | | $129,448.09 | $2,258.90 | $95,662.92 | $33,786.17 |

### HOLDINGS > FIXED INCOME - 2.46% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | 812350AE6 MARGIN | 100,000 | $12.00 | $12,000.00 | | $98,757.00 | |
| 6.62500% 10/15/2018 | | | | | | | |
| MOODY'S WR | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | |
| ON OCT 15, APR 15 | | | | | | | |
| CONTINUOUSLY CALLABLE | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | |
| Average Unit Cost $98.76 | | | | | | | |

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | 812350AE6 | *continued* | | | | $98,757.00  D | ($86,757.00) |
| Adjusted Cost Basis | | | | | | | |
| **Total Fixed Income** | | 100,000 | | $12,000.00 | | $98,757.00 | ($86,757.00) |

## HOLDINGS > MUTUAL FUNDS - 71.00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| FIDELITY ADVISOR GROWTH OPPTIES CL C | FACGX MARGIN | 2,485.643 | $68.04 | $169,123.15 | | $106,073.96 | $63,049.19 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $42.67 | | | | | | | |
| FIDELITY ADVISOR LEVERGED CO STK CL A | FLSAX MARGIN | 2,925.12 | $38.13 | $111,534.83 | | $89,919.88  T | $21,614.95 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $30.74 | | | | | | | |
| FIDELITY ADVISOR VALUE STRAT CL A | FSOAX MARGIN | 2,194.363 | $29.88 | $65,567.57 | $634.17 | $68,045.16  T | ($2,477.59) |
| Estimated Yield 0.96% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $31.01 | | | | | | | |
| **Total Equity** | | | | $346,225.55 | $634.17 | $264,039.00 | $82,186.55 |
| **Total Mutual Funds** | | | | $346,225.55 | $634.17 | $264,039.00 | $82,186.55 |
| **Total Securities** | | | | $487,673.64 | $2,893.07 | $458,458.92 | $29,215.72 |
| **TOTAL PORTFOLIO VALUE** | | | | $476,470.47 | $2,893.07 | $458,458.92 | $29,215.72 |

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 8 of 14

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## ADDITIONS AND WITHDRAWALS > CHECKING ACTIVITY

| Date | Check Number | Description | Expense Code | Amount |
|---|---|---|---|---|
| Checking Activity | | | | |
| 03/17/19 | 1015 | K WALSH | | ($5,000.00) |
| Total Checking Activity | | | | ($5,000.00) |
| **TOTAL ADDITIONS AND WITHDRAWALS** | | | | ($5,000.00) |

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS

This section includes miscellaneous and certain corporate action transactions such as mergers, acquisitions, currency conversions, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions.

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 03/25/19 | MARGIN | CONVERSION | FIDELITY ADVISOR LEVERGED CO STK CL C TO 315805424 TRAN VALUE: $4,963.14 | (149,989) | $0.00 | | |
| 03/25/19 | MARGIN | CONVERSION | FIDELITY ADVISOR LEVERGED CO STK CL C TO 315805424 TRAN VALUE: $105,937.87 | (3,201,507) | $0.00 | | |
| 03/25/19 | MARGIN | CONVERSION | FIDELITY ADVISOR LEVERGED CO STK CL A FROM 315805382 TRAN VALUE: $4,962.72 | 130,908 | $0.00 | $0.00 | $0.00 |
| 03/25/19 | MARGIN | CONVERSION | FIDELITY ADVISOR LEVERGED CO STK CL A FROM 315805382 TRAN VALUE: $105,928.59 | 2,794,212 | $0.00 | $0.00 | $0.00 |

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 9 of 14

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/01/19 | MARGIN | DIVIDEND RECEIVED | FORD MTR CO DEL COM | | $375.00 |
| 03/08/19 | MARGIN | DIVIDEND RECEIVED | TE CONNECTIVITY LTD REG SHS | | $11.00 |
| **Total Taxable Dividends** | | | | | $386.00 |
| **Total Taxable Income** | | | | | $386.00 |
| **TOTAL INCOME** | | | | | $386.00 |

## ACTIVITY > TAXES, FEES AND EXPENSES

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Margin Interest** | | | | | |
| 03/20/19 | MARGIN | MARGIN INTEREST | @ 9.500%<br>AVG BAL    8,053DR 02/21-03/20<br>END BAL    11,143DR 28 DAYS | | ($59.50) |
| **Total Margin Interest** | | | | | ($59.50) |
| **TOTAL TAXES, FEES AND EXPENSES** | | | | | ($59.50) |

## ACTIVITY > OTHER ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | MARGIN | JOURNALED | MARGIN TO CASH A/C | | ($5,000.00) |
| 03/11/19 | CASH | JOURNALED | MARGIN TO CASH A/C | | $5,000.00 |
| **TOTAL OTHER ACTIVITY** | | | | | $0.00 |

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Page 10 of 14

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



### ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| GE | GENERAL ELECTRIC CO COM USD0.06 | 100 | $0.01 | $1.00 |
| JCI | JOHNSON CONTROLS   INTERNATIONAL PLC COM USD1.00 | 23 | $0.26 | $5.98 |
| **Total Pending Accrued Dividends** | | | | |
| | | | | $6.98 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

T - Cost basis information was provided by a third party. We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



# Footnotes and Cost Basis Information *continued*

Information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period.  Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

MARGIN - You have been approved for margin privileges and may borrow money from NFS in exchange for pledging the assets in your account(s) as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, identified as Margin Positions Market Value on this statement. This statement shows the combined balance of your margin account and a special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

MARGIN POSITIONS MARKET VALUE is the market value for all positions held in the margin account using the previous business day's closing price.

MARGIN BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your margin account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

SHORT POSITIONS MARKET VALUE is the market value for all positions held in the short account using the previous business day's closing price.

SHORT BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your short account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

MARGIN EQUITY is the value of all margin positions in the account less any margin debit balance plus any margin credit balance.

MARGIN EQUITY PERCENTAGE is the equity percentage of the margin market value of the account (The margin equity divided by the margin market value).

EQUITY BUYING POWER is the maximum dollar amount available, including cash and margin, to purchase marginable equity securities without adding money to the account. Buying power calculations include open order commitments, intraday trade executions, and money movement into and out of the account.

MARGIN INTEREST CHARGED THIS PERIOD is the U.S. dollar equivalent value of the interest charged on margin debit balances since the last statement period.

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

Royal Alliance Associates, Inc.

MN _CEBGWBCFBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

KEVIN WALSH - Individual
Account Number: RQV-003560



## Miscellaneous Footnotes *continued*

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

**GLOSSARY** Short Account Balances –If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").
NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.
**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.
**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.
**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.
Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. Splits, Dividends, and Interest. Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.
**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in 'over-the-counter 'securities.
**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs, and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.
**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

**Royal Alliance Associates, Inc.**

MN  _CEBGWBCPBBDPXJN_BBBBC 20190329

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.
**Estimated Annual Income (EAI) & Estimated Yield (EY)-** EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase.  Margin. If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.  NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ('FINRA'). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org.  FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request.  Your broker-dealer is responsible for:  (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs.  NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.  Securities in accounts carried by  NFS are protected in accordance with the Securities Investor Protection Corporation ('SIPC') up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approved by SIPC's Board of Directors.  NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org  or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
End of Statement

722239.7.0

Account carried with National Financial Services LLC, Member NYSE. SIPC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X
                                              :        Chapter 11
                                              :
In Re                                         :        Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

              **Debtors**                              **(Jointly Administered)**
———————————————————x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 18023/USD 40,000.**

Virginia Tartaglione/Peter Tartaglione
511 Covert Ave
New Hyde Park, NY 11040

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

Scott M. Fitzgerald/Authorized Agent                11/5/2021
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460        Client Login

**SEARS HOLDINGS**    **Sears Holdings Corporation (18-23538)**    CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 18023 | 04/10/2019 | VIRGINIA TARTAGLIONE / PETER TARTAGLIONE | Sears Holdings Corporation | $ 40,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

18023

Schedule Number

## Creditor Data Details for Claim # 18023

Creditor
VIRGINIA TARTAGLIONE / PETER TARTAGLIONE
511 COVERT AVE
NEW HYDE PARK, NY 11040

Debtor Name
Sears Holdings Corporation
Schedule Number

Date Filed
04/10/2019
Claim Number
18023
Proof of Claim
📄 View PDF ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

| | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | $40,000.00 | $40,000.00 | Asserted | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| **Total** | $0.00 | $40,000.00 | $40,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Amount

Date from    Date to

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ▾    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Contact 844.384.4460      Client Login

SEARS HOLDINGS   **Sears Holdings Corporation (18-23538)**   *CHANGE CASE*

Case Info   Docket   Claims   Submit a Claim   Submit Inquiry

Search Docket   Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 18023 | 04/10/2019 | VIRGINIA TARTAGLIONE / PETER TARTAGLIONE | Sears Holdings Corporation | $ 40,000.00 |

## Creditor Data Details for Claim # 18023

**Creditor**
VIRGINIA TARTAGLIONE / PETER TARTAGLIONE
511 COVERT AVE
NEW HYDE PARK, NY 11040

**Debtor Name**
Sears Holdings Corporation

**Schedule Number**

**Date Filed**
04/10/2019

**Claim Number**
18023

**Proof of Claim**
📄 View PDF ✉ Email PDF

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

18023

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from     Date to

|  | Schedule Amount "CUD" | Asserted Claim Amount "CUF" | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | $40,000.00 | $40,000.00   Asserted |
| Priority | | | |
| Secured | | | |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $40,000.00 | $40,000.00 |

"C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1     20 ▾     View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

VIRGINIA TARTAGLIONE / PETER TARTAGLIONE

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

511 COVERT AVE
NEW HYDE PARK, NY 11040

Contact phone 516-328-0437

Contact email vtartag@gmail.com

Where should payments to the creditor be sent? (if different)

NATIONAL FINANCIAL SERVICES
C/O ROYAL ALLIANCE
10 EXCHANGE PLAZA
SUITE 1410
JERSEY CITY, NJ 07302
RQV-003683

Contact phone 631-353-0003

Contact email sfitzgerald@steelridgeadvisors.com

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

---

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7__ __1__ __0__ __3__

---

**7. How much is the claim?**   $_____40,000.00_____   **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☑ Other. Describe:   SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE Due 10/15/18

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured:   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Modified Form 410                    Proof of Claim                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

---

## Part 3:    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
|---|---|
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor. <br> ☑ I am the creditor's attorney or authorized agent. <br> ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br><br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> Executed on date  04/08/2018  (mm/dd/yyyy) |

Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number    Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Royal Alliance Associates, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

ENV# CEBGWBCPBBDPXLN_BBBBD
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

VIRGINIA TARTAGLIONE
PETER TARTAGLIONE
511 COVERT AVE
NEW HYDE PARK NY 11040

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE – Joint WROS
Account Number: RQV-003663

**TOTAL VALUE OF YOUR PORTFOLIO**                $10,455.74

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**CHANGE IN VALUE OF YOUR PORTFOLIO**
$ thousands

41.540
33.515
25.489
17.464
9.438

2016    2017    2018    CURRENT

Change in Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this
statement.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXLN_BBBBD 20190329

# Account Overview

Statement for the Period March 1, 2019 to March 31, 2019

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE - Joint WROS
Account Number: RQV-003683

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $14,452.58 | $9,438.79 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $3.16 | $16.95 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($4,000.00) | $1,000.00 |
| ENDING VALUE (AS OF 03/31/19) | $10,455.74 | $10,455.74 |

*Refer to Miscellaneous Footnotes for more information on Changes in Value.*

## MARGIN PROFILE

| | as of March 31, 2019 |
|---|---|
| Margin Positions Market Value | $4,800.00 |
| Margin Balance (Net currency credit/debit) | $0.00 |
| **Margin Equity** | **$4,800.00** |
| Margin Equity Percent | 100.0% |
| Equity Buying Power | $18,852.46 |
| Margin Interest Charged this Period | $0.00 |

*Balances and Margin availability are reflected as of the closing date of this statement. Please consult with your brokerdealer prior to trading as these amounts may have changed. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

*Margin balance information reported in this section is based on trade date. Position and balance information reported elsewhere in this statement is based on settlement date.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $2.58 | $16.37 |
| Taxable Interest | $0.58 | $0.58 |
| TOTAL TAXABLE | $3.16 | $16.95 |

STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc., Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACCOUNT ALLOCATION

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $5,652.58 | $0.00 |
| Bank Deposits | 54.1 | $0.00 | $5,655.74 |
| Corporate Bonds | 45.9 | $8,800.00 | $4,800.00 |
| **TOTAL** | **100.0%** | **$14,452.58** | **$10,455.74** |

Bank Deposits 54.1%
Corporate Bonds 45.9%

*Cash and Cash Equivalents will include margin debit and credit balances.*

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETFs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your brokerdealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPZXLN_BBBBD 20190129

**Statement for the Period March 1, 2019 to March 31, 2019**

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE - Joint WROS
Account Number: RQV-003683



# Account Overview *continued*

## INCOME *continued*

| | Current Period | Year-to-Date |
|---|---|---|
| **TOTAL INCOME** | $3.16 | $16.95 |

*Taxable Income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokengeninfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXLN_BBBBD 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities offered through Royal Alliance Associates, Inc., Member FINRA/SIPC.
Advisory Services offered through Royal Alliance Associates, Inc. and Steel Ridge Advisors, Inc.
Insurance offered through Steel Ridge Insurance Agency. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

# Holdings

Statement for the Period March 1, 2019 to March 31, 2019

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE – Joint WROS
Account Number: RQV-0034683

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.   Please refer to Footnotes and Cost Basis information at the end of this statement.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS – 54.09% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC).  Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance.  Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) Estimated Annual Yield  0.19% | QAGCQ CASH | 5,655.74 | $1.00 | $5,655.74 | |

**Total Cash and Cash Equivalents** $5,655.74

## HOLDINGS > FIXED INCOME – 45.91% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.62500% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 | 812350AE6 MARGIN | 40,000 | $12.00 | $4,800.00 | | $38,457.00 | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN__CEBGWBCPBBDPXLN_BBBBD 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE - Joint WROS
Account Number: RQV-J003683

## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE CONTINUOUSLY CALLABLE IN MONETARY DEFAULT | 812350AE6  *continued* | 40,000 | | $4,800.00 | | $38,457.00 | D | ($33,657.00) |
| Average Unit Cost          $96.14 | | | | | | | | |
| Adjusted Cost Basis | | | | | | | | |
| **Total Fixed Income** | | | | $4,800.00 | | $38,457.00 | | ($33,657.00) |
| **Total Securities** | | | | $4,800.00 | | $38,457.00 | | ($33,657.00) |

| **TOTAL PORTFOLIO VALUE** | | | | $10,455.74 | | $38,457.00 | | ($33,657.00) |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect, and adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

**Securities Sold**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QAGCQ | (5,652.58) | $5,652.58 |
| **Total Securities Sold** | | | | | $5,652.58 |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 5,652.58 | ($5,652.58) |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDFXLN_BBBBD 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE - Joint WROS
Account Number: RQV-003683



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACTIVITY> CORE FUND ACTIVITY  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 2.58 | ($2.58) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 0.58 | ($0.58) |

**TOTAL CORE FUND ACTIVITY**  ($5,655.74)

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $2.58 |
| **Total Taxable Dividends** | | | | | $2.58 |
| **Taxable Interest** | | | | | |
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $0.58 |
| **Total Taxable Interest** | | | | | $0.58 |
| **Total Taxable Income** | | | | | $3.16 |
| **TOTAL INCOME** | | | | | $3.16 |

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDFXLN_BBBBD 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE - Joint WROS
Account Number: RQV-003683



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
| --- | --- | --- |
| Capital One Bank | $0.00 | $5,653.16 |
| Current Month's Pending Settlement | | $2.58 |
| Total Bank Deposits | $0.00 | $5,655.74 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBRDYXLN_BBBBD 20190329

Statement for the Period March 1, 2019 to March 31, 2019

VIRGINIA TARTAGLIONE & PETER TARTAGLIONE - Joint WROS
Account Number: RQV-003683



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC
The Preparation and Insurance Products offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Miscellaneous Footnotes

**CHANGE IN VALUE OF YOUR PORTFOLIO** is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

**CHANGE IN VALUE** reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**MARGIN** - You have been approved for margin privileges and may borrow money from NFS in exchange for pledging the assets in your account(s) as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the securities in your margin account, identified as Margin Positions Market Value on this statement. This statement shows the combined balance of your margin account and a special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

**MARGIN POSITIONS MARKET VALUE** is the market value for all positions held in the margin account using the previous business day's closing price.

**MARGIN BALANCE** is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your margin account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

**SHORT POSITIONS MARKET VALUE** is the market value for all positions held in the short account using the previous business day's closing price.

**SHORT BALANCE** is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your short account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

**MARGIN EQUITY** is the value of all margin positions in the account less any margin debit balance plus any margin credit balance.

**MARGIN EQUITY PERCENTAGE** is the equity percentage of the margin market value of the account (The margin equity divided by the margin market value).

**EQUITY BUYING POWER** is the maximum dollar amount available, including cash and margin, to purchase marginable equity securities without adding money to the account. Buying power calculations include open order commitments, intraday trade executions, and money movement into and out of the account.

**MARGIN INTEREST CHARGED THIS PERIOD** is the U.S. dollar equivalent value of the interest charged on margin debit balances since the last statement period.

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system. In accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis, and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis, Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end and Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _ CEBGWBCPBRDPXLN_BBBBD 20190329

**GLOSSARY Short Account Balances**-If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your brokerage account on a weekly basis. **Market Value** – The Total Market Value has been calculated out to 9 decimal places, however, the individual security is rounded to 6 decimal places. The Price indicated Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for  fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect a "N/A" or "unavailable" where the price cannot be obtained and/or is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at **(800) 801-9942**. Any oral communications regarding inaccuracies or discrepancies should be confirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as unsettled checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use the bound balances in your account to support the operation of its business consistent with applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.

Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. A more complete description of American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which those transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.**  A summary of payment of retirement contributions/distributions is displayed for you in the activity summary section of your statement.  **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions.  A financial statement  of  NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affect your cash balances or security positions or held in your account(s) during the transaction period. At a minimum a statement will be sent at least quarterly if your account(s) statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation received and other remuneration received by your introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase fixed shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, shares previously assigned a load, assessed based on the status assigned to the shares at time of purchase.  **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose margin account.  Your brokerage account may be a non-purpose margin account pursuant to Regulation U. Interest charged on the various loans in your account is computed on Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate credit and special memorandum account (margin account) as required by Regulation T, is available for your inspection upon request.  NYSE and FINRA. All transactions on this statement are subject to the rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program hotline at **(800) 289-9999** or visit the FINRA web site at www.finra.org.  FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation between NFS and your broker-dealer and NFS. A more complete description is available upon request.  **Your broker-dealer is responsible for:**  (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, including supervising and supervising your brokerage account and its own activities in compliance with applicable laws and regulations.  **NFS, at the direction of your broker-dealer, is responsible for:**  At time of purchase shares pertaining to your margin account, if applicable, and (5) maintaining required books and records for the services that they perform. NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, NFS does not guarantee and has not verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit as provided in complying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in carrying securities with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.  Securities in accounts carried by  NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000.  The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with the SIPC statute and approval by SIPC's Board of Directors.  NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit   www.sipc.org  or call **1-202-371-8300**. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement**

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

722239.7.0

Page 9 of 10

MN _ CEBGWBCPBRDPXLN_BBBBD 20190329

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————X

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In Re | : | Case No. 18-23538 (RDD) |
| | | |
| **SEARS HOLDING CORPORATION, et al.,** | | |
| | | |
| **Debtors** | | **(Jointly Administered)** |

——————————————————x

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17964/USD 106,000.**

JOAN HOLM & STANLEY HOLM
85 Earl St
Westbury, NY  11590

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

11/3/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460    Client Login

**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)** CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17964 | 04/10/2019 | HOLM, JOAN & STANLEY | Sears Holdings Corporation | $ 106,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17964

Schedule Number

## Creditor Data Details for Claim # 17964

| Creditor | Date Filed |
|---|---|
| HOLM, JOAN & STANLEY | 04/10/2019 |
| | Claim Number |
| Debtor Name | 17964 |
| Sears Holdings Corporation | Proof of Claim |
| Schedule Number | 📄 View PDF ✉ Email PDF |

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

| | Schedule Amount C'UD' | Asserted Claim Amount C'UF' | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | | $106,000.00 | $106,000.00 | Asserted |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $106,000.00 | $106,000.00 | |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Search Operator

Select an Option

Amount

Date from    Date to

🗓 — 🗓

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ⌄    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo    4/18/2019

Contact 844.384.4460    Client Login

## SEARS HOLDINGS   Sears Holdings Corporation (18-23538)   CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

Q Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17964 | 04/10/2019 | HOLM, JOAN & STANLEY | Sears Holdings Corporation | $ 106,000.00 |

## Creditor Data Details for Claim # 17964

Creditor
HOLM, JOAN & STANLEY

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17964

Proof of Claim
View PDF    Email PDF

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim value | |
|---|---|---|---|---|
| General Unsecured | | $106,000.00 | $106,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $106,000.00 | $106,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17964

Schedule Number

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from          Date to

Search Claim

Reset

Page 1 of 1    20 ▼    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor? | JOAN HOLM & STANLEY HOLM |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No |
| | ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? |
| | 85 EARL ST WESTBURY, NY 11590 |
| | Where should payments to the creditor be sent? (if different) |
| | NATIONAL FINANCIAL SERVICES C/O ROYAL ALLIANCE 10 EXCHANGE PLAZA SUITE 1410 JERSEY CITY, NJ 07302 RQV-003632 |
| | Contact phone 516-333-7416 |
| | Contact email jholm851@gmail.com |
| | Contact phone 631-353-0003 |
| | Contact email sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No |
| | ☐ Yes. Claim number on court claims registry (if known)_____ Filed on ___/___/___ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   5   2   2   7

7. How much is the claim?   $_____106,000.00_____ . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. Is all or part of the claim secured?

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE *Due* 10/15/18

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured:   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $ _____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$ _____

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/08/20(mm/dd/yyyy)

_Signature_

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number          Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

# STEEL RIDGE
## INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632

## TOTAL VALUE OF YOUR PORTFOLIO          $22,027.73

## CHANGE IN VALUE OF YOUR PORTFOLIO
$ thousands

| | |
|---|---|
| 136.389 | |
| 107.129 | |
| 77.869 | |
| 48.609 | |
| 19.349 | |

2016    2017    2018    CURRENT

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXKN_BBBBB 20190329

ENV# CEBGWBCPBBDPXKN_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

JOAN HOLM
STANLEY HOLM
TOD JACQUELYNE M SCHWETZ
ALLISON P RUSSO
85 EARL ST
WESTBURY NY 11590

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR# AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**Statement for the Period March 1, 2019 to March 31, 2019**

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Steeling and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $32,622.52 | $19,349.82 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $5.21 | $27.91 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($10,600.00) | $2,650.00 |
| ENDING VALUE (AS OF 03/31/19) | $22,027.73 | $22,027.73 |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| **TAXABLE** | | |
| Taxable Dividends | $4.25 | $26.95 |
| Taxable Interest | $0.96 | $0.96 |
| **TOTAL TAXABLE** | $5.21 | $27.91 |
| **TOTAL INCOME** | $5.21 | $27.91 |

*Taxable Income is determined based on information available to NFS at the time the statement was
prepared, and is subject to change. Final information on taxation of interest and dividends is available
on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION

Corporate Bonds 57.7%

Bank Deposits 42.3%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $9,302.52 | $0.00 |
| Bank Deposits | 42.3 | $0.00 | $9,307.73 |
| Corporate Bonds | 57.7 | $23,320.00 | $12,720.00 |
| **TOTAL** | **100.0 %** | **$32,622.52** | **$22,027.73** |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account
Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short
positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds
and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart
may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Account carried with National Financial Services LLC, Member
NYSE, SIPC**

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXKN_BBBBB 20190229

**Statement for the Period March 1, 2019 to March 31, 2019**

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632



# Account Overview *continued*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends changed will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3.425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXKN_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632

# Holdings



NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 42.25% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) Estimated Annual Yield 0.19% | QAGCQ CASH | 9,307.73 | $1.00 | $9,307.73 | |

**Total Cash and Cash Equivalents** $9,307.73

## HOLDINGS > FIXED INCOME - 57.75% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") and Moody's may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.6250% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 | 812350AE6 CASH | 106,000 | $12.00 | $12,720.00 | | $99,852.00 | |

Royal Alliance Associates, Inc.

MN _ CEBGWBCPBBDPXKN_BBBBB 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period March 1, 2019 to March 31, 2019**

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632



## HOLDINGS > FIXED INCOME *continued*

| Description / Symbol/Cusip / Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 812350AE6 *continued* CONTINUOUSLY CALLABLE IN MONETARY DEFAULT | 106,000 | | | | $98,852.00  D | ($86,132.00) |
| Average Unit Cost $93.26 | | | | | | |
| Adjusted Cost Basis | | | | | | |
| **Total Fixed Income** | | | $12,720.00 | | $98,852.00 | ($86,132.00) |
| **Total Securities** | | | $12,720.00 | | $98,852.00 | ($86,132.00) |
| **TOTAL PORTFOLIO VALUE** | | | $22,027.73 | | $98,852.00 | ($86,132.00) |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

### PURCHASES, SALES, AND REDEMPTIONS

**Securities Sold**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL F2AXX TO QAGCQ | (9,302.52) | $9,302.52 |
| **Total Securities Sold** | | | | | $9,302.52 |

### ACTIVITY >CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 9,302.52 | ($9,302.52) |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXKN_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632

# STEEL RIDGE

INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > CORE FUND ACTIVITY    *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 4.25 | ($4.25) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 0.96 | ($0.96) |

## TOTAL CORE FUND ACTIVITY

($9,307.73)

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $4.25 |
| **Total Taxable Dividends** | | | | | $4.25 |
| **Taxable Interest** | | | | | |
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $0.96 |
| **Total Taxable Interest** | | | | | $0.96 |
| **Total Taxable Income** | | | | | $5.21 |

## TOTAL INCOME

$5.21

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN __CEBGWBCPBBDPXKN_BBBBB 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Wealth Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Program Bank, Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $9,303.48 |
| Current Month's Pending Settlement | | $4.25 |
| Total Bank Deposits | $0.00 | $9,307.73 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term Instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current your premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report, certain cost basis and related Information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and the applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period Information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such Information.

For investments In partnerships, NFS does not make any adjustments to cost basis Information as the calculation of basis in such Investments requires supplemental Information from the partnership on Its Income and distributions during the period you hold your Investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

D - Adjusted cost basis reflects any cumulative original Issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used Instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method. Market discount was recognized at disposition date. Cost/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis Information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

**Royal Alliance Associates, Inc.**

MN _ CEBGWBCPBBDPXKN _BBBBB 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

JOAN HOLM & STANLEY HOLM - Joint WROS TOD
Account Number: RQV-003632



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc., Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

# Miscellaneous Footnotes

**CHANGE IN VALUE OF YOUR PORTFOLIO** is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

**CHANGE IN VALUE** reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund Holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) selling up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXKN_BBBBB 20190029

Page 8 of 10

**GLOSSARY Short Account Balances.** If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds of the sale and credited that amount to your Short Account. Any market increases or decreases from the original sale price will be transferred between this account and your Margin Account on a weekly basis. **Market Value - The Total Market Value** of the securities in your Margin Account is displayed in 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and current market values are not guaranteed. Prices received from pricing vendors are generally based on current market transactions, but are not available in quotes are not available the individual security. In such instances, we use a variety of techniques to estimate value. These estimates, especially for thinly traded income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer and at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").
NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with contact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to certain conditions and as such are uninvested checks and exclude proceeds from sales of certificated securities without delivery of the security. Your broker-dealer is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held for future investment in accordance with the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided within upon written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options** Customers. Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.
Assignments of American and European-style options are allocated among customers pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any change in your investment objectives or financial situation. Splits, Dividends, and Interest. Expected stock split, next dividend payable, next interest payable information has been provided by third parties in time for printing. NFS is not responsible for inaccurate, missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the price of the securities was determined by averaging all prices at which transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income. Since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its offices or a copy will be mailed to you upon request.

**Statement Mailing.** NFS will deliver statements by mail, or if enrolled in e-mail, by e-mail of your statement's availability. If you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investments ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker-dealer and/or NFS sales loads and 12b-1 fees

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.
**Estimated Annual Income (EAI) & Estimated Yield (EY)** EAI for certain securities is calculated using the coupon a security's dividend and current interest rate. For all other securities, EAI is calculated using an indicated amount shown for that security. The individual unit price is displayed in 5 decimal places. The Total Market Value is an estimate of the income for the next 12 months calculated based on prior and/or declared dividends for that security. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them inaccurate. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment decisions, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the sources, amounts and terms of the compensation as well as other requirements received by your introducing broker-dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load, transaction fee or no transaction fee status. A fee or a sales fee, fees applicable to your transaction will be assessed based on the status assigned to the share at time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the share at time of sale.

**Margin.** If you have applied for margin privileges and been approved, you may borrow money on margin, using the assets in your account as collateral for an outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a statement of your margin account and special memorandum account other than your non-margin account.

**Federal Reserve Board.** The Federal Reserve Board requires for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The Federal Reserve Board requires the separate account, as required by Regulation T, is available for your inspection upon request. NYSE and NFS allow rules for transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market where the transactions are executed, and of the New York Stock Exchange. Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation of those responsibilities performed by your broker-dealer and NFS. A more complete description is available upon request. Your broker-dealer is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining records and records for the services that it performs. NFS shall, at the direction of your broker-dealer: (1) execute transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and related information may be provided by your broker-dealer or obtained from third parties deemed to be reliable. However, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services that it performs. Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected, but may be eligible for FDIC insurance. Assets Held Away, commodities, Program Bank at which these funds may be deposited for FDIC insurance. Registered investment contracts, futures accounts, loaned securities and other investments may not be covered, guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
**End of Statement**

722239.7.0

Page 9 of 10

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXKN_BBBBB 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X
                                        :              Chapter 11
                                        :
In Re                                   :              Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

         **Debtors**                                   **(Jointly Administered)**
_____x

Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)

**Claim # 18388/USD 155,000.**

Marilyn Stahl
22 Golden Spruce Drive
Calverton, NY  11933

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

_____          11/5/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Prime Clerk                                                                                    Page 1 of 1

Contact 844.384.4460        Client Login

**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)**   CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 18388 | 04/10/2019 | Stahl, Marilyn | Sears Holdings Corporation | $ 155,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

18388

## Creditor Data Details for Claim # 18388

Schedule Number

Creditor
Stahl, Marilyn

Debtor Name
Sears Holdings Corporation
Schedule Number

Date Filed
04/10/2019
Claim Number
18388
Proof of Claim
📄 View PDF ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

| | Schedule Amount C'UD* | Asserted Claim Amount C'UF* | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $155,000.00 | $155,000.00 Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $155,000.00 | $155,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from        Date to

📅    –    📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

| | Page 1 of 1 | 20 ▾ | View 1 - 1 of 1 |

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo                    4/18/2019

Contact 844.384.4460    Client Login

**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)**  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 18388 | 04/10/2019 | Stahl, Marilyn | Sears Holdings Corporation | $ 155,000.00 |

**Select scope**

Claims Only

**Claim Number(s)** (e.g. 1,3,5-7)

18388

**Schedule Number**

## Creditor Data Details for Claim # 18388

Creditor
Stahl, Marilyn

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
18388

Proof of Claim
📄 View PDF ✉ Email PDF

**Creditor name**

**Debtor(s)**

Sears Holdings Corporation (18-23538)

**Select Classification**

Select an Option

**Select Search Operator**

Select an Option

**Amount**

**Date from**        **Date to**

| | Schedule Amount C'UD" | Asserted Claim Amount C'UF" | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | $155,000.00 | $155,000.00   Asserted |
| Priority | | | |
| Secured | | | |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $155,000.00 | $155,000.00 |

'C=Contingent, U=Unliquidated, D=Disputed F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1        20 ⌄        View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions                ©2016 Prime Clerk. All rights reserved.

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **MARILYN STAHL** |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>22 GOLDEN SPRUCE DRIVE<br>CALVERTON, NY  11933<br><br>Contact phone  631-727-7312<br>Contact email  mstahl22@optonline.net | **Where should payments to the creditor be sent? (if different)**<br><br>NATIONAL FINANCIAL SERVICES<br>C/O ROYAL ALLIANCE<br>10 EXCHANGE PLAZA<br>SUITE 1410<br>JERSEY CITY, NJ 07302<br>RQV-003738<br><br>Contact phone  631-353-0003<br>Contact email  sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known)_____     Filed on _____ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   8   4   0   7

**7. How much is the claim?**   $_____155,000.00   **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☑ Other. Describe:   SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE   *Due*
10/15/18

Basis for perfection:   _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured:   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Modified Form 410                     Proof of Claim                     page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/09/2019   (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number         Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not affiliated with Royal Alliance Associates, Inc.

ENV#  CEBGWBCPBBDPXMV_BBBBC
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

MARILYN STAHL
22 GOLDEN SPRUCE DRIVE
CALVERTON NY 11933

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RIO#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738

TOTAL VALUE OF YOUR PORTFOLIO                    $734,484.64
Your portfolio contains unpriced positions. Refer to Holdings in this statement for more information.

CHANGE IN VALUE OF YOUR PORTFOLIO
$ millions



| | |
|---|---|
| 1.117 | |
| 1.006 | |
| 0.896 | |
| 0.785 | |
| 0.675 | |

2016   2017   2018   CURRENT

Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN __CEBGWBCPBBDPXMV_BBBBC 20190320

# Account Overview

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $741,803.65 | $874,949.88 |
| Additions and Withdrawals | ($4,500.00) | ($13,500.00) |
| Income | $1,447.30 | $2,744.92 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | ($4,266.31) | $70,589.84 |
| ENDING VALUE (AS OF 03/31/19) | $734,484.64 | $734,484.64 |
| Total Accrued Interest | $166.67 | |
| Total Pending Accrued Dividends | $50.60 | |
| Ending Value with Accrued Interest and Dividends | $734,701.91 | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

| INCOME | | |
|---|---|---|
| TAXABLE | Current Period | Year-to-Date |
| Taxable Dividends | $1,205.45 | $1,795.05 |
| Taxable Interest | $10.63 | $10.63 |
| TOTAL TAXABLE | $1,216.08 | $1,805.68 |
| NON-TAXABLE | Current Period | Year-to-Date |
| Non-Taxable Dividends | $205.45 | $839.22 |
| Muni Tax Exempt Interest | $25.77 | $100.02 |
| TOTAL NON-TAXABLE | $231.22 | $939.24 |
| TOTAL INCOME | $1,447.30 | $2,744.92 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

## ACCOUNT ALLOCATION



Bank Deposits 10.1%
Equities 65.4%
Fixed Income 24.5%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $0.00 | $0.00 |
| Bank Deposits | 10.1 | $77,130.32 | $74,077.62 |
| Equities | 65.4 | $471,287.73 | $480,346.59 |
| Fixed Income | 24.5 | $193,385.60 | $180,060.43 |
| TOTAL | 100.0 % | $741,803.65 | $734,484.64 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Royal Alliance Associates, Inc.**

MN __CEBGWBCPBBDPXMV_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738

# Account Overview  *continued*

| REALIZED GAIN (LOSS) | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $0.00 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$0.00** | **$0.00** |
| Long Term Gain | $0.00 | $155.24 |
| Long Term Loss | $0.00 | $0.00 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$155.24** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use cleaner data points for information displayed.



National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDFXMV_BBBBC 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisor Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the Issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 10.09% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) Estimated Annual Yield 0.20% | QAGCQ CASH | 74,077.62 | $1.00 | $74,077.62 | |

**Total Cash and Cash Equivalents**      $74,077.62

## HOLDINGS > EQUITIES - 31.34% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| AMERICAN INTL GROUP INC COM NEW Estimated Yield 2.97% Dividend Option Cash Capital Gain Option Cash Average Unit Cost $56.49 | AIG CASH | 108 | $43.06 | $4,650.48 | $138.24 | $6,100.84 | ($1,450.36) |
| FACEBOOK INC-CLASS A Dividend Option Cash Capital Gain Option Cash Average Unit Cost $59.03 | FB CASH | 353 | $166.69 | $58,841.57 | | $20,836.26 | $38,005.31 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGGWBCPBBDPXMV_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**HOLDINGS > EQUITIES** *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **HOME DEPOT INC COM** Estimated Yield 2.83% Dividend Option Cash Capital Gain Option Cash Average Unit Cost $66.44 | HD CASH | 268 | $191.89 | $51,426.52 | $1,457.92 | $17,805.33  T | $33,621.19 |
| **INTEL CORP COM USD0.001** Estimated Yield 2.34% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 08/01/19 Average Unit Cost $32.57 | INTC CASH | 100 | $53.70 | $5,370.00 | $126.00 | $3,257.36  T | $2,112.64 |
| **LOWE S COMPANIES INC COM USD0.50** Estimated Yield 1.75% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 05/08/19 Average Unit Cost $48.35 | LOW CASH | 212 | $109.47 | $23,207.64 | $407.04 | $10,251.16 | $12,956.48 |
| **ORACLE CORP COM** Estimated Yield 1.78% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 04/25/19 Average Unit Cost $31.91 | ORCL CASH | 160 | $53.71 | $8,593.60 | $153.60 | $5,104.97  T | $3,488.63 |
| **OWENS CORNING COM USD0.01** Estimated Yield 1.86% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 04/02/19 Average Unit Cost $44.15 | OC CASH | 230 | $47.12 | $10,837.60 | $202.40 | $10,154.39 | $683.21 |
| **PARAGON OFFSHORE PLC COM USD0.01 NO STOCKHOLDER EQUITY 07/18/2017** Dividend Option Cash Capital Gain Option Cash | G6S01W108 CASH | 106 | unavailable | unavailable | | $1,220.93 | |
| **PHILLIPS 66 COM** Estimated Yield 3.36% | PSX CASH | 133 | $95.17 | $12,657.61 | $425.60 | $10,292.11 | $2,365.50 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Page 5 of 16

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL – Individual
Account Number: RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| PHILLIPS 66 COM | PSX | *continued* | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $77.38 | | | | | | | |
| PRUDENTIAL FINL INC | PRU | 66 | $91.88 | $6,064.08 | $264.00 | $6,077.91 | ($13.83) |
| Estimated Yield   4.35% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $92.09 | | | | | | | |
| QUALCOMM INC | QCOM | 105 | $57.03 | $5,988.15 | $260.40 | $4,985.70   T | $1,002.45 |
| Estimated Yield   4.34% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $47.48 | | | | | | | |
| TWITTER INC COM USD0.000005 | TWTR | 392 | $32.88 | $12,888.96 | | $16,495.39 | ($3,606.43) |
| Dividend Option Cash | CASH | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $42.08 | | | | | | | |
| UNITED PARCEL SVC INC CL B | UPS | 25 | $111.74 | $2,793.50 | $95.00 | $1,868.75   T | $924.75 |
| Estimated Yield   3.43% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $74.75 | | | | | | | |
| VALERO ENERGY CORP | VLO | 200 | $84.83 | $16,966.00 | $720.00 | $10,238.12 | $6,727.88 |
| Estimated Yield   4.24% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $51.19 | | | | | | | |
| WEYERHAEUSER CO COM | WY | 376 | $26.34 | $9,903.84 | $511.36 | $10,273.82 | ($369.98) |
| Estimated Yield   5.16% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $27.32 | | | | | | | |
| **Total Equity** | | | | **$230,189.55** | **$4,762.56** | **$134,963.04** | **$96,447.44** |
| **Total Equities** | | | | **$230,189.55** | **$4,762.56** | **$134,963.04** | **$96,447.44** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBJBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738



## HOLDINGS > FIXED INCOME - 5.50% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information. S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE<br>6.6250% 10/15/2018<br>CPN PMT SEMI-ANNUAL<br>ON OCT 15, APR 15<br>CONTINUOUSLY CALLABLE<br>IN MONETARY DEFAULT<br>MOODY'S WR<br>Average Unit Cost $98.81<br>Adjusted Cost Basis | 812350AE6<br>CASH | 155,000 | $12.00 | $18,600.00 | | $153,154.00 | ($134,554.00) |
| **Municipal Bonds** | | | | | | | |
| PUERTO RICO COMMWLTH PUB IMPT BDS SER.<br>05.50000% 07/01/2016 2003A<br>INSURED BY FGIC<br>UNLIMITED GEN OBLIG<br>MOODY'S WR<br>CPN PMT SEMI-ANNUAL<br>ON JAN 01, JUL 01<br>IN MONETARY DEFAULT<br>Factor 0.75<br>Current face $15,000<br>Average Unit Cost $58.03 | 745145Q70<br>CASH | 20,000 | $70.625 | $11,793.75 | | $11,606.74 D | $187.01 |
| INLAND EMPIRE TOBACCO SECURIZATION<br>05.00000% 06/01/2021 AUTH CALIF TOB<br>TOBACCO BDS SER.2007A<br>TOBACCO SETTLEMENT<br>CPN PMT SEMI-ANNUAL<br>ON DEC 01, JUN 01<br>Next Interest Payable: 06/01/19<br>PARTIAL CALL ON 12/01/2018 @ 100.0<br>CONTINUOUSLY CALLABLE FROM 06/01/2017 | 45734TAB0<br>CASH | 10,000 | $100.015 | $10,001.50 | $500.00 | $9,402.80 T | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEB3WBCPBBDPXMV_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| INLAND EMPIRE TOBACCO SECURIZATION | 457347AB0 *continued* | | | | | | |
| CALLABLE ON 04/14/2019 @ 100.0000 | | | | | | | |
| SUBJECT TO EXTRAORDINARY CALL | | | | | | | |
| Accrued Interest $166.67 | | | | | | | |
| Average Unit Cost $94.70 | | | | | | $9,469.80 T  D | $531.70 |
| Adjusted Cost Basis | | | | | | | |
| Unrealized Market Discount Income $10.86 Q | | 30,000 | | $21,795.25 | $500.00 | $21,076.54 | $718.71 |
| **Total Municipal Bonds** | | 185,000 | | $40,395.25 | $500.00 | $174,230.54 | ($133,835.29) |
| **Total Fixed Income** | | | | | | | |

## HOLDINGS > MUTUAL FUNDS - 53.07% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| FIDELITY ADVISOR ASSET MANAGER 70% M | FTASX CASH | 7,469.642 | $21.43 | $159,060.13 | $1,387.49 | $130,611.48 T | $29,248.05 |
| Estimated Yield 0.86% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $17.51 | | | | | | | |
| INVESCO GROWTH AND INCOME FUND CL C | ACGKX CASH | 834.595 | $22.66 | $18,911.92 | $199.97 | $20,332.14 | ($1,420.22) |
| Estimated Yield 1.05% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $24.36 | | | | | | | |
| OPPENHEIMER RISING DIVIDENDS FD CL C | OCRDX CASH | 4,575.961 | $15.60 | $71,384.99 | $465.05 | $75,004.00 | ($3,619.01) |
| Estimated Yield 0.65% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $16.39 | | | | | | | |
| **Total Equity** | | | | $250,157.04 | $2,052.51 | $225,947.62 | $24,209.42 |
| **Fixed Income** | | | | | | | |
| FIDELITY ADV STRAT DIVIDEND & INC CL C | FCSDX CASH | 2,858.419 | $14.79 | $42,276.02 | $831.80 | $35,818.14 | $6,457.88 |
| Estimated Yield 1.96% | | | | | | | |
| Dividend Option Cash | | | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL – Individual
Account Number: RQV-003738



Royal Alliance Associates, Inc.
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > MUTUAL FUNDS *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| FIDELITY ADV STRAT DIVIDEND & INC CL C | FCSDX | *continued* | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $12.53 | | | | | | | |
| FIDELITY ADVISOR FL RATE HIGH INC CL C | FFRCX | 3,297.89 | $9.47 | $31,231.02 | $1,117.18 | $32,751.98 | ($1,520.96) |
| Estimated Yield 3.57% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $9.93 | | | | | | | |
| OPPENHEIMER ROCHEST HIGH YIELD MUNI C | ORNCX | 8,785.942 | $7.53 | $66,160.14 | $2,589.51 | $55,030.00  T | $11,128.14 |
| Estimated Yield 3.91% | CASH | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $6.26 | | | | | | | |
| **Total Fixed Income** | | | | **$139,665.18** | **$4,538.49** | **$123,600.12** | **$16,065.06** |
| **Total Mutual Funds** | | | | **$389,822.22** | **$6,591.00** | **$349,547.74** | **$40,274.48** |
| **Total Securities** | | | | **$660,407.02** | **$11,853.56** | **$658,741.32** | **$2,886.63** |
| **TOTAL PORTFOLIO VALUE** | | | | **$734,494.64** | **$11,853.56** | **$658,741.32** | **$2,886.63** |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Sold** | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX 10 QMGCQ | (77,542.7) | $77,542.70 |
| **Total Securities Sold** | | | | | $77,542.70 |

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BRBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL  - Individual
Account Number:  RQV-003738



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 232.38 | ($232.38) |
| 03/05/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 180 | ($180.00) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 77,542.7 | ($77,542.70) |
| 03/12/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 24 | ($24.00) |
| 03/14/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 66 | ($66.00) |
| 03/15/19 | CASH | YOU SOLD | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | (4,500) | $4,500.00 |
| 03/22/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 203.59 | ($203.59) |
| 03/27/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 205.45 | ($205.45) |
| 03/28/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 429.58 | ($429.58) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 95.67 | ($95.67) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 10.63 | ($10.63) |

## TOTAL CORE FUND ACTIVITY

($74,490.00)

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-003738



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through/Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc., Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACTIVITY > ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|------|------|------|------|------|
| 03/15/19 | CASH | EFT FUNDS PAID | EFT FUNDS PAID ED9715465 CAPITAL ONE, N.A.   ****9731 | | ($4,500.00) |

| | | | | | |
|------|------|------|------|------|------|
| **Total Other Additions and Withdrawals** | | | | | **($4,500.00)** |

## TOTAL ADDITIONS AND WITHDRAWALS

($4,500.00)

## ACTIVITY > INCOME > TAXABLE INCOME

### Taxable Dividends

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|------|------|------|------|------|------|
| 02/28/19 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR FL RATE HIGH INC CL C | | $94.48 |
| 03/01/19 | CASH | DIVIDEND RECEIVED | INTEL CORP COM USD0.001 | | $31.50 |
| 03/01/19 | CASH | DIVIDEND RECEIVED | PHILLIPS 66 COM | | $106.40 |
| 03/05/19 | CASH | DIVIDEND RECEIVED | VALERO ENERGY CORP | | $180.00 |
| 03/12/19 | CASH | DIVIDEND RECEIVED | UNITED PARCEL SVC INC CL B | | $24.00 |
| 03/14/19 | CASH | DIVIDEND RECEIVED | PRUDENTIAL FINL INC | | $66.00 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | INVESCO GROWTH AND INCOME FUND CL C | | $48.57 |
| 03/21/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER RISING DIVIDENDS FD CL C | | $27.18 |
| 03/22/19 | CASH | DIVIDEND RECEIVED | WEYERHAEUSER CO COM | | $127.84 |
| 03/28/19 | CASH | DIVIDEND RECEIVED | HOME DEPOT INC COM | | $368.48 |
| 03/28/19 | CASH | DIVIDEND RECEIVED | QUALCOMM INC | | $65.10 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | AMERICAN INTL GROUP INC COM NEW | | $34.56 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $35.34 |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBBDPXMV_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARILYN STAHL - Individual
Account Number: RQV-003738



## ACTIVITY> INCOME > TAXABLE INCOME *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Total Taxable Dividends** | | | | | $1,205.45 |
| **Taxable Interest** | | | | | |
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $10.63 |
| **Total Taxable Interest** | | | | | $10.63 |
| **Total Taxable Income** | | | | | $1,216.08 |

## ACTIVITY >INCOME > NON-TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Non-Taxable Dividends** | | | | | |
| 03/28/19 | CASH | DIVIDEND RECEIVED | OPPENHEIMER ROCHEST HIGH YIELD MUNI C | | $205.45 |
| **Total Non-Taxable Dividends** | | | | | $205.45 |
| **Muni Tax Exempt Interest** | | | | | |
| 02/07/19 | CASH | MUNI EXEMPT INT | PUERTO RICO COMMLTH PUB IMPT BDS SER. 05.500000% 07/01/2016 2003A | | $25.77 |
| **Total Muni Tax Exempt Interest** | | | | | $25.77 |
| **Total Non-Taxable Income** | | | | | $231.22 |
| **TOTAL INCOME** | | | | | $1,447.30 |

## ACTIVITY >PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDPXMV_BRBBC 20190329

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Stre Ridge Advisors, Inc. Stre Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RQV-0D3738



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| OC | OWENS CORNING COM USD0.01 | 230 | $0.22 | $50.60 |
| **Total Pending Accrued Dividends** | | | | $50.60 |

### ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $73,981.95 |
| Current Month's Pending Settlement | $0.00 | $95.67 |
| Total Bank Deposits | $0.00 | $74,077.62 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXMV_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARILYN STAHL - Individual
Account Number: RGV-003738



# Footnotes and Cost Basis Information *continued*

T - Cost basis information was provided by a third party. We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition data. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.    Q - Unrealized Market discount income was calculated using the straight-line method from acquisition date through statement period ending date. Our calculation assumes the taxpayer has elected to defer recognizing the market discount until sale (disposition). Other elections available under tax laws may be more beneficial, depending on your individual tax situation. For Federal tax purposes, market discount income from both taxable and tax-exempt bonds is treated as taxable interest income.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown.  The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable.  The time frame of the graph is from account opening or September 2011, whichever is later, to the current period.  Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a debit method of average cost. Although account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBEDFXMV_BBBBC 20190329

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represented in this document may not equal the sum of the individual values due to rounding differences. Prices received from pricing vendors are generally based on current market updates, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for **fixed income securities**, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer. **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY is calculated by dividing the current EAI (which is generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be relied on or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein may be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may contact NFS at (800) 801-9942. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt response.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as undeared checks and excludes proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments to help cover any additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.

Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. Assignment of options may result in an early assignment when a certain option in your brokerage account is exercised before its expiration date and involves changes in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions processed by either 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. **Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs, and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since all distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. **A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.**

**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability, if you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker-dealer and/or NFS fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other services provided to your introducing broker-dealer and/or NFS will be furnished to you upon written request. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase. **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a non-purpose margin account where margin interest charges are based on a non-purpose account rather than a purpose account. Interest will be charged based on Regulation T. To obtain a copy of the margin agreement, contact NFS at 220,5 or margin disclosure statement is available on the front of the margin accounts maintained for you. NFS uses the industry standard method of computing interest, which is based on the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. **NYSE and FINRA.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program, contact the FINRA Regulation, Inc. You may contact FINRA at (800) 289-9999 or reach the FINRA web site at www.finra.org. FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. **Your broker-dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, if any, (5) operating and supervising your brokerage account and your activities in compliance with applicable laws and regulations including compliance with rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs. **NFS shall, at the direction of your broker-dealer:** (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, when securities have been transferred to your account after purchase, we are not able to independently verify that information (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. **Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000.** The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit **www.sipc.org** or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Funds and/or other investments are not FDIC insured or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Royal Alliance Associates, Inc.

MN _CEBGWBCFBBDFXMV_BBBBC 20190329

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

                            :            Chapter 11

                            :

In Re                          :            Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

       **Debtors**                        **(Jointly Administered)**

_____X

**Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)**

**Claim # 17004/USD 150,000.**

Arthur Rietmann
629 Spring Lake Dr.
Middle Island, NY  11953

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims, as I own second lien PIK notes and purchased these specifically based they were secured bonds.

11/5/2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460        Client Login

**SEARS HOLDINGS**    Sears Holdings Corporation (18-23538)    CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket        Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17004 | 04/10/2019 | Rietmann, Arthur | Sears Holdings Corporation | $ 150,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1.3,5-7)

17004

Schedule Number

## Creditor Data Details for Claim # 17004

**Creditor**
Rietmann, Arthur

**Debtor Name**
Sears Holdings Corporation

**Schedule Number**

**Date Filed**
04/10/2019

**Claim Number**
17004

**Proof of Claim**
📄 View PDF ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

| | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value |
|---|---|---|---|
| General Unsecured | | | |
| Priority | | | |
| Secured | | $150,000.00 | $150,000.00  Asserted |
| 503(b)(9) Admin Priority | | | |
| Admin Priority | | | |
| Total | $0.00 | $150,000.00 | $150,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Amount

Date from        Date to

📅    -    📅

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ▾    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions        ©2016 Prime Clerk. All rights reserved.



Contact 844.384.4460          Client Login

**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)**  *CHANGE CASE*

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket          Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17004 | 04/10/2019 | Rietmann, Arthur | Sears Holdings Corporation | $ 150,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17004

Schedule Number

## Creditor Data Details for Claim # 17004

Creditor
Rietmann, Arthur

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17004

Proof of Claim
📄 View PDF  ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

| | Schedule Amount C'U'D' | Asserted Claim Amount C'U'F' | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $150,000.00 | $150,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $150,000.00 | $150,000.00 | |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from          Date to

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1    20 ⌄    View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23555) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **ARTHUR RIETMANN** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> 629 SPRING LAKE DR <br> MIDDLE ISLAND, NY  11953 <br><br><br> Contact phone  631-953-6464 <br> Contact email  jmmriet@optonline.net | **Where should payments to the creditor be sent? (if different)** <br><br> NATIONAL FINANCIAL SERVICES <br> C/O ROYAL ALLIANCE <br> 10 EXCHANGE PLAZA <br> SUITE 1410 <br> JERSEY CITY, NJ 07302 <br> RQV-003600 <br><br> Contact phone  631-353-0003 <br> Contact email  sfitzgerald@steelridgeadvisors.com |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ____/____/_____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  _0_  _9_  _7_  _0_ |

| | |
|---|---|
| **7.  How much is the claim?** | $ _____150,000.00_  **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   _SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE_ Debt
                                                                            10/15/18

**Basis for perfection:**   _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured:   $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property:   _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $_____

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/09/2019 (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | SCOTT M FITZGERALD |
| | First name    Middle name    Last name |
| Title | PRESIDENT |
| Company | STEEL RIDGE ADVISORS |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1377 MOTOR PKWY, SUITE 204 |
| | Number    Street |
| | ISLANDIA    NY    11749 |
| | City    State    ZIP Code |
| Contact phone | 631-353-0003    Email    sfitzgerald@steelridgeadvisors.com |

# STEEL RIDGE
### INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Fee Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
owned by Royal Alliance Associates, Inc.

ENV# CEBGWBCPBBDPXKC_BBBBB
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

ARTHUR RIETMANN TTEE
RIETMANN LIVING TRUST
629 SPRING LAKE DR
MIDDLE ISLAND NY 11953

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600

**TOTAL VALUE OF YOUR PORTFOLIO**                     $727,835.80

**CHANGE IN VALUE OF YOUR PORTFOLIO**

$ thousands



| | |
|---|---|
| 835.842 | |
| 793.656 | |
| 751.470 | |
| 709.284 | |
| 667.098 | |
| | 2016    2017    2018    CURRENT |

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN  _CEBGWBCPBBDPXKC_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $735,113.76 | $667,098.64 |
| Additions and Withdrawals | ($1,500.00) | ($4,500.00) |
| Income | $1,220.49 | $4,716.57 |
| Taxes, Fees and Expenses | $0.00 | ($6.08) |
| Change in Value | ($6,998.45) | $60,526.67 |
| ENDING VALUE (AS OF 03/31/19) | $727,835.80 | $727,835.80 |
| Total Pending Accrued Dividends | $24.68 | |
| **Ending Value with Accrued Dividends** | **$727,860.48** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

*Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.*

| Free Credit Balance | $69.12 |
|---|---|

*Free credit balances (FCB) include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes multi-currency positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.*

## MARGIN PROFILE

| | as of March 31, 2019 |
|---|---|
| Margin Positions Market Value | $536,395.82 |
| Margin Balance (Net currency credit/debit) | $69.12 |



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACCOUNT ALLOCATION

Fixed Income 2.5%

Bank Deposits 26.3%

Equities 71.2%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $191,719.49 | $0.00 |
| Bank Deposits | 26.3 | $0.00 | $191,439.98 |
| Equities | 71.2 | $510,394.27 | $518,395.82 |
| Fixed Income | 2.5 | $33,000.00 | $18,000.00 |
| **TOTAL** | **100.0 %** | **$735,113.76** | **$727,835.80** |

*Cash and Cash Equivalents will include margin debit and credit balances.*

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETFs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBHDPXKC_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600

STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## Account Overview *continued*

### MARGIN PROFILE *continued*

|  | as of March 31, 2019 |
|---|---|
| Margin Equity | $536,464.94 |
| Margin Equity Percent | 100.0% |
| Equity Buying Power | $1,161,387.90 |
| Margin Interest Charged this Period | $0.00 |

*Balances and Margin availability are reflected as of the closing date of this statement. Please consult with your broker/dealer prior to trading as these amounts may have changed. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

*Margin balance information reported in this section is based on trade date. Position and balance information reported elsewhere in this statement is based on settlement date.*

### INCOME

|  | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE |  |  |
| Taxable Dividends | $1,189.08 | $3,800.40 |
| Taxable Interest | $31.41 | $31.41 |
| Long-Term Capital Gain | $0.00 | $884.76 |
| TOTAL TAXABLE | $1,220.49 | $4,716.57 |
| TOTAL INCOME | $1,220.49 | $4,716.57 |

*Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in February of the subsequent year.*

### TAXES, FEES AND EXPENSES

|  | Current Period | Year-to-Date |
|---|---|---|
| Account Fees | $0.00 | ($6.08) |
| TOTAL TAXES, FEES AND EXPENSES | $0.00 | ($6.08) |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEDGWBKCPBBDPXKC_DBBBB 20190329



**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600

## Account Overview *continued*

### REALIZED GAIN (LOSS)

| | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $0.00 | $0.00 |
| Short Term Loss | $0.00 | $0.00 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$0.00** | **$0.00** |
| | | |
| Long Term Gain | $0.00 | $11.40 |
| Long Term Loss | $0.00 | $2.82 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **$0.00** | **$8.58** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

### MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDFXKC_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST _ Trust: Under Agreemnt
Account Number: RQV-003600

# Holdings



NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 26.30% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC).  Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance.  Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | QMGCQ CASH | 191,439.98 | $1.00 | $191,439.98 | |
| Estimated Annual Yield  0.30% | | | | | |
| **Total Cash and Cash Equivalents** | | | | **$191,439.98** | |

## HOLDINGS > EQUITIES - 52.21% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| ALPHABET INC CAP STK CL A | GOOGL MARGIN | 11 | $1,176.09 | $12,945.79 | | $1,718.88  T | $11,226.91 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $156.26 | | | | | | | |
| ALPHABET INC CAP STK CL C | GOOG MARGIN | 11 | $1,173.31 | $12,906.41 | | $1,708.91  T | $11,197.50 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $155.36 | | | | | | | |
| AMERICAN INTL GROUP INC COM NEW | AIG MARGIN | 216 | $43.06 | $9,300.96 | $276.48 | $12,196.84 | ($2,895.88) |
| Estimated Yield  2.97% | | | | | | | |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 5 of 18

MN _ CEBGWBCPBBDFXKC_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019
RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600



## HOLDINGS> EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| AMERICAN INTL GROUP INC COM NEW | AIG *continued* | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $56.47 | | | | | | | |
| AT&T INC COM USD1 | T MARGIN | 1,824 | $31.36 | $57,200.64 | $3,720.96 | $16,037.68 C | $41,162.96 |
| Estimated Yield 6.50% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $8.79 | | | | | | | |
| BRIGHTHOUSE FINL INC COM | BHF MARGIN | 20 | $36.29 | $725.80 | | $1,286.51 | ($560.71) |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $64.33 | | | | | | | |
| CISCO SYS INC COM | CSCO MARGIN | 336 | $53.99 | $18,140.64 | $470.40 | $6,149.65 | $11,990.99 |
| Estimated Yield 2.59% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 04/24/19 | | | | | | | |
| Average Unit Cost $18.30 | | | | | | | |
| COGNIZANT TECHNOLOGY SOLUTIONS CORP COM CL A USD0.01 | CTSH MARGIN | 188 | $72.45 | $13,620.60 | $150.40 | $4,639.02 C | $8,981.58 |
| Estimated Yield 1.10% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $24.68 | | | | | | | |
| COMTECH TELECOMMUNICATIONS CORP COM NEW | CMTL MARGIN | 256 | $23.22 | $5,944.32 | $102.40 | $6,670.22 C | ($725.90) |
| Estimated Yield 1.72% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 05/17/19 | | | | | | | |
| Average Unit Cost $26.06 | | | | | | | |
| DELL TECHNOLOGIES INC CL C | DELL MARGIN | 50 | $58.69 | $2,934.50 | | $1,306.32 | $1,628.18 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost $26.13 | | | | | | | |

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDPXKC_BBBBB 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and advisory services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| DREYFUS HIGH YIELD STRATEGIES SH BEN INT<br>Estimated Yield 9.18%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/01/19<br>Average Unit Cost    $4.47 | DHF<br>MARGIN | 1,050 | $3.07 | $3,223.50 | $296.10 | $4,694.00  T | ($1,470.50) |
| EXELON CORP COM MPV<br>Estimated Yield 2.89%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost    $49.56 | EXC<br>MARGIN | 200 | $50.13 | $10,026.00 | $290.00 | $9,912.60  T | $113.40 |
| EXXON MOBIL CORP<br>Estimated Yield 4.05%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost    $65.82 | XOM<br>MARGIN | 200 | $80.80 | $16,160.00 | $656.00 | $13,163.62  T | $2,996.38 |
| FACEBOOK INC-CLASS A<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost    $64.33 | FB<br>MARGIN | 82 | $166.69 | $13,668.58 | | $5,275.12 | $8,393.46 |
| FRONTIER COMMUNICATIONS CORP COM NEW<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost    $99.71 | FTR<br>MARGIN | 92 | $1.99 | $183.08 | | $9,173.61  C | ($8,990.53) |
| GENWORTH FINANCIAL INC COM USD0.001<br>CLASS A<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost    $18.43 | GNW<br>MARGIN | 672 | $3.83 | $2,573.76 | | $12,383.42 | ($9,809.66) |
| INTEL CORP COM USD0.001<br>Estimated Yield 2.34%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 06/01/19<br>Average Unit Cost    $27.29 | INTC<br>MARGIN | 294 | $53.70 | $15,787.80 | $370.44 | $8,023.86 | $7,763.94 |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXKC_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc.; Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## HOLDINGS > EQUITIES  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL BUS MACH CORP COM USD0.20<br>Estimated Yield 4.45%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $82.08 | IBM<br>MARGIN | 200 | $141.10 | $28,220.00 | $1,256.00 | $16,416.82 C | $11,803.18 |
| JPMORGAN CHASE &CO. COM USD1.00<br>Estimated Yield 3.16%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 04/30/19<br>Average Unit Cost $40.50 | JPM<br>MARGIN | 200 | $101.23 | $20,246.00 | $640.00 | $8,099.80 C | $12,146.20 |
| LINCOLN NATIONAL CORP COM NPV<br>Estimated Yield 2.52%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 05/01/19<br>Average Unit Cost $52.54 | LNC<br>MARGIN | 234 | $58.70 | $13,735.80 | $346.32 | $12,295.10 | $1,440.70 |
| METLIFE INC COM USD0.01<br>Estimated Yield 3.94%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $50.58 | MET<br>MARGIN | 222 | $42.57 | $9,450.54 | $372.96 | $11,228.56 | ($1,778.02) |
| MICROSOFT CORP<br>Estimated Yield 1.56%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable: 06/13/19<br>Average Unit Cost $31.31 | MSFT<br>MARGIN | 231 | $117.94 | $27,244.14 | $425.04 | $7,233.35 | $20,010.79 |
| PRUDENTIAL FINL INC<br>Estimated Yield 4.35%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Average Unit Cost $91.91 | PRU<br>MARGIN | 132 | $91.08 | $12,120.16 | $528.00 | $12,131.68 | ($3.52) |
| QUALCOMM INC<br>Estimated Yield 4.34%<br>Dividend Option Cash | QCOM<br>MARGIN | 94 | $57.03 | $5,360.82 | $233.12 | $4,459.36 C | $901.46 |



Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CBBGWBCPBBDPXKC_BBBBB 20190329

Statement for the Period March 1, 2019 to March 31, 2019

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| QUALCOMM INC | QCOM | *continued* | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $47.44 | | | | | | | |
| SIRIUS XM HLDGS INC COM | SIRI | 259 | $5.67 | $1,468.53 | $12.54 | $5,186.49 | ($3,717.96) |
| Estimated Yield  0.85% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $20.03 | | | | | | | |
| TWITTER INC COM USD0.000005 | TWTR | 257 | $32.88 | $8,450.16 | | $10,561.67 | ($2,111.51) |
| Dividend Option Cash | MARGIN | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $41.10 | | | | | | | |
| VERIZON COMMUNICATIONS | VZ | 862 | $59.13 | $50,970.06 | $2,077.42 | $20,044.27  C | $30,925.79 |
| Estimated Yield  4.07% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Next Dividend Payable: 05/01/19 | | | | | | | |
| Average Unit Cost        $23.25 | | | | | | | |
| VODAFONE GROUP SPON ADR EACH REP 10 ORD | VOD | 405 | $18.18 | $7,362.90 | $692.59 | $1,841.40  C | $5,521.50 |
| Estimated Yield  9.40% | MARGIN | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost        $4.55 | | | | | | | |
| **Total Equity** | | | | $379,979.49 | $12,917.17 | $223,838.76 | $156,140.73 |
| **Total Equities** | | | | $379,979.49 | $12,917.17 | $223,838.76 | $156,140.73 |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXKC_BBBBB 20190329



**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600

**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through/Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## HOLDINGS > FIXED INCOME - 2.47% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.625000% 10/15/2018 MOODYS WR CPN PMT SEMI-ANNUAL DN OCT 15, APR 15 CONTINUOUSLY CALLABLE IN MONETARY DEFAULT | 812350AE6 MARGIN | 150,000 | $12.00 | $18,000.00 | | $146,139.00   C | ($128,139.00) |
| Average Unit Cost      $97.43 | | | | | | | |
| Adjusted Cost Basis | | | | | | $146,139.00   C  D | ($128,139.00) |
| **Total Fixed Income** | | 150,000 | | $18,000.00 | | $146,139.00 | ($128,139.00) |

## HOLDINGS > MUTUAL FUNDS - 19.02% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| FIDELITY ADVISOR NEW INSIGHTS CL C | FNICX MARGIN | 5,328.855 | $25.97 | $138,416.33 | $12,917.17 | $130,370.65   C | $8,045.68 |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| Average Unit Cost      $24.46 | | | | | | | |
| **Total Mutual Funds** | | | | $138,416.33 | $12,917.17 | $130,370.65 | $8,045.68 |
| **Total Securities** | | | | $536,395.82 | $12,917.17 | $500,348.41 | $36,047.41 |
| **TOTAL PORTFOLIO VALUE** | | | | $727,835.80 | | $600,348.41 | $36,047.41 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN  _CEBGWBCPBBDPXKC_BBBBB 20190329



**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Sold** | | | | | |
| 03/31/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QAGCQ | (190,384.6) | $190,384.60 |
| **Total Securities Sold** | | | | | $190,384.60 |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/01/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | (1,407.39) | $1,407.39 |
| 03/08/19 | CASH | YOU BOUGHT | FIDELITY GOVT MMKT CAPITAL RESERVES CL @ 1 | 72.5 | ($72.50) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 478 | ($478.00) |
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 190,384.6 | ($190,384.60) |
| 03/13/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 93.24 | ($93.24) |
| 03/14/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 238.26 | ($238.26) |
| 03/28/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRM (CONSUMER-TIERED) @ 1 | 58.28 | ($58.28) |

Royal Alliance Associates, Inc.

MN _CEBGWBCJ9JBDFXKC_BBBBB 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600



Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through 3rd Filigy Advisors, Inc. 3rd Filigy Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > CORE FUND ACTIVITY  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 156.19 | ($156.19) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 31.41 | ($31.41) |

### TOTAL CORE FUND ACTIVITY

($190,105.09)

## ACTIVITY > ADDITIONS AND WITHDRAWALS > OTHER ADDITIONS AND WITHDRAWALS

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Other Additions and Withdrawals** | | | | | |
| 03/07/19 | CASH | EFT FUNDS PAID | EFT FUNDS PAID ED9702357 STERLING NATIONAL BANK  ******7317 | | ($1,500.00) |

### Total Other Additions and Withdrawals

($1,500.00)

### TOTAL ADDITIONS AND WITHDRAWALS

($1,500.00)

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| 03/01/19 | MARGIN | DIVIDEND RECEIVED | INTEL CORP COM USD0.001 | | $92.61 |
| 03/08/19 | MARGIN | DIVIDEND RECEIVED | EXELON CORP COM NPV | | $72.50 |
| 03/09/19 | MARGIN | DIVIDEND RECEIVED | INTERNATIONAL BUS MACH CORP COM USD0.20 | | $314.00 |
| 03/11/19 | MARGIN | DIVIDEND RECEIVED | EXXON MOBIL CORP | | $164.00 |
| 03/13/19 | MARGIN | DIVIDEND RECEIVED | METLIFE INC COM USD0.01 | | $93.24 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _ CEBGWbCPB8DPXKC_BBBBB 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST – Trust: Under Agreemnt
Account Number: RQV-003600



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > INCOME > TAXABLE INCOME  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/14/19 | MARGIN | DIVIDEND RECEIVED | MICROSOFT CORP | | $106.26 |
| 03/14/19 | MARGIN | DIVIDEND RECEIVED | PRUDENTIAL FINL INC | | $132.00 |
| 03/28/19 | MARGIN | DIVIDEND RECEIVED | QUALCOMM INC | | $58.28 |
| 03/29/19 | MARGIN | DIVIDEND RECEIVED | AMERICAN INTL GROUP INC COM NEW | | $69.12 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $87.07 |
| **Total Taxable Dividends** | | | | | **$1,169.08** |

**Taxable Interest**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/29/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $31.41 |
| **Total Taxable Interest** | | | | | **$31.41** |
| **Total Taxable Income** | | | | | **$1,220.49** |
| **TOTAL INCOME** | | | | | **$1,220.49** |

## ACTIVITY > PENDING DISTRIBUTIONS

Pending dividends and stock distributions reflect projected values only, are subject to change and may not represent the actual amount, if any, that you may receive. This information is provided for informational purposes only and should not be relied on for tax reporting or other purposes.

| Symbol/Cusip | Security Description | Eligible Quantity | Rate | Payment Amount |
|---|---|---|---|---|
| **Pending Accrued Dividends** | | | | |
| DHF | DREYFUS HIGH YIELD STRATEGIES SH BEN INT | 1,050 | $0.02 | $24.68 |
| **Total Pending Accrued Dividends** | | | | **$24.68** |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDPXKC_BBBBB 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC,
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $191,283.79 |
| Current Month's Pending Settlement | | $156.19 |
| **Total Bank Deposits** | $0.00 | $191,439.98 |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current year premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B forms for certain transactions will reflect which lots have been sold for tax purposes. To apply a specific identification cost basis method to 1099-B reporting, appropriate instructions must be on file with NFS or be received by NFS before the trade has settled. Absent such instructions, NFS determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

C - Cost basis information (or proceeds from short sales) was provided by you. We treat it as original cost basis. For equities, we will adjust the cost basis for any corporate actions which our system supports from the date the security was transferred to the account. For asset-backed fixed income securities, we will adjust the cost basis for principal pay downs from the date the security was transferred to the account. We do not apply any wash sale rules to tax lots with customer-provided cost basis. In certain cases, when positions are transferred between accounts the cost basis information may be automatically/transferred and deemed to be customer-provided.    T - Cost basis information was provided by a third party. We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.    D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization is calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (If

Royal Alliance Associates, Inc.

MN _CEBGWBCPBRDPXEC_BBIBBI 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 14 of 18

Statement for the Period March 1, 2019 to March 31, 2019

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Footnotes and Cost Basis Information *continued*

applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

CHANGE IN VALUE OF YOUR PORTFOLIO is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the change in the value of the portfolio can be due to additions, distribution and/or performance.

CHANGE IN VALUE reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change In Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

MARGIN - You have been approved for margin privileges and may borrow money from NFS in exchange for pledging the assets in your account(s) as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, identified as Margin Positions Market Value on this statement. This statement shows the combined balance of your margin account and a special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

MARGIN POSITIONS MARKET VALUE is the market value for all positions held in the margin account using the previous business day's closing price.

MARGIN BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your margin account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

SHORT POSITIONS MARKET VALUE is the market value for all positions held in the short account using the previous business day's closing price.

SHORT BALANCE is the net U.S. dollar equivalent value of all currency balances (credit and/or debit) held in your short account, as well as pending trades that will settle after the closing date of the statement and amounts needed to meet margin requirements.

MARGIN EQUITY is the value of all margin positions in the account less any margin debit balance plus any margin credit balance.

MARGIN EQUITY PERCENTAGE is the equity percentage of the margin market value of the account (The margin equity divided by the margin market value).

EQUITY BUYING POWER is the maximum dollar amount available, including cash and margin, to purchase marginable equity securities without adding money to the account. Buying power calculations include open order commitments, intraday trade executions, and money movement into and out of the account.

MARGIN INTEREST CHARGED THIS PERIOD is the U.S. dollar equivalent value of the interest charged on margin debit balances since the last statement period.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBIDPXKC_BBBBB 20190329



Statement for the Period March 1, 2019 to March 31, 2019

RIETMANN LIVING TRUST - Trust: Under Agreemnt
Account Number: RQV-003600

# Miscellaneous Footnotes  *continued*

CALLABLE SECURITIES LOTTERY - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

PRICING INFORMATION - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

FOREIGN EXCHANGE TRANSACTIONS - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

COST BASIS LEGISLATION - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXKC_BBBBB 20190329

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IAD and EAI may be calculated using hypothetical longer term historical payouts if the security may fluctuate, Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation, as well as other services received by your introducing broker-dealer and/or NFS will be furnished to you upon written request. At times you and your broker-dealer may be subject to a transaction fee or no transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to the shares at time of purchase. **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement for your margin account and special memorandum account other than your non-purpose margin account. Your margin account may be used for purposes other than purchasing or carrying securities ("non-purpose margin account"). If you have a non-purpose margin account, a separate statement for that account is available for your inspection upon request. NYSE and FINRA. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program, contact the FINRA BrokerCheck Hotline (800) 289-9999 or access the FINRA website at www.finra.org. The investor brochure via the FINRA Regulation's BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA website at www.finra.org. FINRA Rule 4311 requires that your broker-dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. Your broker-dealer and NFS is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and actions, (5) operating and supervising your brokerage account and the activities therein in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs. NFS shall, at the direction of your broker-dealer: (1) execute, clear and settle transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by NFS to your broker-dealer or obtained from third parties deemed to be reliable, however, this information is provided on an "AS IS" basis, (3) act as custodian for funds and securities received by NFS on your behalf, (4) hold the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with Federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs. Securities in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to a $250,000 limit for claims for cash, subject to periodic adjustments for inflation in accordance with terms and conditions of the SIPC. For details, including the SIPC Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either extend to certain securities that are considered ineligible for coverage. For more details on SIPC, or to request a SIPC brochure, visit www.sipc.org or call 1-202-371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Uninvested cash that is swept overnight by SIPC protection. Actual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement**

**GLOSSARY Short Account Balances** - If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any marked increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit prices displayed in the prices places reflect the decimal value determination accepted standard from pricing vendors. As a result the Total Market Value of a security may be reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of this inaccuracy or discrepancy should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act. Any oral communication should be re-confirmed in writing to further protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number and NFS.

**ADDITIONAL INFORMATION** Free credit balances ("FCB") are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Credit Adjustment Program.** Accounts receiving dividends in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help our additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are subject to the assignment at any time, whether the positions are subject to exercise at the expiration date or during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities. **Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. At a minimum, all brokerage customers will receive quarterly statements in effecting trades in "over-the-counter" securities. **Retirement Contributions/Distributions.** A summary of retirement contribution/distributions is displayed for you in the activity summary section of your statement. Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request. **Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statement's availability. If you had transactions that affected your cash balances or security positions held in your account(s) during the last monthly reporting period. At a minimum, all brokerage customers will receive quarterly statements (at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker dealer and/or NFS sales loads and 12b-1 fees

722237.0

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDPXKC_BBBBB 20\?0\329

**Royal Alliance Associates, Inc.**

This page is left intentionally blank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X
                                          :                    Chapter 11
                                          :
In Re                                     :                    Case No. 18-23538 (RDD)

**SEARS HOLDING CORPORATION, et al.,**

        **Debtors**                                           **(Jointly Administered)**
———————————————————— x

Response to objection by Sears Holding to Proofs of Claims (Reclassifying Claims)

**Claim # 18004/USD 18,000.**
**Claim #17342/USD 32,000.**

Maria Muller
17 Wallingford Dr.
Melville, NY  11747

Please do not allow Sears Corporation to (i)reclassify to general unsecured claims,
as I own second lien PIK notes and purchased these specifically based they were
secured bonds.

_____                    ,11 /s /2021

Scott M. Fitzgerald/Authorized Agent
President
Steel Ridge Advisors
1377 Motor Pkwy, Suite 204
Islandia, NY  11749
sfitzgerald@steelridgeadvisors.com
(631) 353-0003

Contact 844.384.4460        Client Login

## SEARS HOLDINGS    Sears Holdings Corporation (18-23538)    *CHANGE CASE*

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|-----------|---------------|-------------|-------------|
|          | 18004 | 04/10/2019 | Muller, Maria | Sears Holdings Corporation | $ 18,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

18004

## Creditor Data Details for Claim # 18004

Creditor
Muller, Maria

Debtor Name
Sears Holdings Corporation
Schedule Number

Date Filed
04/10/2019
Claim Number
18004
Proof of Claim
📄 View PDF ✉ Email PDF

Schedule Number

Creditor name

Debtor(s)

Sears Holdings
Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from          Date to

|  | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value |
|--|------------------------|------------------------------|----------------------------------|
| General Unsecured |  |  |  |
| Priority |  |  |  |
| Secured |  | $18,000.00 | $18,000.00  Asserted |
| 503(b)(9) Admin Priority |  |  |  |
| Admin Priority |  |  |  |
| Total | $0.00 | $18,000.00 | $18,000.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website.  We are not a law firm or a substitute for

Open in new window

Page 1 of 1          20 ▾          View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

Contact 844.384.4460     Client Login

**SEARS HOLDINGS**  **Sears Holdings Corporation (18-23538)**  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 18004 | 04/10/2019 | Muller, Maria | Sears Holdings Corporation | $ 18,000.00 |

## Creditor Data Details for Claim # 18004

Creditor
Muller, Maria

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
18004

Proof of Claim
📄 View PDF ✉ Email PDF

| | Schedule Amount C'UD' | Asserted Claim Amount C'UF' | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $18,000.00 | $18,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $18,000.00 | $18,000.00 | |

'C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Select scope

Claims Only

Claim Number(s) (e.g. 1,3,5-7)
18004

Schedule Number

Creditor name

Debtor(s)
Sears Holdings Corporation (18-23538)

Select Classification
Select an Option

Select Search Operator
Select an Option

Amount

Date from          Date to
📅       —      📅

Search Claim

Reset

Page 1 of 1    20 ▾    View 1 - 1 of 1

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | MARIA MULLER |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☒ No |
|---|---|---|
| | | ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?

17 WALLINGFORD DR
MELVILLE, NY  11747

Contact phone  631-549-1735

Contact email _____ | Where should payments to the creditor be sent? (if different)

NATIONAL FINANCIAL SERVICES
C/O ROYAL ALLIANCE
10 EXCHANGE PLAZA
SUITE 1410
JERSEY CITY, NJ 07302
RQ4-000811

Contact phone  631-353-0003

Contact email  sfitzgerald@steelridgeadvisors.com |
|---|---|---|---|

| 4. | Does this claim amend one already filed? | ☒ No |
|---|---|---|
| | | ☐ Yes. Claim number on court claims registry (if known)_____ Filed on _____ |
| | | MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9   3   5   6 |

| | |
|---|---|
| 7. How much is the claim? | $ _____18,000.00_. Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☑ Other. Describe:  SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE *Due 10/15/18*<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:  $_____<br><br>Amount of the claim that is secured:  $_____<br><br>Amount of the claim that is unsecured: $_____(The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:  $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $_____

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/30/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number     Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

---

# STEEL RIDGE
## INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Securities offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
enrolled with Royal Alliance Associates, Inc.
Tax Preparation and Insurance Services Offered through Royal Alliance Associates, Inc.

ENV# CEBGWBCPBBDQGPX_BBBBD
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

MARIA MULLER
TOD NORBERT MULLER
17 WALLINGFORD DR
MELVILLE NY 11747

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

**For questions about your accounts:**
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDQGPX_BBBBD 20190529

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

MARIA MULLER - Individual TOD
Account Number: RQ4-000811

## TOTAL VALUE OF YOUR PORTFOLIO                    $395,535.80

## CHANGE IN VALUE OF YOUR PORTFOLIO
$ thousands

417.102
401.644
386.186
370.727
355.269

06/18  07/18  08/18  09/18  10/18  11/18  12/18  01/19  02/19  03/19

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

# Account Overview

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Individual TOD
Account Number: RQ4-000811

## STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $394,075.73 | $355,269.91 |
| Additions and Withdrawals | $0.00 | ($1,869.74) |
| Income | $641.10 | $1,051.69 |
| Taxes, Fees and Expenses | $0.00 | ($884.01) |
| Other Activity | $0.00 | $15.60 |
| Change in Value | $818.97 | $41,952.35 |
| ENDING VALUE (AS OF 03/31/19) | $395,535.80 | $395,535.80 |
| Total Accrued Interest | $0.09 | |
| Ending Value with Accrued Interest | $395,535.89 | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

| INCOME | Current Period | Year-to-Date |
|---|---|---|
| TAXABLE | | |
| Taxable Dividends | $639.45 | $1,049.53 |
| Taxable Interest | $1.65 | $2.16 |
| TOTAL TAXABLE | $641.10 | $1,051.69 |
| TOTAL INCOME | $641.10 | $1,051.69 |

*Taxable Income is determined based on information available to NFS at the time the statement was
prepared, and is subject to change. Final information on taxation of interest and dividends is available
on Form 1099-Div, which is mailed in February of the subsequent year.*

| TAXES, FEES AND EXPENSES | Current Period | Year-to-Date |
|---|---|---|
| Account Fees | $0.00 | ($884.01) |
| TOTAL TAXES, FEES AND EXPENSES | $0.00 | ($884.01) |

## ACCOUNT ALLOCATION



Bank Deposits 3.4%
Fixed Income 15.8%
Equities 80.8%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $13,576.83 | $0.00 |
| Bank Deposits | 3.4 | $0.00 | $13,585.94 |
| Equities | 80.8 | $316,543.92 | $319,328.04 |
| Fixed Income | 15.8 | $63,954.98 | $62,621.82 |
| TOTAL | 100.0 % | $394,075.73 | $395,535.80 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account
Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short
positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds
and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart
may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDQGFX_BBBBD 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Individual TOD
Account Number: RQ4-000811



# Account Overview *continued*

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use cleaner data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4.012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3.425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDQGFX_BBBBD 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC



**STEEL RIDGE**

INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER – Individual TOD
Account Number: RQ4-0008311

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the Issuer or received by NFS. There is no guarantee that AI will be paid by the Issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 3.43% of Total Account Value

### Bank Deposits

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC).  Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance.  Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | QAGCQ<br>CASH | 13,585.94 | $1.00 | $13,585.94 | |
| Estimated Annual Yield  0.19% | | | | | |

**Total Cash and Cash Equivalents** $13,585.94

## HOLDINGS > FIXED INCOME - 0.55% of Total Account Value

For an explanation of Fixed Income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of  opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip<br>Account Type | Quantity | Estimated<br>Price on<br>03/31/19 | Estimated<br>Current<br>Market Value | Estimated<br>Annual Income | Original/Adjusted<br>Cost Basis | Unrealized<br>Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | |
| GOVT NATL MTG ASSN II POOL #1578<br>9.00000% 03/20/2021<br>CPN PMT MONTHLY | 36202BXF7<br>CASH | 55,000 | $101.23D | $31.57 | $2.81 | $31.19  T | $0.38 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _ _CEBGWBCPBBDQGFX_BBBBD 20190629

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Individual TOD
Account Number: RQ4-000811

## HOLDINGS > FIXED INCOME  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GOVT NATL MTG ASSN II POOL #1578 | 36202BXF7  *continued* | | | | | | |
| Next Interest Payable: 04/20/2019 | | | | | | | |
| Factor   0.00056986 | | | | | | | |
| Current face   $31 | | | | | | | |
| Accrued Interest   $0.09 | | | | | | | |
| Average Unit Cost   $0.06 | | | | | | | |
| **Corporate Bonds** | | | | | | | |
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE | B12350AE6  CASH | 18,000 | $12.00 | $2,160.00 | | $17,341.00 | ($15,181.00) |
| 6.6250% 10/15/2018 | | | | | | | |
| MOODY'S WR | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | |
| ON OCT 15, APR 15 | | | | | | | |
| CONTINUOUSLY CALLABLE | | | | | | | |
| IN MONETARY DEFAULT | | | | | | | |
| Average Unit Cost   $96.34 | | | | | | | |
| Adjusted Cost Basis | | | | | | | |
| **Total Fixed Income** | | 73,000 | | $2,191.57 | $2.81 | $17,372.19  D | ($15,180.62) |

## HOLDINGS > MUTUAL FUNDS - 90.74% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| BLACKROCK MID CAP GROWTH EQUITY INSTL | CMGIX  CASH | 1,498.046 | $26.82 | $40,177.59 | | $41,109.79 | ($932.20) |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost   $27.44 | | | | | | | |
| FIDELITY ADVISOR GROWTH OPPTY CL I | FAGCX  CASH | 499.933 | $86.18 | $43,084.23 | | $40,446.08 | $2,638.15 |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost   $80.90 | | | | | | | |
| FIDELITY ADVISOR HEALTH CARE CL I | FHCIX  CASH | 357.294 | $52.64 | $18,807.96 | | $18,827.25 | ($19.29) |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost   $52.69 | | | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MIN _CBBGWBCPBBDQGPX_BBBBD 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Individual TOD
Account Number: RQ4-000811



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## HOLDINGS > MUTUAL FUNDS  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **FIDELITY ADVISOR REAL ESTATE CL I** | FHEIX | 505.526 | $22.56 | $12,758.27 | $283.33 | $12,474.55 | $283.72 |
| Estimated Yield  2.22% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost      $22.06 | | | | | | | |
| **GOLDMAN SACHS EQU DIVIDEND & PREM FD I** | GSPKX | 2,138.124 | $12.69 | $27,132.79 | $568.53 | $29,292.81 | ($2,160.02) |
| Estimated Yield  2.09% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost      $13.70 | | | | | | | |
| **GOLDMAN SACHS ABSOLU RETURN TRACKER INSTL** | GJRTX | 2,895.692 | $9.57 | $27,711.08 | $290.15 | $28,417.67 | ($705.99) |
| Estimated Yield  1.04% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost      $9.81 | | | | | | | |
| **OPPENHEIMER GLOBAL OPPORTUNITIES CL Y** | OGIYX | 876.401 | $58.96 | $51,672.60 | | $60,494.31 | ($8,821.71) |
| Dividend Option Reinvest | CASH | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost      $69.03 | | | | | | | |
| **T ROWE PRICE INSTL LARGE CAP GROWTH** | TRLGX | 967.107 | $40.94 | $39,593.36 | $96.71 | $42,153.65 | ($2,560.29) |
| Estimated Yield  0.24% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost      $43.59 | | | | | | | |
| **VANGUARD SMALL-CAP VALUE INDEX ADMIRAL** | VSIAX | 678.667 | $55.30 | $37,530.29 | $787.80 | $39,643.51 | ($2,113.22) |
| Estimated Yield  2.09% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost      $58.41 | | | | | | | |
| **Total Equity** | | | | $298,468.77 | $2,026.52 | $312,859.62 | ($14,390.85) |
| **Fixed Income** | | | | | | | |
| **FIDELITY ADVISOR STRATEGIC INC CL I** | FSRIX | 1,652.12 | $12.22 | $20,188.91 | $681.00 | $20,051.14 | $137.77 |
| Estimated Yield  3.37% | CASH | | | | | | |
| Dividend Option Reinvest | | | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDQCGPX_BBBBD 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Individual TOD
Account Number: RQ4-000811



## HOLDINGS > MUTUAL FUNDS  *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| FIDELITY ADVISOR STRATEGIC INC CL I | FSRIX | *continued* | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost $12.14 | | | | | | | |
| LOOMIS SAYLES STRATEGIC INC Y | NEZYX / CASH | 1,408.484 | $14.04 | $19,775.12 | $773.68 | $20,222.97 | ($447.85) |
| Estimated Yield 3.91% | | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost $14.36 | | | | | | | |
| PIMCO INCOME FUND INSTITUTIONAL FUND | PIMIX / CASH | 1,705.518 | $12.00 | $20,466.22 | $1,135.88 | $20,269.81 | $196.41 |
| Estimated Yield 5.55% | | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost $11.88 | | | | | | | |
| **Total Fixed Income** | | | | $60,430.25 | $2,590.64 | $60,543.92 | ($113.67) |
| **Total Mutual Funds** | | | | $358,899.02 | $4,617.16 | $373,403.54 | ($14,504.52) |

## HOLDINGS > EXCHANGE TRADED PRODUCTS - 5.28% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| VANGUARD WORLD FDS VANGUARD CONSUMER STAPLES ETF | VDC / CASH | 143.649 | $145.21 | $20,859.27 | $554.43 | $19,208.91 | $1,650.36 |
| Estimated Yield 2.65% | | | | | | | |
| Dividend Option Reinvest | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | |
| Average Unit Cost $133.72 | | | | | | | |
| **Total Exchange Traded Products** | | | | $20,859.27 | $554.43 | $19,208.91 | $1,650.36 |
| **Total Securities** | | | | $381,949.86 | $5,174.40 | $409,984.64 | ($28,034.78) |
| **TOTAL PORTFOLIO VALUE** | | | | $395,535.80 | $5,174.40 | $409,984.64 | ($28,034.78) |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGWBCPBBDQGPX_BBBBD 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Individual TOD
Account Number: RQ4-0008ll



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Star Ridge Advisors, Inc. and through Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Purchased** | | | | | |
| 02/28/19 | CASH | REINVESTMENT | LOOMIS SAYLES STRATEGIC INC Y REINVEST @ $13.9900 | 3.856 | ($53.94) |
| 02/28/19 | CASH | REINVESTMENT | PIMCO INCOME FUND INSTITUTIONAL FUND REINVESTED @ $11.95 | 7.885 | ($94.22) |
| 03/08/19 | CASH | REINVESTMENT | FIDELITY ADVISOR REAL ESTATE CL I REINVEST @ $21.880 | 0.439 | ($9.61) | $9.61 |
| 03/26/19 | CASH | REINVESTMENT | VANGUARD WORLD FDS VANGUARD CONSUMER STAPLES ETF REINVEST @ $142.9424 TRADE DATE 03-25-19 | 0.747 | ($106.82) | $106.82 |
| 03/27/19 | CASH | REINVESTMENT | VANGUARD SMALL-CAP VALUE INDEX ADMIRAL REINVESTED @ $54.75 AS OF 03/27/19 | 3.127 | ($171.18) | $171.18 |
| 03/28/19 | CASH | REINVESTMENT | FIDELITY ADVISOR STRATEGIC INC CL I REINVEST @ $12.220 | 5.157 | ($63.02) | $63.02 |
| 03/29/19 | CASH | REINVESTMENT | GOLDMAN SACH US EQU DIVIDEND & PREM FD I REINVEST @ $12.6300 | 10.646 | ($134.46) | $134.46 |
| **Total Securities Purchased** | | | | | ($633.25) |
| **Securities Sold** | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT CAPITAL RESERVES CL FZAXX TO QXGCQ | (13,576.83) | $13,576.83 |
| **Total Securities Sold** | | | | | $13,576.83 |

**Royal Alliance Associates, Inc.**

MJN _CEBGWBCPBBDQGPX_BBBBD 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Individual TOD
Account Number: RC4-000811



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/31/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) QAGCQ IS LIQUID | 13,576.83 | ($13,576.83) |
| 03/20/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 1.5 | ($1.50) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) @ 1 | 6.2 | ($6.20) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) NET INT REINVEST | 1.41 | ($1.41) |

**TOTAL CORE FUND ACTIVITY** — ($13,585.94)

## ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS

This section includes miscellaneous and certain corporate action transactions such as mergers, acquisitions, currency conversions, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions.

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 03/20/19 | CASH | PRINCIPAL PAYMENT | GOVT NATL MTG ASSN II POOL #1578 9.00000% 03/20/2021 | | $1.26 | $1.26 T | $0.00 |

## ACTIVITY > INCOME > TAXABLE INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|

**Taxable Dividends**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 02/28/19 | CASH | DIVIDEND RECEIVED | LOOMIS SAYLES STRATEGIC INC Y | | $53.94 |
| 02/28/19 | CASH | DIVIDEND RECEIVED | PIMCO INCOME FUND INSTITUTIONAL FUND | | $94.22 |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _ CEBRGWBICPJB3DQGPX_BRBBBD 20190639



**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Individual TOD
Account Number: RQ4-000811

## ACTIVITY> INCOME > TAXABLE INCOME    *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/08/19 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR REAL ESTATE CL I | | $9.61 |
| 03/26/19 | CASH | DIVIDEND RECEIVED | VANGUARD WORLD FDS VANGUARD CONSUMER STAPLES ETF | | $106.82 |
| 03/27/19 | CASH | DIVIDEND RECEIVED | VANGUARD SMALL-CAP VALUE INDEX ADMIRAL | | $171.18 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR STRATEGIC INC CL I DIVIDEND RECEIVED | | $63.02 |
| 03/29/19 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT CAPITAL RESERVES CL DIVIDEND RECEIVED | | $6.20 |
| 03/28/19 | CASH | DIVIDEND RECEIVED | GOLDMAN SACH US EQU DIVIDEND & PREM FD I | | $134.46 |
| **Total Taxable Dividends** | | | | | **$639.45** |
| **Taxable Interest** | | | | | |
| 03/20/19 | CASH | INTEREST | GOVT NATL MTG ASSN II POOL #157B 9.00000% 03/20/2021 | | $0.24 |
| 03/28/19 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (CONSUMER-TIERED) | | $1.41 |
| **Total Taxable Interest** | | | | | **$1.65** |
| **Total Taxable Income** | | | | | **$641.10** |
| **TOTAL INCOME** | | | | | **$641.10** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN __CEBGWBCPBBDQGPX_BBBBD 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Individual TOD
Account Number: RQ4-000811

## ACTIVITY >BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and (debit) a Program Bank, Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $13,579.74 |
| Current Month's Pending Settlement | | $6.20 |
| **Total Bank Deposits** | **$0.00** | **$13,585.94** |

# Footnotes and Cost Basis Information

Amortization, accretion and similar adjustments to cost basis have been provided for many fixed income securities (and some bond-like equities), however, they are not provided for certain types, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs). Where current your premium or acquisition premium amortization is provided, the prior years' cumulative amortization is reflected in the adjusted cost basis, but we cannot provide a breakdown or the total of such prior amortization amounts.

NFS is required to report certain cost basis and related information to the IRS on the Form 1099-B. Your official 1099-B Forms (or certain transactions will reflect which lots have been sold for tax purposes, determines cost basis at the time of sale based on its default methods of average cost for open-end mutual funds and first-in, first-out (FIFO) for all other (including ETFs) unless your broker dealer has elected to use another default method. NFS applies FIFO (or other disposal method, if applicable) based on its records, which may be different from yours. For transactions that are not subject to 1099-B cost basis reporting, you should refer to your trade confirmations and other applicable records to determine which lots were considered sold for tax purposes.

While NFS must meet IRS requirements with respect to certain information required to be reported to the IRS, NFS-provided cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for your tax reporting purposes. NFS makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

For investments in partnerships, NFS does not make any adjustments to cost basis information as the calculation of basis in such investments requires supplemental information from the partnership on its income and distributions during the period you held your investment. Partnerships usually provide this additional information on a Form K-1 issued by April 15th of the following year.

Consult your tax advisor for further information.

T - Cost basis information was provided by a third party. We treat it as original cost basis, as of the date it is provided, and we assume that for equities, it reflects any prior corporate actions, and for asset-backed fixed income securities, it reflects any prior principal pay downs.   D - Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium, and it assumes such amounts were amortized by the taxpayer over the life of the security from acquisition date through disposition date. For securities still held, maturity date was used instead of disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. If applicable, adjusted cost basis reflects market discount accretion which was calculated using the straight-line method and was recognized at disposition date. Gain/loss displayed for this transaction was based on cost basis as adjusted for premium and discount as stated above and does not reflect any losses disallowed because of wash sales (if applicable). The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes and may also not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBDQGPX_BBBBD 20190339

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Individual TOD
Account Number: RQ4-000811



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services offered through Royal Alliance Associate, Inc. Member FINRA/SIPC.
Securities offered through Royal Alliance, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

# Footnotes and Cost Basis Information *continued*

If a sale, redemption or other disposition involved multiple tax lots, the transaction's totals may have been calculated using a combination of adjusted and unadjusted cost basis Information. For lots where adjusted cost basis and its associated gain/loss are known, that was used, otherwise "regular" unadjusted cost basis and its associated gain/loss was used.

# Miscellaneous Footnotes

**CHANGE IN VALUE OF YOUR PORTFOLIO** is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the value of the portfolio can be due to additions, distribution and/or performance.

**CHANGE IN VALUE** reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the Issuer, NFS may or may not receive an allocation of called/redeemed securities by the Issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the Issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**COST BASIS LEGISLATION** - New IRS Rules will require National Financial Services to report cost basis and holding period information for the sale of shares of open end Mutual Fund holdings purchased on or after January 1, 2012 on Form 1099-B. National Financial Services determines the cost basis for all shares of open end mutual funds using a default method of average cost. Alternatively, account owners or their brokers and advisors can instruct National Financial Services to determine the cost basis for shares of open end mutual funds by 1) setting up their non-retirement accounts with one of our eleven tax lot disposal methods available to investors or 2) identifying specific tax lots to sell at the time of a transaction. Contact your broker or advisor to learn more about the cost basis tracking of your holdings.

**Royal Alliance Associates, Inc.**

MIN _CEBGAVBCPBBDQGPX_BBBBD 20190329

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**GLOSSARY Short Account Balances**–If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to your Margin account on a weekly basis. Prices at which your short sale has been calculated out to 9 decimal places, however, the individual unit price is displayed rounded to three decimal places. Market Value represents prices obtained from various sources, may be impacted by the frequency in which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the prices are based on a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein should be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").
NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your initial contact with your broker-dealer you may promptly re-confirm, in writing, any oral communications regarding inaccuracies or discrepancies should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.
**ADDITIONAL INFORMATION Free credit balances ("FCB")** are funds payable to you on demand. FCB are subject to open commitments such as undeared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. **Bank Deposit (if in 06-10(c)** information not contained herein will be provided on written request. Fidelity may use the proceeds of such FCB in Fidelity's business to the extent provided under the **Credit Adjustment Program.** Accountholders receiving interest on qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.
**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker-dealer.
**Actions and American and European-style options** are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of an American-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and is subject to change. Information for certain securities may be missing if not received from third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please contact your broker-dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.
**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in over-the-counter securities.
**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for use in the activity summary section of your statement. Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.
**Statement Mailing.** NFS will deliver statements by mail or, if applicable, notify you by e-mail of your statements availability. If you have not selected to receive the mailed and/or cash balances or security positions held in your account on the last business day of the monthly period; if there is a change in your cash balances, security positions held in your account during the period; or at least four times per calendar year) as long as their accounts contain a cash or securities balance.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("Funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your Introducing broker dealer and/or NFS sales loads and 12b-1 fees

closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after consulting your broker-dealer.
**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EAI reflects only the income generated by an investment and not changes in its price which may fluctuate, and capital and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render the EAI and EY estimates inaccurate. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment decisions. EAI and EY are not intended to provide a basis for any investment decision and you should not rely on it. The estimated annual income and yield figures are estimates and the data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by your Introducing broker dealer and/or NFS will be furnished to you upon written request. At time of purchase a fund shares may be assigned a load, transaction fee or no transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the status assigned to it. **Margin.** If you purchase securities on credit, or borrow against securities you hold, you are borrowing money from NFS. This loan is secured by securities in your account. If the market value of securities that have been pledged to secure your margin borrowing declines, you may be required to deposit more money or securities; if you do not, some or all of your securities may be sold by us. **Margin.** If you have applied for margin privileges and been approved, you may borrow money using the securities held in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account other than your non-purpose loan account. Under the provisions of Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System, this is your separate account, and, as required by Regulation T, is available for your inspection upon request. NYSE and FINRA rules and regulations are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and of the FINRA and all industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an industry brochure that includes information describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA Regulation BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311 requires that we furnish to your brokerage account. The following is a summary of the allocation between your broker-dealer and NFS of the principal functions in connection with the carrying of your account. Your broker-dealer is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate orders and other instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining the books and records that it performs. NFS shall, at the direction of your broker-dealer: (1) execute securities transactions processed through NFS by your broker-dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so). Certain securities pricing and descriptive information may be provided by your broker-dealer or obtained from third parties deemed to be reliable, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for advising you of transactions, (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for advising you and NFS margin requirements. NFS shall maintain the required books and records for the services it performs. **Securities** in accounts carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000. The $500,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash, subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either cover investment losses from securities that are considered ineligible for coverage. For more details on SIPC, or to request a brochure, contact SIPC at (202) 371-8300. Funds used to purchase or sweep to a bank deposit are SIPC protected until swept or deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Assets Held Away, commodities, unregistered investment contracts, futures accounts, loaned securities and other investments may not be covered. Precious metals are not covered by SIPC protection. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.
**End of Statement**

722239.7.0

Page 13 of 14

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDQGPX_BBBBD 20190329

This page is left intentionally blank



Contact 844.384.4460          Client Login

# Sears Holdings Corporation (18-23538)  CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17342 | 04/10/2019 | Muller, Maria | Sears Holdings Corporation | $ 32,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17342

Schedule Number

Creditor name

## Creditor Data Details for Claim # 17342

Creditor
Muller, Maria

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17342

Proof of Claim
📄 View PDF ✉ Email PDF

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from          Date to

|  | Schedule Amount C*UD* | Asserted Claim Amount C*UF* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | | | |
| Priority | | | | |
| Secured | | $32,000.00 | $32,000.00 | Asserted |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $32,000.00 | $32,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1          20 ▾          View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.



Contact 844.384.4460        Client Login

# SEARS HOLDINGS    Sears Holdings Corporation (18-23538)    CHANGE CASE

Case Info    Docket    Claims    Submit a Claim    Submit Inquiry

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 17342 | 04/10/2019 | Muller, Maria | Sears Holdings Corporation | $ 32,000.00 |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

17342

Schedule Number

## Creditor Data Details for Claim # 17342

Creditor
Muller, Maria

Debtor Name
Sears Holdings Corporation

Schedule Number

Date Filed
04/10/2019

Claim Number
17342

Proof of Claim
📄 View PDF ✉ Email PDF

Creditor name

Debtor(s)

Sears Holdings Corporation(18-23538)

Select Classification

Select an Option

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | Current Claim Status Claim Value | |
|---|---|---|---|---|
| General Unsecured | | $32,000.00 | $32,000.00 | Asserted |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $0.00 | $32,000.00 | $32,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Select Search Operator

Select an Option

Amount

Date from        Date to

Search Claim

Reset

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Page 1 of 1        20 ▾        View 1 - 1 of 1

Home    Leadership    Disclaimer    Terms & Conditions

©2016 Prime Clerk. All rights reserved.

https://restructuring.primeclerk.com/sears/Home-ClaimInfo        4/18/2019

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ✓ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

MARIA MULLER

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

✓ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

17 WALLINGFORD DR
MELVILLE, NY 11747

Contact phone 631-549-1735

Contact email _____

Where should payments to the creditor be sent? (if different)

NATIONAL FINANCIAL SERVICES
C/O ROYAL ALLIANCE
10 EXCHANGE PLAZA
SUITE 1410
JERSEY CITY, NJ 07302
RQ4-000810

Contact phone 631-353-0003

Contact email sfitzgerald@steelridgeadvisors.com

**4. Does this claim amend one already filed?**

✓ No
☐ Yes. Claim number on court claims registry (if known)_____ Filed on ___/___/_____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

✓ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  _9_  _3_  _5_  _6_ |

7. How much is the claim?    $_____32,000.00_     Does this amount include interest or other charges?

   ☑ No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?    Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. Is all or part of the claim secured?

   ☐ No

   ☑ Yes. The claim is secured by a lien on property.

   Nature of property:

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle

   ☑ Other. Describe:    SEARS HLDGS CORP. 6 5/8% SENIOR SECURED NOTE *Due* 1→15/18

   Basis for perfection:    _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:    $_____

   Amount of the claim that is secured:    $_____

   Amount of the claim that is unsecured:    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $_____

   Annual Interest Rate (when case was filed) _____%

   ☐ Fixed

   ☐ Variable

10. Is this claim based on a lease?

    ☑ No

    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

    ☑ No

    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | Amount entitled to priority |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/09/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | SCOTT M FITZGERALD | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | PRESIDENT | | |
| Company | STEEL RIDGE ADVISORS | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1377 MOTOR PKWY, SUITE 204 | | |
| | Number        Street | | |
| | ISLANDIA | NY | 11749 |
| | City | State | ZIP Code |
| Contact phone | 631-353-0003 | Email | sfitzgerald@steelridgeadvisors.com |

# STEEL RIDGE

INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

ENV# CEBGWBCPBBDQGPX_BBBBC
ROYAL ALLIANCE ASSOCIATES INC.
10 EXCHANGE PLACE, SUITE 1410
JERSEY CITY, NJ 07302

NFS/FMTC IRA
FBO MARIA MULLER
17 WALLINGFORD DR
MELVILLE NY 11747

**YOUR FINANCIAL ADVISOR IS:**
SCOTT FITZGERALD
RR#: AZP

For questions about your accounts:
Local: 631 353 0003
In-State: 631 353 0003
National: 631 353 0003

STATEMENT FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000810

TOTAL VALUE OF YOUR PORTFOLIO                    $258,783.65

CHANGE IN VALUE OF YOUR PORTFOLIO

$ thousands

311,354
290,896
270,639
250,281
229,923

05/18  06/18  07/18  08/18  09/18  10/18  11/18  12/18  01/19  02/19  03/19

*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDQGPX_BBBBC 20190329



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000810

# Account Overview

## CHANGE IN ACCOUNT VALUE

| | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $259,686.05 | $229,923.36 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $422.32 | $691.51 |
| Taxes, Fees and Expenses | $0.00 | ($571.79) |
| Other Activity | $0.00 | $2.26 |
| Change in Value | ($1,324.72) | $28,738.31 |
| ENDING VALUE (AS OF 03/31/19) | $258,783.65 | $258,783.65 |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

## RETIREMENT CONTRIBUTIONS/DISTRIBUTIONS

### CONTRIBUTIONS

| | Current Period | Year-to-Date |
|---|---|---|
| For Current Year 2019 | $0.00 | $0.00 |
| For Prior Year 2018 | $0.00 | $0.00 |

### DISTRIBUTIONS

| | Current Period | Year-to-Date |
|---|---|---|
| For Current Year 2019 | $0.00 | $0.00 |

## REQUIRED MINIMUM DISTRIBUTION (RMD)

| | Total This Year |
|---|---|
| 2019 RMD for this account | $15,535.36 |

*Your RMD amount was calculated using the IRS Uniform Life Expectancy Table. Refer to Miscellaneous Footnotes at the end of this statement for more information.*

## INCOME

| | Current Period | Year-to-Date |
|---|---|---|
| Dividends | $422.10 | $691.29 |
| Interest | $0.22 | $0.22 |

Royal Alliance Associates, Inc.

MN _ CEBGWBCPCBBDDQGFX_BBBBC 20190329

## ACCOUNT ALLOCATION

Bank Deposits 0.6%
Fixed Income 17.9%
Equities 81.5%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Money Markets | 0.0 % | $1,653.33 | $0.00 |
| Bank Deposits | 0.6 | $0.00 | $1,654.43 |
| Equities | 81.5 | $208,794.74 | $210,761.82 |
| Fixed Income | 17.9 | $49,237.98 | $46,367.40 |
| TOTAL | 100.0 % | $259,686.05 | $258,783.65 |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000810

# Account Overview *continued*

## INCOME *continued*

| | Current Period | Year-to-Date |
|---|---|---|
| TOTAL INCOME | $422.32 | $691.51 |

*All income is tax deferred until it is distributed from the account.*

## TAXES, FEES AND EXPENSES

| | Current Period | Year-to-Date |
|---|---|---|
| Account Fees | $0.00 | ($571.79) |
| TOTAL TAXES, FEES AND EXPENSES | $0.00 | ($571.79) |

## MESSAGES AND ALERTS

DRS - Direct Registration System Transfer Agent Fee Effective May 1, 2014, three transfer agents, Computershare, Wells Fargo, and Registrar and Transfer Company are implementing a $15 transfer fee for each position moved into your brokerage account via book entry Direct Registration System - DRS. If the fee is charged by the agent, NFS will pass through the charge to the account. As a reminder, there is already an existing fee charged to accounts for outgoing DRS transfers. Please contact your Financial Advisor if you have any questions regarding this fee.

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

National Financial Services LLC NFS is required by the Securities Exchange Act of 1934 to provide certain financial information from its Statement of Financial Condition. At December 31, 2018, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $4,012 million, which was 13.67 percent of aggregate debit items and exceeded its minimum requirement by $3,425 million. To acquire the Statement of Financial Condition, log on to www.mybrokerageinfo.com. If you wish to obtain a copy of this document at no cost, please call 800-439-5627.

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDQGPX_BBBBC 20190029

STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC



**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000810

# Holdings

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 0.64% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |
| ADVISOR GROUP INS DEPOSIT PROGRAM (LEVEL) | QAGLQ CASH | 1,654.43 | $1.00 | $1,654.43 | |
| Estimated Annual Yield 0.24% | | | | | |
| **Total Cash and Cash Equivalents** | | | | $1,654.43 | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be ineligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

STEEL RIDGE INTELLIGENT WEALTH MANAGEMENT
Securities and Advisory Services Offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

MN _CEBRGWBCPBBDQGPX_BBBBC 20190329



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Preparation and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
affiliated with Royal Alliance Associates, Inc.

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER – Premiere Select IRA
Account Number:  RQ4-000810

## HOLDINGS > FIXED INCOME - 1.48% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/19 | Estimated Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| SEARS HLDGS CORP NOTE CALL MAKE WHOLE 6.6250% 10/15/2018 MOODY'S WR CPN PMT SEMI-ANNUAL ON OCT 15, APR 15 CONTINUOUSLY CALLABLE IN MONETARY DEFAULT | 812350AE6 CASH | 32,000 | $12.00 | $3,840.00 | |
| **Total Fixed Income** | | **32,000** | | **$3,840.00** | |

## HOLDINGS > MUTUAL FUNDS - 92.22% of Total Account Value

### Equity

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| BLACKROCK MID CAP GROWTH EQUITY INSTL Dividend Option Reinvest Capital Gain Option Reinvest | CMGIX CASH | 1,054.233 | $26.82 | $28,274.53 | |
| FIDELITY ADVISOR GROWTH OPPTY CL I Dividend Option Reinvest Capital Gain Option Reinvest | FAGCX CASH | 351.837 | $86.18 | $30,321.31 | |
| FIDELITY ADVISOR HEALTH CARE CL I Dividend Option Reinvest Capital Gain Option Reinvest | FHCIX CASH | 251.46 | $52.64 | $13,236.85 | |
| FIDELITY ADVISOR REAL ESTATE CL I Estimated Yield  2.22% Dividend Option Reinvest Capital Gain Option Reinvest | FHEIX CASH | 398.006 | $22.56 | $8,979.02 | $199.40 |

Royal Alliance Associates, Inc.

MN _CEBGWBCPBBDGPX_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Premiere Select IRA
Account Number:  RQ4-008810



## HOLDINGS > MUTUAL FUNDS *continued*

| Description | Symbol/Cusip<br>Account Type | Quantity | Price on<br>03/31/19 | Current<br>Market Value | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| **GOLDMAN SACHS US EQU DIVIDEND & PREM FD I** | GSPKX | 1,504.723 | $12.69 | $19,094.93 | $400.11 |
| Estimated Yield  2.09% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **GOLDMAN SACHS ABSOLU RETURN TRACKER INSTL** | GJRTX | 1,456.201 | $9.57 | $13,935.84 | $145.91 |
| Estimated Yield  1.04% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **OPPENHEIMER GLOBAL OPPORTUNITIES CL Y** | OGIYX | 616.775 | $58.96 | $36,365.05 | |
| Dividend Option Reinvest | CASH | | | | |
| Capital Gain Option Reinvest | | | | | |
| **T ROWE PRICE INSTL LARGE CAP GROWTH** | TRLGX | 606.013 | $40.94 | $24,810.17 | $60.60 |
| Estimated Yield  0.24% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **VANGUARD SMALL-CAP VALUE INDEX ADMIRAL** | VSIAX | 381.518 | $55.30 | $21,097.95 | $442.87 |
| Estimated Yield  2.09% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **Total Equity** | | | | $196,115.65 | $1,248.89 |
| **Fixed Income** | | | | | |
| **FIDELITY ADVISOR STRATEGIC INC CL I** | FSRIX | 1,162.711 | $12.22 | $14,208.33 | $479.32 |
| Estimated Yield  3.37% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **LOOMIS SAYLES STRATEGIC INC Y** | NEZYX | 991.193 | $14.04 | $13,916.35 | $544.46 |
| Estimated Yield  3.91% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDQGPX_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000810



## HOLDINGS > MUTUAL FUNDS *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| PIMCO INCOME FUND INSTITUTIONAL FUND | PIMIX | 1,200.227 | $12.00 | $14,402.72 | $799.35 |
| Estimated Yield 5.55% | CASH | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **Total Fixed Income** | | | | **$42,527.40** | **$1,823.13** |
| **Total Mutual Funds** | | | | **$239,643.05** | **$3,072.02** |

## HOLDINGS > EXCHANGE TRADED PRODUCTS - 5.66% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Equity** | | | | | |
| VANGUARD WORLD FDS VANGUARD CONSUMER STAPLES ETF | VDC | 100.862 | $145.21 | $14,646.17 | $389.29 |
| | CASH | | | | |
| Estimated Yield 2.65% | | | | | |
| Dividend Option Reinvest | | | | | |
| Capital Gain Option Reinvest | | | | | |
| **Total Exchange Traded Products** | | | | **$14,646.17** | **$389.29** |
| **Total Securities** | | | | **$257,129.22** | **$3,461.31** |
| **TOTAL PORTFOLIO VALUE** | | | | **$258,783.65** | **$3,461.31** |

# Activity

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Securities Purchased** | | | | | |
| 02/20/19 | CASH | REINVESTMENT | LOOMIS SAYLES STRATEGIC INC Y REINVEST @ $13.9900 | 2.713 | ($37.96) |

**Royal Alliance Associates, Inc.**

MN _CEBGWBCPBBDQGPX_BBBBC 20190329

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000B810



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## PURCHASES, SALES, AND REDEMPTIONS  *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 02/28/19 | CASH | REINVESTMENT | PIMCO INCOME FUND INSTITUTIONAL FUND REINVESTED @ $11.95 | 5.548 | ($66.30) |
| 03/00/19 | CASH | REINVESTMENT | FIDELITY ADVISOR REAL ESTATE CL I REINVEST @ $21.080 | 0.309 | ($6.76) |
| 03/26/19 | CASH | REINVESTMENT | VANGUARD WORLD FDS VANGUARD CONSUMER STAPLES ETF REINVEST @ $142.9424 TRADE DATE 03-25-19 | 0.525 | ($75.00) |
| 03/27/19 | CASH | REINVESTMENT | VANGUARD SMALL-CAP VALUE INDEX ADMIRAL REINVESTED @ $54.75 AS OF 03/27/19 | 1.758 | ($96.23) |
| 03/29/19 | CASH | REINVESTMENT | FIDELITY ADVISOR STRATEGIC INC CL I REINVEST @ $12.220 | 3.629 | ($44.35) |
| 03/29/19 | CASH | REINVESTMENT | GOLDMAN SACH US EQU DIVIDEND & PREM FD I REINVEST @ $12.6300 | 7.492 | ($94.62) |
| **Total Securities Purchased** | | | | | **($421.22)** |
| **Securities Sold** | | | | | |
| 03/11/19 | CASH | YOU SOLD | FIDELITY GOVT MMKT DAILY MONEY CLASS F2BXX TO QAGLQ | (1,653.33) | $1,653.33 |
| **Total Securities Sold** | | | | | **$1,653.33** |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 03/11/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (LEVEL) QAGLQ IS LIQUID | 1,653.33 | ($1,653.33) |
| 03/29/19 | CASH | YOU BOUGHT | ADVISOR GROUP INS DEPOSIT PROGRAM (LEVEL) @ 1 | 0.88 | ($0.88) |
| 03/29/19 | CASH | REINVESTMENT | ADVISOR GROUP INS DEPOSIT PROGRAM (LEVEL) NET INT REINVEST | 0.22 | ($0.22) |
| **TOTAL CORE FUND ACTIVITY** | | | | | **($1,654.43)** |

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDQGPX_BBBBC 20190329

Statement for the Period March 1, 2019 to March 31, 2019

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-0000810



STEEL RIDGE
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
The Properties and Insurance Services Offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not
associated with Royal Alliance Associates, Inc.

## ACTIVITY > INCOME

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Dividends** | | | | | |
| 02/28/2019 | CASH | DIVIDEND RECEIVED | LOOMIS SAYLES STRATEGIC INC Y | | $37.96 |
| 02/28/2019 | CASH | DIVIDEND RECEIVED | PIMCO INCOME FUND INSTITUTIONAL FUND | | $66.30 |
| 03/08/2019 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR REAL ESTATE CL I | | $6.76 |
| 03/26/2019 | CASH | DIVIDEND RECEIVED | VANGUARD WORLD FDS VANGUARD CONSUMER STAPLES ETF | | $75.00 |
| 03/27/2019 | CASH | DIVIDEND RECEIVED | VANGUARD SMALL-CAP VALUE INDEX ADMIRAL | | $96.23 |
| 03/29/2019 | CASH | DIVIDEND RECEIVED | FIDELITY ADVISOR STRATEGIC INC CL I DIVIDEND RECEIVED | | $44.35 |
| 03/29/2019 | CASH | DIVIDEND RECEIVED | FIDELITY GOVT MMKT DAILY MONEY CLASS DIVIDEND RECEIVED | | $0.88 |
| 03/29/2019 | CASH | DIVIDEND RECEIVED | GOLDMAN SACH US EQU DIVIDEND & PREM FD I | | $94.62 |
| **Total Dividends** | | | | | **$422.10** |
| **Interest** | | | | | |
| 03/29/2019 | CASH | INTEREST RECEIVED | ADVISOR GROUP INS DEPOSIT PROGRAM (LEVEL) | | $0.22 |
| **Total Interest** | | | | | **$0.22** |
| **TOTAL INCOME** | | | | | **$422.32** |

Royal Alliance Associates, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MN _CEBGWBCPBBDQGPX_BBBBC 20190329

**Statement for the Period March 1, 2019 to March 31, 2019**

MARIA MULLER - Premiere Select IRA
Account Number: RQ4-000810



**STEEL RIDGE**
INTELLIGENT WEALTH MANAGEMENT

Securities and Advisory Services offered through Royal Alliance Associates, Inc. Member FINRA/SIPC.
Tax Preparation and Insurance Services offered through Steel Ridge Advisors, Inc. Steel Ridge Advisors, Inc. is not associated with Royal Alliance Associates, Inc.

## ACTIVITY > BANK DEPOSIT DETAIL

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Your Ending Balance at each Program Bank as of the end of this statement period is shown below. If you participate in a Bank Deposit Sweep Program and also hold a Bank Deposit Direct Investment, the Bank Deposit Detail section lists banks and ending balances for both programs. Funds pending settlement reflect deposits to (credit) or withdrawals from (debit) a Program Bank. Subject to the terms of the applicable bank deposit disclosure, customers are reminded that funds are deposited to a Program Bank on the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC.

| Bank | Beginning Balance | Ending Balance |
|---|---|---|
| Capital One Bank | $0.00 | $1,653.55 |
| Current Month's Pending Settlement | $0.00 | $0.88 |
| Total Bank Deposits | $0.00 | $1,654.43 |

# Miscellaneous Footnotes

**CHANGE IN VALUE OF YOUR PORTFOLIO** is the change in market value of your portfolio assets over the time period shown. The portfolio assets include the market value of all the securities in the account, plus insurance and annuity assets if applicable. The time frame of the graph is from account opening or September 2011, whichever is later, to the current period. Please note that large increases and/or declines in the value of the portfolio can be due to additions, distribution and/or performance.

**CHANGE IN VALUE** reflects appreciation or depreciation of your holdings due to price changes plus any activity not reflected within Additions and Withdrawals, Income, Taxes, Fees and Expenses, and Other Activity sections. Change in Value does not reflect activity related to assets in which NFS is not the custodian (e.g. Insurance and Annuities, Assets Held Away and Other Assets Held Away).

**REQUIRED MINIMUM DISTRIBUTION** - As required by the Internal Revenue Service (IRS) and noted on your Form 5498, you must take minimum required distributions (RMD) by April 1st of the calendar year following the year in which you turn 70 1/2. Subsequent withdrawals must be completed by December 31st every year thereafter. The RMD Amount for this account was calculated based upon your primary beneficiary information as of January 1st of the current calendar year, your life expectancy factor taken from the IRS Uniform Life Expectancy Table, and the prior year end value of your retirement account. If your beneficiary information changed during the calendar year, your RMD calculation may be impacted. The calculation is based on information submitted to NFS by your broker/dealer. You are responsible for withdrawing RMDs on a timely basis, otherwise tax penalties may apply. You must calculate your RMD separately for each IRA you have at NFS and at any other financial institution. The RMD may be satisfied from this account or any other existing IRAs. If you need additional information or have any questions on how the RMD is calculated, please consult IRS Publication 590 or a tax professional.

**CALLABLE SECURITIES LOTTERY** - When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, NFS may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation. You have the right to withdraw uncalled fully paid securities at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call, and also to withdraw excess margin securities provided your account is not subject to restriction under Regulation T or such withdrawal will not cause an undermargined condition.

**PRICING INFORMATION** - Prices displayed are obtained from sources that may include pricing vendors, broker/dealers who clear through NFS and/or other sources. Prices may not reflect current fair market value and/or may not be readily marketable or redeemable at the prices shown.

**FOREIGN EXCHANGE TRANSACTIONS** - Some transaction types necessitate a foreign currency exchange (FX) in order to settle. FX transactions may be effected by Fidelity Forex, Inc. on a principal basis. Fidelity Forex, Inc.'s affiliation as NFS may result in a greater FX cost to you than if you were to obtain the prevailing interbank market price, which may result in a higher price to you. Fidelity Forex, Inc. may share a portion of any FX commission or markup with NFS. More favorable rates may be available through third parties not affiliated with NFS. The rate applicable to any transaction involving an FX is available upon request through your broker-dealer.

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC

MIN _CEBGWBGCPBBDQGPX_BBBBC 20190329

**GLOSSARY Short Account Balances**—If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any minimum equity or maintenance requirements on the original sale price will be marked to the market and will be transferred to your Margin Account on a weekly basis. Prices used to calculate Total Market Value have been calculated out to 9 decimal places, however, the individual unit price is displayed to only 2 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency in which such stock is traded and current market quotes, but when such quotes are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not reflected by the frequency in which such stock is traded. Prices reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not reflected by the frequency in which such stock is traded. To estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect "N/A" or "unavailable" where the pricing service or vendor is generally not available for a price source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. Investment decisions should be made only after reading the prospectus.

**CUSTOMER SERVICE:** Please review your statement and report any inaccuracy or discrepancy immediately by calling the telephone number of your broker-dealer reflected on the front of this statement. Reports of any inaccuracy or discrepancy regarding your brokerage account or the activity therein may be directed to your broker-dealer at the telephone number and address reflected on the front of this statement and National Financial Services LLC ("NFS").

NFS carries your brokerage account and acts as your custodian for funds and securities that are deposited with NFS by you or your broker-dealer. In addition to your broker-dealer you may contact NFS in writing to report any inaccuracies or discrepancies should be reconfirmed in writing to protect your legal rights, including those under the Securities Investor Protection Act ("SIPA"). When contacting either your broker-dealer or NFS, remember to include your entire brokerage account number to ensure a prompt reply.

**ADDITIONAL INFORMATION Free credit balances ("FCB")** are funds payable to you on demand. FCB are subject to open commitments such as undeared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Free credit balances held by NFS do not represent segregated funds. Such positions in American-style options are liable for assignment at any time. The writer of an American-style option is subject to exercise assignment only during the exercise period. You should advise your broker-dealer promptly of any material change in your investment objectives or financial situation. Splits, Dividends, and Interest. Expected stock split, next dividend payable, and next interest payable information has been provided by third parties and may be subject to change. Information for certain securities may be missing if not received from third parties in time to include in the statement. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker-dealer with any questions. Information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about your broker-dealer and NFS. A more complete description is available upon request. If you require further information, please contact your broker-dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement. Income Reporting. NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions. A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker-dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker-dealer effected transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in over-the-counter securities.

**Loads and Fees.** In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ('funds') or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay your introducing broker-dealer and/or NFS sales loads and 12b-1 fees

described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information relating to the source(s) and amount(s) of compensation as well as other remuneration received by your introducing broker-dealer and/or NFS will be furnished to you upon written request. At time of purchase fund shares may be assigned a load. **Estimated Annual Income (EAI) & Estimated Yield (EY)**—EAI and EY are estimates and may vary based on a security's dividend or coupon rate. For all other securities, EAI is calculated using an indicated annual dividend or coupon rate. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. At time of sale, any fees applicable to your transaction will be assessed based on the transaction fee status. At time of sale, any fees applicable to your transaction will be assessed based on the transaction fee status. If you have a margin account, you may borrow money from NFS in exchange for pledging the assets in securities in your margin account, which is identified on your statement account (your margin account, this is a combined statement of your margin account and special memorandum account other than securities held in the cash account). The amount you may borrow is based on the value of eligible securities in your margin account, which is identified on your statement. Money is collateral for the margin loan. A detailed statement of your margin account is available upon request. Margin accounts maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection. **NYSE and FINRA.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the Financial Industry Regulatory Authority ("FINRA"). The FINRA requires that we notify you in writing of the availability of an investor brochure or more information about the Program or FINRA Regulation, describing FINRA Regulation's BrokerCheck Program ("Program"). To obtain a brochure or more information about the Program or FINRA Regulation, contact the FINRA's BrokerCheck Program Hotline at (800) 289-9999 or access the FINRA's web site at www.finra.org. FINRA Rule 4311 requires that NFS inform you of the status of your broker-dealer, NFS and allocate between them certain functions regarding the administration of your account. The following is a summary of the allocation services performed by your broker-dealer and NFS. A more complete description is available upon request. Your broker-dealer is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account with own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account (unless you instruct otherwise in writing) in maintaining required books and records for the services that it performs. NFS, at the direction of your broker-dealer, (1) executes, clears and settles transactions processed through NFS by your broker-dealer, (2) prepares and send transaction confirmations and periodic statements of your brokerage account (unless your broker-dealer has undertaken to do so), (3) acts as custodian for funds and securities received by NFS, (4) follows the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extends margin credit for purchasing or carrying securities on margin. Your complete description is available upon request. Your broker-dealer is not, however, this information has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker-dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker-dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS policies, and for advising you of maintenance calls. NFS shall maintain the required books and records for the services, and for ensuring that your margin requirements carried by NFS are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 of which $250,000 total amount of SIPC protection is inclusive of up to $250,000 protection for claims for cash), subject to periodic adjustments for inflation in accordance with terms of the SIPC statute and approval by SIPC's Board of Directors. NFS also has arranged for coverage above these limits. Neither coverage protects against a decline in the market value of securities, nor does either coverage extend to certain securities that are considered ineligible for coverage. For more details regarding SIPC, or to request a SIPC brochure, visit www.sipc.org or call 1-202-371-8300. Funds used to purchase or invest in unregistered investment products, futures accounts, tonned securities and other investments are not covered. Program Bank at which time funds may be eligible for FDIC insurance or insured funds with limited deposited to a unregistered investment products, funds and/or other investments are not backed by or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal amount invested. Precious metals are not covered by SIPC protection. Mutual funds and/or other investments are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal amount invested.

End of Statement

**Royal Alliance Associates, Inc.**

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN __CEBGWBCPBBDCQFX_BBBBC 20190329

722239.7.0

This page is left intentionally blank