UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                          :
                                                :          **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,       :
                                                :          **Case No. 18-23538 (RDD)**
                                                :
        Debtors.[1]                             :          **(Jointly Administered)**

------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Boardman Westpark LLC (MMLID#4803192), The Rabb Law Firm PLLC, Michael L. Rabb, Attorney, 3950 Valley Commons Drive, Suite 1, Bozeman, MT, 59718:

- Notice of Hearing on Debtors' Thirty-Fifth Omnibus Objection to Proofs of Claim (Reclassifying Claims) [Docket No. 9860], a copy of which is attached hereto as **Exhibit A**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On November 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on De Billas Lux (MMLID#4131772), Fernando K. Cubillas, 10645 N Oracle Rd., Suite 121-108, Oro Valley, AZ, 85737 and on Gideon's Source of Kansas Inc. (MMLID#4881533), 2300 N. Nelson Dr., Unit Number #7, Derby, KS, 67037:

- Notice of Hearing on Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims) [Docket No. 9975], a copy of which is attached hereto as **Exhibit B**

On November 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Epic Designers Limited (MMLID#4899985), c/o Kudman Trachten Aloe LLP, Attn: Paul H. Aloe, Esq., 800 Third Avenue, 11th Floor, New York, NY, 10022:

- Notice of Hearing on Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims) [Docket No. 9976], a copy of which is attached hereto as **Exhibit C**

Dated: November 10, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 10, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 57808

## Exhibit A

THE DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO
RECLASSIFY CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS
NOTICE SHOULD REVIEW THE OBJECTION TO DETERMINE IF THEIR NAME(S)
AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBIT
ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS
THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, PHIL DIDONATO, ESQ., AT (212) 310-8636.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :    Chapter 11
                                                            :
SEARS HOLDINGS CORPORATION, *et al.*,                       :    Case No. 18-23538 (RDD)
                                                            :
               Debtors.[1]                                  :    (Jointly Administered)
------------------------------------------------------------x

NOTICE OF HEARING ON DEBTORS' THIRTY-FIFTH
OMNIBUS OBJECTION TO PROOFS OF CLAIM
(RECLASSIFYING CLAIMS)

PLEASE TAKE NOTICE that, on September 29, 2021, Sears Holdings
Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC
Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E
Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions,
Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development
Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742);
Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement
Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears
Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.)

chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Thirty-Fifth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

   **PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reclassify as general unsecured claims the claims asserted as secured on the proofs of claim listed on **Exhibit A** annexed hereto (the "**Proofs of Claim**" and, the secured claims asserted thereunder, the "**Disputed Claims**").

   **PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit B**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the reclassification of a Proof of Claim and Disputed Claim without further notice to the applicable Claimant(s).

   **PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the relief requested, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

   **PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the relief requested, then Claimant MUST file with the Bankruptcy Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **October 14, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

   **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at [www.nysb.uscourts.gov](www.nysb.uscourts.gov)), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

---

(3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, LLC (None); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

PLEASE TAKE FURTHER NOTICE that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim; (iii) a concise statement setting forth the reasons why the Disputed Claim should not be reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim on Claimant's behalf.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein. A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 26, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof(s) of Claim, then the Hearing on the Objection with respect to such Proof(s) of Claim will be held at a later date. If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim, then a Hearing on the Objection will be conducted on the above date.

PLEASE TAKE FURTHER NOTICE that if Claimant does not timely file and serve a Response to the Objection with respect to the Claims listed on **Exhibit A** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

3

PLEASE TAKE FURTHER NOTICE that the Debtors retain the right to object on other grounds to the Proof(s) of Claim (or to any other Proof(s) of Claim Claimant may have filed) at a later date. Claimant will receive a separate notice of any such objection(s).

PLEASE TAKE FURTHER NOTICE that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears. **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim.**

Dated:  September 29, 2021
      New York, New York

              */s/ Garrett A. Fail*
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York  10153
              Telephone:  (212) 310-8000
              Facsimile:  (212) 310-8007
              Ray C. Schrock, P.C.
              Jacqueline Marcus
              Garrett A. Fail
              Sunny Singh

              *Attorneys for Debtors*
              *and Debtors in Possession*

**Exhibit A**

**Disputed Claims**

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | Schedule of Secured Claims to be Reclassified* | | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
| 1. | Adams, Jenny | 9908 | $125.00 | $125.00 |
| 2. | APONTE, DIMARY | 11474 | $600.00 | $600.00 |
| 3. | Arris, Inc. | 16034 | $12,915.00 | $12,915.00 |
| 4. | AWADA, ABESS | 12930 | $500.00 | $500.00 |
| 5. | BBUDC Inc | 6576 | $300.00 | $300.00 |
| 6. | Board of County Commissioners of Washington County, Maryland | 8386 | $612.06 | $612.06 |
| 7. | BOARDMAN WESTPARK LLC | 16700 | $91,434.00 | $91,434.00 |
| 8. | Brunswick & Topsham Water District | 9748 | $336.05 | $336.05 |
| 9. | Charter Township of Oscoda | 5277 | $268.93 | $268.93 |
| 10. | Charter Township of Van Buren Water and Sewer Department | 4944 | $705.14 | $705.14 |
| 11. | CIRCLE R ELECTRIC INC | 12173 | $6,039.29 | $6,039.29 |
| 12. | CISCO SYSTEMS, INC. | 5622 | $177,809.80 | $177,809.80 |
| 13. | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | 6985 | $762.14 | $762.14 |
| 14. | City of Hialeah | 20056 | $128.00 | $128.00 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

*In re: Sears Holdings Corporation, et al.*

**Case No. 18-23538 (RDD)**

### Schedule of Secured Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 15. | City of Kent - Utility Billing | 16648 | $357.63 | $357.63 |
| 16. | City of Midland | 4370 | $688.07 | $688.07 |
| 17. | City of Spokane - Utilities Billing | 19049 | $544.12 | $544.12 |
| 18. | City of Sterling Heights | 9764 | $3,838.96 | $3,838.96 |
| 19. | City of Thornton Utility Billing | 6264 | $710.22 | $710.22 |
| 20. | City of Trotwood | 5783 | $964.97 | $964.97 |
| 21. | City of Westminster | 10015 | $793.36 | $793.36 |
| 22. | Continental Electrical Construction Co., LLC | 8899 | $55,547.00 | $55,547.00 |
| 23. | Copart Inc | 26398 | $617.00 | $617.00 |
| 24. | Copart Inc | 26401 | $247.00 | $247.00 |
| 25. | Copart Inc. | 26405 | $461.18 | $461.18 |
| 26. | Cortes Quijano, Georgina | 7761 | $150.00 | $150.00 |
| 27. | Decuire, Kizzie | 9869 | $500.00 | $500.00 |
| 28. | DEMARCO, KATHY | 11730 | $14,447.46 | $14,447.46 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

**Debtors' Thirty-Fifth Omnibus Objection to Claims**                    In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**                                                    Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified\***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 29. | DESROCHES, GISELE | 7113 | $597.59 | $597.59 |
| 30. | Erie Water Works | 18611 | $418.72 | $418.72 |
| 31. | Erie Water Works | 18595 | $303.79 | $303.79 |
| 32. | ERIE WATER WORKS | 18610 | $281.25 | $281.25 |
| 33. | First Point Mechanical Services | 6070 | $6,076.14 | $6,076.14 |
| 34. | Fort Pierce Utilities Authority (FPUA) | 6771 | $1,765.00 | $1,765.00 |
| 35. | FUENTES, EVA | 17986 | $83.77 | $83.77 |
| 36. | GINCOTT, DEBORAH | 19141 | $806.00 | $806.00 |
| 37. | Godoy, Oralia | 9839 | $407.09 | $407.09 |
| 38. | Gray-I.C.E. Builders | 6198 | $747,785.60 | $747,785.60 |
| 39. | Grogg, Norma | 12555 | $709.65 | $709.65 |
| 40. | Guy Roofing, Inc. | 2802 | $127,810.00 | $127,810.00 |
| 41. | H.P.B. Corporation | 606 | $522.90 | $522.90 |
| 42. | House of La-Rose | 5105 | $62.80 | $62.80 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

### Schedule of Secured Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 43. | IRISH PROPANE CORP | 11487 | $200.71 | $200.71 |
| 44. | Izaguirre, China M | 12466 | $400.00 | $400.00 |
| 45. | J. GROTHE ELECTRIC, INC. | 12789 | $31,127.00 | $31,127.00 |
| 46. | KLOEPFER, INC. | 13577 | $135,889.67 | $135,889.67 |
| 47. | LAKES, JOYCE | 19168 | $725.00 | $725.00 |
| 48. | Lower Paxton Township Authority | 5536 | $153.00 | $153.00 |
| 49. | Lower Paxton Township Authority | 5528 | $153.00 | $153.00 |
| 50. | Maersk Agency USA as agent for Maersk Line A/S | 15575 | $150,067.95 | $150,067.95 |
| 51. | Martin, Genie J | 12023 | $150.00 | $150.00 |
| 52. | MILLER, GEORGE | 16985 | $700.00 | $700.00 |
| 53. | MITCHELL, SHAWNA | 13674 | $20.00 | $20.00 |
| 54. | National International Roofing Corp. | 9358 | $50,290.00 | $50,290.00 |
| 55. | NLMS, Inc. | 2146 | $427,997.88 | $427,997.88 |
| 56. | NORTHLAND MECHANICAL CONTRACTORS, INC. | 13017 | $28,877.58 | $28,877.58 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

In re: Sears Holdings Corporation, *et al.*

**Exhibit 1 - Reclassified Claims**

Case No. 18-23538 (RDD)

## Schedule of Secured Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 57. | NorthStar Group Services, Inc. | 19720 | $364,883.16 | $364,883.16 |
| 58. | OSTO Trading, Inc. | 6383 | $723.20 | $723.20 |
| 59. | Posely, McKinley | 4591 | $300.00 | $300.00 |
| 60. | Quijano, Georgina Cortes | 7653 | $150.00 | $150.00 |
| 61. | Riendeau, Diane Alexandra | 20773 | $182.73 | $182.73 |
| 62. | Roberts Locksmith Service | 3860 | $813.00 | $813.00 |
| 63. | Santamaria, Alex | 19270 | $150.00 | $150.00 |
| 64. | Santamaria, Carmen L | 19271 | $25.00 | $25.00 |
| 65. | SCRIBNER, JANET | 11184 | $3,500.00 | $3,500.00 |
| 66. | Simon Roofing and Sheet Metal Corp | 7143 | $26,558.15 | $26,558.15 |
| 67. | STRAWN, BRENDA | 20254 | $64.65 | $64.65 |
| 68. | Sun Industrial Inc. | 15720 | $811,866.02 | $811,866.02 |
| 69. | TAYLOR, FLOYD E | 13590 | $700.00 | $700.00 |
| 70. | The Brandt Companies, LLC | 6048 | $22,637.43 | $22,637.43 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Thirty-Fifth Omnibus Objection to Claims**

**Exhibit 1 - Reclassified Claims**

*In re: Sears Holdings Corporation, et al.*

Case No. 18-23538 (RDD)

**Schedule of Secured Claims to be Reclassified\***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Secured Claim Amount | Asserted Secured Claim Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|
| 71. | Township of Belleville | 20620 | $705.18 | $705.18 |
| 72. | WILSON, NANCY S | 19969 | $350.00 | $350.00 |
| 73. | YOUNG, LEONA | 19599 | $600.00 | $600.00 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

6

## **Exhibit B**

## **Claims Hearing Procedures**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
In re                                        :        **Chapter 11**
                                             :
**SEARS HOLDINGS CORPORATION**, *et al.*,    :        **Case No. 18-23538 (RDD)**
                                             :
        **Debtors.**[1]                      :        **(Jointly Administered)**
-------------------------------------------------------------- x

## COURT-ORDERED CLAIMS HEARING PROCEDURES

        The claims hearing procedures (the "**Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.      Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

3.      The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein.  The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.      The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

(i)     For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures.  The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

(ii)    For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as **Exhibit 2** (a "**Notice of Merits Hearing**"), at least thirty (30) calendar days prior to the date of such Merits Hearing.  The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.      Discovery with respect to a Contested Claim will not be permitted until either:  (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.      The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

---

[2]    Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

2

8.    **Sanctions**.  The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.

BY ORDER OF THE BANKRUPTCY COURT

**Exhibit B**

**Hearing Date and Time: November 10, 2021 at 10:00 a.m. (Eastern Time)**
**Response Deadline: November 2, 2021 at 4:00 p.m. (Eastern Time)**

---

**THE DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO RECLASSIFY CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, DOMINIC A. LITZ, ESQ. AT (212) 310-8000.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

# NOTICE OF HEARING ON DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO
## PROOFS OF CLAIM (RECLASSIFYING CLAIMS)

      **PLEASE TAKE NOTICE** that, on October 19, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

      **PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reclassify as general unsecured claims the claims associated with the proofs of claim listed on **Exhibit A** annexed hereto (the "**Proofs of Claim**" or "**Claims**"), on the ground(s) that such Claim(s) does not have a valid security interest in the property of the Debtors' estates or does not otherwise satisfy the requirements for administrative expense priority under section 503(b) of the Bankruptcy Code or other statutory priority under section 507(a) of the Bankruptcy Code.

      **PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit B**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the reclassification of a Proof of Claim without further notice to the applicable Claimant(s).

      **PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the relief requested, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

      **PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the relief requested, then Claimant MUST file with the Bankruptcy Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **November 2, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

      **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim; (iii) a concise statement setting forth the reasons why the Disputed Claim should not be reclassified for the

2

reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim on Claimant's behalf.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein. A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **November 10, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**"). If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim that are the subject of such Response. If the Debtors do continue the Hearing with respect to such Proof(s) of Claim, then the Hearing on the Objection with respect to such Proof(s) of Claim will be held at a later date. If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection with respect to the Claims listed on **Exhibit A** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Debtors retain the right to object on other grounds to the Proof(s) of Claim (or to any other Proof(s) of Claim Claimant may have filed) at a later date. Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears. **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim.**

Dated:  October 19, 2021
        New York, New York

/s/ *Garrett A. Fail*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**Exhibit A**

**Disputed Claims**

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| Schedule of Disputed Claims to be Reclassified | | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | 10 MANAGEMENT INCORPORATED, INC | 4521 |
| 2. | A-1 MULTI SERVICE LLC | 2329 |
| 3. | AHMED, IKHLAS | 18781 |
| 4. | AHS STAFFING, LLC (FORMERLY PHARMSTAT, LLC) | 1227 |
| 5. | ALBRIGHT, TARA | 9890 |
| 6. | ALDRIDGE, MATT | 2630 |
| 7. | ALL AMERICAN DOOR | 15188 |
| 8. | ALLEN, BARBARA | 14188 |
| 9. | ALLIANCE WORKFORCE SOLUTIONS, LLC | 5520 |
| 10. | ALLIANCE WORKFORCE SOLUTIONS, LLC | 15385 |
| 11. | ALLIED UNIVERSAL SECURITY SERVICES | 2967 |
| 12. | ALVAREZ, VIVIAN | 10888 |
| 13. | AMAZING WL LTD COMPANY | 8637 |
| 14. | AMMONS, STERLING | 13897 |
| 15. | AMY MORTON DBA MID STATES PARKING LOT | 5542 |
| 16. | ANTHONY BROWN LLC | 4509 |
| 17. | APPLIED STAFFING SOLUTIONS LLC | 14858 |
| 18. | ARCE, LAUREN | 1789 |
| 19. | ARENAS, ESTHER AMANDA | 8208 |
| 20. | ARENAS, ESTHER AMANDA | 8327 |
| 21. | ARTHUR WOLFORD LLC | 10658 |
| 22. | ASCHOFF, MICHAEL P | 12003 |
| 23. | AUSTIN, CATHERINE | 16313 |
| 24. | AXIOM STAFFING GROUP INC | 7056 |
| 25. | BAKER, ROBERTA JOAN | 4464 |
| 26. | BANKS, MARGARET | 12990 |
| 27. | BARKER III, CHARLES | 18975 |
| 28. | BARKER III, CHARLES | 6403 |
| 29. | BARKER, DARLA | 17031 |
| 30. | BARNES, ANNIE | 16839 |
| 31. | BAZAN, FRANCES | 5020 |
| 32. | BENISON, SHONTAE | 19448 |
| 33. | BENS, TAWANA | 12572 |
| 34. | BENTON, NITA | 17506 |
| 35. | BERRY, BOBBY | 11062 |
| 36. | BLANEY, MARIA | 9799 |
| 37. | BONNER-SMITH, DENISE | 10199 |
| 38. | BOUTROS, PIERRE | 8979 |
| 39. | BOYD, JAMES | 10550 |
| 40. | BRAUN, LAURENCE | 13227 |
| 41. | BROWN, ARDREE D. | 17029 |
| 42. | BROWN, ROBERT | 11397 |
| 43. | BUCKLEY, SHIRLEY | 9691 |
| 44. | BULLOCK, STEVE D | 16633 |
| 45. | BURGER, SANDRA GOFF | 1880 |
| 46. | BUTLER, ALFREDIA | 13219 |
| 47. | BUYZE, ADRIAN C. | 6026 |
| 48. | BYERLEY, DAVID | 11160 |
| 49. | BYRD, DONNIE L | 18916 |
| 50. | CALHOUN, ANGIE | 11536 |
| 51. | CALLISONRTKL | 7619 |
| 52. | CALLISONRTKL | 7965 |
| 53. | CAMPBELL, BENJAMIN T. | 7115 |
| 54. | CANADY, JEROME | 9631 |
| 55. | CAPITAL BUILDING SERVICES GROUP, INC | 17288 |
| 56. | CAPITAL BUILDING SERVICES GROUP, INC | 17443 |
| 57. | CARRAWAY, PEDRO | 9022 |
| 58. | CARRIBEAN LOTTERY SERVICES | 12779 |
| 59. | CARROLL, JUANITA | 11118 |
| 60. | CARTER, BRIANA | 5901 |
| 61. | CASILLAS, LUIS | 17764 |
| 62. | CHAMPION, JANICE | 12993 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 63. | CHAN, NGO | 13233 |
| 64. | CHILDREN'S ISLAND CORPORATION | 2479 |
| 65. | CHRISTOPHER BURT OD PC | 6661 |
| 66. | CHRONOSTORE | 1617 |
| 67. | CHRONOSTORE | 8291 |
| 68. | CINTRON, CAROL | 16193 |
| 69. | CLAY, BOBBY AND DONNA | 10590 |
| 70. | CLAYTON, DEBRA | 16537 |
| 71. | COLLINS, YVONNE | 14999 |
| 72. | COMFY CONSTRUCTION LLC | 1040 |
| 73. | CONNIE E. CARRASCO - DD LANDSCAPE AND LAWN SERVICE | 8043 |
| 74. | CONNORS, FONG AND MANCUSO, INC | 8700 |
| 75. | CONNORS, FONG AND MANCUSO, INC. | 8241 |
| 76. | CONNORS, FONG AND MANCUSO, INC. | 8244 |
| 77. | CONTI, BIAGIO | 19184 |
| 78. | CONWAY, PEGGY | 19971 |
| 79. | COOK, STEVEN | 12907 |
| 80. | COOL BREEZE HVAC INC | 4474 |
| 81. | COOL BREEZE HVAC INC | 4554 |
| 82. | COTTLE, SHIRLEY | 17923 |
| 83. | CRAIG, ATHENA | 14292 |
| 84. | CRAWFORD, CYNTHIA | 19329 |
| 85. | CREATIVE CIRCLE, LLC | 6792 |
| 86. | CRESCENT ACE HARDWARE | 8530 |
| 87. | CRONAN, DAN M | 4575 |
| 88. | CROOK, JEFFREY W. | 16386 |
| 89. | CROSLAND, CINDY D | 3030 |
| 90. | CROSS, RICHARD | 2064 |
| 91. | CUBY, VIRGINIA | 10904 |
| 92. | CURRY, JADA M | 10475 |
| 93. | D & M STRIPING | 10293 |
| 94. | D&C MEDIA LLC | 2057 |
| 95. | DACRUZ, ROBERT | 12873 |
| 96. | DAVE MANCIA, DUNS # 1000338016 | 755 |
| 97. | DAVID KAIRYS OD | 5495 |
| 98. | DAVIS, BRENDA | 19312 |
| 99. | DAVIS, JOSEPH T | 6690 |
| 100. | DAVY, MARIO | 8542 |
| 101. | DE BILLAS LUX | 3651 |
| 102. | DEAN, JOHN | 11947 |
| 103. | DEE HEFFERNAN, INC. | 618 |
| 104. | DEJOIE, KENNETH | 7159 |
| 105. | DENBESTE, MARGARET | 13566 |
| 106. | DEWITT & FLO HOLLINGSWORTH | 16246 |
| 107. | DIFOGGIO PLUMBING PARTNERS, INC | 4992 |
| 108. | DIMARTINO, MICHELINA | 5288 |
| 109. | DIPAOLO, VALENCIA TOOPS | 19511 |
| 110. | DONAHUE, JOSEPH | 18966 |
| 111. | DONE RIGHT INSTALLATIONS | 7022 |
| 112. | DR. HOLLY LEWTON PC | 16800 |
| 113. | DR. NICHOLAS KREVATAS PA | 4886 |
| 114. | DRIVERS PLUMBING & MECHANICAL INC | 17133 |
| 115. | DUMA, ROGEL | 2795 |
| 116. | DUNBAR, SELEYOUN | 8416 |
| 117. | DUNLAP, KEVIN | 9478 |
| 118. | DUNLAP, KEVIN L. | 9579 |
| 119. | DUNN, CAROL A | 2650 |
| 120. | DURFEY, JAMES R. | 8091 |
| 121. | EADDY, LORRAINE BOONE | 14119 |
| 122. | EAGLE NURSERIES INC. | 3788 |
| 123. | EL DORADO LOCATORS | 1226 |
| 124. | EL-HABRE, SUZANNE | 5063 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 125. | EL-HABRE, SUZANNE | 12213 |
| 126. | EMARKTPLACE SOLUTIONS LLC | 4643 |
| 127. | EMPLOYMENT SOLUTIONS | 119 |
| 128. | ESPOSITO, ROBERT | 13792 |
| 129. | ESQUIVEL, ERIKA | 1702 |
| 130. | ESQUIVEL, ERIKA J | 1987 |
| 131. | ESTEP, TERRI L. | 26436 |
| 132. | ESTEP, TERRI L | 26435 |
| 133. | EVANS, DEBORAH L | 6500 |
| 134. | EVELAND, ROBERT | 18332 |
| 135. | EXCEL BUILDING SERVICES LLC | 14835 |
| 136. | EXCEL BUILDING SERVICES, LLC | 5500 |
| 137. | EXPRESS EMPLOYMENT PROFESSIONALS | 7892 |
| 138. | EXPRESS SERVICES INC. | 8145 |
| 139. | FACT AUTOMATED ENTRANCES, INC | 7966 |
| 140. | FAISON, SHIRLEY | 10050 |
| 141. | FANELLI, HELEN | 18578 |
| 142. | FERGUSON, MARY L. | 19677 |
| 143. | FERNANDEZ, ELYSE | 4773 |
| 144. | FIRE & ICE HEATING AND COOLING | 1008 |
| 145. | FITZGERALD, SHAWN | 1564 |
| 146. | FORCE, EMILY | 5805 |
| 147. | FOREST FAMILY EYE CARE CLINIC | 18378 |
| 148. | FORRESTER, BRIAN | 9314 |
| 149. | FOUR SEASONS SIDING, INC. | 677 |
| 150. | FRANCIS, ELAINE | 18651 |
| 151. | FRAZIER, RUBY | 15487 |
| 152. | FRUGE, JULIE M | 4398 |
| 153. | GALLAGHER, ALANE | 7970 |
| 154. | GARCIA FAMILY ENTERPRISES LLC | 19540 |
| 155. | GARRETT, LINDA ARIANA | 14844 |
| 156. | GARY D. NELSON ASSOCIATES, INC. | 1096 |
| 157. | GATHER NO MOSS LTD | 19820 |
| 158. | GAZDA, CAROL | 16764 |
| 159. | GEORGE ELDERKIN | 17048 |
| 160. | GEORGE, DEBRA KAY | 5551 |
| 161. | GIDEON'S SOURCE OF KANSAS INC | 9861 |
| 162. | GILL, MARTHA | 19218 |
| 163. | GOVEA, FELIPE | 8037 |
| 164. | GRAPHIC TEAM INC. | 8913 |
| 165. | GRAVES, PAMELA | 14124 |
| 166. | GRAY, CHRISTINE | 15301 |
| 167. | GRIFFIN, WILLIE | 12798 |
| 168. | GUERRERO, JAVIER | 12427 |
| 169. | GUO, ANDREW | 11161 |
| 170. | GUSTAVE-WILBORN, GHYSLAINE | 17635 |
| 171. | GUTRICK, BARBARA | 15523 |
| 172. | H. DENNIS LEWTON, O.D. | 5829 |
| 173. | HADEN, AARON | 8 |
| 174. | HADEN, AARON | 10 |
| 175. | HADEN, AARON | 11 |
| 176. | HADEN, AARON | 14 |
| 177. | HADEN, AARON | 16 |
| 178. | HADEN, AARON | 17 |
| 179. | HALE, MICHAEL | 12404 |
| 180. | HALIMA, RUBEN | 7872 |
| 181. | HALL, JANICE | 19658 |
| 182. | HAMILTON, LATONYA | 26466 |
| 183. | HAMMER, SAM & DEBBIE | 19383 |
| 184. | HANNA, CHRISTOPHER DORIAN | 8635 |
| 185. | HARRIS, BETTY J | 17415 |
| 186. | HEATH OFSTEAD | 9677 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| **Ref #** | **Disputed Claims** | **Affected Proof of Claim No.** |
| 187. | HEINEMANN, ROBERT C | 9625 |
| 188. | HERNANDEZ ALBELO, JOEL E | 9158 |
| 189. | HERNANDEZ, CATHERINE | 4966 |
| 190. | HERNANDEZ, CATHERINE CANNON | 2979 |
| 191. | HERRERA, ELSA | 19065 |
| 192. | HERRON, FRANK E | 9700 |
| 193. | HERRON, HENRIETTA | 11958 |
| 194. | HG TRADING INC | 3556 |
| 195. | HILL, DEBORAH | 19004 |
| 196. | HILL, DEBORAH | 19011 |
| 197. | HILL, JOHN M. | 8122 |
| 198. | HILL, MARGARET | 13651 |
| 199. | HILL, ROSA L. | 15949 |
| 200. | HOBSON-WILLIAMS, TANYA | 10883 |
| 201. | HOLMES, CAROL | 20071 |
| 202. | HOMER, ISLE | 19497 |
| 203. | HOOKS, LAPRICIA | 11505 |
| 204. | HOUSTON, FRAZIER | 15931 |
| 205. | HOUSTON, MARTAVIA SHAREE | 4223 |
| 206. | HULSEY, MARTHA DIANN | 5824 |
| 207. | HUTCHINGS, MICHAEL | 12304 |
| 208. | HUTCHINS, TRUESELLA | 11349 |
| 209. | HUZALA INC | 1590 |
| 210. | INDUSTRIAL REFRIGERATION SERVICES/GREGORY STEEN | 13994 |
| 211. | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2686 |
| 212. | INGRAM ELECTRO-MEK, INC. | 3590 |
| 213. | INNA MAZE | 15903 |
| 214. | INSTALLATIONS AP LLC | 1044 |
| 215. | INTEGRATED SERVICE MGT LLC | 10449 |
| 216. | IRVIN PUBLIC RELATIONS | 4858 |
| 217. | J&L INSTALLS, LLC | 4410 |
| 218. | JACKSON CLEANING SERVICES, LLC | 14140 |
| 219. | JACKSON, BRITTANY BRIA | 9440 |
| 220. | JACKSON, CASSANDRA | 16249 |
| 221. | JACKSON, WILLIAM | 10837 |
| 222. | JANDI SERVICES | 20601 |
| 223. | JANSEN, JASON | 17741 |
| 224. | JAP & SONS SOLUTIONS ONLINE | 3994 |
| 225. | JASSO, DEBRA | 13144 |
| 226. | JENKINS, TIARA | 15875 |
| 227. | JEROME-BERRY, SHERRY | 18647 |
| 228. | JOHNSON, GERALDINE | 10190 |
| 229. | JOHNSON, LYNDA | 15897 |
| 230. | JOINER, CANDIS | 6984 |
| 231. | JONES, HILDA | 19027 |
| 232. | JOSIAH, COOKIE K. | 11152 |
| 233. | JOYNES, GEORGE (MRS) C | 14346 |
| 234. | KAN, WENKANG | 6010 |
| 235. | KELLER, ARNOLD | 18964 |
| 236. | KELLER, KRISTIE | 8960 |
| 237. | KELLY, GLORIA | 10608 |
| 238. | KEMP, BRANDON | 8996 |
| 239. | KEYLESS SHOP INC | 12007 |
| 240. | KHAN, SHAHARYAR | 12860 |
| 241. | KING, WANDA MARCELLA | 6071 |
| 242. | KINGDOM SEEKERS INC. | 26515 |
| 243. | KINGDOM SEEKERS INC. | 26517 |
| 244. | KINGDOM SEEKERS INC. | 26523 |
| 245. | KINGDOM SEEKERS INC. | 26524 |
| 246. | KITAGAWA, MARTIN A | 6909 |
| 247. | KONOPKA, KERRY | 12915 |
| 248. | KRAUSE WATCH CO. | 1477 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 249. | KUBWIMANA, SERGE | 16278 |
| 250. | KUNZ, EDNA PATRICIA | 5486 |
| 251. | KUPPINGER, JOHN | 5339 |
| 252. | KURYLOWICZ, ROBERT | 4493 |
| 253. | KURZER, ANN | 5863 |
| 254. | LABISSIERE, MARIE | 14944 |
| 255. | LACY, KATHY J. | 11794 |
| 256. | LANGE, HELEN K | 19634 |
| 257. | LANGE, MARK | 19424 |
| 258. | LANZAFAME, IGNAZIO | 5658 |
| 259. | LAROCQUE, MICHAEL | 19466 |
| 260. | LAU, COOBE | 12448 |
| 261. | LEAKS, JOHNNY AND SARA | 15014 |
| 262. | LEE W. FLANAGAN LANDSCAPING | 4885 |
| 263. | LEE, WILLA | 17912 |
| 264. | LEE'S LAWN SERVICE | 5337 |
| 265. | LEE'S MAINTENANCE SERVICE INC. | 5357 |
| 266. | LI, JANE | 5513 |
| 267. | LIDWINE, JEAN BAPTISTE | 14510 |
| 268. | LIGGINS EYE CONSULTANTS, INC. | 8132 |
| 269. | LIGGINS, PHILLIP M. | 8134 |
| 270. | LILY'S TALENT AGENCY | 4831 |
| 271. | LINK, TERRENCE | 14351 |
| 272. | LIPPS LLC | 5421 |
| 273. | LISSER, ALEKSANDR | 15409 |
| 274. | LK OK CARPET INSTALLATIONS, LLC | 2449 |
| 275. | LL&D INC. | 1589 |
| 276. | LOCH, LYNDA S | 14507 |
| 277. | LOVE, THOMAS | 11412 |
| 278. | LOVELL, ERNESTINE W | 17052 |
| 279. | LUCINBILL, INC. | 2127 |
| 280. | LUX LOGS LTD | 5142 |
| 281. | MACFARLANE, ROBERT | 17844 |
| 282. | MACHUGA CONTRACTORS, INC. | 4520 |
| 283. | MAGGARDS TIME SERVICE INC | 10867 |
| 284. | MAGGARD'S TIME SERVICE, INC STORE# 1465 | 3029 |
| 285. | MARILYN OWNS MEDICINE | 6947 |
| 286. | MARK GILES LANDSCAPE COMPANY | 1491 |
| 287. | MARLOW, MINDI | 5176 |
| 288. | MARONA, SCOTT | 15776 |
| 289. | MARTIN, MARY | 19889 |
| 290. | MASON, EDWARD | 10924 |
| 291. | MATHEWS, PATRICIA | 19472 |
| 292. | MAXWELL, SCOTT LEE | 6191 |
| 293. | MAYO, LOUISE H. | 18293 |
| 294. | MAYS, CORNELIUS | 15251 |
| 295. | MCCOWAN, BETTY | 14933 |
| 296. | MCILWAIN, RALPH | 1031 |
| 297. | MEADOWBROOK HARDWARE | 8147 |
| 298. | MEMBRILA, TOMAS | 1460 |
| 299. | MENDOLERA, CHRISTINA | 4628 |
| 300. | MENJIVAR, DORIBEL E. | 6707 |
| 301. | MESEWICZ, DAVID P | 2942 |
| 302. | MILLER, JILL PAXTON | 3996 |
| 303. | MILLER, MELISSA | 12472 |
| 304. | MINNESOTA STAFFING LLC DBA AAA LABOR | 4815 |
| 305. | MITCHELL, TINA | 11997 |
| 306. | MOORE, JAN | 6783 |
| 307. | MOORE, JOHN AND DONNA | 9044 |
| 308. | MORALES, CORINA | 19387 |
| 309. | MOROSETTI, ALVIN | 19933 |
| 310. | MORRIS, SUSAN K | 1800 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 311. | MORTON, JOANN | 13550 |
| 312. | MOUSER, JULIA L. | 16158 |
| 313. | MOYE, OPHELIA | 2209 |
| 314. | MP HOLDING N AMER, INC. | 13015 |
| 315. | MP HOLDINGS, LLC | 18048 |
| 316. | MUSTAPHA, PRINCESS J. | 5760 |
| 317. | MUTTALIB, FAAROUQ | 13883 |
| 318. | MYOPTICS, LLC/ ALICE P. NGUYEN, OD | 6036 |
| 319. | NAIK, VINAYAK | 10807 |
| 320. | NASHUA WASTEWATER SYSTEMS | 6682 |
| 321. | NAVA, JUANITA | 11628 |
| 322. | NELSON, DAYNA DIANE | 11373 |
| 323. | NENABER, PHILLIP | 4789 |
| 324. | NEUBAUER, FRANK | 15891 |
| 325. | NEVERSON, CHERYL | 13324 |
| 326. | NEW DIMENSIONS | 3923 |
| 327. | NEWTON, TIFFANY | 14798 |
| 328. | NFZ INC. NADER ZAROU | 923 |
| 329. | NFZ, INC. (NADER ZAROU) | 10454 |
| 330. | NGUYEN, TRAM (LORI) OD | 15976 |
| 331. | NICKS, GARY | 3359 |
| 332. | NICKS, GWENDOLYN D. | 13254 |
| 333. | NIN GROUP INC | 12932 |
| 334. | NIN GROUP INC. | 12934 |
| 335. | NORTHERNMARINEELECTRONICS.COM | 4358 |
| 336. | NORTHGATE GARAGE DOOR CO., LLC | 5477 |
| 337. | NORTHGATE GARAGE DOOR CO., LLC | 5481 |
| 338. | NORTHWEST REMODEL GUYS LLC | 84 |
| 339. | NW SALES CONNECTION, INC | 1779 |
| 340. | OAK BROOK MECHANICAL SERVICES, INC. | 6136 |
| 341. | OAK BROOK MECHANICAL SERVICES, INC. | 6139 |
| 342. | ODONNELL, KRISTEN | 9532 |
| 343. | OJO CREATIVE | 6868 |
| 344. | OLIVAS, JUAN | 4489 |
| 345. | OLIVER, VIRGINIA | 14162 |
| 346. | ONEAL, DARLENE | 9320 |
| 347. | OTAGURO, KELVIN | 11582 |
| 348. | OWENS III, JOHN WILLIAM | 7100 |
| 349. | PADEN, ED | 10995 |
| 350. | PALKON, REGINA | 19056 |
| 351. | PARAS, ROBERTO P. | 18832 |
| 352. | PASS IT ON INC. | 2643 |
| 353. | PAUL, CURTES | 11618 |
| 354. | PAYNE, SAM | 7008 |
| 355. | PEARSON, ANTHONY | 18321 |
| 356. | PERKINS, KEISHA | 8029 |
| 357. | PHAM, YEN | 9463 |
| 358. | PHIPPEN, HEIDI | 8506 |
| 359. | PIERRE, BOUTROS | 8965 |
| 360. | POLISE, CONCETTA | 11513 |
| 361. | POWELL, ROBERT D. | 15041 |
| 362. | PRECISION AIR COMFORT LLC | 14591 |
| 363. | PREMIER PRODUCTS LLC | 6962 |
| 364. | PRIOR, JOSEPHINE | 4997 |
| 365. | PSS PATHFINDER, INC. | 8662 |
| 366. | PUCELY, JOEL | 20311 |
| 367. | PUCELY, JOEL | 7102 |
| 368. | QUALIMAX MARKETING INC | 2321 |
| 369. | QUINN, DORETHA | 18235 |
| 370. | R & S APPLIANCE INSTALLATIONS, INC. | 2422 |
| 371. | RAMASAR, NAVITA | 6876 |
| 372. | RAMIRO, JUDITH | 12733 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 373. | RANSCAPES, INC. | 7732 |
| 374. | REGIS ELECTRIC LLC | 16323 |
| 375. | RESIDENTIAL BUILDERS ASSOCIATION (RBA) | 7564 |
| 376. | RICHARDSON, TANAKA | 18403 |
| 377. | RING, JEFF | 5378 |
| 378. | ROBERT OR SARA BROWN 33845 | 1221 |
| 379. | ROBINSON, SHUNTAI | 19069 |
| 380. | ROGERS, ETHELEEN | 10584 |
| 381. | ROGERS, VIOLA Y | 16907 |
| 382. | ROI ENERGY INVESTMENTS, LLC | 5592 |
| 383. | ROKANAS, NICHOLAOS | 10532 |
| 384. | ROSALES, FREDDY MEZA | 4278 |
| 385. | ROSS, ELIJAH | 19103 |
| 386. | ROWAN, ESTHER M | 12985 |
| 387. | RUSH, ADRIENNE | 12618 |
| 388. | SAENZ, NICEFORO | 12067 |
| 389. | SALEEM, UMMAD | 1638 |
| 390. | SANDERS, BARBARA | 11127 |
| 391. | SANDERS, JOHN | 11832 |
| 392. | SANFELIZ, MARIA D | 5897 |
| 393. | SAPP, RANDALL | 4999 |
| 394. | SAUNDERS, GEORGE | 19923 |
| 395. | SAWIN, CAROLYN R | 12293 |
| 396. | SAX O.D., DREW A. | 6548 |
| 397. | SCOTT, LAKISHA | 12630 |
| 398. | SEGERS, REVOIR | 13354 |
| 399. | SERVICE FINANCE | 9780 |
| 400. | SILVER CITY JEWELRY INC. | 12728 |
| 401. | SISTER MOON BOUTIQUE | 5236 |
| 402. | SMITH, CARRIE | 12754 |
| 403. | SMITH, MAMIE | 19879 |
| 404. | SMITH, SHIRLEY | 10799 |
| 405. | SMITH, VIVIAN | 15827 |
| 406. | SNELLING | 5589 |
| 407. | SS GROUP INC | 8495 |
| 408. | STAGLIANO, SAMUEL | 19251 |
| 409. | STALBAUM, CINDY | 10486 |
| 410. | STANIOS INDUSTRIAL SUPPLY CO | 2346 |
| 411. | STEIN, SCOTT | 18498 |
| 412. | STEPHENSON, JARMILIA | 17790 |
| 413. | STONE SOUP 3, INC | 13100 |
| 414. | STOTT RYAN, SUE | 7851 |
| 415. | STUCK'S HEATING AND COOLING | 778 |
| 416. | STUDIO HIROSHI LLC | 931 |
| 417. | STUTZ, RICHARD | 3553 |
| 418. | SUNCOAST RENOVATIONS AND REMODELING LLC | 987 |
| 419. | SUNNY FASHION INC. | 1599 |
| 420. | SUPPLE, LISA | 18754 |
| 421. | SWEPT AWAY LLC | 9323 |
| 422. | TASIE, CHUKWUEMEKA R. | 9028 |
| 423. | TAYLOR'S SMALL ENGINE REPAIR | 3037 |
| 424. | TCA HOLDINGS PROPARTNERS LLC | 7151 |
| 425. | TEAL CONSULTING GROUP | 14411 |
| 426. | TEXAS PLUMBING DIAGNOSTICS | 10630 |
| 427. | TEXAS PLUMBING DIAGNOSTICS | 11103 |
| 428. | TEXAS PLUMBING DIAGNOSTICS | 14970 |
| 429. | TEXAS PLUMBING DIAGNOSTICS | 15254 |
| 430. | TEXAS PLUMBING DIAGNOSTICS | 18243 |
| 431. | THE BICYCLE DOCTOR OF BROWARD, INC. | 6498 |
| 432. | THE CORE ORGANIZATION | 17323 |
| 433. | THE LAWN PROZ OF FLORIDA INC | 7870 |
| 434. | THE ROCKIES LLC | 2 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 435. | THOMAS, DELSIA | 19943 |
| 436. | THOMAS, KANIKI | 1911 |
| 437. | TIGER MEDIA INC. | 4725 |
| 438. | TILLER, TINA | 13731 |
| 439. | TOMA, JEAN | 8523 |
| 440. | TOP STEP MANUFACTURING, LLC | 4 |
| 441. | TORRES, ANGELICA | 6147 |
| 442. | TREASURE EXCHANGE | 3872 |
| 443. | TRITTSCHUH, DIANE | 17727 |
| 444. | TYLER, EARL | 12243 |
| 445. | USA MAINTENANCE OF FLORIDA LLC | 5544 |
| 446. | VALENCIA, AURELIO | 10511 |
| 447. | VANDERPOOL, MICHELLE | 18421 |
| 448. | VANWINKLE, EDDIE | 12392 |
| 449. | VASANT S. JADIA, TIME JEWELS, VENDOR # DUN 1000338024 | 3834 |
| 450. | VENCO WESTERN, INC. | 8268 |
| 451. | VICTORY MARKETING AGENCY LLC | 16129 |
| 452. | VINYERD, DARLENE | 13282 |
| 453. | VUE, PAHOUA | 5223 |
| 454. | W S C | 15040 |
| 455. | WAHAB, OLAYINKA | 3625 |
| 456. | WARNER, PHILIP | 15616 |
| 457. | WARREN, ANGELIQUE | 11108 |
| 458. | WASHINGTON, GLORIA | 19970 |
| 459. | WATKINS, JAMES | 10008 |
| 460. | WAZEED, WAKEEDA | 12381 |
| 461. | WEDLOWE, EDDIE | 11899 |
| 462. | WELLS SWEEPING | 13394 |
| 463. | WESTERN NEON INC | 12913 |
| 464. | WEYNI, NJEMILE | 10483 |
| 465. | WHEELDON'S ALTERNATIVE ENERGY | 835 |
| 466. | WHITAKER, SHARON | 10933 |
| 467. | WHITTLE, WILLIAM | 15838 |
| 468. | WIEBE, BRIAN | 5663 |
| 469. | WILLIAMS, RUFUS | 14330 |
| 470. | WILLIAMS, TANGANICA | 9321 |
| 471. | WILLOUGHBY, JANICE | 16657 |
| 472. | WOLFORD, ARTHUR | 94 |
| 473. | WOODARD, CHERYL JEAN | 19585 |
| 474. | WOOLBRIGHT, CHERYL V | 19710 |
| 475. | WORLD TIME WATCH & JEWELRY REPAIR | 12188 |
| 476. | XU, ALICE | 7002 |
| 477. | YELLOWDEVIL LLC | 4830 |
| 478. | YETI CONSTRUCTION AND REMODELING LLC | 58 |
| 479. | YOSHIMITSU, DEBRA | 11962 |
| 480. | YOUMANS, DENNIS | 2020 |
| 481. | YOUMANS, DENNIS | 2287 |
| 482. | YOUNG, JAMES M | 6113 |
| 483. | ZABILKA, MELISSA | 12116 |
| 484. | ZAVALA, PATRICIA | 17868 |
| 485. | ZAZADO, MARYANN K | 10950 |
| 486. | ZAZZLE, INC | 1645 |
| 487. | ZHENG, MICHAEL LI & MEI | 11665 |

**Exhibit B**

**Claims Hearing Procedures**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
In re                                              :          **Chapter 11**
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :          **Case No. 18-23538 (RDD)**
                                                   :
        Debtors.[1]                                :          **(Jointly Administered)**
-------------------------------------------------------------- x

## COURT-ORDERED CLAIMS HEARING PROCEDURES

        The claims hearing procedures (the "**Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.      Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases. The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

2.      The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

3.      The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein.  The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.      The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

(i)     For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures.  The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

(ii)    For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as **Exhibit 2** (a "**Notice of Merits Hearing**"), at least thirty (30) calendar days prior to the date of such Merits Hearing.  The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.      Discovery with respect to a Contested Claim will not be permitted until either: (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.      The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

8.      **Sanctions**.  The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.

BY ORDER OF THE BANKRUPTCY COURT

**Exhibit C**

Hearing Date and Time:  November 10, 2021 at 10:00 a.m. (Eastern Time)
Response Deadline:  November 2, 2021 at 4:00 p.m. (Eastern Time)

---

**THE DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO RECLASSIFY CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO DETERMINE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, DOMINIC A. LITZ, ESQ. AT (212) 310-8000.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------- x
```
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
|  | : |  |
| **Debtors.**[1] | : | **(Jointly Administered)** |

```
---------------------------------------------------------- x
```

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

## NOTICE OF HEARING ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO
## PROOFS OF CLAIM (RECLASSIFYING CLAIMS)

     **PLEASE TAKE NOTICE** that, on October 19, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

     **PLEASE TAKE FURTHER NOTICE** that the Objection requests that the Bankruptcy Court reclassify as general unsecured claims the claims associated with the proofs of claim listed on **Exhibit A** annexed hereto (the "**Proofs of Claim**" or "**Claims**"), on the ground(s) that such Claim(s) does not have a valid security interest in the property of the Debtors' estates or does not otherwise satisfy the requirements for administrative expense priority under section 503(b) of the Bankruptcy Code or other statutory priority under section 507(a) of the Bankruptcy Code.

     **PLEASE TAKE FURTHER NOTICE** that the *Court-Ordered Claims Hearing Procedures* (the "**Claims Hearing Procedures**"), annexed hereto as **Exhibit B**, shall apply and govern the Objection. The Claims Hearing Procedures provide for certain mandatory actions by claimants (each, a "**Claimant**" and collectively, the "**Claimants**") within certain time periods. Therefore, please review the Claims Hearing Procedures carefully. Failure to comply with the Claims Hearing Procedures may result in the reclassification of a Proof of Claim without further notice to the applicable Claimant(s).

     **PLEASE TAKE FURTHER NOTICE** that, if Claimant does NOT oppose the relief requested, then Claimant does NOT need to file a written response (the "**Response**") to the Objection and Claimant does NOT need to appear at the Hearing (as defined herein).

     **PLEASE TAKE FURTHER NOTICE** that, if Claimant DOES oppose the relief requested, then Claimant MUST file with the Bankruptcy Court <u>and</u> serve on the parties listed below a Response to the Objection, so as to be filed and received by no later than **November 2, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

     **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties-in-interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), so as to be filed with the Bankruptcy Court and received by the parties listed below by or before the Response Deadline.

     **PLEASE TAKE FURTHER NOTICE** that Response(s) to the Objection, if any, must contain, at a minimum, the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the Proof of Claim; (iii) a concise statement setting forth the reasons why the Disputed Claim should not be reclassified for the

reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the Proof of Claim, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to Claimant's Response, if different from that presented in the applicable Proof of Claim; and (vi) the name, address, and telephone number of the person (which may be Claimant or Claimant's designated legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the Proof of Claim on Claimant's behalf.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will consider a Response only if the Response is timely filed, served, and received in accordance with the Amended Case Management Order and the procedures set forth herein.  A Response will be deemed timely filed, served, and received only if the original Response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601; (ii) Weil, Gotshal, & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.), attorneys for the Debtors; and (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise permitted under the Claims Hearing Procedures, a hearing to consider the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **November 10, 2021 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**").  If Claimant files a Response to the Objection, Claimant should plan to appear at the Hearing.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Proof(s) of Claim that are the subject of such Response.  If the Debtors do continue the Hearing with respect to such Proof(s) of Claim, then the Hearing on the Objection with respect to such Proof(s) of Claim will be held at a later date.  If the Debtors do not continue the Hearing with respect to such Proof(s) of Claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE** that if Claimant does not timely file and serve a Response to the Objection with respect to the Claims listed on **Exhibit A** hereto, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed as **Exhibit B** to the Objection, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Debtors retain the right to object on other grounds to the Proof(s) of Claim (or to any other Proof(s) of Claim Claimant may have filed) at a later date.  Claimant will receive a separate notice of any such objection(s).

**PLEASE TAKE FURTHER NOTICE** that Claimant may participate in the Hearing telephonically, provided Claimant complies with the Bankruptcy Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committee), which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, if any Claimant wishes to view the complete Objection, such Claimant can do so for free at https://restructuring.primeclerk.com/sears. **Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Proof(s) of Claim.**

Dated:  October 19, 2021
       New York, New York

                           */s/ Garrett A. Fail*
                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York  10153
                           Telephone:  (212) 310-8000
                           Facsimile:  (212) 310-8007
                           Ray C. Schrock, P.C.
                           Jacqueline Marcus
                           Garrett A. Fail
                           Sunny Singh

                           *Attorneys for Debtors*
                           *and Debtors in Possession*

**Exhibit A**

**Disputed Claims**

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | A&GS CONTRACTOR INC | 12634 |
| 2. | A-1 FIXIT SHOP | 11466 |
| 3. | ABRAMS, LAKISHA V. | 14488 |
| 4. | ABREU, CECILIA | 12791 |
| 5. | ABREU, CECILIA | 13371 |
| 6. | ADAMO, CARA B | 9433 |
| 7. | AGUILAR, DIANA | 11078 |
| 8. | AGUINAGA, JOHNNY A | 18851 |
| 9. | AIKINS, SCOTT RICHARD | 20310 |
| 10. | ALBRIGHT, TARA CHAUNISE | 776 |
| 11. | ALLEN, JOANESE R | 16033 |
| 12. | ALLISON MATTIE L | 10352 |
| 13. | ALOHILANI ORCHIDS, INC. | 2362 |
| 14. | AMERICA'S FRESH FOODS, INC. | 6067 |
| 15. | AMIAR, ABDELHAMID | 18998 |
| 16. | ANDERSON, MARJORIE | 14272 |
| 17. | ANDERSON, STACY | 9843 |
| 18. | ANDERSON, SYLVIA | 13788 |
| 19. | ANDREWS , JAMES E | 16089 |
| 20. | ANTHONY, DORCAS D | 15146 |
| 21. | ANTOINE, WEDY | 6293 |
| 22. | ARELLANO, CASSANDRA | 10310 |
| 23. | ARISPE, DORA A | 15117 |
| 24. | ARIZPE, MARIA A | 10490 |
| 25. | ARNOLD, GARY R | 10578 |
| 26. | ASUELO, MARCIAL | 14792 |
| 27. | ASUELO, MARCIAL | 14410 |
| 28. | AUER, JOANN | 18565 |
| 29. | BADDING, DORIS | 15609 |
| 30. | BALOCAN, CORA | 17630 |
| 31. | BARNES, HORACE | 10670 |
| 32. | BARNES, UNA D | 19627 |
| 33. | BARTON, SOPHIA A | 12569 |
| 34. | BATEMAN, NAJAH | 18439 |
| 35. | BEAM, JAMES A | 9400 |
| 36. | BEEBE, ELIZABETH M | 11657 |
| 37. | BELLO, SHAKIRUDEEN | 10266 |
| 38. | BERGER, KIMBERLY N | 19767 |
| 39. | BERTA, CINDY L | 12945 |
| 40. | BETTS, RYAN R. | 14695 |
| 41. | BISHOP, CHERYL | 8963 |
| 42. | BLK PROPERTY VENTURES, LLC | 17679 |
| 43. | BLUMBERG, MICHAEL | 9319 |
| 44. | BOCANEGRA, JIMMY | 8364 |
| 45. | BOCANEGRA, JIMMY | 8409 |
| 46. | BOCANEGRA, JIMMY | 8709 |
| 47. | BOCANEGRA, JIMMY | 8880 |
| 48. | BOS, DANA E | 15788 |
| 49. | BOS, DIANA | 4763 |
| 50. | BRACKIN, ALICE B | 11020 |
| 51. | BRADLEY, SUSAN KAY | 11841 |
| 52. | BRADSHAW WESTWOOD TRUST | 16451 |
| 53. | BRANTLEY, MARJORIE | 10390 |
| 54. | BRESCH, JAMES E. | 20084 |
| 55. | BRESCHER, JAMIE | 12568 |
| 56. | BREWER, SHEILA | 9546 |
| 57. | BROADNAX , JACQUELINE D | 13627 |
| 58. | BRONSON, MARISSA A | 8957 |
| 59. | BROOKINS SR, LORNE | 9860 |
| 60. | BROWNE, MARILYN | 19055 |
| 61. | BRUNSTING, BLAIR | 4518 |
| 62. | BURNS, AMY | 9100 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| **Ref #** | **Disputed Claims** | **Affected Proof of Claim No.** |
| 63. | BUTI, JUDITH L. | 21621 |
| 64. | BV USA ENTERPRISES INC | 2060 |
| 65. | BV USA ENTERPRISES INC. | 294 |
| 66. | BV USA ENTERPRISES INC. | 297 |
| 67. | BYRD, JUREEM K | 12681 |
| 68. | CAITO FOODS, LLC | 12395 |
| 69. | CALI CHIC | 11037 |
| 70. | CALN TOWNSHIP | 9622 |
| 71. | CALVIN, ANTHONY | 8966 |
| 72. | CAMPBELL, CHRISTOPHER M | 10633 |
| 73. | CANAS, ESTHER M. | 13588 |
| 74. | CAPITAL BUILDING SERVICES GROUP, INC | 17587 |
| 75. | CAPITAL BUILDING SERVICES GROUP, INC | 18327 |
| 76. | CAPITAL BUILDING SERVICES GROUP, INC | 18726 |
| 77. | CAPITAL BUILDING SERVICES GROUP, INC. | 18081 |
| 78. | CAPITAL BUILDING SERVICES GROUP, INC. | 18090 |
| 79. | CARBALLO, MANUELITA | 15256 |
| 80. | CARIBBEAN LOTTERY SERVICES | 3595 |
| 81. | CAROL, NAUD | 11294 |
| 82. | CARTER, WILLIAM | 12737 |
| 83. | CEVASCO, CLARA L. | 11293 |
| 84. | CHANNEY, JUWAN | 19986 |
| 85. | CHAPMAN, DEBRA | 14779 |
| 86. | CHAVEZ, OMAR | 13504 |
| 87. | CHERRY, JADA | 13939 |
| 88. | CHILES, JUANITA H | 19086 |
| 89. | CHIN, KARL A | 17914 |
| 90. | CITY OF BREA | 18059 |
| 91. | CITY OF DOWNEY | 20252 |
| 92. | CITY OF ESCONDIDO | 19552 |
| 93. | CITY OF GRAYLING | 6489 |
| 94. | CITY OF LOS ANGELES, OFFICE OF FINANCE | 19913 |
| 95. | CITY OF SANTA CLARITA | 17939 |
| 96. | CLARK, IESHIA N | 11979 |
| 97. | CLARK, SEAN | 10634 |
| 98. | CMM, LLC | 17906 |
| 99. | COBARRUBIAS, ANTONIA | 7875 |
| 100. | COHEN , MICHAEL A | 11993 |
| 101. | COHEN PATRICIA B | 12178 |
| 102. | COLEMAN, MONTEZ | 19503 |
| 103. | COLMENARES, EUFROSINA | 3169 |
| 104. | COMERATE, SR., DOMINIC JOHN | 4577 |
| 105. | COMSTOCK, KENNETH | 13518 |
| 106. | CONNECTICUT NATURAL GAS CORPORATION | 6607 |
| 107. | CONTI, BIAGIO | 19151 |
| 108. | CONTINENTAL 51 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13168 |
| 109. | CORBETT, MADISON | 15099 |
| 110. | CORBIN, SARAH | 2466 |
| 111. | COUNTEE, LINDA C | 10713 |
| 112. | COWARD, EVELYN | 18838 |
| 113. | CRAFTS, JOHN M | 14216 |
| 114. | CRAMER, TAMMY | 9094 |
| 115. | CRAW, DEWEY A | 13213 |
| 116. | CRUZ, ROSIE V | 18683 |
| 117. | CULLITON, ANDREA M | 11451 |
| 118. | D'AMBROSIO, MICHAEL | 19143 |
| 119. | DANIEL, SHIRLEY | 17671 |
| 120. | DANIELS, DOUGLAS P | 18592 |
| 121. | DAVENPORT, JONATHAN DANIEL | 1727 |
| 122. | DAVIES, CHRISTOPHER | 18540 |
| 123. | DAVIS, CAROL B | 14015 |
| 124. | DAVIS, KIMBERLY R | 18931 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 125. | DAVIS, STEVEN E | 5996 |
| 126. | DEAL, LUCILLE H | 26152 |
| 127. | DEMARACO, JENNIFER | 19299 |
| 128. | DENNIS, BEVERLY | 20279 |
| 129. | DESAI, KAMLESH R | 17229 |
| 130. | DEVORE, ALICIA A. | 9786 |
| 131. | DI CICCO, THOMAS | 12065 |
| 132. | DIAZ JIMENEZ, JAVIER | 18623 |
| 133. | DICKENSON, INGRID | 14910 |
| 134. | DIFEBO, REBECCA L | 12198 |
| 135. | DOHMAN, AMIE L | 16354 |
| 136. | DOLLUS, GUITA | 9685 |
| 137. | DONALD, BRITTON | 10058 |
| 138. | DOOLEY, CARRIE R | 11048 |
| 139. | DUCKSWORTH, CORDERO | 15079 |
| 140. | DUCUSIN, ROWENA R | 2206 |
| 141. | DULING, REVELLE T | 10099 |
| 142. | DUNN, CAROL A | 9921 |
| 143. | DUNN, LETISHA | 18936 |
| 144. | DURHAM SUPPLY INC. | 8434 |
| 145. | DURMMOND, DELOIS | 19176 |
| 146. | EARNEST, SUSAN | 14785 |
| 147. | EARNESTY, MISTY D | 13714 |
| 148. | EDMONDS, JEROME C | 17166 |
| 149. | EDWARDS, SIDNEY C | 9438 |
| 150. | EJAZ, SUE L | 14550 |
| 151. | ELDER, SARA E | 16530 |
| 152. | EPIC DESIGNERS LIMITED | 5961 |
| 153. | ESPINOZA, HECTOR | 8622 |
| 154. | EVANS, DEBORAH L | 6011 |
| 155. | FABER, CHARLES | 10736 |
| 156. | FARTINI, MICHAEL | 13396 |
| 157. | FATHI AZZALARAB LLC | 17674 |
| 158. | FAVALE, JOSEPH | 10237 |
| 159. | FENSTER, JOVI Z | 11726 |
| 160. | FERGUSON, LAQUANDA | 19118 |
| 161. | FERRAN, TIMOTHY ALAN | 9077 |
| 162. | FERRI, LORRAINE M | 10811 |
| 163. | FIDEL, BENARD | 13556 |
| 164. | FIFERLICK,  DAWN  K | 10013 |
| 165. | FLYNN, DENNIS | 10765 |
| 166. | FORMAN, DARYLE | 11386 |
| 167. | FORT COLLINS UTILITIES | 19994 |
| 168. | FOX, CLARK L | 3895 |
| 169. | FRANCIS, MILDRED | 11762 |
| 170. | FRANCO MANUFACTURING CO., INC. | 6912 |
| 171. | FRATRICH, STEPHEN J | 11389 |
| 172. | FREDERICK HART CO. INC. | 1619 |
| 173. | FREDERICK HART INC. DBA | 1203 |
| 174. | FREDRICK, LINDA | 18563 |
| 175. | FRED'S SMALL ENGINE REPAIR | 11446 |
| 176. | FUELLING, TERRY | 8302 |
| 177. | GABERT, JUDITH A | 13135 |
| 178. | GARCIA, MARIA | 6124 |
| 179. | GARTNER, JONATHAN C | 13808 |
| 180. | GARVEN, EDWINA D | 10538 |
| 181. | GATOR OESTE OWNER, LLC | 7798 |
| 182. | GEARY, ELIZABETH S | 10131 |
| 183. | GENERAL INTERNATIONAL POWER PRODUCTS, LLC | 1751 |
| 184. | GEOG, CLINTON J | 1713 |
| 185. | GILHUYS, MARSHA | 11660 |
| 186. | GILLETTE, JEFFREY R | 12239 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 187. | GLASSER-SCHWARTZ INVEST P/S PLAN | 12131 |
| 188. | GODFREY, ANDREW C | 11767 |
| 189. | GODFREY, ANDREW CARL | 4932 |
| 190. | GOEHL, LAWANA R | 11763 |
| 191. | GOKALDAS EXPORTS LTD. | 20155 |
| 192. | GOLAY, LYNETTE R | 14771 |
| 193. | GONZALEZ , MARTIN | 13273 |
| 194. | GONZALEZ, ANA Y | 19347 |
| 195. | GONZALEZ, HECTOR L. | 18372 |
| 196. | GOODY PRODUCTS, SUBSIDIARY OF NEWELL BRANDS, INC. | 6714 |
| 197. | GORIN, TRECI S | 17721 |
| 198. | GRAFFEO, NICHOLAS | 19092 |
| 199. | GREEN, CHAD E | 19602 |
| 200. | GREEN, GEOFFREY K. | 6261 |
| 201. | GREEN, SCOTT M | 11994 |
| 202. | GREENUP, PAULA | 16521 |
| 203. | GREER III, RUSSELL T | 2330 |
| 204. | GREESON, JILLIAN J | 18892 |
| 205. | GRIEGO, LORETTA S | 9598 |
| 206. | GROGNO, HEIDI I | 10595 |
| 207. | GROOME, DAVID A | 10863 |
| 208. | GROUPON, INC. | 14912 |
| 209. | GUERRA, JEAN M | 13822 |
| 210. | GUTIERREZ, MIGUEL VARGAS | 16363 |
| 211. | GUTIERREZ, RODRIGO A | 19149 |
| 212. | GWENDOLYN, DAVIS | 20265 |
| 213. | HAGEN, SARRA J | 10403 |
| 214. | HAHN, CRAIG A | 11014 |
| 215. | HALL, CAROLE A | 12340 |
| 216. | HALL, REBECCA R | 15002 |
| 217. | HALTER, SYLVIA | 18880 |
| 218. | HAMEL, ALAN R | 2257 |
| 219. | HAMILTON, JEFFREY | 9537 |
| 220. | HAMM, MICHAEL | 15066 |
| 221. | HAMMOCK, DONALD M | 1980 |
| 222. | HAMOCK, DONALD M | 9464 |
| 223. | HANESWORTH, DANIEL J | 8126 |
| 224. | HARDING, EDWA | 11971 |
| 225. | HAYES, ATISA | 4390 |
| 226. | HEIVILIN, DEBRA J | 10600 |
| 227. | HELMS, RODNEY E | 5451 |
| 228. | HERNANDEZ, JOSE | 17995 |
| 229. | HOAGLAND, AARON L | 17066 |
| 230. | HOFMANN, JOSEPH A | 13187 |
| 231. | HOLGUIN, SYLVIA | 13245 |
| 232. | HOLLOWAY, FELICIA | 9203 |
| 233. | HOLMES, CAROL | 10437 |
| 234. | HONEYCUTT, AMY L | 18914 |
| 235. | HORACIO, FURLONG | 11964 |
| 236. | HOWARD, SANDRA | 18860 |
| 237. | HUDAK, TRAVIS | 2311 |
| 238. | HUDDLESTON, RAMONA | 8572 |
| 239. | HUGHES, ALEXIS D | 19673 |
| 240. | HULETT, IRENE C. | 7669 |
| 241. | HULL, GRAYSON S. | 14196 |
| 242. | HULL, GRAYSON S. | 14284 |
| 243. | HYANNIS WATER SYSTEM | 8133 |
| 244. | ILCO SITE REMEDIATION GROUP | 15964 |
| 245. | ILLINOIS SCHOOL DISTRICT U-46 | 19977 |
| 246. | INGRAM, ASHLEY C | 12601 |
| 247. | INTERNATIONAL DISTRIBUTORS DBA / SUMMIT INTERNATIONAL | 20300 |
| 248. | ISOM, THOMAS | 17400 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 249. | JACKSON, STEPHEN C. | 6287 |
| 250. | JACKSON, WENDY | 26480 |
| 251. | JACKSON, YVONNE | 18617 |
| 252. | JACQUETEE, HENRY | 20135 |
| 253. | JASPER MUNICIPAL UTILITIES | 10311 |
| 254. | JAURE, NICOLE | 19460 |
| 255. | JENNINGS, MICHELE L | 15826 |
| 256. | JOHN E NEWMAN / GEORGETOWN PROPERTIES C/O JL & JE NEWMAN SL & ST NEWMAN | 19414 |
| 257. | JOHNSON JEANNE | 9769 |
| 258. | JOHNSON, CASEY | 12523 |
| 259. | JOHNSON, KELLY L | 15570 |
| 260. | JOHNSON, MAJOR W. | 14700 |
| 261. | JOHNSON, MARILYN E | 14549 |
| 262. | JOHNSON, VICKI M | 16491 |
| 263. | JOHNSON, ZENOBIA L. | 14352 |
| 264. | JONES, BETTY J | 11593 |
| 265. | JONES, MARDA KAY | 17163 |
| 266. | JONES, VINCENT L. | 12575 |
| 267. | KAPPAROS, SANDY P | 18976 |
| 268. | KAROOIANNIS, CHRISTINA I | 19009 |
| 269. | KASPARIAN, LAUREEN A. | 14480 |
| 270. | KASSNER, RACHEL A | 11065 |
| 271. | KEENS SERVICES, INC. | 9154 |
| 272. | KELLER, ROSEMARIE ELIZABETH | 22578 |
| 273. | KELLUM, KIERRA A | 12255 |
| 274. | KELLY, PEGGY | 20515 |
| 275. | KEPAA, FAITH | 12606 |
| 276. | KESSLER, JOAN | 11950 |
| 277. | KILLINGER, FRED R | 18774 |
| 278. | KOCANDA, CANDICE T | 19678 |
| 279. | KOLLARIK CATHERINE L | 9528 |
| 280. | KRISS, JANE | 10586 |
| 281. | KRUSZEWSKI , FRANK M | 11770 |
| 282. | KUNKEL SHARON M | 13608 |
| 283. | LAGUATAN, ROXANNE S. | 5410 |
| 284. | LAHEY, TIMOTHY P | 10727 |
| 285. | LAM, CORNELL K | 10771 |
| 286. | LANKFORD, DARYL G | 11972 |
| 287. | LAPAS, ANNETTE | 15093 |
| 288. | LAVALLEY, ALBERT | 10534 |
| 289. | LAVRINOVICH YELENA | 11675 |
| 290. | LAWSON, LINDA P | 13700 |
| 291. | LECHNER, JAMES HAK SEON | 12019 |
| 292. | LEDFORD, TESLA A | 19644 |
| 293. | LEE, CHRISTOPHER B | 2790 |
| 294. | LEE, VELVA | 18784 |
| 295. | LENNOX, TIMOTHY ALLEN | 17519 |
| 296. | LEVIN, EDGAR | 9401 |
| 297. | LIBERTY MUTUAL INSURANCE COMPANY | 14918 |
| 298. | LIRANZO, CARLOS A. | 2846 |
| 299. | LISSER, ALEKSANDR | 15076 |
| 300. | LOPEZ, JESSE | 20329 |
| 301. | LOPEZ, SANDRA L | 13687 |
| 302. | LOSCH, NANCY L. | 18227 |
| 303. | LOURDES TAMONDONG | 20558 |
| 304. | LU, XIAOCHANG | 107 |
| 305. | MACAULAY, TERRY AND KEVIN | 15580 |
| 306. | MACIAS KRISTINA J | 9696 |
| 307. | MADISON SUBURBAN UTILITY DIST | 12002 |
| 308. | MADISON SUBURBAN UTILITY DIST | 12006 |
| 309. | MADISON SUBURBAN UTILITY DIST | 12076 |
| 310. | MADISON SUBURBAN UTILITY DIST | 12082 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 311. | MAHONEY, LUCY | 10436 |
| 312. | MALEK, BARBARA J | 12305 |
| 313. | MANCERA, JOSE E | 17224 |
| 314. | MANGA MANUEL E | 10371 |
| 315. | MANGIA-CUMMINGS, SUZZANN | 26443 |
| 316. | MARIA DEL CONSUELO AVALOS DE GAYTAN | 11324 |
| 317. | MARK PLAZA FIFTY L.P. | 17340 |
| 318. | MARTIN, FLOR S | 18911 |
| 319. | MARTIN, TAMESIA M | 18764 |
| 320. | MARTINEZ, BELINDA | 1997 |
| 321. | MARTINEZ, MARIA | 18567 |
| 322. | MASTALERZ, ELLEN T | 17079 |
| 323. | MATHISEN OPTOMETRY | 19246 |
| 324. | MATIAS, ROBERTO | 10394 |
| 325. | MCCAFFERY, DARLENE | 3331 |
| 326. | MCCAMMITT, ROB L | 9777 |
| 327. | MCCARSON, KIMBERLY | 3082 |
| 328. | MCCARSON, KIMBERLY | 9651 |
| 329. | MCGOWIN, JAY M | 9001 |
| 330. | MCINTOSH, JULIE L. | 12984 |
| 331. | MCINTOSH, TARA L | 14821 |
| 332. | MCNEAL, SHEAKILA | 13902 |
| 333. | MCNEELA, STEPHEN J | 10698 |
| 334. | MCS HEMET VALLEY CENTER LLC | 16308 |
| 335. | MEADORS, SAGE B | 12212 |
| 336. | MEIXNER, RONALD J | 2499 |
| 337. | MEJIA, ANGELICA M | 16945 |
| 338. | MELLAS, CHARLES EDWARD | 4686 |
| 339. | MERCADO, MARITZA | 18844 |
| 340. | MERVIN, JAMES A | 22593 |
| 341. | MIAMI-DADE COUNTY - RER-DERM | 8425 |
| 342. | MIAMI-DADE COUNTY-DERM | 8456 |
| 343. | MICKENS, ERRICA | 15701 |
| 344. | MILLER, ANDREW | 13549 |
| 345. | MILLS, WILLIE A | 10972 |
| 346. | MITCHELL, SHANNON H. | 23212 |
| 347. | MOBIN, MOHAMMAD | 15053 |
| 348. | MONGE, ANA | 19813 |
| 349. | MONROE , RICHARD | 12175 |
| 350. | MOODY, SCHNEAKA | 11999 |
| 351. | MOORE, JAN | 13303 |
| 352. | MORGAN, JEFF E. | 2799 |
| 353. | MORRIS, RUBY | 26505 |
| 354. | MORRIS, STEVEN D. | 9235 |
| 355. | MORROW, SANDRA | 9441 |
| 356. | MOSSO, RONALD T. | 12825 |
| 357. | MP HOLDINGS, LLC | 19628 |
| 358. | MUELLER, KATHLEEN P | 1966 |
| 359. | MURPHY, DARLENE | 13612 |
| 360. | MUSSELMAN, THOMAS A | 11722 |
| 361. | NAKAHARA, CATHERINE | 17366 |
| 362. | NAVARRO, OSCAR | 19388 |
| 363. | NDUNYU, MARTIN | 8615 |
| 364. | NELSON, BRIAN L | 7621 |
| 365. | NELSON, NELECIA | 16742 |
| 366. | NELSON, WILLIE L | 18628 |
| 367. | NEWAY INTERNATIONAL INC | 11431 |
| 368. | NORTHWOODS SHOPPING CENTER, LLC | 13355 |
| 369. | NY COMMUNITY FINANCIAL LLC | 11027 |
| 370. | OESTREICH, EVAN R | 17240 |
| 371. | OKAZAKI, MILTON F. | 13336 |
| 372. | OLOF, LIDEN | 10502 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 373. | ORNELAS, SYLVIA | 20384 |
| 374. | OWENS, LORETTA | 18760 |
| 375. | PACHECO, DONAJI | 17118 |
| 376. | PAGE, KATRINA A | 10792 |
| 377. | PAGONE, ELAINE | 4912 |
| 378. | PARAGON CENTER, LLC | 15762 |
| 379. | PARKE, STARR L | 18211 |
| 380. | PARKS, ANTHONY J | 11033 |
| 381. | PARKS, ANTHONY J. | 11115 |
| 382. | PASTRANA, PEDRO J | 20278 |
| 383. | PATTERSON, SHAWN | 17647 |
| 384. | PEREZ ALMODOVAR, JOSE G | 18855 |
| 385. | PEREZ, ROSARIO EDITH | 6076 |
| 386. | PERLIK, CHERI | 9037 |
| 387. | PERU K-M COMPANY, LLC | 14851 |
| 388. | PICKNER, NANCY | 13740 |
| 389. | POLISE, CONCETTA | 6137 |
| 390. | POWELL, TANYA | 14315 |
| 391. | PR FINANCING LIMITED PARTNERSHIP (FRANCIS SCOTT KEY) | 19566 |
| 392. | PREMIER PRODUCTS LLC | 10724 |
| 393. | PREUDHOMME, WENDY A | 18192 |
| 394. | PRICE, HILISHA | 18064 |
| 395. | RAINES, DANIELLE | 18743 |
| 396. | RALOWSKI, MARY | 10577 |
| 397. | RAMER MICHAEL L | 11754 |
| 398. | RAMIREZ, NAYELI | 15149 |
| 399. | RASCHE, SHANE | 18697 |
| 400. | RELIFORD, ERMA | 12282 |
| 401. | RHEAULT, STEVEN R | 11498 |
| 402. | RHODE ISLAND TEXTILE CO | 6674 |
| 403. | RICHARDSON CARLISLE, FLORENCE A. | 22399 |
| 404. | RICHTER, SABRINA | 12631 |
| 405. | RIVARD, ANDRE A | 14461 |
| 406. | ROBERTSON, PIA | 18095 |
| 407. | ROCKETT, DELLAREESE | 14580 |
| 408. | RODRIGUEZ, RONALD G | 11687 |
| 409. | ROGAL, ELIZABETH | 10430 |
| 410. | ROGERS, DORIS | 20147 |
| 411. | ROTH, JEFFREY E | 10971 |
| 412. | ROUNDS, SHARON | 16045 |
| 413. | ROUSSET, RUBEN | 12633 |
| 414. | ROVETO, DIANE | 10450 |
| 415. | RURAL KING REALTY, LLC | 20191 |
| 416. | RURAL KING REALTY, LLC | 20192 |
| 417. | RURAL KING REALTY, LLC | 20198 |
| 418. | RURAL KING REALTY, LLC | 20199 |
| 419. | RUSNAK, ROXANE N | 14732 |
| 420. | RUTKOWSKI, JENNIFER M | 14528 |
| 421. | SABOL, PAULA R | 15789 |
| 422. | SACCO, ZAHILIA | 13026 |
| 423. | SALAHUDDIN, SHAIFAH | 16344 |
| 424. | SALAHUDDIN, SHAIFAH | 16477 |
| 425. | SALAZAR, MARTHA | 14212 |
| 426. | SANCHEZ, MERCEDES | 19828 |
| 427. | SANDERS, VERNAIL C | 19275 |
| 428. | SANTIAGO BRENDA | 11251 |
| 429. | SAUER, ROLAND R | 6514 |
| 430. | SCHELL, DEBRA K | 11639 |
| 431. | SCHMIDT, CHERYL D | 15832 |
| 432. | SCHOGGINS, WENDY LARSON | 5580 |
| 433. | SCHUMAN, LINDA | 19632 |
| 434. | SCOTT HOBSON, TRUSTEE OF SCOTT HOBSON REVOCABLE TRUST | 12755 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 435. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17559 |
| 436. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17697 |
| 437. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17922 |
| 438. | SECCO SHIRLEY A | 13399 |
| 439. | SECCO, SHIRLEY A | 14863 |
| 440. | SERRANO-ALATORRE, IRMA Y | 15123 |
| 441. | SHINE NISHA | 19539 |
| 442. | SHUSTER, DOUG | 20274 |
| 443. | SIMPSON, CAMBRIA | 14387 |
| 444. | WATKINS, CONYUS A | 9084 |
| 445. | WAY STREET LLC | 14458 |
| 446. | WEAKLEY, SARAH | 8986 |
| 447. | WHITEMAK ASSOCIATES, A PENNSYLVANIA LIMITED PARTNERSHIP | 13234 |
| 448. | WIEDEMANN, LINDA D | 13131 |
| 449. | WIENM PROPERTIES | 12516 |
| 450. | WILEY, ALAN | 15735 |
| 451. | WILLETT, CHRISTOPHER J | 18429 |
| 452. | WILLIAMS, DORIS | 10572 |
| 453. | WILLIAMS, JOSEPH | 8619 |
| 454. | WILLIAMS, MARJORIE | 26439 |
| 455. | WOOD, DAVID DONALD | 9765 |
| 456. | WRIGHT, MARQUELLA | 15813 |

**Exhibit B**

**Claims Hearing Procedures**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
In re                                                 :        **Chapter 11**
                                                      :
**SEARS HOLDINGS CORPORATION**, *et al.*,             :        **Case No. 18-23538 (RDD)**
                                                      :
            Debtors.[1]                               :        **(Jointly Administered)**
-------------------------------------------------------------- x

## COURT-ORDERED CLAIMS HEARING PROCEDURES

      The claims hearing procedures (the "**Claims Hearing Procedures**") described herein have been ordered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") to apply to the Chapter 11 cases of the Sears Holdings Corporation and its affiliated debtors (collectively, the "**Debtors**").

## Claims Hearing Procedures

1.    Pursuant to the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the Bankruptcy Court established periodic omnibus hearings (the "**Omnibus Hearings**") in these Chapter 11 cases.  The Debtors shall schedule the return date for claims objections, omnibus or otherwise, for hearing at Omnibus Hearings or other hearings the Debtors may schedule with the Bankruptcy Court.

2.    The Bankruptcy Court may enter an order at the scheduled hearing sustaining an objection to proofs of claim (each, a "**Proof of Claim**") with respect to which no response (a "**Response**")[2] is properly filed and served.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Any information submitted in connection with a Proof of Claim shall be part of the record with respect to the relevant Claim, and any such information already submitted need not be resubmitted in connection with the Claims Hearing Procedures.

3.      The hearing to consider an objection to Proofs of Claim as to which a Response is properly filed and served (each, a "**Contested Claim**") shall be set for a contested hearing (each, a "**Claims Hearing**") to be scheduled by the Debtors, in their sole discretion, as set forth herein.  The Debtors may request that the Bankruptcy Court schedule Claims Hearings on the date and/or time of the Omnibus Hearings or at another date and time.

4.      The Debtors shall schedule a Claims Hearing for a Contested Claim as follows:

(i)      For a non-evidentiary hearing to address whether the Contested Claim has failed to state a claim against the Debtors which can be allowed and should be dismissed pursuant to Bankruptcy Rule 7012 (a "**Sufficiency Hearing**"), unless the Debtors serve the applicable claimant (the "**Claimant**") with a Notice of Merits Hearing (as defined herein), the Sufficiency Hearing shall go forward at the return date set in accordance with paragraph 1 of these Claims Hearing Procedures.  The legal standard of review that will be applied by the Bankruptcy Court at a Sufficiency Hearing will be equivalent to the standard applied by the Bankruptcy Court upon a motion to dismiss for failure to state a claim upon which relief can be granted.

(ii)     For an evidentiary hearing on the merits of a Contested Claim (a "**Merits Hearing**"), the Debtors may, in their sole discretion, serve upon the relevant Claimant, by email or overnight delivery, with a copy to the Creditors' Committee, and file with the Bankruptcy Court, a notice substantially in the form attached to the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) as <u>**Exhibit 2**</u> (a "**Notice of Merits Hearing**"), at least thirty (30) calendar days prior to the date of such Merits Hearing.  The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Bankruptcy Court in connection therewith.

5.      Discovery with respect to a Contested Claim will not be permitted until either: (i) the Bankruptcy Court has held a Sufficiency Hearing and determined that the Contested Claim states a claim that could be allowed and should not be dismissed pursuant to Bankruptcy Rule 7012; or (ii) the Debtors have served on the relevant Claimant a Notice of Merits Hearing with respect to the Contested Claim.

6.      The Debtors may file and serve a reply (a "**Reply**") to a Response no later than 4:00 p.m. (Prevailing Eastern Time) on the day that is at least two (2) business days prior to the date of the applicable hearing.

7.      The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Bankruptcy Court and the Claimant.

8.      **Sanctions**.  The Bankruptcy Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the Claims Hearing Procedures.

BY ORDER OF THE BANKRUPTCY COURT