# Exhibit 1

**Disputed Claims**

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | 10 MANAGEMENT INCORPORATED, INC | 4521 |
| 2. | A-1 MULTI SERVICE LLC | 2329 |
| 3. | AHMED, IKHLAS | 18781 |
| 4. | AHS STAFFING, LLC (FORMERLY PHARMSTAT, LLC) | 1227 |
| 5. | ALBRIGHT, TARA | 9890 |
| 6. | ALDRIDGE, MATT | 2630 |
| 7. | ALL AMERICAN DOOR | 15188 |
| 8. | ALLEN, BARBARA | 14188 |
| 9. | ALLIANCE WORKFORCE SOLUTIONS, LLC | 5520 |
| 10. | ALLIANCE WORKFORCE SOLUTIONS, LLC | 15385 |
| 11. | ALLIED UNIVERSAL SECURITY SERVICES | 2967 |
| 12. | ALVAREZ, VIVIAN | 10888 |
| 13. | AMAZING WL LTD COMPANY | 8637 |
| 14. | AMMONS, STERLING | 13897 |
| 15. | AMY MORTON DBA MID STATES PARKING LOT | 5542 |
| 16. | ANTHONY BROWN LLC | 4509 |
| 17. | APPLIED STAFFING SOLUTIONS LLC | 14858 |
| 18. | ARCE, LAUREN | 1789 |
| 19. | ARENAS, ESTHER AMANDA | 8208 |
| 20. | ARENAS, ESTHER AMANDA | 8327 |
| 21. | ARTHUR WOLFORD LLC | 10658 |
| 22. | ASCHOFF, MICHAEL P | 12003 |
| 23. | AUSTIN, CATHERINE | 16313 |
| 24. | AXIOM STAFFING GROUP INC | 7056 |
| 25. | BAKER, ROBERTA JOAN | 4464 |
| 26. | BANKS, MARGARET | 12990 |
| 27. | BARKER III, CHARLES | 18975 |
| 28. | BARKER III, CHARLES | 6403 |
| 29. | BARKER, DARLA | 17031 |
| 30. | BARNES, ANNIE | 16839 |
| 31. | BAZAN, FRANCES | 5020 |
| 32. | BENISON, SHONTAE | 19448 |
| 33. | BENS, TAWANA | 12572 |
| 34. | BENTON, NITA | 17506 |
| 35. | BERRY, BOBBY | 11062 |
| 36. | BLANEY, MARIA | 9799 |
| 37. | BONNER-SMITH, DENISE | 10199 |
| 38. | BOUTROS, PIERRE | 8979 |
| 39. | BOYD, JAMES | 10550 |
| 40. | BRAUN, LAURENCE | 13227 |
| 41. | BROWN, ARDREE D. | 17029 |
| 42. | BROWN, ROBERT | 11397 |
| 43. | BUCKLEY, SHIRLEY | 9691 |
| 44. | BULLOCK, STEVE D | 16633 |
| 45. | BURGER, SANDRA GOFF | 1880 |
| 46. | BUTLER, ALFREDIA | 13219 |
| 47. | BUYZE, ADRIAN C. | 6026 |
| 48. | BYERLEY, DAVID | 11160 |
| 49. | BYRD, DONNIE L | 18916 |
| 50. | CALHOUN, ANGIE | 11536 |
| 51. | CALLISONRTKL | 7619 |
| 52. | CALLISONRTKL | 7965 |
| 53. | CAMPBELL, BENJAMIN T. | 7115 |
| 54. | CANADY, JEROME | 9631 |
| 55. | CAPITAL BUILDING SERVICES GROUP, INC | 17288 |
| 56. | CAPITAL BUILDING SERVICES GROUP, INC | 17443 |
| 57. | CARRAWAY, PEDRO | 9022 |
| 58. | CARRIBEAN LOTTERY SERVICES | 12779 |
| 59. | CARROLL, JUANITA | 11118 |
| 60. | CARTER, BRIANA | 5901 |
| 61. | CASILLAS, LUIS | 17764 |
| 62. | CHAMPION, JANICE | 12993 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 63. | CHAN, NGO | 13233 |
| 64. | CHILDREN'S ISLAND CORPORATION | 2479 |
| 65. | CHRISTOPHER BURT OD PC | 6661 |
| 66. | CHRONOSTORE | 1617 |
| 67. | CHRONOSTORE | 8291 |
| 68. | CINTRON, CAROL | 16193 |
| 70. | CLAYTON, DEBRA | 16537 |
| 71. | COLLINS, YVONNE | 14999 |
| 72. | COMFY CONSTRUCTION LLC | 1040 |
| 73. | CONNIE E. CARRASCO - DD LANDSCAPE AND LAWN SERVICE | 8043 |
| 74. | CONNORS, FONG AND MANCUSO, INC | 8700 |
| 75. | CONNORS, FONG AND MANCUSO, INC. | 8241 |
| 76. | CONNORS, FONG AND MANCUSO, INC. | 8244 |
| 77. | CONTI, BIAGIO | 19184 |
| 78. | CONWAY, PEGGY | 19971 |
| 79. | COOK, STEVEN | 12907 |
| 80. | COOL BREEZE HVAC INC | 4474 |
| 81. | COOL BREEZE HVAC INC | 4554 |
| 82. | COTTLE, SHIRLEY | 17923 |
| 83. | CRAIG, ATHENA | 14292 |
| 84. | CRAWFORD, CYNTHIA | 19329 |
| 85. | CREATIVE CIRCLE, LLC | 6792 |
| 86. | CRESCENT ACE HARDWARE | 8530 |
| 87. | CRONAN, DAN M | 4575 |
| 88. | CROOK, JEFFREY W. | 16386 |
| 89. | CROSLAND, CINDY D | 3030 |
| 90. | CROSS, RICHARD | 2064 |
| 91. | CUBY, VIRGINIA | 10904 |
| 92. | CURRY, JADA M | 10475 |
| 93. | D & M STRIPING | 10293 |
| 94. | D&C MEDIA LLC | 2057 |
| 95. | DACRUZ, ROBERT | 12873 |
| 96. | DAVE MANCIA, DUNS # 1000338016 | 755 |
| 97. | DAVID KAIRYS OD | 5495 |
| 98. | DAVIS, BRENDA | 19312 |
| 99. | DAVIS, JOSEPH T | 6690 |
| 100. | DAVY, MARIO | 8542 |
| 101. | DE BILLAS LUX | 3651 |
| 102. | DEAN, JOHN | 11947 |
| 103. | DEE HEFFERNAN, INC. | 618 |
| 104. | DEJOIE, KENNETH | 7159 |
| 106. | DEWITT & FLO HOLLINGSWORTH | 16246 |
| 107. | DIFOGGIO PLUMBING PARTNERS, INC | 4992 |
| 108. | DIMARTINO, MICHELINA | 5288 |
| 109. | DIPAOLO, VALENCIA TOOPS | 19511 |
| 110. | DONAHUE, JOSEPH | 18966 |
| 111. | DONE RIGHT INSTALLATIONS | 7022 |
| 112. | DR. HOLLY LEWTON PC | 16800 |
| 113. | DR. NICHOLAS KREVATAS PA | 4886 |
| 114. | DRIVERS PLUMBING & MECHANICAL INC | 17133 |
| 115. | DUMA, ROGEL | 2795 |
| 116. | DUNBAR, SELEYOUN | 8416 |
| 117. | DUNLAP, KEVIN | 9478 |
| 118. | DUNLAP, KEVIN L. | 9579 |
| 119. | DUNN, CAROL A | 2650 |
| 120. | DURFEY, JAMES R. | 8091 |
| 121. | EADDY, LORRAINE BOONE | 14119 |
| 122. | EAGLE NURSERIES INC. | 3788 |
| 123. | EL DORADO LOCATORS | 1226 |
| 124. | EL-HABRE, SUZANNE | 5063 |
| 125. | EL-HABRE, SUZANNE | 12213 |
| 126. | EMARKTPLACE SOLUTIONS LLC | 4643 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 127. | EMPLOYMENT SOLUTIONS | 119 |
| 128. | ESPOSITO, ROBERT | 13792 |
| 129. | ESQUIVEL, ERIKA | 1702 |
| 130. | ESQUIVEL, ERIKA J | 1987 |
| 131. | ESTEP, TERRI  L. | 26436 |
| 132. | ESTEP, TERRI L | 26435 |
| 133. | EVANS, DEBORAH L | 6500 |
| 134. | EVELAND, ROBERT | 18332 |
| 135. | EXCEL BUILDING SERVICES LLC | 14835 |
| 136. | EXCEL BUILDING SERVICES, LLC | 5500 |
| 137. | EXPRESS EMPLOYMENT PROFESSIONALS | 7892 |
| 138. | EXPRESS SERVICES INC. | 8145 |
| 139. | FACT AUTOMATED ENTRANCES, INC | 7966 |
| 140. | FAISON, SHIRLEY | 10050 |
| 141. | FANELLI, HELEN | 18578 |
| 142. | FERGUSON, MARY L. | 19677 |
| 143. | FERNANDEZ, ELYSE | 4773 |
| 144. | FIRE & ICE HEATING AND COOLING | 1008 |
| 145. | FITZGERALD, SHAWN | 1564 |
| 146. | FORCE, EMILY | 5805 |
| 147. | FOREST FAMILY EYE CARE CLINIC | 18378 |
| 148. | FORRESTER, BRIAN | 9314 |
| 149. | FOUR SEASONS SIDING, INC. | 677 |
| 150. | FRANCIS, ELAINE | 18651 |
| 151. | FRAZIER, RUBY | 15487 |
| 152. | FRUGE, JULIE M | 4398 |
| 153. | GALLAGHER, ALANE | 7970 |
| 154. | GARCIA FAMILY ENTERPRISES LLC | 19540 |
| 155. | GARRETT, LINDA ARIANA | 14844 |
| 156. | GARY D. NELSON ASSOCIATES, INC. | 1096 |
| 157. | GATHER NO MOSS LTD | 19820 |
| 158. | GAZDA, CAROL | 16764 |
| 159. | GEORGE ELDERKIN | 17048 |
| 160. | GEORGE, DEBRA KAY | 5551 |
| 161. | GIDEON'S SOURCE OF KANSAS INC | 9861 |
| 162. | GILL, MARTHA | 19218 |
| 163. | GOVEA, FELIPE | 8037 |
| 164. | GRAPHIC TEAM INC. | 8913 |
| 165. | GRAVES, PAMELA | 14124 |
| 166. | GRAY, CHRISTINE | 15301 |
| 167. | GRIFFIN, WILLIE | 12798 |
| 168. | GUERRERO, JAVIER | 12427 |
| 169. | GUO, ANDREW | 11161 |
| 170. | GUSTAVE-WILBORN, GHYSLAINE | 17635 |
| 171. | GUTRICK, BARBARA | 15523 |
| 172. | H. DENNIS LEWTON, O.D. | 5829 |
| 173. | HADEN, AARON | 8 |
| 174. | HADEN, AARON | 10 |
| 175. | HADEN, AARON | 11 |
| 176. | HADEN, AARON | 14 |
| 177. | HADEN, AARON | 16 |
| 178. | HADEN, AARON | 17 |
| 179. | HALE, MICHAEL | 12404 |
| 180. | HALIMA, RUBEN | 7872 |
| 181. | HALL, JANICE | 19658 |
| 182. | HAMILTON, LATONYA | 26466 |
| 183. | HAMMER, SAM & DEBBIE | 19383 |
| 184. | HANNA, CHRISTOPHER DORIAN | 8635 |
| 185. | HARRIS, BETTY J | 17415 |
| 186. | HEATH OFSTEAD | 9677 |
| 187. | HEINEMANN, ROBERT C | 9625 |
| 188. | HERNANDEZ ALBELO, JOEL E | 9158 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 189. | HERNANDEZ, CATHERINE | 4966 |
| 190. | HERNANDEZ, CATHERINE CANNON | 2979 |
| 191. | HERRERA, ELSA | 19065 |
| 192. | HERRON, FRANK E | 9700 |
| 193. | HERRON, HENRIETTA | 11958 |
| 194. | HG TRADING INC | 3556 |
| 195. | HILL, DEBORAH | 19004 |
| 196. | HILL, DEBORAH | 19011 |
| 197. | HILL, JOHN M. | 8122 |
| 198. | HILL, MARGARET | 13651 |
| 199. | HILL, ROSA L. | 15949 |
| 200. | HOBSON-WILLIAMS, TANYA | 10883 |
| 201. | HOLMES, CAROL | 20071 |
| 202. | HOMER, ISLE | 19497 |
| 203. | HOOKS, LAPRICIA | 11505 |
| 204. | HOUSTON, FRAZIER | 15931 |
| 205. | HOUSTON, MARTAVIA SHAREE | 4223 |
| 206. | HULSEY, MARTHA DIANN | 5824 |
| 207. | HUTCHINGS, MICHAEL | 12304 |
| 208. | HUTCHINS, TRUESELLA | 11349 |
| 209. | HUZALA INC | 1590 |
| 210. | INDUSTRIAL REFRIGERATION SERVICES/GREGORY STEEN | 13994 |
| 211. | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2686 |
| 212. | INGRAM ELECTRO-MEK, INC. | 3590 |
| 213. | INNA MAZE | 15903 |
| 214. | INSTALLATIONS AP LLC | 1044 |
| 215. | INTEGRATED SERVICE MGT LLC | 10449 |
| 216. | IRVIN PUBLIC RELATIONS | 4858 |
| 217. | J&L INSTALLS, LLC | 4410 |
| 218. | JACKSON CLEANING SERVICES, LLC | 14140 |
| 219. | JACKSON, BRITTANY BRIA | 9440 |
| 220. | JACKSON, CASSANDRA | 16249 |
| 221. | JACKSON, WILLIAM | 10837 |
| 222. | JANDI SERVICES | 20601 |
| 223. | JANSEN, JASON | 17741 |
| 224. | JAP & SONS SOLUTIONS ONLINE | 3994 |
| 225. | JASSO, DEBRA | 13144 |
| 226. | JENKINS, TIARA | 15875 |
| 227. | JEROME-BERRY, SHERRY | 18647 |
| 228. | JOHNSON, GERALDINE | 10190 |
| 229. | JOHNSON, LYNDA | 15897 |
| 230. | JOINER, CANDIS | 6984 |
| 231. | JONES, HILDA | 19027 |
| 232. | JOSIAH, COOKIE K. | 11152 |
| 233. | JOYNES, GEORGE (MRS) C | 14346 |
| 234. | KAN, WENKANG | 6010 |
| 235. | KELLER, ARNOLD | 18964 |
| 236. | KELLER, KRISTIE | 8960 |
| 237. | KELLY, GLORIA | 10608 |
| 238. | KEMP, BRANDON | 8996 |
| 239. | KEYLESS SHOP INC | 12007 |
| 240. | KHAN, SHAHARYAR | 12860 |
| 241. | KING, WANDA MARCELLA | 6071 |
| 246. | KITAGAWA, MARTIN A | 6909 |
| 247. | KONOPKA, KERRY | 12915 |
| 248. | KRAUSE WATCH CO. | 1477 |
| 249. | KUBWIMANA, SERGE | 16278 |
| 250. | KUNZ, EDNA PATRICIA | 5486 |
| 251. | KUPPINGER, JOHN | 5339 |
| 252. | KURYLOWICZ, ROBERT | 4493 |
| 253. | KURZER, ANN | 5863 |
| 254. | LABISSIERE, MARIE | 14944 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 255. | LACY, KATHY J. | 11794 |
| 256. | LANGE, HELEN K | 19634 |
| 257. | LANGE, MARK | 19424 |
| 258. | LANZAFAME, IGNAZIO | 5658 |
| 259. | LAROCQUE, MICHAEL | 19466 |
| 260. | LAU, COOBE | 12448 |
| 261. | LEAKS, JOHNNY AND SARA | 15014 |
| 262. | LEE W. FLANAGAN LANDSCAPING | 4885 |
| 263. | LEE, WILLA | 17912 |
| 264. | LEE'S LAWN SERVICE | 5337 |
| 265. | LEE'S MAINTENANCE SERVICE INC. | 5357 |
| 266. | LI, JANE | 5513 |
| 267. | LIDWINE, JEAN BAPTISTE | 14510 |
| 268. | LIGGINS EYE CONSULTANTS, INC. | 8132 |
| 269. | LIGGINS, PHILLIP M. | 8134 |
| 270. | LILY'S TALENT AGENCY | 4831 |
| 271. | LINK, TERRENCE | 14351 |
| 272. | LIPPS LLC | 5421 |
| 273. | LISSER, ALEKSANDR | 15409 |
| 274. | LK OK CARPET INSTALLATIONS, LLC | 2449 |
| 275. | LL&D INC. | 1589 |
| 276. | LOCH, LYNDA S | 14507 |
| 277. | LOVE, THOMAS | 11412 |
| 278. | LOVELL, ERNESTINE W | 17052 |
| 279. | LUCINBILL, INC. | 2127 |
| 280. | LUX LOGS LTD | 5142 |
| 281. | MACFARLANE, ROBERT | 17844 |
| 282. | MACHUGA CONTRACTORS, INC. | 4520 |
| 283. | MAGGARDS TIME SERVICE INC | 10867 |
| 284. | MAGGARD'S TIME SERVICE, INC STORE# 1465 | 3029 |
| 285. | MARILYN OWNS MEDICINE | 6947 |
| 286. | MARK GILES LANDSCAPE COMPANY | 1491 |
| 287. | MARLOW, MINDI | 5176 |
| 288. | MARONA, SCOTT | 15776 |
| 289. | MARTIN, MARY | 19889 |
| 290. | MASON, EDWARD | 10924 |
| 291. | MATHEWS, PATRICIA | 19472 |
| 292. | MAXWELL, SCOTT LEE | 6191 |
| 293. | MAYO, LOUISE H. | 18293 |
| 294. | MAYS, CORNELIUS | 15251 |
| 295. | MCCOWAN, BETTY | 14933 |
| 296. | MCILWAIN, RALPH | 1031 |
| 297. | MEADOWBROOK HARDWARE | 8147 |
| 298. | MEMBRILA, TOMAS | 1460 |
| 299. | MENDOLERA, CHRISTINA | 4628 |
| 300. | MENJIVAR, DORIBEL E. | 6707 |
| 301. | MESEWICZ, DAVID P | 2942 |
| 302. | MILLER, JILL PAXTON | 3996 |
| 303. | MILLER, MELISSA | 12472 |
| 304. | MINNESOTA STAFFING LLC DBA AAA LABOR | 4815 |
| 305. | MITCHELL, TINA | 11997 |
| 306. | MOORE, JAN | 6783 |
| 307. | MOORE, JOHN AND DONNA | 9044 |
| 308. | MORALES, CORINA | 19387 |
| 309. | MOROSETTI, ALVIN | 19933 |
| 310. | MORRIS, SUSAN K | 1800 |
| 311. | MORTON, JOANN | 13550 |
| 312. | MOUSER, JULIA L. | 16158 |
| 313. | MOYE, OPHELIA | 2209 |
| 314. | MP HOLDING N AMER, INC. | 13015 |
| 315. | MP HOLDINGS, LLC | 18048 |
| 316. | MUSTAPHA, PRINCESS J. | 5760 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 317. | MUTTALIB, FAAROUQ | 13883 |
| 318. | MYOPTICS, LLC/ ALICE P. NGUYEN, OD | 6036 |
| 319. | NAIK, VINAYAK | 10807 |
| 320. | NASHUA WASTEWATER SYSTEMS | 6682 |
| 321. | NAVA, JUANITA | 11628 |
| 322. | NELSON, DAYNA DIANE | 11373 |
| 323. | NENABER, PHILLIP | 4789 |
| 324. | NEUBAUER, FRANK | 15891 |
| 325. | NEVERSON, CHERYL | 13324 |
| 326. | NEW DIMENSIONS | 3923 |
| 327. | NEWTON, TIFFANY | 14798 |
| 330. | NGUYEN, TRAM (LORI) OD | 15976 |
| 331. | NICKS, GARY | 3359 |
| 332. | NICKS, GWENDOLYN D. | 13254 |
| 333. | NIN GROUP INC | 12932 |
| 334. | NIN GROUP INC. | 12934 |
| 335. | NORTHERNMARINEELECTRONICS.COM | 4358 |
| 336. | NORTHGATE GARAGE DOOR CO., LLC | 5477 |
| 337. | NORTHGATE GARAGE DOOR CO., LLC | 5481 |
| 338. | NORTHWEST REMODEL GUYS LLC | 84 |
| 339. | NW SALES CONNECTION, INC | 1779 |
| 340. | OAK BROOK MECHANICAL SERVICES, INC. | 6136 |
| 341. | OAK BROOK MECHANICAL SERVICES, INC. | 6139 |
| 342. | ODONNELL, KRISTEN | 9532 |
| 343. | OJO CREATIVE | 6868 |
| 344. | OLIVAS, JUAN | 4489 |
| 345. | OLIVER, VIRGINIA | 14162 |
| 346. | ONEAL, DARLENE | 9320 |
| 347. | OTAGURO, KELVIN | 11582 |
| 348. | OWENS III, JOHN WILLIAM | 7100 |
| 349. | PADEN, ED | 10995 |
| 350. | PALKON, REGINA | 19056 |
| 351. | PARAS, ROBERTO P. | 18832 |
| 352. | PASS IT ON INC. | 2643 |
| 353. | PAUL, CURTES | 11618 |
| 354. | PAYNE, SAM | 7008 |
| 355. | PEARSON, ANTHONY | 18321 |
| 356. | PERKINS, KEISHA | 8029 |
| 357. | PHAM, YEN | 9463 |
| 358. | PHIPPEN, HEIDI | 8506 |
| 359. | PIERRE, BOUTROS | 8965 |
| 360. | POLISE, CONCETTA | 11513 |
| 361. | POWELL, ROBERT D. | 15041 |
| 362. | PRECISION AIR COMFORT LLC | 14591 |
| 363. | PREMIER PRODUCTS LLC | 6962 |
| 364. | PRIOR, JOSEPHINE | 4997 |
| 365. | PSS PATHFINDER, INC. | 8662 |
| 366. | PUCELY, JOEL | 20311 |
| 367. | PUCELY, JOEL | 7102 |
| 368. | QUALIMAX MARKETING INC | 2321 |
| 369. | QUINN, DORETHA | 18235 |
| 370. | R & S APPLIANCE INSTALLATIONS, INC. | 2422 |
| 371. | RAMASAR, NAVITA | 6876 |
| 372. | RAMIRO, JUDITH | 12733 |
| 373. | RANSCAPES, INC. | 7732 |
| 374. | REGIS ELECTRIC LLC | 16323 |
| 375. | RESIDENTIAL BUILDERS ASSOCIATION (RBA) | 7564 |
| 376. | RICHARDSON, TANAKA | 18403 |
| 377. | RING, JEFF | 5378 |
| 378. | ROBERT OR SARA BROWN 33845 | 1221 |
| 379. | ROBINSON, SHUNTAI | 19069 |
| 380. | ROGERS, ETHELEEN | 10584 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 381. | ROGERS, VIOLA Y | 16907 |
| 382. | ROI ENERGY INVESTMENTS, LLC | 5592 |
| 383. | ROKANAS, NICHOLAOS | 10532 |
| 384. | ROSALES, FREDDY MEZA | 4278 |
| 385. | ROSS, ELIJAH | 19103 |
| 386. | ROWAN, ESTHER M | 12985 |
| 387. | RUSH, ADRIENNE | 12618 |
| 388. | SAENZ, NICEFORO | 12067 |
| 389. | SALEEM, UMMAD | 1638 |
| 390. | SANDERS, BARBARA | 11127 |
| 391. | SANDERS, JOHN | 11832 |
| 392. | SANFELIZ, MARIA D | 5897 |
| 393. | SAPP, RANDALL | 4999 |
| 394. | SAUNDERS, GEORGE | 19923 |
| 395. | SAWIN, CAROLYN R | 12293 |
| 396. | SAX O.D., DREW A. | 6548 |
| 397. | SCOTT, LAKISHA | 12630 |
| 398. | SEGERS, REVOIR | 13354 |
| 399. | SERVICE FINANCE | 9780 |
| 400. | SILVER CITY JEWELRY INC. | 12728 |
| 401. | SISTER MOON BOUTIQUE | 5236 |
| 402. | SMITH, CARRIE | 12754 |
| 403. | SMITH, MAMIE | 19879 |
| 404. | SMITH, SHIRLEY | 10799 |
| 405. | SMITH, VIVIAN | 15827 |
| 406. | SNELLING | 5589 |
| 407. | SS GROUP INC | 8495 |
| 408. | STAGLIANO, SAMUEL | 19251 |
| 409. | STALBAUM, CINDY | 10486 |
| 410. | STANIOS INDUSTRIAL SUPPLY CO | 2346 |
| 411. | STEIN, SCOTT | 18498 |
| 412. | STEPHENSON, JARMILIA | 17790 |
| 413. | STONE SOUP 3, INC | 13100 |
| 414. | STOTT RYAN, SUE | 7851 |
| 415. | STUCK'S HEATING AND COOLING | 778 |
| 416. | STUDIO HIROSHI LLC | 931 |
| 417. | STUTZ, RICHARD | 3553 |
| 418. | SUNCOAST RENOVATIONS AND REMODELING LLC | 987 |
| 419. | SUNNY FASHION INC. | 1599 |
| 420. | SUPPLE, LISA | 18754 |
| 421. | SWEPT AWAY LLC | 9323 |
| 422. | TASIE, CHUKWUEMEKA R. | 9028 |
| 423. | TAYLOR'S SMALL ENGINE REPAIR | 3037 |
| 424. | TCA HOLDINGS PROPARTNERS LLC | 7151 |
| 425. | TEAL CONSULTING GROUP | 14411 |
| 426. | TEXAS PLUMBING DIAGNOSTICS | 10630 |
| 427. | TEXAS PLUMBING DIAGNOSTICS | 11103 |
| 428. | TEXAS PLUMBING DIAGNOSTICS | 14970 |
| 429. | TEXAS PLUMBING DIAGNOSTICS | 15254 |
| 430. | TEXAS PLUMBING DIAGNOSTICS | 18243 |
| 431. | THE BICYCLE DOCTOR OF BROWARD, INC. | 6498 |
| 432. | THE CORE ORGANIZATION | 17323 |
| 433. | THE LAWN PROZ OF FLORIDA INC | 7870 |
| 434. | THE ROCKIES LLC | 2 |
| 435. | THOMAS, DELSIA | 19943 |
| 436. | THOMAS, KANIKI | 1911 |
| 437. | TIGER MEDIA INC. | 4725 |
| 438. | TILLER, TINA | 13731 |
| 439. | TOMA, JEAN | 8523 |
| 440. | TOP STEP MANUFACTURING, LLC | 4 |
| 441. | TORRES, ANGELICA | 6147 |
| 442. | TREASURE EXCHANGE | 3872 |

**Debtors' Thirty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 443. | TRITTSCHUH, DIANE | 17727 |
| 444. | TYLER, EARL | 12243 |
| 445. | USA MAINTENANCE OF FLORIDA LLC | 5544 |
| 446. | VALENCIA, AURELIO | 10511 |
| 447. | VANDERPOOL, MICHELLE | 18421 |
| 448. | VANWINKLE, EDDIE | 12392 |
| 449. | VASANT S. JADIA, TIME JEWELS, VENDOR # DUN 1000338024 | 3834 |
| 450. | VENCO WESTERN, INC. | 8268 |
| 451. | VICTORY MARKETING AGENCY LLC | 16129 |
| 452. | VINYERD, DARLENE | 13282 |
| 453. | VUE, PAHOUA | 5223 |
| 454. | W S C | 15040 |
| 455. | WAHAB, OLAYINKA | 3625 |
| 456. | WARNER, PHILIP | 15616 |
| 457. | WARREN, ANGELIQUE | 11108 |
| 458. | WASHINGTON, GLORIA | 19970 |
| 459. | WATKINS, JAMES | 10008 |
| 460. | WAZEED, WAKEEDA | 12381 |
| 461. | WEDLOWE, EDDIE | 11899 |
| 462. | WELLS SWEEPING | 13394 |
| 463. | WESTERN NEON INC | 12913 |
| 464. | WEYNI, NJEMILE | 10483 |
| 465. | WHEELDON'S ALTERNATIVE ENERGY | 835 |
| 466. | WHITAKER, SHARON | 10933 |
| 467. | WHITTLE, WILLIAM | 15838 |
| 468. | WIEBE, BRIAN | 5663 |
| 469. | WILLIAMS, RUFUS | 14330 |
| 470. | WILLIAMS, TANGANICA | 9321 |
| 471. | WILLOUGHBY, JANICE | 16657 |
| 472. | WOLFORD, ARTHUR | 94 |
| 473. | WOODARD, CHERYL JEAN | 19585 |
| 474. | WOOLBRIGHT, CHERYL V | 19710 |
| 475. | WORLD TIME WATCH & JEWELRY REPAIR | 12188 |
| 476. | XU, ALICE | 7002 |
| 477. | YELLOWDEVIL LLC | 4830 |
| 478. | YETI CONSTRUCTION AND REMODELING LLC | 58 |
| 479. | YOSHIMITSU, DEBRA | 11962 |
| 480. | YOUMANS, DENNIS | 2020 |
| 481. | YOUMANS, DENNIS | 2287 |
| 482. | YOUNG, JAMES M | 6113 |
| 483. | ZABILKA, MELISSA | 12116 |
| 484. | ZAVALA, PATRICIA | 17868 |
| 485. | ZAZADO, MARYANN K | 10950 |
| 486. | ZAZZLE, INC | 1645 |
| 487. | ZHENG, MICHAEL LI & MEI | 11665 |