**Exhibit 1**

**Disputed Claims**

**Debtors' [Fortieth] Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, *et al.***
**Exhibit 1 - Disallowed and Reclassed Claims**  **Case No. 18-23538 (RDD)**

**Schedule of Secured Claims to be Disallowed and Reclassed***

| Ref # | Name of Claimant | Debtor | Proof of Claim No. |
|---|---|---|---|
| 1. | Condra, Bryan David | Sears Holdings Corporation | 11711 |
| 2. | DRAMER, BARBARA S | Sears Holdings Corporation | 9357 |
| 3. | Durnal, Patrick E. | Sears Holdings Corporation | 6046 |
| 4. | Giangrasso, Susan L | Sears Holdings Corporation | 2145 |
| 5. | Hamdallah, Tarek | Sears Holdings Corporation | 7540 |
| 6. | Johnston, Phillippa L | Sears Holdings Corporation | 12137 |
| 7. | Kahana, Mordecahi | Sears Holdings Corporation | 14466 |
| 8. | Kourakin, Mary | Sears Holdings Corporation | 10943 |
| 9. | Kozlov, Roman | Sears Holdings Corporation | 8194 |
| 10. | Lee, Richard Y | Sears Holdings Corporation | 12796 |
| 11. | Molsberry Sorrells LLC | Sears Holdings Corporation | 12608 |
| 12. | Pélée Umbrella Investment Fund SICAV PLC | Sears Holdings Corporation | 2331 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

**Debtors' [Fortieth] Omnibus Objection to Claims**  **In re: Sears Holdings Corporation,** *et al.*
**Exhibit 1 - Disallowed and Reclassed Claims**  **Case No. 18-23538 (RDD)**

**Schedule of Secured Claims to be Disallowed and Reclassed***

| Ref # | Name of Claimant | Debtor | Proof of Claim No. |
|---|---|---|---|
| 13. | Pélée Umbrella Investment SICAV PLC | Sears Holdings Corporation | 1874 |
| 14. | Roer, Benny | Sears Holdings Corporation | 9151 |
| 15. | SHORT, PAUL F | Sears Holdings Corporation | 9847 |
| 16. | SLIMACK, MARK | Sears Holdings Corporation | 10111 |
| 17. | SLIMACK, SUSAN A | Sears Holdings Corporation | 10113 |
| 18. | Taylor III, Jefferson C | Sears Holdings Corporation | 9804 |
| 19. | Tomczak, David | Sears Holdings Corporation | 12882 |
| 20. | Tomczak, David | Sears Holdings Corporation | 12822 |
| 21. | Tomczak, David | Sears Holdings Corporation | 12958 |
| 22. | Tomczak, David | Sears Holdings Corporation | 12872 |
| 23. | Tomczak, David | Sears Holdings Corporation | 12953 |
| 24. | Wedmore, Ryan | Sears Holdings Corporation | 19364 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

**Debtors' [Fortieth] Omnibus Objection to Claims**  **In re: Sears Holdings Corporation,** *et al.*
**Exhibit 1 - Disallowed and Reclassed Claims**  **Case No. 18-23538 (RDD)**

**Schedule of Secured Claims to be Disallowed and Reclassed***

| Ref # | Name of Claimant | Debtor | Proof of Claim No. |
|---|---|---|---|
| 25. | Winnifred A. Christinsen as trustee Winnifred A. Christensen Liv trust VAD 11-13-87 | Sears Holdings Corporation | 11952 |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.