UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**MOTION OF MATTHEW H. SOMMER
FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Matthew H. Sommer, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the North Carolina Department of Revenue, a party in interest in the above-referenced case.

**I certify that I am a member in good standing** of the bars of the State of North Carolina and the U.S. District Court for the Eastern District of North Carolina.

My address, telephone number, facsimile transmission number, and e-mail address are set forth below.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 12, 2021.

                                               Respectfully submitted,

                                               /s/Matthew H. Sommer
                                               Matthew H. Sommer
                                               Assistant Attorney General
                                               Office of the North Carolina Attorney General
                                               Revenue Section
                                               Post Office Box 629
                                               Raleigh, North Carolina 27602-0629
                                               Telephone: (919) 716-6550
                                               N.C. Bar No.: 52004
                                               Email: msommer@ncdoj.gov

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## CERTIFICATION OF SERVICE/NOTICE OF ELECTRONIC FILING

I, the undersigned, do hereby certify that I am at least eighteen (18) years of age, not a party to this action, and under no legal disability, and that on the date set out below, I caused to be served the attached document, filed electronically through the CM/ECF System, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

Dated: November 12, 2021.

JOSHUA H. STEIN
Attorney General

 /s/ Matthew H. Sommer
Matthew H. Sommer, N.C. Bar No.: 51004
Assistant Attorney General
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone (919) 716-6550
Facsimile (919) 715-3550
E-mail: msommer@ncdoj.gov