**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | **MOTION FOR EXTENSION** |
| | ) | **OF TIME** |

    NOW COMES the North Carolina Department of Revenue ("Revenue"), through a limited appearance by its counsel, the Attorney General of North Carolina, by the undersigned Assistant Attorney General, and hereby moves for a 30-day extension of time in which to respond to Debtor's Objection to Claims 20138 and 26385 of the North Carolina Department of Revenue. ***The undersigned counsel has conferred with counsel for the Plaintiff, who has agreed to this extension of time.***

    The pleadings or other responses by Revenue are due in this matter on Monday, November 15, 2021. Revenue respectfully requests a 30-day extension of time, until December 15, 2021, in order to file pleadings or other matters responsive to Debtors' Objection. This motion is made in good faith and not for the purpose of delay.

    Wherefore, Revenue requests that its motion be granted and that it be allowed until December 15, 2021 to file an answer or other responsive pleadings to the Debtors' objection.

    Dated: November 12, 2021.

                                                          Respectfully submitted,

                                                          /s/Matthew H. Sommer
                                                          Matthew H. Sommer
                                                          Assistant Attorney General
                                                          Office of the North Carolina Attorney General
                                                          Revenue Section
                                                          Post Office Box 629
                                                          Raleigh, North Carolina 27602-0629
                                                          Telephone: (919) 716-6550
                                                          N.C. Bar No.: 51004
                                                          Email: msommer@ncdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

### CERTIFICATION OF SERVICE/NOTICE OF ELECTRONIC FILING

I, the undersigned, do hereby certify that I am at least eighteen (18) years of age, not a party to this action, and under no legal disability, and that on the date set out below, I caused to be served the attached document, filed electronically through the CM/ECF System, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

Dated: November 12, 2021.

JOSHUA H. STEIN
Attorney General

 /s/ Matthew H. Sommer
Matthew H. Sommer, N.C. Bar No.: 51004
Assistant Attorney General
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone (919) 716-6550
Facsimile (919) 715-3550
E-mail: msommer@ncdoj.gov