# **Exhibit 1**

## **Disputed Claims**

**Debtors' Thirty-Eighth Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | SINOR, RACHELLE | 10949 |
| 2. | SKOWRON, ANNA | 14544 |
| 3. | SMITH, APRIL M | 14416 |
| 4. | SMITH, DEMIAN M. | 8119 |
| 5. | SMITH, MICHELLE SUE | 8313 |
| 6. | SMITH, PATRICIA A | 17859 |
| 7. | SMITH, SHARON | 11766 |
| 8. | SOTELO, VIVIAN | 10908 |
| 9. | SOUTHWELL , WILLIAM  P | 14219 |
| 10. | SOUTHWELL, WILLIAM | 5954 |
| 11. | SPADE, CHARLENE | 2644 |
| 12. | SPEARS, CHRISTOPHER | 13653 |
| 13. | SPEARS, CHRISTOPHER | 18734 |
| 14. | SPIRK, DANIEL W | 5047 |
| 15. | SPLONSKOWSKI, STUART L | 10805 |
| 16. | STABELLA INC | 5119 |
| 17. | STAELENS, KURT | 1897 |
| 18. | STAELENS, KURT C | 10388 |
| 19. | STANYARD, BRAD | 18160 |
| 20. | STEPHENSON, JARMILIA | 15203 |
| 21. | STEVENS, TERESA | 19048 |
| 22. | STOUT JR., HARRY L | 7140 |
| 23. | SUY, SINHAK | 6509 |
| 24. | SWATOW PUERTO RICO CORP. | 4302 |
| 25. | SWOBODA, JOHN A | 12511 |
| 26. | TALLEY-PERRY, TWANDA | 18514 |
| 27. | TANYA, RILEY | 11004 |
| 28. | TAUNTON MUNICIPAL LIGHTING PLANT | 10136 |
| 29. | TAUNTON MUNICIPAL LIGHTING PLANT | 8255 |
| 30. | TAYLOR, RYANNE | 15835 |
| 31. | TEMPLE, TONDA | 14264 |
| 32. | TENAGLIA & HUNT, P.A. | 17625 |
| 33. | TERRELL-LAVINE, MARIANNE | 8466 |
| 34. | THOMPSON, PATRICIA | 9931 |
| 35. | THOMPSON, THOMAS G | 14246 |
| 36. | TITUS, GERALDINE MAE | 12042 |
| 37. | TOLIVER, MARGUERITE | 17469 |
| 38. | TORRES, REBECCA L | 12077 |
| 39. | TORTORICE, THERESA M | 11603 |
| 40. | TRIANGLE TRADING CO, INC | 579 |
| 41. | TRYON, JOHN F | 13715 |
| 42. | TUCKER, KIMBERLY S | 9471 |
| 43. | TURNER, ASHLEY N | 16416 |
| 44. | TYE, BRYAN E | 14278 |
| 45. | U.S. CUSTOMS AND BORDER PROTECTION | 20058 |
| 46. | UDREA, KIMBERLY | 18866 |
| 47. | VANHOOK, HAROLD | 17806 |
| 48. | VARNADO, THELMARE | 10848 |
| 49. | VASANT, JADIA S. | 9205 |
| 50. | VASQUEZ, JALISA L | 14560 |
| 51. | VIEL, JILL R | 13591 |
| 52. | VILAS, CRAIG | 12111 |
| 53. | VILLAGE OF WEST DUNDEE | 19401 |
| 54. | VISHWANATH, K.R. | 8600 |
| 55. | VOHRA, NEELU | 17236 |
| 56. | VUE, MAYS  H | 20228 |
| 57. | WARD, NIKI | 19577 |
| 58. | WARE, BRENDA F | 11480 |
| 59. | WASHINGTON, CONSTANCE | 14142 |