# Exhibit 1

## Disallowed Claims

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 1. | AJAX TOOL WORKS, INC. | 182353801017195 | N/A |
| 2. | AMERICAN MECHANICAL SERVICES | 182353801039918 | N/A |
| 3. | AMERICAN PAPER CORP | 182353801017296 | N/A |
| 4. | ANGELINA COUNTY | 182353801018109 | N/A |
| 5. | ANGELINA COUNTY | 182353801013765 | N/A |
| 6. | ARISE VIRTUAL SOLUTIONS INC | N/A | 20469 |
| 7. | B & G SALES INC | 182353801016841 | N/A |
| 8. | BALDWIN COUNTY COLLECTOR | 182353801036387 | N/A |
| 9. | CENTRA MARKETING & COMMUNICATIONS LLC | 182353801042444 | N/A |
| 10. | CITY OF CHEROKEE, IA | 182353801021723 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

1

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 11. | CITY OF CLINTON, OK | 182353801021727 | N/A |
| 12. | CITY OF COOKEVILLE, TN | 182353801021737 | 20224 |
| 13. | CITY OF ELYRIA - STORMWATER | 182353801021772 | N/A |
| 14. | CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILADELPHIA | 182353801043419 | N/A |
| 15. | CITY OF POMPANO BEACH, FL | 182353801021992 | N/A |
| 16. | CITY OF WINTER PARK, FL | 182353801022143 | N/A |
| 17. | COCA-COLA CONSOLIDATED | 182353801042537 | N/A |
| 18. | CONSUMERS ENERGY | 182353801043464 | N/A |
| 19. | CURTIS 1000 INC. | 182353801040108 | N/A |
| 20. | DEPARTMENT OF THE TREASURY - BANKRUPTCY SECTION* | N/A | 5963 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 21. | DEPARTMENT OF TREASURY - BANKRUPTCY SECTION* | N/A | 5934 |
| 22. | DESIGN INTERNATIONAL GROUP INC | 182353801016577 | N/A |
| 23. | DUQUESNE LIGHT COMPANY | 182353801043424 | N/A |
| 24. | FLORIDA CONSTRUCTION EXPERTS INC | 182353801042301 | N/A |
| 25. | FORMAL DRESS SHOPS INC | 182353801015511 | N/A |
| 26. | GALVESTON COUNTY WCID #1 | 182353801022363 | N/A |
| 27. | GIVE 5 TO CANCER, INC. | 182353801042423 | N/A |
| 28. | GOODMARK USA INC | 182353801014485 | N/A |
| 29. | HOLYOKE GAS & ELECTRIC DEPARTMENT | 182353801022434 | N/A |
| 30. | HORIZON | 182353801022437 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

3

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 31. | IMPERIAL IRRIGATION DISTRICT, CA | 182353801022448 | N/A |
| 32. | INGRAM ELECTRO MEK INC | 182353801041900 | N/A |
| 33. | INTELLISOURCE, INC. | 182353801041931 | N/A |
| 34. | JAMES SMYTH OD | 182353801014883 | N/A |
| 35. | JEFFERSON COUNTY | 182353801018276 | N/A |
| 36. | JEFFERSON COUNTY | 182353801018277 | N/A |
| 37. | JEFFERSON COUNTY | 182353801025041 | N/A |
| 38. | JEFFERSON COUNTY | 182353801018765 | N/A |
| 39. | JERRY LEIGH OF CALIFORNIA INC | 182353801014893 | N/A |
| 41. | LBG DISTRIBUTION, INC. | 182353801042339 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

4

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 42. | MERCY MEDICAL CENTER - NEW HAMPTON | 182353801017670 | N/A |
| 43. | MERCY MEDICAL CENTER - NEW HAMPTON* | N/A | 15011 |
| 44. | MUNICIPAL SANITARY AUTH-NEW KENSINGTON | 182353801022654 | N/A |
| 45. | NATIONAL PRESTO INDUSTRIES INC* | 182353801019435 | 16736 |
| 46. | NCR CORPORATION | 182353801040530 | N/A |
| 47. | NIPSCO - NORTHERN INDIANA PUBLIC SERV CO | 182353801022683 | N/A |
| 48. | NM TAXATION & REVENUE DEPARTMENT | N/A | 26507 |
| 49. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8601 |
| 50. | NM TAXATION & REVENUE DEPARTMENT | N/A | 26510 |
| 51. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8610 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 52. | NM TAXATION & REVENUE DEPARTMENT | N/A | 26508 |
| 53. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8611 |
| 54. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 26509 |
| 55. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 8831 |
| 56. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 8832 |
| 57. | NM TAXATION & REVENUE DEPARTMENT | N/A | 8833 |
| 58. | NM TAXATION & REVENUE DEPARTMENT* | N/A | 19819 |
| 59. | NM TAXATION & REVENUE DEPARTMENT CREDITOR NUMBER: 2264299 | N/A | 8595 |
| 60. | NOGA, GWAIN JOHN | 182353801041967 | N/A |
| 61. | NOGA, GWAIN JOHN* | N/A | 18546 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

6

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| Schedule of Claims to be Disallowed | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 62. | NOGA, GWAIN JOHN* | N/A | 18546 |
| 64. | OTTER TAIL POWER COMPANY | 182353801022729 | N/A |
| 65. | PACIFIC IMPORTS IND | 182353801019699 | N/A |
| 66. | PACIFIC IMPORTS IND | 182353801019701 | N/A |
| 67. | PALM BEACH COUNTY WATER UTILITIES DEPT | 182353801022736 | N/A |
| 69. | PARK GREENHOUSE INC | 182353801041339 | N/A |
| 70. | PENNSYLVANIA DEPARTMENT OF REVENUE* | N/A | 20011 |
| 72. | PENNSYLVANIA DEPARTMENT OF REVENUE | N/A | 4271 |
| 73. | PENNSYLVANIA DEPARTMENT OF REVENUE | N/A | 20433 |
| 74. | PORTER INTERNET SALES LLC | 182353801019848 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 75. | PRAIRIE ELECTRIC COMPANY INC | 182353801041388 | N/A |
| 76. | PRATT INDUSTRIES, INC. | 182353801041391 | N/A |
| 77. | PROJECT 28 CLOTHING LLC | 182353801019930 | N/A |
| 78. | PUTNAM COUNTY TAX COLLECTOR | 182353801025782 | N/A |
| 81. | RESILION, LLC | 182353801040645 | N/A |
| 82. | RETAIL CONTRACTING SERVICE INC. | 182353801040650 | N/A |
| 86. | ROUND ROCK TAX ASSESSOR - COLLECTOR | 182353801025851 | N/A |
| 87. | SAGINAW CHARTER TOWNSHIP, MI | 182353801022829 | N/A |
| 88. | SELCO - 9258 | 182353801022845 | N/A |
| 90. | SID HARVEY INDUSTRIES, INC. | 182353801041144 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

8

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 91. | SID HARVEY INDUSTRIES, INC.* | N/A | 6466 |
| 92. | SIGNATURE SPRINGS LLC | 182353801020402 | N/A |
| 93. | STOLAAS COMPANY DBSA TIC-TOK | 182353801040755 | N/A |
| 95. | SVAP II HERNDON CENTRE, LLC | 182353801026102 | N/A |
| 96. | TAYLOR COMMUNICATIONS, INC. | 182353801040772 | N/A |
| 97. | TAYLOR COMMUNICATIONS, INC.* | N/A | 5750 |
| 100. | THE STATE OF NEW JERSEY DIVISION OF EMPLOYER ACCOUNTS | N/A | 13104 |
| 101. | TIPPECANOE COUNTY TREASURER | 182353801026145 | N/A |
| 102. | TOWN OF EVA | 182353801026196 | N/A |
| 103. | TOWN OF PIKE ROAD | 182353801026256 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

9

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 104. | TOWN OF SYLVANIA | 182353801026292 | N/A |
| 105. | TOWN OF TRINITY | 182353801026296 | N/A |
| 106. | TOWN OF TRINITY | 182353801026295 | N/A |
| 107. | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | 182353801018429 | N/A |
| 108. | VALPARAISO CITY UTILITIES | 182353801023057 | N/A |
| 109. | VARIETY ACCESSORIES LLC | 182353801021011 | N/A |
| 110. | VARIETY ACCESSORIES LLC* | N/A | 14841 |
| 111. | VENTURA WATER | 182353801023064 | N/A |
| 112. | VILLAGE OF HOFFMAN ESTATES, IL | 182353801023092 | N/A |
| 113. | VOUGE TEX (PVT) LTD. | N/A | 326 |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 1 - Disallowed Claims**

| | Schedule of Claims to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 115. | W.J. O' NEIL CHICAGO LLC | 182353801043442 | N/A |
| 116. | W.J. O' NEIL CHICAGO LLC | N/A | 6979 |
| 117. | WEISER SECURITY SERVICES INC | 182353801041015 | N/A |
| 118. | WEWJA-WASHINGTON-E WASHINGTON JOINT AUTH | 182353801023151 | N/A |

This order applies to disallow all portions of claim and ballots asserted as secured or entitled to administrative or other priority; this order does not apply to claims asserted as general unsecured claims.

11