## **Exhibit 2**

**Reclassified Claims**

WEIL:\98239402\1\73217.0004

| Debtors' Thirty-Ninth Omnibus Objection to Claims | | In re: Sears Holdings Corporation, et al. | |
|---|---|---|---|
| Exhibit 2 - Reclassified Claims | | Case No. 18-23538 (RDD) | |

| | Schedule of Claims to be Reclassified | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Amount |
| 2. | CURTIS 1000 INC. | N/A | 5574 | $6,230.14 |
| 3. | INTELLISOURCE, INC. | N/A | 7784 | $108,801.00 |
| 4. | MORROW, SANDRA | N/A | 9441 | $1,000,000.00 |
| 5. | MORROW, SANDRA | N/A | 9543 | $100,000,000.00 |
| 6. | MORROW, SANDRA | N/A | 9617 | $100,000,000.00 |
| 7. | MORROW, SANDRA | N/A | 9618 | $100,000,000.00 |
| 8. | MORROW, SANDRA | N/A | 9678 | $100,000,000.00 |
| 9. | PROJECT 28 CLOTHING LLC | N/A | 11285 | $7,607.60 |
| 10. | R. J. ACQUISITION CORP. DBA AD ART CO | 182353801040639 | 8376 | $48,335.00 |
| 11. | REGENCY CENTERS, L.P. (AUSTIN, TX) | 182353801018448 | 13485 | $42,579.87 |
| 12. | RESILION, LLC | N/A | 1598 | $39,606.70 |
| 13. | SID HARVEY INDUSTRIES, INC. | N/A | 6466 | $192,476.34 |
| 14. | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | N/A | 11314 | $245,053.12 |