# Exhibit 3

## Reduced Claims

**Debtors' Thirty-Ninth Omnibus Objection to Claims**
**Exhibit 3 - Reduced Claims**

| | Schedule of Claims to be Reduced | | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Amount | Remaining Administrative Claim |
| 1. | 6 SIGMA CONSTRUCTION | 182353801042651 | 16632 | $353,390.18 | $38,659.75 |
| 2. | BRIGHTVIEW LANDSCAPES LLC | 182353801043311 | N/A | $78,787.37 | $3,850.00 |
| 3. | CAP BARBELL INC | 182353801016559 | N/A | $116,039.11 | $39,696.40 |
| 4. | CARMA LABORATORIES INC | 182353801014147 | N/A | $5,431.68 | $444.91 |
| 5. | CONSUMER ELECTRONICS DISTRIBUTORS, INC. | 182353801040090 | 991 | $59,131.57 | $15,591.87 |
| 7. | DIGITAL COMPLEX INC | 182353801016786 | N/A | $58,098.00 | $2,565.00 |
| 9. | JEFFERSON COUNTY | 182353801018766 | 20289 | $185,756.22 | $43,428.27 |
| 13. | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | 182353801018429 | N/A | $245,053.12 | $3,173.94 |

1