# **Exhibit 4**

## **Amended and Superseded Claims**

WEIL:\98239402\1\73217.0004

**Debtors' Thirty-Ninth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, et al.**
**Exhibit 4 - Amended & Superseded Claims**  **Case No. 18-23538 (RDD)**

| | Schedule of Claims Amended & Superseded | | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. to be Disallowed | Surviving Claim |
| 1. | ALLEGHENY COUNTY SOUTHWEST TAX COLLECTION DISTRICT | 6796 | 26519 |
| 2. | NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT | 3565 | 26516 |
| 3. | PENNSYLVANIA DEPARTMENT OF REVENUE | 12240 | 20010 |
| 4. | PENNSYLVANIA DEPARTMENT OF REVENUE | 19830 | 20010 |
| 5. | PENNSYLVANIA DEPARTMENT OF REVENUE | 5338 | 19831 |
| 6. | PENNSYLVANIA DEPARTMENT OF REVENUE | 8801 | 19831 |
| 7. | PENNSYLVANIA DEPARTMENT OF REVENUE | 19464 | 19831 |
| 8. | PENNSYLVANIA DEPARTMENT OF REVENUE | 4177 | 20011 |
| 9. | THE OHIO DEPARTMENT OF TAXATION | 8826 | 20635 |
| 10. | THE OHIO DEPARTMENT OF TAXATION | 10604 | 20343 |
| 11. | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 18341 | 26368 |