# Exhibit 1

# Disputed Claims

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 1. | A&GS CONTRACTOR INC | 12634 |
| 2. | A-1 FIXIT SHOP | 11466 |
| 3. | ABRAMS, LAKISHA V. | 14488 |
| 4. | ABREU, CECILIA | 12791 |
| 5. | ABREU, CECILIA | 13371 |
| 6. | ADAMO, CARA B | 9433 |
| 7. | AGUILAR, DIANA | 11078 |
| 8. | AGUINAGA, JOHNNY A | 18851 |
| 9. | AIKINS, SCOTT RICHARD | 20310 |
| 10. | ALBRIGHT, TARA CHAUNISE | 776 |
| 11. | ALLEN, JOANESE R | 16033 |
| 12. | ALLISON MATTIE L | 10352 |
| 13. | ALOHILANI ORCHIDS, INC. | 2362 |
| 14. | AMERICA'S FRESH FOODS, INC. | 6067 |
| 15. | AMIAR, ABDELHAMID | 18998 |
| 16. | ANDERSON, MARJORIE | 14272 |
| 17. | ANDERSON, STACY | 9843 |
| 18. | ANDERSON, SYLVIA | 13788 |
| 19. | ANDREWS , JAMES E | 16089 |
| 20. | ANTHONY, DORCAS D | 15146 |
| 21. | ANTOINE, WEDY | 6293 |
| 22. | ARELLANO, CASSANDRA | 10310 |
| 23. | ARISPE, DORA A | 15117 |
| 24. | ARIZPE, MARIA A | 10490 |
| 25. | ARNOLD, GARY R | 10578 |
| 26. | ASUELO, MARCIAL | 14792 |
| 27. | ASUELO, MARCIAL | 14410 |
| 28. | AUER, JOANN | 18565 |
| 29. | BADDING, DORIS | 15609 |
| 30. | BALOCAN, CORA | 17630 |
| 31. | BARNES, HORACE | 10670 |
| 32. | BARNES, UNA D | 19627 |
| 33. | BARTON, SOPHIA A | 12569 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 34. | BATEMAN, NAJAH | 18439 |
| 35. | BEAM, JAMES A | 9400 |
| 36. | BEEBE, ELIZABETH M | 11657 |
| 37. | BELLO, SHAKIRUDEEN | 10266 |
| 38. | BERGER, KIMBERLY N | 19767 |
| 39. | BERTA, CINDY L | 12945 |
| 40. | BETTS, RYAN R. | 14695 |
| 41. | BISHOP, CHERYL | 8963 |
| 42. | BLK PROPERTY VENTURES, LLC | 17679 |
| 43. | BLUMBERG, MICHAEL | 9319 |
| 44. | BOCANEGRA, JIMMY | 8364 |
| 45. | BOCANEGRA, JIMMY | 8409 |
| 46. | BOCANEGRA, JIMMY | 8709 |
| 47. | BOCANEGRA, JIMMY | 8880 |
| 50. | BRACKIN, ALICE B | 11020 |
| 51. | BRADLEY, SUSAN KAY | 11841 |
| 52. | BRADSHAW WESTWOOD TRUST | 16451 |
| 53. | BRANTLEY, MARJORIE | 10390 |
| 54. | BRESCH, JAMES E. | 20084 |
| 55. | BRESCHER, JAMIE | 12568 |
| 56. | BREWER, SHEILA | 9546 |
| 57. | BROADNAX , JACQUELINE D | 13627 |
| 58. | BRONSON, MARISSA A | 8957 |
| 59. | BROOKINS SR, LORNE | 9860 |
| 60. | BROWNE, MARILYN | 19055 |
| 61. | BRUNSTING, BLAIR | 4518 |
| 62. | BURNS, AMY | 9100 |
| 63. | BUTI, JUDITH L. | 21621 |
| 64. | BV USA ENTERPRISES INC | 2060 |
| 65. | BV USA ENTERPRISES INC. | 294 |
| 66. | BV USA ENTERPRISES INC. | 297 |
| 67. | BYRD, JUREEM K | 12681 |
| 68. | CAITO FOODS, LLC | 12395 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| Ref # | Schedule of Disputed Claims to be Reclassified Disputed Claims | Affected Proof of Claim No. |
|---|---|---|
| 69. | CALI CHIC | 11037 |
| 70. | CALN TOWNSHIP | 9622 |
| 71. | CALVIN, ANTHONY | 8966 |
| 72. | CAMPBELL, CHRISTOPHER M | 10633 |
| 73. | CANAS, ESTHER M. | 13588 |
| 74. | CAPITAL BUILDING SERVICES GROUP, INC | 17587 |
| 75. | CAPITAL BUILDING SERVICES GROUP, INC | 18327 |
| 76. | CAPITAL BUILDING SERVICES GROUP, INC | 18726 |
| 77. | CAPITAL BUILDING SERVICES GROUP, INC. | 18081 |
| 78. | CAPITAL BUILDING SERVICES GROUP, INC. | 18090 |
| 79. | CARBALLO, MANUELITA | 15256 |
| 80. | CARIBBEAN LOTTERY SERVICES | 3595 |
| 82. | CARTER, WILLIAM | 12737 |
| 83. | CEVASCO, CLARA L. | 11293 |
| 84. | CHANNEY, JUWAN | 19986 |
| 85. | CHAPMAN, DEBRA | 14779 |
| 86. | CHAVEZ, OMAR | 13504 |
| 87. | CHERRY, JADA | 13939 |
| 88. | CHILES, JUANITA H | 19086 |
| 89. | CHIN, KARL A | 17914 |
| 90. | CITY OF BREA | 18059 |
| 91. | CITY OF DOWNEY | 20252 |
| 92. | CITY OF ESCONDIDO | 19552 |
| 93. | CITY OF GRAYLING | 6489 |
| 94. | CITY OF LOS ANGELES, OFFICE OF FINANCE | 19913 |
| 95. | CITY OF SANTA CLARITA | 17939 |
| 96. | CLARK, IESHIA N | 11979 |
| 97. | CLARK, SEAN | 10634 |
| 98. | CMM, LLC | 17906 |
| 99. | COBARRUBIAS, ANTONIA | 7875 |
| 100. | COHEN , MICHAEL A | 11993 |
| 101. | COHEN PATRICIA B | 12178 |
| 102. | COLEMAN, MONTEZ | 19503 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 103. | COLMENARES, EUFROSINA | 3169 |
| 104. | COMERATE, SR., DOMINIC JOHN | 4577 |
| 105. | COMSTOCK, KENNETH | 13518 |
| 106. | CONNECTICUT NATURAL GAS CORPORATION | 6607 |
| 107. | CONTI, BIAGIO | 19151 |
| 108. | CONTINENTAL 51 FUND LIMITED PARTNERSHIP, A WISCONSIN LIMITED PARTNERSHIP | 13168 |
| 109. | CORBETT, MADISON | 15099 |
| 110. | CORBIN, SARAH | 2466 |
| 111. | COUNTEE, LINDA C | 10713 |
| 112. | COWARD, EVELYN | 18838 |
| 113. | CRAFTS, JOHN M | 14216 |
| 114. | CRAMER, TAMMY | 9094 |
| 115. | CRAW, DEWEY A | 13213 |
| 116. | CRUZ, ROSIE V | 18683 |
| 117. | CULLITON, ANDREA M | 11451 |
| 118. | D'AMBROSIO, MICHAEL | 19143 |
| 119. | DANIEL, SHIRLEY | 17671 |
| 120. | DANIELS, DOUGLAS P | 18592 |
| 121. | DAVENPORT, JONATHAN DANIEL | 1727 |
| 122. | DAVIES, CHRISTOPHER | 18540 |
| 123. | DAVIS, CAROL B | 14015 |
| 124. | DAVIS, KIMBERLY R | 18931 |
| 125. | DAVIS, STEVEN E | 5996 |
| 126. | DEAL, LUCILLE H | 26152 |
| 127. | DEMARACO, JENNIFER | 19299 |
| 128. | DENNIS, BEVERLY | 20279 |
| 129. | DESAI, KAMLESH R | 17229 |
| 130. | DEVORE, ALICIA A. | 9786 |
| 131. | DI CICCO, THOMAS | 12065 |
| 132. | DIAZ JIMENEZ, JAVIER | 18623 |
| 133. | DICKENSON, INGRID | 14910 |
| 134. | DIFEBO, REBECCA L | 12198 |
| 135. | DOHMAN, AMIE L | 16354 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 136. | DOLLUS, GUITA | 9685 |
| 137. | DONALD, BRITTON | 10058 |
| 138. | DOOLEY, CARRIE R | 11048 |
| 139. | DUCKSWORTH, CORDERO | 15079 |
| 140. | DUCUSIN, ROWENA R | 2206 |
| 141. | DULING, REVELLE T | 10099 |
| 142. | DUNN, CAROL A | 9921 |
| 143. | DUNN, LETISHA | 18936 |
| 144. | DURHAM SUPPLY INC. | 8434 |
| 145. | DURMMOND, DELOIS | 19176 |
| 146. | EARNEST, SUSAN | 14785 |
| 147. | EARNESTY, MISTY D | 13714 |
| 148. | EDMONDS, JEROME C | 17166 |
| 149. | EDWARDS, SIDNEY C | 9438 |
| 150. | EJAZ, SUE L | 14550 |
| 151. | ELDER, SARA E | 16530 |
| 153. | ESPINOZA, HECTOR | 8622 |
| 154. | EVANS, DEBORAH L | 6011 |
| 155. | FABER, CHARLES | 10736 |
| 156. | FARTINI, MICHAEL | 13396 |
| 157. | FATHI AZZALARAB LLC | 17674 |
| 158. | FAVALE, JOSEPH | 10237 |
| 159. | FENSTER, JOVI Z | 11726 |
| 160. | FERGUSON, LAQUANDA | 19118 |
| 161. | FERRAN, TIMOTHY ALAN | 9077 |
| 162. | FERRI, LORRAINE M | 10811 |
| 163. | FIDEL, BENARD | 13556 |
| 164. | FIFERLICK, DAWN K | 10013 |
| 165. | FLYNN, DENNIS | 10765 |
| 166. | FORMAN, DARYLE | 11386 |
| 167. | FORT COLLINS UTILITIES | 19994 |
| 168. | FOX, CLARK L | 3895 |
| 169. | FRANCIS, MILDRED | 11762 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 171. | FRATRICH, STEPHEN J | 11389 |
| 172. | FREDERICK HART CO. INC. | 1619 |
| 173. | FREDERICK HART INC. DBA | 1203 |
| 174. | FREDRICK, LINDA | 18563 |
| 175. | FRED'S SMALL ENGINE REPAIR | 11446 |
| 176. | FUELLING, TERRY | 8302 |
| 177. | GABERT, JUDITH A | 13135 |
| 178. | GARCIA, MARIA | 6124 |
| 179. | GARTNER, JONATHAN C | 13808 |
| 180. | GARVEN, EDWINA D | 10538 |
| 182. | GEARY, ELIZABETH S | 10131 |
| 183. | GENERAL INTERNATIONAL POWER PRODUCTS, LLC | 1751 |
| 184. | GEOG, CLINTON J | 1713 |
| 185. | GILHUYS, MARSHA | 11660 |
| 186. | GILLETTE, JEFFREY R | 12239 |
| 187. | GLASSER-SCHWARTZ INVEST P/S PLAN | 12131 |
| 188. | GODFREY, ANDREW C | 11767 |
| 189. | GODFREY, ANDREW CARL | 4932 |
| 190. | GOEHL, LAWANA R | 11763 |
| 192. | GOLAY, LYNETTE R | 14771 |
| 193. | GONZALEZ , MARTIN | 13273 |
| 194. | GONZALEZ, ANA Y | 19347 |
| 195. | GONZALEZ, HECTOR L. | 18372 |
| 196. | GOODY PRODUCTS, SUBSIDIARY OF NEWELL BRANDS, INC. | 6714 |
| 197. | GORIN, TRECI S | 17721 |
| 198. | GRAFFEO, NICHOLAS | 19092 |
| 199. | GREEN, CHAD E | 19602 |
| 200. | GREEN, GEOFFREY K. | 6261 |
| 201. | GREEN, SCOTT M | 11994 |
| 202. | GREENUP, PAULA | 16521 |
| 203. | GREER III, RUSSELL T | 2330 |
| 204. | GREESON, JILLIAN J | 18892 |
| 205. | GRIEGO, LORETTA S | 9598 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 206. | GROGNO, HEIDI I | 10595 |
| 207. | GROOME, DAVID A | 10863 |
| 208. | GROUPON, INC. | 14912 |
| 209. | GUERRA, JEAN M | 13822 |
| 210. | GUTIERREZ, MIGUEL VARGAS | 16363 |
| 211. | GUTIERREZ, RODRIGO A | 19149 |
| 212. | GWENDOLYN, DAVIS | 20265 |
| 213. | HAGEN, SARRA J | 10403 |
| 214. | HAHN, CRAIG A | 11014 |
| 215. | HALL, CAROLE A | 12340 |
| 216. | HALL, REBECCA R | 15002 |
| 217. | HALTER, SYLVIA | 18880 |
| 218. | HAMEL, ALAN R | 2257 |
| 219. | HAMILTON, JEFFREY | 9537 |
| 220. | HAMM, MICHAEL | 15066 |
| 221. | HAMMOCK, DONALD M | 1980 |
| 222. | HAMOCK, DONALD M | 9464 |
| 223. | HANESWORTH, DANIEL J | 8126 |
| 224. | HARDING, EDWA | 11971 |
| 225. | HAYES, ATISA | 4390 |
| 226. | HEIVILIN, DEBRA J | 10600 |
| 227. | HELMS, RODNEY E | 5451 |
| 228. | HERNANDEZ, JOSE | 17995 |
| 229. | HOAGLAND, AARON L | 17066 |
| 230. | HOFMANN, JOSEPH A | 13187 |
| 231. | HOLGUIN, SYLVIA | 13245 |
| 232. | HOLLOWAY, FELICIA | 9203 |
| 233. | HOLMES, CAROL | 10437 |
| 234. | HONEYCUTT, AMY L | 18914 |
| 235. | HORACIO, FURLONG | 11964 |
| 236. | HOWARD, SANDRA | 18860 |
| 238. | HUDDLESTON, RAMONA | 8572 |
| 239. | HUGHES, ALEXIS D | 19673 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 240. | HULETT, IRENE C. | 7669 |
| 241. | HULL, GRAYSON S. | 14196 |
| 242. | HULL, GRAYSON S. | 14284 |
| 243. | HYANNIS WATER SYSTEM | 8133 |
| 245. | ILLINOIS SCHOOL DISTRICT U-46 | 19977 |
| 246. | INGRAM, ASHLEY C | 12601 |
| 247. | INTERNATIONAL DISTRIBUTORS DBA / SUMMIT INTERNATIONAL | 20300 |
| 248. | ISOM, THOMAS | 17400 |
| 249. | JACKSON, STEPHEN C. | 6287 |
| 250. | JACKSON, WENDY | 26480 |
| 251. | JACKSON, YVONNE | 18617 |
| 252. | JACQUETEE, HENRY | 20135 |
| 253. | JASPER MUNICIPAL UTILITIES | 10311 |
| 254. | JAURE, NICOLE | 19460 |
| 255. | JENNINGS, MICHELE L | 15826 |
| 256. | JOHN E NEWMAN / GEORGETOWN PROPERTIES C/O JL & JE NEWMAN SL & ST NEWMAN | 19414 |
| 257. | JOHNSON JEANNE | 9769 |
| 258. | JOHNSON, CASEY | 12523 |
| 259. | JOHNSON, KELLY L | 15570 |
| 260. | JOHNSON, MAJOR W. | 14700 |
| 261. | JOHNSON, MARILYN E | 14549 |
| 262. | JOHNSON, VICKI M | 16491 |
| 263. | JOHNSON, ZENOBIA L. | 14352 |
| 264. | JONES, BETTY J | 11593 |
| 265. | JONES, MARDA KAY | 17163 |
| 266. | JONES, VINCENT L. | 12575 |
| 267. | KAPPAROS, SANDY P | 18976 |
| 268. | KAROOIANNIS, CHRISTINA I | 19009 |
| 269. | KASPARIAN, LAUREEN A. | 14480 |
| 270. | KASSNER, RACHEL A | 11065 |
| 271. | KEENS SERVICES, INC. | 9154 |
| 272. | KELLER, ROSEMARIE ELIZABETH | 22578 |
| 273. | KELLUM, KIERRA A | 12255 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| Ref # | Disputed Claims | Affected Proof of Claim No. |
|---|---|---|
| | **Schedule of Disputed Claims to be Reclassified** | |
| 274. | KELLY, PEGGY | 20515 |
| 275. | KEPAA, FAITH | 12606 |
| 276. | KESSLER, JOAN | 11950 |
| 277. | KILLINGER, FRED R | 18774 |
| 278. | KOCANDA, CANDICE T | 19678 |
| 279. | KOLLARIK CATHERINE L | 9528 |
| 280. | KRISS, JANE | 10586 |
| 281. | KRUSZEWSKI , FRANK M | 11770 |
| 282. | KUNKEL SHARON M | 13608 |
| 283. | LAGUATAN, ROXANNE S. | 5410 |
| 284. | LAHEY, TIMOTHY P | 10727 |
| 285. | LAM, CORNELL K | 10771 |
| 286. | LANKFORD, DARYL G | 11972 |
| 287. | LAPAS, ANNETTE | 15093 |
| 288. | LAVALLEY, ALBERT | 10534 |
| 289. | LAVRINOVICH YELENA | 11675 |
| 290. | LAWSON, LINDA P | 13700 |
| 291. | LECHNER, JAMES HAK SEON | 12019 |
| 292. | LEDFORD, TESLA A | 19644 |
| 293. | LEE, CHRISTOPHER B | 2790 |
| 294. | LEE, VELVA | 18784 |
| 295. | LENNOX, TIMOTHY ALLEN | 17519 |
| 296. | LEVIN, EDGAR | 9401 |
| 297. | LIBERTY MUTUAL INSURANCE COMPANY | 14918 |
| 298. | LIRANZO, CARLOS A. | 2846 |
| 299. | LISSER, ALEKSANDR | 15076 |
| 300. | LOPEZ, JESSE | 20329 |
| 301. | LOPEZ, SANDRA L | 13687 |
| 302. | LOSCH, NANCY L. | 18227 |
| 303. | LOURDES TAMONDONG | 20558 |
| 304. | LU, XIAOCHANG | 107 |
| 305. | MACAULAY, TERRY AND KEVIN | 15580 |
| 306. | MACIAS KRISTINA J | 9696 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| Ref # | Schedule of Disputed Claims to be Reclassified  Disputed Claims | Affected Proof of Claim No. |
|---|---|---|
| 307. | MADISON SUBURBAN UTILITY DIST | 12002 |
| 308. | MADISON SUBURBAN UTILITY DIST | 12006 |
| 309. | MADISON SUBURBAN UTILITY DIST | 12076 |
| 310. | MADISON SUBURBAN UTILITY DIST | 12082 |
| 311. | MAHONEY, LUCY | 10436 |
| 312. | MALEK, BARBARA J | 12305 |
| 313. | MANCERA, JOSE E | 17224 |
| 314. | MANGA MANUEL E | 10371 |
| 315. | MANGIA-CUMMINGS, SUZZANN | 26443 |
| 316. | MARIA DEL CONSUELO AVALOS DE GAYTAN | 11324 |
| 317. | MARK PLAZA FIFTY L.P. | 17340 |
| 318. | MARTIN, FLOR S | 18911 |
| 319. | MARTIN, TAMESIA M | 18764 |
| 320. | MARTINEZ, BELINDA | 1997 |
| 321. | MARTINEZ, MARIA | 18567 |
| 322. | MASTALERZ, ELLEN T | 17079 |
| 323. | MATHISEN OPTOMETRY | 19246 |
| 324. | MATIAS, ROBERTO | 10394 |
| 325. | MCCAFFERY, DARLENE | 3331 |
| 326. | MCCAMMITT, ROB L | 9777 |
| 327. | MCCARSON, KIMBERLY | 3082 |
| 328. | MCCARSON, KIMBERLY | 9651 |
| 329. | MCGOWIN, JAY M | 9001 |
| 330. | MCINTOSH, JULIE L. | 12984 |
| 331. | MCINTOSH, TARA L | 14821 |
| 332. | MCNEAL, SHEAKILA | 13902 |
| 333. | MCNEELA, STEPHEN J | 10698 |
| 334. | MCS HEMET VALLEY CENTER LLC | 16308 |
| 335. | MEADORS, SAGE B | 12212 |
| 336. | MEIXNER, RONALD J | 2499 |
| 337. | MEJIA, ANGELICA M | 16945 |
| 338. | MELLAS, CHARLES EDWARD | 4686 |
| 339. | MERCADO, MARITZA | 18844 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| Ref # | Disputed Claims | Affected Proof of Claim No. |
|---|---|---|
| | **Schedule of Disputed Claims to be Reclassified** | |
| 340. | MERVIN, JAMES A | 22593 |
| 341. | MIAMI-DADE COUNTY - RER-DERM | 8425 |
| 342. | MIAMI-DADE COUNTY-DERM | 8456 |
| 343. | MICKENS, ERRICA | 15701 |
| 344. | MILLER, ANDREW | 13549 |
| 345. | MILLS, WILLIE A | 10972 |
| 346. | MITCHELL, SHANNON H. | 23212 |
| 347. | MOBIN, MOHAMMAD | 15053 |
| 348. | MONGE, ANA | 19813 |
| 349. | MONROE , RICHARD | 12175 |
| 350. | MOODY, SCHNEAKA | 11999 |
| 351. | MOORE, JAN | 13303 |
| 352. | MORGAN, JEFF E. | 2799 |
| 353. | MORRIS, RUBY | 26505 |
| 354. | MORRIS, STEVEN D. | 9235 |
| 355. | MORROW, SANDRA | 9441 |
| 356. | MOSSO, RONALD T. | 12825 |
| 357. | MP HOLDINGS, LLC | 19628 |
| 358. | MUELLER, KATHLEEN P | 1966 |
| 359. | MURPHY, DARLENE | 13612 |
| 360. | MUSSELMAN, THOMAS A | 11722 |
| 361. | NAKAHARA, CATHERINE | 17366 |
| 362. | NAVARRO, OSCAR | 19388 |
| 363. | NDUNYU, MARTIN | 8615 |
| 364. | NELSON, BRIAN L | 7621 |
| 365. | NELSON, WILLIE L | 18628 |
| 366. | NEWAY INTERNATIONAL INC | 11431 |
| 367. | NORTHWOODS SHOPPING CENTER, LLC | 13355 |
| 368. | NY COMMUNITY FINANCIAL LLC | 11027 |
| 369. | OESTREICH, EVAN R | 17240 |
| 370. | OKAZAKI, MILTON F. | 13336 |
| 371. | OLOF, LIDEN | 10502 |
| 372. | ORNELAS, SYLVIA | 20384 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 373. | OWENS, LORETTA | 18760 |
| 374. | PACHECO, DONAJI | 17118 |
| 375. | PAGE, KATRINA A | 10792 |
| 376. | PAGONE, ELAINE | 4912 |
| 377. | PARAGON CENTER, LLC | 15762 |
| 378. | PARKE, STARR L | 18211 |
| 379. | PARKS, ANTHONY  J | 11033 |
| 380. | PARKS, ANTHONY J. | 11115 |
| 381. | PASTRANA, PEDRO J | 20278 |
| 382. | PATTERSON, SHAWN | 17647 |
| 383. | PEREZ ALMODOVAR, JOSE G | 18855 |
| 384. | PEREZ, ROSARIO EDITH | 6076 |
| 385. | PERLIK, CHERI | 9037 |
| 386. | PERU K-M COMPANY, LLC | 14851 |
| 387. | PICKNER, NANCY | 13740 |
| 388. | POLISE, CONCETTA | 6137 |
| 389. | POWELL, TANYA | 14315 |
| 390. | PR FINANCING LIMITED PARTNERSHIP (FRANCIS SCOTT KEY) | 19566 |
| 391. | PREMIER PRODUCTS LLC | 10724 |
| 392. | PREUDHOMME, WENDY A | 18192 |
| 393. | PRICE, HILISHA | 18064 |
| 394. | RAINES, DANIELLE | 18743 |
| 395. | RALOWSKI, MARY | 10577 |
| 396. | RAMER MICHAEL L | 11754 |
| 397. | RAMIREZ, NAYELI | 15149 |
| 398. | RASCHE, SHANE | 18697 |
| 399. | RELIFORD, ERMA | 12282 |
| 400. | RHEAULT, STEVEN R | 11498 |
| 401. | RHODE ISLAND TEXTILE CO | 6674 |
| 402. | RICHARDSON CARLISLE, FLORENCE A. | 22399 |
| 403. | RICHTER, SABRINA | 12631 |
| 404. | RIVARD, ANDRE A | 14461 |
| 405. | ROBERTSON, PIA | 18095 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

### Schedule of Disputed Claims to be Reclassified

| Ref # | Disputed Claims | Affected Proof of Claim No. |
|---|---|---|
| 406. | ROCKETT, DELLAREESE | 14580 |
| 407. | RODRIGUEZ, RONALD G | 11687 |
| 408. | ROGAL, ELIZABETH | 10430 |
| 409. | ROGERS, DORIS | 20147 |
| 410. | ROUNDS, SHARON | 16045 |
| 411. | ROUSSET, RUBEN | 12633 |
| 412. | ROVETO, DIANE | 10450 |
| 413. | RURAL KING REALTY, LLC | 20191 |
| 414. | RURAL KING REALTY, LLC | 20192 |
| 415. | RURAL KING REALTY, LLC | 20198 |
| 416. | RURAL KING REALTY, LLC | 20199 |
| 417. | RUSNAK, ROXANE N | 14732 |
| 418. | RUTKOWSKI, JENNIFER M | 14528 |
| 419. | SABOL, PAULA R | 15789 |
| 420. | SACCO, ZAHILIA | 13026 |
| 421. | SALAHUDDIN, SHAIFAH | 16344 |
| 422. | SALAHUDDIN, SHAIFAH | 16477 |
| 423. | SALAZAR, MARTHA | 14212 |
| 424. | SANCHEZ, MERCEDES | 19828 |
| 425. | SANDERS, VERNAIL C | 19275 |
| 426. | SANTIAGO BRENDA | 11251 |
| 427. | SAUER, ROLAND R | 6514 |
| 428. | SCHELL, DEBRA K | 11639 |
| 429. | SCHMIDT, CHERYL D | 15832 |
| 430. | SCHOGGINS, WENDY LARSON | 5580 |
| 431. | SCHUMAN, LINDA | 19632 |
| 432. | SCOTT HOBSON, TRUSTEE OF SCOTT HOBSON REVOCABLE TRUST | 12755 |
| 433. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17559 |
| 434. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17697 |
| 435. | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 17922 |
| 436. | SECCO SHIRLEY A | 13399 |
| 437. | SECCO, SHIRLEY A | 14863 |
| 438. | SERRANO-ALATORRE, IRMA Y | 15123 |

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 439. | SHINE NISHA | 19539 |
| 440. | SHUSTER, DOUG | 20274 |
| 441. | SIMPSON, CAMBRIA | 14387 |
| 442. | WAY STREET LLC | 14458 |
| 443. | WEAKLEY, SARAH | 8986 |
| 444. | WHITEMAK ASSOCIATES, A PENNSYLVANIA LIMITED PARTNERSHIP | 13234 |
| 445. | WIEDEMANN, LINDA D | 13131 |
| 446. | WIENM PROPERTIES | 12516 |
| 447. | WILEY, ALAN | 15735 |
| 448. | WILLETT, CHRISTOPHER J | 18429 |
| 449. | WILLIAMS, DORIS | 10572 |
| 440. | WILLIAMS, JOSEPH | 8619 |
| 451. | WILLIAMS, MARJORIE | 26439 |
| 452. | WOOD, DAVID DONALD | 9765 |
| 453. | WRIGHT, MARQUELLA | 15813 |