UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew H. Sommer to be admitted, ***pro hac vice***, to represent the North Carolina Department of Revenue in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of North Carolina and the bar of the U.S. District Court for the Eastern District of North Carolina, it is hereby

**ORDERED**, that Matthew H. Sommer, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the North Carolina Department of Revenue, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 15, 2021
White Plains, New York

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE