UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER EXTENDING TIME TO FILE ANSWER OR OTHER PLEADING

The North Carolina Department of Revenue, a Defendant, having filed a motion to extend time in which to file a response to the debtors' claim objection, and it have been represented that the debtors' counsel has consented thereto, and it appearing that there exists good cause for the requested extension, it is hereby

ORDERED that the motion is GRANTED and the North Carolina Department of Revenue has until December 15, 2021 in which to respond to the debtors' Objection to Claims 20138 and 26385 of the North Carolina Department of Revenue.

Dated: November 15, 2021
White Plains, New York

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE