UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

    **Sears Holdings Corporation, LLC, et al.**

                              **Debtors**

---------------------------------------------------------------x

Case No.: 18-23538 (RDD)

Chapter 11

(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of ____Robert L. Doty, AAG_____ to be admitted, *pro hac vice*, to represent Ohio Department of Taxation  (the "Client") in the above referenced cases, and  upon the movant's certification that the movant is a member in good standing of the bar in the State of  Ohio and the bar of the U.S. District Court for the  District of Northern Ohio it is hereby

      **ORDERED**, that  Robert L. Doty Esq., is admitted to practice,  *pro  hac  vice*,  in  the  above referenced  cases  to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 16, 2021

White Plains, New York

                                                         /s/ Robert D. Drain_____

                                                     UNITED STATES BANKRUPTCY JUDGE