# EXHIBIT A

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

November 5, 2021
Invoice 340054510

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2021

| | |
|---|---|
| Current Fees | $ 25,102.00 |
| Total Current Activity | $ 25,102.00 |
| Total Due for This Invoice | $ 25,102.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:   Account No.: 496-8375493<br>Wells Fargo Bank, NA   ACH ABA No.: 121000248<br>420 Montgomery St   Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

November 5, 2021
Invoice 340054510

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2021

| | |
|---|---:|
| Current Fees | $ 25,102.00 |
| Total Current Activity | $ 25,102.00 |
| Total Due for This Invoice | $ 25,102.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:<br>Wells Fargo Bank, NA<br>420 Montgomery St<br>San Francisco, CA 94104-1298<br>Account No.: 496-8375493<br>ACH ABA No.: 121000248<br>Wire ABA No.: 121000248<br>Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

November 5, 2021
Invoice 340054510
Page 2 of 5

FOR PROFESSIONAL SERVICES THROUGH 10/31/21

## FEE DETAIL

| Date | Phase | Tkpr | Description of Services | Hours |
|---|---|---|---|---|

**Fee/Employment Objections**

| Date | Phase | Tkpr | Description of Services | Hours |
|---|---|---|---|---|
| 10/04/21 | B170 | PEH | Extended telephone conference with V. Marriott to review status of all fee examination preliminary reports and ongoing discussions with case professionals. | .90 hrs. |
| 10/11/21 | B170 | PEH | Telephone conference with V. Marriott regarding open matters with respect to previously issued fee examiner reports (.10); correspondence with G. Polkowitz regarding administrative claims representative matters (.10). | .20 hrs. |
| 10/12/21 | B170 | PEH | Comprehensive review and preparation of comments on draft preliminary objection to seventh and eighth interim Akin Gump fee and expense applications, including detailed review of supporting exhibits regarding identified objections to time and expense entries. | 2.10 hrs. |
| 10/13/21 | B170 | PEH | Further comprehensive review, analysis and preparation of comments on draft preliminary objection to seventh and eighth interim Akin Gump fee and expense applications, including detailed review of supporting exhibits outlining objections to time and expense entries. | 3.20 hrs. |
| 10/14/21 | B170 | PEH | Further review, analysis and revision of preliminary reports on latest Weil Gotshal and Akin Gump interim fee and expense applications. | 2.10 hrs. |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

November 5, 2021
Invoice 340054510
Page 3 of 5

## FEE DETAIL

| Date | Phase | Tkpr | Description of Services | Hours |
|---|---|---|---|---|
| 10/18/21 | B170 | PEH | Telephone conference with V. Marriott regarding ongoing review of interim fee and expense applications and related administrative solvency issues (.20); extended telephone conference with G. Polkowitz (administrative claims representative) regarding status of settlement negotiations, ongoing review of interim fee and expense applications, and related administrative solvency issues (.80); extended follow-up telephone conference with V. Marriott regarding same (.20); further review and analysis of eighth interim fee and expense applications and voluminous related time and disbursement detail for various professionals (1.60). | 2.80 hrs. |
| 10/20/21 | B170 | PEH | Review and analyze debtors' status report for October 26 hearing, especially re: professional fee and administrative solvency matters (1.20); telephone conference with V. Marriott regarding same (.20). | 1.40 hrs. |
| 10/25/21 | B170 | PEH | Prepare for and participate in extended telephone conference with G. Polkowitz (administrative claims representative) regarding ongoing global settlement negotiations, related administrative solvency issues and ongoing review of, and negotiations regarding, professionals' fee and expense applications (.70); further review and analysis of debtors' status report regarding case developments, emergence timeline and related administrative solvency issues (.50). | 1.20 hrs. |
| 10/26/21 | B170 | PEH | Extended telephone conference with V. Marriott regarding discussions with administrative claims representative (G. Polkowitz) regarding ongoing global settlement discussions and related administrative solvency issues (.40); prepare for and participate in quarterly case status conference and bankruptcy court hearing (.90); extended follow-up telephone conference with V. Marriott regarding same (.30). | 1.60 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

November 5, 2021
Invoice 340054510
Page 4 of 5

## FEE DETAIL

| Date | Phase | Tkpr | Description of Services | Hours |
|---|---|---|---|---|
| 10/28/21 | B170 | PEH | Prepare for and participate in conference call with V. Marriott, T. Daluz, C. McClamb and M. Vesper regarding status of ongoing fee and expense review and related negotiations. | .80 hrs. |

### SUMMARY OF TIMEKEEPER FEES

| Tkpr | Timekeeper | Hours | Average Rate/Hr | Dollars |
|---|---|---|---|---|
| PEH | Paul E. Harner | 16.30 | $ 1,540.00 | $ 25,102.00 |

### SUMMARY OF TIMEKEEPER PHASES

| Phase | Hours | Dollars |
|---|---|---|
| Fee/Employment Objections | 16.30 | $ 25,102.00 |
| **Total Fees for Professional Services** | | **$ 25,102.00** |