# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                                  November 11, 2021
1675 Broadway                                                                                              Invoice No. 20211103574
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2021

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $33,048.50 |
| **Total Invoice Amount** | **$33,048.50** |

071820.03 - 00317415  
Tobey M. Daluz

November 11, 2021  
Invoice No. 20211103574

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 10/04/21 | Correspondence with Fee Examiner re: monthly fee application | 995.00 | 0.20 | 199.00 |
| Vesper,M.A. | 10/04/21 | Draft and revise twenty-seventh joint fee application | 420.00 | 0.60 | 252.00 |
| Vesper,M.A. | 10/04/21 | E-mails with P. Harner, K. Rodriguez, L. Cuevas-Burkette T. Daluz, and C. McClamb re: Sheppard Mullin August Invoice | 420.00 | 0.20 | 84.00 |
| Marriott, III,V.J. | 10/05/21 | Review budgeting issues | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 10/05/21 | Review and revise monthly fee application | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 10/05/21 | Correspondence with Fee Examiner re: Sheppard Mullin time entries | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/05/21 | Correspondence with P. Harner and C. McClamb re: fee budgets | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 10/05/21 | Review revised fee application | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 10/05/21 | Correspondence with P. Harner, V. Marriott and T. Daluz re: forecasts and future review | 545.00 | 1.40 | 763.00 |
| Vesper,M.A. | 10/05/21 | Review e-mails with P. Harner, K. Rodriguez, L. Cuevas-Burkette, T. Daluz, and C. McClamb re: bankruptcy task codes for Sheppard Mullin invoice | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 10/05/21 | Revise twenty-seventh joint fee application | 420.00 | 0.20 | 84.00 |
| Marriott, III,V.J. | 10/06/21 | Review go-forward budget | 1,085.00 | 0.20 | 217.00 |
| McClamb,C.D. | 10/07/21 | E-mails with P. Harner re: forecast | 545.00 | 0.30 | 163.50 |
| Daluz,T.M. | 10/08/21 | Attend to monthly fee application. | 995.00 | 1.00 | 995.00 |
| Daluz,T.M. | 10/11/21 | Address issues regarding monthly fee application. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/15/21 | Attend to monthly fee application. | 995.00 | 0.30 | 298.50 |

071820.03 - 00317415  
Tobey M. Daluz

November 11, 2021  
Invoice No. 20211103574

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 10/15/21 | E-mail P. Harner, V. Marriott, T. Daluz, and C. McClamb re: request for Sheppard Mullin's September invoice | 420.00 | 0.10 | 42.00 |
| Vesper,M.A. | 10/18/21 | E-mail P. Harner, V. Marriott, T. Daluz, and C. McClamb re: request for Sheppard Mullin's September invoice | 420.00 | 0.10 | 42.00 |
| McClamb,C.D. | 10/19/21 | E-mails with T. Daluz re: fee applications | 545.00 | 0.10 | 54.50 |
| Vesper,M.A. | 10/21/21 | Draft twenty-eighth monthly fee application and review exhibits for same | 420.00 | 0.30 | 126.00 |
| Vesper,M.A. | 10/22/21 | Draft twenty-eighth monthly fee application and review exhibits for same | 420.00 | 0.30 | 126.00 |
| Daluz,T.M. | 10/26/21 | Review and revise monthly fee application | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 10/26/21 | Correspondence with C. McClamb re: filing of fee application | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 10/28/21 | Attend to monthly fee application | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 10/28/21 | Review and edit monthly fee statement | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 10/28/21 | Emails with T. Daluz re: monthly fee statement | 545.00 | 0.20 | 109.00 |
| **Total B160** | | | | **9.60** | **7,304.00** |

**B170 - Fee/Employment Objections**

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 10/04/21 | Review status of next round of preliminary reports | 1,085.00 | 0.40 | 434.00 |
| Daluz,T.M. | 10/04/21 | Review Herrick monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/04/21 | Review recent pleadings | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/04/21 | Review status of Weil preliminary objections | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/04/21 | Review docket | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 10/04/21 | Phone call with M. Korycki re: interim fee applications | 545.00 | 0.20 | 109.00 |
| Marriott, III,V.J. | 10/05/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |

071820.03 - 00317415  
Tobey M. Daluz

November 11, 2021  
Invoice No. 20211103574

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 10/06/21 | Review Akin monthly fee application | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 10/07/21 | Emails with C. Jimenez re: preliminary reports | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 10/07/21 | Emails with M. Kleissler re: fee data | 545.00 | 0.20 | 109.00 |
| Marriott, III,V.J. | 10/08/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| Pollard,C.P. | 10/10/21 | Prepare fee and expense exhibits for Herrick (3/1/2021 - 6/30/2021) and Moritt Hock (11/1/2020 - 2/28/2021) | 340.00 | 0.90 | 306.00 |
| Vesper,M.A. | 10/10/21 | Review and respond to e-mail from C. Pollard re: discrepancy with Herrick March 2021 time entries | 420.00 | 0.10 | 42.00 |
| Vesper,M.A. | 10/10/21 | Review and respond to e-mail from C. Pollard re: Herrick and Moritt Hock exhibits | 420.00 | 0.10 | 42.00 |
| Marriott, III,V.J. | 10/11/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 10/11/21 | Review and revise Herrick preliminary report and issues. | 995.00 | 1.50 | 1,492.50 |
| Daluz,T.M. | 10/11/21 | Review and analyze Merritt report and issues. | 995.00 | 1.00 | 995.00 |
| McClamb,C.D. | 10/11/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 10/11/21 | Correspondence with C. McClamb re: Herrick and Moritt Hock fee applications and exhibits | 420.00 | 0.30 | 126.00 |
| Vesper,M.A. | 10/11/21 | E-mail P. Harner, V. Marriott, T. Daluz, and C. McClamb re: Herrick, Feinstein LLP's fifth interim fee application and Moritt Hock's third interim fee application | 420.00 | 0.50 | 210.00 |
| Vesper,M.A. | 10/11/21 | Review exhibits from Herrick, Feinstein LLP fifth interim fee application | 420.00 | 0.60 | 252.00 |
| Vesper,M.A. | 10/11/21 | Review exhibits from Moritt Hock third interim fee application | 420.00 | 0.50 | 210.00 |
| Marriott, III,V.J. | 10/12/21 | Review and revise latest Akin preliminary report | 1,085.00 | 0.70 | 759.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | November 11, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20211103574 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 10/12/21 | Emails with V. Marriott re: Akin preliminary report | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 10/12/21 | Correspond with M. Vesper re: fee review | 545.00 | 0.30 | 163.50 |
| Marriott, III,V.J. | 10/14/21 | Attend to Akin preliminary report | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 10/14/21 | Review recent filings. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/14/21 | Review status summary chart. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/14/21 | Attend to FTI issues. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 10/14/21 | Update on Deloitte ask/bid in preparation of call. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 10/14/21 | Review docket regarding fee application filings. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/14/21 | Review ASK monthly fee application. | 995.00 | 0.20 | 199.00 |
| Marriott, III,V.J. | 10/18/21 | Conference with P. Harner re: phone call with admin claims representative | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 10/18/21 | Analyze contingent fee arrangements with debtors. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 10/18/21 | Review ASK interim fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/18/21 | Analyze Morritt Hock issues and status. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 10/18/21 | Review and revise Weil combined report. | 995.00 | 1.00 | 995.00 |
| Marriott, III,V.J. | 10/19/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 10/19/21 | Briefly review omnibus claim objections for impact on case status. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/19/21 | Review debtor's status report. | 995.00 | 0.20 | 199.00 |
| Marriott, III,V.J. | 10/20/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Vesper,M.A. | 10/20/21 | Draft combined preliminary report for Herrick, Feinstein LLP's first through fifth interim fee applications | 420.00 | 0.30 | 126.00 |
| Marriott, III,V.J. | 10/21/21 | Revise Akin preliminary report | 1,085.00 | 0.40 | 434.00 |
| Daluz,T.M. | 10/25/21 | Review docket re: recent filings | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/25/21 | Review Morritt Hock fee application | 995.00 | 0.20 | 199.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | November 11, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20211103574 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 10/25/21 | Review agenda of hearing | 995.00 | 0.10 | 99.50 |
| McClamb,C.D. | 10/25/21 | Preparation for status conference | 545.00 | 0.50 | 272.50 |
| Marriott, III,V.J. | 10/26/21 | Prepare for and attend status conference | 1,085.00 | 1.00 | 1,085.00 |
| Daluz,T.M. | 10/26/21 | Correspondence with P. Harner and V. Marriott re: next steps | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/26/21 | Correspondence with C. McClamb and M. Vesper re: next steps | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/26/21 | Review Herrick monthly fee application | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 10/26/21 | Phone call to chambers | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 10/26/21 | Emails with P. Harner and V. Marriott re: status conference | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 10/26/21 | Emails with T. Daluz and M. Vesper re: status of fee review | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 10/26/21 | Draft combined preliminary report for Herrick, Feinstein LLP's first through fifth interim fee applications | 420.00 | 0.50 | 210.00 |
| Jimenez,C. | 10/26/21 | Review and revise Akin's Seventh and Eighth fee application report | 470.00 | 0.80 | 376.00 |
| Daluz,T.M. | 10/27/21 | Review status chart in preparation of meeting with P. Harner | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 10/27/21 | Correspondence with P. Harner, V. Marriott, and C. McClamb | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/27/21 | Review Katten fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/27/21 | Review Stretto interim fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 10/27/21 | Review docket for recent filings | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 10/27/21 | Review fee review status and charts | 545.00 | 1.50 | 817.50 |
| Vesper,M.A. | 10/27/21 | Draft combined preliminary report for Herrick, Feinstein LLP's first through fifth interim fee applications | 420.00 | 0.40 | 168.00 |
| Jimenez,C. | 10/27/21 | Revise Akin 7th and 8th preliminary fee examiner report | 470.00 | 1.40 | 658.00 |

071820.03 - 00317415  
Tobey M. Daluz

November 11, 2021  
Invoice No. 20211103574

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III, V.J. | 10/28/21 | Conference with examiner, T. Daluz, C. McClamb & M. Vesper re: case status 0.6 | 1,085.00 | 0.60 | 651.00 |
| Daluz, T.M. | 10/28/21 | Call with P. Harner, V. Marriott, C. McClamb and M. Vesper | 995.00 | 0.70 | 696.50 |
| Daluz, T.M. | 10/28/21 | Review Weil monthly fee applications | 995.00 | 0.30 | 298.50 |
| Daluz, T.M. | 10/28/21 | Review bid and ask for Deloitte entities | 995.00 | 1.00 | 995.00 |
| McClamb, C.D. | 10/28/21 | Emails with V. Martinez re: Herrick fee data | 545.00 | 0.20 | 109.00 |
| McClamb, C.D. | 10/28/21 | Meeting with T. Daluz, P. Harner, and M. Vesper re: fee review | 545.00 | 1.00 | 545.00 |
| Vesper, M.A. | 10/28/21 | Discussion with T. Daluz and C. McClamb re: review status | 420.00 | 0.20 | 84.00 |
| Vesper, M.A. | 10/28/21 | Attend webex with P. Harner, V. Marriott, T. Daluz, and C. McClamb re: update and status chart | 420.00 | 0.80 | 336.00 |
| McClamb, C.D. | 10/29/21 | Review and revise fee application chart | 545.00 | 4.70 | 2,561.50 |
| **Total B170** | | | | **34.30** | **25,744.50** |
| **Total Fees** | | | | **43.90** | **$33,048.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Marriott, III, V.J. | 4.50 | 1,085.00 | 4,882.50 |
| Daluz, T.M. | 17.40 | 995.00 | 17,313.00 |
| McClamb, C.D. | 12.60 | 545.00 | 6,867.00 |
| Vesper, M.A. | 6.30 | 420.00 | 2,646.00 |
| Jimenez, C. | 2.20 | 470.00 | 1,034.00 |
| Pollard, C.P. | 0.90 | 340.00 | 306.00 |
| **Total Fees** | **43.90** | | **$33,048.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                             November 11, 2021
1675 Broadway                                                              Invoice No. 20211103574
New York, NY 10019

---

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $33,048.50 |
| **Total Invoice Amount** | **$33,048.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

---

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days