UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Sears Holdings Corporation, et al., ) | |
| ) | Case No. 18-23538 (RDD) |
| Debtors. ) | |
| ) | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Transferee hereby gives notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this notice.

**TRANSFEREE:**                                                 **TRANSFEROR:**

**Husqvarna Consumer Outdoor Products N.A., Inc.**              **TRC Master Fund LLC**

Address:                                                        Address:
Husqvarna Consumer Outdoor Products N.A., Inc.                  TRC Master Fund LLC
9335 Harris Corners Parkway, Suite 500                          P.O. Box 633
Charlotte, NC 28269                                             Woodmere, NY 11598
Attention: Robert Tesch                                         Attention: Terrel Ross
                                                                Phone:  516-255-1801

**Claim Information:**

Court Claim: 17360
Ballot ID:  18235380104556
Date Claim Filed: 4/1/19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                                      Date: November 24, 2021
Attorney for Transferee

1

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit B to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears, Roebuck and Co. (Debtor)
Case No. 18-23537
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #17360
Transferring the USD $1,326,374.38 Administrative Expense 503(b)(9) Amount Only

**TRC MASTER FUND LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Husqvarna Consumer Outdoor Products N.A., Inc.
9335 Harris Corners Pkwy, Ste 500
Charlotte, NC 28269
Attention: Robert Tesch

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Allowed **Administrative Claim in the amount of USD $1,326,374.38** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th DAY OF November, 2021.

ASSIGNOR: TRC MASTER FUND LLC
(Signature)
Terrell Ross
Managing Member

ASSIGNEE: Husqvarna Consumer Outdoor Products N.A., Inc.
*Robert Tesch*
Robert Tesch (Nov 17, 2021 14:42 EST)
(Signature)
Robert Tesch
Vice President

*Gary Blase*
Gary Blase (Nov 17, 2021 15:03 CST)
Assistant Secretary

7