11/18/ 2021

Page 1 of 3

# KINGDOM SEEKERS INC. LETTER TO JUDGE

Dear Judge Drain,

    This is an Informal letter. After detailed preparation of approvals and fees waived by the court to be registered to attend court as pro-se, self represented for the November 10th, 2021 hearing, for Case No. 18-23538, Kingdom Seekers Inc. was unable to attend, not by the fault of the claimant. Kingdom Seekers Inc. arrived at all opportunities provided to attend the hearing to sustain its claims, and was stopped from doing so.

Kingdom Seekers Inc. did utilize all opportunities provided by the court to be in attendance, in order to sustain our claims and burdens in light of the Objection's assertion that the claims at issue are entitled to administrative expenses, and priority status as applicable, and did not have a proper venue provided by the court, or fair opportunity to defend the position, and attend the hearing due to last minute changes, and incorrect information provided by the court, along with late notifications that blocked access to the hearing. Several technological access, and an incorrect clerical Zoom password error took place, not at the fault of Kingdom Seekers Inc. leaving the business no opportunity to defend their position in court. Therefore the Objection and the relief requested therein was not in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures (ECF No. 3014) (the "Claims Procedures Order"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order; and upon the Creditors Response to Debtors' Thirty-Sixth Omnibus-Objection to Claims (ECF No. 10031) submitted by Kingdom Seekers, Inc.;

The hearing was confirmed to proceed by a Court Hearings Solution email confirmation sent to me the day of the hearing at 8:16 am. Kingdom Seekers Inc. did log into the Court Solutions system and arrived at the hearing at approx. 9am on November 10th, 2021, and did wait for over an hour for court proceedings to begin. The status of the hearing stated that court had not begun and continued as such status.

Simultaneously, emails were checked and new registrations were attempted after speaking to Dorthy Li by phone, who then provided me with a login for a Listen Only Zoom Conference, by

# M Gmail

## CourtSolutions Fee Waiver Request

**feewaiver@court-solutions.com** <feewaiver@court-solutions.com>  Fri, Oct 29, 2021 at 5:45 PM
To: kingdomseekersinc2020@gmail.com

Aron Goldberger <kingdomseekersinc2020@gmail.com>



Aron,

If you are self-represented (see below), a chapter 7/13 trustee, a member of the media or are otherwise a party entitled to a fee waiver pursuant to a standing order of the court, you must reply to this email with the following information for us to mark your account as fee waived:

1. Your name

2. Your position (e.g., trustee, pro se)

3. The name of the Judge overseeing your case(s).

We will mark you as a fee waived account and then you will be able to make a reservation and appearance.

You will NOT be able to make a reservation without replying to the email and receiving confirmation that your account is activated.

Self-represented means individuals who are representing themselves in their own bankruptcy matter. It is not for employees of entities or funds working on behalf of that entity. If you require further clarification, please contact us.

This policy may be revised without notice.

1/16/21, 9:55 PM

Gmail - CourtSolutions Fee Waiver Request

# M Gmail

## CourtSolutions Fee Waiver Request

**Aron Goldberger** <kingdomseekersinc2020@gmail.com>
To: feewaiver@court-solutions.com

Aron Goldberger <kingdomseekersinc2020@gmail.com>

Fri, Oct 29, 2021 at 5:46 PM

1. Aron Goldberger
2. Pro-se
3. Judge Robert D. Drain

[Quoted text hidden]

https://mail.google.com/mail/u/1/?ik=c49b3fb2f4&view=pt&search=all&permmsgid=msg-a%3Ar6319772768181258696&simpl=msg-a%3Ar6319772768181258696

1/1

11/16/21, 9:53 PM

Gmail - CourtSolutions Fee Waiver Request

CourtSolutions LLC
FeeWaiver@Court-Solutions.com

Court-Solutions.com

If you have questions, please click here.

https://mail.google.com/mail/u/1/?ik=c49b3fb2f4&view=pt&search=all&permmsgid=msg-f%3A1714992123652953054&simpl=msg-f%3A1714992123652953054

2/2

# M Gmail

**Aron Goldberger <kingdomseekersinc2020@gmail.com>**

## Approved CourtSolutions Appearance Request for 11/10/2021
1 message

**NoReply@court-solutions.com** <NoReply@court-solutions.com>    Mon, Nov 1, 2021 at 8:16 AM
To: kingdomseekersinc2020@gmail.com
Cc: arongoldwfg@gmail.com



Aron,

Your participation for the following hearing has been APPROVED:

Hearing Name: Sears Holdings Corporation
Case No.: 18-23538
Date: 11/10/2021
Time: 10:00 AM EST
Status: Live Participation

Account Information:

Dial In: (646) 760-4600 (or any of the additional numbers listed below)
Cell Phone: (845) 471-2760
Pin Code: 913894
One touch dial in: 16467604600,8454712760,913894

Please Note:

1. There is no need to press pound at any point.

2. The court can place you on hold and mute you.

3. **You must be on your computer or tablet to unmute yourself through the Hearing Dashboard. There are no keypad controls on your phone.**

**To log onto your Hearing Dashboard, please follow these steps:**

1. From your computer or tablet, log into www.Court-Solutions.com and enter your email address and password. If you do not have your password, click "Forgot Password" on the Log In Page.

2. Click on the large orange button labeled "Open Hearing Dashboard." The dial in information noted above will appear here as well for your reference.

3. Once you have dialed in, your screen will refresh, and you will see the Hearing Dashboard. The Hearing Dashboard is a visual representation of everyone on the call and has controls to mute/unmute yourself, raise and lower your hand, and in some courts, share documents.

**Please keep your phone muted when you are not speaking (e.g., press the mute button on your cell phone). It will reduce interference on the call and can be easily changed by you if you are not on the Hearing Dashboard.**

When you dial in, if you hear nothing, it means that the court has opened the line and muted it. If you hear background noise, it means that the court has an open line and the hearing will begin shortly. If you hear music, the court has not yet started the call. Please mute your line when you join a call and make sure that you are in compliance with the Judge's rules.

Click here to download the calendar

Please note that your reservation request may be changed or altered by the court and its discretion. For example, a "Live" request may be returned as "Listen Only" or vice versa.

If you need to change or cancel your reservation, click here for further information.

This approval is for you and should not be shared with anyone else. If someone else dials into the call using your registered credentials (your cell phone number and your PIN), this will cause you to be kicked off of the call.

Also, if you give someone else your credentials, the system and the Judge will record that you are present at the hearing. Credentials are specific to people and can only be used by that one person, they cannot be shared.

To make any changes to your participation, please visit us at www.Court-Solutions.com.

**Our additional dial in numbers, which work exactly the same as our main dial in number, are:**

+1.646.757.8968
+1.917.444.7280

11/16/21, 9:57 PM

Gmail - Approved CourtSolutions Appearance Request for 11/10/2021

+1.609.831.8031
+1.305.912.9012
+1.703.552.8553
+1 773 305 6046
+1 312 778 5514

If you are dialing in from a non-US/Canada/Puerto Rico phone number, dial into +1.646.793.9400.

If you have questions, please click here.

**CourtSolutions LLC**
info@Court-Solutions.com
917.746.7476

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message. For security reasons, you cannot unsubscribe from these notification emails.

11/16/21, 9:52 PM                                                                    Gmail - Case Registration Success

# M Gmail

Aron Goldberger <kingdomseekersinc2020@gmail.com>

## Case Registration Success
1 message

**NoReply@court-solutions.com** <NoReply@court-solutions.com>                        Mon, Nov 1, 2021 at 8:16 AM
To: kingdomseekersinc2020@gmail.com
Cc: arongoldwfg@gmail.com

Thank you for registering with CourtSolutions. We have received your reservation request and notified the Judge. Once the Judge either approves or denies your request, you will receive a notification email from us. Until your reservation is approved by chambers, the request will be marked "Pending" when you are logged into your account.

Your dial in information will always be the same. The main dial in number is +1.646.760.4600 and you will find alternative numbers listed in your approval email.

When you call in, you will be asked to enter your registered 10-digit phone number (usually your cell phone number) and your 6-digit PIN.

When the Judge approves your request, these numbers will work for that call. They will also be in your approval email for reference.

Please note: If you are involved in a multi-day hearing, you will need to submit a reservation for each day of the hearing. If you have multiple hearings before the same Judge on the same day, you only need to make a single reservation.

11/16/21, 9:52 PM                                                                                      Gmail - Case Registration Success

For security reasons, you cannot unsubscribe from these notification emails.

https://mail.google.com/mail/u/1/?ik=c49b3fb2f4&view=pt&search=all&permthid=thread-f%3A1715228076298910601&simpl=msg-f%3A1715228076298910601    2/2

# Gmail

## CourtSolutions Appearance Reminder
1 message

**NoReply@court-solutions.com** <NoReply@court-solutions.com>  Wed, Nov 10, 2021 at 8:01 AM
To: kingdomseekersinc2020@gmail.com
Cc: arongoldwfg@gmail.com

Aron Goldberger <kingdomseekersinc2020@gmail.com>



We want to remind you that you have scheduled a court appearance through CourtSolutions today.

To join your call, log into www.Court-Solutions.com no less than 5 minutes before your hearing. You will see a large orange button labeled "Open Hearing Dashboard". Press that and your permanent dial in information will appear. You can call in from any phone. Once you have dialed in, your screen will automatically refresh and you will see the Hearing Dashboard.

If you can't be in front of a computer or tablet, you can join the call by dialing +1.646.760.4600 (or any of the additional dial in numbers listed below) and entering the 10-digit phone number (usually your cell phone number) that you entered when you created your account and your secure PIN.

To make any changes to your participation, please visit us at www.Court-Solutions.com. If your hearing time changes (but the date does not), your reservation will work without making any changes to it.

Hearing Name: Sears Holdings Corporation
Case No.: 18-23538
Date: 11/10/2021
Time: 10:00 AM EST
Status: Live Participation

Account Information:

Dial In: (646) 760-4600 (or any of the additional numbers listed below)
Cell Phone: (845) 682-8141
Pin Code: 913894
One touch dial in: 16467604600,84568281141,913894

Our additional dial in numbers, which work exactly the same as our main dial in number, are:

+1.646.757.8968
+1.917.444.7280
+1.609.831.8031
+1.305.912.9012
+1.703.552.8553
+1 773 305 6046
+1 312 778 5514

CourtSolutions LLC
info@Court-Solutions.com    If you have questions, please click here.
917.746.7476

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message. This is an automated reminder.

# Gmail

Aron Goldberger <kingdomseekersinc2020@gmail.com>

## Today's hearing on Sears' matters is conducted via zoom not Court Solutions
1 message

Dorothy Li <Dorothy_Li@nysb.uscourts.gov>    Wed, Nov 10, 2021 at 9:13 AM
To: Beau LeBaron <beausinbrea@live.com>, "kingdomseekersinc2020@gmail.com" <kingdomseekersinc2020@gmail.com>, "kmc_kmcorrellattny.com" <kmc@kmcorrellattny.com>, "mhert@foxrothschild.com" <mhert@foxrothschild.com>
Cc: Leslie Wybiral <Leslie_Wybiral@nysb.uscourts.gov>, Arturo Tavarez <Arturo_Tavarez@nysb.uscourts.gov>, "lreddock@opeaklp.com" <lreddock@opeaklp.com>, Narotam Rai <Narotam_Rai@nysb.uscourts.gov>, Justin Walker <Justin_Walker@nysb.uscourts.gov>, Ana Vargas <Ana_Vargas@nysb.uscourts.gov>, Mimi Correa <Mimi_Correa@nysb.uscourts.gov>

Please register at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl to participate in today's hearing via zoom.

Thank you.

Dorothy Li
Courtroom Deputy to The
Honorable Robert D. Drain
U.S. Bankruptcy Court Judge
914-467-7246

# M Gmail

**zoom link - for listen only**
4 messages

**Dorothy Li** <Dorothy_Li@nysb.uscourts.gov>    Wed, Nov 10, 2021 at 12:02 PM
To: "kingdomseekersinc2020@gmail.com" <kingdomseekersinc2020@gmail.com>

One tap mobile
+16692545252,,1605636638#,,,,*7665701558# US (San Jose)
+16468287666,,1605636638#,,,,*7665701558# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
    +1 669 216 1590 US (San Jose)
Meeting ID: 160 563 6638
Passcode: 7665701558
Find your local number: https://www.zoomgov.com/u/adAERU3rz

Join by SIP
1605636638@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 563 6638
Passcode: 766570 1558

Dorothy Li
Courtroom Deputy to The
Honorable Robert D. Drain

Aron Goldberger <kingdomseekersinc2020@gmail.com>

# Gmail

Aron Goldberger <kingdomseekersinc2020@gmail.com>

## Automatic reply: zoom link - for listen only
1 message

**Dorothy Li** <Dorothy_Li@nysb.uscourts.gov>    Wed, Nov 10, 2021 at 12:10 PM
To: Aron Goldberger <kingdomseekersinc2020@gmail.com>

I am out of the office. Any emergency, please contact the Clerk's office for assistance.

**Aron Goldberger** <kingdomseekersinc2020@gmail.com>    Wed, Nov 10, 2021 at 12:05 PM
To: Dorothy Li <Dorothy_Li@nysb.uscourts.gov>

Dear Dorthy,
Inside Zoom it states the Meeting Passcode is incorrect.

Kingdom Seekers Inc.
[Quoted text hidden]

**Dorothy Li** <Dorothy_Li@nysb.uscourts.gov>    Wed, Nov 10, 2021 at 12:36 PM
To: Aron Goldberger <kingdomseekersinc2020@gmail.com>

Sorry I didn't reply earlier because I am on annual leave and checking my email periodically only. The hearing is over at 12:32. You may contact the Court Services Department and request for an audio version of today's hearing 212-284-4040.

Dorothy Li
Courtroom Deputy to The
Honorable Robert D. Drain
U.S. Bankruptcy Court Judge
914-467-7246

**From:** Aron Goldberger <kingdomseekersinc2020@gmail.com>
**Sent:** Wednesday, November 10, 2021 12:05 PM
**To:** Dorothy Li <Dorothy_Li@nysb.uscourts.gov>
**Subject:** Re: zoom link - for listen only

**CAUTION - EXTERNAL:**
[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Aron Goldberger** <kingdomseekersinc2020@gmail.com>    Wed, Nov 10, 2021 at 12:48 PM
To: Dorothy Li <Dorothy_Li@nysb.uscourts.gov>

Thank you Dorthy. After speaking to you, I logged in and it stated it had not begun, at 12 pm. What was the outcome for Kingdom Seekers Inc.?

U.S. Bankruptcy Court Judge
914-467-7246