AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### THIRTY-SIXTH MONTHLY FEE STATEMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | September 1, 2021 through September 30, 2021 |
| Monthly Fees Incurred: | **$221,018.50** |
| 20% Holdback: | **$44,203.70** |
| Total Compensation Less 20% Holdback: | **$176,814.80** |
| Monthly Expenses Incurred: | **$45,688.54** |
| Total Fees and Expenses Requested: | **$222,503.34** |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Sixth Monthly Fee Statement") covering the period from September 1, 2021 through and including September 30, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Thirty-Sixth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance

---

[2] The total amount sought for fees and expenses ($266,707.04) reflects voluntary reductions for the Compensation Period of $25,807.00 in fees and $1,116.23 in expenses.

2

and payment of compensation in the amount of $176,814.80 (80% of $221,018.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $45,688.54[3] incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

---

[3] This amount includes $42,593.95 of expenses relating to the payment of professional fees and expenses incurred by H5, Akin Gump's document management and e-discovery provider.

3

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses,

organized by general disbursement categories, incurred by Akin Gump in connection with

services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in

connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Thirty-Sixth Monthly Fee Statement shall be given by hand or overnight

delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road,

Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email:

mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767

Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com),

Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email:

garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K.

Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite

1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail:

paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov);

(iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times

Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com),

Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email:

george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York,

NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

4

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Thirty-Sixth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 16, 2021** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no Objections to this Thirty-Sixth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Sixth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
December 1, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/    Ira S. Dizengoff*
        Ira S. Dizengoff
        Philip C. Dublin
        Sara L. Brauner
        One Bryant Park
        New York, New York 10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002
        Email: idizengoff@akingump.com
                pdublin@akingump.com
                sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

6

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 21.60 | 27,324.00 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 44.60 | 56,419.00 |
| Julius Chen | Litigation | 2010 | 1,075.00 | 6.40 | 6,880.00 |
| Joseph Sorkin | Litigation | 2008 | 1,425.00 | 7.20 | 10,260.00 |
| James Tysse | Litigation | 2008 | 1,135.00 | 13.30 | 15,095.50 |
| David Zensky | Litigation | 1988 | 1,655.00 | 4.80 | 7,944.00 |
| **Total Partner** | | | | **97.90** | **123,922.50** |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| John Kane | Litigation | 2016 | 970.00 | 12.30 | 11,931.00 |
| Daniel Park | Litigation | 2011 | 1,045.00 | 3.90 | 4,075.50 |
| **Total Counsel** | | | | **16.20** | **16,006.50** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 8.10 | 7,938.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 5.60 | 4,536.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 6.10 | 5,215.50 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 126.80 | 63,400.00 |
| **Total Associates** | | | | **146.60** | **81,089.50** |
| **Total Hours / Fees Requested** | | | | **260.70** | **221,018.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,226.37 | 114.10 | 139,929.00 |
| Associates | 553.13 | 146.60 | 81,089.50 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 847.79 | | |
| **Total Fees Incurred** | | **260.70** | **221,018.50** |

## **Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | General Case Administration | 0.50 | 405.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 0.30 | 294.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 0.80 | 784.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 0.20 | 253.00 |
| 8 | Hearings and Court Matters/Court Preparation | 12.70 | 15,134.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 39.30 | 50,248.50 |
| 12 | General Claims Analysis/Claims Objection | 4.10 | 4,798.00 |
| 15 | Secured Creditors Issues/Communications/Meetings | 26.30 | 28,786.50 |
| 20 | Jointly Asserted Causes of Action | 168.00 | 110,801.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.70 | 3,415.50 |
| 23 | Asset Disposition/363 Asset Sales | 5.80 | 6,098.00 |
| | **TOTAL:** | **260.70** | **221,018.50** |

## **Exhibit C**

**Itemized Fees**



| | | | | Invoice Number | 1964372 |
|---|---|---|---|---|---|
SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

Invoice Number       1964372
Invoice Date          11/30/21
Client Number         700502
Matter Number           0001

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/03/21 | JES | 002 | Update case calendar. | 0.30 |
| 09/29/21 | JES | 002 | Monitor docket outside business hours. | 0.20 |
| 09/03/21 | ZDL | 003 | Correspond with M3 and Litigation Designees regarding payment of estate expenses. | 0.30 |
| 09/28/21 | SLB | 004 | Review FTI fee app (.2); correspondence with J. Szydlo re same (.1). | 0.30 |
| 09/28/21 | JES | 004 | Correspond with FTI re FTI fee statement (.2); correspond with S. Brauner and B. Kemp re same (.2); coordinate filing of the same (.1). | 0.50 |
| 09/27/21 | SLB | 007 | Correspondence with UCC member re open case issues. | 0.20 |
| 09/22/21 | JLS | 008 | Prepare for hearing on motion to enforce APA (partial). | 1.80 |
| 09/24/21 | SLB | 008 | Correspondence with UCC advisors re upcoming hearing. | 0.30 |
| 09/26/21 | SLB | 008 | Prepare for hearing. | 1.20 |
| 09/26/21 | ZDL | 008 | Review script for hearing (.4); provide comments to same (.1). | 0.50 |
| 09/27/21 | JLS | 008 | Hearing on fee applications and motion to enforce APA (partial) | 1.80 |
| 09/27/21 | DLC | 008 | Prepare for (.2) and participate in (.7) hearing. | 0.90 |
| 09/27/21 | SLB | 008 | Prepare for (.5) and participate in (2.1) hearing; confer with G. Fail re same (.3); revise summary re same (.2); send same to UCC (.1). | 3.20 |
| 09/27/21 | JES | 008 | Attend Sept. 27 hearing (2.1); summarize same for UCC (.7); draft correspondence to members of FR team re same (.2). | 3.00 |
| 09/02/21 | DLC | 010 | Multiple communications with potential funder re litigation financing (.6); analyze issues re same (1.0). | 1.60 |
| 09/02/21 | DLC | 010 | Review FTI presentation re litigation funding. | 0.30 |
| 09/02/21 | SLB | 010 | Review financing proposal (.6); analyze issues re same (.4); confer with potential funder re same (.4); call with M. Eisler (FTI) re same (.3). | 1.70 |
| 09/02/21 | ZDL | 010 | Review proposals from litigation funders. | 0.50 |
| 09/03/21 | DLC | 010 | Participate in call with litigation funder re financing (.2); review funding term sheet for same (.3). | 0.50 |

SEARS CREDITORS COMMITTEE | Page 2
Bill Number: 1964372 | 11/30/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 09/03/21 | SLB | 010 | Calls (.4) and correspondence (.2) with FTI re financing issues. | 0.80 |
| 09/05/21 | SLB | 010 | Analyze funding issues. | 0.40 |
| 09/08/21 | DLC | 010 | Analyze issues re potential funder (.4); begin outlining deck for presentation to debtors and admin creditors re same (1.1); review documents in connection with same (1.2). | 2.70 |
| 09/08/21 | SLB | 010 | Call with potential funder re open issues in connection with financing (.5); prepare internal correspondence to members of FR and Lit teams re same (.2); draft correspondence to FTI re same (.2). | 0.90 |
| 09/09/21 | DLC | 010 | Continue drafting outline of presentation re funding (1.1); confer with FTI and S. Brauner re same (.3). | 1.40 |
| 09/09/21 | SLB | 010 | Confer with D. Chapman and FTI re financing issues (.3); review materials re same (.3). | 0.60 |
| 09/10/21 | DMZ | 010 | Prepare for (.1) and attend (.8) diligence call with litigation funder. | 0.90 |
| 09/10/21 | DLC | 010 | Prepare for (.2) and participate in (.8) due diligence call with litigation funder re financing; circulate materials following same (.2); review FTI presentation re same (.4); participate in call with S. Brauner and FTI re same (.4). | 2.00 |
| 09/10/21 | SLB | 010 | Participate on call with potential funder's counsel re diligence matters (.8); correspondence with FTI teams re same (.3); attend call with D. Chapman and FTI team re same (.4); analyze issues re same (.4). | 1.90 |
| 09/13/21 | DLC | 010 | Review FTI funding presentation same (.2); correspondence with S. Brauner re same and next steps (.2). | 0.40 |
| 09/13/21 | SLB | 010 | Correspondence with potential funder re open issues (.3); correspondence with D. Chapman re same (.2); analyze issues re same (.3). | 0.80 |
| 09/14/21 | DMZ | 010 | Correspond with potential litigation funder re proposal. | 0.20 |
| 09/14/21 | DLC | 010 | Confer with FTI re funding proposal (1.0); review revised financing presentation (.5); correspond with litigation funder re same (.7). | 2.20 |
| 09/14/21 | SLB | 010 | Calls (.5) and correspondence (.4) with FTI re financing issues; analyze issues re same (.8). | 1.70 |
| 09/15/21 | DLC | 010 | Prepare for (.2) and participate in (.3) call with potential financer; draft correspondence to Akin team re same (.2); review and comment on FTI presentation re financing (.3). | 1.00 |
| 09/15/21 | SLB | 010 | Correspondence with potential funder re open issues (.2); correspondence with D. Chapman and FTI re same (.3). | 0.50 |
| 09/17/21 | DLC | 010 | Prepare for (.2) and participate in (.7) call with litigation funder and FTI; confer with FTI and S. Brauner re same (.3). | 1.20 |
| 09/17/21 | SLB | 010 | Confer with potential funder re open issues (.7); confer with D. Chapman and FTI re same (.3); analyze issues re same (.3). | 1.30 |
| 09/20/21 | DLC | 010 | Review materials for administrative creditors in connection with funding need. | 0.30 |
| 09/21/21 | DLC | 010 | Participate in call with FTI and S. Brauner re litigation funding (.5); review materials from FTI re same (.4). | 0.90 |
| 09/21/21 | SLB | 010 | Confer with D. Chapman and FTI re financing issues. | 0.50 |
| 09/22/21 | DMZ | 010 | Call with Admin Claimants and Debtors re litigation funding (.7); draft follow-up correspondence to Admins re same (.2). | 0.90 |
| 09/22/21 | DLC | 010 | Prepare for (.2) and participate in (.7) call with Debtors and Admin Creditors re financing; review materials from FTI re same (.4); participate in call with FTI (.5). | 1.80 |
| 09/22/21 | SLB | 010 | Correspondence with FTI re financing issues (.4); analyze issues re same (.4). | 0.80 |
| 09/23/21 | DMZ | 010 | Review correspondence from S. Brauner re litigation financing. | 0.10 |
| 09/23/21 | DLC | 010 | Review and comment on financing presentation from FTI. | 0.70 |
| 09/23/21 | SLB | 010 | Correspondence with FTI re financing issues. | 0.30 |
| 09/23/21 | ZDL | 010 | Review revised proposal on litigation funding. | 0.50 |
| 09/24/21 | DLC | 010 | Participate in call with potential funder re financing proposal. | 0.20 |
| 09/27/21 | DLC | 010 | Review correspondence from litigation funder (.2); prepare | 1.20 |

SEARS CREDITORS COMMITTEE                                                                     Page 3
Bill Number: 1964372                                                                          11/30/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | correspondence in response to same (.5); update case budget (.3). | |
| 09/27/21 | SLB | 010 | Correspondence with potential funder re financing issues (.2); analyze materials re same (.4). | 0.60 |
| 09/28/21 | DLC | 010 | Review correspondence from potential funder (.5); call with potential funder to discuss proposal (.4). | 0.90 |
| 09/28/21 | SLB | 010 | Correspondence with potential funder re financing issues (.2); analyze issues re same (.2); correspondence with FTI re same (.5). | 0.90 |
| 09/29/21 | DLC | 010 | Review presentation to admin creditors re financing. | 0.20 |
| 09/30/21 | DLC | 010 | Revise presentation for administrative creditors re funding and Adversary Proceeding (2.5); review third party litigation funding proposal (.3); analyze issues re same (.2). | 3.00 |
| 09/07/21 | DLC | 012 | Prepare for (.4) and participate in (.2) call with counsel in preference actions re claims. | 0.60 |
| 09/20/21 | ZDL | 012 | Analyze open claim issue. | 0.40 |
| 09/21/21 | JPK | 012 | Review internal memos regarding property valuation in connection with claims issues (0.7); analyze issues re same (0.7). | 1.40 |
| 09/21/21 | ZDL | 012 | Analyze open claims issues. | 0.30 |
| 09/28/21 | JLS | 012 | Review corresp and documents in connection with potential settlement | 0.40 |
| 09/29/21 | JLS | 012 | Phone call with debtors counsel re: potential settlement in connection with historical tax dispute (.7); analyze issues in connection with potential settlement in connection with historical tax dispute (.3). | 1.00 |
| 09/01/21 | ZJC | 015 | Correspond with Debtors' counsel re Second Circuit oral argument preparation in section 507(b) appeal (.2); email with Akin Gump team re moot courts (.2). | 0.40 |
| 09/01/21 | ZDL | 015 | Review scheduling notice on 507(b) argument (.1); review briefing in Second Circuit appeal (.3). | 0.40 |
| 09/03/21 | JES | 015 | Review recent pleadings filed in Second Circuit appeal (.5); circulate same to members of FR and litigation teams (.1). | 0.60 |
| 09/15/21 | JET | 015 | Review materials in preparation for moot court for 2d Circuit argument. | 2.20 |
| 09/16/21 | JET | 015 | Review briefs and related materials in preparation for moot court re 2nd Cir. argument. | 0.70 |
| 09/17/21 | JET | 015 | Review briefs and related materials in preparation for moot court re second circuit argument. | 2.00 |
| 09/19/21 | JET | 015 | Review briefs and related materials in preparation for moot court re 2d Cir. argument. | 1.80 |
| 09/20/21 | JET | 015 | Review materials in preparation for moot court (1.5); draft questions for moot court for second circuit argument (1.2). | 2.70 |
| 09/20/21 | ZDL | 015 | Review briefs in preparation for 507(b) appeal moot for second circuit argument. | 0.90 |
| 09/21/21 | ZJC | 015 | Prepare for Second Circuit moot court. | 1.80 |
| 09/22/21 | JET | 015 | Prepare for and attend G. Silbert moot court for second circuit argument. | 3.90 |
| 09/22/21 | ZJC | 015 | Prepare oral argument questions for moot court re second circuit argument (.6); participate in moot court for Second Circuit argument (2). | 2.60 |
| 09/22/21 | ZDL | 015 | Attend moot for 507(b) appeal argument (2.0); review briefs in preparation for same (.5). | 2.50 |
| 09/24/21 | JLS | 015 | Appellate argument in connection with ESL/Cyrus appeal re 507(b). | 1.00 |
| 09/24/21 | ZJC | 015 | Email with Akin Gump team re: Second Circuit argument in section 507(b) appeal (.6); listen to Second Circuit argument (1). | 1.60 |
| 09/24/21 | ZDL | 015 | Attend Second Circuit argument on 507(b) claims (1.0); review briefs/case law in preparation for same (.2). | 1.20 |
| 09/01/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 09/01/21 | DLC | 020 | Finalize letter to Court re adversary proceeding. | 0.50 |
| 09/01/21 | SMN | 020 | Review letter filed with Court by Akin. | 0.10 |
| 09/02/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 09/02/21 | DLC | 020 | Review correspondence from opposing counsel re protective order (.2); | 0.90 |

SEARS CREDITORS COMMITTEE                                                                Page 4
Bill Number: 1964372                                                                    11/30/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | review protective order and key documents (.5); follow-up with members of Lit team re same (.2). | |
| 09/02/21 | SMN | 020 | Update tracker of insurance proceeds reimbursed to defendants in adversary proceeding (.2); review new cases implicating issues in motion to dismiss briefing (.3). | 0.50 |
| 09/03/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.80 |
| 09/03/21 | JES | 020 | Draft email for litigation designees re expenses incurred in connection with adversary proceeding (.3); review invoices in connection with same (.2). | 0.50 |
| 09/07/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 09/07/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.70 |
| 09/08/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 09/09/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.50 |
| 09/10/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 09/13/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 09/13/21 | DLC | 020 | Review discovery correspondence from third party (.5); review and respond to email with ASK re settlement (.3). | 0.80 |
| 09/13/21 | JPK | 020 | Review correspondence with counsel for third party regarding discovery (0.8); prepare internal correspondence re same (0.7). | 1.50 |
| 09/14/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 09/14/21 | DLC | 020 | Confer internally re open issues in Adversary Proceeding (.2); review Defendant materials in connection with same (.2); confer with document vendor re production (.2). | 0.60 |
| 09/14/21 | JPK | 020 | Prepare internal correspondence regarding discovery produced by third party in adversary proceeding. | 1.10 |
| 09/14/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.50 |
| 09/15/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 09/16/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.90 |
| 09/16/21 | DLC | 020 | Confer with document vendor re productions. | 0.30 |
| 09/17/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.20 |
| 09/17/21 | DLC | 020 | Review draft email to third party re document productions. | 0.30 |
| 09/17/21 | JPK | 020 | Prepare correspondence to counsel for third party regarding documents produced in adversary proceeding. | 1.20 |
| 09/20/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 09/20/21 | DLC | 020 | Review legal memorandum and hot documents re open issues in Adversary Proceeding (3.1); prepare response re same (1.3); review key documents re third party (.2). | 4.60 |
| 09/20/21 | SMN | 020 | Review cases implicating issues in motion to dismiss briefing. | 0.60 |
| 09/21/21 | DMZ | 020 | Review internal correspondence re open issues in Adversary Proceeding (.3); analyze issues re same (.2). | 0.50 |
| 09/21/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.00 |
| 09/21/21 | DLC | 020 | Review memoranda in connection with open issues in Adv. Proc. (.5); confer with FTI re document discovery issues (.3); review email to opposing counsel re open issues re Adv. Proc. (.3); reach out to third parties re same (.2); review correspondence from court re upcoming | 2.20 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964372

Page 5
11/30/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | conference (.9). | |
| 09/21/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.4); draft talking points re New York D&O insurance coverage action for call with Weil (1.3); review filing in D&O insurance coverage action appeal (.3). | 2.00 |
| 09/21/21 | DP | 020 | Analyze issues re defendants' document productions (1.5); draft correspondence to defendants' counsel re same (.2). | 1.70 |
| 09/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.90 |
| 09/22/21 | DLC | 020 | Review hot documents in connection with adversary proceeding. | 1.00 |
| 09/22/21 | SMN | 020 | Review and summarize arguments in appellate brief filed in appeal of Sears D&O insurance coverage action. | 0.50 |
| 09/22/21 | DP | 020 | Analyze issues re defendants' document production. | 2.20 |
| 09/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.70 |
| 09/23/21 | DLC | 020 | Review filings in D&O action (2.4) and confer with S. Nolan re same (.2). | 2.60 |
| 09/23/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.3); confer with D. Chapman re appeal in D&O insurance coverage action (.2). | 0.50 |
| 09/24/21 | RJC | 020 | Call with D. Chapman and J. Kane regarding fact issue development (1.0); conduct review of discovery documents in connection with adversary proceeding (6.8). | 7.80 |
| 09/24/21 | DLC | 020 | Prepare for (.2) and participate in (1.0); call with R. Collins  and J. Kane re discovery; prepare for (.2) and participate in (.2) call with counsel to third party re discovery; follow-up with opposing counsel re same (.2). | 1.80 |
| 09/24/21 | JPK | 020 | Prepare for (0.9) and attend (1.0) call with D. Chapman and R. Collins regarding discovery. | 1.90 |
| 09/24/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.30 |
| 09/27/21 | RJC | 020 | Draft email to opposing counsel regarding document production issue (.4); conduct review of discovery documents in connection with adversary proceeding (1.9). | 2.30 |
| 09/27/21 | DLC | 020 | Revise email to counsel to third party re document production (.6); review R. Collins correspondence re document review workstreams (.5). | 1.10 |
| 09/27/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.10 |
| 09/28/21 | DMZ | 020 | Draft correspondence to Akin team re Judge Drain retirement and implications on adversary proceeding. | 0.10 |
| 09/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.30 |
| 09/28/21 | DLC | 020 | Review third party discovery issues (.3); review key documents in connection with same (.4). | 0.70 |
| 09/29/21 | DMZ | 020 | Analyze impact of J. Drain resignation and related strategy. | 0.20 |
| 09/29/21 | RJC | 020 | Draft email to opposing counsel regarding production issues (.8); conduct review of discovery documents in connection with adversary proceeding (5.9). | 6.70 |
| 09/29/21 | DLC | 020 | Review and respond to emails with counsel to third party re document productions. | 0.80 |
| 09/29/21 | JPK | 020 | Draft correspondence to Akin Gump attorneys regarding discovery disputes with third parties. | 1.00 |
| 09/30/21 | DMZ | 020 | Analyze issues re adversary proceeding. | 1.90 |
| 09/30/21 | RJC | 020 | Draft email to opposing counsel regarding production issues (.7); conduct review of discovery documents in connection with adversary proceeding (5.9). | 6.60 |
| 09/30/21 | DLC | 020 | Review and respond to various third parties re document productions (1.3); revise draft communication to third parties re document productions (1.1). | 2.40 |
| 09/30/21 | JPK | 020 | Correspond with Akin Gump attorneys regarding discovery dispute with | 0.70 |

SEARS CREDITORS COMMITTEE                                                                          Page 6
Bill Number: 1964372                                                                               11/30/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| | | | third party to adversary proceeding. | |
| 09/30/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.30 |
| 09/13/21 | SLB | 022 | Draft correspondence to Weil and members of Akin FR team re general case issues and developments. | 0.20 |
| 09/20/21 | SLB | 022 | Participate on call with Weil re case status and open issues in adversary proceeding (.6); draft internal correspondence to members of FR and Lit teams re same (.3); follow-up correspondence with Weil re same (.2). | 1.10 |
| 09/21/21 | SLB | 022 | Draft internal correspondence to members of FR and Lit teams re open case issues and Effective Date. | 0.40 |
| 09/22/21 | SLB | 022 | Participate on call with Debtor, Admin Rep and UCC advisors re case status and open issues in adversary proceeding (.8); follow-up internal correspondence re same (.2). | 1.00 |
| 09/21/21 | JLS | 023 | Review correspondence re motion to enforce APA. | 0.50 |
| 09/22/21 | JLS | 023 | Review pleading in connection with motion to enforce APA. | 0.70 |
| 09/22/21 | JPK | 023 | Review (1.0) and summarize (1.5) Transform's reply in support of motion to enforce APA. | 2.50 |
| 09/23/21 | JES | 023 | Review pleadings in connection with Transform Motion to Enforce APA. | 0.50 |
| 09/24/21 | JPK | 023 | Attend telephonic court hearing regarding motion to enforce APA. | 1.00 |
| 09/28/21 | ZDL | 023 | Review appellee brief in Transform APA appeal. | 0.60 |

Total Hours      260.70

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| J L SORKIN | 7.20 | at | $1425.00 | = | $10,260.00 |
| D M ZENSKY | 4.80 | at | $1655.00 | = | $7,944.00 |
| D L CHAPMAN | 44.60 | at | $1265.00 | = | $56,419.00 |
| S L BRAUNER | 21.60 | at | $1265.00 | = | $27,324.00 |
| J E TYSSE | 13.30 | at | $1135.00 | = | $15,095.50 |
| Z CHEN | 6.40 | at | $1075.00 | = | $6,880.00 |
| J P KANE | 12.30 | at | $970.00 | = | $11,931.00 |
| D S PARK | 3.90 | at | $1045.00 | = | $4,075.50 |
| Z D LANIER | 8.10 | at | $980.00 | = | $7,938.00 |
| S M NOLAN | 6.10 | at | $855.00 | = | $5,215.50 |
| J E SZYDLO | 5.60 | at | $810.00 | = | $4,536.00 |
| R J COLLINS | 126.80 | at | $500.00 | = | $63,400.00 |

Current Fees      $221,018.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $289.69 |
| Computerized Legal Research - Other | $334.24 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,314.66 |
| Prof Fees - Consultant Fees | $42,593.95 |
| Transcripts | $156.00 |

Current Expenses      $45,688.54

**<u>Exhibit D</u>**

**Disbursement Summary**

## **DISBURSEMENT SUMMARY**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 289.69 |
| Computerized Legal Research – Other | 334.24 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,314.66 |
| Professional Fees – Consultant Fees | 42,593.95 |
| Transcripts | 156.00 |
| **TOTAL:** | **45,688.54** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                                           Page 6
Bill Number: 1964372                                                                             11/30/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | third party to adversary proceeding. | |
| 09/30/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.30 |
| 09/13/21 | SLB | 022 | Draft correspondence to Weil and members of Akin FR team re general case issues and developments. | 0.20 |
| 09/20/21 | SLB | 022 | Participate on call with Weil re case status and open issues in adversary proceeding (.6); draft internal correspondence to members of FR and Lit teams re same (.3); follow-up correspondence with Weil re same (.2). | 1.10 |
| 09/21/21 | SLB | 022 | Draft internal correspondence to members of FR and Lit teams re open case issues and Effective Date. | 0.40 |
| 09/22/21 | SLB | 022 | Participate on call with Debtor, Admin Rep and UCC advisors re case status and open issues in adversary proceeding (.8); follow-up internal correspondence re same (.2). | 1.00 |
| 09/21/21 | JLS | 023 | Review correspondence re motion to enforce APA. | 0.50 |
| 09/22/21 | JLS | 023 | Review pleading in connection with motion to enforce APA. | 0.70 |
| 09/22/21 | JPK | 023 | Review (1.0) and summarize (1.5) Transform's reply in support of motion to enforce APA. | 2.50 |
| 09/23/21 | JES | 023 | Review pleadings in connection with Transform Motion to Enforce APA. | 0.50 |
| 09/24/21 | JPK | 023 | Attend telephonic court hearing regarding motion to enforce APA. | 1.00 |
| 09/28/21 | ZDL | 023 | Review appellee brief in Transform APA appeal. | 0.60 |

                                                      Total Hours         260.70


TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| J L SORKIN | 7.20 | at | $1425.00 | = | $10,260.00 |
| D M ZENSKY | 4.80 | at | $1655.00 | = | $7,944.00 |
| D L CHAPMAN | 44.60 | at | $1265.00 | = | $56,419.00 |
| S L BRAUNER | 21.60 | at | $1265.00 | = | $27,324.00 |
| J E TYSSE | 13.30 | at | $1135.00 | = | $15,095.50 |
| Z CHEN | 6.40 | at | $1075.00 | = | $6,880.00 |
| J P KANE | 12.30 | at | $970.00 | = | $11,931.00 |
| D S PARK | 3.90 | at | $1045.00 | = | $4,075.50 |
| Z D LANIER | 8.10 | at | $980.00 | = | $7,938.00 |
| S M NOLAN | 6.10 | at | $855.00 | = | $5,215.50 |
| J E SZYDLO | 5.60 | at | $810.00 | = | $4,536.00 |
| R J COLLINS | 126.80 | at | $500.00 | = | $63,400.00 |

           Current Fees                                              $221,018.50


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $289.69 |
| Computerized Legal Research - Other | $334.24 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,314.66 |
| Prof Fees - Consultant Fees | $42,593.95 |
| Transcripts | $156.00 |

           Current Expenses                                          $45,688.54

SEARS CREDITORS COMMITTEE                                                                    Page 7
Bill Number: 1964372                                                                          11/30/21

| Date | | Value |
|------|--|-------|
| 10/07/20 | Transcripts  VENDOR: VERITEXT INVOICE#: 4578174 DATE: 10/7/2020 Transcriber fee for transcript of October 6, 2020 hearing. | $31.20 |
| 07/12/21 | Prof Fees - Consultant Fees  VENDOR: H5 INVOICE#: INV-31057 DATE: 7/12/2021 Key document identification related to Macerich JV negotiations, et al. and Data Management for future search requests re Sears Holding Corp. | $33,581.25 |
| 09/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 09/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 09/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/2/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 09/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 09/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/6/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 09/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 09/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 09/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |

SEARS CREDITORS COMMITTEE                                                    Page 8
Bill Number: 1964372                                                      11/30/21

| | | |
|---|---|---|
| 09/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 09/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/9/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 09/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 09/10/21 | Prof Fees - Consultant Fees  VENDOR: H5 INVOICE#: INV-31642 DATE: 9/10/2021 E-Discovery / Data Hosting | $9,012.70 |
| 09/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/13/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 09/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 09/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/14/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 1.0 | $70.21 |
| 09/14/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SZYDLO JOSEPH; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $146.32 |
| 09/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 09/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 09/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/16/2021 | $52.23 |

|  |  |  |
|---|---|---|
|  | AcctNumber: 1000309084 ConnectTime: 0.0 |  |
| 09/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 09/17/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: LANIER  ZACH; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $73.16 |
| 09/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/20/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 09/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 09/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 9/21/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35 |
| 09/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 09/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 09/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/23/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 09/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 09/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/27/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964372

| | | |
|---|---|---|
| 09/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 09/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/28/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 09/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 09/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 09/30/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 5294918 DATE: 9/30/2021 Transcriber fee for transcript of September 27, 2021 hearing. | $124.80 |
| 09/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 9/30/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 09/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2109 DATE: 9/30/2021 - Document retrieval in various courts | $16.00 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2109 DATE: 9/30/2021 - Document retrieval in various courts | $0.76 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2109 DATE: 9/30/2021 - Document retrieval in various courts | $6.10 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2109 DATE: 9/30/2021 - Document retrieval in various courts | $48.99 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC | $48.99 |

SEARS CREDITORS COMMITTEE                                                          Page 11
Bill Number: 1964372                                                              11/30/21

|  |  |  |
|---|---|---|
|  | INVOICE#: 328396-2109 DATE: 9/30/2021 - Document retrieval in various courts |  |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2109 DATE: 9/30/2021 - Document retrieval in various courts | $57.16 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2109 DATE: 9/30/2021 - Document retrieval in various courts | $114.32 |
| 09/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2109 DATE: 9/30/2021 - Document retrieval in various courts | $41.92 |

Current Expenses                                                        $45,688.54

**Total Amount of This Invoice**                                     **$266,707.04**

**Prior Balance Due**                                                $7,700,811.33

**Total Balance Due Upon Receipt**                                   $7,967,518.37



**Invoice Date:** 7/12/2021

**Invoice Number:** INV-31057

| | | |
|---|---|---|
| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | 18-23538 | 6/1/2021 | 6/30/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Key Document Identification (Hours)**<br>*Key document identification related to Macerich JV negotiations, Macerich appraisals/valuations, and Macerich JV deal and for expert requests regarding business unit forecasting and the Ipsos contract negotiation.* | 72.5 | $450.00 | $32,625.00 |
| **Data Management (Hours)**<br>*Load defendant and 3rd party productions to DART to be available for future search requests* | 4.25 | $225.00 | $956.25 |

This invoice is for search/review services only.
eDiscovery services will be billed separately.

| | |
|---|---|
| **Subtotal** | $33,581.25 |
| **Tax Total** | $0.00 |
| **Total** | $33,581.25 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA  15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or Mastercard at this time.*



**Invoice Date:** 9/10/2021

**Invoice Number:** INV-31642

| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | H5<br>595 Market Street, Suite 610<br>San Francisco CA 94105<br>(415) 625-6700<br>clientbilling@h5.com |
| --- | --- | --- |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
| --- | --- | --- | --- | --- |
| In re: Sears Holding Corp. | | 8/1/2021 | 8/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
| --- | --- | --- | --- |
| **Data Hosting (GB)** | 1,662.5 | $9.00 | $14,962.50 |
| **E-Discovery Service Fee Deferral**<br>*Per agreement to defer 50% of H5's fees directly associated with Relativity data hosting storage that are incurred by the Sear's indirect creditor's committee client between August 1, 2021 and October 31, 2021.*<br><br>*Deferred H5 fees will be due and payable on November 1, 2021* | | $(7,481.25) | $(7,481.25) |
| **Subtotal** | | | $7,481.25 |
| **Hosting Project Management (Hours)** | 0.17 | $185.00 | $31.45 |
| **User Fees (Users)** | 20 | $75.00 | $1,500.00 |

| | |
| --- | --- |
| **Subtotal** | $9,012.70 |
| **Tax Total** | $0.00 |
| **Total** | $9,012.70 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA  15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399

**If Payment by American Express**
Please email clientbilling@h5.com
to inquire.

*Sorry, we do not accept VISA or
Mastercard at this time.*