WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                   :
                                                        :   **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,               :
                                                        :   **Case No. 18-23538 (RDD)**
                                                        :
Debtors.[1]                                             :   **(Jointly Administered)**
---------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING TO BE CONDUCTED THROUGH ZOOM ON DECEMBER 3, 2021 AT 2:00 P.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.**

I. **CONTESTED MATTER:**

1. Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement Agreement Regarding the EDA Litigation and Tax Assessment Issues **[ECF No. 10101]**

   Objection Deadline:   December 1, 2021 at 4:00 p.m. (Eastern Time)

   Response Filed:

       A.    Limited Response of The Village of Hoffman Estates **[ECF No. 10118]**

   Related Documents:

       B.    Declaration of Brian J. Griffith in Support **[ECF No. 10102]**

       C.    Declaration of David S. Martin in Support **[ECF No. 10103]**

   Status:  This matter is going forward on a contested basis.

II. **UNCONTESTED MATTER:**

2. Motion for an Order Shortening Notice with Respect to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement Agreement Regarding the EDA Litigation and Tax Assessment Issues **[ECF No. 10104]**

   Objection Deadline:   December 3, 2021 at 4:00 p.m. (Eastern Time)

   Responses Filed:   None.

Related Documents:   None.

Status:   This matter is going forward on an uncontested basis.

Dated:  December 2, 2021
       New York, New York

                                          /s/ *Jared R. Friedmann*
                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York  10153
                                     Telephone:  (212) 310-8000
                                     Facsimile:  (212) 310-8007
                                     Ray C. Schrock, P.C.
                                     Jacqueline Marcus
                                     Garrett A. Fail
                                     Sunny Singh
                                     Jared R. Friedmann

                                     *Attorneys for Debtors and*
                                     *Debtors in Possession*