# Exhibit 1

## Disallowed Claims

WEIL:\98281305\1\99910.F766

**Debtors' Thirty-Ninth Omnibus Objection to Claims**  
**Exhibit 1 - Disallowed Claims**

**In re: Sears Holdings Corporation, et al.**  
**Case No. 18-23538 (RDD)**

| | | Schedule of Claims to be Disallowed | |
|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. |
| 40. | LANCASTER DEVELOPMENT COMPANY, LLC* | N/A | 17581 |
| 68. | PARADISE VALLEY MALL SPE LLC* | 182353801018497 | 17356 |
| 79. | RENAISSANCE PARTNERS I, LLC* | N/A | 15028 |
| 98. | THE CONNECTICUT POST LIMITED PARTNERSHIP* | 182353801018255 | 19733 |
| 89. | SHELBY HALL ROAD, LLC* | 182353801018490 | 17201 |

\* Claims asserted as general unsecured claims are unaffected by this Order.

1

# Exhibit 2

## Reduced Claims

WEIL:\98281305\1\99910.F766

**Debtors' Thirty-Ninth Omnibus Objection to Claims**  
**Exhibit 2 - Reduced Claims**

**In re: Sears Holdings Corporation, et al.**  
**Case No. 18-23538 (RDD)**

| | Schedule of Claims to be Reduced | | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Ballot No. | Affected Proof of Claim No. | Asserted Amount | Remaining Administrative Claim |
| 8. | HAWTHORN, L.P. | 182353801018513 | 17651 | $21,005.97 | $9,692.13 |
| 10. | LANCASTER DEVELOPMENT COMPANY, LLC | 182353801018254 | 19729 | $80,716.19 | $48,511.25 |

1

**Debtors' Thirty-Ninth Omnibus Objection to Claims**  
**Exhibit 3 - Reduced Claims**

**In re: Sears Holdings Corporation, et al.**  
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| | **Schedule of Claims to be Reduced** | | | | |
| **Ref #** | **Name of Claimant** | **Affected Ballot No.** | **Affected Proof of Claim No.** | **Asserted Amount** | **Remaining Administrative Claim** |
| 11. | LANCASTER PROPERTIES 52, LLC | 182353801017821 | 17448 | $9,494.15 | $4,408.12 |
| 12. | MACERICH LA CUMBRE LLC | 182353801017816 | 19728 | $29,926.00 | $10,224.72 |

1