LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Regina Cohen, Esquire (pro hac vice)
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106
Telephone: (215) 351-7551
Fax: (215) 627-2551

Counsel for Emerson Healthcare LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, | : | |
| et al. | : | |
| Debtors | : | BANKRUPTCY NO. 18-23538(RDD) |
| | : | |
| KMART HOLDING CORPORATION | : | |
| Plaintiff | : | |
| v. | : | ADVERSARY NO. 20-06674 |
| | : | |
| EMERSON HEALTHCARE LLC | : | |
| Defendant | : | |

**NOTICE OF WITHDRAWAL AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

1. The undersigned attorney represents the Defendant, Emerson Healthcare LLC, in the above-captioned adversary proceeding.

2. On December 1, 2021, Plaintiff filed a notice voluntarily dismissing the adversary complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable in adversary proceedings by Federal Rule of Bankruptcy Procedure 7041 (Adv. D.9).

3. The above-captioned adversary proceeding was closed on December 1, 2021.

4.  PLEASE TAKE NOTICE that the undersigned attorney hereby requests that she be removed from the CM/ECF notice list and from all other service lists for the above-captioned Chapter 11 cases, No. 18-23538-RDD.

                                                   LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  December 6, 2021            By:  /s/ Regina Cohen
                                                      Regina Cohen, Esquire (pro hac vice)
                                                      Lavin, Cedrone, Graver, Boyd & DiSipio
                                                      190 N Independence Mall West, Suite 500
                                                      Philadelphia, PA 19106
                                                      rcohen@lavin-law.com
                                                        (215) 351-7551
                                                        Attorneys for Emerson Healthcare LLC