LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Regina Cohen, Esquire (pro hac vice)
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106
Telephone: (215) 351-7551
Fax: (215) 627-2551

Counsel for Emerson Healthcare LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, et al. | : : | |
| Debtors | : | BANKRUPTCY NO. 18-23538(RDD) |
| | : | |
| KMART HOLDING CORPORATION Plaintiff | : : | |
| v. | : | ADVERSARY NO. 20-06674 |
| | : | |
| EMERSON HEALTHCARE LLC Defendant | : : | |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that copies of Emerson Healthcare LLC's Notice of Withdrawal and Request for Removal from Service Lists with respect to the above Adversary matter was served via ECF upon all parties who requested notice and via class mail on December 6, 2021 upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  December 6, 2021      By:  /s/ Regina Cohen
                                   Regina Cohen, Esquire
                                   Attorneys for Emerson Healthcare LLC

Copies mailed to persons on attached list:

**PLAINTIFFS' COUNSEL BY ECF**

Steven J. Reisman, Esquire
575 Madison Avenue
New York, NY 10022-2585


Terence G. Banich, Esq. (admitted pro hac vice)
525 West Monroe Street
Chicago, IL 60661-3693