UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF NINTH QUARTERLY REPORT OF STRETTO FOR ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2021 THROUGH SEPTEMBER 30, 2021

I, Michael A. Cohen, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Ninth Quarterly Report Of Stretto*[2] *For Allowance Of Contingent Fees And Reimbursement Of Expenses for The Period From July 1, 2021 Through September 30, 2021* (filed on October 27, 2021, at Docket No. 9995) (the "Ninth Quarterly Report").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] On February 17, 2021, Bankruptcy Management Solutions d/b/a Stretto ("Stretto") acquired substantially all of the assets of Acumen Recovery Services, LLC ("Acumen") and assumed Acumen's engagement agreement with the Debtors.

The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Ninth Quarterly Report appears thereon. Pursuant to the Notice of the Ninth Quarterly Report, objections to the Ninth Quarterly Report were to be filed and served no later than November 24, 2021, at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed form of order (attached hereto as **Exhibit A**) approving the Ninth Quarterly Report be entered at the earliest convenience of the Court.

Dated: December 6, 2021

**STRETTO**

By: */s/ Michael A. Cohen*
Michael A. Cohen
Managing Director
7 Times Square
16th Floor
New York, NY 10036
Email: michael.cohen@stretto.com

## **Exhibit A**

**Proposed Form of Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 9995 |

**ORDER GRANTING NINTH QUARTERLY REPORT OF**
**STRETTO FOR ALLOWANCE OF CONTINGENT FEES**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM JULY 1, 2021 THROUGH SEPTEMBER 30, 2021**

Stretto,[2] as provider of preference action recovery and analysis services to the Debtors, and its debtor affiliates, as debtors and debtors in possession in the above matter, having filed its Ninth Quarterly Report for the Period of July 1, 2021 through September 30, 2021 (the "Ninth Quarterly Report");[3] and the Court having reviewed the Ninth Quarterly Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] On February 17, 2021, Bankruptcy Management Solutions d/b/a Stretto ("Stretto") acquired substantially all of the assets of Acumen Recovery Services, LLC ("Acumen") and assumed Acumen's engagement agreement with the Debtors.

[3] Capitalized terms shall have the same meaning ascribed to them in the Ninth Quarterly Report.

the Ninth Quarterly Report was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Ninth Quarterly Report;

                NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.       The request for approval of the Ninth Quarterly Report is GRANTED to the extent set forth in Schedule A and Schedule B hereto.

2.       Stretto is awarded approval for compensation in the amount of $100,985.92 and actual and necessary expenses in the amount of $0.00 for the period of July 1, 2021 through September 30, 2021.

3.       Such sums are authorized for payment less any amount previously paid to Stretto on account of the amounts set forth in the Ninth Quarterly Report.

Dated: _____, 2021  
New York, New York

                                        _____  
                                        THE HONORABLE ROBERT D. DRAIN  
                                        UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)  Schedule A
Case Name: In re Sears Holdings Corporation, *et al.*

## CURRENT FEE PERIOD

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Stretto, provider of preference action recovery and analysis services to the Debtors | October 27, 2021 Docket No. 9995 | 7/1/2021- 9/30/2021 | $100,985.92 | $100,985.92 | $100,985.92 | $0.00 | $0.00 | $0.00 |

3

18-23538-shl   Doc 10127   Filed 12/06/21   Entered 12/06/21 18:10:08   Main Document
                                    Pg 7 of 7

Case No.: 18-23538 (RDD)                                              **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

## QUARTERLY REPORT TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid[4] |
|---|---|---|---|---|
| Stretto, provider of preference action recovery and analysis services to the Debtors | $864,871.57 | $864,871.57 | $105,994.20 | $105,994.20 |

---

[4] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4362], Acumen received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order) and its Expenses (as defined in the Order), from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).