# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

December 6, 2021
Invoice 340055538

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2021

| | |
|---|---|
| Current Fees | $ 34,034.00 |
| Total Current Activity | $ 34,034.00 |
| Total Due for This Invoice | $ 34,034.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:    Account No.: 496-8375493<br>Wells Fargo Bank, NA    ACH ABA No.: 121000248<br>420 Montgomery St    Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

December 6, 2021
Invoice 340055538

| | |
|---|---|
| Our Matter No. | 78GH-334221 |
| | Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses |
| Billing Atty: | Paul E. Harner |

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2021

| | |
|---|---|
| Current Fees | $ 34,034.00 |
| Total Current Activity | $ 34,034.00 |
| Total Due for This Invoice | $ 34,034.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:         Account No.: 496-8375493<br>Wells Fargo Bank, NA    ACH ABA No.: 121000248<br>420 Montgomery St         Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

December 6, 2021
Invoice 340055538
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 11/30/21

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/02/21 | Review and analyze recent monthly fee and expense statements of case professionals. | 4063 | 2.30 hrs. |
| 11/03/21 | Review and analyze monthly fee and expense submissions. | 4063 | 2.30 hrs. |
| 11/05/21 | Review background materials regarding litigation trust matters (.80); correspondence with C. Jiminez and V. Marriott regarding same (.10). | 4063 | .90 hrs. |
| 11/08/21 | Review and revise report regarding Weil Gotshal interim fee and expense applications (1.80); review and analyze related background materials and monthly fee submission (1.10); review and analyze materials from administrative claims representative (.40). | 4063 | 3.30 hrs. |
| 11/09/21 | Review and analyze monthly fee and expense submissions. | 4063 | 1.40 hrs. |
| 11/10/21 | Review and revise report and related exhibits regarding Weil Gotshal interim fee and expense applications. | 4063 | 2.70 hrs. |
| 11/11/21 | Correspondence with C. Jimenez regarding liquidating trust status (.20); review and analyze related background materials (.90). | 4063 | 1.10 hrs. |
| 11/15/21 | Review and analyze monthly fee and expense submissions. | 4063 | .80 hrs. |
| 11/16/21 | Review and analyze recent monthly fee and expense submissions. | 4063 | 1.90 hrs. |
| 11/18/21 | Review and revise report regarding Akin Gump fee and expense application, including detailed review of related exhibits regarding potential objections. | 4063 | 2.60 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

December 6, 2021
Invoice 340055538
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/19/21 | Final review and revision of report on eighth interim Akin Gump fee and expense application (1.60); correspondence with C. Jiminez and M. Vesper regarding same (10). | 4063 | 1.70 hrs. |
| 11/23/21 | Extended conference call with G. Polkowitz (administrative claims representative) regarding settlement negotiations and administrative solvency matters (.80); follow-up telephone conferences and correspondence with V. Marriott and T. Daluz regarding same (.30). | 4063 | 1.10 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 22.10 | $ 1,540.00 | $ 34,034.00 |

| | |
|---|---|
| **Total Fees for Professional Services** | **$ 34,034.00** |