# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner  December 3, 2021
1675 Broadway  Invoice No. 20211200842
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2021

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $39,350.50 |
| **Total Invoice Amount** | **$39,350.50** |

071820.03 - 00317415  
Tobey M. Daluz

December 3, 2021  
Invoice No. 20211200842

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 11/05/21 | Attend to monthly fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 11/05/21 | Correspondence with M. Vesper regarding fee examiner fee request. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 11/05/21 | Correspondence with P. Harner regarding monthly fee application. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 11/05/21 | Emails with P. Harner and T. Daluz re: fee application | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 11/05/21 | Review Fee Examiner's invoice and correspondence to T. Daluz and C. McClamb re: same | 420.00 | 0.40 | 168.00 |
| Vesper,M.A. | 11/05/21 | Draft twenty-ninth monthly joint fee application | 420.00 | 0.40 | 168.00 |
| Vesper,M.A. | 11/05/21 | Review e-mails from Fee Examiner and T. Daluz re: Fee Examiner's invoice | 420.00 | 0.10 | 42.00 |
| Daluz,T.M. | 11/10/21 | Attend to fee application. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 11/11/21 | Emails with T. Daluz and M. Vesper re: fee application | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 11/11/21 | Draft eighth interim fee application | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 11/11/21 | Draft twenty-ninth joint monthly fee application | 420.00 | 0.50 | 210.00 |
| Daluz,T.M. | 11/12/21 | Review/ revise monthly fee application. | 995.00 | 1.00 | 995.00 |
| Vesper,M.A. | 11/12/21 | Draft eighth interim fee application | 420.00 | 2.40 | 1,008.00 |
| Daluz,T.M. | 11/17/21 | Review and revise monthly fee application. | 995.00 | 1.00 | 995.00 |
| McClamb,C.D. | 11/17/21 | Review and revise fee application | 545.00 | 0.40 | 218.00 |
| Vesper,M.A. | 11/17/21 | Review and revise eighth interim fee application | 420.00 | 0.50 | 210.00 |
| Daluz,T.M. | 11/18/21 | Begin review/revision of interim fee application. | 995.00 | 1.00 | 995.00 |

071820.03 - 00317415  December 3, 2021
Tobey M. Daluz  Invoice No. 20211200842

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 11/18/21 | Revise eighth interim fee application and e-mail same to T. Daluz and C. McClamb | 420.00 | 0.20 | 84.00 |
| Daluz,T.M. | 11/29/21 | Correspondence with fee examiner re interim fee application. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 11/29/21 | Review and revise draft interim fee application. | 995.00 | 2.30 | 2,288.50 |
| Daluz,T.M. | 11/29/21 | Review fee examiner collection account records. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 11/29/21 | Emails with P. Harner, T. Daluz and M. Vesper re: interim fee application | 545.00 | 0.80 | 436.00 |
| Vesper,M.A. | 11/29/21 | Correspondence with C. McClamb re: eighth interim fee application | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 11/29/21 | Correspondence with T. Daluz and C. McClamb re: eighth interim fee application | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 11/29/21 | Review and update eighth interim fee application based on Sheppard Mullin records | 420.00 | 0.40 | 168.00 |
| Daluz,T.M. | 11/30/21 | Review revisions to interim fee application. | 995.00 | 0.50 | 497.50 |
| Vesper,M.A. | 11/30/21 | Review calculation in eighth interim fee application and correspondence with T. Daluz and C. McClamb re: same | 420.00 | 0.40 | 168.00 |
| **Total B160** | | | | **15.40** | **11,030.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Daluz,T.M. | 11/02/21 | Review Akin preliminary report. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 11/02/21 | Review Prime Clerk monthly fee application. | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 11/02/21 | Review ordinary course professionals statement. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 11/02/21 | Correspond with C. Jimenez re: Akin preliminary report | 545.00 | 0.60 | 327.00 |
| Jimenez,C. | 11/02/21 | Review and revise Seventh and Eighth Akin Fee Examiner Reports | 470.00 | 3.50 | 1,645.00 |
| McClamb,C.D. | 11/03/21 | Prepare fee review status chart | 545.00 | 2.50 | 1,362.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | December 3, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20211200842 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III, V.J. | 11/04/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |
| Daluz, T.M. | 11/04/21 | Attend to monthly fee application. | 995.00 | 0.50 | 497.50 |
| McClamb, C.D. | 11/05/21 | Emails with P. Harner re: Akin fee review | 545.00 | 0.10 | 54.50 |
| McClamb, C.D. | 11/05/21 | Prepare fee review status chart | 545.00 | 4.00 | 2,180.00 |
| McClamb, C.D. | 11/08/21 | Prepare fee review status chart | 545.00 | 2.00 | 1,090.00 |
| Daluz, T.M. | 11/09/21 | Review agenda of hearing. | 995.00 | 0.10 | 99.50 |
| McClamb, C.D. | 11/09/21 | Prepare fee review status chart | 545.00 | 2.50 | 1,362.50 |
| Daluz, T.M. | 11/10/21 | Review recent filings. | 995.00 | 0.30 | 298.50 |
| McClamb, C.D. | 11/10/21 | Prepare fee review status chart | 545.00 | 2.70 | 1,471.50 |
| Vesper, M.A. | 11/10/21 | Correspondence with C. McClamb re: fee review status | 420.00 | 0.30 | 126.00 |
| Vesper, M.A. | 11/10/21 | Review FTI Consulting seventh and eighth interim fee application time entries | 420.00 | 1.40 | 588.00 |
| Jimenez, C. | 11/10/21 | Analyze amended plan and order confirming plan to determine effective date of litigation trust | 470.00 | 0.80 | 376.00 |
| Marriott, III, V.J. | 11/11/21 | Review recent pleadings | 1,085.00 | 0.20 | 217.00 |
| Jimenez, C. | 11/11/21 | Analyze second amended plan and confirmation order to determine status of liquidating trust | 470.00 | 1.00 | 470.00 |
| McClamb, C.D. | 11/12/21 | Prepare fee review status chart | 545.00 | 4.00 | 2,180.00 |
| Daluz, T.M. | 11/15/21 | Review most recent Weil reports. | 995.00 | 1.00 | 995.00 |
| Daluz, T.M. | 11/15/21 | Review FTI schedules. | 995.00 | 0.60 | 597.00 |
| Daluz, T.M. | 11/15/21 | Review most recent Akin reports. | 995.00 | 1.00 | 995.00 |
| McClamb, C.D. | 11/15/21 | Prepare fee review status chart | 545.00 | 4.40 | 2,398.00 |
| Marriott, III, V.J. | 11/16/21 | Review recent filings (0.2); review Akin preliminary report (0.4) | 1,085.00 | 0.60 | 651.00 |
| Daluz, T.M. | 11/16/21 | Review Weil monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz, T.M. | 11/17/21 | Review Herrick monthly fee application. | 995.00 | 0.20 | 199.00 |

071820.03 - 00317415  December 3, 2021
Tobey M. Daluz  Invoice No. 20211200842

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 11/17/21 | Emails with V. Martinez re: uploading Herrick fee data | 545.00 | 0.30 | 163.50 |
| McClamb,C.D. | 11/17/21 | Emails with V. Martinez re: Herrick fee data | 545.00 | 0.40 | 218.00 |
| Marriott, III,V.J. | 11/19/21 | Attend to Akin preliminary report (0.1); review recent filings (0.2) | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 11/19/21 | Review MIII monthly fee application. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 11/19/21 | Emails with C. Jimenez re: Akin preliminary report | 545.00 | 0.40 | 218.00 |
| Jimenez,C. | 11/19/21 | Review, revise, and finalize Akin 7th and 8th preliminary report along with exhibits | 470.00 | 0.70 | 329.00 |
| Marriott, III,V.J. | 11/22/21 | Review recent filings | 1,085.00 | 0.10 | 108.50 |
| Daluz,T.M. | 11/22/21 | Compile and revise Deloitte Tax report and proposed resolution. | 995.00 | 1.50 | 1,492.50 |
| Daluz,T.M. | 11/23/21 | Review FTI monthly fee application. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 11/23/21 | Assemble and analyze what is needed to resolve objections set forth in preliminary report for FTI. | 995.00 | 1.50 | 1,492.50 |
| Daluz,T.M. | 11/23/21 | Review docket re recent filings. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 11/23/21 | Emails with M. Vesper and C. Pollard re: FTI preliminary report | 545.00 | 0.30 | 163.50 |
| Vesper,M.A. | 11/23/21 | Review FTI Consulting time entries from seventh and eighth interim fee application | 420.00 | 1.00 | 420.00 |
| Vesper,M.A. | 11/23/21 | Correspondence with C. Pollard and C. McClamb re: FTI Consulting exhibits | 420.00 | 0.10 | 42.00 |
| Vesper,M.A. | 11/23/21 | Draft and review preliminary report and exhibits for Herrick, Feinstein LLP's first through fifth interim fee application | 420.00 | 0.20 | 84.00 |
| Vesper,M.A. | 11/24/21 | Draft and review exhibits for Herrick, Feinstein LLP's first through fifth interim fee application | 420.00 | 0.90 | 378.00 |
| Daluz,T.M. | 11/29/21 | Review ASK monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 11/30/21 | Review docket re case status. | 995.00 | 0.30 | 298.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | December 3, 2021 |
| Tobey M. Daluz | | | | | Invoice No. 20211200842 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Daluz,T.M. | 11/30/21 | Review Prime Clerk monthly fee application. | 995.00 | 0.20 | 199.00 |
| **Total B170** | | | | **44.70** | **28,320.00** |
| **Total Fees** | | | | **60.10** | **$39,350.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 16.70 | 995.00 | 16,616.50 |
| Marriott, III,V.J. | 1.40 | 1,085.00 | 1,519.00 |
| McClamb,C.D. | 26.20 | 545.00 | 14,279.00 |
| Jimenez,C. | 6.00 | 470.00 | 2,820.00 |
| Vesper,M.A. | 9.80 | 420.00 | 4,116.00 |
| **Total Fees** | **60.10** | | **$39,350.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                           December 3, 2021
1675 Broadway                                            Invoice No. 20211200842
New York, NY 10019

| Client:  | Sears Fee Examiner (071820.03) |
|----------|--------------------------------|
| Matter:  | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $39,350.50 |
| **Total Invoice Amount** | **$39,350.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 302.252.4465 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days