Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 18-23538-rdd

4    - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SEARS HOLDING CORPORATION,

8            Debtor.

9

10   - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    300 Quarropas Street, Room 248

14                    White Plains, NY 10601

15

16                    December 3, 2021

17                    2:03 PM

18

19

20

21   B E F O R E :

22   HON ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   UNKNOWN

Page 2

1   Notice of Agenda of Matters Scheduled for Hearing to be

2   Conducted Through Zoom on December 3, 2021 at 2:00 P.M.

3

4   HEARING re Motion to Shorten Time / Motion for an Order

5   Shortening Notice with Respect to Debtors Motion Pursuant to

6   Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving

7   Settlement Agreement Regarding the EDA Litigation and Tax

8   Assessment Issues (related document(s)10101)

9

10  HEARING re Motion to Approve Compromise / Debtors Motion

11  Pursuant to Fed. R. Bankr. P. 9019(a) for Entry of an Order

12  Approving Settlement Agreement Regarding the EDA Litigation

13  and Tax Assessment Issues

14

15  Declaration of Brian J. Griffith in Support of Debtors'

16  Motion Pursuant to Fed. R. Bankr. P. 9019(a) for Entry of an

17  Order Approving Settlement Agreement Regarding the EDA

18  Litigation and Tax Assessment Issues (related

19  document(s)10101) filed by Jared R. Friedmann on behalf of

20  Sears Holdings Corporation. (ECF #10102)

21

22

23

24

25

Page 3

1    Declaration of David S. Martin in Support of Debtors' Motion

2    Pursuant to Fed. R. Bankr. P. 9019(a) for Entry of an Order

3    Approving Settlement Agreement Regarding the EDA Litigation

4    and Tax Assessment Issues (related document(s)10101) filed

5    by Jared R. Friedmann on behalf of Sears Holdings

6    Corporation. (ECF #10103)

7

8    Affidavit of Service of Victor Wong Regarding Motion re

9    Settlement and Release, Notice of Motion re Settlement,

10   Griffith Declaration, Martin Declaration, Notice of

11   Shortening Motion, and FTI Fee App (related

12   document(s)10101, 10100, 10103, 10099, 10102, 10104) filed

13   by Prime Clerk, LLC. (ECF #10112)

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 4

1   A P P E A R A N C E S :

2

3   WEIL, GOTSHAL & MANGES

4        Attorney for Debtor

5        767 Fifth Avenue

6        New York, NY 10153

7

8   BY:  JARED FRIEDMANN

9

10  VEDDER PRICE

11       Attorney for Village of Hoffman Estates

12       1633 Broadway

13       31st Floor

14       New York, NY 10022

15

16  BY:  MICHAEL SCHEIN

17

18  GENSBURG CALANDRIELLO KANTER, P.C.

19       200 West Adams Street, Suite 2425

20       Chicago, IL 60606

21       Attorney for Community Unit School District 300

22

23  BY:  MATT GENSBURG

24

25

1   ROBBINS SCHWARTZ

2        Attorney for Community Unit School District 300

3        55 W. Monroe St., Suite 800

4        Chicago, IL 60603-5144

5

6   BY:   KENNETH FLOREY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           P R O C E E D I N G S

2           THE COURT:  This is Judge Drain.  Good afternoon,

3    everyone.  We're here in In re Sears Holdings Corp., et al

4    appearing virtually by Zoom, unless someone doesn't have a

5    screen, in which case they're appearing by phone.

6           I have the agenda for this afternoon's hearing and

7    there are two matters on it.  They're both related to each

8    other.  I have the Debtors' underlying motion for authority

9    to enter into a settlement agreement with a number of

10   parties, including the Village of Hoffman Estates and the

11   School District 300 that's been the subject of a lot of

12   litigation in this Court and elsewhere, and others of course

13   besides those two parties.

14          And in addition, and I should take this first, I

15   have the Debtors' motion for an order permitting the first

16   motion to be heard on shortened notice, so why don't we

17   address that motion first.

18          MR. FRIEDMANN:  Good afternoon, Your Honor.  Jared

19   Friedmann from Weil, Gotshal & Manges on behalf of the

20   Debtor.

21          Yes, Your Honor, the first motion that makes sense

22   to address was filed at ECF 10104, which is starting to

23   sound like a Bates number and less like an ECF number at

24   this point.  We moved to shorten time.  We filed on November

25   23rd, 2021.

Page 7

1          The rationale for it, as is laid out in the motion

2    to shorten notice, is that because of the intricacies of the

3    tax laws that require the Village of Hoffman Estates to

4    publish an ordinance resolving the EDA prior to December

5    31st, we wanted to make sure we were before this Court in

6    time in order to get an order approving Debtors to enter

7    into the global settlement agreement, and also approving the

8    settlement agreement in time so that the 14 days could then

9    pass, the order would become final and not appealable.

10         And at that point, the Village would be able to

11   publish and enter this ordinance which would dissolve the

12   EDA; that's a triggering point for the settlement agreement

13   whereby the payments, including the payment to the Debtors

14   would be five days after that.

15         But again, because of that December 31st deadline,

16   notwithstanding our efforts to get all this to you months

17   ago, it turned out to be a complicated process and a lot of

18   taxing districts involved, and that's why we got to a point

19   where we have to have this heard on a shortened notice, and

20   I'll note that there were no objections to that request.

21         THE COURT:  Right, okay.  I'm not seeing anyone

22   seeking to say anything more on this motion, which is

23   consistent with it being unopposed.

24         I'll grant the motion.  I very rarely shorten

25   notice ex parte.  I prefer giving people the opportunity if

1   I think there's a reasonable basis to have shortened notice

2   to at least object on the requested hearing date to the

3   motion to shorten.  There have been no objections here.  It

4   was served on the 23rd.

5           And based on my review of the motion, there

6   clearly is cause under Rule 9006 to shorten notice given the

7   December 31 drop dead date for the settlement to be

8   effective.  And the timing that you've just walked through

9   and that the motion just walks through in order to meet that

10  date, you need to have an order entered by the 8th of this

11  month.  And, of course, at that point, people would be

12  working on New Year's Eve, so it's better to do it before

13  then.

14          The only thing I'll reiterate is that this time of

15  the essence problem is not one that anyone created to give

16  themselves any sort of advantage.  As you noted, there are

17  multiple parties to the settlement agreement, including many

18  governmental entities, including the Northwest Mosquito

19  Abatement District, Hoffman Estates Park District, Poplar

20  Creek Library District, et cetera, and it clearly took time

21  for all of those public entities to work through the

22  settlement agreement that had been negotiated in September.

23          So you can email that order to chambers granting

24  the motion.

25          MR. FRIEDMANN:  Thank you, Your Honor.

1          THE COURT:  Okay.  So then why don't we turn to

2     the underlying motion.  And I'll note before you start that

3     I reviewed the motion and the two supporting declarations,

4     as well as the limited response of the Village of Hoffman

5     Estates, and also had a chance to review the proposed

6     revised order which clearly was intended to address that

7     limited objection, so I've been through that language that

8     was sent in earlier today.

9          MR. FRIEDMANN:  Thank you, Your Honor, and I'll

10    keep my comments more narrow in light of the fact that

11    you're familiar with all of that already.  So first of all,

12    again, thank you for making yourself available this

13    afternoon for this hearing given the timing issues that we

14    have.

15         And, again, we're before this Court this afternoon

16    respectfully requesting that Your Honor issue an order today

17    approving a global settlement agreement that resolves what

18    has been referred to as the EDA litigation, and as Your

19    Honor noted, it's been subject to much litigation, both in

20    this Court as well as in Cook County, and also a series of

21    tax assessment issues that concern the Hoffman Estate

22    campus.

23         And we're very pleased to have gotten to this

24    placed.  Needless to say, it has not been an easy road, but

25    critical to the estate.  If approved, this global settlement

Page 10

1    will bring in some $12.35 million into the estate within the

2    next few weeks.

3           We're also pleased, though not surprised, by the

4    strong support for the settlement agreement that we've

5    received from both the unsecured creditors committee and the

6    pre-effective date committee.

7           As you noted, there was a limited objection to the

8    settlement agreement filed by the Village, which is also one

9    of the principal parties, and as well as a filing of a

10   notice by a party for the settlement agreement, they

11   (indiscernible).  Here, it also was not a surprise.  Rather,

12   we all believed it was necessary to inform the Court of the

13   status of the approvals by the various taxing authorities

14   that are parties to the agreement.

15          And as I mentioned, although we hope to have all

16   of those approvals complete by this afternoon, and we're

17   very close to being there, there are still three taxing

18   districts that still need to complete their process, which

19   we expect to occur very shortly.

20          And for that reason, as you mentioned, we filed

21   this afternoon the revised proposed order at ECF 10121 to

22   address that issue.  As a result and as reflected in that

23   revised proposed order, we are seeking authorization for the

24   Debtors to enter into the settlement agreement, as well as

25   approval of the settlement agreement, subject to the filing

Page 11

1    of a notice that the outstanding written approvals and

2    authorizations from those three taxing districts have been

3    provided to the Village.

4              And just for the benefit of the Court and the

5    other parties listening, assuming that the Court enters the

6    order today, we understand that the Village has a board

7    meeting scheduled for December 13th to approve the

8    settlement agreement or to conditionally approve it subject

9    to the receipt of any outstanding written approval if that's

10   still an issue at that point.

11             And then after the 14-day period following the

12   entry of this Court's approval of the settlement, the

13   Village would have an emergency board meeting at which to

14   approve the ordinance dissolving the EDA so that it can be

15   entered and published prior to the December 31, 2021

16   deadline.

17             And as I mentioned under the terms of the

18   settlement agreement, the Debtors would receive their $12.35

19   million payment within five business days of the publication

20   of that ordinance.

21             Your Honor, at this point, unless you have any

22   other questions, I'll otherwise rely on the arguments in

23   support set forth in our papers and the declarations of Mr.

24   Griffith and Mr. Martin, and on behalf of all the parties to

25   the global settlement agreement respectfully request that

1       the Court enter today the revised proposed order approving

2       the settlement agreement.  Thank you.

3              THE COURT:  Does anyone have anything further to

4       say on the motion?

5              MR. SCHEIN:  Good afternoon, Your Honor.  Michael

6       Schein, Vedder Price, on behalf of the Village of Hoffman

7       Estates.

8              I concur with the presentation made by Debtors'

9       counsel.  It's been a long road to get here, but we're close

10      and we hope to get those last approvals through to the

11      Village for their board to sign off and to complete the

12      steps and processes outlined in the settlement agreement.

13             THE COURT:  Okay.

14             MR. GENSBURG:  Your Honor, Matt Gensburg on behalf

15      of Community Unit School District 300.

16             We also support this motion.  I think, in fact,

17      there's only one taxing agency we're still waiting for their

18      formal approval and not three.  But we're all working in the

19      same direction, it's moving forward, and we support this

20      motion.

21             THE COURT:  Okay, thank you.  All right, I just

22      have a couple of questions.  But as far as the underlying

23      merits of the settlement are concerned, I think it's clear

24      that what is described in the motion and the economic terms

25      of the settlement agreement are fair and reasonable and a

Page 13

1   proper exercise of the Debtors' judgment.

2          The settlement is clearly negotiated at arm's

3   length and in good faith.  It also had the benefit of an

4   active mediation with a mediator's offer culminating months

5   of negotiations.  It appears to me to reflect appropriately

6   the negotiating leverage that the Debtors had on the two

7   issues that are being settled, and it's unopposed and the

8   motion states that it's actually supported by the unsecured

9   creditors' committee and the post-confirmation

10  administrative expense committee.

11         My question on the settlement is this:  On Page 12

12  of the settlement in the section dealing with what affects

13  the Village, it says in (c) that it shall use any of the --

14  I'm sorry, maybe this is and the school district too --

15  shall use -- yeah, and this is the school district -- "Shall

16  use any and all EDA funds paid to the school district

17  pursuant to this settlement agreement to satisfy its

18  obligations, including, first, to comply with the terms of

19  the Transform settlement agreement unless Transform and the

20  school district agree otherwise."

21         So just leave that thought there.  There is that

22  settlement agreement, although I didn't approve it from the

23  Debtors' point of view, and that's what gave them some

24  leverage that's being settled as part of this motion.

25         And then (e) says, "Shall within 10 business days

Page 14

1    following the EDA dissolution entry date file with the

2    Bankruptcy Court the stipulation irrevocably withdrawing

3    designation of Transform Holdco LLC of Search economic

4    development agreement, the designation rights stipulation,

5    effective as of the EDA and dissolution effective date,

6    substantially in the form attached hereto as Exhibit D."

7            And I think that's important because, otherwise,

8    if you don't have Transform on board with the withdrawal,

9    then there are issues as to the Debtors' ability to reject,

10   I think.  So where does that stand?  Is Transform on board

11   with this?  They're not a party to the agreement.  I just

12   want to know where we are on that.

13           MR. GENSBURG:  Your Honor, Matt Gensburg.  I can

14   address the Court, and I also have Kenneth Florey on by

15   telephone who's my co-counsel, and if the Court will allow

16   him to speak from the phone --

17           THE COURT:  Sure, that's fine.

18           MR. GENSBURG:  -- could add to that.  We do have a

19   settlement agreement with Transform Holdco.  They already

20   have provided us with the designation or the power of

21   attorney to withdraw their designation to this agreement,

22   which we're holding --

23           THE COURT:  Okay.

24           MR. GENSBURG:  -- subject to this settlement

25   agreement being finalized and implemented.  So these two

1    agreements are tied together from our perspective and,

2    assuming that the settlement agreement Your Honor is

3    considering right now is approved and goes effective, we

4    have the ability and the power to withdraw the designation

5    pursuant to the prior agreement with Transform Holdco.

6              THE COURT:  Okay.

7              MR. GENSBURG:  And if I said anything, Your Honor,

8    that Mr. Florey thinks needs to be expanded on or is

9    incorrect, I just invite him to speak up.

10             THE COURT:  Okay.  Well, he's not speaking up, so

11   that's a --

12             MR. FLOREY:  I have nothing more to add, Judge.

13             THE COURT:  Okay, very well.  Thank you.  But my

14   other question is on the order, and actually, there are a

15   couple I suppose.

16             In Paragraph 2, it says, "Pursuant to Bankruptcy

17   Rule 9019(a), the Debtors are authorized to enter into the

18   settlement agreement, and the settlement agreement is

19   approved subject to the filing of a notice that the

20   outstanding written approvals and authorizations required

21   under the terms of the settlement agreement from...", and

22   then it lists the three of the taxing authorities, "... have

23   been provided to the Village the settlement approval notice

24   defined term."

25             So my question is where is it contemplated that

1    this notice will be filed?  Is it to be filed on the docket

2    of this case, which I'm happy with and may be good so that

3    everyone knows that that's the trigger; is that what people

4    have in mind?

5              MR. FRIEDMANN:  Yes, Your Honor.  Jared Friedmann

6    again for the record.  That, in fact, is the idea is that we

7    would file it on the docket in this case so that the world,

8    as well as the Court, will know that took place and,

9    therefore, this condition to everything becoming effective

10   has, in fact, occurred.

11             THE COURT:  Okay, great.  And then, so why don't

12   we just say subject to the filing on the docket of this case

13   so that it's clear.

14             And then in Paragraph 3, it says, "Subject to

15   filing of this settlement approval notice, the parties,

16   including without limitation the Village and the Cook County

17   Treasurer, are authorized and directed to take any action as

18   may be necessary or appropriate to implement, effectuate,

19   and fully perform under the settlement agreement."

20             And I just want to make sure, sometimes parties to

21   settlement agreements are taking actions that are sort of

22   preparatory to getting the agreement ready, and you could

23   read this to say that you couldn't take any of those

24   preparatory actions until this notice is filed.

25             I don't know if that's a problem here, but you've

Page 17

1    already said that the agreement itself is authorized only

2    when the notice is filed.  But if you want people to start

3    taking some actions to get ready, you may not want to have

4    this phrased this way in Paragraph 3.

5              MR. SCHEIN:  Your Honor, it's Michael Schein on

6    behalf of the Village.  We've walked through almost all the

7    steps that are necessary are all triggered by the settlement

8    going effective.  Everything beforehand, the only thing

9    outstanding are the open notices noted in Paragraph 2.

10             THE COURT:  All right.

11             MR. SCHEIN:  So there are no steps that would need

12   to be taken.  Everything following from the effective date

13   of the settlement.

14             THE COURT:  Great.  Then there doesn't need to be

15   a change, I think.  I mean, I just didn't want someone in,

16   you know -- and this is not a knock on anyone who working

17   for a taxing authority -- to say, well, I can't do anything

18   until -- and they need to do something, but it doesn't sound

19   like that they need to do anything until the notice is filed

20   anyway.

21             Okay.  Those are my only questions on the motion,

22   and you've answered them, so I will grant the motion, again,

23   as a fair and reasonable settlement.  I know it took a long

24   time and people put a lot of hard work into both the

25   litigation and the settlement, but it's a fair resolution

Page 18

1    obviously given the unanimous support of it and the

2    description of it.

3              So you can just mail that revised order to

4    chambers and it will be entered today.  And just for the

5    record --

6              MR. FRIEDMANN:  Thank you very much, Your Honor.

7              THE COURT:  -- I have no problem waiving any 14-

8    day stay that is waivable under the bankruptcy rules, again,

9    for the same reasons that I've granted the motion to shorten

10   notice, so that paragraph is fine that's in the order.

11             MR. FRIEDMANN:  Thank you, Your Honor.

12             THE COURT:  All right.  Thanks everyone.

13             MR. FRIEDMANN:  Thank you very much.  Have a good

14   weekend.

15             (Whereupon these proceedings were concluded at

16   2:23 PM)

17

18

19

20

21

22

23

24

25

Page 19

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6    *[signature: Sonya M. Ledanski Hyde]*

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  December 6, 2021

| & | | | |
|---|---|---|---|

**&**   4:3 6:19

**1**

**10**   13:25
**10022**   4:14
**10099**   3:12
**10100**   3:12
**10101**   2:8,19 3:4
  3:12
**10102**   2:20 3:12
**10103**   3:6,12
**10104**   3:12 6:22
**10112**   3:13
**10121**   10:21
**10153**   4:6
**10601**   1:14
**11501**   19:23
**12**   13:11
**12.35**   10:1 11:18
**12151**   19:6
**13th**   11:7
**14**   7:8 11:11 18:7
**1633**   4:12
**18-23538**   1:3

**2**

**2**   15:16 17:9
**200**   4:19
**2021**   1:16 2:2 6:25
  11:15 19:25
**23rd**   6:25 8:4
**2425**   4:19
**248**   1:13
**2:00**   2:2
**2:03**   1:17
**2:23**   18:16

**3**

**3**   1:16 2:2 16:14
  17:4
**300**   1:13 4:21 5:2
  6:11 12:15 19:22
**31**   8:7 11:15

**31st**   4:13 7:5,15
**330**   19:21

**5**

**55**   5:3

**6**

**6**   19:25
**60603-5144**   5:4
**60606**   4:20

**7**

**767**   4:5

**8**

**800**   5:3
**8th**   8:10

**9**

**9006**   8:6
**9019**   2:6,11,16 3:2
  15:17

**a**

**abatement**   8:19
**ability**   14:9 15:4
**able**   7:10
**accurate**   19:4
**action**   16:17
**actions**   16:21,24
  17:3
**active**   13:4
**adams**   4:19
**add**   14:18 15:12
**addition**   6:14
**address**   6:17,22
  9:6 10:22 14:14
**administrative**
  13:10
**advantage**   8:16
**affidavit**   3:8
**afternoon**   6:2,18
  9:13,15 10:16,21
  12:5
**afternoon's**   6:6
**agency**   12:17

**agenda**   2:1 6:6
**ago**   7:17
**agree**   13:20
**agreement**   2:7,12
  2:17 3:3 6:9 7:7,8
  7:12 8:17,22 9:17
  10:4,8,10,14,24
  10:25 11:8,18,25
  12:2,12,25 13:17
  13:19,22 14:4,11
  14:19,21,25 15:2
  15:5,18,18,21
  16:19,22 17:1
**agreements**   15:1
  16:21
**al**   6:3
**allow**   14:15
**answered**   17:22
**anyway**   17:20
**app**   3:11
**appealable**   7:9
**appearing**   6:4,5
**appears**   13:5
**appropriate**
  16:18
**appropriately**
  13:5
**approval**   10:25
  11:9,12 12:18
  15:23 16:15
**approvals**   10:13
  10:16 11:1 12:10
  15:20
**approve**   2:10 11:7
  11:8,14 13:22
**approved**   9:25
  15:3,19
**approving**   2:6,12
  2:17 3:3 7:6,7
  9:17 12:1
**arguments**   11:22
**arm's**   13:2

**assessment**   2:8,13
  2:18 3:4 9:21
**assuming**   11:5
  15:2
**attached**   14:6
**attorney**   4:4,11
  4:21 5:2 14:21
**authorities**   10:13
  15:22
**authority**   6:8
  17:17
**authorization**
  10:23
**authorizations**
  11:2 15:20
**authorized**   15:17
  16:17 17:1
**available**   9:12
**avenue**   4:5

**b**

**b**   1:21
**bankr**   2:6,11,16
  3:2
**bankruptcy**   1:1
  1:12,23 14:2
  15:16 18:8
**based**   8:5
**basis**   8:1
**bates**   6:23
**becoming**   16:9
**behalf**   2:19 3:5
  6:19 11:24 12:6
  12:14 17:6
**believed**   10:12
**benefit**   11:4 13:3
**better**   8:12
**board**   11:6,13
  12:11 14:8,10
**brian**   2:15
**bring**   10:1
**broadway**   4:12
**business**   11:19
  13:25

[c - fee]                                                                                                    Page 2

**c**

c   4:1 6:1 13:13
  19:1,1
calandriello   4:18
campus   9:22
case   1:3 6:5 16:2,7
  16:12
cause   8:6
certified   19:3
cetera   8:20
chambers   8:23
  18:4
chance   9:5
change   17:15
chicago   4:20 5:4
clear   12:23 16:13
clearly   8:6,20 9:6
  13:2
clerk   3:13
close   10:17 12:9
comments   9:10
committee   10:5,6
  13:9,10
community   4:21
  5:2 12:15
complete   10:16,18
  12:11
complicated   7:17
comply   13:18
compromise   2:10
concern   9:21
concerned   12:23
concluded   18:15
concur   12:8
condition   16:9
conditionally   11:8
conducted   2:2
confirmation   13:9
considering   15:3
consistent   7:23
contemplated
  15:25

cook   9:20 16:16
corp   6:3
corporation   1:7
  2:20 3:6
counsel   12:9
  14:15
country   19:21
county   9:20 16:16
couple   12:22
  15:15
course   6:12 8:11
court   1:1,12 6:2
  6:12 7:5,21 9:1,15
  9:20 10:12 11:4,5
  12:1,3,13,21 14:2
  14:14,15,17,23
  15:6,10,13 16:8
  16:11 17:10,14
  18:7,12
court's   11:12
created   8:15
creditors   10:5
  13:9
creek   8:20
critical   9:25
culminating   13:4

**d**

d   1:22 6:1 14:6
date   8:2,7,10 10:6
  14:1,5 17:12
  19:25
david   3:1
day   11:11 18:8
days   7:8,14 11:19
  13:25
dead   8:7
deadline   7:15
  11:16
dealing   13:12
debtor   1:8 4:4
  6:20
debtors   2:5,10,15
  3:1 6:8,15 7:6,13

10:24 11:18 12:8
  13:1,6,23 14:9
  15:17
december   1:16
  2:2 7:4,15 8:7
  11:7,15 19:25
declaration   2:15
  3:1,10,10
declarations   9:3
  11:23
defined   15:24
described   12:24
description   18:2
designation   14:3
  14:4,20,21 15:4
development   14:4
directed   16:17
direction   12:19
dissolution   14:1,5
dissolve   7:11
dissolving   11:14
district   1:2 4:21
  5:2 6:11 8:19,19
  8:20 12:15 13:14
  13:15,16,20
districts   7:18
  10:18 11:2
docket   16:1,7,12
document   2:8,19
  3:4,12
drain   1:22 6:2
drop   8:7

**e**

e   1:21,21 4:1,1 6:1
  6:1 13:25 19:1
earlier   9:8
easy   9:24
ecf   2:20 3:6,13
  6:22,23 10:21
economic   12:24
  14:3
ecro   1:25

eda   2:7,12,17 3:3
  7:4,12 9:18 11:14
  13:16 14:1,5
effective   8:8 10:6
  14:5,5 15:3 16:9
  17:8,12
effectuate   16:18
efforts   7:16
email   8:23
emergency   11:13
enter   6:9 7:6,11
  10:24 12:1 15:17
entered   8:10
  11:15 18:4
enters   11:5
entities   8:18,21
entry   2:6,11,16
  3:2 11:12 14:1
essence   8:15
estate   9:21,25
  10:1
estates   4:11 6:10
  7:3 8:19 9:5 12:7
et   6:3 8:20
eve   8:12
ex   7:25
exercise   13:1
exhibit   14:6
expanded   15:8
expect   10:19
expense   13:10

**f**

f   1:21 19:1
fact   9:10 12:16
  16:6,10
fair   12:25 17:23
  17:25
faith   13:3
familiar   9:11
far   12:22
fed   2:6,11,16 3:2
fee   3:11

**fifth** 4:5
**file** 14:1 16:7
**filed** 2:19 3:4,12
  6:22,24 10:8,20
  16:1,1,24 17:2,19
**filing** 10:9,25
  15:19 16:12,15
**final** 7:9
**finalized** 14:25
**fine** 14:17 18:10
**first** 6:14,15,17,21
  9:11 13:18
**five** 7:14 11:19
**floor** 4:13
**florey** 5:6 14:14
  15:8,12
**following** 11:11
  14:1 17:12
**foregoing** 19:3
**form** 14:6
**formal** 12:18
**forth** 11:23
**forward** 12:19
**friedmann** 2:19
  3:5 4:8 6:18,19
  8:25 9:9 16:5,5
  18:6,11,13
**fti** 3:11
**fully** 16:19
**funds** 13:16
**further** 12:3

**g**

**g** 6:1
**gensburg** 4:18,23
  12:14,14 14:13,13
  14:18,24 15:7
**getting** 16:22
**give** 8:15
**given** 8:6 9:13
  18:1
**giving** 7:25
**global** 7:7 9:17,25
  11:25

**goes** 15:3
**going** 17:8
**good** 6:2,18 12:5
  13:3 16:2 18:13
**gotshal** 4:3 6:19
**gotten** 9:23
**governmental**
  8:18
**grant** 7:24 17:22
**granted** 18:9
**granting** 8:23
**great** 16:11 17:14
**griffith** 2:15 3:10
  11:24

**h**

**happy** 16:2
**hard** 17:24
**heard** 6:16 7:19
**hearing** 2:1,4,10
  6:6 8:2 9:13
**hereto** 14:6
**hoffman** 4:11
  6:10 7:3 8:19 9:4
  9:21 12:6
**holdco** 14:3,19
  15:5
**holding** 1:7 14:22
**holdings** 2:20 3:5
  6:3
**hon** 1:22
**honor** 6:18,21
  8:25 9:9,16,19
  11:21 12:5,14
  14:13 15:2,7 16:5
  17:5 18:6,11
**hope** 10:15 12:10
**hyde** 3:25 19:3,8

**i**

**idea** 16:6
**il** 4:20 5:4
**implement** 16:18
**implemented**
  14:25

**important** 14:7
**including** 6:10
  7:13 8:17,18
  13:18 16:16
**incorrect** 15:9
**indiscernible**
  10:11
**inform** 10:12
**intended** 9:6
**intricacies** 7:2
**invite** 15:9
**involved** 7:18
**irrevocably** 14:2
**issue** 9:16 10:22
  11:10
**issues** 2:8,13,18
  3:4 9:13,21 13:7
  14:9

**j**

**j** 2:15
**jared** 2:19 3:5 4:8
  6:18 16:5
**judge** 1:23 6:2
  15:12
**judgment** 13:1

**k**

**kanter** 4:18
**keep** 9:10
**kenneth** 5:6 14:14
**knock** 17:16
**know** 14:12 16:8
  16:25 17:16,23
**knows** 16:3

**l**

**laid** 7:1
**language** 9:7
**laws** 7:3
**leave** 13:21
**ledanski** 3:25 19:3
  19:8
**legal** 19:20

**length** 13:3
**leverage** 13:6,24
**library** 8:20
**light** 9:10
**limitation** 16:16
**limited** 9:4,7 10:7
**listening** 11:5
**lists** 15:22
**litigation** 2:7,12
  2:18 3:3 6:12 9:18
  9:19 17:25
**llc** 3:13 14:3
**long** 12:9 17:23
**lot** 6:11 7:17
  17:24

**m**

**mail** 18:3
**making** 9:12
**manges** 4:3 6:19
**martin** 3:1,10
  11:24
**matt** 4:23 12:14
  14:13
**matter** 1:5
**matters** 2:1 6:7
**mean** 17:15
**mediation** 13:4
**mediator's** 13:4
**meet** 8:9
**meeting** 11:7,13
**mentioned** 10:15
  10:20 11:17
**merits** 12:23
**michael** 4:16 12:5
  17:5
**million** 10:1 11:19
**mind** 16:4
**mineola** 19:23
**monroe** 5:3
**month** 8:11
**months** 7:16 13:4
**mosquito** 8:18

[motion - reflect]                                                                            Page 4

**motion**  2:4,4,5,10
  2:10,16 3:1,8,9,11
  6:8,15,16,17,21
  7:1,22,24 8:3,5,9
  8:24 9:2,3 12:4,16
  12:20,24 13:8,24
  17:21,22 18:9
**moved**  6:24
**moving**  12:19
**multiple**  8:17

**n**

**n**  4:1 6:1 19:1
**narrow**  9:10
**necessary**  10:12
  16:18 17:7
**need**  8:10 10:18
  17:11,14,18,19
**needless**  9:24
**needs**  15:8
**negotiated**  8:22
  13:2
**negotiating**  13:6
**negotiations**  13:5
**new**  1:2 4:6,14
  8:12
**northwest**  8:18
**note**  7:20 9:2
**noted**  8:16 9:19
  10:7 17:9
**notice**  2:1,5 3:9,10
  6:16 7:2,19,25 8:1
  8:6 10:10 11:1
  15:19,23 16:1,15
  16:24 17:2,19
  18:10
**notices**  17:9
**notwithstanding**
  7:16
**november**  6:24
**number**  6:9,23,23
**ny**  1:14 4:6,14
  19:23

**o**

**o**  1:21 6:1 19:1
**object**  8:2
**objection**  9:7 10:7
**objections**  7:20
  8:3
**obligations**  13:18
**obviously**  18:1
**occur**  10:19
**occurred**  16:10
**offer**  13:4
**okay**  7:21 9:1
  12:13,21 14:23
  15:6,10,13 16:11
  17:21
**old**  19:21
**open**  17:9
**opportunity**  7:25
**order**  2:4,6,11,17
  3:2 6:15 7:6,6,9
  8:9,10,23 9:6,16
  10:21,23 11:6
  12:1 15:14 18:3
  18:10
**ordinance**  7:4,11
  11:14,20
**outlined**  12:12
**outstanding**  11:1
  11:9 15:20 17:9

**p**

**p**  2:6,11,16 3:2
  4:1,1 6:1
**p.c.**  4:18
**p.m.**  2:2
**page**  13:11
**paid**  13:16
**papers**  11:23
**paragraph**  15:16
  16:14 17:4,9
  18:10
**park**  8:19
**part**  13:24

**parte**  7:25
**parties**  6:10,13
  8:17 10:9,14 11:5
  11:24 16:15,20
**party**  10:10 14:11
**pass**  7:9
**payment**  7:13
  11:19
**payments**  7:13
**people**  7:25 8:11
  16:3 17:2,24
**perform**  16:19
**period**  11:11
**permitting**  6:15
**perspective**  15:1
**phone**  6:5 14:16
**phrased**  17:4
**place**  16:8
**placed**  9:24
**plains**  1:14
**pleased**  9:23 10:3
**pm**  1:17 18:16
**point**  6:24 7:10,12
  7:18 8:11 11:10
  11:21 13:23
**poplar**  8:19
**post**  13:9
**power**  14:20 15:4
**pre**  10:6
**prefer**  7:25
**preparatory**
  16:22,24
**presentation**  12:8
**price**  4:10 12:6
**prime**  3:13
**principal**  10:9
**prior**  7:4 11:15
  15:5
**problem**  8:15
  16:25 18:7
**proceedings**
  18:15 19:4

**process**  7:17
  10:18
**processes**  12:12
**proper**  13:1
**proposed**  9:5
  10:21,23 12:1
**provided**  11:3
  14:20 15:23
**public**  8:21
**publication**  11:19
**publish**  7:4,11
**published**  11:15
**pursuant**  2:5,11
  2:16 3:2 13:17
  15:5,16
**put**  17:24

**q**

**quarropas**  1:13
**question**  13:11
  15:14,25
**questions**  11:22
  12:22 17:21

**r**

**r**  1:21 2:6,11,16
  2:19 3:2,5 4:1 6:1
  19:1
**rarely**  7:24
**rationale**  7:1
**rdd**  1:3
**read**  16:23
**ready**  16:22 17:3
**reason**  10:20
**reasonable**  8:1
  12:25 17:23
**reasons**  18:9
**receipt**  11:9
**receive**  11:18
**received**  10:5
**record**  16:6 18:5
  19:4
**referred**  9:18
**reflect**  13:5

reflected  10:22
regarding  2:7,12
  2:17 3:3,8
reiterate  8:14
reject  14:9
related  2:8,18 3:4
  3:11 6:7
release  3:9
rely  11:22
request  7:20
  11:25
requested  8:2
requesting  9:16
require  7:3
required  15:20
resolution  17:25
resolves  9:17
resolving  7:4
respect  2:5
respectfully  9:16
  11:25
response  9:4
result  10:22
review  8:5 9:5
reviewed  9:3
revised  9:6 10:21
  10:23 12:1 18:3
right  7:21 12:21
  15:3 17:10 18:12
rights  14:4
road  9:24 12:9
  19:21
robbins  5:1
robert  1:22
room  1:13
rule  8:6 15:17
rules  18:8

**s**

s  2:8,19 3:1,4,12
  4:1 6:1
satisfy  13:17
says  13:13,25
  15:16 16:14

scheduled  2:1
  11:7
schein  4:16 12:5,6
  17:5,5,11
school  4:21 5:2
  6:11 12:15 13:14
  13:15,16,20
schwartz  5:1
screen  6:5
search  14:3
sears  1:7 2:20 3:5
  6:3
section  13:12
seeing  7:21
seeking  7:22
  10:23
sense  6:21
sent  9:8
september  8:22
series  9:20
served  8:4
service  3:8
set  11:23
settled  13:7,24
settlement  2:7,12
  2:17 3:3,9,9 6:9
  7:7,8,12 8:7,17,22
  9:17,25 10:4,8,10
  10:24,25 11:8,12
  12:23,25 13:2,11
  13:12,17,19,22
  14:19,24 15:2,18
  15:18,21,23 16:15
  16:19,21 17:7,13
  17:23,25
shorten  2:4 6:24
  7:2,24 8:3,6 18:9
shortened  6:16
  7:19 8:1
shortening  2:5
  3:11

shortly  10:19
sign  12:11
signature  19:6
solutions  19:20
sonya  3:25 19:3,8
sorry  13:14
sort  8:16 16:21
sound  6:23 17:18
southern  1:2
speak  14:16 15:9
speaking  15:10
st  5:3
stand  14:10
start  9:2 17:2
starting  6:22
states  1:1,12 13:8
status  10:13
stay  18:8
steps  12:12 17:7
  17:11
stipulation  14:2,4
street  1:13 4:19
strong  10:4
subject  6:11 9:19
  10:25 11:8 14:24
  15:19 16:12,14
substantially  14:6
suite  4:19 5:3
  19:22
support  2:15 3:1
  10:4 11:23 12:16
  12:19 18:1
supported  13:8
supporting  9:3
suppose  15:15
sure  7:5 14:17
  16:20
surprise  10:11
surprised  10:3

**t**

t  19:1,1
take  6:14 16:17
  16:23

taken  17:12
tax  2:7,13,18 3:4
  7:3 9:21
taxing  7:18 10:13
  10:17 11:2 12:17
  15:22 17:17
telephone  14:15
term  15:24
terms  11:17 12:24
  13:18 15:21
thank  8:25 9:9,12
  12:2,21 15:13
  18:6,11,13
thanks  18:12
thing  8:14 17:8
think  8:1 12:16,23
  14:7,10 17:15
thinks  15:8
thought  13:21
three  10:17 11:2
  12:18 15:22
tied  15:1
time  2:4 6:24 7:6
  7:8 8:14,20 17:24
timing  8:8 9:13
today  9:8,16 11:6
  12:1 18:4
transcribed  3:25
transcript  19:4
transform  13:19
  13:19 14:3,8,10
  14:19 15:5
treasurer  16:17
trigger  16:3
triggered  17:7
triggering  7:12
true  19:4
turn  9:1
turned  7:17
two  6:7,13 9:3
  13:6 14:25

**u**

**u.s.**  1:23
**unanimous**  18:1
**underlying**  6:8
   9:2 12:22
**understand**  11:6
**unit**  4:21 5:2
   12:15
**united**  1:1,12
**unknown**  1:25
**unopposed**  7:23
   13:7
**unsecured**  10:5
   13:8
**use**  13:13,15,16

**v**

**various**  10:13
**vedder**  4:10 12:6
**veritext**  19:20
**victor**  3:8
**view**  13:23
**village**  4:11 6:10
   7:3,10 9:4 10:8
   11:3,6,13 12:6,11
   13:13 15:23 16:16
   17:6
**virtually**  6:4

**w**

**w**  5:3
**waiting**  12:17
**waivable**  18:8
**waiving**  18:7
**walked**  8:8 17:6
**walks**  8:9
**want**  14:12 16:20
   17:2,3,15
**wanted**  7:5
**way**  17:4
**we've**  10:4 17:6
**weekend**  18:14
**weeks**  10:2

**weil**  4:3 6:19
**west**  4:19
**white**  1:14
**withdraw**  14:21
   15:4
**withdrawal**  14:8
**withdrawing**  14:2
**wong**  3:8
**work**  8:21 17:24
**working**  8:12
   12:18 17:16
**world**  16:7
**written**  11:1,9
   15:20

**x**

**x**  1:4,10

**y**

**yeah**  13:15
**year's**  8:12
**york**  1:2 4:6,14

**z**

**zoom**  2:2 6:4