WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re**                                                                   :                **Chapter 11**
:
**SEARS HOLDINGS CORPORATION**, *et al.*,   :                **Case No. 18-23538 (RDD)**
:
**Debtors.**[1]                                                         :                **(Jointly Administered)**
:
-------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN
### OF THE DEBTORS' PENDING OBJECTIONS TO PROOFS OF CLAIM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that pursuant to paragraph 7(vii) of the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"), the hearings to consider the following objections to proofs of claim and/or ballots, previously scheduled to be heard December 14, 2021 at 10:00 a.m. (Prevailing Eastern Time), **are hereby adjourned to January 20, 2022 at 2:00 p.m. (Prevailing Eastern Time)** (the "**Hearings**"):

(i) *Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF No. 4775) with respect to the *Response of Johnson Controls, Inc.* (ECF No. 4983);

(ii) *Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims)* (ECF No. 5236) with respect to *Eric Jay Ltd.'s Opposition* (ECF Nos. 5498, 5508);

(iii) *Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots)* (ECF No. 7859) with respect to *Response of Johnson Controls, Inc.* (ECF No. 7945) and *Response to Motion Requesting Reclassification of PREPA's Claim in Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots* (ECF No. 7985);

(iv) *Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims)* (ECF No. 8019) with respect to *Response of Electrolux Home Products, Inc.* (ECF No. 8190);

(v) *Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims)* (ECF No. 8451) with respect to *Shaghal Ltd.'s Response* (ECF No. 8495);

WEIL:\98295075\2\73217.0004

(vi) *Debtors' Twenty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims)* (ECF No. 9403) with respect to *Response of Regal Home Collection Inc.* (ECF No. 9433);

(vii) *Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim and Ballots (Reduce and Allow)* (ECF No. 9444) with respect to *Response of Colonial Properties LLC* (ECF No. 9577) and *Response of Colgate-Palmolive Company Distr. LLC* (ECF No. 9580);

(viii) *Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9975) with respect to proof of claim number 10590;

(ix) *Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9976) with respect to *Response of Gator Oeste Owner, LLC* (ECF No. 10019), *Objection Re: Claim 16742 of Nelecia Nelson* (ECF No. 10028), *Objection to Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 10029);

(x) *Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9978) with respect to *Response of Ohio Department of Taxation* (ECF No. 10009) and *Response of Crown Equipment Corporation* (ECF No. 10017), and with respect to proofs of claim number 4261, 14261, and 20472; and

(xi) *Debtors' Fortieth Omnibus Objection to Proofs of Claim (to Reclassify and Disallow Asserted Secured Claims)* (ECF No. 9987) with respect to ECF No. 10032 (Randal & Susan Askey), ECF Nos. 10045, 10046, 10047, 10048, 10049, 10050, 10051, 10052, 10053, 10054, 10055, 10056, and 10057.

WEIL:\98295075\2\73217.0004

The Hearings may be rescheduled further by the Debtors on notice to the affected claimant(s) pursuant to the Claims Procedures Order.

Dated:  December 8, 2021
       New York, New York

                                 */s/  Garrett A. Fail*
                                 Ray C. Schrock, P.C.
                                 Jacqueline Marcus
                                 Garrett A. Fail
                                 Sunny Singh
                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York  10153
                                 Telephone:  (212) 310-8000
                                 Facsimile:  (212) 310-8007

                                 *Attorneys for Debtors*
                                 *and Debtors in Possession*

WEIL:\98295075\2\73217.0004