AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

### THIRTY-SEVENTH MONTHLY FEE STATEMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | October 1, 2021 through October 31, 2021 |
| Monthly Fees Incurred: | **$227,330.00** |
| 20% Holdback: | **$45,466.00** |
| Total Compensation Less 20% Holdback: | **$181,864.00** |
| Monthly Expenses Incurred: | **$14,365.31** |
| Total Fees and Expenses Requested: | **$196,229.31** |

This is a __x_ monthly ____interim ____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Seventh Monthly Fee Statement") covering the period from October 1, 2021 through and including October 31, 2021 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Thirty-Seventh Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($241,695.31) reflects voluntary reductions for the Compensation Period of $22,332.00 in fees and $2,356.83 in expenses.

compensation in the amount of $181,864.00 (80% of $227,330.00) for fees on account of

reasonable and necessary professional services rendered to the Creditors' Committee by Akin

Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of

$14,635.31[3] incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions,

departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump

professional and paraprofessional who provided services to the Creditors' Committee during the

Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors'

Committee are the same rates that Akin Gump charges generally for professional services

rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code

spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors'

Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump

professionals and paraprofessionals who provided services to the Creditors' Committee during

the Compensation Period.

---

[3] This amount includes $9,643.15 of expenses relating to the payment of professional fees and expenses incurred by
H5, Akin Gump's document management and e-discovery provider.

3

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses,

organized by general disbursement categories, incurred by Akin Gump in connection with

services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in

connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Thirty-Seventh Monthly Fee Statement shall be given by hand or overnight

delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road,

Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email:

mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767

Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com),

Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email:

garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K.

Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite

1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail:

paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov);

(iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times

Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com),

Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email:

george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York,

NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

4

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

      Objections to this Thirty-Seventh Monthly Fee Statement, if any, must be filed with the

Court and served upon the Notice Parties so as to be received no later than **December 22, 2021**

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or

expenses at issue (an "<u>Objection</u>").

      If no Objections to this Thirty-Seventh Monthly Fee Statement are filed and served as set

forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

      If an Objection to this Thirty-Seventh Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Seventh

Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
December 8, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
    Ira S. Dizengoff
    Philip C. Dublin
    Sara L. Brauner
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    Email: idizengoff@akingump.com
        pdublin@akingump.com
        sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

**<u>Exhibit A</u>**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 38.40 | 48,576.00 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 55.50 | 70,207.50 |
| David Zensky | Litigation | 1988 | 1,655.00 | 10.20 | 16,881.00 |
| **Total Partner** | | | | **104.10** | **135,664.50** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 4.60 | 4,508.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 5.30 | 4,293.00 |
| Jillian Kulikowski | Litigation | 2019 | 770.00 | 9.20 | 7,084.00 |
| Jeffrey A. Latov | Litigation | 2017 | 940.00 | 9.30 | 8,742.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 8.70 | 7,438.50 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 119.20 | 59,600.00 |
| **Total Associates** | | | | **156.30** | **91,665.50** |
| **Total Hours / Fees Requested** | | | | **260.40** | **227,330.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,303.21 | 104.10 | 135,664.50 |
| Associates | 586.47 | 156.30 | 91,665.50 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 873.00 | | |
| **Total Fees Incurred** | | **260.40** | **227,330.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 5.00 | 4,687.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 3.00 | 3,146.00 |
| 8 | Hearings and Court Matters/Court Preparation | 4.20 | 4,824.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 72.10 | 88,775.00 |
| 12 | General Claims Analysis/Claims Objection | 1.50 | 1,715.50 |
| 20 | Jointly Asserted Causes of Action | 170.40 | 119,125.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 3.30 | 4,174.50 |
| 23 | Asset Disposition/363 Asset Sales | 0.90 | 882.00 |
| | **TOTAL:** | **260.40** | **227,330.00** |

## **Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | Invoice Number | 1964373 |
|---|---|---|
| | Invoice Date | 12/07/21 |
| | Client Number | 700502 |
| | Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 5.00 | $4,687.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 3.00 | $3,146.00 |
| 008 | Hearings and Court Matters/Court Preparation | 4.20 | $4,824.50 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 72.10 | $88,775.00 |
| 012 | General Claims Analysis/Claims Objections | 1.50 | $1,715.50 |
| 020 | Jointly Asserted Causes of Action | 170.40 | $119,125.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 3.30 | $4,174.50 |
| 023 | Asset Dispositions/363 Asset Sales | 0.90 | $882.00 |
| | TOTAL | 260.40 | $227,330.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964373

Page 2
12/07/21

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 10/05/21 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines in connection with preparation of fee statement (.5); correspondence with members of FR team re same (.2). | 0.70 |
| 10/06/21 | SLB | 003 | Prepare correspondence to P. Dublin re July fee statement (.2); review same (.3); correspondence with J. Szydlo re same (.2). | 0.70 |
| 10/06/21 | JES | 003 | Draft fee statement (.8); review S. Brauner comments to same (.3); revise same (.2); correspond with S. Brauner re same (.2). | 1.50 |
| 10/07/21 | JES | 003 | Correspond with Akin accounting re fee statement (.4); review and revise same (.6). | 1.00 |
| 10/21/21 | JES | 003 | Draft fee statement (.9); draft correspondence to members of FR team re invoicing issues (.2). | 1.10 |
| 10/13/21 | SLB | 007 | Confer with bondholder re case status and open issues. | 0.50 |
| 10/18/21 | JES | 007 | Multiple calls with creditors re case status and updates. | 0.80 |
| 10/20/21 | SLB | 007 | Correspondence with UCC re recent filings (.2); review same (.5). | 0.70 |
| 10/22/21 | ZDL | 007 | Call with unsecured creditor regarding status of claims reconciliation. | 0.60 |
| 10/25/21 | ZDL | 007 | Correspond with UCC members regarding upcoming omnibus hearing. | 0.40 |
| 10/20/21 | JES | 008 | Draft correspondence to members of Akin FR and Lit teams re upcoming omnibus hearing. | 0.50 |
| 10/25/21 | SLB | 008 | Confer with G. Fail (Weil) re hearing. | 0.30 |
| 10/26/21 | DMZ | 008 | Attend omnibus hearing (partial). | 0.50 |
| 10/26/21 | SLB | 008 | Participate in hearing (1.0); revise summary re same (.2); correspondence with Z. Lanier re same (.1). | 1.30 |
| 10/26/21 | ZDL | 008 | Attend omnibus hearing (1.0) summarize same for UCC (.5); correspond with S. Brauner re same (.1). | 1.60 |
| 10/01/21 | DLC | 010 | Review and respond to correspondence from S. Brauner re litigation funding. | 0.50 |
| 10/01/21 | SLB | 010 | Call with potential funder re financing issues (.4); draft correspondence to D. Chapman re same (.2). | 0.60 |
| 10/03/21 | SLB | 010 | Correspondence with FTI re potential financing and related issues (.3); review materials re same (.3); prepare correspondence to members of FR and Lit teams re same (.2). | 0.80 |
| 10/04/21 | DMZ | 010 | Analyze open issues in connection with litigation funding (.5) correspond with D. Chapman re same (.3). | 0.80 |
| 10/04/21 | DLC | 010 | Review presentation from FTI regarding litigation funding issues (.3); correspond with potential funders re same (.3); prepare materials for administrative claims representative re same (.5); confer with D. Zensky re open issues re litigation funding (.3); draft follow-up correspondence to members of litigation team re same (.2). | 0.10 |
| 10/04/21 | SLB | 010 | Calls (.5) and correspondence (.4) with FTI team re financing issues; draft internal correspondence to members of FR and Lit teams re same (.3); analyze issues re same (.2). | 1.40 |
| 10/05/21 | DLC | 010 | Prepare for (.2) and participate in (.3) call with potential litigation funder re open funding issues; analyze issues re same (.3); review FTI slide presentation re same (.3). | 1.10 |
| 10/05/21 | SLB | 010 | Revise presentation re financing issues (.5); correspondence with FTI re same (.2). | 0.70 |
| 10/06/21 | DLC | 010 | Review litigation budget (.2) follow-up correspondence with S. Brauner re same (.2); correspond with FTI re same (.4); correspond with designees and S. Brauner re litigation funding (.3). | 1.10 |
| 10/06/21 | SLB | 010 | Prepare correspondence to Designees re financing (.4); correspondence with D. Chapman re same (.2); correspondence with Designees and D. Chapman re same (.3); confer with Designee re same (.2). | 1.10 |
| 10/07/21 | SLB | 010 | Correspondence with G. Fail (Weil) re financing issues (.2); draft | 0.40 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964373

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | internal correspondence to members of FR and Lit teams re same (.2). | |
| 10/08/21 | DLC | 010 | Participate in call with S. Brauner and G. Fail re litigation funding issues (1.1); review correspondence with FTI re same (.1). | 1.20 |
| 10/08/21 | SLB | 010 | Call with D. Chapman and G. Fail (Weil) re financing and related case issues (1.1); draft correspondence to members of FR and Lit teams re same (.2); draft correspondence to FTI re same (.2). | 1.50 |
| 10/11/21 | DLC | 010 | Review revised FTI presentation re litigation funding (.2) correspond with FTI and S. Brauner re same (.4). | 0.60 |
| 10/11/21 | SLB | 010 | Review revised presentation re proposed financing for Admin Claimant Rep and Debtors (.5); correspondence with D. Chapman and FTI re same (.4). | 0.90 |
| 10/12/21 | DMZ | 010 | Draft correspondence to members of lit and FR teams re call with Admin. Claimants and Debtors re litigation financing (.3); revise draft correspondence to clients re same  (.3). | 0.60 |
| 10/12/21 | DLC | 010 | Review and comment on FTI deck re litigation funding (2.9); participate in multiples calls with FTI and S. Brauner re same (.5); participate in call with Debtors re financing (.8); revise letter to Designees re same (.6); revise materials for administrative creditors re same (1.1). | 5.90 |
| 10/12/21 | SLB | 010 | Calls (.5) and correspondence (.4) with D. Chapman and FTI re financing and related issues; review and comment on presentation for Admins re same (.8); correspondence with counsel to Admin Rep and Debtors re same (.2). | 1.90 |
| 10/14/21 | DLC | 010 | Review and revise FTI deck re litigation financing (3.1); correspond with FTI and S. Brauner re same (.4). | 3.50 |
| 10/14/21 | SLB | 010 | Review revised draft presentation for Admin Rep re financing (.5); correspondence with FTI and D. Chapman re same (.4). | 0.90 |
| 10/15/21 | DLC | 010 | Revise FTI deck re litigation financing (2.0); confer with S. Brauner and FTI re same (1.0); draft talking points for call with administrative creditors re same (1.9). | 4.90 |
| 10/15/21 | SLB | 010 | Call with D. Chapman and FTI re presentation to Admin Rep re financing (1.0); draft internal correspondence to members of FR and Lit teams re same (.2); revise FTI deck re same (1.3). | 2.50 |
| 10/15/21 | ZDL | 010 | Review presentation on litigation financing efforts. | 0.60 |
| 10/17/21 | DLC | 010 | Review internal comments to litigation funding deck (.4) correspond with S. Brauner re same (.3); draft correspondence to P. Dublin and S. Brauner re deck (.4); circulate proposed language for revised presentation to FTI (.5). | 1.60 |
| 10/17/21 | SLB | 010 | Revise deck re litigation financing for Admin Rep (1.5); correspondence with D. Chapman re same (.3). | 1.80 |
| 10/18/21 | DLC | 010 | Revise FTI deck re litigation financing (2.0); correspond with S. Brauner and FTI re same (.4); participate in call with S. Brauner re same (.7); calls with FTI re updates to litigation funding presentation (.5). | 3.50 |
| 10/18/21 | SLB | 010 | Revise deck re potential financing for Admin Rep (1.8); analyze issues re same (.3); correspondence with FTI and D. Chapman re same (.4); correspond with FTI re same (.3); call with D. Chapman re same (.7). | 3.50 |
| 10/19/21 | DLC | 010 | Review presentation to administrative claims representative and turn edits to same (1.0); confer with S. Brauner re same (.4). | 1.40 |
| 10/19/21 | SLB | 010 | Revise deck re litigation financing for Admin Rep (1.7); confer with D. Chapman re same (.4). | 2.10 |
| 10/19/21 | ZDL | 010 | Review revised presentation on litigation financing. | 0.50 |
| 10/20/21 | DLC | 010 | Review FTI presentation re litigation financing (.6); correspond with S. Brauner and FTI re same (.4). | 1.00 |
| 10/20/21 | SLB | 010 | Revise presentation re financing for Admin Rep (1.0); correspondence with D. Chapman and FTI re same (.4). | 1.40 |
| 10/21/21 | DLC | 010 | Prepare talking points for call with Debtors and Administrative Claims Representative (1.5); participate in call with Admin. Claims Rep. re litigation funding (1.3); draft follow up correspondence to members of | 3.40 |

SEARS CREDITORS COMMITTEE                                                                Page 4
Bill Number: 1964373                                                                     12/07/21

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | litigation and FR teams (.6). | |
| 10/21/21 | SLB | 010 | Prepare for (1.2) and participate on (1.3) call with Admin Rep, Debtors and UCC advisors re financing issues. | 2.50 |
| 10/22/21 | SLB | 010 | Confer with G. Fail re financing issues (.3); correspondence with parties in interest re same (.3); draft correspondence to members of FR and Lit teams re same (.2). | 0.80 |
| 10/22/21 | JAL | 010 | Prepare materials re litigation funding analysis for potential funders. | 4.40 |
| 10/26/21 | DLC | 010 | Revise term sheet re litigation financing. | 0.60 |
| 10/26/21 | SLB | 010 | Revise litigation financing term sheet. | 0.40 |
| 10/26/21 | JAL | 010 | Prepare materials re litigation funding analysis for potential funders. | 4.90 |
| 10/27/21 | DMZ | 010 | Attend pre-call with S. Brauner and D. Chapman re litigation financing (.3); attend call with potential funder re same (partial) (.5). | 0.80 |
| 10/27/21 | DLC | 010 | Participate in internal call with D. Zensky and S. Brauner re litigation financing (.3); participate in call with potential funder re same (partial) (.4). | 0.70 |
| 10/27/21 | SLB | 010 | Participate on pre-call with D. Chapman and D. Zensky (.3) call with party in interest re litigation funding issues (.8); correspondence with G. Fail (Weil) re same (.1). | 1.20 |
| 10/28/21 | DLC | 010 | Review materials compiled for potential litigation funder. | 0.50 |
| 10/28/21 | SLB | 010 | Revise litigation financing term sheet (.5); draft correspondence to FTI and members of FR and Lit teams re same (.2). | 0.70 |
| 10/28/21 | JRK | 010 | Compile documents for circulation to potential litigation funders. | 0.30 |
| 10/29/21 | DMZ | 010 | Call with potential funder re litigation financing issues. | 0.50 |
| 10/01/21 | SLB | 012 | Confer with G. Fail re claims objections issues (.5); analyze same (.6). | 1.10 |
| 10/07/21 | JES | 012 | Review claims transfers filed on docket (.3): draft correspondence to S. Brauner re same (.1). | 0.40 |
| 10/01/21 | DMZ | 020 | Analyze open issues in connection with Adversary Proceeding (.9); draft correspondence to members of Akin Lit and FR teams re same (.5). | 1.40 |
| 10/01/21 | RJC | 020 | Draft email update to D. Chapman regarding fact discovery issue (.6); conduct review of discovery documents in connection with adversary proceeding (6.4). | 7.00 |
| 10/01/21 | SMN | 020 | Update chart of insurance fees reimbursed to defendants. | 0.20 |
| 10/02/21 | DLC | 020 | Review and analyze analysis of open issues in connection with Adversary Proceeding (1.7); review internal correspondence from members of litigation team re document productions (.3). | 2.00 |
| 10/04/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.10 |
| 10/04/21 | DLC | 020 | Review legal research re damages in connection with Adversary Proceeding (1.0); draft correspondence to members of litigation team re open issues in connection with Adversary Proceeding (.5). | 1.50 |
| 10/04/21 | DLC | 020 | Review legal research re damages in connection with Adversary Proceeding (1.0); draft correspondence to members of litigation team re open issues in connection with Adversary Proceeding (.5). | 1.50 |
| 10/04/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 1.00 |
| 10/05/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 10/05/21 | DLC | 020 | Review FTI deck re key discovery issues (1.9); follow-up calls with FTI re same (1.0); review legal research in connection with same (.5) draft correspondence to members of litigation team re same (.2). | 3.60 |
| 10/05/21 | SMN | 020 | Review correspondence from third party re document productions. | 0.20 |
| 10/06/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.80 |
| 10/06/21 | SMN | 020 | Conduct legal research re developments in issues implicated in motion to dismiss briefing. | 2.70 |
| 10/07/21 | RJC | 020 | Draft email to D. Chapman regarding document production issues (1.1); conduct review of discovery documents in connection with adversary proceeding (6.4). | 7.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964373

Page 5
12/07/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/07/21 | DLC | 020 | Review emails with third party re document productions. | 0.20 |
| 10/07/21 | SMN | 020 | Conduct legal research re open issues in connection with Adversary Proceeding. | 1.40 |
| 10/08/21 | RJC | 020 | Draft email to D. Chapman regarding fact discovery issues (.7); conduct review of discovery documents in connection with adversary proceeding (5.2). | 5.90 |
| 10/08/21 | DLC | 020 | Review legal research relevant to motion to dismiss briefing. | 0.70 |
| 10/08/21 | SMN | 020 | Review brief filed by Ds&Os in insurance action appeal (.7); summarize same for litigation team (.3); review new cases implicating issues in motion to dismiss briefing (.3). | 1.40 |
| 10/11/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 10/11/21 | DLC | 020 | Review correspondence from third party re: discovery (.1); respond to third party re same (.2); review memorandum re document review issues (.6). | 1.10 |
| 10/11/21 | DLC | 020 | Revise memorandum to Litigation Designees re: litigation (1.7). | 1.70 |
| 10/11/21 | SMN | 020 | Conduct follow up research re develops in caselaw re motions to dismiss (.6); draft correspondence to D. Chapman re same (.2). | 0.80 |
| 10/12/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.70 |
| 10/12/21 | DLC | 020 | Review correspondence from third party re discovery issues. | 0.30 |
| 10/12/21 | SLB | 020 | Confer with G. Fail (Weil), FTI and MIII teams re status of litigation (.8); review draft report re same (.5); draft correspondence to members of FR and Lit teams re same (.3); analyze issues re same (.9). | 2.50 |
| 10/12/21 | SMN | 020 | Draft correspondence to D. Chapman re fees recovered from insurers by defendants. | 0.10 |
| 10/13/21 | DMZ | 020 | Correspond with designees re Adversary Proceeding (.2); review analysis of case law re motions to dismiss (.3); revise analysis of open issues in connection with Adversary Proceeding (1.2). | 1.70 |
| 10/13/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.90 |
| 10/13/21 | DLC | 020 | Review memorandum re document production and related discovery issues. | 0.70 |
| 10/13/21 | DLC | 020 | Revise memo to client re: litigation updates and circulate same. | 0.40 |
| 10/14/21 | RJC | 020 | Draft email to D. Chapman regarding discovery issues (1.2); conduct review of discovery documents in connection with adversary proceeding (5.0). | 6.20 |
| 10/14/21 | DLC | 020 | Review briefing filed in D&O action (.7) follow-up correspondence with S. Nolan re same (.1). | 0.80 |
| 10/14/21 | SMN | 020 | Prepare summary of filings in D&O coverage appeal (.5); review new cases implicating issues in motion to dismiss briefing (.2); correspond with D. Chapman re D&O action (.1). | 0.80 |
| 10/15/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 2.10 |
| 10/16/21 | DMZ | 020 | Prepare talking points for call with Debtors and Admin Claimants re litigation financing. | 0.20 |
| 10/18/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.30 |
| 10/18/21 | JRK | 020 | Review document requests and defendant's responses and objections re requests for productions (1.4); draft chart tracking meet and confers with defendants (.6). | 2.00 |
| 10/19/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (4.7); correspondence with J. Kulikowski re same (.3). | 5.00 |
| 10/19/21 | JRK | 020 | Revise draft chart tracking meet and confers with defendant (3.8); correspondence with R. Collins re same (.4). | 4.20 |
| 10/20/21 | RJC | 020 | Phone call with J. Kulikowski re document requests (.7); conduct review of discovery documents in connection with adversary proceedings (3.4). | 4.10 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964373

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 10/20/21 | JRK | 020 | Call with R. Collins re document requests (.7); continue revising chart tracking meet and confers with defendant (1.0); multiple correspondence to R. Collins re document requests (.6). | 2.30 |
| 10/21/21 | DMZ | 020 | Analyze open issues re Adversary Proceeding (.9); draft correspondence to opposing counsel re same (.6); draft follow-up correspondence to members of litigation team re same (.5). | 2.00 |
| 10/21/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 1.50 |
| 10/21/21 | JRK | 020 | Draft email to D. Chapman re document production from certain defendants. | 0.40 |
| 10/22/21 | DMZ | 020 | Call with opposing counsel and D. Chapman re open issues in Adversary Proceeding. | 0.30 |
| 10/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 2.90 |
| 10/22/21 | DLC | 020 | Prepare for (.1) and participate in (.3) call with opposing counsel and D. Zensky re open issues in Adv. Proc.; confer with opposing counsel re cancelled discovery conference (.4); review correspondence from FTI re defendants' holdings (.5). | 1.30 |
| 10/24/21 | DLC | 020 | Correspond with FTI re discovery document analysis (.3); review analysis re document production issues(1.0). | 1.30 |
| 10/25/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 10/25/21 | DLC | 020 | Review and respond to emails from members of litigation team re document production issues (.7); follow-up correspondence with counsel to third parties re same (.3); prepare for (.2) and participate in call with FTI re document productions (.4); review analysis re open claims issues in connection with Adv. Proc. (.4) and follow-up correspondence with ASK re same (.4). | 2.40 |
| 10/26/21 | DMZ | 020 | Call with opposing counsel re open issues in adv. proc. (.4); review and revise analysis of same (.3). | 0.70 |
| 10/26/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.60 |
| 10/26/21 | DLC | 020 | Draft summary email to team re: litigation updates with accompanying claims table (.7) and respond to follow-up emails (.4). | 1.10 |
| 10/26/21 | SLB | 020 | Correspondence with members of Lit and FR teams re open issues in connection with Jointly Asserted Causes of Action. | 0.20 |
| 10/27/21 | DMZ | 020 | Call with D. Chapman re open issues in connection with Adversary Proceeding. | 0.30 |
| 10/27/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.30 |
| 10/27/21 | DLC | 020 | Confer with D. Zensky re open issues in Adv. Proc. (.2); amend table re claims and causes of action in same (.4); participate in call with defendants in public shareholder action (.4) send follow-up correspondence to D. Zensky and ASK re same (.3). | 1.30 |
| 10/27/21 | SLB | 020 | Analyze open issues in connection with adversary proceeding (.3); draft correspondence to P. Dublin re same (.2). | 0.50 |
| 10/28/21 | DMZ | 020 | Confer with D. Chapman re Adversary Proceeding issues. | 0.20 |
| 10/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.10 |
| 10/28/21 | DLC | 020 | Draft and edit memo to Designees re open issues in Adversary Proceeding (.5) schedule call with Designees re same (.2). | 0.70 |
| 10/28/21 | SLB | 020 | Review and revise correspondence to Designees re open issue in connection with adversary proceeding (.2); draft correspondence to members of FR and Lit teams re same (.2). | 0.40 |
| 10/28/21 | SMN | 020 | Review correspondence from defendants named in public shareholder action. | 0.10 |
| 10/29/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary | 6.60 |

SEARS CREDITORS COMMITTEE
Bill Number: 1964373

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | proceeding. | |
| 10/29/21 | DLC | 020 | Confer with ASK re public shareholder action. | 0.20 |
| 10/30/21 | DLC | 020 | Review correspondence from opposing counsel re open issues in Adversary Proceeding. | 0.20 |
| 10/31/21 | DMZ | 020 | Correspond with opposing counsel re next steps in Adversary Proceeding. | 0.20 |
| 10/13/21 | DLC | 022 | Review slide deck re: recovery analysis in advance of pre-effective date committee call (.2) and participate in pre-effective date committee call (.7). | 0.90 |
| 10/13/21 | SLB | 022 | Prepare for (.6) and participate on (.8) pre-Effective date call with UCC members; confer with R. Tucker re same (.4); review deck presented during same (.6). | 2.40 |
| 10/19/21 | ZDL | 023 | Review Transform reply brief in APA appeal. | 0.90 |

Total Hours     260.40

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 10.20 | at | $1655.00 | = | $16,881.00 |
| D L CHAPMAN | 55.50 | at | $1265.00 | = | $70,207.50 |
| S L BRAUNER | 38.40 | at | $1265.00 | = | $48,576.00 |
| J A LATOV | 9.30 | at | $940.00 | = | $8,742.00 |
| Z D LANIER | 4.60 | at | $980.00 | = | $4,508.00 |
| S M NOLAN | 8.70 | at | $855.00 | = | $7,438.50 |
| J R KULIKOWSKI | 9.20 | at | $770.00 | = | $7,084.00 |
| J E SZYDLO | 5.30 | at | $810.00 | = | $4,293.00 |
| R J COLLINS | 119.20 | at | $500.00 | = | $59,600.00 |

Current Fees     $227,330.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|-------|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,003.50 |
| Computerized Legal Research - Other | $474.56 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $989.08 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,187.82 |
| Prof Fees - Consultant Fees | $9,643.15 |
| Transcripts | $67.20 |

Current Expenses     $14,365.31

| Date | | Value |
|------|---|-------|
| 10/01/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/04/21 | Computerized Legal Research - Courtlink | $529.58 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
| --- | --- |
| Computerized Legal Research – Lexis – in contract 30% discount | 1,003.50 |
| Computerized Legal Research – Other | 474.56 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,187.82 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 989.08 |
| Professional Fees – Consultant Fees | 9,643.15 |
| Transcripts | 67.20 |
| **TOTAL:** | **14,365.31** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                                 Page 7
Bill Number: 1964373                                                                      12/07/21

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | proceeding. | |
| 10/29/21 | DLC | 020 | Confer with ASK re public shareholder action. | 0.20 |
| 10/30/21 | DLC | 020 | Review correspondence from opposing counsel re open issues in Adversary Proceeding. | 0.20 |
| 10/31/21 | DMZ | 020 | Correspond with opposing counsel re next steps in Adversary Proceeding. | 0.20 |
| 10/13/21 | DLC | 022 | Review slide deck re: recovery analysis in advance of pre-effective date committee call (.2) and participate in pre-effective date committee call (.7). | 0.90 |
| 10/13/21 | SLB | 022 | Prepare for (.6) and participate on (.8) pre-Effective date call with UCC members; confer with R. Tucker re same (.4); review deck presented during same (.6). | 2.40 |
| 10/19/21 | ZDL | 023 | Review Transform reply brief in APA appeal. | 0.90 |

Total Hours                                      260.40

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 10.20 | at | $1655.00 | = | $16,881.00 |
| D L CHAPMAN | 55.50 | at | $1265.00 | = | $70,207.50 |
| S L BRAUNER | 38.40 | at | $1265.00 | = | $48,576.00 |
| J A LATOV | 9.30 | at | $940.00 | = | $8,742.00 |
| Z D LANIER | 4.60 | at | $980.00 | = | $4,508.00 |
| S M NOLAN | 8.70 | at | $855.00 | = | $7,438.50 |
| J R KULIKOWSKI | 9.20 | at | $770.00 | = | $7,084.00 |
| J E SZYDLO | 5.30 | at | $810.00 | = | $4,293.00 |
| R J COLLINS | 119.20 | at | $500.00 | = | $59,600.00 |

Current Fees                                                    $227,330.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,003.50 |
| Computerized Legal Research - Other | $474.56 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $989.08 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,187.82 |
| Prof Fees - Consultant Fees | $9,643.15 |
| Transcripts | $67.20 |

Current Expenses                                                $14,365.31

| Date | | Value |
|------|---|-------|
| 10/01/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/04/21 | Computerized Legal Research - Courtlink | $529.58 |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 08/01/2021- 08/31/2021 |  |
| 10/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/4/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 10/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 10/04/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/05/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/5/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/05/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 10/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/06/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/6/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 10/06/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN SEAN; Charge Type: ACCESS CHARGE; Quantity: 9.0 | $671.07 |
| 10/06/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: | $52.23 |

|  |  |  |
|---|---|---|
|  | LIBRARY AKIN Date: 10/7/2021 AcctNumber: 1000309084 ConnectTime: 0.0 |  |
| 10/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 10/07/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $74.56 |
| 10/07/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.15 |
| 10/08/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/10/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32021 DATE: 10/10/2021 -- Usage from 7/1/21 to 9/30/21 | $3.50 |
| 10/10/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32021 DATE: 10/10/2021 -- Usage from 7/1/21 to 9/30/21 | $10.30 |
| 10/10/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32021 DATE: 10/10/2021 -- Usage from 7/1/21 to 9/30/21 | $63.50 |
| 10/10/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32021 DATE: 10/10/2021 -- Usage from 7/1/21 to 9/30/21 | $6.00 |
| 10/10/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32021 DATE: 10/10/2021 -- Usage from 7/1/21 to 9/30/21 | $19.00 |
| 10/10/21 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32021 DATE: 10/10/2021 -- Usage from 7/1/21 to 9/30/21 | $21.80 |
| 10/11/21 | Prof Fees - Consultant Fees  VENDOR: H5 INVOICE#: INV-31976 DATE: 10/11/2021 E-Discovery/Data Hosting | $9,643.15 |

| | | |
|---|---|---|
| 10/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/11/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 10/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/11/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 10/11/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/12/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/12/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/12/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 10/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 10/13/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/14/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 10/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 10/14/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: | $22.14 |

| | NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | |
|---|---|---|
| 10/15/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/18/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 10/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/18/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 10/18/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 10/19/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/19/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/19/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 10/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 10/20/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/21/2021 | $52.23 |

|          |                                                                                                                    |          |
|----------|--------------------------------------------------------------------------------------------------------------------|----------|
|          | AcctNumber: 1000309084 ConnectTime: 0.0                                                                             |          |
| 10/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23   |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: ACKER RAMIREZ  REFUGIO; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $69.30   |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US NEWS; Employee: ACKER RAMIREZ REFUGIO; Charge Type: DOC ACCESS; Quantity: 3.0 | $6.30    |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US NEWS; Employee: ACKER RAMIREZ REFUGIO; Charge Type: DOC ACCESS; Quantity: 9.0 | $18.90   |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US NEWS; Employee: ACKER RAMIREZ REFUGIO; Charge Type: DOC ACCESS; Quantity: 9.0 | $18.90   |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US MOTIONS; Employee: ACKER RAMIREZ  REFUGIO; Charge Type: DOC ACCESS; Quantity: 1.0 | $70.00   |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: BEVINS  BRIAN; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $72.28   |
| 10/21/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US NEWS; Employee: BEVINS  BRIAN; Charge Type: DOC ACCESS; Quantity: 1.0 | $2.19    |
| 10/21/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14   |
| 10/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: CHAPMAN DEAN Date: 10/22/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $217.90  |
| 10/22/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14   |

SEARS CREDITORS COMMITTEE                                              Page 13
Bill Number: 1964373                                                  12/07/21

| | | |
|---|---|---|
| 10/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/25/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 10/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/25/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 10/25/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/26/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/26/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/26/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 10/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 10/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 10/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 10/27/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 10/28/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 10/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/28/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 10/28/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: | $22.14 |

SEARS CREDITORS COMMITTEE                                                                    Page 14
Bill Number: 1964373                                                                         12/07/21

|  |  |  |
|---|---|---|
|  | NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 |  |
| 10/29/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 10/30/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 5361668 DATE: 10/30/2021 Transcriber fee for transcript of October 26, 2021 hearing. | $67.20 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2110 DATE: 10/31/2021 - Document Retrieval in Various Courts | $16.00 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2110 DATE: 10/31/2021 - Document Retrieval in Various Courts | $16.00 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2110 DATE: 10/31/2021 - Document Retrieval in Various Courts | $50.63 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2110 DATE: 10/31/2021 - Document Retrieval in Various Courts | $50.63 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2110 DATE: 10/31/2021 - Document retrieval in various Courts | $59.06 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2110 DATE: 10/31/2021 - Document retrieval in various Courts | $118.13 |
| 10/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2110 DATE: 10/31/2021 - Document retrieval in various Courts | $40.01 |

|  |  |
|---|---|
| Current Expenses | $14,365.31 |
| **Total Amount of This Invoice** | **$241,695.31** |
| **Prior Balance Due** | $7,967,518.37 |
| **Total Balance Due Upon Receipt** | $8,209,213.68 |

  

**Invoice Date:** 10/11/2021

**Invoice Number:** INV-31976

| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | Lighthouse<br>51 University Street, Suite 400<br>Seattle WA 98101<br>(415) 625-6700<br>clientbilling@h5.com |
|---|---|---|

| **Client Matter** | **Client Matter #** | **Start Date** | **End Date** | **Terms** |
|---|---|---|---|---|
| In re: Sears Holding Corp. | | 9/1/2021 | 9/30/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Data Hosting (GB)** | 1,662.6 | $9.00 | $14,963.40 |
| **E-Discovery Service Fee Deferral**<br>*Per agreement to defer 50% of H5's fees directly associated with Relativity data hosting storage that are incurred by the Sear's indirect creditor's committee client between August 1, 2021 and October 31, 2021.*<br><br>*Deferred H5 fees will be due and payable on November 1, 2021* | | $(7,481.70) | $(7,481.70) |
| **Subtotal** | | | $7,481.70 |
| **Hosting Project Management (Hours)** | 3.17 | $185.00 | $586.45 |
| **User Fees (Users)** | 21 | $75.00 | $1,575.00 |

| | |
|---|---|
| **Subtotal** | $9,643.15 |
| **Tax Total** | $0.00 |
| **Total** | $9,643.15 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA 15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399