ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and*
 *its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# NOTICE OF THIRD INTERIM REPORT OF
# ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LITIGATION DESIGNEES
# FOR THE PERIOD OF JULY 1, 2021 THROUGH OCTOBER 31, 2021

**NOTICE IS HEREBY GIVEN** that ASK LLP ("ASK"), counsel to the Litigation Designees, which designees were identified pursuant to the Confirmation Order for Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors") has filed its Third Interim Report for Allowance of Contingent Fees and Reimbursement of Expenses for the Period From July 1, 2021 through October 31, 2021, seeking allowance and payment of ASK's contingent fees in the amount of $3,592.50 and actual and necessary expenses in the amount of $5,502.80 (the "Third Interim Report").

**NOTICE IS FURTHER GIVEN** by overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Sixth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the

fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

**NOTICE IS FURTHER GIVEN** that Objections to this Third Interim Report if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **January 7, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection"). In the event timely objections are filed, a hearing on the Third Interim Report and the objection(s) thereto will be scheduled and further notice of the date and time of such hearing will be provided.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely objections to the Third Interim Report, ASK shall file a certificate of no objection with the Bankruptcy Court, after which the fees and expenses requested in the Third Interim Report may be allowed by the Bankruptcy Court on an interim basis.

Dated: December 10, 2021　　　　　　　ASK LLP

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger
Marianna Udem
60 East 42$_{nd}$ Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation, and its debtor affiliates, debtors and debtors in possession*

ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and*
*its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[2] | (Jointly Administered) |

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

5

# THIRD INTERIM REPORT OF ASK LLP AS SPECIAL
# AVOIDANCE COUNSEL FOR THE DEBTORS FOR THE PERIOD
# JULY 1, 2021 THROUGH OCTOBER 31, 2021

| | |
|---|---|
| Name of Applicant: | ASK LLP |
| Authorized to Provide Professional Services to: | Litigation Designees[3] |
| Date of Retention: | June 26, 2019 nunc pro tunc to April 1, 2019 as to retention as special avoidance action counsel to the Debtors; September 22, 2020 as to retention as counsel to the Litigation Designees for the Jointly Asserted Causes of Action[4] |
| Period for which compensation and reimbursement is sought: | July 1, 2021 to October 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,592.50 |
| Amount of expense reimbursement as actual, reasonable, and necessary: | $5,502.80 |

---

[3] Pursuant to the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (the "Confirmation Order") [D.I. 529], the Litigation Designees shall comprise (a) Patrick J. Bartels, (b) Eugene I. Davis, and (c) Raphael T. Wallander, as the Creditors' Committee's designees, and (x) Alan J. Carr and (y) William L. Transier, as the Debtors' designees, which designees shall become the initial members of the Liquidating Trust Board upon the Effective Date pursuant to Section 10.6(a) of the Plan.

[4] The Confirmation Order, among other things, granted the Creditors' Committee joint standing with the Debtors to prosecute the Jointly Asserted Causes of Action, subject to the oversight of the Litigation Designees, which designees shall become the initial members of the Liquidating Trust Board upon the effective date of the Plan. The Jointly Asserted Causes of Action are those actions defined in paragraph 17 of the Confirmation Order.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, hourly billing rates and aggregate hours spent by each ASK professional and paraprofessional who provided services to the Litigation Designees during the Compensation Period. The rates charged by ASK for services rendered to the Litigation Designees are the same rates that ASK charges generally for professional services rendered to all hourly bankruptcy clients.

**Exhibit B** sets forth a complete itemization of tasks performed by ASK professionals and paraprofessionals who provided services to the Litigation Designees during the Compensation Period.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit C** sets forth a complete itemization of disbursements incurred by ASK in connection with services rendered to the Litigation Designees during the Compensation Period.

Dated: December 10, 2021  **ASK LLP**

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Sears Holdings Corporation, and its debtor affiliates, debtors and debtors in possession*

## Exhibit A

### Timekeeper Summary

| Name of Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Casteel, Kara | Partner | $675.00 | 3.50 | $2,362.50 |
| Miskowiec, Laurie | Paralegal | $300.00 | 3.00 | $900.00 |
| Esslinger, Jean | Paralegal | $300.00 | 1.10 | $330.00 |

**<u>Exhibit B</u>**

**Itemized Fees**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2021 | JE | Miscellaneous<br>Filed Affidavits of Foreign Service documents on the docket and updated SOAR. | 0.80<br>300.0/hr | 240.0 |
| 7/26/2021 | LNP | Draft Pleading<br>Draft CNO and Proposed Order for 1st Interim Fee Application. E-file and email order to Chambers. | 1.00<br>300.0/hr | 300.0 |
|  | LNP | Draft Pleading<br>Prepare 2nd Interim Fee application. E-file and prepare for service. | 2.00<br>300.0/hr | 600.0 |
| 8/5/2021 | JE | Miscellaneous<br>Filed Affidavit of Foreign Service documents on the docket and updated SOAR. | 0.20<br>300.0/hr | 60.0 |
| 8/12/2021 | KC | Draft<br>Begin draft of agreement | 0.40<br>675.0/hr | 270.0 |
| 8/13/2021 | KC | Draft<br>Finalizing draft agreement | 1.20<br>675.0/hr | 810.0 |
| 8/23/2021 | JE | Miscellaneous<br>Updated SOAR with current defense counsel information. | 0.10<br>300.0/hr | 30.0 |
|  | KC | Correspondence<br>Send correspondence including partially unredacted Exhibit A for Credit Suisse, stipulations, documents for their review | 0.50<br>675.0/hr | 337.5 |

|            |    |                                              | Hrs/Rate   | Amount   |
|------------|----|----------------------------------------------|------------|----------|
| 9/13/2021  | KC | Draft Pleading                               | 0.20       | 135.0    |
|            |    | Further final edits on draft agreement       | 675.0/hr   |          |
| 9/14/2021  | KC | Phone Opp Atty                               | 0.40       | 270.0    |
|            |    | phone call with Credit Suisse counsel        | 675.0/hr   |          |
| 9/23/2021  | KC | Phone Opp Atty                               | 0.30       | 202.5    |
|            |    | Phone call with counsel for Credit Suisse    | 675.0/hr   |          |
| 10/26/2021 | KC | Phone Opp Atty                               | 0.20       | 135.0    |
|            |    | phone call with Credit Suisse counsel        | 675.0/hr   |          |
| 10/27/2021 | KC | Phone Opp Atty                               | 0.30       | 202.5    |
|            |    | phone call with QT2 counsel                  | 675.0/hr   |          |
|            |    | For professional services rendered           | 7.60       | $3,592.5 |

**Exhibit C**

**Itemized Expenses**

| Disbursement Activity | Amount |
|---|---|
| Computerized Legal Research - Westlaw | $56.00 |
| Photocopies | $1.70 |
| Postage | $.70 |
| Telephone | $.40 |
| Service Fees | $5,504.00 |
| Service Fees (Refund) | ($60.00) |