WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                   :
                                                            :    **Case No. 18-23538 (RDD)**
                                                            :
Debtors.[1]                                                 :    **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**TO BE CONDUCTED THROUGH ZOOM ON DECEMBER 14, 2021 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.

I.  **ADVERSARY PROCEEDING:**

1.  Kmart Holding Corporation, *et al*. v. Cleva Hong Kong Ltd.
    [Adversary Proceeding No. 20-06594]

    **Motion to Dismiss Adversary Proceeding**

    Related Documents:

    A.  Motion to Dismiss Adversary Proceeding **[ECF No. 4]**

    B.  Declaration of Hong Chen **[ECF No. 5]**

    C.  Notice of Hearing **[ECF No. 6]**

    D.  Affidavit of Service **[ECF No. 8]**

    E.  Memorandum of Law in Opposition **[ECF No. 12]**

    F.  Cleva Hong Kong Ltd.'s Reply in Support **[ECF No. 14]**

    G.  Declaration of Michael R. Herz, Esq. in Support **[ECF No. 15]**

    Status:  This matter is going forward.

II.  **ADJOURNED MATTERS:**

2.  Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

    Response Deadline:   August 27, 2019 at 4:00 p.m. (Eastern Time)

    Response Filed:

    A.  Response of Johnson Controls, Inc. **[ECF No. 4983]**

    Related Document:

    B.  Notice of Adjournment **[ECF No. 10138]**

Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

3. Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

   Response Deadline: October 16, 2019 at 4:00 p.m. (Eastern Time)

   Responses Filed:

   A. Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

   B. Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

   Related Document:

   C. Notice of Adjournment **[ECF No. 10138]**

   Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

4. Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) **[ECF No. 7859]**

   Response Deadline: May 19, 2020 at 4:00 p.m. (Eastern Time)

   Responses Filed:

   A. Response of Johnson Controls, Inc. **[ECF No. 7945]**

   B. Response of Puerto Rico Electric Power Authority **[ECF No. 7985]**

   Related Document:

   C. Notice of Adjournment **[ECF No. 10138]**

   Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

5. Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims) **[ECF No. 8019]**

   Response Deadline: June 30, 2020 at 4:00 p.m. (Eastern Time)

   Response Filed:

   A. Response of Electrolux Home Products, Inc. **[ECF No. 8190]**

   Related Document:

   B. Notice of Adjournment **[ECF No. 10138]**

   Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

6. Debtors' Twenty-First Omnibus Objection to Proofs of Claim or Ballots (Reclassified/Disallowed Claims) **[ECF No. 8451]**

   Response Deadline:  October 9, 2020 at 4:00 p.m. (Eastern Time)

   Responses Filed:

   A. Shaghal Ltd.'s Response **[ECF No. 8495]**

   B. Debtors' Supplemental Objection and Reply in Support **[ECF No. 10002]**

   Related Document:

   C. Notice of Adjournment **[ECF No. 10138]**

   Status:  This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

7. Debtors' Twenty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 9403]**

   Response Deadline:  May 3, 2021 at 4:00 p.m. (Eastern Time)

   Response Filed:

   A. Response of Regal Home Collection Inc. **[ECF No. 9433]**

   Related Document:

   B. Notice of Adjournment **[ECF No. 10138]**

   Status:  This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

8. Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim and Ballots (Reduce and Allow) **[ECF No. 9444]**

   Response Deadline:  May 17, 2021 at 4:00 p.m. (Eastern Time)

   Responses Filed:

   A. Response of Colonial Properties LLC **[ECF No. 9577]**

   B. Response of Colgate-Palmolive Company Distr. LLC **[ECF No. 9580]**

   Related Document:

   C. Notice of Adjournment **[ECF No. 10138]**

   Status:  This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

9. Debtors' Thirty Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims) **[ECF No. 9976]**

   Response Deadline:    November 2, 2021 at 4:00 p.m. (Eastern Time)

   Responses Filed:

       A.    Response of Gator Oeste Owner, LLC **[ECF No. 10019]**

       B.    Response of Nelecia Nelson **[ECF No. 10028]**

   Related Document:

       C.    Notice of Adjournment **[ECF No. 10138]**

   Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

10. Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Disallow, Reduce or Reclassify) **[ECF No. 9978]**

    Response Deadline:    November 2, 2021 at 4:00 p.m. (Eastern Time)

    Response Filed:

        A.    Response of Crown Equipment Corporation **[ECF No. 10017]**

    Related Document:

        B.    Notice of Adjournment **[ECF No. 10138]**

    Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

11. Debtors' Objection to Claims 20138 and 26385 of the North Carolina Department of Revenue **[ECF No. 9985]**

    Response Deadline:    November 15, 2021 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None.

    Related Document:

        A.    North Carolina Department of Revenue's Motion to Extend Time to Respond **[ECF No. 10070]**

    Status: This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

5

12. Claimant's Motion for Relief from Automatic Stay to Permit Prosecution of Pending Personal Injury Matter **[ECF No. 9981]**

    Response Deadline:   November 3, 2021 at 4:00 p.m. (Eastern Time)

    Responses Filed:   None.

    Related Document:

    A.   Notice of Hearing **[ECF No. 9992]**

    Status:  This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

13. Debtors' Fortieth Omnibus Objection to Proofs of Claim (To Reclassify and Disallow Asserted Secured Claims) **[ECF No. 9987]**

    Response Deadline:   November 8, 2021 at 4:00 p.m. (Eastern Time)

    Responses Filed:

    A.   Objection of Randal & Susan Askey **[ECF No. 10032]**

    B.   Response of Maria Muller **[ECF No. 10045]**

    C.   Response of Arthur Rietmann **[ECF No. 10047]**

    D.   Response of Joan & Stanley Holm **[ECF No. 10048]**

    E.   Response of Virginia & Peter Tartaglione **[ECF No. 10049]**

    F.   Response of Kevin Walsh **[ECF No. 10050]**

    G.   Response of Alfred Tosi **[ECF No. 10051]**

    H.   Response of Joseph & Collen Leggio **[ECF No. 10052]**

    I.   Response of Frances R. Dickman **[ECF No. 10053]**

    J.   Response of GRP Equities LLC **[ECF No. 10054]**

    K.   Response of Ronald E. & Martha E. Cole **[ECF No. 10055]**

    L.   Response of Jamess Gee **[ECF No. 10056]**

    M.   Response of Nicanora O'Sullivan **[ECF No 10057]**

    Related Document:

    N.   Notice of Adjournment **[ECF No. 10138]**

Status:  This matter has been adjourned to January 20, 2022 at 2:00 p.m. (ET)

III.  **RESOLVED MATTER:**

14.  Kmart Holding Corporation v. All In One PR Multiservices LLC
[Adversary Proceeding No. 19-08316]

**Motion for Default Judgement**

Related Documents:

A. Clerk's Entry of Default against All In One PR Multiservices LLC **[ECF No. 9]**

B. Motion for Default Judgement **[ECF No. 11]**

C. Jonathan Rivera's Opposition **[ECF No. 12]**

D. Notice of Settlement **[ECF No. 15]**

Status:  This matter has been resolved.

Dated:  December 13, 2021
New York, New York

 /s/  Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and
Debtors in Possession*