UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                   :
                                                         :       Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                    :
                                                         :       Case No. 18-23538 (RDD)
                                                         :
                        Debtors.[1]                      :       (Jointly Administered)
------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Hartz Mountain Corporation (MMLID#4880800), 500 Plaza Drive, P.O. Box 1515, Newark, NJ 07096-1515; and Tong Lung Metal Industry Co. Ltd. (MMLID#4807338), Mandy Hsu, No.82 Zhonghua Rd., Minxiong Township, Chiayi County, 621, Taiwan, R.O.C.:

- Amended Notice Regarding Third Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 9679]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on David Tomczak (MMLID#5834640), 2293 Clymer Ct., The Villages, FL 32163-5112:

- Notice of Hearing on Debtors' Fortieth Omnibus Objection to Proofs of Claim (To Reclassify and Disallow Asserted Secured Claims) [Docket No. 9987, Pages 1-15]

On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Thirty-Sixth Omnibus Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Thirty-Sixth Omnibus Objection to Proofs of Claim (Reclassifying Claims) [Docket No. 10067]

On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Thirty-Seventh Omnibus Service List attached hereto as **Exhibit B**:

- Order Granting Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims) [Docket No. 10071]

On December 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Anna Skowron (MMLID#4792248), c/o Chepov & Scott, Attn: George Chepov, 1700 W. Higgins Rd, Suite 430, Des Plaines, IL 60018:

- Order Granting Debtors' Thirty-Eighth Omnibus Objection to Proofs of Claim (Reclassifying Claims) [Docket No. 10072]

Dated: December 10, 2021

                                                                  */s/ Nuno Cardoso*
                                                                  Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 10, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

# Exhibit A

Supplemental Thirty-Sixth Omnibus Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4595958 | GILL, MARTHA | 87 MARA AVE | | DELAWARE | OH | 43015-5148 |
| 4131780 | NW Sales Connection, Inc | 520 Zimmer Rd | | Indian Land | SC | 29707-6610 |
| 5852665 | The Core Organization | Jamie Nadolny | 605 Territorial Dr., Ste A | Bolingbrook | IL | 60440-4648 |

**<u>Exhibit B</u>**

Exhibit B

Supplemental Thirty-Seventh Omnibus Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 5794909 | Bradshaw Westwood Trust | c/o CKR Law LLP | Attn: Gilbert R. Saydah Jr. | 1330 Avenue of the Americas | 12th & 14th Floors | New York | NY | 10019 |
| 5405123 | GARTNER, JONATHAN C | 26 1/2 UPTON PARK | | | | ROCHESTER | NY | 14607-1516 |
| 5842504 | LIBERTY MUTUAL INSURANCE COMPANY | C/O LANGLEY LLP | ATTN: BRANDON BAINS | PO BOX 94075 | | SOUTHLAKE | TX | 76092 |
| 5829380 | Meadors, Sage B | 1011 Gembler Rd | | | | San Antonio | TX | 78219-3210 |
| 4283720 | PAGE, KATRINA A | 16409 COTTAGE GROVE AVE | | | | SOUTH HOLLAND | IL | 60473-2345 |