**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NINTH INTERIM APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SEARS HOLDINGS CORPORATION, *ET AL.* FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2021 THROUGH OCTOBER 31, 2021

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors of Sears Holding Corporation, *et al.* |
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Period for which compensation and reimbursement is sought: | July 1, 2021 through October 31, 2021 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary | $266,139.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $0.00 |
| Total Fees and Expenses Due: | $266,139.00 |

This is a: _____monthly __X__interim _____final application

## SUMMARY OF MONTHLY FEE STATEMENTS
## DURING THE APPLICATION PERIOD

| Date Filed Docket No. | Period Covered | Fees Requested (100% of Fees) | Fees Due (80% Fees) | Holdback (20% Fees) | Expenses Requested (100% Expenses) | Amounts Paid to Date | Remaining Unpaid Amount |
|---|---|---|---|---|---|---|---|
| 9/28/21 Dkt. 9856 | 7/1/21 - 8/31/21 | $ 143,383.50 | $ 114,706.80 | $ 28,676.70 | $ - | 114,706.80 | $ 28,676.70 |
| 11/23/21 Dkt. 10100 | 9/1/21 - 9/30/21 | $ 46,036.00 | $ 36,828.80 | $ 9,207.20 | $ - | 36,828.80 | $ 9,207.20 |
| 12/1/21 Dkt. 10117 | 10/1/21 - 10/31/21 | $ 76,719.50 | $ 61,375.60 | $ 15,343.90 | $ - | - | $ 76,719.50 |
| TOTAL | | $ 266,139.00 | $ 212,911.20 | $ 53,227.80 | $ - | $ 151,535.60 | $ 114,603.40 |

## SUMMARY OF SERVICES BY PROFESSIONAL
## DURING THE APPLICATION PERIOD

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Nelson, Cynthia A | Sr Managing Dir | Retail | $ 1,120 | 0.2 | $ 224.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,295 | 0.7 | 906.50 |
| Star, Samuel | Sr Managing Dir | Restructuring | 1,165 | 2.4 | 2,796.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,120 | 46.9 | 52,528.00 |
| Eisler, Marshall | Managing Director | Restructuring | 885 | 92.2 | 81,597.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 14.9 | 9,461.50 |
| Shapiro, Jill | Sr Consultant | Restructuring | 580 | 187.3 | 108,634.00 |
| Lampert, Grace | Consultant | Restructuring | 430 | 22.9 | 9,847.00 |
| Hellmund-Mora, Marili | Project Asst | Restructuring | 290 | 0.5 | 145.00 |
| TOTAL | | | | 368.0 | $ 266,139.00 |

### SUMMARY OF HOURS BY PROJECT CATEGORY INCURRED
### DURING THE APPLICATION PERIOD

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.2 | $ 4,278.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 285.6 | $ 212,218.00 |
| 5 | Real Estate Issues | 0.2 | 224.00 |
| 11 | Prepare for and Attend Court Hearings | 1.5 | $ 1,747.50 |
| 17 | Wind Down Monitoring | 14.3 | 10,749.50 |
| 18 | Potential Avoidance Actions & Litigation | 47.6 | 27,040.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.9 | 2,524.50 |
| 24 | Preparation of Fee Application | 10.7 | 7,357.00 |
| | **TOTAL** | **368.0** | **$266,139.00** |

FTI Consulting, Inc. (together with its wholly owned subsidiaries, the "**Applicant**" or "**FTI**"), financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") of Sears Holdings Corporation, *et al.*, (collectively, the "**Debtors**"), hereby submits its Ninth Interim Fee Application (the "**Fee Application**") for allowance of compensation for professional services performed by FTI for the period commencing July 1, 2021 through and including October 31, 2021 (the "**Application Period**") and reimbursement of its actual and necessary expenses incurred during the Application Period, and respectfully represents as follows:

## INTRODUCTION

1.       FTI provided services to the Committee in accordance with the instructions and directions of the Committee. FTI is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI.

2.       By this Fee Application, FTI seeks allowance of (i) compensation for actual and necessary professional services rendered by FTI as financial advisor to the Committee for the Application Period in the amount of $266,139.00 and (ii) reimbursement for expenses incurred in the Application Period in the amount of $0.00, for a total of $266,139.00 for the Application Period.

3.       The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**"). This Application has been prepared in accordance with General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York* (June 17, 2013) promulgated pursuant to Local Bankruptcy Rule 2016-1(a) (the "**Local Guidelines**"), the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on November 16, 2018, [ECF No.796] (the "**Interim Compensation Order**"), and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and*

*Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 3307] (the "**Fee Examiner Order**").

4.      This Fee Application summarizes the services rendered by FTI on behalf of the Committee during the Application Period. While it is not possible or practical to describe each and every activity undertaken by FTI, FTI has maintained contemporaneous time records which include a detailed chronology of the daily services rendered, describing the precise nature of the work, the specific tasks performed, and the time expended by each professional. A breakdown of the hours and fees by professional is annexed hereto as **Exhibit A**. A breakdown of the hours and fees by task code is annexed hereto as **Exhibit B**. A detailed copy of the time records for the Application Period is annexed hereto as **Exhibit C**.

5.      In accordance with the Interim Compensation Order, FTI has requested payment for 80% of the fees for actual and necessary legal services incurred during the Application Period in the amount of $212,911.20 (see page 2) and for 100% of the expenses incurred during the Application Period in the amount of $0.00 for a total amount of $212,911.20. FTI submitted the following monthly statements (each a "**Monthly Fee Statement**") during the Application Period.

   i.   On September 28, 2021, FTI filed the *Twenty Eighth Monthly Fee Statement of FTI Consulting, Inc for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from July 1, 2021 Through August 31, 2021 Filed by Ira S. Dizengoff on behalf of Official Committee of Unsecured Creditors of Sears Holdings, et al.* [ECF No. 9856] seeking compensation for actual and necessary professional fees rendered in the amount of $143,383.50 (and received payment of 80% of fees in the amount of $114,706.80).

ii.  On November 23, 2021, FTI filed the *Twenty Ninth Monthly Fee Statement of FTI Consulting, Inc for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from September 1, 2021 Through September 30, 2021 Filed by Ira S. Dizengoff on behalf of Official Committee of Unsecured Creditors of Sears Holdings, et al.* [ECF No. 10100] seeking compensation for actual and necessary professional fees rendered in the amount of $46,036.00 (and received payment of 80% of fees in the amount of $36,828.80).

iii.  On December 1, 2021, FTI filed the *Thirtieth Monthly Fee Statement of FTI Consulting, Inc for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from October 1, 2021 Through October 31, 2021 Filed by Ira S. Dizengoff on behalf of Official Committee of Unsecured Creditors of Sears Holdings, et al.* [ECF No. 10117] seeking compensation for actual and necessary professional fees rendered in the amount of $76,719.50 (to date, FTI has not yet received payment related to this Monthly Fee Statement).

6.    As of the date of this Fee Application, FTI is owed $114,603.40 for professional fees and $0.00 for actual and necessary expenses for a total of $114,603.40.

## **JURISDICTION**

7.    This Court has jurisdiction over this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

8.      On October 15, 2018 (the "**Petition Date**"), the Debtors filed with the United States Bankruptcy Court for the Southern District of New York (this "**Court**") their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. For the bankruptcy process, the Debtors selected Weil, Gotshal & Manges LLP as counsel ("**Weil**"), M-III Partners, LP as financial advisor ("**M-III**"), and Lazard Frères & Co as its investment banker ("**Lazard**").

9.      The Debtors continue to operate their businesses and manage their assets as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

10.     On October 24, 2018, the Office of the United States Trustee for the Southern District (the "**US Trustee**") filed a *Notice of Appointment of Official Committee of Unsecured Creditors* [ECF No. 276] pursuant to section 1102 of the Bankruptcy Code. At the Formation Meeting, the Committee selected Akin Gump Strauss Hauer & Feld LLP ("**Akin**") as its counsel, and on October 25, 2018, the Committee selected FTI as its financial advisor. On October 29, 2018, the Committee selected Houlihan Lokey Capital Inc. as its investment banker ("**Houlihan**").

11.     As of the date of this Fee Application, the Committee is comprised of: (a) Pension Benefit Guaranty Corporation; (b) Oswaldo Cruz; (c) Winiadaewoo Electronics America; (d) Computershare Trust Company, N.A.; (e) The Bank of New York Mellon Trust Company; (f) Simon Property Group, L.P.; (g) Brixmor Operating Partnership, L.P.[2]

12.     On December 19, 2018, the Court entered the *Order Authorizing the Retention of FTI Consulting Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 25, 2018* [ECF No. 1325) (the "**Retention Order**").

---

2 At the Formation Meeting, the US Trustee appointed nine members to the Committee. However, Basil Vasiliou and Apex Tool Group, LLC resigned from the Committee on January 13, 2019 and March 31, 2020, respectively.

## **TERMS AND CONDITIONS OF EMPLOYMENT**

13.     FTI is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. For further information regarding the terms and conditions of FTI's retention, please see the Retention Order. FTI filed the Star Declaration in support of its retention on February 13, 2019 [ECF No. 2577].

## **SUMMARY OF SERVICES RENDERED**

14.     The Debtors' chapter 11 cases have presented numerous large and complex issues that had to be addressed in order to preserve and maximize value for unsecured creditors. The Retention Order authorized FTI to render financial advisory services to the Committee.

15.     FTI has taken reasonable steps to avoid duplication of services by FTI's professionals. During the course of the Application Period, there have been a few instances where more than one FTI professional attended a hearing or conference. These multiple attendees were necessary to accomplish the significant amount of work which needed to be performed in a compressed amount of time involving complex facts and transactions and the participation to divide up the work was necessary under the circumstances.

16.     The primary services during the Ninth Interim Period rendered by FTI include, but are not limited to, work in evaluating various proposals to continue financing litigation for the estate, analysis related to historical transactions, and diligence associated with preference-related matters. FTI's Fee Application and project billing format is generally consistent, or substantially conforms, with and is inclusive of all of the concepts in Exhibit A to the Local Guidelines, and includes additional detail, information, and categories.

## REASONABLENESS OF FEES

17.     FTI seeks compensation for actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of the Committee during the Application Period. During the Application Period, FTI charged $266,139.00 in fees. FTI submits that its fees are reasonable for the work performed in these cases and the results obtained.

18.     All of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee and not on behalf of any other entity. FTI respectfully submits that the professional services rendered were necessary, appropriate and have contributed to the effective administration of the Debtors' chapter 11 cases and maximization of value. It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively and economically, and the results obtained have benefited the unsecured creditor body as a whole and the Debtors' estates.

19.     FTI believes that its billing rates in these Chapter 11 cases are "reasonable billing rates" for purposes of this Court's determination of the "reasonableness" of the fees for services rendered, appropriate for fees in these cases, and are in accordance with FTI's Retention Application. FTI's customary billing rates were disclosed in the retention papers and approved by this Court.

## **CONCLUSION**

20.     In accordance with the factors enumerated in section 331 of the Bankruptcy Code, the amounts requested herein are fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

21.     FTI submits that pursuant to the criteria normally examined in bankruptcy cases and based upon the factors considered in accordance with sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, the results achieved provide more than sufficient justification for approval of the compensation sought by FTI.

22.     As a result of FTI's efforts herein, it is respectfully submitted that FTI's efforts are resulting in a substantial benefit to the Committee and its constituents.

23.     WHEREFORE, FTI respectfully requests that a ninth interim award for fees during the Application Period in the amount of $266,139.00 and reimbursable expenses in the amount of $0.00, totaling $266,139.00 be granted and that this Court grant such other, further and different relief as it deems just and proper.

Dated:  New York, New York
        December 14, 2021

                                FTI CONSULTING, INC.
                                Financial Advisors to the Official Committee of
                                Unsecured Creditors of Sears Holdings Corporation

                                By:     _/s/ Matthew Diaz_____
                                        Matthew Diaz, Senior Managing Director
                                        Three Times Square, 10th Floor
                                        New York, New York 10036
                                        Telephone: (212) 499-3611
                                        Email: matt.diaz@fticonsulting.com

**Exhibit A**

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Nelson, Cynthia A | Sr Managing Dir | Retail | $ 1,120 | 0.2 | $ 224.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,295 | 0.7 | 906.50 |
| Star, Samuel | Sr Managing Dir | Restructuring | 1,165 | 2.4 | 2,796.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,120 | 46.9 | 52,528.00 |
| Eisler, Marshall | Managing Director | Restructuring | 885 | 92.2 | 81,597.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 14.9 | 9,461.50 |
| Shapiro, Jill | Sr Consultant | Restructuring | 580 | 187.3 | 108,634.00 |
| Lampert, Grace | Consultant | Restructuring | 430 | 22.9 | 9,847.00 |
| Hellmund-Mora, Marili | Project Asst | Restructuring | 290 | 0.5 | 145.00 |
| **TOTAL** | | | | **368.0** | **$ 266,139.00** |

**Exhibit B**

**EXHIBIT B**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.2 | $ 4,278.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 285.6 | $ 212,218.00 |
| 5 | Real Estate Issues | 0.2 | 224.00 |
| 11 | Prepare for and Attend Court Hearings | 1.5 | $ 1,747.50 |
| 17 | Wind Down Monitoring | 14.3 | 10,749.50 |
| 18 | Potential Avoidance Actions & Litigation | 47.6 | 27,040.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.9 | 2,524.50 |
| 24 | Preparation of Fee Application | 10.7 | 7,357.00 |
| | **TOTAL** | **368.0** | **$266,139.00** |

**Exhibit C**

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/8/2021 | Eisler, Marshall | 0.8 | Correspond with Debtors re: litigation funding. |
| 1 | 10/12/2021 | Shapiro, Jill | 0.5 | Participate in call with Debtors re: litigation funding. |
| 1 | 10/12/2021 | Eisler, Marshall | 0.5 | Participate in call with Debtors re: litigation funding. |
| 1 | 10/12/2021 | Eisler, Marshall | 0.5 | Participate in call with counsel re: Debtors cash flow update report. |
| 1 | 10/12/2021 | Shapiro, Jill | 0.5 | Participate in call with counsel re: Debtors cash flow update report. |
| 1 | 10/13/2021 | Shapiro, Jill | 0.8 | Prepare updates re: Debtors' cash flow assumptions. |
| 1 | 10/13/2021 | Eisler, Marshall | 0.7 | Respond to diligence questions arising from Debtors' cash flow. |
| 1 | 10/14/2021 | Diaz, Matthew | 0.6 | Review the updated cash flow report. |
| 1 | 10/21/2021 | Star, Samuel | 0.3 | Review October status report. |
| **1 Total** | | | **5.2** | |
| 3 | 7/2/2021 | Shapiro, Jill | 0.5 | Participate in call re: litigation funding. |
| 3 | 7/2/2021 | Eisler, Marshall | 0.9 | Evaluate key issues re: litigation funding. |
| 3 | 7/2/2021 | Kim, Ye Darm | 0.5 | Participate in call re: litigation funding. |
| 3 | 7/6/2021 | Shapiro, Jill | 0.5 | Participate on call re: litigation funding. |
| 3 | 7/6/2021 | Eisler, Marshall | 1.2 | Provide follow ups comments to litigation funding materials. |
| 3 | 7/6/2021 | Kim, Ye Darm | 0.5 | Participate on call re: litigation funding. |
| 3 | 7/6/2021 | Kim, Ye Darm | 3.4 | Prepare updates to litigation funding materials. |
| 3 | 7/7/2021 | Shapiro, Jill | 2.6 | Prepare materials re: litigation funding. |
| 3 | 7/7/2021 | Shapiro, Jill | 0.6 | Participate in call re: litigation funding. |
| 3 | 7/7/2021 | Eisler, Marshall | 1.6 | Provide follow up comments to litigation funding materials. |
| 3 | 7/7/2021 | Kim, Ye Darm | 0.6 | Participate in call re: litigation funding. . |
| 3 | 7/7/2021 | Kim, Ye Darm | 2.1 | Update materials re: litigation funding. |
| 3 | 7/8/2021 | Shapiro, Jill | 1.1 | Participate in call re: litigation funding. |
| 3 | 7/8/2021 | Shapiro, Jill | 2.4 | Prepare materials re: litigation funding. |
| 3 | 7/8/2021 | Eisler, Marshall | 1.2 | Correspond with Counsel re: litigation funding materials. |
| 3 | 7/8/2021 | Kim, Ye Darm | 0.6 | Prepare materials re: litigation funding. |
| 3 | 7/8/2021 | Kim, Ye Darm | 1.1 | Participate in call re: litigation funding. |
| 3 | 7/8/2021 | Kim, Ye Darm | 2.9 | Revise litigation funding materials. |
| 3 | 7/8/2021 | Kim, Ye Darm | 3.2 | Update litigation funding materials. |
| 3 | 7/9/2021 | Shapiro, Jill | 0.6 | Evaluate issues re: litigation funding. |
| 3 | 7/12/2021 | Diaz, Matthew | 1.3 | Review key issues re: litigation funding. |
| 3 | 7/12/2021 | Shapiro, Jill | 0.7 | Prepare materials re: litigation funding. |
| 3 | 7/12/2021 | Shapiro, Jill | 0.9 | Update materials re: litigation funding. |
| 3 | 7/12/2021 | Eisler, Marshall | 0.9 | Evaluate issues re: litigation funding materials. |
| 3 | 7/13/2021 | Diaz, Matthew | 1.1 | Review materials re: litigation funding. |
| 3 | 7/13/2021 | Shapiro, Jill | 3.5 | Prepare materials in connection with litigation funding. |
| 3 | 7/13/2021 | Eisler, Marshall | 1.3 | Prepare analysis re: litigation funding. |
| 3 | 7/14/2021 | Diaz, Matthew | 0.5 | Review the updated litigation funding materials. |
| 3 | 7/14/2021 | Diaz, Matthew | 0.3 | Evaluate issues re: litigation funding. |
| 3 | 7/14/2021 | Shapiro, Jill | 1.3 | Update materials in connection with litigation funding. |
| 3 | 7/14/2021 | Eisler, Marshall | 1.8 | Correspond with Counsel re: litigation funding materials. |
| 3 | 7/15/2021 | Diaz, Matthew | 0.9 | Review the updated litigation funding materials. |
| 3 | 7/15/2021 | Shapiro, Jill | 3.8 | Prepare analysis re: litigation funding. |
| 3 | 7/15/2021 | Shapiro, Jill | 0.9 | Update materials re: litigation funding. |
| 3 | 7/16/2021 | Shapiro, Jill | 1.1 | Review materials re: litigation funding. |
| 3 | 7/16/2021 | Shapiro, Jill | 2.4 | Update materials re: litigation funding. |
| 3 | 7/16/2021 | Eisler, Marshall | 0.8 | Provide additional comments to litigation funding materials. |
| 3 | 7/19/2021 | Diaz, Matthew | 0.7 | Review litigation funding materials. |
| 3 | 7/19/2021 | Shapiro, Jill | 1.4 | Prepare materials re: litigation funding. |
| 3 | 7/19/2021 | Eisler, Marshall | 1.4 | Analyze litigation funding materials. |
| 3 | 7/20/2021 | Diaz, Matthew | 0.7 | Review materials re: litigation funding. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 7/20/2021 | Shapiro, Jill | 0.8 | Evaluate issues re: litigation funding. |
| 3 | 7/20/2021 | Shapiro, Jill | 1.1 | Update materials re: litigation funding. |
| 3 | 7/20/2021 | Eisler, Marshall | 1.8 | Review litigation funding materials. |
| 3 | 7/21/2021 | Shapiro, Jill | 0.6 | Prepare materials in connection with litigation funding. |
| 3 | 7/26/2021 | Shapiro, Jill | 1.9 | Update materials re: litigation funding. |
| 3 | 7/26/2021 | Eisler, Marshall | 0.9 | Provide follow up comments re: litigation funding materials. |
| 3 | 7/27/2021 | Shapiro, Jill | 3.5 | Prepare materials re: litigation funding. |
| 3 | 7/27/2021 | Eisler, Marshall | 0.7 | Evaluate issues re: litigation funding materials. |
| 3 | 7/28/2021 | Diaz, Matthew | 1.5 | Review the litigation funding materials. |
| 3 | 7/28/2021 | Diaz, Matthew | 0.7 | Perform detailed review of litigation funding materials. |
| 3 | 7/28/2021 | Shapiro, Jill | 2.2 | Prepare materials re: litigation funding. |
| 3 | 7/28/2021 | Eisler, Marshall | 1.2 | Provide follow up comments to litigation funding materials. |
| 3 | 8/2/2021 | Shapiro, Jill | 0.3 | Update litigation funding materials. |
| 3 | 8/3/2021 | Diaz, Matthew | 0.3 | Review the updated litigation funding materials. |
| 3 | 8/3/2021 | Shapiro, Jill | 0.4 | Prepare materials re: litigation funding. |
| 3 | 8/4/2021 | Diaz, Matthew | 0.7 | Evaluate the litigation funding issues. |
| 3 | 8/4/2021 | Shapiro, Jill | 1.4 | Update materials re: litigation funding. |
| 3 | 8/4/2021 | Diaz, Matthew | 0.6 | Review updated litigation funding materials. |
| 3 | 8/5/2021 | Shapiro, Jill | 0.3 | Prepare materials re: litigation funding. |
| 3 | 8/6/2021 | Diaz, Matthew | 1.6 | Review the updated litigation funding materials. |
| 3 | 8/6/2021 | Shapiro, Jill | 3.3 | Prepare analysis re: litigation funding materials. |
| 3 | 8/7/2021 | Shapiro, Jill | 0.5 | Update analysis re: litigation funding materials. |
| 3 | 8/9/2021 | Shapiro, Jill | 2.9 | Prepare materials re: litigation funding. |
| 3 | 8/9/2021 | Diaz, Matthew | 1.6 | Review and update litigation funding materials. |
| 3 | 8/9/2021 | Eisler, Marshall | 2.3 | Update litigation funding materials. |
| 3 | 8/10/2021 | Diaz, Matthew | 0.8 | Review latest litigation funding materials. |
| 3 | 8/10/2021 | Diaz, Matthew | 0.3 | Draft correspondence to Counsel re: litigation funding materials. |
| 3 | 8/10/2021 | Shapiro, Jill | 0.4 | Review materials re: litigation funding. |
| 3 | 8/10/2021 | Eisler, Marshall | 0.8 | Correspond with Counsel re: litigation funding issues. |
| 3 | 8/12/2021 | Diaz, Matthew | 0.6 | Review the updated litigation funding materials. |
| 3 | 8/12/2021 | Shapiro, Jill | 3.1 | Prepare materials re: litigation funding. |
| 3 | 8/12/2021 | Eisler, Marshall | 1.3 | Correspond with Counsel re: litigation funding materials. |
| 3 | 8/12/2021 | Eisler, Marshall | 0.8 | Provide comments to litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 0.4 | Participate in call re: litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 1.2 | Review the updated litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 0.6 | Provide comments to the litigation funding materials. |
| 3 | 8/13/2021 | Diaz, Matthew | 0.7 | Review materials re: litigation funding. |
| 3 | 8/13/2021 | Shapiro, Jill | 3.4 | Prepare materials re: litigation funding. |
| 3 | 8/13/2021 | Shapiro, Jill | 0.9 | Evaluate key issues re: litigation funding. |
| 3 | 8/13/2021 | Shapiro, Jill | 0.4 | Participate in call re: litigation funding materials. |
| 3 | 8/13/2021 | Eisler, Marshall | 0.4 | Participate in call re: litigation funding materials. |
| 3 | 8/13/2021 | Eisler, Marshall | 0.8 | Review litigation funding materials. |
| 3 | 8/16/2021 | Diaz, Matthew | 0.9 | Review the updated materials re: litigation funding. |
| 3 | 8/16/2021 | Shapiro, Jill | 1.2 | Prepare materials re: litigation funding. |
| 3 | 8/16/2021 | Eisler, Marshall | 1.8 | Provide comments to latest litigation funding materials. |
| 3 | 8/17/2021 | Diaz, Matthew | 0.6 | Review the litigation funding materials. |
| 3 | 8/17/2021 | Shapiro, Jill | 2.0 | Update materials re: litigation funding. |
| 3 | 8/17/2021 | Eisler, Marshall | 1.3 | Provide comments to litigation funding materials. |
| 3 | 8/17/2021 | Eisler, Marshall | 0.9 | Correspond with Counsel re: litigation funding materials. |
| 3 | 8/18/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to discuss litigation funding issues. |
| 3 | 8/18/2021 | Diaz, Matthew | 0.7 | Review the updated litigation funding materials. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 8/18/2021 | Shapiro, Jill | 0.8 | Prepare materials re: litigation funding. |
| 3 | 8/18/2021 | Shapiro, Jill | 0.4 | Evaluate issues re: litigation funding. |
| 3 | 8/18/2021 | Shapiro, Jill | 0.5 | Participate in call with Counsel to discuss litigation funding issues. |
| 3 | 8/18/2021 | Eisler, Marshall | 1.8 | Correspond with Counsel re: litigation funding materials. |
| 3 | 8/20/2021 | Diaz, Matthew | 0.8 | Review the updated litigation funding materials. |
| 3 | 8/23/2021 | Diaz, Matthew | 1.1 | Evaluate issues re: latest litigation funding materials. |
| 3 | 8/23/2021 | Shapiro, Jill | 3.7 | Prepare materials re: litigation funding. |
| 3 | 8/23/2021 | Shapiro, Jill | 3.2 | Update materials re: litigation funding. |
| 3 | 8/23/2021 | Eisler, Marshall | 2.1 | Revise litigation funding materials. |
| 3 | 8/23/2021 | Eisler, Marshall | 2.8 | Review materials re: litigation funding. |
| 3 | 8/23/2021 | Eisler, Marshall | 2.1 | Evaluate issues re: litigation funding. |
| 3 | 8/24/2021 | Star, Samuel | 0.5 | Review litigation funding materials. |
| 3 | 8/24/2021 | Diaz, Matthew | 1.3 | Review materials re: litigation funding. |
| 3 | 8/24/2021 | Shapiro, Jill | 2.5 | Prepare materials re: litigation funding. |
| 3 | 8/24/2021 | Shapiro, Jill | 3.5 | Update materials re: litigation funding. |
| 3 | 8/24/2021 | Shapiro, Jill | 0.9 | Update materials re: litigation funding. |
| 3 | 8/24/2021 | Eisler, Marshall | 1.9 | Prepare materials in connection with litigation funding. |
| 3 | 8/24/2021 | Eisler, Marshall | 1.1 | Review materials re: litigation funding. |
| 3 | 8/24/2021 | Eisler, Marshall | 1.2 | Provide comments to litigation funding materials. |
| 3 | 8/24/2021 | Eisler, Marshall | 0.9 | Respond to diligence questions re: litigation funding issues. |
| 3 | 8/24/2021 | Eisler, Marshall | 0.7 | Review litigation funding materials. |
| 3 | 8/25/2021 | Shapiro, Jill | 3.3 | Prepare materials re: litigation funding. |
| 3 | 8/25/2021 | Shapiro, Jill | 0.7 | Participate in call with designees. |
| 3 | 8/25/2021 | Eisler, Marshall | 1.1 | Respond to diligence requests re: litigation funding issues. |
| 3 | 8/25/2021 | Eisler, Marshall | 0.7 | Prepare for call with Designees re: litigation funding. |
| 3 | 8/25/2021 | Eisler, Marshall | 0.7 | Participate in call with designees. |
| 3 | 8/26/2021 | Shapiro, Jill | 2.1 | Prepare materials re: litigation funding. |
| 3 | 8/26/2021 | Eisler, Marshall | 2.9 | Respond to diligence requests re: litigation funding issues. |
| 3 | 8/29/2021 | Shapiro, Jill | 0.5 | Update litigation funding materials. |
| 3 | 8/30/2021 | Eisler, Marshall | 1.3 | Provide comments to litigation funding materials. |
| 3 | 8/31/2021 | Shapiro, Jill | 1.8 | Prepare materials re: litigation funding. |
| 3 | 9/1/2021 | Shapiro, Jill | 0.7 | Prepare materials re: litigation funding. |
| 3 | 9/2/2021 | Shapiro, Jill | 0.4 | Review key issues re: litigation funding. |
| 3 | 9/9/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel re: litigation funding materials. |
| 3 | 9/9/2021 | Diaz, Matthew | 0.6 | Review the updated litigation funding materials. |
| 3 | 9/9/2021 | Shapiro, Jill | 3.8 | Prepare materials re: litigation funding. |
| 3 | 9/9/2021 | Shapiro, Jill | 0.3 | Update materials re: litigation funding. |
| 3 | 9/9/2021 | Shapiro, Jill | 0.5 | Participate in a call with counsel re: litigation funding materials. |
| 3 | 9/10/2021 | Diaz, Matthew | 0.9 | Review the updated litigation funding materials. |
| 3 | 9/10/2021 | Shapiro, Jill | 0.8 | Prepare materials re: litigation funding. |
| 3 | 9/10/2021 | Shapiro, Jill | 0.4 | Participate on call with Counsel re: litigation funding. |
| 3 | 9/11/2021 | Shapiro, Jill | 1.2 | Prepare materials re: litigation funding. |
| 3 | 9/13/2021 | Diaz, Matthew | 0.7 | Review materials re: litigation funding. |
| 3 | 9/13/2021 | Shapiro, Jill | 1.6 | Prepare materials re: litigation funding. |
| 3 | 9/14/2021 | Diaz, Matthew | 0.6 | Review key issues re: litigation funding. |
| 3 | 9/14/2021 | Diaz, Matthew | 0.3 | Participate in a call with Akin re: litigation funding. |
| 3 | 9/14/2021 | Shapiro, Jill | 1.7 | Prepare materials re: litigation funding. |
| 3 | 9/14/2021 | Shapiro, Jill | 0.3 | Review materials re: litigation funding. |
| 3 | 9/14/2021 | Shapiro, Jill | 0.4 | Participate on call with counsel re: litigation funding. |
| 3 | 9/15/2021 | Diaz, Matthew | 0.3 | Review litigation funding materials. |
| 3 | 9/15/2021 | Shapiro, Jill | 0.9 | Prepare materials re: litigation funding. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 9/17/2021 | Diaz, Matthew | 0.3 | Review litigation funding materials. |
| 3 | 9/20/2021 | Shapiro, Jill | 2.7 | Prepare materials re: litigation funding. |
| 3 | 9/20/2021 | Eisler, Marshall | 1.1 | Review updated litigation funding materials. |
| 3 | 9/20/2021 | Eisler, Marshall | 0.8 | Provide comments re: litigation funding materials. |
| 3 | 9/21/2021 | Diaz, Matthew | 1.1 | Review the updated funding materials. |
| 3 | 9/21/2021 | Shapiro, Jill | 2.9 | Prepare materials re: litigation funding. |
| 3 | 9/21/2021 | Eisler, Marshall | 2.1 | Provide comments to litigation funding materials. |
| 3 | 9/21/2021 | Eisler, Marshall | 0.8 | Review and comment on litigation funding materials. |
| 3 | 9/22/2021 | Diaz, Matthew | 0.9 | Review the updated funding materials. |
| 3 | 9/22/2021 | Shapiro, Jill | 1.5 | Prepare litigation funding materials. |
| 3 | 9/22/2021 | Shapiro, Jill | 0.6 | Review key issues re: litigation funding. |
| 3 | 9/22/2021 | Shapiro, Jill | 0.6 | Participate on call with counsel re: litigation funding. |
| 3 | 9/22/2021 | Eisler, Marshall | 1.8 | Incorporate comments re: litigation funding materials. |
| 3 | 9/23/2021 | Diaz, Matthew | 0.6 | Review the updated materials re: litigation funding. |
| 3 | 9/23/2021 | Shapiro, Jill | 0.3 | Update materials re: litigation funding. |
| 3 | 9/23/2021 | Eisler, Marshall | 1.2 | Correspond with counsel re: litigation funding issues. |
| 3 | 9/24/2021 | Shapiro, Jill | 3.6 | Prepare materials re: litigation funding. |
| 3 | 9/24/2021 | Eisler, Marshall | 1.2 | Review updated litigation funding materials. |
| 3 | 9/27/2021 | Shapiro, Jill | 1.0 | Prepare materials re: litigation funding. |
| 3 | 9/27/2021 | Eisler, Marshall | 1.9 | Prepare materials re: litigation funding. |
| 3 | 9/28/2021 | Eisler, Marshall | 1.3 | Review key issues re: litigation funding. |
| 3 | 9/30/2021 | Eisler, Marshall | 1.8 | Prepare materials re: litigation funding. |
| 3 | 9/30/2021 | Shapiro, Jill | 0.2 | Prepare materials re: litigation funding. |
| 3 | 10/1/2021 | Shapiro, Jill | 2.8 | Prepare materials re: litigation funding. |
| 3 | 10/1/2021 | Shapiro, Jill | 1.4 | Prepare materials re: litigation funding for administrative representative. |
| 3 | 10/1/2021 | Eisler, Marshall | 1.9 | Update litigation funding materials. |
| 3 | 10/3/2021 | Shapiro, Jill | 0.5 | Prepare materials re: litigation funding. |
| 3 | 10/4/2021 | Shapiro, Jill | 0.1 | Participate in call with counsel re: litigation funding. |
| 3 | 10/4/2021 | Shapiro, Jill | 1.9 | Prepare report for administrative representative re: litigation funding. |
| 3 | 10/4/2021 | Shapiro, Jill | 1.7 | Prepare materials re: litigation funding. |
| 3 | 10/5/2021 | Diaz, Matthew | 0.6 | Review the updated litigation funding materials. |
| 3 | 10/5/2021 | Shapiro, Jill | 3.4 | Update materials re: litigation funding. |
| 3 | 10/5/2021 | Eisler, Marshall | 1.8 | Correspond with counsel re: presentation to Designees on case issues. |
| 3 | 10/6/2021 | Diaz, Matthew | 0.7 | Review the updated litigation funding materials. |
| 3 | 10/6/2021 | Shapiro, Jill | 0.2 | Prepare materials re: litigation funding. |
| 3 | 10/6/2021 | Eisler, Marshall | 1.9 | Provide analysis in response to Designee questions. |
| 3 | 10/7/2021 | Shapiro, Jill | 2.0 | Prepare report for the administrative representative. |
| 3 | 10/7/2021 | Shapiro, Jill | 0.9 | Prepare materials re: litigation funding analysis. |
| 3 | 10/7/2021 | Eisler, Marshall | 1.4 | Provide comments to presentation for administrative representative re: status update. |
| 3 | 10/8/2021 | Diaz, Matthew | 1.1 | Review the litigation funding materials for the administrative representative. |
| 3 | 10/8/2021 | Shapiro, Jill | 0.7 | Prepare materials re: litigation funding. |
| 3 | 10/8/2021 | Shapiro, Jill | 0.9 | Update deck for the administrative representative. |
| 3 | 10/8/2021 | Shapiro, Jill | 1.2 | Prepare litigation funding materials. |
| 3 | 10/8/2021 | Shapiro, Jill | 0.7 | Prepare materials for designee update deck. |
| 3 | 10/8/2021 | Eisler, Marshall | 1.3 | Review updated presentation to the Designee re: update on case issues. |
| 3 | 10/9/2021 | Eisler, Marshall | 1.9 | Provide comments to presentation for administrative representative re: status update. |
| 3 | 10/10/2021 | Shapiro, Jill | 2.6 | Update materials for the administrative representative. |
| 3 | 10/10/2021 | Eisler, Marshall | 1.9 | Update presentation for administrative representative re: case update. |
| 3 | 10/11/2021 | Diaz, Matthew | 0.9 | Review the litigation funding materials. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 10/11/2021 | Shapiro, Jill | 3.7 | Update materials re: litigation funding. |
| 3 | 10/11/2021 | Eisler, Marshall | 2.1 | Update presentation for administrative representative re: case update. |
| 3 | 10/12/2021 | Diaz, Matthew | 1.1 | Review the litigation funding materials. |
| 3 | 10/12/2021 | Shapiro, Jill | 0.3 | Update materials re: litigation funding. |
| 3 | 10/12/2021 | Shapiro, Jill | 1.0 | Update litigation funding materials. |
| 3 | 10/12/2021 | Shapiro, Jill | 3.8 | Update litigation funding materials. |
| 3 | 10/13/2021 | Eisler, Marshall | 0.5 | Participate on pre-effective committee call. |
| 3 | 10/13/2021 | Shapiro, Jill | 0.5 | Participate on pre-effective committee call. |
| 3 | 10/13/2021 | Diaz, Matthew | 0.9 | Review the updated litigation funding materials. |
| 3 | 10/13/2021 | Shapiro, Jill | 3.7 | Update litigation funding materials. |
| 3 | 10/13/2021 | Shapiro, Jill | 1.4 | Prepare litigation funding materials. |
| 3 | 10/13/2021 | Shapiro, Jill | 0.8 | Update litigation funding materials. |
| 3 | 10/13/2021 | Eisler, Marshall | 0.4 | Prepare for pre-effective date committee call. |
| 3 | 10/14/2021 | Diaz, Matthew | 1.5 | Review the updated litigation funding materials. |
| 3 | 10/14/2021 | Shapiro, Jill | 3.1 | Update materials re: litigation funding. |
| 3 | 10/14/2021 | Shapiro, Jill | 0.7 | Review key issues re: litigation funding. |
| 3 | 10/14/2021 | Shapiro, Jill | 0.4 | Prepare materials re: litigation funding. |
| 3 | 10/14/2021 | Shapiro, Jill | 0.5 | Update materials re: litigation funding. |
| 3 | 10/14/2021 | Eisler, Marshall | 0.8 | Incorporate comments on presentation to administrative representative re: case update. |
| 3 | 10/14/2021 | Eisler, Marshall | 1.1 | Review materials re: litigation funding. |
| 3 | 10/15/2021 | Diaz, Matthew | 0.6 | Participate in pre-call with counsel in preparation for call with administrative representative. |
| 3 | 10/15/2021 | Shapiro, Jill | 0.6 | Participate in pre-call with counsel in preparation for call with administrative representative. |
| 3 | 10/15/2021 | Shapiro, Jill | 0.4 | Update litigation funding materials. |
| 3 | 10/18/2021 | Shapiro, Jill | 3.0 | Prepare materials re: litigation funding. |
| 3 | 10/19/2021 | Diaz, Matthew | 0.6 | Review the updated litigation funding materials. |
| 3 | 10/19/2021 | Shapiro, Jill | 1.3 | Update materials re: litigation funding. |
| 3 | 10/20/2021 | Shapiro, Jill | 0.3 | Update materials re: litigation funding. |
| 3 | 10/21/2021 | Diaz, Matthew | 1.0 | Participate in a call with the administrative representative to discuss the go forward financing. |
| 3 | 10/21/2021 | Shapiro, Jill | 1.0 | Participate in a call with the administrative representative to discuss the go forward financing. |
| 3 | 10/26/2021 | Shapiro, Jill | 0.3 | Review draft term sheet. |
| **3 Total** | | | **285.6** | |
| 5 | 7/6/2021 | Nelson, Cynthia A | 0.2 | Review proposed property sale by Debtors. |
| **5 Total** | | | **0.2** | |
| 11 | 9/27/2021 | Star, Samuel | 1.5 | Attend court hearing re: fee applications, preference claims and transform APA. |
| **11 Total** | | | **1.5** | |
| 17 | 7/13/2021 | Shapiro, Jill | 3.8 | Prepare update report for the UCC. |
| 17 | 7/14/2021 | Diaz, Matthew | 0.6 | Review operating report update to be presented to the Committee. |
| 17 | 7/14/2021 | Diaz, Matthew | 0.4 | Review the Debtors' status report to prepare for the UCC meeting. |
| 17 | 7/14/2021 | Shapiro, Jill | 1.9 | Update status report for the UCC. |
| 17 | 7/14/2021 | Simms, Steven | 0.3 | Review MTN items. |
| 17 | 7/14/2021 | Simms, Steven | 0.4 | Review update from Counsel and advisors. |
| 17 | 7/27/2021 | Star, Samuel | 0.1 | Review status report filed with the court. |
| 17 | 7/27/2021 | Eisler, Marshall | 0.8 | Participate in status update hearing. |
| 17 | 7/28/2021 | Diaz, Matthew | 0.5 | Review the updated Sears status report. |
| 17 | 7/30/2021 | Shapiro, Jill | 0.7 | Review status report and prepare questions for M-III re: updated assumptions. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 9/27/2021 | Eisler, Marshall | 0.9 | Review updated cash flow documents as provided by the Debtors. |
| 17 | 9/28/2021 | Diaz, Matthew | 0.6 | Review the updated cash flow and confirmation status report. |
| 17 | 9/29/2021 | Shapiro, Jill | 1.6 | Prepare analysis re: preference recoveries. |
| 17 | 9/30/2021 | Eisler, Marshall | 0.8 | Correspond w/ M-III re: cash flow forecasts. |
| 17 | 10/7/2021 | Shapiro, Jill | 0.9 | Participate on call with M-III re: preferences and provide update to team. |
| **17 Total** | | | **14.3** | |
| 18 | 7/1/2021 | Shapiro, Jill | 3.2 | Prepare historical transaction analysis. |
| 18 | 7/7/2021 | Shapiro, Jill | 2.9 | Update historical transaction analysis. |
| 18 | 7/9/2021 | Shapiro, Jill | 1.7 | Revise historical transaction analysis. |
| 18 | 7/22/2021 | Eisler, Marshall | 1.2 | Correspond with Counsel re: document retention issues. |
| 18 | 7/23/2021 | Diaz, Matthew | 0.4 | Review document retention issues. |
| 18 | 8/31/2021 | Shapiro, Jill | 0.4 | Respond to request re: Seritage capital structure. |
| 18 | 9/22/2021 | Shapiro, Jill | 0.2 | Prepare historical transaction analysis. |
| 18 | 9/24/2021 | Shapiro, Jill | 0.2 | Review historical transaction analysis. |
| 18 | 9/28/2021 | Diaz, Matthew | 0.9 | Review analysis re: historical holdings. |
| 18 | 9/30/2021 | Shapiro, Jill | 0.3 | Prepare analysis re: preference recoveries. |
| 18 | 9/30/2021 | Shapiro, Jill | 0.5 | Review analysis re: historical transactions. |
| 18 | 10/1/2021 | Lampert, Grace | 3.1 | Review various motions and orders to understand litigation background. |
| 18 | 10/1/2021 | Eisler, Marshall | 0.9 | Review litigation defendant analysis. |
| 18 | 10/1/2021 | Shapiro, Jill | 1.3 | Prepare historical transaction analysis. |
| 18 | 10/4/2021 | Shapiro, Jill | 2.2 | Prepare analysis re: litigation defendants historical holdings. |
| 18 | 10/5/2021 | Lampert, Grace | 0.5 | Prepare historical transaction analysis. |
| 18 | 10/5/2021 | Shapiro, Jill | 0.5 | Review historical transaction analysis. |
| 18 | 10/5/2021 | Lampert, Grace | 1.2 | Research Sears litigation status and background. |
| 18 | 10/5/2021 | Lampert, Grace | 1.8 | Prepare litigation defendant analysis. |
| 18 | 10/5/2021 | Eisler, Marshall | 0.4 | Correspond with counsel re: insider transactions. |
| 18 | 10/6/2021 | Lampert, Grace | 2.7 | Review source documents in connection with defendant analysis. |
| 18 | 10/7/2021 | Lampert, Grace | 0.8 | Update historical transaction deck. |
| 18 | 10/7/2021 | Shapiro, Jill | 0.8 | Provide comments to historical transaction deck. |
| 18 | 10/7/2021 | Lampert, Grace | 2.8 | Prepare analysis in connection with defendant analysis. |
| 18 | 10/7/2021 | Lampert, Grace | 3.1 | Update analysis in connection with defendant analysis. |
| 18 | 10/7/2021 | Shapiro, Jill | 0.2 | Review historical transaction analysis. |
| 18 | 10/8/2021 | Lampert, Grace | 0.3 | Prepare additional updates to defendant analysis. |
| 18 | 10/8/2021 | Shapiro, Jill | 0.3 | Revise historical defendant analysis. |
| 18 | 10/8/2021 | Lampert, Grace | 3.4 | Prepare updates to analysis in connection with defendant analysis. |
| 18 | 10/8/2021 | Eisler, Marshall | 0.7 | Correspond with counsel re: insider transactions. |
| 18 | 10/8/2021 | Shapiro, Jill | 0.3 | Update report re: historical transaction analysis. |
| 18 | 10/8/2021 | Shapiro, Jill | 0.4 | Prepare historical transaction analysis. |
| 18 | 10/11/2021 | Eisler, Marshall | 1.9 | Review materials re: litigation funding. |
| 18 | 10/12/2021 | Eisler, Marshall | 1.1 | Review litigation defendant analysis. |
| 18 | 10/13/2021 | Eisler, Marshall | 0.9 | Correspond with Akin re: litigation financing. |
| 18 | 10/25/2021 | Shapiro, Jill | 0.5 | Participate on call with Akin re: historical defendants analysis. |
| 18 | 10/27/2021 | Lampert, Grace | 0.4 | Prepare workplan for defendant analysis. |
| 18 | 10/27/2021 | Shapiro, Jill | 0.4 | Review and update workplan for defendant analysis. |
| 18 | 10/27/2021 | Lampert, Grace | 2.8 | Update workplan re: litigation defendant analysis. |
| **18 Total** | | | **47.6** | |
| 21 | 7/14/2021 | Eisler, Marshall | 1.1 | Prepare for UCC call re: wind down budget. |
| 21 | 7/14/2021 | Eisler, Marshall | 0.6 | Participate in UCC update call. |
| 21 | 7/14/2021 | Diaz, Matthew | 0.6 | Participate in UCC update call. |
| 21 | 7/14/2021 | Shapiro, Jill | 0.6 | Participate in UCC update call. |
| **21 Total** | | | **2.9** | |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 7/22/2021 | Shapiro, Jill | 0.6 | Prepare June fee statement. |
| 24 | 7/23/2021 | Shapiro, Jill | 0.2 | Prepare June fee statement. |
| 24 | 7/26/2021 | Shapiro, Jill | 0.6 | Update June fee statement. |
| 24 | 7/28/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the June fee statement. |
| 24 | 8/10/2021 | Shapiro, Jill | 1.8 | Prepare interim fee application. |
| 24 | 8/11/2021 | Diaz, Matthew | 0.6 | Review the interim fee application. |
| 24 | 8/11/2021 | Shapiro, Jill | 0.3 | Update interim fee application. |
| 24 | 8/12/2021 | Shapiro, Jill | 0.6 | Finalize interim fee application. |
| 24 | 9/14/2021 | Diaz, Matthew | 0.3 | Review Orient fee objection. |
| 24 | 9/20/2021 | Shapiro, Jill | 2.4 | Prepare the combined July/August monthly fee statement. |
| 24 | 9/21/2021 | Diaz, Matthew | 0.8 | Review the combined July/August fee statement. |
| 24 | 9/21/2021 | Diaz, Matthew | 0.5 | Review the response to the Orient objection to the Committee's advisors fees. |
| 24 | 9/22/2021 | Diaz, Matthew | 0.2 | Review the proposed interim order. |
| 24 | 9/22/2021 | Shapiro, Jill | 0.3 | Review draft interim order and reconcile with FTI records. |
| 24 | 9/27/2021 | Shapiro, Jill | 1.0 | Update and finalize fee statement. |
| **24 Total** | | | **10.7** | |
| **Grand Total** | | | **368.0** | |

**Exhibit D**

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Expense Type | Amount |
|---|---|
| **Not Applicable in this month.** | |

**Exhibit E**

**EXHIBIT E**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**

**EXPENSE DETAIL**

**FOR THE PERIOD JULY 1, 2021 TO OCTOBER 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|--------------|--------------|----------------|--------|

**Not Applicable in this month.**