## EXHIBIT C

## BUDGET FOR BALLARD SPAHR, LLP[1]

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| July 1, 2021 – July 31, 2021 | $50,000.00 | $46,555.00 |
| August 1, 2021 – August 31, 2021 | $50,000.00 | $74,606.00 |
| September 1, 2021 – September 30, 2021 | $50,000.00 | $50,973.50 |
| October 1, 2021 – October 31, 2021 | $50,000.00 | $33,048.50 |
| **Total** | **$200,000.00** | **$205,183.00** |

---

[1] The Fee Examiner's time is no longer included in the budget for Ballard Spahr in its role as counsel.