## **EXHIBIT D**

## **STAFFING PLAN**

**Primary Attorneys**

*Partners*
Vincent J. Marriott, III
Tobey M. Daluz

*Associates*
Chantelle D. McClamb
Chad P. Jimenez
Margaret Vesper

*Paraprofessionals*
Kyle Neitzel
Caroline P. Pollard