UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

Sears Holding Corporation FKA A&E Factory Service, FKA Accents for Less, FKA Appliance Liquidators, FKA American Siding & Deck, Inc., FKA American Windows & Sash, Inc., AKA Austin Technology Center, AKA Bath and Kitchen Elegance, AKA Bath and Kitchen Elegance of the Desert, AKA Big Beaver of Caguas Development Corporation, AKA Big Beaver of Caguas Development Corporation II, AKA Big Kmart, AKA Big Kmart (#3680), AKA Central Wholesale Appliance Supply, Inc., AKA Chantell Marketing, AKA Circle of Beauty Inc., AKA Delver, AKA Delver.com, AKA Designer Depot, AKA Eblon Technologies India Private Limited, AKA Evoke Productions, AKA FitStudio by Sears, AKA Florida Builder Appliances, Inc., AKA Garment Rack, AKA HDC Holding Company of Delaware, Inc., AKA HO. Tampa Development Co., AKA HO. Tysons Office Investment Co., AKA ILJ, Inc., AKA JAF, Inc., AKA KC Kelley Group, AKA Kenmore Direct, AKA Kids Stockroom, AKA Kmart, AKA Kmart Acquisition Corp., AKA Kmart Apparel Corp., AKA Kmart Apparel Fashions Corp., AKA Kmart Apparel Leasing Corp., AKA Kmart Apparel Service of Atlanta Corp., AKA Kmart Apparel Service of Des Plaines Corp., AKA Kmart Apparel Service of Sunnyvale Corp., AKA Kmart Corporation, AKA Kmart Enterprises, Inc., AKA Kmart Far East Limited, AKA Kmart Financing I, AKA Kmart Global Sourcing Ltd., AKA Kmart Holding Company, AKA Kmart Holdings, Inc., AKA Kmart Lessee Operations, LLC, AKA Kmart Management Corporation, AKA Kmart Michigan Property Services, L.L.C., AKA Kmart of Amsterdam, NY Distribution Center, Inc., AKA Kmart of Pennsylvania LP, AKA Kmart Pharmacies of Minnesota, Inc., AKA Kmart Pharmacies, Inc., AKA Kmart Properties, Inc., AKA Kmart Stores of Indiana, Inc., AKA Kmart Stores of TNCP, Inc., AKA KMI, Inc., AKA Koolvent Aluminum Products, Inc., AKA Kresge - Kmart Limited, AKA Little Caesars, AKA Max Acquisition Delaware Inc., AKA McKids, AKA McKids The Store, AKA McPhails Appliances, AKA MetaScale Technologies India Private Limited, AKA Monark, AKA Monark Holdings Inc., AKA Monark of California, AKA Monark Premium Appliance Co., AKA Monark Premium Appliance Co. of Arizona, AKA Monark Premium Appliance Co. of California, AKA MXSV, Inc., AKA NTB - National Tire and Battery, AKA NTB-National Tire & Battery, AKA PMB, Inc., AKA Prarie Buck I, Inc., AKA Prarie Buck II, Inc., AKA Private Brands, Ltd., AKA Relay LLC, AKA San Diego Appliance Sales, AKA Sears, AKA Sears #1284, AKA Sears Acquisition Corp., AKA Sears Auto Center, AKA Sears Auto Center #6582, AKA Sears Auto Centers, AKA Sears Carpet and Upholstery Care, Inc., AKA Sears Essentials, AKA Sears Grand, AKA Sears Grand #1673, AKA Sears Holdings and Management Corporation, AKA Sears Home Appliance Showrooms, AKA Sears Home Improvement Products (South), Inc., AKA Sears Home Services, AKA Sears Home&Life, AKA Sears Lessee Operations, LLC, AKA Sears Logistics Services, AKA Sears Logistics Services, Inc., AKA Sears Merchandise Group, AKA Sears Merchandise Group, Inc., AKA Sears New York Insurance Agency, AKA Sears Oklahoma Insurance Agency, AKA Sears Protection Company Inc., AKA Sears Protection Company, Inc., AKA Sears Technology Services LLC, AKA Sears, Roebuck and Co., AKA Sears, Roebuck de Mexico, S.A. de C.V., AKA Sears, Wishbook, Inc., AKA ServiceLive Direct, AKA SHMC, Inc., AKA Shop Your Way Local, LLC, AKA shopyourway.com, AKA Sourcing and Technical Services, Inc., AKA SRC O.P. LLC, AKA SRC Real Estate (TX), LLC, AKA Standards of Excellence, AKA Standards of Excellence Outlet Store, AKA Super K, AKA Super Kmart, AKA SUPER KMART CENTER, AKA Texas Bluelight.com Inc., AKA The Annex Restaurant, AKA The Great Indoors, AKA Tire Property Holding, Inc., AKA Tri-Valley Crossings, AKA Troy CMBC Property, L.L.C., AKA Westar Kitchen & Bath LLC, AKA Westar Kitchen and Bath, AKA Westar Kitchen and Bath, LLC, AKA Western Bluelight.com LLC, AKA WestStar Kitchen and Bath, AKA WestStar Kitchen and Bath LLC, AKA Continental Carpet Cleaning, Inc., AKA Sears Carpet and Upholstery Care, Inc., AKA Print Procurement Company, LLC, AKA Print Production Company, LLC, AKA Relay LLC, AKA Shop Your Way Local, LLC, AKA Sears New York Insurance Agency, AKA Sears Oklahoma Insurance Agency

Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-23538-rdd
(Chapter 11)

Assigned to:
Hon. Robert D. Drain
Bankruptcy Judge

PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Rushmore Loan Management Services, LLC in the within proceeding with regard to its interest in the property known as 237 Highland Boulevard, Brooklyn, NY 11207.

Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   October 13, 2021
         Williamsville, New York

Yours,
GROSS POLOWY, LLC
Attorneys for Rushmore Loan Management Services, LLC


Ehret Anne Van Horn, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Telephone (716) 204-1700

TO:

By ECF:

Clerk, United States Bankruptcy Court
Southern District Of New York

Paul M. Basta, Esq.           Attorney for Debtor

United States Trustee         Chapter 11 Trustee