WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jared R. Friedmann
Jacqueline Marcus
Garrett Fail

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                    :    Chapter 11
:
**SEARS HOLDINGS CORPORATION**, *et al.*,    :    Case No. 18-23538 (RDD)
:
Debtors.[1]                                                         :    (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE REGARDING PROVISION OF OUTSTANDING APPROVALS AND AUTHORIZATIONS OF SETTLEMENT OF THE EDA LITIGATION AND TAX ASSESSMENT ISSUES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, L.P., 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE THAT** on December 3, 2021, the Court issued an *Order Approving Settlement Agreement Regarding the EDA Litigation and Tax Assessment Issues* (ECF No. 10123) (the "**Approval Order**"), which approved, subject to the conditions described below, that certain settlement agreement by and among the Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), the Village of Hoffman Estates (the "**Village**"), Community Unit School District 300 (the "**School District**"), Metropolitan Water Reclamation District of Greater Chicago, School District U-46, Elgin Community College, Hoffman Estates Park District, Poplar Creek Library District, County of Cook, Cook County Forest Preserve District, Barrington Township, Barrington Area Library District, and Northwest Mosquito Abatement District (collectively, the "**Parties**"), which the Cook County Treasurer joined as a signatory pursuant to her powers under the principle of good faith and respect for comity (the "**Settlement Agreement**"). The Court's approval of the Settlement Agreement was subject to the filing on the docket of this case a notice that outstanding written approvals and authorizations required under the terms of the Settlement Agreement from Cook County, the Cook County Forest Preserve, and Northwest Mosquito Abatement District had been provided to the Village (the "**Settlement Approval Notice**"). *See* Approval Order ¶ 2.

**PLEASE TAKE FURTHER NOTICE THAT** as of December 16, 2021, all of the written approvals and authorizations required under the terms of the Settlement Agreement from Cook County, the Cook County Forest Preserve and the Northwest Mosquito Abatement District have been provided to the Village.

**PLEASE TAKE FURTHER NOTICE THAT** this Notice shall be served in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and*

*Case Management Procedures*, entered on November 1, 2018 (ECF No. 405).  This Notice shall also be served on all Parties to the Settlement Agreement.

Dated: December 16, 2021
      New York, New York

*/s/ Jared R. Friedmann*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Jared R. Friedmann
Jacqueline Marcus
Garrett Fail

*Attorneys for Debtors
and Debtors in Possession*