IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS        : Chapter 11

In Re:
Sears Holdings Corporation, LLC, et al.:
Case No. 18-23538-(RDD)
Debtors: Related to Docket No. 10134

Re: Proof of Claims – 19041, 18946, 5283 & 5280 / ECF No. 10032

Objection Deadline: 1/3/2022
RANDAL & SUSANS ASKEY'S RESPONSE IN OPPOSITION TO DEBTORS' FORTIETH OMNIBUS OBJECTION TO PROOF OF CLAIMS (DISALLOW, REDUCE OR RECLASSIFY)

Randal & Susan Askey hereby respond to Debtors' Forty-first Omnibus Objection to Proofs of Claim (Disallow, Reduce or, Reclassify) (Doc10134) (The "Objection") as follows:

We object to the disallowance of our claim to compensation for our Sears Holdings Corp. Bonds as Senior Secured under CUSIP 812350-AE-6.

As previously asserted, the Bonds we purchased were Senior Secured and should be treated as indicated in our POC references 18946 & 19041. As it appears that the debtors are trying to disallow a secured claim in favor of an unsecured claim, we take issue.

POC Items 5280 & 5283 are filed in error and are duplicative except for their reference as unsecured. We consent that POC items 5280 & 5283 may be dismissed; However, we continue to assert that POC items 19041 & 18946 with reference as secured should be considered for payment in terms of their status and debt owed under law.

Respectfully,

*[signatures]*

Randal & Susan Askey
4721 S. 176th E Ave
Tulsa, OK 74134
Telephone: 918-557-2106

Attachments

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  
**Exhibit B - Disallowed Claims and Ballots**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of Claims and Ballots to be Disallowed

| Ref # | Name of Claimant | Ballot No. to be Disallowed | Proof of Claim No. to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| 1. | Adam Levine Productions, Inc. | 182353801043202 | N/A | (iv) |
| 2. | AGGRO PACIFIC HAWAII LLC | N/A | 7248 | (i) |
| 3. | Askey, Randal G. | N/A | 19041 | (iv) |
| 4. | Askey, Susan E. | N/A | 18946 | (iv) |
| 5. | Beauty Gem, Inc. | 182353801043279 | N/A | (i) |
| 6. | BLASS, JAY | N/A | 1296 | (i) |
|    |                 | N/A | 1931 | (i) |
| 7. | Broward County | 182353801017898 | N/A | (iii) |
| 8. | Burnett Central Appraisal District | 182353801018298 | N/A | (iii) |
| 9. | Cain, Vanessa | N/A | 11545 | (iv) |
| 10. | ChooMee, Inc. | N/A | 4451 | (i) |
| 11. | City of Cookeville, TN | 182353801018333 | N/A | (iii)(iv) |
| 12. | City of Mesquite and Mesquite Independent School District | N/A | 26387 | (iii) |
| 13. | City of Mesquite Tax Collector | 182353801024081 | N/A | (iii) |
| 14. | Cleveland County Tax Collector | 182353801024460 | N/A | (iii) |
| 15. | Coca-Cola Consolidated | N/A | 17011 | (i) |
| 16. | Cole, Ronald E. and Martha E. | N/A | 17491 | (iv) |
| 17. | Coral-CS Ltd Associates | N/A | 17577 | (i) |
| 18. | DAKS INDIA INDUSTRIES PVT LTD | N/A | 26326 | (i) |
| 19. | Del Amo Fashion Center Operating Co LLC | N/A | 17942 | (i) |
| 20. | DICKMAN, FRANCES R | N/A | 17018 | (iv) |
| 21. | Dickman, Frances R | N/A | 17484 | (iv) |
| 22. | Express Services, Inc. | N/A | 5425 | (i) |
|    |                 | N/A | 7163 | (i) |
|    |                 | N/A | 6964 | (i) |
| 23. | GAINES, KANDI | N/A | 11447 | (i) |
| 24. | Garcia, Rebecca Belen | N/A | 19152 | (i) |
| 25. | Gee, James | N/A | 17476 | (iv) |
| 26. | GRP Equities LLC | N/A | 17213 | (iv) |
| 27. | HK Sino-Thai Trading Company Ltd. | N/A | 506 | (i) |
|    |                 | N/A | 1060 | (i) |
| 28. | HOLM, JOAN & STANLEY | N/A | 17964 | (iv) |
| 29. | Hydraulic and Electromechanic Services and Repairs | N/A | 4655 | (i) |
| 30. | JOHNSON, MARK | N/A | 7101 | (i) |

Debtors' Forty-First Omnibus Objection to Claims and Ballots  
Exhibit B - Disallowed Claims and Ballots

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | Schedule of Claims and Ballots to be Disallowed | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Ballot No. to be Disallowed | Proof of Claim No. to be Disallowed | Reason for Disallowance |
| 58. | Wharton Co Jr Coll Dist | 182353801018036 | N/A | (iii) |
|  |  | 182353801018037 | N/A | (iii) |
| 59. | ZURU LLC | 182353801021430 | N/A | (iv) |

[1] Corresponding reasons are as follows:
- (i) supporting documentation indicates that the claims are not entitled to non-administrative priority;
- (ii) the support provided by the Claimants are not supported by the Debtors' books and records, or no supporting documentation was provided for all of the Disputed Claim;
- (iii) the basis for the claim or ballot was paid and satisfied in the ordinary course;
- (iv) the claim/ballot is duplicatative of another asserted claim/ballot;