Lathrop GPM LLP
Phillip W. Bohl, Esq. (MN Bar No. 0139191)
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Tel. (612) 632-3019
Fax (612) 632-4019
Email: Phillip.Bohl@lathropgpm.com

*Attorneys for Little Caesar Enterprises, Inc. and*
*Blue Line Foodservice Distribution, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Corporation, *et al.*, | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR**
**REMOVAL FROM COURT MATRIX AND SERVICE LIST**

**PLEASE TAKE NOTICE** that Phillip W. Bohl hereby withdraws as counsel for Little

Caesar Enterprises, Inc. ("Little Caesar") and Blue Line Foodservice Distribution, Inc. ("Blue

Line") and in these Chapter 11 cases and requests that his name be removed from the Court's

mailing matrix and service list for this matter. The grounds for withdrawal are as follows:

1.      Phillip W. Bohl has represented Little Caesar and Blue Line as an attorney with

the law firm of Lathrop GPM, LLP (formerly Gray Plant Mooty). Phillip W. Bohl is retiring as

of December 31, 2021, and thus can no longer represent Little Caesar and Blue Line.

2.      Little Caesar and Blue Line are no long active in these Chapter 11 cases and will

suffer no prejudice because of this withdrawal.

48040803v1

Dated: December 22, 2021
      Minneapolis, MN

LATHROP GPM, LLP

By:    /s/*Phillip W. Bohl*                    
Phillip W. Bohl, Esq. (MN ID #0139191)
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
Email: phillip.bohl@lathropgpm.com

*Attorneys for Little Caesar Enterprises, Inc. and*
*Blue Line Foodservice Distribution, Inc.*

48040803v1