# EXHIBIT A



# Invoice

**Lifeworks Technology Group, LLC**

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 9/27/2018 |
| Invoice # | 402443 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 11/28/2018 |
| PO # | 558414 |
| Location | Carson, CA |
| Created From | Sales Order #235633 ✓ |
| Buying Party | 0449 |

**Bill To**

Sears Roebuck and Co #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 93215

**Ship To**

Sears Roebuck and Co #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 93215

| Item Number | Quantity | Description | Product UPC | Retailer Item # | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-PP1004AG | 48 | iHome |Super Charge: 6,000 mAh Universal Battery (Black) | 812350091337 | 13643 | 15.00 | 720.00 |

| | | |
|---|---|---|
| USD | Total | $720.00 |



| LIFEWORKS | SEARS | 141351 | NA | 235633 | 558414 | 2 | 8 | FEDEX GRND PPD | 455244563217 |
|---|---|---|---|---|---|---|---|---|---|



# Invoice

**Lifeworks Technology Group, LLC**
LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 9/24/2018 |
| Invoice # | 401979 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 11/25/2018 |
| PO # | 558415 ✓ |
| Location | Carson, CA |
| Created From | Sales Order #235634 |
| Buying Party | 0475 |

**Bill To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

**Ship To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

| Item | Qty | Description | Product # | Reference | Price | Amount |
|---|---|---|---|---|---|---|
| IH-CT2004B | 24 | iHome 5F TPE Micro Cable - Black | 812350086050 | 13649 | 5.00 | 120.00 |
| IH-CM300B | 24 | IHOME BASIC - Suction Cup Car Mount (Black) | 812350094208 | 47355 | 2.90 | 69.60 |
| IH-CT2058B | 24 | iHome|10FT Dual SR Nylon Micro USB Cable (Black) | 812350111738 | 47359 | 5.80 | 139.20 |
| IH-CT3000B | 24 | iHome|6FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350097452 | 47362 | 6.75 | 162.00 |
| IH-CT2505B | 72 | iHome BASIC - 5F TPE Audio Cable (Black) | 812350086111 | 47364 | 3.80 | 273.60 |

USD  Total  $764.40



| LIFEW ORKS | SEARS | 141349 | NA | 235634 | 558415 ✓ | 7 | 38.12 | FEDEX GRND PPD | 455244560181 |



# Invoice

**Lifeworks Technology Group, LLC**

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 9/10/2018 |
| Invoice # | 400107 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 11/11/2018 |
| PO # | 556542 |
| Location | Carson, CA |
| Created From | Sales Order #233361 ✓ |
| Buying Party | 0447 |

**Bill To**
Sears Roebuck and Co #0447
2775 W MILLER RD
BLDG F & G
GARLAND TX 75041

**Ship To**
Sears Roebuck and Co #0447
2775 W MILLER RD
BLDG F & G
GARLAND TX 75041

| Item Number | Quantity | Description | Product UPC | Retailer Item # | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-PP1004AG | 24 | iHome \|Super Charge: 6,000 mAh Universal Battery (Black) | 812350091337 | 13643 | 15.00 | 360.00 |

USD         Total         $360.00



SEARS ROEBUCK AND CO #044

SEARS ROEBUCK AND CO #0447
2775 W MILLER RD BLDG F&G
GARLAND                        TX    75041
United States
Description (1) :

Tracking #: 45524455 0489
FedEx Ground Service
Packages: 1
Total Weight: 4 lbs
PaymentType: Sender
Carriage Value: 0.00            USD
Customs Value: 0.00             USD
Duties and Taxes:
Reference: 233361 ✓
Dept./Notes:



# Invoice

**Lifeworks Technology Group, LLC**

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 9/10/2018 |
| Invoice # | 400078 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 11/11/2018 |
| PO # | 556543 |
| Location | Carson, CA |
| Created From | Sales Order #233362 |
| Buying Party | 0475 |

**Bill To**

Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

**Ship To**

Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

| Item | Qty | Description | UPC | Location | Price | Amount |
|---|---|---|---|---|---|---|
| IH-CT2004B | 48 | iHome 5F TPE Micro Cable - Black | 812350086050 | 13649 | 5.00 | 240.00 |
| IH-CT2058B | 48 | iHome|10FT Dual SR Nylon Micro USB Cable (Black) | 812350111738 | 47359 | 5.80 | 278.40 |
| IH-CT3000B | 24 | iHome|6FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350097452 | 47362 | 6.75 | 162.00 |
| IH-CT3002B | 24 | iHome|10FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350123373 | 47363 | 8.75 | 210.00 |
| IH-CT2505B | 24 | iHome BASIC - 5F TPE Audio Cable (Black) | 812350086111 | 47364 | 3.80 | 91.20 |
| IH-CT1056W | 192 | iHome | 6Ft Dual SR Nylon Lightning Cable (White) | 812350109445 | 48225 | 7.80 | 1,497.60 |
| IH-CT2056B | 96 | iHome|6Ft Dual SR Nylon Micro USB Cable (Black) | 812350111691 | 48226 | 3.80 | 364.80 |
| IH-PP1000AG | 72 | iHome 2200 mah Super Charge (Space Grey) | 812350091320 | 48227 | 7.50 | 540.00 |
| IH-PP2010AG | 120 | iiHome|Slim Charge: Aluminum 3,000 mAh Battery (Black) | 812350102972 | 48228 | 9.80 | 1,176.00 |
| IH-QI1000B | 48 | iHome|Ultra Slim 10W QI Wireless Charging Pad(Black) | 812350149106 | 48229 | 18.00 | 864.00 |

USD         Total    $5,424.00



# Invoice

## Lifeworks Technology Group, LLC

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 8/30/2018 |
| Invoice # | 397753 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 10/31/2018 |
| PO # | 554454 |
| Location | Carson, CA |
| Created From | Sales Order #231529 ✓ |
| Buying Party | 0449 |

**Bill To**
Sears Roebuck and Co #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 93215

**Ship To**
Sears Roebuck and Co #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 93215

| Item Number | Quantity | Description | Product UPC | Retailer Item # | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-PP1004AG | 24 | iHome \|Super Charge: 6,000 mAh Universal Battery (Black) | 812350091337 | 13643 | 15.00 | 360.00 |

USD                    Total        $360.00



| | | | |
|---|---|---|---|
| | | Tracking #: 455244544358 | |
| | | FedEx Ground Service | |
| SEARS ROEBUCK A | ND CO #0449 | Packages: 1 | |
| 1700 SCHUSTER R | D | Total Weight: 4   lbs | |
| DELANO INDUSTRI | AL PK | PaymentType: Sender | |
| DELANO | CA | Carriage Value: 0.00 | USD |
| United States | 93215 | Customs Value:  0.00 | USD |
| Description (1) | : | Duties and Taxes: | |
| | | Reference: 231529 | |
| | | Dept./Notes: | |



# Invoice

Lifeworks Technology Group, LLC
LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 8/27/2018 |
| Invoice # | 397754 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 10/28/2018 |
| PO # | 554455 |
| Location | Carson, CA |
| Created From | Sales Order #231530 |
| Buying Party | 0475 |

**Bill To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

**Ship To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

| Item | Qty | Description | UPC | | Price | Amount |
|---|---|---|---|---|---|---|
| IH-CT2004B | 24 | iHome 5F TPE Micro Cable - Black | 812350086050 | 13649 | 5.00 | 120.00 |
| IH-CM300B | 24 | IHOME BASIC - Suction Cup Car Mount (Black) | 812350094208 | 47355 | 2.90 | 69.60 |
| IH-CT1004W | 48 | iHome 5F TPE Lightning Cable - White | 812350086005 | 47357 | 7.25 | 348.00 |
| IH-CT1058B | 48 | iHome 10FT Dual SR Nylon Lightning Charge & Sync Cbl (Black) | 812350111585 | 47358 | 9.80 | 470.40 |
| IH-CT2058B | 24 | iHome 10FT Dual SR Nylon Micro USB Cable (Black) | 812350111738 | 47359 | 5.80 | 139.20 |
| IH-CT3000B | 48 | iHome 6FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350097452 | 47362 | 6.75 | 324.00 |
| IH-CT3002B | 48 | iHome 10FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350123373 | 47363 | 8.75 | 420.00 |
| IH-CT2505B | 24 | iHome BASIC - 5F TPE Audio Cable (Black) | 812350086111 | 47364 | 3.80 | 91.20 |

| | | |
|---|---|---|
| USD | Total | $1,982.40 |



|  |  |  | Tracking #: 455244540260 |  |
|---|---|---|---|---|
|  |  |  | FedEx Ground Service |  |
| SEARS ROEBUCK A | ND CO #0475 |  | Packages: 12 |  |
| 830 N. 4000 EAS | T |  | Total Weight: 73.5  lbs |  |
|  |  |  | PaymentType: Sender |  |
| MANTENO |  | IL | Carriage Value: 0.00 | USD |
| United States |  | 60950 | Customs Value:  0.00 | USD |
| Description (1) | : |  | Duties and Taxes: |  |
|  |  |  | Reference: 231530 |  |
|  |  |  | Dept./Notes: |  |



# Invoice

**Lifeworks Technology Group, LLC**

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 8/20/2018 |
| Invoice # | 397158 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 10/21/2018 |
| PO # | 552854 |
| Location | Carson, CA |
| Created From | Sales Order #229039 - |
| Buying Party | 0475 |

**Bill To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

**Ship To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

| Item | Quantity | Description | Product UPC | Publication Item | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-CT2004B | 24 | iHome 5F TPE Micro Cable - Black | 812350086050 | 13649 | 5.00 | 120.00 |
| IH-CM300B | 48 | IHOME BASIC - Suction Cup Car Mount (Black) | 812350094208 | 47355 | 2.90 | 139.20 |
| IH-CT1004W | 24 | iHome 5F TPE Lightning Cable - White | 812350086005 | 47357 | 7.25 | 174.00 |
| IH-CT2058B | 24 | iHome 10FT Dual SR Nylon Micro USB Cable (Black) | 812350111738 | 47359 | 5.80 | 139.20 |
| IH-CT3000B | 48 | iHome 6FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350097452 | 47362 | 6.75 | 324.00 |
| IH-CT3002B | 24 | iHome 10FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350123373 | 47363 | 8.75 | 210.00 |
| IH-CT2505B | 24 | iHome BASIC - 5F TPE Audio Cable (Black) | 812350086111 | 47364 | 3.80 | 91.20 |

USD    Total    $1,197.60



|  |  |  | Tracking #: 455244537492 |  |
|---|---|---|---|---|
|  |  |  | FedEx Express Saver |  |
| SEARS ROEBUCK | AND CO #0475 |  | Packages: 9 |  |
| 8380 N. 4000 E | AST |  | Total Weight: 53  lbs |  |
|  |  |  | PaymentType: Sender |  |
| MANTENO |  | IL | Carriage Value: 0.00 | USD |
| United States |  | 60950 | Customs Value: 0.00 | USD |
| Description (1 | ) : |  | Duties and Taxes: |  |
|  |  |  | Reference: 229039 |  |
|  |  |  | Dept./Notes: |  |



# Invoice

**Lifeworks Technology Group, LLC**

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 8/17/2018 |
| Invoice # | 396409 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 10/20/2018 |
| PO # | 552852 |
| Location | Carson, CA |
| Created From | Sales Order #229037 |
| Buying Party | 0443 |

**Bill To**
Sears Roebuck and Co #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE PA 18706

**Ship To**
Sears Roebuck and Co #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE PA 18706

| Item Number | Quantity | Description | Product UPC | Retailer Item | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-PP1004AG | 48 | iHome |Super Charge: 6,000 mAh Universal Battery (Black) | 812350091337 | 13643 | 15.00 | 720.00 |

| | | |
|---|---|---|
| USD | Total | $720.00 |

|  |  |  |
|---|---|---|
| SEARS ROEBUCK AND CO #0443 | Tracking #: 455244537209 | |
| | FedEx Ground Service | |
| | Packages: 2 | |
| 1055 HANOVER ST | Total Weight: 8 lbs | |
| HANOVER INDUSTRIAL PK | PaymentType: Sender | |
| WILKES BARRE    PA | Carriage Value: 0.00 | USD |
| United States    18706 | Customs Value: 0.00 | USD |
| Description (1) : | Duties and Taxes: | |
| | Reference: 229037 | |
| | Dept./Notes: | |



# Invoice

**Lifeworks Technology Group, LLC**

LifeWorks Technology Group, LLC
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 8/17/2018 |
| Invoice # | 396410 |
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 10/20/2018 |
| PO # | 552853 |
| Location | Carson, CA |
| Created From | Sales Order #229038 - |
| Buying Party | 0449 |

**Bill To**
Sears Roebuck and Co #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 93215

**Ship To**
Sears Roebuck and Co #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 93215

| Item Number | Quantity | Description | Product UPC | Retailer Item # | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-PP1004AG | 24 | iHome |Super Charge: 6,000 mAh Universal Battery (Black) | 812350091337 | 13643 | 15.00 | 360.00 |

USD          Total          $360.00



| | | |
|---|---|---|
| | Tracking #: 455244536912 | |
| | FedEx Ground Service | |
| SEARS ROEBUCK AND CO #0449 | Packages: 1 | |
| 1700 SCHUSTER RD DELANO | Total Weight: 4  lbs | |
| | PaymentType: Sender | |
| DELANO      CA | Carriage Value: 0.00 | USD |
| United States      93215 | Customs Value: 0.00 | USD |
| Description (1) : | Duties and Taxes: | |
| | Reference: 229038 | |
| | Dept./Notes: | |



# Invoice

**LifeWorks Technology Group, LLC**
530 7th Avenue 21st Floor
New York NY 10018

| | |
|---|---|
| Date | 6/25/2018 |
| Invoice # | 385294 |

**Bill To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

**Ship To**
Sears Roebuck and Co #0475
8380 N.4000 EAST
MANTENO IL 60950

| | |
|---|---|
| Terms | 2% 60 DAYS NET 61 |
| Due Date | 8/26/2018 |
| PO # | 545794 |
| Location | Custom Goods- Fontana |
| Created From | Sales Order #221036 |
| Buying Party | 0475 |

| Item Number | Quantity | Description | UPC | Sales Order Item | Rate | Amount |
|---|---|---|---|---|---|---|
| IH-CT2004B | 24 | iHome 5F TPE Micro Cable - Black | 812350086050 | 13649 | 5.00 | 120.00 |
| IH-CM300B | 288 | iHOME BASIC - Suction Cup Car Mount (Black) | 812350094208 | 47355 | 2.90 | 835.20 |
| IH-CT1004W | 144 | iHome 5F TPE Lightning Cable - White | 812350086005 | 47357 | 7.25 | 1,044.00 |
| IH-CT1058B | 264 | iHome10FT Dual SR Nylon Lightning Charge & Sync Cbl (Black) | 812350111585 | 47358 | 9.80 | 2,587.20 |
| IH-CT2058B | 72 | iHome|10FT Dual SR Nylon Micro USB Cable (Black) | 812350111738 | 47359 | 5.80 | 417.60 |
| IH-CT3000B | 72 | iHome|6FT Nylon USB Type-C to Male USB A 2.0 Cable (Black) | 812350097452 | 47362 | 6.75 | 486.00 |
| IH-CT2505B | 96 | iHome BASIC - 5F TPE Audio Cable (Black) | 812350086111 | 47364 | 3.80 | 364.80 |

| | |
|---|---|
| USD | **Total** $5,854.80 |

