UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                              Chapter 11

SEARS HOLDING CORPORATION, et al.                      Case No.: 18-23538 (RDD)

                                Debtors.                              Affidavit of Service
-----------------------------------------------------------X

STATE OF NEW YORK       )
                             ) ss.:
COUNTY OF NEW YORK  )

Quon Malachi, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years old.

On December 30, 2021, I served the following document(s): Objection of Lifeworks Technology Group to Sears Holding Corporation's Forty-First Omnibus Objection to Proofs of Claim and/or Ballot (Reclassify or Disallow, by depositing said true copies into an official depository under the exclusive care and custody of FEDERAL EXPRESS OVERNIGHT MAIL to the addresses as follows:

TO:    Weil, Gotshal, & Manges LLP
        Attorneys for the Debtors
        767 Fifth Avenue
        New York, New York 10153
        Attn: Ray C. Schrock, Esq.
        Attn: Jacqueline Marcus, Esq.
        Attn: Garrett A. Fail, Esq.
        Attn: Sunny Singh, Esq.

        Akin Gump Strauss Hauer & Feld LLP
        One Bryant Park
        New York, New York 10036
        Attn: Philip C. Dublin, Esq.
        Attn: Ira Dizengoff, Esq.
        Attn: Sara Lynne Brauner, Esq.
        Attorneys for the Official Committee of Unsecured Creditors

                                                            _____
                                                             Quon Malachi

Sworn to before me the 30th day of December, 2021

_____
Notary Public

                                    Jared Leuzen
                         Notary Public - State of New York
                            Qualified In Kings County
                             Reg. No. 02LO6340602
                       Commission Expires 4/18/2024