ORRICK, HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy, Esq.
Raniero D'Aversa, Jr., Esq.
Michael Nicolella, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

*Attorneys for Levi Strauss & Co., Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 18-23538-RDD<br><br>(Jointly Administered) |
| Kmart Holding Corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>Levi Strauss & Co., Inc.<br><br>                  Defendant. | Adv. No. 20-06173-RDD |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LISTS

1.      The undersigned attorneys represent the Defendant, Levi Strauss & Co., Inc., in the above-captioned adversary proceeding.

2.      On August 30, 2021, Plaintiff filed a *Stipulated Order for Voluntary Dismissal of Adversary Proceeding* [ECF No. 10] voluntarily dismissing the adversary complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable in adversary proceedings by Federal Rule of Bankruptcy Procedure 7041.

3.      On August 31, 2021, the Court entered a stipulated order dismissing the adversary proceeding with prejudice.  [ECF No. 11].

4.      The above-captioned adversary proceeding was closed on September 7, 2021.

5.      PLEASE TAKE NOTICE that the undersigned attorneys hereby request that they be removed from the CM/ECF notice list and from all other service lists for the above-captioned Chapter 11 cases, No. 18-23538-RDD.

Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Dated: January 3, 2022

By: /s/ Jonathan P. Guy
Jonathan P. Guy
1152 15th Street, N.W.
Washington, DC 20005
(202) 339-8400
jguy@orrick.com

- and -

Raniero D'Aversa, Jr.
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
rdaversa@orrick.com

- and -

Michael Nicolella, Esq.
2121 Main Street
Wheeling, WV 26003
(304) 231-2882
mnicolella@orrick.com

*Attorneys for Levi Strauss & Co., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 3, 2022, a true and correct copy of the foregoing Notice of Withdrawal and Request for Removal from Service Lists was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

I hereby certify that I caused a true and correct copy of the foregoing Notice of Withdrawal and Request for Removal from Service Lists to be served upon the following attorneys for Kmart Holding Corporation via U.S. Mail at the following addresses:

> Steven J. Reisman, Esq.
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022-2585
>
> Terence G. Banich, Esq.
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, IL 60661-3693

/s/ Jonathan P. Guy
Jonathan P. Guy