**<u>Exhibit C</u>**

**Sublease**

**(To Be Filed Under Seal)**

**REDACTED**

<u>LEASE</u>

TRANSFORM LEASECO LLC, Landlord,

and

█████████████ Tenant

Mall of America
Bloomington, Minnesota













































































































































































