# Exhibit H

## Tolling Order

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-one.

Before:        Raymond J. Lohier, Jr.,
                  Joseph F. Bianco,
                      *Circuit Judges*,
                Ronnie Abrams,
                      *District Judge*.*

_____

MOAC Mall Holdings LLC,

        Appellant-Cross-Appellee,

v.

Transform Holdco LLC,

        Appellee-Cross-Appellant,

Sears Holdings Corporation,

        Debtor - Appellee.

_____

**ORDER**

Docket Nos. 20-1846(L), 20-1953(XAP)

      Appellee-Cross-Appellant Transform Holdco LLC ("Transform") moves for an order tolling the deadline for Transform to sublet for an additional sixty days after this Court enters its decision regarding the appeal. Appellee-Cross-Appellant MOAC Mall Holdings LLC does not oppose the requested relief.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                             For the Court:
                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court

_____

*Judge Ronnie Abrams, of the United States District Court for the Southern District of New York, sitting by designation.