**Exhibit I**

**Transform Letter Dated November 4, 2021**

**(To Be Filed Under Seal)**

**REDACTED**



DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089
www.dlapiper.com

Richard A. Chesley
Richard.Chesley@us.dlapiper.com
T  312.368.3430
F  312.630.5330

November 4, 2021
VIA ELECTRONIC MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Thomas J. Flynn, Esq.
tflynn@larkinhoffman.com
Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis MN 55437-1060

MOAC Mall Holdings LLC
Mall of America Management Office
2131 Lindau Lane – Suite 500
Bloomington MN 55425-2640
Attn: Rich Hoge, Executive VP – Operations

Re:   Mall of America / Transform



Thomas J. Flynn, Esq.
November 4, 2021
Page Two



Thomas J. Flynn, Esq.
November 4, 2021
Page Three