## Exhibit J

## MOAC Letter Dated December 17, 2021

### (To Be Filed Under Seal)

# Larkin Hoffman

Larkin Hoffman      **REDACTED**

8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060

GENERAL: 952-835-3800
FAX: 952-896-3333
WEB: www.larkinhoffman.com

December 17, 2021

Richard A. Chesley, Esq.
DLA Piper LLP
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089

<u>By Email & U.S. Mail</u>
*richard.chesley@us.dlapiper.com*

Re:        ▮▮▮▮▮▮▮▮ Letter, dated November 4, 2021
    Transform Leaseco LLC and MOAC Mall Holdings LLC

[REMAINDER OF PAGE REDACTED]

Richard A. Chesley, Esq.
December 17, 2021
Page 2