WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, : | Case No. 18-23538 (RDD) |
| : | |
| Debtors.[1] : | (Jointly Administered) |

---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746
REGARDING DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO
PROOFS OF CLAIM AND/OR BALLOTS (RECLASSIFY OR DISALLOW)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On December 7, 2021, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Forty-First Omnibus Objection to Proofs of Claim and/or Ballots (Reclassify or Disallow)* (ECF No. 10134) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for January 3, 2022, at 4:00 p.m. (prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibits 1,** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**") a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4. A redline of the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

2

5. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: January 4, 2022
       New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :         Chapter 11
                                                   :
SEARS HOLDINGS CORPORATION, *et al.*,              :         Case No. 18-23538 (RDD)
                                                   :
         Debtors.[1]                               :         (Jointly Administered)
                                                   :         (ECF No. 10134)
---------------------------------------------------------------x

**ORDER GRANTING DEBTORS' FORTY-FIRST OMNIBUS**
**OBJECTION TO PROOFS OF CLAIM (RECLASSIFY OR DISALLOW)**

Upon the *Debtors' Forty-First Omnibus Objection to Proofs of Claim (Reclassify or Disallow)*, filed December 7, 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, pursuant to section 502 under title 11 of the United States Code, and Rule 3007 of the Federal Rules of Bankruptcy Procedures, for an order reducing, reclassifying, and/or disallowing the Claims, all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, (i) the asserted secured and priority claims listed **Exhibit A** are reclassified entirely to general unsecured claims, and (ii) the claims listed on **Exhibit B** are disallowed and expunged in their entirety.

3. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the claims listed on **Exhibit A** or **Exhibit B** hereto, as to which all of Transform's rights and defenses are expressly reserved.

2

      6.      The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2022
       White Plains, New York

                                        _____
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**Reclassified Claims**

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 4. | ALAMENE, HERMON | 13624 |
| 6. | Anne Arundel County, Maryland | 14572 |
| 7. | Beauty Gem, Inc. | 8813 |
| 8. | Boyer, Sheryl L, Estate of (Superior Court, State of Alaska, Fairbanks No: 4FA-19-23PR) | 13786 |
| 10. | Cain, Vanessa | 11063 |
| 11. | Charlottesville Fashion Square, LLC | 15656 |
| 12. | Chestnutt, Terashia | 14869 |
| 13. | City of Allen, TX - Utility Dept | 9882 |
| 14. | City of Orange | 9253 |
| 15. | City of Philadelphia/School District of Philadelphia | 7583 |
| 16. | City of Trotwood | 5783 |
| 17. | Columbia Mall Partnership | 19532 |
| 18. | COOPER, ANNIE | 19245 |
| 19. | CRABTREE, MICHAEL | 19156 |
| 20. | DALES, JEAN M | 13569 |
| 21. | Dilla, William | 9514 |
| 22. | D-Link Systems, Inc.l | 17260 |
| 23. | DRAYTON PLAINS (MI), LLC | 16569 |
| 24. | DUARTE, MARIA ELENA | 18319 |
| 25. | Easton Suburban Water Authority | 17322 |
| | | 11736 |
| | | 6044 |
| | | 10109 |
| 26. | Erie Water Works | 18676 |
| 27. | FB Billerica Realty Investors LLC | 16813 |
| 28. | Folland, Christopher | 9416 |
| 29. | Gann, William | 9289 |
| 30. | GEMMEL, GERALD W | 10923 |
| 31. | Georgia Self-Insurers Guaranty Trust Fund | 14890 |
| 32. | Gilbertson, Duwayne and Jenn | 8763 |
| 33. | GOODLETT, AUDRENE | 11181 |
| 34. | Green Dot Corporation | 18350 |
| 35. | Hasino, Souha F | 15821 |
| 36. | Hastings Utilities NE | 10212 |
| 38. | Hipshire, Eliane | 14915 |
| 39. | HOWARD, TELMA | 13316 |
| 40. | HUNTER, LYNN | 11728 |
| 41. | Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLP | 15822 |
| 42. | Icon Owner Pool 1 SF Non-Business Parks, LLC | 16162 |
| 44. | J.W. Mitchell Company, LLC | 9987 |
| 45. | JENKINS, ROSELLA M | 19579 |
| 46. | LARA, MELINDA | 13672 |
| 47. | LECKY, CAMERON H | 17827 |
| 48. | Maloney and Bell General Construction, Inc. | 16671 |

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified | |
|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** |
| 49. | MARCOTTE, GEORGE S | 10870 |
| 50. | Miller, Sheila | 9977 |
| 51. | MURTHA, LYNDA R. | 11320 |
| 52. | Oryom Ventures LLC & DoYa Ventures LLC (2/3 & 1/3 Interest) | 14599 |
| 53. | PIRIZ, YANET | 13129 |
| 54. | PORTER, CLAYTON | 14201 |
| 55. | QUINONES, ELIZABETH | 20085 |
| 56. | REPLANE, WILLIAM | 11865 |
| 57. | Richard A. Lewis & Roberta D. Lewis Trust | 13593 |
| 58. | RICHARDSON, ALEATHEA | 10645 |
| 59. | RIF III- Avenue Stanford, LLC, a California limited liability company | 8483 |
| 60. | Rivers, Jared | 18771 |
| 61. | ROBINS, DESHONA O. | 17725 |
| 62. | Salazar, Mar Lourdes | 15407 |
| 63. | SCHUMACHER, SUE | 18619 |
| 64. | Smith III, Terry Rexall | 10234 |
| 66. | Township of Belleville | 20620 |
| 67. | Valdiva Perez, Leticia | 8847 |
| 68. | Vertical Industrial Park Associates | 12512 |
| 69. | Waterford Utility Commission (W.U.C., CT) | 9976 |
| 70. | WILLIAMS, KENYA | 19120 |

# Exhibit B

**Disallowed and Expunged Claims**

| | | | |
|---|---|---|---|
| Debtors' Forty-First Omnibus Objection to Claims and Ballots | | | In re: Sears Holdings Corporation, *et al.* |
| Exhibit 2 - Disallowed Claims and Ballots | | | Case No. 18-23538 (RDD) |

| **Schedule of Claims and Ballots to be Disallowed** | | | |
|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Ballot No. to be Disallowed** | **Proof of Claim No. to be Disallowed** |
| 1. | Adam Levine Productions, Inc. | 182353801043202 | N/A |
| 2. | AGGRO PACIFIC HAWAII LLC | N/A | 7248 |
| 5. | Beauty Gem, Inc. | 182353801043279 | N/A |
| 6. | BLASS, JAY | N/A | 1296 |
| | | N/A | 1931 |
| 7. | Broward County | 182353801017898 | N/A |
| 8. | Burnett Central Appraisal District | 182353801018298 | N/A |
| 9. | Cain, Vanessa | N/A | 11545 |
| 10. | ChooMee, Inc. | N/A | 4451 |
| 11. | City of Cookeville, TN | 182353801018333 | N/A |
| 12. | City of Mesquite and Mesquite Independent School District | N/A | 26387 |
| 13. | City of Mesquite Tax Collector | 182353801024081 | N/A |
| 14. | Cleveland County Tax Collector | 182353801024460 | N/A |
| 15. | Coca-Cola Consolidated | N/A | 17011 |
| 16. | Cole, Ronald E. and Martha E. | N/A | 17491 |
| 17. | Coral-CS Ltd Associates | N/A | 17577 |
| 18. | DAKS INDIA INDUSTRIES PVT LTD | N/A | 26326 |
| 19. | Del Amo Fashion Center Operating Co LLC | N/A | 17942 |
| 20. | DICKMAN, FRANCES R | N/A | 17018 |
| 21. | Dickman, Frances R | N/A | 17484 |
| 22. | Express Services, Inc. | N/A | 5425 |
| | | N/A | 7163 |
| | | N/A | 6964 |
| 23. | GAINES, KANDI | N/A | 11447 |
| 24. | Garcia, Rebecca Belen | N/A | 19152 |
| 25. | Gee, James | N/A | 17476 |
| 26. | GRP Equities LLC | N/A | 17213 |
| 28. | HOLM, JOAN & STANLEY | N/A | 17964 |
| 29. | Hydraulic and Electromechanic Services and Repairs | N/A | 4655 |
| 30. | JOHNSON, MARK | N/A | 7101 |

| Debtors' Forty-First Omnibus Objection to Claims and Ballots | | In re: Sears Holdings Corporation, *et al.* |
| Exhibit 2 - Disallowed Claims and Ballots | | Case No. 18-23538 (RDD) |

| | Schedule of Claims and Ballots to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Ballot No. to be Disallowed | Proof of Claim No. to be Disallowed |
| 31. | KNOX COUNTY TRUSTEE | 182353801018780 | N/A |
| | | 182353801025134 | N/A |
| 32. | Kopke, Barry D | N/A | 788 |
| 33. | LEE COUNTY TAX COLLECTOR | 182353801025214 | N/A |
| | | 182353801018782 | N/A |
| 34. | LEGGIO, JOSPEH/COLLEEN | N/A | 17309 |
| 36. | Mayflower Emerald Square, LLC | N/A | 16599 |
| 37. | MOVEIS K1 LTDA | N/A | 14222 |
| 38. | Muller, Maria | N/A | 17342 |
| | | N/A | 18004 |
| 39. | O'SULLIVAN, NICANORA | N/A | 17991 |
| 40. | Palm Beach County Tax Collector | 182353801025678 | N/A |
| 41. | Rietmann, Arthur | N/A | 17004 |
| 42. | Regional Water Authority | N/A | 6894 |
| 43. | Rocky Mountain Super Vac, Inc. | N/A | 9629 |
| 44. | Shawano City Tax Collector | 182353801025949 | N/A |
| 45. | Simon Property Group, L.P. | N/A | 16952 |
| 46. | Small Engine and Mower Services, llc | N/A | 4654 |
| 47. | Stahl, Marilyn | N/A | 18388 |
| 48. | Superior Sweeping Ltd. | N/A | 464 |
| | | N/A | 19872 |
| 49. | SW Corporation dba. Magic Lamp Wholesale | 182353801041249 | N/A |
| 50. | SWB LDG | N/A | 10942 |
| 51. | The City of Mesquite and Mesquite Independent School District | 182353801018400 | N/A |
| 52. | Tosi, Alfred | N/A | 17439 |
| 53. | U.S. Customs and Border Protection | 182353801013594 | N/A |
| 54. | VanHook Service Co., Inc. | N/A | 14137 |
| | | N/A | 14156 |
| | | N/A | 14225 |
| | | N/A | 14260 |
| 55. | VIRGINIA TARTAGLIONE / PETER TARTAGLIONE | N/A | 18023 |
| 56. | Walsh, Kevin | N/A | 18441 |
| 57. | Wang, Hongshu | N/A | 9583 |

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  
**Exhibit 2 - Disallowed Claims and Ballots**

**In re: Sears Holdings Corporation,** *et al.*  
**Case No. 18-23538 (RDD)**

| | **Schedule of Claims and Ballots to be Disallowed** | | |
|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Ballot No. to be Disallowed** | **Proof of Claim No. to be Disallowed** |
| 58. | Wharton Co Jr Coll Dist | 182353801018036 | N/A |
| | | 182353801018037 | N/A |
| 59. | ZURU LLC | 182353801021430 | N/A |

**<u>Exhibit B</u>**

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                                      :        Chapter 11
                                                                              :
SEARS HOLDINGS CORPORATION, *et al*.,        :        Case No. 18-23538 (RDD)
                                                                              :
Debtors.[1]                                                            :        (Jointly Administered)
                                                                              :        **(ECF No. 10134)**
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY OR DISALLOW)

Upon the *Debtors' Forty-First Omnibus Objection to Proofs of Claim (Reclassify or Disallow)*, filed December 7, 2021 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, pursuant to section 502 under title 11 of the United States Code, and Rule 3007 of the Federal Rules of Bankruptcy Procedures, for an order reducing, reclassifying, and/or disallowing the Claims, all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and ~~the Court having held a hearing to consider the relief requested in the Objection on [__] (the "**Hearing**"); and upon the record of the Hearing, and~~ upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, (i) the asserted secured and priority claims listed **Exhibit A** are reclassified entirely to general unsecured claims, and (ii) the claims listed on **Exhibit B** are disallowed and expunged in their entirety.

3. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the claims listed on **Exhibit A** or **Exhibit B** hereto, as to which all of Transform's rights and defenses are expressly reserved.

6. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 202~~1~~2
White Plains, New York

                                                                                                  _____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

3

# Exhibit A

**Reclassified Claims**

# Exhibit B

**Disallowed and Expunged Claims**