# Exhibit 1

## Disputed Claims

**Debtors' Thirty-Seventh Omnibus Objection to Claims**
**Exhibit 1 - Disputed Claims**

| | Schedule of Disputed Claims to be Reclassified | |
|---|---|---|
| Ref # | Disputed Claims | Affected Proof of Claim No. |
| 244. | ILCO SITE REMEDIATION GROUP | 15964 |
| 365. | NELSON, NELECIA | 16742 |