# Exhibit A

## Reclassified Claims

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified |
| 4. | ALAMENE, HERMON | 13624 |
| 6. | Anne Arundel County, Maryland | 14572 |
| 7. | Beauty Gem, Inc. | 8813 |
| 8. | Boyer, Sheryl L, Estate of (Superior Court, State of Alaska, Fairbanks No: 4FA-19-23PR) | 13786 |
| 10. | Cain, Vanessa | 11063 |
| 11. | Charlottesville Fashion Square, LLC | 15656 |
| 12. | Chestnutt, Terashia | 14869 |
| 13. | City of Allen, TX - Utility Dept | 9882 |
| 14. | City of Orange | 9253 |
| 15. | City of Philadelphia/School District of Philadelphia | 7583 |
| 16. | City of Trotwood | 5783 |
| 17. | Columbia Mall Partnership | 19532 |
| 18. | COOPER, ANNIE | 19245 |
| 19. | CRABTREE, MICHAEL | 19156 |
| 20. | DALES, JEAN M | 13569 |
| 21. | Dilla, William | 9514 |
| 22. | D-Link Systems, Inc.l | 17260 |
| 23. | DRAYTON PLAINS (MI), LLC | 16569 |
| 24. | DUARTE, MARIA ELENA | 18319 |
| 25. | Easton Suburban Water Authority | 17322 |
| | | 11736 |
| | | 6044 |
| | | 10109 |
| 26. | Erie Water Works | 18676 |
| 27. | FB Billerica Realty Investors LLC | 16813 |
| 28. | Folland, Christopher | 9416 |
| 29. | Gann, William | 9289 |
| 30. | GEMMEL, GERALD W | 10923 |
| 31. | Georgia Self-Insurers Guaranty Trust Fund | 14890 |
| 32. | Gilbertson, Duwayne and Jenn | 8763 |
| 33. | GOODLETT, AUDRENE | 11181 |
| 34. | Green Dot Corporation | 18350 |
| 35. | Hasino, Souha F | 15821 |
| 36. | Hastings Utilities NE | 10212 |
| 38. | Hipshire, Eliane | 14915 |
| 39. | HOWARD, TELMA | 13316 |
| 40. | HUNTER, LYNN | 11728 |
| 41. | Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLP | 15822 |
| 42. | Icon Owner Pool 1 SF Non-Business Parks, LLC | 16162 |
| 44. | J.W. Mitchell Company, LLC | 9987 |
| 45. | JENKINS, ROSELLA M | 19579 |
| 46. | LARA, MELINDA | 13672 |
| 47. | LECKY, CAMERON H | 17827 |
| 48. | Maloney and Bell General Construction, Inc. | 16671 |

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified | |
|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** |
| 49. | MARCOTTE, GEORGE S | 10870 |
| 50. | Miller, Sheila | 9977 |
| 51. | MURTHA, LYNDA R. | 11320 |
| 52. | Oryom Ventures LLC & DoYa Ventures LLC (2/3 & 1/3 Interest) | 14599 |
| 53. | PIRIZ, YANET | 13129 |
| 54. | PORTER, CLAYTON | 14201 |
| 55. | QUINONES, ELIZABETH | 20085 |
| 56. | REPLANE, WILLIAM | 11865 |
| 57. | Richard A. Lewis & Roberta D. Lewis Trust | 13593 |
| 58. | RICHARDSON, ALEATHEA | 10645 |
| 59. | RIF III- Avenue Stanford, LLC, a California limited liability company | 8483 |
| 60. | Rivers, Jared | 18771 |
| 61. | ROBINS, DESHONA O. | 17725 |
| 62. | Salazar, Mar Lourdes | 15407 |
| 63. | SCHUMACHER, SUE | 18619 |
| 64. | Smith III, Terry Rexall | 10234 |
| 66. | Township of Belleville | 20620 |
| 67. | Valdiva Perez, Leticia | 8847 |
| 68. | Vertical Industrial Park Associates | 12512 |
| 69. | Waterford Utility Commission (W.U.C., CT) | 9976 |
| 70. | WILLIAMS, KENYA | 19120 |