## Exhibit B

**Disallowed and Expunged Claims**

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 2 - Disallowed Claims and Ballots**  Case No. 18-23538 (RDD)

| | Schedule of Claims and Ballots to be Disallowed | | |
|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Ballot No. to be Disallowed** | **Proof of Claim No. to be Disallowed** |
| 1. | Adam Levine Productions, Inc. | 182353801043202 | N/A |
| 2. | AGGRO PACIFIC HAWAII LLC | N/A | 7248 |
| 5. | Beauty Gem, Inc. | 182353801043279 | N/A |
| 6. | BLASS, JAY | N/A | 1296 |
| | | N/A | 1931 |
| 7. | Broward County | 182353801017898 | N/A |
| 8. | Burnett Central Appraisal District | 182353801018298 | N/A |
| 9. | Cain, Vanessa | N/A | 11545 |
| 10. | ChooMee, Inc. | N/A | 4451 |
| 11. | City of Cookeville, TN | 182353801018333 | N/A |
| 12. | City of Mesquite and Mesquite Independent School District | N/A | 26387 |
| 13. | City of Mesquite Tax Collector | 182353801024081 | N/A |
| 14. | Cleveland County Tax Collector | 182353801024460 | N/A |
| 15. | Coca-Cola Consolidated | N/A | 17011 |
| 16. | Cole, Ronald E. and Martha E. | N/A | 17491 |
| 17. | Coral-CS Ltd Associates | N/A | 17577 |
| 18. | DAKS INDIA INDUSTRIES PVT LTD | N/A | 26326 |
| 19. | Del Amo Fashion Center Operating Co LLC | N/A | 17942 |
| 20. | DICKMAN, FRANCES R | N/A | 17018 |
| 21. | Dickman, Frances R | N/A | 17484 |
| 22. | Express Services, Inc. | N/A | 5425 |
| | | N/A | 7163 |
| | | N/A | 6964 |
| 23. | GAINES, KANDI | N/A | 11447 |
| 24. | Garcia, Rebecca Belen | N/A | 19152 |
| 25. | Gee, James | N/A | 17476 |
| 26. | GRP Equities LLC | N/A | 17213 |
| 28. | HOLM, JOAN & STANLEY | N/A | 17964 |
| 29. | Hydraulic and Electromechanic Services and Repairs | N/A | 4655 |
| 30. | JOHNSON, MARK | N/A | 7101 |

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  
**Exhibit 2 - Disallowed Claims and Ballots**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | Schedule of Claims and Ballots to be Disallowed | | |
|---|---|---|---|
| Ref # | Name of Claimant | Ballot No. to be Disallowed | Proof of Claim No. to be Disallowed |
| 31. | KNOX COUNTY TRUSTEE | 182353801018780 | N/A |
|  |  | 182353801025134 | N/A |
| 32. | Kopke, Barry D | N/A | 788 |
| 33. | LEE COUNTY TAX COLLECTOR | 182353801025214 | N/A |
|  |  | 182353801018782 | N/A |
| 34. | LEGGIO, JOSPEH/COLLEEN | N/A | 17309 |
| 36. | Mayflower Emerald Square, LLC | N/A | 16599 |
| 37. | MOVEIS K1 LTDA | N/A | 14222 |
| 38. | Muller, Maria | N/A | 17342 |
|  |  | N/A | 18004 |
| 39. | O'SULLIVAN, NICANORA | N/A | 17991 |
| 40. | Palm Beach County Tax Collector | 182353801025678 | N/A |
| 41. | Rietmann, Arthur | N/A | 17004 |
| 42. | Regional Water Authority | N/A | 6894 |
| 43. | Rocky Mountain Super Vac, Inc. | N/A | 9629 |
| 44. | Shawano City Tax Collector | 182353801025949 | N/A |
| 45. | Simon Property Group, L.P. | N/A | 16952 |
| 46. | Small Engine and Mower Services, llc | N/A | 4654 |
| 47. | Stahl, Marilyn | N/A | 18388 |
| 48. | Superior Sweeping Ltd. | N/A | 464 |
|  |  | N/A | 19872 |
| 49. | SW Corporation dba. Magic Lamp Wholesale | 182353801041249 | N/A |
| 50. | SWB LDG | N/A | 10942 |
| 51. | The City of Mesquite and Mesquite Independent School District | 182353801018400 | N/A |
| 52. | Tosi, Alfred | N/A | 17439 |
| 53. | U.S. Customs and Border Protection | 182353801013594 | N/A |
| 54. | VanHook Service Co., Inc. | N/A | 14137 |
|  |  | N/A | 14156 |
|  |  | N/A | 14225 |
|  |  | N/A | 14260 |
| 55. | VIRGINIA TARTAGLIONE / PETER TARTAGLIONE | N/A | 18023 |
| 56. | Walsh, Kevin | N/A | 18441 |
| 57. | Wang, Hongshu | N/A | 9583 |

**Debtors' Forty-First Omnibus Objection to Claims and Ballots**  
**Exhibit 2 - Disallowed Claims and Ballots**

**In re: Sears Holdings Corporation,** *et al.*  
**Case No. 18-23538 (RDD)**

| | **Schedule of Claims and Ballots to be Disallowed** | | |
|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Ballot No. to be Disallowed** | **Proof of Claim No. to be Disallowed** |
| 58. | Wharton Co Jr Coll Dist | 182353801018036 | N/A |
| | | 182353801018037 | N/A |
| 59. | ZURU LLC | 182353801021430 | N/A |