

December 27, 2021

**Via E-Filing**

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      Re:    Leonard McKenzie – Our File No.: 30251
            Sears Holding Company, et al.
            Chapter 11 – Case No.: 18-23538 (RDD)

Dear Sir/Madam:

We represent the Plaintiff, Leonard McKenzie, with respect to the above referenced matter.

We respectfully request that the Motion for Relief from Stay and attorney Notice of Appearance be withdrawn.

Thank you for your attention to this matter.

Very truly yours,

*Jean Marie Graziano*
Jean Marie Graziano, Esq.

| Subin Associates LLP