TANNEN LAW GROUP, P.C.
77 W. Washington St, Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.
*Attorneys for Diana Arney*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11<br>)<br>SEARS HOLDINGS CORPORATION, *et al.*, )<br>) Case No. 18-23538<br>Debtors. ) (RDD)<br>) (Jointly Administered)<br>)<br>) |

## AFFIDAVIT OF ANGELA ARNEY

Angela Arney, being duly sworn under oath, hereby avers and states as follows:

1. I have personal knowledge of the facts contained in this affidavit and could competently testify thereto if called as a witness. I am above the age of 18. I am one of Plaintiff Diana Arney's daughters.

2. In November 2008, I lived with my mother, Diana Arney, and my grandmother, Lola Talamonti, at 325 W. Joe Orr Road, in Chicago Heights, Illinois.

3. On or around November 28, 2008 ("Black Friday 2008"), I knew that my mother's home was in need of a new clothes dryer.

4. On or around Black Friday 2008, I had knowledge that Deborah and Adam had traveled to a Sears to browse and potentially purchase a residential clothes dryer available for sale by Sears to be installed in my mother's home at 325 W. Joe Orr Road.

5. On or around Black Friday 2008, Deborah called the landline of my mother's home (number (xxx) xxx-6468). I recall Deborah and my grandmother Lola Talamonti speaking by

1

phone about the purchase of a Kenmore dryer (hereafter called the "Kenmore Dryer") which was part of a Black Friday promotion. I do not recall specifically talking to Deborah about the features of the Kenmore Dryer, which Deborah and Adam had preferred. But, I believe that I would have spoken to Deborah since I was the person in the home who would be washing and drying most of the clothes.

6.      My grandmother Lola Talamonti paid for the purchase of the Kenmore Dryer. My grandmother Lola Talamonti had historically paid for major appliances for my mother's home at 325 Joe Orr Road.

7.      On Black Friday 2008, I knew that Deborah facilitated the sales transaction of the Kenmore Dryer from Sears, and coordinated the delivery and installation of it to my mother's home at 325 Joe Orr Road.

8.      Based on the foregoing, my mother Diana Arney did not choose the Kenmore Dryer and she did not pay for the Kenmore Dryer which was subsequently installed in my mother's home at 325 Joe Orr Road.

9.      Once installed, I was the primary user of the Kenmore Dryer. I used, came into contact with, and was exposed to the Kenmore Dryer on a regular basis for more than 11 years. Prior to the Kenmore Dryer catching fire on January 7, 2020, my mother, my grandmother and I had not been injured by our use, contact, or exposure to the Kenmore Dryer.

FURTHER AFFIANT SAYETH NAUGHT

_____
Angela Arney

Subscribed and sworn to me before this
4th day of January 2022

_____
Notary Public

OFFICIAL SEAL
CHRISTINE M KINNERK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/09/24

**Prepared by:**
Michael M. Tannen
*mtannen@tannenlaw.com*
Timothy R. Meloy
*tmeloy@tannenlaw.com*
Tannen Law Group, P.C.
77 W. Washington Street, Suite 500
Chicago, IL 60602 / 312.641.6650
TANNEN LAW GROUP, P.C.
77 W. Washington St, Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.
*Attorneys for Diana M. Arney*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| SEARS HOLDINGS CORPORATION, et al., | ) Chapter 11 |
| | ) |
| | ) Case No. 18-23538 |
| Debtors. | ) (RDD) |
| | ) (Jointly Administered) |
| | ) |

### VERIFICATION

Pursuant to 28 U.S.C. § 1746 and under penalties of perjury, I, Angela Arney, certify that I have personal knowledge of the facts and the statements as set forth in this Affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Angela Arney

Subscribed and sworn to me before this
____ day of JANUARY 2022
_____
Notary Public

OFFICIAL SEAL
CHRISTINE M KINNERK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/09/24

Prepared by:
Michael M Tannen
mtannen@tannenlaw.com
Timothy R. Meloy
tmeloy@tannenlaw.com
Tannen Law Group, P.C.
77 W. Washington Street, Suite 500
Chicago, IL 60602 / 312.641.6650

4