TANNEN LAW GROUP, P.C.
77 W. Washington St, Suite 500
Chicago, IL 60602
Telephone: (312) 641-6650
Michael Murphy Tannen, Esq.
*Attorneys for Diana Arney*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) |
| | ) Case No. 18-23538 |
| Debtors. | ) (RDD) |
| | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, certifies that on January 6, 2022 he caused a true and correct copy of the **Affidavits of Diana Arney, Deborah Maddox, Angela Arney, and Adam Henkel submitted with respect to Transform SR Brands LLC's Motion to Enforce Order [Doc. No. 9647]** to be filed through ECF and sent to the attached service list via email delivery.

By: /s/ *Michael Murphy Tannen*
*Attorneys for Diana Arney*

Michael Murphy Tannen
*mtannen@tannenlaw.com*
Timothy R. Meloy
*tmeloy@tannenlaw.com*
Tannen Law Group, P.C.
77 W. Washington Street, Suite 500
Chicago, IL 60602
312.641.6650
Atty. No. 38447

**SERVICE LIST**

**Luke Barefoot**, *lbarefoot@cgsh.com*, Cleary Gottlieb Steen & Hamilton LLP
*Counsel for Transform SR Brands LLC*

**Jacqueline Marcus,** *Jacqueline.Marcus@weil.com;* **Phil DiDonato**, *Philip.DiDonato@weil.com*, Weil, Gotshal & Manges LLP
*Counsel for Sears Holdings Corp, et al.*

**Paul Schwartzberg,** *paul.schwartzberg@usdoj.gov;* **Richard Morrissey,** *richard.morrissey@usdoj.gov*

**The Honorable Judge Robert Drain,** *rdd.chambers@uscourts.gov*