# Exhibit 1

## Duplicate Claims

| Claim Number | Creditor |
|---|---|
| 2672 | Winiadaewoo Electronics America, Inc. |
| 2844 | Winiadaewoo Electronics America, Inc. |
| 3905 | Winiadaewoo Electronics America, Inc. |
| 4046 | Winiadaewoo Electronics America, Inc. |
| 8164 | Winiadaewoo Electronics America, Inc. |
| 8178 | Winiadaewoo Electronics America, Inc. |
| 8185 | Winiadaewoo Electronics America, Inc. |
| 8192 | Winiadaewoo Electronics America, Inc. |
| 8342 | Winiadaewoo Electronics America, Inc. |
| 8344 | Winiadaewoo Electronics America, Inc. |
| 8348 | Winiadaewoo Electronics America, Inc. |