**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

_/s/ Andrew Chan_

Dated:  November 23, 2021                    Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 23, 2021, by Andrew Chan,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_/s/ Liz Santodomingo_
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9353 | Mansheen Industries Ltd. Attn: Gerald Lam Room 2335 Metro Centre II 21 Lam Hing Street, Kowloon Bay Kowloon, Hong Kong | The Saracheck Law Firm Attn: Joe Saracheck 101 Park Avenue, 27th Floor New York, NY 10178 | October 22, 2021 |
| 9398 | Wing Hing Shoes Factory Limited Flat 2, 16th Floor, Canny Industrial Bldg 33 Tai Yau Street, San Po Kong Kowloon, Hong Kong  Wing Hing Shoes Factory Limited Sarachek Law Firm Attn: Joseph E. Sarachek, Esq. 101 Park Avenue -27th Floor New York, NY. 10178 | SLFAQ, LLC Attn: Joe Saracheck 670 White Plains Rd., PH Floor Scarsdale, NY 10583 | October 22, 2021 |
| 9533 | North Point Mall, LLC c/o Brookfield Property REIT Inc. 350 N. Orleans St., Suite 300 Chicago, IL 60654-1607 | Reep-RTL NPM GA, LLC Attn: Asset Manager – North Point Mall c/o Real Estate – 9th Floor 51 Madison Avenue New York, NY 10010-1603 | October 22, 2021 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9555 | LB-UBS 2007-C6 Habersham Station LLC<br>Attn: Matthew I. Kramer<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>2601 S. Bayshore Drive, Suite 1500<br>Miami, FL 33133 | U.S. Bank National Association<br>Weinberg Wheeler Hudgins Gunn & Dial, LLC<br>Attn: Matthew Kramer<br>3350 Virginia St Suite 500<br>Miami, FL 33133 | October 22, 2021 |
| 9700 | JPMCC 2003-ML1 Green Bay Retail, LLC<br>c/o Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>Attn: Matthew I. Kramer<br>2601 S. Bayshore Drive, Suite 1500<br>Miami, FL 33133 | U.S. Bank National Association,<br>c/o Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>Attn: Matthew I. Kramer<br>3350 Virginia Street, Suite 500<br>Miami, FL 33133 | October 22, 2021 |
| 9725 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | SLFAQ, LLC<br>Attn: Joseph E. Sarachek<br>670 White Plains Rd. - Penthouse<br>Scarsdale, NY 10583 | October 29, 2021 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9726 9727 9728 9729 | Cherokee Debt Acquisition LLC Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906⬛ New York, NY 10018<br><br>Cherokee Debt Acquisition LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | SLFAQ, LLC Attn: Joseph E. Saracheck 670 White Plains Rd. - Penthouse Scarsdale, NY 10583 | October 29, 2021 |
| 9751 | Hero USA Inc. Attn: General Counsel One Nutritious Place Amsterdam, NY 12010<br><br>Hero USA Inc. Ropes & Gray LLP Attn: James M. Wilton Prudential Tower, 800 Boylston Street Boston, MA 02199-3600 | Seaport Loan Products, LLC Attn: Jonathan Silverman 360 Madison Ave, 22nd Floor New York, NY 10017 | October 29, 2021 |
| 9752 | Seaport Loan Products LLC Attn: Jonathan Silverman 360 Madison Ave, 22nd Floor New York, NY 10017 | Seaport Global Asset Management V2 LLC Attn: Michael Ring 360 Madison Avenue, 22nd Floor New York, NY 10017 | October 29, 2021 |

In re: Sears Holdings Corporation, *et al* .
Case No. 18-23538 (RDD)                    Page 3 of 8

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9753 | Seaport Loan Products LLC<br>Attn: Jonathan Silverman<br>360 Madison Ave, 22nd Floor<br>New York, NY 10017 | Seaport Global Asset<br>Management V-PORT LLC<br>Attn: Michael Ring<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017 | October 29, 2021 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9878 | | | |
| 9879 | | | |
| 9880 | | | |
| 9881 | | | |
| 9882 | | | |
| 9883 | | | |
| 9884 | | | |
| 9885 | | | |
| 9886 | | | |
| 9887 | | | |
| 9889 | Whitebox Asymmetric Partners, LP | Fulcrum Credit Partners LLC | October 22, 2021 |
| 9890 | Attn: Scott Specken | Attn: General Counsel | |
| 9891 | 3033 Excelsior Blvd, Ste 300 | 111 Congress Ave, Suite 2550 | |
| 9892 | Minneapolis, MN 55416 | Austin, TX 78701 | |
| 9893 | | | |
| 9894 | | | |
| 9895 | | | |
| 9896 | | | |
| 9897 | | | |
| 9898 | | | |
| 9899 | | | |
| 9900 | | | |
| 9901 | | | |
| 9902 | | | |
| 9903 | | | |
| 9904 | | | |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9905<br>9906<br>9907<br>9908<br>9909<br>9910<br>9911<br>9912<br>9913<br>9914<br>9915<br>9916<br>9917<br>9918<br>9919<br>9920<br>9921<br>9922 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | Fulcrum Credit Partners LLC<br>Attn: General Counsel<br>111 Congress Ave, Suite 2550<br>Austin, TX 78701 | October 22, 2021 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9923<br>9924<br>9925<br>9926<br>9927<br>9928<br>9929<br>9930<br>9931<br>9932<br>9933<br>9934<br>9935<br>9936<br>9937<br>9938<br>9939<br>9940<br>9941<br>9942<br>9943<br>9944<br>9945<br>9946<br>9947<br>9948 | Fulcrum Credit Partners LLC<br>Attn: General Counsel<br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044 | IGCFCO V, LLC<br>Attn: Jim Barrons<br>7114 E. Stetson Dr., Suite 250<br>Scottsdale, AZ 85251 | October 29, 2021 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9949<br>9950<br>9951<br>9952<br>9953<br>9954<br>9955<br>9956<br>9957<br>9958<br>9959<br>9960<br>9962 | Fulcrum Credit Partners LLC<br>Attn: General Counsel<br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044 | IGCFCO V, LLC<br>Attn: Jim Barrons<br>7114 E. Stetson Dr., Suite 250<br>Scottsdale, AZ 85251 | October 29, 2021 |