# Exhibit 1

## Disputed Claims

**Debtors' Forty-Third Omnibus Objection to Claims and Ballots**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified | |
|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. |
| 1. | Aetna Life Insurance Company | 16679 |
| 2. | Alaska North Star Builders | 14406 |
| 3. | Bauer, Joseph | 7736 |
| 4. | BBUDC Inc | 6576 |
| 5. | Bedwell, Melissa | 10748 |
| 6. | BENN, JENNIFER L | 11344 |
| 7. | BIRD, ARTHUR & DORIS | 16819 |
| 8. | BLM Flooring Inc | 717 |
| 9. | Browning, Ronald K. | 9092 |
| 10. | Capital Building Services Group, Inc. | 18113 |
| 11. | CARILUS, PIERRE | 10913 |
| 12. | Cheng Yen Enterprises Co Ltd | 2339 |
| 13. | Cheng Yen Enterprises Co Ltd | 4170 |
| 14. | City of Los Angeles, Office of Finance | 20065 |
| 15. | COLON, REYNA | 18874 |
| 16. | Correa, Ma Delaluz | 19308 |
| 17. | Cortes Quijano, Georgina | 7761 |
| 18. | Culley, Amy | 11945 |
| 19. | Decuire, Kizzie | 9869 |
| 20. | DEMARCO, KATHY | 11730 |
| 21. | DRAKE, ELARGE | 10850 |
| 23. | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 2339 |
| 24. | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 4170 |
| 25. | FAUX, BRENDA | 14994 |
| 27. | Flores Quinonez, Luz | 18705 |
| 28. | Gamboa, Carolyn | 10078 |
| 29. | Goode, Diahann A | 14736 |
| 30. | Graddy, Harold & Mary | 12758 |
| 31. | GRAHAM, RAYMOND | 12609 |
| 32. | Jennifer Lucero, Rafael Solórzano, Jonathan Harvey (On behalf of themselves and as representatives of the State of California) | 8710 |
| 33. | Jennifer Lucero, Rafael Solórzano, Jonathan Harvey (On behalf of themselves and as representatives of the State of California) | 8711 |
| 34. | Jigba, Christiana Bassey | 6810 |
| 35. | Joseph, Thasku and Carmen | 19761 |
| 36. | Juan, Angeles | 13155 |
| 37. | Kushner, June | 12163 |
| 38. | LEGACY DECOR | 8660 |
| 39. | Long, Shirley F | 8780 |
| 40. | MASOTTI, MAXI | 11217 |
| 41. | MAY, JULIA | 18804 |
| 42. | Mays, Charnelle L | 10688 |
| 43. | Michigan Funds Administration | 16213 |
| 44. | Michigan Funds Administration | 16440 |
| 45. | MIKHAIL, MERVAT | 17987 |
| 46. | Molson-Jackson, June | 11379 |
| 47. | MONSEGUE, JEMMA | 19453 |
| 48. | MORGAN, ERICA | 11003 |
| 49. | NEAL, KENYAL | 19679 |
| 52. | Oswaldo Cruz and Massoud Afzal as Private Attorney General Act Co-Representatives | 17060 |
| 53. | Oswaldo Cruz and Massoud Afzal as Private Attorneys General Act Co- Respretatives | 16996 |

| | | |
|---|---|---|
| 54. | Oswaldo Cruz and Massoud Afzal as Private Attorneys General Act Co-Representatives | 16488 |
| 55. | Oswaldo Cruz and Massoud Afzal as Private Attorneys General Act Co-Representatives | 17067 |
| 56. | Palacios, Yacleyda | 13082 |
| 57. | Patrick J. Svoboda OR Kathleen D. Svoboda, Trustee of Svoboda Trust dated 6/2/09 | 11329 |
| 58. | Qualimax Marketing Inc | 19123 |
| 59. | Quijano, Georgina Cortes | 7653 |
| 60. | Roberts Locksmith Service | 3860 |
| 61. | Roman, Edith | 9156 |
| 62. | SAMI, MARIA | 14320 |
| 63. | SANCHEZ, DOLORES | 14370 |
| 64. | Santos, Maria Lusia | 20423 |
| 65. | Sears Corporation | 25868 |
| 66. | Shittabey, Rafat | 10601 |
| 67. | Simon Property Group, L.P. | 6181 |
| 68. | SMITH, BENNY | 13647 |
| 69. | SMYTHE, JEANETTA | 10833 |
| 70. | State of Wisconsin Department of Workforce Development c/o Wisconsin Department of Justice | 10103 |
| 71. | Stein, Kaylee Lynn | 26411 |
| 72. | Taylor, Ivory L | 9954 |
| 73. | Thasku Joseph, Carmen Joseph, and Akimine Walter | 19885 |
| 74. | The Townsley Law Firm | 7432 |
| 75. | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union | 12909 |
| 76. | VACCARO, R | 12110 |
| 79. | Ventura, Bernadine | 11686 |
| 80. | WASHINGTON, MARY | 9904 |
| 81. | White, Constance | 17568 |
| 82. | Whitebox Multi-Strategy Partners, LP as Transferee of PeopleShare LLC | 4547 |
| 83. | WILSON, NANCY S | 19969 |
| 84. | Wilson, Tommy | 6132 |
| 85. | Yongkang Solamex Houseware Co., Ltd | 1720 |
| 86. | YOUNG, LEONA | 19599 |