UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

COMMUNITY UNIT SCHOOL DISTRICT 300,     )
                                        )   Case No. 20-cv-10431 (JPC)
                        Appellant,      )
                                        )
        v.                              )
                                        )
SEARS HOLDINGS CORPORATION, *et al.*,   )
                                        )
                        Appellees.      )
———————————————————————  )

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on December 10, 2020, Appellant filed the *Notice of Appeal* [ECF No. 1] to appeal that certain *Order Denying the Motion of Community Unit School District 300 to Deem Economic Development Agreement Rejected Pursuant to the Debtors' Confirmed Chapter 11 Plan, or, in the Alternative, to Compel the Debtors to Reject the Agreement* [United States Bankruptcy Court for the Southern District of New York Chapter 11 Case No. 18-23538, ECF No. 9116] (the "**Order**"), entered on November 23, 2020.

WHEREAS, Appellant and Appellees (the "**Parties**") have entered into that certain *Settlement Agreement Concerning the EDA* (the "**Settlement Agreement**") and the Settlement Agreement having been approved by the United States Bankruptcy Court for the Southern District of New York [Bankruptcy ECF No. 10123], and the Settlement Agreement providing, among other things, that the above-captioned action (the "**Appeal**") and all other litigation be dismissed, *with prejudice*, with each Party bearing its own costs and expenses.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their

respective counsel that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, this

Appeal is and shall be voluntarily dismissed, *with prejudice*, with each party to bear its own costs.

Dated: January 6, 2022

By: _____
Allen G. Kadish
Archer & Greiner, P.C.
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com

    -and-

Kenneth M. Florey
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com

    -and-

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Counsel for Community Unit School District 300,*
*Appellant*

Dated: January 6, 2022

By: _____
Jared R. Friedmann
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Email: Jared.Friedmann@weil.com

*Counsel for Sears Holdings*
*Corporation, et al., Appellees*

The Court finds that this stipulation of voluntary dismissal meets the requirements of Rule 8023 of the Federal Rules of Bankruptcy Procedure. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Date: January 7, 2022

New York, New York    JOHN P. CRONAN
                      United States District Judge

222327075v6