UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | Case No. 18-23538 (RDD) |
| Debtor. | (Jointly Administered) |

-----------------------------------------

### MOTION OF GREGORY S. OTSUKA FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gregory S. Otsuka, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent MOAC Mall Holdings LLC in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 10, 2022
Minneapolis, Minnesota

Respectfully submitted,

e/ *Gregory S. Otsuka*
Gregory S. Otsuka (MN 0397873)
Larkin, Hoffman, Daly & Lindgren, Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
(952) 835-3800
gotsuka@larkinhoffman.com

4854-4605-7224, v. 1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

GREGORY STEVEN OTSUKA

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

January 28, 2016

Given under my hand and seal of this court on

December 23, 2021



Emily J. Eschweiler, Director
Office of Lawyer Registration



UNITED STATES BANKRUPTCY COURT
SOFTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                                                 Bky. No.  18-23538
                                                                       Chapter 11 Case
SEARS HOLDINGS
CORPORATION, et al.

                                 Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER GRANTING MOTION OF GREGORY S. OTSUKA FOR ADMISSION TO PRACTICE , *PRO HAC VICE*

Upon the motion of Gregory S. Otsuka, to be admitted, *pro hac vice*, to represent MOAC Mall Holdings LLC (the "Client") a landlord in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and, the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED,** that Gregory S. Otsuka, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York                    /s/_____
                                                                       United State Bankruptcy Judge

4858-1869-5432, v. 1