AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**THIRTY-EIGHTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | November 1, 2021 through November 30, 2021 |
| Monthly Fees Incurred: | **$111,638.50** |
| 20% Holdback: | **$22,327.70** |
| Total Compensation Less 20% Holdback: | **$89,310.80** |
| Monthly Expenses Incurred: | **$14,152.94** |
| Total Fees and Expenses Requested: | **$103,463.74** |

This is a __x__ monthly _____ interim _____ final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation

and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits

this statement of fees and disbursements (the "Thirty-Eighth Monthly Fee Statement") covering

the period from November 1, 2021 through and including November 30, 2021 (the

"Compensation Period") in accordance with the *Order Authorizing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation

Order") [ECF No. 796]. By the Thirty-Eighth Monthly Fee Statement, and after taking into

account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance

---

[2] The total amount sought for fees and expenses ($125,791.44) reflects voluntary reductions for the Compensation Period of $32,518.50 in fees and $2,334.38 in expenses.

and payment of compensation in the amount of $89,310.80 (80% of $111,638.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $14,152.94[3] incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

---

[3] This amount includes $9,487.75 of expenses relating to the payment of professional fees and expenses incurred by H5, Akin Gump's document management and e-discovery provider.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty-Eighth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

4

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

Objections to this Thirty-Eighth Monthly Fee Statement, if any, must be filed with the

Court and served upon the Notice Parties so as to be received no later than **January 28, 2022**

(the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or

expenses at issue (an "<u>Objection</u>").

If no Objections to this Thirty-Eighth Monthly Fee Statement are filed and served as set

forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Eighth Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Eighth

Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.


*[Remainder of page left blank intentionally]*

Dated: New York, New York
January 13, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/    Ira S. Dizengoff*
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
pdublin@akingump.com
sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 21.50 | 27,197.50 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 10.90 | 13,788.50 |
| David Zensky | Litigation | 1988 | 1,655.00 | 1.60 | 2,648.00 |
| **Total Partner** | | | | **34.00** | **43,634.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 9.70 | 9,506.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 6.50 | 5,265.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 7.70 | 6,583.50 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 93.30 | 46,650.00 |
| **Total Associates** | | | | **117.20** | **68,004.50** |
| **Total Hours / Fees Requested** | | | | **151.20** | **111,638.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,283.35 | 34.00 | 43,634.00 |
| Associates | 580.24 | 156.30 | 91,665.50 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 738.35 | | |
| **Total Fees Incurred** | | **151.20** | **111,638.50** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 6.30 | 5,853.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 0.40 | 324.00 |
| 8 | Hearings and Court Matters/Court Preparation | 2.60 | 2,788.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 23.10 | 27,076.50 |
| 12 | General Claims Analysis/Claims Objection | 2.80 | 3,183.50 |
| 20 | Jointly Asserted Causes of Action | 112.40 | 68,200.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.40 | 3,036.00 |
| 28 | General Corporate Matters | 1.20 | 1,176.00 |
| | **TOTAL:** | **151.20** | **111,638.50** |

**Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | |
|---|---|
| Invoice Number | 1969302 |
| Invoice Date | 01/11/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 6.30 | $5,853.50 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 0.40 | $324.00 |
| 008 | Hearings and Court Matters/Court Preparation | 2.60 | $2,788.50 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 23.10 | $27,076.50 |
| 012 | General Claims Analysis/Claims Objections | 2.80 | $3,183.50 |
| 020 | Jointly Asserted Causes of Action | 112.40 | $68,200.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.40 | $3,036.00 |
| 028 | General Corporate Matters | 1.20 | $1,176.00 |
| | TOTAL | 151.20 | $111,638.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/22/21 | JES | 003 | Review invoice for privilege and confidential information. | 2.00 |
| 11/24/21 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines in connection with preparation of fee statement. | 1.30 |
| 11/29/21 | ZDL | 003 | Review fee statement (.3); correspond with J. Szydlo re same (.1). | 0.40 |
| 11/29/21 | JES | 003 | Prepare fee statement (.6); correspond with Z. Lanier re same (.1); revise same (.2); review invoice for privilege and confidentiality (1.5). | 2.40 |
| 11/30/21 | SLB | 003 | Draft correspondence to P. Dublin and J. Szydlo re fee statement. | 0.20 |
| 11/17/21 | JES | 007 | Respond to creditor inquiries re case information. | 0.40 |
| 11/10/21 | SLB | 008 | Attend omnibus hearing (1.1); draft correspondence re same (.4). | 1.50 |
| 11/10/21 | JES | 008 | Telephonically attend hearing on omnibus claims objections. | 1.10 |
| 11/01/21 | DLC | 010 | Review correspondence with potential litigation funder (.3) correspond with S. Brauner re same (.2). | 0.50 |
| 11/01/21 | SLB | 010 | Revise financing term sheet re litigation funding (.8); correspondence with potential funder re same (.3); correspond with D. Chapman re same (.2). | 1.30 |
| 11/02/21 | ZDL | 010 | Prepare motion to approve litigation financing. | 1.50 |
| 11/05/21 | SLB | 010 | Finalize term sheet re financing for distribution to Debtors and Admin Rep (.8); correspondence with such parties re same (.2). | 1.00 |
| 11/09/21 | ZDL | 010 | Revise motion for approval of litigation financing. | 0.90 |
| 11/10/21 | DLC | 010 | Review draft litigation financing term sheet. | 0.30 |
| 11/11/21 | DMZ | 010 | Review litigation funding term sheet. | 0.20 |
| 11/18/21 | DLC | 010 | Confer with Z. Lanier re motion to approve litigation funding (.2); review same (.1). | 0.30 |
| 11/18/21 | ZDL | 010 | Call with D. Chapman re litigation financing motion (.2); revise same (1.1). | 1.30 |
| 11/19/21 | DLC | 010 | Confer with Z. Lanier re litigation funding motion. | 0.20 |
| 11/19/21 | ZDL | 010 | Confer with D. Chapman re lit. financing motion (.2); finalize same (1.0). | 1.20 |
| 11/22/21 | SLB | 010 | Revise motion to approve litigation financing (3.8); correspondence with Z. Lanier re same (.2); draft correspondence to members of FR and Lit teams re open issues in connection with litigation financing (.2); analyze same (1.0); review materials in connection with same (.4). | 5.60 |
| 11/22/21 | ZDL | 010 | Revise litigation financing motion (.9); correspond with S. Brauner re same (.2). | 1.10 |
| 11/23/21 | DLC | 010 | Call with S. Brauner re litigation financing. | 0.20 |
| 11/23/21 | SLB | 010 | Confer with M. Eisler (FTI) re litigation financing issues (.4); call with D. Chapman re same (.2); analyze issues re same (.4). | 1.00 |
| 11/23/21 | ZDL | 010 | Revise litigation financing motion. | 0.60 |
| 11/24/21 | SLB | 010 | Analyze issues re litigation financing (.6); review litigation financing motion (.5); review materials re same (.3); correspondence with Z. Lanier re litigation financing motion (.3). | 1.70 |
| 11/24/21 | ZDL | 010 | Revise litigation financing motion (.9); correspond with S. Brauner re same (.3). | 1.20 |
| 11/29/21 | SLB | 010 | Review revised draft of litigation financing motion (1.0); revise same (.3). | 1.30 |
| 11/30/21 | DLC | 010 | Review revised litigation financing motion. | 0.20 |
| 11/30/21 | SLB | 010 | Confer with E. Morabito (Quinn) re litigation financing issues (1.0); prepare internal summary for members of FR and Lit teams re same (.5). | 1.50 |
| 11/03/21 | SLB | 012 | Correspondence with Weil re potential claims resolution (.1); analyze issues re same (.2); correspondence with FTI re same (.1). | 0.40 |
| 11/08/21 | ZDL | 012 | Review settlement with lessor. | 0.30 |
| 11/10/21 | JES | 012 | Respond to creditor inquiry re claims objection. | 0.60 |
| 11/11/21 | SLB | 012 | Revise analysis re claims settlement for UCC (.4); draft correspondence | 0.60 |

SEARS CREDITORS COMMITTEE
Bill Number: 1969302

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | to UCC re same (.2). | |
| 11/24/21 | SLB | 012 | Review filings re settlement of litigation and related tax claims (.5); draft correspondence to UCC re same (.2); draft correspondence to I. Dizengoff re same (.2). | 0.90 |
| 11/01/21 | DMZ | 020 | Review correspondence from defendants re open discovery issues. | 0.10 |
| 11/01/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 11/01/21 | SLB | 020 | Draft correspondence to members of FR and Lit teams re open issues in connection with adversary proceeding. | 0.30 |
| 11/02/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.30 |
| 11/02/21 | SLB | 020 | Draft internal correspondence to members of FR and Lit teams re open issues in connection with adversary proceeding. | 0.30 |
| 11/02/21 | SMN | 020 | Review docket of D&O insurance action appeal (.1); review new cases implicating issues in motion to dismiss briefing (.8). | 0.90 |
| 11/03/21 | DMZ | 020 | Correspond with Admin claims rep re Adversary Proceeding. | 0.20 |
| 11/03/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.70 |
| 11/03/21 | SMN | 020 | Review D&O insurance coverage appeal docket for information re oral argument in appeal. | 0.20 |
| 11/04/21 | DMZ | 020 | Analyze open issues re Adversary Proceeding (.2); draft correspondence to designees re same (.1). | 0.30 |
| 11/04/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 11/04/21 | DLC | 020 | Confer with S. Brauner re expert issues in connection with Adversary Proceeding. | 0.30 |
| 11/04/21 | SLB | 020 | Review correspondence from Admin Claims Rep re open issues in connection with adversary proceeding (.1); confer with D. Chapman re expert issues (.2). | 0.20 |
| 11/04/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.8); summarize same for members of litigation team (.3). | 1.10 |
| 11/05/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.00 |
| 11/08/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 2.20 |
| 11/08/21 | DLC | 020 | Review internal correspondence re open discovery issues (.2); draft correspondence to members of lit. team re same (.2); review expert engagement letter (.3); call with expert re same (.5). | 1.20 |
| 11/08/21 | SMN | 020 | Review correspondence between members of Akin litigation team and expert team re engagement. | 0.10 |
| 11/09/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (3.2); prepare for (.3) and attend (1.2) meeting with Dean Chapman regarding open discovery issues. | 4.70 |
| 11/09/21 | DLC | 020 | Prepare for (.2) and meet with R. Collins re document production issues (1.2). | 1.40 |
| 11/10/21 | DLC | 020 | Revise expert letter. | 1.00 |
| 11/10/21 | SMN | 020 | Review draft assignment consent letter from expert team (.1); provide comments to same (.3). | 0.40 |
| 11/11/21 | DMZ | 020 | Revise letter agreement re expert (.3); call with D. Chapman and S. Nolan re same (.4). | 0.70 |
| 11/11/21 | RJC | 020 | Conduct research re fact discovery issue. | 1.70 |
| 11/11/21 | DLC | 020 | Review revisions to expert letter (.1); call with D. Zensky and S. Nolan re same (.4); draft correspondence to designees re same (.5). | 1.00 |
| 11/11/21 | SMN | 020 | Revise assignment consent letter from expert (.7); call with D. Chapman and D. Zensky re same (.4). | 1.10 |
| 11/12/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.10 |

SEARS CREDITORS COMMITTEE
Bill Number: 1969302

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 11/15/21 | DMZ | 020 | Correspond with Admin Claims Rep re open issues in Adversary Proceeding. | 0.10 |
| 11/15/21 | DLC | 020 | Correspond with ASK re open issues in Adversary Proceeding (.4); review case law re privilege issues in connection with Adversary Proceeding (.5); revise memorandum to designees re experts (.5); update litigation budget (.6). | 2.00 |
| 11/15/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.2); conduct legal research re privilege issues related to expert work product (.8); draft correspondence to D. Zensky and D. Chapman re same (.2). | 1.20 |
| 11/16/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.80 |
| 11/17/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.90 |
| 11/17/21 | DLC | 020 | Call with ASK re open issues in Adversary Proceeding. | 0.40 |
| 11/17/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.50 |
| 11/18/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.40 |
| 11/18/21 | DLC | 020 | Review and revise letter agreement re expert issues. | 0.30 |
| 11/18/21 | SMN | 020 | Correspond with expert re call to discuss consent agreement re sale and assignment. | 0.60 |
| 11/19/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.30 |
| 11/19/21 | DLC | 020 | Review correspondence from third party re discovery (.3) confer with ASK re open issues in Adv. Proc. (.3) follow-up correspondence with Herrick re discovery issues (.2) | 0.80 |
| 11/19/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.80 |
| 11/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (1.7); draft correspondence to J. Kulikowski regarding discovery requests (.5). | 2.20 |
| 11/22/21 | DLC | 020 | Review correspondence from J. Kulikowski re discovery issues. | 0.30 |
| 11/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (5.5); select documents as examples for discovery request (.4). | 5.90 |
| 11/24/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 7.10 |
| 11/29/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.00 |
| 11/29/21 | DLC | 020 | Confer with expert re case status and open issues in Adv. Proc. | 0.20 |
| 11/29/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.70 |
| 11/30/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 11/30/21 | DLC | 020 | Review updates to expert consent letter (.1); correspond with designees re same (.2). | 0.30 |
| 11/30/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.10 |
| 11/02/21 | SLB | 022 | Analyze open issues re plan and effective date (1.0); draft correspondence to members of litigation team re same (.2). | 1.20 |
| 11/10/21 | SLB | 022 | Confer with G. Fail re case strategy issues (.7); draft correspondence to members of FR and Lit teams re same (.2); draft correspondence to I. Dizengoff re same (.3). | 1.20 |
| 11/11/21 | ZDL | 028 | Review records for board bylaws, charter and other organizational docs. | 1.20 |

Total Hours      151.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 1.60 | at | $1655.00 | = | $2,648.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1969302

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D L CHAPMAN | 10.90 | at | $1265.00 | = | $13,788.50 |
| S L BRAUNER | 21.50 | at | $1265.00 | = | $27,197.50 |
| Z D LANIER | 9.70 | at | $980.00 | = | $9,506.00 |
| S M NOLAN | 7.70 | at | $855.00 | = | $6,583.50 |
| J E SZYDLO | 6.50 | at | $810.00 | = | $5,265.00 |
| R J COLLINS | 93.30 | at | $500.00 | = | $46,650.00 |

|  |  |
|---|---|
| Current Fees | $111,638.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $940.47 |
| Computerized Legal Research - Other | $341.86 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $913.70 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,374.36 |
| Professional Fees - Miscellaneous | $9,487.75 |
| Transcripts | $94.80 |

|  |  |
|---|---|
| Current Expenses | $14,152.94 |

| Date | | Value |
|---|---|---|
| 11/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/1/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 11/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 11/01/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/02/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: | $22.39 |

## **Exhibit D**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 940.47 |
| Computerized Legal Research – Other | 341.86 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,374.36 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 913.70 |
| Professional Fees – Consultant Fees | 9,487.75 |
| Transcripts | 94.80 |
| **TOTAL:** | **14,152.94** |

## Exhibit E

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE

Page 5

Bill Number: 1969302

01/11/22

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D L  CHAPMAN | 10.90 | at | $1265.00 | = | $13,788.50 |
| S L  BRAUNER | 21.50 | at | $1265.00 | = | $27,197.50 |
| Z D  LANIER | 9.70 | at | $980.00 | = | $9,506.00 |
| S M  NOLAN | 7.70 | at | $855.00 | = | $6,583.50 |
| J E  SZYDLO | 6.50 | at | $810.00 | = | $5,265.00 |
| R J  COLLINS | 93.30 | at | $500.00 | = | $46,650.00 |

Current Fees

$111,638.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $940.47 |
| Computerized Legal Research - Other | $341.86 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $913.70 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,374.36 |
| Professional Fees - Miscellaneous | $9,487.75 |
| Transcripts | $94.80 |

Current Expenses

$14,152.94

| Date | | Value |
|---|---|---|
| 11/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/1/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 11/01/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/1/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 11/01/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/02/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/2/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/02/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: | $22.39 |

|          |                                                                                                                                                  |          |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | 11/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0                                                                                                 |          |
| 11/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0          | $82.08   |
| 11/03/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/3/2021 AcctNumber: 1003389479 ConnectTime: 0.0          | $7.46    |
| 11/03/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 1.0 | $69.01   |
| 11/03/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12   |
| 11/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/4/2021 AcctNumber: 1000309084 ConnectTime: 0.0       | $52.23   |
| 11/04/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/4/2021 AcctNumber: 1003389479 ConnectTime: 0.0          | $52.23   |
| 11/04/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US TREATISES; Employee: LANIER ZACH; Charge Type: DOC ACCESS; Quantity: 1.0 | $69.01   |
| 11/04/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12   |
| 11/05/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12   |
| 11/08/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount COURTLINK IN CONTRACT AND OUT OF CONTRACT CHARGES FOR BILLING PERIOD: 9/1/2021-9/30/2021 | $454.50  |
| 11/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/8/2021 AcctNumber: 1000309084 ConnectTime: 0.0       | $164.16  |
| 11/08/21 | Computerized Legal Research - Westlaw                                                                                                             | $29.85   |

SEARS CREDITORS COMMITTEE

Bill Number: 1969302

| | | |
|---|---|---|
| | - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 11/08/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/09/21 | Professional Fees - Miscellaneous VENDOR: H5 INVOICE#: INV-32373 DATE: 11/9/2021 Sears project / data hosting | $9,487.75 |
| 11/09/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/10/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 11/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/10/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/10/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/10/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 11/10/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/11/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 11/11/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/11/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 11/11/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; | $22.12 |

SEARS CREDITORS COMMITTEE
Bill Number: 1969302

| | | |
|---|---|---|
| | Quantity: 4.0 | |
| 11/12/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 11/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/15/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 11/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 11/15/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN SEAN; Charge Type: ACCESS CHARGE; Quantity: 11.0 | $802.45 |
| 11/15/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.13 |
| 11/16/21 | Transcripts  VENDOR: VERITEXT INVOICE#: 5392044 DATE: 11/16/2021 Transcriber fee for transcript of November 10, 2021 hearing. | $94.80 |
| 11/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/16/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/17/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 11/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/17/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/17/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/17/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 11/17/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $22.14 |

|  |  |  |
|---|---|---|
|  | COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 |  |
| 11/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/18/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 11/18/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/18/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 11/18/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 11/19/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: CHAPMAN DEAN Date: 11/21/2021 AcctNumber: 1000193694 ConnectTime: 0.0 | $128.35 |
| 11/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/22/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 11/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 11/22/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/23/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/24/21 | Computerized Legal Research - Westlaw | $22.39 |

| | | |
|---|---|---|
| | - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/24/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 11/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/24/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/24/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/24/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 11/24/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/25/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 11/25/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/25/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 11/26/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 11/29/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 11/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 11/29/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 11/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 11/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 11/30/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2111 DATE: 11/30/2021 | $48.99 |

SEARS CREDITORS COMMITTEE                                                          Page 11
Bill Number: 1969302                                                              01/11/22

| | | | |
|---|---|---|---|
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 328396-2111 DATE:<br>11/30/2021 | $48.99 | |
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 328396-2111 DATE:<br>11/30/2021 | $15.24 | |
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 328396-2111 DATE:<br>11/30/2021 | $15.24 | |
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 134294-2111 DATE:<br>11/30/2021 | $57.16 | |
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 134294-2111 DATE:<br>11/30/2021 | $114.32 | |
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 134294-2111 DATE:<br>11/30/2021 | $41.92 | |
| 11/30/21 | - Document retrieval in various courts<br>Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS;<br>Quantity: 4.0 | $22.14 | |

Current Expenses                                                                $14,152.94

**Total Amount of This Invoice**                                               **$125,791.44**

**Prior Balance Due**                                                           $7,889,492.28

**Total Balance Due Upon Receipt**                                              $8,015,283.72

  

**Invoice Date:** 11/9/2021

**Invoice Number:** INV-32373

| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | Lighthouse<br>51 University Street, Suite 400<br>Seattle WA 98101<br>(415) 625-6700<br>clientbilling@h5.com |
|---|---|---|

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | | 10/1/2021 | 10/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Data Hosting (GB)** | 1,662.6 | $9.00 | $14,963.40 |
| **E-Discovery Service Fee Deferral**<br>*Per agreement to defer 50% of H5's fees directly associated with Relativity data hosting storage that are incurred by the Sear's indirect creditor's committee client between August 1, 2021 and October 31, 2021.*<br><br>*Deferred H5 fees will be due and payable on November 1, 2021* | | $(7,481.70) | $(7,481.70) |
| **Hosting Project Management (Hours)** | 2.33 | $185.00 | $431.05 |
| **User Fees (Users)** | 21 | $75.00 | $1,575.00 |

| | |
|---|---|
| **Subtotal** | $9,487.75 |
| **Tax Total** | $0.00 |
| **Total** | $9,487.75 |

**If Payment by Check**
H5
PO Box 347549
Pittsburgh, PA 15251-4549

Tax ID#: 94-3339333

**If Payment by Wire or ACH**
H5
Silicon Valley Bank
3003 Tasman Drive, Santa Clara, CA
Acct: 33 00 79 53 58
Routing: 121 140 399