**DLA PIPER LLP (US)**
Richard A. Chesley
R. Craig Martin
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel to Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Richard A. Chesley, certify that on January 18, 2022, I caused a true and correct copy

of the *Reply in Support of Motion to Enforce the Order (I) Authorizing Assumption and*

*Assignment of Lease with MOAC Mall Holdings LLC and (II) Granting Related Relief* to be

served on the parties listed on the attached Service List via the method indicated.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 18, 2022  
New York, NY

_/s/  Richard A. Chesley_____

DLA PIPER LLP (US)  
1251 Avenue of the Americas, 27th Floor  
New York, NY 10020-1104  
Telephone: (212) 335-4500  
Richard A. Chesley  
Rachel Ehrlich Albanese  
R. Craig Martin

*Attorneys for Transform Holdco LLC*

## **SERVICE LIST**

**Via Hand Delivery**
The Honorable Robert D. Drain
United States Bankruptcy Court for the Southern
District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via First-Class Mail**
Sears Holdings Corporation
Attn: Stephen Sitley, Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*The Debtors*

**Via E-Mail and First-Class Mail**
Office of the United States Trustee for
Region 2
Attn: Richard C. Morrissey, Esq.
201 Varick Street, Suite 1006
New York, NY 10014
Email: richard.morrissey@usdoj.gov

**Via E-Mail and First-Class Mail**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com
        jacqueline.marcus@weil.com;
        garrett.fail@weil.com
        sunny.singh@weil.com

*Attorneys for the Debtors*

**Via E-Mail and First-Class Mail**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
4 Times Square
New York, NY 10036
Email: paul.leake@skadden.com
        shana.elberg@skadden.com

**Via E-Mail and First-Class Mail**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017
Email: marshall.huebner@davispolk.com
        eli.vonnegut@davispolk.com

*Attorneys for Citibank, N.A., as Administrative
Agent Under the Stand-Alone L/C Facility*

*Attorneys for Bank of America, N.A.,
Administrative Agent Under the First Lien Credit
Facility and the DIP ABL Agent*

**Via E-Mail and First-Class Mail**
Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006
Email: soneal@cgsh.com

*Attorneys for JPP, LLC, as Agent Under the
Second Lien Credit Facility, IP/Ground Lease
Term Loan Facility, and the Consolidated
Secured Loan Facility*

**Via E-Mail and First-Class Mail**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
101 Park Avenue
New York, NY 10178
Email: ewilson@kelleydrye.com
        bfeder@kelleydrye.com

*Attorneys for Computershare Trust Company,
N.A., as Trustee for the Second Lien PIK Notes,
the Holdings Unsecured PIK Notes, and the
Holdings Unsecured Notes*

**Via E-Mail and First-Class Mail**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018
Email: emfox@seyfarth.com

*Attorneys for Wilmington Trust, National
Association, as Indenture Trustee for the Second
Lien Notes*

**Via E-Mail and First-Class Mail**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015
Email: gadsden@clm.com

*Attorneys for the Bank of New York Mellon Trust
Company, as Successor Trustee for the SRAC
Unsecured PIK Notes, SRAC Unsecured Notes,
and the SRAC Medium Term Notes*

**Via E-Mail and First-Class Mail**
Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606
Email: braynor@lockelord.com

*Attorneys for the Pension Benefit Guaranty
Corporation*

**Via E-Mail and First-Class Mail**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036
Email: pdublin@akingump.com
        idizengoff@akingump.com
        sbrauner@akingump.com

*Attorneys for the Official Committee of Unsecured
Creditors*

**Via E-Mail and First-Class Mail**
Allen Matkins Leck Gamble Mallory & Natsis LLP
Attn: Ivan M. Gold, Esq.
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Email: igold@allenmatkins.com

*Attorneys for Weingarten Realty Investors, LBA Realty LLC and Graziadio Investment Company*

**Via E-Mail and First-Class Mail**
Kelley Drye & Warren LLP
Attn: Robert L. LeHane, Esq.
Maeghan J. McLoughlin, Esq.
101 Park Avenue
New York, NY 10178
Email: rlehane@kelleydrye.com
        mmcloughlin@kelleydrye.com

*Attorneys for Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT, Inc., Gray Enterprises, LP, Graziadio Investment Company, Gregory Greenfield & Associates, Ltd., LBA Realty LLC, LF2 Rock Creek, LP, Nassimi Realty LLC, Realty Income Corp., Regency Centers Corp., Site Centers Corp., Spigel Properties, The Woodmont Company, and Weingarten Realty Investors*

**Via Email and First-Class Mail**
Faegre Drinker
Attn: Christopher Harayda, Esq.
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Email: cj.harayda@faegredrinker.com

*Attorneys for Target Corporation*

**Via Email and First-Class Mail**
Thomas J. Flynn
Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
Email: tflynn@larkinhoffman.com

*Attorneys for MOAC Mall Holdings LLC*

**Via Email and First-Class Mail**
David W. Dykhouse
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Email: dwdykhouse@pbwt.com

*Attorneys for MOAC Mall Holdings LLC*