ASK LLP
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and*
 *its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Champion

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF TENTH QUARTERLY REPORT OF
ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR SEARS HOLDINGS CORPORATION AND ITS DEBTOR
AFFILIATES, AS DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021**

**NOTICE IS HEREBY GIVEN** that ASK LLP ("ASK"), special avoidance counsel for the Debtors and Debtors in Possession has filed its Tenth Quarterly Report for Allowance of Contingent Fees and Reimbursement of Expenses for the Period From October 1, 2021 through December 31, 2021, seeking allowance and payment of ASK's contingent fees in the amount of $316,752.24 and actual and necessary expenses in the amount of $13,948.62 (the "Tenth Quarterly Report").

**NOTICE IS FURTHER GIVEN** that objections, if any, to the Tenth Quarterly Report and request for allowance of ASK's contingent fees and reimbursement of expenses must be filed with the Clerk of the Court and served upon (i) ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, Minnesota 55121 (Attn: Kara E. Casteel, Esq.) and (ii) the Standard Parties as defined and designated in the Bankruptcy Court's Amended Order Implementing Certain Notice and Case Management Procedures, dated November 1, 2018 (D.I. No. 405), so as to be received no later than **February 16, 2022 at 4:00 p.m. (prevailing Eastern Time)**. A hearing on the Tenth Quarterly Report shall be held only in the event timely objections are filed. In the event timely objections are filed, a hearing on the Tenth Quarterly Report and the objection(s) thereto will be scheduled and further notice of the date and time of such hearing will be provided.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely objections to the Tenth Quarterly Report, ASK shall file a certificate of no objection with the Bankruptcy Court, after which the fees and expenses requested in the Tenth Quarterly Report may be allowed by the Bankruptcy Court on an interim basis.

2

Dated: January 19, 2022

ASK LLP

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation, and its debtor affiliates, debtors and debtors in possession*

ASK LLP
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[2] | (Jointly Administered) |

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4

## TENTH QUARTERLY REPORT OF ASK LLP AS SPECIAL AVOIDANCE COUNSEL FOR THE DEBTORS FOR THE PERIOD OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Name of Applicant: | ASK LLP |
| Authorized to Provide Professional Services to: | Sears Holdings Corporation and its debtor affiliates, the debtors and debtors in possession |
| Date of Retention: | June 27, 2019 nunc pro tunc April 1, 2019 |
| Period for which compensation and reimbursement is sought: | October 1, 2021 through December 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $316,752.24 |
| Amount of expense reimbursement as actual, reasonable, and necessary: | $13,948.62 |
| Exhibit A: | Summary of Expenses |

1.    ASK LLP ("ASK") hereby provides its Tenth quarterly report seeking allowance of its contingency fees and reimbursement of its actual and necessary expenses the period of October 1, 2021 through December 31, 2021 (the "Tenth Report") in accordance with the *Order Authorizing the Employment and Retention of ASK LLP as Special Counsel to the Debtors, Effective Nunc Pro Tunc to April 1, 2019* [Docket No. 4374] (the "ASK Retention Order").

2.    ASK's contingency fees total the amount of $316,752.24 and incurred actual and necessary expenses total the amount of $13,948.62.

WHEREFORE, pursuant to the ASK Retention Order, ASK hereby submits its Tenth Report.

Dated: January 19, 2022                **ASK LLP**

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for the Official Committee
of Unsecured Creditors*

**Exhibit "A"**

**EXPENSE SUMMARY FOR THE INTERIM PERIOD OF**
**OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Expense Category | Service Provider | |
|---|---|---|
| Computer Assisted Legal Research | | $7,046.68 |
| Long Distance Telephone | | $389.80 |
| In-House Reproduction | | $271.40 at .10 per page |
| Filing/Court Fees | | $17.50 |
| Postage | | $158.24 |
| Mediation | | $4,375.00 |
| Foreign Service Fees | | $1,690.00 |
| **Total** | | $13,948.62 |

7