WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                                  :    Chapter 11
                                                                       :
**SEARS HOLDINGS CORPORATION**, *et al.*,    :    Case No. 18-23538 (RDD)
                                                                       :
Debtors.[1]                                                    :    (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN OF THE DEBTORS' PENDING OBJECTIONS TO PROOFS OF CLAIM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that pursuant to paragraph 7(vii) of the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"), the hearings to consider the following objections to proofs of claim and/or ballots, previously scheduled to be heard January 20, 2022 at 2:00 p.m. (Prevailing Eastern Time), **are hereby adjourned to February 24, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearings**"):

(i) *Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF No. 4775) with respect to the *Response of Johnson Controls, Inc.* (ECF No. 4983);

(ii) *Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims)* (ECF No. 5236) with respect to *Eric Jay Ltd.'s Opposition* (ECF Nos. 5498, 5508);

(iii) *Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots)* (ECF No. 7859) with respect to *Response of Johnson Controls, Inc.* (ECF No. 7945) and *Response to Debtors' Request for Reclassification of PREPA's Claim in Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots* (ECF No. 7985);

(iv) *Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims)* (ECF No. 8019) with respect to *Response of Electrolux Home Products, Inc.* (ECF No. 8190);

(v) *Debtors' Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims)* (ECF No. 9284) with respect to Beau LeBaron (ECF Nos. 9336, 9539, 10058 and 10059);

(vi) *Debtors' Twenty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims)* (ECF No. 9403) with respect to *Response of Regal Home Collection Inc.* (ECF No. 9433);

(vii) *Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim and Ballots (Reduce and Allow)* (ECF No. 9444) with respect to *Response of Colonial Properties LLC* (ECF No. 9577) and *Response of Colgate-Palmolive Company Distr. LLC* (ECF No. 9580);

(viii) *Debtors' Thirtieth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims)* (ECF No. 9588) with respect to NCR Corporation;

(ix) *Debtors' Thirty-Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9976) with respect to *Response of Gator Oeste Owner, LLC* (ECF No. 10019);

(x) *Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 9978) with respect to *Response of Crown Equipment Corporation* (ECF No. 10017), and with respect to proofs of claim number 14261 and 20472;

(xi) *Debtors' Fortieth Omnibus Objection to Proofs of Claim (to Reclassify and Disallow Asserted Secured Claims)* (ECF No. 9987) with respect to ECF No. 10032 (Randal & Susan Askey);

(xii) *Debtors' Forty-First Omnibus Objection to Proofs of Claim and/or Ballots (Reclassify or Disallow)* (ECF No. 10134) with respect to ECF No. 10172 (Randal & Susan Askey), *HK Sino-Thai Trading Company Ltd.'s Opposition to Debtors' Forty-First Omnibus Objection to Proofs of Claim and/or Ballots (Reclassify or Disallow)* (ECF No. 10190); *Objection of Lifeworks Technology Group to Sears Holding Corporation's Forty-First Omnibus Objection to Proofs of Claim and/or Ballot (Reclassify or Disallow)* (ECF No. 10184); *Response to Debtors' Forty-First Omnibus Objection to Proofs of Claim and/or Ballots (Reclassify or Disallow) (Cesar Alvarez)* (ECF No. 10183); and with respect to proofs of claim number 18149 and 17617; and

(xiii) *Debtors' Forty-Third Omnibus Objection to Proofs of Claim (Reclassifying Claims)* (ECF No. 10165) with respect to claim numbers 14138 and 14028.

        The Hearings may be rescheduled further by the Debtors on notice to the affected claimant(s) pursuant to the Claims Procedures Order.

Dated:  January 19, 2022
       New York, New York

                                          */s/  Garrett A. Fail*
                                          Ray C. Schrock, P.C.
                                          Jacqueline Marcus
                                          Garrett A. Fail
                                          Sunny Singh
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York  10153
                                          Telephone:  (212) 310-8000
                                          Facsimile:  (212) 310-8007

                                          *Attorneys for Debtors*
                                          *and Debtors in Possession*