# SEARS HOLDINGS

## STATUS UPDATE PRESENTATION TO THE COURT – JANUARY 20, 2022




# Claims Status Update

| $ in mm<br>Group | Number of Claims | Asserted Amount | Allowed Amount Through 01/19/22 | Preference Set-off | Allowed Amount net of Set-off | Est. Allowed Amount Post-discount | Net Distributions / Reserves to Date | Remaining Amount |
|---|---|---|---|---|---|---|---|---|
| Allowed Opt-In Deminimis[1] | 143 | N/A | $0.9 | N/A | $0.9 | $0.7 | ($0.7) | - |
| Allowed Opt-In Non-Deminimis[2] | 196 | N/A | 70.1 | (5.8) | 64.3 | 48.2 | (24.6) | 23.6 |
| Allowed Non-Opt Out Deminimis[1] | 925 | N/A | 3.9 | N/A | 3.9 | 3.1 | (3.1) | - |
| Allowed Non-Opt Out Non-Deminimis[2] | 296 | N/A | 66.4 | (18.8) | 47.6 | 38.1 | (20.4) | 17.6 |
| **Total Opt-In and Allowed Non-Opt-Out** | **1,560** | **N/A** | **$141.3** | **($24.6)** | **$116.8** | **$90.1** | **($48.9)** | **$41.3** |
| *Opt-In Claims - Subject to Preference* | 10 | N/A | 4.1 | TBD | 4.1 | 3.1 | (1.5) | 1.6 |
| *Non-Opt-Out Claims - Subject to Preference* | 51 | N/A | 4.9 | TBD | 4.9 | 3.9 | (1.8) | 2.1 |
| *Non-Opt-Out Claims - To Be Reconciled[3]* | 5 | 2.7 | N/A | N/A | N/A | 1.3 | (1.0) | 0.3 |
| *Opt-Out Claims - To Be Allowed* | 55 | 6.3 | N/A | N/A | N/A | 6.3 | - | 6.3 |
| *Opt-Out Claims - Subject to Objection[4]* | 7 | 2.8 | N/A | TBD | N/A | 1.7 | - | 1.7 |
| *Opt-Out Claims - Disallowed Subject to Appeal[4][5]* | 1 | 730.4 | N/A | N/A | - | - | - | - |
| **Total Estimated Allowed Admin Claims** | | | **$150.4** | **($24.6)** | **$125.8** | **$106.5** | **($53.2)** | **$53.3** |
| *Retiree 1114 Settlement[6]* | 5,724 | 161.3 | N/A | N/A | N/A | | | |
| *RE Tax - Pre-Petition Priority[4]* | 68 | 5.0 | N/A | N/A | N/A | | | |
| *RE Tax - Subject to Objection[4]* | 10 | 0.2 | N/A | N/A | N/A | | | |
| *Non-RE Tax - Reconciled[4]* | 52 | 13.0 | N/A | N/A | N/A | 52.9 | - | 52.9 |
| *Non-RE Tax - To Be Reconciled[4]* | 11 | 34.9 | N/A | N/A | N/A | | | |
| *Non-RE Tax - Subject to Objection[4]* | 16 | 3.0 | N/A | N/A | N/A | | | |
| *Priority Non-Tax - Severence[4]* | 743 | 4.8 | N/A | N/A | N/A | | | |
| *Priority-Non-Tax - Subject to Objection[4][7]* | 10 | 1.1 | N/A | N/A | N/A | | | |
| *Secured Non-Tax Claims - To Be Reconciled[4][5]* | 8 | 1,203.4 | N/A | N/A | N/A | | | |
| **Total Estimated Allowed Priority and Secured Claims** | | | | | | | | |
| **Total Estimated Allowed Claims** | | | | | **$125.8** | **$159.4** | **($53.2)** | **$106.1** |

(1) Received final payment in full satisfaction of claims
(2) Includes claims impacted by preference set-off subsequent to 1st or 2nd distribution
(3) Reserve is based on asserted amount. "Allowed Amount Post-Discount" is the Debtors' estimate
(4) "Allowed Amount Post-discount" is the Debtors' estimate
(5) "Number of Claims" and "Asserted Amount" excludes duplicate claims asserted across multiple Debtors
(6) Allowed claimants share $3.0mm on a pro-rata basis
(7) Excludes PBGC asserted priority claim for $462mm settled as part of the Plan




# Recovery Analysis

| $ in mm | Estimates as of 1/1/2022 |
|---|---:|
| **Cash** | |
| Cash Balance as of 1/1/2022 | $34.5 |
| Less: Total Reserves as of 1/1/2022 | (3.9) |
| **Total Remaining Cash as of 1/1/22**[1] | **$30.6** |
| **ESTIMATED REMAINING ASSETS** | |
| Real Estate | $1.1 |
| Other Proceeds | 27.7 |
| **Total Remaining Asset Recoveries** | **$28.8** |
| **Estimated Cash Available to Satisfy Operating Expenses & Claims** | **$59.5** |
| **ESTIMATED REMAINING AMOUNTS OWED ON ADMINISTRATIVE, PRIORITY, AND SECURED CLAIMS NET OF RESERVES** | |
| Administrative Expense Consent Program | (53.3) |
| Priority and Secured | (52.9) |
| **Total Remaining Claims Net of Reserves**[2] | **(106.1)** |
| Estimated Other Post-Confirmation Expenses/Liabilities 1/1/22 forward | (15.9) |
| **Total Projected Uses** | **($122.0)** |
| **Total Difference between Cash Available and Projected Uses** | **($62.6)** |

- The $62.6mm difference between estimated cash available and projected uses is expected to be covered by proceeds from future preference actions and ESL litigation




(1) Includes minimum cash reserve of $10mm
(2) Claims remain subject to review and dispute

3

# Distributions Update

### The Debtors expect to make a 4th Distribution of $17.7mm on account of Opt-In and Non-Opt-Out Administrative in March

| $ in mm<br>Group | Remaining Amt. Before 4th Dist. | Proposed 4th AECP Dist. / Reserve | Remaining Amt. After 4th Dist. |
|---|---|---|---|
| Allowed Opt-In Deminimis[1] | - | - | - |
| Allowed Opt-In Non-Deminimis[2] | 23.6 | (8.4) | 15.2 |
| Allowed Non-Opt Out Deminimis[1] | - | - | - |
| Allowed Non-Opt Out Non-Deminimis[2] | 17.6 | (7.0) | 10.7 |
| **Total Opt-In and Allowed Non-Opt-Out** | **$41.3** | **($15.4)** | **$25.9** |
| *Opt-In Claims - Subject to Preference* | 1.6 | (0.6) | 1.0 |
| *Non-Opt-Out Claims - Subject to Preference* | 2.1 | (1.3) | 0.8 |
| *Non-Opt-Out Claims - To Be Reconciled[3]* | 0.3 | (0.3) | - |
| *Opt-Out Claims - To Be Allowed* | 6.3 | - | 6.3 |
| *Opt-Out Claims - Subject to Objection[4]* | 1.7 | - | 1.7 |
| *Opt-Out Claims - Disallowed Subject to Appeal[4][5]* | - | - | - |
| **Total Estimated Allowed Admin Claims** | **$53.3** | **($17.7)** | **$35.6** |
| *Retiree 1114 Settlement[6]* | | | |
| *RE Tax - Pre-Petition Priority[4]* | | | |
| *RE Tax - Subject to Objection[4]* | | | |
| *Non-RE Tax - Reconciled[4]* | 52.9 | - | 52.9 |
| *Non-RE Tax - To Be Reconciled[4]* | | | |
| *Non-RE Tax - Subject to Objection[4]* | | | |
| *Priority Non-Tax - Severance[4]* | | | |
| *Priority-Non-Tax - Subject to Objection[4][7]* | | | |
| *Secured Non-Tax Claims - To Be Reconciled[4][5]* | | | |
| **Total Estimated Allowed Priority and Secured Claims** | | | **$52.9** |
| **Total Estimated Allowed Claims** | **$106.1** | **($17.7)** | **$88.5** |

(1) Received final payment in full satisfaction of claims
(2) Includes claims impacted by preference set-off subsequent to 1st or 2nd distribution
(3) Reserve is based on asserted amount. "Allowed Amount Post-Discount" is the Debtors' estimate
(4) "Allowed Amount Post-discount" is the Debtors' estimate
(5) "Number of Claims" and "Asserted Amount" excludes duplicate claims asserted across multiple Debtors
(6) Allowed claimants share $3.0mm on a pro-rata basis
(7) Excludes PBGC asserted priority claim for $462mm settled as part of the Plan




4

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# Disclaimer

This document and the information contained herein ("Document") has been prepared for the informational purposes of authorized Recipients only, and is not intended to provide, and should not be relied on for, investment, lending, tax, legal or accounting advice.  Nothing in the Document shall constitute an offer or a solicitation of an offer to buy or sell any products or services or enter into any transaction, including, but not limited with respect to, any securities, financial instruments or other investments or investment advice.  Recipients should seek the advice of their own independent professionals prior to making any investment or other decision.

This Document may contain forward-looking statements subject to many variable factors and uncertainties that could cause actual results to differ materially from what is set forth or projected herein.  The Document (unless otherwise explicitly stated) is a preliminary draft and subject to change.  Notwithstanding the foregoing, M-III prepared this Document as of the date hereof, and assumes no obligation to update or revise it for any reason whatsoever thereafter.

M-III Partners LP ("M-III") makes no representation whatsoever regarding the adequacy of the Document for any purpose.   In conducting analysis reflected in this Document, M-III assumed, without verification, the accuracy of information provided to it or obtained from third parties.  No one from M-III or any representative of M-III shall have any liability to any party for any error or omission with respect to any of the information contained herein.  M-III may have prepared or in the future may prepare other documents that are inconsistent with, and reach different conclusions from, the information presented in this Document.  M-III assumes no obligation to bring such other documents to a Recipient's attention.

The analysis reflected in the Document would not necessarily reveal any material misstatement, omission or error and does not constitute an audit, review, compilation or other attestation service in accordance with Generally Accepted Accounting Principles or other standards established by the American Institute of Certified Public Accountants.  M-III does not express an opinion or any other form of assurance on any financial or other information.  Had M-III or another party performed additional work, including more in-depth verification or analysis, other matters might have come to its attention.

Pursuant to Internal Revenue Service Circular 230 (if applicable), be advised that any discussion of U.S. federal tax issues contained or referred to herein is not intended or written to be used, for the purpose of: (A) avoiding penalties that may be imposed under the internal Revenue code; nor (B) promoting, marketing or recommending to another party any transaction or matter addressed.

M-III reserves all rights.  Nothing in the Document shall be construed as granting any license or right to use any image, trademark or other intellectual property of M-III.  Unless otherwise indicated, all capitalized terms used herein have the same meaning as in the Agreement.

 

5