## **Exhibit 1**

**Disputed Claim**

| Ref # | Name of Claimant | Affected Claim No. |
|---|---|---|
| 48. | Dana E. Bos | 15788 |