# Exhibit A

## Reclassified Claims

| Ref. # | Name of Claimant | Proof of Claim No. Reclassified |
|---|---|---|
| 3. | AIG Property Casualty Co., and certain other entities related to AIG Property Casualty, Inc. | 16266 |
| 5. | Alvarez, Cesar L. | 14248 |