# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 1/24/2022 |
| Case: 18−23538−rdd | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr     Kingdom Seekers Inc.     c/o Aron Goldberger     15 S Bridge Street     #312     Poughkeepsie, NY 12601

TOTAL: 1