WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                    :    Chapter 11
                                                            :
**SEARS HOLDINGS CORPORATION,** *et al.*,   :    Case No. 18-23538 (RDD)
                                                            :
Debtors.[1]                                  :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**STATEMENT OF THE DEBTORS CERTIFYING**
**COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO**
**EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE**
**OF BUSINESS OCTOBER 1, 2021 TO DECEMBER 31, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from October 1, 2021 through December 31, 2021:

### Tier 1 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | Oct-21 | Nov-21 | Dec-21 | Q4 2021 |
| Jackson Lewis P.C. | $167.00 | - | $1,759.50 | $1,926.50 |
| McConnell Valdes LLC | - | - | $23,678.50 | $23,678.50 |
| Morgan Lewis & Bockius, LLP | - | - | $55,127.81 | $55,127.81 |
| Novack and Macey LLP | - | $15,259.50 | $9,466.50 | $24,726.00 |
| Pettit Kohn Ingrassia & Lutz PC | - | - | $101.00 | $101.00 |
| Reed Smith, LLP | - | $637.20 | - | $637.20 |
| Steptoe & Johnson, LLP | $220,784.97 | - | - | $220,784.97 |
| **Total** | **$220,951.97** | **$15,896.70** | **$90,133.31** | **$326,981.98** |

### Tier 2 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | Oct-21 | Nov-21 | Dec-21 | Q4 2021 |
| Akerman LLP | $6,260.00 | $3,751.00 | $1,431.50 | $11,442.50 |
| Barley Snyder LLP | - | - | $1,992.50 | $1,992.50 |
| Horwood Marcus & Berk | $325.00 | - | - | $325.00 |
| Litchfield Cavo LLP | - | - | $9,617.40 | $9,617.40 |
| Moses & Singer LLP | - | - | $42,067.87 | $42,067.87 |
| Neal Gerber & Eisenberg LLP | $6,675.30 | $7,508.90 | $8,727.80 | $22,912.00 |
| **Total** | **$13,260.30** | **$11,259.90** | **$63,837.07** | **$88,357.27** |

**Tier 3 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | |
|---|---|---|---|---|
| | Oct-21 | Nov-21 | Dec-21 | Q4 2021 |
| Polsinelli, P.C. | $950.00 | - | - | $950.00 |
| Seyfarth Shaw LLP | - | - | $6,677.00 | $6,677.00 |
| **Total** | **$950.00** | **-** | **$6,677.00** | **$7,627.00** |

Dated: January 26, 2022
      New York, New York

                                          /s/ Garrett A. Fail
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007
                                      Ray C. Schrock, P.C.
                                      Jacqueline Marcus
                                      Garrett A. Fail
                                      Sunny Singh

                                      *Attorneys for Debtors*
                                      *and Debtors in Possession*