# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
January 25, 2022
Invoice 340057295

Our Matter No.  78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Billing Atty:  Paul E. Harner

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Current Fees | $ 22,176.00 |
| Total Current Activity | $ 22,176.00 |
| Total Due for This Invoice | $ 22,176.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:                  Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St           Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
January 25, 2022
Invoice 340057295

Our Matter No.: 78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty: Paul E. Harner

## **INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Current Fees | $ 22,176.00 |
| Total Current Activity | $ 22,176.00 |
| Total Due for This Invoice | $ 22,176.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:   Account No.: 496-8375493<br>Wells Fargo Bank, NA   ACH ABA No.: 121000248<br>420 Montgomery St   Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

January 25, 2022
Invoice 340057295
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 12/31/21

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/01/21 | Review, analyze and finalize most recent Akin Gump preliminary report (1.40); telephone conferences and correspondence with V. Marriott and C. McClamb regarding same (.20); review and analyze professionals' latest monthly fee statement (1.90). | 4063 | 3.50 hrs. |
| 12/06/21 | Review and analyze professionals' most recent monthly fee statements and interim fee applications. | 4063 | 2.90 hrs. |
| 12/13/21 | Prepare for December 14 hearing on interim fee applications. | 4063 | 1.70 hrs. |
| 12/14/21 | Prepare for and participate in bankruptcy court status conference and hearing on interim fee and expense applications. | 4063 | 1.70 hrs. |
| 12/16/21 | Review and analyze Akin Gump response to latest preliminary report on interim fee and expense application (1.10); correspondence and telephone conference with V. Marriott regarding same (.30). | 4063 | 1.40 hrs. |
| 12/20/21 | Further review and analysis of professionals' most recent monthly and interim fee and expense applications. | 4063 | 3.20 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 14.40 | $ 1,540.00 | $ 22,176.00 |

**Total Fees for Professional Services**  $ 22,176.00