# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner  January 26, 2022
1675 Broadway  Invoice No. 20220104631
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2021

**INVOICE SUMMARY**

Professional Fees $24,742.00

**Total Invoice Amount** **$24,742.00**

| 071820.03 - 00317415 | January 26, 2022 |
|---|---|
| Tobey M. Daluz | Invoice No. 20220104631 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 12/03/21 | Attend to monthly fee application. | 995.00 | 0.50 | 497.50 |
| McClamb,C.D. | 12/03/21 | Emails with T. Daluz and M. Vesper re: monthly fee statement | 545.00 | 0.40 | 218.00 |
| Vesper,M.A. | 12/03/21 | Draft thirtieth monthly fee statement | 420.00 | 0.50 | 210.00 |
| Daluz,T.M. | 12/06/21 | Review and revise monthly fee application. | 995.00 | 0.60 | 597.00 |
| Daluz,T.M. | 12/06/21 | Correspondence with P. Harner re same. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/06/21 | Correspondence with M. Vesper re fee examiner's fees. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 12/06/21 | Review and edit 30th monthly fee statement | 545.00 | 0.40 | 218.00 |
| McClamb,C.D. | 12/06/21 | Emails with P. Harner, T. Daluz and M. Vesper re: 30th monthly fee statement | 545.00 | 0.50 | 272.50 |
| Vesper,M.A. | 12/06/21 | Draft thirtieth monthly fee statement | 420.00 | 0.30 | 126.00 |
| Vesper,M.A. | 12/06/21 | Correspondence with P. Harner, T. Daluz, and C. McClamb re: Sheppard Mullins November time invoice | 420.00 | 0.30 | 126.00 |
| McClamb,C.D. | 12/14/21 | Emails with T. Daluz re: 8th interim fee application | 545.00 | 0.20 | 109.00 |
| Daluz,T.M. | 12/15/21 | Oversee filing of Ballard interim. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 12/15/21 | Review and edit 8th interim fee application | 545.00 | 1.80 | 981.00 |
| McClamb,C.D. | 12/20/21 | Emails with T. Daluz re: monthly fee application | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 12/23/21 | Emails with T. Daluz re: monthly fee application | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 12/27/21 | Emails with T. Daluz re: monthly fee application | 545.00 | 0.20 | 109.00 |
| **Total B160** | | | | **6.80** | **4,378.50** |

071820.03 - 00317415  
Tobey M. Daluz

January 26, 2022  
Invoice No. 20220104631

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 12/01/21 | Attend to Akin preliminary report (0.1); review filings (0.2) | 1,085.00 | 0.30 | 325.50 |
| Daluz,T.M. | 12/01/21 | Review Akin preliminary report | 995.00 | 0.50 | 497.50 |
| Daluz,T.M. | 12/01/21 | Review Akin monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/01/21 | Review FTI monthly fee application | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/01/21 | Review Prime Clerk fee application | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 12/01/21 | Correspond with C. Jimenez re: Akin preliminary report | 545.00 | 0.20 | 109.00 |
| McClamb,C.D. | 12/01/21 | Prepare cover letter and Akin preliminary report | 545.00 | 0.50 | 272.50 |
| Pollard,C.P. | 12/05/21 | Prepare FTI Exhibit for 11/1/2020 - 6/30/2021 | 340.00 | 0.40 | 136.00 |
| Daluz,T.M. | 12/08/21 | Review Akin monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/10/21 | Review ASK interim fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/10/21 | Review ordinary course professionals notice. | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 12/10/21 | Review docket re recent filings. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 12/13/21 | Review agenda of hearing. | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 12/13/21 | Review notice re 3rd distribution to administrative claims. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 12/13/21 | Emails with C. Jimenez and K. Neitzel re: Akin fee review | 545.00 | 0.40 | 218.00 |
| Daluz,T.M. | 12/14/21 | Review Herrick interim fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/14/21 | Review FTI interim fee application. | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 12/14/21 | Review Katten report and order re contingent fees. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/14/21 | Review Akin interim fee application. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 12/14/21 | Update status chart | 545.00 | 3.00 | 1,635.00 |
| Marriott, III,V.J. | 12/15/21 | Review recent filings | 1,085.00 | 0.20 | 217.00 |

071820.03 - 00317415  
Tobey M. Daluz

January 26, 2022  
Invoice No. 20220104631

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 12/15/21 | Review Prime Clerk's interim fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/15/21 | Review Herrick monthly fee application. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/15/21 | Review order granting Stretto fees. | 995.00 | 0.10 | 99.50 |
| Daluz,T.M. | 12/15/21 | Review Weil's interim fee application. | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 12/16/21 | Review Prime Clerk interim fee applications | 545.00 | 8.00 | 4,360.00 |
| Daluz,T.M. | 12/17/21 | Review and calendar notice of hearing on interim fee applications. | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 12/17/21 | Review Prime Clerk interim fee applications | 545.00 | 7.30 | 3,978.50 |
| Daluz,T.M. | 12/20/21 | Correspondence with C. McClamb re interim fee application | 995.00 | 0.20 | 199.00 |
| McClamb,C.D. | 12/20/21 | Emails with V. Marriott re: preliminary reports | 545.00 | 0.50 | 272.50 |
| McClamb,C.D. | 12/20/21 | Review Prime Clerk interim fee applications | 545.00 | 2.00 | 1,090.00 |
| McClamb,C.D. | 12/20/21 | Update status chart | 545.00 | 2.70 | 1,471.50 |
| Daluz,T.M. | 12/22/21 | Review docket re recent pleadings | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/22/21 | Review Akin supplemental declaration | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/23/21 | Correspondence with C. McClamb re MIII. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/27/21 | Correspondence with C. McClamb re MIII. | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/28/21 | Correspondence with C. McClamb re MIII | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/28/21 | Review recent filings | 995.00 | 0.20 | 199.00 |
| Daluz,T.M. | 12/29/21 | Review Prime Clerk interim fee application | 995.00 | 0.30 | 298.50 |
| Daluz,T.M. | 12/30/21 | Review docket re recent pleadings | 995.00 | 0.30 | 298.50 |
| McClamb,C.D. | 12/30/21 | Update fee chart | 545.00 | 0.20 | 109.00 |

| | |
|---|---|
| 071820.03 - 00317415 | January 26, 2022 |
| Tobey M. Daluz | Invoice No. 20220104631 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B170** | | | | **31.90** | **20,363.50** |
| **Total Fees** | | | | **38.70** | **$24,742.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 8.00 | 995.00 | 7,960.00 |
| Marriott, III,V.J. | 0.50 | 1,085.00 | 542.50 |
| McClamb,C.D. | 28.70 | 545.00 | 15,641.50 |
| Vesper,M.A. | 1.10 | 420.00 | 462.00 |
| Pollard,C.P. | 0.40 | 340.00 | 136.00 |
| **Total Fees** | **38.70** | | **$24,742.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                      January 26, 2022
1675 Broadway                                       Invoice No. 20220104631
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

<u>FOR PROFESSIONAL SERVICES RENDERED</u> through December 31, 2021

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $24,742.00 |
| **Total Invoice Amount** | **$24,742.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days