Matthew A. Olins (admitted *pro hac vice*)
Vanessa R. Tiradentes (admitted *pro hac vice*)
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
312.236.3003
molins@gouldratner.com
vtiradentes@gouldratner.com

*Attorneys for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**233 S. WACKER, LLC'S WITHDRAWAL**
**OF ITS PROOFS OF CLAIM NOS. 13878 AND 14102**

233 S. Wacker, LLC ("*233*"), by and through its attorneys, Gould & Ratner LLP, hereby withdraws its Proof of Claim No. 13878 filed April 4, 2019 against Sears, Roebuck and Co. (Case No. 18-23537) and its Proof of Claim No. 14102 filed April 4, 2019 against Sears Holdings Corporation (Case No. 18-23538).  The above Proofs of Claim are withdrawn pursuant to the terms of that certain Settlement Agreement and Mutual Release dated November 23, 2021 by and between, on the one hand, Sears, Roebuck and Co. and Sears Holdings Corporation, on behalf of themselves and their bankruptcy estates and, on the other hand, 233, which was approved by this Court's Order Authorizing and Approving Settlement and Mutual Release Among Sears, Roebuck and Co., Sears Holdings Corporation and 233 S. Wacker, LLC pursuant to Bankruptcy Rule 9019 [Docket No. 10153].

Dated:  January 26, 2022

Respectfully submitted,
**233 S. WACKER, LLC**

By: /s/ Matthew A. Olins
    One of Its Attorneys
Matthew A. Olins (admitted *pro hac vice*)
Vanessa R. Tiradentes (admitted *pro hac vice*)
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
312.236.3003
molins@gouldratner.com
vtiradentes@gouldratner.com

4870-9873-0503, v. 1

- 2 -