UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | |
|---|---|
| In re: | Chapter 11 Case |
| SEARS HOLDINGS CORPORATION, et al. | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtor. | |

------------------------------------

### ORDER GRANTING MOTION OF GREGORY S. OTSUKA FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Gregory S. Otsuka to be admitted, *pro hac vice*, to represent MOAC Mall Holdings LLC (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED,** that Gregory S. Otsuka, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  January 10, 2022
       White Plains, New York                    */s/Robert D. Drain*
                                                             United State Bankruptcy Judge