Debtors' Forty-Fourth Omnibus Objection to Claims and Ballots  
Exhibit B – Disallowed Claims (entire claim)

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Disallowed | |
|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed | Reason for Proposed Disallowance |
| 1. | 310 Carolina St LLC | 5071 | Asserted claim is not supported by the Debtors' books and records |
| 2. | 4320 N. 124th Street LLC | 8943 | Claim has been satisfied. |
| 3. | Bowie Central Appraisal District, collecting property taxes for The County of Bowie, Texas, The City of Texarkana, Texas, Liberty-Eylau Independent School District, and Texarkana College | 26252 | Duplicative Claim |
| 4. | Calcasieu Parish Sheriff & Tax Collector | 26332 | Claim has been satisfied. |
| 5. | Clark County Assessor | 26452 | Duplicative Claim |
| 6. | Collin County Tax Assessor / Collector | 26339 | Duplicative Claim |
| 7. | Comanche County Treasurer | 18950 | Claim has been satisfied. |
| 8. | Industrial Commission of Arizona | 26382 | Asserted claim is not supported by the Debtors' books and records |
| 9. | Industrial Commission of Arizona | 26379 | Asserted claim is not supported by the Debtors' books and records |
| 10. | Maverick County | 5509 | Claim has been satisfied. |
| 11. | Midstate Properties Company Limited | 11811 | Claim has been satisfied. |
| 12. | POTTAWATOMIE COUNTY TREASURER | 26371 | Claim has been satisfied. |
| 13. | State of New Jersey, Division of Taxation | 6926 | Asserted claim is not supported by the Debtors' books and records |



EXHIBIT C