IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-23538 |
| SEARS HOLDING CORPORATION | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | | |

RESPONSE TO DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (DISALLOW)
[ECF ENTRY 10242]

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COMES Bowie Central Appraisal District, Texas, hereinafter referred to as "Claimant" and files its Response to Debtors' Forty-Fourth Omnibus Objection to Certain Proofs of Claims (Disallow) on the following grounds:

1. The claims of the Claimant arise from property taxes incurred in 2018.

2. Claimant filed claim no. 418 on October 30, 2018 for pre-petition taxes totaling $109,848.12. Claimant thereafter filed an amended proof of claim on July 2, 2020, at claim no. 26252 in the amount of $21,052.46.

3. The Debtor seeks to expunge claim no. 26252 because they believe the claim to be duplicative of claim no. 418. However, Claim no. 26252 is not duplicative since it is amending claim no. 418 and reducing the claim amount owed by the Debtor. Claim no. 26252 remains outstanding and should be paid in accordance with the confirmed plan. The

Claimant objects to the Forty-Fourth Omnibus Objection which seeks to disallow and expunge its claims on the basis of duplicative claims.

WHEREFORE, the Claimant requests that the Forty Fourth Omnibus Objection, which seeks to disallow in its entirety this proof of claim due to duplicating another claim be OVERRULLED, and further requests other and such relief as is just and proper.

Dated: February 8, 2022

>Respectfully submitted,
>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
>Attorneys for Claimant
>
>*/s/ Tara LeDay*
>Tara LeDay
>State Bar Number 24106701
>P.O. Box 1269
>Round Rock, Texas 78680
>Telephone: (512) 323-3200
>tleday@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Response to Forty Fourth Omnibus Objection has been served via U.S. Mail to those parties listed below and via the Court's Notice of Electronic Filing on February 8, 2022 by Electronic Notification.

                                                                       */s/ Tara LeDay*
                                                                       Tara LeDay

Debtor
[Sears Holding Corporation](#)
3333 Beverly Road
Hoffman Estates, IL 60179

Debtor's Attorney
[Jacqueline Marcus](#)
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

U.S. Trustee
[United States Trustee](#)
Office of the United States Trustee U.S. Federal Office Building 201 Varick Street, Room 1006
New York, NY 10014