WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                  :

**In re**                    :        **Chapter 11**
                  :

**SEARS HOLDINGS CORPORATION, *et al.*,**  :      **Case No. 18-23538 (RDD)**
                  :

**Debtors.**[1]         :        **(Jointly Administered)**
                  :
-------------------------------------------------------------x

## NOTICE REGARDING FOURTH DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com LLC (None); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

> **QUESTIONS REGARDING THIS NOTICE SHOULD BE ADDRESSED TO:**
> **SEARSAECPBALLOTSETTLEMENT@M3-PARTNERS.COM**

On October 15, 2019, the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 5370) (the "**Confirmation Order**"), approving, among other things, the Administrative Expense Claims Consent Program.[2]

**PLEASE TAKE NOTICE** that the conditions set forth in the Confirmation Order for an additional distribution pursuant to the Administrative Expense Claims Consent Program have been met. The Debtors intend to commence an additional distribution (the "**Fourth Distribution**") on or about March 11, 2022.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise indicated on the exhibits attached hereto, the aggregate cash distribution of approximately $17.7 million shall provide holders of Settled Administrative Expense Claims an additional 13% of each such claimant's Settled Administrative Expense Claim(s), and bring total distributions on Settled Administrative Expense Claims to a minimum of 50%.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** hereto lists the Opt-In Settled Admin Claims that will receive their pro rata share of the Fourth Distribution.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit B** hereto lists the Opt-In Settled Admin Claims that are owed less than $20,000. Subject to Court approval, the Debtors' obligations for these claims will be satisfied in full by the Fourth Distribution.

---

[2]    Capitalized terms not otherwise herein defined shall have the meaning ascribed to such terms in the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit C** hereto lists the Non Opt-Out Settled Admin Claims that will receive their pro rata share of the Fourth Distribution.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit D** hereto lists the Non Opt-Out Settled Admin Claims that are owed less than $20,000.  Subject to Court approval, the Debtors' obligations for these claims will be satisfied in full by the Fourth Distribution.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit E** hereto (the "**Disputed Claims**") lists the Administrative Expense Claims that have not been settled or allowed under the Administrative Expense Claims Consent Program listed on.  For each claim, the Debtors shall reserve an amount of cash which represents the distribution that would otherwise be provided to such holder pursuant to the Fourth Distribution.  No distributions will be made to holders of Disputed Claims as part of the Fourth Distribution.

**PLEASE TAKE FURTHER NOTICE** that the distributions and the amounts set forth in the attached exhibits are subject to change in all respects and amounts may be subject to certain deductions for processing and/or wire fees.

**PLEASE TAKE FURTHER NOTICE** that Debtors request that each Opt-In Settled Admin Claimant and each Non Opt-Out Admin Claimant provide the Debtors with a valid Taxpayer Identity Number ("**TIN**"), and the Debtors shall not be required to send distributions to any Claimant for which the Debtors do not receive a valid TIN on file.  The Form W-9 (or, if applicable, Form W-8 for non-U.S. creditors) supplying TIN and other information including a signature and current date should be emailed to searsw9orequivalent@m3-partners.com.

**PLEASE TAKE FURTHER NOTICE** that nothing herein shall be deemed to waive, impair, release, or effect any claims and causes of action the Debtors may hold against any parties, including but not limited to, claims under Chapter 5 of the Bankruptcy Code, and all claims and causes of action shall be expressly preserved unless waived or settled pursuant to a separate, written agreement with the Debtors, including the right of the Debtors to seek to disgorge the Fourth Distribution from any Fourth Distribution Participant.

Dated:  February 10, 2022
New York, New York

/s/  *Garrett A. Fail*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Opt-In Settled Admin Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | |
|---|---|---|---|---|
| | | **Allowed Non-De Minimis Opt-In Claims** | | |
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
| 1. | 24 7 AI INC | 182353801043388 | $997,898.00 | $129,616.26 |
| 2. | 4207602 CANADA INC | 182353801017310 | $371,972.12 | $48,315.19 |
| 3. | AINSWORTH PET NUTRITION LLC | 182353801017192 | $151,692.25 | $19,703.20 |
| 4. | ALPINE CREATIONS LTD | 182353801043224 | $600,000.00 | $77,933.57 |
| 5. | APEX TOOL GROUP LLC | 182353801013976 | $250,000.00 | $32,472.32 |
| 6. | ARCHITECTURAL GRAPHICS, INC. (AGI) | 182353801018115 | $114,660.50 | $14,893.17 |
| 7. | ARMOUTH INTERNATIONAL INC. | 182353801043267 | $90,000.00 | $11,690.04 |
| 8. | ARROW SPORTSWEAR | 182353801039942 | $368,261.20 | $47,833.18 |
| 9. | BEAUTY 21 COSMETICS, INC. | 182353801043276 | $144,928.32 | $18,824.64 |
| 10. | BRADFORD CAPITAL HOLDINGS, LP AS TRANSFEREE OF U.S. NONWOVENS CORP | 182353801042956 | $71,932.03 | $9,322.87 |
| 11. | BUILDER'S BEST, INC. | 182353801016497 | $96,154.08 | $12,464.64 |
| 12. | CHEROKEE DEBT ACQUISITION, LLC | ECF No. 5301 | $533,555.00 | $69,303.08 |
| 13. | CITI-TALENT LIMITED | 182353801039846 | $305,564.84 | $39,689.58 |
| 14. | CLOVER IMAGING GROUP, LLC, ASSIGNEE OF CLOVER TECHNOLOGIES GROUP | 182353801042526 | $86,600.00 | $11,248.41 |
| 15. | DATA PRINT TECHNOLOGIES, INC. | 182353801042919 | $70,048.15 | $9,098.50 |
| 16. | DXC TECHNOLOGY SERVICES LLC | 182353801043334 | $105,686.00 | $13,727.48 |
| 17. | ENVIRONMENTAL PRODUCTS & SERVICES INC. | 182353801040189 | $1,338,099.26 | $173,804.76 |
| 18. | FAIR HARBOR CAPITAL LLC AS TRANSFEREE OF WATER, INC. | 182353801042252 | $75,436.15 | $9,777.03 |
| 19. | FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF CHENG YEN ENTERPRISES CO., LTD | 182353801042255 | $59,148.38 | $7,666.02 |
| 20. | GHIRARDELLI CHOCOLATE COMPANY | 182353801015683 | $62,652.84 | $8,137.93 |
| 21. | GOKALDAS EXPORTS LTD. | 182353801043087 | $1,020,000.00 | $132,487.07 |
| 22. | GRACO CHILDRENS PRODUCTS INC | 182353801042504 | $156,863.19 | $20,330.52 |
| 23. | HAIN CAPITAL INVESTOR MASTER FUND, LTD. | 182353801042781 | $198,031.00 | $25,666.73 |
| 24. | HAIN CAPITAL INVESTOR MASTER FUND, LTD.([TBD]) | ECF No. 5301 | $8,162,574.94 | $1,060,255.40 |
| 25. | HAMPTON FORGE LTD | 182353801015120 | $54,151.48 | $7,018.39 |
| 26. | HANSAE CO. LTD. | 182353801013874 | $987,810.20 | $76,491.68 |
| 27. | HUSQVARNA OUTDOOR PRODUCTS INC | 182353801014556 | $1,326,374.38 | $172,281.74 |
| 28. | INTERNATIONAL PAPER | 182353801040331 | $116,548.33 | $15,138.38 |
| 29. | IVY TRADING INC | 182353801015859 | $101,028.50 | $13,122.52 |
| 30. | JAE HOON CORPORATION | 182353801041989 | $58,515.13 | $7,600.49 |
| 31. | JOHNSON & JOHNSON CONSUMER INC. | 182353801040358 | $350,224.22 | $45,490.37 |
| 32. | JS PRODUCTS, INC. | 182353801042050 | $90,288.00 | $11,727.44 |
| 33. | K G DENIM LIMITED | 182353801043376 | $354,690.20 | $46,070.46 |
| 34. | KIMBERLY-CLARK CORPORATION | 182353801042091 | $748,232.33 | $97,187.36 |

In re: Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
|---|---|---|---|---|
| | **Allowed Non-De Minimis Opt-In Claims** | | | |
| 35. | KIMBERLY-CLARK PUERTO RICO, INC. | 182353801042095 | $130,509.43 | $16,951.78 |
| 36. | KIR MONTEBELLO, L.P. | 182353801013661 | $92,474.80 | $12,011.49 |
| 37. | LEVI STRAUSS & CO., INC. | 182353801040418 | $951,432.16 | $39,103.46 |
| 38. | LISA INTERNATIONAL | 182353801041578 | $388,503.60 | $50,462.45 |
| 39. | MC BUILDERS, LLC | 182353801017770 | $112,473.85 | $14,609.15 |
| 40. | MECHANIX WEAR | 182353801019182 | $73,642.44 | $9,565.36 |
| 41. | MEGAGOODS INC | 182353801019196 | $109,586.30 | $14,234.09 |
| 42. | MICRO FOCUS, LLC | 182353801043430 | $136,562.24 | $17,737.97 |
| 43. | MILTON MANUFACTURING, LLC | 182353801018123 | $150,852.86 | $19,594.17 |
| 44. | NETRELEVANCE LLC | 182353801041945 | $214,464.98 | $27,856.70 |
| 45. | NIAGARA BOTTLING, LLC | 182353801041960 | $257,552.41 | $33,453.30 |
| 46. | OLYMPUS PEAK MASTER FUND LP AS TRANSFEREE OF ALLURE GEM | 182353801043465 | $947,906.85 | $122,855.07 |
| 47. | OPTIV SECURITY, INC. | 182353801042596 | $628,982.63 | $81,698.10 |
| 48. | PCL CO LIMITED | 182353801043032 | $381,546.07 | $49,450.93 |
| 49. | PCL CO LIMITED | 182353801043030 | $331,685.81 | $42,988.70 |
| 50. | PCL CO LIMITED | 182353801041344 | $62,370.40 | $8,083.62 |
| 51. | PEARL GLOBAL INDUSTRIES LIMITED | ECF No. 6053 | $1,130,000.00 | $146,475.55 |
| 52. | PROPEL TRAMPOLINES LLC | 182353801019933 | $63,184.00 | $8,206.92 |
| 53. | RICHLINE GROUP, INC. | 182353801040664 | $221,281.36 | $28,742.08 |
| 54. | ROSEMARY ASSETS LIMITED | 182353801039868 | $176,356.58 | $22,856.99 |
| 55. | ROSEMARY ASSETS LIMITED | 182353801017003 | $253,276.68 | $32,826.35 |
| 56. | ROSY BLUE INC | 182353801020106 | $110,428.07 | $14,343.42 |
| 57. | SAKAR INTERNATIONAL INC | 182353801020180 | $70,174.25 | $9,095.05 |
| 58. | SEAPORT LOAN PRODUCTS LLC AS TRANSFEREE OF HERO USA INC. AS TRANSFEREE OF SIGNATURE BRANDS, LLC | 182353801040280 | $433,963.20 | $56,367.17 |
| 59. | SECURIAN LIFE INSURANCE | 182353801018211 | $2,026,298.78 | $263,194.50 |
| 60. | SHENZHEN EVERBEST MACHINERY INDUSTRY CO., LTD | 182353801043092 | $163,467.47 | $21,232.67 |
| 61. | STAMAR PACKAGING INC | 182353801018958 | $219,678.81 | $28,533.92 |
| 62. | STEVEN VARDI, INC. | 182353801040752 | $72,542.24 | $9,422.46 |
| 63. | SUNBEAM PRODUCTS, INC. | 182353801041220 | $75,589.16 | $9,796.85 |
| 64. | TANNOR PARTNERS CREDIT FUND, LP | 182353801043358 | $623,959.29 | $81,045.63 |
| 65. | TELEBRANDS, CORP. | 182353801018195 | $115,027.00 | $14,940.77 |

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
|---|---|---|---|---|
| | **Allowed Non-De Minimis Opt-In Claims** | | | |
| 66. | TELUS ENTERPRISE SOLUTIONS CORP | 182353801040788 | $998,100.58 | $129,642.57 |
| 67. | THE GOODYEAR TIRE & RUBBER COMPANY | 182353801041291 | $382,884.12 | $49,732.54 |
| 68. | THE KRAFT HEINZ COMPANY | 182353801041293 | $191,548.01 | $5,106.63 |
| 69. | THE TRUSTEES OF THE ESTATE OF THE BERNICE PAUAHI BISHOP, DOING BUSINESS AS KAMEHAMEHA SCHOOLS | 182353801018482 | $199,049.00 | $25,854.33 |
| 70. | THERMWELL PRODUCTS CO INC | 182353801020710 | $54,584.88 | $7,089.99 |
| 71. | TRC MASTER FUND LLC AS TRANSFEREE OF BONNIER CORPORATION | 182353801013612 | $840,303.28 | $109,146.39 |
| 72. | TRC MASTER FUND LLC AS TRANSFEREE OF DIRECTIONS STUDIO LLC | 182353801016797 | $83,991.06 | $10,909.54 |
| 73. | TRC MASTER FUND LLC AS TRANSFEREE OF EUROBLOOMS, LLC | 182353801042221 | $148,986.00 | $19,351.68 |
| 74. | TRC MASTER FUND LLC AS TRANSFEREE OF HOME PRODUCTS INTERNATIONAL - NORTH AMERICA, INC. | 182353801015296 | $1,095,886.96 | $142,343.97 |
| 75. | TRC MASTER FUND LLC AS TRANSFEREE OF HOMEADVISOR, INC. | 182353801013613 | $607,879.84 | $78,957.08 |
| 76. | TRC MASTER FUND LLC AS TRANSFEREE OF JORDACHE ENTERPRISES, INC. | 182353801014943 | $1,000,000.00 | $129,889.28 |
| 77. | TRC MASTER FUND LLC AS TRANSFEREE OF JORE CORPORATION | 182353801040376 | $280,117.22 | $36,384.23 |
| 78. | TRC MASTER FUND LLC AS TRANSFEREE OF MARKETPLACE BRANDS LLC | 182353801043502 | $53,192.12 | $6,909.09 |
| 79. | TRC MASTER FUND LLC AS TRANSFEREE OF TWO LIPS SHOE COMPANY | 182353801040828 | $146,347.20 | $19,008.93 |
| 80. | TRC MASTER FUND LLC AS TRANSFEREE OF USA OUTERWEAR LLC | 182353801020974 | $395,122.75 | $51,322.21 |
| 81. | TRC MASTER FUND LLC AS TRANSFEREE OF WING HING SHOES FACTORY LIMITED | 182353801043472 | $228,487.26 | $29,678.05 |
| 82. | TURTLE WAX INC | 182353801020881 | $58,090.11 | $7,545.28 |
| 83. | VEHICLE SERVICE GROUP, LLC DBA ROTARY LIFT, A DOVER CORPORATION | 182353801040970 | $168,915.17 | $21,892.53 |
| 84. | VERINT AMERICAS INC | 182353801040853 | $129,993.18 | $16,884.72 |
| 85. | WESTERN SALES TRADING COMPANY | 182353801039837 | $100,297.33 | $13,027.55 |
| 86. | WHITEBOX ASYMMETRIC PARTNERS LP | ECF No. 5301 | $8,676,589.32 | $1,126,995.98 |
| 87. | WHITEBOX MULTI STRATEGY PARTNERS LP | ECF No. 5301 | $13,812,108.31 | $1,794,044.87 |
| 88. | XIAMEN GOLDEN TEXTILE IMP & EXP CO, LTD | 182353801043461 | $794,772.88 | $103,027.89 |
| | **Total:** | | **$60,792,641.32** | **$7,738,872.47** |

## Exhibit B

**Allowed Opt-In *De Minimis* Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Allowed De Minimis Opt-In Claims**

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
|---|---|---|---|---|
| 1. | AAA PHARMACEUTICAL, INC. | 182353801042671 | $24,003.60 | $9,118.71 |
| 2. | AIR TEMP MECHANICAL INC. | 182353801042734 | $8,981.48 | $3,409.43 |
| 3. | AMSTORE CORPORATION | 182353801043484 | $34,977.00 | $13,287.39 |
| 4. | ANGLO AMERICAN ENTERPRISES CORP. | 182353801042807 | $7,299.84 | $2,702.91 |
| 5. | APEX SYSTEMS INC | 182353801042818 | $35,784.04 | $13,593.97 |
| 6. | ARKANOFF PAINTING INC | 182353801043263 | $27,540.16 | $3,935.39 |
| 7. | ASPEN MARKETING SERVS., INC. | 182353801018189 | $74,282.33 | $54.81 |
| 8. | BEELINE.COM, INC. | 182353801018129 | $4,215.87 | $1,586.39 |
| 9. | BILLION BEST INDUSTRIAL LIMITED | 182353801039841 | $27,493.18 | $10,444.36 |
| 10. | BODY FLEX SPORTS INC | 182353801016412 | $34,820.47 | $9,244.76 |
| 11. | BODY FLEX SPORTS INC | 182353801042976 | $30,721.13 | $8,156.40 |
| 12. | BRADFORD CAPITAL HOLDINGS, LP AS TRANSFEREE OF RANGE KLEEN MFG, INC. | 182353801043486 | $19,982.65 | $7,585.55 |
| 13. | BRAELINN VILLAGE 1752, LLC | 182353801018239 | $36,695.96 | $13,940.40 |
| 14. | BUILDER'S BEST, INC. | 182353801016498 | $6,498.22 | $2,466.77 |
| 15. | CAPARRA CENTER ASSOCIATES, LLC | 182353801018257 | $30,263.62 | $11,496.82 |
| 16. | COCA COLA BTLNG CO CONSOLIDATED | 182353801014199 | $45,034.66 | $17,108.18 |
| 17. | COWEN SPECIAL INVESTMENTS LLC AS TRANSFEREE OF A D SUTTON & SONS | 182353801043468 | $38,252.70 | $14,531.79 |
| 18. | DEMERT BRANDS INC | 182353801014274 | $43,876.80 | $16,668.33 |
| 19. | DISSTON COMPANY | 182353801015769 | $37,626.67 | $12,721.00 |
| 20. | ELCO LABORATORIES DIV CHGO AEROSOL | 182353801015907 | $13,268.69 | $9.79 |
| 21. | ENCHANTE ACCESSORIES INC | 182353801014349 | $26,860.35 | $10,203.96 |
| 22. | FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF WATER, INC | 182353801042253 | $12,367.88 | $4,694.93 |
| 23. | FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF ANGLO AMERICAN ENTERPRISES CORP | 182353801042254 | $4,062.39 | $1,542.11 |
| 24. | FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF CHOOMEE INC. | 182353801040199 | $13,435.20 | $5,100.09 |
| 25. | FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF EVEREST GROUP USA | 182353801040200 | $16,189.19 | $6,145.53 |
| 26. | FANATICS LICENSED SPORTS GROUP, LLC F/K/A VF LICENSED SPORTS GROUP, LLC | 182353801040206 | $40,472.00 | $15,374.88 |
| 27. | GELMART INDUSTRIES INC. | 182353801040241 | $43,783.62 | $16,632.93 |
| 28. | GENERAL INTERNATIONAL POWER PRODUCTS, LLC | 182353801040242 | $32,508.72 | $12,349.71 |
| 29. | GOODY PRODUCTS INC | 182353801043408 | $28,608.72 | $10,868.15 |
| 30. | GRACO CHILDRENS PRODUCTS INC | 182353801042503 | $16,848.82 | $6,395.92 |
| 31. | GRACO CHILDRENS PRODUCTS INC | 182353801042502 | $2,747.63 | $1,043.02 |
| 32. | GRACO CHILDRENS PRODUCTS INC | 182353801015959 | $1,100.24 | $417.65 |
| 33. | HELLERS GAS | 182353801043007 | $39,323.37 | $14,938.53 |

**Allowed De Minimis Opt-In Claims**

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
|---|---|---|---|---|
| 34. | HOFFMASTER GROUP, INC. | 182353801041817 | $27,384.66 | $10,403.14 |
| 35. | HUDSON HOME GROUP LLC | 182353801015322 | $24,960.45 | $9,482.21 |
| 36. | INGRAM ELECTRO-MEK INC | 182353801041901 | $30,255.80 | $11,493.85 |
| 37. | INNOVATIVE FACILITY SERVICES LLC | 182353801043421 | $49,353.83 | $18,748.99 |
| 38. | INTRALINKS, INC | 182353801015639 | $45,706.31 | $17,363.34 |
| 39. | KAO USA INC. | 182353801042058 | $39,050.57 | $14,834.89 |
| 40. | KBS JEWELRY INC | 182353801014653 | $4,481.36 | $1,702.42 |
| 41. | LIGHTRICITY ELEKTRIC LLC | 182353801041569 | $13,006.18 | $4,937.23 |
| 42. | LIGHTRICITY ELEKTRIC LLC | 182353801041568 | $12,651.09 | $4,802.44 |
| 43. | LIGHTRICITY ELEKTRIC LLC | 182353801041567 | $8,150.69 | $3,094.06 |
| 44. | LONGSHORE LTD | 182353801017600 | $23,436.00 | $8,903.09 |
| 45. | LUAN INVESTMENT SE | 182353801018208 | $44,789.93 | $17,015.21 |
| 46. | MARKETING CARD TECHNOLOGY, LLC | 182353801041651 | $44,405.70 | $16,869.25 |
| 47. | MCKEE FOODS CORP | 182353801019169 | $51,526.35 | $19,618.41 |
| 48. | MEGUIAR'S, INC. | 182353801041716 | $46,560.60 | $17,687.87 |
| 49. | MIKE MEDIA GROUP INC | 182353801040487 | $18,000.00 | $6,838.11 |
| 50. | MJ HOLDING COMPANY, LLC | 182353801043475 | $27,915.47 | $3,750.00 |
| 51. | MR2D GLOBAL TRADING LLC | 182353801019386 | $2,898.72 | $2.14 |
| 52. | MUSIC TECHNOLOGIES INTERNATIONAL | 182353801041804 | $39,933.73 | $15,170.40 |
| 53. | NEW VIEW GIFTS & ACCESSORIES | 182353801041958 | $51,653.52 | $19,622.62 |
| 54. | PARFUMS DE COEUR, LTD. | 182353801041336 | $43,200.00 | $16,411.22 |
| 55. | PERU K-M COMPANY, LLC | 182353801041347 | $35,331.50 | $13,422.06 |
| 56. | R E MICHEL COMPANY LLC | 182353801040632 | $33,420.83 | $12,686.78 |
| 57. | R E MICHEL COMPANY LLC | 182353801040633 | $2,464.19 | $935.43 |
| 58. | RED BULL DISTRIBUTION COMPANY, INC | 182353801018431 | $21,794.39 | $8,279.46 |
| 59. | RIGHT MANAGEMENT INC. | 182353801041611 | $44,720.00 | $16,988.65 |
| 60. | ROCKY MOUNTAIN SUPER VAC, INC. | 182353801041686 | $24,322.50 | $9,239.86 |
| 61. | SAKAR INTERNATIONAL INC | 182353801020179 | $6,531.00 | $2,479.21 |
| 62. | SAKAR INTERNATIONAL INC | 182353801043503 | $1,536.00 | $583.08 |
| 63. | SANFORD L.P. | 182353801041887 | $27,441.68 | $10,424.80 |
| 64. | SILVER SPRINGS BOTTLED WATER CO | 182353801041151 | $46,391.88 | $17,623.78 |
| 65. | ST CORPORATION | 182353801041206 | $26,965.43 | $10,243.88 |

| | Allowed De Minimis Opt-In Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
| 66. | SUNBEAM PRODUCTS, INC. | 182353801041221 | $6,603.55 | $2,506.75 |
| 67. | THE CANADIAN GROUP | 182353801043367 | $33,299.20 | $12,650.01 |
| 68. | TRC MASTER FUND LLC AS TRANSFEREE OF AGRI-FAB INC. | 182353801039912 | $24,593.26 | $9,342.72 |
| 69. | TRC MASTER FUND LLC AS TRANSFEREE OF SAFAVIEH INT'L LLC | 182353801043466 | $43,035.14 | $16,348.59 |
| 70. | TRC MASTER FUND LLC AS TRANSFEREE OF WSSR LLC | 182353801018204 | $20,321.30 | $7,719.84 |
| 71. | UNI HOSIERY CO INC | 182353801040843 | $38,236.20 | $14,525.52 |
| 72. | VAUGHAN & BUSHNELL MFG CO | 182353801021020 | $48,604.28 | $18,464.25 |
| 73. | VEHICLE SERVICE GROUP, LLC DBA ROTARY LIFT, A DOVER CORPORATION | 182353801040969 | $33,030.65 | $12,538.66 |
| 74. | VENDOR RECOVERY FUND IV, LLC | 182353801040973 | $35,669.00 | $13,540.19 |
| 75. | VENDOR RECOVERY FUND IV, LLC | 182353801040972 | $31,543.30 | $11,974.04 |
| 76. | YESCO LLC | 182353801040926 | $24,174.65 | $9,183.69 |
| 77. | ZEBRA TECHNOLOGIES INTERNATIONAL, LLC | 182353801041097 | $28,003.79 | $10,638.34 |
| Total: | | | $2,147,281.88 | $758,861.02 |

## **Exhibit C**

**Non Opt-Out Settled Admin Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | |
|---|---|---|---|---|
| | | **Allowed Non-De Minimis Non-Opt-Out Claims** | | |
| **Ref #** | **Creditor Name** | **Ballot ID** | **Settled Administrative Claim Amount** | **Estimated Fourth Distribution Amount** |
| 1. | 3M COMPANY | 182353801042647 | $271,130.19 | $35,216.90 |
| 2. | A.O. SMITH CORPORATION | 182353801042660 | $608,749.87 | $79,070.05 |
| 3. | ADAM LEVINE PRODUCTIONS, INC. | 182353801043433 | $61,566.46 | $7,996.82 |
| 4. | ADP RPO LLC | 182353801017163 | $82,092.13 | $10,662.89 |
| 5. | AIR VAL INTERNATIONAL | 182353801016993 | $80,321.46 | $10,432.90 |
| 6. | ALLIED NATIONAL SERVIES | 182353801042587 | $50,342.14 | $6,538.90 |
| 7. | ALLIED UNIVERSAL SECURITY SERVICES | 182353801042592 | $99,313.16 | $12,899.72 |
| 8. | AMCAP WILSON II, LLC | 182353801047200 | $118,625.14 | $15,408.13 |
| 9. | AMERICAN INTERNATIONAL INDUSTRIES | 182353801017291 | $64,372.68 | $8,361.32 |
| 10. | AMERICAN TIRE DISTRIBUTORS INC | 182353801039928 | $281,089.63 | $36,510.51 |
| 11. | AMI / VIR VENTURES INC | 182353801039931; 182353801040864 | $74,202.47 | $9,638.10 |
| 12. | AMTRANET GROUP | 182353801017339 | $81,155.81 | $10,541.27 |
| 13. | APPLIED PREDICTIVE TECHNOLOGIES | 182353801042687 | $83,333.33 | $10,824.11 |
| 14. | ARA INC | 182353801042694 | $101,406.44 | $13,171.61 |
| 15. | ARAMARK MANAGEMENT SERVICES LP | 182353801042695 | $81,809.19 | $10,626.14 |
| 16. | ARAMARK UNIFORM CORP ACCTS | 182353801043246 | $199,528.41 | $25,916.61 |
| 17. | ARCA INDUSTRIAL (NJ), INC. | 182353801018083 | $769,575.77 | $99,959.61 |
| 18. | ATLAS SIGNS HOLDINGS, INC. | 182353801047209 | $156,298.59 | $20,301.52 |
| 19. | BALLESTER HERMANOS INC | 182353801042828 | $56,208.98 | $7,300.94 |
| 20. | BH NORTH AMERICA CORPORATION | 182353801039968 | $94,920.00 | $12,329.09 |
| 21. | BILTMORE COMMERCIAL PROPERTIES I, LLC | 182353801043470 | $55,455.22 | $7,203.04 |
| 22. | BLUE LINE DISTRIBUTING INC | 182353801042967 | $235,060.17 | $30,531.79 |
| 23. | BOUNCE EXCHANGE INC | 182353801042937 | $304,302.63 | $39,525.63 |
| 24. | BROE REAL ESTATE GROUP | 182353801094949 | $50,000.00 | $6,494.46 |
| 25. | BST INTERNATIONAL FASHION LTD | 182353801042778 | $650,000.00 | $84,428.00 |
| 26. | BUXTON ACQUISITION CO., LLC | 182353801016506 | $66,570.55 | $8,646.80 |
| 27. | CALAMP WIRELESS NETWORKS CORPORATION | 182353801042372 | $203,016.82 | $26,369.70 |
| 28. | CALERES INC | 182353801016536 | $84,217.53 | $8,840.06 |
| 29. | CAPITAL BRANDS, LLC | 182353801042402 | $74,244.00 | $9,643.50 |
| 30. | CAROLINA PLACE L.L.C. | 182353801018263 | $55,776.91 | $7,244.83 |
| 31. | CHANGZHOU RAJAYCAR IMP & EXP CO LTD | 182353801013800 | $137,452.89 | $17,853.65 |
| 32. | CHANNELADVISOR CORPORATION | 182353801013658 | $53,104.74 | $6,897.73 |
| 33. | CHI WING RATTAN FTY | 182353801017554 | $47,091.00 | $6,116.61 |
| 34. | CIGOL CONTRACTING LLC | 182353801042488 | $114,464.69 | $14,867.74 |
| 35. | CITY CHOICE LIMITED | 182353801039847 | $362,108.24 | $47,033.96 |
| 36. | CLOROX SALES CO | 182353801016104 | $183,448.18 | $23,827.94 |
| 37. | COMBINE INTERNATIONAL | 182353801016075 | $190,000.00 | $24,678.95 |
| 38. | COMERCIALIZADORA DE CALZADO | 182353801043179 | $86,401.26 | $11,222.59 |
| 39. | COMMERCIAL SOLUTIONS, INC., DBA UNCLE SAM'S GLASS & DOOR | 182353801042564 | $50,000.00 | $6,494.46 |
| 40. | CONDUENT BUSINESS SERVICES LLC | 182353801040081 | $229,992.81 | $29,873.61 |
| 41. | CORPORATION SERVICE COMPANY | 182353801149948 | $305,000.00 | $39,616.45 |
| 42. | CRAYOLA LLC | 182353801016199 | $70,021.74 | $9,095.07 |
| 43. | CREATIVE CONSTRUCTION & FACILITIES | 182353801042752 | $85,342.76 | $11,085.11 |

| | | | | |
|---|---|---|---|---|
| **Allowed Non-De Minimis Non-Opt-Out Claims** | | | | |
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
| 44. | CYXTERA COMMUNICATIONS, LLC | 182353801040120 | $236,485.61 | $30,716.94 |
| 45. | DEWAN & SONS | 182353801018021 | $73,650.04 | $9,566.35 |
| 46. | DISMART LLC | 182353801016807 | $49,500.00 | $6,429.52 |
| 47. | E&C CUSTOM PLASTICS, INC. | 182353801040171 | $73,712.55 | $9,574.46 |
| 48. | EATON CORPORATION | 182353801042140 | $91,451.31 | $11,878.55 |
| 49. | E-LAND APPAREL LTD | 182353801043083 | $92,783.92 | $12,051.63 |
| 50. | ELDON W GOTTSCHALK & ASSOICATES LLC | 182353801042161 | $165,826.78 | $21,539.11 |
| 51. | ELECTROLUX HOME PRODUCTS, INC | 182353801042162 | $150,000.00 | $19,483.38 |
| 52. | ELM CREEK REAL ESTATE LLC | 182353801043434 | $65,123.00 | $8,458.78 |
| 53. | EMPIRE ELECTRONIC CORP | 182353801014346 | $80,106.98 | $10,405.03 |
| 54. | EPIC DESIGNERS LIMITED | 182353801043341 | $100,000.00 | $12,988.93 |
| 55. | ESCREEN INC | 182353801042205 | $153,048.25 | $19,879.33 |
| 56. | ESJAY INTERNATIONAL PRIVATE LIMITED | 182353801043084 | $88,000.00 | $11,430.25 |
| 57. | EVERLAST WORLD'S BOXING HEADQUARTERS CORP. | 182353801017953 | $340,000.00 | $44,162.34 |
| 58. | F & F CONSTRUCTION INC | 182353801042243 | $52,322.00 | $6,796.06 |
| 59. | FOUR SEASONS DESIGN INC | 182353801015526 | $88,372.80 | $11,478.67 |
| 60. | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 182353801039834 | $322,000.00 | $41,824.35 |
| 61. | GIZA SPINNING AND WEAVING CO | 182353801043163 | $64,873.13 | $8,426.33 |
| 62. | GLAMOUR CORPORATION | 182353801042429 | $108,539.46 | $14,098.11 |
| 63. | GLOBANT, LLC | 182353801018205 | $61,966.43 | $8,048.78 |
| 64. | GOLD LLC | 182353801015741 | $80,847.65 | $10,501.25 |
| 65. | GREAT LAKES TECHNOLOGIES LLC | 182353801016160 | $85,000.00 | $11,040.58 |
| 66. | GREENWOOD MALL LLC | 182353801018139 | $88,855.61 | $11,541.40 |
| 67. | GROUPBY USA, INC. | 182353801018247 | $100,000.00 | $12,988.93 |
| 68. | GSK CONSUMER HEALTHCARE SERVICES | 182353801040265 | $284,100.46 | $36,901.59 |
| 69. | GTM USA CORPORATION | 182353801040267 | $81,829.23 | $10,628.74 |
| 70. | HAIER US APPLIANCE SOLUTIONS INC | 182353801040274 | $2,586,885.00 | $336,008.49 |
| 71. | HARVEST CONSUMER PRODUCTS LLC | 182353801015176 | $67,352.96 | $8,748.43 |
| 72. | HELEN ANDREWS INC | 182353801043003 | $206,486.76 | $26,821.52 |
| 73. | HERR FOODS INC | 182353801014528 | $52,908.68 | $6,872.27 |
| 74. | ICON DE HOLDINGS LLC | 182353801018484 | $3,224,470.81 | $418,824.02 |
| 75. | ICON HEALTH AND FITNESS INC | 182353801015359; 182353801041852 | $8,322,737.78 | $1,081,033.97 |
| 76. | ICON NY HOLDINGS LLC | 182353801013730 | $1,546,306.92 | $200,848.61 |
| 77. | INTERDESIGN INC | 182353801014585 | $162,869.37 | $19,489.48 |
| 78. | INTERMODAL SALES | 182353801014587 | $323,525.00 | $42,022.41 |
| 79. | K G DENIM LTD | 182353801043377 182353801043375 | $277,818.08 | $36,085.58 |
| 80. | KAI NING LEATHER PRODUCTS CO LTD | 182353801039852 | $526,722.02 | $68,415.52 |
| 81. | KELLERMEYER BERGENSONS SERVICES, LLC | 182353801018127 | $493,864.95 | $64,147.74 |
| 82. | KISS PRODUCTS INC | 182353801015086 | $240,440.88 | $31,230.68 |
| 83. | KOOLATRON INC | 182353801014686 | $204,030.59 | $26,501.38 |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
|---|---|---|---|---|
| | **Allowed Non-De Minimis Non-Opt-Out Claims** | | | |
| 84. | KR COLLEGETOWN LLC (BRIXMOR PROPERTY GROUP, INC.) T/A COLLEGETOWN SHOPPING CENTER, GLASSBORO, NJ | 182353801018505 | $55,056.67 | $7,151.27 |
| 85. | LIANG YI DA PTE. LTD. | 182353801017441 | $192,551.17 | $25,010.33 |
| 86. | LIVETRENDS DESIGN GROUP LLC | 182353801041581 | $82,070.38 | $10,660.06 |
| 87. | LONGSHORE LIMITED | 182353801043285 | $381,364.82 | $49,535.18 |
| 88. | LSC COMMUNICATIONS US, LLC. | 182353801041604 | $123,288.43 | $16,013.84 |
| 89. | MANPOWERGROUP US INC. | 182353801043369 | $109,003.00 | $14,158.32 |
| 90. | MANSHEEN INDUSTRIES LTD. | 182353801039860 182353801039859 | $273,597.32 | $35,537.34 |
| 91. | MANTKIN LLC | 182353801018261 | $224,817.38 | $29,201.36 |
| 92. | MBI SPORT INC. | 182353801041683 | $248,858.20 | $32,324.00 |
| 93. | MICROSTRATEGY INC | 182353801041745 | $262,636.20 | $34,113.63 |
| 94. | MIDWEST AIR TECHNOLOGIES INC | 182353801019260 | $171,281.63 | $22,247.64 |
| 95. | MIDWEST TOOL AND CUTLERY COMPANY | 182353801019270 | $105,590.30 | $13,715.04 |
| 96. | MIEN CO., LTD. | 182353801041760 | $1,461,910.61 | $189,886.53 |
| 97. | MILBERG FACTORS, INC. | 182353801019279 | $75,000.00 | $9,741.69 |
| 98. | MINGLE FASHION LIMITED | 182353801018201 | $47,840.00 | $6,213.90 |
| 99. | MJC INTERNATIONAL GROUP LLC | 182353801019326 | $154,271.70 | $20,038.23 |
| 100. | MKK ENTERPRISES CORP | 182353801043413 | $1,784,209.43 | $231,749.59 |
| 101. | NDA WHOLESALE DISTRIBUTORS | 182353801019453 | $102,393.13 | $11,477.74 |
| 102. | NEUCO INC | 182353801041947 | $61,245.82 | $7,955.18 |
| 103. | NORCELL, INC | 182353801041968 | $82,472.22 | $10,712.25 |
| 104. | OAKLEAF WASTE MANAGEMENT LLC | 182353801019567 | $61,569.22 | $7,997.18 |
| 105. | ONE WORLD TECHNOLOGIES INC | 182353801019622 | $605,923.08 | $78,702.88 |
| 106. | OXO INTERNATIONAL, LTD | 182353801019683 | $196,369.97 | $25,506.34 |
| 107. | PERSADO INC | 182353801040585 | $175,000.00 | $22,730.62 |
| 108. | PLAZA PROVISION CO | 182353801041369 | $87,549.47 | $5,820.08 |
| 109. | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $101,625.26 | $13,200.03 |
| 110. | R2P GROUP INC | 182353801020009 | $119,939.85 | $15,578.90 |
| 111. | RAGHU EXPORTS (INDIA) PVT LTD | 182353801043124 | $65,759.26 | $8,541.42 |
| 112. | RENFRO CORPORATION | 182353801018594 | $110,462.22 | $14,347.85 |
| 113. | REVIEWED.COM | 182353801040652 | $87,500.00 | $11,365.31 |
| 114. | REYNOLDS CONSUMER PRODUCTS INC | 182353801018616 | $57,611.40 | $7,483.11 |
| 115. | RIVAL MANUFACTURING CO | 182353801018670 | $128,522.14 | $16,693.64 |
| 116. | ROSENTHAL & ROSENTHAL | 182353801020071 | $189,818.92 | $24,655.43 |
| 117. | RUBBERMAID INCORPORATED | 182353801040671 | $62,250.00 | $8,085.60 |
| 118. | SAMIL SOLUTION CO., LTD. | 182353801041881 182353801041882 | $100,000.00 | $12,988.92 |
| 119. | SCHUMACHER ELECTRIC CORP | 182353801020241 | $168,265.97 | $21,855.94 |
| 120. | SCRIPTURE CANDY INC | 182353801020256 | $50,796.54 | $6,597.92 |
| 121. | SECUROSIS LLC | 182353801040694 | $60,000.00 | $7,793.36 |
| 122. | SEKIGUCHI TRADING | 182353801040696 | $49,072.15 | $6,373.95 |
| 123. | SENSORMATIC ELECTRONICS CORP | 182353801040708 | $171,207.00 | $22,237.95 |
| 124. | SERVICENOW, INC. | 182353801017788 | $52,225.53 | $6,783.54 |
| 125. | SHAGHAL, LTD. | 182353801043366 | $48,966.76 | $6,360.25 |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Non-De Minimis Non-Opt-Out Claims | | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
| 126. | SHANGHAI FOCHIER INTL TRADE CO LTD | 182353801043035 | $138,103.48 | $17,938.16 |
| 127. | SIMON PROPERTY GROUP, L.P. | 182353801018176 | $47,686.72 | $6,193.99 |
| 128. | SOFTWARE AG USA INC | 182353801041168 | $84,351.87 | $10,956.41 |
| 129. | SOS MAINTENANCE INC | 182353801041172 | $59,330.31 | $7,706.38 |
| 130. | STAPLES INC | 182353801041214 | $382,952.05 | $49,741.35 |
| 131. | STAPLES NATIONAL ADVANTAGE | 182353801018969 | $273,264.18 | $35,494.09 |
| 132. | STIG JIANGSU LIGHT & TEXTILE | 182353801017472 | $320,097.08 | $41,577.16 |
| 133. | SUMIT TEXTILE INDUSTRIES | 182353801017033 | $94,381.64 | $12,259.16 |
| 134. | SUN VALLEY CONSTRUCTION OF MICHIGAN | 182353801041216 | $67,326.00 | $8,744.92 |
| 135. | SUNBEAM PRODUCTS, INC. | 182353801041219 | $79,685.64 | $10,350.31 |
| 136. | SUNSHINE MILLS INC | 182353801020524 | $156,333.08 | $20,305.98 |
| 137. | SUZHOU KAILAI TRADING CO LTD | 182353801043103 | $147,383.76 | $19,143.56 |
| 138. | SYNERGETIC STAFFING, LLC | 182353801047332 | $96,017.35 | $12,471.63 |
| 139. | TEGRETE CORPORATION | 182353801040783 | $62,662.79 | $8,139.23 |
| 140. | TF LLC | 182353801018492 | $51,460.45 | $6,684.16 |
| 141. | T-FAL/WEAREVER | 182353801020652 | $160,921.64 | $20,901.99 |
| 142. | THE SEGERDAHL CORP. | 182353801041302 | $107,735.77 | $11,032.83 |
| 143. | TRC MASTER FUND LLC AS TRANSFEREE OF ABRIM ENTERPRISES, INC. | 182353801017130 | $76,376.00 | $9,920.42 |
| 144. | TRC MASTER FUND LLC AS TRANSFEREE OF CHERVON  (HK) LTD. | 182353801039832 | $351,112.25 | $45,605.72 |
| 145. | TRC MASTER FUND LLC AS TRANSFEREE OF IN GEAR FASHIONS INC | 182353801015414 | $85,995.50 | $11,169.88 |
| 146. | TRC MASTER FUND LLC AS TRANSFEREE OF RENAISSANCE IMPORTS, INC. | 182353801018591 | $97,135.30 | $12,616.83 |
| 147. | TULIP HOME MANUFACTURE CO., LTD | 182353801043467 | $166,913.46 | $21,680.39 |
| 148. | TUP 130,LLC | 182353801018155 | $58,824.23 | $7,640.64 |
| 149. | UE 839 NEW YORK AVENUE LLC | 182353801043352 | $80,278.17 | $10,427.27 |
| 150. | URBAN EDGE CAGUAS LP | 182353801043353 | $144,260.76 | $18,737.92 |
| 151. | VOGUE TEX | 182353801043190 | $147,365.54 | $19,141.20 |
| 152. | WEIHAI LIANQIAO INT'L. COOP. GROUP CO., LTD. | 182353801018202 | $509,027.63 | $66,117.24 |
| 153. | WESTFALL TOWN CENTER JV | 182353801018438 | $47,531.27 | $6,173.81 |
| 154. | WESTPORT CORPORATION | 182353801021231 | $139,623.57 | $18,135.61 |
| 155. | WING HING SHOES FACTORY LIMITED | 182353801156410 | $113,164.43 | $14,698.84 |
| 156. | WPG WESTSHORE LLC | 182353801018435 | $100,021.46 | $12,991.71 |
| 157. | ZHEJIANG FANSL CLOTHING CO. LTD. | 182353801043483 | $491,803.23 | $63,879.95 |
| 158. | ZURU LLC | 182353801017847 | $172,941.64 | $22,463.26 |
| Total: | | | $42,385,890.40 | $5,491,373.42 |

**Exhibit D**

**Allowed Non Opt-Out *De Minimis* Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed De Minimis Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
| 1. | A D WILLEMS CONSTRUCTION INC | 182353801042658 | $25,092.36 | $10,786.94 |
| 2. | A TOP MANUFACTORY CO LIMITED | 182353801017405 | $19,008.00 | $8,171.33 |
| 3. | A&A (H.K.) INDUSTRIAL LIMITED | 182353801039838 | $44,542.24 | $19,148.23 |
| 4. | ACME COMPLETE PARKING LOT SERVICE | 182353801042721 | $31,225.00 | $13,423.29 |
| 5. | APPLE ONE EMPLOYMENT SERVICES | 182353801042683 | $32,650.42 | $14,036.07 |
| 6. | ARROW FASTENER CO, LLC | 182353801043269 | $36,547.05 | $15,711.18 |
| 7. | ARUNDEL CROSSING II, L.L.C. | 182353801043443 | $25,623.79 | $11,015.39 |
| 8. | BLUE BOX OPCO LLC DBA INFANTINO | 182353801017422 | $19,782.27 | $8,504.19 |
| 9. | BP LUBRICANTS USA INC | 182353801016368 | $27,772.08 | $11,938.91 |
| 10. | BRIEFLY STATED INC | 182353801016436 | $23,732.65 | $10,202.41 |
| 11. | CALIFORNIA COMMERCIAL ROOFING SYSTE | 182353801042378 | $35,489.90 | $15,246.70 |
| 12. | CALVERT CONTROLS INC | 182353801042384 | $28,012.00 | $12,042.06 |
| 13. | CARDSAN EXPORTADORA DE CALZADO | 182353801043175 | $10,070.10 | $4,329.04 |
| 14. | CARRIER CORPORATION | 182353801040017 | $7,590.75 | $3,263.19 |
| 15. | CC1 VIRGIN ISLANDS | 182353801040037 | $29,503.53 | $12,683.25 |
| 16. | CERTIFIED CAPITAL, LP | 182353801018268 | $42,701.02 | $18,356.71 |
| 17. | CHANG JUN(HONG KONG)INDUSTRIAL LTD | 182353801013797 | $25,012.50 | $10,752.60 |
| 18. | CLASSIC SLIPCOVERS INC | 182353801016091 | $30,042.90 | $12,915.12 |
| 19. | COLUMBIAN HOME PRODUCTS LLC | 182353801016073 | $43,625.89 | $18,754.30 |
| 20. | COMMAND LINE SYSTEMS | 182353801042555 | $26,683.39 | $11,470.90 |
| 21. | COMMONPATH LLC | 182353801016132 | $33,371.50 | $14,346.05 |
| 22. | CONVENIENCE CONCEPTS INC | 182353801016156 | $34,271.18 | $14,732.81 |
| 23. | COOPER TOOLS | 182353801014214 | $32,171.74 | $13,830.28 |
| 24. | CREATIONS JEWELLERY MFG PVT LTD | 182353801018015 | $43,311.82 | $16,915.87 |
| 25. | CSC COVANSYS CORP | 182353801040101 | $31,495.00 | $13,539.36 |
| 26. | DACOR | 182353801014250 | $18,941.94 | $8,142.93 |
| 27. | DELL MARKETING, L.P. | 182353801018525 | $19,361.04 | $8,323.12 |
| 28. | DIVISIONS INC MAINTENANCE GROUP | 182353801043058 | $26,101.45 | $11,220.73 |
| 29. | DOLPHIN FONTANA, L.P. | 182353801043416 | $21,341.48 | $9,174.47 |
| 30. | DOREL INDUSTRIES, INC. | 182353801043487 | $16,947.27 | $7,285.47 |
| 31. | ECHO BRIDGE ACQUISITION CORP LLC - PRE-PETITION | 182353801014335 | $30,432.82 | $13,082.75 |
| 32. | ECOLAB INC. | 182353801042148 | $32,982.20 | $14,178.69 |
| 33. | EDUCATORS RESOURCE INC | 182353801042156 | $32,557.97 | $13,996.32 |
| 34. | ENTECH SALES & SERVICE INC | 182353801040181 | $29,639.79 | $12,741.82 |
| 35. | ERX NETWORK LLC | 182353801040198 | $27,571.36 | $11,852.63 |
| 36. | FAMOSA NORTH AMERICA INC | 182353801016485 | $24,480.00 | $10,523.69 |
| 37. | FANTASIA ACCESSORIES LTD | 182353801016492 | $28,974.91 | $12,456.00 |
| 38. | FILA USA INC | 182353801014410 | $24,903.45 | $10,705.72 |
| 39. | FIRST ALERT, INC. | 182353801042293 | $22,000.00 | $9,457.56 |
| 40. | FOOD WAREHOUSE CORP | 182353801015502 | $24,000.00 | $10,317.34 |
| 41. | FOOTWEAR SPECIALTIES INTERNATIONAL | 182353801015503 | $21,382.97 | $9,192.31 |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
|---|---|---|---|---|
| | **Allowed De Minimis Non-Opt-Out Claims** | | | |
| 42. | GBT US LLC | 182353801040237 | $27,618.49 | $11,872.89 |
| 43. | GENERAL MARKETING SOLUTIONS LL | 182353801014461 | $34,713.00 | $14,922.74 |
| 44. | GUL AHMED TEXTILE MILLS LTD | 182353801043184 | $28,744.81 | $12,357.09 |
| 45. | HARTZ MOUNTAIN CORP | 182353801015175 | $25,842.38 | $11,109.36 |
| 46. | HC LAKESHORE, LLC C/O B.V. BELK PROPERTIES | 182353801017974 | $5,508.05 | $2,367.85 |
| 47. | HCV DISTRIBUTORS INC | 182353801042998 | $31,195.76 | $13,410.72 |
| 48. | HI TECH AIR CONDITIONING SRVC | 182353801040291 | $3,899.94 | $1,676.54 |
| 49. | HIGH RIDGE BRANDS | 182353801014539 | $31,388.33 | $13,493.50 |
| 50. | HIRERIGHT LLC | 182353801015252 | $44,831.70 | $19,272.67 |
| 51. | HOLLANDER SLEEP PRODUCTS LLC | 182353801015270 | $20,758.40 | $8,923.81 |
| 52. | HOLSUM DE PUERTO RICO INC | 182353801041819 | $20,827.32 | $8,953.44 |
| 53. | ILLIANA SWEEPING COMPANY | 182353801041865 | $27,330.00 | $11,748.87 |
| 54. | ILLINOIS WHOLE CASH REGISTER | 182353801040304 | $24,521.00 | $10,541.32 |
| 55. | IRON MOUNTAIN RECORDS MANAGEMENT | 182353801040337 | $30,086.01 | $12,933.66 |
| 56. | KAZ USA INC | 182353801014651 | $44,508.96 | $19,133.92 |
| 57. | KID GALAXY INC | 182353801042087 | $35,155.60 | $15,113.01 |
| 58. | KOMATSU ENTERPRISES INC | 182353801040391 | $29,440.39 | $12,656.10 |
| 59. | LAWNSTYLES MAINTENANCE INC | 182353801042334 | $29,379.25 | $12,629.82 |
| 60. | LEIF J OSTBERG | 182353801014719 | $15,075.13 | $6,480.63 |
| 61. | LIBERTY PROPERTY LIMITED PARTNERSHIP | 182353801018259 | $30,098.39 | $12,938.97 |
| 62. | LINCOLN PLAZA CENTER, L.P. | 182353801018158 | $35,630.09 | $13,891.51 |
| 63. | LUCERNEX INC | 182353801040433 | $38,248.75 | $16,442.73 |
| 64. | MAG INSTRUMENT INC | 182353801019034 | $32,595.00 | $14,012.24 |
| 65. | MANN HUMMEL PUROLATOR FILTERS | 182353801019059 | $22,352.34 | $9,609.03 |
| 66. | MAX COLOR LLC | 182353801019146 | $40,000.00 | $17,195.57 |
| 67. | MAXIMUS, INC. | 182353801043411 | $35,284.86 | $15,168.58 |
| 68. | MICHAELS GREENHOUSES INC | 182353801041741 | $21,289.27 | $9,152.03 |
| 69. | MINGLEDORFFS INC | 182353801040504 | $26,087.29 | $11,214.64 |
| 70. | MODE DISTRIBUTING, LLC | 182353801041768 | $36,699.18 | $15,776.58 |
| 71. | MULTIPET INTERNATIONAL INC | 182353801019400 | $24,019.08 | $10,325.54 |
| 72. | NIMS OUTDOOR SERVICES | 182353801041965 | $32,100.00 | $13,799.45 |
| 73. | NOVA WILDCAT BULLDOG LLC | 182353801019537 | $29,372.65 | $12,626.99 |
| 74. | OLD WORLD INDUSTRIES LLC | 182353801019590 | $21,655.34 | $9,309.40 |
| 75. | OLYMPIA TOOLS INTERNATIONAL INC | 182353801019601 | $29,500.00 | $12,681.73 |
| 76. | PEPPERIDGE FARM, INCORPORATED | 182353801040565 | $21,521.85 | $9,252.01 |
| 77. | PEPSI COLA BOTTLING CO GUAM | 182353801040570 | $46,332.83 | $19,917.98 |
| 78. | PEPSICO CARIBBEAN INC | 182353801040576 | $43,806.76 | $18,832.29 |
| 79. | PETERSON TECHNOLOGY PARTNERS | 182353801041348 | $42,686.80 | $18,350.60 |
| 80. | PINEFIELDS LIMITED | 182353801017459 | $27,417.60 | $11,786.53 |
| 81. | PROPEL TRAMPOLINES LLC | 182353801019937 | $22,585.50 | $9,709.26 |
| 82. | RDIALOGUE LLC | 182353801041496 | $40,755.00 | $17,520.14 |
| 83. | REFRESCO BEVERAGES US INC. | 182353801043342 | $42,963.52 | $2,568.30 |
| 84. | RESCUE WOODWORKS | 182353801041527 | $25,155.35 | $10,814.02 |
| 85. | REYNOLDS PRESTO PRODUCTS | 182353801019890 | $42,752.56 | $18,378.86 |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
|---|---|---|---|---|
| | | **Allowed De Minimis Non-Opt-Out Claims** | | |
| 86. | RICHLINE GROUP, INC. | 182353801040663 | $34,626.11 | $14,885.39 |
| 87. | RICOH USA INC | 182353801040666 | $37,658.05 | $16,188.79 |
| 88. | RIVERWALK, INC | 182353801156114 | $39,867.96 | $17,138.81 |
| 89. | SDC DESIGNS LLC | 182353801020260 | $71,154.94 | $18,895.15 |
| 90. | SIERRA SELECT DISTRIBUTORS INC. | 182353801041145 | $7,967.00 | $3,424.93 |
| 91. | SIMON PROPERTY GROUP (TEXAS) LP | 182353801017776 | $5,777.54 | $2,483.70 |
| 92. | SIMON PROPERTY GROUP (TEXAS), L.P. | 182353801017705 | $9,014.57 | $3,875.27 |
| 93. | SIMON PROPERTY GROUP (TX) LP | 182353801018135 | $32,702.14 | $14,058.30 |
| 94. | SOUTH HILLS VILLAGE ASSOCIATES, L.P. | 182353801018545 | $17,465.23 | $7,508.11 |
| 95. | SPHEAR INVESTMENTS, LLC | 182353801018428 | $32,947.49 | $14,163.77 |
| 96. | SPS PORTFOLIO HOLDINGS II, LLC | 182353801013710 | $17,779.76 | $7,643.33 |
| 97. | SPT APPLIANCE INC | 182353801018954 | $42,289.87 | $18,179.97 |
| 98. | STORA ENSO NORTH AMERICA SALES INC | 182353801040757 | $21,398.10 | $9,198.81 |
| 99. | STOVE CREEK AUTO SALES & SERVICE LL | 182353801040761 | $21,200.00 | $9,113.65 |
| 100. | STROUD MALL LLC, BY ASSOCIATES MANAGEMENT, IN., ITS MANAGING AGENT | 182353801013632 | $20,037.74 | $8,614.01 |
| 101. | SUIZA DAIRY | 182353801020490 | $24,212.67 | $10,408.79 |
| 102. | T FAL WEAREVER | 182353801020564 | $23,929.25 | $10,286.93 |
| 103. | THE NATURE'S BOUNTY CO. (USA) | 182353801041297 | $30,051.84 | $12,918.96 |
| 104. | TONG LUNG METAL INDUSTRY CO LTD | 182353801017044 | $35,633.10 | $15,318.29 |
| 105. | TR WHOLESALE SOLUTIONS LLC | 182353801041461 | $21,838.49 | $9,388.13 |
| 106. | TRC MASTER FUND LLC AS TRANSFEREE OF AFFORDABLE SPRINKLERS INC. | 182353801039893 | $37,100.00 | $15,948.89 |
| 107. | TRC MASTER FUND LLC AS TRANSFEREE OF EAS ENTERPRISES | 182353801042126 | $36,100.00 | $15,519.00 |
| 108. | TRC MASTER FUND LLC AS TRANSFEREE OF FW PROPERTY MAINTENANCE | 182353801042327 | $31,107.80 | $13,372.91 |
| 109. | TREASURE COAST - JCP ASSOCIATES, LTD. | 182353801018143 | $36,818.05 | $15,827.68 |
| 110. | ULTIMATE LANDSCAPING | 182353801040839 182353801040840 | $22,880.00 | $9,835.87 |
| 111. | V.T.I. INC. | 182353801017046 | $29,955.00 | $12,877.34 |
| 112. | VILLAGE COMPANY LLC | 182353801021081 | $29,747.78 | $12,788.25 |
| 113. | VONWIN CAPITAL MANAGEMENT, L.P. AS TRANSFEREE OF NINGBO SPLENDID HOME TEXTILES CO., LTD | 182353801047274 | $29,700.00 | $12,767.71 |
| 114. | VOORTMAN COOKIES LIMITED | 182353801040872 | $28,480.49 | $12,243.45 |
| 115. | VOXX INTERNATIONAL CORPORATION | 182353801021114 | $30,283.98 | $13,018.75 |
| 116. | VPNA LLC | 182353801021117 | $22,916.34 | $9,851.49 |

| | Allowed De Minimis Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
| 117. | WANGARD PARTNERS, INC., AS AGENT OF UNISOURCE CENTERS, LLC, ET AL. | 182353801013656 | $33,810.59 | $14,534.81 |
| 118. | WERNER MEDIA PARTNERS LLC | 182353801041021 | $20,138.00 | $8,657.11 |
| 119. | WESTMOUNT PLAZA, LLC (FKA WESTMOUNT PLAZA ASSOCIATES) | 182353801013738 | $4,713.44 | $2,026.26 |
| 120. | WICKED COOL (HK) LIMITED | 182353801017828 | $19,405.76 | $8,342.33 |
| 121. | WILLIAM ROCHELLE | 182353801047348 | $23,226.09 | $9,984.64 |
| 122. | WIP INC | 182353801040907 | $34,360.00 | $14,770.99 |
| 123. | WOLF CORPORATION | 182353801021319 | $19,385.00 | $8,333.40 |
| 124. | XIAMEN WINTEX IMP & EXP CO LTD | 182353801017500 | $42,302.30 | $18,185.30 |
| 125. | ZING GLOBAL LIMITED | POC No. 12517 | $7,950.00 | $3,417.62 |
| Total: | | | $3,550,614.73 | $1,495,637.57 |

**<u>Exhibit E</u>**

**Disputed Claims**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Disputed Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Disputed Administrative Claim Amount | Addition to Disputed Claim Reserve | Cumulative Disputed Claim Reserve |
| 1. | ALMO DISTRIBUTING NEW YORK, INC | 182353801043220 | $35,139.00 | $4,564.18 | $7,484.61 |
| 2. | AUXO INTERNATIONAL LTD | 182353801013795 | $334,150.50 | $43,402.55 | $71,178.98 |
| 3. | BARI TEXTILE MILLS (PVT) LTD | 182353801013886 | $10,226.88 | $1,328.36 | $5,113.44 |
| 4. | CS GROUP INC | 182353801042771 | $2,527.33 | $328.27 | $1,263.67 |
| 5. | CYCLE FORCE GROUP LLC | 182353801016262 | $1,033.75 | $134.27 | $516.88 |
| 6. | DAKS INDIA INDUSTRIES PVT LTD | 182353801018017 | $38,180.70 | $4,959.26 | $19,090.35 |
| 7. | DORCY INTERNATIONAL, INC. | 182353801043390 | $675,349.02 | $87,720.56 | $143,668.44 |
| 8. | DORCY INTERNATIONAL, INC. | 182353801042112 | $26,699.92 | $3,468.03 | $5,679.93 |
| 9. | DURAFLAME INC | 182353801015814 | $12,331.44 | $1,601.72 | $6,165.72 |
| 10. | DYNASTY APPAREL CORP | 182353801015820 | $148,821.00 | $19,330.24 | $31,698.87 |
| 11. | EL VOCERO DE PUERTO RICO | 182353801015905 | $13,904.98 | $1,806.11 | $6,952.49 |
| 12. | ERIC JAY LTD | 182353801040197 | $48,093.80 | $6,246.87 | $24,046.90 |
| 13. | EXMART INTERNATIONAL PVT LTD | 182353801018022 | $30,087.40 | $3,908.03 | $15,043.70 |
| 14. | FASHION ACCENTS LLC | 182353801015457 | $18,439.00 | $2,395.03 | $9,219.50 |
| 15. | FEROZA GARMENTS LTD | 182353801013767 | $228,225.46 | $29,644.03 | $48,612.02 |
| 16. | FOX RUN LIMITED PARTNERSHIP (BRIXMOR PROPERTY GROUP, INC.) T/A FOX RUN SHOPPING CENTER, PRINCE FREDERICK, MD | 182353801043417 | $71,878.87 | $9,336.29 | $35,939.44 |
| 17. | FRIEND SMITH & CO INC | 182353801015564 | $29,722.93 | $3,860.69 | $6,330.99 |
| 18. | GS PORTFOLIO HOLDINGS LLC | 182353801013690 | $82,063.56 | $10,659.17 | $17,479.54 |
| 19. | HARMONY ENTERPRISES, INC | 182353801042800 | $19,347.66 | $2,513.05 | $4,121.05 |
| 20. | HARRIS PAINTS | 182353801042985 | $23,338.22 | $3,031.38 | $4,971.04 |
| 21. | HK SINO-THAI TRADING CO LTD | 182353801043014 | $148,718.62 | $19,316.95 | $74,359.31 |
| 22. | HKD GLOBAL LIMITED | 182353801041815 | $211,765.42 | $27,506.05 | $45,109.16 |
| 23. | HOLDSUN GROUP LIMITED | 182353801043016 | $111,489.36 | $14,481.27 | $23,748.88 |
| 24. | HSM (FAR EAST) CO LIMITED | 182353801039850 | $67,420.80 | $8,757.24 | $33,710.40 |
| 25. | IGOSEATING LIMITED | 182353801043077 | $39,041.78 | $5,071.11 | $8,315.90 |
| 26. | INNOCOR INC | 182353801043471 | $51,306.69 | $6,664.19 | $10,928.33 |
| 27. | JEFF SMITH BLDG & DEVELOPMENT INC | 182353801042008 | $81,125.00 | $10,537.26 | $17,279.62 |
| 28. | JOHNSON CONTROLS, INC. | 182353801018190 | $704,430.34 | $91,497.91 | $352,215.17 |
| 29. | JUMP DESIGN GROUP INC | 182353801014971 | $127,216.86 | $16,524.10 | $27,097.19 |
| 30. | K7 DESIGN GROUP | 182353801156168 | $50,265.00 | $6,528.88 | $25,132.50 |
| 31. | KLAMCO.ENT | 182353801040388 | $22,857.39 | $2,968.93 | $4,868.63 |
| 32. | KUMHO TIRES USA INC | 182353801040404 | $120,594.78 | $15,663.96 | $25,686.69 |
| 33. | LEE AND CO. LTD. | 182353801043185 | $67,702.75 | $8,793.86 | $14,402.56 |
| 34. | LONG CHARM TRADING LIMITED | 182353801017445 | $144,729.84 | $18,798.85 | $30,827.46 |
| 35. | M&S LANDSCAPING INC. | 182353801018193 | $276,297.70 | $35,888.09 | $58,777.40 |
| 36. | NANO STAR VENTUES LIMITED | 182353801043027 | $9,427.47 | $1,224.53 | $4,713.74 |
| 37. | NINGBO JADE SHOES CO LTD | 182353801017452 | $36,401.25 | $4,728.13 | $18,200.63 |
| 38. | OLYMPUS PEAK MASTER FUND LP AS TRANSFEREE OF CLEVA HONG KONG | 182353801040544 | $2,197,126.61 | $285,383.07 | $467,399.46 |
| 39. | ORACLE AMERICA, INC. | 182353801042597 | $1,357,312.71 | $176,300.30 | $678,656.36 |
| 40. | PACO (CHINA) GARMENT LTD | 182353801043153 | $230,970.87 | $30,000.63 | $115,485.44 |
| 41. | PRIZER PAINTER STOVE WORKS | 182353801040598 | $61,321.83 | $7,965.05 | $13,061.55 |
| 42. | PRUDENT INTERNATIONAL LTD | 182353801013785 | $24,945.60 | $3,240.16 | $5,313.41 |
| 43. | Puerto Rico Electric Power Authority | 182353801022793 | $530,672.70 | $68,928.67 | $265,336.35 |
| 44. | QUALITY HOUSE INT | 182353801039809 | $62,324.18 | $8,095.24 | $13,275.05 |
| 45. | RADIANT EXPORTS | 182353801017024 | $111,829.44 | $14,525.44 | $55,914.72 |
| 46. | REED AND PICK | 182353801017028 | $61,667.62 | $8,009.96 | $30,833.81 |
| 47. | REEDY MAINTENANCE AND REPAIRS | 182353801041506 | $640.00 | $83.13 | $320.00 |
| 48. | SHANDONG LAWRANCE TEXTILES CO LTD | 182353801017463 | $78,619.42 | $10,211.82 | $16,724.88 |
| 49. | SHANGHAI GISTON GARMENT CO LTD | 182353801017470 | $19,330.02 | $2,510.76 | $9,665.01 |
| 50. | STRONG PROGRESS GARMENT FACTORY COMPANY LIMITED | 182353801040763 | $386,905.02 | $50,254.79 | $82,410.77 |
| 51. | SUNNY DISTRIBUTOR INC | 182353801020517 | $5,479.10 | $711.68 | $2,739.55 |
| 52. | SUNNY JET TEXTILES CO, LTD | 182353801043098 | $285.43 | $37.07 | $142.72 |
| 53. | TA HSING ELECTRIC WIRE & CABLE | 182353801016999 | $161,977.80 | $21,039.17 | $80,988.90 |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Disputed Claims | | | | |
|---|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Disputed Administrative Claim Amount | Addition to Disputed Claim Reserve | Cumulative Disputed Claim Reserve |
| 54. | TANYA CREATIONS LLC | 182353801020586 | $60,450.98 | $7,851.93 | $30,225.49 |
| 55. | THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY | 182353801039876 | $903,837.17 | $117,398.71 | $451,918.59 |
| 56. | TOY2U MANUFACTORY COMPANY LIMITED | 182353801043069 | $140,264.48 | $18,218.84 | $29,876.33 |
| 57. | TREND HIVE PARTNERS (CHINA) LTD | 182353801017486 | $193,894.26 | $25,184.78 | $96,947.13 |
| 58. | TRIXXI CLOTHING COMPANY INC | 182353801020864 | $76,716.51 | $9,964.65 | $16,340.62 |
| 59. | WELLS FARGO BANK, N.A. | 182353801043480 | $28,020.15 | $3,639.52 | $14,010.08 |
| 60. | WICKED FASHIONS INC | 182353801021267 | $144,912.00 | $18,822.51 | $30,868.39 |
| 61. | WTS CONTRACTING CORP | 182353801040917 | $34,203.51 | $4,442.67 | $7,285.35 |
| 62. | YAT FUNG (MACAO COMM OFFSHORE) LTD | 182353801017502 | $44,606.25 | $5,793.87 | $9,501.14 |
| 63. | YONGKANG DACHENG IND & TRADE CO LTD | 182353801017503 | $130,500.00 | $16,950.54 | $27,796.50 |
| 64. | ZHEJIANG KATA TECHNOLOGY CO LTD | 182353801017508 | $412,033.20 | $53,518.67 | $87,763.07 |
| Total: | | | $11,581,199.33 | $1,504,273.02 | $3,880,751.71 |