**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.,

Case No.: __18-23538-RDD__

Chapter __11__

Debtor

---------------------------------------------------------------x

Sears, Roebuck and Co. and Kmart Holding Corporation,

Adversary Proceeding No.: __20-06388__

Plaintiff

v.

Hong Kong GreatStar International Company, Limited,

Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, __Kiah T. Ford IV__, request admission, ***pro hac vice***, before the Honorable __Robert D. Drain__, to represent __Hong Kong GreatStar International Company, Limited__, a __Defendant__ in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __North Carolina__ and, if applicable, the bar of the U.S. District Court for the __Western__ District of __North Carolina__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: __2/11/2022__

_____, New York

Kiah T. Ford IV
_____

*Mailing Address*:
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202

*E-mail address*: __chipford@parkerpoe.com__

*Telephone number*: (__704__) __372-9000__