**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  Sears Holdings Corporation, et al.,

                              Debtor

Case No.: 18-23538-RDD
Chapter 11

---------------------------------------------------------------x

Sears, Roebuck and Co. and Kmart Holding Corporation,
                              Plaintiff

v.

Hong Kong GreatStar International Company, Limited,
                              Defendant

Adversary Proceeding No.: 20-06388

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Kiah T. Ford IV, to be admitted, ***pro hac vice***, to represent Hong Kong GreatStar International Company, Limited, (the "Client") a Defendant in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of North Carolina and, if applicable, the bar of the U.S. District Court for the Western District of North Carolina, it is hereby

      **ORDERED**, that Kiah T. Ford IV, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE