AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**THIRTY-NINTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | December 1, 2021 through December 31, 2021 |
| Monthly Fees Incurred: | **$136,866.50** |
| 20% Holdback: | **$27,373.30** |
| Total Compensation Less 20% Holdback: | **$109,493.20** |
| Monthly Expenses Incurred: | **$4,351.22** |
| Total Fees and Expenses Requested: | **$113,844.42** |

This is a __x_ monthly ____interim ____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official

Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation

and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits

this statement of fees and disbursements (the "Thirty-Ninth Monthly Fee Statement") covering

the period from December 1, 2021 through and including December 31, 2021 (the

"Compensation Period") in accordance with the *Order Authorizing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation

Order") [ECF No. 796]. By the Thirty-Ninth Monthly Fee Statement, and after taking into

account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance

---

[2] The total amount sought for fees and expenses ($141,217.72) reflects voluntary reductions for the Compensation Period of $37,250.00 in fees and $1,991.32 in expenses.

and payment of compensation in the amount of $109,493.20 (80% of $136,866.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $4,351.22 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

3

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Thirty-Ninth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

Objections to this Thirty-Ninth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **March 1, 2022** (the

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Thirty-Ninth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Thirty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Ninth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
February 14, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/    Ira S. Dizengoff*
  Ira S. Dizengoff
  Philip C. Dublin
  Sara L. Brauner
  One Bryant Park
  New York, New York 10036
  Telephone: (212) 872-1000
  Facsimile: (212) 872-1002
  Email: idizengoff@akingump.com
    pdublin@akingump.com
    sbrauner@akingump.com

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings*
*Corporation, et al.*

**<u>Exhibit A</u>**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,265.00 | 21.50 | 27,197.50 |
| Dean Chapman | Litigation | 2009 | 1,265.00 | 14.50 | 18,342.50 |
| David Zensky | Litigation | 1988 | 1,655.00 | 4.20 | 6,951.00 |
| **Total Partner** | | | | **40.20** | **52,491.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 980.00 | 9.10 | 8,918.00 |
| Joseph Szydlo | Financial Restructuring | 2019 | 810.00 | 11.10 | 8,991.00 |
| Sean Nolan | Litigation | 2018 | 855.00 | 12.30 | 10,516.50 |
| Russell Collins | Staff Attorney | 1998 | 500.00 | 111.90 | 55,950.00 |
| **Total Associates** | | | | **144.40** | **84,375.50** |
| **Total Hours / Fees Requested** | | | | **184.60** | **136,866.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,305.75 | 40.20 | 52,491.00 |
| Associates | 584.32 | 156.30 | 91,665.50 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 741.42 | | |
| **Total Fees Incurred** | | **184.60** | **136,866.50** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 20.00 | 19,120.50 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 0.50 | 490.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 0.40 | 392.00 |
| 8 | Hearings and Court Matters/Court Preparation | 3.10 | 3,000.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 23.60 | 30,559.00 |
| 12 | General Claims Analysis/Claims Objection | 1.20 | 1,518.00 |
| 20 | Jointly Asserted Causes of Action | 133.60 | 79,504.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.20 | 2,282.50 |
| | **TOTAL:** | **184.60** | **136,866.50** |

**Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | | |
|---|---|---|
| Invoice Number | 1974210 |
| Invoice Date | 02/11/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 20.00 | $19,120.50 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 0.50 | $490.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 0.40 | $392.00 |
| 008 | Hearings and Court Matters/Court Preparation | 3.10 | $3,000.00 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 23.60 | $30,559.00 |
| 012 | General Claims Analysis/Claims Objections | 1.20 | $1,518.00 |
| 020 | Jointly Asserted Causes of Action | 133.60 | $79,504.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.20 | $2,282.50 |
| | TOTAL | 184.60 | $136,866.50 |

SEARS CREDITORS COMMITTEE                                                                          Page 2
Bill Number: 1974210                                                                                02/11/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/01/21 | JES | 003 | Draft fee application (2.0); review fee statements in connection with same (.2). | 2.20 |
| 12/02/21 | ZDL | 003 | Revise rate change notice for Sears (.2); revise interim fee application (.9). | 1.10 |
| 12/02/21 | SMN | 003 | Draft sections of litigation insert for Sears's fee application. | 0.80 |
| 12/06/21 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines in connection with preparation of fee statement (.5); correspondence with Z. Lanier and J. Szydlo re same (.2). | 0.70 |
| 12/06/21 | ZDL | 003 | Revise fee application (.7); correspond with S. Brauner and J. Szydlo re invoice (.2). | 0.90 |
| 12/06/21 | JES | 003 | Draft sections of fee application (1.1); correspond with S. Brauner and Z. Lanier re invoice (.2); revise fee statement (.5); correspond with accounting team re same (.3). | 2.10 |
| 12/07/21 | ZDL | 003 | Prepare fee statement (.6); revise fee application (1.9); correspond with J. Szydlo re same (.2). | 2.70 |
| 12/07/21 | JES | 003 | Revise fee application (1.5); correspond with Z. Lanier re same (.2); correspond with accounting team re same (.2). | 1.90 |
| 12/08/21 | SLB | 003 | Review and revise fee application (.8); correspondence with Z. Lanier re same (.3). | 1.10 |
| 12/08/21 | ZDL | 003 | Revise fee application (1.5); review underlying fee statements and time reports (1.1); correspond with S. Brauner re same (.3). | 2.90 |
| 12/13/21 | SLB | 003 | Review revised fee application (.4); correspondence with UCC chair re same (.4). | 0.80 |
| 12/16/21 | SLB | 003 | Review final fee application (.3); correspondence with J. Szydlo re same (.2). | 0.50 |
| 12/16/21 | JES | 003 | Review invoices for privilege and confidentiality (.7); correspond with S. Brauner re fee application (.2); correspond with M3 re invoices (.1). | 1.00 |
| 12/21/21 | SLB | 003 | Correspondence with J. Szydlo re rate increase notice (.2); review and revise same (.2). | 0.40 |
| 12/21/21 | JES | 003 | Correspond with S. Brauner re notice of annual rate change (.2); revise declaration re same (.2); coordinate filing of same (.2); review precedent re same (.3). | 0.90 |
| 12/14/21 | ZDL | 004 | Review FTI (.3) and Herrick (.2) fee applications. | 0.50 |
| 12/21/21 | ZDL | 007 | Call with creditor regarding claim status. | 0.40 |
| 12/02/21 | SLB | 008 | Draft correspondence to members of FR team (.2) and J. Sorkin (.1) re upcoming hearing; review agenda for same (.1). | 0.40 |
| 12/03/21 | SLB | 008 | Prepare for (.1) and attend (.2) hearing; review summary of same (.1). | 0.40 |
| 12/03/21 | ZDL | 008 | Attend hearing on EDA settlement. | 0.20 |
| 12/03/21 | JES | 008 | Prepare materials in advance of hearing re EDA litigation (.4); draft correspond to S. Brauner re same (.1). | 0.50 |
| 12/13/21 | SLB | 008 | Draft correspondence to J. Szydlo re upcoming hearing. | 0.20 |
| 12/14/21 | JES | 008 | Telephonically attend hearing on preference action (1.1); summarize same for Akin FR team (.3). | 1.40 |
| 12/01/21 | DMZ | 010 | Correspond with S. Brauner re litigation financing updates. | 0.10 |
| 12/01/21 | SLB | 010 | Correspond with D. Zensky re financing issues (.1); draft correspondence to I. Dizengoff re same (.5); correspondence with Admin Claimant Rep re same (.5). | 1.10 |
| 12/02/21 | DLC | 010 | Review correspondence with administrative creditors re litigation funding (.1); confer with S. Brauner re same (.1). | 0.20 |
| 12/02/21 | SLB | 010 | Analyze open issues re lit. funding (.4); confer with D. Chapman re same (.1). | 0.50 |
| 12/03/21 | SLB | 010 | Confer with D. Chapman re lit. funding (.3); confer with third party re same (.3); analyze issue re same (.3). | 0.90 |

SEARS CREDITORS COMMITTEE
Bill Number: 1974210

Page 3
02/11/22

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 12/06/21 | SLB | 010 | Review correspondence from third party re litigation funding. | 0.40 |
| 12/08/21 | DMZ | 010 | Correspond with admin claims rep. re  funding issues (.1) prepare for (1.1) and attend (.8) call with admin claims rep re same. | 2.00 |
| 12/08/21 | SLB | 010 | Prepare for (.5) and participate on (.8) call with Admin Rep re financing issues; draft correspondence to R. Schrock and G. Fail re same (.4); draft correspondence to members of FR and Lit teams re same (.5). | 2.20 |
| 12/09/21 | DLC | 010 | Review analysis re litigation funding issues (1.3); review materials in connection with same (.8); participate in same (1.3); confer with admin creditors re litigation funding issues (.5); correspond with S. Brauner re same (.3). | 4.20 |
| 12/09/21 | SLB | 010 | Analyze open financing issues (.4); correspond with D. Chapman re same (.3); confer with G. Fail (Weil) re same (.5). | 1.20 |
| 12/14/21 | SLB | 010 | Review and analyze comments to term sheet from Admin Rep (1.1); draft correspondence to I. Dizengoff re same (.2). | 1.30 |
| 12/15/21 | SLB | 010 | Draft correspondence to I. Dizengoff re financing issues and related Admin inquiries (.3); analyze same (.2). | 0.50 |
| 12/17/21 | DLC | 010 | Participate in call with administrative creditors and members of Akin team re litigation funding. | 0.70 |
| 12/17/21 | SLB | 010 | Prepare for (.5) and attend (.7) call with Admin Rep and members of Akin team re financing issues; analyze issues re same (.6). | 1.80 |
| 12/22/21 | DLC | 010 | Review correspondence re litigation financing (.1); draft email to S. Brauner re same (.2). | 0.30 |
| 12/24/21 | SLB | 010 | Correspondence with Admin claimants re financing issues (.2); analyze issues re same (.2). | 0.40 |
| 12/28/21 | DLC | 010 | Review correspondence from third party re lit. funding (.2); participate in call with third party re same (.2); call with S. Brauner and Admin. Rep. re financing issues (.4). | 0.80 |
| 12/28/21 | SLB | 010 | Participate on call with D. Chapman and Admin Claimant re financing issues (.4); prepare analysis re same (1.2); draft correspondence to I. Dizengoff re same (.3). | 1.90 |
| 12/28/21 | ZDL | 010 | Review update regarding litigation financing. | 0.40 |
| 12/29/21 | DLC | 010 | Review and respond to emails with S. Brauner concerning litigation funding. | 0.20 |
| 12/29/21 | SLB | 010 | Draft update to members of FR and Lit teams re lit. funding (.6); correspondence with counsel to Admin Rep re same (.1); draft analysis re same (.7); correspondence with D. Chapman re same (.2). | 1.60 |
| 12/30/21 | SLB | 010 | Confer with counsel to Admin Rep re financing and related issues (.6); draft internal update correspondence to members of FR and Lit teams re same (.3). | 0.90 |
| 12/01/21 | SLB | 012 | Correspondence with Weil re claims settlement issues (.4); review and comment on agreement re same (.4). | 0.80 |
| 12/16/21 | SLB | 012 | Review revised claims settlement agreement (.3); correspondence with J. Brooks Crozier (Weil) re same (.1). | 0.40 |
| 12/01/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 12/01/21 | SMN | 020 | Review correspondence from counsel to defendant re insurance proceeds paid out for legal fees (.1); update tracker re same (.2). | 0.30 |
| 12/02/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.60 |
| 12/02/21 | DLC | 020 | Prepare for (.2) and participate in (.5) call with expert re letter agreement; comment on same (.4); correspond with Herrick re same (.2). | 1.30 |
| 12/03/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 8.00 |
| 12/03/21 | DLC | 020 | Review correspondence with litigation support vendors re document questions (.3); confer with S. Nolan re expert letter agreement (.3); confer with C. Carty (Herrick) re preference action release (.2). | 0.80 |
| 12/03/21 | SMN | 020 | Review letter agreement with expert group (.2); confer with D. Chapman | 0.50 |

SEARS CREDITORS COMMITTEE

Bill Number: 1974210

Page 4

02/11/22

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| | | | re same (.3). | |
| 12/06/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.30 |
| 12/07/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.00 |
| 12/07/21 | SMN | 020 | Conduct legal research re issues related to insurance proceeds available to defendants (.7); review insurance policy language related to same (.4); draft correspondence to D. Chapman re same (.2). | 1.30 |
| 12/08/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 12/08/21 | SMN | 020 | Conduct legal research re insurer settlement issues (1.5); review insurance policies re same (.7); call with D. Chapman re expert agreement (.2). | 2.40 |
| 12/09/21 | DMZ | 020 | Review analysis of open issues in connection with Adversary Proceeding. | 1.60 |
| 12/09/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 12/09/21 | DLC | 020 | Correspond with third party re open discovery issues (.1); review revisions to expert letter agreement (.2). | 0.30 |
| 12/09/21 | SMN | 020 | Review additional insurance policies covering D&O defendants (.4). | 0.40 |
| 12/10/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.40 |
| 12/10/21 | DLC | 020 | Revise expert letter agreement (.4); finalize same (.1). | 0.50 |
| 12/10/21 | SMN | 020 | Draft letter to defendants re allocation of insurance proceeds advanced by D&O insurers (1.8); conduct legal research for same (.7); draft correspondence to D. Zensky and D. Chapman re same (.3). | 2.80 |
| 12/11/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 2.20 |
| 12/13/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.50 |
| 12/13/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.80 |
| 12/14/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.90 |
| 12/15/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 6.60 |
| 12/16/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.90 |
| 12/16/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.30 |
| 12/17/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.70 |
| 12/20/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.20 |
| 12/20/21 | DLC | 020 | Draft correspondence to opposing counsel re document production (1.3); correspond with third parties re same (.4); revise draft letter re insurance issues (.7); review research analysis re open insurance issues (.5); comment on same (.4). | 3.30 |
| 12/20/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.3); review insurance policies relevant to same (.6). | 0.90 |
| 12/21/21 | DMZ | 020 | Review analysis re insurance/D&O issues (.2); draft correspondence to defendants' counsel re same (.1). | 0.30 |
| 12/21/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.10 |
| 12/21/21 | DLC | 020 | Draft correspondence to J. Kulikowski re discovery requests (.5); review discovery materials in connection with same (.5); amend letter to defendants' counsel re same (.4); correspond with S. Nolan re insurance issues (.2). | 1.60 |
| 12/21/21 | SMN | 020 | Update letter to defendants re D&O insurance (.1); review documents | 0.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 1974210

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | for same (.2); correspond with D. Chapman re same (.2). | |
| 12/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (4.8); confer with D. Chapman re open discovery issues (.3). | 5.10 |
| 12/22/21 | DLC | 020 | Confer with R. Collins re: discovery issues. | 0.30 |
| 12/22/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.3); revise draft letter to defendants re D&O insurance (.6). | 0.90 |
| 12/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.50 |
| 12/27/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.40 |
| 12/28/21 | DMZ | 020 | Revise letter to defendants re insurance allocation. | 0.20 |
| 12/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.30 |
| 12/29/21 | SMN | 020 | Revise draft letter to defendants re D&O insurance coverage. | 0.40 |
| 12/31/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.50 |
| 12/27/21 | SLB | 022 | Analyze open issues re effective date (.4); draft update correspondence to D. Chapman and Z. Lanier re same (.2). | 0.60 |
| 12/30/21 | SLB | 022 | Analyze issue re confirmation order (.3); correspondence with J. Szydlo re same (.2). | 0.50 |
| 12/30/21 | JES | 022 | Review Plan and Confirmation order re litigation funding and cash reserves (.9); correspond with S. Brauner re same (.2). | 1.10 |

Total Hours    184.60

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M  ZENSKY | 4.20 | at | $1655.00 | = | $6,951.00 |
| D L  CHAPMAN | 14.50 | at | $1265.00 | = | $18,342.50 |
| S L  BRAUNER | 21.50 | at | $1265.00 | = | $27,197.50 |
| Z D  LANIER | 9.10 | at | $980.00 | = | $8,918.00 |
| S M  NOLAN | 12.30 | at | $855.00 | = | $10,516.50 |
| J E  SZYDLO | 11.10 | at | $810.00 | = | $8,991.00 |
| R J  COLLINS | 111.90 | at | $500.00 | = | $55,950.00 |

Current Fees    $136,866.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,271.18 |
| Computerized Legal Research - Other | $354.27 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $509.46 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,186.31 |
| Transcripts | $30.00 |

Current Expenses    $4,351.22

| Date | | Value |
|------|---|-------|
| 12/01/21 | Computerized Legal Research - Westlaw | $22.39 |

**Exhibit D**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 1,271.18 |
| Computerized Legal Research – Other | 354.27 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,186.31 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 509.46 |
| Transcripts | 30.00 |
| **TOTAL:** | **4,351.22** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE
Bill Number: 1974210

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | for same (.2); correspond with D. Chapman re same (.2). | |
| 12/22/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (4.8); confer with D. Chapman re open discovery issues (.3). | 5.10 |
| 12/22/21 | DLC | 020 | Confer with R. Collins re: discovery issues. | 0.30 |
| 12/22/21 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing (.3); revise draft letter to defendants re D&O insurance (.6). | 0.90 |
| 12/23/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.50 |
| 12/27/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 4.40 |
| 12/28/21 | DMZ | 020 | Revise letter to defendants re insurance allocation. | 0.20 |
| 12/28/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 5.30 |
| 12/29/21 | SMN | 020 | Revise draft letter to defendants re D&O insurance coverage. | 0.40 |
| 12/31/21 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding. | 3.50 |
| 12/27/21 | SLB | 022 | Analyze open issues re effective date (.4); draft update correspondence to D. Chapman and Z. Lanier re same (.2). | 0.60 |
| 12/30/21 | SLB | 022 | Analyze issue re confirmation order (.3); correspondence with J. Szydlo re same (.2). | 0.50 |
| 12/30/21 | JES | 022 | Review Plan and Confirmation order re litigation funding and cash reserves (.9); correspond with S. Brauner re same (.2). | 1.10 |

Total Hours      184.60

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 4.20 | at | $1655.00 | = | $6,951.00 |
| D L CHAPMAN | 14.50 | at | $1265.00 | = | $18,342.50 |
| S L BRAUNER | 21.50 | at | $1265.00 | = | $27,197.50 |
| Z D LANIER | 9.10 | at | $980.00 | = | $8,918.00 |
| S M NOLAN | 12.30 | at | $855.00 | = | $10,516.50 |
| J E SZYDLO | 11.10 | at | $810.00 | = | $8,991.00 |
| R J COLLINS | 111.90 | at | $500.00 | = | $55,950.00 |

Current Fees      $136,866.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,271.18 |
| Computerized Legal Research - Other | $354.27 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $509.46 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,186.31 |
| Transcripts | $30.00 |

Current Expenses      $4,351.22

| Date | | Value |
|------|---|-------|
| 12/01/21 | Computerized Legal Research - Westlaw | $22.39 |

| | | |
|---|---|---:|
| | - in contract 30% discount  User:<br>ACKER-RAMIREZ REFUGIO Date:<br>12/1/2021 AcctNumber: 1003389479<br>ConnectTime: 0.0 | |
| 12/01/21 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User: YEN<br>DORIS Date: 12/1/2021 AcctNumber:<br>1003389479 ConnectTime: 0.0 | $82.08 |
| 12/01/21 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User: YEN<br>DORIS Date: 12/1/2021 AcctNumber:<br>1003389479 ConnectTime: 0.0 | $7.46 |
| 12/01/21 | Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS;<br>Quantity: 4.0 | $22.16 |
| 12/02/21 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User:<br>LIBRARY AKIN Date: 12/2/2021<br>AcctNumber: 1000309084 ConnectTime:<br>0.0 | $52.23 |
| 12/02/21 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User: YEN<br>DORIS Date: 12/2/2021 AcctNumber:<br>1003389479 ConnectTime: 0.0 | $52.23 |
| 12/02/21 | Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS;<br>Quantity: 4.0 | $22.16 |
| 12/03/21 | Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS;<br>Quantity: 4.0 | $22.14 |
| 12/06/21 | Transcripts  VENDOR: VERITEXT<br>INVOICE#: 5438789 DATE: 12/6/2021<br>Transcriber fee for transcript of<br>December 3, 2021 hearing. | $30.00 |
| 12/06/21 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User:<br>LIBRARY AKIN Date: 12/6/2021<br>AcctNumber: 1000309084 ConnectTime:<br>0.0 | $164.16 |
| 12/06/21 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User:<br>ACKER-RAMIREZ REFUGIO Date:<br>12/6/2021 AcctNumber: 1003389479<br>ConnectTime: 0.0 | $29.85 |
| 12/06/21 | Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS; | $22.14 |

SEARS CREDITORS COMMITTEE                                                         Page 7
Bill Number: 1974210                                                             02/11/22

---

|          |                                                                    |           |
|----------|--------------------------------------------------------------------|-----------|
|          | Quantity: 4.0                                                      |           |
| 12/07/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/7/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 12/07/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $149.55 |
| 12/07/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 12/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 12/08/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/8/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 12/08/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 13.0 | $972.08 |
| 12/08/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/9/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 12/09/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/9/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 12/09/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/10/21 | Computerized Legal Research - Lexis - in contract 30% discount  Service: | $149.55 |

|  |  |  |
|---|---|---|
|  | SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 2.0 |  |
| 12/10/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/13/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 12/13/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/13/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 12/13/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/14/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/14/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 12/14/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 12/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 12/15/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/15/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 12/15/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 12/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/16/2021 | $52.23 |

|          |                                                                                                                                                         |          |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | AcctNumber: 1000309084 ConnectTime: 0.0                                                                                                                  |          |
| 12/16/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/16/2021 AcctNumber: 1003389479 ConnectTime: 0.0                | $52.23   |
| 12/16/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14   |
| 12/17/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14   |
| 12/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/20/2021 AcctNumber: 1000309084 ConnectTime: 0.0            | $164.16  |
| 12/20/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/20/2021 AcctNumber: 1003389479 ConnectTime: 0.0   | $29.85   |
| 12/20/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16   |
| 12/21/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/21/2021 AcctNumber: 1003389479 ConnectTime: 0.0   | $82.08   |
| 12/21/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16   |
| 12/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0   | $22.39   |
| 12/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0               | $82.08   |
| 12/22/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/22/2021 AcctNumber: 1003389479 ConnectTime: 0.0               | $7.46    |

SEARS CREDITORS COMMITTEE
Bill Number: 1974210

| | | |
|---|---|---|
| 12/22/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/23/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 12/23/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/23/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 12/23/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/24/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/27/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/27/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 12/27/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/27/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 12/28/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/28/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/28/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 12/29/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: | $22.16 |

| | | |
|---|---|---|
| | OTHER FREQUENCY TRACKS; Quantity: 4.0 | |
| 12/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 12/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 12/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 12/29/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/29/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 12/30/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 12/30/2021 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 12/30/21 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/30/2021 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 12/31/21 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 12/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2112 DATE: 12/31/2021 - Document retrieval in various courts | $59.06 |
| 12/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2112 DATE: 12/31/2021 - Document retrieval in various courts | $118.13 |
| 12/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2112 DATE: 12/31/2021 - Document retrieval in various courts | $43.82 |
| 12/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2112 DATE: 12/31/2021 - Document retrieval in various courts | $16.00 |
| 12/31/21 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC | $16.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 1974210

|  |  |  |  |
|---|---|---|---|
|  | INVOICE#: 328396-2112 DATE: 12/31/2021 |  |  |
|  | - Document retrieval in various courts |  |  |
| 12/31/21 | Computerized Legal Research - Other | $50.63 |  |
|  | VENDOR: COURTALERT.COM, INC |  |  |
|  | INVOICE#: 328396-2112 DATE: 12/31/2021 |  |  |
|  | - Document retrieval in various courts |  |  |
| 12/31/21 | Computerized Legal Research - Other | $50.63 |  |
|  | VENDOR: COURTALERT.COM, INC |  |  |
|  | INVOICE#: 328396-2112 DATE: 12/31/2021 |  |  |
|  | - Document retrieval in various courts |  |  |

| Current Expenses | $4,351.22 |
|---|---|

| **Total Amount of This Invoice** | **$141,217.72** |
|---|---|
| **Prior Balance Due** | $7,980,395.30 |
| **Total Balance Due Upon Receipt** | $8,121,613.02 |