**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:  Sears Holdings Corporation, et al.,

Case No.:  18-23538-RDD

Chapter  11

                              Debtor

-------------------------------------------------------------x

Sears, Roebuck and Co. and Kmart Holding
Corporation,

Adversary Proceeding No.:  20-06388

                             Plaintiff

v.

Hong Kong GreatStar International Company,
Limited,

                             Defendant

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Kiah T. Ford IV  to be admitted, *pro hac vice*, to represent  Hong Kong GreatStar International Company, Limited  (the "Client") a  Defendant  in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  North Carolina  and the bar of the U.S. District Court for the  Western  District of  North Carolina , it is hereby

**ORDERED**, that  Kiah T. Ford IV , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  February 14, 2022
         White Plains, New York

*/s/Robert D. Drain*

UNITED STATES BANKRUPTCY JUDGE