# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re | Chapter 11 |
| **Sears Holdings Corporation, et al.,** | **Case No. 18-23538** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **VonWin Capital Management, L.P.** a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and requests that service of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

| **OLD ADDRESS** | **NEW ADDRESS** |
|---|---|
| VonWin Capital Management, L.P. | VonWin Capital Management, L.P. |
| 261 Fifth Avenue, 22nd Floor | 80 West 40th Street, 3rd Floor |
| New York, NY 10016 | Suite 33 |
| | New York, NY 10018 |

Dated: 02/14/2022

Respectfully submitted,

/s/ Roger Von Spiegel
By:   Roger Von Spiegel
Title: Managing Member