**DLA PIPER LLP (US)**
Richard A. Chesley
R. Craig Martin
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel to Transform Holdco LLC*

Hearing Date: Feb. 24, 2022 at 10:00 a.m. ET
Objection Deadline: Feb. 14, 2022 at 11:00 a.m. ET

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| | **Rel. ECF Nos. 10194, 10289 & 10298** |

**NOTICE OF HEARING ON SCHEDULING ORDER FOR
TRANSFORM HOLDCO LLC'S MOTION TO ENFORCE THE ORDER
(I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LEASE WITH
MOAC MALL HOLDINGS LLC AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on February 9, 2022, Transform Holdco LLC ("Transform") filed a *Notice of Presentment of Scheduling Order for Transform Holdco LLC's Motion to Enforce the Order (I) Authorizing Assumption and Assignment of Lease with MOAC Mall Holdings LLC and (II) Granting Related Relief* [ECF No. 10289] (the "Notice of Presentment") with the Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE FURTHER TAKE NOTICE** that on February 14, 2022, MOAC Mall Holdings LLC ("MOAC") filed an objection to the Notice of Presentment [ECF No. 10298] with the Court.

**PLEASE FURTHER TAKE NOTICE** that a hearing on entry of the proposed scheduling order is to be held before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, NY 10601, on **February 24, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein or at https://restructuring.primeclerk.com/sears/Home-DocketInfo free of charge.

| | |
|---|---|
| Dated: New York, New York<br>February 14, 2022 | Respectfully submitted,<br><br>**DLA Piper LLP (US)**<br>1251 Avenue of the Americas**,** 27th Floor<br>New York, NY 10020-1104<br>Phone: (212) 335-4500<br>Fax: (212) 335-4501<br><br>By*:   /s/  Rachel Ehrlich Albanese*<br>   Richard A. Chesley<br>   R. Craig Martin<br>   Rachel Ehrlich Albanese<br><br>*Counsel to Transform Holdco LLC* |

2