**DLA PIPER LLP (US)**
Richard A. Chesley
R. Craig Martin
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel to Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Rachel Ehrlich Albanese, certify that on February 14, 2022, I caused a true and correct copy of the *Notice of Hearing on Scheduling Order for Transform Holdco LLC's Motion to Enforce the Order (I) Authorizing Assumption and Assignment of Lease with MOAC Mall Holdings LLC and (II) Granting Related Relief* (ECF No. 10305) to be served on the parties listed on the attached Service List via the method indicated.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

EAST\188329396.1

Dated: February 14, 2022  
New York, NY

    /s/ Rachel Ehrlich Albanese  
DLA PIPER LLP (US)  
1251 Avenue of the Americas, 27th Floor  
New York, NY 10020-1104  
Telephone: (212) 335-4500  
Richard A. Chesley  
Rachel Ehrlich Albanese  
R. Craig Martin

*Attorneys for Transform Holdco LLC*

**SERVICE LIST**

| **Via Hand Delivery** | **Via First-Class Mail** |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 | Sears Holdings Corporation<br>Attn: Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br><br>*The Debtors* |
| **Via E-Mail and First-Class Mail** | **Via E-Mail and First-Class Mail** |
| Office of the United States Trustee for Region 2<br>Attn: Richard C. Morrissey, Esq.<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Email: richard.morrissey@usdoj.gov | Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: ray.schrock@weil.com<br>      jacqueline.marcus@weil.com;<br>      garrett.fail@weil.com<br>      sunny.singh@weil.com<br><br>*Attorneys for the Debtors* |
| **Via E-Mail and First-Class Mail** | **Via E-Mail and First-Class Mail** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>4 Times Square<br>New York, NY 10036<br>Email: paul.leake@skadden.com<br>      shana.elberg@skadden.com<br><br>*Attorneys for Bank of America, N.A., Administrative Agent Under the First Lien Credit Facility and the DIP ABL Agent* | Davis Polk & Wardell LLP<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: marshall.huebner@davispolk.com<br>      eli.vonnegut@davispolk.com<br><br>*Attorneys for Citibank, N.A., as Administrative Agent Under the Stand-Alone L/C Facility* |

**Via E-Mail and First-Class Mail**
Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006
Email: soneal@cgsh.com

*Attorneys for JPP, LLC, as Agent Under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

**Via E-Mail and First-Class Mail**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
101 Park Avenue
New York, NY 10178
Email: ewilson@kelleydrye.com
       bfeder@kelleydrye.com

*Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

**Via E-Mail and First-Class Mail**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018
Email: emfox@seyfarth.com

*Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

**Via E-Mail and First-Class Mail**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015
Email: gadsden@clm.com

*Attorneys for the Bank of New York Mellon Trust Company, as Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

**Via E-Mail and First-Class Mail**
Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606
Email: braynor@lockelord.com

*Attorneys for the Pension Benefit Guaranty Corporation*

**Via E-Mail and First-Class Mail**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036
Email: pdublin@akingump.com
       idizengoff@akingump.com
       sbrauner@akingump.com

*Attorneys for the Official Committee of Unsecured Creditors*

**Via E-Mail and First-Class Mail**
Allen Matkins Leck Gamble Mallory & Natsis LLP
Attn: Ivan M. Gold, Esq.
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Email: igold@allenmatkins.com

*Attorneys for Weingarten Realty Investors, LBA Realty LLC and Graziadio Investment Company*

**Via E-Mail and First-Class Mail**
Kelley Drye & Warren LLP
Attn: Robert L. LeHane, Esq.
Maeghan J. McLoughlin, Esq.
101 Park Avenue
New York, NY 10178
Email: rlehane@kelleydrye.com
       mmcloughlin@kelleydrye.com

*Attorneys for Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT, Inc., Gray Enterprises, LP, Graziadio Investment Company, Gregory Greenfield & Associates, Ltd., LBA Realty LLC, LF2 Rock Creek, LP, Nassimi Realty LLC, Realty Income Corp., Regency Centers Corp., Site Centers Corp., Spigel Properties, The Woodmont Company, and Weingarten Realty Investors*

**Via Email and First-Class Mail**
Faegre Drinker
Attn: Christopher Harayda, Esq.
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Email: cj.harayda@faegredrinker.com

*Attorneys for Target Corporation*

**Via Email and First-Class Mail**
Larkin Hoffman Daly & Lindgren, Ltd.
Attn: Thomas J. Flynn, Esq.
Gregory S. Otsuka, Esq.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
Email: tflynn@larkinhoffman.com
Email: gotsuka@larkinhoffman.com

*Attorneys for MOAC Mall Holdings LLC*

**Via Email and First-Class Mail**
Patterson Belknap Webb & Tyler LLP
Attn: David W. Dykhouse, Esq.
1133 Avenue of the Americas
New York, New York 10036-6710
Email: dwdykhouse@pbwt.com

*Attorneys for MOAC Mall Holdings LLC*