**Exhibit 1**

**Disputed Claims**

WEIL:\98078690\1\73217.0004

**Debtors' Forty-Fifth Omnibus Objection to Proofs of Claim**  
**Exhibit 1 – Disputed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | | Schedule of Claims to be Reclassified | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Claim Status | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reclassification (a) |
| 1. | City of Lakewood Colorado - Revenue Division | 20096 | Asserted | | | | $56,143.87 | $14,282.80 | $70,426.67 | (i) |
| | | | Surviving | | | | $51,039.88 | $19,386.79 | $70,426.67 | |
| 2. | City of Lakewood Colorado - Revenue Division | 20097 | Asserted | | | | $36,589.90 | $9,144.91 | $45,734.81 | (i) |
| | | | Surviving | | | | $33,263.55 | $12,471.26 | $45,734.81 | |
| 3. | City of Lakewood Colorado - Revenue Division | 20098 | Asserted | | | | $10,546.72 | $3,977.79 | $14,524.51 | (i) |
| | | | Surviving | | | | $9,345.11 | $5,179.40 | $14,524.51 | |
| 4. | City of Thornton and Use Tax Division | 20277 | Asserted | | | $48,872.23 | | | $48,872.23 | (i) (ii) |
| | | | Surviving | | | $0.00 | $38,757.93 | $10,114.30 | $48,872.23 | |
| 5. | City of Thornton Sales and Use Tax Division | 20275 | Asserted | | | $20,606.04 | | | $20,606.04 | (i) (ii) |
| | | | Surviving | | | $0.00 | $16,426.27 | $4,179.77 | $20,606.04 | |
| 6. | NJ Dept of Labor, Div. Employer Accounts | 26516 | Asserted | | | $54,114.66 | | | $54,114.66 | (i) (ii) |
| | | | Surviving | | | $0.00 | $2,902.69 | $51,211.97 | $54,114.66 | |
| 7. | WA Department of Revenue | 5826 | Asserted | | | | $1,601.35 | $373.95 | $1,975.30 | (i) |
| | | | Surviving | | | | $982.92 | $992.38 | $1,975.30 | |

(a)   Corresponding reasons, as addressed in paragraph 10 of the Objection, are as follows:
  (i)   The Debtors' books and records do not support any entitlement to secured or priority status.
  (ii)  The Debtors' books and records do not support any entitlement to secured status.