# Exhibit A

## Disallowed and Expunged Claims (in part)

| Debtors' Forty-Fourth Omnibus Objection to Claims and Ballots | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit A – Disallowed Claims (in part) | | | | | | | | | |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Schedule of Claims to be Disallowed ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Claim Status | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction (a) |
| 1. | NM Taxation & Revenue Department | 8594 | Asserted |  |  |  | $8,967.62 | $1,864.89 | $10,832.51 | (i) |
|  |  |  | Surviving |  |  |  | $31.42 | $1,864.89 | $1,896.31 |  |
| 2. | Ohio Department of Taxation | 20343 | Asserted |  |  |  | $52,705.27 | $7,337.22 | $60,042.49 | (i) |
|  |  |  | Surviving |  |  |  | $41,277.78 | $7,337.22 | $48,615.00 |  |
| 3. | Pennsylvania Department of Revenue | 20016 | Asserted |  |  | $1,908.73 | $1,163,654.52 | $51,528.50 | $1,217,091.75 | (ii) |
|  |  |  | Surviving |  |  | $1,877.23 | $1,163,654.52 | $51,528.50 | $1,217,060.25 |  |
| 4. | State of Nevada Department of Taxation | 8695 | Asserted |  |  |  | $227,339.14 | $20,174.47 | $247,513.61 | (i) |
|  |  |  | Surviving |  |  |  | $226,872.57 | $20,174.47 | $247,047.04 |  |
| 7. | Wisconsin Department of Revenue | 7744 | Asserted |  |  |  | $5,012.58 | $1,063.51 | $6,076.09 | (iii) |
|  |  |  | Surviving |  |  |  | $4,633.43 | $1,063.51 | $5,696.94 |  |

(a)  Corresponding reasons, as addressed in paragraph 9 of the Objection, are as follows:
  (i)   Claim has been satisfied in the ordinary course of business.
  (ii)  The claim asserts a liability against a non-Debtor.
  (iii) Asserted Claim is not supported by the Debtors' books and records.