**<u>Exhibit B</u>**

**Disallowed and Expunged Claims (entire claim)**

**Debtors' Forty-Fourth Omnibus Objection to Claims**      **In re: Sears Holdings Corporation,** *et al.*
**Exhibit B – Disallowed Claims (entire claim)**      **Case No. 18-23538 (RDD)**

| Schedule of Claims to be Disallowed | |
| --- | --- |
| **Ref #**    **Name of Claimant** | **Proof of Claim No. to be Disallowed** |
| 1.  310 Carolina St LLC | 5071 |
| 2.  4320 N. 124th Street LLC | 8943 |
| 5.  Clark County Assessor | 26452 |
| 6.  Collin County Tax Assessor / Collector | 26339 |
| 7.  Comanche County Treasurer | 18950 |
| 8.  Industrial Commission of Arizona | 26382 |
| 9.  Industrial Commission of Arizona | 26379 |
| 10.  Maverick County | 5509 |
| 12.  POTTAWATOMIE COUNTY TREASURER | 26371 |
| 14.  Watkins II, Conyus  A | 26525 |
| 15.  Watkins II, Conyus  A | 26526 |
| 16.  Watkins II, Conyus  A | 26527 |
| 17.  Watkins II, Conyus  A | 26528 |