**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned certifies that on February 15, 2021, he caused a copy of *Transform Holdco LLC's First Set of Requests for Production of Documents to MOAC Mall Holdings LLC* to be served via electronic mail on

Larkin Hoffman Daly & Lindgren, Ltd.
Attn: Gregory S. Otsuka, Esq.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
Email: gotsuka@larkinhoffman.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

EAST\188245331.5

Patterson Belknap Webb & Tyler LLP
Attn: David W. Dykhouse, Esq.
Attn: Daniel A. Lowenthal, Esq.
1133 Avenue of the Americas
New York, New York 10036-6710
Email: dwdykhouse@pbwt.com
Email: dalowenthal@pbwt.com

*Attorneys for MOAC Mall Holdings LLC*

| | |
|---|---|
| Dated: New York, New York<br>February 16, 2022 | Respectfully submitted,<br><br>**DLA Piper LLP (US)**<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>Phone: (212) 335-4500<br>Fax: (212) 335-4501<br><br>By: */s/ R.Craig Martin*<br>  Richard A. Chesley<br>  R. Craig Martin<br>  Rachel Ehrlich Albanese<br><br>*Counsel to Transform Holdco LLC* |