UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISCTICT OF NEW YORK

------------------------------------------x
In Re:                                    )
                                          ) Chapter 11
                                          )
Sears Holdings Corporation, et al.        ) Case No. 18-23538 (RDD)
                                          )
                                          ) (Jointly Administered)
Debtor.                                   )
------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **The Sarachek Law Firm** | **Giza Spinning and Weaving Co** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | Name and Current Address of Transferor: |
| The Sarachek Law Firm<br>670 White Plains Rd.<br>Scarsdale, NY 10583<br>ATTN: Joe Sarachek<br>Phone: 646-517-5420<br>Fax: 646-861-4950 | Giza Spinning and Weaving Co<br>Kafr Hakim Embaba<br>Giza Egypt<br>12875<br><br>Claim NO.: 5779, 1694, 2126, 80,<br>CLAIM AMOUNT: $187,910.20<br><br>Claim NO.: 5772, 54, 1281<br>CLAIM AMOUNT: $143,485.61<br><br>Claim NO.: 5788<br>CLAIM AMOUNT: $8,036.50 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By:_____/s/ Joe Sarachek_____          Date:_____February 15, 2022_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

F. M.

## Evidence of Transfer of Claim

For Value received, the adequacy and sufficiency of which are hereby acknowledged, **Giza Spinning and Weaving Co** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to THE SARACHEK LAW FIRM ("Assignee") all of its right, title, interest in and to, or arising under or in connection with, its Pre-Petition claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of $187,910.20, $143,485.61 and $8,036.50(the "Claim") associated with claim numbers 5779, 1694, 2126, 80, 5772, 54, 1281 and 5788, against SEARS HOLDING CORPORATION et al (the "Debtor"), Chapter 11 Case No. 18-23538 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has fully executed this Evidence of Transfer of Claim by its duly authorized representative this 15th day of February, 2022

**Seller**

Giza Spinning and Weaving Co
Kafr Hakim Embaba
Giza Egypt
12875

By: Fadel Marzouk
Name: ᴾ Marzouk
Title: President

**Buyer**

The Sarachek Law Firm
670 White Plains Road, PH
Scarsdale, NY 10583
ATTN: Joe Sarachek
Phone: 646-517-5420
Fax:    646-861-4950

By: [signature]
Name: Joseph E. Sarachek
Title: Managing Partner