# **EXHIBIT 1**

**(February 7, 2022 Email)**

**Sent:** Monday, February 07, 2022 12:10 PM
**To:** Fox, Carolyn <Carolyn.Fox@us.dlapiper.com>; NYSBml_Drain's_Chambers <rdd.chambers@nysb.uscourts.gov>
**Cc:** Albanese, Rachel <Rachel.Albanese@us.dlapiper.com>; Martin, Craig <craig.martin@us.dlapiper.com>; Wray, John <john.wray@dlapiper.com>; Nace, Shelby <Shelby.Nace@us.dlapiper.com>; Pullan, Theresa <Theresa.Pullan@us.dlapiper.com>; tflynn@larkinhoffman.com; gotsuka@larkinhoffman.com; dwdykhouse_pbwt.com <dwdykhouse@pbwt.com>
**Subject:** RE: Sears Holding Corporation, et al. (18-23538 (RDD)

⚠ EXTERNAL MESSAGE

After review of the attachments to Ms. Fox's email I've determined that the March hearing should not be adjourned.

**From:** Fox, Carolyn <carolyn.fox@dlapiper.com>
**Sent:** Friday, February 04, 2022 4:46 PM
**To:** NYSBml_Drain's_Chambers <rdd.chambers@nysb.uscourts.gov>
**Cc:** Albanese, Rachel <rachel.albanese@dlapiper.com>; craig.martin_dlapiper.com <craig.martin@dlapiper.com>; Wray, John <john.wray@dlapiper.com>; Nace, Shelby <shelby.nace@dlapiper.com>; Pullan, Theresa <theresa.pullan@dlapiper.com>; tflynn@larkinhoffman.com; gotsuka@larkinhoffman.com; dwdykhouse_pbwt.com <dwdykhouse@pbwt.com>
**Subject:** RE: Sears Holding Corporation, et al. (18-23538 (RDD)

**CAUTION - EXTERNAL:**

Dear Judge Drain:

We have attached the letter filed today by Robert Craig Martin on behalf of Transform Holdco LLC [ECF No. 10284] in response to the letter filed 2/2/22 by Gregory S. Otsuka on behalf of MOAC Mall Holding LLC [ECF No. 10280] (also attached).

If you have any questions or comments or need anything further, please don't hesitate to contact us.

Respectfully,