**DLA PIPER LLP (US)**
Richard A. Chesley
R. Craig Martin
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel to Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF LIMITED REMAND

**PLEASE TAKE NOTICE** that, on February 4, 2022, Transform Holdco LLC ("Transform") filed an emergency motion (the "Clarification Motion")[2] in the United States Court of Appeals for the Second Circuit (the "Second Circuit") for clarification of a tolling order entered by the Second Circuit on August 17, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Clarification Motion.

EAST\188480937.2

**PLEASE TAKE FURTHER NOTICE** that, on February 16, 2022, the Second Circuit entered its Order (the "Limited Remand Order") granting the Clarification Motion and remanding to the bankruptcy court for the limited purpose of ruling on the issue of issue of the two-year deadline to sublet.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a certified copy of the Limited Remand Order.

Dated: February 22, 2022  
New York, NY

　　　　　　　　　　　　　 /s/  R. Craig Martin  
　　　　　　　　　　　　　DLA PIPER LLP (US)  
　　　　　　　　　　　　　1251 Avenue of the Americas, 27th Floor  
　　　　　　　　　　　　　New York, NY 10020-1104  
　　　　　　　　　　　　　Telephone: (212) 335-4500  
　　　　　　　　　　　　　Richard A. Chesley  
　　　　　　　　　　　　　Rachel Ehrlich Albanese  
　　　　　　　　　　　　　R. Craig Martin

　　　　　　　　　　　　　*Attorneys for Transform Holdco LLC*