# EXHIBIT A

### (Limited Remand Order)

EAST\188480937.1

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February, two thousand twenty-two.

Before:    Raymond J. Lohier, Jr.,
        Joseph F. Bianco,
            *Circuit Judges*,
        Ronnie Abrams,
            *District Judge*.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 17 2022
```

_____

MOAC Mall Holdings LLC,

        Appellant-Cross-Appellee,

v.

Transform Holdco LLC,

        Appellee-Cross-Appellant,

Sears Holdings Corporation,

        Debtor - Appellee.

_____

**ORDER**

Docket Nos. 20-1846(L), 20-1953(XAP)

    Transform Holdco LLC, Appellee, has filed an emergency motion for clarification of this Court's order dated August 17, 2021, which tolled the deadline for Transform to sublet for an additional sixty days after this Court enters its decision regarding the appeal. On January 20, 2022, pursuant to Rule 8008 of the Federal Rules of Bankruptcy Procedure, the bankruptcy court issued an indicative ruling regarding the two-year deadline in its Assignment Order. Pursuant to Federal Rules of Appellate Procedure 6 and 12.1, this Court REMANDS to the bankruptcy court for the limited purpose of ruling on the issue of the two-year deadline. The deadline contained in the August 17, 2021 Order is tolled until the bankruptcy court's resolution of this issue. This Court otherwise retains jurisdiction over this appeal.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

_____
*Judge Ronnie Abrams, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 02/16/2022