WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                             :
                                                  :       **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,         :
                                                  :       **Case No. 18-23538 (RDD)**
                                                  :
Debtors.[1]                                       :       **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**TO BE CONDUCTED THROUGH ZOOM ON FEBRUARY 24, 2022 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.**

I.  **UNCONTESTED MATTERS:**

1. Notice of Presentment of Order Authorizing Certain Distributions **[ECF No. 10294]**

    Response Deadline:   February 17, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter is going forward on an uncontested basis.

2. Notice of Limited Remand **[ECF No. 10318]**

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter is going forward on an uncontested basis.

II.  **CONTESTED MATTER:**

3. Notice of Presentment of Scheduling Order for Transform Holdco LLC's Motion to Enforce the Order (I) Authorizing Assumption and Assignment of Lease with MOAC Mall Holdings LLC and (II) Granting Related Relief **[ECF No. 10289]**

    Response Deadline:   February 14, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed:

        A.  MOAC Mall Holding LLC's Objection **[ECF No. 10298]**

        B.  Transform Holdco LLC's Reply in Support **[ECF No. 10317]**

    Related Documents:

        C.  Transform Holdco LLC's Motion to Enforce **[ECF No. 10194]**

        D.        Notice of Hearing **[ECF No. 10305]**

Status:  This matter is going forward on a contested basis.

### III. ADVERSARY PROCEEDING:

4.      Kmart Holding Corporation v. Grace and Stone Construction Company of Greenville [Adversary Proceeding No. 19-08432]

**Order to Show Cause**

Related Documents:

        A.        Adversary Complaint **[ECF No. 1]**

        B.        Summons **[ECF No. 2]**

        C.        Answer to Adversary Complaint **[ECF No. 5]**

        D.        Motion to Strike **[ECF No. 6]**

        E.        Order to Show Cause **[ECF No. 7]**

        F.        Amended Order to Show Case **[ECF No. 9]**

Status:  This matter is going forward.

### IV. ADJOURNED MATTERS:

5.      Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline:   August 27, 2019 at 4:00 p.m. (Eastern Time)

Response Filed:

        A.        Response of Johnson Controls, Inc. **[ECF No. 4983]**

Related Document:

        B.        Notice of Adjournment **[ECF No. 10324]**

Status:  This matter has been adjourned to a date to be determined.

6.      Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

Response Deadline:   October 16, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

        A.        Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

        B.        Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

Related Document:

        C.        Notice of Adjournment **[ECF No. 10324]**

Status: This matter has been adjourned to a date to be determined.

7. Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) **[ECF No. 7859]**

Response Deadline:  May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

        A.        Response of Johnson Controls, Inc. **[ECF No. 7945]**

        B.        Response of Puerto Rico Electric Power Authority **[ECF No. 7985]**

        C.        Debtors' Reply in Support **[ECF No. 10168]**

Related Document:

        D.        Notice of Adjournment **[ECF No. 10324]**

Status: This matter has been adjourned to a date to be determined.

8. Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims) **[ECF No. 8019]**

Response Deadline:  June 30, 2020 at 4:00 p.m. (Eastern Time)

Response Filed:

        A.        Response of Electrolux Home Products, Inc. **[ECF No. 8190]**

Related Document:

        B.        Notice of Adjournment **[ECF No. 10324]**

Status: This matter has been adjourned to a date to be determined.

9. Debtors' Twenty-Third Omnibus Objection to Proofs of Claim (No Liability Claims) **[ECF No. 9284]**

Response Deadline:  March 2, 2021 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:

    A.    Beau LeBaron's Objection **[ECF No. 9336]**

    B.    Beau LaBaron's Opposition **[ECF No. 9539]**

    C.    Debtors' Supplemental Objection and Reply in Support **[ECF No. 10002]**

    D.    Baeu LeBaron's Reply to Debtors' Supplemental Objection **[ECF No. 10058]**

    E.    Baeu LeBaron's Reply to Debtors' Supplemental Objection **[ECF No. 10059]**

<u>Related Document</u>:

    F.    Notice of Adjournment **[ECF No. 10324]**

<u>Status</u>:  This matter has been adjourned to a date to be determined.

10. Debtors' Twenty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 9403]**

<u>Response Deadline</u>:   May 3, 2021 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:

    A.    Response of Regal Home Collection Inc. **[ECF No. 9433]**

<u>Related Document</u>:

    B.    Notice of Adjournment **[ECF No. 10324]**

<u>Status</u>:  This matter has been adjourned to a date to be determined.

11. Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim and Ballots (Reduce and Allow) **[ECF No. 9444]**

<u>Response Deadline</u>:   May 17, 2021 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:

    A.    Response of Colonial Properties LLC **[ECF No. 9577]**

    B.    Response of Colgate-Palmolive Company Distr. LLC **[ECF No. 9580]**

<u>Related Document</u>:

      C.      Notice of Adjournment **[ECF No. 10324]**

Status: This matter has been adjourned to a date to be determined.

12. Debtors' Thirtieth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims) **[ECF No. 9588]**

    Response Deadline:    November 3, 2021 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None.

    Related Document:

        A.    Notice of Adjournment **[ECF No. 10324]**

    Status: This matter has been adjourned solely with respect to NCR Corporation to a date to be determined.

13. Debtors' Thirty Seventh Omnibus Objection to Proofs of Claim (Reclassifying Claims) **[ECF No. 9976]**

    Response Deadline:    November 2, 2021 at 4:00 p.m. (Eastern Time)

    Response Filed:

        A.    Response of Gator Oeste Owner, LLC **[ECF No. 10019]**

    Related Document:

        B.    Notice of Adjournment **[ECF No. 10324]**

    Status: This matter has been adjourned to a date to be determined.

14. Debtors' Thirty-Ninth Omnibus Objection to Proofs of Claim (Disallow, Reduce or Reclassify) **[ECF No. 9978]**

    Response Deadline:    November 2, 2021 at 4:00 p.m. (Eastern Time)

    Response Filed:

        A.    Response of Crown Equipment Corporation **[ECF No. 10017]**

    Related Document:

        B.    Notice of Adjournment **[ECF No. 10324]**

    Status: This matter has been adjourned to a date to be determined.

15. Claimant's Motion for Relief from Automatic Stay to Permit Prosecution of Pending Personal Injury Matter **[ECF No. 9981]**

    Response Deadline:   November 3, 2021 at 4:00 p.m. (Eastern Time)

    Responses Filed:   None.

    Related Document:

    A.   Notice of Hearing **[ECF No. 9992]**

    Status:  This matter has been adjourned to a date to be determined.

16. Debtors' Objection to Claims 20138 and 26385 of the North Carolina Department of Revenue **[ECF No. 9985]**

    Response Deadline:   November 15, 2021 at 4:00 p.m. (Eastern Time)

    Response Filed:

    A.   North Carolina Department of Revenue's Response **[ECF No. 10163]**

    Related Document:

    B.   North Carolina Department of Revenue's Motion to Extend Time to Respond **[ECF No. 10070]**

    Status:  This matter has been adjourned to a date to be determined.

17. Debtors' Fortieth Omnibus Objection to Proofs of Claim (To Reclassify and Disallow Asserted Secured Claims) **[ECF No. 9987]**

    Response Deadline:   November 8, 2021 at 4:00 p.m. (Eastern Time)

    Response Filed:

    A.   Objection of Randal & Susan Askey **[ECF No. 10032]**

    Related Document:

    B.   Notice of Adjournment **[ECF No. 10324]**

    Status:  This matter has been adjourned to a date to be determined.

18. Debtors' Forty-First Omnibus Objection to Proofs of Claim and/or Ballots (Reclassify or Disallow) **[ECF No. 10134]**

   Response Deadline:   January 3, 2022 at 4:00 p.m. (Eastern Time)

   Responses Filed:

   A. Randal & Susan Askey's Response in Opposition **[ECF No. 10172]**

   B. Lifeworks Technology Group's Objection **[ECF No. 10184]**

   C. HK Sino-Thai Trading Company Ltd.'s Opposition **[ECF No. 10190]**

   Related Document:

   D. Notice of Adjournment **[ECF No. 10324]**

   Status:  This matter has been adjourned to a date to be determined.

19. Debtors' Forty-Third Omnibus Objection to Proofs of Claim (Reclassifying Claims) **[ECF No. 10165]**

   Response Deadline:   January 5, 2022 at 4:00 p.m. (Eastern Time)

   Responses Filed:   None.

   Related Document:

   A. Notice of Adjournment **[ECF No. 10324]**

   Status:  This matter has been adjourned solely with respect to Claim Numbers 14138 and 14208 to a date to be determined.

20. Debtors' Forty-Fourth Omnibus Objection to Proofs of Claim (Dissallow) **[ECF No. 10242]**

   Response Deadline:   February 9, 2022 at 4:00 p.m. (Eastern Time)

   Responses Filed:   None.

Related Document:

A. Notice of Adjournment **[ECF No. 10324]**

Status: This matter has been adjourned solely with respect to Claim Numbers 26496, 10380, and 6926 to a date to be determined.

Dated: February 23, 2022
New York, New York

/s/ *Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and
Debtors in Possession*