IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| SEARS HOLDINGS CORPORATION | § | CASE NO.  18-23538 |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | |

## WITHDRAWAL OF ALDINE INDEPENDENT SCHOOL DISTRICT'S PROOF OF CLAIM

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Aldine Independent School District (hereinafter referred to as "Aldine"), a party-in-interest in the above referenced Chapter 11 case, and files this Withdrawal of its Proof of Claim #18-23538, and in support thereof, would show the Court as follows:

1. The claim has been paid.

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT

_____
Pamela H. Walters
Texas State Bar No. 00791875
Admissions No. 18493
Victoria "Tory" Vonder Haar
Texas State Bar No. 24028102
Admissions No. 30594
2520 W.W. Thorne Drive
Houston, Texas 77073
(281) 985-6319; FAX (281) 985-6321
EMAIL: bnkatty@aldineisd.org
Attorney for Aldine Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM was served upon counsel for the Debtor(s), Jacqueline Marcus, and the Chapter 11 Trustee, Prime Clerk, LLC, by mailing same by first class mail, postage prepaid and properly addressed, on February 10, 2022.

Victoria "Tory" Vonder Haar