DocuSign Envelope ID: 9C87823D-42D8-4FFA-AA77-7C2B00983F6E

**Change of Address**
UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re: | ) |
| | ) |
| Sears Holding Corporation | ) |
| | ) |
| | ) |
| | ) |
| | )  Chapter 11 Proceeding |
| | )  Case No. 18-23538 |
| | ) |
| Debtor. | ) |
| | ) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE Command Line Networks, LLC. And Command Line Systems, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Command Line Networks, LLC
And
Command Line Systems
12315 Parc Crest Drive
Suite 160
Stafford, TX 77477

**New Address**
Command Line Networks, LLC
And
Command Line Systems
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY  11598
516-255-1801

**Command Line Networks, LLC**
**And**
**Command Line Systems**

Signature: _____[DocuSigned by]_____
            50D9B005579E49F
Name: _____Maria Allen_____
Date: _____2/23/2022_____