## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re: <u>Sears Holdings Corporation</u>                              Case Number: <u>18-23538</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Allowed claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>                              <u>Command Line Systems</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

Court Claim # (if known): <u>2537</u>
Ballot ID Number: <u>182353801042555</u>
Amount Claim Filed: <u>USD$26,683.39</u>
Date Claim Filed: <u>11/02/2018</u>

Phone: <u>(512) 605-9060</u>
Last four digits of Acct.#   <u>N/A</u>

Name and Current Address of Transferor:

Command Line Networks, LLC
12315 Parc Crest Drive
Suite 160
Stafford, TX 77477

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                              Date: February <u>24</u>, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New Yok
       Attention: Clerk

AND TO:    Sears Holding Corporation, (Debtor)
           Case No. 18-23538
           (Jointly Administered under Sears Holding Corporation, et al.  Case No. 18-23538)

Claim #2537
Ballot ID #182353801042555

**Command Line Systems,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Filed Claim in the amount of $198,757.00 and Allowed Claim in the amount of USD$26,683.39** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 DAY OF February, 2022.

ASSIGNOR: Command Line Networks, LLC
And
Command Line Systems
—DocuSigned by:
[signature]
50D0B005579E49F...
(Signature)

Maria Allen
(Print Name)

Ceo
(Title)

ASSIGNEE: TRC MASTER FUND LLC
[signature]
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed De Minimis Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Fourth and Final Distribution Amount |
| 1. | A D WILLEMS CONSTRUCTION INC | 182353801042658 | $25,092.36 | $10,786.94 |
| 2. | A TOP MANUFACTORY CO LIMITED | 182353801017405 | $19,008.00 | $8,171.33 |
| 3. | A&A (H.K.) INDUSTRIAL LIMITED | 182353801039838 | $44,542.24 | $19,148.23 |
| 4. | ACME COMPLETE PARKING LOT SERVICE | 182353801042721 | $31,225.00 | $13,423.29 |
| 5. | APPLE ONE EMPLOYMENT SERVICES | 182353801042683 | $32,650.42 | $14,036.07 |
| 6. | ARROW FASTENER CO, LLC | 182353801043269 | $36,547.05 | $15,711.18 |
| 7. | ARUNDEL CROSSING II, L.L.C. | 182353801043443 | $25,623.79 | $11,015.39 |
| 8. | BLUE BOX OPCO LLC DBA INFANTINO | 182353801017422 | $19,782.27 | $8,504.19 |
| 9. | BP LUBRICANTS USA INC | 182353801016368 | $27,772.08 | $11,938.91 |
| 10. | BRIEFLY STATED INC | 182353801016436 | $23,732.65 | $10,202.41 |
| 11. | CALIFORNIA COMMERCIAL ROOFING SYSTE | 182353801042378 | $35,489.90 | $15,246.70 |
| 12. | CALVERT CONTROLS INC | 182353801042384 | $28,012.00 | $12,042.06 |
| 13. | CARDSAN EXPORTADORA DE CALZADO | 182353801043175 | $10,070.10 | $4,329.04 |
| 14. | CARRIER CORPORATION | 182353801040017 | $7,590.75 | $3,263.19 |
| 15. | CC1 VIRGIN ISLANDS | 182353801040037 | $29,503.53 | $12,683.25 |
| 16. | CERTIFIED CAPITAL, LP | 182353801018268 | $42,701.02 | $18,356.71 |
| 17. | CHANG JUN(HONG KONG)INDUSTRIAL LTD | 182353801013797 | $25,012.50 | $10,752.60 |
| 18. | CLASSIC SLIPCOVERS INC | 182353801016091 | $30,042.90 | $12,915.12 |
| 19. | COLUMBIAN HOME PRODUCTS LLC | 182353801016073 | $43,625.89 | $18,754.30 |
| 20. | COMMAND LINE SYSTEMS | 182353801042555 | $26,683.39 | $11,470.90 |
| 21. | COMMONPATH LLC | 182353801016132 | $33,371.50 | $14,346.05 |
| 22. | CONVENIENCE CONCEPTS INC | 182353801016156 | $34,271.18 | $14,732.81 |
| 23. | COOPER TOOLS | 182353801014214 | $32,171.74 | $13,830.28 |
| 24. | CREATIONS JEWELLERY MFG PVT LTD | 182353801018015 | $43,311.82 | $16,915.87 |
| 25. | CSC COVANSYS CORP | 182353801040101 | $31,495.00 | $13,539.36 |
| 26. | DACOR | 182353801014250 | $18,941.94 | $8,142.93 |
| 27. | DELL MARKETING, L.P. | 182353801018525 | $19,361.04 | $8,323.12 |
| 28. | DIVISIONS INC MAINTENANCE GROUP | 182353801043058 | $26,101.45 | $11,220.73 |
| 29. | DOLPHIN FONTANA, L.P. | 182353801043416 | $21,341.48 | $9,174.47 |
| 30. | DOREL INDUSTRIES, INC. | 182353801043487 | $16,947.27 | $7,285.47 |
| 31. | ECHO BRIDGE ACQUISITION CORP LLC - PRE-PETITION | 182353801014335 | $30,432.82 | $13,082.75 |
| 32. | ECOLAB INC. | 182353801042148 | $32,982.20 | $14,178.69 |
| 33. | EDUCATORS RESOURCE INC | 182353801042156 | $32,557.97 | $13,996.32 |
| 34. | ENTECH SALES & SERVICE INC | 182353801040181 | $29,639.79 | $12,741.82 |
| 35. | ERX NETWORK LLC | 182353801040198 | $27,571.36 | $11,852.63 |
| 36. | FAMOSA NORTH AMERICA INC | 182353801016485 | $24,480.00 | $10,523.69 |
| 37. | FANTASIA ACCESSORIES LTD | 182353801016492 | $28,974.91 | $12,456.00 |
| 38. | FILA USA INC | 182353801014410 | $24,903.45 | $10,705.72 |
| 39. | FIRST ALERT, INC. | 182353801042293 | $22,000.00 | $9,457.56 |
| 40. | FOOD WAREHOUSE CORP | 182353801015502 | $24,000.00 | $10,317.34 |
| 41. | FOOTWEAR SPECIALTIES INTERNATIONAL | 182353801015503 | $21,382.97 | $9,192.31 |

## Creditor Data Details - Claim # 2537

**Creditor**
Command Line Networks, LLC
12315 Parc Crest Drive
Suite 160
Stafford, TX 77477

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
11/02/2018

**Claim Number**
2537

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $198,757.00 | | $198,757.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $198,757.00 | | $198,757.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign