# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

_**Remittance Copy**_
_**Please return this page with your payment.**_

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

February 8, 2022
Invoice 340057740

Our Matter No.     78GH-334221
                   Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of
                   Professional Firms' Fees and Expenses
Billing Atty:      Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2022

Current Fees                                $  41,820.00

Total Current Activity                                        $  41,820.00

Total Due for This Invoice                                    $  41,820.00

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

February 8, 2022
Invoice 340057740

| | |
|---|---|
| Our Matter No. | 78GH-334221 |
| | Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses |
| Billing Atty: | Paul E. Harner |

## <u>INVOICE SUMMARY</u>

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2022

Current Fees                                                    $  41,820.00

Total Current Activity                                          $  41,820.00

Total Due for This Invoice                                      $  41,820.00

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:                    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA          ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St               Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of
Professional Firms' Fees and Expenses
Paul E. Harner

February 8, 2022
Invoice 340057740
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 01/31/22

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 01/03/22 | Review objections and other pleadings regarding interim fee applications. | 4063 | 1.10 hrs. |
| 01/04/22 | Telephone conferences and correspondence with G. Polkowitz. B. Griffith and T. Daluz regarding interim fee applications and administrative solvency issues. | 4063 | 1.60 hrs. |
| 01/05/22 | Additional telephone conferences and correspondence with T. Daluz and others regarding interim fee applications and administrative solvency issues (.90); correspondence with R. Young regarding Deloitte applications (.10). | 4063 | 1.00 hrs. |
| 01/07/22 | Review and analyze most recent monthly fee statements. | 4063 | 3.40 hrs. |
| 01/12/22 | Review and revise fee examiner's periodic status report (1.20); review proposed order granting interim fee applications (.10); correspondence and telephone conferences with C. McClamb and M. Vesper regarding same (.40). | 4063 | 1.70 hrs. |
| 01/14/22 | Further review and analysis of monthly and interim fee applications (2.90); review of background materials regarding potential resolution of remaining Deloitte issues (.60). | 4063 | 3.50 hrs. |
| 01/19/22 | Extended telephone conferences with G. Polkowitz and T. Daluz regarding fee applications  and administrative solvency issues (1.60); review same and otherwise prepare generally for January 20 hearing on interim fee applications (2.10). | 4063 | 3.70 hrs. |
| 01/20/22 | Prepare for and participate in hearing regarding interim fee applications; multiple preparatory and follow-up telephone conferences and correspondence with T. Daluz and others regarding same. | 4063 | 2.40 hrs. |
| 01/26/22 | Continued review and analysis of monthly and interim fee applications. | 4063 | 2.60 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of                  February 8, 2022
Professional Firms' Fees and Expenses                                                                                                    Invoice 340057740
Paul E. Harner                                                                                                                                       Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 01/27/22 | Continued review and analysis of latest monthly and interim fee applications and other submissions. | 4063 | 2.70 hrs. |
| 01/28/22 | Review and analyze monthly and interim fee and expense submissions. | 4063 | 1.80 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 4063 | Paul E. Harner | 25.50 | $ 1,640.00 | $ 41,820.00 |

**Total Fees for Professional Services**                                           **$ 41,820.00**