# EXHIBIT B

**Ballard Spahr LLP**

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                February 16, 2022
1675 Broadway                                                                 Invoice No. 20220203217
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2022

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $36,982.00 |
| **Total Invoice Amount** | **$36,982.00** |

| 071820.03 - 00317415 | | | | | February 16, 2022 |
| --- | --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | | Invoice No. 20220203217 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 01/24/22 | Correspondence with P. Harner re: Sheppard invoice | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/24/22 | Attend to issues re: monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Vesper,M.A. | 01/24/22 | Review e-mail from T. Daluz and P. Harner re: Sheppard Mullin December invoice | 470.00 | 0.10 | 47.00 |
| Vesper,M.A. | 01/25/22 | Draft thirty-first interim fee application | 470.00 | 0.20 | 94.00 |
| Daluz,T.M. | 01/26/22 | Review/revise fee application | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 01/26/22 | Review and edit monthly fee application | 655.00 | 0.40 | 262.00 |
| Vesper,M.A. | 01/26/22 | Draft thirty-first interim fee application | 470.00 | 0.30 | 141.00 |
| **Total B160** | | | | **2.20** | **1,780.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 01/03/22 | Review objection to Weil and Akin Fee applications | 655.00 | 0.30 | 196.50 |
| McClamb,C.D. | 01/03/22 | Review prime clerk fee applications | 655.00 | 4.50 | 2,947.50 |
| McClamb,C.D. | 01/04/22 | Review prime clerk fee applications | 655.00 | 6.00 | 3,930.00 |
| McClamb,C.D. | 01/06/22 | Update status chart | 655.00 | 4.00 | 2,620.00 |
| McClamb,C.D. | 01/07/22 | Update status review chart | 655.00 | 3.50 | 2,292.50 |
| Neitzel,K.N. | 01/10/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 1.60 | 512.00 |
| McClamb,C.D. | 01/11/22 | Emails with K. Neitzel re: fee data | 655.00 | 0.20 | 131.00 |
| Neitzel,K.N. | 01/11/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 2.40 | 768.00 |
| McClamb,C.D. | 01/12/22 | Emails with P. DiDonato re: interim fee order | 655.00 | 0.10 | 65.50 |

071820.03 - 00317415          February 16, 2022
Tobey M. Daluz          Invoice No. 20220203217

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/12/22 | Emails with P. Harner and T. Daluz re: interim fee order | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 01/12/22 | Draft status report | 655.00 | 0.80 | 524.00 |
| Neitzel,K.N. | 01/12/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.80 | 256.00 |
| Daluz,T.M. | 01/14/22 | Review Akin's monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/14/22 | Review ASK fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/14/22 | Review fee examiner's status report | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/14/22 | Review Morritt Hock interim fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/18/22 | Review Weil response to objection to fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/18/22 | Correspondence with P. Harner re: same | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/18/22 | Review Askin's response to objection to fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/18/22 | Review status of Weil and Akin reports and proposals | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 01/18/22 | Review status of Deloitte Tax reports and proposals | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 01/18/22 | Correspondence with P. Harner re: same | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 01/18/22 | Emails with T. Daluz re: Deloitte review | 655.00 | 1.30 | 851.50 |
| Neitzel,K.N. | 01/19/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 2.80 | 896.00 |
| Daluz,T.M. | 01/20/22 | Review agenda of hearing | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 01/20/22 | Review debtor's status report | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 01/20/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/20/22 | Participate in hearing on interim fee applications | 1,030.00 | 1.00 | 1,030.00 |

071820.03 - 00317415  February 16, 2022
Tobey M. Daluz  Invoice No. 20220203217

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 01/20/22 | Emails with K. Neitzel re: fee data status | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 01/20/22 | Emails with P. Harner and T. Daluz re: interim fee hearing | 655.00 | 0.50 | 327.50 |
| Vesper,M.A. | 01/20/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application and draft interim report re: same | 470.00 | 2.00 | 940.00 |
| Vesper,M.A. | 01/20/22 | Correspondence with C. McClamb re: status of fee review | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 01/20/22 | Review correspondence from P. Harner, T. Daluz, and C. McClamb re: court appearance and status of fee review | 470.00 | 0.20 | 94.00 |
| Neitzel,K.N. | 01/20/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 1.00 | 320.00 |
| Vesper,M.A. | 01/21/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application and draft interim report re: same | 470.00 | 0.90 | 423.00 |
| Vesper,M.A. | 01/22/22 | Review bankruptcy docket for audio from hearing and correspondence with P. Harner and C. McClamb re: same | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 01/24/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 4.90 | 2,303.00 |
| Neitzel,K.N. | 01/24/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.20 | 64.00 |
| Daluz,T.M. | 01/25/22 | Review interim fee order | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 01/25/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 01/25/22 | Correspondence with P. Harner re: Deloitte Tax | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 01/25/22 | Emails with P. Harner re: transcript of interim fee hearing | 655.00 | 0.30 | 196.50 |
| McClamb,C.D. | 01/25/22 | Obtain transcript of interim fee hearing | 655.00 | 0.50 | 327.50 |
| Vesper,M.A. | 01/25/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 1.50 | 705.00 |

071820.03 - 00317415  February 16, 2022
Tobey M. Daluz  Invoice No. 20220203217

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| Vesper,M.A. | 01/25/22 | Review e-mails from P. Harner and C. McClamb re: transcript from hearing | 470.00 | 0.10 | 47.00 |
| Vesper,M.A. | 01/27/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 0.80 | 376.00 |
| Vesper,M.A. | 01/28/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 0.60 | 282.00 |
| Vesper,M.A. | 01/29/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 3.60 | 1,692.00 |
| Vesper,M.A. | 01/30/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 3.90 | 1,833.00 |
| Daluz,T.M. | 01/31/22 | Review docket for recent pleadings. | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 01/31/22 | Review Stretto contingent fee statement. | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 01/31/22 | Review Prime Clerk monthly fee application. | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 01/31/22 | Review Katten fee statement | 1,030.00 | 0.10 | 103.00 |
| Vesper,M.A. | 01/31/22 | E-mail correspondence with C. McClamb, C. Pollard, and K. Neitzel re: Weil Gotshal exhibits | 470.00 | 0.10 | 47.00 |
| Vesper,M.A. | 01/31/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 1.30 | 611.00 |
| Neitzel,K.N. | 01/31/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.80 | 256.00 |
| Jimenez,C. | 01/31/22 | Analyze Akin 9th interim fee application, and review expenses | 595.00 | 2.40 | 1,428.00 |
| **Total B170** | | | | 61.00 | 35,202.00 |
| **Total Fees** | | | | 63.20 | **$36,982.00** |

071820.03 - 00317415  
Tobey M. Daluz

February 16, 2022  
Invoice No. 20220203217

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 7.50 | 1,030.00 | 7,725.00 |
| McClamb,C.D. | 22.80 | 655.00 | 14,934.00 |
| Jimenez,C. | 2.40 | 595.00 | 1,428.00 |
| Vesper,M.A. | 20.90 | 470.00 | 9,823.00 |
| Neitzel,K.N. | 9.60 | 320.00 | 3,072.00 |
| **Total Fees** | **63.20** | | **$36,982.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                  February 16, 2022
1675 Broadway                                                                                   Invoice No. 20220203217
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2022

**REMITTANCE ADVICE**

| | |
|---|---|
| Professional Fees | $36,982.00 |
| **Total Invoice Amount** | **$36,982.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days