ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq., NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

## STIPULATION RESOLVING DEBTORS' OBJECTION TO CLAIMS OF ELECTROLUX HOME PRODUCTS, INC.

Sears, Roebuck and Co., Kmart Holding Corporation, California Builder Appliances, Inc., Florida Builder Appliances, Inc., and StarWest, LLC. (the "Debtors"), each a debtor in the above-captioned chapter 11 case, and Electrolux Home Products, Inc. (together with the Debtors, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

"Parties") through their respective counsel, enter into this *Stipulation Resolving Debtors' Objection to Claims of Electrolux Home Products, Inc.*

1. On April 10, 2019, Electrolux filed Claim Nos. 16207, 16215, 16441, 16544, 16879, and17501 (collectively, the "Claims"), asserting a total of $1,596,872.87 in administrative expense claims (the "Asserted Administrative Claims") and $17,427,041.16 in general unsecured claims (the "Asserted General Unsecured Claims") against the Debtors' estates.

2. On June 9, 2020, the Debtors filed the *Debtors' Twentieth Omnibus Objection to Proofs of Claim (Reduced/Reclassified Claims* (ECF No. 8019) (the "Claim Objection") in which the Debtors objected to allowance of the Asserted Administrative Claims.

3. Following good-faith negotiations, the Debtors and Electrolux have agreed to resolve the Claim Objection as follows:

   a. The Debtors hereby withdraw the Claim Objection with prejudice.

   b. Electrolux shall be deemed to hold: (i) an allowed administrative expense claim entitled to priority under section 503(b)(9) of the Bankruptcy Code in the amount of $150,000 against each of the Debtors, jointly and severally; and (ii) allowed general unsecured claims against the Debtors specified in the Claims in the total amount of $18,673,914.03.

**AGREED TO BY:**

| ASK LLP | JENNER & BLOCK LLP |
|---|---|
| */s/ Joseph L. Steinfeld, Jr.* | */s/ Vincent E. Lazar* |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 | Vincent E. Lazar, Esq. |
| Brigette G. McGrath, Esq., NY SBN 4962379 | 353 North Clark Street |
| 2600 Eagan Woods Drive, Suite 400 | Chicago, IL 60654-3456 |
| St. Paul, MN 55121 | Telephone: (312) 923-2989 |
| Telephone: (651) 289-3857 | Email: vlazar@jenner.com |
| Fax: (651) 406-9676 | |
| Email: bmcgrath@askllp.com | *Counsel for Defendant* |

-and-

Edward E. Neiger
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Debtors*

**SO ORDERED**

Dated: _____
     White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE