VEDDER PRICE P.C.
Kevin J. Etzel
*Attorneys for Agri-Fab, Inc.*
1633 Broadway, 31st Floor
New York, New York 10019
Telephone: (212) 407-7789
Facsimile: (212) 407-7799

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

PLEASE TAKE NOTICE that Kevin J. Etzel of Vedder Price P.C., withdraws his appearance as counsel for Agri-Fab, Inc. in the above-captioned cases and requests to be removed from all service lists, including all electronic service lists and the ECF Notification system in the above-captioned cases.

By this notice, the undersigned respectfully requests that the e-mail address, ketzel@vedderprice.com, be removed from receiving any electronic filing notifications in the above-captioned cases.

Dated: February 28, 2022

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Kevin J. Etzel*
Kevin J. Etzel
1633 Broadway, 31st Floor
New York, New York 10019
Tel. No. (212) 407-7789
Fax No. (212) 407-7799
Email: ketzel@vedderprice.com
*Attorneys for Agri-Fab, Inc.*