UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                        :
                                                              :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                         :
                                                              :   Case No. 18-23538 (RDD)
                                                              :
        Debtors.[1]                                           :   (Jointly Administered)
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

I, Frank O'Dowd, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Notice Party Service List attached hereto as **Exhibit A**; by overnight mail to (2) the Chambers of Honorable Robert Drain, U.S. Bankruptcy SDNY, 300 Quarropas Street, Rm 248, White Plains, NY 10601; and by overnight mail to (3) the Office of the U.S. Trustee Region 2, Attn: P. Schwartzberg R. Morrissey, 210 Varick Street, Suite 1006, New York, NY 10014:

- Notice of De Minimis Asset Sale Chicago, Illinois [Docket No. 10333]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: March 1, 2022

*/s/ Frank O'Dowd*
Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 1, 2022, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 59958

**Exhibit A**

Exhibit A
Notice Party Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|
| | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | | | | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | Email |
| 12226781 | Alpco Ventures, LLC | 1 Central Park South | New York | NY | 10019 | joseph@alpco.ventures | First Class Mail and Email |
| | Burns & Scalo Equities, LLC | Burns Scalo Management LLC, Attn: Tim Quinn, Esq | | | | Tquinn@burnsscalo.com; creiber@burnsscalo.com | Email |
| | Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP, Attn: Kevin J. Simard, Jonathon D. Marshall | | | | ksimard@choate.com; jmarshall@choate.com | Email |
| | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty | | | | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; CCarty@herrick.com;  KKolb@herrick.com | Email |
| | Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow | | | | jchou@moritthock.com; tberkowitz@moritthock.com; dmarlow@moritthock.com | Email |
| | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | | | | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov | Email |
| | Seyfarth Shaw LLP | Attn: Edward M. Fox, Earnest Bacon | | | | emfox@seyfarth.com; ebacon@seyfarth.com | Email |
| | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq. | | | | Paul.Leake@skadden.com; Shana.Elberg@skadden.com | Email |

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

Page 1 of 1