**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
Brett S. Theisen, Esq.
Email:  btheisen@gibbonslaw.com
*Attorneys for Henkel Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. [1] | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF BRETT S. THEISEN**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Brett S. Theisen as counsel for Henkel Corporation in the above-captioned Chapter 11 cases.

Dated: March 3, 2022             By: */s/ Brett S. Theisen*
                                     Brett S. Theisen, Esq.
                                     **GIBBONS P.C.**
                                     One Pennsylvania Plaza, 37th Floor
                                     New York, New York  10119-3701
                                     Wilmington, DE  19801
                                     Tel:  (212) 613-2000
                                     Fax:  (212) 290-2018
                                     Email:  btheisen@gibbonslaw.com
                                     *Attorneys for Henkel Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2022, a true and correct copy of the foregoing was filed and served via the CM/ECF system to all parties receiving ECF Notice in the above-captioned chapter 11 cases.

By: */s/ Brett S. Theisen*
Brett S. Theisen

2948791.1 035733-99439