## <u>EXHIBIT F</u>

**Second Circuit Order Granting Stay**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-two,

Before:     Raymond J. Lohier, Jr.,
            Joseph F. Bianco,
                *Circuit Judges,*
            Ronnie Abrams,
                *District Judge,**

---

In Re: Sears Holdings Corporation.
            Debtor,
*******************************

MOAC Mall Holdings LLC,

       Appellant-Cross-Appellee,

v.

Transform Holdco LLC,

       Appellee-Cross-Appellant,

Sears Holdings Corporation,

       Debtor - Appellee.

---

**ORDER**

Docket Nos. 20-1846(L), 20-1953(XAP)

---

Appellant-Cross-Appellee MOAC Mall Holdings LLC moves for a stay of the issuance of the Court's mandate pending the filing and disposition of a petition for writ of *certiorari*.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

---

*Judge Ronnie Abrams, of the United States District Court for the Southern District of New York, sitting by designation.