## **EXHIBIT G**

**January 20, 2022 Hearing Transcript**

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 18-23538-rdd

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   SEARS HOLDING CORPORATION ET AL.,

8

9         Debtors.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                  United States Bankruptcy Court

13                  300 Quarropas Street, Room 248

14                  White Plains, NY 10601

15

16

17                  January 20, 2022

18                  2:10 PM

19

20

21   B E F O R E :

22   HON ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   ART

Page 2

1   HEARING re Status Update on Debtors; Progress Towards

2   Effective Date.

3

4   HEARING re Notice of Hearing on Interim Applications for

5   Allowance of Compensation and Reimbursement of Expenses on

6   January 20, 2022 at 2:00 p.m. (ECF #10171)

7

8   HEARING re Monthly Fee Statement Ninth Interim Fee

9   Application of Prime Clerk LLC, as Administrative Agent to

10  the Debtors, for Services Rendered and Reimbursement of

11  Expenses for the Period from July 1, 2021 through October

12  31, 2021 filed by Prime Clerk, LLC. (ECF #10162)

13

14  HEARING re Application for Interim Professional Compensation

15  /Sixth Interim Fee Application of Henick, Feinstein LLP as

16  Special Conflicts Counsel to the Official Committee of

17  Unsecured Creditors for Allowance of Compensation for

18  Services Rendered and Reimbursement of Expenses for the

19  Period of July 1, 2021 through October 31, 2021

20  for Herrick, Feinstein LLP, Special Counsel, period:

21  7/1/2021 to 10/31/2021, fee:$76,275.00, expenses:

22  $30,428.89. filed by Herrick, Feinstein LLP. (ECF #10156)

23

24

25

Page 3

1    HEARING re Application for Interim Professional Compensation

2    Eighth Joint Application of Paul E. Harner, as Fee Examiner

3    and Ballard Spahr LLP, as Counsel to the Fee Examiner, for

4    Interim Allowance of Compensation for Professional Services

5    Rendered and Reimbursement of Actual and Necessary Expenses

6    Incurred from July 1, 2021 through October 31, 2021 for Fee

7    Examiner, Other Professional, period: 7/1/2021 to

8    10/31/2021, fee:$276793.00, expenses: $0.00. filed by Fee

9    Examiner. (ECF #10161)

10       .

11   HEARING re Application for Interim Professional

12   Compensation/Ninth Application of Weil, Gotshal & Manges

13   LLP, as Attorneys for the Debtors, for Interim Allowance of

14   Compensation for Professional Services Rendered and

15   Reimbursement of Actual and Necessary Expenses IncmTed from

16   July 1, 2021 through and including October 31, 2021 for

17   Weil, Gotshal & Manges LLP, Debtor's Attorney, period: 7

18   /112021 to 10131/2021, fee:$2,517,997.00, expenses:

19   $148,882.59. filed by Weil, Gotshal & Manges LLP. (ECF

20   #10160)

21

22

23

24

25

1    HEARING re Objection to Motion FOR COMPENSATION BY (1) AKIN

2    GUMP HAUER & FIELD LLP [Doc. 10154]; (2) FTI CONSULTING INC.

3    [Doc. 10155]; AND (3) WEIL, GOTSHAL & MANGES LLP [Doc.

4    10160] (related document(s)10160, 10154, 10155) filed by

5    Alexander Tiktin on behalf of Orient Craft Ltd. (ECF #

6    10191)

7

8    HEARING re Application for Interim Professional Compensation

9    // Ninth Interim Fee Application of Akin Gump Strauss Hauer

10   & Feld LLP as Counsel to the Official Committee of

11   Unsecured Creditors for Allowance of Compensation for

12   Services Rendered and Reimbursement of Expenses for the

13   Period of July 1, 2021 Through and Including October 31,

14   2021 for Akin Gump Strauss Hauer & Feld LLP, Creditor Comm.

15   Aty, period: 711/2021 to 1013112021, fee:$839,969.00,

16   expenses: $287,232.21. filed by Akin Gump Strauss Hauer &

17   Feld LLP. (ECF #10154)

18

19   HEARING re Objection to Motion FOR COMPENSATION BY (1) AKIN

20   GUMP HAUER & FIELD LLP [Doc. 10154]; (2) FTI CONSULTING INC.

21   [Doc. 10155]; AND (3) WEIL, GOTSHAL & MANGES LLP [Doc.

22   10160] (related document(s)10160, 10154, 10155) filed by

23   Alexander Tiktin on behalf of Orient Craft Ltd. (ECF #

24   10191)

25

Page 5

1  HEARING re Application for Interim Professional Compensation

2  // Ninth Interim Application of FTI Consulting, Inc.,

3  Financial Advisor to the Official Committee of Unsecured

4  Creditors of Sears Holdings Corporation, et al. for Interim

5  Allowance of Compensation and Reimbursement of Expenses for

6  the Period from July 1, 2021 Through October 31, 2021 for

7  FTI CONSULTING, INC., Other Professional, period: 7/112021

8  to 1013112021, fee:$266,139.00, expenses: $0.00. filed by

9  FTI CONSULTING, INC. (ECF #10155)

10

11  HEARING re Objection to Motion FOR COMPENSATION BY (1) AKIN

12  GUMP HAUER & FIELD LLP [Doc. 10154]; (2) FTI CONSULTING INC.

13  [Doc. 10155]; AND (3) WEIL, GOTSHAL & MANGES LLP [Doc.

14  10160] (related document(s)10160, 10154, 10155) filed by

15  Alexander Tiktin on behalf of Orient Craft Ltd. (ECF #

16  10191)

17

18  HEARING re Motion for Objection to Claim(s) Number: 20138

19  and 26385 of the North Carolina Department of Revenue (ECF

20  #9985)

21

22  HEARING re Response to Motion (related document(s)9985)

23  filed by Matthew Sommer on behalf of North Carolina

24  Department of Revenue (ECF #10163)

25

Page 6

1    HEARING re Motion to Compel I Motion to Enforce the Order

2    (I) Authorizing Assumption and Assignment of Lease with MOAC

3    Mall Holdings LLC and (II) Granting Related Relief filed by

4    Richard A. Chesley on behalf of Transform Holdco LLC (ECF #

5    10194)

6

7    HEARING re Motion to File Under Seal/ Motion of Transform

8    Holdco LLC for Leave to File Under Seal Portions of

9    Transform Holdco LLC's Motion to Enforce and Accompanying

10   Exhibits filed by Richard A. Chesley on behalf of Transform

11   Holdco LLC. (ECF #10193)

12

13   HEARING re Order to Show Cause signed on 12/28/2021 why an

14   answer with attorney representation has not been filed by

15   Defendant, Grace and Son Construction Company of Greenville,

16   Inc. and why Defendant has not retained counsel to represent

17   it in this adversary proceeding (ECF #7)

18

19   HEARING re Notice of Agenda of Matters Scheduled for Hearing

20   to be Conducted Through Zoom on January 20, 2022 at 2:00

21   p.m.

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 7

```
 1   A P P E A R A N C E S :

 2

 3   WEIL, GOTSHAL & MANGES LLP

 4        Attorneys for Debtors

 5        767 Fifth Avenue

 6        New York, NY 10153

 7

 8   BY: GARRETT FAIL (TELEPHONICALLY)

 9

10   AKIN GUMP

11        Attorneys for Official Unsecured Creditors Committee

12        1 Bryant Park

13        New York, NY 10036

14

15   BY: SARA BRAUNER (TELEPHONICALLY)

16

17   TARTER KRINSKY DROGIN LLP

18        Attorneys for Orient Craft

19        1350 Broadway

20        New York, NY 10019

21

22   BY:  DAVID WANDER (TELEPHONICALLY)

23

24

25
```

Page 8

1   BALLARD SPAHR LLP

2         Attorneys for Fee Examiner

3         919 Market Street

4         Wilmington, DE 19801

5

6   BY:   TOBEY DALUZ (TELEPHONICALLY)

7

8   SHEPPARD MULLIN

9         Attorneys for Fee Examiner

10        30 Rockefeller Plaza

11        New York, NY 10112

12

13   BY: PAUL HARNER (TELEPHONICALLY)

14

15   QUINN EMANANUEL UEQUHART SULLIVAN, LLP

16        Attorneys for Administrative Claims Representative

17        1300 I Street, NW

18        Washington, DC 20005

19

20   BY: ERIKA MORABITO (TELEPHONICALLY)

21

22

23

24

25

Page 9

1   DLA PIPER LLP

2          Attorneys for Transform Holdco LLC

3          1201 North Market Street

4          Wilmington, DE 19801

5

6   BY:  ROBERT CRAIG MARTIN (TELEPHONICALLY)

7

8   LARKIN HOFFMAN LAW FIRM

9          Attorneys for MOAC Mall Holdings LLC

10         8300 Norman Center Drive

11         Minneapolis, MN 55437

12

13   BY:  GREGORY OTSUKA  (TELEPHONICALLY)

14

15   PATTERSON BELKNAP WEBB TYLER LLP

16         Attorneys for MOAC Mall Holdings LLC

17         1133 Avenue of the Americas

18         New York, NY 10036

19

20   BY:  DAVID DYKHOUSE (TELEPHONICALLY)

21

22

23

24

25

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 11 of 66

Page 38

1    don't need to stay on either.

2              MS. MORABITO:  Thank you, Your Honor.

3              THE COURT:  Okay, very well.  So, let's go back to

4    the Transform Hold Co.-MOAC Mall motion.

5              MR. MARTIN:  Good afternoon, Your Honor, this is

6    Craig Martin from DLA Piper, representing Transform.  Can

7    you see and hear me all right?

8              THE COURT:  Yes, fine, thanks.

9              MR. MARTIN:  Thank you, Your Honor.

10             MR. OTSUKA:  Good afternoon, Your Honor.  This is

11   Greg Otsuka for MOAC Mall Holdings.  Also with me on the

12   Zoom hearing is David Dykhouse of the Patterson Belknap

13   Firm.  Your Honor, I would just note that I filed my pro hac

14   vice application on January 10.  I have not seen an order

15   yet granting that motion, but I would ask the Court's

16   permission to appear and argue today?

17             THE COURT:  Okay. Did you email it to chambers

18   with a proposed order?

19             MR. OTSUKA:  I did, Your Honor.

20             THE COURT:  Okay.  It's probably already been

21   sent, or if it won't, it will get entered very shortly.  So,

22   you can certainly argue today.

23             Okay.  I have reviewed the pleadings related to

24   this motion.  And the first one is Transform's motion to

25   file portions of its motion under seal.  The parties didn't

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 12 of 66

Page 39

1    exactly file my procedures for a ceiling motion; namely, to

2    provide me, by email, with the motion, the unredacted

3    document and the proposed order.  But I've reviewed the

4    unredacted documents and the redactions.  And I'll note that

5    I don't believe there is any opposition to the sealing

6    motion, and that, in fact, MOAC has tried to comply with the

7    relief that was sought, but redacting certain portions of

8    its objection.

9           So, my inclination, unless anyone has anything

10   more to say about this, is to enter an order directing the

11   sealing of the motion papers and the objection, and having

12   the redacted versions be the only versions on the public

13   docket of the case.

14          Those types of orders are always subject to

15   someone's seeking to reopen the matter.  But frankly, this

16   is not particularly a matter of public note.  I think it

17   really does fit very cleanly into what 107(b) generally

18   deals with, which is commercial information; the disclosure

19   of which could put a party at a disadvantage.

20          And so, again, I'm inclined to grant the motion.

21   Does anyone have anything to say about it?

22          MR. MARTIN:  Your Honor, this is Craig Martin.

23   Mr. Otsuka and I did confer prior to the hearing, and we're

24   grateful for Your Honor inuring that; we thought you might,

25   in lack of the opposition.  And we think that we can conduct

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 13 of 66

Page 40

1    the hearing without any need to seal anything that we're

2    going to argue today.  So, I'll simply refer to the

3    subtenant as 'Subtenant.'  And much of what we needed to

4    redact, is not going to be relevant for today's hearing; if

5    it is, we'll address it.  But we did confer, and I think we

6    can cover it without sealing the hearing or any portion of

7    the transcript.

8             THE COURT:  Okay, very well.  So, I'll ask you

9    then, Mr. Martin, to email the sealing order to chambers.

10            MR. MARTIN:  We will do so after the hearing, Your

11   Honor.  Thank you.

12            THE COURT:  Okay.  So, then we have the underlying

13   motion and the opposition.  I guess, the first thing I want

14   to ask is, has there been any development on the motion for

15   a stay under Federal Appellate Rule 41 of the issuance of

16   the mandate?

17            MR. OTSUKA:  Your Honor --

18            MR. MARTIN:  Go ahead, Mr. Otsuka.

19            MR. OTSUKA:  Sorry, Your Honor.  Greg Otsuka. The

20   only development is that, that motion is currently in

21   briefing in the second circuit.  We filed the motion.

22   Transform has filed the response.  We have time to file a

23   reply.  But as of now, that motion is pending.

24            THE COURT:  Okay.  All right.  So, I'm happy to

25   hear brief oral argument on this.  I guess I'd like the

Page 41

1    parties to focus first, though, on the stipulation and order

2    from the District Court, so ordered in March of 2020, by

3    then Chief Judge McMahon, and how it affects the motion now

4    before me.

5              MR. MARTIN:  Yes, Your Honor.  If it pleases the

6    Court, I'd be happy to go first on our view on that.

7              THE COURT:  Okay.

8              MR. MARTIN:  Craig Martin, again, for the record.

9    So, our view on that is -- and I think if you look -- it's

10   important to understand the context in which that order was

11   entered.  Initially, we argued in front of the District

12   Court, the substance of the motion, and MOAC prevailed on

13   that.  And that consent and stipulation order was then

14   entered.

15             After it was entered, we then filed a motion for

16   rehearing, which was granted.  That resulted in MOAC filing

17   an appeal on the rehearing motion, and that's what we argued

18   to the Second Circuit Court of Appeals.

19             The problem with the consent order is that in

20   paragraph 2, it says that it would be, remain in place until

21   the Second Circuit Rules, which has occurred.  As MOAC

22   points out in their briefing, I believe it's paragraph 6,

23   says that that order would not terminate until the mandate

24   issues.

25             THE COURT:  Paragraph 5.

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 15 of 66

Page 42

1          MR. MARTIN:  Yeah, paragraph 5, I apologize.  I

2    think the key is, is that in the actual Second Circuit

3    judgment, in their very last footnote, they talk about how,

4    because of the way in which the District Court judgments and

5    orders were entered, there never was a judgment entered.

6    And that as a result, that consent and stay order ceased to

7    have effectiveness.

8          Because, the way I read their footnote is, number

9    one, it related to the original judgment of the District

10   Court, which was vacated by the order on the rehearing.  And

11   number two, because under the various rules of procedure,

12   had a judgment been entered by the District Court on the

13   rehearing order, that judgment wouldn't become final in 150

14   days; which time has passed.  And the consent order would

15   have lost its efficacy.

16          So, our view is that for those two reasons,

17   indicated by the Second Circuit in its footnote, in its

18   summary order, disposing of the matter, the consent order

19   and stipulation does not have any effect any longer.

20          And if Your Honor needs me to direct it to you,

21   would be happy to --

22          THE COURT:  Well, I'm looking for it here.  Can

23   you just read it?  Rather than my leafing through here, can

24   you read that note?

25          MR. MARTIN:  Yes.  I'm reading from Exhibit F of

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 16 of 66

Page 43

1    our motion.  It's the final page, footnote 3.  It's quite a

2    long one.  But in essence, it says that the District Court's

3    May 11, 2020 order granting Transforms motion for rehearing,

4    and vacating the Court's original decision in favor of MOAC,

5    in its June 8, 2020 order denying MOAC's motion for

6    rehearing, and directing the District Clerk of Court, in

7    effect, to close the case; together constitute a final

8    decision that, quote, "Ended the litigation of the merits

9    and left nothing four the Court to do but execute the

10   judgment." Citing Hall v. Hall, in 28 USC 12 91.

11   Parenthetical omitted.

12           Continuing.  We appreciate that on March 11, 2020,

13   the District Court entered a stay of what it described as

14   its initial judgment in favor of MOAC.  The District Court

15   may well have thought that the stay remained in place, after

16   it later granted Transform's motion for a rehearing.  We

17   note, however, that no judgment of the District Court was

18   ever actually set forth in a separate document at any point.

19   Of course, in the absence of a separate document, judgment

20   is deemed entered 150 days after the order from which the

21   appeal lies and is entered, citing Federal Rule of Civil

22   Procedure 58(c)(2)(B).  But we will repeat our strong

23   suggestion that where, quote, "The district Court makes a

24   decision intended to be final, the better procedure is to

25   set forth the decision in a separate document called a

Page 44

1    judgment."  Citations omitted.

2                That's the complete footnote, Your Honor.  So, as

3    we read that, as I say, we believe the Second Circuit is

4    pointing out that the consent stay and stipulation expired

5    by operation of the Federal Rule of Civil Procedure

6    governing final judgments issued by District Court, up to

7    the Second Circuit.

8                THE COURT:  For one of jurisdiction, in essence, I

9    guess, right?

10               MR. MARTIN:  I suppose so.  You know, you always

11   to hate to second guess anything any party's done.  But

12   certainly is MOAC is concerned about a further stay, they

13   could have sought that from the Second Circuit.

14               And that's why I wanted to put that consent

15   stipulation in context.  It was originally entered on a

16   motion in which Transform had lost the appeal.  And so, the

17   design behind it, in my mind -- Mr. Otsuka may disagree --

18   but it was to protect us form not being able to continue to

19   pursue subleases.  Of course, we've now obtained a sublease.

20   And then, when the rehearing happened, neither party did

21   anything with respect to that.  And I construe the Second

22   Circuit is saying, because of neither party doing anything,

23   and because the District Court didn't enter any judgment, to

24   the extent that stay remained valid, it expired under

25   Federal Rule of Civil Procedure 58, 150 days after the

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 18 of 66

Page 45

1    District Court's judgment.  And that time period passed long

2    ago.  The appeal was pending for quite some time in the

3    Second Circuit.

4            THE COURT:  Okay.  Mr. Otsuka, you want to address

5    that point, and then we can go onto the other ones?

6            MR. OTSUKA:  I would Your Honor.  Thank you.  A

7    few points:  The first is, except for the first sentence or

8    two of Mr. Martin's argument that he just made, none of that

9    argument appears in their briefing.  We raised this issue in

10   our response.

11           In their reply, it's one paragraph on page 7 of

12   the reply.  And they hang their hat on the phrase in

13   paragraph 2, of this order that says, "Until any ruling of

14   the Second Circuit of Appeals."

15           So, the first point is, the rest of that argument

16   has not been made and should not be allowed right now.

17           In any event, the order of the District Court

18   says, "Judgment of this Court shall be stayed."  It doesn't

19   refer to any -- the judgment that was just entered, at the

20   time of this order.  As Mr. Martin pointed out, after

21   Transform lost on the merits in the District Court, they

22   asked our consent to enter into this stay.  And it was only

23   after we agreed and then -- that the Court entered this

24   stay.

25   And then, the very next day, Transform, for the first time,

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 19 of 66

Page 46

1    raised this jurisdictional argument; which as we point out

2    in our papers, they assured this Court that they would not

3    make it on any later appeal.  So, in our view, this order

4    clearly stays the judgement of the District Court.  It

5    doesn't refer to only the first judgement, and moreover, it

6    is also clear that the say is in place until the sending

7    down of the mandate of the Second Circuit, which hasn't

8    happened.

9              THE COURT:  I -- I agree with you on those points.

10   I think that if you just stopped in paragraph three, I

11   wouldn't, but it seems to me that paragraph five is -- is in

12   keeping with what you just said.  But, I guess that leaves

13   the issue addressed in the footnote to the Second Circuit's

14   decision, which is I think a pretty strong indication that

15   the Circuit doesn't believe this stay is in effect at this

16   point.

17             MR. OTSUKA:  Well, I would also say, Your Honor,

18   that it was a footnote after -- I think it's a footnote to

19   the word affirmed.  So it's clearly dicta.  They don't say -

20   -

21             THE COURT:  It's from the Second Circuit.

22             MR. OTSUKA:  I -- I understand.

23             THE COURT:  I'm not that pretty -- I'm not that

24   eager to just ignore it.

25             MR. OTSUKA:  And I'm not suggesting that you

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 20 of 66

Page 47

1    ignore it, Your Honor.  But I also point out that they don't

2    come out and say this order is not effective.  They -- they

3    -- they -- they make comments about the order --

4            THE COURT:  No, but the do -- but they do say the

5    judgement is -- is -- that in essence it's -- it's done.

6    Now they -- I think they can reconsider that, or rethink

7    that as part of the briefing on the stay of the mandate, the

8    requested stay of the mandate, but -- but at least as far as

9    what I have before me right now, it doesn't seem to me like

10   they would be holding the parties to this stipulated order.

11           MR. OTSUKA:  Well, the other point I would make,

12   Your Honor, is whatever the judgement -- whatever the

13   effectiveness the judgement may have, the terms of this

14   order say that the stipulation made itself, shall remain in

15   place until the standing down of the mandate.  What we're --

16   what we are relying on is in paragraph three, that Transform

17   shall not do a number of things, and as long as the mandate

18   is not issued, this stipulation remains in place and

19   Transform shall not do all of those things that are

20   identified in paragraph three.

21           THE COURT:  Well, again though, but if -- if -- if

22   the -- the court that so ordered it can't enforce it, I'm

23   not sure that means anything.  But let me ask a related

24   question, and this is to both of you.  The -- the sublease

25   has a -- a provision that talks about when the lease term

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 21 of 66

Page 48

1    commences, Section 1.2, which refers to the litigation

2    resolution date, and then that definition of litigation

3    resolution references another definition, the "critical

4    determination".  And regardless of whether this -- this

5    stipulation is a binding order; this is really I guess a

6    question for Mr. Martin first.  Why isn't the lease -- the

7    sublease itself one that contemplates the term commencing

8    only when you have a final order, as people define final

9    orders, i.e. it -- it doesn't admit of any rehearing,

10   reconsideration, transfer or appeal, and any further

11   possibility of any stay, remand, removal, rehearing,

12   reconsideration, transfer, or appeal resulting in the

13   critical determination; and I guess, in light of that, given

14   that there is a pending motion under Rule 41D to stay the

15   mandate and the possibility of a cert petition after that.

16   The -- the relief you're seeking here, ultimately, it would

17   occur to me doesn't -- doesn't -- doesn't -- the lease

18   doesn't start -- the sublease doesn't start until that

19   process is done.  So, I guess ultimately the question I have

20   is why are we here at this point?

21              MR. MARTIN:  Yes.  Craig Martin, again, for the

22   record.  I don't disagree with the way that, Your Honor, is

23   reading it that the litigation resolution is the date by

24   which various events would begin to occur that would lead to

25   occupancy.  The reason we're here today, however, is because

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 22 of 66

Page 49

1   of the assignment order that, Your Honor, entered after our

2   trial, ECF Number 5074 had certain conditions in it that we

3   needed to satisfy within certain time periods.

4          The two that we're worried about, specifically,

5   and that we submit we have satisfied, is that the -- we've

6   given the MOAC in it's capacity as a Landlord it's rights

7   under Section 6.3 of the Master Lease.  And the second item

8   that we're concerned about is that, Your Honor's order,

9   signed an order required that we at least lease some portion

10  of the property subject to the Master Lease.

11          THE COURT:  Well, except it really wasn't -- I --

12  I read that provision a little differently than -- than I

13  think you do, and maybe you're being extra careful about it.

14  But -- and I -- I go back to the transcript.  The -- the two

15  year limitation came up because this was a very long term

16  lease and there was 70 more years left to run on it.  And --

17          MR. MARTIN:  Correct.

18          THE COURT:  -- under the case law, I was concerned

19  that if it just remained -- if you said to, or left MOAC to

20  believe that you were perfectly content to leave the space

21  empty for 70 years, they would be forced to pay you

22  something and I didn't believe that was right under the case

23  law.  And during oral argument, one of your colleagues,

24  counsel for Transform, said well, we think we will get it

25  leased within two years.  That's a reasonable time.  There

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 23 of 66

Page 50

1     was testimony to that effect and so long as the landlord

2     didn't block us from doing that.  And obviously that

3     testimony and the two years didn't take into account two

4     years of appeals.

5                    MR. MARTIN:  Or a -- or a pandemic -- global

6     pandemic.

7                    THE COURT:  Well, that's a separate issue. I -- I

8     really, that -- I mean, it was on the condition that the

9     landlord not interfere.  And, you know, it's my order.  It's

10    my -- I understand my logic behind it and the logic was to

11    give you all two years to lease it, starting when you had

12    the opportunity to do so.  Not, you know, two years would

13    run while you were prevented to do it.  It seems to me that

14    that type of relief, if the circuit does not grant the --

15    issues the mandate, does not grant the stay, makes sense to

16    fix that.  I mean, it's just contrary to the premise of the

17    order that, again, was that when your hand is free, you

18    should have two years to litigate.  It wasn't a question of,

19    you know, the landlord, you know, like telling perspective

20    tenants not to talk to you.  I mean, that would have been

21    interference.  But the concept was you had two years to do

22    it.  Not that you would have two weeks to do it after two

23    years of appeal -- a year and -- almost two years of

24    appeals.

25                    MR. MARTIN:  Yes.  Craig Martin again, Your Honor.

Page 51

1    And just to comment on that, and I -- and I appreciate what

2    you're saying because it sounds like what you're saying that

3    we might have two years from the completion of appeals,

4    which, obviously --

5              THE COURT:  Right.

6              MR. MARTIN:  -- would be much more time --

7              THE COURT:  That's right.

8              MR. MARTIN:  Our concern obviously was calculating

9    it from the entry of the order --

10             THE COURT:  Right.

11             MR. MARTIN:  -- put us -- actually put us into

12   September of last year.  We -- you may have seen in the

13   documents we submitted, we did as --

14             THE COURT:  You got an extension from the Second

15   Circuit.

16             MR. MARTIN:  Yeah, we did ask for 60 days after

17   their ruling, and they gave that to us.  We calculate that

18   to be February 15th, so obviously this is a very valuable

19   lease.  We don't want to take any chance that we somehow

20   lose this -- this piece of property that we acquired due to

21   the passage of time.  So --

22             THE COURT:  Well --

23             MR. MARTIN:  -- obviously our proposed form of

24   order has a paragraph 3C that says that we've satisfied the

25   contingency by entering into the sublease so that we don't

Page 52

1    have to worry about the two year time period.

2             THE COURT:  Right, but that's -- that's a good --

3    see that's why I think our interpretation's a little

4    different.  It's not really satisfy the contingency; it's

5    just saying that this was -- that deadline was not -- I

6    didn't contemplate that deadline under these facts.  That's

7    it --

8             MR. MARTIN:  Okay.

9             THE COURT:  But -- then I -- I guess I want to go

10   to a related point.  The Circuit already gave Transform

11   extra time, visa ve the lease.  It has before it a motion

12   for a stay of the mandate.  Any court, including the

13   Circuit, can condition stay on various things.  They

14   condition it on posting a bond, if there's a risk, for

15   example, you lose the sublease, just because there's a -- a

16   circ petition pending.  And so the Circuit could say well,

17   we'll grant the stay if you post the bond.  It could also

18   say we'll grant the stay as long as the two year condition

19   is extended.  And you could certainly related to them this

20   section of the transcript where I say that's, you know, how

21   I viewed my order and it comes right out of the oral

22   argument and the discussion that you should have a full two

23   years to market and sell the lease, or to, you know, as a

24   sublease.

25             Given that that's in front of the Circuit already,

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 26 of 66

Page 53

1    with those possibilities, I'm -- I am reluctant to just

2    charge ahead before they rule on the motion for a stay of

3    the issuance of the mandate.

4           MR. MARTIN:  I understand that point, Your Honor,

5    Craig Martin, again.  So it sounds like that potentially two

6    things that might, Your Honor's read the papers and I'm not

7    going to make a pitch for why we think the current order is

8    final.  I understand where, Your Honor's coming from, it

9    seems like there are two options that might help solve the

10   problem.  The first would be to invoke the rules in Your

11   Honor's court and set this for a final hearing.  The reply

12   brief is due on the 25th and is on the -- is on the 25th,

13   so, you know, we would expect a ruling from the Second

14   Circuit on the stay of the mandate probably by the end of

15   the month, early February.  But since we're concerned about

16   that timeline, it may make sense to invoke a Bankruptcy Rule

17   8005.  There's also a Federal Rule of thought procedure

18   called Indicative Ruling --

19           THE COURT:  Well that's it -- that's actually 8008

20   has the Indicative Ruling.

21           MR. MARTIN:  8008?  I'm sorry, I misspoke, yeah.

22   Called Indicative Ruling, which allows us to do what, Your

23   Honor, just said, which is to, you know, write a letter to

24   the Clerk, and say that we had this hearing, provide the

25   transcript, and say that you've indicated your thoughts on

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 27 of 66

Page 54

1    this record.  I guess the one portion of that rule that's

2    not clear from this record is whether you would actually

3    grant our proposed order or whether you would clarify the

4    two year time frame to be two years from completion of, you

5    know, exhaustion of appeals, which would either be when the

6    mandate doesn't issue, I suppose, or if the Second Circuit

7    stays the mandate and the Supreme Court grants Cert -- it

8    could be, you know, we all know how long that takes, it

9    could be another couple of years.  We just don't want to

10   lose our lease while that -- that time is pending; and I'm -

11   - as I'm sure, Your Honor, appreciates, there's some

12   confusion over when that deadline runs.  We -- we believe

13   we've satisfied the requirements with the 6.3A offer as,

14   Your Honor has seen in the exchange of letters from November

15   and December, and that we've satisfied the contingency.  But

16   --

17            THE COURT:  Well --

18            MR. MARTIN:  -- if, Your Honor, feels the mandate

19   issue prohibits you from -- from addressing that --

20            THE COURT:  Well, there are two aspects of the

21   condition to the -- to the start of the lease.  There's the

22   litigation contingency, and then there's the compliance with

23   the right of first offer, and compliance with the lease

24   itself.  And you -- your motion duly seeks determination of

25   both of those points.  The objection was premised almost

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 28 of 66

Page 55

1    entirely on arguments why the first point, i.e. the

2    litigation contingency, is at best is premature, and at

3    worst something that I don't have the power to rule on.

4    There is a little bit in the objection about the second

5    point, which really said very little -- really it didn't say

6    anything more than the language in the denial letter, which

7    basically questioned whether the proposed subtenant fits

8    within 6.3 and is the type of tenant that can come in. I

9    don't think I'm in a position to give any indicative ruling

10   on that point yet, because I don't really have any evidence

11   other than is submitted in a motion as to the nature of the

12   subtenant's business.  It may be fairly easy to decide that

13   issue, but I'm not sure I'm -- I can't give an indicative

14   ruling, I don't think, on that point.

15          I know you think you've made that case pretty

16   clearly, based on other leases that MOAC has granted, et

17   cetera, the nature of this subtenant's -- proposed

18   subtenant's business, et cetera, but -- but it's a different

19   issue than interpreting my own order, which is really the

20   first point.

21          MR. MARTIN:  Perhaps the owner, Craig Martin

22   again, may by -- may be some combination of what I said,

23   which is that we make the Second Circuit aware of this and

24   we also adjourn this motion, pending the decision on the

25   mandate, and if the mandate is not stayed, we could then

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 29 of 66

Page 56

1      seek a further hearing on these other issues and with the

2      clarity on the timing, we're then not, you know, pressed for

3      some arbitrary deadline where we need that decision or we'd

4      (indiscernible) the lease (indiscernible).

5              THE COURT:  Right.  Well, I don't want to short

6      circuit, Mr. Otsuka may want to -- may have some remarks on

7      this.  I don't to short circuit the arguments that MOAC has

8      made, but I did -- I did want to give you both my

9      preliminary thoughts on the divestiture issue.

10             First, I don't think that the mandate is -- the

11     issuance of the mandate is to be ignored.  I think it is a

12     critical step in the appellate process, and until it's

13     issued, with -- with very limited exceptions, the -- the

14     lower court, I don't think has the ability to take an action

15     that would interfere with the appeal process, and I think

16     that's -- that's laid out pretty clearly in the case law on

17     the jurisdictional law.  It's discussed in United States v

18     Rivera, 844 F.2nd, 916, 921 (2nd Cir. 1988), and I think

19     even more tellingly in, I wouldn't even try to pronounce it,

20     Y L U G H I O U G H E N Y, an Ohio Coal Company v Milliken,

21     200 F.3rd, 942, 951-52 (6th Cir. 1999) or a hearing on merit

22     denied 2000 US opt Lexus 3382, 6th Circuit, March 2, 2000.

23     Cert denied 531 US 818, 2000.

24             The Abner Coleman case that the reply mostly

25     relies on for the statement that the lower court can act in

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 30 of 66

Page 57

1   certain circumstances where the mandate hasn't been issued

2   yet, was one where there was no request for a stay of it,

3   and the district court was up -- up against the speedy trial

4   issue.  I think Deep v Boys, which -- which the reply also

5   relies on, pretty much sort of blindly cited the Abner

6   Coleman case with a broader proposition, and the -- the

7   Sixth Circuit case says, yes, even though ministerial, it

8   does have a meaning and I think, particularly where there is

9   a motion for a stay of the mandate, that's important and

10   that take is laid out in the advisory committee notes to

11   Rule 41D.  But I'm not sure that gets MOAC to where it wants

12   to go here, because I'm not sure that the divestiture

13   doctrine really applies in this situation, necessarily.

14   There's a good discussion of it in Ray Winimo Realty Corp,

15   270 BR 99, SDNY 2001, also citing that and later cases in

16   another district court opinion Ratcliff v Rancheros Legacy

17   Meat Company, 2020 US District Lexus 127, 276 at 9 through

18   10, District Court Minnesota, July 2021; as well as by Judge

19   Chapman in Ray Sabine Oil and Gas Corp 548 BRF 674, 679,

20   Bankruptcy SDNY 2016.

21          So the -- the point there is that the mere fact of

22   a pending appeal doesn't divest the court of jurisdiction to

23   implement and enforce the order.  That flips the burden of

24   getting a stay, pending appeal on its head.  You wouldn't

25   have to move for a stay pending appeal, if the very fact of

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 31 of 66

Page 58

1    and appeal divested the court of implementing the order it's

2    being appealed from.  Instead, the rule makers said no, you

3    have to rule for a stay, pending appeal and win before that

4    happens.  What -- what you can't do, under the divestiture

5    doctrine is expand on, or alter the order that's on appeal,

6    or interfere with the appeal.  And I -- I think that's an

7    important point.  Now, my order authorizing the assumption

8    and assignment of the lease from September 5, 2019, which

9    has the two year limitation in it, isn't really, I don't

10   think the subject of the appeal.

11           I think the subject of the appeal is the -- the

12   district court's determination that 363M deprived it of the

13   ability to reverse my order.  On the other hand, this matter

14   is before the district court -- I mean, I'm sorry, it is

15   before the Court of Appeals in the Motion for Stay of the

16   Mandate.  They have the ability to condition that request on

17   various things and I think it would be useful for the

18   District Court, for the Circuit Court, excuse me, to -- to

19   know my view of that two year limitation.  And I think I

20   have the power to, through you, to let them know of that

21   view under Bankruptcy Rule 8008, which says that if a party

22   files a timely motion in the Bankruptcy Court for relief

23   that the Court lacks authority to grant, because of an

24   appeal, that has been docketed and is pending.  The

25   Bankruptcy Court may defer considering the motion, deny the

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 32 of 66

Page 59

1     motion, or state that the Court would grant the motion if

2     the court where the appeal is pending remands for that

3     purpose, or state that the motion raises a substantial

4     issue.  And then B says the movant must properly notify the

5     clerk of the court when the appeal is pending, if the

6     Bankruptcy Court state that it would grant the motion or

7     that the motion raises a substantial issue.

8              And I think I would grant as modified, the motions

9     request with respect to the two year period, but really, by

10    saying that I don't believe that it applies, under these

11    facts, not because of anything wrong that MOAC did, but

12    because the premise of the two year limitation was that two

13    years was a reasonable time, if Transform was free to do so,

14    to find a tenant.  And if it couldn't do so, by that point,

15    adequate assurance would require that it not hold onto the

16    lease anymore.

17             MR. OTSUKA:  Your Honor, I didn't want to

18    interrupt.  May I be heard on --

19             THE COURT:  Sure.  Yeah, go ahead, no I wanted to

20    lay that all out on the table.  That's not a ruling. I  want

21    to lay out my thinking so that you all can respond to it.

22             MR. OTSUKA:  Your Honor, on the two year point, I

23    certainly understand that the Court is maybe giving more

24    color describing the Court's reasoning for why the order is

25    entered and it may be interpreting the Court's own order.  A

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 33 of 66

Page 60

1    couple of things that I would point out, however, in terms

2    of if the Court is inclined to say that the two years

3    doesn't begin to run until any appeal is final, whatever

4    that may mean.  Obviously, Transform has been marketing this

5    sublease during this time.  That's why they have a signed

6    sublease, right?  So it doesn't make sense to me that they

7    should be given two more years when they have spent this

8    time, at least, some of it, probably most of it, marketing

9    and -- and looking for a subtenant, which they believe that

10   they have found a suitable subtenant.

11            THE COURT:  Right.

12            MR. OTSUKA:  So --

13            THE COURT:  That -- can I interrupt you?  That's a

14   fair point, but at the same time it has to be enough time so

15   that the deal can be closed -- or a deal can be closed after

16   what would be a reasonable condition, which is that the

17   prospective subtenant is reasonably assured that after it

18   closes, it won't be divested because of some further ruling

19   on appeal.  So, I understand.

20            MR. OTSUKA:  It --

21            THE COURT:  Another two years is -- my point is

22   that the debtor, Transform shouldn't be up against a, you

23   know, an imminent deadline here, because of not its own

24   inability to market the premises but to close, because of

25   the pending appeals.

1          MR. OTSUKA:  And I understand that, Your Honor,

2     and I would also point out, as Mr. Martin said and as the

3     Court recognized, the Second Circuit did extend that two

4     year period, and that was with the consent of MOAC.

5     Transform has not sought -- has not asked the Second Circuit

6     to extend that deadline.  Maybe with the Court's comments

7     today, it may do so, but my only point is that that request

8     to further extend that deadline has not brought to MOAC, I'm

9     not sitting here today with an answer to that.

10         THE COURT:  Right.

11         MR. OTSUKA:  But my point is, we did consent for

12    that very reason, that Your Honor is pointing out.  We

13    consented to the -- to the Second Circuit extending the

14    deadline out another 60 days.  So I guess that's all I would

15    say about the two year time period.

16         THE COURT:  Okay.  All right.

17         MR. OTSUKA:  In -- in terms of the jurisdictional

18    question, I'm not sure how much, Your Honor, wants to --

19    wants to hear on that.  I -- I agree and it was -- this was

20    in my notes that what the Court said that a lower court may

21    not expand or alter its prior judgement that's on appeal,

22    and I think quite clearly, that's what Transform seeks here.

23    They're asking the Court, putting aside this -- the question

24    of did they satisfy the -- the two year provision?

25         All the other relief that they're asking for,

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 35 of 66

Page 62

1     they're asking the Court to give an opinion on all these

2     other conditions that -- that Transform says it has

3     satisfied.  We quite -- quite clearly say they haven't.

4     That -- I'm happy to get into the substance of that, but

5     that is very obviously expanding on the -- on the assignment

6     order.  The assignment order --

7               THE COURT:  Yes, but --

8               MR. OTSUKA:  -- authorized --

9               THE COURT:  -- but it doesn't seem to be

10    interfering with it.  I mean, if -- if -- if -- see, I

11    actually think that is the type of thing that I could --

12    that aspect, I think I probably could rule on.  I'm not sure

13    it's really T'd up for me to rule on today because I think I

14    need to hear some evidence on compliance with the right of

15    first offer and the, you know, and the lease in terms of an

16    acceptable subtenant.  But that's -- that's a question that

17    is really, to me, very far removed from whether Section 363M

18    isolates consideration of my order on appeal.  I think

19    that's a very different issue.  I mean, for example, if --

20    if I had authorized the assumption and assignment of the

21    lease or -- or the -- yeah, the assumption and assignment of

22    the lease and it required ongoing adequate assurance

23    payments, right?  Which it did in fact, I mean, it's only

24    $10.00 a year, plus taxes, but if in year two, Transform

25    didn't pay the taxes and you wanted to enforce that cure

Page 63

1    payment here as opposed to in Minnesota in state court, that

2    wouldn't interfere with the appeal.  I mean, it's  separate

3    issue.  Say -- similarly with the ability to sublease.  I

4    don't see how that interferes with the appeal.  It's a --

5    it's a separate issue.

6              MR. OTSUKA:  Your Honor, a few things.  So first

7    of all, Transform is asking the Court to issue and order

8    that says Transform has prevailed in the litigation

9    regarding assignment of the Master Lease, therefore the

10   Master Lease assignment is fully valid and enforceable.

11             THE COURT:  That's -- I -- that's the -- I

12   understand.  That point, I understand and that's why I was

13   focusing on the two different issues.  I think that --

14             MR. OTSUKA:  So may --

15             THE COURT:  And the reason they want that decided

16   is they're concerned about the two years.  And but --

17             MR. OTSUKA:  But Your Honor --

18             THE COURT:  -- but they're also asking for a

19   determination that the right of first offer was complied

20   with and -- and -- that -- that and that the lease -- the

21   prospective subtenant is an acceptable tenant under the

22   lease, and to me, that -- that's different than saying all

23   of the litigation is done.  Clearly, all of the litigation

24   is done, that's something before the Circuit, whether it's

25   done or not.  That's up before the Circuit.  That's the

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 37 of 66

Page 64

1    process of getting a stay or not of the -- of the -- the --

2    the mandate and -- but that's all occasioned by what I think

3    is a misplaced concern by Transform, that they're up against

4    a deadline that's about to expire and may well expire before

5    Cirt is dealt with, and -- and I think that's a separate

6    issue.  But as far as the other --

7              MR. OTSUKA:  If you --

8              THE COURT:  -- relief they're seeking, while I'm

9    not prepared to do it today, because this is not an

10   evidentiary hearing, I don't see how that interferes with

11   the appellate process.

12             MR. OTSUKA:  I -- I'm sorry, Your Honor, just to

13   clarify, when you say the other relief they're seeking,

14   which -- which part of that were you referring?

15             THE COURT:  Well, they -- they -- they attach to

16   their motion MOAC's letter which says we don't accept the

17   subtenant, and they want a determination that you've done

18   that improperly, because this is an acceptable subtenant,

19   and that the lease has been complied with.  To me that's --

20   that -- that has very little, if anything to do with the

21   appeal.  Whereas, if they ask for the determination they're

22   all -- that the litigation contingency is -- is over, well,

23   I think that -- that does have something with the appeal.

24             MR. OTSUKA:  I understand. ]

25             THE COURT:  I mean, how could I tell the Second

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 38 of 66

Page 65

1    Circuit that the litigation's over when they have a motion

2    pending before them for a stay of the mandate?

3            MR. OTSUKA:  I -- I understand the distinction

4    you're just  -- Your Honor's making, and I -- and I

5    certainly agree that there's a difference -- I'm not

6    conceded the same conclusion that, Your Honor, just said,

7    but I do agree that -- that is -- it's not proper for this

8    Court to make the determination that the litigation

9    contingency, as a whole, has been satisfied.

10           THE COURT:  Right.  Okay.

11           MR. OTSUKA:  So -- I -- I don't know where that

12   leaves us right now.

13           THE COURT:  Well, I think -- again, where I think

14   it leaves us is I could schedule an evidentiary hearing on

15   the lease compliance issues, if you will.  You know, has the

16   right of first offer been complied with and is the proposed

17   subtenant a tenant that could be rejected by the landlord.

18   I don't want to have -- I mean, we're not having that

19   hearing today, it wasn't scheduled as an evidentiary

20   hearing.  I don't know when I would have time to do it.  I

21   don't know if anyone wants to take discovery on it.  But I

22   don't -- I don't think anything more needs to be said on

23   that point today.  What I don't believe requires an

24   evidentiary hearing, but which I also believe I should defer

25   on under Rule 8008, is a ruling on the other portion of the

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 39 of 66

Page 66

1    motion which, as you said, seeks a determination that the --

2    the contingency has occurred.  Which really means the

3    litigation is done.  But I think I should state and

4    authorize and direct the movant, Transform, to so inform the

5    Circuit that I believe the two year limitation under my

6    order doesn't apply in these circumstances where the S&E

7    tenant, Transform, has obtained, under what apparently is a

8    -- a fully documented sublease, a tenant, and the only thing

9    impeding that tenant from taking, under the sublease, within

10   the two years is the fact of the pending appeal and -- and

11   litigation occasioned by the landlord's denial of

12   acceptability of the tenant and the right of first offer

13   being complied with.  And I think, frankly, because you have

14   a pending motion for a stay of the mandate, if the Circuit

15   wants to grant that stay, it could put conditions on it like

16   extending the two year period, posting a bond, whatever.  If

17   it doesn't extend -- if it doesn't stay the mandate, I

18   believe that at that point, I should determine, and I'm

19   telling you know how I will determine it, the two year

20   issue, and -- and determine that that two years doesn't run

21   until the appellate process is finished, with suitable time

22   to close the deal.  And we'll leave it at that.

23           I mean, that's the really pressing dispute.  That

24   really is a case for controversy.  It's very live, I mean,

25   they lose this tenant if -- if that two years runs under the

Page 67

1    interpretation that I'm not accepting, but I think there

2    should be an order that reflects that.  I'm not accepting

3    it.  And similarly, the issue of an acceptable tenant is --

4    is live too, and I think I have jurisdiction over it,

5    because it's part of the adequate assurance, you know, I

6    basically said, this has to get done.  This part of the

7    assignment of the lease.

8         So I don't want to interfere with what you've T'd

9    up in the Circuit court, but I think they should know how I

10   would rule if they denied the stay and leave it at that.

11        So I would -- I would not dismiss the motion, I

12   would defer consideration of it.  I think the parties should

13   discuss whether they need discovery, agree on a discovery

14   schedule, and get a hearing date for an evidentiary hearing,

15   which I think would be no more than half a day, and they can

16   get that from Ms. Lee in the clerks' office.  And again, I -

17   - I'm telling you both now that I would make it clear that

18   the two year limitation doesn't apply in this situation

19   where those two issues, namely the acceptable tenant and

20   then right of first offer, have been raised by the landlord,

21   basically right at the end of the two year period, and the

22   appeals process has prevented the closing of what would

23   otherwise be a, you know, a real tenant, sublease.  Because,

24   again, that wasn't -- that wasn't what I was addressing in

25   that condition of adequate assurance of future performance.

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 41 of 66

Page 68

1     What I was addressing was a situation where Transform

2     literally didn't come up with someone, who was real, within

3     two years and just kept the landlord hanging out there,

4     potentially for up to 70 years, because that was the

5     remainder of the lease, which wasn't -- which I didn't

6     believe fair.

7              MR. OTSUKA:  Thank you, Your Honor, if I --

8              THE COURT:  So I don't think you needed an order

9     on this at this point. I think obviously you should get the

10    transcript, promptly, and let the Circuit know the result

11    and then you may want to give me a scheduling order or if

12    you're comfortable that you can take whatever discovery you

13    need before the hearing, just schedule the hearing and we'll

14    go ahead with the evidentiary hearing.  If it's at any time

15    in the next couple of months, it will probably held

16    remotely.  I have a well developed form of remote hearing

17    order and procedure that you can get from Mr. Andino in the

18    Clerks' office that, you know, just help you plan for that.

19             MR. MARTIN:  Your Honor, this is Craig Martin.

20    Thank you for that. I think what I've heard you say is on

21    the 8008 indication to the Second Circuit, that we are

22    authorized and directed to do so, and that we can provide

23    the transcript.  You won't be doing any type of writing on

24    that --

25             THE COURT:  Right.

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 42 of 66

Page 69

1          MR. MARTIN:  -- so what we'll -- we'll figure out

2    how to do that, and then we will be happy to confer with Mr.

3    Otsuka so that our clients can decide how much discovery

4    they want and then work together to come up with an

5    appropriate hearing date on these other issues that you've

6    identified today.

7          THE COURT:  And as -- and as you know from the

8    last evidentiary hearing before me, my practice is to take

9    direct testimony by declaration or affidavit with the

10   witness to be life for cross and redirect.  And for the

11   parties to meet and confer and agree on the admissibility of

12   as many exhibits as they, in good faith, can agree on being

13   admissible, and submit a joint exhibit book, along with the

14   witness declarations of direct testimony to chambers a few

15   days before the evidentiary hearing, and a separate binder

16   of any exhibits whose admissibility they want to fight over.

17         MR. OTSUKA:  Your Honor, Greg Otsuka, one more

18   time, or at least one more time for now. I heard you say

19   earlier, and I just want to make sure that the -- the

20   transcript is reasonably clear, since there won't be a

21   written order, that -- I heard you say that the two year --

22   in the Court's opinion, the two year deadline shouldn't

23   expire by virtue of the issues that you identified, but that

24   it also is not true that the two years should -- should

25   start over --

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 43 of 66

Page 70

```
 1              THE COURT:  Yeah --

 2              MR. OTSUKA:  -- that there should be some

 3    reasonable time --

 4              THE COURT:  There should be a reasonable time to

 5    enable the identified transaction to close.

 6              MR. OTSUKA:  Understood.

 7              THE COURT:  Okay.  I think you're on mute, Mr.

 8    Martin, although I don't see the symbol of that, but you're

 9    on mute.  Maybe it's because you took off your headset?  I

10    don't know.

11              MR. MARTIN:  A can you -- are you able to hear me?

12              THE COURT:  Yeah, now I -- now I can hear you.

13    Yeah.

14              MR. MARTIN:  Just to be -- just to be clear on

15    that point, the -- the sublease has a provision that,

16    obviously, we have had a hard time getting a tenant, because

17    of the litigation, and there is a timeline on the litigation

18    resolution of 270 days.  It -- so however long this takes,

19    it is foreseeable that our subtenant, if we exceed that time

20    period, would have the ability to exit, and we would

21    effectively be starting over on a subtenant, so -- I

22    understand if you don't want to make a ruling today, two

23    years may be appropriate, depending on what happens.  It may

24    not --

25              THE COURT:  If you --
```

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20   2022 Hearing Transcript   Pg 44 of 66

Page 71

1          MR. MARTIN:  I don't want to impose that today --

2          THE COURT:  I think all I can say at this point is

3     it should be a reasonable time and -- look the Circuit may

4     do all sort -- it may -- it may grant the stay, but it --

5     but impose a bond requirement.  You know, there are lots of

6     things that could be done.  So I don't want to take that

7     away from them.  But I do want to let the know how I viewed

8     this order because it think that's important for them to

9     know.  This condition in the order.

10         MR. MARTIN:  And I appreciate that.  I just wanted

11    it to be clear that we do -- even though the clock that Your

12    Honor -- we thought, Your Honor, set, may not be running, we

13    do have a clock running in our -- in our sublease.

14         THE COURT:  A separate deal clock.  That -- that's

15    fair and that's something you could raise with the Circuit.

16    I'm just focusing on a reasonable time at this point.

17         MR. MARTIN:  Understood and thank you, Your Honor.

18    Unless you have any other question for me, I think we

19    understand where you're coming from and --

20         THE COURT:  Okay.

21         MR. MARTIN:  -- what steps you would like us to

22    take.

23         THE COURT:  All right.  Very well.  Thank you.

24         MR. OTSUKA:  Thank you.

25         MAN 1:   Thank you, Your Honor.

Page 72

1            WOMAN 1:  Thank you, Your Honor.

2            THE COURT:  Okay. I think that concludes the

3    mattes in the Sears case for today, so I'll be signing off

4    at this point.  Thanks everyone.

5            MAN 1:  Thank you, Your Honor.

6            WOMAN 1:  Thank you.

7            (Whereupon these proceedings were concluded at

8    4:00 PM)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 73

1                   C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6    *Sonya M. Ledanski Hyde*

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  January 24, 2022

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 47 of 66

**[& - 6.3a]**                                                                                    Page 1

| **&** |
|---|
| **&**   3:12,17,19 4:2 |
| 4:3,10,14,16,20 |
| 4:21 5:12,13 7:3 |
| 10:20 |

| **0** |
|---|
| **0.00.**   3:8 5:8 |

| **1** |
|---|
| **1**   2:11,19 3:6,16 |
| 4:1,13,19 5:6,11 |
| 7:12 22:1 37:12 |
| 71:25 72:1,5,6 |
| **1,068**   11:21 |
| **1,560**   11:21 |
| **1.1**   17:14 |
| **1.2**   18:16 48:1 |
| **1.3**   18:16 |
| **10**   38:14 57:18 |
| **10.00**   62:24 |
| **10.5**   34:22 |
| **10/31/2021**   2:21 |
| 3:8 |
| **100**   14:14 |
| **10019**   7:20 |
| **10036**   7:13 9:18 |
| **10112**   8:11 |
| **10131/2021**   3:18 |
| **1013112021**   4:15 |
| 5:8 |
| **10153**   7:6 |
| **10154**   4:2,4,17,20 |
| 4:22 5:12,14 |
| **10155**   4:3,4,21,22 |
| 5:9,13,14 |
| **10156**   2:22 |
| **10160**   3:20 4:4,4 |
| 4:22,22 5:14,14 |
| **10161**   3:9 |
| **10162**   2:12 |
| **10163**   5:24 |
| **10171**   2:6 |

| **10191**   4:6,24 5:16 |
|---|
| **10193**   6:11 |
| **10194**   6:5 |
| **10240**   10:25 |
| **106.1**   16:13 |
| **10601**   1:14 |
| **107**   39:17 |
| **11**   43:3,12 |
| **1114**   14:17 |
| **112021**   3:18 |
| **1133**   9:17 |
| **11501**   73:23 |
| **12**   34:1 43:10 |
| **12/28/2021**   6:13 |
| **1201**   9:3 |
| **12151**   73:6 |
| **127**   57:17 |
| **13**   26:5 |
| **13.1**   17:20 |
| **1300**   8:17 |
| **1350**   7:19 |
| **148,882.59.**   3:19 |
| **15**   13:16 |
| **15,000**   20:10 |
| **15.4**   18:14 |
| **150**   42:13 43:20 |
| 44:25 |
| **153**   16:11 |
| **159.4**   16:11 |
| **15th**   51:18 |
| **17**   17:10,21 |
| **17.5**   34:23 |
| **17.7**   18:11,22,24 |
| 19:23 23:1 |
| **18-23538**   1:3 |
| **19801**   8:4 9:4 |
| **1988**   56:18 |
| **199**   19:25 |
| **1999**   56:21 |

| **2** |
|---|
| **2**   4:2,20 5:12 |
| 17:23 19:24 24:23 |
| 37:12 41:20 43:22 |

| **45**:13 56:22 |
|---|
| **2,517,997.00**   3:18 |
| **2.3**   19:24 |
| **20**   1:17 2:6 6:20 |
| 10:14,14 29:9 |
| **20,000**   20:13 |
| **200**   19:25 56:21 |
| **2000**   56:22,22,23 |
| **20005**   8:18 |
| **2001**   57:15 |
| **20138**   5:18 |
| **2016**   57:20 |
| **2019**   58:8 |
| **2020**   41:2 43:3,5 |
| 43:12 57:17 |
| **2021**   2:11,12,19 |
| 2:19 3:6,6,16,16 |
| 4:13,14 5:6,6 |
| 57:18 |
| **2022**   1:17 2:6 6:20 |
| 73:25 |
| **23**   13:2 |
| **23.4.**   17:7 |
| **24**   73:25 |
| **248**   1:13 |
| **25th**   53:12,12 |
| **26385**   5:19 |
| **266,139.00**   5:8 |
| **27**   33:2 |
| **270**   57:15 70:18 |
| **276**   57:17 |
| **276793.00**   3:8 |
| **28**   43:10 |
| **28.8**   17:20 |
| **287,232.21.**   4:16 |
| **2:10**   1:18 |
| **2nd**   56:18 |

| **3** |
|---|
| **3**   4:3,21 5:13 |
| 14:17,19 25:3 |
| 43:1 |
| **30**   8:10 13:3 17:10 |

| **30,428.89.**   2:22 |
|---|
| **300**   1:13 73:22 |
| **31**   2:12,19 3:6,16 |
| 4:13 5:6 |
| **330**   36:11 73:21 |
| **3382**   56:22 |
| **34.5**   17:6 |
| **363m**   58:12 62:17 |
| **3c**   51:24 |

| **4** |
|---|
| **4**   18:6,8 |
| **40**   12:7 |
| **41**   40:15 |
| **41.3**   12:20 |
| **41d**   48:14 57:11 |
| **42**   17:20 |
| **440**   12:17,21 20:1 |
| **45**   20:3 21:17 |
| **492**   12:11,14 |
| **4:00**   72:8 |

| **5** |
|---|
| **5**   28:11 33:21 |
| 41:25 42:1 58:8 |
| **50**   19:3,22 20:11 |
| 20:15,15 21:16,17 |
| 22:3 28:14 |
| **507**   13:25 |
| **5074**   49:2 |
| **53.3**   18:24 |
| **531**   56:23 |
| **548**   57:19 |
| **55**   13:17 |
| **55437**   9:11 |
| **58**   11:22 43:22 |
| 44:25 |
| **58.2**   18:2 |

| **6** |
|---|
| **6**   22:22 24:8,13 |
| 41:22 |
| **6.3**   49:7 55:8 |
| **6.3a**   54:13 |

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 48 of 66

**[60 - andino]**                                                                          Page 2

| | | | |
|---|---|---|---|
| **60** 51:16 61:14 | **a** | **additional** 16:22 | **agenda** 6:19 10:4 |
| **62** 19:8,8 | | 16:24 22:16,20 | 10:8 25:15 36:25 |
| **62.6** 18:1 24:9 | **ability** 29:1 56:14 | 23:21 30:4 31:2 | 37:12,20 |
| **66** 19:8 | 58:13,16 63:3 | 33:18 | **agent** 2:9 32:16 |
| **674** 57:19 | 70:20 | **additions** 19:21 | **ago** 26:15 45:2 |
| **679** 57:19 | **able** 10:20 18:10 | **address** 26:12 | **agree** 30:3,23 |
| **6th** 56:21,22 | 19:16,22 21:16 | 40:5 45:4 | 31:19 46:9 61:19 |
| **7** | 22:3 37:13 44:18 | **addressed** 46:13 | 65:5,7 67:13 |
| | 70:11 | **addresses** 26:19 | 69:11,12 |
| **7** 3:17 6:17 45:11 | **abner** 56:24 57:5 | **addressing** 54:19 | **agreed** 16:3 28:20 |
| **7/1/2021** 2:21 3:7 | **absence** 43:19 | 67:24 68:1 | 36:17 45:23 |
| **7/112021** 5:7 | **absolutely** 35:2,7 | **adequate** 59:15 | **ahead** 10:17 36:5 |
| **70** 21:19 49:16,21 | **accept** 64:16 | 62:22 67:5,25 | 40:18 53:2 59:19 |
| 68:4 | **acceptability** | **adjourn** 55:24 | 68:14 |
| **711/2021** 4:15 | 66:12 | **admin** 37:9 | **akin** 4:1,9,14,16 |
| **75** 19:5 | **acceptable** 62:16 | **administrative** | 4:19 5:11 7:10 |
| **76** 13:17 | 63:21 64:18 67:3 | 2:9 8:16 11:6,7,23 | 24:7,12 25:23 |
| **76,275.00** 2:21 | 67:19 | 14:25 18:12 19:1 | 32:23 |
| **767** 7:5 | **accepting** 67:1,2 | 19:19,20 20:4,9 | **al** 1:7 5:4 10:4 |
| **8** | **access** 10:6 | 21:4,13,15,23 | **alexander** 4:5,23 |
| | **accommodate** | 22:14 27:22 28:11 | 5:15 |
| **8** 11:22 26:19 43:5 | 27:3 | 28:12,16 30:8,15 | **allocate** 19:24 |
| **80** 19:6 | **accommodation** | 32:16 33:22 34:24 | **allocated** 18:15 |
| **8005** 53:17 | 30:22 | 35:25 | **allocation** 14:3 |
| **8008** 53:19,21 | **accompanying** | **admins** 35:6 | **allow** 18:15 20:3 |
| 58:21 65:25 68:21 | 6:9 | **admissibility** | 20:15 |
| **818** 56:23 | **accomplishment** | 69:11,16 | **allowance** 2:5,17 |
| **8300** 9:10 | 13:14 | **admissible** 69:13 | 3:4,13 4:11 5:5 |
| **839,969.00** 4:15 | **account** 13:6 | **admit** 48:9 | **allowed** 11:22 |
| **844** 56:18 | 18:11 24:18,19 | **admitting** 16:22 | 12:3,4,6,9,21,24 |
| **9** | 50:3 | **advance** 11:8 | 16:10 19:3 45:16 |
| | **accrual** 21:25 | 22:16,25 | **allows** 53:22 |
| **9** 57:17 | **accurate** 73:4 | **adversary** 6:17 | **alter** 58:5 61:21 |
| **91** 43:10 | **achieving** 10:12 | 37:21 | **americas** 9:17 |
| **916** 56:18 | **acquired** 51:20 | **advisor** 5:3 | 37:19 |
| **919** 8:3 | **act** 56:25 | **advisors** 11:5 | **amount** 15:21 |
| **921** 56:18 | **action** 24:17 | 19:18 | 16:12 19:3 24:14 |
| **942** 56:21 | 56:14 | **advisory** 57:10 | 27:16 |
| **951-52** 56:21 | **actual** 3:5,15 15:7 | **affidavit** 69:9 | **amounts** 12:18 |
| **99** 57:15 | 42:2 | **affirmed** 46:19 | 15:6 16:10 29:4 |
| **99.7** 16:14 | **acutely** 30:16 | **afternoon** 10:2,21 | **analysis** 11:9 17:5 |
| **9985** 5:20,22 | **added** 18:16 24:8 | 24:4,6,11 38:5,10 | **andino** 68:17 |
| | **addition** 11:25 | | |
| | 14:20 | | |

**announcement**
  18:9
**anomalies** 31:25
**answer** 6:14 23:3
  24:12 26:2 61:9
**anybody** 21:10
**anymore** 59:16
**apart** 29:13
**apologies** 27:8
**apologize** 42:1
**apparently** 33:18
  66:7
**appeal** 13:22,25
  14:4 16:4 23:16
  41:17 43:21 44:16
  45:2 46:3 48:10
  48:12 50:23 56:15
  57:22,24,25 58:1
  58:3,5,6,10,11,24
  59:2,5 60:3,19
  61:21 62:18 63:2
  63:4 64:21,23
  66:10
**appealed** 58:2
**appeals** 13:11
  14:1 16:6 41:18
  45:14 50:4,24
  51:3 54:5 58:15
  60:25 67:22
**appear** 34:17
  38:16
**appearing** 10:7
**appears** 12:10
  45:9
**appellate** 23:17
  40:15 56:12 64:11
  66:21
**applicants** 25:25
  26:16 36:23
**application** 2:9,14
  2:15 3:1,2,11,12
  4:8,9 5:1,2 29:11
  34:5 38:14

**applications** 2:4
  17:12 24:15 25:16
  25:20 26:1,9
  28:17 29:13 31:20
  32:4,15,15,23
  34:21 36:20
**applies** 57:13
  59:10
**apply** 66:6 67:18
**appreciate** 23:25
  34:3 43:12 51:1
  71:10
**appreciates** 54:11
**appropriate**
  23:21 69:5 70:23
**approved** 28:19
  28:20
**arbitrary** 56:3
**argue** 38:16,22
  40:2
**argued** 41:11,17
**argument** 40:25
  45:8,9,15 46:1
  49:23 52:22
**arguments** 55:1
  56:7
**arisen** 33:19
**arrangements**
  31:12
**art** 1:25
**aside** 61:23
**asked** 45:22 61:5
**asking** 28:24
  61:23,25 62:1
  63:7,18
**aspect** 62:12
**aspects** 54:20
**asserted** 14:19,23
  14:24 15:6,10
  21:19,21 24:17
**asserting** 16:2
**asset** 17:22 19:11

**assets** 17:11,16,18
  17:19 22:18,20
  30:18 35:15
**assignment** 6:2
  37:2 49:1 58:8
  62:5,6,20,21 63:9
  63:10 67:7
**assistance** 35:11
**assuming** 26:16
**assumption** 6:2
  37:1,2 58:7 62:20
  62:21
**assurance** 59:15
  62:22 67:5,25
**assured** 46:2
  60:17
**attach** 64:15
**attempted** 18:20
**attention** 23:12,14
**attorney** 3:17
  6:14
**attorneys** 3:13 7:4
  7:11,18 8:2,9,16
  9:2,9,16
**aty** 4:15
**audio** 27:9
**audits** 16:20,21
**authority** 58:23
**authorize** 66:4
**authorized** 62:8
  62:20 68:22
**authorizing** 6:2
  37:1 58:7
**available** 17:25
  19:11 20:11 21:18
  22:19
**avenue** 7:5 9:17
**aware** 22:22
  30:16 55:23

| **b** |

**b** 1:21 36:23
  39:17 43:22 59:4

**back** 21:7 27:9
  28:6 33:3 35:14
  38:3 49:14
**balances** 17:6
**ballard** 3:3 8:1
  26:11
**bankruptcy** 1:1
  1:12,23 53:16
  57:20 58:21,22,25
  59:6
**based** 16:19 18:1
  55:16
**baseline** 19:15
**basically** 11:20,20
  23:12 26:20 35:10
  55:7 67:6,21
**basis** 29:3,4 32:20
  32:22 36:19
**behalf** 4:5,23 5:15
  5:23 6:4,10 24:4
  24:12 25:25 26:11
  28:9 33:10,14
  37:9
**believe** 10:15
  19:16 24:13 25:5
  31:17 35:9 36:18
  39:5 41:22 44:3
  46:15 49:20,22
  54:12 59:10 60:9
  65:23,24 66:5,18
  68:6
**belknap** 9:15
  38:12
**benefit** 13:11 20:8
  20:9 21:22 33:24
**best** 16:19 55:2
**better** 43:24
**beyond** 29:9
  31:24
**big** 30:19 34:11
  36:2
**billing** 31:7,24

billion 28:11
bills 27:17
binder 69:15
binding 48:5
bit 19:24 55:4
blame 35:3
blessing 20:25
blindly 57:5
block 50:2
blown 32:9,11
bond 52:14,17
  66:16 71:5
book 69:13
books 16:19
bottom 14:12 16:9
  16:12 17:24 33:17
  33:19
boys 57:4
br 57:15
brauner 7:15
  24:11,12
brf 57:19
bridging 34:9
brief 33:10 40:25
  53:12
briefing 40:21
  41:22 45:9 47:7
briefly 34:16
bring 23:11,14
bringing 15:6
brings 13:16
  34:15
broader 57:6
broadway 7:19
broken 15:3
brought 61:8
bryant 7:12
burden 57:23
business 55:12,18

**c**

c 7:1 10:1 43:22
  73:1,1

calculate 51:17
calculating 51:8
calendar 37:18
call 37:11
called 43:25 53:18
  53:22
capacity 49:6
capped 12:17
careful 49:13
carefully 36:6
carolina 5:19,23
carved 36:15
case 1:3 10:6
  27:23 28:2,3
  29:15 30:12 31:14
  31:18,22 32:13
  37:11 39:13 43:7
  49:18,22 55:15
  56:16,24 57:6,7
  66:24 72:3
cases 20:5,18
  22:16 30:21 57:15
cash 17:5,10,17
  17:18,21,25 18:9
  18:9 19:10 35:16
category 12:9,24
  14:16
cause 6:13 37:21
causes 24:17
ceased 42:6
ceiling 39:1
center 9:10
cert 23:18 48:15
  54:7 56:23
certain 12:16
  15:15 16:20 23:15
  39:7 49:2,3 57:1
certainly 16:22
  38:22 44:12 52:19
  59:23 65:5
certified 73:3
cetera 55:17,18

chambers 38:17
  40:9 69:14
chance 51:19
changed 31:13
chapman 57:19
charge 53:2
chart 12:10 15:9
  18:14
chesley 6:4,10
chief 41:3
cir 56:18,21
circ 52:16
circuit 14:4 16:4
  40:21 41:18,21
  42:2,17 44:3,7,13
  44:22 45:3,14
  46:7,15,21 50:14
  51:15 52:10,13,16
  52:25 53:14 54:6
  55:23 56:6,7,22
  57:7 58:18 61:3,5
  61:13 63:24,25
  65:1 66:5,14 67:9
  68:10,21 71:3,15
circuit's 46:13
circumstances
  57:1 66:6
cirt 64:5
citations 44:1
cited 57:5
citing 43:10,21
  57:15
civil 43:21 44:5,25
claim 5:18 11:15
  13:24
claimant 23:11
claimants 20:1
  28:12
claims 8:16 11:6,7
  11:16,21,23 12:6
  12:7,8,11,14,17
  12:23,25 13:1,4,5
  13:7,13 14:12,13

14:16,18,21,23,24
15:6,9,13,15,25
16:25 17:8,23
18:12,15 19:4,19
21:5,9,20 22:15
22:24 23:9,14
24:22,24 25:9,11
33:19 34:24 35:15
35:25 37:9
clarify 54:3 64:13
clarity 56:2
claw 28:6
clean 15:12
cleaning 17:8
cleanly 39:17
clear 29:18 46:6
  54:2 67:17 69:20
  70:14 71:11
clearly 29:6 36:2
  46:4,19 55:16
  56:16 61:22 62:3
  63:23
clerk 2:9,12 32:15
  43:6 53:24 59:5
clerks 67:16 68:18
client 33:14
clients 69:3
clock 71:11,13,14
close 19:25 21:18
  28:6 30:10 34:8
  43:7 60:24 66:22
  70:5
closed 60:15,15
closer 15:7 34:6
  34:21 35:2
closes 60:18
closing 67:22
coal 56:20
coleman 56:24
  57:6
collateral 36:16
colleague 31:16

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 51 of 66

[colleagues - court]                                                          Page 5

colleagues 49:23
color 59:24
combination
  55:22
come 13:19 15:18
  17:15,18,19 18:10
  24:9 34:8 37:22
  47:2 55:8 68:2
  69:4
comes 20:9 52:21
comfortable
  68:12
coming 53:8
  71:19
comm 4:14
commences 48:1
commencing 48:7
comment 51:1
comments 33:13
  34:4,14 47:3 61:6
commercial 39:18
committee 2:16
  4:10 5:3 7:11 11:5
  19:16,18 21:15
  22:14 24:12 32:17
  35:12 36:17 57:10
company 6:15
  37:23 56:20 57:17
compare 12:5
compel 6:1
compensation 2:5
  2:14,17 3:1,4,12
  3:14 4:1,8,11,19
  5:1,5,11 31:11
  33:1
complete 44:2
completely 27:10
  30:3
completion 51:3
  54:4
compliance 54:22
  54:23 62:14 65:15

complied 63:19
  64:19 65:16 66:13
comply 39:6
conceded 65:6
concept 50:21
concern 51:8 64:3
concerned 29:11
  34:12 36:12 44:12
  49:8,18 53:15
  63:16
concerns 29:1
concluded 72:7
concludes 72:2
conclusion 65:6
condition 50:8
  52:13,14,18 54:21
  58:16 60:16 67:25
  71:9
conditions 49:2
  62:2 66:15
conduct 39:25
conducted 6:20
conducting 16:20
confer 39:23 40:5
  69:2,11
confirm 31:17
  37:22
confirmation
  30:12 35:13,23
confirmed 27:5
conflicts 2:16
  32:16
confusion 54:12
consent 19:17
  41:13,19 42:6,14
  42:18 44:4,14
  45:22 61:4,11
consented 61:13
consequently
  27:15
conserve 21:4,9
consider 19:2,5
  21:7 29:14

considerably
  35:21,22
consideration
  62:18 67:12
considered 33:7
considering 26:22
  58:25
constituents
  20:20 22:5
constitute 43:7
construction 6:15
  37:23
construe 44:21
consulting 4:2,20
  5:2,7,9,12
contemplate 52:6
contemplates 48:7
contemporaneous
  16:5
content 11:4
  49:20
context 41:10
  44:15
contingency
  51:25 52:4 54:15
  54:22 55:2 64:22
  65:9 66:2
continually 24:15
continue 12:22
  18:21 21:6 44:18
continuing 22:13
  43:12
contrary 50:16
contributed 17:16
control 22:18
  23:15
controversial
  20:25
controversy 66:24
cooperation 11:10
coordinated 11:3
corp 57:14,19

corporation 1:7
  5:4 10:4
correct 27:10
  49:17
cost 21:25 23:19
costs 22:6 28:11
counsel 2:16,20
  3:3 4:10 6:16 10:9
  10:16 22:15,16
  26:7 32:16,17
  49:24
country 73:21
couple 26:15 54:9
  60:1 68:15
course 43:19
  44:19
court 1:1,12 10:2
  10:22 11:1 14:6
  14:10 17:3 18:7
  23:5,18,25 24:6
  24:21 25:14,19
  26:4,13,16 27:7
  27:11 28:10,23
  29:23 30:6,11
  31:4 32:3,14 35:9
  36:22 37:4,7,15
  38:3,8,17,20 40:8
  40:12,24 41:2,6,7
  41:12,18,25 42:4
  42:10,12,22 43:6
  43:9,13,14,17,23
  44:6,8,23 45:4,17
  45:18,21,23 46:2
  46:4,9,21,23 47:4
  47:21,22 49:11,18
  50:7 51:5,7,10,14
  51:22 52:2,9,12
  53:11,19 54:7,17
  54:20 56:5,14,25
  57:3,16,18,22
  58:1,14,15,18,18
  58:22,23,25 59:1
  59:2,5,6,19,23

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 52 of 66

[court - discussed]

Page 6

60:2,11,13,21
61:3,10,16,20,20
61:23 62:1,7,9
63:1,7,11,15,18
64:8,15,25 65:8
65:10,13 67:9
68:8,25 69:7 70:1
70:4,7,12,25 71:2
71:14,20,23 72:2
**court's** 14:3 38:15
43:2,4 45:1 58:12
59:24,25 61:6
69:22
**cover** 40:6
**covering** 28:23
**craft** 4:5,23 5:15
7:18 24:4 25:22
32:24 33:10
**craig** 9:6 38:6
39:22 41:8 48:21
50:25 53:5 55:21
68:19
**credibly** 21:5
**creditor** 4:14
19:20 21:16 33:15
34:25
**creditor's** 36:16
**creditors** 2:17
4:11 5:4 7:11 19:1
19:3 20:4,7,16
28:15,16,21,22
30:16 33:23 36:14
**critical** 48:3,13
56:12
**cross** 22:3 69:10
**cure** 62:25
**current** 22:7 53:7
**currently** 18:15
20:1 40:20

**d**

**d** 1:22 10:1
**daluz** 8:6 26:10
26:10 27:5,9

31:17,19 32:8
**date** 2:2 10:12
11:4 14:13,15
15:2 19:16,18
21:14 22:14 28:14
29:16 30:17 34:6
35:11 48:2,23
67:14 69:5 73:25
**dated** 10:14 26:5
**david** 7:22 9:20
24:3 33:9 38:12
**day** 45:25 67:15
**days** 26:15 42:14
43:20 44:25 51:16
61:14 69:15 70:18
**dc** 8:18
**de** 8:4 9:4 12:1,3,4
20:6 21:17 22:1
**deadline** 52:5,6
54:12 56:3 60:23
61:6,8,14 64:4
69:22
**deal** 25:6 30:13
35:5 60:15,15
66:22 71:14
**dealing** 13:21
14:22
**deals** 11:16 39:18
**dealt** 22:10 23:20
32:24 36:5,7 64:5
**debt** 16:2
**debtor** 60:22
**debtor's** 3:17 10:9
10:11,16 11:2,8
15:19,22 16:16,18
18:8 23:15 33:15
**debtors** 1:9 2:1,10
3:13 7:4 10:20
15:5,8 16:3 17:21
18:10,20 19:15,17
21:4 22:2,13,17
25:7,11,12 28:10
35:3,11 36:22

**december** 54:15
**decide** 55:12 69:3
**decided** 63:15
**decision** 43:4,8,24
43:25 46:14 55:24
56:3
**declaration** 69:9
**declarations**
69:14
**decrease** 15:14
17:20
**decreased** 13:2,3
**decreasing** 31:21
**deemed** 43:20
**deep** 57:4
**defendant** 6:15,16
**defendants** 18:19
**defer** 16:3 58:25
65:24 67:12
**deficiency** 28:21
**define** 48:8
**definition** 48:2,3
**delayed** 35:5
**denial** 55:6 66:11
**denied** 33:2 56:22
56:23 67:10
**deny** 58:25
**denying** 43:5
**department** 5:19
5:24
**depending** 70:23
**deprived** 58:12
**described** 17:12
20:2 43:13
**describing** 59:24
**design** 44:17
**despite** 18:19
**details** 11:13
**determination**
29:5 48:4,13
54:24 58:12 63:19
64:17,21 65:8
66:1

**determine** 29:1
66:18,19,20
**developed** 68:16
**development**
40:14,20
**deviation** 20:22
22:7
**dial** 21:7
**dialing** 37:11
**diatribes** 32:12
**dicta** 46:19
**difference** 17:24
65:5
**different** 21:19
28:23 30:2 33:15
52:4 55:18 62:19
63:13,22
**differently** 49:12
**difficult** 18:19
**diminishing** 13:12
13:20
**direct** 19:11 42:20
66:4 69:9,14
**directed** 68:22
**directing** 39:10
43:6
**disadvantage**
39:19
**disagree** 30:25
44:17 48:22
**disallow** 36:19
**disallowed** 13:24
**disclosed** 24:14
**disclosure** 39:18
**discount** 16:10
19:4
**discovery** 65:21
67:13,13 68:12
69:3
**discuss** 67:13
**discussed** 21:14
27:23 56:17

discussing 32:1,5
discussion 34:7
52:22 57:14
discussions 26:23
dismiss 67:11
disparage 28:2
disposing 42:18
dispute 66:23
disputed 12:7,23
13:5,7,13 17:8
21:9 22:24 23:9
35:15
disputes 36:7
distinction 65:3
distribute 22:19
34:22
distribution 12:11
18:11,22 19:7,10
20:8 21:6 22:12
23:7 33:24 34:23
distributions
11:17 12:17,18
13:6 14:13 20:19
35:14 36:14
district 1:2 41:2
41:11 42:4,9,12
43:2,6,13,14,17
43:23 44:6,23
45:1,17,21 46:4
57:3,16,17,18
58:12,14,18
divest 57:22
divested 58:1
60:18
divestiture 56:9
57:12 58:4
divided 11:16
dla 9:1 38:6
doc 4:2,3,3,20,21
4:21 5:12,13,13
docket 10:15,24
10:25 15:12 39:13

docketed 58:24
doctrine 57:13
58:5
document 4:4,22
5:14,22 39:3
43:18,19,25
documented 66:8
documents 39:4
51:13
doesn't 10:6
doing 17:22 20:12
22:17,25 27:15
31:9 32:11 33:4,6
35:12 44:22 50:2
68:23
door 21:2 23:1
draft 32:9
drag 18:21
drain 1:22 10:3
dramatic 17:7
dramatically 13:7
drive 9:10
driven 18:3
driver 16:15
18:18
drogin 7:17
drop 37:13,17
due 51:20 53:12
duly 54:24
duplication 13:24
dykhouse 9:20
38:12

e

e 1:21,21 3:2 7:1,1
10:1,1 56:20 73:1
eager 46:24
earlier 18:4 20:7
21:3 69:19
early 32:13 53:15
earned 28:6
easy 55:12
ecf 2:6,12,22 3:9
3:19 4:5,17,23 5:9

5:15,19,24 6:4,11
6:17 49:2
ecro 1:25
effect 42:19 43:7
46:15 50:1
effective 2:2 10:12
11:4 14:15 19:16
19:18 21:14 22:14
24:10,25 25:3
29:15 30:22 33:12
33:18,20 34:1,6
34:10 35:11 47:2
effectively 70:21
effectiveness 42:7
47:13
efficacy 42:15
efficiencies 20:18
eight 13:1
eighth 3:2
either 15:11 19:5
23:10 31:12 36:19
38:1 54:5
eligible 11:17
12:11,17 15:24
email 38:17 39:2
40:9
emananuel 8:15
emmanuel 37:9
empty 49:21
enable 29:15
30:22 35:13 70:5
encourage 23:13
ended 43:8
enforce 6:1,9 37:1
47:22 57:23 62:25
enforceable 63:10
engage 21:11 23:8
enter 39:10 44:23
45:22
entered 36:24
38:21 41:11,14,15
42:5,5,12 43:13
43:20,21 44:15

45:19,23 49:1
59:25
entering 51:25
entirely 55:1
entitled 14:14,17
25:4
entry 51:9
erika 8:20 37:8
esl 18:1 24:17
36:1
essence 43:2 44:8
47:5
established 20:23
estate 17:14 21:20
33:20
estate's 21:15
estimate 15:19,22
16:13,16 17:14
estimated 16:10
27:16
estimates 15:7
16:18 35:3,19
et 1:7 5:4 10:4
55:16,18
event 45:17
events 48:24
everybody 20:12
20:12 28:5 32:22
everyone's 33:5
evidence 55:10
62:14
evidentiary 64:10
65:14,19,24 67:14
68:14 69:8,15
exactly 27:10 39:1
examiner 3:2,3,7
3:9 8:2,9 25:21
26:8,11,21 27:4
32:17,21
examiner's 26:5,6
26:19,23 27:13
example 52:15
62:19

exceed 70:19
exceptions 56:13
exchange 54:14
excluding 17:25
excuse 37:5 58:18
execute 43:9
exhaustion 54:5
exhibit 42:25
  69:13
exhibits 6:10
  69:12,16
exit 70:20
expand 58:5
  61:21
expanding 62:5
expect 18:10
  31:22,25 34:4
  53:13
expected 18:10
expense 30:8,16
  37:9
expenses 2:5,11
  2:18,21 3:5,8,15
  3:18 4:12,16 5:5,8
  21:23 29:2
expire 64:4,4
  69:23
expired 44:4,24
explain 11:13
extend 61:3,6,8
  66:17
extended 52:19
extending 61:13
  66:16
extension 51:14
extent 19:22
  20:11 22:3 44:24
extra 49:13 52:11

**f**

f 1:21 42:25 73:1
f.2nd 56:18
f.3rd 56:21

faced 23:16
fact 37:15 39:6
  57:21,25 62:23
  66:10
facts 52:6 59:11
fail 7:8 10:19,19
  10:23 14:8,11
  17:4 18:8 23:13
  25:2,10,18,24
  26:25,25 28:8,8
  29:17,21,24 30:1
  30:25 34:16 36:21
  36:25 37:16
fair 27:13 30:11
  60:14 68:6 71:15
fairly 55:12
faith 69:12
false 34:20 35:2,7
familiar 19:13
far 13:9 21:5
  29:11 36:4,11
  47:8 62:17 64:6
favor 43:4,14
fear 34:17
february 22:10
  51:18 53:15
federal 40:15
  43:21 44:5,25
  53:17
fee 2:8,8,15,21 3:2
  3:3,6,8,8,18 4:9
  4:15 5:8 8:2,9
  14:3 17:12 24:15
  25:16,20,21 26:5
  26:8 27:3 29:10
  29:11,16 31:11,20
  31:20 32:3,14,15
  32:17,21
feel 37:16
feels 54:18
fees 27:12 29:2
  36:20

feinstein 2:15,20
  2:22 32:16
feld 4:10,14,17
field 4:2,20 5:12
fifth 7:5
fight 69:16
fighting 16:3
figure 69:1
file 6:7,8 15:11
  22:9 23:23 34:13
  38:25 39:1 40:22
filed 2:12,22 3:8
  3:19 4:4,16,22 5:8
  5:14,23 6:3,10,14
  10:24 15:15,16,24
  17:14 26:15 28:18
  38:13 40:21,22
  41:15
files 58:22
filing 41:16
final 29:3,11
  42:13 43:1,7,24
  44:6 48:8,8 53:8
  53:11 60:3
financial 5:3 29:7
find 59:14
fine 10:22 17:3
  18:7 37:7,15 38:8
finish 29:25
finished 66:21
firm 9:8 24:8
  29:14 31:14,24
  38:13
firm's 29:7 32:25
firms 26:24 27:14
  27:21 28:1,3
  29:12 30:9,15,21
  31:9 32:2,5,11
  36:9
first 12:24 14:16
  35:6 38:24 40:13
  41:1,6 45:7,7,15
  45:25 46:5 48:6

53:10 54:23 55:1
  55:20 56:10 62:15
  63:6,19 65:16
  66:12 67:20
fit 39:17
fits 55:7
five 13:4,13 46:11
fix 50:16
fixed 25:3
flagged 14:1
flagging 16:23
flip 18:5
flips 57:23
focus 41:1
focusing 63:13
  71:16
folks 15:20
following 10:25
  19:20
footnote 42:3,8,17
  43:1 44:2 46:13
  46:18,18
forced 18:17
  49:21
forefront 34:14
foregoing 73:3
foreign 18:18
foreseeable 70:19
form 20:24 32:10
  44:18 51:23 68:16
forth 43:18,25
forward 11:12
  12:8 21:4 22:2,6
  22:11 27:4 33:16
  37:24
found 60:10
four 33:11 34:5
  34:15 43:9
fourth 18:11 23:7
fraction 12:12
frame 54:4
frankly 30:13
  39:15 66:13

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 55 of 66

[free - holding]                                                                    Page 9

**free** 32:6 50:17
   59:13
**front** 41:11 52:25
**fti** 4:2,20 5:2,7,9
   5:12 32:24
**full** 11:23 12:1
   32:9,11 36:18
   52:22
**fully** 11:20 33:5
   63:10 66:8
**fund** 28:20 36:16
**funding** 24:19
**funds** 20:11 21:18
   23:21
**further** 13:11
   15:16 16:5 26:1,2
   26:14 44:12 48:10
   56:1 60:18 61:8
**future** 12:18
   20:19 27:16 29:4
   29:16 67:25

**g**

**g** 10:1 56:20,20
**gamut** 14:25
**gap** 27:23 28:7
   30:9,10,16 34:9
**garrett** 7:8 10:19
   26:25 28:8
**gas** 57:19
**general** 14:24
   15:10
**generally** 28:4
   35:14 39:17
**getting** 16:8 31:9
   57:24 64:1 70:16
**giant** 16:2
**give** 50:11 55:9,13
   56:8 62:1 68:11
**given** 27:13,20,22
   30:8 34:25 48:13
   49:6 52:25 60:7
**giving** 34:23
   59:23

**global** 50:5
**go** 10:8,17 14:12
   21:1 22:2 23:1
   24:9,25 25:3,15
   29:15 30:22 32:10
   33:18,20 34:1
   38:3 40:18 41:6
   45:5 49:14 52:9
   57:12 59:19 68:14
**goals** 20:17
**goes** 28:25
**going** 13:10,11
   19:20 21:4 22:6
   23:10,16 27:4
   31:16 33:12,23
   34:5,6,9 37:23
   40:2,4 53:7
**good** 10:2,23,23
   11:11 19:15 21:2
   24:4,6,11 32:4
   38:5,10 52:2
   57:14 69:12
**gothsal** 10:20
**gotshal** 3:12,17,19
   4:3,21 5:13 7:3
   25:22 32:23
**gotten** 13:9 21:5
**governing** 44:6
**grace** 6:15 37:23
**grant** 32:19 34:5
   39:20 50:14,15
   52:17,18 54:3
   58:23 59:1,6,8
   66:15 71:4
**granted** 41:16
   43:16 55:16
**granting** 6:3
   38:15 43:3
**grants** 26:1 54:7
**grateful** 39:24
**greenville** 6:15
**greg** 38:11 40:19
   69:17

**gregory** 9:13
**group** 25:16
**guess** 31:4 36:8,14
   40:13,25 44:9,11
   46:12 48:5,13,19
   52:9 54:1 61:14
**gump** 4:2,9,14,16
   4:20 5:12 7:10
   24:7,12 25:23
   32:24

**h**

**h** 56:20,20
**hac** 38:13
**half** 14:5,11 34:12
   67:15
**hall** 43:10,10
**hand** 12:18 18:9
   50:17 58:13
**hang** 45:12
**hanging** 30:12
   68:3
**happened** 44:20
   46:8
**happens** 34:12
   58:4 70:23
**happy** 10:8 20:20
   22:4 23:3 26:2
   27:3 40:24 41:6
   42:21 62:4 69:2
**hard** 70:16
**harner** 3:2 8:13
   26:7,11 27:8,18
   28:9,24 29:6,20
   30:1,23 31:16
**harner's** 33:13
**hat** 45:12
**hate** 37:6 44:11
**hauer** 4:2,9,14,16
   4:20 5:12
**he'll** 34:25
**head** 31:23 57:24
**headset** 70:9

**health** 29:7
**hear** 10:20 38:7
   40:25 61:19 62:14
   70:11,12
**heard** 10:5 27:1
   29:6 59:18 68:20
   69:18,21
**hearing** 2:1,4,4,8
   2:14 3:1,11 4:1,8
   4:19 5:1,11,18,22
   6:1,7,13,19,19
   10:13 22:11 24:15
   27:12 30:12 34:21
   35:8,23 38:12
   39:23 40:1,4,6,10
   53:11,24 56:1,21
   64:10 65:14,19,20
   65:24 67:14,14
   68:13,13,14,16
   69:5,8,15
**hearings** 10:10
**heartened** 33:13
**held** 13:6 22:20
   22:23 35:14 68:15
**help** 22:5 53:9
   68:18
**henick** 2:15
**herrick** 2:20,22
   32:16
**high** 14:18,21
**highlights** 28:13
**hitting** 13:12
**hoffman** 9:8
**hold** 38:4 59:15
**holdback** 27:17
   28:25 29:9,9 30:4
   31:2 36:9,19
**holdbacks** 27:15
   27:19
**holdco** 6:4,8,9,11
   9:2
**holding** 1:7 47:10

**holdings** 5:4 6:3
  9:9,16 10:3 37:3
  38:11
**hon** 1:22
**honor** 10:19,23
  17:13 18:5 19:13
  20:7,24 22:13,22
  23:16 24:3,5,11
  25:18,24 26:1,10
  26:25 27:6,8,18
  29:17 30:23 31:19
  32:8 33:9,25 34:3
  34:4,13,15,16
  36:21 37:5,11,14
  38:2,5,9,10,13,19
  39:22,24 40:11,17
  40:19 41:5 42:20
  44:2 45:6 46:17
  47:1,12 48:22
  49:1 50:25 53:4
  53:23 54:11,14,18
  59:17,22 61:1,12
  61:18 63:6,17
  64:12 65:6 68:7
  68:19 69:17 71:12
  71:12,17,25 72:1
  72:5
**honor's** 49:8 53:6
  53:8,11 65:4
**hopefully** 22:10
**hyde** 6:25 73:3,8

**i**

**i.e.** 48:9 55:1
**identified** 47:20
  69:6,23 70:5
**ignore** 46:24 47:1
**ignored** 56:11
**ii** 6:3
**imminent** 60:23
**impeding** 66:9
**implement** 57:23
**implementing**
  58:1

**important** 41:10
  57:9 58:7 71:8
**impose** 71:1,5
**imposed** 30:6
**impression** 31:6,9
**improperly** 64:18
**inability** 60:24
**inclination** 39:9
**inclined** 39:20
  60:2
**include** 22:8
**included** 14:23
  15:1 16:18,25
  28:15 34:21
**includes** 16:1
  28:13
**including** 3:16
  4:13 12:23 22:21
  22:21 26:17 52:12
**incmted** 3:15
**increase** 16:15,15
  17:16,21 23:19
**increased** 12:6,25
  15:19,20,23
**increases** 35:18
**incur** 33:24
**incurred** 3:6
**indicated** 42:17
  53:25
**indication** 46:14
  68:21
**indicative** 53:18
  53:20,22 55:9,13
**indiscernible**
  11:15 27:20 30:5
  30:5,9 56:4,4
**individual** 32:2
**inform** 66:4
**information** 39:18
**initial** 12:16 43:14
**initially** 41:11
**insolvency** 27:23

**intended** 43:24
**interest** 21:21,25
**interfere** 50:9
  56:15 58:6 63:2
  67:8
**interference**
  50:21
**interferes** 63:4
  64:10
**interfering** 62:10
**interim** 2:4,8,14
  2:15 3:1,4,11,13
  4:8,9 5:1,2,4
  25:16 26:9 27:12
  29:3,16,18 32:15
  32:20,22,23 36:20
**interpretation**
  67:1
**interpretation's**
  52:3
**interpreting**
  55:19 59:25
**interrupt** 29:20
  30:1 37:6,16
  59:18 60:13
**inuring** 39:24
**invoke** 53:10,16
**involved** 37:17
**involvement** 20:4
**involvements**
  20:19
**isolates** 62:18
**issuance** 40:15
  53:3 56:11
**issue** 27:2 28:24
  29:12,16 30:7,24
  45:9 46:13 50:7
  54:6,19 55:13,19
  56:9 57:4 59:4,7
  62:19 63:3,5,7
  64:6 66:20 67:3
**issued** 44:6 47:18
  56:13 57:1

**issues** 27:1 28:24
  30:2 33:7 41:24
  50:15 56:1 63:13
  65:15 67:19 69:5
  69:23
**item** 21:3 25:15
  36:25 49:7
**items** 37:12

**j**

**january** 1:17 2:6
  6:20 10:14,14
  26:5 38:14 73:25
**job** 25:6
**joint** 3:2 69:13
**jointly** 24:16
**judge** 1:23 10:3
  11:14 13:8,15
  16:9 17:2 18:23
  23:24 41:3 57:18
**judgement** 46:4,5
  47:5,12,13 61:21
**judgment** 14:4
  42:3,5,9,12,13
  43:10,14,17,19
  44:1,23 45:1,18
  45:19
**judgments** 42:4
  44:6
**july** 2:11,19 3:6
  3:16 4:13 5:6
  57:18
**june** 43:5
**jurisdiction** 44:8
  57:22 67:4
**jurisdictional**
  46:1 56:17 61:17
**jurisdictions**
  16:20 21:19

**k**

**k** 37:22
**keep** 34:14
**keeping** 46:12

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 57 of 66

[kept - mart]                                                                                    Page 11

kept 68:3
key 42:2
kind 31:25 32:9
knew 26:12 35:24
know 12:7 13:9
  13:11,19 14:18,23
  17:4 18:20 19:1,6
  19:14 20:18,22
  21:5,7,8 22:20
  23:20,22 27:20,24
  28:1,14 30:2,8,14
  30:15 31:10 32:11
  33:25 34:7 44:10
  50:9,12,19,19
  52:20,23 53:13,23
  54:5,8,8 55:15
  56:2 58:19,20
  60:23 62:15 65:11
  65:15,20,21 66:19
  67:5,9,23 68:10
  68:18 69:7 70:10
  71:5,7,9
knowledge 16:19
known 16:4
krinsky 7:17 24:4
  33:10

**l**

l 56:20
lack 39:25
lacks 58:23
laid 56:16 57:10
landlord 49:6
  50:1,9,19 65:17
  67:20 68:3
landlord's 66:11
language 26:17
  32:20 55:6
large 13:23 18:18
  36:15
largest 19:19
  21:15
larkin 9:8

law 9:8 24:7 28:3
  32:10 49:18,23
  56:16,17
lay 59:20,21
lead 48:24
leafing 42:23
lease 6:2 37:2
  47:25 48:6,17
  49:7,9,10,16
  50:11 51:19 52:11
  52:23 54:10,21,23
  56:4 58:8 59:16
  62:15,21,22 63:9
  63:10,20,22 64:19
  65:15 67:7 68:5
leased 49:25
leases 55:16
leave 6:8 34:18
  49:20 66:22 67:10
leaves 12:2 46:12
  65:12,14
led 35:18
ledanski 6:25 73:3
  73:8
lee 67:16
left 43:9 49:16,19
legacy 57:16
legal 32:11 73:20
length 27:24
letter 53:23 55:6
  64:16
letters 54:14
letting 34:3
levels 23:18
lexus 56:22 57:17
liability 14:20
  16:16,22
lien 16:2
lies 43:21
life 69:10
light 26:22 48:13
limitation 49:15
  58:9,19 59:12

66:5 67:18
limited 14:20
  56:13
line 15:18 16:1
  26:12 33:17,19
lines 12:1
lingering 31:7,14
literally 68:2
litigate 23:16
  50:18
litigation 13:10
  16:5,6 17:25 18:1
  19:11 21:8 22:21
  24:17,20 30:19,20
  34:11 36:1,1,17
  43:8 48:1,2,23
  54:22 55:2 63:8
  63:23,23 64:22
  65:8 66:3,11
  70:17,17
litigation's 65:1
litigations 36:4
little 19:24 49:12
  52:3 55:4,5 64:20
live 66:24 67:4
llc 2:9,12 6:3,4,8
  6:11 9:2,9,16 37:3
llc's 6:9
llp 2:15,20,22 3:3
  3:13,17,19 4:2,3
  4:10,14,17,20,21
  5:12,13 7:3,17 8:1
  8:15 9:1,15
logic 23:12 50:10
  50:10
long 25:1 43:2
  45:1 47:17 49:15
  50:1 52:18 54:8
  70:18
longer 42:19
look 18:23,23
  41:9 71:3

looked 14:23
looking 23:18
  24:23 31:5 42:22
  60:9
lose 51:20 52:15
  54:10 66:25
lost 42:15 44:16
  45:21
lot 15:4 28:1
lots 71:5
lower 15:4 35:21
  35:22 56:14,25
  61:20

**m**

maintained 22:24
major 36:1,3
majority 12:2,2
  20:3
makers 58:2
making 20:9 65:4
mall 6:3 9:9,16
  37:3,19 38:4,11
man 71:25 72:5
mandate 40:16
  41:23 46:7 47:7,8
  47:15,17 48:15
  50:15 52:12 53:3
  53:14 54:6,7,18
  55:25,25 56:10,11
  57:1,9 58:16 64:2
  65:2 66:14,17
manges 3:12,17
  3:19 4:3,21 5:13
  7:3 10:20
march 18:13 23:2
  41:2 43:12 56:22
mark 19:3,23
  20:12
market 8:3 9:3
  52:23 60:24
marketing 60:4,8
mart 37:22

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 58 of 66

[martin - ny]                                                                Page 12

**martin** 9:6 38:5,6
  38:9 39:22,22
  40:9,10,18 41:5,8
  41:8 42:1,25
  44:10 45:20 48:6
  48:21,21 49:17
  50:5,25,25 51:6,8
  51:11,16,23 52:8
  53:4,5,21 54:18
  55:21,21 61:2
  68:19,19 69:1
  70:8,11,14 71:1
  71:10,17,21
**martin's** 45:8
**master** 49:7,10
  63:9,10
**matter** 1:5 37:18
  37:19,20 39:15,16
  42:18 58:13
**matters** 6:19 10:4
**mattes** 72:3
**matthew** 5:23
**maximizing** 20:19
**mcmahon** 41:3
**mean** 25:19 28:2
  30:21 50:8,16,20
  58:14 60:4 62:10
  62:19,23 63:2
  64:25 65:18 66:23
  66:24
**meaning** 57:8
**means** 47:23 66:2
**measure** 36:15
**meat** 57:17
**meet** 22:3 69:11
**meeting** 15:21
**meets** 20:17
**mention** 24:23
**mentioned** 12:23
  18:4 21:3
**mere** 57:21
**merit** 56:21

**merits** 29:13 43:8
  45:21
**milliken** 56:20
**million** 12:20
  14:17,20 16:11,11
  16:14 17:6,10
  18:2,11,14,16,24
  19:23,24,25 22:1
  22:22 24:8,9,13
  25:3 28:14 33:21
  34:22,24
**mind** 29:1 44:17
**mineola** 73:23
**minimis** 12:1,3,4
  20:6 21:18 22:1
**ministerial** 57:7
**minneapolis** 9:11
**minnesota** 57:18
  63:1
**misleading** 35:7
**misplaced** 64:3
**missing** 34:7
**misspoke** 53:21
**mn** 9:11
**moac** 6:2 9:9,16
  37:2 38:4,11 39:6
  41:12,16,21 43:4
  43:14 44:12 49:6
  49:19 55:16 56:7
  57:11 59:11 61:4
  61:8
**moac's** 43:5 64:16
**modified** 17:11
  59:8
**monetization**
  17:16,22 19:12
**monetize** 22:18
**monetized** 17:18
**money** 21:1 28:1
  33:17,20,23
**month** 53:15
**monthly** 2:8 31:11

**months** 11:3
  33:12 34:2,5,15
  34:17 68:15
**morabito** 8:20
  37:5,8,8 38:2
**motion** 4:1,19
  5:11,18,22 6:1,1,7
  6:7,9 37:1 38:4,15
  38:24,24,25 39:1
  39:2,6,11,20
  40:13,14,20,21,23
  41:3,12,15,17
  43:1,3,5,16 44:16
  48:14 52:11 53:2
  54:24 55:11,24
  57:9 58:15,22,25
  59:1,1,3,6,7 64:16
  65:1 66:1,14
  67:11
**motions** 59:8
**movant** 59:4 66:4
**move** 17:1 22:11
  36:5 57:25
**moves** 34:13
**moving** 12:8 14:5
**mullin** 8:8
**mute** 70:7,9

**n**

**n** 7:1 10:1 56:20
  73:1
**nature** 27:14
  55:11,17
**necessarily** 57:13
**necessary** 3:5,15
  27:19 32:12 36:13
**need** 14:15 16:13
  27:25 28:3,5 38:1
  40:1 56:3 62:14
  67:13 68:13
**needed** 13:2 33:17
  40:3 49:3 68:8
**needs** 14:2 23:11
  24:9 27:25 31:10

33:20 36:5 42:20
  65:22
**negotiate** 21:11
**negotiating** 21:24
**negotiations** 23:8
**neither** 44:20,22
**net** 17:21,21
**never** 42:5
**new** 1:2 7:6,13,20
  8:11 9:18 33:6,11
**news** 11:12 17:5
  21:2
**ninth** 2:8 3:12 4:9
  5:2
**non** 12:3,4,4 13:1
  15:25 18:12 20:1
  20:14
**normally** 35:13
**norman** 9:10
**north** 5:19,23 9:3
**note** 10:13 11:2
  12:10 13:23 16:9
  38:13 39:4,16
  42:24 43:17
**noted** 26:4
**notes** 57:10 61:20
**notice** 2:4 6:19
**notices** 17:13
**notify** 59:4
**november** 54:14
**number** 5:18
  11:19 12:2,6,24
  13:1 14:18,18,21
  15:5,14,19,23
  16:2,8 18:23 23:8
  31:20 33:19 37:12
  42:8,11 47:17
  49:2
**numbers** 12:13
  17:23
**nw** 8:17
**ny** 1:14 7:6,13,20
  8:11 9:18 73:23

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 59 of 66

[o - passed]                                                                                                Page 13

## o

**o**  1:21 10:1 56:20
　73:1
**objected**  32:24
　36:10
**objection**  4:1,19
　5:11,18 13:18
　15:12 25:21,23
　33:2,7 34:14 39:8
　39:11 54:25 55:4
**objections**  15:15
　15:17,24 23:23
　26:21 32:19,25
**obligations**  25:11
**obtained**  24:20
　44:19 66:7
**obviously**  32:5,21
　50:2 51:4,8,18,23
　60:4 62:5 68:9
　70:16
**occasioned**  64:2
　66:11
**occupancy**  48:25
**occur**  17:9 48:17
　48:24
**occurred**  19:12
　41:21 66:2
**october**  2:11,19
　3:6,16 4:13 5:6
**offer**  54:13,23
　62:15 63:19 65:16
　66:12 67:20
**office**  67:16 68:18
**official**  2:16 4:10
　5:3 7:11
**oh**  25:18
**ohio**  56:20
**oil**  57:19
**okay**  10:2 14:10
　17:1 23:25 24:21
　25:13,14 27:7,11
　32:14 35:9 37:14
　37:25 38:3,17,20

38:23 40:8,12,24
　41:7 45:4 52:8
　61:16 65:10 70:7
　71:20 72:2
**old**  73:21
**omitted**  43:11
　44:1
**omnibus**  10:10
　30:17
**ones**  45:5
**ongoing**  21:22
　26:22 27:14 62:22
**operation**  44:5
**opinion**  57:16
　62:1 69:22
**opportunity**
　50:12
**oppose**  30:3
**opposed**  32:11,18
　63:1
**opposing**  31:2
**opposition**  39:5
　39:25 40:13
**opt**  11:18 12:3,4
　12:25 13:1,18
　14:9 18:12,12
　20:1,1,14,14
　33:14 34:25 56:22
**opted**  11:18,24
　13:15 33:16,25
**options**  53:9
**oral**  40:25 49:23
　52:21
**order**  6:1,13 10:9
　20:24 22:9 26:17
　27:3 29:10,14
　36:23 37:1,20
　38:14,18 39:3,10
　40:9 41:1,10,13
　41:19,23 42:6,10
　42:13,14,18,18
　43:3,5,20 45:13
　45:17,20 46:3

47:2,3,10,14 48:5
　48:8 49:1,8,9 50:9
　50:17 51:9,24
　52:21 53:7 54:3
　55:19 57:23 58:1
　58:5,7,13 59:24
　59:25 62:6,6,18
　63:7 66:6 67:2
　68:8,11,17 69:21
　71:8,9
**ordered**  41:2
　47:22
**orders**  26:18
　39:14 42:5 48:9
**orient**  4:5,23 5:15
　7:18 24:4 25:22
　32:24 33:10
**original**  42:9 43:4
**originally**  44:15
**otsuka**  9:13 38:10
　38:11,19 39:23
　40:17,18,19,19
　44:17 45:4,6
　46:17,22,25 47:11
　56:6 59:17,22
　60:12,20 61:1,11
　61:17 62:8 63:6
　63:14,17 64:7,12
　64:24 65:3,11
　68:7 69:3,17,17
　70:2,6 71:24
**outs**  13:18 20:14
**outstanding**  14:2
　15:6,13 21:10
**overlapping**
　29:22
**owe**  18:25 19:5,6
　19:7,9
**owed**  18:24 20:13
　24:8
**owner**  55:21

## p

**p**  7:1,1 10:1
**p.m.**  2:6 6:21
**page**  11:14 12:19
　14:5,11 16:7 17:1
　17:4,23 18:5,8
　24:23 43:1 45:11
**paid**  12:1,20
　14:15 15:11,11,22
　24:10,19 28:10,14
　29:3,3 35:1
**paints**  33:15
**pandemic**  50:5,6
**papers**  39:11 46:2
　53:6
**paragraph**  26:18
　26:20 41:20,22,25
　42:1 45:11,13
　46:10,11 47:16,20
　51:24
**parenthetical**
　43:11
**park**  7:12
**part**  33:4 47:7
　64:14 67:5,6
**participants**  11:9
**particular**  31:24
**particularly**
　39:16 57:8
**parties**  11:17
　12:16,20 13:15,21
　14:1 15:23 16:2
　16:23 18:17 19:5
　19:9 20:10,18
　21:24 23:15 36:5
　36:6 38:25 41:1
　47:10 67:12 69:11
**party**  29:21 39:19
　44:20,22 58:21
**party's**  44:11
**passage**  51:21
**passed**  33:12
　42:14 45:1

patterson  9:15
  38:12
paul  3:2 8:13
pay  15:2 16:13
  19:22,25 20:11,13
  20:15 21:16,17,18
  23:21 49:21 62:25
paying  20:6
payment  11:18
  22:2 63:1
payments  20:10
  62:23
pending  30:19,20
  35:11 40:23 45:2
  48:14 52:16 54:10
  55:24 57:22,24,25
  58:3,24 59:2,5
  60:25 65:2 66:10
  66:14
people  20:13
  35:24 48:8
percent  11:22
  14:14 19:3,6,6,8,8
  19:23 20:3,12,15
  20:15 21:17,17,17
  22:4 29:9
perfect  13:20
perfectly  49:20
performance
  67:25
period  2:11,19,20
  3:7,17 4:13,15 5:6
  5:7 14:3 15:5
  19:12 36:10 45:1
  52:1 59:9 61:4,15
  66:16 67:21 70:20
periodically  10:9
periods  29:5 49:3
permission  37:13
  38:16
perspective  50:19
petition  15:10
  21:21 28:16,18,21

48:15 52:16
phrase  45:12
picture  33:16
piece  51:20
piper  9:1 38:6
pitch  53:7
place  41:20 43:15
  46:6 47:15,18
plains  1:14
plan  24:9,25 25:3
  30:22 33:12,18
  34:1 36:17 68:18
play  22:8
plaza  8:10
pleadings  38:23
pleases  41:5
plus  62:24
pm  1:18 72:8
point  10:18 13:12
  13:19 21:7 23:6
  23:10 27:17 28:25
  30:4,11 31:1,1,8
  36:13 43:18 45:5
  45:15 46:1,16
  47:1,11 48:20
  52:10 53:4 55:1,5
  55:10,14,20 57:21
  58:7 59:14,22
  60:1,14,21 61:2,7
  61:11 63:12 65:23
  66:18 68:9 70:15
  71:2,16 72:4
pointed  45:20
pointing  44:4
  61:12
points  41:22 45:7
  46:9 54:25
population  14:21
portion  29:2 36:3
  36:19 40:6 49:9
  54:1 65:25
portions  6:8 38:25
  39:7

position  55:9
positive  17:5
possibilities  53:1
possibility  48:11
  48:15
possibly  34:18
post  15:10 21:21
  28:18,21 35:12
  52:17
posting  52:14
  66:16
pot  14:19 25:3
potential  16:16
  17:9,24 29:8
potentially  53:5
  68:4
power  22:25 55:3
  58:20
practice  69:8
pre  11:4 19:4,15
  19:18 21:14 22:14
  28:15
predicted  34:1
preface  25:20
preference  12:15
  12:25 13:2 34:8
  35:20
preferences  18:1
  18:18
preliminary  32:1
  32:9 56:9
premature  30:13
  30:20 55:2
premise  50:16
  59:12
premised  54:25
premises  60:24
prepared  64:9
prepetition  15:13
  15:21 16:17,24
  21:20 28:15,21
  35:1,4

presentation
  10:24
presentment
  20:24 22:9
preserve  14:3
preserving  26:21
pressed  56:2
pressing  66:23
presume  27:2
pretty  30:14 32:4
  46:14,23 55:15
  56:16 57:5
prevailed  41:12
  63:8
prevented  50:13
  67:22
previewing  21:1
primarily  10:5
  16:1 18:3
primary  16:15
prime  2:9,12
  32:15
prior  16:18 22:10
  24:15 26:18 35:10
  39:23 61:21
priority  14:25
  16:17,25 21:20
  24:22
pro  14:19 38:13
probably  21:7
  38:20 53:14 60:8
  62:12 68:15
problem  26:17
  33:5 41:19 53:10
procedure  42:11
  43:22,24 44:5,25
  53:17 68:17
procedures  39:1
proceeding  6:17
proceedings
  37:21 72:7 73:4
proceeds  17:17

process 20:23
23:14 26:22 48:19
56:12,15 64:1,11
66:21 67:22
producing 32:10
productive 35:17
professional 2:14
3:1,4,7,11,14 4:8
5:1,7 27:2 31:7
professionals 26:3
28:4,12,20 31:1
31:11
program 22:2
progress 2:1
10:11 11:12 12:8
12:22 15:16 16:8
17:12 33:16,22
prohibits 54:19
projected 17:25
35:21,22
promise 13:21
promises 13:10
promptly 68:10
pronounce 56:19
proper 65:7
properly 36:7
59:4
property 49:10
51:20
proposals 26:23
propose 19:20
20:6,23 22:8
25:24
proposed 22:9
38:18 39:3 51:23
54:3 55:7,17
65:16
proposing 19:23
20:10
proposition 57:6
prospective 60:17
63:21

protect 44:18
protracted 13:10
provide 39:2
53:24 68:22
provided 36:16
providing 10:17
provision 47:25
49:12 61:24 70:15
public 39:12,16
punchline 11:11
punchlines 16:7
purpose 59:3
purposes 16:24
pursue 21:8 44:19
put 39:19 44:14
51:11,11 66:15
putting 61:23

**q**

quarropas 1:13
quarter 12:22
31:21
question 24:7
31:5 47:24 48:6
48:19 50:18 61:18
61:23 62:16 71:18
questioned 55:7
questions 17:2
18:5 23:3 24:1
26:2,12 37:12
quinn 8:15 37:8
quite 43:1 45:2
61:22 62:3,3
quote 43:8,23

**r**

r 1:21 7:1 10:1
73:1
raise 30:24 71:15
raised 45:9 46:1
67:20
raises 59:3,7
raising 30:7 32:1
rancheros 57:16

range 29:7
rata 14:19
ratcliff 57:16
rates 28:19
ray 57:14,19
rdd 1:3
read 32:3 42:8,23
42:24 44:3 49:12
53:6
reading 42:25
48:23
real 13:14 17:14
21:20 67:23 68:2
realizing 35:15
really 13:4 28:25
29:15 31:8 33:2
39:17 48:5 49:11
50:8 52:4 55:5,5
55:10,19 57:13
58:9 59:9 62:13
62:17 66:2,23,24
realty 57:14
reason 30:3 36:8
48:25 61:12 63:15
reasonable 49:25
59:13 60:16 70:3
70:4 71:3,16
reasonably 60:17
69:20
reasoning 59:24
reasons 42:16
recall 33:25
receive 11:17
received 10:13
12:16 17:19
receiving 14:12
recognized 20:8
61:3
reconcile 15:1
25:12
reconciled 13:3
13:16 24:24 25:2

reconciliation
24:25 25:6 35:5,5
reconciling 21:23
reconsider 47:6
reconsideration
48:10,12
record 41:8 48:22
54:1,2 73:4
records 16:19
31:5
recoveries 34:8
35:21
recovery 14:14
17:5 18:1 35:24
redact 40:4
redacted 39:12
redacting 39:7
redactions 39:4
redirect 69:10
reduce 15:5 21:22
22:6
reduced 13:7
34:24
reducing 16:8
reduction 17:7
29:14
reductions 30:9
refer 40:2 45:19
46:5
references 48:3
referring 24:14
64:14
refers 48:1
reflected 24:18
reflects 67:2
refuse 13:21
regard 10:12
24:22 25:8
regarding 26:18
63:9
regardless 48:4
rehearing 41:16
41:17 42:10,13

43:3,6,16 44:20
48:9,11
**reimbursement**
2:5,10,18 3:5,15
4:12 5:5
**rejected** 65:17
**related** 4:4,22
5:14,22 6:3 13:25
36:4 37:21 38:23
42:9 47:23 52:10
52:19
**relation** 27:15
**relatively** 23:8
**release** 37:2
**relevant** 40:4
**relief** 6:3 39:7
48:16 50:14 58:22
61:25 64:8,13
**relies** 56:25 57:5
**reluctant** 53:1
**relying** 16:23
47:16
**remain** 13:5,18
15:13 17:11 20:1
20:13 22:20 41:20
47:14
**remainder** 68:5
**remained** 43:15
44:24 49:19
**remaining** 12:19
15:7 17:10,14,19
20:14,16 21:9
36:3
**remains** 21:10
23:14 47:18
**remand** 48:11
**remands** 59:2
**remarks** 56:6
**remind** 28:10
**remote** 68:16
**remotely** 10:5
68:16

**removal** 48:11
**remove** 13:24
**removed** 15:9
62:17
**rendered** 2:10,18
3:5,14 4:12
**reopen** 39:15
**rep** 19:19
**repeat** 43:22
**reply** 24:16 40:23
45:11,12 53:11
56:24 57:4
**report** 10:11,17
11:4,8,11,25 12:5
15:16 17:6 18:3
23:4 26:5,6,14,20
28:13 33:15
**reports** 30:17
32:1,9
**represent** 6:16
**representation**
6:14
**representative**
8:16 11:6,7 22:15
37:10
**representatives**
25:6
**representing** 38:6
**reprise** 27:12
**request** 25:25
27:4 57:2 58:16
59:9 61:7
**requested** 36:20
47:8
**requests** 31:21
**require** 59:15
**required** 49:9
62:22
**requirement** 71:5
**requirements**
54:13
**requires** 65:23

**reservation** 32:20
**reserve** 14:7,8,9
18:16 33:4
**reserved** 33:5
**reserves** 16:8 17:7
22:23
**resolution** 48:2,3
48:23 70:18
**resolve** 16:5
**resolved** 13:17
**resolving** 12:7
15:17 17:8 21:5
**resources** 21:4,10
**respect** 17:17
24:16,20 25:10
37:12 44:21 59:9
**respond** 59:21
**response** 5:22
40:22 45:10
**responses** 25:22
**rest** 45:15
**result** 12:15 17:8
18:3,9 19:11
22:21,21 23:1
42:6 68:10
**resulted** 41:16
**resulting** 48:12
**results** 16:4,21
**retained** 6:16
**rethink** 47:6
**retiree** 24:24 25:5
**retirees** 14:22
**returns** 13:12,20
**revenue** 5:19,24
**reverse** 58:13
**review** 26:23
**reviewed** 25:16,20
26:4 32:18 33:3
38:23 39:3
**revolving** 12:8
**richard** 6:4,10
**rid** 15:15

**right** 12:18 16:12
25:14,18 29:17
31:4 35:20 38:7
40:24 44:9 45:16
47:9 49:22 51:5,7
51:10 52:2,21
54:23 56:5 60:6
60:11 61:10,16
62:14,23 63:19
65:10,12,16 66:12
67:20,21 68:25
71:23
**rights** 26:19 32:20
33:4,5 36:6 49:6
**risk** 52:14
**rivera** 56:18
**road** 73:21
**robert** 1:22 9:6
**rockefeller** 8:10
**room** 1:13
**roughly** 19:24
**rule** 40:15 43:21
44:5,25 48:14
53:2,16,17 54:1
55:3 57:11 58:2,3
58:21 62:12,13
65:25 67:10
**rules** 41:21 42:11
53:10
**ruling** 29:8 45:13
51:17 53:13,18,20
53:22 55:9,14
59:20 60:18 65:25
70:22
**run** 49:16 50:13
60:3 66:20
**running** 71:12,13
**runs** 54:12 66:25

| s |
|---|

**s** 4:4,22 5:14,18
5:22 7:1 10:1
**s&e** 66:6

sabine 57:19
sara 7:15 24:11
satisfied 11:21,23
    20:2 49:5 51:24
    54:13,15 62:3
    65:9
satisfy 19:25 49:3
    52:4 61:24
savings 21:13
saying 44:22 51:2
    51:2 52:5 59:10
    63:22
says 24:8 41:20,23
    43:2 45:13,18
    51:24 57:7 58:21
    59:4 62:2 63:8
    64:16
scenes 12:13
schedule 32:10
    65:14 67:14 68:13
scheduled 6:19
    65:19
schedules 36:23
scheduling 68:11
screen 10:6 26:13
sdny 57:15,20
seal 6:7,8 38:25
    40:1
sealing 39:5,11
    40:6,9
sears 1:7 5:4 10:3
    72:3
second 14:4,5,11
    16:2,4 40:21
    41:18,21 42:2,17
    44:3,7,11,13,21
    45:3,14 46:7,13
    46:21 49:7 51:14
    53:13 54:6 55:4
    55:23 61:3,5,13
    64:25 68:21
section 11:16 15:3
    15:4 36:11 48:1

49:7 52:20 62:17
secured 14:24
    16:1 36:16
see 10:23 11:14,19
    11:19,20,25 12:3
    12:5,24 13:6 14:1
    15:14,14 16:4,12
    17:20,24 31:22,25
    32:18 34:15 36:8
    38:7 52:3 62:10
    63:4 64:10 70:8
seeing 17:13
seek 56:1
seeking 39:15
    48:16 64:8,13
seeks 54:24 61:22
    66:1
seen 38:14 51:12
    54:14
sell 52:23
sending 46:6
sense 23:22 32:4
    50:15 53:16 60:6
sent 38:21
sentence 45:7
separate 29:12,13
    30:7 43:18,19,25
    50:7 63:2,5 64:5
    69:15 71:14
separately 11:5
september 33:1
    51:12 58:8
service 18:19
services 2:10,18
    3:4,14 4:12
set 29:5 32:25
    43:18,25 53:11
    71:12
settle 13:21
settlement 14:17
    35:25
settlements 12:15
    12:16 17:9

seven 13:18
severance 15:18
    15:20,21 25:9,11
severed 15:21
share 14:17,19
    25:4
sheppard 8:8
short 32:10 56:5,7
shortly 14:15
    36:24 38:21
show 6:13 37:21
showed 28:13
showing 16:11
    17:5,7
shown 15:8
shows 15:12 17:9
    18:14
side 12:19
signature 73:6
signed 6:13 49:9
    60:5
significant 19:2,4
    19:10 35:18
signing 72:3
similar 32:25
similarly 63:3
    67:3
simple 36:15
simply 34:20 40:2
sit 23:10
sitting 61:9
situation 57:13
    67:18 68:1
six 34:1 36:23
sixth 2:15 57:7
size 27:14,21
    31:20
slightly 16:11,14
    18:2,2
small 12:12 23:8
smaller 30:21
solutions 73:20

solve 53:9
someone's 39:15
sommer 5:23
son 6:15 37:23
sonya 6:25 73:3,8
sorry 14:6 25:19
    29:20,23 30:1
    37:5,6 40:19
    53:21 58:14 64:12
sort 27:16 57:5
    71:4
sought 39:7 44:13
    61:5
sounds 51:2 53:5
sources 35:23
southern 1:2
sown 35:10
space 49:20
spahr 3:3 8:1
    26:11
speak 13:8
speakers 29:22
special 2:16,20
specifically 24:20
    49:4
speedy 57:3
spending 25:7
spent 15:4 60:7
staffing 32:6
stage 31:22
stages 32:13
stand 27:10
standards 36:11
standing 47:15
standstill 34:11
start 10:10,11
    11:2,14 48:18,18
    54:21 69:25
started 12:12
    13:14
starting 50:11
    70:21

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20    2022 Hearing Transcript    Pg 64 of 66

[state - think]                                                    Page 18

state  22:8 59:1,3,6
  63:1 66:3
state's  22:15
statement  2:8
  25:20 56:25
states  1:1,12
  56:17
statistics  19:14
status  2:1 10:11
  10:13,14,17 11:15
  23:4 26:5,20
  33:15
stay  38:1 40:15
  42:6 43:13,15
  44:4,12,24 45:22
  45:24 46:15 47:7
  47:8 48:11,14
  50:15 52:12,13,17
  52:18 53:2,14
  57:2,9,24,25 58:3
  58:15 64:1 65:2
  66:14,15,17 67:10
  71:4
stayed  45:18
  55:25
stays  46:4 54:7
step  56:12
steps  29:18 71:21
stipulated  47:10
stipulation  41:1
  41:13 42:19 44:4
  44:15 47:14,18
  48:5
stopped  31:12
  46:10
stopping  21:25
strauss  4:9,14,16
street  1:13 8:3,17
  9:3
strong  43:22
  46:14
stuck  34:19

subject  12:25 13:1
  13:17,25 18:17
  35:4,4 39:14
  49:10 58:10,11
sublease  44:19
  47:24 48:7,18
  51:25 52:15,24
  60:5,6 63:3 66:8,9
  67:23 70:15 71:13
subleases  44:19
submit  20:23
  36:22 49:5 69:13
submitted  10:8
  51:13 55:11
substance  13:5
  36:11 41:12 62:4
substantial  30:18
  30:19 59:3,7
substantially
  31:12
subtenant  40:3,3
  55:7 60:9,10,17
  62:16 63:21 64:17
  64:18 65:17 70:19
  70:21
subtenant's  55:12
  55:17,18
suggest  21:11
suggesting  23:6
  46:25
suggestion  43:23
suitable  60:10
  66:21
suite  73:22
sullivan  8:15
summary  42:18
support  19:17
  20:20 21:14 22:4
suppose  44:10
  54:6
supreme  23:18
  54:7

sure  10:16 23:5
  26:3 30:14 31:6
  31:13 33:2,6
  47:23 54:11 55:13
  57:11,12 59:19
  61:18 62:12 69:19
symbol  70:8

t

t  73:1,1
t'd  62:13 67:8
table  59:20
take  25:1 28:5
  50:3 51:19 56:14
  57:10 65:21 68:12
  69:8 71:6,22
takes  54:8 70:18
talk  42:3 50:20
talking  29:23
  34:23
talks  47:25
tap  36:18
tarter  7:17 24:4
  33:9
tasks  27:16
tax  15:18,25
  16:25 21:20 33:19
taxes  15:4,10
  16:17 18:3 35:1,4
  62:24,25
taxing  16:20
  21:19
telephone  10:7
telephonically  7:8
  7:15,22 8:6,13,20
  9:6,13,20
tell  64:25
telling  50:19
  66:19 67:17
tellingly  56:19
tenant  55:8 59:14
  63:21 65:17 66:7
  66:8,9,12,25 67:3
  67:19,23 70:16

tenants  50:20
term  47:25 48:7
  49:15
terminate  41:23
terms  13:15 17:11
  17:22 28:19 47:13
  60:1 61:17 62:15
testimony  50:1,3
  69:9,14
thank  10:19 11:8
  18:8 25:13,24
  28:9 36:21 38:2,9
  40:11 45:6 68:7
  68:20 71:17,23,24
  71:25 72:1,5,6
thanks  10:22
  24:21 25:14 27:7
  38:8 72:4
that's  52:2
they're  10:6
thing  40:13 62:11
  66:8
things  47:17,19
  52:13 53:6 58:17
  60:1 63:6 71:6
think  13:8 20:17
  20:24 21:16 22:5
  23:17,23 27:19,25
  28:5,23 29:6,12
  30:13,20 31:2,22
  31:23,24 32:18
  35:17,18,24 37:17
  37:19 39:16,25
  40:5 41:9 42:2
  46:10,14,18 47:6
  49:13,24 52:3
  53:7 55:9,14,15
  56:10,11,14,15,18
  57:4,8 58:6,10,11
  58:17,19 59:8
  61:22 62:11,12,13
  62:18 63:13 64:2
  64:5,23 65:13,13

18-23538-shl    Doc 10348-7    Filed 03/09/22    Entered 03/09/22 19:26:19    Exhibit G -
January 20    2022 Hearing Transcript    Pg 65 of 66

[think - view]                                                                 Page 19

65:22 66:3,13
67:1,4,9,12,15
68:8,9,20 70:7
71:2,8,18 72:2
**thinking** 59:21
**third** 18:25 34:22
**thirds** 19:7
**thought** 28:9
32:12 39:24 43:15
53:17 71:12
**thoughts** 53:25
56:9
**thousands** 13:14
**three** 25:21 34:17
36:9 46:10 47:16
47:20
**threshold** 22:4
**ticket** 30:19 36:2
**tie** 17:23
**tied** 36:3
**tiktin** 4:5,23 5:15
**time** 10:10 11:9
16:12,14 17:10,15
20:9 21:11 24:16
25:7 31:5 33:1,8
34:21 35:24 40:22
42:14 45:1,2,20
45:25 49:3,25
51:6,21 52:1,11
54:4,10 59:13
60:5,8,14,14
61:15 65:20 66:21
68:14 69:18,18
70:3,4,16,19 71:3
71:16
**time's** 12:6
**timeline** 53:16
70:17
**timely** 58:22
**times** 30:4
**timing** 56:2
**tired** 35:8

**tobey** 8:6 26:10
**today** 10:24 18:25
23:4,17 27:24
37:24 38:16,22
40:2 48:25 61:7,9
62:13 64:9 65:19
65:23 69:6 70:22
71:1 72:3
**today's** 10:13
11:11 40:4
**today's** 10:4
**told** 34:9
**top** 11:16 31:23
**total** 12:19 13:16
17:19 21:25
**track** 12:19
**tracking** 21:23
**transaction** 70:5
**transcribed** 6:25
**transcript** 33:3
40:7 49:14 52:20
53:25 68:10,23
69:20 73:4
**transfer** 48:10,12
**transform** 6:4,7,9
6:10 9:2 22:22
37:19 38:4,6
40:22 44:16 45:21
45:25 47:16,19
49:24 52:10 59:13
60:4,22 61:5,22
62:2,24 63:7,8
64:3 66:4,7 68:1
**transform's** 38:24
43:16
**transforms** 43:3
**tremendous** 16:7
18:22
**trial** 49:2 57:3
**tried** 39:6
**trouble** 27:9
**true** 69:24 73:4

**trust** 24:19 30:14
35:13
**try** 21:3 28:6 30:9
56:19
**trying** 13:20
**turned** 26:13
35:16
**turning** 27:9
**two** 11:14 15:3
19:7 28:23 29:23
30:2 42:11,16
45:8 49:4,14,25
50:3,3,11,12,18
50:21,22,22,23
51:3 52:1,18,22
53:5,9 54:4,4,20
58:9,19 59:9,12
59:12,22 60:2,7
60:21 61:3,15,24
62:24 63:13,16
66:5,10,16,19,20
66:25 67:18,19,21
68:3 69:21,22,24
70:22
**tyler** 9:15
**type** 50:14 55:8
62:11 68:23
**types** 39:14

**u**

**u** 56:20,20
**u.s.** 1:23
**ucc** 11:6 19:18
22:15 27:5
**uequhart** 8:15
**ultimately** 29:2
30:5 48:16,19
**uncertain** 16:21
**uncertainty** 36:3
**underlying** 36:9
40:12
**understand** 41:10
46:22 50:10 53:4
53:8 59:23 60:19

61:1 63:12,12
64:24 65:3 70:22
71:19
**understood** 23:6
70:6 71:17
**united** 1:1,12
56:17
**universe** 15:1
**unknown** 16:21
**unpaid** 29:4
**unredacted** 39:2,4
**unresolved** 13:19
**unsecured** 2:17
4:11 5:3 7:11
14:24
**update** 2:1 10:13
10:14 23:25 26:7
26:14 35:10
**updates** 35:10
**updating** 21:24
35:3
**usc** 43:10
**useful** 58:17
**uses** 17:25

**v**

**v** 43:10 56:17,20
57:4,16
**vacated** 42:10
**vacating** 43:4
**valid** 44:24 63:10
**valuable** 51:18
**various** 17:13
20:20 22:5 28:11
42:11 48:24 52:13
58:17
**vast** 12:2 20:2
**veritext** 73:20
**versions** 39:12,12
**versus** 37:23
**vice** 38:14
**video** 27:9
**view** 26:8 27:13
29:7,16 41:6,9

18-23538-shl   Doc 10348-7   Filed 03/09/22   Entered 03/09/22 19:26:19   Exhibit G -
January 20      2022 Hearing Transcript      Pg 66 of 66

**[view - zoom]**                                                                                   Page 20

42:16 46:3 58:19
58:21
**viewed**  52:21 71:7
**virtue**  69:23
**visa**  52:11
**vowed**  23:15

**w**

**wait**  21:9
**walk**  11:1,12
**wander**  7:22 24:3
24:3,7,13,22 25:8
25:13 33:3,9,9
35:20
**want**  23:5 25:5
29:17,24 30:25
31:6,13,14 37:22
40:13 45:4 51:19
52:9 54:9 56:5,6,8
59:17,20 63:15
64:17 65:18 67:8
68:11 69:4,16,19
70:22 71:1,6,7
**wanted**  26:12
30:24 34:13 44:14
59:19 62:25 71:10
**wants**  21:10 57:11
61:18,19 65:21
66:15
**warrant**  29:9
**warranted**  27:17
**washington**  8:18
**waterfall**  17:4
**way**  20:25 21:2
24:10 42:4,8
48:22
**ways**  18:23 22:16
**we've**  10:9 11:15
13:9,16 15:14,16
15:23 20:2,2
32:21 34:24 35:5
44:19 49:5 51:24
54:13,15

**webb**  9:15
**weeks**  11:3 50:22
**weil**  3:12,17,19
4:3,21 5:13 7:3
10:20 25:22 26:25
27:1 28:8,9 32:23
**went**  33:3
**we're**  10:3
**white**  1:14
**widowers**  14:22
**widows**  14:22
**wilmington**  8:4
9:4
**win**  58:3
**winimo**  57:14
**withhold**  18:17
**witness**  69:10,14
**woman**  72:1,6
**wondering**  37:10
**word**  46:19
**work**  14:2 15:4
22:13 27:14 28:17
28:18 31:10 35:12
35:17,17 36:9,13
69:4
**working**  19:15
**worried**  30:6 49:4
**worry**  52:1
**worst**  55:3
**worth**  31:2
**write**  53:23
**writing**  68:23
**written**  69:21
**wrong**  59:11

**x**

**x**  1:4,10

**y**

**y**  56:20,20
**yeah**  42:1 51:16
53:21 59:19 62:21
70:1,12,13
**year**  34:12 49:15
50:23 51:12 52:1

52:18 54:4 58:9
58:19 59:9,12,22
61:4,15,24 62:24
62:24 66:5,16,19
67:18,21 69:21,22
**years**  49:16,21,25
50:3,4,11,12,18
50:21,23,23 51:3
52:23 54:4,9
59:13 60:2,7,21
63:16 66:10,20,25
68:3,4 69:24
70:23
**york**  1:2 7:6,13,20
8:11 9:18

**z**

**zoom**  6:20 10:5
38:12