UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                                           :
                                                                 :    Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.***,**                    :
                                                                 :    Case No. 18-23538 (RDD)
                                                                 :
        Debtors.[1]                                              :    (Jointly Administered)
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 11, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice Regarding Fourth Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 10295]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: March 14, 2022

                                                                    */s/ Nuno Cardoso*
                                                                    Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 14, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4128604 | AMI Ventures Inc | Rupesh Sanghavi, CEO | 2018 Suffolk Dr | | Houston | TX | 77027 |
| 4882260 | ARA INC | 4300 San Mateo Blvd. NE, Suite A-220 | | | Albuquerque | NM | 87110 |
| 4863166 | HARVEST CONSUMER PRODUCTS LLC | C/O SPENCER FANE LLP | ATTN: SCOTT GOLDSTEIN-TRUST ACCT. | 1000 WALNUT SUITE 1400 | KANSAS CITY | MO | 64106 |
| 5830322 | INTRALINKS, INC | 622 3rd Avenue | 10th Floor | | New York | NY | 10017 |
| 4806456 | T-FAL/WEAREVER | GROUP SEB USA | 5 WOOD HOLLOW RD | 2ND FLOOR | PARSIPPANY | NJ | 07054 |
| 4883500 | VERINT AMERICAS INC | 175 Broadhollow Road, Suite 100 | | | Melville | NY | 11747 |
| 5016282 | Vir Ventures Inc | 14932 Kuykendahl Rd | | | Houston | TX | 77090-4502 |