ROPES & GRAY LLP  
Gregg M. Galardi  
Andrew G. Devore  
Daniel G. Egan  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Tel: (212) 596-9000  
Fax: (212) 596-9090  

ROPES & GRAY LLP  
Douglas Hallward-Driemeier (admitted *pro hac vice*)  
2099 Pennsylvania Avenue, NW  
Washington, DC 20006-6807  
Tel: (202) 508-4600  
Fax: (202) 508-4650  

LARKIN HOFFMAN DALY & LINDGREN, LTD.  
Gregory S. Otsuka (admitted *pro hac vice*)  
8300 Norman Center Drive, Suite 1000  
Minneapolis, MN 55437-1060  
Tel: (952) 835-3800  
Fax: (952) 896-3333  

*Attorneys for MOAC Mall Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               )   s.s.:
COUNTY OF NEW YORK             )

NOVA A. ALINDOGAN, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

2. On March 23, 2022, I served a true and correct copy of the *Reply in Support of Objection of MOAC Mall Holdings LLC to Subject Matter Jurisdiction with Respect to Transform Holdco LLC's Motion to Enforce the Order Authorizing Assumption and Assignment of Lease with MOAC Mall Holdings LLC* ("Reply") [Docket No. 10366]

    a. on the parties requesting ECF notifications via the Court's CM/ECF case notification system; and

    b. via electronic mail upon the parties on the attached **Service List**.

3. On March 24, 2022, I served a true and correct copy of the Reply via hand-delivery to the Chambers of the Honorable Robert D. Drain.

                                                           */s/ Nova A. Alindogan*
                                                           Nova A. Alindogan

Sworn to before me this
24th day of March, 2022.


*/s/ Jill L. Niederman*
Jill L. Niederman, Notary Public
State of New York
No. 01NI6192670
Qualified in New York County
Commission Expires: September 2, 2024

## SERVICE LIST

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Office of the United States Trustee for Region 2 | | Richard C. Morrissey, Esq. | richard.morrissey@usdoj.gov |
| Counsel to Transform Holdco LLC | DLA PIPER LLP (US) | Richard A. Chesley<br>R. Craig Martin<br>Rachel Ehrlich Albanese | richard.chesley@dlapiper.com<br>Craig.Martin@dlapiper.com;<br>Rachel.Albanese@dlapiper.com; |
| Attorneys for the Debtors | Weil, Gotshal & Manges LLP | Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq. | ray.schrock@weil.com<br>jacqueline.marcus@weil.com;<br>garrett.fail@weil.com<br>sunny.singh@weil.com |
| Attorneys for Bank of America, N.A., Administrative Agent Under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Paul D. Leake, Esq.<br>Shana A. Elberg, Esq. | paul.leake@skadden.com<br>shana.elberg@skadden.com |
| Attorneys for Citibank, N.A., as Administrative Agent Under the Stand-Alone L/C Facility | Davis Polk & Wardell LLP | Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com |
| Attorneys for JPP, LLC, as Agent Under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility | Cleary, Gottlieb | Sean A. O'Neal, Esq | soneal@cgsh.com |
| Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes | Kelley Drye & Warren LLP | Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq. | ewilson@kelleydrye.com<br>bfeder@kelleydrye.com |
| Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes | Seyfarth Shaw LLP | Edward M. Fox, Esq. | emfox@seyfarth.com |
| Attorneys for the Bank of New York Mellon Trust Company, as Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | Carter Ledyard & Milburn LLP | James Gadsden, Esq. | gadsden@clm.com |
| Attorneys for the Pension Benefit Guaranty Corporation | Locke Lord LLP | Brian A. Raynor, Esq. | braynor@lockelord.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorneys for the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Philip C. Dublin, Esq. <br> Ira Dizengoff, Esq. <br> Sara Lynne Brauner, Esq. | pdublin@akingump.com <br> idizengoff@akingump.com <br> sbrauner@akingump.com |
| Attorneys for Weingarten Realty Investors, LBA Realty LLC and Graziadio Investment Company | Allen Matkins Leck Gamble Mallory & Natsis LLP | Ivan M. Gold, Esq. | igold@allenmatkins.com |
| Attorneys for Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT, Inc., Gray Enterprises, LP, Graziadio Investment Company, Gregory Greenfield & Associates, Ltd., LBA Realty LLC, LF2 Rock Creek, LP, Nassimi Realty LLC, Realty Income Corp., Regency Centers Corp., Site Centers Corp., Spigel Properties, The Woodmont Company, and Weingarten Realty Investor | Kelley Drye & Warren LLP | Robert L. LeHane, Esq. <br> Maeghan J. McLoughlin, Esq. | rlehane@kelleydrye.com <br> mmcloughlin@kelleydrye.com |
| Attorneys for Target Corporation | Faegre Drinker | Christopher Harayda, Esq. | cj.harayda@faegredrinker.com |