## Exhibit A

**Disallowed and Expunged Claims (in part)**

**Debtors' Forty-Fourth Omnibus Objection to Claims**
**Exhibit A – Disallowed Claims (in part)**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Affected Claim No. | Claim Status | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 3. | State of New Jersey | 26496 | Asserted | | | | $258,217.85 | $164,508.12 | $422,725.97 |
| | | | Surviving | | | | $125,677.01 | $164,508.12 | $290,185.13 |
| 4. | State of New Jersey/Division of Taxation | 10380 | Asserted | | | | $349,209.02 | $204,984.58 | $554,193.60 |
| | | | Surviving | | | | $239,376.81 | $204,984.58 | $444,361.39 |

*Schedule of Claims to be Disallowed*