# Exhibit B

**Disallowed and Expunged Claims (entire claim)**

**Debtors' Forty Fourth Omnibus Objection to Claims and Ballots**  
**Exhibit A - Disallowed Claims (entire claim)**

**In re: Sears Holdings Corporation,** *et al.*  
**Case No. 18-23538 (RDD)**

| | **Schedule of Claims to be Disallowed** | |
|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed (entire claim)** |
| 13. | State of New Jersey, Division of Taxation | 6926 |