# EXHIBIT A

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner                                                                                           March 7, 2022
                                                                                                                                       Invoice 340058669

| | |
|---|---|
| Our Matter No. | 78GH-334221 |
| | Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses |
| Billing Atty: | Paul E. Harner |

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2022

| | |
|---|---:|
| Current Fees | $ 41,984.00 |
| Total Current Activity | $ 41,984.00 |
| Total Due for This Invoice | $ 41,984.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:  Account No.: 496-8375493<br>Wells Fargo Bank, NA  ACH ABA No.: 121000248<br>420 Montgomery St  Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

## SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
March 7, 2022
Invoice 340058669

Our Matter No.: 78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty: Paul E. Harner

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2022

| | |
|---|---|
| Current Fees | $ 41,984.00 |
| Total Current Activity | $ 41,984.00 |
| Total Due for This Invoice | $ 41,984.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:                       Account No.: 496-8375493<br>Wells Fargo Bank, NA           ACH ABA No.: 121000248<br>420 Montgomery St                 Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

March 7, 2022
Invoice 340058669
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 02/28/22

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 02/01/22 | Review and analyze latest fee and expense submissions. | 4063 | 2.20 hrs. |
| 02/04/22 | Review and analyze most recent interim and monthly fee and expense applications. | 4063 | 3.10 hrs. |
| 02/08/22 | Preliminary review of latest Weil Gotshal mouthy fee statement (.90); correspondence and telephone conference with T. Daluz regarding same (.40). | 4063 | 1.30 hrs. |
| 02/09/22 | Extended telephone conference with G. Polkowitz regarding fee application and administrative solvency issues (.80); follow-up correspondence and telephone conference with T. Daluz regarding same (.40). | 4063 | 1.20 hrs. |
| 02/10/22 | Further review and analysis of Weil Gotshal submissions (1.70); prepare correspondence to R. Schrock regarding same (.30); telephone conference with T. Daluz regarding same (.20). | 4063 | 2.20 hrs. |
| 02/11/22 | Further review and analysis of recent monthly and interim fee submissions (2.30); correspondence with T. Daluz regarding Weil Gotshal preliminary reports and requests for responses (.20). | 4063 | 2.50 hrs. |
| 02/14/22 | Preliminary review and analysis of Akin Gump monthly fee and expense submission. | 4063 | 1.60 hrs. |
| 02/15/22 | Final review, analysis and preparation of comments on preliminary fee examiner's report on seventh, eighth and ninth Weil Gotshal fee and expense applications (3.30); correspondence with M. Vesper regarding same (.30); prepare and transmit same to R. Schrock and G. Fail (.40); preliminary review of Herrick Feinstein monthly fee submission (.50). | 4063 | 4.50 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

March 7, 2022
Invoice 340058669
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 02/18/22 | Further review and analysis of interim and monthly fee and expense applications (2.00); correspondence with T. Daluz regarding same and Weil Gotshal preliminary reports (.20). | 4063 | 2.20 hrs. |
| 02/22/22 | Extended telephone conference with T. Daluz regarding pending fee applications, recent hearing on same and administrative solvency issues; review and analyze recently submitted interim and monthly fee applications. | 4063 | 3.20 hrs. |
| 02/23/22 | Comprehensive review and analysis of data regarding aggregate fees and expenses incurred by all professional since petition date (1.40); correspondence with T. Daluz and M. Vesper regarding same (.20). | 4063 | 1.60 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 25.60 | $ 1,640.00 | $ 41,984.00 |

| | |
|---|---|
| **Total Fees for Professional Services** | **$ 41,984.00** |