# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                             March 21, 2022
1675 Broadway                                              Invoice No. 20220305549
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2022

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $27,925.00 |
| Disbursements | $111.60 |
| **Total Invoice Amount** | **$28,036.60** |

071820.03 - 00317415  
Tobey M. Daluz

March 21, 2022  
Invoice No. 20220305549

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Vesper,M.A. | 02/08/22 | Draft thirty-second monthly joint fee application | 470.00 | 0.30 | 141.00 |
| Daluz,T.M. | 02/16/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Vesper,M.A. | 02/16/22 | Draft thirty-second monthly joint fee application | 470.00 | 0.40 | 188.00 |
| Vesper,M.A. | 02/16/22 | Correspondence with T. Daluz re: thirty-second monthly joint fee application | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 02/23/22 | Review and revise monthly fee application | 1,030.00 | 0.50 | 515.00 |
| **Total B160** | | | | **1.80** | **1,406.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Daluz,T.M. | 02/01/22 | Review docket re: recent filings | 1,030.00 | 0.30 | 309.00 |
| Vesper,M.A. | 02/01/22 | Review Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 02/01/22 | E-mail correspondence with C. McClamb, C. Pollard, and K. Neitzel re: Weil Gotshal exhibits | 470.00 | 0.10 | 47.00 |
| Jimenez,C. | 02/01/22 | Analyze Akin 9th Interim Application fees for Fee Examiner's preliminary report re: same | 595.00 | 5.70 | 3,391.50 |
| Daluz,T.M. | 02/07/22 | Review Mill monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/07/22 | Review docket | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 02/07/22 | Correspond with M. Vesper re: Weil preliminary reports | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 02/07/22 | Correspondence with C. McClamb, C. Pollard, and K. Neitzel re: status of Weil exhibits | 470.00 | 0.10 | 47.00 |
| Vesper,M.A. | 02/07/22 | Correspondence with C. McClamb re: status of Weil report | 470.00 | 0.10 | 47.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | March 21, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220305549 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 02/08/22 | Begin preparing Weil Gotshal fee exhibits for 7/1/2021 - 10/31/2021 | 350.00 | 0.40 | 140.00 |
| Pollard,C.P. | 02/08/22 | Finish preparing Weil Gotshal 7/1/2021 - 10/31/2021 fee and expenses exhibits | 350.00 | 0.60 | 210.00 |
| Daluz,T.M. | 02/08/22 | Review Weil monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/08/22 | Correspondence with P. Harner and Weil re: status of fee review and counteroffer | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/08/22 | Review docket for recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/09/22 | Review recent pleadings | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 02/09/22 | Correspondence with Fee Examiner re: call with administrative claims agent | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 02/09/22 | Review exhibits for preliminary report for Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 1.10 | 517.00 |
| Daluz,T.M. | 02/11/22 | Review early Akin responses to reports | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 02/11/22 | Review first and second combined preliminary reports | 1,030.00 | 2.00 | 2,060.00 |
| Daluz,T.M. | 02/11/22 | Review notice of additional administrative claims paid | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/11/22 | Correspondence with Fee Examiner re: Weil reports | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/11/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 02/13/22 | Review exhibits for preliminary report for Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 2.10 | 987.00 |
| Daluz,T.M. | 02/14/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/14/22 | Review Akin monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 02/14/22 | Review exhibits for preliminary report for Weil, Gotshal & Manges LLP ninth interim fee application time entries | 470.00 | 1.80 | 846.00 |
| Jimenez,C. | 02/14/22 | Analyze Akin Ninth Fee Application, Order approving same, other related filings on the docket, and draft Fee Examiner Ninth Akin Report | 595.00 | 1.50 | 892.50 |

071820.03 - 00317415  
Tobey M. Daluz  

March 21, 2022  
Invoice No. 20220305549

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 02/15/22 | Review eighth Weil preliminary report | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 02/15/22 | Emails with P. Harner and M. Vesper re: Weil preliminary report | 655.00 | 0.30 | 196.50 |
| Vesper,M.A. | 02/15/22 | Finalize Weil Gotshal's combined seventh, eighth, and ninth interim fee report | 470.00 | 1.80 | 846.00 |
| Vesper,M.A. | 02/15/22 | Correspondence with P. Harner, T. Daluz and C. McClamb re: Weil Gotshal's combined seventh, eighth, and ninth interim fee report | 470.00 | 0.20 | 94.00 |
| Daluz,T.M. | 02/18/22 | Call to Weil | 1,030.00 | 0.20 | 206.00 |
| Blessing,B. | 02/18/22 | Prepare and format exhibits to preliminary report regarding ninth interim fee and expense applications of Akin Gump Strauss Hauer & Feld LLP. | 175.00 | 2.20 | 385.00 |
| Jimenez,C. | 02/21/22 | Prepare preliminary report for Akin's 9th fee application, review exhibits, fee application, and entries for fees and expenses | 595.00 | 2.90 | 1,725.50 |
| Daluz,T.M. | 02/22/22 | Call with J. Marcus re: Weil reports | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/22/22 | Call with P. Harner re: Weil reports and status of other reports | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 02/22/22 | Correspondence with M. Vesper re: Weil reports | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 02/22/22 | Correspondence with J. Marcus re: transmission of reports | 1,030.00 | 0.10 | 103.00 |
| Vesper,M.A. | 02/22/22 | Review Weil Gotshal preliminary reports | 470.00 | 0.30 | 141.00 |
| Jimenez,C. | 02/22/22 | Review and revise exhibits and preliminary report addressing Akin 9th fee application | 595.00 | 1.60 | 952.00 |
| Daluz,T.M. | 02/23/22 | Correspondence with P. Harner re: Weil reports | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 02/23/22 | Review Weil Gotshal preliminary reports and fee applications and calculate total fees and expenses requested and total requested reductions | 470.00 | 0.50 | 235.00 |

071820.03 - 00317415  
Tobey M. Daluz

March 21, 2022  
Invoice No. 20220305549

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 02/23/22 | Correspondence with P. Harner, T. Daluz, and C. McClamb re: Weil Gotshal total fees and requested reductions | 470.00 | 0.10 | 47.00 |
| McClamb,C.D. | 02/24/22 | Review and edit monthly fee statement | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 02/24/22 | Prepare status chart | 655.00 | 4.00 | 2,620.00 |
| Daluz,T.M. | 02/25/22 | Review notices re: asset sales | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/25/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 02/25/22 | Review docket re: recent filings | 1,030.00 | 0.30 | 309.00 |
| McClamb,C.D. | 02/25/22 | Prepare status chart | 655.00 | 2.50 | 1,637.50 |
| McClamb,C.D. | 02/28/22 | Prepare status chart | 655.00 | 2.50 | 1,637.50 |
| **Total B170** | | | | **41.40** | **26,519.00** |
| **Total Fees** | | | | **43.20** | **$27,925.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 9.10 | 1,030.00 | 9,373.00 |
| McClamb,C.D. | 9.90 | 655.00 | 6,484.50 |
| Jimenez,C. | 11.70 | 595.00 | 6,961.50 |
| Vesper,M.A. | 9.30 | 470.00 | 4,371.00 |
| Pollard,C.P. | 1.00 | 350.00 | 350.00 |
| Blessing,B. | 2.20 | 175.00 | 385.00 |
| **Total Fees** | **43.20** | | **$27,925.00** |

071820.03 -  00317415  
Tobey M. Daluz

March 21, 2022  
Invoice No. 20220305549

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 02/09/22 | Transcripts VISA_0222_6778_09 - VERITEXT LEGAL SOLUTIONS: 01/28/22; Transcript | 111.60 |
| **Total Disbursements** | | **$111.60** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                               March 21, 2022
1675 Broadway                                                Invoice No. 20220305549
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

<u>FOR PROFESSIONAL SERVICES RENDERED</u> through February 28, 2022

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $27,925.00 |
| Disbursements | $111.60 |
| **Total Invoice Amount** | **$28,036.60** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 302.252.4465 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days