**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **Sears Holdings Corporation,** *et al.,* | : | Case No. 18-23538-rdd |
| | : | |
| Debtors. | : | |
| | : | (Jointly Administered) |
| ---------------------------------------------------------- | : | |
| **Sears Home Improvement Products, Inc.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No. 20-08594-rdd |
| | : | |
| | : | |
| **APR Supply Co.,** | : | |
| Defendant(s) | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw the appearance of Clayton W. Davidson as counsel of record for APR Supply Co., in the above-captioned bankruptcy matter.

                         McNEES WALLACE & NURICK LLC

Date: March 30, 2022          By:    */s/ Clayton W. Davidson*
                                                 Clayton W. Davidson
                                                 Attorney I.D. 79139
                                                 100 Pine Street - P.O. Box 1166
                                                 Harrisburg, PA  17108-1166
                                                 Direct Fax:  717-260-1678
                                                 Phone:  717-232-8000
                                                 cdavidson@mcneeslaw.com

                                            *Attorneys for APR Supply Co.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Southern District of New York using the CM/ECF system with electronic notice upon all attorneys of record.

Dated: March 30, 2022                    */s/ Clayton Davidson*
                                         Clayton W. Davidson