# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDING CORPORATION., et al., | ) |
| | ) Case No. 18-23538 (RDD) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Michael T. Eversden of McGrath North Mullin & Kratz, PC, LLO, hereby withdraws his appearance as counsel for Pearl Global Industries, Ltd., and request to be removed from the Court's email notification service list and all other service lists in the above-captioned matter.

Dated: March 30, 2022.

By: /s/Michael T. Eversden
Michael T. Eversden (NE Bar #21941)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
*Counsel for Pearl Global Industries, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on March 30, 2022, a copy of the foregoing was electronically served through the Court's ECF system to all CM/ECF registered participants in this case.

/s/Michael T. Eversden
Michael T. Eversden