AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**FORTY-FIRST MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | February 1, 2022 through February 28, 2022 |
| Monthly Fees Incurred: | **$165,355.50** |
| 20% Holdback: | **$33,071.10** |
| Total Compensation Less 20% Holdback: | **$132,284.40** |
| Monthly Expenses Incurred: | **$7,557.16** |
| Total Fees and Expenses Requested: | **$139,841.56** |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-First Monthly Fee Statement") covering the period from February 1, 2022 through and including February 28, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796].  By the Forty-First Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($172,912.66) reflects voluntary reductions for the Compensation Period of $51,565.00 in fees and $3,262.94 in expenses.

2

compensation in the amount of $132,284.40 (80% of $165,355.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $7,557.16 incurred by Akin Gump during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses,

organized by general disbursement categories, incurred by Akin Gump in connection with

services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in

connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Forty-First Monthly Fee Statement shall be given by hand or overnight

delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road,

Hoffman Estates, Illinois 60179, <u>Attention</u>: Mohsin Y. Meghji (email:

mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767

Fifth Avenue, New York, NY 10153, <u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com),

Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email:

garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K.

Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite

1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail:

paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov);

(iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times

Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com),

Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email:

george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York,

NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard

Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail:

marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com)

(collectively, the "<u>Notice Parties</u>").

Objections to this Forty-First Monthly Fee Statement, if any, must be filed with the Court

and served upon the Notice Parties so as to be received no later than **April 15, 2022** (the

"<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses

at issue (an "<u>Objection</u>").

If no Objections to this Forty-First Monthly Fee Statement are filed and served as set forth

above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent

(100%) of the expenses identified herein.

If an Objection to this Forty-First Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-First

Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the

fees and disbursements in the percentages set forth above.  To the extent such an Objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York          AKIN GUMP STRAUSS HAUER & FELD LLP
March 31, 2022

By: */s/    Ira S. Dizengoff*
     Ira S. Dizengoff
     Philip C. Dublin
     Sara L. Brauner
     One Bryant Park
     New York, New York 10036
     Telephone: (212) 872-1000
     Facsimile: (212) 872-1002
     Email: idizengoff@akingump.com
            pdublin@akingump.com
            sbrauner@akingump.com

     *Counsel to the Official Committee of*
     *Unsecured Creditors of Sears Holdings*
     *Corporation, et al.*

## Exhibit A

## Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 41.60 | 58,240.00 |
| Ira Dizengoff | Financial Restructuring | 1992 | 1,775.00 | 5.90 | 10,472.50 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 35.20 | 49,280.00 |
| David Zensky | Litigation | 1988 | 1,775.00 | 2.10 | 3,727.50 |
| **Total Partner** | | | | **84.80** | **121,720.00** |
| **SENIOR COUNSEL AND COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 1,095.00 | 11.90 | 13,030.50 |
| **Total Counsel** | | | | **11.90** | **13,030.50** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 15.10 | 14,571.50 |
| Sean Nolan | Litigation | 2018 | 1,005.00 | 12.60 | 12,663.00 |
| Russell Collins | Staff Attorney | 1998 | 535.00 | 6.30 | 3,370.50 |
| **Total Associates** | | | | **34.00** | **30,605.00** |
| **Total Hours / Fees Requested** | | | | **130.70** | **165,355.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,393.49 | 96.70 | 134,750.50 |
| Associates | 900.15 | 34.00 | 30,605.00 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 1,265.15 | | |
| **Total Fees Incurred** | | **130.70** | **165,355.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 5.00 | 5,777.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 1.20 | 1,275.00 |
| 8 | Hearings and Court Matters/Court Preparation | 3.60 | 4,257.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 74.90 | 104,752.00 |
| 12 | General Claims Analysis/Claims Objections | 0.80 | 1,120.00 |
| 20 | Jointly Asserted Causes of Action | 27.80 | 29,131.00 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 17.40 | 19,043.00 |
| | **TOTAL:** | **130.70** | **165,355.50** |

**Exhibit C**

**Itemized Fees**



Akin Gump
Strauss Hauer & Feld LLP

|  | | |
|---|---|---|
| Invoice Number | 1980407 |
| Invoice Date | 03/30/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 02/01/22 | JES | 003 | Draft correspondence to M3 re invoices (.1); review fee statement in connection with same (.2). | 0.30 |
| 02/08/22 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines. | 0.90 |
| 02/09/22 | JES | 003 | Review invoice for privilege and confidentiality. | 0.60 |
| 02/10/22 | SLB | 003 | Correspondence with J. Szydlo re fee statement and related issues (.2); review Akin invoice in connection with the same (.3). | 0.50 |
| 02/10/22 | JES | 003 | Review invoice for privilege and confidentiality (.5) correspond with S. Brauner re fee statement (.2). | 0.70 |
| 02/11/22 | SLB | 003 | Correspondence with Z. Lanier re fee statement and related issues. | 0.30 |
| 02/11/22 | ZDL | 003 | Correspondence with S. Brauner re fee statement. | 0.30 |
| 02/14/22 | SLB | 003 | Correspondence with J. Szydlo re fee statement (.2); review same (.2). | 0.40 |
| 02/14/22 | JES | 003 | Correspond with S. Brauner re fee statement. | 0.20 |
| 02/24/22 | JES | 003 | Review invoice for privilege and confidentiality. | 0.80 |
| 02/03/22 | JES | 007 | Respond to creditor inquiries re case updates and status. | 0.30 |
| 02/14/22 | ZDL | 007 | Call with claimant regarding POC process. | 0.90 |
| 02/24/22 | SLB | 008 | Attend hearing (1.4); review and revise summary of same for UCC (.4). | 1.80 |
| 02/24/22 | JES | 008 | Telephonically attend omnibus hearing (1.4); summarize same for Committee (.4). | 1.80 |
| 02/01/22 | SLB | 010 | Correspondence with FTI re financing issues (.8); analyze same (1.5); review materials re same (1.0). | 3.20 |
| 02/02/22 | ISD | 010 | Review updates on potential litigation financing issues. | 0.40 |
| 02/02/22 | DLC | 010 | Review and revise litigation financing presentation for designees (.5); participate in call with FTI and S. Brauner re: same (.6); revise analysis re: litigation financing (2.8); call with P. Dublin and S. Brauner re same (.3). | 4.10 |
| 02/02/22 | SLB | 010 | Call with D. Chapman and FTI re financing issues (.6); confer with party | 5.70 |

SEARS CREDITORS COMMITTEE                                                                                   Page 2
Bill Number: 1980407                                                                                        03/30/22

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | in interest re same (.4); analyze issues re same (1.6); prepare summary of same for members of FR and Lit teams (1.5); revise deck for Designees re same (partial) (1.3); confer with P. Dublin and D. Chapman re financing (.3). | |
| 02/03/22 | DMZ | 010 | Call with Designees re financing proposal (partial). | 0.40 |
| 02/03/22 | ISD | 010 | Review update on potential litigation financing issues. | 0.40 |
| 02/03/22 | DLC | 010 | Prepare for (.1) and participate in (.5) litigation designee call re lit. financing; confer with S. Brauner re: next steps on same (.6). | 1.20 |
| 02/03/22 | SLB | 010 | Prepare for (.3) and lead (.5) call with Designees re lit. financing; draft correspondence to Debtors' counsel re same (.3); confer with D. Chapman re same (.6); analyze issues re same (.7); review materials re same (.5); review term sheet re same (.6). | 3.50 |
| 02/03/22 | ZDL | 010 | Revise term sheet for litigation funding. | 0.60 |
| 02/04/22 | DLC | 010 | Participate in call with proposed litigation funder re open financing issues (.3); participate in call with S. Brauner and Z. Lanier re: draft financing motion (.6); confer with S. Brauner re: open lit. financing issues (.4); draft correspondence to D. Zensky re: same (.3). | 1.60 |
| 02/04/22 | SLB | 010 | Confer with financing party re next steps (.3); confer with D. Chapman re same (.4); participate on call with D. Chapman and Z. Lanier re related motion (.6); analyze issues re same (1.1); revise financing term sheet (.5); correspondence with funding party re same (.6). | 3.50 |
| 02/04/22 | ZDL | 010 | Call with D. Chapman and S. Brauner and re litigation finance motion (.6); revise same (1.0). | 1.60 |
| 02/05/22 | DLC | 010 | Review correspondence with potential funder (.2); follow-up with various parties in interest re: same (.5). | 0.70 |
| 02/07/22 | ISD | 010 | Review updates to litigation financing term sheet. | 0.30 |
| 02/07/22 | DLC | 010 | Revise memorandum to litigation funder re case updates (.6); review materials re same (.4); confer with debtors' professionals re same (.2); review legal research re funding (1.5); revise draft litigation funding motion (3.1). | 5.80 |
| 02/07/22 | SLB | 010 | Call with F. Lee re litigation funding term sheet (.4); draft correspondence to members of Akin team re financing issues (.6); analyze issue re same (.8); confer with interested party re same (.6). | 2.40 |
| 02/08/22 | ISD | 010 | Review litigation financing term sheet. | 0.20 |
| 02/08/22 | DLC | 010 | Prepare declaration in support of financing motion (1.0); call with S. Brauner re same (.6). | 1.60 |
| 02/08/22 | SLB | 010 | Call with D. Chapman re declaration ISO financing motion (.6); revise lit. financing term sheet (.9). | 1.50 |
| 02/08/22 | ZDL | 010 | Prepare litigation finance motion (1.4) and declaration (.6). | 2.00 |
| 02/09/22 | DLC | 010 | Review materials re litigation funding (.5); review draft funding motion (1.4); circulate comments to same (.3); confer with potential funder re financing issues (.3); confer with S. Brauner re same (.3). | 2.80 |
| 02/09/22 | SLB | 010 | Confer with potential funder re status and next steps (.3); confer with D. Chapman re same and open issues (.3); finalize financing term sheet (.4); continue to revise financing motion (1.5); correspondence with Z. Lanier re same (.2). | 2.70 |
| 02/09/22 | ZDL | 010 | Revise litigation finance motion (.9); correspond with S. Brauner re same (.2). | 1.10 |
| 02/10/22 | ISD | 010 | Correspond with S. Brauner re potential financing issues. | 0.40 |
| 02/10/22 | DLC | 010 | Review FTI deck re lit. funding proposal (.4); follow-up correspondence with FTI re same (.3); confer with Admin. Claims Rep re financing (.2); review legal research re: funding (.5). | 1.40 |
| 02/10/22 | SLB | 010 | Correspondence with I. Dizengoff re litigation financing issues (.4); confer with Admin claimant re same (.2); review analysis prepared by FTI re same (.5); correspondence with FTI re same (.3); finalize term sheet re same (.3); draft correspondence to Weil re same (.2). | 1.90 |
| 02/10/22 | ZDL | 010 | Continue revising litigation finance motion. | 1.10 |

SEARS CREDITORS COMMITTEE                                                                                    Page 3
Bill Number: 1980407                                                                                         03/30/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 02/11/22 | ISD | 010 | Correspond with D. Chapman re lit. financing updates and next steps. | 0.40 |
| 02/11/22 | DLC | 010 | Review legal research and supporting materials re: litigation financing (.8); follow-up with FTI re: same (.4); correspond with I. Dizengoff re next steps for financing (.4). | 1.60 |
| 02/15/22 | ISD | 010 | Confer with S. Brauner re call with Admin Claims Rep. | 0.30 |
| 02/15/22 | DLC | 010 | Outline new section to declaration in support of financing (1.8); review FTI deck re same (.5). | 2.30 |
| 02/15/22 | SLB | 010 | Prepare for (.2) and participate on (.4) call with counsel to Admin Rep re financing; follow-up call with I. Dizengoff re same (.3); analyze issue re financing motion (.5); review FTI analysis re same (.5); correspondence with FTI re same (.4). | 2.30 |
| 02/16/22 | ISD | 010 | Correspond with Debtors' counsel re lit. funding issues. | 0.20 |
| 02/16/22 | DLC | 010 | Revise declaration in support of litigation financing (2.5); review legal research re: same (.2); correspond with S. Brauner re documenting potential financing (.2). | 2.90 |
| 02/16/22 | SLB | 010 | Confer with counsel to potential lit. funder re open issues in connection with documentation (.5); correspondence with D. Chapman re same (.2); correspondence with FTI re same (.3). | 1.00 |
| 02/17/22 | ISD | 010 | Confer with S. Brauner re next steps on litigation funding. | 0.50 |
| 02/17/22 | DLC | 010 | Continue revising declaration in support of lit. funding (1.0); confer with FTI re: lit. funding (.3); review analysis re open financing issues (.4). | 1.70 |
| 02/17/22 | SLB | 010 | Confer with counsel to potential funder (.4); revise declaration in support of funding motion (.8); correspondence with Z. Lanier re same (.3); confer with I. Dizengoff re same (.5). | 2.00 |
| 02/17/22 | ZDL | 010 | Revise litigation finance motion (.8); correspond with S. Brauner re declaration ISO of same (.3). | 1.10 |
| 02/18/22 | ISD | 010 | Review updates re lit. funding issues. | 0.30 |
| 02/18/22 | SLB | 010 | Revise financing motion (1.5); correspondence with Z. Lanier re same (.2); correspondence with potential funder re status (.2); draft correspondence to members of FR and Lit teams re status and next steps and related analysis (.5). | 2.40 |
| 02/18/22 | ZDL | 010 | Revise lit financing motion (.4); correspond with S. Brauner re same (.2). | 0.60 |
| 02/21/22 | ISD | 010 | Review issues regarding potential financing issues and motion. | 0.20 |
| 02/21/22 | DLC | 010 | Review draft pleading and revise same (.4); update case budget (.3). | 0.70 |
| 02/22/22 | ISD | 010 | Review materials re litigation financing. | 0.60 |
| 02/23/22 | ISD | 010 | Analyze issues re lit. financing. | 0.70 |
| 02/24/22 | ISD | 010 | Analyze open issues re lit. financing. | 0.40 |
| 02/28/22 | ISD | 010 | Review materials re financing arrangement. | 0.60 |
| 02/22/22 | SLB | 012 | Correspondence with Weil re distribution issue. | 0.20 |
| 02/23/22 | SLB | 012 | Correspondence with G. Fail (Weil) (.1) and R. Tucker (.2) re distribution; review materials re same (.1). | 0.40 |
| 02/24/22 | SLB | 012 | Correspondence with G. Fail (Weil) and R. Tucker re distribution issues. | 0.20 |
| 02/02/22 | SMN | 020 | Draft correspondence to members of the Akin litigation team re D&O insurance coverage issues. | 0.10 |
| 02/04/22 | DLC | 020 | Correspond with counsel to third party re discovery (.1) and D&O issues (.3). | 0.50 |
| 02/05/22 | DMZ | 020 | Analyze open issues re Adv. Proc. | 0.20 |
| 02/07/22 | DMZ | 020 | Call with D. Chapman and S. Nolan re D&O issues. | 0.30 |
| 02/07/22 | DLC | 020 | Participate in call with D. Zensky and S. Nolan re: D&O letter (partial). | 0.20 |
| 02/07/22 | SMN | 020 | Call with D. Zensky and D. Chapman re D&O insurance issues (.3); conduct legal research re same (1.1); draft letter to defendants in response to letter dated January 20 (1.5). | 2.90 |
| 02/08/22 | DMZ | 020 | Draft correspondence to D. Chapman re D&O letter. | 0.40 |
| 02/08/22 | DLC | 020 | Review letter re: D&O issues (.1); revise same (.3); correspond with S. Nolan re: same (.2). | 0.60 |
| 02/08/22 | SMN | 020 | Conduct legal research re D&O insurance issues (.3); correspond with | 0.50 |

SEARS CREDITORS COMMITTEE                                                        Page 4
Bill Number: 1980407                                                            03/30/22

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | D. Chapman re same (.2). | |
| 02/09/22 | SMN | 020 | Conduct legal research re D&O insurance issues (1.9); revise letter to defendants (.4). | 2.30 |
| 02/10/22 | DLC | 020 | Review legal research re: D&O coverage (.6); correspond with S. Nolan re: same (.2). | 0.80 |
| 02/10/22 | SMN | 020 | Conduct legal research for letter to defendants re D&O insurance (.5); correspond with D. Chapman re same (.2). | 0.70 |
| 02/14/22 | DMZ | 020 | Revise D&O letter to defendant (.2); confer with D. Chapman and S. Nolan re same (.2). | 0.40 |
| 02/14/22 | DLC | 020 | Confer with defendants and third parties re discovery (.3); confer with D. Zensky and S. Nolan re D&O letter (.2); review legal analysis re same (.8) comment on D&O letter (.3). | 1.60 |
| 02/14/22 | SMN | 020 | Conduct legal research for letter to defendants (1.7); confer with D. Zensky and D. Chapman re same (.2); review new cases implicating issues in motion to dismiss briefing (.4). | 2.30 |
| 02/15/22 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (1.0); prepare summary of same (2.2). | 3.20 |
| 02/15/22 | DLC | 020 | Continue commenting on letter to defendants' counsel re D&O issues (1.0); confer with third party re document subpoena (.4). | 1.40 |
| 02/15/22 | SMN | 020 | Revise letter to defendants (.4); draft correspondence to D. Chapman re same (.3). | 0.70 |
| 02/16/22 | RJC | 020 | Conduct review of discovery documents in connection with adversary proceeding (1.0); prepare summary of same (2.1). | 3.10 |
| 02/17/22 | DLC | 020 | Review decision in D&O action and relevant law re: appeals (.4); provide update to clients re: same (.2). | 0.60 |
| 02/17/22 | SMN | 020 | Review opinion in D&O insurance appeal (.2);  conduct legal research re same (.8). | 1.00 |
| 02/18/22 | SMN | 020 | Analyze D&O insurance issues. | 0.60 |
| 02/23/22 | SMN | 020 | Review filing in D&O coverage action. | 0.10 |
| 02/25/22 | DMZ | 020 | Comment on revised D&O letter. | 0.30 |
| 02/25/22 | DLC | 020 | Draft correspondence to third parties re: document requests (.2); confer with S. Brauner re: D&O letter (.4). | 0.60 |
| 02/25/22 | SLB | 020 | Confer with D. Chapman re D&O letter. | 0.40 |
| 02/25/22 | SMN | 020 | Revise letter to defendants re D&O insurance. | 0.40 |
| 02/26/22 | SMN | 020 | Revise letter to defendants re D&O insurance. | 0.50 |
| 02/27/22 | DMZ | 020 | Correspond with D. Chapman re Seritage issues. | 0.10 |
| 02/27/22 | DLC | 020 | Review article re Seritage (.2) correspond with D. Zensky re: same (.1). | 0.30 |
| 02/28/22 | DLC | 020 | Draft correspondence to FR team members re potential Seritage sale. | 0.20 |
| 02/28/22 | SMN | 020 | Review new cases implicating issues in motion to dismiss briefing. | 0.50 |
| 02/08/22 | SLB | 022 | Review materials re upcoming Plan distribution (.6); correspondence with FTI re same (.2). | 0.80 |
| 02/09/22 | SLB | 022 | Correspondence with FTI (.2) and Weil (.2) re Plan distribution; review materials re same (.1). | 0.50 |
| 02/10/22 | SLB | 022 | Correspondence with Weil (.1) and FTI (.2) re upcoming distribution. | 0.30 |
| 02/15/22 | SLB | 022 | Analyze plan issues (.6); review materials and confirmation transcript re same (.8); correspondence with Z. Lanier re same (.2). | 1.60 |
| 02/15/22 | ZDL | 022 | Conduct research regarding plan issues (2.1); correspond with J. Szydlo re same (.3); correspond with S. Brauner re same (.2). | 2.60 |
| 02/15/22 | JES | 022 | Review confirmation transcript in connection with open plan issues (.9); conduct research in connection with same (6.2); correspond with Z. Lanier re same (.3); draft analysis re same (1.4). | 8.80 |
| 02/16/22 | SLB | 022 | Review and revise analysis re open plan issue (.9); call with J. Szydlo re same (.3). | 1.20 |
| 02/16/22 | JES | 022 | Revise analysis re open plan issues (1.3); call with S. Brauner re same (.3). | 1.60 |

Total Hours                                                            130.70

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D M  ZENSKY | 2.10 | at | $1775.00 | = | $3,727.50 |
| I S  DIZENGOFF | 5.90 | at | $1775.00 | = | $10,472.50 |
| D L  CHAPMAN | 35.20 | at | $1400.00 | = | $49,280.00 |
| S L  BRAUNER | 41.60 | at | $1400.00 | = | $58,240.00 |
| Z D  LANIER | 11.90 | at | $1095.00 | = | $13,030.50 |
| S M  NOLAN | 12.60 | at | $1005.00 | = | $12,663.00 |
| J E  SZYDLO | 15.10 | at | $965.00 | = | $14,571.50 |
| R J  COLLINS | 6.30 | at | $535.00 | = | $3,370.50 |

Current Fees                                                                       $165,355.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $4,225.33 |
| Computerized Legal Research - Other | $320.10 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $332.88 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,611.65 |
| Transcripts | $67.20 |

Current Expenses                                                                     $7,557.16

| Date | | Value |
|---|---|---|
| 02/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 02/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 02/02/22 | Computerized Legal Research - Courtlink | $16.64 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## **DISBURSEMENT SUMMARY**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 4,225.33 |
| Computerized Legal Research – Other | 320.10 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,611.65 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 332.88 |
| Transcripts | 67.20 |
| **TOTAL:** | **7,557.16** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                                          Page 5
Bill Number: 1980407                                                                               03/30/22

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D M  ZENSKY | 2.10 | at | $1775.00 | = | $3,727.50 |
| I S  DIZENGOFF | 5.90 | at | $1775.00 | = | $10,472.50 |
| D L  CHAPMAN | 35.20 | at | $1400.00 | = | $49,280.00 |
| S L  BRAUNER | 41.60 | at | $1400.00 | = | $58,240.00 |
| Z D  LANIER | 11.90 | at | $1095.00 | = | $13,030.50 |
| S M  NOLAN | 12.60 | at | $1005.00 | = | $12,663.00 |
| J E  SZYDLO | 15.10 | at | $965.00 | = | $14,571.50 |
| R J  COLLINS | 6.30 | at | $535.00 | = | $3,370.50 |

| | | |
|---|---|---|
| Current Fees | | $165,355.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $4,225.33 |
| Computerized Legal Research - Other | $320.10 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $332.88 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,611.65 |
| Transcripts | $67.20 |

| | |
|---|---|
| Current Expenses | $7,557.16 |

| Date | | Value |
|---|---|---|
| 02/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 02/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 02/02/22 | Computerized Legal Research - Courtlink | $16.64 |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 |  |
| 02/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/3/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 02/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 02/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/07/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 4.0 | $286.48 |
| 02/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/7/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 02/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 02/08/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 13.0 | $931.07 |
| 02/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |

| | | |
|---|---|---|
| 02/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/09/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 32.0 | $2,291.89 |
| 02/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 02/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 02/10/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 7.0 | $501.35 |
| 02/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/10/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 02/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 02/11/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 2/14/2022 | $385.04 |

SEARS CREDITORS COMMITTEE                                                   Page 8
Bill Number: 1980407                                                       03/30/22

| | | |
|---|---|---|
| | AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 02/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/14/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 02/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 02/14/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN SEAN; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $143.03 |
| 02/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: SZYDLO JOSEPH Date: 2/15/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $256.69 |
| 02/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/15/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SZYDLO JOSEPH; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $71.51 |
| 02/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 02/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 02/16/22 | Computerized Legal Research - Courtlink | $16.65 |

SEARS CREDITORS COMMITTEE                                                        Page 9
Bill Number: 1980407                                                            03/30/22

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 |  |
| 02/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/17/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 02/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 02/17/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.65 |
| 02/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/21/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 02/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 02/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 2/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |

SEARS CREDITORS COMMITTEE                                                                    Page 10
Bill Number: 1980407                                                                          03/30/22

| | | |
|---|---|---|
| 02/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 02/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 02/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 2/24/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 02/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 2/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 02/24/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/25/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.64 |
| 02/26/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 5606823 DATE: 2/26/2022 Transcriber fee for transcript of February 24, 2022 hearing. | $67.20 |
| 02/28/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2202 DATE: 2/28/2022 - Document Retrieval In Various Courts | $15.24 |
| 02/28/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2202 DATE: 2/28/2022 - Document Retrieval In Various Courts | $15.24 |
| 02/28/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2202 DATE: 2/28/2022 - Document Retrieval In Various Courts | $45.73 |
| 02/28/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2202 DATE: 2/28/2022 | $45.73 |

SEARS CREDITORS COMMITTEE                                                Page 11
Bill Number: 1980407                                                     03/30/22

| | | |
|---|---|---|
| | - Document Retrieval In Various Courts | |
| 02/28/22 | Computerized Legal Research - Other | $53.35 |
| | VENDOR: COURTALERT.COM, INC | |
| | INVOICE#: 134294-2202 DATE: | |
| | 2/28/2022 | |
| | - Document retrieval in various courts | |
| 02/28/22 | Computerized Legal Research - Other | $106.70 |
| | VENDOR: COURTALERT.COM, INC | |
| | INVOICE#: 134294-2202 DATE: | |
| | 2/28/2022 | |
| | - Document retrieval in various courts | |
| 02/28/22 | Computerized Legal Research - Other | $38.11 |
| | VENDOR: COURTALERT.COM, INC | |
| | INVOICE#: 134294-2202 DATE: | |
| | 2/28/2022 | |
| | - Document retrieval in various courts | |
| 02/28/22 | Computerized Legal Research - Westlaw | $164.16 |
| | - in contract 30% discount  User: | |
| | LIBRARY AKIN Date: 2/28/2022 | |
| | AcctNumber: 1000309084 ConnectTime: | |
| | 0.0 | |
| 02/28/22 | Computerized Legal Research - Westlaw | $29.85 |
| | - in contract 30% discount  User: | |
| | ACKER-RAMIREZ REFUGIO Date: | |
| | 2/28/2022 AcctNumber: 1003389479 | |
| | ConnectTime: 0.0 | |
| 02/28/22 | Computerized Legal Research - Courtlink | $16.64 |
| | - In Contract 50% Discount  Service: | |
| | COURTLINK TRACK; Employee: | |
| | NYCLERKS  CLERKS; Charge Type: | |
| | OTHER FREQUENCY TRACKS; | |
| | Quantity: 3.0 | |

| | |
|---|---|
| Current Expenses | $7,557.16 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$172,912.66** |
| **Prior Balance Due** | $8,075,723.42 |
| **Total Balance Due Upon Receipt** | $8,248,636.08 |