

To whom it may concern,

    We, at the treasurer's Office of Porter County Indiana, request that you please update your records for our mailing address to:

        Porter County Treasurer
        155 Indiana Ave Suite 209
        Valparaiso, IN 46383

    Our PO box is out of service and we are only receiving notices because our mail is still being forwarded. If there is any follow up required for this request, please contact me at:

        Mike.Scott@PorterCo.org or (219)465-3834

    Our office is open from 8:30 to 4:30 Central time on weekdays. The only case related to our system, at this time, is 18-23538 Ch11 (Sears Holdings Corp).

Thank you,
Mike Scott
Bankruptcy Specialist
Porter County Treasurer's Office

*Michelle Clancy* (signature)

Michelle Clancy

3-29-22

US Bankruptcy Court, S, District of new York
1 Bowling Green
New York, NY 10004

*Porter County is an equal opportunity employer and does not discriminate on the basis of race, color, religion, sex, age. national origin, disability, military status, genetic testing, pregnancy, sexual orientation or any other unlawful bias.*