**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Bankruptcy No.: 18-23538(RDD) |
| SEARS HOLDINGS CORPORATION, *et al.* | Chapter 11 |
| Debtors | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

**TO THE HONORABLE COURT:**

I, Javier Vilariño, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Full Power Electrical Corp., a creditor in the above-referenced case.

**I certify that I am a member in good standing** of the Bars of the Commonwealth of Puerto Rico and the United States District Court for the District of Puerto Rico.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: April 20, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

*/s/ Javier Vilariño*
JAVIER VILARIÑO
USDC NUM. 223503

**VILARIÑO & ASSOCIATES LLC**
PO BOX 9022515
San Juan, PR 00902-2515
E-mail: jvilarino@vilarinolaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Bankruptcy No.: 18-23538(RDD) |
| SEARS HOLDINGS CORPORATION, *et al.,* | Chapter 11 |
| Debtors | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Javier Vilariño Santiago, to be admitted *pro hac vice*, to represent Full Power Electrical Corp., a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar of the Commonwealth of Puerto Rico and of the United States District Court for the District of Puerto Rico, it is hereby:

**ORDERED**, that Javier Vilariño Santiago, is admitted to practice, *pro hac vice* in the above referenced case to represent Full Power Electrical Corp., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ 2022

_____
Honorable Robert D. Drain
United States Bankruptcy Judge