## EXHIBIT C

## BUDGET FOR BALLARD SPAHR, LLP[1]

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| November 1, 2021 – November 30, 2021 | $50,000.00 | $39,350.50 |
| December 1, 2021 – December 31, 2021 | $50,000.00 | $24,742.00 |
| January 1, 2022 – January 31, 2022 | $50,000.00 | $36,982.00 |
| February 1, 2022 – February 28, 2022 | $50,000.00 | $27,925.00 |
| **Total** | **$200,000.00** | **$128,999.50** |

---

[1] The Fee Examiner's time is no longer included in the budget for Ballard Spahr in its role as counsel.