**EXHIBIT D**

**STAFFING PLAN**

**Primary Attorneys**

*Partners*
Vincent J. Marriott, III
Tobey M. Daluz

*Associates*
Chantelle D. McClamb
Chad P. Jimenez
Margaret A. Vesper

*Paraprofessionals*
Kyle Neitzel
Caroline P. Pollard
Brandon Blessing