WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                     :    Chapter 11
                                                                               :
**SEARS HOLDINGS CORPORATION,** *et al.*,    :    Case No. 18-23538 (RDD)
                                                                               :
Debtors.[1]                                                          :    (Jointly Administered)
                                                                               :
------------------------------------------------------------x

# STATEMENT OF THE DEBTORS CERTIFYING COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS JANUARY 1, 2022 TO MARCH 31, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from January 1, 2022 through March 31, 2022:

### Tier 1 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | Q1 2022 |
| --- | --- | --- | --- | --- |
| | Jan-22 | Feb-22 | Mar-22 | |
| Dickie, McCamey & Chilcote, P.C. | - | $2,975.00 | - | $2,975.00 |
| Jackson Lewis P.C. | - | $380.00 | - | $380.00 |
| McConnell Valdes LLC | - | $2,340.00 | - | $2,340.00 |
| Morgan Lewis & Bockius, LLP | - | $1,576.80 | $45,365.79 | $46,942.59 |
| Novack and Macey LLP | - | $268.00 | - | $268.00 |
| Pettit Kohn Ingrassia & Lutz PC | - | $147.00 | - | $147.00 |
| **Total** | **$0.00** | **$7,686.80** | **$45,365.79** | **$53,052.59** |

### Tier 2 Ordinary Course Professionals

| Professional | Fees and Expenses Paid In | | | Q1 2022 |
| --- | --- | --- | --- | --- |
| | Jan-22 | Feb-22 | Mar-22 | |
| Malaby & Bradley, LLC | $6,804.53 | - | - | $6,804.53 |
| Akerman LLP | - | $19,194.00 | - | $19,194.00 |
| Litchfield Cavo LLP | - | $9,890.30 | - | $9,890.30 |
| Verros, Lafakis & Berkshire, PC | - | $12,928.75 | - | $12,928.75 |
| **Total** | **$6,804.53** | **$42,013.05** | **$0.00** | **$48,817.58** |

**Tier 3 Ordinary Course Professionals**

|  | Fees and Expenses Paid In | | | |
|---|---|---|---|---|
| **Professional** | **Jan-22** | **Feb-22** | **Mar-22** | **Q1 2022** |
| Seyfarth Shaw LLP | - | $1,279.86 | - | $1,279.86 |
| **Total** | **$0.00** | **$1,279.86** | **$0.00** | **$1,279.86** |

Dated: April 29, 2022
      New York, New York

    /s/ *Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*