UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF ELEVENTH QUARTERLY REPORT OF KATTEN MUCHIN ROSENMAN LLP, AS SPECIAL AVOIDANCE COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF CONTINGENT FEES AND REIMUBRSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022

**NOTICE IS HEREBY GIVEN** that Katten Muchin Rosenman LLP ("Katten"), special avoidance counsel for the Debtors, has filed its Eleventh Quarterly Report for Allowance of Contingent Fees and Reimbursement of Expenses for the Period From January 1, 2022 through March 31, 2022, seeking allowance and payment of Katten's contingent fees in the amount of $316,734.71 and actual and necessary expenses in the amount of $22,440.99 (the "Eleventh Quarterly Report").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE IS FURTHER GIVEN** that objections, if any, to the Eleventh Quarterly Report and request for allowance of Katten's contingent fees and reimbursement of expenses must be filed with the Clerk of the Court and served upon (i) Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, NY 10020 (Attn: Steven J. Reisman, Esq.) and (ii) the Standard Parties as defined and designated in the Bankruptcy Court's Amended Order Implementing Certain Notice and Case Management Procedures, dated November 1, 2018 (D.I. No. 405), so as to be received no later than **May 31, 2022 at 4:00 p.m. (prevailing Eastern Time)**. A hearing on the Eleventh Quarterly Report shall be held only in the event timely objections are filed. In the event timely objections are filed, a hearing on the Eleventh Quarterly Report and the objection(s) thereto will be scheduled and further notice of the date and time of such hearing will be provided.

**NOTICE IS FURTHER GIVEN** that, in the absence of any timely objection to the Eleventh Quarterly Report, Katten shall file a certificate of no objection with the Bankruptcy Court, after which the fees and expenses requested in the Eleventh Quarterly Report may be allowed by the Bankruptcy Court on an interim basis.

Dated: May 2, 2022

**KATTEN MUCHIN ROSENMAN LLP**

By:  /s/ *Steven J. Reisman*
    Steven J. Reisman, Esq.
    Terence G. Banich, Esq.

50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Fax: (212) 940-8776
Email: sreisman@katten.com

525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Fax: (312) 902-1061
Email: terence.banich@katten.com

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**ELEVENTH QUARTERLY REPORT OF KATTEN MUCHIN**
**ROSENMAN LLP, AS SPECIAL AVOIDANCE COUNSEL FOR THE**
**DEBTORS, FOR ALLOWANCE OF CONTINGENT FEES AND**
**REIMUBRSEMENT OF EXPENSES FOR THE**
**PERIOD FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| Name of Applicant: | Katten Muchin Rosenman LLP, Special Avoidance Counsel to the Debtors |
| Date of Retention | July 2, 2019, *Nunc Pro Tunc* to April 1, 2019 |
| Period for which allowance of contingent fees and reimbursement of expenses are sought: | January 1, 2022 through March 31, 2022 |
| Amount of contingent fees sought: | $316,734.71 |
| Amount of reasonable and necessary expense reimbursement sought: | $22,440.99 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Exhibit A: | Summary of Contingency Fees and Reimbursable Expenses Sought |
|---|---|

1.  Katten Muchin Rosenman LLP ("Katten") hereby files its eleventh quarterly report seeking allowance of its contingency fees and reimbursement of its actual and necessary expenses for the period from January 1, 2022 through March 31, 2022 (the "Applicable Period") in accordance with the Bankruptcy Court's Amended Order, dated July 2, 2019, Authorizing the Employment and Retention of Katten Muchin Rosenman LLP as Special Avoidance Counsel for Debtors *Nunc Pro Tunc* to April 1, 2019 [D.I. 4413].

2.  For the Applicable Period, Katten's contingent fees are in the amount of $316,734.71 and its reimbursable actual and necessary expenses are in the amount of $22,440.99.

Dated: May 2, 2022

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ *Steven J. Reisman*
    Steven J. Reisman, Esq.
    Terence G. Banich, Esq.

50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Fax: (212) 940-8776
Email: sreisman@katten.com

525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Fax: (312) 902-1061
Email: terence.banich@katten.com

# EXHIBIT A

**Contingent Fees:**    11.0% of gross recoveries of  $2,879,406.30:    $316,734.71

**Expenses:**

| Expense | Cost |
|---|---|
| Courier | $0.00 |
| Court Costs | $88.80 |
| Legal Research | $8,729.86 |
| Postage | $306.82 |
| Mediation Fees | $13,250.00 |
| Process Server Fees | $0.00 |
| Filing Fees for Adversary Proceedings | $0.00 |
| Local Transportation | $65.51 |
| Out of Town Transportation | $0.00 |
| **TOTAL**: | **$22,440.99** |