# EXHIBIT A

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

April 30, 2022
Invoice 340060648

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2022

| | |
|---|---|
| Current Fees | $ 39,196.00 |
| Total Current Activity | $ 39,196.00 |
| Total Due for This Invoice | $ 39,196.00 |

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:  Account No.: 496-8375493<br>Wells Fargo Bank, NA   ACH ABA No.: 121000248<br>420 Montgomery St   Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
April 30, 2022
Invoice 340060648

Our Matter No.   78GH-334221
                 Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2022

| | |
|---|---|
| Current Fees | $ 39,196.00 |
| Total Current Activity | $ 39,196.00 |
| Total Due for This Invoice | $ 39,196.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:   Account No.: 496-8375493<br>Wells Fargo Bank, NA   ACH ABA No.: 121000248<br>420 Montgomery St   Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

April 30, 2022
Invoice 340060648
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 03/31/22

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 03/02/22 | Review, analyze and prepare preliminary comments on Herrick Feinstein and other accumulated monthly fee and expense submissions. | 4063 | 2.70 hrs. |
| 03/07/22 | Comprehensive review and analysis of recent monthly and interim fee and expense submissions (3.30); correspondence with T. Daluz and M. Vesper regarding same (.30). | 4063 | 3.60 hrs. |
| 03/08/22 | Further review and analysis of monthly and interim fee and expense submissions, and related telephone conferences and correspondence. | 4063 | 4.10 hrs. |
| 03/16/22 | Comprehensive review of Weil Gotshal fee and expense submissions (2.90); telephone conferences and correspondence with T. Daluz regarding same and administrative solvency issues (.20). | 4063 | 3.10 hrs. |
| 03/17/22 | Telephone conferences and correspondence with T. Daluz regarding Weil Gotshal fee and expense application issues. | 4063 | .50 hrs. |
| 03/18/22 | Further attention to Weil Gotshal fee and expense application issues. | 4063 | 1.80 hrs. |
| 03/21/22 | Review, analysis and preparation of potential objections to recent fee and expense submissions of case professionals. | 4063 | 2.90 hrs. |
| 03/23/22 | Extended telephone conference with B. Griffith (MII Partners) regarding fee application, administrative solvency and related matters (.60); correspondence with T. Daluz and others regarding same (.30). | 4063 | .90 hrs. |
| 03/24/22 | Extended telephone conference with T. Daluz regarding fee and expense application and administrative solvency matters (.80); review correspondence regarding same (.30). | 4063 | 1.10 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

April 30, 2022
Invoice 340060648
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 03/28/22 | Review and analyze Weil Gotshal, Akin Gump and other monthly fee and expense submissions. | 4063 | 3.20 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 23.90 | $ 1,640.00 | $ 39,196.00 |

| | |
|---|---|
| **Total Fees for Professional Services** | **$ 39,196.00** |