# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner  April 28, 2022
1675 Broadway  Invoice No. 20220407372
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2022

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $15,148.00 |
| **Total Invoice Amount** | **$15,148.00** |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | April 28, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220407372 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 03/11/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Vesper,M.A. | 03/17/22 | E-mail P. Harner re: SheppardMullin's February time invoice | 470.00 | 0.10 | 47.00 |
| Vesper,M.A. | 03/18/22 | Draft thirty-third joint monthly fee application | 470.00 | 0.30 | 141.00 |
| Daluz,T.M. | 03/21/22 | Correspondence with M. Vesper re: monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 03/21/22 | Correspondence with T. Daluz re: February invoice | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 03/21/22 | Draft thirty-third joint monthly fee application | 470.00 | 0.60 | 282.00 |
| Daluz,T.M. | 03/28/22 | Review and revise monthly fee application | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 03/28/22 | Review and edit monthly fee statement | 655.00 | 0.40 | 262.00 |
| **Total B160** | | | | **2.80** | **2,062.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Daluz,T.M. | 03/01/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/03/22 | Correspondence with Weil | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/03/22 | Review reports in advance of call | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 03/03/22 | Review docket re: recent filings | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 03/08/22 | Review docket for recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/08/22 | Call to J. Marcus re: Weil reports | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 03/11/22 | Meeting with C. Pollard re: interim fee data | 655.00 | 0.30 | 196.50 |
| Daluz,T.M. | 03/14/22 | Review MIII monthly | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/16/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/16/22 | Correspondence with J. Marcus re: follow up from Weil | 1,030.00 | 0.20 | 206.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | April 28, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220407372 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 03/16/22 | Review orders re: contingent fee approval | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 03/16/22 | Review Prime Clerk fee applications | 655.00 | 1.00 | 655.00 |
| Daluz,T.M. | 03/17/22 | Call with J. Marcus re: preliminary reports | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 03/17/22 | Call with fee examiner re: same and status of fee review and bankruptcy plan | 1,030.00 | 0.60 | 618.00 |
| McClamb,C.D. | 03/22/22 | Emails with C. Jimenez and K. Neitzel re: fee data | 655.00 | 0.20 | 131.00 |
| Daluz,T.M. | 03/24/22 | Review M-III monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/24/22 | Review Weil January fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/24/22 | Call with P. Harner re: status of discussions with firms and effective date of plan | 1,030.00 | 1.00 | 1,030.00 |
| McClamb,C.D. | 03/24/22 | Emails with C. Jimenez re: Akin fee review | 655.00 | 0.10 | 65.50 |
| Daluz,T.M. | 03/25/22 | Review Weil February monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/25/22 | Review Akin monthly fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 03/25/22 | Review interim fee application data and status | 655.00 | 2.00 | 1,310.00 |
| McClamb,C.D. | 03/25/22 | Review Prime Clerk fee applications | 655.00 | 3.00 | 1,965.00 |
| Daluz,T.M. | 03/28/22 | Review FTI monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/28/22 | Review docket | 1,030.00 | 0.30 | 309.00 |
| McClamb,C.D. | 03/28/22 | Review interim fee application data and status | 655.00 | 3.00 | 1,965.00 |
| Daluz,T.M. | 03/31/22 | Review docket for recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 03/31/22 | Review Akin monthly fee application | 1,030.00 | 0.20 | 206.00 |
| **Total B170** | | | | **16.20** | **13,086.00** |
| **Total Fees** | | | | **19.00** | **$15,148.00** |

071820.03 - 00317415  
Tobey M. Daluz

April 28, 2022  
Invoice No. 20220407372

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 7.80 | 1,030.00 | 8,034.00 |
| McClamb,C.D. | 10.00 | 655.00 | 6,550.00 |
| Vesper,M.A. | 1.20 | 470.00 | 564.00 |
| **Total Fees** | **19.00** | | **$15,148.00** |

071820.03 - 00317415  
Tobey M. Daluz

April 28, 2022

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                                         April 28, 2022
1675 Broadway                                                                                                         Invoice No. 20220407372
New York, NY 10019

| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2022

**REMITTANCE ADVICE**

| Professional Fees | $15,148.00 |
| **Total Invoice Amount** | **$15,148.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days