UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            :
                                                                 :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                            :
                                                                 :   Case No. 18-23538 (RDD)
                                                                 :
              Debtors.[1]                                        :   (Jointly Administered)
---------------------------------------------------------------- x

# FORTY-THIRD MONTHLY FEE STATEMENT OF M-III ADVISORY PARTNERS, LP FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022

1.  In accordance with the *Order Authorizing Debtors to Retain M-III Advisory Partners, LP to Provide a Chief Restructuring Officer and Certain Additional Personnel for Debtors Nunc Pro Tunc To Commencement Date* [ECF No. 814] (the "**Retention Order**"),[2] M-III Advisory Partners, LP ("**M-III**") hereby submits its forty-third monthly report (the "**Monthly**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Retention Order.

**Report**") on compensation earned and expenses incurred for the period commencing on April 1, 2022 through and including April 30, 2022 (the "**Reporting Period**"). During the Reporting Period, M-III incurred total fees and expenses of $506,960.67, comprised of $506,515.50 of fees and $445.17 of expenses.

2. During the Reporting Period, M-III provided services central to the Debtors' restructuring process, including:

   a. Chief Restructuring Officer: Mohsin Y. Meghji in his role as Chief Restructuring Officer, continued to provide day-to-day oversight regarding issues including but not limited to: cash/liquidity management, the resolution of post-closing disputes with the Buyer, post-asset sale matters, and other Chapter 11 reporting requirements, as well as supervising all activity by the M-III team.

   b. Asset Disposition: On an ongoing basis, M-III also assisted the Debtors in matters related to the India and Hong Kong entities foreign cash valuation.

   c. Business Operations: On an ongoing basis, M-III assisted the Debtors with issues related to operating as a debtor-in-possession operating in chapter 11 including addressing issues related to filings in the state of California and negotiating with a former customer to settle a past due debt owed to the Debtors. M-III also prepared numerous accounts payable requests and maintained reporting for non-real estate accounts payable. M-III also sent creditors payment confirmations. M-III also reviewed pre-petition and post-petition invoices submitted from various creditors outside of the proofs of claim process to determine if the invoices related to the Debtor or the Buyer and responded to the creditor.

   d. Case Administration: On an ongoing basis, M-III advised and assisted the Debtors with respect to internal and external communications planning and documentation. M-III also prepared for and participated in strategic meetings with Debtors' counsel. M-III also assisted the Debtors regarding addressing issues related to the Effective Date. M-III assisted the Debtors in creating a Winddown, Administration and Cases Closing Reporting.

   e. Claims Administration and Objections (Other Than Governmental Units, Real Estate, Priority and Secured Claims): M-III advised and assisted the Debtors with reconciling the Administrative Expense Consent Program Non-Opt-Out Group for administrative claimants that filed an Opt-In Ballot and were not part of the initial, second, third and fourth distribution, filed a Non-Opt-Out Ballot or did not respond to ballot solicitation. This included reconciling the creditors amounts to the company's books and records and negotiating with creditors. M-III also responded to numerous inquiries from creditors regarding the Administrative Expense

        Consent Program Ballot, the claims reconciliation process and the fourth distribution. M-III also continued reviewing Opt-Out Ballots in comparison to the Debtors' books and records. M-III also continued to assist in settlement negotiations with creditors and Debtors' counsel. M-III also continued to prepare distribution information for the fourth distribution. M-III also continued to maintain reporting and tracking related to the Administrative Expense Consent Program Ballot and the claims reconciliation process.

f.    <u>Claims Administration and Objections (Governmental Units)</u>: M-III advised and assisted the Debtors with reconciling the administrative and priority tax claims related to governmental units. This included reconciling the creditors amounts to the company's books and records and negotiating with creditors. M-III also responded to numerous inquiries from creditors regarding the claim's reconciliation process. M-III also continued to maintain reporting and tracking related to the claim's reconciliation process.

g.    <u>Claims Administration and Objections (Priority Non-Tax Claims)</u>: M-III advised and assisted the Debtors with reconciling the priority non-tax claims. This included reconciling the claim amounts to the company's books and records and negotiating with creditors. M-III also assisted the Debtors in settlement negotiations with creditors and Debtors' counsel. M-III continued to assist the Debtors in exploring options for withholding taxes to be withheld from employee payments that have been settled and future employee claim payments. M-III continued to prepare a payroll processing engagement letter regarding the employee claim payments and respective withholding taxes. M-III also continued to maintain reporting and tracking related to the priority non-tax claims reconciliation process.

h.    <u>Corporate Governance and Board Matters</u>: On an ongoing basis, M-III prepared for and participated in meetings of the Restructuring Committee of the Board.

i.    <u>Employee Benefits</u>: M-III prepared for and participated in calls and correspondence related to the Blue Cross Blue Shield (BCBS) potential recovery options regarding the Sears' self-funded medical plan with BCBS.

j.    <u>Employment and Fee Applications</u>: M-III prepared its monthly invoice in compliance with its retention order.

k.    <u>Estate Tracker Reporting</u>: M-III also prepared weekly reports to illustrate cash flows and liquidity as compared to the forecast including related methodologies, as well as cash management planning. M-III continued to revise the draft forecast through year-end. M-III distributed the Estate Tracker Report to the Restructuring Committee and Pre-Effective Date Committee and addressed questions.

l.    <u>Insurance and Damage Claim Processing and Management</u>: On an ongoing basis M-III assisted the Debtors in the pursuit of various damage and insurance claims where the Debtors are the plaintiff. This included managing outside counsel and

      the collection of settlement proceeds. M-III also assisted the Debtors in managing general liability claims and legal cases where the Debtors are the defendant. M-III also worked with the Debtors' insurance claims processing agent, to manage these claims and cases.

m.     <u>Litigation</u>: M-III also assisted with litigation matters to enforce the APA related to the foreign entities cash litigation. M-III also assisted with litigation matters being handled by various Ordinary Course Professionals.

n.     <u>Litigation Trust</u>: M-III assisted the Debtors in analyzing how receipt of the shareholder Litigation Trust funds should be accounted and reported for accounting and tax purposes.

o.     <u>Meetings and Communications with Creditors</u>: On an ongoing basis, M-III prepared for and participated in meetings and teleconferences with the Official Committee of Unsecured Creditors and their respective advisors.

p.     <u>Meetings and Communications with Restructuring Committee</u>: On an ongoing basis, M-III prepared and participated in meetings and teleconferences with the Debtors' Restructuring Committee.

q.     <u>Meetings and Communications with Pre-Effective Date Committee</u>: On an ongoing basis, M-III prepared and participated in meetings and teleconferences with the Debtors' Pre-Effective Date Committee.

r.     <u>Non-Debtor Entities Remaining with the Debtors</u>: On an ongoing basis, M-III assisted the Debtors with accounting and other matters related to SHC Israel Ltd. and Sears Holdings Mauritius Holding Company.

s.     <u>Ordinary Course Professionals (OCP)</u>: On an ongoing basis, M-III assisted the Debtors with reviewing and preparing the OCP invoices for payment in accordance with the OCP Motion, maintained respective reporting and sent payment confirmations. M-III also continues to work with the Debtors to resolve other legal non-OCP invoices and matters related to the case. M-III also worked with various law firms to gather and review the forms to be retained as an OCP. M-III also assisted the Debtors with quarterly reporting related to the Ordinary Course Professionals.

t.     <u>Preference Analysis</u>: On an ongoing basis, M-III continues to work with the preference firms to support the preference project across the engaged firms including providing the Debtors' resolution amounts and priority type for numerous proofs of claim, following up with the Debtors on inquiries related to the resolution of preferences and providing supporting documentation. M-III also reviewed settlement agreements and provided comments where applicable. M-III also updated the Debtors reporting and claims register to reflect proofs of claim that were settled. M-III also reviewed and analyzed the settlement results and cash remittances to the forecast. M-III also assisted the Debtors in monitoring and

      reporting related to the disputed preference claims. M-III also continued to update the claims register and reporting related to the settled default judgements.

u. <u>Real Estate – Claims Administration and Objections</u>: On an ongoing basis M-III assisted the Debtors with reviewing and reconciling the administrative and priority claims and ballots related to real estate. M-III also continued to assist in settlement negotiations with creditors and Debtors' counsel including updating the interest from the county websites, phone calls and email correspondence for administrative and priority claims for the Business Personal Property Taxes. M-III also continued to maintain reporting and tracking related to the real estate claims reconciliation process.

v. <u>Real Estate – Property Management</u>: On an ongoing basis, M-III assisted the Debtors in the management of its real estate assets and related accounts payable.

w. <u>Real Estate – Property Taxes Payable by the Estate</u>: On an ongoing basis, M-III assisted the Debtors in analyzing property tax bills presented for payment to determine what amount, if any, is owed by the Debtors or potentially other parties.

x. <u>Real Estate – Unencumbered Real Estate Sales & Analysis</u>: On an ongoing basis, M-III assisted the Debtors in due diligence, analysis, reporting, marketing, and monetization related to the unencumbered real estate. M-III worked closely with the Debtors to list, market and sell unencumbered assets to a variety of real estate investors. M-III also assisted the Debtors with the analysis of unencumbered properties with a view towards selling these assets in a timely manner for favorable prices.

y. <u>Reporting</u>: On an ongoing basis, M-III assisted with matters related to the US Trustee, assisted the Debtors with accounting related items including but not limited to, preparing monthly bank reconciliations, reviewing monthly financial statement accounts and monthly reporting for the Post-Confirmation Corporate Quarterly Operating Report and the Post-Confirmation Quarterly Operating Report. M-III also continued to update professional fee reporting. M-III prepared the Mediator Presentation Report.

z. <u>Tax Issues</u>: On an ongoing basis, M-III assisted the Debtors in following up with various states regarding the status of the Sales and Use Tax refunds. M-III also assisted the Debtors with two officer notices for two former officers with the State of Illinois including reviewing and revising the Power of Attorney Forms and memo for the protest and request for administrative hearing, and coordinating with counsel. M-III also assisted the Debtors in gathering information and evaluating potential tax recoveries related to Sales and Use Tax and Payroll Tax. M-III also addressed numerous tax letters and tax liens from various taxing authorities related to pre-petition amounts. M-III also assisted the Debtors in preparing and filing the Annual Reports for Delaware.

  aa. <u>Unclaimed Funds</u>: On an ongoing basis, M-III assisted in the unclaimed funds process and followed up with the Debtors on inquiries related to additional information regarding unclaimed funds. M-III also liaised with a financial institution to gather the information and supporting documents to obtain Medallion Signature Guarantees. M-III also assisted the Debtors by preparing letters to follow-up on reimbursement of outstanding credits to be refunded back to the Debtors. M-III also assisted the Debtors in exploring options to sell the unclaimed funds including preparing a summary of the Unclaimed Funds Estimate. M-III reviewed the status of the Illinois unclaimed funds and prepared follow-up correspondence.

3. **Exhibit A** attached hereto includes a summary of fees and expenses and a list of the personnel that provided services to the Debtors during the Reporting Period, their respective titles, their respective billing rates, the aggregate hours spent by each individual, and the total compensation earned by each individual.

4. **Exhibit B** attached hereto is a breakdown of the reasonable expenses incurred by M-III during the Reporting Period.

Dated: May 11, 2022
    New York, New York

                By: /s/ *Mohsin Y. Meghji*
                   Mohsin Y. Meghji
                   Managing Partner
                   M-III Advisory Partners, LP
                   1700 Broadway,
                   19th Floor
                   New York, NY 10019

**Exhibit A**

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1 Through April 30, 2022

**Summary of Compensation Sought for the Reporting Period**

| TOTAL HOURS | TOTAL FEES | TOTAL EXPENSES | TOTAL COMPENSATION | MONTHLY COMPENSATION FEES (100%) | MONTHLY COMPENSATION EXPENSES (100%) | TOTAL MONTHLY COMPENSATION |
|---|---|---|---|---|---|---|
| 771.0 | $506,515.50 | $445.17 | $506,960.67 | $506,515.50 | $445.17 | $506,960.67 |

WEIL:\98226163\2\99910.F766

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1 Through April 30, 2022

**Summary of Hours Billed by Professional**

| Employee Name | Title | Total Hours | Rate (a) | Total |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | 12.0 | $1,225 | $14,700.00 |
| Gallagher, William | Managing Director | 7.0 | $1,050 | 7,350.00 |
| Griffith, Brian | Managing Director | 62.0 | $1,050 | 65,100.00 |
| Murphy, William | Senior Director | 139.1 | $875 | 121,712.50 |
| Korycki, Mary | Director | 164.1 | $850 | 139,485.00 |
| Detrick, Andrew | Vice President | 10.9 | $675 | 7,357.50 |
| Flanagan, Tomas | Associate | 23.3 | $495 | 11,533.50 |
| Blondell, Zachary | Analyst | 57.3 | $395 | 22,633.50 |
| Coletta, Timothy | Analyst | 250.8 | $395 | 99,066.00 |
| Dotson, Kimberly | Analyst | 23.5 | $395 | 9,282.50 |
| Ramnani, Ravi | Analyst | 8.0 | $395 | 3,160.00 |
| Urena, Amanda | Analyst | 13.0 | $395 | 5,135.00 |
| **Total** | | **771.0** | | **$506,515.50** |

**Note:**
(a) The billing rate reflects M-III Advisory Partners, LP 2022 billing rates. [ECF 9297]

**<u>Exhibit B</u>**

WEIL:\98226163\2\99910.F766

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1 Through April 30, 2022

**Summary of Necessary Expenses Incurred**

| Description | Total |
|---|---:|
| Telephone/Internet/IT | $292.17 |
| Meals | 120.00 |
| Taxi/Car Service | 33.00 |
| **Total (a)** | **$445.17** |

**Note:**
(a)  Total amounts are based on M-III's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future monthly reports may include expenses incurred during the Reporting Period.

2