AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**FORTY-SECOND MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | March 1, 2022 through March 31, 2022 |
| Monthly Fees Incurred: | **$220,289.50** |
| 20% Holdback: | **$44,057.90** |
| Total Compensation Less 20% Holdback: | **$176,231.60** |
| Monthly Expenses Incurred: | **$72,015.09** |
| Total Fees and Expenses Requested: | **$248,246.69** |

This is a __x_ monthly ____interim ____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Second Monthly Fee Statement") covering the period from March 1, 2022 through and including March 31, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Second Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($292,304.59) reflects voluntary reductions for the Compensation Period of $42,302.00 in fees and $1,288.03 in expenses.

compensation in the amount of $176,231.60 (80% of $220,289.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $72,015.09 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

3

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Forty-Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, <u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, <u>Attention</u>: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675

Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Forty-Second Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **May 31, 2022** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no Objections to this Forty-Second Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Second Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York          AKIN GUMP STRAUSS HAUER & FELD LLP
May 16, 2022

By: */s/     Ira S. Dizengoff*
    Ira S. Dizengoff
    Philip C. Dublin
    Sara L. Brauner
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    Email: idizengoff@akingump.com
           pdublin@akingump.com
           sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

**<u>Exhibit A</u>**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Fred Lee | Corporate | 2005 | 1,775.00 | 7.50 | 13,312.50 |
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 73.60 | 103,040.00 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 45.10 | 63,140.00 |
| David Zensky | Litigation | 1988 | 1,775.00 | 8.80 | 15,620.00 |
| **Total Partner** | | | | **135.00** | **195,112.50** |
| **SENIOR COUNSEL AND COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 1,095.00 | 6.00 | 6,570.00 |
| **Total Counsel** | | | | **6.00** | **6,570.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 9.30 | 8,974.50 |
| Jillian Kulikowski | Litigation | 2019 | 925.00 | 6.10 | 5,642.50 |
| **Total Associates** | | | | **15.40** | **14,617.00** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Dagmara Krasa | Financial Restructuring | N/A | 475.00 | 8.40 | 3,990.00 |
| **Total Hours / Fees Requested** | | | | **164.80** | **220,289.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,430.37 | 141.00 | 201,682.50 |
| Associates | 949.16 | 15.40 | 14,617.00 |
| Paralegals/Non-Legal Staff | 475.00 | 8.40 | 3,990.00 |
| Blended Timekeeper Rate | 1,328.16 | | |
| **Total Fees Incurred** | | **164.80** | **220,289.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Case Administration | 0.50 | 569.50 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 15.90 | 12,361.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 0.70 | 675.50 |
| 8 | Hearings and Court Matters/Court Preparation | 12.60 | 16,937.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 80.90 | 114,738.50 |
| 20 | Jointly Asserted Causes of Action | 53.50 | 74,360.00 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.70 | 647.50 |
| | **TOTAL:** | **164.80** | **220,289.50** |

## **Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | | |
|---|---|---|
| Invoice Number | 1986178 |
| Invoice Date | 05/12/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 0.50 | $569.50 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 15.90 | $12,361.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 0.70 | $675.50 |
| 008 | Hearings and Court Matters/Court Preparation | 12.60 | $16,937.50 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 80.90 | $114,738.50 |
| 020 | Jointly Asserted Causes of Action | 53.50 | $74,360.00 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.70 | $647.50 |
| | TOTAL | 164.80 | $220,289.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 1986178

| Date | Tkpr | Task | | Hours |
|------|------|------|-----|-------|
| 03/21/22 | JES | 002 | Monitor docket after normal business hours (.2); circulate recently filed pleading to members of FR team (.1). | 0.30 |
| 03/22/22 | SLB | 002 | Correspondence with UST re case status. | 0.20 |
| 03/02/22 | DK | 003 | Draft workbook for fee application and populate with available data. | 2.90 |
| 03/03/22 | DK | 003 | Review filed fee statements for the 10th interim fee period (.7); compile data for fee application (1). | 1.70 |
| 03/09/22 | DK | 003 | Draft exhibits for 10th interim fee application. | 2.80 |
| 03/14/22 | JES | 003 | Draft fee application. | 2.00 |
| 03/16/22 | DLC | 003 | Review lit insert to fee application. | 0.20 |
| 03/16/22 | JES | 003 | Revise sections of fee application. | 0.90 |
| 03/22/22 | DLC | 003 | Confer with S. Brauner re invoicing issues (.3); review materials re same (.2). | 0.50 |
| 03/22/22 | SLB | 003 | Confer with D. Chapman re invoicing issues. | 0.30 |
| 03/22/22 | ZDL | 003 | Emails with FR team re fee app and fee statement (.1); review draft fee app (.5). | 0.60 |
| 03/22/22 | JES | 003 | Draft fee statement. | 0.70 |
| 03/24/22 | JES | 003 | Revise January fee statement. | 0.60 |
| 03/25/22 | JES | 003 | Finalize fee statement (.5); coordinate filing of same (.2). | 0.70 |
| 03/30/22 | SLB | 003 | Correspondence with J. Szydlo re Akin fee statement and related issues. | 0.30 |
| 03/30/22 | JES | 003 | Finalize invoice (.2); draft fee statement (1.0); correspond with S. Brauner re same (.3). | 1.50 |
| 03/31/22 | JES | 003 | Coordinate filing of fee statement. | 0.20 |
| 03/28/22 | JES | 004 | Review draft FTI fee statement (.4); correspond with FTI re same (.2); coordinate filing of same (.1). | 0.70 |
| 03/09/22 | ZDL | 008 | Draft email to Chambers regarding upcoming matters. | 0.50 |
| 03/21/22 | DK | 008 | Review and update transcripts file. | 0.50 |
| 03/21/22 | SLB | 008 | Correspondence with Debtors, Admin. Rep. and defendants re scheduling of chambers conference (.4); draft correspondence to chambers re same (.4); prepare script re same (2.2); draft correspondence to I. Dizengoff re same (.4). | 3.40 |
| 03/22/22 | SLB | 008 | Correspondence with Chambers re conference (.2); confer with Chambers re same (.2); correspondence with Debtors, Admin. Rep. and defendants re same (.6). | 1.00 |
| 03/23/22 | SLB | 008 | Confer with Chambers re upcoming chambers conference (.1); draft correspondence to members of FR and Lit teams re same (.2). | 0.30 |
| 03/24/22 | SLB | 008 | Prepare materials for Chambers conference (.6); coordinate logistics re same (.6). | 1.20 |
| 03/25/22 | DMZ | 008 | Attend chambers conference. | 1.00 |
| 03/25/22 | DLC | 008 | Prepare for (.8) and attend Chambers conference (1.0). | 1.80 |
| 03/25/22 | SLB | 008 | Attend hearing (partial) (.7); review and revise summary of same (.3); prepare for (.4) and participate in (1.0) Chambers conference. | 2.40 |
| 03/30/22 | DK | 008 | Review and update transcripts file. | 0.50 |
| 03/03/22 | SLB | 010 | Draft correspondence to I. Dizengoff re financing issues (.2); review materials re same (.2). | 0.40 |
| 03/04/22 | DMZ | 010 | Review research re financing issues (.3); confer with D. Chapman re same (.2). | 0.50 |
| 03/04/22 | DLC | 010 | Review correspondence from parties in interest re: financing issues (.3); confer with D. Zensky re: same (.2); review legal research re same (.4). | 0.90 |
| 03/07/22 | DMZ | 010 | Call with S. Brauner and D. Chapman re financing issues. | 0.40 |
| 03/07/22 | DLC | 010 | Prepare for (.3) and participate in (.4) call with D. Zensky and S. Brauner re: financing; analyze issues re same (1.5). | 2.20 |
| 03/07/22 | SLB | 010 | Call with D. Zensky and D. Chapman re financing and related issues (.4); analyze same (.9). | 1.30 |

SEARS CREDITORS COMMITTEE                                                                                            Page 3
Bill Number: 1986178                                                                                                05/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 03/07/22 | ZDL | 010 | Analyze open issues re financing. | 0.50 |
| 03/08/22 | DMZ | 010 | Confer with S. Brauner and D. Chapman re letter to Admin creditors re financing. | 0.50 |
| 03/08/22 | DLC | 010 | Revise letter to admin creditor re funding (1.9); confer with S. Brauner and D. Zensky re: same (.5). | 2.40 |
| 03/08/22 | SLB | 010 | Revise correspondence to Admin holder re financing issues (.5); confer with D. Zensky and D. Chapman re same (.5); analyze issue re same (.3). | 1.30 |
| 03/10/22 | DMZ | 010 | Call with Weil re litigation funding (partial). | 0.50 |
| 03/10/22 | DLC | 010 | Participate in call with Weil re: financing (.6); follow-up with D. Zensky and S. Brauner re: same (.4); review and comment on letter to court re same (.2). | 1.20 |
| 03/10/22 | SLB | 010 | Revise correspondence to Chambers re financing (.7); confer with Debtors' counsel re same (.6); follow-up with D. Zensky and D. Chapman re same (.4); analyze issue re same (.5); revise motion re same (1.1). | 3.30 |
| 03/11/22 | DMZ | 010 | Review transcripts in connection with lit. funding motion. | 0.50 |
| 03/11/22 | DLC | 010 | Participate in call with S. Brauner and Z. Lanier re: litigation funding (partial). | 0.30 |
| 03/11/22 | SLB | 010 | Call with D. Chapman and Z. Lanier re financing issues (.3); analyze same (.9); revise letter to Chambers re same (.7); review research summary re open issues in connection with the same (.3); draft correspondence to members of FR and Lit teams re same (.2). | 2.40 |
| 03/11/22 | ZDL | 010 | Call with S. Brauner and D. Chapman regarding next steps on financing (.3); review materials re same (.3). | 0.60 |
| 03/11/22 | JES | 010 | Review transcripts in connection with Litigation Financing Motion (1.3); draft correspondence to S. Brauner re same (.4). | 1.70 |
| 03/15/22 | SLB | 010 | Analyze issues re lit financing (1.2); review correspondence from Debtors re same (.4); prepare response re same (.7); prepare summary for Designees re same (.7); follow-up correspondence with Designees re same (.8). | 3.80 |
| 03/16/22 | DLC | 010 | Correspondence with S. Brauner re: litigation financing. | 0.50 |
| 03/16/22 | SLB | 010 | Correspondence with D. Chapman re open issues in connection with financing (.5); analyze issues re same (.8); correspondence with counsel for Admin Rep re same (.2). | 1.90 |
| 03/17/22 | DLC | 010 | Confer with S. Brauner re: funding (.7); review papers in support of funding (.9). | 1.60 |
| 03/17/22 | SLB | 010 | Confer with D. Chapman re open issues in connection with financing (.7); analyze issues re same (1.0); correspondence with counsel for Admin Rep re same (.3); revise term sheet re same (.8); correspondence with proposed funder re same (.2); correspondence with Debtors' counsel re same (.2); prepare for call with same re next steps (.3); draft follow-up correspondence to members of FR team re same (.2). | 4.00 |
| 03/18/22 | DLC | 010 | Participate in call with litigation funder (.3); follow-up call with S. Brauner (.2); review correspondences to court and other parties in interest (.4); review papers in support of financing (.8); follow-up with S. Brauner re: same (.4). | 2.10 |
| 03/18/22 | SLB | 010 | Prepare correspondence to Chambers re status conference in connection with financing request (.6); confer with Chambers re same (.2); correspondence with Chambers re same (.2); confer with D. Chapman re financing motion (.4); correspondence with counsel for the Admin Claims Rep re financing and related issues (.8); correspondence with members of FR and Lit teams re same (.3); correspondence with Debtors' counsel re same (.2); analyze open issues re financing (1.1); confer with potential funder re same (.3); follow-up correspondence with D. Chapman re same (.2); revise term sheet re same (.9). | 5.20 |
| 03/19/22 | SLB | 010 | Correspondence with potential funder re open issues re funding (.5); | 1.10 |

SEARS CREDITORS COMMITTEE

Page 4

Bill Number: 1986178

05/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|----|-------|
| | | | analyze same (.6). | |
| 03/21/22 | DLC | 010 | Draft talking points in anticipation of status conference (3.8); confer with S. Brauner re: same (.3); review term sheet and confer with S. Brauner and Z. Lanier re: same (.3). | 4.40 |
| 03/21/22 | SLB | 010 | Revise funder term sheet (.5); correspondence with D. Chapman and Z. Lanier re same (.3); confer with D. Chapman re same (.3); correspondence with potential funder re same (.2); analyze issues re financing (.8); correspondence with Weil re same (.3). | 2.40 |
| 03/21/22 | ZDL | 010 | Update litigation finance motion (.8); correspond with S. Brauner and D. Chapman re lit funding term sheet (.3). | 1.10 |
| 03/22/22 | SLB | 010 | Correspondence with FTI re financing issues (.3); analyze same (.2); draft correspondence to members of FR and Lit teams re same (.2). | 0.70 |
| 03/23/22 | SLB | 010 | Revise motion to approve financing (1.5); draft correspondence to members of FR and Lit team re same and related declaration (.4); analyze issues re same (.6). | 2.50 |
| 03/24/22 | DLC | 010 | Confer with S. Brauner re litigation funding motion (.2); outline key documents and issues for witness prep in connection with same (.4). | 0.60 |
| 03/24/22 | SLB | 010 | Review lit funding agreement (.7); confer with Designee re financing motion and related issues (.3); analyze issues re same (.6); revise declaration re same (1.0); confer with D. Chapman regarding motion to approve lit funding (.2). | 2.80 |
| 03/26/22 | FTL | 010 | Review and comment on litigation funding agreement. | 1.80 |
| 03/27/22 | SLB | 010 | Correspondence with members of FR and Lit teams re financing. | 0.30 |
| 03/28/22 | FTL | 010 | Review/comment on litigation funding agreement. | 1.10 |
| 03/28/22 | SLB | 010 | Correspondence with potential funder re status and open issues (.3); finalize term sheet (.4); correspondence with G. Fail (Weil) re same (.3); analyze issue re same (.4); update motion re same (.9). | 2.30 |
| 03/29/22 | DLC | 010 | Participate in call with FTI re next steps in financing (.3); analyze issues re same (.6). | 0.90 |
| 03/29/22 | SLB | 010 | Finalize financing term sheet (.4); correspondence with potential funder re same (.2); analyze open issues re same (.7). | 1.30 |
| 03/29/22 | ZDL | 010 | Revise lit finance motion (.9); revise proposed order re same (.8); conduct research regarding the same (.2); review draft funding agreement (.8). | 2.70 |
| 03/30/22 | FTL | 010 | Review/comment on litigation funding agreement. | 2.20 |
| 03/30/22 | DLC | 010 | Review and comment on draft financing motion (2.2); confer with S. Brauner and A. Praestholm re same (.6); review draft funding agreement (.2). | 3.00 |
| 03/30/22 | SLB | 010 | Confer with potential lit funder re open issues (.5); analyze issues re same (.2); confer with D. Chapman and A. Praestholm re funding motion (.6). | 1.30 |
| 03/31/22 | FTL | 010 | Review/comment on litigation funding agreement. | 2.40 |
| 03/31/22 | SLB | 010 | Revise financing motion (.9); revise declaration re same (.6); draft correspondence to litigation designee re same (.2); analyze issues re financing (.5); review and comment on draft financing motion (2.3); analyze issues re same (.5); analyze issues re same (1.0). | 6.00 |
| 03/01/22 | DLC | 020 | Review articles re Seritage sale. | 0.30 |
| 03/08/22 | DLC | 020 | Call with FTI re claims and causes of action in adversary proceeding (.4); follow-up with third party re discovery (.1). | 0.50 |
| 03/08/22 | JRK | 020 | Call with D. Chapman and FTI re claims asserted in Adversary Proceeding. | 0.40 |
| 03/10/22 | DLC | 020 | Draft email to litigation and FR teams re legal research relating to adversary proceeding issues. | 0.40 |
| 03/14/22 | DLC | 020 | Review correspondence from defendant re: document production (.4); follow-up with opposing counsel re: same (.2). | 0.60 |
| 03/15/22 | DMZ | 020 | Revise letter to defendant (.3); draft correspondence to lit team re same (.3). | 0.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 03/15/22 | DLC | 020 | Revise D&O letter. | 0.20 |
| 03/17/22 | DLC | 020 | Analyze case budget. | 0.30 |
| 03/18/22 | DMZ | 020 | Draft correspondence to members of litigation team re chambers conference. | 0.20 |
| 03/18/22 | DLC | 020 | Update case budget (.5); draft memorandum to litigation team and experts re case status (.5). | 1.00 |
| 03/20/22 | DLC | 020 | Review protective order and confirmation order (.5); analyze issues re document sharing (.2). | 0.70 |
| 03/20/22 | JRK | 020 | Draft summary of prior correspondence with defendants in connection with ongoing discovery requests. | 0.50 |
| 03/21/22 | DMZ | 020 | Correspond with D. Chapman re document sharing issues. | 0.10 |
| 03/21/22 | DLC | 020 | Prepare for meet-and-confer with opposing counsel (.4) and attend same (.3); call with J. Kulikowski and experts re same (.3); confer with D. Zensky re: document sharing (.1); follow-up with opposing counsel re same (.4). | 1.40 |
| 03/21/22 | JRK | 020 | Call with counsel to Defendant re discovery requests (.4); follow up call with D. Chapman and experts re same (.3); review public filings in connection with same (.2). | 2.80 |
| 03/22/22 | DLC | 020 | Analyze open issues in connection with Adversary Proceeding. | 0.80 |
| 03/22/22 | JRK | 020 | Conduct fact investigation in connection with document request. | 1.40 |
| 03/23/22 | DLC | 020 | Prepare for (.2) and participate in (.4) call with experts re: discovery. | 0.60 |
| 03/25/22 | SLB | 020 | Correspondence with D. Zensky re mediation (.5); draft correspondence to potential mediators re same (1.2); analyze issues re same (.9); correspondence with Designees re same (.4). | 2.60 |
| 03/26/22 | SLB | 020 | Analyze issues re mediation. | 0.70 |
| 03/27/22 | DMZ | 020 | Correspond with S. Brauner re mediation issues. | 0.50 |
| 03/27/22 | DLC | 020 | Review precedent re mediation order (.5); confer with S. Brauner re: same and next steps (.3); confer with K. Casteel re: chambers conference and next steps (.2). | 1.00 |
| 03/27/22 | SLB | 020 | Analyze issues re mediation (.9); draft correspondence to I. Dizengoff re same (.3); prepare summary re same (.5); participate on call with Designees re same (.4); confer with D. Chapman re same (.3); draft correspondence to members of FR and Lit teams re same (.3). | 2.60 |
| 03/28/22 | DMZ | 020 | Assess strategy for mediation (.2); confer with D. Chapman re same (.5). | 0.70 |
| 03/28/22 | DLC | 020 | Revise letter re: D&O issues (.7); confer with D. Zensky re: mediation (.5); revise mediation order (1.5); confer with S. Brauner re: same (.3); confer with K. Casteel re: mediation (.2). | 3.20 |
| 03/28/22 | SLB | 020 | Confer with D. Chapman re mediation (.3); analyze issues re same (.4); correspondence with parties in interest re same (.4); revise mediation order (1.5); analyze issues re same (1.1); correspondence with FTI re same (.2). | 3.90 |
| 03/28/22 | JRK | 020 | Draft discovery requests. | 0.20 |
| 03/29/22 | DMZ | 020 | Revise mediation order (.3); review prior mediation orders (.2); call with S. Brauner and D. Chapman re same (.3); call with mediation parties (.3); continue work on settlement analysis (.4); call with S. Brauner, D. Chapman and M. Hurley re proposed mediator (.3). | 1.80 |
| 03/29/22 | DLC | 020 | Draft document regarding claims and causes of action in anticipation of mediation (4.9); prepare for (.3) and attend call with mediation parties re mediation (.3); call with D. Zensky, M. Hurley and S. Brauner re mediators (.3); review edits to mediation order (.2); confer with S. Brauner (.2) and D. Zensky (.2) re same. | 6.40 |
| 03/29/22 | SLB | 020 | Participate on all-hands call with mediation parties re mediation and related issues (.3); follow-up correspondence with mediation parties re same (.2); revise draft mediation order (1.4); confer with D. Zensky, D. Chapman and M. Hurley re mediators (.3); analyze issues re same (.7); conduct research re mediation issues and mediators (.9); correspondence with members of FR and Lit teams re same (.6); correspondence with | 5.20 |

SEARS CREDITORS COMMITTEE
Bill Number: 1986178

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | potential mediators re same (.3); confer with FTI re same (.4). | |
| 03/30/22 | DMZ | 020 | Correspond with defendants counsel re status of Adversary Proceeding. | 0.20 |
| 03/30/22 | DLC | 020 | Confer with litigation team members re: mediation (.2); review materials re discovery (.4); correspond with expert and opposing counsel re same (.4); review case update (.4). | 1.40 |
| 03/30/22 | SLB | 020 | Draft correspondence to Designees (.4) and mediation parties (.5) re mediation issues; analyze same (1.0); correspondence with members of FR and Lit teams re same (.5); review materials re same (1.2). | 3.60 |
| 03/30/22 | JRK | 020 | Draft correspondence to D. Chapman re discovery requests. | 0.10 |
| 03/31/22 | DMZ | 020 | Call with members of litigation team re mediation prep (.8); review previously marked hot docs (.5). | 1.30 |
| 03/31/22 | DLC | 020 | Prepare for (.2) and participate in (.8) call with members of litigation team re mediation; analyze workstreams for mediation (.5); revise memorandum re motions to dismiss (.8); draft additional mediation documents (.9); circulate update memo to team and experts (.5). | 3.70 |
| 03/31/22 | SLB | 020 | Participate on call with proposed mediator re mediation (.3); correspondence with Litigation Designees re same (.4); analyze issues re same (.7). | 1.60 |
| 03/04/22 | JRK | 022 | Review research in connection with plan confirmation issues. | 0.70 |

Total Hours      164.80

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| D M ZENSKY | 8.80 | at | $1775.00 | = | $15,620.00 |
| F T LEE | 7.50 | at | $1775.00 | = | $13,312.50 |
| D L CHAPMAN | 45.10 | at | $1400.00 | = | $63,140.00 |
| S L BRAUNER | 73.60 | at | $1400.00 | = | $103,040.00 |
| Z D LANIER | 6.00 | at | $1095.00 | = | $6,570.00 |
| J R KULIKOWSKI | 6.10 | at | $925.00 | = | $5,642.50 |
| J E SZYDLO | 9.30 | at | $965.00 | = | $8,974.50 |
| D K KRASA | 8.40 | at | $475.00 | = | $3,990.00 |

Current Fees      $220,289.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|--|--|
| Computerized Legal Research - Other | $357.33 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $315.78 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,268.39 |
| Prof Fees - Consultant Fees | $69,012.39 |
| Transcripts | $61.20 |

Current Expenses      $72,015.09

| Date | | Value |
|------|--|-------|
| 11/30/21 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV-32702 DATE: 11/30/2021 | $37,854.00 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Other | 357.33 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,268.39 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 315.78 |
| Professional Fees – Consultant Fees | 69,012.39 |
| Transcripts | 61.20 |
| **TOTAL:** | **72,015.09** |

**Exhibit E**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                      Page 6
Bill Number: 1986178                                                          05/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | potential mediators re same (.3); confer with FTI re same (.4). | |
| 03/30/22 | DMZ | 020 | Correspond with defendants counsel re status of Adversary Proceeding. | 0.20 |
| 03/30/22 | DLC | 020 | Confer with litigation team members re: mediation (.2); review materials re discovery (.4); correspond with expert and opposing counsel re same (.4); review case update (.4). | 1.40 |
| 03/30/22 | SLB | 020 | Draft correspondence to Designees (.4) and mediation parties (.5) re mediation issues; analyze same (1.0); correspondence with members of FR and Lit teams re same (.5); review materials re same (1.2). | 3.60 |
| 03/30/22 | JRK | 020 | Draft correspondence to D. Chapman re discovery requests. | 0.10 |
| 03/31/22 | DMZ | 020 | Call with members of litigation team re mediation prep (.8); review previously marked hot docs (.5). | 1.30 |
| 03/31/22 | DLC | 020 | Prepare for (.2) and participate in (.8) call with members of litigation team re mediation; analyze workstreams for mediation (.5); revise memorandum re motions to dismiss (.8); draft additional mediation documents (.9); circulate update memo to team and experts (.5). | 3.70 |
| 03/31/22 | SLB | 020 | Participate on call with proposed mediator re mediation (.3); correspondence with Litigation Designees re same (.4); analyze issues re same (.7). | 1.60 |
| 03/04/22 | JRK | 022 | Review research in connection with plan confirmation issues. | 0.70 |

Total Hours                                                                   164.80

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 8.80 | at | $1775.00 | = | $15,620.00 |
| F T LEE | 7.50 | at | $1775.00 | = | $13,312.50 |
| D L CHAPMAN | 45.10 | at | $1400.00 | = | $63,140.00 |
| S L BRAUNER | 73.60 | at | $1400.00 | = | $103,040.00 |
| Z D LANIER | 6.00 | at | $1095.00 | = | $6,570.00 |
| J R KULIKOWSKI | 6.10 | at | $925.00 | = | $5,642.50 |
| J E SZYDLO | 9.30 | at | $965.00 | = | $8,974.50 |
| D K KRASA | 8.40 | at | $475.00 | = | $3,990.00 |

Current Fees                                                                $220,289.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $357.33 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $315.78 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,268.39 |
| Prof Fees - Consultant Fees | $69,012.39 |
| Transcripts | $61.20 |

Current Expenses                                                            $72,015.09

| Date | | Value |
|------|---|-------|
| 11/30/21 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV-32702 DATE: 11/30/2021 | $37,854.00 |

|  |  |  |
|---|---|---|
|  | For Data Hosting, User Fees and Hosting Project Management Services through November 30, 2021 |  |
| 12/31/21 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV-33188 DATE: 12/31/2021 Data Hosting (GB); Hosting Project Management (hrs); User Fees (Users) | $15,448.90 |
| 03/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 03/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 03/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/3/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 03/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 03/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/7/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 03/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 03/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/08/22 | Computerized Legal Research - Courtlink | $16.62 |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 |  |
| 03/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 03/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 03/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/10/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 03/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 03/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/11/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/14/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 03/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 03/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: | $16.62 |

|  |  |  |
|---|---|---|
|  | NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 |  |
| 03/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 03/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 03/16/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/17/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $52.23 |
| 03/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 03/17/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/21/2022 AcctNumber: 1000309084 ConnectTime: | $164.16 |

SEARS CREDITORS COMMITTEE
Bill Number: 1986178

|          |                                                                                                                                                                                    |          |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | 0.0                                                                                                                                                                                 |          |
| 03/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 3/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0                                | $29.85   |
| 03/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0         | $16.62   |
| 03/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0                               | $82.08   |
| 03/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0         | $16.62   |
| 03/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0                               | $22.39   |
| 03/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0                                           | $82.08   |
| 03/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0                                           | $7.46    |
| 03/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0         | $16.62   |
| 03/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/24/2022 AcctNumber: 1000309084 ConnectTime: 0.0                                        | $52.23   |
| 03/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0                                           | $52.23   |
| 03/24/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0         | $16.62   |
| 03/25/22 | Computerized Legal Research - Courtlink                                                                                                                                             | $16.62   |

SEARS CREDITORS COMMITTEE
Bill Number: 1986178

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 |  |
| 03/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/28/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $164.16 |
| 03/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $29.85 |
| 03/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/29/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 5675106 DATE: 3/29/2022 Transcriber fee for transcript of March 25, 2022 hearing. | $61.20 |
| 03/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 3/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $22.39 |
| 03/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $82.08 |
| 03/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.46 |
| 03/30/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 3/31/2022 | $52.23 |

| Date | Description | Amount |
|---|---|---|
| | AcctNumber: 1000309084 ConnectTime: 0.0 | |
| 03/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 3/31/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $52.23 |
| 03/31/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2203 DATE: 3/31/2022 - Document retrieval in various courts | $59.06 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2203 DATE: 3/31/2022 - Document retrieval in various courts | $118.13 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2203 DATE: 3/31/2022 - Document retrieval in various courts | $43.82 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2203 DATE: 3/31/2022 - Document retrieval in various courts. | $17.53 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2203 DATE: 3/31/2022 - Document retrieval in various courts. | $17.53 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2203 DATE: 3/31/2022 - Document retrieval in various courts. | $50.63 |
| 03/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2203 DATE: 3/31/2022 - Document retrieval in various courts. | $50.63 |
| 03/31/22 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000806428 DATE: 3/31/2022 For Data Hosting, Hosting Project Management and User Fees through March 31, 2022 | $15,709.49 |
| | Current Expenses | $72,015.09 |

SEARS CREDITORS COMMITTEE                                                                    Page 13
Bill Number: 1986178                                                                          05/12/22

**Total Amount of This Invoice**                                                     **$292,304.59**

**Prior Balance Due**                                    $8,337,632.19

**Total Balance Due Upon Receipt**                       $8,629,936.78



51 University St #400 | Seattle, WA 98101
206.233.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

# Invoice

Invoice Number: INV000806428

Invoice Date: 3/31/2022

Billing Contact:

Terms: Payment due on receipt

Client PO Number:

Service Date: 3/1/2022 - 3/31/2022

LH Internal Ref: 5371NSNS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| Hosting Project Management (Hours) | 1.50 | Hr | $185.00 | $277.50 |
| User Fees (Users) | 5.00 | User | $75.00 | $375.00 |

| | |
|---|---|
| **Subtotal** | $15,676.20 |
| **Sales Tax** | $33.29 |
| **Invoice Total** | $15,709.49 |

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:  BOFAUS6S

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**
**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc**

  

**Invoice Date:** 12/31/2021                       **Invoice Number:** INV-33188

| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | Lighthouse<br>51 University Street, Suite 400<br>Seattle WA 98101<br>(385) 225-9706<br>accountsreceivable@lighthouseglobal.com |
|---|---|---|

| Client Matter | Client Matter # | Start Date | End Date | Terms |
|---|---|---|---|---|
| In re: Sears Holding Corp. | | 12/1/2021 | 12/31/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
|---|---|---|---|
| **Data Hosting (GB)** | 1,664 | $9.00 | $14,976.00 |
| **Hosting Project Management (Hours)** | 1.34 | $185.00 | $247.90 |
| **User Fees (Users)** | 3 | $75.00 | $225.00 |

|  |  |
|---|---|
| **Subtotal** | $15,448.90 |
| **Tax Total** | $0.00 |
| **Total** | $15,448.90 |

<u>**Remittance Information:**</u>

| Account Name: | Lighthouse Document Technologies Inc. |
|---|---|
| Bank Name: | Bank of America |
| Bank Address: | 401 Union Street, FL 23<br>Seattle, WA 98101 |
| Account Type: | Checking |
| Account Number: | 138110584278 |
| Routing Number: | 125000024 |
| SWIFT Code: | BOFAUS3N |
| Routing Address: | PO Box 7410525<br>Chicago, IL 60674-0525 |

  

**Invoice Date:** 11/30/2021          **Invoice Number:** INV-32702

| **Billing Address:** | Ms. Roxanne Tizravesh<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036 | Lighthouse<br>51 University Street, Suite 400<br>Seattle WA 98101<br>(385) 225-9706<br>accountsreceivable@lighthouseglobal.com |
| --- | --- | --- |

| Client Matter | Client Matter # | Start Date | End Date | Terms |
| --- | --- | --- | --- | --- |
| In re: Sears Holding Corp. | | 11/1/2021 | 11/30/2021 | Due upon receipt |

| Service Description | Qty | Unit Rate | TOTAL |
| --- | --- | --- | --- |
| **Data Hosting (GB)** | 1,663.1 | $9.00 | $14,967.90 |
| **Data Hosting (GB)**<br>*Recoupment of 3-Month Data Hosting Deferral*<br><br>• *August - $7,481.25*<br>• *September - $7,481.70*<br>• *October - $7,481.70* | 1 | $22,444.65 | $22,444.65 |
| **Hosting Project Management (Hours)** | 1.17 | $185.00 | $216.45 |
| **User Fees (Users)** | 3 | $75.00 | $225.00 |

|  | **Subtotal** | $37,854.00 |
| --- | --- | --- |
|  | **Tax Total** | $0.00 |
|  | **Total** | $37,854.00 |

**Remittance Information:**

| | |
| --- | --- |
| Account Name: | Lighthouse Document Technologies Inc. |
| Bank Name: | Bank of America |
| Bank Address: | 401 Union Street, FL 23<br>Seattle, WA 98101 |
| Account Type: | Checking |
| Account Number: | 138110584278 |
| Routing Number: | 125000024 |
| SWIFT Code: | BOFAUS3N |
| Routing Address: | PO Box 7410525<br>Chicago, IL 60674-0525 |