**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.*,                        :
                                                                :   Case No. 18-23538 (RDD)
                                                                :
                        Debtors.¹                                :   (Jointly Administered)
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Frank O'Dowd, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")², the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 17, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Notice Party Service List attached hereto as **Exhibit A**; by overnight mail to (2) the Chambers of Honorable Robert Drain, U.S. Bankruptcy SDNY, 300 Quarropas Street, Rm 248, White Plains, NY 10601; and by overnight mail to (3) the Office of the U.S. Trustee Region 2, Attn: P. Schwartzberg R. Morrissey, 210 Varick Street, Suite 1006, New York, NY 10014:

- Notice of De Minimis Asset Sale Williamsburg, VA. Objections due by May 26, 2022 at 4:00 p.m. (ET) [Docket No. 10445]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: May 24, 2022

                                                                                    */s/ Frank O'Dowd*
                                                                                    Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 24, 2022, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

18-23538-shl    Doc 10450    Filed 05/26/22    Entered 05/26/22 13:11:10    Main Document
Pg 3 of 4

Exhibit A
Notice Party Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner |  |  |  |  |  |  |  | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | Email |
| 12226365 | BUCKNER, ROBINSON &MIRKOVICH | Attn: William D. Buckner and Andrew Y. Prochnow | 3146 Red Hill Avenue | Suite 200 |  | Costa Mesa | CA | 92626 |  | aprochnow@bamlaw.net, wbuckner@bamlaw.net | First Class Mail and Email |
|  | Burns & Scalo Equities, LLC | Burns Scalo Management LLC, Attn: Tim Quinn, Esq |  |  |  |  |  |  |  | Tquinn@burnsscalo.com; creiber@burnsscalo.com | Email |
|  | Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP, Attn: Kevin J. Simard, Jonathon D. Marshall |  |  |  |  |  |  |  | ksimard@choate.com; jmarshall@choate.com | Email |
| 12226364 | Greens Group, Inc. | 8815 Research Drive |  |  |  | Irvine | CA | 92618 |  | ashutosh.kadakia@greens.com | First Class Mail and Email |
|  | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty |  |  |  |  |  |  |  | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; CCarty@herrick.com;  KKolb@herrick.com | Email |
|  | Moritt Hock & Hamroff LLP | Attn: James P. Chou, Ted A. Berkowitz & Danielle J. Marlow |  |  |  |  |  |  |  | jchou@moritthock.com; tberkowitz@moritthock.com; dmarlow@moritthock.com | Email |
|  | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey |  |  |  |  |  |  |  | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov | Email |
|  | Seyfarth Shaw LLP | Attn: Edward M. Fox, Earnest Bacon |  |  |  |  |  |  |  | emfox@seyfarth.com; ebacon@seyfarth.com | Email |
|  | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq. |  |  |  |  |  |  |  | Paul.Leake@skadden.com; Shana.Elberg@skadden.com | Email |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1