# EXHIBIT C

THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone: 312-263-0272
*Co-Counsel for the Official Committee of Retirees*
*With Life Insurance Benefits*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al*, <br><br><br> Debtors. | Case No: 18-23538 (RDD) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### CERTIFICATION OF MICHAEL M. MULDER OF COMPLIANCE OF FINAL FEE APPLICATION OF LAW OFFICES OF MICHAEL M. MULDER AS CO-COUNSEL TO OFFICIAL RETIREES COMMITTEE FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD JULY 9, 2019 THROUGH MAY 13, 2022

I, Michael M. Mulder, am a member of the Law offices of Michael M. Mulder ("Applicant"), co-counsel for the Official Committee of Retirees With Life Insurance Benefits ("Retirees Committee") in the above-captioned chapter 11 cases (collectively, "Cases") of Sears Holdings Corporation ("Sears") and its affiliated debtors (collectively, "Debtors"). This certification is made in support of the Applicant's accompanying Final Fee Application ("Application") seeking an Order for final allowance of compensation for professional legal services rendered in the aggregate amount of $175,000.00, pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (ECF 796), the Amended Guidelines

for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("Amended Guidelines"), the guidelines promulgated by United States Trustee's Office ("UST Guidelines") for applications for compensation and reimbursement of expenses filed under 11 U.S.C. §§ 330, the Confirmation Order (as defined in the Application).

I certify that I have read the Application and that, to the best of my knowledge, information and belief formed after reasonable inquiry, (a) the Application and the fees sought therein comply or substantially comply with the foregoing rules, the Interim Compensation Order, the Amended Guidelines and the UST Guidelines, and (b) the fees sought in the Application were billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

New York, New York
May 26, 2022

> Respectfully submitted,
>
> By: /s/ Michael M. Mulder
> Michael M. Mulder
>
> THE LAW OFFICES OF MICHAEL M. MULDER
> 1603 Orrington Avenue, Suite 600
> Evanston, Illinois 60201
> Telephone: 312-263-0272
>
> *Co-Counsel to the Official Committee of Retirees with Life Insurance Benefits of the Sears Holdings Corporation, et al.*

2