**Hearing Date and Time:  June 29, 2022 at 10:00 a.m. (Eastern Time)**
**Objection Date and Time:  June 22, 2022 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al*,<br><br><br>Debtors. | Case No: 18-23538 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON FINAL FEE**
**APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT FOR EXPENSES ON JUNE 29, 2022, AT 10:00 A.M.**

      **PLEASE TAKE NOTICE** that the hearing is to be held before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), **on June 29, 2022 at 10:00 a.m. (Eastern Time)**. The following applications for final allowance of compensation for services provided, and reimbursement of expenses incurred (the "**Fee Applications**") shall be considered:

| | Applicant | ECF No. | Period |
|---|---|---|---|
| 1. | Wollmuth Maher & Deutsch LLP<br>*Co-counsel for Official Committee of Retirees With Life Insurance Benefits* | 10452 | July 9, 2019 – May 13, 2022 |
| 2. | The Law Offices of Michael M. Mulder<br>*Co-counsel for Official Committee of Retirees With Life Insurance Benefits* | 10453 | July 9, 2019 – May 13, 2022 |

      **PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by contacting the respective applicant or by accessing the Court's website (http://www.nysb.uscourts.gov) or, without a fee, the website established by the Debtors' Court-approved claims agent, Prime Clerk, LLC, in connection with these chapter 11 cases (https://restructuring.primeclerk.com/sears).

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Fee Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the Amended Order Implementing Certain Notice and Case Management Procedures, dated November 1, 2018 (ECF No. 405), so as to be so filed and received no later than **June 22, 2022 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objection to a Fee Application is received by the Objection Deadline, such Fee Application shall be deemed unopposed, and the Bankruptcy Court may enter an order granting such Application without a hearing.

Dated:  May 27, 2022
       New York, New York

 /s/  *Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

2