# EXHIBIT A

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*__Remittance Copy__*
*__Please return this page with your payment.__*

SMRH Tax ID 95-1463164
Paul E. Harner, as Fee Examiner
May 25, 2022
Invoice 340061568

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of
Professional Firms' Fees and Expenses
Billing Atty:      Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2022

Current Fees                                        $ 31,324.00

Total Current Activity                                      $ 31,324.00
Total Due for This Invoice                                  $ 31,324.00

**DUE IMMEDIATELY UPON RECEIPT**
**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:          Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA      ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St          Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

May 25, 2022
Invoice 340061568

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses

Billing Atty:   Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2022

| | |
|---|---|
| Current Fees | $ 31,324.00 |
| Total Current Activity | $ 31,324.00 |
| Total Due for This Invoice | $ 31,324.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:    Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA    ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St    Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of                    May 25, 2022
Professional Firms' Fees and Expenses                                                                      Invoice 340061568
Paul E. Harner                                                                                             Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 04/30/22

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 04/04/22 | Review and analyze accumulated monthly and interim fee and expense applications and related drafts of fee examiner's confidential preliminary reports. | 4063 | 3.60 hrs. |
| 04/06/22 | Further review and analysis of  monthly and interim fee and expense applications and related drafts of fee examiner's confidential preliminary reports. | 4063 | 4.10 hrs. |
| 04/08/22 | Extended telephone conference with MII regarding fee application and related administrative solvency issues. | 4063 | .70 hrs. |
| 04/15/22 | Review and analyze recently filed monthly and interim fee and expense filings, to identify any potential fee examiner objections via confidential preliminary reports. | 4063 | 4.60 hrs. |
| 04/21/22 | Review creditors' committee's litigation funding agreement motion (.60); correspondence and telephone conferences with T. Daluz regarding same and related fee application and administrative solvency issues (.40). | 4063 | 1.00 hrs. |
| 04/22/22 | Correspondence with T. Daluz regarding litigation funding motion, fee applications and related administrative solvency matters (.20); extended review and analysis of accumulated monthly and interim fee applications (2.10). | 4063 | 2.30 hrs. |
| 04/28/22 | Extensive review and analysis of accumulated monthly fee and expense applications, to identify or eliminate potential fee examiner objections (2.60); correspondence with T. Daluz regarding same (.20). | 4063 | 2.80 hrs. |

**Sheppard**Mullin

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of
Professional Firms' Fees and Expenses
Paul E. Harner

May 25, 2022
Invoice 340061568
Page 3 of 4

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 4063 | Paul E. Harner | 19.10 | $ 1,640.00 | $ 31,324.00 |

**Total Fees for Professional Services**                                             **$ 31,324.00**