# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner  May 25, 2022
1675 Broadway  Invoice No. 20220505739
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2022

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $37,737.00 |
| **Total Invoice Amount** | **$37,737.00** |

071820.03 - 00317415  
Tobey M. Daluz

May 25, 2022  
Invoice No. 20220505739

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Vesper,M.A. | 04/04/22 | Draft ninth interim fee application | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 04/05/22 | Draft ninth interim fee application | 470.00 | 0.60 | 282.00 |
| Vesper,M.A. | 04/06/22 | Draft ninth interim fee application | 470.00 | 0.30 | 141.00 |
| McClamb,C.D. | 04/07/22 | Prepare information for interim fee application | 655.00 | 0.40 | 262.00 |
| Vesper,M.A. | 04/07/22 | Draft ninth interim fee application | 470.00 | 1.20 | 564.00 |
| McClamb,C.D. | 04/08/22 | Emails with M. Vesper re: interim fee application | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 04/08/22 | Draft ninth interim fee application | 470.00 | 2.10 | 987.00 |
| Daluz,T.M. | 04/11/22 | Review/revise interim fee application | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 04/25/22 | Revise interim fee application | 1,030.00 | 3.50 | 3,605.00 |
| McClamb,C.D. | 04/25/22 | Emails with T. Daluz and M. Vesper re: 9th Interim Fee Application | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 04/25/22 | Emails with P. DiDonato re: 9th Interim Fee Application | 655.00 | 0.10 | 65.50 |
| McClamb,C.D. | 04/25/22 | Review and edit 9th Interim Fee Application | 655.00 | 1.80 | 1,179.00 |
| Vesper,M.A. | 04/25/22 | Review correspondence from T. Daluz and C. McClamb re: ninth interim fee application | 470.00 | 0.10 | 47.00 |
| McClamb,C.D. | 04/26/22 | Emails with P. DiDonato re: 9th Interim Fee Application | 655.00 | 0.10 | 65.50 |
| Vesper,M.A. | 04/28/22 | Draft thirty-fourth joint monthly fee application | 470.00 | 0.60 | 282.00 |
| Vesper,M.A. | 04/28/22 | E-mails with P. Harner and T. Daluz re: March invoices | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 04/29/22 | Correspondence with fee examiner re: same | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/29/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | May 25, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220505739 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B160** | | | | **13.20** | **9,634.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Daluz,T.M. | 04/01/22 | Review docket for recent pleadings | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 04/06/22 | Review status of preliminary reports and fee review | 655.00 | 2.00 | 1,310.00 |
| McClamb,C.D. | 04/07/22 | Review filed Herrick interim fee application | 655.00 | 2.80 | 1,834.00 |
| McClamb,C.D. | 04/11/22 | Review filed Herrick interim fee application | 655.00 | 4.50 | 2,947.50 |
| McClamb,C.D. | 04/12/22 | Emails with K. Neitzel and C. Pollard re: fee data | 655.00 | 0.10 | 65.50 |
| McClamb,C.D. | 04/12/22 | Review filed Herrick interim fee application | 655.00 | 4.50 | 2,947.50 |
| McClamb,C.D. | 04/13/22 | Review filed Herrick interim fee application | 655.00 | 4.00 | 2,620.00 |
| McClamb,C.D. | 04/14/22 | Review filed Herrick interim fee application | 655.00 | 2.00 | 1,310.00 |
| Daluz,T.M. | 04/15/22 | Review Weil interim fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 04/15/22 | Review Akin's interim fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 04/15/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/15/22 | Review Kroll interim fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 04/15/22 | Review FTI's interim fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 04/15/22 | Review Kroll monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/15/22 | Review docket re: recent pleadings | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 04/15/22 | Review Herrick interim fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 04/15/22 | Review MIII monthly fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 04/15/22 | Review filed Herrick interim fee application | 655.00 | 4.00 | 2,620.00 |
| McClamb,C.D. | 04/18/22 | Review filed Herrick interim fee application | 655.00 | 2.00 | 1,310.00 |

071820.03 - 00317415  May 25, 2022
Tobey M. Daluz  Invoice No. 20220505739

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 04/20/22 | Review status of preliminary reports and fee review | 655.00 | 2.00 | 1,310.00 |
| McClamb,C.D. | 04/21/22 | Review Herrick preliminary report and exhibits | 655.00 | 3.00 | 1,965.00 |
| McClamb,C.D. | 04/21/22 | Review FTI preliminary report and exhibits | 655.00 | 3.00 | 1,965.00 |
| Daluz,T.M. | 04/22/22 | Correspondence with fee examiner re: same | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/22/22 | Review motion for litigation funding | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/22/22 | Analyze impact on plan effective date | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/26/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/26/22 | Correspondence with P. Harner re: strategy | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 04/26/22 | Review interim fee app notice | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 04/27/22 | Review fee review status | 655.00 | 1.50 | 982.50 |
| Daluz,T.M. | 04/29/22 | Review docket re recent filings | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 04/29/22 | Review Kroll monthly fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 04/29/22 | Emails with P. Harner, T. Daluz and M. Vesper re: interim fee hearing | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 04/29/22 | E-mails from P. Harner, T. Daluz, and C. McClamb re: invoice request and hearing dates | 470.00 | 0.10 | 47.00 |
| **Total B170** | | | | 40.30 | 28,103.00 |
| **Total Fees** | | | | 53.50 | $37,737.00 |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Daluz,T.M. | 9.80 | 1,030.00 | 10,094.00 |
| McClamb,C.D. | 38.40 | 655.00 | 25,152.00 |
| Vesper,M.A. | 5.30 | 470.00 | 2,491.00 |
| **Total Fees** | 53.50 | | $37,737.00 |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                      May 25, 2022
1675 Broadway                                                       Invoice No. 20220505739
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)
Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2022

**REMITTANCE ADVICE**

| | |
|---|---|
| Professional Fees | $37,737.00 |
| **Total Invoice Amount** | **$37,737.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days