# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                                   Case Number: <u>18-23538</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Allowed claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>                                   <u>Shaghal, Ltd.</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>7035</u>
should be sent:                                                     Ballot ID Number: <u>182353801043366</u>
                                                                             Allowed Claim Amount: <u>USD$48,966.76</u>
TRC MASTER FUND LLC                                    Date Claim Filed: <u>12/31/2018</u>
Attn: Terrel Ross
PO BOX 633                                                       Phone: <u>(310) 966-1133</u>
Woodmere, NY 11598                                        Last four digits of Acct.#  <u>N/A</u>

                                                                             Name and Current Address of Transferor:
Phone: <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>                        Shaghal, Ltd.
                                                                             2031 Colby Ave.
Name and address where transferee payments       Los Angeles, CA 90064
should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                              Date: June <u>1</u>, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Kmart Holding Corporation, (Debtor)
Case No. 18-23539
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #7035
Ballot ID #182353801043366

**Shaghal, Ltd,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Allowed Administrative Claim in the amount of USD$48,966.76** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 1st DAY OF June, 2022.

ASSIGNOR: Shaghal, Ltd

(Signature)

Leron Rayn
(Print Name)

Associate
(Title)

ASSIGNEE: TRC MASTER FUND LLC

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

CLOSE



## Creditor Data Details - Claim # 7035

**Creditor**
Shaghal, Ltd.
Roy Rayn
2031 Colby Ave.
Los Angeles, CA 90064

**Debtor Name**
Kmart Holding Corporation

**Date Filed**
12/31/2018

**Claim Number**
7035

**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | $1,341,414.43 | | $0.00 | Set by Stipulation |
| 503(b)(9) Admin Priority | | | $49,963.75 | | $48,966.76 | Set by Stipulation |
| Admin Priority | | | | | $0.00 | Satisfied |
| Total | $0.00 | | $1,391,378.18 | | $48,966.76 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 09/18/2020 | Motion for Omnibus Objection to Claim(s) / Debtor... | 11/05/2020 | Order signed on 11/5/2020 Granting Debtors' Twent... | Disputed Claims - Non-Real Estate Claims | Pending |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Allowed Non-De Minimis Non-Opt-Out Claims | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
| 84. | KR COLLEGETOWN LLC (BRIXMOR PROPERTY GROUP, INC.) T/A COLLEGETOWN SHOPPING CENTER, GLASSBORO, NJ | 182353801018505 | $55,056.67 | $7,151.27 |
| 85. | LIANG YI DA PTE. LTD. | 182353801017441 | $192,551.17 | $25,010.33 |
| 86. | LIVETRENDS DESIGN GROUP LLC | 182353801041581 | $82,070.38 | $10,660.06 |
| 87. | LONGSHORE LIMITED | 182353801043425 | $381,364.82 | $49,535.18 |
| 88. | LSC COMMUNICATIONS US, LLC. | 182353801041604 | $123,288.43 | $16,013.84 |
| 89. | MANPOWERGROUP US INC. | 182353801043369 | $109,003.00 | $14,158.32 |
| 90. | MANSHEEN INDUSTRIES LTD. | 182353801039860 182353801039859 | $273,597.32 | $35,537.34 |
| 91. | MANTKIN LLC | 182353801018261 | $224,817.38 | $29,201.36 |
| 92. | MBI SPORT INC. | 182353801041683 | $248,858.20 | $32,324.00 |
| 93. | MICROSTRATEGY INC | 182353801041745 | $262,636.20 | $34,113.63 |
| 94. | MIDWEST AIR TECHNOLOGIES INC | 182353801019260 | $171,281.63 | $22,247.64 |
| 95. | MIDWEST TOOL AND CUTLERY COMPANY | 182353801019270 | $105,590.30 | $13,715.04 |
| 96. | MIEN CO., LTD. | 182353801041760 | $1,461,910.61 | $189,886.53 |
| 97. | MILBERG FACTORS, INC. | 182353801019279 | $75,000.00 | $9,741.69 |
| 98. | MINGLE FASHION LIMITED | 182353801018201 | $47,840.00 | $6,213.90 |
| 99. | MJC INTERNATIONAL GROUP LLC | 182353801019326 | $154,271.70 | $20,038.23 |
| 100. | MKK ENTERPRISES CORP | 182353801043413 | $1,784,209.43 | $231,749.59 |
| 101. | NDA WHOLESALE DISTRIBUTORS | 182353801019453 | $102,393.13 | $11,477.74 |
| 102. | NEUCO INC | 182353801041947 | $61,245.82 | $7,955.18 |
| 103. | NORCELL, INC | 182353801041968 | $82,472.22 | $10,712.25 |
| 104. | OAKLEAF WASTE MANAGEMENT LLC | 182353801019567 | $61,569.22 | $7,997.18 |
| 105. | ONE WORLD TECHNOLOGIES INC | 182353801019622 | $605,923.08 | $78,702.88 |
| 106. | OXO INTERNATIONAL, LTD | 182353801019683 | $196,369.97 | $25,506.34 |
| 107. | PERSADO INC | 182353801040585 | $175,000.00 | $22,730.62 |
| 108. | PLAZA PROVISION CO | 182353801041369 | $87,549.47 | $5,820.08 |
| 109. | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $101,625.26 | $13,200.03 |
| 110. | R2P GROUP INC | 182353801020009 | $119,939.85 | $15,578.90 |
| 111. | RAGHU EXPORTS (INDIA) PVT LTD | 182353801043124 | $65,759.26 | $8,541.42 |
| 112. | RENFRO CORPORATION | 182353801018594 | $110,462.22 | $14,347.85 |
| 113. | REVIEWED.COM | 182353801040652 | $87,500.00 | $11,365.31 |
| 114. | REYNOLDS CONSUMER PRODUCTS INC | 182353801018616 | $57,611.40 | $7,483.11 |
| 115. | RIVAL MANUFACTURING CO | 182353801018670 | $128,522.14 | $16,693.64 |
| 116. | ROSENTHAL & ROSENTHAL | 182353801020071 | $189,818.92 | $24,655.43 |
| 117. | RUBBERMAID INCORPORATED | 182353801040671 | $62,250.00 | $8,085.60 |
| 118. | SAMIL SOLUTION CO., LTD. | 182353801041881 182353801041882 | $100,000.00 | $12,988.92 |
| 119. | SCHUMACHER ELECTRIC CORP | 182353801020241 | $168,265.97 | $21,855.94 |
| 120. | SCRIPTURE CANDY INC | 182353801020256 | $50,796.54 | $6,597.92 |
| 121. | SECUROSIS LLC | 182353801040694 | $60,000.00 | $7,793.36 |
| 122. | SEKIGUCHI TRADING | 182353801040696 | $49,072.15 | $6,373.95 |
| 123. | SENSORMATIC ELECTRONICS CORP | 182353801040708 | $171,207.00 | $22,237.95 |
| 124. | SERVICENOW, INC. | 182353801017788 | $52,225.53 | $6,783.54 |
| 125. | SHAGHAL, LTD. | 182353801043366 | $48,966.76 | $6,360.25 |