**Debtors' Forty-Fourth Omnibus Objection to Claims and Ballots**  
**Exhibit A – Disallowed Claims (in part)**

**In re: Sears Holdings Corporation, *et al.***  
**Case No. 18-23538 (RDD)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Schedule of Claims to be Disallowed** | | | | | | | |
| Ref # | Name of Claimant | Affected Claim No. | Claim Status | Administrative Priority Claim | 503(b)(9) Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction (a) |
| 1. | NM Taxation & Revenue Department | 8594 | Asserted | | | | $8,967.62 | $1,864.89 | $10,832.51 | (i) |
| | | | Surviving | | | | $31.42 | $1,864.89 | $1,896.31 | |
| 2. | Ohio Department of Taxation | 20343 | Asserted | | | | $52,705.27 | $7,337.22 | $60,042.49 | (i) |
| | | | Surviving | | | | $41,277.78 | $7,337.22 | $48,615.00 | |

(a)  Corresponding reasons, as addressed in paragraph 9 of the Objection, are as follows:
    (i)  Claim has been satisfied in the ordinary course of business.
    (ii) Asserted Claim is not supported by the Debtors' books and records.