**Debtors' Forty-Fourth Omnibus Objection to Claims**　　　　In re: Sears Holdings Corporation, *et al.*
**Exhibit B – Disallowed Claims (entire claim)**　　　　Case No. 18-23538 (RDD)

| | **Schedule of Claims to be Disallowed** | |
|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed** |
| 1. | 310 Carolina St LLC | 5071 |
| 2. | 4320 N. 124th Street LLC | 8943 |
| 7. | Comanche County Treasurer | 18950 |
| 8. | Industrial Commission of Arizona | 26382 |
| 9. | Industrial Commission of Arizona | 26379 |
| 10. | Maverick County | 5509 |
| 12. | POTTAWATOMIE COUNTY TREASURER | 26371 |