UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re                                     : Chapter 11
                                          :
SEARS HOLDINGS CORPORATION, *et al.*,  : Case No. 18-23538 (RDD)
                                          :
                        Debtors     : (Jointly Administered)
-------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Assistant Attorney General, John Mark Stern, request admission, *pro hac vice,* before

the Honorable Robert D. Drain, to represent the Texas Comptroller of Public Accounts, Revenue

Accounting Division, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and, the

bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 14, 2022
New York, New York

                                Respectfully submitted,

                                KEN PAXTON
                                Attorney General of Texas

                                BRENT WEBSTER
                                First Assistant Attorney General

                                GRANT DORFMAN
                                Deputy First Assistant Attorney General

                                SHAWN E. COWLES
                                Deputy Attorney General for Civil Litigation

                                RACHEL R. OBALDO
                                Assistant Attorney General
                                Chief, Bankruptcy & Collections Division

/s/ John Mark Stern
John Mark Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
Texas State Bar No. 19175662
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel: (512) 475-4868
fax: (512) 936-1409

**COUNSEL FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**