UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                          :   Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, *et al.*,      :   Case No. 18-23538 (RDD)
                                                               :
                              Debtors                          :   (Jointly Administered)
------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John Mark Stern, to be admitted, ***pro hac vice***, to represent the Texas Comptroller of Public Accounts, Revenue Accounting Division, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, the bar of the U.S. District Court for the Western District of Texas, it is hereby

**ORDERED**, that John Mark Stern Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ___, 2022
       White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE