# CERTIFICATE OF SERVICE

I certify that service for the foregoing "Motion to Be Listed as a Priority Debt and Demand Acknowledgement of Employment", this 15th day of June, 2022, been made to Honorable Robert D. Drain of the United States Bankruptcy Court Southern District of New York for Sears Holding Corporation, by email to LeslieWybiral@nysb.uscourts.gov, law clerk of judge, and mailed hardcopy thereof, to the following  address 300 Quarropas Street, Room 147 White Plains, NY 10601.

*/s/ pro se, Aron Goldberger*