WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746**
**REGARDING DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO PROOFS**
**OF CLAIM (ALLOWING RECENTLY DECEASED CLASS MEMBER CLAIMS)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.      On May 26, 2022, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Forty-Sixth Omnibus Objection to Proofs of Claim (Allowing Recently Deceased Class Member Claims)* (ECF No. 10455) (the "**Omnibus Objection**").

2.      In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for June 16, 2022, at 4:00 p.m. (prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1,** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**") a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4.      A redline of the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

5.      Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  June 17, 2022
        New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

--------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## FORTY-SIXTH OMNIBUS OBJECTION TO PROOFS OF CLAIM
## (ALLOWING RECENTLY DECEASED CLASS MEMBER CLAIMS)

Upon the *Debtors' Forty-Sixth Omnibus Objection to Proofs of Claim (Allowing Recently Deceased Class Member Claims)*, filed on May 26, 2022 (ECF No. 10455) (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to the *Order Authorizing Modification of Retiree Benefits* (ECF No. 5342) (the "**Retiree Benefits Order**") and section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider

the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334

and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and

consideration of the Objection and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been

provided, and it appearing that no other or further notice need be provided in accordance with the

Amended Case Management Order; and such notice having been adequate and appropriate under

the circumstances, and it appearing that no other or further notice need be provided in accordance

with the Amended Case Management Order; and such notice having been adequate and appropriate

under the circumstances, and it appearing that other or further notice need be provided; and upon

all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having

determined that the legal and factual bases set forth in the Objection establish just cause for the

relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all

parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT

1.      The Objection is granted.

2.      Pursuant to the Retiree Benefits Order and section 502 of the Bankruptcy

Code and Bankruptcy Rule 3007, each Recently Deceased Class Member Claim listed on

**Exhibit 1** annexed hereto is allowed as an administrative expense claim in the chapter 11 case of

Sears Roebuck & Co. in the amount indicated in the column labeled "Allowed Administrative

Expense Claim."  Pursuant to the Retiree Benefits Order, no other claimants are entitled to share

in the Administrative Claims Reserve (as defined in the Retiree Benefits Order).

3.    The Administrative Claims Reserve shall be reduced by the aggregate amount of Allowed Administrative Expense Claims, and, pursuant to the Retiree Benefits Order, any excess amounts in the Administrative Claims Reserve shall be made available for distribution in accordance with the Plan.

4.    The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.    The terms and conditions of this Order are effective immediately upon entry.

Dated:    _____, 2022
            White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**Recently Deceased Class Member Claims**

Debtors' Forty-Sixth Omnibus Objection to Claims
Exhibit 1 - Recently Deceased Class

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reclassified to Reduced and Allowed**

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 1. | Gale, Joseph | Abrams, Patricia | 24711 | $5,260.00 | $5,260.00 | |
| 2. | Adamkiewicz, Kenneth | Adamkiewicz, Kenneth | 20701 | $7,500.00 | $7,500.00 | |
| 3. | Adamo, Carl, Trustee | Adamo, William | 25011 | $10,278.46 | $7,500.00 | Stated Benefit With Securian at Termination |
| 4. | Estate of Paul Adams | Adams, Paul | 22856 | $7,100.00 | $7,100.00 | |
| 5. | Alberts, Donald | Alberts, Eileen | 21146 | $5,100.00 | $5,100.00 | |
| 6. | Araiza, Oscar | Araiza, Renee | 24522 | $2,800.00 | $5,860.00 | |
| 7. | Vanselow, Elizabeth | Archer, Patricia | 24092 | $5,020.00 | $5,020.00 | |
| 8. | Mattson, Sandra | Ault, Gaylord | 23618 | $5,540.00 | $5,540.00 | |
| 9. | Baczynski, Harriet (Beneficiary) | Baczynski, Donald | 26035 | $5,400.00 | $5,400.00 | |
| 10. | Bailey, Kathleen | Bailey, D. Richmond | 25663 | $9,500.00 | $9,500.00 | |
| 11. | Perkin, Lynda / Tucker, Paula | Baker, Lloyd | 25754 | $7,100.00 | $7,100.00 | |
| 12. | Barlow, Etta | Barlow, Etta | 24438 | $15,500.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 13. | Barry, Susan | Barry, Robert | 24223 | $5,000.00 | $7,500.00 | Stated Benefit With Securian at Termination |
| 14. | Smith, Marsha, Executor | Bates, Joe | 22532 | $7,500.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 15. | Battles, Jr., Otis; et. al. | Battles, Cora | 22249 | $5,000.00 | $5,000.00 | |
| 16. | Bauserman, Paul | Bauserman, Georgie | 24429 | $7,100.00 | $7,100.00 | |
| 17. | Estate of Edward Bayer | Bayer, Edward | 21823 | $9,500.00 | $9,500.00 | |
| 18. | Estate of Burnett S Bender | Bender, Burnett | 25028 | $30,000.00 | $7,500.00 | Stated Benefit With Securian at Termination |
| 19. | Berry, John H. | Berry, Richard | 22672 | $6,780.00 | $6,780.00 | |
| 20. | Bessler, Lillian Armstrong | Bessler, John | 25529 | $7,100.00 | $7,100.00 | |
| 21. | Borr, Dorothy | Borr, Dorothy | 22181 | - | $5,860.00 | Stated Benefit With Securian at Termination |
| 22. | Boyko, James P. | Boyko, Stanley | 24388 | $5,000.00 | $5,000.00 | |
| 23. | Jones, Christine | Brennan, Robert | 20760 | - | $6,380.00 | Stated Benefit With Securian at Termination |
| 24. | Estate of Samuel E. Bright | Bright, Samuel | 24366 | $10,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 25. | Elam, Anne Sue (Beneficiary) | Broughton, Betty | 20988 | $5,860.00 | $5,860.00 | |
| 26. | Sword, Karen E., Executrix | Brown, Alverta | 25536 | $5,860.00 | $5,860.00 | |
| 27. | Bruce, Marjorie L. | Bruce, William | 21131 | $5,000.00 | $5,000.00 | |
| 28. | Bryant, Gary | Bryant, Mary | 24833 | - | $5,380.00 | Stated Benefit With Securian at Termination |
| 29. | Buresh, Carole | Buresh, James | 22272 | $12,500.00 | $12,500.00 | |
| 30. | Callahan, Dennis Charles | Callahan, Dennis | 24658 | $5,000.00 | $5,000.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified to Reduced and Allowed | | | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
| 31. | Callis, Karen J. (Beneficiary) | Callis, Marie | 22641 | $5,180.00 | $5,180.00 | |
| 32. | Carter, Angela Suzette | Carter, Alvin | 22993 | $6,580.00 | $6,580.00 | |
| 33. | Castle, Jay Frank, Trustee | Castle, Frank | 25664 | $13,400.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 34. | Caudle, Joyce Evelyn | Caudle, Robert | 23727 | $5,000.00 | $6,020.00 | Stated Benefit With Securian at Termination |
| 35. | Cepak, Rudolph J. | Cepak, Rudolph | 24063 | - | $5,000.00 | |
| 36. | Childers, Ethel Frances | Childers, Ethel | 21105 | $5,000.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 37. | Chimenti, Patsy W. | Chimenti, Samuel | 21347 | - | $8,500.00 | Stated Benefit With Securian at Termination |
| 38. | Chmiel, Thaddeus E. | Chmiel, Thaddeus | 21992 | $10,500.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 39. | Colando, Patsey L. | Colando, Samuel | 25114 | $5,000.00 | $5,000.00 | |
| 40. | Severino, Cynthia, Executor | Colapietro, Mary | 21112 | - | $5,180.00 | |
| 41. | Collins, Ronald Douglas | Collins, Jo | 22778 | $10,500.00 | $5,540.00 | |
| 42. | Compagno, Sam J. | Compagno, Sam | 22312 | $5,000.00 | $12,500.00 | |
| 43. | Emery, Janet M., Executor | Conklin, Margaret | 22623 | $5,380.00 | $5,380.00 | |
| 44. | Correll, Sarah J. | Correll, V. | 24809 | $5,860.00 | $5,860.00 | |
| 45. | Coy, Daniel L | Coy, Melburn | 22280 | $6,580.00 | $6,580.00 | |
| 46. | Giardina, Rebecca C., Executor | Coy, Edna | 25998 | - | $5,380.00 | Stated Benefit With Securian at Termination |
| 47. | Taylor, Donna Jean | Crabtree, Billie | 22265 | $6,580.00 | $6,580.00 | |
| 48. | Newberry, David, et. al. | Cramoline, Virginia | 23903 | $6,000.00 | $5,000.00 | |
| 49. | Blofeld, Tammy L. | Cremeans, Christine | 26243 | $5,000.00 | $6,020.00 | Stated Benefit With Securian at Termination |
| 50. | Cummings , Darold B. | Cummings, Doris | 23415 | $5,180.00 | $5,180.00 | |
| 51. | Estate of Virginia Louise Curry | Curry, Virginia | 26544 | $5,860.00 | $5,860.00 | |
| 52. | Dammers, Mary Ann C. | Dammers, Leonard | 25127 | $5,000.00 | $7,500.00 | |
| 53. | Blackburn, Linda | Darlington, Ernestine | 21515 | $6,380.00 | $6,380.00 | |
| 54. | Daudell, Florence, Beneficiary) | Daudell, Robert | 24411 | $6,580.00 | $6,580.00 | |
| 55. | Davis, Lelva Joyce (Beneficiary) | Davis, Aubra | 22070 | $7,100.00 | $7,100.00 | |
| 56. | Jordan, Eleanor J. | Davis, Albert | 24157 | $3,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 57. | Hindson, Nancy | Deganne, Barbara | 22437 | $5,000.00 | $5,000.00 | |
| 58. | Delane, Lila Mae | Delane, Robert | 25285 | - | $6,780.00 | Stated Benefit With Securian at Termination |
| 59. | Nolan, Kathy J., Executor | Dendy, Aileen | 25267 | $6,380.00 | $6,380.00 | |
| 60. | Derr, Erma S. | Derr, Paul | 22882 | $9,500.00 | $9,500.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| **Schedule of Claims to be Reclassified to Reduced and Allowed** | | | | | |
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
| 61. | Doelitzsch, Evelyn | Doelitzsch, Eduard | 24672 | $7,000.00 | $7,100.00 | |
| 62. | Stephenson, Laura A., Executrix / Ward, Paula E. | Donohue, Donald | 22661 | $50,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 63. | Drummond, Michael K. | Drummond, Hilda | 21170 | $5,000.00 | $5,180.00 | Stated Benefit With Securian at Termination |
| 64. | Dunbar, Michael K. | Dunbar, Donna | 25945 | - | $6,020.00 | Stated Benefit With Securian at Termination |
| 65. | Duncan, Ronald E | Duncan, June | 24389 | $5,860.00 | $5,860.00 | |
| 66. | Dunlap, Gerald Ellis | Dunlap, Martha | 23052 | $7,100.00 | $7,100.00 | |
| 67. | Glies, Elizabeth | Durick, Andrew | 26560 | $7,100.00 | $7,100.00 | |
| 68. | Durkin, Mary Anne | Durkin, James | 22878 | $5,500.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 69. | Vines, Sharon E. | Eddy, Ruth | 23376 | $5,380.00 | $5,380.00 | |
| 70. | Edson, Paula | Edson, William | 22372 | $8,500.00 | $8,500.00 | |
| 71. | Edwards, Nora Lee | Edwards, Carter | 24934 | $7,100.00 | $7,100.00 | |
| 72. | Embry, James D. | Embry, Janice | 26001 | $6,020.00 | $6,020.00 | |
| 73. | Farthing, Joanne E. | Farthing, Earl | 22317 | $6,580.00 | $6,580.00 | |
| 74. | Fitzgerald, Betty J. | Fitzgerald, Francis | 21726 | $10,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 75. | Forth, William A. | Forth, Doris | 21833 | $5,000.00 | $5,000.00 | |
| 76. | Hiromoto, Brenda M. / Fujimoto, Brent S. | Fujimoto, Catherine | 22859 | $6,380.00 | $6,380.00 | |
| 77. | Lacer, Margie A. | Funk, Morris | 23138 | $7,000.00 | $6,380.00 | |
| 78. | Brewer, Angela M | Gaddis, Maebell | 21065 | $5,000.00 | $5,000.00 | |
| 79. | Garcia, Gloria | Garcia, Ramon | 26562 | $6,380.00 | $6,380.00 | |
| 80. | Gerbing, Geraldine | Gerbing, Donald | 21511 | $5,000.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 81. | Valdez, Patricia (Beneficiary) | Gienapp, Rebecca | 22322 | $5,860.00 | $5,860.00 | |
| 82. | Gill, Joe Marvin Jr. Estate | Gill, Joe | 21116 | $5,000.00 | $5,000.00 | |
| 83. | Jensen-Hansen, Lynda M. | Gilliland, Helen | 24718 | $7,600.00 | $7,600.00 | |
| 84. | Glover, Annette | Glover, Harold | 23839 | $6,380.00 | $6,380.00 | |
| 85. | Good, Bernadette M. | Good, Robert | 24732 | $7,500.00 | $7,500.00 | |
| 86. | Bruno, Kathryn, Trustee | Good, Marian | 21884 | $6,020.00 | $6,020.00 | |
| 87. | Goodloe, Milrene | Goodloe, Robert | 24208 | $6,780.00 | $6,780.00 | |
| 88. | Brown, Carol | Gottung, Phyllis | 22121 | $6,180.00 | $6,180.00 | |
| 89. | Estate of Josephine M. Gregorio | Gregorio, Josephine | 25538 | $5,000.00 | $5,000.00 | |
| 90. | Greubel, Sharon G | Greubel, Gerald | 20781 | $10,500.00 | $6,380.00 | Stated Benefit With Securian at Termination |

Debtors' Forty-Sixth Omnibus Objection to Claims
Exhibit 1 - Recently Deceased Class

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Schedule of Claims to be Reclassified to Reduced and Allowed |
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
| 91. | Guthrie, Theresa | Grimas, Blanche | 26557 | - | 6,180.00 | Stated Benefit With Securian at Termination |
| 92. | Gross, Gary J. | Gross, Harriet | 26237 | $5,380.00 | 5,380.00 | |
| 93. | Sivak, Patricia (Beneficiary) | Grzeskiewicz, Dorothy | 24939 | $6,580.00 | 6,580.00 | |
| 94. | Wozny, Kathleen | Gutkowski, Raymond | 21931 | $5,000.00 | 5,000.00 | |
| 95. | Estate of Leonilla M Hall | Hall, Leonilla | 21994 | $6,020.00 | 6,020.00 | |
| 96. | Hanewincked, Gerald L | Hanewinckel, Robert | 25633 | $3,090.00 | 6,180.00 | Stated Benefit With Securian at Termination |
| 97. | Hardin, Oscar C. | Hardin, Oscar | 25196 | $5,000.00 | 5,000.00 | |
| 98. | Fleisher, Suzanne K. / Dunlap, Sharon | Harrell, Elizabeth | 26548 | $5,700.00 | 5,700.00 | Stated Benefit With Securian at Termination |
| 99. | La Roche, Mikki, Personal Representative | Harrell, Bettie | 24008 | $5,000.00 | 5,000.00 | |
| 100. | Haskins, Eris A | Haskins, Eris | 21257 | $6,180.00 | 6,180.00 | |
| 101. | Heagle, Robert | Heagle, Robert | 21340 | $5,000.00 | 6,780.00 | Stated Benefit With Securian at Termination |
| 102. | Heckman, Lois M. (Beneficiary) | Heckman, Cloyd | 21666 | - | 5,280.00 | Stated Benefit With Securian at Termination |
| 103. | Heidel, Jane P. | Heidel, Harry | 26559 | - | 8,500.00 | Stated Benefit With Securian at Termination |
| 104. | Helgerson, Terry LaRue | Helgerson, Doretta | 22346 | $6,580.00 | 6,580.00 | |
| 105. | Wells, Linda M. | Hensley, Frances | 25762 | - | 6,380.00 | Stated Benefit With Securian at Termination |
| 106. | Estate of Doris M. Hertz | Hertz, Doris | 22025 | $5,000.00 | 5,000.00 | |
| 107. | Crist, Donna / Hicks, Duane | Hicks, Robert | 22352 | $7,100.00 | 7,100.00 | |
| 108. | Estate of Dorothy Ruth Higgitt | Higgitt, Dorothy | 24581 | $5,380.00 | 5,380.00 | |
| 109. | Noles, Pamela | Hill, Elvira | 23690 | $5,100.00 | 5,000.00 | |
| 110. | Hill, Barbara R | Hill, Clifford | 23389 | $8,000.00 | 6,180.00 | Stated Benefit With Securian at Termination |
| 111. | Hoffman, Susan J. | Hoffman, Paul | 22446 | $5,000.00 | 5,140.00 | Stated Benefit With Securian at Termination |
| 112. | Estate of Elizabeth Hoffman | Hoffman, Elizabeth | 21426 | $5,700.00 | 5,700.00 | |
| 113. | Holland, Barbara Ann | Holland, Walter | 23767 | $9,500.00 | 9,500.00 | |
| 114. | Maenhardt, Richard N. | Hollar, Ronald | 21481 | $6,380.00 | 6,380.00 | |
| 115. | Haefner, Andrew M. Executor | Holmgren, Donald | 24258 | $20,800.00 | 6,580.00 | Stated Benefit With Securian at Termination |
| 116. | Frank B Horner Liquidity Trust | Horner, Frank | 24788 | $5,000.00 | 14,500.00 | Stated Benefit With Securian at Termination |
| 117. | Hughes, Helen L | Hughes, Thomas | 21188 | $9,500.00 | 9,500.00 | |
| 118. | Hundley, Elizabeth R. (Beneficiary) | Hundley, Leroy | 25046 | $5,000.00 | 5,000.00 | |
| 119. | Hunter, Betty L. | Hunter, Randall | 22461 | $5,000.00 | 7,100.00 | |
| 120. | Thomas, Janie M | Hutcheson, Mary | 24106 | $5,540.00 | 5,540.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reclassified to Reduced and Allowed**

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 121. | Beneficiaries of Barbara Ann Hutcheson | Hutcheson, Barbara | 22540 | $6,180.00 | $6,180.00 | |
| 122. | Hannon, Debra & Julius | Jackson, Amos | 26149 | $5,000.00 | $5,860.00 | |
| 123. | James, Francis Eakes | James, Scott | 22922 | $6,180.00 | $6,180.00 | |
| 124. | Janicki, Joseph Earl | Janicki, Anatol | 25642 | $9,500.00 | $9,500.00 | |
| 125. | Johnson, Marjorie Gretchen | Johnson, Kenneth | 21461 | $10,900.00 | $10,900.00 | |
| 126. | Johnson, Terry | Johnson, Joan | 26211 | $25,000.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 127. | Josephsen, Jim | Josephsen, Gene | 25123 | $8,500.00 | $8,500.00 | |
| 128. | Justice, James Donivan | Justice, Mollie | 25399 | $5,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 129. | Kaufmann, Lawrence R., Executor | Kaufmann, Angela | 22296 | $5,000.00 | $5,000.00 | |
| 130. | Keltner, Mary A. | Keltner, Donald | 21772 | $6,380.00 | $6,380.00 | |
| 131. | Kief, Patricia | Kief, Ronald | 22917 | $5,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 132. | Killian, Brian F | Killian, Shirley | 22754 | $7,500.00 | $7,500.00 | |
| 133. | Kimmel, Allen P. | Kimmel, Allen | 22725 | $10,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 134. | Caruso, Barbara King | King, Martha | 23756 | $6,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 135. | Kline, Dorothy S. | Kline, Alfred | 21848 | $5,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 136. | Knoth, James E. | Knoth, Beverly | 23932 | $5,000.00 | $5,000.00 | |
| 137. | Kong, Jr., Edward H. | Kong, Joyce | 24928 | $5,700.00 | $5,700.00 | |
| 138. | Kososki, Charmaine A. | Kososki, Edward | 23374 | $6,780.00 | $6,780.00 | |
| 139. | Kukulka, Richard J. | Kukulka, Joan | 23831 | $6,020.00 | $6,020.00 | |
| 140. | LaBruzza, Anthony | La Bruzza, Vincent | 21910 | $40,000.00 | $8,500.00 | Stated Benefit With Securian at Termination |
| 141. | Estate of Samuel Joseph Lambert | Lambert, Samuel | 25042 | $7,500.00 | $7,500.00 | |
| 142. | Larkin, Catherine C | Larkin, Catherine | 21045 | $7,500.00 | $7,500.00 | |
| 143. | Laurel, Armando | Laurel, Armando | 23851 | $5,700.00 | $5,700.00 | |
| 144. | John C. Laverty Revocable Trust | Laverty, John | 21406 | $7,500.00 | $7,500.00 | |
| 145. | Lawson, Mauvlline | Lawson, Mauvlline | 24070 | $5,000.00 | $5,000.00 | |
| 146. | Estate of Lois Lees | Lees, Lois | 22642 | $7,100.00 | $7,100.00 | |
| 147. | Clemmer, Denise | Lewis, Richard | 24424 | $5,000.00 | $7,100.00 | |
| 148. | Lieback, Mary | Lieback, Mary | 24479 | $22,420.32 | $6,180.00 | Stated Benefit With Securian at Termination |
| 149. | Lodge, Cristina | Lodge, Patricia | 21281 | $5,860.00 | $5,860.00 | |
| 150. | Lovings, James D. | Lovings, Minnie | 21387 | - | $6,380.00 | Stated Benefit With Securian at Termination |

Debtors' Forty-Sixth Omnibus Objection to Claims

Exhibit 1 - Recently Deceased Class

In re: Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified to Reduced and Allowed | | | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
| 151. | Maionchi, Richard A | Maionchi, Geraldine | 22728 | $5,000.00 | $5,000.00 | |
| 152. | The Manning Family Trust | Manning, Katherine | 23655 | $6,580.00 | $6,580.00 | |
| 153. | Humphreys, Stanley W. | Mantych, Gerald | 23235 | $8,500.00 | $8,500.00 | |
| 154. | Maslar, Veronica | Maslar, Veronica | 24190 | $5,000.00 | $5,020.00 | Stated Benefit With Securian at Termination |
| 155. | Massi, David M. | Massi, Dolores | 20825 | $5,000.00 | $5,020.00 | Stated Benefit With Securian at Termination |
| 156. | Massucci, Dorothy | Massucci, Dorothy | 22263 | $5,380.00 | $5,380.00 | |
| 157. | Tousey, Susan K. Trustee | Mattson, Edna | 21215 | $5,000.00 | $5,380.00 | Stated Benefit With Securian at Termination |
| 158. | McCarthy, Kenneth (Beneficiary) | Mc Carthy, Dorothy | 24576 | $5,860.00 | $5,860.00 | |
| 159. | Mciver, Lynette (beneficiary of William H. McIver) | Mc Iver, William | 23494 | $6,780.00 | $6,780.00 | |
| 160. | Naber, Kathy | Mc Kinnon, Betty | 25757 | $5,000.00 | $5,000.00 | |
| 161. | McCall Smith, Tempie | Mccall, James | 23483 | - | $5,000.00 | Stated Benefit With Securian at Termination |
| 162. | McConihay, Mary A. | Mcconihay, Ray | 24178 | - | $6,780.00 | Stated Benefit With Securian at Termination |
| 163. | Heirs of Margaret A. Mead | Mead, Margaret | 22233 | $5,380.00 | $5,380.00 | |
| 164. | Case, Paula | Melquist, Mary Ann | 20841 | $10,000.00 | $5,180.00 | Stated Benefit With Securian at Termination |
| 165. | Menefee, Wanda | Menefee, Evelyn | 21144 | $5,000.00 | $5,000.00 | |
| 166. | Nygaard, Larrygene Curtis | Milbert, Edith | 23902 | $5,200.00 | $5,200.00 | |
| 167. | Barton, Sondra L | Miller, Norma | 21452 | $5,000.00 | $5,000.00 | |
| 168. | Miller, Georgia M. | Miller, Gerold | 20989 | $13,000.00 | $10,900.00 | Stated Benefit With Securian at Termination |
| 169. | Estate of Dwight L. Miller, Jr. | Miller, Dwight | 24149 | $25,000.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 170. | Miller, Charlotte / Sowinski (Watson), Jerri | Miller, Charlotte | 24250 | $5,000.00 | $5,000.00 | |
| 171. | Estate of Thomas J Millon | Millon, Thomas | 23619 | $9,500.00 | $9,500.00 | |
| 172. | Minasian, Robert A. | Minasian, Rose | 20873 | $9,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 173. | Berg, Cynthia Lynn | Moore, Burton | 24041 | $6,000.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 174. | Moreno, Richard | Moreno, Richard | 23740 | $10,620.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 175. | Morris, Audrey S. | Morris, Audrey | 21570 | $5,540.00 | $5,540.00 | |
| 176. | Mowrer, Marthann | Mowrer, Eugene | 23472 | $5,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 177. | Munoz, Tomas G | Munoz, Lola | 23094 | $5,000.00 | $6,020.00 | |
| 178. | Yankowsky, Irene | Murphy, John | 22334 | $6,380.00 | $6,380.00 | |
| 179. | Nelms, Bennie R. | Nelms, Jr, Claiborne | 24529 | $32,000.00 | $14,500.00 | Above threshold for Sears Retiree Class Membership, reduced to $14,500 |
| 180. | Nelson, Dennis / Nelson, Timothy | Nelson, Evelyn | 24385 | $5,000.00 | $5,540.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Schedule of Claims to be Reclassified to Reduced and Allowed | | | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
| 181. | Leslie, Vickie L. | Neumann, Margaret | 21645 | $5,380.00 | $5,380.00 | |
| 182. | Nikucki, Mark | Nikucki, John | 26025 | $8,500.00 | $8,500.00 | |
| 183. | Good, Marilyn M. | O'Brien, Gladys | 25503 | $5,540.00 | $5,540.00 | |
| 184. | Livingston Jr., Jack Edward | Oliver, Virginia | 21283 | $10,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 185. | Quatrale, John A. | Palange, Sabina | 21853 | $6,000.00 | $6,000.00 | |
| 186. | Place Family Trust | Place, Therese | 25948 | $6,800.00 | $5,180.00 | Stated Benefit With Securian at Termination |
| 187. | Potter, Kathryn | Potter, Emma | 21204 | $5,540.00 | $5,540.00 | |
| 188. | Presley, Linda D. & George S. (beneficiaries) | Presley, George | 25342 | $6,580.00 | $6,580.00 | |
| 189. | Price, Rebecca G. | Price, David | 23122 | $6,580.00 | $6,580.00 | |
| 190. | Prince, Gary L. | Prince, Edna | 24425 | $12,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 191. | Pulskamp, Shirley M. | Pulskamp, Eugene | 23498 | $6,780.00 | $6,780.00 | |
| 192. | Ramsey, Wilda M. | Ramsey, Wilda | 22860 | $12,000.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 193. | Ramsey, Iris Ann | Ramsey, John | 24713 | $26,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 194. | Reynolds, James P. | Reynolds, James | 22590 | $5,000.00 | $5,000.00 | |
| 195. | Rezzuto, Mary P. | Rezzuto, Gene | 23583 | $7,500.00 | $7,500.00 | |
| 196. | Richardson, Harold C. | Richardson, Harold | 23315 | - | $9,500.00 | Stated Benefit With Securian at Termination |
| 197. | Bartram, Claudia M. | Riddle, Betty | 21763 | $40,000.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 198. | Rios, Patsy | Rios, Richard | 23135 | $5,000.00 | $5,000.00 | |
| 199. | Robbins, John | Robbins, Merle | 24242 | - | $6,780.00 | Stated Benefit With Securian at Termination |
| 200. | Roberts, Betty A | Roberts, Virgil | 22282 | $14,200.00 | $7,100.00 | |
| 201. | Roberts, Ellen | Roberts, Donald | 21455 | $6,380.00 | $6,380.00 | |
| 202. | Rogala, Joseph John | Rogala, Mary | 21259 | $7,500.00 | $7,500.00 | |
| 203. | Romero, Jean J. | Romero, Fred | 26095 | $6,180.00 | $6,180.00 | |
| 204. | Rominski, Donald / Florendo, Linda (Beneficiaries) | Rominski, Lillian | 22337 | $5,860.00 | $5,860.00 | |
| 205. | Bryan, Patricia Jo | Roseman, Delores | 25983 | $5,700.00 | $5,700.00 | |
| 206. | Lawrence, Debbie | Rowe, Glen | 24127 | $6,380.00 | $6,380.00 | |
| 207. | Saffioti, Thomas N. (Trust) | Saffioti, Thomas | 20836 | $5,000.00 | $7,500.00 | Stated Benefit With Securian at Termination |
| 208. | Acosta, Sydney, Lauren & Alexandra, Sophia | Sanchez, Eulalia | 22039 | $16,800.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 209. | Savage, Kenny / Estate of Thomas Savage | Savage, Corine | 25915 | $6,380.00 | $6,380.00 | |
| 210. | Scammon, Steve | Scammon, Shirley | 21227 | - | $5,260.00 | Stated Benefit With Securian at Termination |

Debtors' Forty-Sixth Omnibus Objection to Claims
Exhibit 1 - Recently Deceased Class

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| Schedule of Claims to be Reclassified to Reduced and Allowed | | | | | | |
| 211. | Schnitzer, Frederick C. | Schnitzer, Barbara | 21969 | $5,000.00 | $5,000.00 | |
| 212. | Searcy , Jane M. | Searcy, Jane | 25174 | $25,000.00 | $6,020.00 | Stated Benefit With Securian at Termination |
| 213. | Designated Beneficiaries of Margaret B Seth | Seth, Margaret | 22311 | $5,000.00 | $5,000.00 | |
| 214. | Estate of Mary L. Shannon | Shannon, Mary | 24066 | $5,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 215. | Skinner, James | Skinner, Avon | 21151 | $5,000.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 216. | Smith, Frank J. | Smith, Frank | 24800 | $7,100.00 | $7,100.00 | |
| 217. | Snyder, Emory (Beneficiary) | Snyder, Carmela | 22984 | $7,500.00 | $7,500.00 | |
| 218. | Sokolowski, Ann Christine (Beneficiary) | Sokolowski, Steven | 20948 | $6,580.00 | $6,580.00 | |
| 219. | Children of Dorothy D Southard | Southard, Dorothy | 20778 | $6,180.00 | $6,180.00 | |
| 220. | Nagle, Joyce F. (Beneficiary) | Spare, Grace | 25374 | $6,180.00 | $6,180.00 | |
| 221. | Spindler, Randy Lee | Spindler, Charles | 23419 | $6,380.00 | $6,380.00 | |
| 222. | Christine B Spinks Trust | Spinks, Christine | 23863 | $5,000.00 | $5,860.00 | Stated Benefit With Securian at Termination |
| 223. | Jeanette Staffa Trust | Staffa, Jeanette | 25388 | $5,700.00 | $5,700.00 | |
| 224. | Virginia Steele Estate | Steele, Virginia | 20872 | $18,800.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 225. | Steininger, Mary | Steininger, Edward | 26473 | $26,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 226. | Engelgau, Karen, et. al. | Story, Geraldine | 24312 | $5,260.00 | $5,260.00 | |
| 227. | Strine, Wilma N. | Strine, Richard | 22239 | $10,900.00 | $10,900.00 | |
| 228. | Struckman, Kevin (Beneficiary) | Struckman, Gertrude | 23056 | $5,860.00 | $5,860.00 | |
| 229. | Stute, Lucille Joann (Estate) | Stute, Lucille | 21513 | $5,700.00 | $5,700.00 | |
| 230. | Sullenger, Christin U | Sullenger, Chrystine | 25327 | $6,180.00 | $6,180.00 | |
| 231. | Sylvester, Kenneth, et . al. | Sylvester, Agnes | 21019 | $5,380.00 | $5,380.00 | |
| 232. | Talevski, Liljana | Talevski, Pande | 25715 | - | $6,180.00 | Stated Benefit With Securian at Termination |
| 233. | Garish, Sharlene | Taman, Barbara | 25819 | $5,860.00 | $5,860.00 | |
| 234. | Matthews, Patricia Taylor | Taylor, Helen | 24967 | $5,000.00 | $5,000.00 | |
| 235. | Temple, Worrell, et al. | Temple, Carolyn | 25817 | $6,380.00 | $6,380.00 | |
| 236. | Tengwall, Colette (Beneficiary) | Tengwall, Delos | 22611 | $8,500.00 | $8,500.00 | |
| 237. | Traillin, Bernice (Beneficiary) | Traillin, Julius | 21200 | $7,500.00 | $7,500.00 | |
| 238. | Estate of Robert Treat | Treat, Robert | 24372 | $405,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 239. | Blickley, Joyce R. (Beneficiary) | Trumbette, Lillian | 25857 | $10,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 240. | Valdez, Joan Elaine | Valdez, Freddie | 20853 | $6,380.00 | $6,380.00 | |

Debtors' Forty-Sixth Omnibus Objection to Claims
Exhibit 1 - Recently Deceased Class

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reclassified to Reduced and Allowed**

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 241. | Valencia, Diana R. | Valencia, Jose | 25575 | $13,500.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 242. | Viehweg, Patricia | Viehweg, Robert | 21530 | $7,100.00 | $7,100.00 | |
| 243. | Vitale, Joan | Vitale, Robert | 25258 | $6,020.00 | $6,020.00 | |
| 244. | Walker, Mary E. (Beneficiary) | Walker, Charles | 25167 | $6,780.00 | $6,780.00 | |
| 245. | Washington, Sally M. / Williams, Ruby L. | Washington, Willie | 25706 | $5,000.00 | $5,000.00 | |
| 246. | Grem, Melodie / Watkins, Curtis / Joinder, Susan | Watkins, Janette | 26063 | $5,000.00 | $5,000.00 | |
| 247. | Weir, Jim Christie | Weir, Louise | 24419 | $5,860.00 | $5,860.00 | |
| 248. | Weldon, Lylalee L. | Weldon, Edwin | 26158 | $6,380.00 | $6,380.00 | |
| 249. | Weller, Wallace E. | Weller, Wallace | 23667 | - | $6,020.00 | Stated Benefit With Securian at Termination |
| 250. | Estate of Joseph Werner | Werner, Joseph | 20996 | $20,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 251. | Wessell, Michael D. / Wessel, Kim (Beneficiaries) | Wessell, Patricia | 23493 | $5,000.00 | $5,100.00 | Stated Benefit With Securian at Termination |
| 252. | White, Keith M. | White, Roy | 25604 | $6,380.00 | $6,380.00 | |
| 253. | Whitney, Steven L., Trustee | Whitney, Betty | 25236 | - | $6,180.00 | Stated Benefit With Securian at Termination |
| 254. | Bratcher, Ann W | Wilhoit, Barbara | 24005 | $5,700.00 | $5,700.00 | |
| 255. | Wilkins, William G. | Wilkins, Mary | 22448 | $6,500.00 | $6,580.00 | |
| 256. | Willard, Kirk A., Executor | Williams, Ruth | 23145 | $5,000.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 257. | Williams, Susan J. | Williams, Ronald | 24716 | $7,100.00 | $7,100.00 | |
| 258. | Williams, Catherine W. | Williams, Marvin | 20810 | $7,500.00 | $7,500.00 | |
| 259. | Lilla, Evelyn Wine | Wine, Angelina | 25116 | $5,860.00 | $5,860.00 | |
| 260. | Wisel, Alice | Wisel, Maurice | 21514 | $7,500.00 | $7,500.00 | |
| 261. | Wolfe, Mary Jane | Wolfe, Mary Jane | 25305 | $1,500.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 262. | Vaughn, Judith | Woodard, Bonnie | 22120 | $5,700.00 | $5,700.00 | |
| 263. | Wriston, Shirley McCarn | Wriston, Charley | 26543 | $7,100.00 | $7,100.00 | |
| 264. | Sheehan, Eileen & Yakowenko, Gerald | Yakowenko, Olga | 22504 | $5,180.00 | $5,180.00 | |
| 265. | Young, Allan R. | Young, Allan | 24620 | $6,180.00 | $6,180.00 | |
| 266. | Estate of Eva Zahorai | Zahorai, Eva | 22769 | $5,380.00 | $5,380.00 | |
| 267. | Davis, Juanita | Davis, Albert | 24517 | $5,000.00 | $6,380.00 | |

**<u>Exhibit B</u>**

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
**In re**                                              :          **Chapter 11**
                                                       :
**SEARS HOLDINGS CORPORATION,** *et al.***,**          :          **Case No. 18-23538 (RDD)**
                                                       :
                        **Debtors.**[1]                :          **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS'
### FORTY-SIXTH OMNIBUS OBJECTION TO PROOFS OF CLAIM
### (ALLOWING RECENTLY DECEASED CLASS MEMBER CLAIMS)

Upon the *Debtors' Forty-Sixth Omnibus Objection to Proofs of Claim (Allowing
Recently Deceased Class Member Claims)*, filed on May 26, 2022 (ECF No. 10455)
(the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and
debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),
pursuant to the *Order Authorizing Modification of Retiree Benefits* (ECF No. 5342) (the
"**Retiree Benefits Order**") and section 502 under title 11 of the United States Code

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2]  Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

(the "**Bankruptcy Code**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and ~~the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "Hearing"); and upon the record of the Hearing, and~~ upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.    The Objection is granted.

2.    Pursuant to the Retiree Benefits Order and section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Recently Deceased Class Member Claim listed on **Exhibit 1** annexed hereto is allowed as an administrative expense claim in the chapter 11 case of

Sears Roebuck & Co. in the amount indicated in the column labeled "Allowed Administrative Expense Claim."  Pursuant to the Retiree Benefits Order, no other claimants are entitled to share in the Administrative Claims Reserve (as defined in the Retiree Benefits Order).

3.     The Administrative Claims Reserve shall be reduced by the aggregate amount of Allowed Administrative Expense Claims, and, pursuant to the Retiree Benefits Order, any excess amounts in the Administrative Claims Reserve shall be made available for distribution in accordance with the Plan.

4.     The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.     The terms and conditions of this Order are effective immediately upon entry.


Dated  _____, 2022
:       White Plains, New York


_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE