WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746**
**REGARDING DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION**
**TO PROOFS OF CLAIM (RECLASSIFY OR DISALLOW RETIREE CLAIMS)**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.      On May 26, 2022, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Forty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Retiree Claims)* (ECF No. 10456) (the "**Omnibus Objection**").

2.      In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**").  The Response Deadline was set for June 16, 2022, at 4:00 p.m. (prevailing Eastern Time).  The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** and **Exhibit 2** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**"), a copy of which is annexed hereto as **Exhibit A**, no responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4.      A redline of the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

2

5.    Accordingly, the Debtors respectfully request that the Proposed Order be

entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:  June 17, 2022
          New York, New York

                              */s/ Garrett A. Fail*
                              Ray C. Schrock, P.C.
                              Garrett A. Fail
                              Sunny Singh
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007

                              *Attorneys for Debtors*
                              *and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                    :        Chapter 11
                                         :
SEARS HOLDINGS CORPORATION, *et al.*,    :        Case No. 18-23538 (RDD)
                                         :
        Debtors.[1]                      :        (Jointly Administered)
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## FORTY-SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM
## (RECLASSIFY OR DISALLOW RETIREE CLAIMS)

Upon the *Debtors' Forty-Seventh Omnibus Objection to Proofs of Claim (Reclassify or Disallow Retiree Claims)*, filed on May 26, 2022 (ECF No. 10456) (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to the *Order Authorizing Modification of Retiree Benefits* (ECF No. 5342) (the "**Retiree Benefits Order**") and section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT

1.     The Objection is granted.

2.     Pursuant to the Retiree Benefits Order, section 502 of the Bankruptcy Code, and Bankruptcy Rule 3007, (i) each proof of claim listed on **Exhibit 1** annexed hereto is reclassified in its entirety to a general unsecured claim, and (ii) each proof of claim listed on **Exhibit 2** annexed hereto is disallowed and expunged in its entirety.

3.     This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to,

claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.      The terms and conditions of this Order are effective immediately upon entry.

Dated:  _____, 2022
        White Plains, New York

        _____
        HONORABLE ROBERT D. DRAIN
        UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Reclassified Claims**

**Debtors' Forty-Seventh Omnibus Objection to Claims**
**Exhibit A - Reclass to GUC**

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| | | **Schedule of Claims to be Reclassified** | | | |
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 1. | Allaire Jr., Roy J. | Not Specified | 22921 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 2. | Allen, Garnet | Not Specified | 25059 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 3. | Amrein, Richard F. | Not Specified | 21294 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 4. | Betty Lee Payne Estate | Payne, Betty | 25684 | Priority | Below threshold for Sears Retiree Class Membership |
| 5. | Bowes, Mary R. | Not Specified | 23208 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 6. | Bradley, Lisa L. | Not Specified | 26546 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 7. | Brower, Norma | Not Specified | 24762 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 8. | Brown, Dorothy M | Not Specified | 23957 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 9. | Burke, Joan F | Not Specified | 26576 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 10. | Cameron, Catherine | Not Specified | 21699 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 11. | Campbell, William A | Not Specified | 25135 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 12. | Carter, Flo (Florence) | Not Specified | 22277 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 13. | Cassel Jr, Walter C | Not Specified | 22681 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 14. | Castellana, John E | Not Specified | 22257 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 15. | Childers, Ethel Idell | Not Specified | 24868 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 16. | Churchwell, Doris J. | Not Specified | 21364 | Priority / Secured / 503(b)(9) | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 17. | Cinquanto, Raymond D | Not Specified | 21768 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 18. | Cornelius, Brenda | Paulk, Leonard | 25343 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 19. | Cronin, John | Not Specified | 23604 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 20. | Crump, Eleanor | Not Specified | 24836 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 21. | Darlington, Mary | Darlington, Mary | 22912 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 22. | Davis Jr, Irvin W | Not Specified | 24630 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 23. | Dechicco, Philip R. | Not Specified | 25102 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 24. | Dechicco, Philip R. | Not Specified | 25103 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 25. | D'Eugenio, Evelyn | Not Specified | 22377 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 26. | Donahue, Floretta S. | Not Specified | 24935 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Debtors' Forty-Seventh Omnibus Objection to Claims**
**Exhibit A - Reclass to GUC**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Schedule of Claims to be Reclassified | | | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 27. | Donna Rangel For The Estate Of Imogene Gorer | Not Specified | 24993 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 28. | Dunks, Wallace Edwin | Not Specified | 20995 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 29. | Estate of Alma J. Anderson | Anderson, Elma | 23050 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 30. | Estate of Dupree Leon Cape | Cape, Dupree | 24586 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 31. | Estes, Kelsay Anne | Not Specified | 21122 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 32. | Finley, Linzie | Not Specified | 25176 | Secured/Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 33. | Finley, Thelma Louise | Not Specified | 21923 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 34. | Gallop, Wilma J. | Not Specified | 24485 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 35. | Garland, Kathryn J. | Not Specified | 23038 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 36. | Gervasi, Dorothy C. | Not Specified | 25571 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 37. | Golding, Charles M. | Not Specified | 22011 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 38. | Goodlow, Alphonse | Not Specified | 25886 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 39. | Gordon, Gloria M | Not Specified | 25554 | Priority/503(b)(9) | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 40. | Gravelle, Arthur P. | Not Specified | 21499 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 41. | Gremli, Eileen | Not Specified | 20670 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 42. | Griffin, Dwight H. | Not Specified | 23942 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 43. | Guillermo, Leona | Not Specified | 23278 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 44. | Guiseppe, Catherine M | Not Specified | 23460 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 45. | Guttman, Robert S | Not Specified | 20580 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 46. | Hall, Gloria | Not Specified | 24978 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 47. | Hamlin, Carl | Not Specified | 23582 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 48. | Hamlin, Carl | Not Specified | 24933 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 49. | Hamlin, Carl Lee | Not Specified | 23527 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 50. | Harmon, Jane | Harmon, Jane | 23367 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 51. | Harper, Robert | Not Specified | 24211 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 52. | Hayashida, Patsy | Not Specified | 24474 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

Debtors' Forty-Seventh Omnibus Objection to Claims

In re: Sears Holdings Corporation, et al.

Exhibit A - Reclass to GUC

Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
|---|---|---|---|---|---|
| | | | Schedule of Claims to be Reclassified | | |
| 53. | Heinz, H. Peter | Not Specified | 21844 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 54. | Henderson, Betty | Not Specified | 21090 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 55. | Henson, Adrienne | Johnson, Eula | 22395 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 56. | Higgins, William W. | Not Specified | 26181 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 57. | Izzo, Anthony V. | Not Specified | 25286 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 58. | Jessop, Judith A. | Not Specified | 26188 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 59. | Jones, Deniece | Not Specified | 23682 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 60. | Kampman, Carolyn Sue | Not Specified | 25232 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 61. | Karlen, Frank Wayne | Not Specified | 22108 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 62. | Kathleen G. Maj Revocable Trust | Maj, Kathleen | 21561 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 63. | Kirchoff, Clarence | Kirchoff, Clarence | 25419 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 64. | Kirkpatrick, Erna | Not Specified | 23443 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 65. | Koehler Jr., Albert A | Not Specified | 23271 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 66. | Kosobud, Kenneth Eugene | Not Specified | 21335 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 67. | Kroll, Marlene F. | Not Specified | 25397 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 68. | Krones, John L. | Not Specified | 25107 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 69. | L.A. Low | Not Specified | 25680 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 70. | Lamantia, Loretta | Not Specified | 23074 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 71. | Lesher, Donna L | Not Specified | 25098 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 72. | Licata, Mary J | Not Specified | 23534 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 73. | Lillian Malko Trust | Malko, Lillian | 24553 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 74. | Lindsley, Ernestine M | Not Specified | 25855 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 75. | Lunsford, Charles E | Not Specified | 22649 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 76. | Mack, Virginia | Not Specified | 23353 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 77. | Mampel, Elsa L | Not Specified | 22866 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 78. | Marcucci, Audrey J. | Not Specified | 24197 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

Debtors' Forty-Seventh Omnibus Objection to Claims

In re: Sears Holdings Corporation, et al.

Exhibit A - Reclass to GUC

Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | **Schedule of Claims to be Reclassified** | | |
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 79. | Martin, Jimmy Charles | Not Specified | 25173 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 80. | Martinez, Marilyn | Not Specified | 25766 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 81. | Mary Ellen Williams Trust | Williams, Mary | 26424 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 82. | Maxfield, Gerard Peter | Not Specified | 23716 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 83. | McAllister, Donna | Mccallister, Carl | 25711 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 84. | Mcallister, Donna J | Not Specified | 25073 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 85. | McCarthy Sr, Jerome Devins | Not Specified | 23066 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 86. | Meeler, Katheren | Not Specified | 23283 | 503(b)(9) | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 87. | Mellene, Charlotte C. | Not Specified | 21506 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 88. | Membrila, Olga J | Not Specified | 25119 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 89. | Messer, Donna Mae | Not Specified | 24100 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 90. | Morris, James R. | Not Specified | 23885 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 91. | Mundy, Lorene G. | Not Specified | 24164 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 92. | Nappi, Amelia | Not Specified | 21342 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 93. | O'Brien, Mearl E | Not Specified | 23936 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 94. | O'Hara, Rose  E. | Not Specified | 25658 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 95. | O'Heran-Rettenmaier, Helen | Not Specified | 23536 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 96. | O'Keefe, Eugene T. | Not Specified | 24175 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 97. | O'Neill, James | Not Specified | 25188 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 98. | Oney, Vonda L. | Not Specified | 22721 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 99. | Parry, William | Parry, William | 24523 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 100. | Peona, Alessio J. | Not Specified | 25035 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 101. | Pheagin, Marilyn | Not Specified | 22559 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 102. | Piland, Minnie | Piland, Minnie | 23553 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 103. | Plenty, Dal | Not Specified | 26589 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 104. | Prindle, Joan A. | Not Specified | 24323 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

Debtors' Forty-Seventh Omnibus Objection to Claims

In re: Sears Holdings Corporation, et al.

Exhibit A - Reclass to GUC

Case No. 18-23538 (RDD)

| | | | Schedule of Claims to be Reclassified | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 105. | Raimondi, Vickie A. | Not Specified | 21069 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 106. | Renn Jr., Lawrence James | Not Specified | 22722 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 107. | Reynolds, Judith E | Not Specified | 20943 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 108. | Rogers, Barbara Alice | Not Specified | 26240 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 109. | Sanchez, Debra | Null, Reva | 26487 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 110. | Shaffer, Thomas David | Not Specified | 25369 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 111. | Shawhan, Luella | Not Specified | 25594 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 112. | Silvey, Daphene S. | Not Specified | 25360 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 113. | Sinkiewicz, Robert W. | Not Specified | 23560 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 114. | Skinner, James C. | Skinner, Avon | 21151 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 115. | Smith, Roosevelt | Not Specified | 23593 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 116. | Snyder, Don Hax | Not Specified | 21247 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 117. | Spanitz, Rosemarie | Not Specified | 25165 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 118. | Sparks, Nanci | Wright, Joyce | 20676 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 119. | Sponziello, Peter D. | Not Specified | 21956 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 120. | Stephenson, Norman Carl | Not Specified | 21300 | Priority | Below threshold for Sears Retiree Class Membership |
| 121. | Surles, Balam A. | Not Specified | 24261 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 122. | The Estate of Jane F. Landauer | Landauer, Jane | 21187 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 123. | Thomas P. Reidy (Living Trust Beneficiaries) | Not Specified | 26547 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 124. | Tibbott, Barbara D. | Not Specified | 21914 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 125. | Tibbott, Barbara D. | Not Specified | 22608 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 126. | Tyson, Dolores | Not Specified | 23125 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 127. | U'Ren, William D. | Not Specified | 23990 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 128. | Wakefield, Richard | Not Specified | 23564 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 129. | Wallace, Virginia Maxine | Not Specified | 22118 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 130. | Ward, Jr., Perle | Ward, Perle | 21752 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Debtors' Forty-Seventh Omnibus Objection to Claims**
**Exhibit A - Reclass to GUC**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Reclassified | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 131. | Wass, Carolene | Not Specified | 25323 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 132. | Wilson, Mary | Wilson, Mary | 22634 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 133. | Windhausen, Karen | Not Specified | 23332 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 134. | Young, Frank | Young, Franklin | 23712 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 135. | Younge, Sr., George E. | Not Specified | 22041 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 136. | Yzaguirre, Gilbert M | Not Specified | 22647 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 137. | Zurn, Carol J. | Not Specified | 23236 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Exhibit 2**

**Disallowed Claims**

**Debtors' Forty-Seventh Omnibus Objection to Claims**
**Exhibit B - Disallow**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Disallowed | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Asserted Claim | Asserted Claim Amount | Reason for Disallowance |
| 1. | Avanti, Louisa | 14313 | 503(b)(9) | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 2. | Beck, Thomas | 22017 | Priority | $10,000.00 | No supporting documentation provided indicating purported retiree entitled to any claim against Debtors |
| 3. | Bell, Victor J. | 18825 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 4. | Brandenburg, Walter E | 22478 | Priority | $9,500.00 | Duplicate of claim 23766 |
| 5. | Brandt, Jerry L | 21736 | Priority | $8,500.00 | Duplicate of claim 21760 |
| 6. | Brandt, Jerry L | 21756 | Priority | $8,500.00 | Duplicate of claim 21760 |
| 7. | Brandt, Jerry Lee | 21755 | Priority | $8,500.00 | Duplicate of claim 21760 |
| 8. | Byrd, Geraldine | 21059 | Priority | $100,000.00 | Duplicate of claim 23051 |
| 9. | Callahan, Dennis Charles | 23465 | Priority | $5,000.00 | Duplicate of claim 24658 |
| 10. | Clark, Kimberly | 24678 | Priority | $10,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 11. | Coleman Dixon, Johnniemae | 18719 | Priority | $1,282.81 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 12. | Conner, Deborah E. | 26214 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 13. | Darlington (Deceased), Mary L. | 22406 | Priority | $5,860.00 | Duplicate of claim 22912 |
| 14. | Engholm, Theresa A. | 18555 | Priority | $19,883.92 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 15. | Fleck, Ronald L | 10423 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 16. | Hanesworth, Daniel J | 18576 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 17. | Herring, Jimmie L | 20722 | Priority | $6,200.00 | Duplicate of claim 23040 |
| 18. | Hofmann, Jr., Adolf H. | 21206 | Priority | $25,500.00 | Duplicate of claim 24046 |
| 19. | Holt, Robie Reid | 25999 | Priority | $5,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 20. | Igel, Marlene | 7709 | Priority | $5,400.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 21. | Ikegami, Carol | 24447 | Priority | $10,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 22. | Jones, Dianna | 19198 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |

**Debtors' Forty-Seventh Omnibus Objection to Claims**
**Exhibit B - Disallow**

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Proof of Claim No. | Asserted Claim | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| | | | **Schedule of Claims to be Disallowed** | | |
| 23. | Laack, Carla J | 18000 | Priority | $21,600.94 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 24. | Marlatt, Roy | 22194 | Priority | $5,000.00 | No supporting documentation provided indicating purported retiree entitled to any claim against Debtors |
| 25. | Massy, Margaret | 21028 | Secured | $50,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 26. | McMahon, Helene | 16767 | Secured | $89.04 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 27. | Morris, Robert Douglas | 21159 | Priority | $8,500.00 | Duplicate of claim 24807 |
| 28. | Noble, Jay | 26474 | Priority | $50,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 29. | Onofry, Peter D | 18245 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 30. | Patterson, Shawn | 17647 | Priority | - | No supporting documentation provided indicating purported retiree entitled to any claim against Debtors |
| 31. | Pierce, Joseph | 22740 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 32. | Sanderson, Edward | 25463 | Priority | $9,500.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 33. | Santiago, Luciano Pagan | 23073 | GUC | $150,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 34. | Scheidell, Richard Lee | 21009 | GUC | $7,100.00 | Duplicate of claim 21827 |
| 35. | Smith, Eddie | 23179 | Priority | $5,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 36. | Stephens, David | 25560 | Secured | $25,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 37. | Weldon, Lylalee L. | 26032 | 503(b)(9) | $18,800.00 | Duplicate of claim 26158 |
| 38. | Wiegand, Sandra M | 12499 | Priority | $500.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 39. | Willett, Morris LeVan | 20748 | Priority | $15,000.00 | Duplicate of claim 21052 |
| 40. | Zahner, Dane Grant | 11210 | Priority | $24,800.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 41. | Zhang, Xiaolin | 10019 | Priority | $15,914.88 | Claimant not a retiree entitled to paid-up life insurance benefit |

## **Exhibit B**

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | **:** | **Case No. 18-23538 (RDD)** |
| | **:** | |
| **Debtors.**[1] | **:** | **(Jointly Administered)** |

-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS'
### FORTY-SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM
### (RECLASSIFY OR DISALLOW RETIREE CLAIMS)

Upon the *Debtors' Forty-Seventh Omnibus Objection to Proofs of Claim*

*(Reclassify or Disallow Retiree Claims)*, filed on May 26, 2022 (ECF No. 10456)

(the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),

pursuant to the *Order Authorizing Modification of Retiree Benefits* (ECF No. 5342)

(the "**Retiree Benefits Order**") and section 502 under title 11 of the United States Code

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

(the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and ~~the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "**Hearing**"); and upon the record of the Hearing, and~~ upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Objection is granted.

2.      Pursuant to the Retiree Benefits Order, section 502 of the Bankruptcy Code, and Bankruptcy Rule 3007, (i) each proof of claim listed on **Exhibit 1** annexed hereto is reclassified in its entirety to a general unsecured claim, and (ii) each proof of claim listed on **Exhibit 2** annexed hereto is disallowed and expunged in its entirety.

2

3.      This Order shall not be deemed to waive, impair, release, or effect on any

claims, causes of action the Debtors may hold against the Claimants, including but not limited

to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against

such Claimants shall be expressly preserved.

4.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

5.      The terms and conditions of this Order are effective immediately upon

entry.


Dated          _____, 2022
:          White Plains, New York


                                    _____
                                    HONORABLE ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE

3