# Exhibit 1

## Recently Deceased Class Member Claims

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 1. | Gale, Joseph | Abrams, Patricia | 24711 | $5,260.00 | $5,260.00 | |
| 2. | Adamkiewicz, Kenneth | Adamkiewicz, Kenneth | 20701 | $7,500.00 | $7,500.00 | |
| 3. | Adamo, Carl, Trustee | Adamo, William | 25011 | $10,278.46 | $7,500.00 | Stated Benefit With Securian at Termination |
| 4. | Estate of Paul Adams | Adams, Paul | 22856 | $7,100.00 | $7,100.00 | |
| 5. | Alberts, Donald | Alberts, Eileen | 21146 | $5,100.00 | $5,100.00 | |
| 6. | Araiza, Oscar | Araiza, Renee | 24522 | $2,800.00 | $5,860.00 | |
| 7. | Vanselow, Elizabeth | Archer, Patricia | 24092 | $5,020.00 | $5,020.00 | |
| 8. | Mattson, Sandra | Ault, Gaylord | 23618 | $5,540.00 | $5,540.00 | |
| 9. | Baczynski, Harriet (Beneficiary) | Baczynski, Donald | 26035 | $5,400.00 | $5,400.00 | |
| 10. | Bailey, Kathleen | Bailey, D. Richmond | 25663 | $9,500.00 | $9,500.00 | |
| 11. | Perkin, Lynda / Tucker, Paula | Baker, Lloyd | 25754 | $7,100.00 | $7,100.00 | |
| 12. | Barlow, Etta | Barlow, Etta | 24438 | $15,500.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 13. | Barry, Susan | Barry, Robert | 24223 | $5,000.00 | $7,500.00 | Stated Benefit With Securian at Termination |
| 14. | Smith, Marsha, Executor | Bates, Joe | 22532 | $7,500.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 15. | Battles, Jr., Otis; et. al. | Battles, Cora | 22249 | $5,000.00 | $5,000.00 | |
| 16. | Bauserman, Paul | Bauserman, Georgie | 24429 | $7,100.00 | $7,100.00 | |
| 17. | Estate of Edward Bayer | Bayer, Edward | 21823 | $9,500.00 | $9,500.00 | |
| 18. | Estate of Burnett S Bender | Bender, Burnett | 25028 | $30,000.00 | $7,500.00 | Stated Benefit With Securian at Termination |
| 19. | Berry, John H. | Berry, Richard | 22672 | $6,780.00 | $6,780.00 | |
| 20. | Bessler, Lillian Armstrong | Bessler, John | 25529 | $7,100.00 | $7,100.00 | |
| 21. | Borr, Dorothy | Borr, Dorothy | 22181 | - | $5,860.00 | Stated Benefit With Securian at Termination |
| 22. | Boyko, James P. | Boyko, Stanley | 24388 | $5,000.00 | $5,000.00 | |
| 23. | Jones, Christine | Brennan, Robert | 20760 | - | $6,380.00 | Stated Benefit With Securian at Termination |
| 24. | Estate of Samuel E. Bright | Bright, Samuel | 24366 | $10,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 25. | Elam, Anne Sue (Beneficiary) | Broughton, Betty | 20988 | $5,860.00 | $5,860.00 | |
| 26. | Sword, Karen E., Executrix | Brown, Alverta | 25536 | $5,860.00 | $5,860.00 | |
| 27. | Bruce, Marjorie L. | Bruce, William | 21131 | $5,000.00 | $5,000.00 | |
| 28. | Bryant, Gary | Bryant, Mary | 24833 | - | $5,380.00 | Stated Benefit With Securian at Termination |
| 29. | Buresh, Carole | Buresh, James | 22272 | $12,500.00 | $12,500.00 | |
| 30. | Callahan, Dennis Charles | Callahan, Dennis | 24658 | $5,000.00 | $5,000.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reclassified to Reduced and Allowed**

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 31. | Callis, Karen J. (Beneficiary) | Callis, Marie | 22641 | $5,180.00 | $5,180.00 | |
| 32. | Carter, Angela Suzette | Carter, Alvin | 22993 | $6,580.00 | $6,580.00 | |
| 33. | Castle, Jay Frank, Trustee | Castle, Frank | 25664 | $13,400.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 34. | Caudle, Joyce Evelyn | Caudle, Robert | 23727 | $5,000.00 | $6,020.00 | Stated Benefit With Securian at Termination |
| 35. | Cepak, Rudolph J. | Cepak, Rudolph | 24063 | - | $5,000.00 | |
| 36. | Childers, Ethel Frances | Childers, Ethel | 21105 | $5,000.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 37. | Chimenti, Patsy W. | Chimenti, Samuel | 21347 | - | $8,500.00 | Stated Benefit With Securian at Termination |
| 38. | Chmiel, Thaddeus E. | Chmiel, Thaddeus | 21992 | $10,500.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 39. | Colando, Patsey L. | Colando, Samuel | 25114 | $5,000.00 | $5,000.00 | |
| 40. | Severino, Cynthia, Executor | Colapietro, Mary | 21112 | - | $5,180.00 | |
| 41. | Collins, Ronald Douglas | Collins, Jo | 22778 | $10,500.00 | $5,540.00 | |
| 42. | Compagno, Sam J. | Compagno, Sam | 22312 | $5,000.00 | $12,500.00 | |
| 43. | Emery, Janet M., Executor | Conklin, Margaret | 22623 | $5,380.00 | $5,380.00 | |
| 44. | Correll, Sarah J. | Correll, V. | 24809 | $5,860.00 | $5,860.00 | |
| 45. | Coy, Daniel L | Coy, Melburn | 22280 | $6,580.00 | $6,580.00 | |
| 46. | Giardina, Rebecca C., Executor | Coy, Edna | 25998 | - | $5,380.00 | Stated Benefit With Securian at Termination |
| 47. | Taylor, Donna Jean | Crabtree, Billie | 22265 | $6,580.00 | $6,580.00 | |
| 48. | Newberry, David, et. al. | Cramoline, Virginia | 23903 | $6,000.00 | $5,000.00 | |
| 49. | Blofeld, Tammy L. | Cremeans, Christine | 26243 | $5,000.00 | $6,020.00 | Stated Benefit With Securian at Termination |
| 50. | Cummings , Darold B. | Cummings, Doris | 23415 | $5,180.00 | $5,180.00 | |
| 51. | Estate of Virginia Louise Curry | Curry, Virginia | 26544 | $5,860.00 | $5,860.00 | |
| 52. | Dammers, Mary Ann C. | Dammers, Leonard | 25127 | $5,000.00 | $7,500.00 | |
| 53. | Blackburn, Linda | Darlington, Ernestine | 21515 | $6,380.00 | $6,380.00 | |
| 54. | Daudell, Florence, Beneficiary) | Daudell, Robert | 24411 | $6,580.00 | $6,580.00 | |
| 55. | Davis, Lelva Joyce (Beneficiary) | Davis, Aubra | 22070 | $7,100.00 | $7,100.00 | |
| 56. | Jordan, Eleanor J. | Davis, Albert | 24157 | $3,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 57. | Hindson, Nancy | Deganne, Barbara | 22437 | $5,000.00 | $5,000.00 | |
| 58. | Delane, Lila Mae | Delane, Robert | 25285 | - | $6,780.00 | Stated Benefit With Securian at Termination |
| 59. | Nolan, Kathy J., Executor | Dendy, Aileen | 25267 | $6,380.00 | $6,380.00 | |
| 60. | Derr, Erma S. | Derr, Paul | 22882 | $9,500.00 | $9,500.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 61. | Doelitzsch, Evelyn | Doelitzsch, Eduard | 24672 | $7,000.00 | $7,100.00 | |
| 62. | Stephenson, Laura A., Executrix / Ward, Paula E. | Donohue, Donald | 22661 | $50,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 63. | Drummond, Michael K. | Drummond, Hilda | 21170 | $5,000.00 | $5,180.00 | Stated Benefit With Securian at Termination |
| 64. | Dunbar, Michael K. | Dunbar, Donna | 25945 | - | $6,020.00 | Stated Benefit With Securian at Termination |
| 65. | Duncan, Ronald E | Duncan, June | 24389 | $5,860.00 | $5,860.00 | |
| 66. | Dunlap, Gerald Ellis | Dunlap, Martha | 23052 | $7,100.00 | $7,100.00 | |
| 67. | Glies, Elizabeth | Durick, Andrew | 26560 | $7,100.00 | $7,100.00 | |
| 68. | Durkin, Mary Anne | Durkin, James | 22878 | $5,500.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 69. | Vines, Sharon E. | Eddy, Ruth | 23376 | $5,380.00 | $5,380.00 | |
| 70. | Edson, Paula | Edson, William | 22372 | $8,500.00 | $8,500.00 | |
| 71. | Edwards, Nora Lee | Edwards, Carter | 24934 | $7,100.00 | $7,100.00 | |
| 72. | Embry, James D. | Embry, Janice | 26001 | $6,020.00 | $6,020.00 | |
| 73. | Farthing, Joanne E. | Farthing, Earl | 22317 | $6,580.00 | $6,580.00 | |
| 74. | Fitzgerald, Betty J. | Fitzgerald, Francis | 21726 | $10,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 75. | Forth, William A. | Forth, Doris | 21833 | $5,000.00 | $5,000.00 | |
| 76. | Hiromoto, Brenda M. / Fujimoto, Brent S. | Fujimoto, Catherine | 22859 | $6,380.00 | $6,380.00 | |
| 77. | Lacer, Margie A. | Funk, Morris | 23138 | $7,000.00 | $6,380.00 | |
| 78. | Brewer, Angela M | Gaddis, Maebell | 21065 | $5,000.00 | $5,000.00 | |
| 79. | Garcia, Gloria | Garcia, Ramon | 26562 | $6,380.00 | $6,380.00 | |
| 80. | Gerbing, Geraldine | Gerbing, Donald | 21511 | $5,000.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 81. | Valdez, Patricia (Beneficiary) | Gienapp, Rebecca | 22322 | $5,860.00 | $5,860.00 | |
| 82. | Gill, Joe Marvin Jr. Estate | Gill, Joe | 21116 | $5,000.00 | $5,000.00 | |
| 83. | Jensen-Hansen, Lynda M. | Gilliland, Helen | 24718 | $7,600.00 | $7,600.00 | |
| 84. | Glover, Annette | Glover, Harold | 23839 | $6,380.00 | $6,380.00 | |
| 85. | Good, Bernadette M. | Good, Robert | 24732 | $7,500.00 | $7,500.00 | |
| 86. | Bruno, Kathryn, Trustee | Good, Marian | 21884 | $6,020.00 | $6,020.00 | |
| 87. | Goodloe, Milrene | Goodloe, Robert | 24208 | $6,780.00 | $6,780.00 | |
| 88. | Brown, Carol | Gottung, Phyllis | 22121 | $6,180.00 | $6,180.00 | |
| 89. | Estate of Josephine M. Gregorio | Gregorio, Josephine | 25538 | $5,000.00 | $5,000.00 | |
| 90. | Greubel, Sharon G | Greubel, Gerald | 20781 | $10,500.00 | $6,380.00 | Stated Benefit With Securian at Termination |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

**Schedule of Claims to be Reclassified to Reduced and Allowed**

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 91. | Guthrie, Theresa | Grimas, Blanche | 26557 | - | $6,180.00 | Stated Benefit With Securian at Termination |
| 92. | Gross, Gary J. | Gross, Harriet | 26237 | $5,380.00 | $5,380.00 | |
| 93. | Sivak, Patricia (Beneficiary) | Grzeskiewicz, Dorothy | 24939 | $6,580.00 | $6,580.00 | |
| 94. | Wozny, Kathleen | Gutkowski, Raymond | 21931 | $5,000.00 | $5,000.00 | |
| 95. | Estate of Leonilla M Hall | Hall, Leonilla | 21994 | $6,020.00 | $6,020.00 | |
| 96. | Hanewincked, Gerald L | Hanewinckel, Robert | 25633 | $3,090.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 97. | Hardin, Oscar C. | Hardin, Oscar | 25196 | $5,000.00 | $5,000.00 | |
| 98. | Fleisher, Suzanne K. / Dunlap, Sharon | Harrell, Elizabeth | 26548 | $5,700.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 99. | La Roche, Mikki, Personal Representative | Harrell, Bettie | 24008 | $5,000.00 | $5,000.00 | |
| 100. | Haskins, Eris A | Haskins, Eris | 21257 | $6,180.00 | $6,180.00 | |
| 101. | Heagle, Robert | Heagle, Robert | 21340 | $5,000.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 102. | Heckman, Lois M. (Beneficiary) | Heckman, Cloyd | 21666 | - | $5,280.00 | Stated Benefit With Securian at Termination |
| 103. | Heidel, Jane P. | Heidel, Harry | 26559 | - | $8,500.00 | Stated Benefit With Securian at Termination |
| 104. | Helgerson, Terry LaRue | Helgerson, Doretta | 22346 | $6,580.00 | $6,580.00 | |
| 105. | Wells, Linda M. | Hensley, Frances | 25762 | - | $6,380.00 | Stated Benefit With Securian at Termination |
| 106. | Estate of Doris M. Hertz | Hertz, Doris | 22025 | $5,000.00 | $5,000.00 | |
| 107. | Crist, Donna / Hicks, Duane | Hicks, Robert | 22352 | $7,100.00 | $7,100.00 | |
| 108. | Estate of Dorothy Ruth Higgitt | Higgitt, Dorothy | 24581 | $5,380.00 | $5,380.00 | |
| 109. | Noles, Pamela | Hill, Elvira | 23690 | $5,100.00 | $5,000.00 | |
| 110. | Hill, Barbara R | Hill, Clifford | 23389 | $8,000.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 111. | Hoffman, Susan J. | Hoffman, Paul | 22446 | $5,000.00 | $5,140.00 | Stated Benefit With Securian at Termination |
| 112. | Estate of Elizabeth Hoffman | Hoffman, Elizabeth | 21426 | $5,700.00 | $5,700.00 | |
| 113. | Holland, Barbara Ann | Holland, Walter | 23767 | $9,500.00 | $9,500.00 | |
| 114. | Maenhardt, Richard N. | Hollar, Ronald | 21481 | $6,380.00 | $6,380.00 | |
| 115. | Haefner, Andrew M. Executor | Holmgren, Donald | 24258 | $20,800.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 116. | Frank B Horner Liquidity Trust | Horner, Frank | 24788 | $5,000.00 | $14,500.00 | Stated Benefit With Securian at Termination |
| 117. | Hughes, Helen L | Hughes, Thomas | 21188 | $9,500.00 | $9,500.00 | |
| 118. | Hundley, Elizabeth R. (Beneficiary) | Hundley, Leroy | 25046 | $5,000.00 | $5,000.00 | |
| 119. | Hunter, Betty L. | Hunter, Randall | 22461 | $5,000.00 | $7,100.00 | |
| 120. | Thomas, Janie M | Hutcheson, Mary | 24106 | $5,540.00 | $5,540.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 121. | Beneficiaries of Barbara Ann Hutcheson | Hutcheson, Barbara | 22540 | $6,180.00 | $6,180.00 | |
| 122. | Hannon, Debra & Julius | Jackson, Amos | 26149 | $5,000.00 | $5,860.00 | |
| 123. | James, Francis Eakes | James, Scott | 22922 | $6,180.00 | $6,180.00 | |
| 124. | Janicki, Joseph Earl | Janicki, Anatol | 25642 | $9,500.00 | $9,500.00 | |
| 125. | Johnson, Marjorie Gretchen | Johnson, Kenneth | 21461 | $10,900.00 | $10,900.00 | |
| 126. | Johnson, Terry | Johnson, Joan | 26211 | $25,000.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 127. | Josephsen, Jim | Josephsen, Gene | 25123 | $8,500.00 | $8,500.00 | |
| 128. | Justice, James Donivan | Justice, Mollie | 25399 | $5,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 129. | Kaufmann, Lawrence R., Executor | Kaufmann, Angela | 22296 | $5,000.00 | $5,000.00 | |
| 130. | Keltner, Mary A. | Keltner, Donald | 21772 | $6,380.00 | $6,380.00 | |
| 131. | Kief, Patricia | Kief, Ronald | 22917 | $5,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 132. | Killian, Brian F | Killian, Shirley | 22754 | $7,500.00 | $7,500.00 | |
| 133. | Kimmel, Allen P. | Kimmel, Allen | 22725 | $10,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 134. | Caruso, Barbara King | King, Martha | 23756 | $6,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 135. | Kline, Dorothy S. | Kline, Alfred | 21848 | $5,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 136. | Knoth, James E. | Knoth, Beverly | 23932 | $5,000.00 | $5,000.00 | |
| 137. | Kong, Jr., Edward H. | Kong, Joyce | 24928 | $5,700.00 | $5,700.00 | |
| 138. | Kososki, Charmaine A. | Kososki, Edward | 23374 | $6,780.00 | $6,780.00 | |
| 139. | Kukulka, Richard J. | Kukulka, Joan | 23831 | $6,020.00 | $6,020.00 | |
| 140. | LaBruzza, Anthony | La Bruzza, Vincent | 21910 | $40,000.00 | $8,500.00 | Stated Benefit With Securian at Termination |
| 141. | Estate of Samuel Joseph Lambert | Lambert, Samuel | 25042 | $7,500.00 | $7,500.00 | |
| 142. | Larkin, Catherine C | Larkin, Catherine | 21045 | $7,500.00 | $7,500.00 | |
| 143. | Laurel, Armando | Laurel, Armando | 23851 | $5,700.00 | $5,700.00 | |
| 144. | John C. Laverty Revocable Trust | Laverty, John | 21406 | $7,500.00 | $7,500.00 | |
| 145. | Lawson, Mauvlline | Lawson, Mauvlline | 24070 | $5,000.00 | $5,000.00 | |
| 146. | Estate of Lois Lees | Lees, Lois | 22642 | $7,100.00 | $7,100.00 | |
| 147. | Clemmer, Denise | Lewis, Richard | 24424 | $5,000.00 | $7,100.00 | |
| 148. | Lieback, Mary | Lieback, Mary | 24479 | $22,420.32 | $6,180.00 | Stated Benefit With Securian at Termination |
| 149. | Lodge, Cristina | Lodge, Patricia | 21281 | $5,860.00 | $5,860.00 | |
| 150. | Lovings, James D. | Lovings, Minnie | 21387 | - | $6,380.00 | Stated Benefit With Securian at Termination |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 151. | Maionchi, Richard A | Maionchi, Geraldine | 22728 | $5,000.00 | $5,000.00 | |
| 152. | The Manning Family Trust | Manning, Katherine | 23655 | $6,580.00 | $6,580.00 | |
| 153. | Humphreys, Stanley W. | Mantych, Gerald | 23235 | $8,500.00 | $8,500.00 | |
| 154. | Maslar, Veronica | Maslar, Veronica | 24190 | $5,000.00 | $5,020.00 | Stated Benefit With Securian at Termination |
| 155. | Massi, David M. | Massi, Dolores | 20825 | $5,000.00 | $5,020.00 | Stated Benefit With Securian at Termination |
| 156. | Massucci, Dorothy | Massucci, Dorothy | 22263 | $5,380.00 | $5,380.00 | |
| 157. | Tousey, Susan K. Trustee | Mattson, Edna | 21215 | $5,000.00 | $5,380.00 | Stated Benefit With Securian at Termination |
| 158. | McCarthy, Kenneth (Beneficiary) | Mc Carthy, Dorothy | 24576 | $5,860.00 | $5,860.00 | |
| 159. | Mciver, Lynette (beneficiary of William H. McIver) | Mc Iver, William | 23494 | $6,780.00 | $6,780.00 | |
| 160. | Naber, Kathy | Mc Kinnon, Betty | 25757 | $5,000.00 | $5,000.00 | |
| 161. | McCall Smith, Tempie | Mccall, James | 23483 | - | $5,000.00 | Stated Benefit With Securian at Termination |
| 162. | McConihay, Mary A. | Mcconihay, Ray | 24178 | - | $6,780.00 | Stated Benefit With Securian at Termination |
| 163. | Heirs of Margaret A. Mead | Mead, Margaret | 22233 | $5,380.00 | $5,380.00 | |
| 164. | Case, Paula | Melquist, Mary Ann | 20841 | $10,000.00 | $5,180.00 | Stated Benefit With Securian at Termination |
| 165. | Menefee, Wanda | Menefee, Evelyn | 21144 | $5,000.00 | $5,000.00 | |
| 166. | Nygaard, Larrygene Curtis | Milbert, Edith | 23902 | $5,200.00 | $5,200.00 | |
| 167. | Barton, Sondra L | Miller, Norma | 21452 | $5,000.00 | $5,000.00 | |
| 168. | Miller, Georgia M. | Miller, Gerold | 20989 | $13,000.00 | $10,900.00 | Stated Benefit With Securian at Termination |
| 169. | Estate of Dwight L. Miller, Jr. | Miller, Dwight | 24149 | $25,000.00 | $6,780.00 | Stated Benefit With Securian at Termination |
| 170. | Miller, Charlotte / Sowinski (Watson), Jerri | Miller, Charlotte | 24250 | $5,000.00 | $5,000.00 | |
| 171. | Estate of Thomas J Millon | Millon, Thomas | 23619 | $9,500.00 | $9,500.00 | |
| 172. | Minasian, Robert A. | Minasian, Rose | 20873 | $9,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 173. | Berg, Cynthia Lynn | Moore, Burton | 24041 | $6,000.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 174. | Moreno, Richard | Moreno, Richard | 23740 | $10,620.00 | $6,180.00 | Stated Benefit With Securian at Termination |
| 175. | Morris, Audrey S. | Morris, Audrey | 21570 | $5,540.00 | $5,540.00 | |
| 176. | Mowrer, Marthann | Mowrer, Eugene | 23472 | $5,000.00 | $9,500.00 | Stated Benefit With Securian at Termination |
| 177. | Munoz, Tomas G | Munoz, Lola | 23094 | $5,000.00 | $6,020.00 | |
| 178. | Yankowsky, Irene | Murphy, John | 22334 | $6,380.00 | $6,380.00 | |
| 179. | Nelms, Bennie R. | Nelms, Jr, Claiborne | 24529 | $32,000.00 | $14,500.00 | Above threshold for Sears Retiree Class Membership, reduced to $14,500 |
| 180. | Nelson, Dennis / Nelson, Timothy | Nelson, Evelyn | 24385 | $5,000.00 | $5,540.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
Exhibit 1 - Recently Deceased Class

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 181. | Leslie, Vickie L. | Neumann, Margaret | 21645 | $5,380.00 | $5,380.00 | |
| 182. | Nikucki, Mark | Nikucki, John | 26025 | $8,500.00 | $8,500.00 | |
| 183. | Good, Marilyn M. | O'Brien, Gladys | 25503 | $5,540.00 | $5,540.00 | |
| 184. | Livingston Jr., Jack Edward | Oliver, Virginia | 21283 | $10,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 185. | Quatrale, John A. | Palange, Sabina | 21853 | $6,000.00 | $6,000.00 | |
| 186. | Place Family Trust | Place, Therese | 25948 | $6,800.00 | $5,180.00 | Stated Benefit With Securian at Termination |
| 187. | Potter, Kathryn | Potter, Emma | 21204 | $5,540.00 | $5,540.00 | |
| 188. | Presley, Linda D. & George S. (beneficiaries) | Presley, George | 25342 | $6,580.00 | $6,580.00 | |
| 189. | Price, Rebecca G. | Price, David | 23122 | $6,580.00 | $6,580.00 | |
| 190. | Prince, Gary L. | Prince, Edna | 24425 | $12,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 191. | Pulskamp, Shirley M. | Pulskamp, Eugene | 23498 | $6,780.00 | $6,780.00 | |
| 192. | Ramsey, Wilda M. | Ramsey, Wilda | 22860 | $12,000.00 | $6,580.00 | Stated Benefit With Securian at Termination |
| 193. | Ramsey, Iris Ann | Ramsey, John | 24713 | $26,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 194. | Reynolds, James P. | Reynolds, James | 22590 | $5,000.00 | $5,000.00 | |
| 195. | Rezzuto, Mary P. | Rezzuto, Gene | 23583 | $7,500.00 | $7,500.00 | |
| 196. | Richardson, Harold C. | Richardson, Harold | 23315 | - | $9,500.00 | Stated Benefit With Securian at Termination |
| 197. | Bartram, Claudia M. | Riddle, Betty | 21763 | $40,000.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 198. | Rios, Patsy | Rios, Richard | 23135 | $5,000.00 | $5,000.00 | |
| 199. | Robbins, John | Robbins, Merle | 24242 | - | $6,780.00 | Stated Benefit With Securian at Termination |
| 200. | Roberts, Betty A | Roberts, Virgil | 22282 | $14,200.00 | $7,100.00 | |
| 201. | Roberts, Ellen | Roberts, Donald | 21455 | $6,380.00 | $6,380.00 | |
| 202. | Rogala, Joseph John | Rogala, Mary | 21259 | $7,500.00 | $7,500.00 | |
| 203. | Romero, Jean J. | Romero, Fred | 26095 | $6,180.00 | $6,180.00 | |
| 204. | Rominski, Donald / Florendo, Linda (Beneficiaries) | Rominski, Lillian | 22337 | $5,860.00 | $5,860.00 | |
| 205. | Bryan, Patricia Jo | Roseman, Delores | 25983 | $5,700.00 | $5,700.00 | |
| 206. | Lawrence, Debbie | Rowe, Glen | 24127 | $6,380.00 | $6,380.00 | |
| 207. | Saffioti, Thomas N. (Trust) | Saffioti, Thomas | 20836 | $5,000.00 | $7,500.00 | Stated Benefit With Securian at Termination |
| 208. | Acosta, Sydney, Lauren & Alexandra, Sophia | Sanchez, Eulalia | 22039 | $16,800.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 209. | Savage, Kenny / Estate of Thomas Savage | Savage, Corine | 25915 | $6,380.00 | $6,380.00 | |
| 210. | Scammon, Steve | Scammon, Shirley | 21227 | - | $5,260.00 | Stated Benefit With Securian at Termination |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 211. | Schnitzer, Frederick C. | Schnitzer, Barbara | 21969 | $5,000.00 | $5,000.00 | |
| 212. | Searcy, Jane M. | Searcy, Jane | 25174 | $25,000.00 | $6,020.00 | Stated Benefit With Securian at Termination |
| 213. | Designated Beneficiaries of Margaret B Seth | Seth, Margaret | 22311 | $5,000.00 | $5,000.00 | |
| 214. | Estate of Mary L. Shannon | Shannon, Mary | 24066 | $5,000.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 215. | Skinner, James | Skinner, Avon | 21151 | $5,000.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 216. | Smith, Frank J. | Smith, Frank | 24800 | $7,100.00 | $7,100.00 | |
| 217. | Snyder, Emory (Beneficiary) | Snyder, Carmela | 22984 | $7,500.00 | $7,500.00 | |
| 218. | Sokolowski, Ann Christine (Beneficiary) | Sokolowski, Steven | 20948 | $6,580.00 | $6,580.00 | |
| 219. | Children of Dorothy D Southard | Southard, Dorothy | 20778 | $6,180.00 | $6,180.00 | |
| 220. | Nagle, Joyce F. (Beneficiary) | Spare, Grace | 25374 | $6,180.00 | $6,180.00 | |
| 221. | Spindler, Randy Lee | Spindler, Charles | 23419 | $6,380.00 | $6,380.00 | |
| 222. | Christine B Spinks Trust | Spinks, Christine | 23863 | $5,000.00 | $5,860.00 | Stated Benefit With Securian at Termination |
| 223. | Jeanette Staffa Trust | Staffa, Jeanette | 25388 | $5,700.00 | $5,700.00 | |
| 224. | Virginia Steele Estate | Steele, Virginia | 20872 | $18,800.00 | $6,380.00 | Stated Benefit With Securian at Termination |
| 225. | Steininger, Mary | Steininger, Edward | 26473 | $26,000.00 | $7,100.00 | Stated Benefit With Securian at Termination |
| 226. | Engelgau, Karen, et. al. | Story, Geraldine | 24312 | $5,260.00 | $5,260.00 | |
| 227. | Strine, Wilma N. | Strine, Richard | 22239 | $10,900.00 | $10,900.00 | |
| 228. | Struckman, Kevin (Beneficiary) | Struckman, Gertrude | 23056 | $5,860.00 | $5,860.00 | |
| 229. | Stute, Lucille Joann (Estate) | Stute, Lucille | 21513 | $5,700.00 | $5,700.00 | |
| 230. | Sullenger, Christin U | Sullenger, Chrystine | 25327 | $6,180.00 | $6,180.00 | |
| 231. | Sylvester, Kenneth, et . al. | Sylvester, Agnes | 21019 | $5,380.00 | $5,380.00 | |
| 232. | Talevski, Liljana | Talevski, Pande | 25715 | - | $6,180.00 | Stated Benefit With Securian at Termination |
| 233. | Garish, Sharlene | Taman, Barbara | 25819 | $5,860.00 | $5,860.00 | |
| 234. | Matthews, Patricia Taylor | Taylor, Helen | 24967 | $5,000.00 | $5,000.00 | |
| 235. | Temple, Worrell, et al. | Temple, Carolyn | 25817 | $6,380.00 | $6,380.00 | |
| 236. | Tengwall, Colette (Beneficiary) | Tengwall, Delos | 22611 | $8,500.00 | $8,500.00 | |
| 237. | Traillin, Bernice (Beneficiary) | Traillin, Julius | 21200 | $7,500.00 | $7,500.00 | |
| 238. | Estate of Robert Treat | Treat, Robert | 24372 | $405,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 239. | Blickley, Joyce R. (Beneficiary) | Trumbette, Lillian | 25857 | $10,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 240. | Valdez, Joan Elaine | Valdez, Freddie | 20853 | $6,380.00 | $6,380.00 | |

**Debtors' Forty-Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Recently Deceased Class**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified to Reduced and Allowed

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Total Asserted Claim Amount | Allowed Administrative Expense Claim | Reasons for Change to Claim Amount (if any) |
|---|---|---|---|---|---|---|
| 241. | Valencia, Diana R. | Valencia, Jose | 25575 | $13,500.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 242. | Viehweg, Patricia | Viehweg, Robert | 21530 | $7,100.00 | $7,100.00 | |
| 243. | Vitale, Joan | Vitale, Robert | 25258 | $6,020.00 | $6,020.00 | |
| 244. | Walker, Mary E. (Beneficiary) | Walker, Charles | 25167 | $6,780.00 | $6,780.00 | |
| 245. | Washingtion, Sally M. / Williams, Ruby L. | Washington, Willie | 25706 | $5,000.00 | $5,000.00 | |
| 246. | Grem, Melodie / Watkins, Curtis / Joinder, Susan | Watkins, Janette | 26063 | $5,000.00 | $5,000.00 | |
| 247. | Weir, Jim Christie | Weir, Louise | 24419 | $5,860.00 | $5,860.00 | |
| 248. | Weldon, Lylalee L. | Weldon, Edwin | 26158 | $6,380.00 | $6,380.00 | |
| 249. | Weller, Wallace E. | Weller, Wallace | 23667 | - | $6,020.00 | Stated Benefit With Securian at Termination |
| 250. | Estate of Joseph Werner | Werner, Joseph | 20996 | $20,000.00 | $5,000.00 | Stated Benefit With Securian at Termination |
| 251. | Wessell, Michael D. / Wessel, Kim (Beneficiaries) | Wessell, Patricia | 23493 | $5,000.00 | $5,100.00 | Stated Benefit With Securian at Termination |
| 252. | White, Keith M. | White, Roy | 25604 | $6,380.00 | $6,380.00 | |
| 253. | Whitney, Steven L., Trustee | Whitney, Betty | 25236 | - | $6,180.00 | Stated Benefit With Securian at Termination |
| 254. | Bratcher, Ann W | Wilhoit, Barbara | 24005 | $5,700.00 | $5,700.00 | |
| 255. | Wilkins, William G. | Wilkins, Mary | 22448 | $6,500.00 | $6,580.00 | |
| 256. | Willard, Kirk A., Executor | Williams, Ruth | 23145 | $5,000.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 257. | Williams, Susan J. | Williams, Ronald | 24716 | $7,100.00 | $7,100.00 | |
| 258. | Williams, Catherine W. | Williams, Marvin | 20810 | $7,500.00 | $7,500.00 | |
| 259. | Lilla, Evelyn Wine | Wine, Angelina | 25116 | $5,860.00 | $5,860.00 | |
| 260. | Wisel, Alice | Wisel, Maurice | 21514 | $7,500.00 | $7,500.00 | |
| 261. | Wolfe, Mary Jane | Wolfe, Mary Jane | 25305 | $1,500.00 | $5,700.00 | Stated Benefit With Securian at Termination |
| 262. | Vaughn, Judith | Woodard, Bonnie | 22120 | $5,700.00 | $5,700.00 | |
| 263. | Wriston, Shirley McCarn | Wriston, Charley | 26543 | $7,100.00 | $7,100.00 | |
| 264. | Sheehan, Eileen & Yakowenko, Gerald | Yakowenko, Olga | 22504 | $5,180.00 | $5,180.00 | |
| 265. | Young, Allan R. | Young, Allan | 24620 | $6,180.00 | $6,180.00 | |
| 266. | Estate of Eva Zahorai | Zahorai, Eva | 22769 | $5,380.00 | $5,380.00 | |
| 267. | Davis, Juanita | Davis, Albert | 24517 | $5,000.00 | $6,380.00 | |