**Exhibit 1**

**Recently Deceased Class Member Claims**

**Exhibit 1**

**Recently Deceased Class Member Claims**

**Debtors' Forty-Seventh Omnibus Objection to Claims**  
Exhibit 1 - Reclass to GUC

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
|---|---|---|---|---|---|
| 1. | Allaire Jr., Roy J. | Not Specified | 22921 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 2. | Allen, Garnet | Not Specified | 25059 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 3. | Amrein, Richard F. | Not Specified | 21294 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 4. | Betty Lee Payne Estate | Payne, Betty | 25684 | Priority | Below threshold for Sears Retiree Class Membership |
| 5. | Bowes, Mary R. | Not Specified | 23208 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 6. | Bradley, Lisa L. | Not Specified | 26546 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 7. | Brower, Norma | Not Specified | 24762 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 8. | Brown, Dorothy M | Not Specified | 23957 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 9. | Burke, Joan F | Not Specified | 26576 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 10. | Cameron, Catherine | Not Specified | 21699 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 11. | Campbell, William A | Not Specified | 25135 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 12. | Carter, Flo (Florence) | Not Specified | 22277 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 13. | Cassel Jr, Walter C | Not Specified | 22681 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 14. | Castellana, John E | Not Specified | 22257 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 15. | Childers, Ethel Idell | Not Specified | 24868 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 16. | Churchwell, Doris J. | Not Specified | 21364 | Priority / Secured / 503(b)(9) | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 17. | Cinquanto, Raymond D | Not Specified | 21768 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 18. | Cornelius, Brenda | Paulk, Leonard | 25343 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 19. | Cronin, John | Not Specified | 23604 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 20. | Crump, Eleanor | Not Specified | 24836 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 21. | Darlington, Mary | Darlington, Mary | 22912 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 22. | Davis Jr, Irvin W | Not Specified | 24630 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 23. | Dechicco, Philip R. | Not Specified | 25102 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 24. | Dechicco, Philip R. | Not Specified | 25103 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 25. | D'Eugenio, Evelyn | Not Specified | 22377 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 26. | Donahue, Floretta S. | Not Specified | 24935 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

| Debtors' Forty-Seventh Omnibus Objection to Claims | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|
| Exhibit 1 - Reclass to GUC | | | | Case No. 18-23538 (RDD) |

| Schedule of Claims to be Reclassified ||||||
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 27. | Donna Rangel For The Estate Of Imogene Gorer | Not Specified | 24993 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 28. | Dunks, Wallace Edwin | Not Specified | 20995 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 29. | Estate of Alma J. Anderson | Anderson, Elma | 23050 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 30. | Estate of Dupree Leon Cape | Cape, Dupree | 24586 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 31. | Estes, Kelsay Anne | Not Specified | 21122 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 32. | Finley, Linzie | Not Specified | 25176 | Secured/Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 33. | Finley, Thelma Louise | Not Specified | 21923 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 34. | Gallop, Wilma J. | Not Specified | 24485 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 35. | Garland, Kathryn J. | Not Specified | 23038 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 36. | Gervasi, Dorothy C. | Not Specified | 25571 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 37. | Golding, Charles M. | Not Specified | 22011 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 38. | Goodlow, Alphonse | Not Specified | 25886 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 39. | Gordon, Gloria M | Not Specified | 25554 | Priority/503(b)(9) | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 40. | Gravelle, Arthur P. | Not Specified | 21499 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 41. | Gremli, Eileen | Not Specified | 20670 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 42. | Griffin, Dwight H. | Not Specified | 23942 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 43. | Guillermo, Leona | Not Specified | 23278 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 44. | Guiseppe, Catherine M | Not Specified | 23460 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 45. | Guttman, Robert S | Not Specified | 20580 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 46. | Hall, Gloria | Not Specified | 24978 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 47. | Hamlin, Carl | Not Specified | 23582 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 48. | Hamlin, Carl | Not Specified | 24933 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 49. | Hamlin, Carl Lee | Not Specified | 23527 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 50. | Harmon, Jane | Harmon, Jane | 23367 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 51. | Harper, Robert | Not Specified | 24211 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 52. | Hayashida, Patsy | Not Specified | 24474 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Debtors' Forty-Seventh Omnibus Objection to Claims**  
**Exhibit 1 - Reclass to GUC**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
|---|---|---|---|---|---|
| 53. | Heinz, H. Peter | Not Specified | 21844 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 54. | Henderson, Betty | Not Specified | 21090 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 55. | Henson, Adrienne | Johnson, Eula | 22395 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 56. | Higgins, William W. | Not Specified | 26181 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 57. | Izzo, Anthony V. | Not Specified | 25286 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 58. | Jessop, Judith A. | Not Specified | 26188 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 59. | Jones, Deniece | Not Specified | 23682 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 60. | Kampman, Carolyn Sue | Not Specified | 25232 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 61. | Karlen, Frank Wayne | Not Specified | 22108 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 62. | Kathleen G. Maj Revocable Trust | Maj, Kathleen | 21561 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 63. | Kirchoff, Clarence | Kirchoff, Clarence | 25419 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 64. | Kirkpatrick, Erna | Not Specified | 23443 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 65. | Koehler Jr., Albert A | Not Specified | 23271 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 66. | Kosobud, Kenneth Eugene | Not Specified | 21335 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 67. | Kroll, Marlene F. | Not Specified | 25397 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 68. | Krones, John L. | Not Specified | 25107 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 69. | L.A. Low | Not Specified | 25680 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 70. | Lamantia, Loretta | Not Specified | 23074 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 71. | Lesher, Donna L | Not Specified | 25098 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 72. | Licata, Mary J | Not Specified | 23534 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 73. | Lillian Malko Trust | Malko, Lillian | 24553 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 74. | Lindsley, Ernestine M | Not Specified | 25855 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 75. | Lunsford, Charles E | Not Specified | 22649 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 76. | Mack, Virginia | Not Specified | 23353 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 77. | Mampel, Elsa L | Not Specified | 22866 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 78. | Marcucci, Audrey J. | Not Specified | 24197 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Debtors' Forty-Seventh Omnibus Objection to Claims**  
**Exhibit 1 - Reclass to GUC**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Claims to be Reclassified

| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
|---|---|---|---|---|---|
| 79. | Martin, Jimmy Charles | Not Specified | 25173 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 80. | Martinez, Marilyn | Not Specified | 25766 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 81. | Mary Ellen Williams Trust | Williams, Mary | 26424 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 82. | Maxfield, Gerard Peter | Not Specified | 23716 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 83. | McAllister, Donna | Mccallister, Carl | 25711 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 84. | Mcallister, Donna J | Not Specified | 25073 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 85. | McCarthy Sr, Jerome Devins | Not Specified | 23066 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 86. | Meeler, Katheren | Not Specified | 23283 | 503(b)(9) | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 87. | Mellene, Charlotte C. | Not Specified | 21506 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 88. | Membrila, Olga J | Not Specified | 25119 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 89. | Messer, Donna Mae | Not Specified | 24100 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 90. | Morris, James R. | Not Specified | 23885 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 91. | Mundy, Lorene G. | Not Specified | 24164 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 92. | Nappi, Amelia | Not Specified | 21342 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 93. | O'Brien, Mearl E | Not Specified | 23936 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 94. | O'Hara, Rose E. | Not Specified | 25658 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 95. | O'Heran-Rettenmaier, Helen | Not Specified | 23536 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 96. | O'Keefe, Eugene T. | Not Specified | 24175 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 97. | O'Neill, James | Not Specified | 25188 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 98. | Oney, Vonda L. | Not Specified | 22721 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 99. | Parry, William | Parry, William | 24523 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 100. | Peona, Alessio J. | Not Specified | 25035 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 101. | Pheagin, Marilyn | Not Specified | 22559 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 102. | Piland, Minnie | Piland, Minnie | 23553 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 103. | Plenty, Dal | Not Specified | 26589 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 104. | Prindle, Joan A. | Not Specified | 24323 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Debtors' Forty-Seventh Omnibus Objection to Claims**  
**Exhibit 1 - Reclass to GUC**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Reclassified | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Retiree Class Member Name | Affected Proof of Claim No. | Asserted Claim | Reason for Reclassification |
| 105. | Raimondi, Vickie A. | Not Specified | 21069 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 106. | Renn Jr., Lawrence James | Not Specified | 22722 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 107. | Reynolds, Judith E | Not Specified | 20943 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 108. | Rogers, Barbara Alice | Not Specified | 26240 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 109. | Sanchez, Debra | Null, Reva | 26487 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 110. | Shaffer, Thomas David | Not Specified | 25369 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 111. | Shawhan, Luella | Not Specified | 25594 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 112. | Silvey, Daphene S. | Not Specified | 25360 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 113. | Sinkiewicz, Robert W. | Not Specified | 23560 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 114. | Smith, Roosevelt | Not Specified | 23593 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 115. | Snyder, Don Hax | Not Specified | 21247 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 116. | Spanitz, Rosemarie | Not Specified | 25165 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 117. | Sparks, Nanci | Wright, Joyce | 20676 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 118. | Sponziello, Peter D. | Not Specified | 21956 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 119. | Stephenson, Norman Carl | Not Specified | 21300 | Priority | Below threshold for Sears Retiree Class Membership |
| 120. | Surles, Balam A. | Not Specified | 24261 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 121. | The Estate of Jane F. Landauer | Landauer, Jane | 21187 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 122. | Thomas P. Reidy (Living Trust Beneficiaries) | Not Specified | 26547 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 123. | Tibbott, Barbara D. | Not Specified | 21914 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 124. | Tibbott, Barbara D. | Not Specified | 22608 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 125. | Tyson, Dolores | Not Specified | 23125 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 126. | U'Ren, William D. | Not Specified | 23990 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 127. | Wakefield, Richard | Not Specified | 23564 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 128. | Wallace, Virginia Maxine | Not Specified | 22118 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 129. | Ward, Jr., Perle | Ward, Perle | 21752 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 130. | Wass, Carolene | Not Specified | 25323 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |

**Debtors' Forty-Seventh Omnibus Objection to Claims**  
**Exhibit 1 - Reclass to GUC**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | Schedule of Claims to be Reclassified | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Retiree Class Member Name** | **Affected Proof of Claim No.** | **Asserted Claim** | **Reason for Reclassification** |
| 131. | Wilson, Mary | Wilson, Mary | 22634 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 132. | Windhausen, Karen | Not Specified | 23332 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 133. | Young, Frank | Young, Franklin | 23712 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 134. | Younge, Sr., George E. | Not Specified | 22041 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 135. | Yzaguirre, Gilbert M | Not Specified | 22647 | Priority | No Evidence of Death on or Between 3/15/19 and 10/9/19 |
| 136. | Zurn, Carol J. | Not Specified | 23236 | Secured | No Evidence of Death on or Between 3/15/19 and 10/9/19 |