# Exhibit 2

## Disallowed Claims

| Debtors' Forty-Seventh Omnibus Objection to Claims | | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|---|
| Exhibit 2 - Disallow | | | | | Case No. 18-23538 (RDD) |

### Schedule of Claims to be Disallowed

| Ref # | Name of Claimant | Affected Proof of Claim No. | Asserted Claim | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Avanti, Louisa | 14313 | 503(b)(9) | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 2. | Beck, Thomas | 22017 | Priority | $10,000.00 | No supporting documentation provided indicating purported retiree entitled to any claim against Debtors |
| 3. | Bell, Victor J. | 18825 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 4. | Brandenburg, Walter E | 22478 | Priority | $9,500.00 | Duplicate of claim 23766 |
| 5. | Brandt, Jerry L | 21736 | Priority | $8,500.00 | Duplicate of claim 21760 |
| 6. | Brandt, Jerry L | 21756 | Priority | $8,500.00 | Duplicate of claim 21760 |
| 7. | Brandt, Jerry Lee | 21755 | Priority | $8,500.00 | Duplicate of claim 21760 |
| 8. | Byrd, Geraldine | 21059 | Priority | $100,000.00 | Duplicate of claim 23051 |
| 9. | Callahan, Dennis Charles | 23465 | Priority | $5,000.00 | Duplicate of claim 24658 |
| 10. | Clark, Kimberly | 24678 | Priority | $10,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 11. | Coleman Dixon, Johnniemae | 18719 | Priority | $1,282.81 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 12. | Conner, Deborah E. | 26214 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 13. | Darlington (Deseased), Mary L. | 22406 | Priority | $5,860.00 | Duplicate of claim 22912 |
| 14. | Engholm, Theresa A. | 18555 | Priority | $19,883.92 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 15. | Fleck, Ronald L | 10423 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 16. | Hanesworth, Daniel J | 18576 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 17. | Herring, Jimmie L | 20722 | Priority | $6,200.00 | Duplicate of claim 23040 |
| 18. | Hofmann, Jr., Adolf H. | 21206 | Priority | $25,500.00 | Duplicate of claim 24046 |
| 19. | Holt, Robie Reid | 25999 | Priority | $5,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 20. | Igel, Marlene | 7709 | Priority | $5,400.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 21. | Ikegami, Carol | 24447 | Priority | $10,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 22. | Jones, Dianna | 19198 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |

| | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|
| Debtors' Forty-Seventh Omnibus Objection to Claims | | | | |
| Exhibit 2 - Disallow | | | | Case No. 18-23538 (RDD) |

### Schedule of Claims to be Disallowed

| Ref # | Name of Claimant | Affected Proof of Claim No. | Asserted Claim | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 23. | Laack, Carla J | 18000 | Priority | $21,600.94 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 24. | Marlatt, Roy | 22194 | Priority | $5,000.00 | No supporting documentation provided indicating purported retiree entitled to any claim against Debtors |
| 25. | Massy, Margaret | 21028 | Secured | $50,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 26. | McMahon, Helene | 16767 | Secured | $89.04 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 27. | Morris, Robert Douglas | 21159 | Priority | $8,500.00 | Duplicate of claim 24807 |
| 28. | Noble, Jay | 26474 | Priority | $50,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 29. | Onofry, Peter D | 18245 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 30. | Patterson, Shawn | 17647 | Priority | - | No supporting documentation provided indicating purported retiree entitled to any claim against Debtors |
| 31. | Pierce, Joseph | 22740 | Priority | - | Claimant not a retiree entitled to paid-up life insurance benefit |
| 32. | Sanderson, Edward | 25463 | Priority | $9,500.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 33. | Santiago, Luciano Pagan | 23073 | GUC | $150,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 34. | Scheidell, Richard Lee | 21009 | GUC | $7,100.00 | Duplicate of claim 21827 |
| 35. | Smith, Eddie | 23179 | Priority | $5,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 36. | Stephens, David | 25560 | Secured | $25,000.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 37. | Weldon, Lylalee L. | 26032 | 503(b)(9) | $18,800.00 | Duplicate of claim 26158 |
| 38. | Wiegand, Sandra M | 12499 | Priority | $500.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 39. | Willett, Morris LeVan | 20748 | Priority | $15,000.00 | Duplicate of claim 21052 |
| 40. | Zahner, Dane Grant | 11210 | Priority | $24,800.00 | Claimant not a retiree entitled to paid-up life insurance benefit |
| 41. | Zhang, Xiaolin | 10019 | Priority | $15,914.88 | Claimant not a retiree entitled to paid-up life insurance benefit |