UNITED STATES BANKRUPTCY COURT [1]
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket Index 10418 |

**ORDER INCREASING THE LIMIT ON FEES OF RETIREES COMMITTEE
PROFESSIONALS RETAINED PURSUANT TO 11 U.S.C. § 327(a)**

Upon the motion, dated June 2, 2022 (Dkt. No. 10467) (the "Motion"), of the Official Committee of Retirees With Life Insurance Benefit (the "Retirees Committee") of Sears Holdings Corporation and its affiliated debtors, for entry of an order increasing the limit on the fees of Retirees Committee professionals retained pursuant to 11 U.S.C. § 327(a), as previously set forth in the Court's Order dated June 25, 2019 (the "Formation Order") (Dkt. No. 4357) from $250,000 to $350,000, all as more fully set forth in the Motion; and there being due and sufficient notice of the Motion and the opportunity for a hearing thereon; and there being no objections to the requested relief; and no additional notice or a hearing being required; and the Court having jurisdiction to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Pg 2 of 2

consider the Motion and the relief requested therein under 28 U.S.C. §§ 157(a)-(b) and 1334(b); and, after due deliberation the Court having determined that raising the cap on the Retirees Committee's professional fees is warranted in the light of the additional work undertaken by such professionals beyond that contemplated by the Formation Order; and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that **t**he Motion is granted, and the cap on the budget set forth in the Formation Order is amended and increased to $350,000.

Dated: June 22, 2022
White Plains, New York

/s/ *Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE