Bradley R. Schneider (CA Bar 235296)
  *bschneider@kbkfirm.com*
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Ste. 1725
Los Angeles, CA 90067
Telephone: 310-556-2700
Facsimile: 310-556-2705

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Case No. 7:18-bk-23538 (RDD) |
|---|---|
| Sears Holdings Corporation, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAW AS COUNSEL AND REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Bradley R. Schneider has changed law firms, and no longer represents Whirlpool Corporation in this matter, and hereby requests to be removed from receiving electronic notices at the following e-mail addresses:

bschneider@kbkfirm.com

DATED: June 23, 2022

Respectfully submitted,

KENDALL BRILL & KELLY LLP

By: *s/ Bradley R. Schneider*
Bradley R. Schneider