UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
In re:                                                          :
                                                                :     Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                             :
                                                                :     Case No. 18-23538 (RDD)
                                                                :
                Debtors.¹                                       :     (Jointly Administered)
----------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

I, Noa A. Marcus, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via overnight mail and email on the Office of the United States Trustee for Region 2, Attn: Paul Schwartzberg & Richard Morrissey, 201 Varick Street, Suite 1006, New York, NY 10014, richard.morrissey@usdoj.gov, paul.schwartzberg@usdoj.gov; (2) via overnight mail on the Chambers of Honorable Robert Drain, US Bankruptcy Court SDNY, 300 Quarropas Street Rm 248, White Plains, NY, 10601; and (3) by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Twenty-Ninth Monthly Fee Statement of Herrick, Feinstein LLP for Professional Services Rendered and Disbursements Incurred as Special Conflicts Counsel to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Official Committee of Unsecured Creditors for the Period of April 1, 2022 through April 30, 2022 [Docket No. 10495]

Dated: June 24, 2022

*/s/ Noa A. Marcus*
Noa A. Marcus

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 24, 2022, by Noa A. Marcus, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | | | | | | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com | Email |
| Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | pollack@ballardspahr.com marriott@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | heilmanl@ballardspahr.com summersm@ballardspahr.com daluzt@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | harnerp@ballardspahr.com kutnera@ballardspahr.com | First Class Mail and Email |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | rob.riecker@searshc.com luke.valentino@searshc.com mmeghji@miiipartners.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | | | | | | Paul.Leake@skadden.com Shana.Elberg@skadden.com george.howard@skadden.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | | | | | | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com Jared.Friedmann@weil.com Jessie.Mishkin@weil.com | Email |