**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**FORTY-THIRD MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | April 1, 2022 through April 30, 2022 |
| Monthly Fees Incurred: | **$410,648.50** |
| 20% Holdback: | **$82,129.70** |
| Total Compensation Less 20% Holdback: | **$328,518.80** |
| Monthly Expenses Incurred: | **$7,073.40** |
| Total Fees and Expenses Requested: | **$335,592.20** |

This is a _x_ monthly _____ interim _____ final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Third Monthly Fee Statement") covering the period from April 1, 2022 through and including April 30, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Third Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the

---

[2] The total amount sought for fees and expenses ($417,721.90) reflects voluntary reductions for the Compensation Period of $42,587.50 in fees and $2,587.03 in expenses.

amount of $328,518.80 (80% of $410,648.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $7,073.40 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Forty-Third Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675

Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Forty-Third Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **July 13, 2022** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no Objections to this Forty-Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Third Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York                     AKIN GUMP STRAUSS HAUER & FELD LLP
June 28, 2022

By: */s/    Ira S. Dizengoff*
     Ira S. Dizengoff
     Philip C. Dublin
     Sara L. Brauner
     One Bryant Park
     New York, New York 10036
     Telephone: (212) 872-1000
     Facsimile: (212) 872-1002
     Email: idizengoff@akingump.com
            pdublin@akingump.com
            sbrauner@akingump.com

     *Counsel to the Official Committee of*
     *Unsecured Creditors of Sears Holdings*
     *Corporation, et al.*

**<u>Exhibit A</u>**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 89.60 | 125,440.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1,775.00 | 4.00 | 7,100.00 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 107.10 | 149,940.00 |
| David Zensky | Litigation | 1988 | 1,775.00 | 27.00 | 47,925.00 |
| **Total Partner** | | | | **227.70** | **330,405.00** |
| **SENIOR COUNSEL AND COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Jeffrey Latov | Litigation | 2017 | 1,095.00 | 11.40 | 12,483.00 |
| Roxanne Tizravesh | Litigation | 2009 | 1,330.00 | 7.40 | 9,842.00 |
| **Total Counsel** | | | | **18.80** | **22,325.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Laura Tatum | Corporate | 2020 | 775.00 | 6.30 | 4,882.50 |
| Russell Collins | Litigation | 1998 | 535.00 | 51.20 | 27,392.00 |
| Patrick Glackin | Litigation | 2019 | 925.00 | 13.20 | 12,210.00 |
| Jillian Kulikowski | Litigation | 2019 | 925.00 | 7.70 | 7,122.50 |
| **Total Associates** | | | | **78.40** | **51,607.00** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Dagmara Krasa | Financial Restructuring | N/A | 475.00 | 5.70 | 2,707.50 |
| Kelsey Robins | Financial Restructuring | N/A | 265.00 | 13.60 | 3,604.00 |
| **Total Paralegals and Legal Assistants** | | | | **19.30** | **6,311.50** |
| **Total Hours / Fees Requested** | | | | **344.20** | **410,648.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,430.95 | 246.50 | 352,730.00 |
| Associates | 658.25 | 78.40 | 51,607.00 |
| Paralegals/Non-Legal Staff | 327.02 | 19.30 | 6,311.50 |
| Blended Timekeeper Rate | 1,193.05 | | |
| **Total Fees Incurred** | | **344.20** | **410,648.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 7.30 | 5,872.50 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 1.30 | 1,820.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 40.50 | 52,762.50 |
| 12 | General Claims Analysis/Claims Objections | 0.60 | 840.00 |
| 20 | Jointly Asserted Causes of Action | 294.00 | 348,653.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.50 | 700.00 |
| | **TOTAL:** | **344.20** | **410,648.50** |

## **Exhibit C**

**Itemized Fees**



Akin Gump
Strauss Hauer & Feld LLP

SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | |
|---|---|
| Invoice Number | 1992727 |
| Invoice Date | 06/27/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 7.30 | $5,872.50 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 1.30 | $1,820.00 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 40.50 | $52,762.50 |
| 012 | General Claims Analysis/Claims Objections | 0.60 | $840.00 |
| 020 | Jointly Asserted Causes of Action | 294.00 | $348,653.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.50 | $700.00 |
| | TOTAL | 344.20 | $410,648.50 |

SEARS CREDITORS COMMITTEE                                                                    Page 2
Bill Number: 1992727                                                                           06/27/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| 04/01/22 | DK | 003 | Review and update exhibits to fee application (2.1); finalize final amounts of fees and expenses for the fee period (.5). | 2.60 |
| 04/11/22 | SLB | 003 | Review and comment on Akin Fee App (1.4); correspondence with J. Szydlo re same (.3). | 1.70 |
| 04/13/22 | SLB | 003 | Review revised Akin Fee App (.6); correspondence (.2) and call (.1) with R. Tucker re same. | 0.90 |
| 04/14/22 | DK | 003 | Confer with J. Szydlo re filing and revisions to Akin's 10th fee application (.3); review final invoices (.5); review and update exhibits (.6); prepare fee applications to be efiled (.2); effect the above (.3); prepare documents for service (.2). | 2.10 |
| 04/06/22 | SLB | 007 | Draft summary and analysis of case status for UCC. | 1.30 |
| 04/04/22 | SLB | 010 | Correspondence with FTI (.1) and Litigation Designee (.2) re financing motion and related issues; analyze same (.5). | 0.80 |
| 04/04/22 | LLT | 010 | Review and analyze litigation funding agreement, motion, and associated documents. | 2.20 |
| 04/06/22 | LLT | 010 | Review and revise litigation funding agreement. | 2.90 |
| 04/07/22 | LLT | 010 | Revise litigation funding agreement. | 1.20 |
| 04/08/22 | DLC | 010 | Prepare for (.2) and participate in (.3) prep session with Lit. Designee re litigation financing motion. | 0.50 |
| 04/08/22 | SLB | 010 | Prepare for (.2) and participate on (.3) call with Litigation Designee re declaration in support of financing motion; revise same (.3); correspondence with Litigation Designee re same (.2). | 1.00 |
| 04/12/22 | DLC | 010 | Confer with S. Brauner re funding motion. | 0.20 |
| 04/12/22 | SLB | 010 | Revise funding agreement (3.7); confer with F. Lee re same (.4); revise financing motion (1.0); analyze issues re financing (.6); confer with D. Chapman re funding motion (.2). | 5.90 |
| 04/13/22 | DLC | 010 | Confer with S. Brauner re lit funding agreement. | 0.30 |
| 04/13/22 | SLB | 010 | Revise funding motion (1.4); correspondence with members of FR and Lit teams re same (.8); analyze issue re same (.9). | 3.10 |
| 04/14/22 | DLC | 010 | Review and revise financing motion (1.8); review and revise declaration in support of same (.9); review litigation financing agreement (.8); confer with S. Brauner re funding declaration (.2). | 3.70 |
| 04/14/22 | SLB | 010 | Revise funding agreement to incorporate internal comments (.8); confer with D. Chapman re declaration re same (.2); review same (.2). | 1.20 |
| 04/18/22 | DLC | 010 | Review and circulate edits to litigation financing papers (.6); confer with members of FR and Lit. teams re same (.4). | 1.00 |
| 04/18/22 | SLB | 010 | Revise financing motion and declaration (2.9); correspondence with members of FR and Lit teams re same (.4); analyze issues re same (1.1); correspondence with declarant re same (.2); correspondence with F. Lee (Finance) re same (.3). | 4.90 |
| 04/19/22 | DLC | 010 | Confer with Litigation Designee and S. Brauner re funding declaration (.2); revise same (.2). | 0.40 |
| 04/19/22 | SLB | 010 | Revise financing motion and related declaration (3.3); draft correspondence to members of FR and Lit teams re same (.4); analyze issues re same (.4); confer with D. Chapman re Designee comments to same (.2); correspondence with declarant re same (.2); draft correspondence to UCC re same (.3). | 4.80 |
| 04/20/22 | DLC | 010 | Review final form of Bartels declaration. | 0.20 |
| 04/20/22 | SLB | 010 | Finalize financing motion and related declaration (2.0); correspondence with Z. Lanier re same (.3); analyze issues re same (.4); confer with UCC member re same (.4); correspondence with FTI re open issues re same (.4); confer with FTI re same (.3); review and comment on FTI presentation for UCC member re same (.7); analyze issue re same (.6). | 5.10 |

SEARS CREDITORS COMMITTEE
Bill Number: 1992727

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 04/21/22 | SLB | 010 | Finalize financing motion. | 0.80 |
| 04/27/22 | DLC | 010 | Review email re funding motion from interested party (.1); analyze issues re same (.2). | 0.30 |
| 04/19/22 | SLB | 012 | Confer with Sears claimant re status of claims process (.4); draft correspondence to G. Fail re same (.2). | 0.60 |
| 04/01/22 | DMZ | 020 | Correspond with Akin FR and Lit teams re mediation order. | 0.20 |
| 04/01/22 | RJC | 020 | Create searches for mediation related analysis. | 0.40 |
| 04/01/22 | DLC | 020 | Review defendants' mark-up of mediation order (.4); correspond with members of Akin FR and lit teams re same (1.2); revise draft order (.9); circulate same to defendants (.3); review admin rep's mark-up of mediation order (.3); draft response to same (.3); continue drafting analysis (.8) and internal correspondence (.2) in anticipation of mediation; review information re insurance litigation in connection with same (.6). | 5.00 |
| 04/01/22 | RT | 020 | Review update correspondence re mediation (.3); analyze issues re document productions (.7); correspond with Lighthouse re document management issues (.2). | 1.20 |
| 04/01/22 | SLB | 020 | Correspondence with members of FR and Lit teams re mediation order and related issues (.5); review revised draft of same (.5); correspondence with mediation parties re next steps (.4); analyze issues re same (1.2). | 2.60 |
| 04/02/22 | DLC | 020 | Communications with defendants re mediation order (.7); outline discussion points in anticipation of mediation (.5). | 1.20 |
| 04/02/22 | SLB | 020 | Analyze open mediation issue. | 0.80 |
| 04/03/22 | DMZ | 020 | Correspond with D. Chapman and S. Brauner in advance of mediation call (.2); participate in mediation call (.8); follow up call with S. Brauner re same (.4); follow up call with S. Brauner and D. Chapman (.2). | 1.60 |
| 04/03/22 | DLC | 020 | Correspond with defendants re mediation call (.2); review draft updates to mediation order (.3); calls with S. Brauner re same (.4); draft summary of open issues and talking points for mediation call (.8); revise draft mediation order (.5); participate in call with defendants re mediation order (.8); follow-up with S. Brauner and D. Zensky re same (.2); follow-up with certain defendants re same (.5); review press release re Seritage (.3); correspond with defendants re mediation order (.7); outline discussion points in anticipation of mediation call (.5). | 5.20 |
| 04/03/22 | RT | 020 | Analyze issues re document productions in connection with mediation (.8); various correspondence with E-Discovery re document production issues (.5). | 1.30 |
| 04/03/22 | SLB | 020 | Prepare for (.5) and participate on (.8) all-hands call with mediation parties re mediation order; review revisions to same (.5); analyze issues re same (1.0); confer with D. Zensky re same (.4); calls with D. Chapman re same (.4); correspondence with other mediation parties re same (.3). | 3.90 |
| 04/04/22 | DMZ | 020 | Review defendants' comments to draft mediation order (.2); confer with S. Brauner re same (.3); correspond with counsel to defendants re same (.1); call with counsel to defendant re same (.5). | 1.10 |
| 04/04/22 | RJC | 020 | Phone call with Dean Chapman and Roxanne Tizravesh regarding discovery issues. | 0.50 |
| 04/04/22 | DLC | 020 | Review revisions to mediation order (.3); revise same (.2); circulate same to FR and Lit. teams (.3); participate in call with opposing counsel re same (.5); prepare legal analysis in anticipation of mediation (4.4); participate in call with R. Collins and R. Tizravesh re document productions (.5). | 6.20 |
| 04/04/22 | RT | 020 | Call with R. Collins and D. Chapman re document production issues (.5); analyze issues re document database (.4); emails with E-Discovery team re document issues (.3). | 1.20 |
| 04/04/22 | SLB | 020 | Revise mediation order (1.6); correspondence with D. Zensky and D. Chapman re same (.6); confer with D. Chapman re same (.3); confer | 4.60 |

SEARS CREDITORS COMMITTEE
Bill Number: 1992727

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | with D. Zensky re same (.3); analyze issues re same (.6); correspondence with other mediation parties re same (.4); participate on call with other mediation parties re same (.5); follow-up correspondence with mediation parties re same (.3). | |
| 04/05/22 | RJC | 020 | Attend to open discovery issues. | 0.10 |
| 04/05/22 | DLC | 020 | Continue to draft analysis in anticipation of mediation (1.4); review research in connection with same (.2); review revisions to mediation order (.1); confer with S. Brauner re same (.4); communicate with mediators re documents (.3). | 2.40 |
| 04/05/22 | RT | 020 | Emails with E-Discovery vendor re document production and review issues (.3); draft analysis re document review issues (.6); analyze document review platform (.5). | 1.40 |
| 04/05/22 | SLB | 020 | Finalize mediation order (1.7); correspondence with mediation parties re same (.8); correspondence with mediators re same (.3); revise the same per mediator comments (.2); draft correspondence to Chambers re same (.3); draft correspondence to I. Dizengoff, D. Zensky and D. Chapman re same and related mediation issues (.9); analyze same (1.0); calls with D. Chapman re same (.4); analyze same (.8); correspondence with Litigation Designees re mediation order (.2). | 6.60 |
| 04/05/22 | JRK | 020 | Conduct legal research in connection with mediation. | 5.00 |
| 04/06/22 | DMZ | 020 | Correspond with mediation parties re open mediation issues. | 0.20 |
| 04/06/22 | RJC | 020 | Attend to discovery issues for Roxanne Tizravesh (1.2); correspond with R. Tizravesh and D. Chapman re same (.2). | 1.40 |
| 04/06/22 | DLC | 020 | Review case law (.3) and continue drafting analysis in advance of mediation (1.4); review and revise mediator engagement letter (.7); coordinate preparation of materials for mediators (.6); confer with R. Collins and R. Tizravesh re mediation document review (.2); confer with opposing counsel re confidentiality issues (.3); review FTI analysis re assets in connection with mediation (.7) and follow-up re same (.4). | 4.60 |
| 04/06/22 | RT | 020 | Draft summary of document review projects (.6); calls and emails with E-Discovery re document review projects (.4); correspondence with D. Chapman and R. Collins re document review re mediation (.2). | 1.20 |
| 04/06/22 | SLB | 020 | Draft correspondence to I. Dizengoff, D. Chapman and D. Zensky re mediation, materials for mediators and related issues (.9); analyze issues re same (1.6); review mediator engagement letter and comments to same (.3); confer with G. Fail (Weil) re mediation (.3); follow-up correspondence re same (.1); correspondence with mediators (.3); correspondence with mediation parties (.2). | 3.70 |
| 04/06/22 | JRK | 020 | Conduct legal research in connection with mediation. | 2.00 |
| 04/06/22 | PJG | 020 | Compile materials for mediators' review (.9); draft correspondence to Lit. team re same (.4). | 1.30 |
| 04/06/22 | KER | 020 | Compile materials for mediators in connection with Adversary Proceeding. | 0.30 |
| 04/07/22 | DMZ | 020 | Draft correspondence to mediation parties re open mediation issues. | 0.20 |
| 04/07/22 | RJC | 020 | Reviewed selected documents in anticipation of mediation. | 7.40 |
| 04/07/22 | DLC | 020 | Prepare analysis in anticipation of mediation (2.8); confer with mediators and opposing counsel re provision of documents (1.5); calls with P. Glackin re same (.4); draft overview of mediation workstreams (.3); participate in call with opposing counsel re insurance (.2); calls with mediators to arrange group session (.3). | 5.50 |
| 04/07/22 | RT | 020 | Various correspondence with E-discovery re document review issues in connection with mediation analysis. | 0.20 |
| 04/07/22 | SLB | 020 | Draft correspondence to I. Dizengoff, D. Zensky and D. Chapman re mediation issues (.4); analyze same (.7); review materials re same (.8); review correspondence from mediators re same and next steps (.3). | 2.20 |
| 04/07/22 | PJG | 020 | Calls with K. Robins re case binders for mediation (.4); calls with D. Chapman re same (.4); prepare case binders for same (1.1). | 1.90 |

SEARS CREDITORS COMMITTEE
Bill Number: 1992727

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/07/22 | KER | 020 | Compile materials for mediators in connection with Adversary Proceeding (6.0); confer with P. Glackin re same (.4). | 6.40 |
| 04/08/22 | RJC | 020 | Review discovery materials in preparation for mediation. | 6.10 |
| 04/08/22 | DLC | 020 | Correspond with P. Glackin to finalize and circulate materials to mediators (.6); confer with defendants re mediation (.4); draft correspondence to D. Zensky and S. Brauner re same (.3). | 1.30 |
| 04/08/22 | SLB | 020 | Correspondence with D. Zensky and D. Chapman re mediation and related issues (.4); analyze issues re same (.8); finalize mediator engagement letter re same (.2). | 1.40 |
| 04/08/22 | JAL | 020 | Review materials re open mediation issues (2.2); prepare memo re same (1.2). | 3.40 |
| 04/08/22 | PJG | 020 | Coordinate delivery of binders containing case materials (1.2); correspond with D. Chapman re same (.5). | 1.70 |
| 04/08/22 | KER | 020 | Compile materials for mediators in connection with Adversary Proceeding. | 6.50 |
| 04/10/22 | DMZ | 020 | Correspond with mediators re compilation of relevant documents (.1) draft correspondence to Akin FR and Lit teams re same (.1). | 0.20 |
| 04/10/22 | DLC | 020 | Confer with S. Brauner re upcoming mediation session (.3); circulate materials for same (.3); review potentially relevant materials (.6); update mediation presentation re litigation (.7). | 1.90 |
| 04/10/22 | SLB | 020 | Correspondence with I. Dizengoff, D. Zensky and D. Chapman re mediation and related issues (.4); analyze issues re same (.2); confer with D. Chapman re same (.3). | 0.90 |
| 04/10/22 | JAL | 020 | Prepare overview and analysis of open issue in connection with mediation (4.0); review materials re same (1.9). | 5.90 |
| 04/11/22 | DMZ | 020 | Review analysis re mediation and potential outcomes (.3); prepare for mediation session (.5); review mediation presentation (.3); participate in mediation session (.3); draft outline of mediation statement (.5); review FTI deck re same (.2) review prior stipulation re privileged information (.2); correspond with Debtors re same (.4); correspond with D. Chapman re outstanding discovery items (.2). | 2.90 |
| 04/11/22 | RJC | 020 | Review discovery materials in anticipation of mediation. | 6.40 |
| 04/11/22 | DLC | 020 | Prepare for (.3) and participate in (.3) call with mediators; update mediation analyses/materials (2.5); correspond with R. Tizravesh re outstanding discovery items (.2); follow-up with FTI re various analyses (.3); confer with D. Zensky re same and discovery issues (.2). | 3.80 |
| 04/11/22 | RT | 020 | Review cover letters and emails re production of Defendant documents (.4); correspond with D. Chapman re production of Defendant documents (.2); draft summary of privilege issue (.3). | 0.90 |
| 04/11/22 | SLB | 020 | Prepare for mediation (.3); participate on all-hands call with mediation parties (.3); analyze issue re same (.4). | 1.00 |
| 04/11/22 | PJG | 020 | Draft email to Litigation team members re mediation materials. | 0.20 |
| 04/11/22 | KER | 020 | Compile materials for mediators in connection with Adversary Proceeding. | 0.40 |
| 04/12/22 | DMZ | 020 | Review discovery materials in connection with mediation (1.2); call with I. Dizengoff re mediation (.1); correspond with Paul Weiss re restructuring subcommittee materials in connection with same (.1); confer with R. Collins re document review issues (.2); attend call with mediator (.2); review memorandum re document review issues (.4); confer with D. Chapman re mediation (.4). | 2.60 |
| 04/12/22 | ISD | 020 | Attend mediation session (.2); confer with D. Zensky re same (.1); review mediation statement (.7). | 1.00 |
| 04/12/22 | RJC | 020 | Review discovery materials in anticipation of upcoming mediation (4.3); draft chart regarding findings to team (.5); assist Pat Glackin with discovery issue (.6); confer with D. Zensky re document review process (.2). | 5.60 |
| 04/12/22 | DLC | 020 | Confer with D. Zensky re mediation analysis (.4); revise same (.9); draft | 6.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | mediation statement (2.6); review key documents in connection with same (.5); confer with J. Kane and P. Glackin re same (.4); review mediation order (.2); draft email for mediators re same (.4); review discovery materials in connection with same (.5); review analysis re same (.9). | |
| 04/12/22 | SLB | 020 | Review correspondence among mediation parties re next steps (.4); analyze open issue re mediation (.8); review materials re same (.5). | 1.70 |
| 04/12/22 | PJG | 020 | Confer with D. Chapman and J. Kane re key document analysis (.4); review discovery documents in connection with mediation (1.7). | 2.10 |
| 04/13/22 | DMZ | 020 | Draft correspondence to mediator re confidentiality issues (.2); prepare for mediation session (1.0); participate in mediation session (1.3); call with I. Dizengoff, D. Chapman and S. Brauner re same (.2). | 2.70 |
| 04/13/22 | ISD | 020 | Analyze issue re mediation (.3); call with D. Zensky, S. Brauner and D. Chapman re same (.2). | 0.50 |
| 04/13/22 | RJC | 020 | Assist Pat Glackin with discovery issue. | 0.30 |
| 04/13/22 | DLC | 020 | Prepare for (.6) and participate in (1.3) mediation session; review key materials in connection with same (.6); confer with P. Glackin re Adversary Proceeding (.3); review key documents in connection with same (1.5); continue drafting mediation statement (.5). | 4.80 |
| 04/13/22 | SLB | 020 | Analyze open mediation issues (.9); prepare for (.4) and participate in (1.6) call with mediators; follow-up conference with I. Dizengoff, D. Zensky and D. Chapman re same (.2); analyze issues re same (.6). | 3.70 |
| 04/13/22 | PJG | 020 | Confer with D. Chapman re adversary proceeding (.3); prepare internal materials re mediation parties (.4); review discovery documents in connection with mediation (.4). | 1.10 |
| 04/14/22 | ISD | 020 | Analyze open mediation issue. | 0.40 |
| 04/14/22 | RJC | 020 | Review discovery materials in preparation for upcoming mediation. | 4.00 |
| 04/14/22 | DLC | 020 | Review internal materials re mediation parties (.4); correspond with mediation parties (.3); review analysis from FTI re mediation (.2); draft correspondence to D. Zensky re mediation (.2); continue drafting mediation statement (.8). | 1.90 |
| 04/14/22 | PJG | 020 | Revise internal materials in connection with Mediation (.6); email mediation parties re same (.3). | 0.90 |
| 04/15/22 | ISD | 020 | Review mediation party correspondence re status. | 0.30 |
| 04/15/22 | RJC | 020 | Review discovery materials in anticipation of upcoming mediation. | 5.00 |
| 04/15/22 | DLC | 020 | Continue drafting mediation statement (5.2); review research in connection with same (.4). | 5.60 |
| 04/15/22 | SLB | 020 | Review correspondence among mediation parties and mediators. | 0.20 |
| 04/15/22 | PJG | 020 | Review materials for mediator. | 0.30 |
| 04/16/22 | DLC | 020 | Continue drafting mediation statement. | 5.20 |
| 04/16/22 | PJG | 020 | Review materials in connection with preparing mediation analysis. | 1.20 |
| 04/17/22 | DLC | 020 | Continue drafting mediation statement (.3); draft email to D. Zensky re same (.3). | 0.60 |
| 04/18/22 | DMZ | 020 | Revise mediation statement. | 3.20 |
| 04/18/22 | RJC | 020 | Review discovery materials in connection with mediation analysis (4.4); analyze specific fact issues in connection with mediation (2.0). | 6.40 |
| 04/18/22 | DLC | 020 | Continue drafting mediation statement (6.6); confer with mediators re mediation session (.4). | 7.00 |
| 04/18/22 | SLB | 020 | Correspondence with FTI re mediation (.2); draft correspondence to I. Dizengoff, D. Zensky and D. Chapman re same (.3); review correspondence from mediators re same (.2); review correspondence from Designees re same (.2); analyze issues re same (.5). | 1.40 |
| 04/18/22 | PJG | 020 | Research issue in connection with mediation analysis (1.7); draft correspondence to D. Chapman re summary of the same (.8). | 2.50 |
| 04/19/22 | DMZ | 020 | Continue revising mediation statement (2.0) confer with D. Chapman re same (.4); call with designees re same (.6). | 3.00 |
| 04/19/22 | RJC | 020 | Review discovery materials in preparation for upcoming mediation. | 5.80 |

SEARS CREDITORS COMMITTEE                                                                    Page 7
Bill Number: 1992727                                                                          06/27/22

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 04/19/22 | DLC | 020 | Revise mediation statement, (including drafting of new sections) (4.4); confer with D. Zensky re same (.4); correspond with designees re same (.2); participate in call with designees re same (.6); confer with S. Brauner re mediation (.3). | 5.90 |
| 04/19/22 | SLB | 020 | Prepare for (.3) and participate in (.6) Designee call re mediation and related issues; analyze same (.5); draft correspondence to D. Zensky, D. Chapman and I. Dizengoff re same (.5); confer with D. Chapman re same (.3); review revised mediation statement and comment on same (1.6). | 3.80 |
| 04/20/22 | DMZ | 020 | Continue revising mediation statement (1.5); analyze issue re same (.7); correspond with designees re same (.2); review hot docs in connection with same (.3). | 2.70 |
| 04/20/22 | RJC | 020 | Review discovery documents in connection with mediation analysis. | 1.80 |
| 04/20/22 | DLC | 020 | Revise mediation statement (3.5); confer with A. Praestholm and D. Zensky re same (.5); finalize (.4) and circulate (.2) mediation statement to mediators and designees; confer with designees re same (.2). | 4.80 |
| 04/20/22 | SLB | 020 | Draft correspondence to D. Chapman re mediation statement (.4); review revised version of same (.8); analyze issues re same (.6). | 1.80 |
| 04/21/22 | DK | 020 | Prepare litigation funding motion to be efiled (.2); effect the above (.4); prepare motion to be served (.2); follow up with Prime Clerk re above (.2). | 1.00 |
| 04/21/22 | DLC | 020 | Participate on call with Litigation Designee re mediation. | 0.20 |
| 04/21/22 | JRK | 020 | Conduct review of documents in connection with mediation. | 0.40 |
| 04/22/22 | DMZ | 020 | Review briefing filed in Adversary Proceeding in preparation for mediation (2.9); review internal materials re oral arguments in preparation for same (.3); attend pre-call with S. Brauner and D. Chapman in advance of mediation (.3); participate in mediation session (1.0); attend follow-up call with S. Brauner and D. Chapman re same (.2). | 4.70 |
| 04/22/22 | DLC | 020 | Prepare for call with mediators (.6); participate in pre-call with D. Zensky and S. Brauner re same (.3); participate in mediation session (1.0); follow-up with D. Zensky and S. Brauner re same (.2); review legal analysis re certain claims (.6); review news articles relating to certain claims (.4). | 3.10 |
| 04/22/22 | SLB | 020 | Attend pre-call with D. Zensky and D. Chapman in advance of mediation session (.3); prepare for (.8) and participate in (1.0) mediation session; follow-up call with D. Zensky and D. Chapman re same (.2); draft summary re mediation issues (.7); draft correspondence to mediators (.2). | 3.20 |
| 04/22/22 | JRK | 020 | Conduct legal research in connection with mediation. | 0.30 |
| 04/25/22 | DMZ | 020 | Analyze mediation strategy (.2); correspond with mediators re next mediation session (.1). | 0.30 |
| 04/25/22 | DLC | 020 | Correspond with D. Zensky, I. Dizengoff, and S. Brauner re various mediation items. | 0.50 |
| 04/25/22 | SLB | 020 | Correspondence with I. Dizengoff, D. Zensky and D. Chapman re mediation and related issues (.3); analyze issue re same (1.2). | 1.50 |
| 04/26/22 | DMZ | 020 | Calls with S. Brauner and D. Chapman re mediation issues. | 0.40 |
| 04/26/22 | DLC | 020 | Calls with D. Zensky and S. Brauner re mediation (.4); draft follow-up correspondence re same (.4); participate in call with FTI re slides for mediation (.3); review and comment on draft FTI slides re same (.7); review key materials in connection with mediation (2.5); draft memorandum re certain claims for mediation (2.6); review materials from certain defendants in connection with mediation (.6). | 7.50 |
| 04/26/22 | SLB | 020 | Confer with D. Chapman and D. Zensky re mediation and related issues (.4); analyze issues re same (.5); confer with FTI re same (.3); revise FTI slides re mediation (1.1). | 2.30 |
| 04/27/22 | DMZ | 020 | Attend mediation session (.5); correspondence with I. Dizengoff, S. | 0.90 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Brauner and D. Chapman re same (.1); call with designees re same (.3). | |
| 04/27/22 | ISD | 020 | Attend mediation session (.5); call with Designees re same (.3); correspondence with D. Zensky, S. Brauner and D. Chapman re same (.2). | 1.00 |
| 04/27/22 | DLC | 020 | Prepare for (.4) and participate in (.5) mediation session (.5); update analysis re mediation issues (.4); review hot documents in connection with mediation (1.5); participate in call with designees re mediation (.3); correspondence with S. Brauner re mediation issues (.3); confer with defendants re mediation costs (.2). | 4.10 |
| 04/27/22 | SLB | 020 | Prepare for (.5) and participate in (.5) mediation session; follow-up correspondence with FTI and D. Chapman re same (.4); analyze issues re same (.9); participate on call with Designees re same (.3); follow-up correspondence with D. Chapman re same (.2); draft correspondence to Admin Rep re same and related issues (.8); correspondence with I. Dizengoff and D. Chapman re same (.2); analyze mediation strategy issue (.5); confer with Designee re same (.3). | 4.60 |
| 04/28/22 | DMZ | 020 | Correspond with D. Chapman re adversary proceeding issues. | 0.10 |
| 04/28/22 | ISD | 020 | Review FTI slides for mediation. | 0.50 |
| 04/28/22 | DLC | 020 | Correspond with D. Zensky re adversary proceeding issues (.1); review documents re same (.1). | 0.20 |
| 04/28/22 | SLB | 020 | Analyze issue re mediation (.7); correspondence with FTI re same (.2); review materials re same (.6). | 1.50 |
| 04/29/22 | ISD | 020 | Review correspondence from S. Brauner re mediation issue. | 0.30 |
| 04/29/22 | DLC | 020 | Review key documents (2.3); outline memorandum to mediators (.9); review FTI presentation to mediators (.2); comment on same (.3); confer with S. Brauner and FTI team re same (.4); revise letter to Seritage (1.1). | 5.20 |
| 04/29/22 | SLB | 020 | Correspondence (.5) and call (.4) with FTI team and D. Chapman re materials for mediators; analyze and review same (.8); analyze mediation issues (.2); draft correspondence to I. Dizengoff re same (.5). | 2.40 |
| 04/29/22 | JAL | 020 | Draft letter to defendant re open issue. | 2.10 |
| 04/30/22 | SLB | 020 | Review materials re mediation (.5); analyze issues re same (.7). | 1.20 |
| 04/28/22 | SLB | 022 | Confer with CAC re status and next steps. | 0.50 |

Total Hours 344.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 27.00 | at | $1775.00 | = | $47,925.00 |
| I S DIZENGOFF | 4.00 | at | $1775.00 | = | $7,100.00 |
| D L CHAPMAN | 107.10 | at | $1400.00 | = | $149,940.00 |
| S L BRAUNER | 89.60 | at | $1400.00 | = | $125,440.00 |
| R TIZRAVESH | 7.40 | at | $1330.00 | = | $9,842.00 |
| J A LATOV | 11.40 | at | $1095.00 | = | $12,483.00 |
| J R KULIKOWSKI | 7.70 | at | $925.00 | = | $7,122.50 |
| P J GLACKIN | 13.20 | at | $925.00 | = | $12,210.00 |
| L L TATUM | 6.30 | at | $775.00 | = | $4,882.50 |
| R J COLLINS | 51.20 | at | $535.00 | = | $27,392.00 |
| D K KRASA | 5.70 | at | $475.00 | = | $2,707.50 |
| K E ROBINS | 13.60 | at | $265.00 | = | $3,604.00 |

Current Fees $410,648.50

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Other | 408.47 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 5,040.60 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 426.81 |
| Courier Service/Messenger Service – Off Site | 161.50 |
| Meals – Overtime | 95.99 |
| Overtime – Admin Staff | 272.00 |
| Travel – Ground Transportation | 504.57 |
| Local Transportation - Overtime | 163.46 |
| **TOTAL:** | **7,073.40** |

**Exhibit E**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE
Bill Number: 1992727

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Computerized Legal Research - Other | $408.47 | |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $426.81 | |
| Computerized Legal Research - Westlaw - in contract 30% discount | $5,040.60 | |
| Courier Service/Messenger Service- Off Site | $161.50 | |
| Meals - Overtime | $95.99 | |
| Overtime - Admin Staff | $272.00 | |
| Travel - Ground Transportation | $504.57 | |
| Local Transportation - Overtime | $163.46 | |
| | | |
| Current Expenses | | $7,073.40 |

| Date | | Value |
|---|---|---|
| 04/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 04/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 4/4/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $180.58 |
| 04/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 04/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: KULIKOWSKI JILLIAN Date: 4/5/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $2,169.20 |
| 04/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/06/22 | Local Transportation - Overtime VENDOR: SARA L. BRAUNER INVOICE#: 5088148304072105 DATE: 4/7/2022 Working Late in Office Taxi/Car/etc, 04/06/22, Uber from Office to home after working on Sears related matters., Uber | $25.14 |
| 04/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: | $342.50 |

|  |  |  |
|---|---|---|
|  | KULIKOWSKI JILLIAN Date: 4/6/2022 AcctNumber: 1000193694 ConnectTime: 0.0 |  |
| 04/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 04/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 04/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: SEARCH; Employee: LATOV JEFFREY; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $49.97 |
| 04/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/06/22 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E152-22 DATE: 4/9/2022 |TRACKING #: 1Z02E52E0196338748; SHIP DATE: 04/06/2022; SENDER: Jillian Kulikowski; NAME:  COMPANY: Jamie Eisen ADDRESS: 150 West End Avenue. Apt. 3K., New York, NY 10023 US; | $30.75 |
| 04/06/22 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E152-22 DATE: 4/9/2022 |TRACKING #: 1Z02E52E0198848738; SHIP DATE: 04/06/2022; SENDER: Jillian Kulikowski; NAME:  COMPANY: Honorable Judge Shelley Chapman ADDRESS: 880 Fifth Avenue, New York, NY 10021 US; | $24.33 |
| 04/06/22 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E152-22 DATE: 4/9/2022 |TRACKING #: 1Z02E52E0198848738; SHIP DATE: 04/06/2022; SENDER: Jillian Kulikowski; NAME:  COMPANY: Honorable Judge Shelley Chapman ADDRESS: 880 Fifth Avenue, New York, NY 10021 US; | $6.42 |
| 04/07/22 | Computerized Legal Research - Westlaw | $57.46 |

|  |  |  |
|---|---|---|
|  | - in contract 30% discount  User: LIBRARY AKIN Date: 4/7/2022 AcctNumber: 1000309084 ConnectTime: 0.0 |  |
| 04/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 04/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/07/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12022 DATE: 4/7/2022  2022 through March 31, 2022","-- PACER usage from January 1, 2022 through March 31, 2022" | $0.90 |
| 04/07/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12022 DATE: 4/7/2022  2022 through March 31, 2022","-- PACER usage from January 1, 2022 through March 31, 2022" | $43.70 |
| 04/07/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12022 DATE: 4/7/2022  2022 through March 31, 2022","-- PACER usage from January 1, 2022 through March 31, 2022" | $1.90 |
| 04/07/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12022 DATE: 4/7/2022  2022 through March 31, 2022","-- PACER usage from January 1, 2022 through March 31, 2022" | $3.70 |
| 04/07/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12022 DATE: 4/7/2022  2022 through March 31, 2022","-- PACER usage from January 1, 2022 through March 31, 2022" | $9.00 |
| 04/07/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12022 DATE: 4/7/2022  2022 through March 31, 2022","-- PACER usage from January 1, 2022 through March 31, 2022" | $7.80 |
| 04/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $11.08 |

|  |  |  |
|---|---|---|
|  | COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 2.0 |  |
| 04/08/22 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 40660 DATE: 4/14/2022 Vendor: Dial Car Voucher #: 422695 Date: 04/08/2022 Name: Patrick Glackin\|\|Car Service, Vendor: Dial Car Voucher #: 422695 Date: 04/08/2022 Name: Patrick Glackin | $47.14 |
| 04/08/22 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 40660 DATE: 4/14/2022 Vendor: Dial Car Voucher #: 422696 Date: 04/08/2022 Name: Patrick Glackin\|\|Car Service, Vendor: Dial Car Voucher #: 422696 Date: 04/08/2022 Name: Patrick Glackin | $48.17 |
| 04/08/22 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 40660 DATE: 4/14/2022 Vendor: Dial Car Voucher #: 422697 Date: 04/08/2022 Name: Patrick Glackin\|\|Car Service, Vendor: Dial Car Voucher #: 422697 Date: 04/08/2022 Name: Patrick Glackin | $48.17 |
| 04/08/22 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 40660 DATE: 4/14/2022 Vendor: Dial Car Voucher #: 422698 Date: 04/08/2022 Name: Patrick Glackin\|\|Car Service, Vendor: Dial Car Voucher #: 422698 Date: 04/08/2022 Name: Patrick Glackin | $184.79 |
| 04/08/22 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 40660 DATE: 4/14/2022 Vendor: Dial Car Voucher #: 422710 Date: 04/08/2022 Name: Raymond Bacchus\|\|Car Service, Vendor: Dial Car Voucher #: 422710 Date: 04/08/2022 Name: Raymond Bacchus | $85.91 |
| 04/08/22 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 40660 DATE: 4/14/2022 Vendor: Dial Car Voucher #: 422712 Date: 04/08/2022 Name: Ervin Lutchman\|\|Car Service, Vendor: Dial Car Voucher #: 422712 Date: 04/08/2022 Name: Ervin Lutchman | $90.39 |
| 04/08/22 | Overtime - Admin Staff  Overtime Authorized by Patrick Glackin.C/M#: 700502.0001; Overtime for Ervin Lutchman for transaction date 04/08/2022; Overtime - 1.5x; Client: 700502; Matter: 0001 | $88.20 |

| | | |
|---|---|---|
| 04/08/22 | Overtime - Admin Staff  Overtime Authorized by Patrick Glackin.C/M#: 700502.0001; Overtime for Ervin Lutchman for transaction date 04/08/2022; Overtime - 1x; Client: 700502; Matter: 0001 | $73.50 |
| 04/08/22 | Overtime - Admin Staff  OVERTIME REQUESTED BY PATRICK.GLACKIN CM-700502.0001; Overtime for Raymond Bacchus for transaction date 04/08/2022; Overtime - 1.5x; Client: 700502; Matter: 0001 | $36.77 |
| 04/08/22 | Overtime - Admin Staff  OVERTIME REQUESTED BY PATRICK.GLACKIN CM-700502.0001; Overtime for Raymond Bacchus for transaction date 04/08/2022; Overtime - 1x; Client: 700502; Matter: 0001 | $73.53 |
| 04/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: CHAPMAN DEAN Date: 4/9/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $160.43 |
| 04/10/22 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-127 DATE: 4/10/2022 Ervin Lutchman - China Gourmet - 4/8/2022 - Overtime Meal | $25.38 |
| 04/10/22 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-127 DATE: 4/10/2022 Raymond Bacchus - Tasty Tasty Chinese Restaurant - 4/8/2022 - Overtime Meal | $18.58 |
| 04/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: SEARCH; Employee: LATOV JEFFREY; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $49.99 |
| 04/11/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/11/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 4/11/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $180.58 |
| 04/11/22 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 92920 DATE: 4/17/2022 SENDER'S NAME: P.Glackin; JOB NUMBER: 1524944; PICKUP: One Bryant Park; DESTINATION: 250 West 55th Street; DATE: 04/11/2022 | $100.00 |

SEARS CREDITORS COMMITTEE

Page 14

Bill Number: 1992727

06/27/22

| | | |
|---|---|---|
| 04/11/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/11/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 04/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/12/22 | Local Transportation - Overtime VENDOR: DEAN L. CHAPMAN INVOICE#: 5100171804252201 DATE: 4/25/2022 Working Late in Office Taxi/Car/etc, 04/12/22, Overtime taxi, Uber | $72.06 |
| 04/12/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/13/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 04/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 04/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 04/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 4/14/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $57.46 |
| 04/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $16.62 |

| Date | Description | Amount |
|---|---|---|
| | COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | |
| 04/17/22 | Meals - Overtime VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-128 DATE: 4/17/2022 Dean Chapman - Trattoria Trecolori - 4/12/2022 - Overtime Meal | $52.03 |
| 04/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: LIBRARY AKIN Date: 4/18/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $180.58 |
| 04/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 4/18/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 04/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 4/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/19/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/20/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 4/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 4/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 04/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 4/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 04/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN | $57.46 |

SEARS CREDITORS COMMITTEE
Bill Number: 1992727

|  |  |  |
|---|---|---|
|  | DORIS Date: 4/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 04/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 4/21/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $57.46 |
| 04/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: KULIKOWSKI JILLIAN Date: 4/22/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $201.47 |
| 04/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 4/25/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $180.58 |
| 04/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/25/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 04/25/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/26/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/26/22 | Local Transportation - Overtime VENDOR: DEAN L. CHAPMAN INVOICE#: 5125476305030104 DATE: 5/3/2022 Working Late in Office Taxi/Car/etc, 04/26/22, Overtime taxi, Uber | $66.26 |
| 04/27/22 | Computerized Legal Research - Westlaw | $24.63 |

|  |  |  |
|---|---|---|
|  | - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 4/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 04/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 04/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 04/27/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 4/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 04/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LIBRARY AKIN Date: 4/28/2022 AcctNumber: 1000309084 ConnectTime: 0.0 | $57.46 |
| 04/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 04/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2204 DATE: 4/30/2022 - Document retrieval in various courts | $16.00 |
| 04/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2204 DATE: 4/30/2022 - Document retrieval in various courts | $16.00 |
| 04/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2204 DATE: 4/30/2022 - Document retrieval in various courts | $48.99 |
| 04/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2204 DATE: 4/30/2022 | $48.99 |

SEARS CREDITORS COMMITTEE

Page 18

Bill Number: 1992727

06/27/22

| | | | |
|---|---|---|---|
| | - Document retrieval in various courts | | |
| 04/30/22 | Computerized Legal Research - Other | $57.16 | |
| | VENDOR: COURTALERT.COM, INC | | |
| | INVOICE#: 134294-2204 DATE: | | |
| | 4/30/2022 | | |
| | - Document retrieval in various courts | | |
| 04/30/22 | Computerized Legal Research - Other | $114.32 | |
| | VENDOR: COURTALERT.COM, INC | | |
| | INVOICE#: 134294-2204 DATE: | | |
| | 4/30/2022 | | |
| | - Document retrieval in various courts | | |
| 04/30/22 | Computerized Legal Research - Other | $40.01 | |
| | VENDOR: COURTALERT.COM, INC | | |
| | INVOICE#: 134294-2204 DATE: | | |
| | 4/30/2022 | | |
| | - Document retrieval in various courts | | |
| | Current Expenses | | $7,073.40 |

**Total Amount of This Invoice**                                    **$417,721.90**

**Prior Balance Due**                    $8,520,628.98

**Total Balance Due Upon Receipt**                    $8,938,350.88