**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, New York 10601**

---

| | |
|---|---|
| In re: | |
| Sears Holdings Corporation, *et al.*, | Chapter 11<br>Case No. 18-23538-rdd |
| Debtors. | (Jointly Administered) |

---

**NOTICE OF CONTINUED ASSIGNMENT OF JUDGE DRAIN ON THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING ENTRY BY THE DEBTORS' ESTATES INTO THE LITIGATION FUNDING ARRANGEMENT WITH BENCH WALK 21p, L.P.**

Judge Robert D. Drain, who presides over the above-referenced Chapter 11 case, is scheduled to retire on June 30, 2022. By Order of Recall, dated June 13, 2022, the Second Circuit Judicial Council recalled Judge Drain to this Court from July 1 through September 30, 2022.

Earlier this month, the Clerk notified the public that, upon the retirement of Judge Drain, Judge Drain's cases will be transferred to Judge Sean H. Lane absent notice to the contrary.

PLEASE TAKE NOTICE that Judge Drain will continue to preside over the above-referenced case but only to adjudicate the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Code Sections 105, 362, 364 and 1142 and Bankruptcy Rules 3020(d), 4001 and 9014 Authorizing Entry by the Debtors' Estates into the Litigation Funding Arrangement with Bench Walk 21p, L.P., dated April 21, 2022 (the "Funding Motion") [ECF Doc. # 10407]. The case will otherwise be transferred to Judge Lane on July 1, 2022, and he will preside over all matters in the case except the Funding Motion.

Dated: June 29, 2022                                                              Vito Genna
                                                                                                  Clerk of the Court