# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Sears Holdings Corporation  CASE NO.: 18–23538–shl

- aka  Print Procurement Company, LLC
- aka  Print Production Company, LLC
- aka  Relay LLC
- aka  Shop Your Way Local, LLC
- aka  Austin Technology Center
- aka  Bath and Kitchen Elegance
- aka  Bath and Kitchen Elegance of the Desert
- aka  Big Beaver of Caguas Development Corporation
- aka  Big Beaver of Caguas Development Corporation II
- aka  Big Kmart
- aka  Big Kmart (#3680)
- aka  Central Wholesale Appliance Supply, Inc.
- aka  Chantell Marketing
- aka  Circle of Beauty Inc.
- aka  Delver
- aka  Delver.com
- aka  Designer Depot
- aka  Eblon Technologies India Private Limited
- aka  Evoke Productions
- aka  FitStudio by Sears

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
20–1920798

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022                                             Vito Genna
                                                                Clerk of the Court