# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

June 27, 2022
Invoice 340062647

Our Matter No.  78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:  Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2022

| | |
|---|---|
| Current Fees | $ 30,996.00 |
| Total Current Activity | $ 30,996.00 |
| Total Due for This Invoice | $ 30,996.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:           Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
June 27, 2022
Invoice 340062647

Our Matter No.   78GH-334221
                 Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of
                 Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2022

| | |
|---|---:|
| Current Fees | $ 30,996.00 |
| Total Current Activity | $ 30,996.00 |
| Total Due for This Invoice | $ 30,996.00 |

**DUE IMMEDIATELY UPON RECEIPT**

**Inquiries: armbx@sheppardmullin.com or contact 213-455-7771**

| **Electronic Payments** | **Payment by Check** | **Overnight Mail Delivery** |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:             Account No.: 496-8375493<br>Wells Fargo Bank, NA     ACH ABA No.: 121000248<br>420 Montgomery St         Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 27, 2022
Invoice 340062647
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 05/31/22

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 05/03/22 | Review and analyze Stretto interim fee and expense application, for possible objections and preparation of preliminary report. | 004063 | 2.30 hrs. |
| 05/04/22 | Review and analyze Katten Muchin fee and expense submission. | 004063 | 1.90 hrs. |
| 05/11/22 | Correspondence and telephone conference with T. Daluz regarding Deloitte Tax fee and expense submission. | 004063 | .20 hrs. |
| 05/12/22 | Comprehensive review and analysis of Deloitte Tax LLP fee and expense submission (2.20; correspondence with T. Daluz regarding same (.20). | 004063 | 2.40 hrs. |
| 05/13/22 | Review, prepare comments on and revise draft of fee examiner's status report (2.20); telephone conferences and correspondence with T. Daluz and C. McClamb regarding same and related administrative solvency issues .50). | 004063 | 2.70 hrs. |
| 05/16/22 | Review administrative claims representative's reservation of rights regarding AKin Gump interim fee application, and correspondence with C. McClamb and T. Daluz regarding same. | 004063 | 1.40 hrs. |
| 05/17/22 | Comprehensive review and analysis of Akin Gump fee and expense submission (3.10); telephone conference and correspondence with T. Daluz regarding same (.20). | 004063 | 3.30 hrs. |
| 05/23/22 | Comprehensive review and analysis of accumulated monthly and interim fee applications (3.20); correspondence with C. McClamb regarding proposed adjournment of hearing on same (.10). | 004063 | 3.30 hrs. |

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

June 27, 2022
Invoice 340062647
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 05/26/22 | Extended telephone conferences and correspondence with T. Daluz regarding fee examiner and administrative solvency issues. | 004063 | 1.40 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 004063 | Paul E. Harner | 18.90 | $ 1,640.00 | $ 30,996.00 |

**Total Fees for Professional Services**        **$ 30,996.00**