# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner  June 23, 2022
1675 Broadway  Invoice No. 20220604822
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2022

**INVOICE SUMMARY**

Professional Fees                                                                                        $61,354.50

**Total Invoice Amount**                                                                        **$61,354.50**

| 071820.03 - 00317415 | | | | | June 23, 2022 |
| --- | --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | | Invoice No. 20220604822 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| McClamb,C.D. | 05/02/22 | Emails with P. Harner and M. Vesper re: monthly fee application | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 05/02/22 | Draft thirty-fourth joint monthly fee application | 470.00 | 0.20 | 94.00 |
| Daluz,T.M. | 05/03/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 05/19/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Vesper,M.A. | 05/19/22 | Correspondence with P. Harner, T. Daluz, and C. McClamb re: April invoice | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 05/25/22 | Address and revise items for monthly fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 05/25/22 | Review fee examiner invoice | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/25/22 | Emails re: monthly fee application | 655.00 | 0.30 | 196.50 |
| Vesper,M.A. | 05/25/22 | Draft thirty-fifth monthly joint fee application | 470.00 | 0.80 | 376.00 |
| Vesper,M.A. | 05/25/22 | E-mail correspondence with T. Daluz, A. Burnashkina, and C. Neuberger re: April invoice | 470.00 | 0.30 | 141.00 |
| Daluz,T.M. | 05/26/22 | Review and revise monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 05/27/22 | Oversee filing of monthly fee application | 1,030.00 | 0.20 | 206.00 |
| **Total B160** | | | | **4.10** | **3,251.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 05/02/22 | Correspond with M. Vesper re: fee review status | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 05/02/22 | Emails with K. Neitzel re: status of fee data | 655.00 | 0.10 | 65.50 |
| Vesper,M.A. | 05/02/22 | Correspondence with C. McClamb re: status of fee review for Akin and Weil | 470.00 | 0.40 | 188.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | June 23, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220604822 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 05/03/22 | Correspondence with C. McClamb re: status of fee review for most recent interim fee applications | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/03/22 | Review Weil monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/03/22 | Review Stretto quarterly fee statement | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/03/22 | Review Katten quarterly fee statement | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/03/22 | Emails with T. Daluz re: fee review and fee data | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 05/03/22 | Review FTI applications and reports | 655.00 | 4.50 | 2,947.50 |
| McClamb,C.D. | 05/03/22 | Review Kroll interim application | 655.00 | 1.50 | 982.50 |
| Daluz,T.M. | 05/04/22 | Review docket re: new filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/06/22 | Review docket of recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/06/22 | Review ASK fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/06/22 | Attend to issue with review of interim applications | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 05/08/22 | Review Weil, Gotshal & Manges LLP tenth interim fee application time entries | 470.00 | 0.70 | 329.00 |
| McClamb,C.D. | 05/09/22 | Review FTI applications and reports | 655.00 | 3.00 | 1,965.00 |
| Vesper,M.A. | 05/09/22 | Review Weil, Gotshal & Manges LLP tenth interim fee application time entries | 470.00 | 0.90 | 423.00 |
| Neitzel,K.N. | 05/09/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.80 | 256.00 |
| McClamb,C.D. | 05/10/22 | Review Herrick applications and reports | 655.00 | 5.00 | 3,275.00 |
| Vesper,M.A. | 05/10/22 | Review Weil, Gotshal & Manges LLP tenth interim fee application time entries | 470.00 | 1.30 | 611.00 |
| Neitzel,K.N. | 05/10/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 2.00 | 640.00 |
| Daluz,T.M. | 05/11/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |

071820.03 - 00317415  
Tobey M. Daluz

June 23, 2022  
Invoice No. 20220604822

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 05/11/22 | Review two interim Deloitte Tax fee applications | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 05/11/22 | Correspondence with P. Harner re: same | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/11/22 | Review M-III monthly fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/11/22 | Review Herrick applications and reports | 655.00 | 3.80 | 2,489.00 |
| Vesper,M.A. | 05/11/22 | Review Weil, Gotshal & Manges LLP tenth interim fee application time entries | 470.00 | 1.40 | 658.00 |
| Daluz,T.M. | 05/12/22 | Review docket and recent filings | 1,030.00 | 0.20 | 206.00 |
| Vesper,M.A. | 05/12/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 0.50 | 235.00 |
| Daluz,T.M. | 05/13/22 | Review docket re: recent filings | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 05/13/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/13/22 | Correspondence with P. Harner and C. McClamb re same | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 05/13/22 | Review and comment on draft status report to be filed on behalf of fee examiner | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/13/22 | Emails with P. Harner and T. Daluz re: status report | 655.00 | 0.10 | 65.50 |
| McClamb,C.D. | 05/13/22 | Draft status report | 655.00 | 1.00 | 655.00 |
| McClamb,C.D. | 05/13/22 | Emails with K. Neitzel re: status of fee data | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 05/13/22 | Review Deloitte Tax preliminary reports and fee application | 655.00 | 4.50 | 2,947.50 |
| Neitzel,K.N. | 05/13/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.60 | 192.00 |
| McClamb,C.D. | 05/14/22 | Emails with P. Harner and T. Daluz re: status report | 655.00 | 0.20 | 131.00 |

071820.03 - 00317415  
Tobey M. Daluz

June 23, 2022  
Invoice No. 20220604822

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 05/14/22 | Review Weil, Gotshal & Manges LLP tenth interim fee application time entries | 470.00 | 3.40 | 1,598.00 |
| McClamb,C.D. | 05/16/22 | Emails with C. Jimenez re: fee review | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 05/16/22 | Edits to status report | 655.00 | 0.40 | 262.00 |
| Vesper,M.A. | 05/16/22 | Review e-mail from C. McClamb re: administrative claims representative's reservation of rights | 470.00 | 0.10 | 47.00 |
| McClamb,C.D. | 05/17/22 | Review Herrick application | 655.00 | 4.00 | 2,620.00 |
| Daluz,T.M. | 05/18/22 | Review Akin monthly | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/18/22 | Review response to Akin interim fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/18/22 | Correspondence with P. Harner re: fee hearing | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/18/22 | Review Herrick application | 655.00 | 4.30 | 2,816.50 |
| Daluz,T.M. | 05/19/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/19/22 | Review proposed interim fee order | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 05/19/22 | Review Herrick application | 655.00 | 3.60 | 2,358.00 |
| McClamb,C.D. | 05/20/22 | Preparation for interim fee hearing | 655.00 | 0.30 | 196.50 |
| McClamb,C.D. | 05/20/22 | Review Herrick application | 655.00 | 2.00 | 1,310.00 |
| Daluz,T.M. | 05/23/22 | Corres with C. McClamb re adjournment of fee hearing | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/23/22 | Long call with fee examiner re: case status and go forward | 1,030.00 | 0.80 | 824.00 |
| McClamb,C.D. | 05/23/22 | Emails with P. Harner and T. Daluz re: continuance of hearing | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 05/23/22 | Review Herrick application | 655.00 | 2.30 | 1,506.50 |
| Vesper,M.A. | 05/23/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 1.70 | 799.00 |
| Neitzel,K.N. | 05/23/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.40 | 128.00 |

071820.03 - 00317415  June 23, 2022
Tobey M. Daluz  Invoice No. 20220604822

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 05/24/22 | Call with fee examiner re: fee hearing and next steps | 1,030.00 | 1.00 | 1,030.00 |
| McClamb,C.D. | 05/24/22 | Review Herrick application | 655.00 | 3.50 | 2,292.50 |
| Vesper,M.A. | 05/24/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 1.40 | 658.00 |
| Neitzel,K.N. | 05/24/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.20 | 64.00 |
| Daluz,T.M. | 05/25/22 | Correspondence with J. Marcus re: fee application and negotiation status | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/25/22 | Review new pleadings re claims | 1,030.00 | 0.30 | 309.00 |
| McClamb,C.D. | 05/25/22 | Review Herrick application | 655.00 | 2.50 | 1,637.50 |
| Vesper,M.A. | 05/25/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 0.40 | 188.00 |
| Daluz,T.M. | 05/26/22 | Correspondence with C. McClamb and P. Harner re: Mulder final fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/26/22 | Review litigation finding motion | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/26/22 | Briefly review Mulder final fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 05/26/22 | Emails with P. Harner, T. Daluz and M. Vesper re: Retiree Committee final fee application | 655.00 | 0.60 | 393.00 |
| McClamb,C.D. | 05/26/22 | Emails with M. Vesper re: Akin interim fee application | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 05/26/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 0.90 | 423.00 |
| Vesper,M.A. | 05/26/22 | Discussion with C. McClamb re: Akin and Weil fee review and status | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 05/26/22 | Review correspondence from P. Harner, T. Daluz, and C. McClamb re: review of retiree committee's final fee applications | 470.00 | 0.20 | 94.00 |
| Daluz,T.M. | 05/27/22 | Review re-notice of fee hearing | 1,030.00 | 0.10 | 103.00 |

071820.03 - 00317415  
Tobey M. Daluz

June 23, 2022  
Invoice No. 20220604822

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 05/27/22 | Review Kroll monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/27/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/27/22 | Correspondence with fee examiner re: recent filings and hearing | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/27/22 | Review final fee applications of Mulder as co-counsel to retirees | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/27/22 | Analyze relation to Wollmuth fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 05/27/22 | Correspondence with J. Marcus re: fee hearing | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 05/27/22 | Correspond with M. Vesper re: retiree committee applications | 655.00 | 0.30 | 196.50 |
| McClamb,C.D. | 05/27/22 | Review Mulder retention application and final fee application | 655.00 | 6.80 | 4,454.00 |
| Vesper,M.A. | 05/27/22 | Correspondence with C. McClamb re: retiree committee counsel fee review and Akin fee review | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 05/27/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 1.30 | 611.00 |
| Vesper,M.A. | 05/27/22 | Review Wollmuth Maher & Deutsch LLP's final fee application and associated fee entries | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 05/30/22 | Review Wollmuth Maher & Deutsch LLP's final fee application and associated fee entries | 470.00 | 1.30 | 611.00 |
| Vesper,M.A. | 05/30/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 0.70 | 329.00 |
| McClamb,C.D. | 05/31/22 | Review Mulder retention application and final fee application | 655.00 | 4.00 | 2,620.00 |
| Vesper,M.A. | 05/31/22 | E-mail C. Pollard and C. McClamb re: Akin exhibits | 470.00 | 0.10 | 47.00 |
| **Total B170** | | | | 90.60 | 58,103.00 |
| **Total Fees** | | | | 94.70 | **$61,354.50** |

071820.03 - 00317415  
Tobey M. Daluz

June 23, 2022  
Invoice No. 20220604822

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 11.10 | 1,030.00 | 11,433.00 |
| McClamb,C.D. | 60.70 | 655.00 | 39,758.50 |
| Vesper,M.A. | 18.90 | 470.00 | 8,883.00 |
| Neitzel,K.N. | 4.00 | 320.00 | 1,280.00 |
| **Total Fees** | **94.70** | | **$61,354.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner  June 23, 2022
1675 Broadway  Invoice No. 20220604822
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED</u> through May 31, 2022

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $61,354.50 |
| **Total Invoice Amount** | **$61,354.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days