# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Sears Holdings Corporation

CASE NO.: 18−23538−shl

| | |
|---|---|
| aka | Print Procurement Company, LLC |
| aka | Print Production Company, LLC |
| aka | Relay LLC |
| aka | Shop Your Way Local, LLC |
| aka | Austin Technology Center |
| aka | Bath and Kitchen Elegance |
| aka | Bath and Kitchen Elegance of the Desert |
| aka | Big Beaver of Caguas Development Corporation |
| aka | Big Beaver of Caguas Development Corporation II |
| aka | Big Kmart |
| aka | Big Kmart (#3680) |
| aka | Central Wholesale Appliance Supply, Inc. |
| aka | Chantell Marketing |
| aka | Circle of Beauty Inc. |
| aka | Delver |
| aka | Delver.com |
| aka | Designer Depot |
| aka | Eblon Technologies India Private Limited |
| aka | Evoke Productions |
| aka | FitStudio by Sears |

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
20−1920798

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                         Case No. 18-23538-shl

Sears Holdings Corporation                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 116 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 745 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bankr. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, IL 60179-0001 |
| 7588586 | | 119 PMB 100 Grand Paseo,, 112 Ste., San Juan PR 00926 |
| 7457705 | + | 1803, LLC, 101 East 10th Street, Suite 300, Hastings, MN 55033-2157 |
| 7673488 | + | 24/7 Fire Protection Services, Inc., 12540 Slauson Ave., Unit C, Santa Fe Springs, CA 90670-8502 |
| 7443479 | + | 445 Hamilton Avenue, 15th Floor, White Plains, NY 10601, (914) 946-4777, Counselfor 909 Group, L.P. 10601-1807 |
| 7431369 | + | 4th Street South II, LLC, 3131 E. Michigan Ave., Lansing, Michigan 48912-4618 |
| 7443349 | + | 909 Group , L.P., c/o Bellevue Companies, 909 Delaware Avenue, Wilmington, DE 19806-4701, Attn: Matthew Gehrke |
| 7463832 | | A.R. Shrinivasan, BST International Fashion Ltd, Suite 2301B, Skyline Tower, 39 Wang Kwong Road, Kowloon Bay Hong Kong |
| 7515522 | + | ALLEN & OVERY LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7415372 | + | ALLIANCE SPORTS GROUP, LP, 5650 ALLIANCE GATEWAY FREEWAY, FT. WORTH, TX 76177-3736 |
| 7416293 | | ALSTON & BIRD LLP, Attorneys for Twentieth Century Fox Home, Entertainment LLC, 90 Park Avenue, New York, NY 10016-1387 |
| 7416292 | + | ALSTON & BIRD LLP, Attorneys for Twentieth Century Fox Home, Entertainment LLC, 333 South Hope Street, 16th Floor, Los Angeles, CA 90071-1410 |
| 7429483 | + | ARCHER & GREINER, P.C., Attorneys for Community Unit School, District 300, 630 Third Avenue, New York, New York 10017-6705 |
| 7443082 | + | ARENT FOX LLP, 1301 Avenue of the Americas, Floor 42, New York, NY 10019-6040 |
| 7431116 | + | ARNOLD & PORTER KAYE SCHOLER LLP, Attorneys for AT&T and Turner, 70 West Madison Street, Suite 4200, Chicago, Illinois 60602-4230 |
| 7431117 | + | ARNOLD & PORTER KAYE SCHOLER LLP, Attorneys for AT&T and Turner, One AT&T Way, Room 3A115, Bedminster, NJ 07921-2693 |
| 7562057 | + | ARSENIA FUENTES, 17291 IRVINE BLVD, SUITE 101, TUSTIN, CA 92780-2966 |
| 7545593 | + | ASK LLP, 2600 Eagan Woods Drive, Suite 400, Saint Paul, MN 55121-1169 |
| 7493800 | + | ASW, LLC dba American Landmaster, Attn: Christin Huston, 2499 S 600 E, Suite 102, Columbia City, IN 46725-9029 |
| 7473311 | + | ATKINSON CANDY COMPANY, PO BOX 150220, LUFKIN, TX 75915-0220 |
| 7484093 | + | Acadia Realty Trust, 411 Theodore Fremd Avenue, Suite 300, Rye, NY 10580, Landlord of Store K 10580-1411 |
| 7713318 | + | Affordable Sprinklers, Inc., PO Box 851417, Westland, MI 48185-6817 |
| 7419995 | + | Akin Gump Strauss Hauer & Feld LLP, Attorneys for Official Commmittee of, Unsecured Creditors of Sears Holdings, Corporation, et al., One Bryant Park New York, NY 10036-6728 |
| 7473556 | + | Albaad USA Inc, 129 Technology Drive South, Reidsville, NC 27320-1563 |
| 7511752 | + | Alderman & Alderman, LLC, Attorneys for SVETLANA ANDERSON, 185 Asylum Street, Hartford, Connecticut 06103-3445 |
| 7537486 | + | Allan B. Diamond, Diamond McCarthy LLP, 295 Madison Avenue, 27th Floor, New York, NY 10017-6417 |
| 7473571 | + | Ameriplus Inc, 535 S Hercules Ave, Ste. 201, Clearwater, FL 33764-6302 |
| 7475534 | + | Amturf Enterprises, LLC, 13963 Westside Lane S., Jefferson, OR 97352-9635 |
| 7453420 | + | Andrew Preston, 170 Old Country Road, Suite 200, Mineola, NY 11501-4309 |
| 7414953 | + | Andrew S. Conway, Esq., Attorneys for The Taubman Landlords, 200 East Long Lake Road, Suite 300, Bloomfield Hills, Michigan 48304-2324 |
| 7527936 | + | Andrew Weaver, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7491896 | + | Anglo American Enterprises Corp, 403 Kennedy Blvd, Somerdale, NJ 08083-1025 |
| 7421989 | + | Ansell Grimm & Aaron, P.C., 365 Rifle Camp Road, Woodland Park, NJ 07424-2775 |
| 7887551 | + | Apex Tool Group, LLC, 13620 Reese Boulevard East, Suite 410, Huntersville, North Carolina 28078, Attention: David E. Sturgess,, Senior Vice President, General Counsel 28078-6417 |

District/off: 0208-7                                    User: admin                                    Page 2 of 116
Date Rcvd: Jul 01, 2022                              Form ID: 144                              Total Noticed: 745

| 7417082 | + | Aransas County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7777871 | #+ | Armande Mock, c/o Zinns Law LLC, 2082 Westwood Rd SE, Smyrna, GA 30080-5855 |
| 7511150 | + | Aronauer & Yudell, LLP, One Grand Central Place, 60 East 42nd Street, Suite 1420, New York, New York 10165-1444 |
| 7426538 | + | Ashford Schael LLC, Attorneys for Shinn Fu Company, of America, Inc., 100 Quimby Street, Suite 1, Westfield, NJ 07090-5107 |
| 7448988 | + | Ashley Soto, Esq., DAG Law Firm, APC, 6300 Wilshire Blvd, Suite 1440, Los Angeles, CA 90048-5216 |
| 7448363 | + | Aubain Scotland, 1101 King Street, Christiansted, St. Croix, U.S.V.I. 00820-4933 |
| 7493300 | | B2 Fashions Inc, 10301 Blvd Ray Lawson, Montreal, Quebec, Canada |
| 7493911 | + | BACKENROTH FRANKEL & KRINSKY, LLP, Attorneys for 233 S. Wacker, LLC, 800 Third Avenue, Floor 11, New York, New York 10022-7651 |
| 7431533 | + | BAKER & HOSTETLER LLP, Attorneys for American Greetings, Corporation, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214 |
| 7431534 | + | BAKER & HOSTETLER LLP, Attorneys for American Greetings, Corporation, 45 Rockefeller Plaza, New York, New York 10111-0100 |
| 7415112 | + | BALLARD SPAHR LLP, 1735 Market Street 51st Floor, Philadelphia, PA 19103-7599 |
| 7417975 | + | BALLARD SPAHR LLP, 1675 Broadway, 19th Floor, New York, NY 10019-7759 |
| 7422251 | + | BAYARD, P.A., Attorneys for Retail Opportunity, Investments Corp., 600 N. King Street, Suite 400, Wilmington, DE 19801-3779 |
| 7705917 | + | BEAU BRADY LEBARON, 217 E Acacia St, Apt A, Brea, CA 92821-6506 |
| 7526894 | + | BELKIN BURDEN WENIG & GOLDMAN, LLP, Attorneys for Raven Associates, c/o Aegis Investments, Inc., 270 Madison Avenue, New York, New York 10016-0601 |
| 7434108 | + | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378 |
| 7428324 | + | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, Attorneys for PREP Hanover, Real Estate LLP, 222 Delaware Avenue, Suite 801, Wilmington, Delaware 19801-1611 |
| 7468979 | | BEWLEY, LASSLEBEN & MILLER,LLP, Attorneys for Brixton Provo Mall, LLC, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797 |
| 7449316 | + | BINDER & MALTER LLP, 2775 Park Avenue, Santa Clara, California 95050-6004 |
| 7419280 | + | BLANK ROME LLP, 1271 Avenue of the Americas, New York, New York 10020-1303 |
| 7668144 | + | BONNIER CORPORATION, jONATHAN L. GOLD, 1000 MAINE AVE SW, SUITE 400, WASHINGTON, DC 20024-3722 |
| 7597277 | + | BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C., Attorneys for Amanda Gonzales, 377 Broadway, New York, New York 10013-3907 |
| 7432330 | + | BROWN & CONNERY, LLP, Attn: Julie F. Montgomery, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| 7447799 | + | BUCHANAN INGERSOLL & ROONEY PC, Attn: Christopher P. Schueller, Esq., 640 5th Avenue, 9th Floor, New York, NY 10019-6102 |
| 7415113 | + | Ballard Spahr LLP, 919 N. Market Street 11th Floor, Wilmington, DE 19801-3023 |
| 7417920 | + | Barclay Damon LLP, Attn: Kevin M. Newman, Esq., 125 East Jefferson Street, Syracuse, New York 13202-2515 |
| 7465809 | + | Barnes & Thornburg LLP, Attorneys for Urschel Development, Corporation, 11 S. Meridian Street, Indianapolis, IN 46204-3506 |
| 7887554 | + | Basil Vasiliou, 800 S. Pointe Drive Apt. 2001, Miami Beach, Florida 33139-7190 |
| 7427633 | + | Beard & Savory, PLLC, Attorneys for BICO Associates GP, 119 South Main Street, Suite 500, Memphis, Tennessee 38103-3659 |
| 7417083 | + | Bee County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7420266 | + | Bell Nunnally & Martin, LLP, Attorneys for M&G Jewelers, Inc., 2323 Ross Avenue, Suite 1900, Dallas, Texas 75201-2721 |
| 7498974 | | Betty Bailey, B 17 Cannelton Hollow Rd., Cannelton, WV 25036 |
| 7511440 | + | Birch, deJongh & Hindels, PLLC, Poinsettia House @ Bluebeard's Castle, 1330 Estate Taarnebjerg Gade, St Thomas, USVI 00802-6793 |
| 7417089 | + | Blanco CAD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7531716 | + | Bleus & Associates, LLC, Attorneys for Taylor Sorensen, 2633 Dakota NE, Albuquerque, NM 87110, bleusandassociates@gmail.com 87110-3345 |
| 7473956 | + | Blue Star Fashion NY Inc., 265 W 37th Street, #1802, New York, NY 10018-5776 |
| 7416853 | + | Borges & Associates, LLC, 575 Underhill Blvd., Ste. 118, Syosset, NY 11791-3438 |
| 7419438 | + | Brach Eichler LLC, Attorneys for iStar Jewelry, LLC, 101 Eisenhower Parkway, Roseland, NJ 07068-1053 |
| 7444155 | + | Bradford Capital Holdings, LP, c/o Bradford Capital Management, LLC, PO Box 4353, Clifton, NJ 07012-8353 |
| 7444156 | + | Bradford Capital Management, LLC, 1051 Bloomfield Avenue, Suite 10, Clifton, NJ 07012-2131 |
| 7415960 | + | Brian S. McGrath, Kristen D. Romano, MCGLINCHEY STAFFORD, 112 West 34th Street, Suite 1515, New York, New York 10120-1515 |
| 7416230 | + | Brian S. McGrath, MCGLINCHEY STAFFORD, 112 West 34th Street, Suite 1515, New York, New York 10120, Ph.: 646 362-4044 Email: bmcgrath@mcglinchey.com 10120-1515 |
| 7473208 | + | Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2100 |
| 7887556 | + | Brixmor Operating Partnership, L.P., 450 Lexington Avenue 13th Floor, New York, New York 10017, Attention: Patrick Bennison, Vice Presi 10017-395 |
| 7414947 | | Brookfield Property REIT Inc., as Agent, Attn: Kristen N. Pate, 350 N. Orleans Street, Suite 300, Chicago, IL 60654-1607 |
| 7535470 | + | Brown Rudnick LLP, Attorneys for Hain Capital Group, LLC, Seven Times Square, New York, NY 10036-6548 |
| 7419272 | + | Buchalter, a Professional Corporation, Attorneys for Oracle America, Inc., 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 7444405 | | Buchalter, a Professional Corporation, 16435 North Scottsdale Road, Suite 440, Scottsdale, AZ 85254-1754 |
| 7698134 | + | Burke County TaxCollector, PO Box 219, MORGANTON, NC 28680-0219 |
| 7417794 | + | C.J. Segerstrom & Sons, 3315 Fairview Road, Costa Mesa, CA 92626-1655 |
| 7418370 | + | C.J. Segerstrom & Sons, 3315 Fairview Road, Costa Mesa, California 92626-1655 |
| 7512156 | + | CA Alabama Holdings, Inc., 401 Locust Street, Gadsden, AL 35901-3737 |
| 7512663 | + | CA Florida Holdings, LLC, 2751 South Dixie Hwy., West Palm Beach, FL 33405-1233 |
| 7512306 | + | CA Florida Holdings, LLC, 2121 SW 19th Ave. Road, Ocala, FL 34471-7752 |

| 7512238 | + | CA Florida Holdings, LLC, One News Place, St. Augustine, FL 32086-6509 |
| 7512183 | + | CA Florida Holdings, LLC, 901 Sixth Street, Daytona Beach, FL 32117-3352 |
| 7512305 | + | CA Florida Holdings, LLC, 2 Eglin Parkway NE, Fort Walton Beach, FL 32548-4915 |
| 7512136 | + | CA Florida Holdings, LLC, 300 West Lime Street, Lakeland, FL 33815-4649 |
| 7512639 | + | CA Massachusetts Holdings, Inc., 309 Central Street, Gardner, MA 01440-3839 |
| 7512638 | + | CA Massachusetts Holdings, Inc., 100 Front Street, Box 15012, Worcester, MA 01608-1425 |
| 7512740 | + | CA North Carolina Holdings, Inc., 724 Bell Fork Road, Jacksonville, NC 28540-6311 |
| 7512251 | + | CA North Carolina Holdings, Inc., 3200 Wellons Boulevard, New Bern, NC 28562-5234 |
| 7512350 | + | CA North Carolina Holdings, Inc., 707 South Main Street, Burlington, NC 27215-5844 |
| 7484891 | + | CARMODY TORRANCE SANDAK & HENNESSEY LLP, Attorneys for Crossroads, Joint Venture, LLC, 707 Summer Street, Stamford, CT 06901-1026 |
| 7692175 | + | CARRINGTON, COLEMAN,, SLOMAN & BLUMENTHAL, L.L.P., Attorneys for Naterra, International, Inc., 901 Main Street, Suite 5500 Dallas, Texas 75202-3767 |
| 7422057 | + | CARTER CONBOY CASEBLACKMORE, MALONEY & LAIRD, P.C., Attorneys for BH North American, Corporation, 20 Corporate Woods Blvd., Suite 500 Albany, New York 12211-2381 |
| 7432636 | + | CHAD T. SNYDER, DEPUTY CITY ATTORNEY (269471), FRESNO CITY ATTORNEY, DOUGLAS T. SLOAN, CITY ATTORNEY, 2600 FRESNO ST. RM. 2031, FRESNO, CA 93721-3620 |
| 7416123 | + | CHIESA SHAHINIAN & GIANTOMASI PC, One Boland Drive, West Orange, New Jersey 07052-3686 |
| 7416562 | + | CHOATE, HALL & STEWART LLP, Attorneys for Wells Fargo Bank,, National Association, Two International Place, Boston, MA 02110-4142 |
| 7416145 | + | CHOI & PARK, LLC, Attorneys Winiadaewoo Electronics, America, Inc., 11 Broadway, Suite 615, New York, New York 10004-1490 |
| 7419976 | + | CHUHAK & TECSON, P.C., Attorneys for MJ Holding Company, LLC, Attn: Miriam R. Stein, 30 S. Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| 7429881 | + | CITY OF FRESNO, FRESNO CITY ATTORNEY'S OFFICE, 2600 FRESNO ST., RM. 2031, FRESNO, CA 93721-3620 |
| 7463831 | + | CKR Law LLP, Attorneys for BST International, Fashion Ltd, 1330 Avenue of the Americas, 14th Floor, New York, NY 10019-5400 |
| 7441156 | + | CKR Law LLP, Attorneys for Bradshaw Westwood Trust, c/o Gilbert R. Saydah Jr., Esq., 1330 Avenue of the Americas, 14th Floor, New York, NY 10019-5400 |
| 7440097 | + | CKR Law LLP, Attorneys for Giza Spinning & Weaving Co., 1330 Avenue of the Americas, 14th Floor, New York, NY 10019-5400 |
| 7465404 | + | CLARK HILL PLC, Counsel to Epicor Software Corporation, 830 Third Avenue, Suite 200, New York, NY 10022-7523 |
| 7465403 | + | CLARK HILL PLC, 210 Carnegie Center, Suite 102, Princeton, NJ 08540-6233 |
| 7427017 | | COHEN, WEISS AND SIMON LLP, 900 Third Avenue, 21st Floor, New York, New York 10022-4869 |
| 7457667 | + | COLE SCHOTZ P.C., Counsel for Kellogg Sales Company, 1325 Avenue of the Americas, 19th Fl., New York, NY 10019-6079 |
| 7457668 | + | COLE SCHOTZ P.C., Counsel for Kellogg Sales Company, 301 Commerce Street, Suite 1700, Fort Worth, Texas 76102-4150 |
| 7508803 | + | COLLERAN, O'HARA & MILLS LLP, Attorneys for American Casting, & Manufacturing Corp., 100 Crossways Park Drive West, Suite 200, Woodbury, New York 11797-2012 |
| 7545141 | | COMM 2006-C8 Shaw Avenue Clovis, LLC, c/o LNR Partners, LLC, 6801 Washington Avenue, Suite 700, Miami Beach, FL 33139 |
| 7495411 | + | COTO & ASSOCIATES, Attorneys for Payco Foods Corporation, MCS Plaza, Suite 800, 255 Ponce de Len Avenue, San Juan, Puerto Rico 00917-1955 |
| 7427016 | + | COVINGTON & BURLING LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018-1618 |
| 7416116 | + | Cafaro Management Company, 5577 Youngstown-Warren Rd., Niles, Ohio 44446-4803 |
| 7417091 | + | Cameron County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7427401 | + | Canon Solutions America, Inc., 300 Commerce Square Blvd, Burlington, NJ 08016-1270 |
| 7439915 | + | Cantor Fitzgerald Securities, c/o Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022 |
| 7440634 | + | Cape Fear Public Utility Authority, 235 Government Center Dr, Wilmington, NC 28403-2001 |
| 7435639 | + | Carmody MacDonald P.C., Attorneys for 14 Oaks Associates, LLC, 120 South Central Ave., Ste. 1800, St. Louis, MO 63105-1726 |
| 7426708 | + | Carol E. Momjian, Senior Deputy Attorney General, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 7416119 | + | Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10005-2072 |
| 7947302 | + | Cascade Investment, LLC., C/O Nicole M. Flores, DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York, New York 10022-3916 |
| 7544121 | + | Cassandra Postighone, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110-1292 |
| 7489255 | + | Cedar Glade LP, Attn: Robert K. Minkoff, 660 Madison Avenue, 17th Floor, New York, NY 10065-8417 |
| 7643383 | + | Central Mills Inc., c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., NY, NY 10016-2878 |
| 7548116 | + | Certain Former Directors of Sears Canada, Inc., c/o Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1618 |
| 7425845 | + | Certilman Balin Adler & Hyman, LLP, Attorneys for The Libman Company, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| 7425597 | + | Certilman Balin Adler & Hyman, LLP., Attorneys for ZG Apparel Group LLC and, Studio 1 Div. of Shazdeh Fashions, 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| 7422895 | + | Chapman and Cutler LLP, Attorneys for WSSR, LLC, 1270 Avenue of the Americas, New York, New York 10020-1708 |
| 7502606 | | Charles E. Chamberlin, State of Nebraska, Game and Parks Commis, 2115 State Capitol Building, Lincoln, Nebraska 68509 |
| 7442004 | + | Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh, Sorling Northrup, P.O. Box 5131, Springfield, IL 62705-5131 |
| 7513140 | + | Charlotte Cinque, 140 Lake Nancy Ln, Apt 313, West Palm Beach, FL 33411-9232 |
| 7526563 | + | Cheng Yen Enterprises Co., Ltd, 576 Pale San Vitores Road, Ste #301, Tumon, GU 96913-4005 |
| 7467237 | + | Chesapeake Merchandising Inc, 4615 B Wedgewood Blvd, Frederick, MD 21703-7120 |
| 7431395 | | City and County of Denver/Treasury, 201, Attn: Jennifer Maldonado, Denver, CO 80202 |
| 7497884 | + | City of Alliance, Nebraska, 1502 Second Ave, Scottsbluff, NE 69361-3224 |

| | | |
|---|---|---|
| 7466440 | + | City of Bellevue, 450 110th Avenue NE, Office of the City Attorney, City of Bel, Bellevue, WA 98004-5514 |
| 7438362 | + | City of Corpus Christi, Attn: Bankruptcy Attorney, P.O.Box 9277, Corpus Christi, TX 78469-9277 |
| 7431833 | + | City of Hampton Treasurers Office, 1 Franklin Street, Suite 100, Hampton, VA 23669-3575 |
| 7417086 | + | City of Harlingen, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7545996 | + | City of Oakland, 1 Frank H. Ogawa Plaza, 6th Fl., Oakland, CA 94612-1999 |
| 7442561 | + | City of South Portland, PO Box 9422, South Portland, ME 04116-9422 |
| 7502508 | + | City of Springfield, Illinois - CWLP, 800 E. Monroe, Rm. 327, Springfield, IL 62701-1653 |
| 7495400 | + | City of Tampa Utility Accounting, 315 East Kennedy Blvd., Tampa, FL 33602-5211 |
| 7439594 | + | City of Winchester, Virginia, 15 N. Cameron Street, Suite 313, Winchester, VA 22601, Winchester, VA 22601-4764 |
| 7419320 | + | Clark Hill Strasburger, Attorneys for Epicor Software Corp., 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| 7415146 | + | Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404 |
| 7665003 | + | Clover Imaging Group, LLC, c/o Patricia B Fugee, FisherBroyles LLP, 27100 Oakmead Dr., #306, Perrysburg, OH 43551-2670 |
| 7511733 | + | Comosoft, Inc., c/o Kevin M. Lippman, Esq., Munsch Hardt Kopf & Harr, P.C., 500 N. Akard St., Ste. 3800, Dallas, TX 75201-6659 |
| 7887552 | + | Computershare Trust Company, N.A., 2950 Express Drive South, Suite 210, Islandia, New York 11749, Attention: Michael A. Smith, Vice Presi 11749-141 |
| 7643354 | + | Concept One Accessories, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., NY, NY 10016-2878 |
| 7429492 | + | Cooley LLP, Attorneys for Washington, Prime Group Inc., 1114 Avenue of the Americas, New York, NY 10036-7703 |
| 7512352 | + | Copley Ohio Newspapers, Inc., 500 Market Avenue South, Canton, OH 44702-2112 |
| 7512726 | + | Copley Ohio Newspapers, Inc., 729 Lincoln Way E, Massillon, OH 44646-6829 |
| 7460546 | + | Corey McMillion and Katie McMillion (h/w), Lowenthal & Abrams, P.C., 555 City Line Ave., Suite 500, Bala Cynwyd, PA 19004, Bala Cynwyd, PA 19004-1146 |
| 7548007 | + | Covington & Burling LLP, Attorneys for Certain Former Directors, of Sears Canada, Inc., The New York Times Building, 620 Eighth Avenue New York, NY 10018-1618 |
| 7417980 | + | Cozen O'Connor, Attorneys for National Distribution, Centers, LLC, 1201 N. Market Street, Suite 1001 Wilmington, DE 19801-1807 |
| 7416621 | + | Cravath, Swaine & Moore LLP, Attorneys for Stanley, Black & Decker, Inc., Worldwide Plaza, 825 Eighth Avenue New York, New York 10019-7416 |
| 7420049 | + | D&C Media LLC, 83 S 1650 E, Spanish Fork, UT 84660-5809 |
| 7470941 | + | DANA NESSEL, Attorney General, Attorney for the State of Michigan, Department of Treasury, 3030 W. Grand Blvd. 10-200 Detroit, MI 48202-6030 |
| 7689871 | + | DANIEL LAW PLLC, Attorneys for Peterson Technology, Partners, Inc., 305 Broadway, 7th Floor, New York, NY 10007-1188 |
| 7415159 | + | DAVID ESCAMILLA, Attorney for Travis County Attorney, P.O. Box 1748, Austin, TX 78767-1748 |
| 7415157 | + | DAVIS POLK & WARDWELL LLP, 450 Lexington Avenue, New York, New York 10017-3982 |
| 7512254 | + | DB North Carolina Holdings, Inc., 458 Whitfield St., Fayetteville, NC 28306-1614 |
| 7458461 | + | DRINKER BIDDLE & REATH LLP, Attn: Marita Erbeck, 600 Campus Drive, Florham Park, NJ 07932-1096 |
| 7440089 | + | Dahan & Nowick LLP, Attorneys for 5525 S. Soto St., Associates, Attn: David T. Taxin, 123 Main Street, 9th Floor White Plains, New York 10601-3104 |
| 7464953 | + | Dan McAllister, Treasurer-Tax Collector, Attention: Bankruptcy Desk, 1600 Pacific Highway, Room 162, San Diego, CA 92101-2477 |
| 7474988 | + | Daniel M. Silvershein, Esq., Attorneys for Vivian Hilken, 262 West 38th Street, Suite 1007, New York, NY 10018-9170 |
| 7729914 | + | Daniel Paul Chairs LLC, 2052 S Economy Road, Morristown, TN 37813-2808 |
| 7443950 | + | Darlene K. Pintacura Smith, c/o The Younger Law Firm, 5372 Long Beach Blvd, Long Beach, CA 90805-5858 |
| 7442293 | + | David L. Tilsm, Wilson Elser, 1133 Westchester Ave, White Plains, NY 10604-3516 |
| 7416237 | + | Davidoff Hutcher & Citron, LLP, 605 Third Avenue, New York, NY 10158-3499 |
| 7466132 | + | Day Pitney LLP, Attorneys for Lakin Tire West Inc., 195 Church Street, 15th Floor, New Haven, CT 06510-2092 |
| 7490561 | + | Dean & Fulkerson, Attorneys for Greenwood Motor Lines, 801 W. Big Beaver Road, Suite 500, Troy, MI 48084-4724 |
| 7417523 | + | Debevoise & Plimpton LLP, Attorneys for Cascade Investment, LLC, and SL Agent, LLC, 919 Third Avenue, New York, NY 10022-3902 |
| 7422797 | + | Derek L. Wright, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7537440 | + | Diamond McCarthy LLP, Counsel to Team Worldwide Corporation, 295 Madison Ave., 27th Floor, New York, NY 10017-6417 |
| 7668147 | + | Directions Studio LLC, 1400 Broadway, 14th Floor, New York, NY 10018-5300 |
| 7844797 | + | Dominic A. Litz, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| 7844237 | + | Dominic Litz, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153-0119 |
| 7420959 | + | Donald C. Cowan, Jr., Credit Manager, 1265 Scottsville Road, Rochester, NY 14624-5104 |
| 7420948 | + | Donald C. Cowan, Jr., Esq., 1265 Scottsville Road, Rochester, NY 14624-5104 |
| 7427728 | | Duane Morris LLP, 1540 Broadway, 14th Floor, New York, NY 10036-4086 |
| 7427730 | | Duane Morris LLP, Attorneys for Chubb Companies, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 7466006 | | EDGARDO MUNOZ, PSC, 364 Calle Lafayette, San Juan PR 00917-3113 |
| 7434607 | + | EISEMAN LEVINE LEHRHA & KAKOYIANNIS P.C., Attorneys for Prestige Bay Plaza, Development Corp., 805 Third Avenue, 1Oth Floor, New York, New York 10022-7513 |
| 7529005 | + | EMA Investments San Diego, LLC, 252 South Beverly Drive, Suite C, Beverly Hills, CA 90212-3901 |
| 7527394 | + | ENTWISTLE & CAPPUCCI LLP, Attorneys for Platte Valley, Investment, LLC, 299 Park Avenue, 20th Floor, New York, New York 10171-0002 |
| 7419439 | + | Edward M. Fox, Esq., Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| 7495987 | + | Emma Caballero c/o Law Office of Katherine Moore, 600 Allerton Street, Suite 202, Redwood City, CA 94063-1570 |
| 7440490 | + | Enid Nagler Stuart, Assistant Attorney General, Attorney for NYS Department of Taxation, 28 Liberty Street, New York, NY 10005-1400 |
| 7512349 | + | Enterprise Publishing Company, LLC, 1324 Belmont Street, Unit 102, Brockton, MA 02301-4435 |
| 7634392 | | Epic Designers Limited, 7floor EGL Tower, 83 Hung To Road, Kwun Tong, Kowloon, Hong Kong, Attn: Ruwan Peiris |

| | | |
|---|---|---|
| 7448719 | + | Eric G. Waxman, Anthony De Leo, Cadwalader, Wickersham & Taft LLP, 200 Liberty Street, New York, NY 10281-1015 |
| 7607553 | | Eric Jay Ltd, 115 River Road, Bldg No. 10, Ste 1026, Edgewater, NJ 07020 |
| 7844826 | + | Erika L. Morabito, Quinn Emanuel Urquhart & Sullivan LLP, 1300 I Street NW, Suite 900, Washington DC 20005-3314 |
| 7467845 | | Ernie Zachary Park, Esq., Bewley, Lassleben & Miller, LLP, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797 |
| 7728679 | + | EuroBlooms, LLC, Winegarden Haley Lindholm Tucker, & Himelhoch PLC, Zachary R. Tucker, 9460 S. Saginaw Rd, Suite A Grand Blanc, MI 48439-8207 |
| 7417796 | + | FBA Holdings, Inc., 3315 Fairview Road, Costa Mesa, CA 92626-1610 |
| 7418372 | + | FBA Holdings, Inc., 3315 Fairview Road, Costa Mesa, California 92626-1610 |
| 7416161 | + | FELDERSTEIN FITZGERALD, WILLOUGHBY & PASCUZZI LLP, Attorneys for The McClatchy Company, 400 Capitol Mall, Suite 1750, Sacramento, CA 95814-4432 |
| 7453645 | + | FERRAIUOLI LLC, Attorneys for Santa Rosa Mall, LLC, 221 Plaza, 221 Ponce de Leon Avenue, 5th Floor, San Juan, PR 00917-1802 |
| 7526768 | + | FERRAIUOLI LLC, Attorneys for Luan Investment SE, 390 N. Orange Avenue, Suite 2300, Orlando, Florida 32801-1684 |
| 7708995 | + | FIDELITY NATIONAL LAW GROUP, Counsel for Chicago Title, Insurance Company, 1515 Market Street, Suite 1410, Philadelphia, PA 19102-1913 |
| 7422868 | + | FOLEY & LARDNER LLP, 90 Park Ave., New York, NY 10016-1301 |
| 7457820 | + | FOLEY & LARDNER LLP, Attorneys for Victor Reagan Family Trust, 90 Park Ave., New York, NY 10016-1301 |
| 7561572 | + | FOLEY & LARDNER LLP, 3000 K. Street, N.W., Suite 600, Washington, D.C. 20007-5111 |
| 7422869 | + | FOLEY & LARDNER LLP, Attorneys for CenterPoint, Properties Trust, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 7458491 | ++ | FORT PIERCE UTILITIES AUTHORITY, 206 S 6TH ST, FORT PIERCE FL 34950-4295 address filed with court:, Fort Pierce Utilities Authority, 206 South 6th Street (34950), P.O. Box 3191, Fort Pierce, FL 34948 |
| 7429487 | + | FOX SWIBEL LEVIN & CARROLL LLP, Attorneys for The Chamberlain, Group, Inc., 200 West Madison Street, Suite 3000, Chicago, Illinois 60606-3417 |
| 7429880 | + | FRESNO CITY ATTORNEY, DOUGLAS T. SLOAN, City Attorney, 2600 Fresno Street Rm. 2031, FRESNO, CA 93721-3620 |
| 7419924 | + | FULTZ MADDOX DICKENS PLC, 101 South Fifth Street, 27th Floor, Louisville, Kentucky 40202-3067 |
| 7489493 | + | Fair Harbor Capital, LLC, Ansonia Finance Station, PO Box 237037, New York, NY 10023-0028 |
| 7457942 | + | Fayette County, Kerr County, City of Weslaco, Wesl, c/o John T. Banks, 3301 Northland Drive, Suite 505, Austin, Texas 78731-4954 |
| 7447279 | + | FedEx Supply Chain, Inc. and FedEx Custom Critical, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th fl., Pittsburgh, PA 15219-1400 |
| 7434951 | + | Feizy Import and Export Company, Ltd., 13800 Diplomat Drive, Dallas, TX 75234-8812 |
| 7665141 | + | FisherBroyles, LLP, Attorneys for Clover Technologies, Group, LLC, 203 North LaSalle Street, Suite 2100 Chicago, Illinois 60601-1226 |
| 7417759 | + | FisherBroyles, LLP, Attorneys for Clover Technologies, Group, LLC, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 7418615 | + | Fox Rothschild LLP, 101 Park Avenue, Suite 1700, New York, NY 10178-0002 |
| 7418616 | + | Fox Rothschild LLP, Attorneys for Hanesbrands, Inc., 919 North Market Street, Suite 300, Wilmington, De 19801-3068 |
| 7704427 | + | Fragrance Acquisitions LLC, 1900 Corporate Blvd, Newburgh, NY 12550-6412 |
| 7416339 | + | Frederick Black/Tara B. Annweiler, Greer, Herz & Adams, LLP, One Moody Plaza, 18th Floor, Galveston, Texas 77550-7998 |
| 7430441 | + | Freeborn & Peters LLP, Attorneys for True Value Company, 311 S. Wacker Dr., Suite 3000, Chicago, IL 60606-6683 |
| 7419741 | + | Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004-1903 |
| 7415473 | + | Frost Brown Todd LLC, Attorneys for Sitel Operating, Corporation, Attn: Edward M. King, Esq., 400 West Market Street Louisville, Kentucky 40202-3346 |
| 7414857 | + | Frost Brown Todd LLC, 3300 Great American Tower, 301 E. Fourth Street, Cincinnati, Ohio 45202-4257 |
| 7443323 | + | GBR Green Acres Limited Liability Company, Greenwich 29 L.P., c/o Gibraltar Management Co., Inc., 150 White Plains Road, Suite 400 Tarrytown, NY 10591-5521 |
| 7415272 | + | GELLERT SCALI BUSENKELL & BROWN LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| 7429485 | + | GENSBURG CALANDRIELLO & KANTER, P.C., Attorneys for Community Unit School, District 300, 200 West Adams Street, Suite 2425, Chicago, Illinois 60606-5251 |
| 7707138 | | GIBBONS P.C., Counsel for S&P Global, Inc., One Gateway Center, Newark, NJ 07102-5310 |
| 7415571 | | GIBBONS P.C., Attorneys for Henkel Corporation, Attn: Howard A. Cohen, Esq., 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |
| 7425751 | + | GODFREY & KAHN, S.C., One East Main Street, Suite 500, Madison, WI 53703-3300 |
| 7466139 | + | GOLDSTEIN & MCCLINTOCK LLLP, Attorneys for Infinite Peripherals, Inc., 375 Park Avenue, Suite 2670, New York, NY 10152-3804 |
| 7424575 | + | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, Counsel to AMAV Enterprises Ltd., 711 Third Avenue, New York, New York 10017-4014 |
| 7415223 | + | GOODWIN PROCTER LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018-1618 |
| 7493915 | + | GOULD & RATNER LLP, Attorneys for 233 S. Wacker, LLC, 222 North LaSalle Street, Suite 800, Chicago, IL 60601-1011 |
| 7466357 | + | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402-2100 |
| 7695827 | + | GTM America Corporation, c/o Eric S. Chafetz, Esq., and Lindsay H. Sklar, Esq., 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 7431525 | + | Garda CL Great Lakes, Inc.,, Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq., Holland & Knight LLP, 701 Brickell Avenue, Suite 3300 Miami, Florida 33131-2898 |
| 7512255 | + | GateHouse Media Arkansas Holdings, Inc., 1111 Main Street, Suite 102, Conway, AR 72033-7809 |
| 7512303 | + | GateHouse Media California Holdings, Inc., 800 CENTER STREET, Taft, CA 93268-3129 |
| 7512302 | + | GateHouse Media Colorado Holdings, Inc., 422 COLORADO AVE, P.O. BOX 500, La Junta, CO 81050-0500 |
| 7512644 | + | GateHouse Media Colorado Holdings, Inc., 825 W. Sixth Street, Pueblo, CO 81003-2313 |
| 7512572 | + | GateHouse Media Corning Holdings, Inc., 34 W. PULTENEY ST., Corning, NY 14830-2211 |
| 7512214 | + | GateHouse Media Georgia Holdings, Inc., 1375 Chatham Parkway, Savannah, GA 31405-0304 |
| 7512339 | + | GateHouse Media Georgia Holdings, Inc., 725 Broad Street, Augusta, GA 30901-1336 |

| | | |
|---|---|---|
| 7512337 | + | GateHouse Media Georgia Holdings, Inc., One Press Place, Athens, GA 30601-2605 |
| 7512135 | + | GateHouse Media Illinois Holdings, Inc., 99 E. State Street, Rockford, IL 61104-1009 |
| 7512620 | + | GateHouse Media Indiana Holdings, Inc., 225 W. Colfax Ave., South Bend, IN 46626-1000 |
| 7512186 | + | GateHouse Media Kansas Holdings II, Inc., 701 N. LOCUST, Pittsburg, KS 66762-4038 |
| 7512211 | + | GateHouse Media Massachusetts I, Inc., 207 Pocasset Street, Fall River, MA 02721-1532 |
| 7512210 | + | GateHouse Media Massachusetts I, Inc., 15 Pacella Park Drive, Randolph, MA 02368-1780 |
| 7512209 | + | GateHouse Media Massachusetts I, Inc., 150 Baker Avenue Ext., Suite 305, Concord, MA 01742-2199 |
| 7512213 | + | GateHouse Media Massachusetts I, Inc., 182 Standish Avenue, Plymouth, MA 02360-4162 |
| 7512208 | + | GateHouse Media Massachusetts I, Inc., 1 Speen Street, Framingham, MA 01701-4644 |
| 7512621 | + | GateHouse Media Massachusetts I, Inc., 9 Meriam Street, Lexington, MA 02420-5300 |
| 7512309 | + | GateHouse Media Missouri Holdings, Inc., 1006 W HARMONY, Neosho, MO 64850-1631 |
| 7512616 | + | GateHouse Media North Dakota Holdings, Inc., 516 4TH STREET NE, Devils Lake, ND 58301-2502 |
| 7512368 | + | GateHouse Media Ohio Holdings II, Inc., 62 E. Broad Street, Columbus, OH 43215-3503 |
| 7512751 | + | GateHouse Media Oklahoma Holdings, Inc., 117 W. BROADWAY, Ardmore, OK 73401-6226 |
| 7512256 | + | GateHouse Media Oregon Holdings, Inc., 3500 Chad Drive, Eugene, OR 97408-7426 |
| 7512634 | + | GateHouse Media Pennsylvania Holdings, Inc., 4284 U.S. Route 130, Willingboro, NJ 08046-2027 |
| 7512602 | + | GateHouse Media Pennsylvania Holdings, Inc., One Oxford Valley, 2300 East Lincoln Highway, Suite 500D, Langhorne, PA 19047-1824 |
| 7512241 | + | GateHouse Media Texas Holdings II, Inc., 710 Avenue J, Lubbock, TX 79401-1808 |
| 7512240 | + | GateHouse Media Texas Holdings II, Inc., 900 S. Harrison, Amarillo, TX 79101-3424 |
| 7512239 | #+ | GateHouse Media Texas Holdings II, Inc., 305 South Congress Avenue, Austin, TX 78704-1200 |
| 7512617 | + | GateHouse Media Texas Holdings II, Inc., 700 Carnegie Street, Brownwood, TX 76801-7040 |
| 7512619 | + | GateHouse Media Texas Holdings II, Inc., 702 E. South Loop, Stephenville, TX 76401-5314 |
| 7512777 | + | GateHouse Media Texas Holdings II, Inc., 200 W. Marvin Avenue, PO Box 877, WAXAHACHIE, TX 75165-3040 |
| 7520081 | + | Gelber & Santillo PLLC, Attorneys for Transform Holdco LLC, and certain affiliates, 347 West 36th Street, Suite 805, New York, NY 10018-6464 |
| 7512642 | + | George W. Prescott Publishing Company, LLC, 400 Crown Colony Drive, Quincy, MA 02169-0930 |
| 7418407 | | Gibbons PC, Attorneys for American Lebanese Syrian, Associated Charities, Inc., ATTN: Natasha M. Songonuga, Esq., One Pennsylvania Plaza, 37th Fl New York, NY 10119-3701 |
| 7786319 | | Goplus dba Factorydirectsale, c/o Polis & Associates, APLC, 19800 MacArthur Blvd, Suite 1000, Irvine CA 92612-2433 |
| 7416561 | + | Greer, Herz & Adams, LLP, Attorneys for American National, Insurance Company, One Moody Plaza, 18th Floor, Galveston, Texas 77550-7947 |
| 7906625 | | Gregg M. Galardi, Andrew G. Devore, ROPES & GRAY LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 7422058 | + | HAHN & HESSEN LLP, Attorney for Criteo S.A, 488 Madison Avenue, 15th Floor, New York, New York 10022-5717 |
| 7416146 | + | HALPERIN BATTAGLIA BENZIJA, LLP, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| 7436826 | + | HC Lakeshore, LLC c/o B.V. Belk Properties, Hutchens Law Firm, LLP, 6230 Fairview Road, Suite 315, Charlotte, NC 28210-3151 |
| 7436852 | + | HC Lakeshore, LLC co B.V. Belk Properties, Hutchens Law Firm,LLP, 6230 Fairview Road, Suite 315, Charlotte, NC 28210-3151 |
| 7427867 | + | HCV DISTRIBUTORS INC., PO BOX 599, MOCA, PR 00676-0599 |
| 7696030 | + | HERRERA LAW FIRM, P.A., Attorneys for Leonora Gonzalez, P.O. Box 442968, Miami, Florida 33144-7968 |
| 7461860 | + | HERRICK, FEINSTEIN LLP, Michelle M. Sekowski, 2 Park Avenue, New York, New York 10016, Special Counsel 10016-5675 |
| 7460007 | + | HERRICK, FEINSTEIN LLP, Stephen B. Selbst, 2 Park Avenue, New York, New York 10016, Special Counsel 10016-5675 |
| 7461333 | + | HERRICK, FEINSTEIN LLP, Steven B. Smith, 2 Park Avenue, New York, New York 10016, Special Counsel 10016-5675 |
| 7460006 | | HERRICK, FEINSTEIN LLP, Sean E. ODonnell, 2 Park Avenue,New York, New York 10016 |
| 7736406 | + | HI TECH PHARMACAL CO INC, C/O COMMERCIAL COLLECTION CONSULTANTS, 16830 VENTURA BLVD., SUITE 620, ENCINO, CA 91436-1727 |
| 7422056 | + | HIGGS FLETCHER & MACK LLP, Attorneys for BH North American, Corporation, 401 West A Street, Suite 2600, San Diego, California 92101-7913 |
| 7692434 | + | HOGAN LOVELLS US LLP, Attorneys for Broe Real Estate Group, 390 Madison Avenue, New York, New York 10017-2507 |
| 7429333 | + | HONIGMAN MILLER SCHWARTZ AND COHN LLP, Attorneys for Midwest Tool, and Cutlery Company, 2290 First National Building, 660 Woodward Avenue Detroit Michigan 48226-3516 |
| 7466000 | | HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482 |
| 7429830 | + | HUNTON ANDREWS KURTH LLP, 200 Park Avenue, New York, New York 10166-4499 |
| 7429832 | + | HUNTON ANDREWS KURTH LLP, Attorneys for McLane Company, Inc., 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202-2755 |
| 7436076 | + | HUSCH BLACKWELL LLP, Attorneys for CBL & Associates, Management, Inc., 736 Georgia Avenue, Suite 300, Chattanooga, Tennessee 37402-2059 |
| 7639216 | | Hancock Estabrook, LLP, Attorneys for Environmental Products, and Services, Inc., 1800 AXA Tower 1,100 Madison Street, Syracuse, New York 13202 |
| 7417090 | + | Harlingen CISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7422232 | + | Harris Beach PLLC, Attorneys for Van Hook, Service Co., Inc., 99 Garnsey Road, Pittsford, New York 14534-4565 |
| 7415570 | | Henkel Corporation, c/o Brett S. Theisen, Esq., GIBBONS P.C., One Pennsylvania Plaza, 37th Floor, New York, New York 10119-3701 |
| 7417087 | + | Hidalgo County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7455267 | + | High Sierra, 575 West St., Suite 110, Mansfield, MA 02048-1160 |
| 7474034 | + | Hinckley, Allen & Snyder LLP, Attorneys for Greenwood, Industries, Inc., 30 South Pearl Street, Suite 901, Albany, New York 12207-3427 |
| 7419927 | + | Holland & Knight LLP, Attn: Barbra R. Parlin, Esq., 31 West 52nd Street, New York, New York 10019-6122 |
| 7624869 | | Home Products International - North America, Inc., 4501 W. 47th Street, Chicago, IL 60632-4407 |

| | | |
|---|---|---|
| 7624868 | | Home Products Intl - North Ame, 4501 W. 47th Street, Chicago, IL 60632-4407 |
| 7668552 | + | HomeAdviaor, Inc., Jonathan L. Gold, 1000 Maine Avenue, Suite 400, Washington, DC 20024-3722 |
| 7458403 | | Hopkins & Carley, The Letitia Building, 70 S First Street, San Jose, California 95113-2406 |
| 7424808 | | Howard Seife, Esq., Christy Rivera, Esq., NORTON ROSE FULBRIGHT US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022 |
| 7419270 | + | Husch Blackwell LLP, Attn: Lynn H. Butler,, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| 7671236 | + | Husqvarna Professional Products, Inc., King & Spalding LLP, Attn: W. Austin Jowers, Esq., 1180 Peachtree St NE, 35th Floor Atlanta, GA 30309-7525 |
| 7442635 | + | ICE MILLER LLP, Attorney for 5330 Crosswind, LLC, 250 West Street, Suite 700, Columbus, OH 43215-7509 |
| 7604862 | | Infiiloom India Private Limited, GAT NO.1231 (Part) Sanaswadi Taluka Shir, Dist. Pune, PIN, 412208, INDIA |
| 7466067 | #+ | Infinite Peripherals, Inc., 2312 Touhy Avenue, Elk Grove Village, IL 60007-5329 |
| 7669616 | + | Innova Products Inc., 1289 Hammerwood Ave, Sunnyvale, CA 94089-2231 |
| 7484611 | + | Invicta Watch Company of America, 3069 Taft Street, Hollywood, FL 33021-4440 |
| 7467236 | + | Ischolar Inc, 250 Heartland Blvd, Edgewood, NY 11717-8379 |
| 7487155 | + | Islander Wholesale, P.O. Box 9498, Dededo, GU 96912-0498 |
| 7449396 | + | J. Terry Eager and Susan B. Eager, as Co-Trustees, c/o Meegan Hanschu & Kassenbrock, 11341 Gold Express Dr., Suite 110, Gold River, CA 95670-4492 |
| 7771503 | + | JANICE M. WALKER, ESTATE OF JANICE M. WALKER, CRAIG R. MCKINNEY, EXECUTOR, 700 KANSAS AVE., STE. 608, TOPEKA, KS 66603-3823 |
| 7415388 | + | JAY WEINBLATT, SAKAR, 195 CARTER DRIVE, EDISON NJ 08817-2068 |
| 7544120 | + | James N. Lawlor, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110-1292 |
| 7430921 | + | James W. Grudus, Esq., One AT&T Way, Room 3A115, Bedminster, New Jersey 07921-2693 |
| 7493353 | + | Janyce L. MacKenzie, c/o Kenneth M. Lewis, Esq., Whiteford, Taylor & Preston LLP, 220 White Plains Road, Tarrytown, NY 10591-5837 |
| 7443899 | + | Jasne & Florio, L.L.P., Attorneys for Creditor Data Print, Technologies, Inc., 30 Glenn Street - suite 103, White Plains, New York 10603-3252 |
| 7688965 | + | Jawlakian Law Group APC, Attorneys for Xiamen Luxinjia, Imp & Exp Co. Ltd., 16130 Ventura Blvd., Suite 500, Encino, CA 91436-2520 |
| 7457691 | + | Jennifer Francis, Legal Support and, Collections Specialist, CFCA, KEN BURTON, JR., Manatee Co. Tax Collect, 1001 3rd Avenue W, Suite 240, Bradenton, FL 34205-7871 |
| 7794127 | + | Jessie Morales, Herman, Linder & Rogowsky Esqs., 3 Park Avenue, Suite 2300, New York, NY 10016-5908 |
| 7417084 | + | Jim Wells CAD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7448356 | + | Joanna Samuel, 1101 King Street, Christiansted, St. Croix, U.S.V.I. 00820-4933 |
| 7493720 | + | Joanna Samuel, as next of friend for J, Rohn & Associates, LLC, 1101 King Street, Christiansted, St. Croix, VA 00820-4933 |
| 7493721 | + | Joanna Samuel, as next of friend for Sariah Samuel, 1101 King Street, Christiansted, St. Croix, VA 00820-4933 |
| 7493681 | + | Joanna Samuel, as next of friend for Trey Samuel, 1101 King Street, Christiansted, St. Croix, VA 00820-4933 |
| 7466010 | + | Johnson Controls, Inc., Attorney Timothy F. Nixon, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703-3300 |
| 7424380 | + | Jonathan L. Flaxer, Esq., Golenbock Eiseman Assor Bell & Peskoe LL, 711 Third Avenue, 17th Floor, New York, NY 10017-4147 |
| 7668145 | + | Jordache Enterprises, Inc., 1400 Broadway, 14th Floor, New York, NY 10018-5300 |
| 7729886 | + | Jore Corporation, 34837 Innovation Dr., Ronan, MT 59864-8796 |
| 7438361 | + | Jose Acosta, C/O Stanley M. Slonaker, Attorney at Law, 343 W. Roosevelt Street, Suite 210, Phoenix, Arizona 85003-1324 |
| 7426591 | + | Joseph Corrigan, Attorney for Iron Mountain Information, Managemant LLC, 7th Floor, 1 Federal St. Boston, MA 02110-2003 |
| 7433597 | + | Joshua A. Dunn, Esq., Vedder Price P.C., 1633 Broadway, 31st Floor, New York, New York 10019-6764 |
| 7425599 | + | Judith Elkin PLLC, 23 Malysana Lane, New Rochelle, NY 10805-2125 |
| 7466137 | + | K&L GATES LLP, 599 Lexington Avenue, New York, NY 10022-7615 |
| 7491943 | + | KELLER ROHRBACK L.L.P., Attorneys for Non-Debtor Parties, Robert A. Catalfamo, et al., 1140 Avenue of the Americas, 9th Floor New York, NY 10036-5803 |
| 7453647 | + | KIRBY AISNER & CURLEY LLP, Attorneys for NAMCO USA INC., 700 Post Road, Suite 237, Scarsdale NY 10583-5013 |
| 7419923 | + | KLESTADT WINTERS JURELLER, 200 West 41st Street, 17th Floor, New York, New York 10036-7219 |
| 7634421 | + | KUDMAN TRACHTEN ALOE LLP, Counsel for Epic Designers Limited, Empire State Building, 350 Fifth Avenue, 68th Floor, New York, New York 10118-6710 |
| 7443478 | + | Keane & Beane, P.C., 445 Hamilton Avenue,, 15th Floor, White Plains, NY 10601-1807 |
| 7436998 | + | Keith M. Kannett, 319 North 8th Street, Fort Smith, AR 72901-2201 |
| 7415665 | + | Kelley Drye & Warren LLP, Attorneys for Computershare Trust, Company, N.A., 101 Park Avenue, New York, NY 10178-0002 |
| 7456372 | + | Kellogg Sales Company, Jill B. Bienstock, Esq., COLE SCHOTZ P.C., 1325 Avenue of the Americas, 19th Fl., New York, New York 10019-6079 |
| 7416854 | + | Kenney Manufacturing Company, c/o Borges & Associates, LLC, 575 Underhill Blvd., Ste. 118, Syosset, NY 11791-3438 |
| 7462057 | + | Kenney Shelton Liptak & Nowak, LLP, Attn: Jeffery A. Carlino, Esq., The Calumet Building, 233 Fanklin Street, Buffalo, NY 14202-2105 |
| 7432618 | | Kern County Treasurer and, Tax Collector Office, Attn: Bankruptcy Division, c/o Linda Delgado, P.O. Box 579 Bakersfield, CA 93302-0579 |
| 7424150 | + | Kevin J. Etzel, Esq., Vedder Price P.C., 1633 Broadway, 31st Floor, New York, New York 10019-6764 |
| 7844579 | + | Kogan Law Firm, APC, for: Shaghal Ltd., 11835 W. Olympic Blvd., Suite 695E, Los Angeles CA 90064-5051 |
| 7823985 | + | Kristin Corbett, Cleary Gottlieb Steen & Hamilton LLP, for Transform Holdco LLC, One Liberty Plaza, New York, New York 10006-1404 |
| 7420890 | + | LANGLEY & BANACK, INCORPORATED, 745 E. Mulberry, Suite 900, San Antonio, Texas 78212-3141 |
| 7416163 | + | LASSER HOCHMAN, L.L.C., 75 Eisenhower Parkway, Roseland, New Jersey 07068-1691 |
| 7415366 | + | LATHAM & WATKINS LLP, 355 South Grand Ave, Ste. 100, Los Angeles, CA 90071-3104 |

| 7415367 | + | LATHAM & WATKINS LLP, 885 Third Avenue, New York, New York 10022-4874 |
| 7664722 | + | LAW OFFICE OF CURTIS A. HEHN, 1007 N. Orange St., 4th Floor, Wilmington, DE 19801-1242 |
| 7440778 | + | LAW OFFICES OF CHARLES A. GRUEN, Attorneys for U.S. Bank National, Association, 381 Broadway, Suite 300, Westwood, NJ 07675-2239 |
| 7678870 | + | LAW OFFICES OF PERRY R. CLARK, Attorneys for WiniaDaewoo Electronics, America, Inc., 825 San Antonio Road, Palo Alto, CA 94303-4635 |
| 7426642 | + | LAZARUS & LAZARUS, P.C., ATTORNEYS FOR PROJECT 28 CLOTHING LLC, 240 MADISON AVENUE, 8TH FLR., NEW YORK, NY 10016-2878 |
| 7416196 | + | LAZARUS & LAZARUS, P.C., Attorneys for Cudlie Accessories LLC, 240 Madison Avenue, 8th flr., NEW YORK, NY 10016-2878 |
| 7417323 | + | LAZARUS & LAZARUS, P.C., Attorneys for Flatbush Center, Parking LLC, 240 Madison Avenue, 8th Flr., NEW YORK, NY 10016-2878 |
| 7431551 | | LIPPES MATHIAS WEXLER FRIEDMAN LLP, Attn: John A. Mueller, Esq., 50 Fountain Plaza, Suite 1700, Buffalo, New York 14202-2216 |
| 7512635 | + | LMG National Publishing, Inc., 13891 PARK AVENUE, Victorville, CA 92392-2435 |
| 7512253 | + | LMG Rhode Island Holdings, Inc., 75 Fountain Street, Providence, RI 02902-0050 |
| 7512637 | + | LMG Stockton, Inc., 530 East Market Street, Stockton, CA 95202-3009 |
| 7415162 | + | LOCKE LORD LLP, 111 South Wacker Drive, Chicago, Illinois 60606-4409 |
| 7417111 | + | LOWENSTEIN SANDLER LLP, Attorneys for Active Media, Services, Inc., One Lowenstein Drive, Roseland, NJ 07068-1740 |
| 7579339 | + | LTMAC Properties, LLC, c/o John T. Farnum, Esq., Miles & Stockbridge P.C., 1201 Pennsylvania Avenue, Suite 900 Washington, DC 20004-2464 |
| 7584191 | + | LUSKIN, STERN & EISLER LLP, Attorneys for Kathleen Kime, Eleven Times Square, New York, New York 10036-6600 |
| 7442815 | + | Lake Havasu City, 2330 McCulloch Blvd., Lake Havasu City, AZ 86403-5950 |
| 7497866 | | Larkin, Hoffman, Daly & Lindgren, Ltd., 8300 Norman Center Drive, Suite 1000, Minneapolis, MN 55437-1060 |
| 7431431 | + | Lasky Fifarek, P.C., Attorneys for 4th Sreet South II, LLC, 120 N. Washington Square, Ste.625, Lansing, Michigan 48933-1624 |
| 7418506 | + | Law Office of Gilbert A. Lazarus, PL, Attorneys for Vandale Industries, Inc., 92-12 68th Avenue, Forest Hills, NY 11375-5717 |
| 7460196 | + | Law Office of Thomas A. Farinella, P.C., Attorney for Stockton Mariposa LLC, 260 Madison Avenue, Suite 8090, New York, New York 10016-2418 |
| 7795586 | + | Law Offices of Chen & Associates, P.C., 39-15 Main Street, Suite 502, Flushing, NY 11354-5436 |
| 7427471 | + | Law Offices of Douglas T. Tabachnik, P.C., 63 West Main Street, Suite C, Freehold, NJ 07728-2141 |
| 7436075 | + | Law Offices of Penny R. Stark, Attorneys for Caparra Center Associates, /San Patricio Plaza, 9861 Sunrise Lakes Boulevard, Suite 308 Fort Lauderdale, Florida 33322-6288 |
| 7643340 | + | Lazarus & Lazarus, P.C., Attorneys for Cynergy Trading, 240 Madison Avenue, 8th Flr., NY, NY 10016-2878 |
| 7426641 | + | Lazarus & Lazarus, P.C., Attorneys for IKEDDI IMPORTS LLC, 240 Madison Avenue, 8th Flr., New York, NY 10016-2878 |
| 7414944 | + | LeClairRyan, PLLC, 545 Long Wharf Drive, Ninth Floor, New Haven, CT 06511-5960 |
| 7414980 | + | LeClairRyan, PLLC, Benenson Capital Partners, LLC and, Brooks Shopping Centers, LLC, Ilan Markus and Niclas A. Ferland, 545 Long Wharf Drive, 9th Floor New Haven, CT 06511-5960 |
| 7464498 | + | LeClairRyan, PLLC, Attorneys for DXC Technology, Services LLC, 885 Third Avenue, 16th Floor, New York, New York 10022-4834 |
| 7448362 | + | Lee J. Rohn, Esq., 1101 King Street, Christiansted, St. Croix, VI, VA 00820-4933 |
| 7448351 | | Lee J. Rohn, Esq., Rohn & Associates, LLC., Christiansted, St. Croix, VI, VA 00802 |
| 7425428 | + | Lenox International, Inc., 2140 Lake Park Blvd., Richardson, TX 75080-2252 |
| 7415078 | + | Levene, Neale, Bender, Yoo & Brill L.L.P., Attorneys for EMA Investments, San Diego, LLC, 10250 Constellation Boulevard, Suite 1700 Los Angeles, California 90067-6253 |
| 7643349 | + | Lifeworks Technology Group LLC, c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., NY, NY 10016-2878 |
| 7439982 | + | Light 125 James West LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| 7502511 | + | Linda J. Gonyo, c/o Justin R. Meyer, Esq., P.O Box 2947, Plattsburgh, NY 12901-0269 |
| 7439919 | + | Living Spaces Furniture, LLC, c/o Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022 |
| 7512664 | + | Local Media Group, Inc., 25 Elm Street, New Bedford, MA 02740-6228 |
| 7512304 | + | Local Media Group, Inc., 511 Lennox Street, Stroudsburg, PA 18360-1516 |
| 7512682 | + | Local Media Group, Inc., 30-40 Mulberry Street, Middletown, NY 10941 |
| 7512367 | + | Local Media Group, Inc., 319 Main Street, Hyannis, MA 02601-4037 |
| 7426711 | + | Locke Lord LLP, Attorneys for for Cardtronics USA, Inc., Brookfield Place, 200 Vesey Street, 20th Floor, New York, New York 10281-5512 |
| 7426712 | + | Locke Lord LLP, Attorneys for for Cardtronics USA, Inc., 600 Congress Avenue, Ste. 2200, Austin, Texas 78701-3055 |
| 7449395 | + | Loki Investments, LLC, c/o Meegan Hanschu & Kassenbrock, 11341 Gold Express Dr., Suite 110, Gold River, CA 95670-4492 |
| 7439777 | + | Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 7437777 | + | Loyal Holdings DE LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 7495379 | + | Luan Investment SE, PO Box 7462, Ponce PR 00732-7462 |
| 7590435 | + | Luan Investment, SE, Aguadilla Mall, PO Box 362983, San Juan, PR 00936-2983 |
| 7449502 | + | Lubin Olson & Niewiadomski LLP, Attorneys for Trinet Essential, Facilities XXVII, Inc., 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716 |
| 7699537 | + | MANN LAW FIRM, PC, Attorneys for The Estate of, BERNARDINO B. PELLEGRINO, 200 Highland Ave, Ste 300, Needham, MA 02494-3035 |
| 7656859 | | MARKETPLACE BRANDS LLC, 1460 E DEVON AVE, ELK GROVE, IL 60007 |
| 7656858 | | MARKETPLACE BRANDS LLC, 951 FARGO AVE, ELK GROVE VILLAGE, IL 60007-4704 |
| 7496544 | + | MARTYN AND ASSOCIATES, Attorneys for PACA trust creditor, Caito Foods, LLC, 820 W. Superior Avenue, Tenth Floor, Cleveland, |

District/off: 0208-7                                       User: admin                                           Page 9 of 116

Date Rcvd: Jul 01, 2022                                    Form ID: 144                                          Total Noticed: 745

Ohio 44113-1827

| | | |
|---|---|---|
| 7470523 | + | MAYERSON & HARTHEIMER PLLC, Attorneys for City of Minneapolis, 845 Third Avenue, New York City 10022-6601 |
| 7576327 | + | MAZURKRAEMER BUSINESS LAW, 331 Jonquil Place, Pittsburgh, PA 15228-2513 |
| 7519209 | + | MD USA LLC / Watt USA LLC, 2929 N MAIN STREET, NORTH LOGAN, UT 84341-1526 |
| 7439437 | + | MEISTER SEELIG & FEIN LLP, Attorneys for Royal Consumer, Products, LLC, 125 Park Avenue, 7th Floor, New York, New York 10017-5627 |
| 7432193 | | MILBANK, TWEED, HADLEY & McCLOY LLP, Counsel to Cyrus Capital Partners, L.P, 28 Liberty Street, New York, New York 10005-1413 |
| 7432192 | + | MILBANK, TWEED, HADLEY & McCLOY LLP, Counsel to Cyrus Capital Partners, L.P, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067-2901 |
| 7579525 | + | MILES & STOCKBRIDGE P.C., 1201 Pennsylvania Avenue, Suite 900, Washington, DC 20004-2464 |
| 7435621 | | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC, Attorneys for Acxiom Corporation, 425 West Capitol Avenue, Suite 1800, Little Rock, Arkansas 72201-3525 |
| 7419739 | + | MORGAN, LEWIS & BOCKIUS LLP, Attorneys for Kimco Realty Corporation, 101 Park Avenue, New York, New York 10178-0060 |
| 7720257 | + | MORITT HOCK & HAMROFF LLP, 1407 Broadway - 39th Floor, New York, New York 10018-5100 |
| 7418619 | | MORRIS JAMES LLP, Attorneys for Drake Pacer Penry, Acquisition, LLC, 500 Delaware Avenue, Suite 1500, P.O. Box 2306 Wilmington, DE 19899-2306 |
| 7417898 | | MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Attorneys for LEFMARK Tamiami, Inc., 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 |
| 7416745 | + | MORRISON COHEN LLP, Attorneys for Allure Gems, LLC, 909 Third Avenue, New York, NY 10022-4784 |
| 7469840 | + | MP Holdings LLC and Larry D. Kelley, c/o Jennifer L. Pruski, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, California 95825-4558 |
| 7426014 | | MRO Attorneys at Law, LLC, Myrna L. Ruiz-Olmo, Esq., PO Box 367819, San Juan, PR 00936-7819 |
| 7464491 | + | MUNGER, TOLLES & OLSON LLP, Attorneys for Whirlpool Corporation, 350 South Grand Avenue, 50th Floor, Los Angeles, California 90071-3426 |
| 7491899 | + | MURPHY ROSEN LLP, Attorneys for Crickm Carson Trust, 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1191 |
| 7447923 | + | Macomb County Treasurer, Macomb County Corporation Counsel, One S. Main Street, Mt. Clemens, MI 48043-2306 |
| 7447927 | + | Macomb County Treasurer, Macomb County Corporation Counsel, One S. Main Street, Mt. Clemens, MI 48043-2306 |
| 7416121 | + | Manco Florida Associates, LLC, c/o Shutts & Bowen LLP, 4301 W. Boy Scout Blvd., Suite 300, Tampa, FL 33607-5716 |
| 7510802 | + | Marcial Asuelo, 12424 Mesa Vista Place, San Diego, CA 92131-2680 |
| 7905734 | + | Maria Alvarez, Law Offices of Vincent J Quigg, 5411 Long Beach Blvd, Long Beach, CA 90805-5205 |
| 7461586 | + | Maria Gonzalez, Haggerty & Silverman, P.C., 240 North Duke Street, Lancaster, PA 17602-2733 |
| 7447986 | + | Maria Santiago Feliciano, 1101 King Street, Christiansted, VA 00820-4933 |
| 7818809 | + | Marjorie Williams, 740 Shady Oaks Court, Elgin, IL 60120-4366 |
| 7626746 | + | Mark E. Cohen, Esq., Attorneys for Bank of America, N.A., 108-18 Queens Boulevard, 4th Floor, Suite 3, Forest Hills, New York 11375-4748 |
| 7794126 | + | Mark J Linder, Harmon, Linder & Rogowsky Esqs., 3 Park Avenue, Suite 2300, New York, NY 10016-5908 |
| 7504397 | + | Martha West, Peel Law Firm, 120 South Glenwood, Russellfille, AR 72801-4921 |
| 7443874 | + | Matthew C. McCann, Esq., Sahn Ward Coschignano, PLLC, 333 Earle Ovington Blvd. Suite 601, Uniondale, NY 11553-3645 |
| 7886916 | | Matthew H. Sommer, Assistant Attorney General, Revenue Section, P.O. Box 629, Raleigh, NC 27602-0629 |
| 7498698 | + | McDOWELL, RICE, SMITH & BUCHANAN, PC, Attorneys for NORTH K I-29 2004, LLC, 605 W. 47th Street, Suite 350, Kansas City, MO 64112-1912 |
| 7500758 | + | McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attorneys for New Jersey, Self-Insurers Guaranty Association, 570 Broadway Street, Suite 1500, Newark, NJ 07104-4131 |
| 7416168 | + | McGlinchey Stafford, PLLC, 112 West 34th Street, Suite 1515, New York, New York 10120-1515 |
| 7422338 | | McGlinchey Stafford, PLLC, Attorneys for Automotive Rentals, Inc., and ARI Fleet LT, 12th Floor, 601 Poydras Street, New Orleans, Louisiana 70130 |
| 7513001 | + | McKool Smith, P.C., Attorneys for Winners Industry Co., Ltd., One Bryant Park, 47th Floor, New York, NY 10036-6729 |
| 7429497 | + | McKool Smith, P.C., Attorneys for Winners, Industry Co., Ltd., One Bryant Park, 47th Floor New York, NY 10036-6729 |
| 7684091 | + | Medline Industries, Inc., c/o Lowenstein Sandler LLP, Attn: Robert M. Hirsh & Eric S. Chafetz, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 7449393 | + | Meegan Hanschu & Kassenbrock, Attorneys for CEMR Properties, 11341 Gold Express Dr., Suite 110, Gold River, CA 95670-4492 |
| 7436999 | + | Melinda Jo Cook, 319 North 8th Street, Fort Smith, AR 72901-2201 |
| 7453421 | + | Metropolitan Transportation Authority, 170 Old Country Road Suite 200, Mineola NY 11550, Mineola, NY 11501-4309 |
| 7490037 | | Michael J. Klein, Stull, Stull & Brody, 6 East 45th Street, New York, NY 10017, (212)687-7230 (tel)/(212) 490-2022(fax), mklein@ssbny.com |
| 7436077 | + | Michael L. Schein, Esq., Vedder Price P.C., 1633 Broadway, 31st Floor, New York, New York 10019-6764 |
| 7449394 | + | Michael Rue, c/o Meegan Hanschu & Kassenbrock, 11341 Gold Express Dr., Suite 110, Gold River, CA 95670-4492 |
| 7460545 | + | Michael W. Landis, Lowenthal & Abrams, P.C., 555 City Line Ave., Suite 500, Bala Cynwyd, PA 19004-1199 |
| 7655790 | + | Michael Wyse, Wyse Advisors LLC, 85 Broad Street, 18th Floor, New York, NY 10004-2783 |
| 7497499 | + | Michelle Lieber, c/o Girvin & Ferlazzo, P.C., 20 Corporate Woods Blvd., Albany, NY 12211-2396 |
| 7464823 | + | Mindful, LLC, 17540 Dublin Drive, Granger, IN 46530-7816 |
| 7549210 | + | Montgomery McCracken Walker & Rhoads LLP, c/o Edward L. Schnitzer, 437 Madison Ave, New York, New York 10022-7001 |
| 7427691 | + | Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-0050 |
| 7458787 | + | Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019-0050 |
| 7440098 | | Mr. Fadel Marzouk, Giza Spinning and Weaving Co., Kafr Hakim Embaba, GIZA, 12875 EGYPT |

| | | |
|---|---|---|
| 7416748 | + | Munsch Hardt Kopf & Harr, PC, 500 N. Akard St., Suite 3800, Dallas, Texas 75201-6659 |
| 7449950 | #+ | NAMCO USA INC., Jennifer M. Muchoney, Esq., 712 N. Central Avenue, Ste. B, Wood Dale, Illinois 60191-1263 |
| 7422366 | + | NELSON MULLINS RILEY & SCARBOROUGH LLP, Attorneys for Retail Opportunity, Investments Corp., 280 Park Avenue, 15th Floor West, New York, NY 10017-1274 |
| 7453651 | + | NIXON PEABODY LLP, Attorneys for U.S. Bank, National Association, 55 West 46th Street, New York, New York 10036-4276 |
| 7453650 | + | NIXON PEABODY LLP, Attorneys for U.S. Bank, National Association, 100 Summer Street, Boston, Massachusetts 02110-2106 |
| 7426150 | + | NIXON PEABODY, LLP, Attorney for 266 Route 125, LLC, 900 Elm Street, Manchester, NH 03101-2031 |
| 7425238 | + | NORTON ROSE FULBRIGHT US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022 |
| 7515499 | + | NORTON ROSE FULBRIGHT US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, Telephone 10019-6022 |
| 7440096 | + | NORTON ROSE FULBRIGHT US LLP, 1301 McKinney, Suite 5100, Houston, Texas 77010-3095 |
| 7510921 | | Nadine Countryman, The Cowan Law Firm, LLC, c/o Brian D. Wright, P.O. Box 1266, Dalton, GA 30722-1266 |
| 7692073 | + | Naterra International, Inc., c/o Jason M. Katz, Esq., 901 Main St., Ste. 5500, Dallas, TX 75202-3767 |
| 7421993 | + | Nelson Mullins Riley & Scarborough, L.L.P., 1320 Main Street, 17th Floor, P.O. Box 11070 (29211), Columbia, SC 29211-1070, Attn: Jody A. Bedenbaugh, Esq. |
| 7517773 | + | Nixon Peabody LLP, Attorneys for California Self-Insurers', Security Fund, Attn - Louis J. Cisz, III, One Embarcadero Center, 32nd Floor San Francisco, CA 94111-3602 |
| 7416696 | + | NorthStar Group Services, Inc., Michael L. Schein, Esq., Vedder Price P.C., 1633 Broadway, 31st Floor, New York, New York 10019-6764 |
| 7416195 | + | Norton Mailman Associates, 60 East 42nd Street, Suite 218, New York, New York 10165, Attention: Chris Mailman 10165-0006 |
| 7417085 | + | Nueces County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7586037 | | O'NEILL HEINRICH DAMKROGER, BERGMEYER & SHULTZ PC LLO, Counsel for VM Innovations, Inc., P.O. Box 82028, Lincoln, Nebraska 68501-2028 |
| 7425239 | + | OKeefe & Associates Law Corporation, P.C., Attorneys for J.W. Mitchell, Company, LLC, 130 Newport Center Drive, Suite 140, Newport Beach, CA 92660-6923 |
| 7465960 | + | OMELVENY & MYERS LLP, Attorneys for 247.ai, Inc., Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| 7426008 | + | OND Property, LLC, c/o Douglas B. Rosner, Esq., 400 Atlantic Avenue, Boston, MA 02110-3331 |
| 7502709 | | Office of the Nebraska Attorney General, c/o Charles E. Chamberlin, 2115 State Capitol Building, Lincoln, Nebraska 68509 |
| 7720165 | + | Official Committee of Unsecured Creditors of Sea, Moritt Hock & Hamroff LLP, 1407 Broadway, 39th Floor, New York, NY 10018-5100 |
| 7428635 | + | Offit Kurman, P.A., Attorneys for Saul Subsidiary I, LP, 10 East 40th Street, New York, NY 10016-0200 |
| 7475678 | + | Ohio Department of Taxation, c/o Victoria D. Garry, Asst. Atty. Gener, 441 Vine Street, 1600 Carew Tower, Cincinnati, OH 45202-2821 |
| 7643345 | + | One Step Up, Ltd., c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., NY, NY 10016-2878 |
| 7465148 | + | Ontel Products Corporation, 21 Law Drive, Fairfield, NJ 07004-3298 |
| 7887550 | + | Oswaldo Cruz, 23002 Dolores Street, Carson, California 90747-0001 |
| 7417851 | + | PRICE MEESE SHULMAN & DARMINIO, P.C., Attorneys for TOTE, Inc., 50 Tice Boulevard, Suite 380, Woodcliff Lake, New Jersey 07677-7681 |
| 7416462 | + | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, Attorney for MCS Hemet Valley Center LLC, 525 B Street, Suite 2200, San Diego, CA 92101-4474 |
| 7469587 | + | PRYOR CASHMAN LLP, Attorneys for Broad Street, Station, LLC c/o Collett, 7 Times Square, New York, NY 10036-6524 |
| 7423830 | + | Paco (China) Garment Ltd., 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626-7234 |
| 7523928 | + | Pallet Consultants Corp., Attn: Sarah Donoso/Caroline Urtiaga, 810 NW 13th Ave, Pompano Beach, FL 33069-2029 |
| 7442558 | + | Patricia A. Eiges, Esq., 701 Westfield Ave, Elizabeth, NJ 07208-1327 |
| 7839770 | + | Paul E. Harner, as Fee Examiner, Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, New York, New York 10112-0079 |
| 7418373 | + | Paul J. Labov, Esq., Fox Rothschild LLP, 101 Park Avenue, Suite 1700, New York, NY 10017, Attorneys for Hanesbrands, Inc. 10178-0002 |
| 7456220 | + | Paul Talbot, c/o Halloran, Lukoff, Smith & Tiern, 432 County Street, New Bedford, MA 02740-5018 |
| 7493301 | + | Payco Foods Corp, P.O. Box 11219, San Juan, PR 00922-1219 |
| 7495365 | | Payco Foods Corporation, PO Box 71449, San Juan, PR 00936-8549 |
| 7511151 | + | Pedersen & Houpt, Attorneys for William Juiris, 161 North Clark Street, Suite 2700, Chicago, Illinois 60601-3241 |
| 7415183 | + | Pension Benefit Guaranty Corporation, c/o Brian A. Raynor, Locke Lord LLP, 111 S. Wacker Drive, Chicago, IL 60606-4409 |
| 7415961 | + | Pension Benefit Guaranty Corporation, c/o Aaron C. Smith, Locke Lord LLP, 111 S. Wacker Drive, Chicago, IL 60606-4409 |
| 7415045 | + | Pension Benefit Guaranty Corporation, c/o David W. Wirt, Locke Lord LLP, 111 S. Wacker Drive, Chicago, IL 60606-4409 |
| 7432877 | | Pepper Hamilton LLP, Attorneys for Red Bull, North America, Inc., 1313 Market Street, P.O. Box 1709 Wilmington, DE 19899-1709 |
| 7432876 | + | Pepper Hamilton LLP, Attorneys for Red Bull, North America, Inc., The New York Times Building, 620 8th Ave., 37th Floor New York, NY 10018-1581 |
| 7415314 | + | Perdue, Brandon, Fielder, Collins & Mott LLP, PO Box 817, Lubbock, TX 79408-0817 |
| 7415142 | + | Perdue, Brandon, Fielder, Collins & Mott, L.L.P., 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 7414886 | + | Perdue, Brandon, Fielder, Collins & Mott, L.L.P., Attorneys for Spring Branch Independent, School District, et al, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| 7458196 | + | Perdue, Brandon, Fielder, Collins & Mott, L.L.P., 3301 Northland Drive, Suite 505, Austin, TX 78731-4954 |
| 7474421 | + | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 7415077 | + | Phillips Edison & Company, c/o Stark & Stark, PC, Attn: Thomas S. Onder, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 7564375 | + | Pintzuk Brown Realty Group co Bayshore Mall, etal, 1760 Market Street, Suite 600, Philadelphia, PA 19103-4105 |
| 7473572 | + | Ponce Ice Corp, 3011 Avenida San Cristobal, Coto Laurel, PR 00780-2808 |
| 7442557 | + | Portland Water District, 225 Douglass St PO Box 3553, Portland, ME 04104-3553 |
| 7494672 | + | Pryor & Mandelup LLP, Attorneys for Malca-Amit USA, LLC, 675 Old Country Road, Westbury, New York 11590-4503 |

District/off: 0208-7                          User: admin                          Page 11 of 116
Date Rcvd: Jul 01, 2022                       Form ID: 144                         Total Noticed: 745

| | | |
|---|---|---|
| 7422150 | + | Pryor & Mandelup, L.L.P., Attorneys for ABC Supply Co. Inc., 675 Old Country Road, Westbury, NY 11590-4503 |
| 7443080 | + | QUINN EMANUEL URQUHART & SULLIVAN LLP, Attorneys for Omega Advisors Inc., 51 Madison Avenue, 22nd Floor, New York, New York 10010-1603 |
| 7465161 | + | Quintana Quintana Corp, 228 Barbosa Ave.,, Hato Rey, PR 00917-3311 |
| 7834005 | + | R. William Metzger, Jr., Esquire, Robinson Gray Stepp & Laffitte, LLC, for Guy Roofing, Inc., P.O. Box 11449, Columbia, SC 29211-1449 |
| 7417722 | + | REID AND RIEGE, P.C., Attorneys for Southhaven Associates LLC, One Financial Plaza, 21st Floor, Hartford, CT 06103-2600 |
| 7447798 | + | RICH MICHAELSON MAGALIFF, LLP, Attorneys for Sante Marcoccia, 335 Madison Avenue, 9th Floor, New York, NY 10017-4625 |
| 7429484 | + | ROBBINS, SCHWARTZ, NICHOLAS,, LIFTON & TAYLOR, LTD., Attorneys for Community Unit School, District 300, 631 E. Boughton Road, Suite 200 Bolingbrook, Illinois 60440-3098 |
| 7470240 | + | ROBINSON BROG LEINWAND GREENE, GENOVESE & GLUCK P.C., Attorneys for Wolf Family Series LP, 875 Third Ave., 9th Floor, New York, NY 10022-0123 |
| 7415936 | + | ROBINSON BROG LEINWAND GREENE, GENOVESE & GLUCK P.C., Counsel for East End Commons, Associates LLC, 875 Third Avenue, 9th Floor New York, New York 10022-0123 |
| 7528416 | + | ROBINSON BROG LEINWAND GREENE, GENOVESE & GLUCK P.C., Counsel for North K I-29 2004, LLC, 875 Third Avenue, 9th Floor, New York, New York 10022-0123 |
| 7430123 | + | ROPES & GRAY LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199-3600, Joshua Y. Sturm, joshua.sturm@ropesgray.com 02199-3600 |
| 7466066 | | ROPES & GRAY LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 7416224 | | ROPES & GRAY LLP, Attorneys for Apex Tool Group, LLC, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 7430437 | + | ROPES & GRAY LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |
| 7422173 | | ROSEN & ASSOCIATES, P.C., Attorneys for Cranston/BVT, Associates, LLP, 747 Third Avenue, New York, NY 10017-2803 |
| 7415378 | | Rachel R. Obaldo, Assistant Attorney General, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin, Texas 78711 2548 |
| 7510590 | + | Range Kleen Mfg., 4240 East Road, Lima, OH 45807-1533 |
| 7443875 | #+ | Ray Padula Holdings, LLC, 135 Pinelawn Road Suite 230-S, Melville, NY 11747-3273 |
| 7431526 | + | Realtor Carl Ireland, Administrator of the Estate, 40 Wall Street, 37th Floor, New York, NY 10005-1381, Attn: Alan Halperin and Ligee Gu |
| 7732792 | + | Renaissance Imports Inc, 2052 S Economy Road, Morristown, TN 37813-2808 |
| 7906781 | + | Rescue Woodworks, John Beck, 8603 Woodville Rd., Mount Airy, MD 21771-9627 |
| 7466072 | + | RetailNext, Inc., 60 South Market Street, Floor 10, San Jose, CA 95113-2351 |
| 7487717 | + | Reunited, LLC, 1375 Broadway, 22nd Floor, New York, NY 10018-7018 |
| 7493631 | + | Richard Samuel, 1101 King Street, Christiansted, St. Croix, VA 00820-4933 |
| 7497498 | | Rio Sul S.A. de CV, Antiguo Camino a la Resurreccion 10610-A, Col. Santa Rosa, Puebla, C.P. 72228, MEXICO |
| 7429884 | + | Riskonnect, Inc., 1701 Barrett Lakes Boulevard, Suite 500, Kennesaw, GA 30144-4517 |
| 7780658 | + | Robinson & Cole LLP, Attn: Patrick M. Birney, for AmCap Landlords, 280 Trumbull Street, Hartford CT 06103-3509 |
| 7414875 | + | Ronald M. Tucker, Esq., Attorney for Simon Property Group, L.P., 225 West Washington St., Indianapolis, IN 46204-3438 |
| 7418222 | | Ropes & Gray LLP, Attorneys for Cross Country, Home Services, Inc., Prudential Tower, 800 Boylston Street Boston, MA 02199-3600 |
| 7442559 | + | Rosa Melgar, 701 Westfield Ave, Elizabeth, NJ 07208-1327 |
| 7465154 | + | Rotary Corporation/desert Extrusion, c/o Karen Bowen, 801 West Barnard Street, Glennville, GA 30427-3030 |
| 7423589 | + | Rudy J. Cerone, Esq., McGLINCHEY STAFFORD, PLLC, 601 Poydras Street, 12th Floor, New Orleans, Louisiana 70130-6057 |
| 7892486 | + | Rushmore Loan Management Services, LLC, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 7440581 | | Ruskin Moscou Faltischek, P.C., East Tower, 15th Floor, 1425 RXR Plaza, Uniondale, NY 11556-1425 |
| 7588585 | | Ruth Aquino-Garca, 119 PMB, 100 Grand Paseo, 112 Ste., San Juan, PR 00926-5955 |
| 7433873 | + | S&D Law, Attn: Steven W. Kelly, Esq., 1290 Broadway, Suite 1650, Denver, Colorado 80203-5604 |
| 7417129 | + | S&D Law, Attn: Steven W. Kelly, Esq., Attorneys for HRA Fountains LP, 1290 Broadway, Suite 1650, Denver, Colorado 80203-5604 |
| 7417795 | + | S-Tract LLC, 3315 Fairview Road, Costa Mesa, CA 92626-1610 |
| 7418371 | + | S-Tract LLC, 3315 Fairview Road, Costa Mesa, California 92626-1610 |
| 7666368 | + | SAFAVIEH INTL LLC, 40 Harbor Park Drive, Port Washington, NY 11050-4602 |
| 7419738 | + | SAHN WARD COSCHIGNANO, PLLC, Attorneys for Ray Padula Holdings, LLC, 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553-3645 |
| 7420822 | | SATTERLEE STEPHENS LLP, 230 Park A venue, New York, New York 10169 |
| 7417896 | + | SAUL EWING ARNSTEIN & LEHR LLP, Attorneys for Invicta Watch, Company of America, Inc, 1270 Avenue of the Americas, Suite 2005, New York, NY 10020-1719 |
| 7417509 | + | SHEARMAN & STERLING LLP, 599 Lexington Avenue, New York, New York 10022-6069 |
| 7424767 | + | SHEPPARD MULLIN RICHTER & HAMPTON, LLP, Counsel for Everlast Worlds, Boxing Headquarters Corp., 30 Rockefeller Plaza, New York, NY 10112-0015 |
| 7416171 | + | SHUTTS & BOWEN LLP, Attorneys for Landlord, 4301 W. Boy Scout Blvd., Suite 300, Tampa, Florida 33607-5716 |
| 7416113 | + | SINGER & LEVICK, PC, Attorneys for Summit Portraits, LLC, 16200 Addison Road, Suite 140, Addison, TX 75001-5377 |
| 7415155 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Attorneys for Bank of America, N.A., Four Times Square, New York, New York 10036-6522 |
| 7863519 | + | SLFAQ, LLC, 670 White Plains Rd. - Penthouse, Scarsdale, NY 10583-5025, Attn: Joseph E. Sarachek |
| 7423970 | + | SMILEY WANG-EKVALL, LLP, Attorneys for Paco (China) Garment Ltd., 3200 Park Center Drive, Suite 250, Costa Mesa, California 92626-7234 |
| 7442517 | | SORLING NORTHRUP, Attn: Patrick M. Ryan, 1 N. Old State Capitol, Suite 200, P.O. Box 5131, Springfield, IL 62705-5131 |
| 7415163 | + | STARK & STARK, P.C., Attn: Thomas S. Onder, Esquire, P.O. Box 5315, Princeton, NJ 08543-5315 |
| 7432329 | | STINSON LEONARD STREET LLP, Counsel for Telesoft Corp., 1850 N. Central Avenue, Suite 2100, Phoenix, Arizona 85004-4584 |

| | | |
|---|---|---|
| 7443902 | | STROOCK & STROOCK & LAVAN LLP, Attorneys for Och-Ziff Capital Structure, 180 Maiden Lane, New York, NY 10038-4982 |
| 7490124 | + | STULL, STULL & BRODY, 6 East 45th Street, New York, NY 10017-2495 |
| 7415158 | + | SULLIVAN & CROMWELL LLP, Attorneys for Fairholme Capital, Management, LLC, 125 Broad Street, New York, New York 10004-2400 |
| 7457669 | + | SZAFERMAN, LAKIND, BLUMSTEIN, & BLADER P.C., 101 Grovers Mill Road, Suite 200, Lawrenceville, New Jersey 08648-4706 |
| 7598422 | | Samantha S. Parchment, c/o Law Office of Don James, P.A., 2655 Lejeune Road, Suite 516, Coral Gables, FL 33134 |
| 7455265 | + | Samsonite LLC, 575 West St., Suite 110, Mansfield, MA 02048-1160 |
| 7643342 | + | Sasha Handbags Inc., c/o Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Flr., NY, NY 10016-2878 |
| 7512780 | + | Sayville Menlo, LLC, c/o Anthony J. D'Artiglio, Esq., 365 Rifle Camp Road, Woodland Park, NJ 07424-2775 |
| 7426010 | + | Schindler Elevator Corporation, 20 Whippany Road, Morristown, NJ 07960-4524 |
| 7456587 | + | Schneider & Onofry, P.C., Brian N. Spector, Esq., 365 E. Coronado Road, Phoenix, AZ 85004-1502 |
| 7527935 | + | Scotts Valley Phase II, 456 Montgomery St., 20th Fl, San Francisco, CA 94104-1233 |
| 7456074 | | Sears Holdings Corporation, V. Angoco Trucking, Inc., a Guam corpora, Post Office Box 7078, Agat, GU 96928 |
| 7483307 | + | Sears Roebuck and Co, 3333 Beverly Road, B6-347A, Hoffman Estates, IL 60179-0002 |
| 7426201 | + | Seward & Kissel LLP, Attorneys for Wilmington Savings, Fund Society, FSB, as Trustee, One Battery Park Plaza, New York, NY 10004-1405 |
| 7419922 | + | Seyfarth Shaw LLP, Attorneys for Wilmington Trust, 620 8th Avenue, New York, NY 10018-1618 |
| 7948920 | + | Shaghal, Ltd., 2031 Colby Ave., Los Angeles, CA 90025-6205 |
| 7449574 | + | Shapiro, Blasi, Wasserman & Hermann, P.A., Richard P. Hermann, Matthew Kish, Esq., Jennifer Shafer, 7777 Glades Road, Suite 400, Boca Rotan, Florida 33434-4193 |
| 7537442 | + | Sheryl P. Giugliano, Diamond McCarthy LLP, 295 Madison Avenue, 27th Floor, New York, NY 10017-6417 |
| 7439983 | + | Shillington Plaza LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| 7887555 | + | Simon Property Group, L.P., 225 W. Washington Street, Indianapolis, Indiana 46204, Attn: Ronald M. Tucker,, Vice President/Bankruptcy Counsel 46204-3438 |
| 7431392 | + | Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 7448663 | + | Sirlin Lesser & Benson, P.C., Attorney for Westfall Town Center JV, 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 7415425 | + | Sitel Operating Corporation, Frost Brown Todd, 400 W Market St, Ste 3200, Louisville, KY 40202-3359 |
| 7415804 | + | Skierski Jain PLLC, Attorneys for Quest Resource Management, Group LLC, 400 N Saint Paul Street Suite 510, Dallas, TX 75201-6829 |
| 7512133 | + | Smith, Cohen & Horan, PLC, 1206 Garrison Ave, Fort Smith, AR 72901-2619 |
| 7432878 | + | Snell & Wilmer LLP, Attorneys for Red Bull, North America, Inc., 3883 Howard Hughes Parkway #1100, Las Vegas, NV 89169-0965 |
| 7680920 | + | Sonia Toma, Law Offices of Andy Van Le & Associates, 1551 Fourth Avenue, Suite 102, San Diego, CA 92101-3149 |
| 7416066 | | Sorenson Van Leuven, PLLC, Attorneys for Florida Self Insurers, Guaranty Association, Inc., c/o James E. Sorenson, Esq., PO Box 3637 Tallahassee, FL 32315-3637 |
| 7416795 | + | Southhaven Associates LLC, Attn: Christoper Gatto, Manager, 100 Main Street North, Suite 103, Southbury, CT 06488-3840 |
| 7501454 | | Sportspower Ltd., 20/F, Parkview Centre, 7 Lau Li Street, Causeway Bay, Hong Kong |
| 7415895 | + | Stark & Stark, P.C., Attorneys for Conopco Inc., Attn: Joseph H. Lemkin, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 7461488 | + | Steel and Pipes, Inc., PO Box 5309, Caguas PR 00726, Caguas, PA 00726-5309 |
| 7527934 | + | Stephen Finestone, 456 Montgomery Street, 20th Floor, San Francisco, CA 94104-1233 |
| 7465371 | + | Steven M. Richman, Clark Hill PLC, 210 Carnegie Center, Suite 102, Princeton, NJ 08540-6233 |
| 7419581 | + | Stevens and Lee, PC, Attorneys for East Penn Manufacturing Co, 485 Madison Avenue, 20th Floor, New York, New York 10022-5813 |
| 7527642 | + | Stinson LLP, Attorneys for Verizon, Communications Inc., 1775 Pennsylvania Avenue, NW, Suite 800 Washington, DC 20006-4760 |
| 7512261 | + | Stockton Mariposa, LLC, c/o Law Office of Thomas A. Farinella PC, 260 Madison Avenue, Suite 8090, New York, New York 10016-2400 |
| 7512259 | + | Stockton Mariposa, LLC, c/o Law Office of Thomas A. Farinella, P, 260 Madison Avenue, Suite 8090, New York, New York 10016-2400 |
| 7512260 | | Stockton Mariposa, LLC, c/o Law Office of Thomas A. Farinella, P, Suite 8090, New York, New York 10016 |
| 7627195 | + | Stolaas Company dba Tik-Tok, 6105 N Wickham Rd #410460, Melbourne, Fl 32940-2007 |
| 7440767 | + | SulmeyerKupetz, A Professional Corporation, 333 South Grand Avenue, Suite 3400, Los Angeles, California 90071-1538 |
| 7415469 | + | Summit Portraits, LLC, c/o Michelle E. Shriro, Singer & Levick, PC, 16200 Addison Road, Suite 140, Addison, TX 75001-5377 |
| 7456882 | + | Sun-Maid Growers of California, 13525 S. Bethel, Kingsburg, CA 93631-9232 |
| 7426242 | + | Sundesa, LLC d/b/a The BlenderBottle Company, 250 South 850 East, Lehi, UT 84043-3992 |
| 7831678 | + | Superb International Co., Ltd. c/o Tobias Law Firm, P.C., 60 E 42nd St Ste 2450, New York, NY 10165-0021 |
| 7496972 | | Superb International Co., Ltd., Room 602 Building A Longlor Paradise Wal, No. 1156 Sherbin South Road, Mingong District, Shanghai, China PC 20116 |
| 7461162 | + | Suzanne Mercado, 78 Oakmont Drive, Mays Landing, New Jersey 08330-5203 |
| 7512116 | + | Svetlana Anderson, Alderman & Alderman, LLC, CityPlacell 15th Fl., 185 Asylum St., Hartford, CT 06103-3445 |
| 7416555 | + | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP, Attorneys for Vertical Industrial, Park Associates, 900 Third Avenue, 13th Floor, New York, New York 10022-4796 |
| 7655805 | + | THE LAW OFFICES OF RICHARD J. CORBI PLLC, Counsel to Michael Wyse, 1501 Broadway, 12th Floor, New York, New York 10036-5505 |
| 7608518 | + | THE TSANG LAW FIRM, PC, Counsel for Pepperidge Farm, Inc., 40 WALL STREET, 26TH FLOOR, NEW YORK, NY 10005-1335 |
| 7419274 | + | THOMPSON HINE LLP, Attorneys for Virginia Surety, Company, Inc., 3900 Key Center, 127 Public Square Cleveland, Ohio 44114-1217 |
| 7493837 | + | TOWNLEY INC., 10 WEST 33RD STREET, SUITE 418, NEW YORK, NY 10001-3324 |
| 7528856 | ++++ | TROUTMAN SANDERS LLP, 875 3RD AVE FL 15, NEW YORK NY 10022-7254 address filed with court:, TROUTMAN SANDERS LLP, 875 Third Avenue, New York, NY 10022 |
| 7679212 | + | Tai Cho, Counsel for WiniaDaewoo Electronics, America, Inc., 445 Fifth Ave. Suite 9E, New York, NY 10016-0133 |
| 7887553 | + | The Bank of New York Mellon Trust Company, 601 Travis 16th Floor, Houston, Texas 77002, Attention: Dennis Roemlein,, Vice |

| | | |
|---|---|---|
| | | President 77002-3252 |
| 7465182 | + | The Basket Company, P.O. Box 10593, San Juan, PR 00922-0593 |
| 7427628 | + | The Chubb Companies, c/o Duane Morris LLP, Attn: Wendy M. Simkulak, Esq., and Catherine B. Heitzenrater, Esq., 30 S. 17th Street Philadelphia, PA 19103-4001 |
| 7510920 | | The Cowan Law Firm, LLC, c/o Brian D. Wright, P.O. Box 1266, Dalton, GA 30722-1266 |
| 7493505 | + | The Key Finance, Inc., c/o Robinson Hoover & Fudge PLLC, 119 N. Robinson Ave., Suite 1000, Oklahoma CIty, OK 73102-4614 |
| 7442910 | + | The Kroger Co., c/o Ronald E. Gold, Frost Brown Todd, 3300 Great American Tower, 301 E. 4th Street, Cincinnati, Ohio 45202-4245 |
| 7415797 | + | The McClatchy Company, c/o Paul J. Pascuzzi, Felderstein Fitzgerald et al., 400 Capitol Mall, Suite 1750, Sacramento, CA 95814-4432 |
| 7415959 | + | The NW Properties Landlords, C/o Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| 7512647 | + | The Peoria Journal Star, Inc., 1 News Plaza, Peoria, IL 61643-0003 |
| 7671669 | + | The State News Inc. a non-profit company, Snworks, 435 East Grand River Avenue, Fl. 2, East Lansing, MI 48823-4456 |
| 7457884 | + | The Tsang Law Firm, P.C., 40 Wall Street, 26th Floor, New York, NY 10005-1335 |
| 7442560 | + | Thomas A. Quirk, PO Box 9422, South Portland, ME 04116-9422 |
| 7432265 | | Thomas J. Salerno (007492, Telesoft Corp., STINSON LEONARD STREET LLP, Thomas J. Salerno, 1850 N. Central Avenue, Suite 2100 Phoenix, Arizona 85004-4584 |
| 7425671 | + | Timothy F. Nixon, GODFREY & KAHN, S.C., One East Main Street, Suite 500, Madison, WI 53703-3300 |
| 7432069 | + | Timothy R. and Carol S. Cotherman, 546 S Forty Road, Knox, PA 16232-2712 |
| 7499170 | + | Tirelli Law Group, LLC, Attorneys for Debtor, 50 Main Street, Suite 1265, White Plains, NY 10606-1994 |
| 7497504 | + | Tobias Law Firm, P.C., Attorneys for Superb, International Co., Ltd., 600 Third Avenue, 15th Floor, New York, New York 10016-1928 |
| 7573899 | + | Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119-3395, Attn: F. Oswald, N. Berger, M. Nester |
| 7490969 | + | Topet USA, Inc, 4833 Front St B, Ste 501, Castle, CO 80104-7902 |
| 7465163 | + | Torin Inc, Amy Chen, 4355 E. Brickell Street, Ontario, CA 91761-3700 |
| 7442073 | + | Town of Breckenridge, PO Box 8629, Breckenridge, CO 80424-8629 |
| 7474069 | + | Tracee M. Britton, 235 Madison Blvd., Madison, TN 37115-4719 |
| 7715647 | + | U.S. ALLIANCE, CORP., URB. SANTA ROSA, 52-10 CALLE BOUNDARY, BAYAMON PR 00959-6507 |
| 7440688 | + | U.S. Bank National Association d/b/a U.S. Bank Equ, 200 S 6th Street, Minneapolis, MN 55402-1403 |
| 7668146 | + | USA Outerwear LLC, 1400 Broadway, 14th Floor, New York, NY 10018-5300 |
| 7473468 | #+ | USPA Accessories LLC dba Concept One Accessories, 1411 Broadway, 7th Floor, New York, NY 10018-3401 |
| 7543897 | + | Universal Hosiery Inc., 28337 Constellation Rd., Valencia, CA 91355-5048 |
| 7424238 | + | VEDDER PRICE P.C., 1633 Broadway, 31st Floor, New York, New York 10019-6764 |
| 7448989 | + | Vadim Melkonyan, DAG Law Firm, APC, 6300 Wilshire Blvd, Suite 1440, Los Angeles, CA 90048-5216 |
| 7439962 | + | Valvoline, c/o Lowenstein Sandler LLP, Attn: Bruce S. Nathan/Eric S. Chafetz, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 7488923 | + | Van Meter Inc, 850 32nd Ave SW, Cedar Rapids, IA 52404-3913 |
| 7417088 | + | Victoria County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 7480835 | | Victoria D. Garry, Attorney for Ohio Department of Taxation, Assistant Attorney General, Ohio Attorney General Dave Yosts Office, 1600 Carew Tower, 441 Vine Street Cincinnati, Ohio 45202 |
| 7443951 | + | Vivek Suri, Esq., 20 Vesey Street, Suite 300, New York, NY 10007-4242 |
| 7474728 | + | Vivian Hilken, 302 4th Street South, Wilton, ND 58579-7212 |
| 7426151 | ++++ | WALSH PIZZI OREILLY FALANGA LLP, ATTORNEYS FOR SCHINDLER ELEVATOR CORP., ONE RIVERFRONT PLAZA, 1 RIVERFRONT PLZ STE 600, NEWARK NJ 07102-5401 address filed with court:, WALSH PIZZI OREILLY FALANGA LLP, Attorneys for Schindler Elevator Corp., One Riverfront Plaza, 1037 Raymond Boulevard, Suite 600, Newark, NJ 07102 |
| 7417855 | + | WARNER NORCROSS + JUDD LLP, 900 Fifth Third Center, 111 Lyon Street, NW, Grand Rapids, Michigan 49503-2495 |
| 7429488 | + | WEIL, GOTSHAL & MANGES LLP, Attorneys for Debtors, and Debtors in Possession, 767 Fifth Avenue, New York, New York 10153-0023 |
| 7441362 | + | WHITE AND WILLIAMS LLP, 7 Times Square, Suite 2900, New York, NY 10036-6516 |
| 7461857 | | WITTE LAW OFFICES, PLLC, Attorneys for 4th Street South II, LLC, 119 E. Kalamazoo Street, Lansing, Michigan 48933-2111 |
| 7417853 | | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, 11400 West Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582 |
| 7669333 | + | WSSR, LLC, 58 E. Bay Blvd., Woodlands, TX 77380-2996 |
| 7546523 | + | Wachtel Missry LLP, 885 2nd Avenue, 47th FL., New York, NY 10017-2229 |
| 7440038 | + | Wasserman Jurista & Stolz, P.C., Attn: Donald W. Clarke, Esq., 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| 7489492 | + | Water, Inc., 704 Kingshill Place, Carson, CA 90746-1219 |
| 7691618 | | Weavetex Overseas, 333 Functional Industrial Estate, Patparganj, New Delhi 110092, INDIA |
| 7457940 | + | Weiss Zarett Brofman Sonnenklar & Levy, P.C. Attorneys for CE Vernon II, L, 3333 New Hyde Park Road, Suite 211, New Hyde Park, NY 11042-1205 |
| 7422893 | + | Weiss Zarett Brofman Sonnenklar & Levy, P.C., Attorneys for Lake Success Shopping, Center LLC, 3333 New Hyde Park Road, Suite 211, New Hyde Park, NY 11042-1205 |
| 7420180 | | Wells Fargo Vendor Financial Services,, LLC f/k/a GE Capital Information, Technology Solutions, c/o A Ricoh USA Program fdba IKON Financ, P.O. Box 13708 Macon, GA 31208-3708 |
| 7440041 | + | West Orange Plaza, c/o Wasserman, Jurista & Stolz PC, Attn: Donald W. Clarke, Esq., 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| 7662367 | + | White and Williams LLP, Attorneys for Multipet, International Inc., 7 Times Sq., Suite 2900, New York, NY 10036-6524 |
| 7417899 | + | Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, DE 19801-3769 |
| 7493352 | + | Whiteford, Taylor & Preston LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5837 |
| 7530414 | + | Whiteford, Taylor & Preston LLP, Attorneys for International Cruise, & Excursions Gallery, Inc., 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5837 |

District/off: 0208-7                           User: admin                                    Page 14 of 116
Date Rcvd: Jul 01, 2022                         Form ID: 144                                 Total Noticed: 745

| | | |
|---|---|---|
| 7449008 | | Wiles & Wiles, LLP, Attorneys for 156 Tom Hill, LLC, 800 Kennesaw Avenue, Suite 400, Marietta, Georgia 30060-7946 |
| 7448733 | + | Wiles and Wiles, LLP, 800 Kennesaw Avenue, Suite 400, Marietta, Ga. 30060-7946 |
| 7436851 | + | William Walt Pettit, Hutchens Law Firm, LLP, 6230 Fairview Road, Suite 315, Charlotte, NC 28210-3151 |
| 7420265 | + | Willkie Farr & Gallagher LLP, Attorneys for Drayton Plains (MI), LLC, 787 Seventh Ave., New York, NY 10019-6018 |
| 7419440 | + | Wilmington Trust, National Association, Edward M. Fox - Seyfarth Shaw LLP, Attorneys for Wilmington Trust, 620 8th Avenue, New York, NY 10018-1618 |
| 7481453 | #+ | Winiadaewoo Electronics America, Inc., 65 Challenger Road, #360, Ridgefield Park, NJ 07660-2122 |
| 7415764 | #+ | Winiadaewoo Electronics America, Inc., 65 Challenger Road, #360, Ridgefield Park, New Jersey 07660-2122 |
| 7644779 | + | Womble Bond Dickinson (US) LLP, Attorneys for Choice Auto Repairs, Inc., 555 Fayetteville St., Suite 1100, Raleigh, North Carolina 27601-3034 |
| 7425576 | + | Wyatt, Tarrant & Combs, LLP, Attn: Mary L. Fullington, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746 |
| 7473314 | + | ZEBRA PEN CORP, 242 RARITAN CENTER PARKWAY, EDISON, NJ 08837-3610 |
| 7519941 | + | ZIMMERMAN LAW OFFICES, P.C., Attorneys for Mario Aliano, 77 West Washington Street, Suite 1220, Chicago, Illinois 60602-3247 |
| 7491533 | + | iStar Jewelry LLC, Brach Eichler LLC, Carl J. Soranno, Esq., 101 Eisenhower Parkway, Roseland , NJ 07068-1053 |

TOTAL: 692

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2022 19:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 01 2022 19:48:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 01 2022 19:48:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Jul 01 2022 19:49:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 7726997 | | Email/Text: esther.shee@aei-international.com | Jul 01 2022 19:48:00 | Abrim Enterprises, 3940 59th St., Woodside, NY 11377-3436 |
| 7447800 | | Email/Text: robert.finkel@bipc.com | Jul 01 2022 19:48:00 | BUCHANAN INGERSOLL & ROONEY PC, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219-1410 |
| 7423687 | + | Email/PDF: bncnotices@becket-lee.com | Jul 01 2022 19:54:17 | Becket and Lee LLP, Attorneys for Accertify, Inc, PO Box 3002, Malvern PA 19355-0702 |
| 7420943 | | Email/Text: collections@centro.net | Jul 01 2022 19:48:00 | Centro, Inc, 11 E. MADISON, CHICAGO, IL 60602 |
| 7823982 | | Email/Text: megan.harper@phila.gov | Jul 01 2022 19:50:00 | City of Philadelphia Law Department, Attn: Megan N. Harper, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 7544797 | + | Email/Text: USCBNotices@cdtfa.ca.gov | Jul 01 2022 19:51:00 | California Department of Tax and Fee Administratio, Attn: Joan S. Huh, 450 N Street, MIC: 82, Sacramento, California 95814-4311 |
| 7481417 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

District/off: 0208-7                                User: admin                                Page 15 of 116
Date Rcvd: Jul 01, 2022                            Form ID: 144                            Total Noticed: 745

|  |  | Jul 01 2022 19:47:00 | Cellco Partnership dba Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 7644802 | + Email/Text: charlie.livermon@wbd-us.com | Jul 01 2022 19:48:00 | Choice Auto Repairs, Inc., c/o James S. Livermon, III, Womble Bond Dickinson (US) LLP, 555 Fayetteville Street, Suite 1100, Raleigh, North Carolina 27601-3034 |
| 7474233 | Email/Text: BRKUPCY.NOTIFICATIONS@GREENSBORO-NC.GOV | Jul 01 2022 19:48:00 | City of Greensboro, PO Box 3136, Greensboro, NC 27402-3136 |
| 7415953 | + Email/Text: ddulworth@clarkhill.com | Jul 01 2022 19:50:00 | Clark Hill PLC, Attorneys for Ramco Jackson, Crossing SPE, LLC, 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 7415472 | + Email/Text: ddulworth@clarkhill.com | Jul 01 2022 19:50:00 | Clark Hill PLC, Attn: David M. Blau, Esq., 151 S. Old Woodward Ave., Ste. 200, Birmingham, MI 48009-6103 |
| 7446736 | Email/Text: susan.kempf@dentons.com | Jul 01 2022 19:51:00 | Cohen & Grigsby, P.C., Attorneys for Bonita Casa, LLC, 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| 7908551 | + Email/Text: tross@trcmllc.com | Jul 01 2022 19:50:00 | Command Line Networks, LLC and, Command Line Systems, c/o TRC Master Fund LLC, P.O.Box 633, Woodmere, NY 11598-0633 |
| 7415963 | Email/Text: houston_bankruptcy@LGBS.com | Jul 01 2022 19:49:00 | Cypress Fairbanks ISD, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 7459490 | + Email/Text: sak@elliottgreenleaf.com | Jul 01 2022 19:51:00 | ELLIOTT GREENLEAF, P.C., Attorneys for McDonalds Corporation, 1105 N. Market Street, Suite 1700, Wilmington, DE 19801-1228 |
| 7429491 | Email/Text: csucic@fgllp.com | Jul 01 2022 19:48:00 | FRANKGECKER LLP, 325 North LaSalle Street, Suite 625, Chicago, Illinois 60654 |
| 7682806 | Email/Text: ecfnotices@grosspolowy | Jul 01 2022 19:48:00 | Gross Polowy, LLC, Attorneys for LoanCare, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, New York 14221 |
| 7415962 | Email/Text: houston_bankruptcy@LGBS.com | Jul 01 2022 19:49:00 | Harris County et al., c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 7449768 | + Email/Text: paymentgroup@gassouth.com | Jul 01 2022 19:49:00 | Infinite Energy, Inc., 7001 SW 24h Ave, Attn: Legal, Gainesville, FL 32607-3704 |
| 7415896 | Email/Text: sanantonio.bankruptcy@publicans.com | Jul 01 2022 19:48:00 | Bexar County, c/o David G. Aelvoet, 711 Navarro, Suite 300, San Antonio, TX 78205 |
| 7467612 | + Email/Text: Bankruptcy@laketax.com | Jul 01 2022 19:48:00 | Lake County Tax Collector, PO Box 327, Tavares, FL 32778-0327 |
| 7414979 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 01 2022 19:49:00 | Linebarger Goggan Blair & Sampson, LLP, Attn: Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, Texas 75207-2328 |
| 7416791 | Email/Text: tleday@mvbalaw.com | Jul 01 2022 19:49:00 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C., PO BOX 1269, Round Rock, TX 78680-1269 |
| 7453413 | Email/Text: mlgw_bankruptcy_notices@mlgw.org | Jul 01 2022 19:49:00 | Memphis Light Gas & Water, PO Box 430, Memphis, TN 38109 |
| 7440598 | Email/Text: kmontee@monteeassociates.com | Jul 01 2022 19:47:00 | MONTEE & ASSOCIATES, Attorneys for Hudson Concourse, LLC, c/o Kevin Montee, Esq., 1250-I Newell Ave., Suite 149, Walnut Creek, CA 94596 |
| 7415009 | + Email/Text: ecfnotices@dor.mo.gov | Jul 01 2022 19:48:00 | Missouri Department of Revenue, Steven Ginther, Bankruptcy Unit, P.O. Box 475, Jefferson City, MO 65105-0475 |
| 7500790 | Email/Text: bankruptcynotice@orrick.com | Jul 01 2022 19:51:00 | Orrick, Herrington & Sutcliffe LLP, 51 West 52nd |

District/off: 0208-7                                    User: admin                                    Page 16 of 116
Date Rcvd: Jul 01, 2022                          Form ID: 144                          Total Noticed: 745

|  |  |  |  |
|---|---|---|---|
|  |  |  | Street, New York, NY 10019-6142 |
| 7416288 | + Email/Text: dpick@picklaw.net | Jul 01 2022 19:50:00 | PICK & ZABICKI LLP, Attorneys for Norton Mailman Associates, 369 Lexington Avenue, 12th Floor, New York, New York 10017-6527 |
| 7420818 | + Email/Text: harveystrickon@paulhastings.com | Jul 01 2022 19:51:02 | Paul Hastings LLP, Attorneys for GACP II, L.P., 200 Park Avenue, New York, NY 10166-0019 |
| 7418224 | + Email/Text: bncctnotifications@pbgc.gov | Jul 01 2022 19:48:00 | Pension Benefit Guaranty Corporation, 1200 K Street, N.W., Washington, D.C. 20005-4026 |
| 7434107 | Email/Text: capugatch.ecf@rprslaw.com | Jul 01 2022 19:48:00 | RICE PUGATCH ROBINSON STORFER & COHEN, PLLC, Attorneys for CM Grayson, LLC, 101 Northeast Third Avenue, Suite 1800, Fort Lauderdale, Florida 33301 |
| 7584303 | Email/Text: robailey@tbccorp.com | Jul 01 2022 19:48:00 | Carrolls, LLC, 4300 TBC Way, Attn Legal Dept, Palm Beach Gardens, FL 33410 |
| 7459240 | + Email/Text: rxza@elliottgreenleaf.com | Jul 01 2022 19:51:00 | Rafael X. Zahralddin, Shelley A. Kinsella, Eric M. Sutty, Elliott Greenleaf, P.C., 1105 N. Market Street, Suite 1700, Wilmington, DE 19801-1228 |
| 7495764 | + Email/Text: txbankruptcy@co.randolph.nc.us | Jul 01 2022 19:49:00 | Randolph County Tax Dept., 725 Mcdowell Rd., Asheboro, NC 27205-7372 |
| 7430308 | Email/Text: TCBankruptcy@smcgov.org | Jul 01 2022 19:49:00 | San Mateo County Tax Collector, 555 County Center, 1st Floor, Redwood City, CA 94063 |
| 7494355 | Email/Text: BankruptcyFiling@stlouisco.com | Jul 01 2022 19:48:00 | St. Louis County Collector of Revenue, 41 S. Central Ave, St. Louis, MO 63105 |
| 7420988 | + Email/Text: bankruptcy.enotice@smud.org | Jul 01 2022 19:51:00 | Sacramento Municipal Utility District, PO BOX 15830, ATTN:A225, SACRAMENTO, CA 95852-0830 |
| 7481703 | + Email/Text: tax-bankruptcy@tax.state.nv.us | Jul 01 2022 19:50:00 | State of Nevada Department of Taxation, 555 E. Washington Ave. Ste #1300, Las Vegas, NV 89101-1046 |
| 7414946 | + Email/Text: lemaster@slollp.com | Jul 01 2022 19:48:02 | Streusand, Landon, Ozburn & Lemmon, LLP, Attorneys for Dell Financial, Services L.L.C., 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| 7473316 | Email/Text: legal@tannorpartners.com | Jul 01 2022 19:48:00 | Tannor Partners Credit Fund LP, 555 Theodore Fremd Ave. Suite C-209, Rye, NY 10580 |
| 7416181 | + Email/Text: AGBankRevenue@ag.tn.gov | Jul 01 2022 19:49:00 | TN Dept of Revenue, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 7624867 | + Email/Text: tross@trcmllc.com | Jul 01 2022 19:50:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598-0633 |
| 7426785 | + Email/Text: BKRMailOps@weltman.com | Jul 01 2022 19:49:00 | Toyota Industries Commercial Finance, Inc., c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave. Ste. 200, Cleveland, OH 44113-1009 |
| 7544798 | + Email/Text: wdahill@wmd-law.com | Jul 01 2022 19:51:00 | WOLLMUTH MAHER & DEUTSCH LLP, 500 Fifth Avenue, 14th Floor, New York, NY 10110-1292 |
| 7420180 | Email/PDF: BankruptcyNoticesDFVendor@wellsfargo.com | Jul 01 2022 20:04:32 | Wells Fargo Vendor Financial Services,, LLC f/k/a GE Capital Information, Technology Solutions, c/o A Ricoh USA Program fdba IKON Financ, P.O. Box 13708, Macon, GA 31208-3708 |
| 7426261 | + Email/Text: BKRMailOps@weltman.com | Jul 01 2022 19:49:00 | Weltman, Weinberg & Reis Co. LPA, Attorneys for Toyota Industries, Commercial Finance, Inc., 323 W. Lakeside Ave. Ste 200, Cleveland, OH 44113-1009 |

TOTAL: 54

District/off: 0208-7 | User: admin | Page 17 of 116
Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 745

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7580883 | | Aquita Williams |
| 7580895 | | Aquita Williams |
| 7417852 | | Attorneys for TOTE, Inc. |
| 7580882 | | Aubain Scotland |
| 7580894 | | Aubain Scotland |
| 7414948 | | BET Investments |
| 7435884 | | CBL & Associates Management, Inc. |
| 7703834 | | Chervon (HK), Ltd., Attn: Minda Huang, No. 99, W Tian - Yuan Rd, Nanjing, 211106, China |
| 7443901 | | Data Print Technologies, Inc. |
| 7584875 | | FORTUNE CREATION COMPANY LIMITED, FUXIANG NAN-SIR NEW INDUSTRIAL, ZONE CHA-SHAN TOWN, DONGGUAN, 523391, CHINA |
| 7580881 | | Juan Rosario |
| 7580893 | | Juan Rosario |
| 7415076 | | Levin Management Corporation |
| 7433808 | | MIDAMCO |
| 7429479 | | McLane Company, Inc. |
| 7498491 | | North K I-29 2004, LLC |
| 7580887 | | ORosia Figueroa |
| 7580898 | | ORosia Figueroa |
| 7467551 | | PLAZA JUANA DIAZ INC |
| 7580884 | | Peter Archer |
| 7458065 | | ProLogis-A4 CA IV, LP,, Distribution Funding II, LLC, Prologis, L.P., KTR Ohio LLC, Prologis, KTR LV Loan LLC |
| 7425926 | | Puerto Rico Supplies |
| 7856452 | | QUANZHOU BAOFENG SHOES CO LTD, HUOJU INDUSTIRIAL ZONE, QUANZHOU, CHINA |
| 7580878 | | R.S., a minor child of Joanna Samuel |
| 7580890 | | R.S., a minor child of Joanna Samuel |
| 7580886 | | Richard Samuel |
| 7580897 | | Richard Samuel |
| 7664773 | | Ruyi Design & Manufacture Inc. |
| 7580879 | | S.S., a minor child of Joanna Samuel |
| 7580891 | | S.S., a minor child of Joanna Samuel |
| 7545553 | | Sears Holdings Corporation and its debtor affiliat |
| 7844506 | | Shaghal, Ltd. |
| 7580880 | | T.S., a minor child of Joanna Samuel |
| 7580892 | | T.S., a minor child of Joanna Samuel |
| 7943193 | | The Clorox Sales Company |
| 7417604 | | The J.M. Smucker Company, Ainsworth Pet Nutrition LLC |
| 7414949 | | The Robbins Companies |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7469452 | *+ | CKR Law LLP, Attorneys for BST International, Fashion, Ltd, 1330 Avenue of the Americas, 14th Floor, New York, NY 10019-5400 |
| 7415897 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o David G. Aelvoet, 711 Navarro, Suite 300, San Antonio, TX 78205 |
| 7439539 | *+ | LeClairRyan, PLLC, 545 Long Wharf Drive, Ninth Floor, New Haven, CT 06511-5960 |
| 7447795 | * | MILBANK, TWEED, HADLEY & McCLOY LLP, Counsel to Cyrus Capital Partners, L.P., 28 Liberty Street, New York, New York 10005-1413 |
| 7416756 | *+ | MORRISON COHEN LLP, Attorneys for Allure Gems, LLC, 909 Third Avenue, New York, NY 10022-4784 |
| 7461594 | *+ | Maria Gonzalez, Haggerty & Silverman, P.C., 240 North Duke Street, Lancaster, PA 17602-2733 |
| 7427472 | *+ | Perdue Brandon Fielder Collins and Mott LLP, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 7415079 | *+ | Phillips Edison & Company, c/o Stark & Stark, PC, Attn: Thomas S. Onder, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 7416287 | *+ | TN Dept of Revenue, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 7415956 | * | The Macerich Company, c/o Dustin P. Branch, Esq., Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909 |
| 7505234 | *+ | Van Meter, Inc., 850 32nd Ave SW, Cedar Rapids, IA 52404-3913 |
| 7481884 | ##+ | 7501 LLC, 9500 University Avenue, Suite 2112, West Des Moines, IA 50266-1870 |
| 7418749 | ##+ | ASK LLP, 151 West 46th Street, 4th Floor, New York, NY 10036-8512 |
| 7439563 | ##+ | Aaron P. Berg, Caravona & Berg, LLC, 50 Public Square, Suite 1900, Cleveland, OH 44113-2205 |
| 7448366 | ##+ | Aquita Williams, Lee J. Rohn & Associates, LLC, 1101 King Street, Christiansted, St. Croix, U.S.V.I. 00820-4933 |

| | | |
|---|---|---|
| 7691717 | ##+ | Barnes & Thornburg LLP, 655 West Broadway, Suite 900, San Diego, CA 92101-8484 |
| 7419626 | ##+ | Bialson Bergeb & Schwab, Attorneys for salesforce.com, inc., 633 Menlo Ave, Suite 100, Menlo Park, CA 94025-4711 |
| 7419628 | ##+ | Bialson, Bergen & Schwab, Attorneys for Oath (Americas) Inc., 633 Menlo Ave., Suite 100, Menlo Park, CA 94025-4711 |
| 7415160 | ##+ | CAHILL GORDON & REINDEL LLP, Attorneys for SHLD Lendco, LLC, 80 Pine Street, New York, NY 10005-1716 |
| 7416110 | ##+ | CKR LAW LLP, 1330 Avenue of the Americas, 14th Floor, New York, New York 10019-5490 |
| 7417405 | ## | CenterCal Properties, LLC, c/o Dustin P. Branch, Esq., Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909 |
| 7439564 | ##+ | Charles Bohland, Caravona & Berg, LLC, 50 Public Square, Suite 1900, Cleveland, OH 44113-2205 |
| 7906877 | ##+ | Command Line Networks, LLC, 12315 Pare Crest Drive, Suite 160, Stafford, TX 77477-2408 |
| 7427662 | ##+ | Community Unit School District 300, c/o Archer & Greiner, P.C., Attn: Allen G. Kadish, 630 Third Ave., 7th Floor, New York, NY 10017-6941 |
| 7416118 | ##+ | Connolly Gallagher LLP, 1000 West Street, Suite 1400, Wilmington, DE 19801-1054 |
| 7457004 | ##+ | Dorrie Struznik, Law Offices of Sharona Eslamboly Hakim, 8730 Wilshire Boulevard, Suite 310, Beverly Hills, CA 90211-2710 |
| 7474312 | ##+ | Dosis Fragrance LLC, 250 Passaic St., Newark, NJ 07104-3700 |
| 7415389 | ##+ | EDWARD L. SCHNITZER, ESQ., CKR LAW LLP, 1330 AVENUE OF THE AMERICAS 14TH FLOOR, NEW YORK NY 10019-5490 |
| 7416526 | ##+ | Eastern Prime Textiles Limited, c/o Edward L. Schnitzer, Esq., CKR Law LLP, 1330 Avenue of the Americas, 14th Floor, New York, NY 10019-5490 |
| 7503430 | ##+ | Ellison Bakery LLC, PO BOX 9087, FORT WAYNE, IN 46899-9087 |
| 7585933 | ##+ | Ethan Conrad Properties, Inc., c/o Mark A. Serlin, Serlin & Whiteford, LLP, 701 E Street, Sacramento, CA 95814-1208 |
| 7431545 | ##+ | Fox Rothschild LLP, 321 N. Clark Street, Suite 800, Chicago, Illinois 60654-4766 |
| 7449626 | ##+ | Guilford County Tax Department, PO Box 3328, Greensboro, NC 27402-3328 |
| 7856704 | ##+ | James Edmond Smith, 5167 S. St Andrews Place, Los Angeles CA 90062-2236 |
| 7442464 | ##+ | James J. Lyons, Jr., Attorney John F. Finnerty, Jr., Finnerty Law Offices, 919 Main Street, Osterville, MA 02655-2058 |
| 7442463 | ##+ | John F. Finnerty, Jr., Esq., Finnerty Law Offices, 919 Main Street, Osterville, MA 02655-2058 |
| 7448352 | ##+ | Juan Rosario, Lee J. Rohn & Associates, LLC., 1101 King Street, Christiansted, St. Croix, U.S.V.I. 00820-4933 |
| 7414950 | ##+ | Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |
| 7429489 | ##+ | LAW OFFICE OF WILLIAM P. FENNELL, APLC, Attorneys for Dart Warehouse Corp., 401 West A Street, Suite 1800, San Diego, CA 92101-7924 |
| 7447985 | ##+ | Lee J. Rohn & Associates, LLC, 1101 King Street, Christiansted, St. Croix, U.S. Virgin Islands 00820-4933 |
| 7493680 | ##+ | Lee J. Rohn & Associates, LLC, 1101 King Street, Christiansted, St. Croix 00820-4933 |
| 7448355 | ##+ | Lee J. Rohn, Esq., Lee J. Rohn & Associates, LLC., 1101 King Street, Christiansted, St. Croix, VI, VA 00820-4933 |
| 7457866 | ##+ | Leonard, OBrien, Spencer, Gale & Sayre, Ltd., 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402-1234 |
| 7420219 | ##+ | Linowes and Blocher LLP, Attorneys for LTMAC Properties, LLC, 7200 Wisconsin Ave, Suite 800, Bethesda, MD 20814-4842 |
| 7585932 | ##+ | Mark A. Serlin, Serlin & Whiteford, LLP, 701 E Street, Sacramento, CA 95814-1208 |
| 7546412 | ##+ | MaxColor, LLC, 5 South Wabash Ave., #1810, Chicago, IL 60603-3042 |
| 7422796 | ##+ | Michael Small, Foley & Lardner LLP, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 7466562 | ##+ | Pace Shave, 9370 Sky Park Court, Suite 100, San Diego, CA 92123-5374 |
| 7465203 | ##+ | Panache International LLC, 188 Technology, Suite J, Irvine, CA 92618-2460 |
| 7416124 | ##+ | Parker Poe Adams & Bernstein LLP, 401 South Tryon Street, Suite 3000, Charlotte, North Carolina 28202-1942 |
| 7420179 | ##+ | Pierce McCoy, PLLC, 85 Broad Street, Suite 17-063, New York, NY 10004-2434 |
| 7420057 | ##+ | Pierce McCoy, PLLC, Attn: Jonathan A. Grasso, Esq., 85 Broad Street, Suite 17-063, New York, NY 10004-2434 |
| 7493630 | ##+ | Rohn & Assocates, LLC., 1101 King Street, Christiansted, St. Croix 00820-4933 |
| 7493719 | ##+ | Rohn & Associates, LLC, 1101 King Street, Christiansted, St. Croix, VA 00820-4933 |
| 7430671 | ##+ | SCHIFF HARDIN LLP, 666 Fifth Avenue Suite 1700, New York, New York 10103-1700 |
| 7699520 | ##+ | Simon B. Mann, Mann Law Firm, PC, 200 Highland Ave, Ste 300, Needham, MA 02494-3035 |
| 7415955 | ## | The Macerich Company, c/o Dustin P. Branch, Esq., Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909 |
| 7426832 | ##+ | The Sarachek Law Firm, 101 Park Avenue, 27th Floor, New York, NY 10178-3099 |
| 7418399 | ##+ | Thomas W. Waldrep, Jr., Esq., Waldrep LLP, 101 S. Stratford Road, Suite 210, Winston-Salem, NC 27104, Attorneys for Hanesbrands, Inc. 27104-4224 |
| 7444154 | ##+ | U.S. Nonwovens Corp., 100 Emjay Blvd., Brentwood, NY 11717-3322 |
| 7418618 | ##+ | Waldrep LLP, Attorneys for Hanesbrands, Inc., 101 S. Stratford Road, Suite 210, Winston-Salem, NC 27104-4224 |
| 7473310 | ##+ | Waterstone, LLC, 41180 Raintree Ct., Murrieta, CA 92562-7020 |
| 7427865 | ##+ | William P. Fennell, Esq., Law Office of William P. Fennell, APLC, 401 West A Street, #1800, San Diego, CA 92101-7924 |

TOTAL: 37 Undeliverable, 12 Duplicate, 52 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Washington Prime Group Inc. awebb@fbtlaw.com |
| Aaron C. Smith | on behalf of Creditor Pension Benefit Guaranty Corporation asmith@lockelord.com autodocket@lockelord.com;jcataldo@lockelord.com;jmedina@lockelord.com;autodocketdev@lockelord.com |
| Aaron Gerhard Miller, III | on behalf of Creditor Christina Lagunas amiller@vazirilaw.com |
| Aaron J. Scheinfield | on behalf of Creditor Alliance Material Handling Corp. aaron@bk-lawyer.net |
| Aaron L. Hammer | on behalf of Creditor Horwood Marcus & Berk Chartered ahammer@hmblaw.com ecfnotices@hmblaw.com;jguzzardo@hmblaw.com |
| Aaron R. Cahn | on behalf of Defendant South Central GWB Co.  Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor South Central GWB Co.  Inc. cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Abena Mainoo | on behalf of Interested Party Transform Holdco LLC amainoo@cgsh.com  maofiling@cgsh.com |
| Abena Mainoo | on behalf of Creditor JPP II  LLC amainoo@cgsh.com, maofiling@cgsh.com |
| Abena Mainoo | on behalf of Creditor JPP  LLC amainoo@cgsh.com, maofiling@cgsh.com |
| Abena Mainoo | on behalf of Creditor ESL Investments  Inc. amainoo@cgsh.com, maofiling@cgsh.com |
| Adam David Cole | on behalf of Defendant C C 1 Limited Partnership cole@chipmanbrown.com dero@chipmanbrown.com;campbell@chipmanbrown.com;chipman@chipmanbrown.com |
| Adam L. Rosen | on behalf of Creditor National Union Fire Insurance Company adam.rosen@alrcounsel.com |
| Adam M. Levy | on behalf of Defendant Finsbury LLC alevy@dglaw.com |
| Adam Troy Ratliff | on behalf of Creditor Wolverine World Wide Inc aratliff@wnj.com  tparrish@wnj.com |
| Adam Troy Ratliff | on behalf of Defendant Wolverine World Wide Inc. aratliff@wnj.com  tparrish@wnj.com |
| Adrienne Woods | on behalf of Defendant Larson Manufacturing Company Inc. adrienne@woodslawpc.com |
| Al J. Daniel, Jr. | on behalf of Defendant Peterson Technology Partners  Inc. ajd@daniellawpllc.com |
| Alan Feld | on behalf of Creditor Everlast World's Boxing Headquarters Corp. afeld@sheppardmullin.com 4760188420@filings.docketbird.com |
| Alan Garrow | on behalf of Defendant CRB Commercial Interiors Inc. agarrow@nealisgarrow.com |

Alan D. Halperin
on behalf of Creditor Kellermeyer Bergensons Services  LLC lgu@halperinlaw.net

Alan E. Gamza
on behalf of Creditor Rosy Blue  Inc. Agamza@mosessinger.com,
jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Alan E. Gamza
on behalf of Creditor Shanti Corporation D/B/A Vijay Gold Designs Agamza@mosessinger.com
jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Alan F. Kaufman
on behalf of Defendant Pratt Industries Inc. alan.kaufman@nelsonmullins.com  crystal.revelle@nelsonmullins.com

Alan F. Kaufman
on behalf of Creditor Pratt Corrugated Holdings  Inc. alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com

Alan F. Kaufman
on behalf of Creditor Pratt Industries Inc. alan.kaufman@nelsonmullins.com  crystal.revelle@nelsonmullins.com

Alan H Katz
on behalf of Creditor Pension Benefit Guaranty Corporation akatz@lockelord.com  autodocket@lockelord.com

Alan H Katz
on behalf of Interested Party Pension Benefit Guaranty Corporation akatz@lockelord.com  autodocket@lockelord.com

Alan H Katz
on behalf of Interested Party Pension Benefit Guaranty Coproraton akatz@lockelord.com  autodocket@lockelord.com

Alan M Kindred
on behalf of Defendant Design International Group Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant RTA Products  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant G & M Appliance Supply Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Feedvisor Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant DeVore Lighting  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant June A. Grothe Construction  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant DGS Heartland Woodcraft LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant 24 Seven  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Sunny 84  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Sennco Solutions  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Prestige Maintenance USA Ltd. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Interstate Trailer Sales Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant Sandy Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred
on behalf of Defendant California Heating and Cooling Inc. akindred@leechtishman.com

dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Creditor Libby Dial Enterprises  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Kahena Digital Marketing Ltd. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant EOS Products LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Abraham Custom Creations  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Northwest Permit Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Green Room Productions  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Value Smart Products Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant AAA Pharmaceutical  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant All Market Media  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Daniel Beineke akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Lipsey Logistics Worldwide  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant ABC Hosiery akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Visser Greenhouses Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant TMM Investments Ltd. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Teczia It Services LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Home Improvements By Duane And Adam LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Brown Management Group  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Lift Trucks & Parts  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Harris Paints akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Onix Networking Corp. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Creditor Universal Hosiery  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant A.G. & G. Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Whynter  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Renzo Excavating LLC akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant La Crosse Brush Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Fantasia Accessories  Ltd. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant M&S Accessory Network Corp. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant One Planet OPS Inc. akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Creditor Beauty 21 Cosmetics  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant American Plush Textile Mills  LLC akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Q.E.P. Co.  Inc. akindred@leechtishman.com,
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alan M Kindred

on behalf of Defendant Coco Jos akindred@leechtishman.com
dtomko@ch-legal.com;ghauswirth@ch-legal.com;challer@leechtishman.com

Alana Friedberg Stevens

on behalf of Creditor North Plaza II  LLC afriedbergstevens@gmail.com

Alana Friedberg Stevens

on behalf of Creditor North Plaza I  LLC afriedbergstevens@gmail.com

Alana Friedberg Stevens

on behalf of Creditor North Plaza III  LLC afriedbergstevens@gmail.com

Albena Petrakov

on behalf of Unknown Saul Subsidiary I  LP apetrakov@offitkurman.com,
janet.mukherjee@offitkurman.com;oaguayo@offitkurman.com

Aldo G Bartolone, Jr

on behalf of Unknown IDM  Inc. aldo@bartolonelaw.com

Aldo G Bartolone, Jr

on behalf of Defendant IDM  Inc. aldo@bartolonelaw.com

Alex R. Rovira

on behalf of Unknown Jefferies LLC emcdonnell@sidley.com;nyefiling@sidley.com;alex-rovira-4828@ecf.pacerpro.com

Alexander Tiktin

on behalf of Defendant HK Sino-Thai Trading Company Ltd. atiktin@tarterkrinsky.com
alexander.tiktin@ecf.courtdrive.com;tpatterson@tarterkrinsky.com

Alexander Tiktin

on behalf of Creditor Orient Craft Ltd atiktin@tarterkrinsky.com
alexander.tiktin@ecf.courtdrive.com;tpatterson@tarterkrinsky.com

Alexander Tiktin

on behalf of Defendant Winning Resources Limited atiktin@tarterkrinsky.com
alexander.tiktin@ecf.courtdrive.com;tpatterson@tarterkrinsky.com

Alexander J. Beeby

on behalf of Interested Party MOAC Mall Holding LLC abeeby@larkinhoffman.com

Alexis J. Rogoski
    on behalf of Unknown XL Specialty Insurance Company Ltd. c/o Michael B. Chester  Esq., Boundas, Skarzynski, Walsh & Black,
LLC arogoski@skarzynski.com

Alfredo Fernandez-Martinez
    on behalf of Defendant B. Fernandez & Hnos.  Inc. afernandez@delgadofernandez.com

Alissa K. Piccione
    on behalf of Unknown Biltmore Commercial Properties I  LLC apiccione@reedsmith.com, Brett.Goodman@troutman.com

Allan B Diamond
    on behalf of Creditor Team Worldwide Corporation adiamond@diamondmccarthy.com

Allen G. Kadish
    on behalf of Unknown RetailNext  Inc. akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allen G. Kadish
    on behalf of Creditor Globant LLC akadish@archerlaw.com
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Allen G. Kadish
    on behalf of Creditor Community Unit School District 300 akadish@archerlaw.com
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com

Alyssa E. Kutner
    on behalf of Creditor C.J. Segerstrom & Sons kutnera@ballardspahr.com

Alyssa E. Kutner
    on behalf of Creditor FBA Holdings  Inc. kutnera@ballardspahr.com

Alyssa E. Kutner
    on behalf of Creditor S-Tract LLC kutnera@ballardspahr.com

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amish R. Doshi
    on behalf of Defendant Netsuite Inc. amish@doshilegal.com

Amy Conners
    on behalf of Defendant Northland Mechanical Contractors Inc. aconners@bestlaw.com

Amy R. Wolf
    on behalf of Debtor Sears Holdings Corporation arwolf@wlrk.com  calert@wlrk.com

Andrew Brown
    on behalf of Defendant TJ Daniels Inc. abrown@klestadt.com

Andrew Devore
    on behalf of Interested Party Duff & Phelps  LLC andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore
    on behalf of Interested Party Cross Country Home Services  Inc. andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore
    on behalf of Defendant Duff & Phelps  LLC andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew Devore
    on behalf of Interested Party Hero USA Inc. andrew.devore@ropesgray.com  nova.alindogan@ropesgray.com

Andrew Frackman
    on behalf of Defendant Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST afrackman@omm.com
andrew-frackman-5190@ecf.pacerpro.com

Andrew Frackman
    on behalf of Defendant Benefit Street 2018  LLC afrackman@omm.com, andrew-frackman-5190@ecf.pacerpro.com

Andrew Frackman
    on behalf of Defendant Thomas J. Tisch afrackman@omm.com  andrew-frackman-5190@ecf.pacerpro.com

Andrew Rosenblatt
    on behalf of Unknown Havas Formula  LLC and Havas Media Group USA, LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt
    on behalf of Defendant Havas Media Group USA LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt
    on behalf of Creditor One World Technologies  Inc. d/b/a Techtronic Industries Power Equipment
andrew.rosenblatt@nortonrosefulbright.com

Andrew Rosenblatt
    on behalf of Defendant Havas Formula  LLC andrew.rosenblatt@nortonrosefulbright.com

Andrew Tenzer
on behalf of Creditor GACP II  L.P. andrewtenzer@paulhastings.com

Andrew E. Arthur
on behalf of Defendant Google LLC arthura@whiteandwilliams.com

Andrew G. Dietderich
on behalf of Creditor Fairholme Capital Management  LLC and Fairholme Funds, Inc. dietericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Andrew I. Silfen
on behalf of Interested Party Rare Hospitality Management  LLC andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew I. Silfen
on behalf of Unknown Rare Hospitality International  Inc. andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew I. Silfen
on behalf of Interested Party Darden Restaurants  Inc. andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew I. Silfen
on behalf of Interested Party Cheddars Casual Cafe  Inc. andrew.silfen@afslaw.com,
beth.brownstein@afslaw.com;lisa.indelicato@afslaw.com

Andrew James Shaver
on behalf of Defendant Bonnie Plant Farm ashaver@bradley.com

Andrew M. Troop
on behalf of Defendant Travel Concepts  Inc. andrew.troop@pillsburylaw.com

Andrew P. Tureaud
on behalf of Creditor 909 Group  L.P. atureaud@kblaw.com, atureaud@kblaw.com

Andrew P. Tureaud
on behalf of Creditor GBR Green Acres Limited Liabilty Company and Greenwich 29 L.P. atureaud@kblaw.com
atureaud@kblaw.com

Andrew R. Gottesman
on behalf of Unknown Ravenswood Station LLC gottesman@mintzandgold.com  gottesman@mintzandgold.com

Andrew S. Conway
on behalf of Creditor Taubman Landlords aconway@taubman.com

Andrew W. Weaver
on behalf of Creditor JPP  LLC aweaver@cgsh.com, maofiling@cgsh.com

Andrew W. Weaver
on behalf of Interested Party Transform Holdco LLC aweaver@cgsh.com  maofiling@cgsh.com

Andrew W. Weaver
on behalf of Creditor ESL Investments  Inc. aweaver@cgsh.com, maofiling@cgsh.com

Andrew W. Weaver
on behalf of Creditor JPP II  LLC aweaver@cgsh.com, maofiling@cgsh.com

Angelina E. Lim
on behalf of Creditor Demert Brands  Inc. angelinal@jpfirm.com, minervag@jpfirm.com;katherineb@jpfirm.com

Anne J. Penachio
on behalf of Defendant Lotus Onda Industrial Co. Ltd. apenachio@pmlawllp.com
penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.co
m

Anthony Charles Acampora
on behalf of Defendant 6 Sigma Construction  LLC AAcampora@SilvermanAcampora.com

Anthony F. Giuliano
on behalf of Defendant Serta Simmons Bedding  LLC afg@glpcny.com, cg@pryormandelup.com

Anthony J D'Artiglio
on behalf of Creditor Tom Green CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
on behalf of Creditor Jim Wells CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
on behalf of Creditor Irving ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
on behalf of Creditor Eagle Pass ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wise County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Val Verde County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Galveston County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wood County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cleveland ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sayville Menlo LLC ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wise CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Kaufman County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Pleasanton ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harris County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sulphur Springs ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Stephenville ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Bee County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Pecos County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harlingen CISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Matagorda County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Blanco CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Van Zandt CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor McLennan County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Angelina County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Del Rio ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Atascosa County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Atlanta ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Gregg County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Bexar County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Grayson County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Harlingen ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hood CAD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Nueces County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Polk County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor El Paso ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Aransas county ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Victoria county ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Allen ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor McAllen ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wilson County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jefferson County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Fort Bend County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hopkins County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Frisco ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Navarro County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Wharton Co Jr Coll Dist ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Plaintiff Sayville Menlo LLC ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Sulphur Springs ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor San Patricio County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Parker CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Ellis County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cameron County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Cypress-Fairbanks ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Jasper County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Dallas County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Rockwall CAD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hidalgo County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Hunt County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Montgomery County ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio

on behalf of Creditor Stephenville ISD ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
    on behalf of Creditor Tarrant County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
    on behalf of Creditor Smith County ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
    on behalf of Creditor Lewisville ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio
    on behalf of Creditor Eagle Pass ISD ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony L Bini
    on behalf of Defendant Air Master Awning LLC abinilaw@yahoo.com

Anthony M. Rainone
    on behalf of Creditor iStar Jewelry  LLC arainone@bracheichler.com, palonso@bracheichler.com;jmartin@bracheichler.com

Arlene Rene Alves
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee alves@sewkis.com

Armand Raffi Kizirian
    on behalf of Creditor Massoud Afzal armand@kizirianlaw.com  delmy@boyamianlaw.com

Armand Raffi Kizirian
    on behalf of Creditor Oswaldo Cruz armand@kizirianlaw.com  delmy@boyamianlaw.com

Armando Llorens
    on behalf of Unknown Felix Calls  LLC armando@furgang.com

August A Pilati
    on behalf of Defendant White Graphics Inc. apilati@lilliglaw.com

Avrum J. Rosen
    on behalf of Counter-Claimant International Roofing & Waterproofing Puerto Rico Corp. arosen@ajrlawny.com
atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
    on behalf of Defendant Centro Recaudaciones Ingresos Municipales arosen@ajrlawny.com
atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
    on behalf of Defendant International Roofing & Waterproofing Puerto Rico Corp. arosen@ajrlawny.com
atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
    on behalf of Counter-Claimant Granada Sales Corp. arosen@ajrlawny.com
atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J. Rosen
    on behalf of Counter-Claimant Centro Recaudaciones Ingresos Municipales arosen@ajrlawny.com
atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Banyan Parker
    on behalf of Creditor Bonnie Mullins banyan@hansenmiller.com

Barbra R. Parlin
    on behalf of Creditor Plaza del Caribe  S.E. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Barbra R. Parlin
    on behalf of Creditor Garda CL Great Lakes  Inc. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Barbra R. Parlin
    on behalf of Creditor Plaza las Americas  Inc. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Barbra R. Parlin
    on behalf of Creditor Fringe Area (II)  S.E. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Barry M. Kazan
    on behalf of Defendant Koa USA  Inc. kazan@mintzandgold.com

Barry N. Gutterman
    on behalf of Defendant Becker Logistics  Inc. bngassc@aol.com

Barry N. Gutterman
    on behalf of Defendant Forward Air Solutions Inc. bngassc@aol.com

Benjamin Hugon
    on behalf of Creditor Winners Industry Co.  Ltd. bhugon@mckoolsmith.com, nsauter@mckoolsmith.com

Benjamin Mintz
    on behalf of Defendant The Ohio Bell Telephone Company Benjamin.Mintz@arnoldporter.com
Benjamin.Mintz@arnoldporter.com,maosny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@

District/off: 0208-7                    User: admin                    Page 28 of 116
Date Rcvd: Jul 01, 2022                Form ID: 144                    Total Noticed: 745

ecf.pacerpro.com

Benjamin Mintz

on behalf of Defendant SBC Global Services  Inc. Benjamin.Mintz@arnoldporter.com,
Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
ecf.pacerpro.com

Benjamin Mintz

on behalf of Defendant AT&T Inc. Benjamin.Mintz@arnoldporter.com
Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
ecf.pacerpro.com

Benjamin Mintz

on behalf of Defendant AT&T Mobility LLC Benjamin.Mintz@arnoldporter.com
Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
ecf.pacerpro.com

Benjamin Mintz

on behalf of Defendant AT&T Global Network Services LLC Benjamin.Mintz@arnoldporter.com
Benjamin.Mintz@arnoldporter.com,maosbny@arnoldporter.com,edocketscalendaring@arnoldporter.com,benjamin-mintz-2035@
ecf.pacerpro.com

Benjamin A. Taylor

on behalf of Defendant Cesar L. Alvarez btaylor@jhany.com

Benjamin M Mather

on behalf of Unknown Nina & Gerald Greene bmather@kcr-law.com

Bernice C Lee

on behalf of Creditor SVAP II Stones River  LLC blee@slp.law, mc@kttlaw.com

Bernice C Lee

on behalf of Creditor SVAP Golf Mill Retail II  L.P. blee@slp.law, mc@kttlaw.com

Bernice C Lee

on behalf of Creditor SVAP Pompano Citi Centre II  L.P. blee@slp.law, mc@kttlaw.com

Beth E. Levine

on behalf of Defendant Dan Dee International Ltd. blevine@pszjlaw.com  lcanty@pszjlaw.com

Beth Ellen Rogers

on behalf of Defendant SSB Manufacturing Company brogers@berlawoffice.com

Beth J. Rotenberg

on behalf of Unknown Cardinal Health 110 LLC ecf@csglaw.com

Bethany Turke

on behalf of Creditor Brian Van Vooren brt@wbe-llp.com  ecf@wbe-llp.com

Bethany Turke

on behalf of Creditor Rebecca Rysewyk brt@wbe-llp.com  ecf@wbe-llp.com

Bethany Turke

on behalf of Creditor Katie Smith brt@wbe-llp.com  ecf@wbe-llp.com

Bill Gussman

on behalf of Defendant LOCKHEED MARTIN CORPORATION MASTER RETIREMENT bill.gussman@srz.com
evan.melluzzo@srz.com,courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Daniel R Tisch bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant Trustee of the DRT 1/14/14 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant SAC CAPITAL ASSOCIATES LLC bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant MASON CAPITAL MGMT LLC bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman

on behalf of Defendant JHT 12/5/13 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman
on behalf of Defendant Trustee of the DRT 12/5/13 ANNUITY TRUST bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bill Gussman
on behalf of Defendant Andrew H Tisch bill.gussman@srz.com
evan.melluzzo@srz.com;courtfilings@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com;ecf-5315b84b2a77@ecf.pacerpro.com

Bo Shi
on behalf of Creditor JS Sainty Hantang Trad Co. Ltd. shiattorney@yahoo.com

Bo Shi
on behalf of Defendant JS Sainty Hantang Trad Co. Ltd. shiattorney@yahoo.com

Brad Eric Scheler
on behalf of Defendant Seritage SPS Holdings LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage MS Holdings LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage KMT Mezzanine Finance LLC schelbr@ffhsj.com
ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage SRC Finance LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage Growth Properties schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage GS Holding LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage KMT Finance LLC schelbr@ffhsj.com  ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage Growth Properties  L.P. schelbr@ffhsj.com, ManagingAttorneysDepartment@friedfrank.com

Brad Eric Scheler
on behalf of Defendant Seritage SRC Mezzanine Finance LLC schelbr@ffhsj.com
ManagingAttorneysDepartment@friedfrank.com

Bradley Schneider
on behalf of Creditor Whirlpool Corporation bschneider@kbkfirm.com

Bradley J. Bartolomeo
on behalf of Defendant Kumho Tires USA Inc. bradley.bartolomeo@lewisbrisbois.com

Bradley J. Bartolomeo
on behalf of Defendant Pilot Automotive  Inc. bradley.bartolomeo@lewisbrisbois.com

Bradley S. Shraiberg
on behalf of Defendant Sterling Value Add Investments II bss@slp.law
dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Bradley S. Shraiberg
on behalf of Creditor CompuCom Systems  Inc. bss@slp.law,
dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Bradley S. Shraiberg
on behalf of Defendant Office Depot  Inc. bss@slp.law, dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

Brandon K. Bains
on behalf of Interested Party Liberty Mutual Insurance Company bbains@l-llp.com  ehyman@l-llp.com

Brandon R. Freud
on behalf of Creditor MJ Holding Company  LLC bfreud@chuhak.com

Brendan Goodhouse
on behalf of Interested Party Mauldin at Butler  LLC bgoodhouse@cuddyfeder.com

Brendan Goodhouse
on behalf of Interested Party Church Street LLC bgoodhouse@cuddyfeder.com

Brent Meyer
on behalf of Defendant QuinStreet  Inc. brent@meyerllp.com

Brett D. Goodman
on behalf of Unknown Biltmore Commercial Properties I  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Unknown Steven Bruce as Trustee of the STEVEN BRUCE REVOCABLE TRUST  a trust formed under the laws of

the State of California dated July 16, 1996; Cara Bruce and Lou Cuida as Trustees of the CARA BRUCE IRREVO
brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Unknown Allison Bruce and Lou Cuida as Trustees of the ALLISON BRUCE IRREVOCABLE TRUST
brett.goodman@afslaw.com  john.murphy@troutman.com

Brett S. Moore

on behalf of Defendant Tdbbs LLC bsmoore@pbnlaw.com
mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com;pnbalala@pbnlaw.com;vtran@pbnlaw.com

Brett S. Theisen

on behalf of Defendant Belkin International Inc. btheisen@gibbonslaw.com

Brett S. Theisen

on behalf of Creditor Henkel Corporation btheisen@gibbonslaw.com

Brian Custy

on behalf of Creditor Jenny Yednak bcusty@custylaw.com

Brian Custy

on behalf of Creditor Ronald Yednak bcusty@custylaw.com

Brian D. Glueckstein

on behalf of Defendant Steven Mnuchin gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein

on behalf of Unknown Steven Mnuchin gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Koosed

on behalf of Defendant Kinetics Portfolio Trust brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant PRESCOTT ASSOCIATES LP brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant LUMA CAPITAL S.A.-SPF brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant PRESCOTT INVESTORS INC. brian.koosed@klgates.com

Brian D. Koosed

on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP brian.koosed@klgates.com

Brian J. Lohan

on behalf of Creditor Turner Broadcasting Sales  Inc. brian.lohan@arnoldporter.com,
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@ar
noldporter.com,maosnnby@arnoldporter.com

Brian J. Lohan

on behalf of Creditor AT&T brian.lohan@arnoldporter.com
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com,brian-lohan-2986@ecf.pacerpro.com,ginger.clements@ar
noldporter.com,maosnnby@arnoldporter.com

Brian J. Poronsky

on behalf of Defendant HAP TRADING  LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky

on behalf of Defendant RIEF Trading LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky

on behalf of Defendant GF TRADING LLC brian.poronsky@kattenlaw.com

Brian J. Poronsky

on behalf of Defendant RIEF RMP LLC brian.poronsky@kattenlaw.com

Brian S. McGrath

on behalf of Creditor ARI Fleet LT BMcGrath@hinshawlaw.com

Brian S. McGrath

on behalf of Creditor Automotive Rentals  Inc. BMcGrath@hinshawlaw.com

Brian T Peterson

on behalf of Defendant Milliman  Inc. brian.peterson@klgates.com

Brigette McGrath
    on behalf of Plaintiff Sears Home Improvement Products  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff California Builder Appliances  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Valley View Industries  H.C., Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff Sears Holdings Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Newsday LLC bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff Sears  Roebuck and Co. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff Sears Home Improvement Productions  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff Kmart Holding Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Sharp Electronics Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff Florida Builder Appliances  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Sandu Inc. bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Franke Kitchen Systems  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Debtor Sears Holdings Corporation bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant David Lynn Meyer bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Wolters Kluwer Health  Inc. bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Bernadine J. Eachus bmcgrath@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Defendant Texas-New Mexico Newspapers  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brigette McGrath
    on behalf of Plaintiff StarWest  LLC bmcgrath@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;brubis@askllp.com

Brittany Mitchell Michael
    on behalf of Creditor CenturyLink Communications  LLC bmichael@pszjlaw.com

Brittany Mitchell Michael
    on behalf of Creditor Level 3 Communications  LLC bmichael@pszjlaw.com

Bruce Buechler

on behalf of Interested Party Active Media Services  Inc. d/b/a Active International bbuechler@lowenstein.com

Bruce M. Sattin

on behalf of Creditor Thomas Pelletteri bsattin@szaferman.com

Bruce M. Sattin

on behalf of Creditor Alexandria Pelletteri bsattin@szaferman.com

Bruce S. Nathan

on behalf of Interested Party Valvoline bnathan@lowenstein.com  msavetsky@lowenstein.com

Bruce S. Nathan

on behalf of Interested Party LG Electronics Alabama  Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

Bruce S. Nathan

on behalf of Interested Party LG Electronics USA  Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

CARL JOSEPH SORANNO

on behalf of Creditor iStar Jewelry  LLC csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheichler.com;ECF@bracheichler.com

CRG Financial LLC

on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

Caleb T. Holzaepfel

on behalf of Creditor CBL & Associates Management Inc. caleb.holzaepfel@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor Seven Springs Limited Partnership caleb.holzaepfel@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor Gadsden Mall Associates  LLC caleb.holzaepfel@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor Wangard Partners  Inc. caleb.holzaepfel@huschblackwell.com

Camille N Somoza

on behalf of Creditor Deportes Salvador Colom Inc. cnsomoza@gmail.com

Cardinal Health 110 LLC

brotenberg@csglaw.com

Carl Grumer

on behalf of Interested Party 51st Street Fruitland Ave.  LLC cgrumer@manatt.com

Carlos Baralt-Suarez

on behalf of Defendant B. Fernandez & Hnos.  Inc. cbaralt@delgadofernandez.com

Carlos Rios-Gautier

on behalf of Creditor Santa Rosa Mall  LLC riosgautierlaw@yahoo.com

Carlton Wiggam

on behalf of Creditor State of Nebraska Game and Parks Commission carlton.wiggam@nebraska.gov

Carly Everhardt

on behalf of Interested Party Cherokee Debt Acquisition  LLC carly.everhardt@klgates.com,
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Interested Party Whitebox Asymmetric Partners LP carly.everhardt@klgates.com
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Unknown Gary Polkowitz carly.everhardt@klgates.com  carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Interested Party Whitebox Multi-Strategy Partners  LP carly.everhardt@klgates.com,
carly-everhardt-5001@ecf.pacerpro.com

Carly Everhardt

on behalf of Creditor Hain Capital Investors Master Fund Ltd. carly.everhardt@klgates.com
carly-everhardt-5001@ecf.pacerpro.com

Carol Chow

on behalf of Creditor LBG Hilltop  LLC Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow

on behalf of Creditor LBG Medford  LLC Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Ann Rich

on behalf of Creditor Tutu Park Ltd. crich@dudleylaw.com

Carol Ann Rich

on behalf of Creditor Lockhart Realty Inc crich@dudleylaw.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

Caroline Djang
on behalf of Creditor Niagra Bottling LLC cdjang@buchalter.com, laurie.verstegen@bbklaw.com

Carrie Essenfeld
on behalf of Creditor Taubman Landlords cessenfeld@halperinlaw.net cmitchell@halperinlaw.net

Casey Cantrell Swartz
on behalf of Creditor CIVF V-OH1M03 LLC cswartz@taftlaw.com

Cassandra Postighone
on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits cpostighone13@gmail.com

Chantelle D. McClamb
on behalf of Examiner Fee Examiner mcclambc@ballardspahr.com

Charles George
on behalf of Creditor Z.A. Sneeden's Sons Inc. cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com

Charles Gormally
on behalf of Defendant Istar Jewelery LLC cgormally@bracheichler.com ncapra@bracheichler.com

Charles Gormally
on behalf of Defendant Istar Jewelry LLC cgormally@bracheichler.com ncapra@bracheichler.com

Charles Palella
on behalf of Defendant Regal Home Collections Inc. cpalella@atllp.com

Charles Palella
on behalf of Unknown Regal Home Collections Inc. cpalella@atllp.com

Charles Palella
on behalf of Defendant C-Life Group Ltd. cpalella@atllp.com

Charles Pugh
pmryan@sorlinglaw.com

Charles A Beckham, Jr
on behalf of Defendant Loomis Armored US LLC charles.beckham@haynesboone.com, Kenneth.rusinko@haynesboone.com

Charles A. Gruen
on behalf of Unknown U.S. Bank National Association d/b/a U.S. Bank Equipment Finance cgruen@gruenlaw.com

Charles Dewey Cole, Jr
on behalf of Defendant Gage Roofing & Constructors Inc. dcole@newmanmyers.com

Charles E Chamberlin
on behalf of Creditor State of Nebraska Game and Parks Commission charles.chamberlin@nebraska.gov

Charles F. Pugh
pmryan@sorlinglaw.com

Charles J. Filardi, Jr.
on behalf of Creditor Southhaven Associates LLC cfilardi@rrlawpc.com abothwell@rrlawpc.com

Charles Michael Rubio
on behalf of Creditor Team Worldwide Corporation crubio@parkinsrubio.com
arobles@parkinslee.com;7485062420@filings.docketbird.com

Christian Paul Jensen
on behalf of Stockholder Thomas Tisch jensenc@sullcrom.com
christian-jensen-7493@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

Christopher Carty
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation et al., acting on behalf of the Debtors' Estates ccarty@herrick.com

Christopher Carty
on behalf of Attorney Herrick Feinstein LLP ccarty@herrick.com

Christopher Fong
on behalf of Unknown Cascade Water Services cfong@nixonpeabody.com

Christopher Gartman
on behalf of Creditor Matson Navigation Company Inc. gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Christopher Hoffman
on behalf of Unknown Bobbie Baker chris@dandwlawgroup.com

Christopher A. Grosman
on behalf of Creditor Forbes/Cohen Florida Properties  LP cgrosman@carsonfischer.com

Christopher A. Lynch
on behalf of Interested Party A.R.E. Investment Co. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Groupby USA Inc. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Infoblox Inc. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Creditor Beeline.com  Inc. clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Defendant Medtech Products Inc. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch
on behalf of Interested Party A.R.E. Investment Co. clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher A. Pellegrini
on behalf of Creditor MJ Holding Company  LLC cpellegrini@chuhak.com

Christopher A. Pellegrini
on behalf of Defendant MJ Holding Company LLC cpellegrini@chuhak.com

Christopher F. Graham
on behalf of Creditor DXC Technology Services LLC  successor in interest to Computer Sciences Corporation and CSC Covansys Corporation grahamc@whiteandwilliams.com

Christopher J Reilly
on behalf of Defendant Kreber Graphics  Inc. creilly@klestadt.com

Christopher J Reilly
on behalf of Defendant Icon Newco Pool creilly@klestadt.com

Christopher J Reilly
on behalf of Defendant Southwest Material Handling  Inc. creilly@klestadt.com

Christopher J. Battaglia
on behalf of Mediator Christopher J. Battaglia cbattaglia@halperinlaw.net  cessenfeld@halperinlaw.net

Christopher J. Giaimo, Jr.
on behalf of Defendant Dart Container Corporation christopher.giaimo@squirepb.com
sarah.conley@squirepb.com;christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Major
on behalf of Creditor Royal Consumer Products  LLC cjm@msf-law.com, bm@msf-law.com

Christopher J. Stroebel
on behalf of Defendant Cam Lincoln LLC cstroebel@gklaw.com

Christopher Lee Wilson
on behalf of Defendant QIT2 IE DFA CORE MANDATE clwilson@jonesday.com  nydocket@jonesday.com

Christopher M. Desiderio
on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION cdesiderio@nixonpeabody.com

Christopher M. Desiderio
on behalf of Creditor 266 Route 125  LLC cdesiderio@nixonpeabody.com

Christopher Matthew Hemrick
on behalf of Creditor GroupBy USA  Inc. chemrick@walsh.law, chemrick@walsh.law

Christopher P. Schueller
on behalf of Creditor FedEx Supply Chain  Inc. and FedEx Custom Critical, Inc. christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Christopher P. Schueller
on behalf of Creditor Gokaldas Exports Ltd. christopher.schueller@bipc.com  timothy.palmer@bipc.com;donna.curcio@bipc.com

Christopher Robert Belmonte
on behalf of Interested Party International Business Machines Corporation crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christopher Robert Belmonte
on behalf of Interested Party Advance Magazine Publishers Inc. crbelmonte@duanemorris.com
pabosswick@duanemorris.com,autodocketny@duanemorris.com,nydocket@duanemorris.com

Christy Rivera
on behalf of Creditor One World Technologies  Inc. d/b/a Techtronic Industries Power Equipment
christy.rivera@nortonrosefulbright.com

Clayton W Davidson

    on behalf of Creditor APR Supply Co. cdavidson@mwn.com

Clayton W Davidson

    on behalf of Defendant APR Supply Co. cdavidson@mwn.com

Clement Cheng

    on behalf of Attorney Clement Cheng clemcheng@yahoo.com

Clement Cheng

    on behalf of Defendant Sportspower Ltd. clemcheng@yahoo.com

Clifford A. Katz

    on behalf of Defendant Apogee Delivery & Installation Inc. ckatz@platzerlaw.com

Constantine Dean Pourakis

    on behalf of Unknown East Penn Manufacturing Co. cp@stevenslee.com

Courtney Morgan

    on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov  efile@pbgc.gov

Courtney Solomon

    on behalf of Defendant Cesar L. Alvarez csolomon@jha.com

Courtney A Schael

    on behalf of Defendant Borden Ladner Gervais LLP cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney A Schael

    on behalf of Defendant Maxmark Inc. cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney A Schael

    on behalf of Unknown Shinn Fu Company of America  Inc. cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Courtney R. Shed

    on behalf of Creditor LoanCare  LLC cwilliams@grosspolowy.com, ecfnotices@grosspolowy.com

Craig A. Wolfe

    on behalf of Creditor Kimco Realty Corporation craig.wolfe@morganlewis.com  ronald.cappiello@morganlewis.com

Craig V Winslow

    on behalf of Defendant QuinStreet  Inc. craig@cvwlaw.com

Curtis Hehn

    on behalf of Defendant A iPower Corporation curtishehn@comcast.net

Curtis Hehn

    on behalf of Defendant Ruyi Design & Manufacture Inc. curtishehn@comcast.net

Curtis Hehn

    on behalf of Unknown Beauty 21 Cosmetics  Inc. curtishehn@comcast.net

Curtis Hehn

    on behalf of Counter-Claimant Harmony Homes  Inc. curtishehn@comcast.net

Curtis Hehn

    on behalf of Defendant Beauty 21 Cosmetics  Inc. curtishehn@comcast.net

Curtis Hehn

    on behalf of Defendant Rhode Island Textile Company curtishehn@comcast.net

Curtis Hehn

    on behalf of Unknown TJD Holdings Inc. curtishehn@comcast.net

Curtis Hehn

    on behalf of Unknown Rhode Island Textile Company curtishehn@comcast.net

Curtis Hehn

    on behalf of Defendant TJD Holdings Inc. curtishehn@comcast.net

Curtis Hehn

    on behalf of Defendant A-Ipower Corporation curtishehn@comcast.net

Curtis Hehn

    on behalf of Defendant The Greystone Tea Company Inc curtishehn@comcast.net

Curtis Hehn

    on behalf of Unknown Ruyi Design & Manufacture Inc. curtishehn@comcast.net

Curtis Lee Tuggle

    on behalf of Creditor Virginia Surety Company  Inc. curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com

Curtis Lee Tuggle

    on behalf of Creditor Administration Agreement Parties c/o Thompson Hine  LLP curtis.tuggle@thompsonhine.com,

ECFDocket@thompsonhine.com

Curtis M. Plaza

on behalf of Unknown The Joe and Frances McCann Family Limited Partnership cplaza@riker.com  tschellhorn@riker.com

Curtis S. Miller

on behalf of Interested Party LEFMARK Tamiami  Inc. cmiller@mnat.com

Cynthia L Pollick

on behalf of Creditor Karen Smith pollick@lawyer.com

Dana M. Andreoli

on behalf of Defendant SJK Development  Inc. dandreoli@steyerlaw.com

Dana S. Plon

on behalf of Creditor Westfall Town Center JV dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Loyal Holdings DE LLC dplon@sirlinlaw.com

Daniel Shamah

on behalf of Defendant Trustee of the THOMAS J. TISCH 1994 ISSUE TRUST dshamah@omm.com
daniel-shamah-9039@ecf.pacerpro.com

Daniel Shamah

on behalf of Defendant Thomas J. Tisch dshamah@omm.com  daniel-shamah-9039@ecf.pacerpro.com

Daniel Shamah

on behalf of Defendant Benefit Street 2018  LLC dshamah@omm.com, daniel-shamah-9039@ecf.pacerpro.com

Daniel H. Tabak

on behalf of Defendant Totes Isotoner Corporation dtabak@cohengresser.com
managingclerksoffice@cohengresser.com,autodocket@cohengresser.com

Daniel J Bennett

on behalf of Defendant Speer Mechanical dan@danbennettlaw.com

Daniel J. Guyder

on behalf of Defendant HBOS FINAL SALARY PENSION SCHEME daniel.guyder@allenovery.com
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com

Daniel J. McCarthy

on behalf of Creditor Decore-Ative Specialties  Inc. dmccarthy@hillfarrer.com

Daniel J. McCarthy

on behalf of Creditor Decore-Ative dmccarthy@hillfarrer.com

Daniel J. Weiner

on behalf of Creditor Retail Contractors of Puerto Rico  Inc. dweiner@schaferandweiner.com

Daniel P Goldberg

on behalf of Defendant Kunal Kamlani crodriguez@hsgllp.com;Managingclerk@hsgllp.com

Daniel R. Swetnam

on behalf of Interested Party 5330 Crosswind  LLC Daniel.Swetnam@icemiller.com, Peggy.Richardson@icemiller.com

Daniel R. Wotman

on behalf of Defendant Housewares Corp. of Asia Limited dwotman@wotmanlaw.com
dwotman@wotmanlaw.com;wotmandr86431@notify.bestcase.com

Daniel W. Sklar

on behalf of Unknown Coral Reef Asia Pacific a/k/a White Mountain Footwear dsklar@nixonpeabody.com
ccarlin@nixonpeabody.com

Darlene M. Nowak

on behalf of Creditor GTT Communications  Inc. nowak@marcus-shapira.com

Darlene M. Nowak

on behalf of Defendant NTA Enterprise Inc. nowak@marcus-shapira.com

Darlene M. Nowak

on behalf of Defendant GTT Communications  Inc. nowak@marcus-shapira.com

Darrell W. Clark

on behalf of Creditor Verizon Communications Inc. darrell.clark@stinsonleonard.com  catherine.scott@stinsonleonard.com

Darryl S. Laddin

on behalf of Unknown Orkin  LLC bkrfilings@agg.com

Darryl S. Laddin

on behalf of Defendant Orkin LLC bkrfilings@agg.com

David Azrin

on behalf of Defendant Colombina De Puerto Rico LLC dta@gdblaw.com

David A. Greer

on behalf of Defendant CDM Witchduck Associates LLC dgreer@davidgreerlaw.com

David A. Rolf

on behalf of Creditor Nicole Pugh darolf@sorlinglaw.com

David A. Rolf

on behalf of Creditor Jack Pugh darolf@sorlinglaw.com

David A. Rolf

on behalf of Creditor Charles F. Pugh darolf@sorlinglaw.com

David A. Rolf

on behalf of Creditor Charles Pugh darolf@sorlinglaw.com

David A. Rolf

on behalf of Creditor Sam Pugh darolf@sorlinglaw.com

David A. Rosenzweig

on behalf of Unknown Cantor Fitzgerald Securities  as Agent david.rosenzweig@nortonrosefulbright.com

David A. Rosenzweig

on behalf of Creditor Living Spaces Furniture  LLC david.rosenzweig@nortonrosefulbright.com

David Brett Zolkin

on behalf of Creditor MKK Enterprises Corp. dzolkin@ztlegal.com  maraki@ztlegal.com;sfritz@ztlegal.com

David Evan Otero

on behalf of Debtor Sears Holdings Corporation david.otero@akerman.com

David G. Aelvoet

on behalf of Unknown Kroll Restructuring Administration Claims Agent sanantonio.bankruptcy@publicans.com

David G. Aelvoet

on behalf of Creditor Bexar County sanantonio.bankruptcy@publicans.com

David G. Tobias

on behalf of Creditor Superb International Co.  Ltd. dtobias@tobiaslawpc.com

David H. Wander

on behalf of Defendant Eric Jay Ltd. dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor ERIC JAY LTD dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Defendant Winning Resources Limited dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Defendant HK Sino-Thai Trading Company Ltd. dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Winners Industry Co.  Ltd. dwander@tarterkrinsky.com, tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Unknown HK SINO-THAI TRADING COMPANY LTD dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Stolaas Company dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Electronics for Imaging  Inc. dwander@tarterkrinsky.com, tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Pearl Global Industries  Ltd. dwander@tarterkrinsky.com, tpatterson@tarterkrinsky.com

David H. Wander

on behalf of Creditor Orient Craft Ltd dwander@tarterkrinsky.com  tpatterson@tarterkrinsky.com

David Henry Hartheimer

on behalf of Unknown City of Minneapolis david@mhlaw-ny.com  david@clearbid.com

David Henry Hartheimer

on behalf of Creditor GitLab Inc. david@mhlaw-ny.com  david@clearbid.com

David Henry Hartheimer

on behalf of Creditor - - Securian Life Insurance david@mhlaw-ny.com  david@clearbid.com

David J. Coyle

on behalf of Interested Party Dorcy International Inc. dba Dorcy International dcoyle@shumaker.com

David J. Coyle
                on behalf of Defendant Dorcy International Inc. dcoyle@shumaker.com

David L. Pollack
                on behalf of Creditor PGIM Real Estate pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Starwood Retail Partners  LLC pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Vintage Real Estate  LLC pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor GS Pacific ER  LLC pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Deutsche Asset & Wealth Management pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Brixmor Property Group  Inc. pollack@ballardspahr.com

David L. Pollack
                on behalf of Unknown GEM Realty Capital  Inc. pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor C. E. Johns Company  Inc. pollack@ballardspahr.com

David L. Pollack
                on behalf of Unknown Pacific Retail Group pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Acadia Realty Limited Partnership pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Centennial Real Estate Co. pollack@ballardspahr.com

David L. Pollack
                on behalf of Unknown Kravco Company pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor White Plains Galleria Limited Partnership pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor Federal Realty Investment Trust pollack@ballardspahr.com

David L. Pollack
                on behalf of Creditor The Macerich Company pollack@ballardspahr.com

David L. Tillem
                on behalf of Unknown Putnam County tillemd@wemed.com

David M. Banker
                on behalf of Creditor NorCell  Inc. dbanker@mmwr.com, david-banker-1986@ecf.pacerpro.com

David M. Bass
                on behalf of Interested Party Lifetime Brands  Inc. dbass@coleschotz.com, ssallie@coleschotz.com

David M. Bass
                on behalf of Defendant Ultra Logistics Inc. dbass@coleschotz.com  ssallie@coleschotz.com

David M. Blau
                on behalf of Creditor Lakewood Shopping Center  LLC dblau@clarkhill.com

David M. Blau
                on behalf of Creditor Crossroads Centre II  LLC dblau@clarkhill.com

David M. Blau
                on behalf of Creditor AGREE LIMITED PARTNERSHIP dblau@clarkhill.com

David M. Blau
                on behalf of Creditor Ramco Jackson Crossing SPE  LLC dblau@clarkhill.com

David M. Eisenberg
                on behalf of Defendant Racoon-Mahoning Associates LLC deisenberg@maddinhauser.com

David M. Fusco
                on behalf of Creditor United Food and Commercial Workers Union Local 880 dfusco@smcnlaw.com  dmfuscolaw@yahoo.com

David M. Schlachter
                on behalf of Unknown Arthur Schwartz davids@lawdms.com

David M. Zensky
                on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
                Debtors' Estates dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff MaxServ  Inc. dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff SHC Desert Springs  LLC dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Kmart Stores of Illinois  LLC dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears  Roebuck de Puerto Rico, Inc. dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears  Roebuck and Co. dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears  Roebuck Acceptance Corp. dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears Holdings Corporation dzensky@akingump.com
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Innovel Solutions  Inc. dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears Development Co. dzensky@akingump.com
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears Holdings Management Corp. dzensky@akingump.com
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff STI Merchandising  Inc. dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Kmart Holding Corporation dzensky@akingump.com
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Kmart of Washington  LLC dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Troy Coolidge No. 13  LLC dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears Brands Business Unit Corp. dzensky@akingump.com
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Sears Brands  LLC dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Big Beaver of Florida Development  LLC dzensky@akingump.com,
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Plaintiff Kmart Corporation dzensky@akingump.com
                nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David M. Zensky
                on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
                dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

David Michael Mannion
                on behalf of Defendant Peggs Co. DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

District/off: 0208-7                      User: admin                                    Page 40 of 116
Date Rcvd: Jul 01, 2022                   Form ID: 144                              Total Noticed: 745

David Michael Mannion
                on behalf of Defendant The Clorox Sales Company DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David Michael Mannion
                on behalf of Defendant RFP Atlas Sales LLC DMannion@BlakeleyLLP.com  ecf@blakeleyllp.com

David N. Crapo
                on behalf of Creditor S&P Global  Inc. dcrapo@gibbonslaw.com

David N. Crapo
                on behalf of Defendant S&P Global Inc. dcrapo@gibbonslaw.com

David R Taxin
                on behalf of Unknown 5525 S. Soto St. Associates davidtaxin@dahannowick.com

David R. Softness
                on behalf of Creditor Atlas Signs Holdings  Inc. david@softnesslaw.com, mari@softnesslaw.com

David S. Gragg
                on behalf of Creditor Wal-Go Associates LLC dgragg@langleybanack.com  cjohnston@langleybanack.com

David S. Gragg
                on behalf of Creditor Papa Rochester  LP dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Gragg
                on behalf of Creditor Walters Investments  LP dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Gragg
                on behalf of Creditor Alatex  A Joint Venture dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Kupetz
                on behalf of Creditor Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11  1999, Vegas Group, LLC,
                and East River Group, LLC David.Kupetz@lockelord.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com

David W. Dykhouse
                on behalf of Defendant Johnson & Johnson Consumer Inc. dwdykhouse@pbwt.com  mcobankruptcy@pbwt.com

Dawn Kirby
                on behalf of Creditor U.S. Nonwovens Corp. dkirby@kacllp.com
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
                on behalf of Defendant Springs Window Fashions  LLC dkirby@kacllp.com,
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
                on behalf of Creditor Bonnier Corp. dkirby@kacllp.com
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
                on behalf of Creditor Springs Window Fashions  LLC dkirby@kacllp.com,
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
                on behalf of Defendant Angie's List  Inc. dkirby@kacllp.com,
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
                on behalf of Unknown Felix Calls  LLC dkirby@kacllp.com,
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dawn Kirby
                on behalf of Interested Party Greenhorn Ventures LLC dkirby@kacllp.com
                bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com

Dean J Despotovich
                on behalf of Defendant Bektrom Foods Inc. djdatty@aol.com  djdatty@aol.com

Dean Lindsay Chapman, Jr.
                on behalf of Plaintiff Sears Holdings Corporation dchapman@akingump.com
                AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
                on behalf of Plaintiff SHC Desert Springs  LLC dchapman@akingump.com,
                AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
                on behalf of Plaintiff Kmart Corporation dchapman@akingump.com
                AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
                on behalf of Plaintiff Sears Brands  LLC dchapman@akingump.com,
                AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Brands Business Unit Corp. dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation et al., acting on behalf of the
Debtors' Estates dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff MaxServ Inc. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Roebuck and Co. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Roebuck de Puerto Rico, Inc. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Kmart Holding Corporation dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Roebuck Acceptance Corp. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Troy Coolidge No. 13 LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Kmart of Washington LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Holdings Management Corp. dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff STI Merchandising Inc. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Kmart Stores of Illinois LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Sears Development Co. dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Big Beaver of Florida Development LLC dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Innovel Solutions Inc. dchapman@akingump.com,
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Deborah Jill Michelson
on behalf of Unknown Arca Industrial (NJ) Inc. michelson@buckleyking.com, hinkle@buckleyking.com

Deborah L. Fletcher
on behalf of Defendant Positec USA Inc. fletcher@fsblegal.com, d.fletcher@me.com

Deborah L. Fletcher
on behalf of Defendant Positec (Macao Commercial Offshore) Limited fletcher@fsblegal.com  d.fletcher@me.com

Deborah M Perry
on behalf of Creditor International Airport Center Inc. dperry@munsch.com

Dennis M. Haley
on behalf of Defendant International Packaging Supplies LLC dhaley@winegarden-law.com

Dennis M. Haley
on behalf of Attorney Dennis M Haley dhaley@winegarden-law.com

Derek L. Wright
on behalf of Unknown CenterPoint Properties Trust dwright@mayerbrown.com
nycdocket@mayerbrown.com;3663606420@filings.docketbird.com

Derrick Talerico

District/off: 0208-7                          User: admin                                    Page 42 of 116
Date Rcvd: Jul 01, 2022                       Form ID: 144                                  Total Noticed: 745

on behalf of Creditor MKK Enterprises Corp. dtalerico@ztlegal.com maraki@ztlegal.com;sfritz@ztlegal.com

Devon Eggert
    on behalf of Interested Party True Value Company deggert@bcblaw.net pfoster@bcblaw.net

Devon Eggert
    on behalf of Creditor Korpack Inc. deggert@bcblaw.net, pfoster@bcblaw.net

Diane W. Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Aransas county austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Bee County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Harlingen CISD austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Victoria county austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Jim Wells CAD austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor City Of Harlingen austin.bankruptcy@lgbs.com

Dianne F. Coffino
    on behalf of Unknown Certain Former Directors of Sears Canada Inc. dcoffino@cov.com

Don D.G. James
    on behalf of Creditor Samantha S Parchment donjamespa@aol.com

Donald F. Campbell, Jr.
    on behalf of Interested Party Saker ShopRites Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Donald W. Clarke
    on behalf of Creditor West Orange Plaza dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W. Clarke
    on behalf of Creditor Levcom Wall Plaza Associates dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W. Clarke
    on behalf of Creditor Auburndale Properties Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donna H. Lieberman
    on behalf of Creditor Kellermeyer Bergensons Services LLC dlieberman@halperinlaw.net, dlieberman@halperinlaw.net

Doron Yitzchaki
    on behalf of Creditor Combine International Inc. dyitzchaki@dickinsonwright.com

Doug Skierski
    on behalf of Creditor Quest Resource Management Group LLC enotices@skijain.com

Doug Skierski
    on behalf of Defendant Quest Resource Management Group LLC enotices@skijain.com

Doug Skierski
    on behalf of Unknown Quest Resource Management Group LLC enotices@skijain.com

Douglas B. Rosner
    on behalf of Creditor STAG IV Cheektowaga LLC drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor Cape Town Plaza LLC drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor OND Property LLC drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Defendant Swimways Corp. drosner@goulstonstorrs.com

Douglas B. Rosner
    on behalf of Creditor New Westgate Mall LLC drosner@goulstonstorrs.com

Douglas J. Pick
                   on behalf of Creditor Perlene Haley dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick
                   on behalf of Creditor Norton Mailman Associates dpick@picklaw.net  ezabicki@picklaw.net

Douglas S. Draper
                   on behalf of Defendant Smittys Supply Inc. ddraper@hellerdraper.com
                   gbrouphy@hellerdraper.com;vgamble@hellerdraper.com;ddraper@hellerdraper.com;dhepting@hellerdraper.com;lcollins@heller
                   draper.com

Douglas T. Tabachnik
                   on behalf of Creditor Certain Texas Taxing Entities dtabachnik@dttlaw.com  rdalba@dttlaw.com

Duane Brescia
                   on behalf of Creditor Epicor Software Corporation dbrescia@clarkhill.com
                   bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;ckclark@clarkhill.com

Duriya Dhinojwala
                   on behalf of Defendant American Color Inc. ddhinojwala@bmdllc.com

Dustin Smith
                   on behalf of Creditor Honourable J. Douglas Cunningham  Q.C., as court-appointed litigation trustee for the Canadian Debtors
                   smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dustin Smith
                   on behalf of Creditor 1291079 Ontario Limited  as class representative for the potential class of Sears Hometown Dealer stores
                   smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

Dustin Parker Branch
                   on behalf of Creditor White Plains Galleria Limited Partnership branchd@ballardspahr.com
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor C. E. Johns Company  Inc. branchd@ballardspahr.com,
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Interested Party Hart I-55 Industrial  LLC branchd@ballardspahr.com,
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Interested Party Weitzman branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor Vintage Real Estate  LLC branchd@ballardspahr.com,
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor GS Pacific ER  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor WBCMT 2007-C33 INDENDENCE CENTER LLC branchd@ballardspahr.com
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor The Macerich Company branchd@ballardspahr.com
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor C. E. John Company  Inc. branchd@ballardspahr.com,
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor PGIM Real Estate branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Unknown Pacific Retail Group branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC branchd@ballardspahr.com
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Unknown Kravco Company branchd@ballardspahr.com  carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor Brixmor Property Group  Inc. branchd@ballardspahr.com,
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
                   on behalf of Creditor GEM Realty Capital  Inc. branchd@ballardspahr.com,
                   carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Cedar - Valley Plaza  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Federal Realty Investment Trust branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Brixmor Operating Partnership  L.P. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Centennial Real Estate Co. branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Brooks Shopping Centers  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor CenterCal Properties  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Passco Hanford Mall  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Starwood Retail Partners  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Unknown GEM Realty Capital  Inc. branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Gemini Alto Centerville Partners  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Creditor Deutsche Asset & Wealth Management branchd@ballardspahr.com
carolod@ballardspahr.com;simonjm@ballardspahr.com

Dustin Parker Branch
on behalf of Interested Party Heidenberg Properties  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;simonjm@ballardspahr.com

E. David Chanin
on behalf of Unknown Almo Corporation dchanin@kleinbard.com

E. David Chanin
on behalf of Defendant Almo Corporation dchanin@kleinbard.com

Eboney Cobb
on behalf of Creditor City of Garland ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Carrollton-Farmers Branch ISD ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Certain Texas Taxing Entities ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Richardson ISD ecobb@pbfcm.com

Eboney Cobb
on behalf of Creditor Garland ISD ecobb@pbfcm.com

Edgardo Munoz
on behalf of Creditor SUNSHINE SHOPPING CENTER INC emunozpsc@gmail.com

Edgardo Munoz
on behalf of Creditor PLAZA JUANA DIAZ INC emunozpsc@gmail.com

Eduardo J. Glas
on behalf of Unknown Natalie Parker ejglas@gmail.com

Edward E. Neiger

on behalf of Creditor Coca-Cola Bottling Co. Consolidated eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Sears Home Improvement Productions  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor EzraSons  Inc. eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Unknown Sears  Roebuck and Co. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Florida Builder Appliances  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor The NES Group eneiger@askllp.com  lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Creditor City Choice Limited eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Sears  Roebuck and Co. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Sears Home Improvement Products  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff StarWest  LLC eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff Kmart Holding Corporation eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward E. Neiger

on behalf of Plaintiff California Builder Appliances  Inc. eneiger@askllp.com,
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Edward L. Schnitzer

on behalf of Interested Party Thomas K. Dowler eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor NorCell  Inc. eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant The Asean Corporation Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Garland Sales  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Exquisite Apparel Corp. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Adesso-Madden  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant S Lichtenberg & Co. Inc. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Colette Molinaro eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Werner Enterprises  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Interested Party Renne I. Dowler eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Milberg Factors Inc. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Vehicle Service Group  LLC eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Sakar International  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Attorney Edward L. Schnitzer eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Eastern Prime Textile Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Giza Spinning & Weaving Co. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor BST International Fashion Ltd eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Carmine Molinaro  Jr. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Interested Party Robert Malone eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Interested Party Felicia Browell eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Steven R. Wolf eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Crossroads Mall  LLC eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Hankook Tire America Corporation eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor F.F.T. International (H.K.) LTD. eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Werner Enterprises  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Sakar International eschnitzer@mmwr.com  edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Defendant Textiles From Europe  Inc. eschnitzer@mmwr.com,
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward L. Schnitzer

on behalf of Creditor Eastern Prime Textiles Limited eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com;dfiore@mmwr.com

Edward M. Fox

on behalf of Unknown Wilmington Trust  National Association emfox@seyfarth.com

Edward M. King

on behalf of Creditor Sitel Operating Corporation tking@fbtlaw.com

Edwin H Caldie

on behalf of Creditor CenturyLink Communications  LLC ed.caldie@stinson.com,
jess.rehbein@stinson.com,MPL.LSSTeam5@stinson.com

Ehret A. Van Horn

on behalf of Creditor Rushmore Loan Management Services  LLC ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com

Elena Liveris

on behalf of Creditor Richard Bruce eliveris@mmulderlaw.com  adonnelly@mmulderlaw.com

Eli J. Vonnegut
      on behalf of Creditor Citibank  N.A. eli.vonnegut@davispolk.com,
      ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Elias L Fernandez-Perez
      on behalf of Defendant Multiple Solutions Inc. eliaslaureano@gmail.com

Elias L Fernandez-Perez
      on behalf of Defendant O.H. Sunglass Inc. eliaslaureano@gmail.com

Elise S. Frejka
      on behalf of Consumer Privacy Ombudsman Elise S. Frejka efrejka@frejka.com

Elizabeth Weller
      on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Hopkins County Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Rockwall CAD Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor City of Atlanta Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Tom Green CAD Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor City of Stephenville Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Wise County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Hood CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Lewisville isd Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Sulphur Springs ISD Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Hunt County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com
      Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Ellis County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Wise CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
      on behalf of Creditor Paker CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin

Form ID: 144

Page 48 of 116

Total Noticed: 745

Elizabeth Weller
on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Navarro county Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Stephenville ISD Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Sulphur Springs Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor City of frisco Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Kaufman County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth L Doyaga
on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, as successor trustee, on
behalf of the holders of the CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-24 edoyaga@flwlaw.com,
jspiegelman@flwlaw.com

Elizabeth L Doyaga
on behalf of Creditor Wells Fargo Bank  N.A. edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Elizabeth L. Janczak
on behalf of Defendant Korpack Inc. ejanczak@freeborn.com  bkdocketing@freeborn.com

Elliot Moskowitz
on behalf of Interested Party Cushman & Wakefield Inc. elliot.moskowitz@dpw.com  ecf.ct.papers@davispolk.com

Elliot Moskowitz
on behalf of Defendant Cushman & Wakefield  Inc. elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com

Emily K Mather
on behalf of Defendant PRESCOTT ASSOCIATES LP emily.mather@klgates.com

Emily K Mather
on behalf of Defendant PRESCOTT INVESTORS INC. emily.mather@klgates.com

Emily K Mather
on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP emily.mather@klgates.com

Emily K Mather
on behalf of Defendant LUMA CAPITAL S.A.-SPF emily.mather@klgates.com

Emily K Mather
on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. emily.mather@klgates.com

Emily K Mather
on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC emily.mather@klgates.com

Emily K Mather
on behalf of Defendant Kinetics Portfolio Trust emily.mather@klgates.com

Emily L. Pagorski
on behalf of Defendant Tempur-Pedic North America  LLC emily.pagorski@skofirm.com, emily.keith@skofirm.com

Emily L. Pagorski
on behalf of Creditor Tempur-Sealy International  Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic
North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC emily.pagorski@skofirm.com,
emily.keith@skofirm.com

Emily M. Hahn
on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Enid Nagler Stuart
on behalf of Creditor New York State Department of Taxation & Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Eric Chafetz

| | |
|---|---|
| | on behalf of Defendant Leif J. Ostberg  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com |
| Eric Chafetz | |
| | on behalf of Defendant Westport Corporation echafetz@lowenstein.com  msavetsky@lowenstein.com |
| Eric Chafetz | |
| | on behalf of Defendant LG Electronics Alabama  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com |
| Eric Chafetz | |
| | on behalf of Interested Party GTM America Corporation echafetz@lowenstein.com  msavetsky@lowenstein.com |
| Eric Chafetz | |
| | on behalf of Defendant Fila U.S.A.  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com |
| Eric Chafetz | |
| | on behalf of Defendant Springs Global US  Inc. echafetz@lowenstein.com, msavetsky@lowenstein.com |
| Eric Zim | |
| | on behalf of Defendant Eagle Home Products Inc. ezim@hzlaw.com |
| Eric Zim | |
| | on behalf of Attorney Eagle Home Products Inc. ezim@hzlaw.com |
| Eric C. Daucher | |
| | on behalf of Interested Party FTI Consulting Canada Inc.  in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates eric.daucher@nortonrosefulbright.com |
| Eric D. Goldberg | |
| | on behalf of Unknown RetailNext  Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Eric J. Haber | |
| | on behalf of Defendant B. Fernandez & Hnos.  Inc. eric@ehaberlaw.com |
| Eric J. Haber | |
| | on behalf of Defendant Flynn Enterprises LLC eric@ehaberlaw.com |
| Eric J. Haber | |
| | on behalf of Defendant Paradies Gifts  Inc. eric@ehaberlaw.com |
| Eric J. Haber | |
| | on behalf of Plaintiff Kmart Holding Corporation eric@ehaberlaw.com |
| Eric J. Haber | |
| | on behalf of Defendant M&S Accessory Network Corp. eric@ehaberlaw.com |
| Eric J. Monzo | |
| | on behalf of Defendant MC Builders  LLC emonzo@morrisjames.com, wweller@morrisjames.com;bkeilson@morrisjames.com |
| Eric Keith Krasle | |
| | on behalf of Unknown Mary Reed eric@krasle.com |
| Eric R Goodman | |
| | on behalf of Creditor American Greetings Corporation egoodman@bakerlaw.com |
| Eric R Goodman | |
| | on behalf of Creditor Plus Mark LLC egoodman@bakerlaw.com |
| Eric R. Wilson | |
| | on behalf of Creditor Computershare Trust Company  N.A. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Erica Dausch | |
| | on behalf of Defendant Limbach Company LLC edausch@babstcalland.com |
| Erica Weisgerber | |
| | on behalf of Defendant Cascade Investment  LLC eweisgerber@debevoise.com, eweisgerber@debevoise.com;mao-bk-ecf@debevoise.com |
| Erica Weisgerber | |
| | on behalf of Creditor Cascade Investment  L.L.C. & SL Agent, LLC eweisgerber@debevoise.com, eweisgerber@debevoise.com;mao-bk-ecf@debevoise.com |
| Ericka F. Johnson | |
| | on behalf of Defendant Wicked Fashions Inc. Ericka.johnson@wbd-us.com  Heidi.sasso@wbd-us.com |
| Erika Morabito | |
| | on behalf of Interested Party Whitebox Asymmetric Partners LP erikamorabito@quinnemanuel.com |
| Erika Morabito | |
| | on behalf of Creditor Hain Capital Investors Master Fund Ltd. erikamorabito@quinnemanuel.com |
| Erika Morabito | |
| | on behalf of Interested Party Whitebox Multi-Strategy Partners  LP erikamorabito@quinnemanuel.com |

Erika Morabito
                on behalf of Interested Party Cherokee Debt Acquisition  LLC erikamorabito@quinnemanuel.com

Erika R. Barnes
                on behalf of Creditor Whitmor  Inc. ebarnes@stites.com, cbeatty@stites.com;docketclerk@stites.com

Erin West
                on behalf of Creditor Johnson Controls  Inc. ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Erin C. Kim
                on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov  efile@pbgc.gov

Evan C Hollander
                on behalf of Creditor TELUS International (U.S.) Corporation echollander@orrick.com
                jgoldfinger@orrick.com;efua@orrick.com

Evan J. Zucker
                on behalf of Creditor Aleff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Jeffrey Sandelman  Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust
                ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Arcolo Limited Partnership ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Nathan Alison LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Musue LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Sugengran LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Fundamentals Co LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Pasan Trust ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Fairsan Company LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Cansan Company  LLC ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Hillsborough Associates ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Floreff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Mantkin LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Kin Properties  Inc. ezucker@blankrome.com, eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Hareff LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Greenmich LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Sugensteve LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan J. Zucker
                on behalf of Creditor Sugencole LLC ezucker@blankrome.com  eDocketing@blankrome.com

Evan R. Chesler
                on behalf of Defendant William C. Kunkler echesler@cravath.com

Evan R. Chesler
                on behalf of Defendant Ann N. Reese echesler@cravath.com

Evan R. Chesler
                on behalf of Defendant Paul G. DePodesta echesler@cravath.com

Eve H. Karasik
                on behalf of Interested Party Certified Capital LP ehk@lnbyb.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin

Form ID: 144

Page 51 of 116

Total Noticed: 745

Fernand L Laudumiey, IV
on behalf of Creditor Richards Canal Street Property  LLC laudumiey@chaffe.com

Ferve E. Khan
on behalf of Creditor American Greetings Corporation fkhan@bakerlaw.com

Francis J. Lawall
on behalf of Defendant Church & Dwight Co. Inc. francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Frank Peretore
on behalf of Creditor Tri-County Mall  LLC fperetore@csglaw.com, ecf@csglaw.com

Fred B. Ringel
on behalf of Creditor East End Commons Associates LLC fringel@leechtishman.com

Fred B. Ringel
on behalf of Creditor East End Commons LLC fringel@leechtishman.com

Frederick B. Rosner
on behalf of Defendant Berkshire Fashions Inc. rosner@teamrosner.com  leonhardt@teamrosner.com;klein@teamrosner.com

Frederick E. Schmidt
on behalf of Defendant Scents of Worth  Inc. eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant Innocor Inc. eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Creditor Scents of Worth  Inc. eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant California Cartage Company LLC eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Fredric Sosnick
on behalf of Creditor Sears Hometown and Outlet Stores  Inc. fsosnick@shearman.com,
Courtalert@shearman.com;managing-attorney-5081@ecf.pacerpro.com;manattyoffice@shearman.com

Fredric Sosnick
on behalf of Interested Party Sears Hometown and Outlet Stores  Inc. fsosnick@shearman.com,
Courtalert@shearman.com;managing-attorney-5081@ecf.pacerpro.com;manattyoffice@shearman.com

Garrett A. Fail
on behalf of Defendant Sears Holding Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Unknown Weil  Gotshal & Manges LLP garrett.fail@weil.com,
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Debtor Sears Holdings Corporation garrett.fail@weil.com  Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garrett A. Fail
on behalf of Defendant Kmart Holdings Corporation garrett.fail@weil.com
Paloma.VanGroll@weil.com;Paul.Genender@weil.com

Garry M. Graber
on behalf of Counter-Claimant Frilot LLC ggraber@hodgsonruss.com  mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gary D. Underdahl
on behalf of Debtor Sears Holdings Corporation gunderdahl@askllp.com
lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

Gary F Seitz
on behalf of Creditor Yang Ming (America) Corp. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz
on behalf of Creditor Yang Ming Marine Transport Corp. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz
on behalf of Defendant J. B. Hunt Transport Inc. gseitz@gsbblaw.com  gary.seitz@gmail.com

Gary F Seitz
on behalf of Defendant The Kraft Heinz Company gseitz@gsbblaw.com  gary.seitz@gmail.com

Geoffrey J. Peters
on behalf of Creditor Toyota Industries Commercial Finance  Inc. colnyecf@weltman.com

George Jawlakian
on behalf of Creditor Xiamen Luxinjia Imp & Exp Co Ltd george@jawlakianlaw.com

George Anthony Bleus
on behalf of Creditor Taylor Sorensen bleusandassociates@gmail.com

George B. Cauthen
on behalf of Creditor Michelin North America Inc. george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

George Bernard Hofmann
on behalf of Defendant Mechanical Design & Service LC ghofmann@cohnekinghorn.com  tkosec@ck.law

George Bernard Hofmann
on behalf of Defendant Propel Trampolines LLC ghofmann@cohnekinghorn.com  tkosec@ck.law

George Bernard Hofmann
on behalf of Creditor Propel Trampolines LLC ghofmann@cohnekinghorn.com  tkosec@ck.law

George W. Shuster, Jr.
on behalf of Defendant Hasbro International Trading B.V. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

George W. Shuster, Jr.
on behalf of Defendant Hasbro Inc. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerald P. Kennedy
on behalf of Creditor MCS Hemet Valley Center LLC gerald.kennedy@procopio.com
kristina.terlaga@procopio.com;calendaring@procopio.com

Gilbert A. Lazarus
on behalf of Creditor Vandale Industries Inc. gillazarus@gmail.com

Gilbert R. Saydah, Jr.
on behalf of Creditor Bradshaw Westwood Trust gilbert.saydah@jpmchase.com

Gilbert R. Saydah, Jr.
on behalf of Creditor RREEF America REIT II Portfolio L.P. gilbert.saydah@jpmchase.com

Gilda M. Arroyo
on behalf of Defendant Northtowne Associates Inc. garroyo@smgglaw.com

Glenn M. Fjermedal
on behalf of Creditor Grand Central Plaza LLC gfjermedal@davidsonfink.com

Gordon J. Toering
on behalf of Defendant Builder's Best Inc. gtoering@wnj.com

Gordon J. Toering
on behalf of Defendant Wolverine World Wide Inc. gtoering@wnj.com

Gordon J. Toering
on behalf of Creditor Chervon (HK) Ltd. gtoering@wnj.com

Gordon J. Toering
on behalf of Creditor Wolverine World Wide Inc gtoering@wnj.com

Gregg M. Galardi
on behalf of Interested Party Icon DE Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregg M. Galardi
on behalf of Interested Party MOAC Mall Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregg M. Galardi
on behalf of Interested Party Icon NY Holdings LLC gregg.galardi@ropesgray.com  nova.alindogan@ropesgray.com

Gregory J Mascitti
on behalf of Defendant Arizona Republic Phoenix Gazette gmascitti@mccarter.com

Gregory J Mascitti
on behalf of Defendant The Journal News gmascitti@mccarter.com

Gregory P. Joseph
on behalf of Interested Party Cesar Alvarez gjoseph@jhany.com

Gregory P. Joseph
on behalf of Defendant Cesar L. Alvarez gjoseph@jhany.com

Gregory S. Otsuka
on behalf of Interested Party MOAC Mall Holding LLC gotsuka@larkinhoffman.com

Gregory W. Fox
on behalf of Creditor Waste Management National Services Inc. and its affiliates gfox@goodwinprocter.com

Gregory W. Hauswirth
on behalf of Defendant DPI Inc. ghauswirth@ch-legal.com
pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com

Greta Braker
on behalf of Unknown Laveta Shelton greta@askbobwhite.com

Gus Kallergis
on behalf of Creditor Winners Industry Co. Ltd. gkallergis@calfee.com

Gustavo A Chico-Barris
on behalf of Creditor Santa Rosa Mall LLC gchico@ferraiuoli.com, hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com

Guy Wilson
on behalf of Defendant Seasonal Visions International Ltd. guywlaw@aol.com

Guy A. Reiss
on behalf of Creditor Miele Inc. greiss@reisspreuss.com

H. Bruce Bronson, Jr.
on behalf of Creditor M&S Landscaping Inc ecf@bronsonlaw.net hbbronson@bronsonlaw.net

H. Bruce Bronson, Jr.
on behalf of Defendant M & S Landscaping Inc. ecf@bronsonlaw.net hbbronson@bronsonlaw.net

H. Jeffrey Schwartz
on behalf of Creditor Winners Industry Co. Ltd. hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Hanh Vinh Huynh
on behalf of Creditor Manlaw Investment Company Ltd. hhuynh@rubinlawllc.com, prubin@rubinlawllc.com

Harlan Mitchell Lazarus
on behalf of Creditor Cudlie Accessories LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Cynergy Trading Corp. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Cynergy Trading hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Central Mills Inc. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Concept One Accessories hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Central Mills Inc. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Lifeworks Technology Group LLC hlazarus@lazarusandlazarus.com
hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Creditor Project 28 Clothing LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Salland Industries Limited hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant One Step Up Ltd. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Sasha Handbags Inc. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Creditor Ikeedi Imports LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party Sasha Handbags Inc. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Van Dale Industries Inc. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Creations Jewellery Mfg. Pvt. Ltd. hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Project 28 Clothing LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Defendant Fashion Accessory Bazaar LLC hlazarus@lazarusandlazarus.com hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus
on behalf of Interested Party One Step Up Ltd. hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com

Harlan Mitchell Lazarus

District/off: 0208-7                        User: admin                                    Page 54 of 116
Date Rcvd: Jul 01, 2022                    Form ID: 144                                Total Noticed: 745

|  |  |
|---|---|
|  | on behalf of Defendant Cudlie Accessories LLC hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com |
| Harlan Mitchell Lazarus | on behalf of Interested Party Concept One Accessories hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com |
| Harlan Mitchell Lazarus | on behalf of Defendant Importique Corp. hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com |
| Harlan Mitchell Lazarus | on behalf of Defendant Lifeworks Technology Group  LLC hlazarus@lazarusandlazarus.com, hlazarus@lazarusandlazarus.com |
| Harlan Mitchell Lazarus | on behalf of Creditor Flatbush Center Parking LLC hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com |
| Harlan Mitchell Lazarus | on behalf of Defendant Ikeddi Imports LLC hlazarus@lazarusandlazarus.com  hlazarus@lazarusandlazarus.com |
| Harley J. Goldstein | on behalf of Defendant Sphere Consulting  Inc. harleyg@restructuringshop.com, teresag@restructuringshop.com;amritk@goldmclaw.com |
| Harrison Breakstone | on behalf of Defendant Fiesta Jewelry Corporation hbreakstone@archerlaw.com  chansen@archerlaw.com |
| Harrison Breakstone | on behalf of Defendant PTS Consulting Services LLC hbreakstone@archerlaw.com  chansen@archerlaw.com |
| Harry M. Gutfleish | on behalf of Creditor First Real Estate Investment Trust of New Jersey harry@gutfleishlaw.com |
| Helen G Litsas | on behalf of Unknown Richard Alberigi helen@litsaslaw.com |
| Henry Jaffe | on behalf of Interested Party Oxo International  Ltd. Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com |
| Henry Jaffe | on behalf of Interested Party Red Bull North America  Inc. and Red Bull Distribution Company Inc. Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com |
| Holley C. M. Horrell | on behalf of Defendant AQR DELTA FUND  LP hhorrell@greeneespel.com |
| Holley C. M. Horrell | on behalf of Defendant AQR DELTA XN FUND  LP hhorrell@greeneespel.com |
| Holley C. M. Horrell | on behalf of Defendant AQR DELTA MASTER ACCOUNT  L.P. hhorrell@greeneespel.com |
| Holley C. M. Horrell | on behalf of Defendant AQR Delta Sapphire Fund  LP hhorrell@greeneespel.com |
| Howard J. Kaplan | on behalf of Defendant Lawrence Meerschaert hkaplan@kaplanrice.com  Girizarry@kaplanrice.com;dwong@kaplanrice.com |
| Howard J. Kaplan | on behalf of Defendant Joseph Jordan hkaplan@kaplanrice.com  Girizarry@kaplanrice.com;dwong@kaplanrice.com |
| Howard J. Kaplan | on behalf of Defendant Leena Munjal hkaplan@kaplanrice.com  Girizarry@kaplanrice.com;dwong@kaplanrice.com |
| Howard P. Magaliff | on behalf of Defendant Triple E Partners LLC hmagaliff@r3mlaw.com  hcolon@r3mlaw.com |
| Howard P. Magaliff | on behalf of Creditor Sante Marcoccia hmagaliff@r3mlaw.com  hcolon@r3mlaw.com |
| Howard P. Magaliff | on behalf of Defendant Newgate Mall Equities LLC hmagaliff@r3mlaw.com  hcolon@r3mlaw.com |
| Howard P. Magaliff | on behalf of Defendant Mackey Investments Sears  LLC hmagaliff@r3mlaw.com, hcolon@r3mlaw.com |
| Hugh G. Jasne | on behalf of Unknown Data Print Technologies  Inc. hgj@jasneflorio.com, hgj@jasneflorio.com |
| Hugh M. McDonald | on behalf of Defendant MUFG UNION BANK NA hugh.mcdonald@pillsburylaw.com  NYDocket@pillsburylaw.com |
| Hyun Suk Choi | on behalf of Unknown Winiadaewoo Electronics America  Inc. hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@choiandpark.com |

Hyung Joon Stanley Lim
    on behalf of Creditor Seaport Loan Products LLC stan@sgl-law.com

Hyung Joon Stanley Lim
    on behalf of Creditor Seaport Global Asset Management V-Port LLC stan@sgl-law.com

Hyung Joon Stanley Lim
    on behalf of Unknown Seaport Global Asset Management V2 LLC stan@sgl-law.com

Ilan Markus
    on behalf of Creditor Westfield  LLC imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
    on behalf of Unknown Brooks Shopping Center Partners  LLC imarkus@barclaydamon.com,
    ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
    on behalf of Creditor Berkshire Mall LP imarkus@barclaydamon.com  ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
    on behalf of Creditor Benenson Capital Partners  LLC and Brooks Shopping Centers, LLC imarkus@barclaydamon.com,
    ilan-markus-4670@ecf.pacerpro.com

Ilan Markus
    on behalf of Creditor Concord Mall LP and Berkshire Mall LP imarkus@barclaydamon.com
    ilan-markus-4670@ecf.pacerpro.com

Ira L. Herman
    on behalf of Creditor Berkeley Mall  LLC iherman@blankrome.com, eDocketing@blankrome.com

Ira L. Herman
    on behalf of Creditor GlobalTranz Enterprises  Inc. iherman@blankrome.com, eDocketing@blankrome.com

Ira S. Dizengoff
    on behalf of Plaintiff Sears Brands  LLC idizengoff@akingump.com,
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Sears  Roebuck Acceptance Corp. idizengoff@akingump.com,
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff MaxServ  Inc. idizengoff@akingump.com,
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Kmart Holding Corporation idizengoff@akingump.com
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Sears Brands Business Unit Corp. idizengoff@akingump.com
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Kmart Corporation idizengoff@akingump.com
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Sears Holdings Management Corp. idizengoff@akingump.com
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
    idizengoff@akingump.com,
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Sears  Roebuck de Puerto Rico, Inc. idizengoff@akingump.com,
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
    on behalf of Plaintiff Big Beaver of Florida Development  LLC idizengoff@akingump.com,
    apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
    pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Sears Holdings Corporation idizengoff@akingump.com
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Kmart of Washington  LLC idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Troy Coolidge No. 13  LLC idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Sears Development Co. idizengoff@akingump.com
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Sears  Roebuck and Co. idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff STI Merchandising  Inc. idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff SHC Desert Springs  LLC idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Kmart Stores of Illinois  LLC idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Creditor Committee Akin Gump Strauss Hauer & Feld LLP idizengoff@akingump.com
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff Innovel Solutions  Inc. idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Dizengoff
> on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
> Debtors' Estates idizengoff@akingump.com,
> apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
> pdublin@akingump.com

Ira S. Greene
> on behalf of Interested Party DFS Services  LLC ira.greene@lockelord.com

Isaac M. Gabriel
> on behalf of Defendant Zebra Technologies International  LLC gabriel.isaac@dorsey.com

J. Casey Roy
> on behalf of Interested Party The Employees Retirement System of Texas casey.roy@usdoj.gov

J. Matthew Pfeiffer
> on behalf of Defendant E Formella & Sons Inc. matt@pfeifferlawoffices.com

J. Ted Donovan
> on behalf of Creditor Crickm Lafayette Trust TDonovan@GWFGlaw.com

Jack Pugh
> pmryan@sorlinglaw.com

Jack Yoskowitz
> on behalf of Defendant KENDEN ALFOND  C/O DEXTER ENTERPRISES, INC. yoskowitz@sewkis.com

Jacob A. Manheimer
> on behalf of Creditor BlueTarp Financial  Inc. jmanheimer@pierceatwood.com,
> mpottle@pierceatwood.com;rkelley@pierceatwood.com;afisk@pierceatwood.com

Jacob M Gold
> on behalf of Defendant Entech Sales & Service Inc. firm@goldlawtexas.com

Jacqueline Marcus
                    on behalf of Debtor Kmart Corporation jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor FBA Holdings Inc. jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Defendant Sears  Roebuck de Puerto Rico, Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Development Co. jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Brands Business Unit Corporation jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Kmart Stores of Texas LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor A&E Lawn & Garden  LLC jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Insurance Services  L.L.C. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Kmart.com LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor StarWest  LLC jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Wally Labs LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor A&E Home Delivery  LLC jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor KLC  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears  Roebuck de Puerto Rico, Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Protection Company (PR) Inc. jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor STI Merchandising  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Operations LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor SHC Desert Springs  LLC jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Kmart of Michigan  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor A&E Factory Service  LLC jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Protection Company (Florida)  L.L.C. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

District/off: 0208-7                                      User: admin                                      Page 58 of 116
Date Rcvd: Jul 01, 2022                               Form ID: 144                               Total Noticed: 745

Jacqueline Marcus
    on behalf of Debtor Innovel Solutions  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Private Brands  Ltd. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor SOE  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Brands Management Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Protection Company jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Kmart Stores of Illinois LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Home Improvement Products  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor SHC Promotions LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Holdings Publishing Company  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor MyGofer LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Brands  L.L.C. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Kmart of Washington LLC jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor MaxServ  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Kmart Holding Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Buying Services  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears  Roebuck and Co. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor BlueLight.com  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor ServiceLive  Inc. jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Big Beaver of Florida Development  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Troy Coolidge No. 13  LLC jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
    on behalf of Debtor Sears Holdings Management Corporation jacqueline.marcus@weil.com
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor SRe Holding Corporation jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor SHC Licensed Business LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Home & Business Franchises  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor A&E Signature Service  LLC jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Procurement Services  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Holdings Corporation jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Sears Roebuck Acceptance Corp. jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor SYW Relay LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor California Builder Appliances  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Florida Builder Appliances  Inc. jacqueline.marcus@weil.com,
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Plaintiff Sears Holding Corporation jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor KBL Holding Inc. jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Defendant Sears Holdings Corporation jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacqueline Marcus
                    on behalf of Debtor Kmart Operations LLC jacqueline.marcus@weil.com
                    jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jacques Catafago
                    on behalf of Defendant Perfume Worldwide Inc. Jacques@catafagofini.com

Jacqulyn S. Loftin
                    on behalf of Defendant Castanea Labs Inc. jsl@lhmlawfirm.com

Jacqulyn S. Loftin
                    on behalf of Creditor Amazon Web Services  Inc. jsl@lhmlawfirm.com

Jaime Agnew
                    on behalf of Creditor Joyce Franklin jaimeagnew21@gmail.com

James Gadsden
                    on behalf of Sucessor Trustee The Bank of New York Mellon Trust Company  N.A, as Successor Trustee bankruptcy@clm.com,
                    CourtMail@clm.com

James Yan
                    on behalf of Creditor WNR Industries Ltd. jsyan@msn.com

James Christopher Vandermark
                    on behalf of Unknown Amerco Real Estate Company vandermarkj@whiteandwilliams.com

James Christopher Vandermark
                    on behalf of Defendant Google LLC vandermarkj@whiteandwilliams.com

James Christopher Vandermark
                    on behalf of Defendant Watterson Environmental Group  LLC vandermarkj@whiteandwilliams.com

District/off: 0208-7                              User: admin                                    Page 60 of 116
Date Rcvd: Jul 01, 2022                          Form ID: 144                                    Total Noticed: 745

James Christopher Vandermark
                    on behalf of Creditor salesforce.com inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
                    on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com

James Christopher Vandermark
                    on behalf of Creditor Erie Insurance Company vandermarkj@whiteandwilliams.com

James Christopher Vandermark
                    on behalf of Creditor Cisco Systems Inc. vandermarkj@whiteandwilliams.com

James Christopher Vandermark
                    on behalf of Creditor Multipet International Inc. vandermarkj@whiteandwilliams.com

James E. Sorenson
                    on behalf of Creditor Florida Self-Insurers Guaranty Association Inc. bk@svllaw.com, jim@svllaw.com

James F. Dowden
                    on behalf of Creditor Gabriel Young jfdowden@swbell.net

James Hartmann Smith
                    on behalf of Creditor Winners Industry Co. Ltd. jsmith@mckoolsmith.com

James J. Beha, II
                    on behalf of Defendant ICON Health & Fitness Inc. jbeha@mofo.com,
                    docketny@mofo.com;james-beha-7414@ecf.pacerpro.com

James J. Holman
                    on behalf of Interested Party Aramark Corporation jjholman@duanemorris.com

James J. Vincequerra
                    on behalf of Creditor Cupid Foundations Inc. James.Vincequerra@alston.com

James J. Vincequerra
                    on behalf of Creditor Twentieth Century Fox Home Entertainment LLC James.Vincequerra@alston.com

James M. Peck
                    on behalf of Mediator Mediators jpeck@mofo.com

James N. Lawlor
                    on behalf of Attorney The Law Offices of Michael M. Mulder jlawlor@wmd-law.com jgiampolo@wmd-law.com

James N. Lawlor
                    on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits jlawlor@wmd-law.com
                    jgiampolo@wmd-law.com

James N. Lawlor
                    on behalf of Attorney Wollmuth Maher & Deutsch LLP jlawlor@wmd-law.com jgiampolo@wmd-law.com

James P Chou
                    on behalf of Spec. Counsel Morritt Hock & Hamroff LLP jchou@moritthock.com

James P Chou
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation et al.
                    jchou@moritthock.com

James P O'Connell
                    on behalf of Defendant Grace and Son Construction Company of Greenville Inc. jpatrickoconnell@yahoo.com

James P. Pagano
                    on behalf of Unknown Movants/Class Representatives Nina and Gerald Greene jppaganoesq@gmail.com
                    jppaganoesq@gmail.com

James S Livermon, III
                    on behalf of Creditor Choice Auto Repairs Inc. charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Carr
                    on behalf of Defendant GS Portfolio Holdings LLC
                    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
                    on behalf of Unknown Tata America International Corporation
                    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
                    on behalf of Creditor Tata Consultancy Services Limited
                    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
                    on behalf of Unknown Infosys Limited KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Jamie S. Cassel

Jamie S. Cassel
     on behalf of Creditor Ignite USA  LLC jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
     on behalf of Unknown First Alert  Inc. jsc@renozahm.com, jsc@renozahm.com

Jamie S. Cassel
     on behalf of Creditor Graco Children's Products Inc. jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
     on behalf of Creditor Rubbermaid Incorporated jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
     on behalf of Creditor Sanford L.P. jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
     on behalf of Creditor Rubbermaid Commercial Products LLC jsc@renozahm.com  jsc@renozahm.com

Jamie S. Cassel
     on behalf of Creditor Sunbeam Products  Inc. jsc@renozahm.com, jsc@renozahm.com

Jane Kim
     on behalf of Creditor TmaxSoft  Inc. jkim@kellerbenvenutti.com

Janice Beth Grubin
     on behalf of Creditor DXC Technology Services LLC  successor in interest to Computer Sciences Corporation and CSC Covansys Corporation jgrubin@barclaydamon.com

Janice Daul Felix
     on behalf of Unknown Movants/Class Representatives Nina and Gerald Greene jfelix@kcr-law.com

Janine Marie Figueiredo
     on behalf of Creditor Criteo S.A. jfigueiredo@hahnhessen.com

Jared R. Friedmann
     on behalf of Debtor Sears Holdings Corporation jared.friedmann@weil.com

Jarrod Martin
     on behalf of Creditor Direct Energy Business  LLC jarrod.martin@chamberlainlaw.com, 3012436420@filings.docketbird.com;lara.coleman@chamberlainlaw.com

Jason A. Fountain
     on behalf of Creditor Clermont County Treasurer jfountain@clermontcountyohio.gov

Jason B. Binford
     on behalf of Interested Party The Employees Retirement System of Texas jason.binford@oag.texas.gov

Jason I Blanchard
     on behalf of Unknown Baker & Hostetler LLP jason.blanchard@nortonrosefulbright.com

Jason Louis Libou
     on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason M. Katz
     on behalf of Creditor Naterra International Inc. jkatz@ccsb.com  wmartinez@ccsb.com

Jason M. Katz
     on behalf of Defendant Naterra International Inc. jkatz@ccsb.com  wmartinez@ccsb.com

Javier Vilarino
     on behalf of Unknown VILARINO & ASSOCIATES LLC jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Javier Vilarino
     on behalf of Unknown Full Power Electrical Corp. jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Javier Vilarino
     on behalf of Defendant Full Power Electrical Corp. jvilarino@vilarinolaw.com  javier.vilarino@gmail.com

Jayson Macyda
     on behalf of Defendant Koolatron  Inc. generalcounsel@kykoglobal.com

Jayson Macyda
     on behalf of Creditor Koolatron Corporation generalcounsel@kykoglobal.com

Jeff J. Friedman
     on behalf of Attorney Katten Muchin Rosenman LLP jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
     on behalf of Debtor Sears Holdings Corporation jeff.friedman@kattenlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
     on behalf of Creditor Banc of America Credit Products  Inc. jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeff J. Friedman

on behalf of Unknown Acumen Recovery Services  LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeffery Phillips

on behalf of Defendant FCL Graphics  Inc. jphillips@phillipslawllc.net

Jeffrey Bernstein

on behalf of Defendant 1070 Hanover LLC jbernstein@mdmc-law.com  kpatterson@mdmc-law.com

Jeffrey Bernstein

on behalf of Defendant 1057 Hanover LLC jbernstein@mdmc-law.com  kpatterson@mdmc-law.com

Jeffrey Bernstein

on behalf of Interested Party New Jersey Self-Insurers Guaranty Association jbernstein@mdmc-law.com
kpatterson@mdmc-law.com

Jeffrey Chubak

on behalf of Creditor Shaler Zamagias Limited Partnership jchubak@aminillc
aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Creditor BET Investments jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC, as agent for PR North Dartmouth, LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor BT Granite Run  LP jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Defendant BT Granite Run LP jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor Capital Enterprises  Inc. jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor The Robbins Companies jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor BT Pleasant Hills LP jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC, as agent for PR Financing Limited Partnership and PR Capital City Limited
Partnership jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Defendant PR North Dartmouth LLC jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Creditor PREIT Services  LLC, as agent for PR Jacksonville Limited Partnership jkurtzma@klehr.com

Jeffrey Kurtzman

on behalf of Counter-Claimant PR North Dartmouth LLC jkurtzma@klehr.com

Jeffrey A. Carlino

on behalf of Creditor Voortman Cookies Limited jacarlino@kslnlaw.com

Jeffrey A. Reich

on behalf of Other Prof. Garlly Associates  LP reichlaw@reichpc.com

Jeffrey A. Reich

on behalf of Creditor Union Center Realty  LLC reichlaw@reichpc.com

Jeffrey A. Wurst

on behalf of Defendant American Exchange Time LLC jwurst@atllp.com  bvogt@atllp.com;jvega@atllp.com

Jeffrey C. Chancas

on behalf of Creditor Amanda Gonzales jchancas@borahgoldstein.com

Jeffrey C. Wisler

on behalf of Creditor Cigna Life Insurance Company of New York jwisler@connollygallagher.com

Jeffrey C. Wisler

on behalf of Creditor Life Insurance Company of North America jwisler@connollygallagher.com

Jeffrey C. Wisler

on behalf of Defendant Reddy Ice LLC jwisler@connollygallagher.com

Jeffrey E. Bjork

on behalf of Unknown Simon Property Group  L.P. jeff.bjork@lw.com

Jeffrey Neil Rothleder
on behalf of Defendant Dart Container Corporation jeffrey.rothleder@squirepb.com
sarah.conley@squirepb.com;jeffrey-n-rothleder-1393@ecf.pacerpro.com

Jeffrey R. Gleit
on behalf of Unknown Service.com jeffrey.gleit@afslaw.com lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jeffrey T. Wegner
on behalf of Defendant Vm Innovations Inc. jeffrey.wegner@kutakrock.com marybeth.brukner@kutakrock.com

Jenelle C Arnold
on behalf of Creditor Bayview Loan Servicing LLC., as servicer for The Bank of New York Mellon fka The Bank of New York
as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2004-14T2, Mortgage Pas
bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jenelle C Arnold
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE
(CWALT2004-14T2) bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jenelle C Arnold
on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Jennifer Pastarnack
on behalf of Interested Party Whitebox Multi-Strategy Partners LP jennifer.pastarnack@cliffordchance.com

Jennifer Pastarnack
on behalf of Interested Party Whitebox Asymmetric Partners LP jennifer.pastarnack@cliffordchance.com

Jennifer Slocum
on behalf of Defendant Universal Enterprises Inc. jennifer.slocum@stoel.com

Jennifer Cranston McEntee
on behalf of Defendant Snelling Employment LLC jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Jennifer Kennedy Park
on behalf of Creditor ESL Investments Inc. jkpark@cgsh.com, maofiling@cgsh.com

Jennifer Kennedy Park
on behalf of Creditor JPP II LLC jkpark@cgsh.com, maofiling@cgsh.com

Jennifer Kennedy Park
on behalf of Creditor JPP LLC jkpark@cgsh.com, maofiling@cgsh.com

Jennifer L. Marines
on behalf of Creditor ICON Health & Fitness Inc. jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines
on behalf of Unknown United Parcel Service Inc. and its affiliates jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines
on behalf of Interested Party Icon Health & Fitness Inc. jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Marines
on behalf of Creditor Wolverine World Wide Inc jmarines@mofo.com
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Jennifer L. Pruski
on behalf of Creditor MP Holdings LLC and Larry D. Kelley jpruski@trainorfairbrook.com

Jennifer L. Rodburg
on behalf of Creditor One Penn Plaza LLC jennifer.rodburg@friedfrank.com managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
on behalf of Creditor Vornado Realty L.P. jennifer.rodburg@friedfrank.com managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
on behalf of Creditor 770 Broadway Owner LLC jennifer.rodburg@friedfrank.com
managingattorneysdepartment@friedfrank.com

Jennifer L. Rodburg
on behalf of Creditor Interprop Bedford LLC jennifer.rodburg@friedfrank.com, managingattorneysdepartment@friedfrank.com

Jeremy C. Kleinman
on behalf of Creditor Bottling Group LLC operating as Pepsi Beverages Company jkleinman@fgllp.com, csucic@fgllp.com

Jeremy C. Kleinman
on behalf of Creditor Frito-Lay North America Inc. jkleinman@fgllp.com, csucic@fgllp.com

Jeremy C. Kleinman
on behalf of Attorney Jeremy C. Kleinman jkleinman@fgllp.com csucic@fgllp.com

Jeremy R. Johnson

on behalf of Other Prof. Polsinelli PC jeremy.johnson@polsinelli.com

Jeremy R. Johnson

on behalf of Creditor RiverRoch LLC jeremy.johnson@polsinelli.com

Jessica Liou

on behalf of Debtor Sears Holdings Corporation jessica.liou@weil.com

Jessica Simon

on behalf of Creditor The Macerich Company simonjm@ballardspahr.com  carolod@ballardspahr.com

Joan S. Huh

on behalf of Creditor California Dept. of Tax and Fee Admin. joan.huh@cdtfa.ca.gov

Joaquin J Alemany

on behalf of Creditor Plaza las Americas  Inc. joaquin.alemany@hklaw.com

Joaquin J Alemany

on behalf of Creditor Plaza del Caribe  S.E. joaquin.alemany@hklaw.com

Jocelyn Weinstein

on behalf of Defendant Atos It Solutions and Services  Inc. jocelynweinstein@eversheds-sutherland.com

Joe E. Marshall

on behalf of Defendant Dallas Independent School District jmarshall@marshalllaw.net

Joe E. Marshall

on behalf of Creditor Dallas Independent School District jmarshall@marshalllaw.net

Joel A. Stein

on behalf of Defendant Centro Inc. joelastein@dlec.com

Joel Martin Shafferman

on behalf of Creditor Ray Padula Holdings  LLC jshafferman@swc-law.com

Joel Martin Shafferman

on behalf of Defendant Ray Padula Holdings  LLC jshafferman@swc-law.com

Joel R. Glucksman

on behalf of Defendant Maxell Corporation of America jglucksman@sh-law.com  rjoyce@sh-law.com

Joel W. Sternman

on behalf of Defendant RIEF Trading LLC j.sternman@katten.com  courtalertnyc@katten.com

Joel W. Sternman

on behalf of Defendant RIEF RMP LLC j.sternman@katten.com  courtalertnyc@katten.com

Joel W. Sternman

on behalf of Defendant GF TRADING LLC j.sternman@katten.com  courtalertnyc@katten.com

Joel W. Sternman

on behalf of Defendant HAP TRADING  LLC j.sternman@katten.com, courtalertnyc@katten.com

John Conway

on behalf of Defendant Demar Logistics  Inc. lindamarr@shlawfirm.com, sbryant@fbtlaw.com

John Mueller

on behalf of Creditor Maynardville Pike LP jmueller@lippes.com

John Mueller

on behalf of Creditor SUSO 4 Ocean LP jmueller@lippes.com

John C. Allerding

on behalf of Interested Party Luxottica Retail North America Inc. john.allerding@thompsonhine.com
jazmin.parra@thompsonhine.com;docket@thompsonhine.com

John D. Molino

on behalf of Defendant Kinetics Portfolio Trust jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT INVESTORS INC. jmolino@curtis.com

John D. Molino

on behalf of Defendant LUMA CAPITAL S.A.-SPF jmolino@curtis.com

John D. Molino

on behalf of Defendant PRESCOTT ASSOCIATES LP jmolino@curtis.com

John D. Molino

|  |  |
|--|--|
| | on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. jmolino@curtis.com |
| John D. Molino | |
| | on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP jmolino@curtis.com |
| John G. Loughnane | |
| | on behalf of Creditor The Davis Companies jloughnane@nutter.com |
| John G. McCarthy | |
| | on behalf of Creditor Enhanced Recovery Company  LLC, successor to TeleSight, LLC d/b/a ERC Market Research jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com |
| John G. McCarthy | |
| | on behalf of Creditor Crown Equipment Corporation jmccarthy@sgrlaw.com  nyoecf@sgrlaw.com |
| John J. Richardson | |
| | on behalf of Defendant Liberty Transportation Inc. jrichardson@bernsteinlaw.com  cwirick@bernsteinlaw.com |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov  sherri.simpson@oag.texas.gov |
| John Mark Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov |
| John P. Dillman | |
| | on behalf of Creditor Harris County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Orange County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Jasper County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Tyler County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Wharton Co Jr Coll Dist houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Galveston County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Houston CAD houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Cleveland ISD houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Angelina County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Polk County houston_bankruptcy@publicans.com |
| John P. Dillman | |
| | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com |
| John R. Fifarek | |
| | on behalf of Creditor 4th South Street II  LLC knelson@laskyfifarek.com, csczepanski@laskyfifarek.com |
| John R. Knapp, Jr. | |
| | on behalf of Creditor PeopleReady  Inc. john.knapp@millernash.com, edgar.rosales@millernash.com |
| John S. Mairo | |
| | on behalf of Creditor Optiv Security Inc. jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com;jmoconnor@pbnlaw.com |
| John T. Banks | |
| | on behalf of Creditor Fayette County  Kerr County, City of Weslaco, Weslaco ISD, Kendall County, Maverick County, & Uvalde County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com |
| John Tucker Farnum | |
| | on behalf of Creditor LTMAC Properties  LLC jfarnum@milesstockbridge.com, jfarnum@milesstockbridge.com |

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 66 of 116
Total Noticed: 745

John W Kettering

on behalf of Defendant Sun Industrial Inc. jk@pietragallo.com  rjp@pietragallo.com;ms@pietragallo.com

Johnathan C. Bolton

on behalf of Defendant Pacific Transfer LLC jbolton@goodsill.com

Johnathan C. Bolton

on behalf of Defendant Robert J. Clancey  Ltd. jbolton@goodsill.com

Johnathan C. Bolton

on behalf of Creditor Robert J. Clancey  Ltd. jbolton@goodsill.com

Jonathan Saffer

on behalf of Unknown Masterpieces Puzzle Co.  Inc. jsaffer@rllaz.com

Jonathan Adam Grasso

on behalf of Defendant Roanld P. Sorce  A.I.A., Architects, P.C. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Mckinney Trailer Rentals jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Centrescapes Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Dell Marketing  L.P. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Epossibilities USA Limited jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant MR2D Global Trading  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Brixton Everett LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Facilities Solutions LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Marion Plaza Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant BFG Supply Co.  LLC. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Ohio Valley Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Meadowbrook Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor The Marion Plaza jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant M & K Distributors  Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Everest Group USA Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Spotsylvania Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Dell Financial Services L.L.C. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor WashREIT Frederick County Square LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Huntington Mall Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Disston Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Dell Marketing L.P. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Governor's Square Company jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Sunnest Service  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant ATC Group Services LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Pulsar Products  Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant C & D Contracting  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor Howland Commons  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor ePossibilities USA Ltd. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Creditor The Cafaro Northwest Partnership jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Post Gardens of Battle Creek  Inc. jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Defendant Push Digital  LLC jon@piercemccoy.com

Jonathan Adam Grasso

on behalf of Attorney Pierce McCoy  PLLC jon@piercemccoy.com

Jonathan D. Marshall

on behalf of Creditor Wells Fargo Bank  National Association jmarshall@choate.com,jonathan-marshall-4638@ecf.pacerpro.com

Jonathan E. Pickhardt

on behalf of Creditor OCO Capital Partners  L.P. jonpickhardt@quinnemanuel.com

Jonathan H. Miller

on behalf of Creditor Sarachek Law Firm jonathanhmillerlaw@gmail.com

Jonathan H. Miller

on behalf of Defendant MKK Enterprises  Corp. jonathanhmillerlaw@gmail.com

Jonathan H. Miller

on behalf of Defendant Igoseating Limited jonathanhmillerlaw@gmail.com

Jonathan H. Miller

on behalf of Unknown SLFAQ  LLC jonathanhmillerlaw@gmail.com

Jonathan H. Miller

on behalf of Defendant J. Kinderman & Sons  Inc. jonathanhmillerlaw@gmail.com

Jonathan H. Miller

on behalf of Defendant Beauty Gem  Inc. jonathanhmillerlaw@gmail.com

Jonathan I. Rabinowitz

on behalf of Creditor Debbie Dodge jrabinowitz@rltlawfirm.com

Jonathan I. Rabinowitz

on behalf of Creditor Dennis Dodge jrabinowitz@rltlawfirm.com

Jonathan L. Flaxer

on behalf of Creditor AMAV Enterprises Ltd. jflaxer@golenbock.com
courtnotifications@golenbock.com;mweinstein@golenbock.com

Jonathan M. Horne

on behalf of Defendant Ledvance LLC jhorne@murthalaw.com

Jonathan S. Bodner

on behalf of Defendant M.Z. Berger & Co. Inc. jbodner@bodnerlawpllc.com

Jonathan Scott Hawkins

on behalf of Creditor Teradata Operations  Inc. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Interested Party Great Lakes Technologies  LLC jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Defendant Body Flex Sports Inc. jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins

on behalf of Defendant Great Lakes Technologies LLC jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins
on behalf of Interested Party The Marfo Company jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins
on behalf of Creditor Virginia Surety Company  Inc. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Jonathan Scott Hawkins
on behalf of Interested Party Marsala Manufacturing Company jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com

Joon P. Hong
on behalf of Creditor E-Land Apparel Ltd joonhong@chapman.com

Joon P. Hong
on behalf of Creditor Thanh Cong Textile Garment Investment Trading Joint Stock Company joonhong@chapman.com

Jordan C. Pilevsky
on behalf of Defendant Esi Cases & Accessories Inc. jpilevsky@njslaw.com

Jordan C. Pilevsky
on behalf of Defendant Fast Forward  LLC jpilevsky@njslaw.com

Jorian L. Rose
on behalf of Mediator Jorian L. Rose jrose@bakerlaw.com

Jose-Trelles Herrera
on behalf of Creditor Leonora Gonzalez jtherrera@herreralawfirm.com  vtarajano@herreralawfirm.com

Joseph Aronauer
on behalf of Creditor U.S. Bank  National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee,
Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital jaronauer@aryllp.com

Joseph Aronauer
on behalf of Creditor IQ9-200 SW C Ave  LLC jaronauer@aryllp.com

Joseph Badtke-Berkow
on behalf of Creditor Morneau Shepell Ltd.  in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan
joseph.badtke-berkow@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com

Joseph Corrigan
on behalf of Creditor Iron Mountain Information Management  LLC bankruptcy2@ironmountain.com

Joseph Froehlich
on behalf of Unknown Cardtronics USA  Inc. jfroehlich@lockelord.com

Joseph Charles Barsalona, II
on behalf of Interested Party KBTS-Tamiami  Ltd. c/o Federal Construction, Inc. jbarsalona@pashmanstein.com,
joseph--barsalona-5332@ecf.pacerpro.com

Joseph D. Frank
on behalf of Creditor CrossCom National LLC jfrank@fgllp.com  csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
on behalf of Creditor Experian Information Solutions  Inc. jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
on behalf of Creditor Bottling Group  LLC operating as Pepsi Beverages Company jfrank@fgllp.com,
csucic@fgllp.com;csmith@fgllp.com

Joseph D. Frank
on behalf of Creditor Frito-Lay North America  Inc. jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joseph E. Bain
on behalf of Defendant Berwick Offray (Hong Kong) Ltd.
kvrana@joneswalker.com;msalinas@joneswalker.com;jbarber@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com

Joseph E. Sarachek
on behalf of Creditor Auxo International Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com,paul@saracheklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Vogue Tex (Pvt) Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com,paul@saracheklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Mansheen Industries  Ltd. joe@saracheklawfirm.com,
jon@saracheklawfirm.com,paul@saracheklawfirm.com

Joseph E. Sarachek
on behalf of Creditor AMW Vietnam Co. Ltd. joe@saracheklawfirm.com  jon@saracheklawfirm.com,paul@saracheklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Helen Andrews Inc. joe@saracheklawfirm.com  jon@saracheklawfirm.com,paul@saracheklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Giza Spinning & Weaving Co. joe@sarachеklawfirm.com
jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Esjay International Pvt. Ltd. joe@sarachеklawfirm.com
jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Strong Progress Garment Factory Company LTD joe@sarachеklawfirm.com
jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Mingle Fashion Limited joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Purcell Murray joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Fuzhou Fushan Pneumatic Co.  Ltd. joe@sarachеklawfirm.com,
jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Beauty Gem  Inc. joe@sarachеklawfirm.com, jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor A&A HK Industrial joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Holdsun Group Ltd. joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Mien Co.  Ltd. joe@sarachеklawfirm.com, jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Samil Solutions joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Wing Hing Shoes Factory Limited joe@sarachеklawfirm.com
jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Shanghai Fochier joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Sarachek
on behalf of Creditor Meenu Creations LLP joe@sarachеklawfirm.com  jon@sarachеklawfirm.com,paul@sarachеklawfirm.com

Joseph E. Shickich, Jr
on behalf of Creditor Microsoft Corporation  Microsoft Licensing, GP and Microsoft Online, Inc. jshickich@foxrothschild.com

Joseph H. Lemkin
on behalf of Creditor Phillips Edison & Company jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor SWZ  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Canon Financial Services  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Conopco  Inc. dba Unilever jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Gator Oeste Owner  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Achim Importing Company Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph L. Steinfeld, Jr.
on behalf of Plaintiff Sears Home Improvement Productions  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.
com

Joseph L. Steinfeld, Jr.
on behalf of Debtor Sears Holdings Corporation jsteinfeld@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.
com

Joseph L. Steinfeld, Jr.
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al jsteinfeld@askllp.com,

lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Sears Home Improvement Products  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Defendant Medal Sports (USA)  LLC jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Sears  Roebuck and Co. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Kmart Holding Corporation jsteinfeld@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Defendant EmployBridge  LLC jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff StarWest  LLC jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff California Builder Appliances  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Sears Holdings Corporation jsteinfeld@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Defendant GateHouse Media South Dakota Holdings  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff Florida Builder Appliances  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joseph T. Kelleher

on behalf of Defendant DFA Investment Dimensions Group  Inc. jkelleher@stradley.com

Joseph T. Kelleher

on behalf of Defendant DIMENSIONAL FUNDS PLC- GLOBAL TARGETED VALUE FUND jkelleher@stradley.com

Joseph Thomas Moldovan

on behalf of Creditor Allure Gems  LLC bankruptcy@morrisoncohen.com

Joshua A. Dunn

on behalf of Creditor Village of Hoffman Estates jdunn@vedderprice.com  ecfnydocket@vedderprice.com

Joshua S. Bauchner

on behalf of Creditor Sayville Menlo LLC jb@ansellgrimm.com  courtfilings@ansellgrimm.com

Joshua W. Cohen

on behalf of Creditor Lakin Tire West  Inc. jwcohen@daypitney.com, apetranek@daypitney.com

Juandisha Harris

on behalf of Creditor State of Michigan  Department of Treasury harrisj12@michigan.gov

Judith Elkin

on behalf of Creditor Lenox International  Inc. elkinj@mac.com, elkinj@mac.com

District/off: 0208-7                          User: admin                              Page 71 of 116
Date Rcvd: Jul 01, 2022                       Form ID: 144                             Total Noticed: 745

Julie Cvek Curley
    on behalf of Creditor Team Design Build USA jcurley@kacllp.com
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley
    on behalf of Creditor National Health Information Network Inc. jcurley@kacllp.com,
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley
    on behalf of Defendant PDX Inc./National Health Information Network, Inc. jcurley@kacllp.com,
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley
    on behalf of Interested Party NAMCO USA Inc jcurley@kacllp.com
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley
    on behalf of Creditor PDX Inc. jcurley@kacllp.com,
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley
    on behalf of Creditor Bonnier Corp. jcurley@kacllp.com
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie Cvek Curley
    on behalf of Creditor Team Design Lighting & Construction LLC jcurley@kacllp.com,
    attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com

Julie H Rome-Banks
    on behalf of Creditor Wilshire Investments LLC julie@bindermalter.com

Justin Alaburda
    on behalf of Creditor Robertson Heating Supply jmalaburda@bmdllc.com

Justin Logan Rappaport
    on behalf of Creditor Malca-Amit USA LLC lrappaport@bronsterllp.com mresnikoff@bronsterllp.com

Kaitlin R. Walsh
    on behalf of Creditor Suzhou Chunju Electric Co. Ltd. krwalsh@mintz.com docketing@mintz.com;tbcummins@mintz.com

Kamini Fox
    on behalf of Defendant Dukers Appliance Co. USA Ltd kamini@kfoxlaw.com

Kara E. Casteel
    on behalf of Spec. Counsel ASK LLP kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff Kmart Holding Corporation kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff California Builder Appliances Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation et al kcasteel@askllp.com,
    lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff Sears Holdings Corporation kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Debtor Sears Holdings Corporation kcasteel@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation et al.
    kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff Sears Home Improvement Products Inc. kcasteel@askllp.com,
    lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff Florida Builder Appliances Inc. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff StarWest LLC kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Kara E. Casteel
    on behalf of Plaintiff Sears Roebuck and Co. kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Karen Sheehan
    on behalf of Creditor Select Portfolio Servicing Inc.as servicer for U.S. Bank National Association, as trustee, in trust for the
    holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1 ksheehan@flwlaw.com,
    jspiegelman@flwlaw.com

Karen Sheehan
on behalf of Creditor PennyMac Corp. ksheehan@flwlaw.com jspiegelman@flwlaw.com

Karen Sheehan
on behalf of Creditor Select Portfolio Servicing Inc. Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Karen C. Bifferato
on behalf of Creditor IRC Marketplace at Six Corners L.L.C. kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor IRC Park Center Plaza L.L.C. kbifferato@connollygallagher.com

Kari B Coniglio
on behalf of Defendant R. G. Barry Corporation kbconiglio@vorys.com

Katherine R. Catanese
on behalf of Creditor Victor Reagan Family Trust kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Kathleen M. Aiello
on behalf of Creditor Alpine Creations Ltd. KAiello@Klestadt.com

Kathleen M. Aiello
on behalf of Creditor Aspen Marketing Services Inc. KAiello@Klestadt.com

Kathleen M. Aiello
on behalf of Defendant Viking Range LLC KAiello@Klestadt.com

Katiuska Bolanos
on behalf of Defendant Premier Transport Inc. kbolanos@diazvaz.law

Kay Diebel Brock
on behalf of Creditor Travis County bkecf@traviscountytx.gov

Kayvan B. Sadeghi
on behalf of Defendant Dorel Home Furnishings Inc. ksadeghi@jenner.com

Kayvan B. Sadeghi
on behalf of Creditor Dorel Industries Inc. ksadeghi@jenner.com

Kayvan B. Sadeghi
on behalf of Defendant Dorel Asia Inc. ksadeghi@jenner.com

Kayvan B. Sadeghi
on behalf of Defendant Pacific Cycle Inc. ksadeghi@jenner.com

Kayvan B. Sadeghi
on behalf of Defendant Dorel Industries Inc. ksadeghi@jenner.com

Kayvan B. Sadeghi
on behalf of Defendant Dorel Juvenile Group Inc. ksadeghi@jenner.com

Keith A Langley
on behalf of Interested Party Liberty Mutual Insurance Company klangley@l-llp.com ehyman@l-llp.com;pgentry@l-llp.com

Kelly Rose Cusick
on behalf of Creditor Pension Benefit Guaranty Corporation cusick.kelly@pbgc.gov efile@pbgc.gov

Ken Florey
on behalf of Creditor Community Unit School District 300 kflorey@rsnlt.com

Kenneth Friedman
on behalf of Interested Party 51st Street Fruitland Ave. LLC kfriedman@manatt.com, astaltari@manatt.com

Kenneth Miller
on behalf of Defendant Megagoods Inc. kmiller@pmcos.com

Kenneth A. Rosen
on behalf of Creditor TeleBrands Corp. krosen@lowenstein.com

Kenneth L. Baum
on behalf of Defendant Tori Richard Ltd. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M. Lewis
on behalf of Creditor Janyce L. MacKenzie klewis@wtplaw.com klewis@lewispllc.com

Kenneth M. Lewis
on behalf of Creditor International Cruise & Excursions Gallery Inc. klewis@wtplaw.com, klewis@lewispllc.com

Kenneth M. Lewis
on behalf of Creditor Angela Kelly klewis@wtplaw.com klewis@lewispllc.com

Kesha L. Tanabe
on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com  kesha.tanabe@gmail.com

Kevin Reid
on behalf of Creditor Demetrios L Kozonis kreid@kozonislaw.com

Kevin J Etzel
on behalf of Defendant Final Touch Delivery Service Inc. ketzel@vedderprice.com

Kevin J. Simard
on behalf of Creditor Wells Fargo Bank  National Association ksimard@choate.com, kevin-simard-1324@ecf.pacerpro.com

Kevin M Lippman
on behalf of Creditor Comosoft  Inc. klippman@munsch.com

Kevin Michael Newman
on behalf of Creditor Light 125 James West LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Holyoke Mall Company  L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor S&R Company of West Seneca Newco  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor DGI LS  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Aviation Mall NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Salmon Run Shopping Center  L.L.C. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Poughkeepsie Galleria LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Shillington Plaza LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor Washington Commons NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Michael Newman
on behalf of Creditor JPMG Manassas Mall Owner LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin N Summers
on behalf of Interested Party Greenwood Motor Lines  Inc., d/b/a R+L Carriers ksummers@dflaw.com

Kevin P. Montee
on behalf of Creditor Hudson Concourse  LLC kmontee@monteefirm.com, kmontee@monteefirm.com

Kiah T Ford, IV
on behalf of Creditor Hangzhou GreatStar Industrial Co.  Ltd chipford@parkerpoe.com

Kiah T Ford, IV
on behalf of Unknown Hong Kong GreatStar International Company  Limited chipford@parkerpoe.com

Kiah T Ford, IV
on behalf of Defendant Hong Kong GreatStar International Company Limited chipford@parkerpoe.com

Kieran M. Corcoran
on behalf of Defendant Huhtamaki Inc. kieran.corcoran@stinson.com  jennifer.guidry@stinson.com

Klaus Peter Muthig, I
on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kory A. Atkinson
on behalf of Creditor Community Unit School District 300 kaa@koryatkinson.com

Kristen Santillo
on behalf of Interested Party Transform Holdco LLC ksantillo@gelbersantillo.com

Kristen D Romano
on behalf of Creditor Automotive Rentals  Inc. kromano@fpservicing.com

Kristen D Romano
on behalf of Creditor ARI Fleet LT kromano@fpservicing.com

Kristen N. Pate
on behalf of Creditor Brookfield Property REIT Inc. bk@bpretail.com

Kristian W. Gluck
on behalf of Defendant Hylands Inc. kristian.gluck@nortonrosefulbright.com

Kristin Corbett

on behalf of Interested Party Transform Holdco LLC kcorbett@cgsh.com

Krystal R. Mikkilineni

on behalf of Defendant Cycle Force Group LLC krystal.mikkilineni@dentons.com

Kurt Ernest Kates Ramlo

on behalf of Creditor EMA Investments San Diego  LLC kr@lnbyg.com

Kyle Arendsen

on behalf of Defendant Dart Container Corporation kyle.arendsen@squirepb.com
sarah.conley@squirepb.com;kyle-f-arendsen-5494@ecf.pacerpro.com

Kyle Hosmer

on behalf of Unknown Peoria Industrial  Inc. kyle.hosmer@faegredrinker.com

Kyle Hosmer

on behalf of Creditor Peoria Industrial  Inc. kyle.hosmer@faegredrinker.com

Kyle J. Kolb

on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates kkolb@herrick.com

Lacy Martin Lawrence

on behalf of Creditor Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
llawrence@akingump.com, txdocketing@akingump.com;AGSearch-Lit@akingump.com

Lane E Bender

on behalf of Defendant Gateway Fashion Mall  LLC lane@lanebenderlaw.com

Lara Shipkovitz Martin

on behalf of Defendant Liberty Transportation Inc. lmartin@bernsteinlaw.com  cwirick@bernsteinlaw.com

Larry Wilcher

on behalf of Creditor Winners Industry Co.  Ltd. lwilcher@calfee.com

Laura J. Monroe

on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com  krobertson@ecf.inforuptcy.com

Laura M. Fontaine

on behalf of Defendant Commission Junction LLC LFontaine@fdic.gov
Robbyn@HedrickKring.com;McKenzie@HedrickKring.com

Laura R Hall

on behalf of Creditor Morneau Shepell Ltd.  in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan
laura.hall@allenovery.com, kurt.vellek@allenovery.com,courtnotices@allenovery.com

Laurel D. Roglen

on behalf of Creditor The Macerich Company roglenl@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 7200 Arlington Associates LLC roglenl@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sphear Investments  LLC roglenl@ballardspahr.com

Laurel D. Roglen

on behalf of Interested Party Magformers  LLC roglenl@ballardspahr.com

Laurel D. Roglen

on behalf of Examiner Fee Examiner roglenl@ballardspahr.com

Lauren Wagner

on behalf of Defendant Thomas J. Tisch lwagner@omm.com  lauren-m-wagner-6717@ecf.pacerpro.com

Lauren Wagner

on behalf of Defendant Benefit Street 2018  LLC lwagner@omm.com, lauren-m-wagner-6717@ecf.pacerpro.com

Lauren A Baio

on behalf of Interested Party Financial-Information-Technologies  LLC lauren.baio@sodexo.com,
leanna.copeland@gray-robinson.com

Lauren Catherine Kiss

on behalf of Creditor Icon Owner Pool 1 SF Business Parks  LLC lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Creditor Southwest Sign Group  Inc., d/b/a Apex Sign Group lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Unknown Rebuilding Together  Inc. lkiss@klestadt.com

Lauren Catherine Kiss

on behalf of Creditor GLP US Management  LLC and its affiliates lkiss@klestadt.com

Lauren Catherine Kiss
    on behalf of Creditor Haier U.S. Appliance Solutions  Inc. d/b/a GE Appliances lkiss@klestadt.com

Lauren M. Macsoud
    on behalf of Creditor Starboard Platform Brighton JV LLC lauren.macsoud@dentons.com  docket.general.lit.wdc@dentons.com

Laurence May
    on behalf of Creditor Allure Home Fashions lmay@eisemanlevine.com

Laurence May
    on behalf of Creditor Prestige Properties & Development Co.  Inc. lmay@eisemanlevine.com

Laurence May
    on behalf of Creditor Prestige Properties and Development lmay@eisemanlevine.com

Laurence May
    on behalf of Creditor K-Bay Plaza  LLC lmay@eisemanlevine.com

Lawrence Fogelman
    on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence A. Lichtman
    on behalf of Creditor Aaron Gershenson Family Properties  LLC llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman
    on behalf of Creditor QKC Maui Owner  LLC llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman
    on behalf of Creditor Four Gershenson Brothers  L.L.C. llichtman@honigman.com, litdocket@honigman.com

Lawrence A. Lichtman
    on behalf of Creditor Midwest Tool and Cutlery Company llichtman@honigman.com  litdocket@honigman.com

Lawrence J. Kotler
    on behalf of Creditor Riskonnect  Inc. ljkotler@duanemorris

Lawrence J. Kotler
    on behalf of Defendant Aramark Services  Inc. ljkotler@duanemorris

Lawrence W Byrne
    on behalf of Creditor William Juiris lbyrne@pedersenhoupt.com

Lea Pauley Goff
    on behalf of Creditor Tempur-Sealy International  Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic
    North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC lea.goff@skofirm.com,
    emily.keith@skofirm.com

Lea Pauley Goff
    on behalf of Defendant Tempur-Pedic North America  LLC lea.goff@skofirm.com, emily.keith@skofirm.com

Leah Silverman
    on behalf of Creditor Olympus Peak Master Fund LP lsilverman@opeaklp.com

Lee Rohn
    on behalf of Creditor S.S.  a minor child of Joanna Samuel info@rohnlaw.com

Lee Rohn
    on behalf of Creditor Juan Rosario info@rohnlaw.com

Lee Rohn
    on behalf of Creditor R.S.  a minor child of Joanna Samuel info@rohnlaw.com

Lee Rohn
    on behalf of Creditor Lee J. Rohn info@rohnlaw.com

Lee Rohn
    on behalf of Creditor Aubain Scotland info@rohnlaw.com

Lee Rohn
    on behalf of Creditor Aquita Williams info@rohnlaw.com

Lee Rohn
    on behalf of Creditor T.S.  a minor child of Joanna Samuel info@rohnlaw.com

Lee Rohn
    on behalf of Defendant Island Delivery Service info@rohnlaw.com

Lee Rohn
    on behalf of Creditor O'Rosia Figueroa info@rohnlaw.com

Lee Rohn
    on behalf of Creditor Richard Samuel info@rohnlaw.com

Lee Rohn
              on behalf of Unknown Lee J. Rohn info@rohnlaw.com

Lee E. Woodard
              on behalf of Creditor Van Hook Service Co.  Inc. bkemail@harrisbeach.com,
              kgriffith@harrisbeach.com;efilings@harrisbeach.com

Leo Muchnik
              on behalf of Defendant Goldman Sachs & Co. LLC muchnikl@gtlaw.com

Leo B Dubler, III
              on behalf of Creditor SUZANNE MERCADO leodubler@fast.net

Leon B Gordon
              on behalf of Creditor Anderson County et al cary.cain@mvbalaw.com  bankruptcy@mvbalaw.com

Leon S. Jones
              on behalf of Defendant Hi Tech Pharmaceuticals Inc. ljones@joneswalden.com
              jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com

Leslie Ann Berkoff
              on behalf of Interested Party BRE 312 OWNER LLC lberkoff@moritthock.com

Leslie C. Heilman
              on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Acadia Realty Limited Partnership heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Unknown GEM Realty Capital  Inc. heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Brixmor Property Group  Inc. heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor White Plains Galleria Limited Partnership heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor PGIM Real Estate heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Dolphin Fontana  L.P. heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Starwood Retail Partners  LLC heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Unknown Pacific Retail Group heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Centennial Real Estate Co. heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor GS Pacific ER  LLC heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor C. E. Johns Company  Inc. heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor The Macerich Company heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Unknown Kravco Company heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Federal Realty Investment Trust heilmanl@ballardspahr.com

Leslie C. Heilman
              on behalf of Creditor Vintage Real Estate  LLC heilmanl@ballardspahr.com

Lewis A. Lindenberg
              on behalf of Creditor Raven Associates c/o Aegis Investments  Inc. llindenberg@bbwg.com

Lewis J. Liman
              on behalf of Plaintiff Transform Holdco LLC maofiling@cgsh.com

Linda M. Tirelli
              on behalf of Attorney Linda M. Tirelli LTirelli@TirelliLawGroup.com
              admin1@tirellilawgroup.com;admin2@TirelliLawGroup.com;admin1@TirelliLawGroup.com

Lindsay Zahradka Milne
    on behalf of Defendant White Mountain Tissue  LLC lmilne@bernsteinshur.com,
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

Lindsay Zahradka Milne
    on behalf of Defendant RTH Mechanical Services  Inc. lmilne@bernsteinshur.com,
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;sbaker@bernsteinshur.com

Lindsey Robin
    on behalf of Creditor GroupBy USA  Inc. lrobin@reedsmith.com, shikendra.rhea@bclplaw.com

Lisa Milas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, acting not in its Individual Capacity but Solely as Trustee of
Southside NSP Trust 2017-1, by its servicing agent BSI Financial Services lgadomski@schillerknapp.com,
lgadomski@schillerknapp.com;TJohnson@schillerknapp.com

Louis J. Cisz, III
    on behalf of Creditor California Self-Insurers' Security Fund lcisz@nixonpeabody.com  jzic@nixonpeabody.com

Louis R Koerner, Jr
    on behalf of Unknown Lisa Francis koerner@koerner-law.com

Louis R Koerner, Jr
    on behalf of Creditor Lisa Francis koerner@koerner-law.com

Louis Thomas DeLucia
    on behalf of Creditor Ciuffo Family Trust/Trust A louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Louis Thomas DeLucia
    on behalf of Creditor Ciuffo Family Trust louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Lucas Schneider
    on behalf of Creditor CenturyLink Communications  LLC lucas.schneider@stinson.com, MPL.LSSTeam5@stinson.com

Lucy E. Hill
    on behalf of Defendant Virginian-Pilot Media Companies  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant Orlando Sentinel Communications Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant Tribune Publishing Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant American Textile Company  Incorporated lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant The Daily Press  LLC lucy.hill@dentons.com, helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant The San Diego Union-Tribune  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant Los Angeles Times Communications LLC lucy.hill@dentons.com
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant Sun-Sentinel Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Lucy E. Hill
    on behalf of Defendant The Hartford Courant Company  LLC lucy.hill@dentons.com,
helen.ward@dentons.com,michelle.graeb@dentons.com

Luiz Felipe Vargas dos Santos Correa de Oliveira
    on behalf of Creditor KG Denim Limited loliveira@steinip.com

Luke A Barefoot
    on behalf of Interested Party Transform SR LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
    on behalf of Interested Party Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
    on behalf of Creditor JPP  LLC lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot
    on behalf of Creditor ESL Investments  Inc. lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot
on behalf of Creditor JPP II  LLC lbarefoot@cgsh.com, maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR Holdings Management LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Defendant Transform Operating Stores LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR Protection LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Defendant Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Interested Party Transform SR Brands LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luke A Barefoot
on behalf of Plaintiff Transform Holdco LLC lbarefoot@cgsh.com  maofiling@cgsh.com

Luma Al-Shibib
on behalf of Creditor WC Independence Center LLC lal-shibib@andersonkill.com
dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com

Luvell L Glanton
on behalf of Creditor Antonio D. Roberts glantonfirm@gmail.com

Luvell L Glanton
on behalf of Unknown Tracee M. Britton glantonfirm@gmail.com

Lynn Hamilton Butler
on behalf of Creditor WC MRP Belleville Center  LLC Lynn.Butler@huschblackwell.com,
lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Lynn Hamilton Butler
on behalf of Creditor WC Independence Center LLC Lynn.Butler@huschblackwell.com
lynn-hamilton-butler-2113@ecf.pacerpro.com;penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Lynn Rowe Larsen
on behalf of Defendant Gannett Satellite Information Network  LLC llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM

Magdalena Zalewski
on behalf of Defendant JCW Investments  Inc. mz@magdalenazalewski.com

Magdalena Zalewski
on behalf of Defendant Jupiter Workshops (HK) Ltd. mz@magdalenazalewski.com

Magdalena Zalewski
on behalf of Defendant Hireright  LLC mz@magdalenazalewski.com

Magdalena Zalewski
on behalf of Defendant Field Manufacturing Corporation mz@magdalenazalewski.com

Magdalena Zalewski
on behalf of Defendant Archon Energy Solutions mz@magdalenazalewski.com

Marc A. Zelina
on behalf of Unknown Simon Property Group  L.P. marc.zelina@lw.com

Marc J. Kurzman
on behalf of Creditor Crossroads Joint Venture  LLC mkurzman@carmodylaw.com

Marcel Charles Duhamel
on behalf of Defendant R. G. Barry Corporation mcduhamel@vorys.com

Marianna Udem
on behalf of Plaintiff StarWest  LLC mudem@askllp.com

Marianna Udem
on behalf of Defendant The ServiceMaster Company  LLC mudem@askllp.com

Marianna Udem
on behalf of Plaintiff Sears  Roebuck and Co. mudem@askllp.com

Marianna Udem
on behalf of Plaintiff California Builder Appliances  Inc. mudem@askllp.com

Marianna Udem
on behalf of Plaintiff Sears Home Improvement Productions  Inc. mudem@askllp.com

Marianna Udem
on behalf of Plaintiff Sears Home Improvement Products  Inc. mudem@askllp.com

Marianna Udem
on behalf of Plaintiff Florida Builder Appliances  Inc. mudem@askllp.com

Marianna Udem
on behalf of Plaintiff Kmart Holding Corporation mudem@askllp.com

Marie Polito Hofsdal
on behalf of Creditor Broad Street Station LLC c/o Collett mhofsdal@pryorcashman.com

Marilyn Macron
on behalf of Unknown CalAmp Wireless Networks Corporation marilyn@marilynmacron.com

Marita S. Erbeck
on behalf of Creditor ProLogis-A4 CA IV  LP marita.erbeck@dbr.com

Marita S. Erbeck
on behalf of Creditor Distribution Funding II  LLC marita.erbeck@dbr.com

Marita S. Erbeck
on behalf of Creditor KTR LV Loan LLC marita.erbeck@dbr.com

Marita S. Erbeck
on behalf of Creditor Prologis  L.P. marita.erbeck@dbr.com

Marita S. Erbeck
on behalf of Creditor KTR Ohio LLC marita.erbeck@dbr.com

Marita S. Erbeck
on behalf of Creditor Prologis marita.erbeck@dbr.com

Mark Levine
on behalf of Respondent Robert Catalfano mark.levine.180@gmail.com  mlevine@zlk.com

Mark Levine
on behalf of Respondent Lavarita Meriwether mark.levine.180@gmail.com  mlevine@zlk.com

Mark Sherrill
on behalf of Defendant Atos It Solutions and Services  Inc. marksherrill@eversheds-sutherland.com

Mark Tsukerman
on behalf of Creditor Micro Focus  LLC mtsukerman@coleschotz.com,
ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com

Mark A. Frankel
on behalf of Interested Party Aida Visakay mfrankel@bfklaw.com
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark A. Frankel
on behalf of Creditor 233 S. Wacker  LLC mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Mark D. Silverschotz
on behalf of Creditor Schumacher Electric Corporation msilverschotz@andersonkill.com
bankruptcy-2628@ecf.pacerpro.com;dfraser@andersonkill.com;dflynn@andersonkill.com

Mark E. Cohen
on behalf of Creditor Bank of America  N.A. MECESQ2@aol.com

Mark E. Felger
on behalf of Creditor National Distribution Centers  LLC MFelger@cozen.com,
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Hall
on behalf of Creditor CAPREF Burbank LLC A Delaware LLC mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark E. Hall
on behalf of Defendant Microsoft Online  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark E. Hall
on behalf of Defendant Microsoft Corporation mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark J. Hyland
on behalf of Defendant Bruce Berkowitz hyland@sewkis.com

Mark J. Hyland
on behalf of Defendant Fairholme Funds  Inc. hyland@sewkis.com

Mark J. Hyland
on behalf of Defendant Fairholme Capital Management  L.L.C. hyland@sewkis.com

Mark R. Somerstein
on behalf of Interested Party Norges Bank paul.lang@ropesgray.com;nova.alindogan@ropesgray.com

User: admin
Form ID: 144

Mark Russell Owens
on behalf of Defendant ACCO Brands USA LLC mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
on behalf of Interested Party Urschel Development Corporation mowens@btlaw.com
mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
on behalf of Defendant Cybertron International Inc. mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark S. Roher
on behalf of Creditor Action Time  Inc. mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com

Mark S. Roher
on behalf of Defendant Action Time Inc. mroher@markroherlaw.com  ecf3.markroherlaw@gmail.com

Mark W. Sandretto
on behalf of Defendant Watterson Environmental Group  LLC mwsandretto@eastmansmith.com

Marshall C. Turner
on behalf of Defendant Ghirardelli Chocolate Company marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor WC MRP Belleville Center  LLC marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor WC Independence Center LLC marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Defendant Hanesbrands Inc. marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor CBL & Associates Management Inc. marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marvin E. Clements, Jr.
on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Mary Ann Claraval
on behalf of Creditor Darlene Stroehecker maryann@claravallaw.com

Matthew Gensburg
on behalf of Creditor Community Unit School District 300 mgensburg@gcklegal.com

Matthew Gurgel
on behalf of Defendant Kunal Kamlani mgurgel@hsgllp.com

Matthew McCann
on behalf of Creditor Ray Padula Holdings  LLC matthewmccann@specialedlawyer.com, mmccann@swc-law.com

Matthew Olins
on behalf of Creditor 233 S. Wacker  LLC molins@gouldratner.com

Matthew Benjamin Stein
on behalf of Creditor Steel 1111 LLC courtnotices@kasowitz.com

Matthew C. Ziegler
on behalf of Interested Party Fanatics Licensed Sports Group  LLC F/K/A VF Licensed Sports Group, LLC
matthew.ziegler@morganlewis.com

Matthew C. Ziegler
on behalf of Interested Party The Comet Clothing Company  LLC matthew.ziegler@morganlewis.com

Matthew G. Roseman
on behalf of Defendant ICrossing  Inc. mroseman@cullenanddykman.com

Matthew G. Summers
on behalf of Creditor Vintage Real Estate  LLC summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor Brixmor Property Group  Inc. summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor White Plains Galleria Limited Partnership summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor The Macerich Company summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor PGIM Real Estate summersm@ballardspahr.com

Matthew G. Summers
on behalf of Creditor Acadia Realty Limited Partnership summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Federal Realty Investment Trust summersm@ballardspahr.com

Matthew G. Summers

on behalf of Unknown GEM Realty Capital  Inc. summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor GS Pacific ER  LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Centennial Real Estate Co. summersm@ballardspahr.com

Matthew G. Summers

on behalf of Interested Party Towers Watson Investment Services  Inc. summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor C. E. Johns Company  Inc. summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor CenterCal Properties  LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Unknown Kravco Company summersm@ballardspahr.com

Matthew G. Summers

on behalf of Unknown Pacific Retail Group summersm@ballardspahr.com

Matthew G. Summers

on behalf of Interested Party Willis Towers Watson PLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Interested Party Willis Towers Watson US LLC summersm@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Starwood Retail Partners  LLC summersm@ballardspahr.com

Matthew J. Burne

on behalf of Defendant Ambros Inc. mburne@leechtishman.com  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant FPC Corporation mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant 2075560 Ontario Limited mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant A.D. Sutton & Sons  Inc. mburne@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant CKK Home Decor LP mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant DPI Inc. mburne@leechtishman.com  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Nexgrill Industries Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Lipsey Logistics Worldwide  LLC mburne@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Micronesian Brokers Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant Cosmo Lighting Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant South Mountain Air Conditioning & Heating  Inc. mburne@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne

on behalf of Defendant JB LLC mburne@leechtishman.com  dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne
on behalf of Defendant China Fortune LLC mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne
on behalf of Defendant Brennan Jewelry Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne
on behalf of Defendant Gregory Richard Zimmerman mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew J. Burne
on behalf of Defendant Laser Products Inc. mburne@leechtishman.com
dtomko@leechtishman.com;ghauswirth@leechtishman.com

Matthew Patrick Kremer
on behalf of Interested Party [24]7.ai  Inc. mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com

Megan Harper
on behalf of Creditor City of Phila./School District of Phila. megan.harper@phila.gov

Melissa Boey
on behalf of Unknown CFP Fire Protection  Inc. melissa.boey@morganlewis.com

Melissa Boey
on behalf of Defendant Entercom Communications Corp. melissa.boey@morganlewis.com

Melissa Boey
on behalf of Unknown the Sears Non-Insider Defendant Group melissa.boey@morganlewis.com

Melissa A. Pena
on behalf of Creditor Ecolab  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa N. Licker
on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

Melissa S Hayward
on behalf of Creditor Elm Creek Real Estate LLC mhayward@haywardfirm.com

Melissa S. Woods
on behalf of Creditor International Union  UAW mwoods@cwsny.com, ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor Workers United mwoods@cwsny.com  ecf@cwsny.com

Melissa S. Woods
on behalf of Creditor United Steelworkers mwoods@cwsny.com  ecf@cwsny.com

Melissa Sue DiCerbo
on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to LaSalle Bank National Association, as
Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-8 nyecfmail@mwc-law.com,
NYECFmail@ecf.courtdrive.com

Melissa Sue DiCerbo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper nyecfmail@mwc-law.com  NYECFmail@ecf.courtdrive.com

Michael Chatwin
on behalf of Creditor Wells Fargo Bank  National Association LOGSECF@logs.com

Michael Goldstein
on behalf of Creditor Urban Edge Properties LP and its subsidiaries mgoldstein@goodwinlaw.com

Michael Kogan
on behalf of Creditor Shaghal  Ltd. mkogan@koganlawfirm.com

Michael Kwiatkowski
on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor PECO Energy Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Indiana Michigan Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor National Grid mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Orange & Rockland Utilities mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor City of Ocala  Florida mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor The Potomac Electric Power Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Connecticut Light & Power Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Kentucky Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Ohio Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Public Service Company of Oklahoma and Southwestern Electric Power Company
mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Western Massachusetts mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Kingsport Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Metropolitan Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

User: admin
Form ID: 144

on behalf of Creditor UNS Electric  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Defendant ICrossing  Inc. mkwiatkowski@cullenanddykman.com, lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Eastern Massachusetts and NStar Electric Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenanddykman.com,
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Defendant Luv n' care Ltd. mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Jackson EMC mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of Oklahoma mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski

on behalf of Creditor Sacramento Municipal Utility District mkwiatkowski@cullenanddykman.com
lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Colonial Gas Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Georgia Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Yankee Gas Services Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Kwiatkowski
on behalf of Creditor Appalachian Power Company mkwiatkowski@cullenanddykman.com  lgomez@cullenanddykman.com

Michael Tsang
on behalf of Unknown 1803  LLC mtsang@tsanglawfirm.com

Michael Tsang
on behalf of Creditor Pepperidge Farm  Inc. mtsang@tsanglawfirm.com

Michael Tsang
on behalf of Creditor 1803  LLC mtsang@tsanglawfirm.com

Michael Abtin Shakouri
on behalf of Creditor Niagara Realty LLC mshakouri@goodkinlynch.com

Michael B. Reynolds
on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael Courtney Keats
on behalf of Defendant Seritage MS Holdings LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage KMT Finance LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage Growth Properties  L.P. michael.keats@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage SRC Finance LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage KMT Mezzanine Finance LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage Growth Properties michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Swift Transportation Services  LLC michael.keats@friedfrank.com, ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage SPS Holdings LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage SRC Mezzanine Finance LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael Courtney Keats
on behalf of Defendant Seritage GS Holding LLC michael.keats@friedfrank.com  ManagingAttorneysDepartment@friedfrank.com

Michael D. Brofman
on behalf of Creditor Lake Success Shopping Center LLC mbrofman@weisszarett.com

Michael D. Brofman
on behalf of Creditor CE Vernon II  LLC mbrofman@weisszarett.com

Michael Delynn Fielding
on behalf of Defendant Hanesbrands Inc. michael.fielding@huschblackwell.com

Michael E Hastings
on behalf of Defendant Southern Refrigeration Corporation mhastings@woodsrogers.com  twhitt@wtplaw.com

Michael Hagop Boyamian
    on behalf of Creditor Massoud Afzal michael@boyamianlaw.com

Michael Hagop Boyamian
    on behalf of Creditor Oswaldo Cruz michael@boyamianlaw.com

Michael Ira Goldberg
    on behalf of Defendant DACOR michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael J Connolly
    on behalf of Creditor Michael & Margaret Reheis mconnolly@respondlaw.com kanema@formanlaw.com

Michael J Kasen
    on behalf of Defendant Transport Express Inc. mkasen@kasenlaw.com

Michael J Kasen
    on behalf of Defendant Integrated Service Management LLC mkasen@kasenlaw.com

Michael J. Catalfimo
    on behalf of Creditor BH North American Corporation mcatalfimo@rlglawny.com jstein@rlglawny.com;jdavis@rlglawny.com

Michael J. Riela
    on behalf of Creditor Vertical Industrial Park Associates riela@thsh.com

Michael Jason Barrie
    on behalf of Interested Party VCP Hampton Sears LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Interested Party MCG Rock Hill Storage LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Interested Party MCG Rock Hill LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Creditor MIDAMCO mbarrie@beneschlaw.com
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Creditor Foodtown Development LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Interested Party VCP Rock Hill Storage LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Creditor Butterfield Tech Center LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Creditor PREP Hanover Real Estate LLC mbarrie@beneschlaw.com
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Jason Barrie
    on behalf of Interested Party MCG VA Sears LLC mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com

Michael Kevin McCarrell
    on behalf of Defendant Cleva Hong Kong Ltd. KMcCarrell@foxrothschild.com EAccetta@foxrothschild.com

Michael L. Moskowitz
    on behalf of Defendant Indeed Inc. mlm@weltmosk.com, mkj@weltmosk.com;mag@weltmosk.com;jg@weltmosk.com

Michael L. Schein
    on behalf of Creditor NorthStar Group Services Inc. mschein@vedderprice.com,
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
    on behalf of Unknown Vedder Price P.C. mschein@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael L. Schein
    on behalf of Creditor Village of Hoffman Estates mschein@vedderprice.com
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Michael Lewis Dallaire
    on behalf of Defendant Dickinson Wright PLLC mdallaire@dickinsonwright.com

Michael M Mulder
    on behalf of Creditor Richard Bruce mmmulder@mmulderlaw.com spitre@mmulderlaw.com

Michael M Mulder

on behalf of Creditor Committee The Official Committee of Retirees With Life Insurance Benefits mmmulder@mmulderlaw.com
spitre@mmulderlaw.com

Michael Murphy Tannen

on behalf of Unknown Diana Arney adminassistant@tannenlaw.com

Michael P. Cooley

on behalf of Creditor GroupBy USA  Inc. mpcooley@reedsmith.com, bkemp@akingump.com

Michael P. Pompeo

on behalf of Creditor Refresco Beverages US Inc. mpompeo@dbr.com

Michael R. Herz

on behalf of Defendant Cleva Hong Kong Ltd. mherz@foxrothschild.com  cbrown@formanlaw.com

Michael R. Herz

on behalf of Creditor CAPREF Burbank LLC A Delaware LLC mherz@foxrothschild.com  cbrown@formanlaw.com

Michael R. Herz

on behalf of Interested Party Baker Properies LLC mherz@foxrothschild.com  cbrown@formanlaw.com

Michael Ryan Pinkston

on behalf of Unknown Wilmington Trust  National Association rpinkston@seyfarth.com,
jmcdermott@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael S. Amato

on behalf of Interested Party Groveport Lynx LLC mamato@rmfpc.com  dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Amato

on behalf of Interested Party Lawrence Mart LLC mamato@rmfpc.com  dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Amato

on behalf of Interested Party Colonial Properties LLC mamato@rmfpc.com  dolsen@rmfpc.com;smcgrath@rmfpc.com

Michael S. Fox

on behalf of Defendant Conair Corporation mfox@olshanlaw.com  docketclerk@olshanlaw.com

Michael S. Fox

on behalf of Defendant Groupe SEB USA  Inc. mfox@olshanlaw.com, docketclerk@olshanlaw.com

Michael Scott Weinstein

on behalf of Defendant JVCKENWOOD USA Corporation mweinstein@golenbock.com  courtnotifications@golenbock.com

Michael Scott Weinstein

on behalf of Defendant JVCKENWOOD USA Corporation  as successor by merger to JVC Americas Corp.
mweinstein@golenbock.com, courtnotifications@golenbock.com

Michael Skoy Legge

on behalf of Creditor McLane Company  Inc. tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

Michael Steven Shuster

on behalf of Defendant Kunal Kamlani mshuster@hsgllp.com  crodriguez@hsgllp.com;managingclerk@hsgllp.com

Michael T. Driscoll

on behalf of Defendant Ez Flo International Inc. mdriscoll@sheppardmullin.com  ny-docketing@sheppardmullin.com

Michael V. Blumenthal

on behalf of Creditor RD Management LLC michael.blumenthal@hklaw.com

Michael V. Blumenthal

on behalf of Creditor RD Management LLC  as agent for FB Billerica Realty Investors LLC michael.blumenthal@hklaw.com

Michael V. Blumenthal

on behalf of Creditor RD Management LLC  as agent for Fitchburg MFB, LLC and MFB University Mall S LLC
michael.blumenthal@hklaw.com

Michele Angell

on behalf of Defendant Zhejiang YAT Electrical Appliance Co. Ltd. mangell@kasowitz.com  courtnotices@kasowitz.com

Michele Angell

on behalf of Creditor Steel 1111 LLC mangell@kasowitz.com  courtnotices@kasowitz.com

Michelle Amy Rice

on behalf of Defendant Joseph Jordan mrice@kaplanrice.com  girizarry@kaplanrice.com;mprutting@kaplanrice.com

Michelle Amy Rice

on behalf of Defendant Leena Munjal mrice@kaplanrice.com  girizarry@kaplanrice.com;mprutting@kaplanrice.com

Michelle Amy Rice

on behalf of Defendant Lawrence Meerschaert mrice@kaplanrice.com  girizarry@kaplanrice.com;mprutting@kaplanrice.com

Michelle E. Shriro

|  |  |
|---|---|
| | on behalf of Creditor Summit Portraits  LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Michelle Marie Sekowski | |
| | on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors msekowski@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com |
| Mickee M. Hennessy | |
| | on behalf of Defendant Ferrara Candy Company mhennessy@westermanllp.com |
| Miriam R Stein | |
| | on behalf of Creditor MJ Holding Company  LLC mstein@gutnicki.com |
| Monique Debrikka Jewett-Brewster | |
| | on behalf of Creditor John C. Adams mjb@hopkinscarley.com  eamaro@hopkinscarley.com |
| Monique Debrikka Jewett-Brewster | |
| | on behalf of Creditor Kennylugenia Adams mjb@hopkinscarley.com  eamaro@hopkinscarley.com |
| My Chi To | |
| | on behalf of Creditor SL Agent  LLC mcto@debevoise.com |
| My Chi To | |
| | on behalf of Creditor Cascade Investment  L.L.C. & SL Agent, LLC mcto@debevoise.com |
| Myles H Alderman, Jr | |
| | on behalf of Unknown Svetlana Anderson myles.alderman@alderman.com |
| Myrna Ruiz-Olmo | |
| | on behalf of Defendant Healthtex Caribbean LLC mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com |
| Myrna Ruiz-Olmo | |
| | on behalf of Creditor Puerto Rico Supplies Group  Inc. mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com |
| Myrna Ruiz-Olmo | |
| | on behalf of Defendant Puerto Rico Supplies Group Inc. mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com |
| Myrna Ruiz-Olmo | |
| | on behalf of Defendant Glamour Corporation mro@prbankruptcy.com  tbp@prbankruptcy.com,lsg@prbankruptcy.com |
| Natasha M. Songonuga | |
| | on behalf of Creditor American Lebanese Syrian Associated Charities  Inc. nsongonuga@gibbonslaw.com |
| Neal Smith | |
| | on behalf of Creditor Community Unit School District 300 nsmith@robbins-schwartz.com |
| Neil E. Herman | |
| | on behalf of Creditor Kimco Realty Corporation neil.herman@kirkland.com |
| Neil E. McCullagh | |
| | on behalf of Defendant Kiddieland Toys Limited nmccullagh@spottsfain.com |
| Neil H. Ackerman | |
| | on behalf of Interested Party c/o Neil Ackerman Erica Natasha Moore na@pryormandelup.com  r52605@notify.bestcase.com |
| Neil Matthew Berger | |
| | on behalf of Creditor Tannor Capital Advisors LLC neilberger@teamtogut.com mnester@teamtogut.com;arodriguez@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com |
| Neil Matthew Berger | |
| | on behalf of Defendant DisMart LLC neilberger@teamtogut.com mnester@teamtogut.com;arodriguez@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com |
| Nelson A. Boxer | |
| | on behalf of Interested Party PNC Financial Services Group  Inc. nboxer@pkbllp.com |
| Nickolas Karavolas | |
| | on behalf of Defendant Bank of Bermuda nkaravolas@phillipslytle.com  ddrons@phillipslytle.com |
| Nicole Pugh | |
| | pmryan@sorlinglaw.com |
| Nicole A Leonard | |
| | on behalf of Interested Party New Jersey Self-Insurers Guaranty Association nleonard@mdmc-law.com sshidner@mdmc-law.com |
| Nicole M. Flores | |
| | on behalf of Defendant Cascade Investment  LLC nmflores@debevoise.com |
| Noah Levine | |
| | on behalf of Defendant RBS Investment Management LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com |
| Noah Levine | |
| | on behalf of Defendant CRK Partners LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com |

Noah Levine
                    on behalf of Defendant SPE I Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant Edward Scott "Eddie" Lampert noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant RBS Partners LP noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant SPE Master I L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant JPP II LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant JPP LLC noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Investors  L.L.C. noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Institutional Partners L.P. noah.levine@wilmerhale.com  WHDocketing@wilmerhale.com

Noah Levine
                    on behalf of Defendant ESL Investments  Inc. noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com

Noah Saul Czarny
                    on behalf of Defendant Bruce Berkowitz czarny@sewkis.com

Noah Saul Czarny
                    on behalf of Defendant Fairholme Capital Management  L.L.C. czarny@sewkis.com

Nola R Bencze
                    on behalf of Creditor Milton Manufacturing  LLC nbencze@clarkhill.com

Norma E. Ortiz
                    on behalf of Defendant A & GS Contractor Inc. email@ortizandortiz.com
                    bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Norman Edwin Greenspan, I
                    on behalf of Creditor Hain Capital Investors Master Fund Ltd. ngreenspan@starfieldsmith.com

Norman Edwin Greenspan, I
                    on behalf of Creditor Rio Sul S.A. de CV ngreenspan@starfieldsmith.com

Norman Neville Reid
                    on behalf of Interested Party The Chamberlain Group  Inc. nreid@foxswibel.com

Norman Neville Reid
                    on behalf of Creditor Chamberlain Group  Inc. nreid@foxswibel.com

Owen M. Sonik
                    on behalf of Creditor Spring Branch Independent School District  et al. osonik@pbfcm.com,
                    osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Richard Wolfe
                    on behalf of Unknown Wilmington Trust  National Association owolfe@seyfarth.com,
                    6015794420@filings.docketbird.com;nycmanagingclerksoffice@seyfarth.com

Patricia B. Fugee
                    on behalf of Defendant Clover Technologies Group LLC Patricia.Fugee@FisherBroyles.com  ecf@cftechsolutions.com

Patricia B. Fugee
                    on behalf of Creditor Clover Imaging Group  LLC Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia B. Fugee
                    on behalf of Creditor XPO Last Mile  Inc. Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia B. Fugee
                    on behalf of Unknown Clover Technologies Group  LLC Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Patricia J Friesinger
                    on behalf of Defendant Woeber Mustard Manufacturing Co. friesinger@coollaw.com

Patricia J Friesinger
                    on behalf of Defendant PTG Logistics LLC friesinger@coollaw.com

Patrick Collins
                    on behalf of Creditor CA  Inc. pcollins@farrellfritz.com

Patrick Collins
on behalf of Creditor Univest-BTC S&R LLC pcollins@farrellfritz.com

Patrick Collins
on behalf of Creditor Midwood Management Corp. pcollins@farrellfritz.com

Patrick Collins
on behalf of Defendant Newsday LLC pcollins@farrellfritz.com

Patrick Maschio
on behalf of Creditor Bradford Capital Advisors LLC patrick.maschio@rimonlaw.com

Patrick Maschio
on behalf of Creditor Bradford Capital Holdings LP patrick.maschio@rimonlaw.com

Patrick Slyne
on behalf of Respondent Robert Catalfano Patrick.Slyne@SlyneLaw.com

Patrick Slyne
on behalf of Respondent Lavarita Meriwether Patrick.Slyne@SlyneLaw.com

Patrick L. Hayden
on behalf of Creditor The Nielsen Company (US) LLC phayden@mcguirewoods.com

Patrick M. Birney
on behalf of Defendant Standard Builder Inc. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
on behalf of Creditor AmCap Wilson II LLC pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney
on behalf of Creditor Wilson Norridge LLC pbirney@rc.com, ctrivigno@rc.com

Patrick S Scott
on behalf of Defendant PINNACLE Express Inc. Patrick.Scott@gray-robinson.com

Patrick S Scott
on behalf of Unknown Pinnacle Express Inc. Patrick.Scott@gray-robinson.com

Patrick S Scott
on behalf of Defendant Newacme LLC Patrick.Scott@gray-robinson.com

Paul Aloe
on behalf of Creditor Epic Designers Limited paloe@kudmanlaw.com
yali@kudmanlaw.com;5572152420@filings.docketbird.com

Paul Rubin
on behalf of Creditor RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Defendant Rubyred Garment Manufacturing SAE prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul A. Rachmuth
on behalf of Creditor Envisions LLC paul@paresq.com

Paul Benjamin Koepp
on behalf of Defendant KENDEN ALFOND C/O DEXTER ENTERPRISES, INC. koepp@sewkis.com

Paul D. Leake
on behalf of Interested Party Bank of America N.A. wendy.lamanna@skadden.com;andrea.bates@skadden.com

Paul E. Harner
on behalf of Interested Party Brixmor Operating Partnership L.P. pharner@sheppardmullin.com

Paul E. Harner
on behalf of Interested Party Weitzman pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor C. E. John Company Inc. pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor Starwood Retail Partners LLC pharner@sheppardmullin.com

Paul E. Harner
on behalf of Interested Party Hart I-55 Industrial LLC pharner@sheppardmullin.com

Paul E. Harner
on behalf of Creditor S-Tract LLC pharner@sheppardmullin.com

Paul E. Harner
on behalf of Unknown Kravco Company pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor C. E. Johns Company  Inc. pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor Acadia Realty Limited Partnership pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Passco Hanford Mall  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor FBA Holdings  Inc. pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor Vintage Real Estate  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Heidenberg Properties  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Unknown GEM Realty Capital  Inc. pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor WBCMT 2007-C33 INDEPENDENCE CENTER LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Helios IV  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Centennial Real Estate Management LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor C.J. Segerstrom & Sons pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor CenterCal Properties  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Unknown Pacific Retail Group pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor GS Pacific ER  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor White Plains Galleria Limited Partnership pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Cedar - Valley Plaza  LLC pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Examiner Paul E. Harner and Ballard Spahr LLP pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor PGIM Real Estate pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Examiner Fee Examiner pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor Federal Realty Investment Trust pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor Centennial Real Estate Co. pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Woodbury Corporation pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor The Macerich Company pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Creditor Brixmor Property Group  Inc. pharner@sheppardmullin.com

Paul E. Harner
                    on behalf of Interested Party Heidenberg Properties pharner@sheppardmullin.com

Paul H. Zumbro
                    on behalf of Creditor Stanley Black & Decker  Inc. pzumbro@cravath.com, mao@cravath.com

Paul H. Zumbro
                    on behalf of Plaintiff Stanley Black & Decker  Inc. pzumbro@cravath.com, mao@cravath.com

Paul H. Zumbro
                    on behalf of Plaintiff Black & Decker (U.S.) Inc. pzumbro@cravath.com  mao@cravath.com

District/off: 0208-7                          User: admin                                    Page 92 of 116
Date Rcvd: Jul 01, 2022                       Form ID: 144                                  Total Noticed: 745

Paul H. Zumbro
on behalf of Plaintiff Black & Decker Macao Commercial Offshore Limited pzumbro@cravath.com    mao@cravath.com

Paul Hans Schafhauser
on behalf of Defendant GBG USA Inc. schafhauserp@gtlaw.com

Paul J. Labov
on behalf of Creditor Cleva North America and Cleva Hong Kong plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
on behalf of Creditor Microsoft Corporation  Microsoft Licensing, GP and Microsoft Online, Inc. plabov@pszjlaw.com,
plabov@foley.com

Paul J. Labov
on behalf of Creditor Hanesbrands  Inc. plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
on behalf of Creditor Hain Capital Investors Master Fund Ltd. plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
on behalf of Interested Party Cherokee Debt Acquisition  LLC plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
on behalf of Interested Party Whitebox Asymmetric Partners LP plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
on behalf of Creditor SHERTHAL  LLC plabov@pszjlaw.com, plabov@foley.com

Paul J. Labov
on behalf of Creditor LinkedIn Corporation plabov@pszjlaw.com  plabov@foley.com

Paul J. Labov
on behalf of Interested Party Whitebox Multi-Strategy Partners  LP plabov@pszjlaw.com, plabov@foley.com

Paul J. Pascuzzi
on behalf of Creditor The McClatchy Company ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul L. Ratelle
on behalf of Interested Party FG  LLC pratelle@fwhtlaw.com

Paul M Gelb
on behalf of Defendant ACI International  Inc. pgelb@munckwilson.com

Paul M. Basta
on behalf of Debtor Sears Holdings Corporation pbasta@paulweiss.com

Paul M. Basta
on behalf of Other Prof. Paul  Weiss, Rikfind, Wharton & Garrison LLP pbasta@paulweiss.com

Paul M. Basta
on behalf of Plaintiff Kmart Corporation pbasta@paulweiss.com

Paul M. Basta
on behalf of Plaintiff Sears Holdings Corporation pbasta@paulweiss.com

Paul M. Basta
on behalf of Plaintiff Kmart of Washington  LLC pbasta@paulweiss.com

Paul M. Basta
on behalf of Plaintiff Sears Development Co. pbasta@paulweiss.com

Paul M. Basta
on behalf of Other Prof. Alvarez & Marsal North America  LLC pbasta@paulweiss.com

Paul M. Basta
on behalf of Plaintiff Sears  Roebuck and Co. pbasta@paulweiss.com

Paul N. Silverstein
on behalf of Interested Party Henry Shahery paulsilverstein@huntonak.com

Paula K. Jacobi
on behalf of Defendant NSA Media Group Inc. pjacobi@btlaw.com

Pauline K. Morgan
on behalf of Plaintiff Sears Holdings Corporation pmorgan@ycst.com  dlaskin@ycst.com;bankfilings@ycst.com

Pearl Shah
on behalf of Defendant Edgewell Personal Care Puerto Rico  Inc. pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Creditor Verint Americas Inc. pshah@mcgrailbensinger.com

Pearl Shah

on behalf of Defendant Advanced Technology Services Inc. pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Defendant Variety Accessories  LLC pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Defendant Impact Innovations  Inc. pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Creditor BrightView Landscape Services f/k/a The Brickman Group  Ltd. pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Defendant Select International LLC pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Defendant Brightview Landscapes  LLC pshah@mcgrailbensinger.com

Penny R. Stark
on behalf of Creditor Caparra Center Associates/San Patricio Plaza pstarkesq@gmail.com

Perry R Clark
on behalf of Unknown Winiadaewoo Electronics America  Inc. perry@perryclarklaw.com

Perry R Clark
on behalf of Defendant Winiadaewoo Electronics America Inc. perry@perryclarklaw.com

Peter Buenger
on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC pbuenger@curtis.com

Peter Buenger
on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP pbuenger@curtis.com

Peter Buenger
on behalf of Defendant PRESCOTT ASSOCIATES LP pbuenger@curtis.com

Peter Buenger
on behalf of Defendant LUMA CAPITAL S.A.-SPF pbuenger@curtis.com

Peter Buenger
on behalf of Defendant PRESCOTT INVESTORS INC. pbuenger@curtis.com

Peter Buenger
on behalf of Defendant Kinetics Portfolio Trust pbuenger@curtis.com

Peter Buenger
on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. pbuenger@curtis.com

Peter D'Apice
on behalf of Defendant CAK Entertainment Inc. dapice@sbep-law.com

Peter B. Siroka
on behalf of Interested Party Seritage KMT Finance LLC peter.siroka@friedfrank.com
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter B. Siroka
on behalf of Interested Party Seritage SRC Finance LLC peter.siroka@friedfrank.com
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter B. Siroka
on behalf of Interested Party Seritage Growth Properties peter.siroka@friedfrank.com
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Peter J. Roberts
on behalf of Defendant Viking Range  LLC proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Peter M. Aronoff
on behalf of Interested Party United States of America peter.aronoff@usdoj.gov

Peter M. Gilhuly
on behalf of Unknown Simon Property Group  L.P. peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Philip Rantzer
on behalf of Defendant Manhattan Beer Distributors LLC prantzer@manhattanbeer.net

Philip D. Anker
on behalf of Defendant ESL Institutional Partners L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
on behalf of Defendant SPE I Partners L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant JPP LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Partners L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant Edward Scott "Eddie" Lampert philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant SPE Master I L.P. philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant CRK Partners LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Investors  L.L.C. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant JPP II LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant RBS Investment Management LLC philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant ESL Investments  Inc. philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Defendant RBS Partners LP philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip E. Strok

on behalf of Creditor Paco (China) Garment Ltd. pstrok@swelawfirm.com
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Phillip Russell Perdew

on behalf of Interested Party Pension Benefit Guaranty Corporation rperdew@lockelord.com  autodocket@lockelord.com

Phillip W. Bohl

on behalf of Defendant Blue Line Foodservice Distribution  Inc. phillip.bohl@lathropgpm.com

Phillip W. Bohl

on behalf of Unknown Blueline Foodservice Distribution  Inc. phillip.bohl@lathropgpm.com

R. John Clark

on behalf of Creditor Environmental Products and Services  Inc. rjclark@hancocklaw.com

R. William Metzger, Jr.

on behalf of Creditor Guy Roofing  Inc. bmetzger@robinsongray.com, mwhite@robinsongray.com

Rachel E. Edwards

on behalf of Interested Party Liberty Mutual Insurance Company redwards@l-llp.com  ehyman@l-llp.com

Rachel Ehrlich Albanese

on behalf of Interested Party Transform Holdco LLC rachel.albanese@dlapiper.com  rachel-albanese-9956@ecf.pacerpro.com

Rachel J. Mauceri

on behalf of Unknown Maersk Agency U.S.A.  Inc., as agent for Maersk Line A/S rmauceri@rc.com, cmarcovecchio@rc.com

Rachel J. Mauceri

on behalf of Unknown U.S. Security Associates  Inc. rmauceri@rc.com, cmarcovecchio@rc.com

Rachel M. Cherington

on behalf of Defendant Cesar L. Alvarez rcherington@jhany.com

Rachel R Obaldo

on behalf of Creditor Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov  sherri.simpson@oag.texas.gov

Rafael Gonzalez

on behalf of Defendant Mayaguez Optical Laboratories Inc. rgv@g-glawpr.com

Rafael Humberto Ramirez

on behalf of Creditor Puerto Rico Electric Power Authority rhr@corretjerlaw.com

Rafael X. Zahralddin

|  |  |
|---|---|
|  | on behalf of Interested Party McDonald's Corporation rxza@elliottgreenleaf.com |
| Rafael X. Zahralddin | |
|  | on behalf of Defendant Permission Data  LLC rxza@elliottgreenleaf.com |
| Rahul Mukhi | |
|  | on behalf of Creditor JPP II  LLC rmukhi@cgsh.com, maofiling@cgsh.com |
| Rahul Mukhi | |
|  | on behalf of Creditor ESL Investments  Inc. rmukhi@cgsh.com, maofiling@cgsh.com |
| Rahul Mukhi | |
|  | on behalf of Creditor JPP  LLC rmukhi@cgsh.com, maofiling@cgsh.com |
| Rajeev Kumar Adlakha | |
|  | on behalf of Other Prof. Vorys  Sater, Seymour and Pease LLP rkadlakha@vorys.com |
| Ramon Coto-Ojeda | |
|  | on behalf of Creditor Payco Foods Corporation nac@crlawpr.com |
| Randall T. Adams | |
|  | on behalf of Defendant Trustee of the DRT 1/14/14 ANNUITY TRUST randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant JHT 12/5/13 ANNUITY TRUST randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant Daniel R Tisch randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant SAC CAPITAL ASSOCIATES LLC randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant MASON CAPITAL MGMT LLC randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant LOCKHEED MARTIN CORPORATION MASTER RETIREMENT randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant Trustee of the Andrew H. Tisch 10/10/2014 Annuity Trust randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant Andrew H Tisch randall.adams@srz.com |
| Randall T. Adams | |
|  | on behalf of Defendant Trustee of the DRT 12/5/13 ANNUITY TRUST randall.adams@srz.com |
| Raniero D'Aversa | |
|  | on behalf of Creditor Contact US Teleservices (Atento) rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com |
| Raniero D'Aversa | |
|  | on behalf of Creditor TELUS International (U.S.) Corporation rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com |
| Raul J Sloezen | |
|  | on behalf of Defendant Awesome Products Inc. rjsloezen@sloezenlaw.com |
| Ray C Schrock | |
|  | on behalf of Debtor Kmart Operations LLC ray.schrock@weil.com  matthew.goren@weil.com |
| Ray C Schrock | |
|  | on behalf of Debtor Sears  Roebuck and Co. ray.schrock@weil.com, matthew.goren@weil.com |
| Ray C Schrock | |
|  | on behalf of Debtor Sears Operations LLC ray.schrock@weil.com  matthew.goren@weil.com |
| Ray C Schrock | |
|  | on behalf of Debtor Kmart Holding Corporation ray.schrock@weil.com  matthew.goren@weil.com |
| Ray C Schrock | |
|  | on behalf of Debtor Sears Holdings Corporation ray.schrock@weil.com  matthew.goren@weil.com |
| Raymond W Ferrario | |
|  | on behalf of Defendant Calidad Auto Tech Inc. ferrariobk@comcast.net |
| Rebeca Caquias-Mejias | |
|  | on behalf of Defendant Benitez Hermanos  Inc. notices@rcmlawpr.com |
| Rebecca K. O'Brien | |
|  | on behalf of Defendant Masterpieces Puzzle Co.  Inc. rebecca.obrien@pcao.pima.gov |
| Rebecca K. O'Brien | |
|  | on behalf of Unknown Masterpieces Puzzle Co.  Inc. rebecca.obrien@pcao.pima.gov |

Regina Cohen
                     on behalf of Defendant Emerson Healthcare LLC rcohen@lavin-law.com  ksweeney@lavin-law.com

Richard Corbi
                     on behalf of Unknown Richard Corbi rcorbi@corbilaw.com

Richard Klass
                     on behalf of Creditor Qazim B. Krasniqi richklass@courtstreetlaw.com

Richard Klass
                     on behalf of Creditor Anthony Scullari richklass@courtstreetlaw.com

Richard A. Aguilar
                     on behalf of Creditor ARI Fleet LT richard.aguilar@arlaw.com  annie.parish@arlaw.com

Richard A. Chesley
                     on behalf of Interested Party Transform Holdco LLC richard.chesley@dlapiper.com

Richard A. Robinson
                     on behalf of Creditor California Drive In Theaters  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson
                     on behalf of Defendant Folsom Services  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson
                     on behalf of Defendant Ricoh USA  Inc. rrobinson@burr.com, debankruptcy@burr.com

Richard A. Robinson
                     on behalf of Defendant Ricoh Production Print Solutions rrobinson@burr.com  debankruptcy@burr.com

Richard A. Stieglitz, Jr.
                     on behalf of Creditor SHLD Lendco  LLC RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Richard B. Levin
                     on behalf of Unknown Reynolds Consumer Products LLC rlevin@jenner.com

Richard C. Pedone
                     on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION rpedone@nixonpeabody.com

Richard D Brady
                     on behalf of Defendant E&E Co. Ltd. richard@thebradyfirm.com

Richard J Bernard
                     on behalf of Unknown Briggs & Stratton Corporation richard.bernard@faegredrinker.com

Richard J. McCord
                     on behalf of Unknown ZG Apparel Group LLC RMcCord@CBAH.com
                     afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
                     on behalf of Creditor Studio 1 Div. of Shazdeh Fashions RMcCord@CBAH.com
                     afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
                     on behalf of Defendant ZG Apparel Group LLC RMcCord@CBAH.com
                     afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
                     on behalf of Creditor The Libman Company RMcCord@CBAH.com
                     afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. McCord
                     on behalf of Defendant Studio 1 RMcCord@CBAH.com
                     afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com

Richard J. Parks
                     on behalf of Creditor Sun Industrial  Inc. rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com

Richard L. Zucker
                     on behalf of Creditor Westmount Plaza Associates rzucker@lasserhochman.com

Richard L. Zucker
                     on behalf of Creditor Oster Yorktown Properties  LLC rzucker@lasserhochman.com

Richard L. Zucker
                     on behalf of Creditor U.S. Realty 86 Associates rzucker@lasserhochman.com

Richard M. Seltzer
                     on behalf of Creditor Workers United rseltzer@cwsny.com  ecf@cwsny.com

Richard M. Seltzer
                     on behalf of Creditor United Steelworkers rseltzer@cwsny.com  ecf@cwsny.com

Richard M. Seltzer
    on behalf of Creditor International Union  UAW rseltzer@cwsny.com, ecf@cwsny.com

Richard R. Gleissner
    on behalf of Defendant HVAC Repairs LLC rick@gleissnerlaw.com  anissa@gleissnerlaw.com

Richard T. Davis
    on behalf of Creditor Cafaro Management Company rdavis@cafarocompany.com

Rick Aaron Steinberg
    on behalf of Interested Party TOTE  Inc. rsteinberg@pricemeese.com

Rick Bruce Antonoff
    on behalf of Creditor South Pacific Fashions Ltd. rantonoff@blankrome.com  edocketing@blankrome.com

Rita L Hullett
    on behalf of Defendant Franke Kitchen Systems  LLC rhullett@bakerdonelson.com

Robert Carson
    on behalf of Creditor Forbes/Cohen Florida Properties  LP rcarson@carsonfischer.com

Robert Dehney
    on behalf of Defendant Dish Network Corporation rdehney@mnat.com  chare@mnat.com

Robert Gayda
    on behalf of Defendant Fairholme Capital Management  L.L.C. gayda@sewkis.com

Robert Gayda
    on behalf of Defendant Bruce Berkowitz gayda@sewkis.com

Robert Honeywell
    on behalf of Defendant ChannelAdvisor Corporation robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant PRESCOTT INTERNATIONAL PARTNERS LP robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant PRESCOTT GENERAL PARTNERS LLC robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Creditor Amazon Services LLC robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Creditor SAS Institute Inc. robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant HORIZON SPIN-OFF & CORP. RESTRUCTURING FD. robert.honeywell@klgates.com
klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant PRESCOTT INVESTORS INC. robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant LUMA CAPITAL S.A.-SPF robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant PRESCOTT ASSOCIATES LP robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant TNG GP SBT DSD robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant Kinetics Portfolio Trust robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Defendant Life Wear Technologies robert.honeywell@klgates.com  klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Creditor Amazon Payments  Inc. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert Honeywell
    on behalf of Creditor Amazon.com Services  Inc. robert.honeywell@klgates.com, klgatesbankruptcy@klgates.com

Robert McCorquodale
    on behalf of Attorney Robert C McCorquodale mhamolka@cpso.com  rmccorquodale@cpso.com

Robert Wilcox
    on behalf of Creditor RGGD  Inc. rw@wlflaw.com

Robert Wilcox
    on behalf of Defendant RGGD Inc. rw@wlflaw.com

District/off: 0208-7

Date Rcvd: Jul 01, 2022

User: admin

Form ID: 144

Page 98 of 116

Total Noticed: 745

Robert A Weisberg

on behalf of Creditor Forbes/Cohen Florida Properties  LP rweisberg@carsonfischer.com, njudge@carsonfischer.com

Robert Craig Martin

on behalf of Interested Party Transform Holdco LLC craig.martin@dlapiper.com
bill-countryman-0154@ecf.pacerpro.com;craig-martin-0553@ecf.pacerpro.com

Robert D. Bass

on behalf of Creditor Jackson Shopping Village  LLP, Successor in Interest to Flamingo Sandhill, a CA General Partnership
bob.bass47@icloud.com, bob.bass47@icloud.com

Robert Eli Michael

on behalf of Defendant Miele  Inc. robert.e.michael.esq@gmail.com

Robert J Shapiro

on behalf of Defendant Madison Center Owner LLC rshapiro@theshapirofirm.com

Robert J. Bruce

on behalf of Unknown Synergetic Staffing  LLC bobbruce@rjblawyerllc.com

Robert K. Dakis

on behalf of Creditor Allure Gems  LLC rd@churchillre.com, bankruptcy@morrisoncohen.com

Robert K. Minkoff

on behalf of Creditor Cedar Glade LP rminkoff@cedargladecapital.com

Robert K. Scheinbaum

on behalf of Unknown M. Holtzman Realty  LLC rscheinbaum@connellfoley.com

Robert L. LeHane

on behalf of Creditor El Centro Mall  LTD. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail Group
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor TLM Realty Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Defendant 1 Imeson Park Blvd  LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Unknown SITE Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Shopcore Properties  L.P. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor LF2 Rock Creek LP KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Defendant 1055 Hanover  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor The Woodmont Company KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Trustees of the Estate of Bernice Pauahi Bishop
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Gregory Greenfield & Associates  Ltd.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Nassimi Realty LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor UR Holding  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Alan Robbins KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor GC Columbia  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Sun Valley  Ltd. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Radiant Partners LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Weingarten Realty Investors
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Realty Income Corp. KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Aston Properties KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor LBA Realty LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Gray Enterprises KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor 1 Imeson Park Blvd  LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Graziadio Investment Company
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Property REIT Inc.
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Spigel Properties KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. Pryor

on behalf of Creditor ABC Supply Co. Inc. rlp@pryormandelup.com

Robert Lewis Doty

on behalf of Creditor Ohio Department of Taxation robert.doty@ohioattorneygeneral.gov

Robert M. Hirsh

on behalf of Defendant Medline Industries  Inc. rhirsh@lowenstein.com

Robert M. Hirsh

on behalf of Interested Party Medline Industries  Inc. rhirsh@lowenstein.com

Robert M. Rosen

on behalf of Interested Party Cushman & Wakefield Inc. rrosen@pmmlaw.com

Robert M. Rosen

on behalf of Defendant Cushman & Wakefield  Inc. rrosen@pmmlaw.com

Robert M. Sasloff

on behalf of Interested Party Wolf Family Series LP d/b/a Series VII rsasloff@leechtishman.com  nmeyers@leechtishman.com

Robert M. Sasloff

on behalf of Creditor Avenel Realty Associates  LLC rsasloff@leechtishman.com, nmeyers@leechtishman.com

Robert M. Sasloff

on behalf of Creditor Wolf Family Series LP d/b/a Series III  Ontario Enterprises of the Wolf Family Series LP
rsasloff@leechtishman.com, nmeyers@leechtishman.com

Robert M. Sasloff

on behalf of Interested Party Rockaway Realty Assocs.  LP rsasloff@leechtishman.com, nmeyers@leechtishman.com

Robert M. Sasloff

on behalf of Creditor Wolf Family Series LP d/b/a Series VII rsasloff@leechtishman.com  nmeyers@leechtishman.com

Robert W. Dremluk

on behalf of Defendant Creative Circle LLC rdremluk@culhanemeadows.com  rwd1517@gmail.com,grantecf@gmail.com

Rocco A. Cavaliere

on behalf of Creditor Alpine Creations Ltd. rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Roland Gary Jones

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 100 of 116
Total Noticed: 745

Roland Gary Jones

on behalf of Defendant Applied Staffing Solutions  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Kid Galaxy Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant CAP Barbell  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Paradies Gifts  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Global Product Resources Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant FNA S.P.A. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Infomercials  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Brown-Gonzales II LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Partney Heating and Cooling LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Castle Alliance  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant EZ Maintenance Services  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Bulova Watch Company  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Yoss Heating & Cooling LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Tavano Team pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Founding Fathers Products LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Air Temp Mechanical  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Gensco  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Florida Roof  LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Mcdermott Top Shop LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Citi-Talent Limited pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Rely Services Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Citizen Watch Company of America  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Colgate-Palmolive Company Distr. LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Electri-Chef LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Creditor Colgate-Palmolive Company Distr. LLC pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Colgate-Palmolive Company pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant Danken Building Materials Distribution  Inc. pacer.rolandjones@gmail.com

Roland Gary Jones

on behalf of Defendant The Counter-Fitters Incorporated pacer.rolandjones@gmail.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin

Form ID: 144

Page 101 of 116

Total Noticed: 745

Roland Gary Jones
on behalf of Defendant Billion Best Industrial Ltd. pacer.rolandjones@gmail.com

Roland Scott Keske, I
on behalf of Creditor Liberty Insurance Corporation rsk@lefltd.com  eg@lefltd.com

Roma N. Desai
on behalf of Defendant Stork Craft Mfg. (USA) Inc. Roma.Desai@oag.texas.gov
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Ronald McMillan
on behalf of Creditor Winners Industry Co.  Ltd. rmcmillan@calfee.com

Ronald A. Spinner
on behalf of Defendant Valassis Direct Mail  Inc. spinner@millercanfield.com

Ronald A. Spinner
on behalf of Creditor EPI Printers  Inc. spinner@millercanfield.com

Ronald Alexander Clark, Jr.
on behalf of Unknown Certain Former Directors of Sears Canada  Inc. aclark@cov.com

Ronald Alexander Clark, Jr.
on behalf of Creditor Verizon Capital Corp. aclark@cov.com

Ronald Alexander Clark, Jr.
on behalf of Creditor NCC Key Company aclark@cov.com

Ronald Eric Gold
on behalf of Creditor Macy's West Stores  Inc. rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor The Kroger Co. rgold@fbtlaw.com  awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald Eric Gold
on behalf of Creditor Sitel Operating Corporation rgold@fbtlaw.com
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Ronald M. Tucker
on behalf of Unknown Simon Property Group  L.P. rtucker@simon.com, bankruptcy@simon.com

Rosemarie E. Matera
on behalf of Defendant Oeffinger Crone Heating & Cooling Inc. law@kmpclaw.com

Rosendo E Miranda-Lopez
on behalf of Creditor U.S. ALLIANCE  CORP. notificatio@rmirandalex.net

Ross G Shank
on behalf of Creditor CenturyLink Communications  LLC rshank@kasowitz.com, courtnotices@kasowitz.com

Ross G Shank
on behalf of Creditor Level 3 Communications  LLC rshank@kasowitz.com, courtnotices@kasowitz.com

Rudy J Cerone
on behalf of Creditor ARI Fleet LT rcerone@mcglinchey.com  lgraff@mcglinchey.com

Russell Jackson
on behalf of Creditor Corrina Beth Kenwisher rjackson@thomasjhenrylaw.com

Russell W. Mills
on behalf of Creditor M&G Jewelers  Inc. rmills@bellnunnally.com, nsummerville@bellnunnally.com

Russell W. Savory
on behalf of Creditor BICO Associates GP russell.savory@gmail.com

Ryan C. Reinert
on behalf of Creditor Manco Florida Associates  LLC rreinert@shutts.com, juanitasanchez@shutts.com

Ryan Zachary Gelber
on behalf of Interested Party Transform Holdco LLC zgelber@gelbersantillo.com

Ryanne E. Perio
on behalf of Defendant ESL Investors  L.L.C. ryanne.perio@wilmerhale.com

Ryanne E. Perio
on behalf of Defendant Edward Scott "Eddie" Lampert ryanne.perio@wilmerhale.com

Ryanne E. Perio

District/off: 0208-7                                    User: admin                                    Page 102 of 116
Date Rcvd: Jul 01, 2022                              Form ID: 144                                   Total Noticed: 745

                           on behalf of Defendant RBS Partners LP ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant JPP LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant JPP II LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant ESL Investments  Inc. ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant ESL Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant SPE I Partners L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant RBS Investment Management LLC ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant SPE Master I L.P. ryanne.perio@wilmerhale.com

Ryanne E. Perio
                           on behalf of Defendant ESL Institutional Partners L.P. ryanne.perio@wilmerhale.com

Sabrina L. Streusand
                           on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  prentice@slollp.com

Sacha Ross
                           on behalf of Defendant Orban's Nursery  Inc. sross@grimesgalvano.com

Salah M. Hawkins
                           on behalf of Creditor Stanley Black & Decker  Inc. smhawkins@cravath.com

Salene Kraemer
                           on behalf of Creditor Vir Ventures  Inc. salene@mazurkraemer.com

Salene Kraemer
                           on behalf of Plaintiff AMI Ventures  Inc. salene@mazurkraemer.com

Salene Kraemer
                           on behalf of Creditor AMI Ventures  Inc. salene@mazurkraemer.com

Salene Kraemer
                           on behalf of Defendant Liberty Transportation Inc. salene@mazurkraemer.com

Salene Kraemer
                           on behalf of Creditor Exacme c/o Newacme  LLC salene@mazurkraemer.com

Salene Kraemer
                           on behalf of Plaintiff Vir Ventures  Inc. salene@mazurkraemer.com

Sally E. Veghte
                           on behalf of Defendant C & S Wholesale Grocers  Inc. sveghte@klehr.com

Sam Pugh
                           pmryan@sorlinglaw.com

Samuel C. Wisotzkey
                           on behalf of Creditor Ecolab  Inc. swisotzkey@kmksc.com, kmksc@kmksc.com

Samuel G Encarnacion
                           on behalf of Creditor Maria Gonzalez same@haggertylaw.com

Sandra Bonder
                           on behalf of Unknown Abel Santiago sandrabonder23@gmail.com

Sandra E. Mayerson
                           on behalf of Defendant Animal Adventure  LLC sandy@mhlaw-ny.com

Sandra E. Mayerson
                           on behalf of Unknown City of Minneapolis sandy@mhlaw-ny.com

Sandra E. Mayerson
                           on behalf of Creditor - - Securian Life Insurance sandy@mhlaw-ny.com

Sandra E. Mayerson
                           on behalf of Creditor GitLab Inc. sandy@mhlaw-ny.com

Sandra E. Mayerson
                           on behalf of Unknown - - Securian Financial Group  Inc. sandy@mhlaw-ny.com

Sandra E. Mayerson
                    on behalf of Defendant VFP Fire Systems sandy@mhlaw-ny.com

Sanford Philip Rosen
                    on behalf of Creditor Cranston/BVT Associates  LLP srosen@rosenpc.com, RosenSR81087@notify.bestcase.com

Sara Chenetz
                    on behalf of Defendant Adobe Inc. schenetz@perkinscoie.com  cmallahi@perkinscoie.com

Sara Maresa Posner
                    on behalf of Defendant Pepsi Cola Puerto Rico Distributing LLC sara.posner@hoganlovells.com

Sara Maresa Posner
                    on behalf of Creditor Pepsi Cola Puerto Rico Distributing LLC sara.posner@hoganlovells.com

Sarah J Klebolt
                    on behalf of Creditor 14 Oaks Associates  LLC sjk@carmodymacdonald.com, ala@carmodymacdonald.com

Sarah M. Schrag
                    on behalf of Defendant Zuru LLC sarah.schrag@dentons.com

Sawnie A. McEntire
                    on behalf of Interested Party Cushman & Wakefield Inc. smcentire@pmmlaw.com

Sawnie A. McEntire
                    on behalf of Defendant Cushman & Wakefield  Inc. smcentire@pmmlaw.com

Scott A. Zuber
                    on behalf of Defendant FLP  LLC szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
                    on behalf of Unknown Cardinal Health 110 LLC szuber@csglaw.com  ecf@csglaw.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage SRC Finance LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage KMT Finance LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage Growth Properties scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage MS Holdings LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage Growth Properties  L.P. scott.luftglass@friedfrank.com,
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage KMT Mezzanine Finance LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage SPS Holdings LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage GS Holding LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott Brian Luftglass
                    on behalf of Defendant Seritage SRC Mezzanine Finance LLC scott.luftglass@friedfrank.com
                    ManagingAttorneysDepartment@friedfrank.com

Scott D. Fink
                    on behalf of Creditor Toyota Industries Commercial Finance  Inc. brodellecf@weltman.com

Scott E. Blakeley
                    on behalf of Creditor The Clorox Sales Company seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley
                    on behalf of Defendant Clorox Manufacturing Company of Puerto Rico  Inc. seb@blakeleyllp.com, ecf@blakeleyllp.com

Scott E. Blakeley
                    on behalf of Defendant RFP Atlas Sales LLC seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott E. Blakeley
                    on behalf of Defendant The Clorox Sales Company seb@blakeleyllp.com  ecf@blakeleyllp.com

Scott I. Davidson
on behalf of Creditor Husqvarna Consumer Outdoor Products N.A. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott K. Charles
on behalf of Debtor Sears Holdings Corporation skcharles@wlrk.com  calert@wlrk.com

Scott M. Harrington
on behalf of Defendant Thule Inc. sharrington@dmoc.com

Scott M. Harrington
on behalf of Defendant Parfums de Coeur  Ltd. sharrington@dmoc.com

Sean A. O'Neal
on behalf of Creditor JPP  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor JPP II  LLC soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Plaintiff Transform Holdco LLC soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor ESL Investments  Inc. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Edward S. Lampert soneal@cgsh.com  maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party ESL Partners  L.P. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Interested Party Transform Holdco LLC soneal@cgsh.com  maofiling@cgsh.com

Sean A. OKeefe
on behalf of Creditor JW Mitchell Company  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean A. OKeefe
on behalf of Unknown J.W. Mitchell Company  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean C. Southard
on behalf of Creditor Haier U.S. Appliance Solutions  Inc. d/b/a GE Appliances ssouthard@klestadt.com

Sean C. Southard
on behalf of Unknown Rebuilding Together  Inc. ssouthard@klestadt.com

Sean C. Southard
on behalf of Creditor Southwest Sign Group  Inc., d/b/a Apex Sign Group ssouthard@klestadt.com

Sean C. Southard
on behalf of Mediator Sean Southard ssouthard@klestadt.com

Sean C. Southard
on behalf of Creditor GLP US Management  LLC and its affiliates ssouthard@klestadt.com

Sean E. O'Donnell
on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
sodonnell@herrick.com  courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean E. O'Donnell
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al., acting on behalf of the
Debtors' Estates sodonnell@herrick.com, courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean E. O'Donnell
on behalf of Spec. Counsel Special Conflicts Counsel to the Official Committee of sodonnell@herrick.com
courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com

Sean M. Kemp
on behalf of Defendant Weveel LLC sean@seanmkemp.com

Sean Patrick Williams
on behalf of Defendant California Costume Collections  Inc. swilliams@lplegal.com,
ikropiewnicka@lplegal.com;ecaldwell@lplegal.com

Sean Patrick Williams
on behalf of Defendant Productworks LLC swilliams@lplegal.com  ikropiewnicka@lplegal.com;ecaldwell@lplegal.com

Sedric Banks
on behalf of Creditor Jerry and Esther Vosburg sedbanks@aol.com

Sergey Joseph Litvak
on behalf of Defendant US Air Comfort joelitvakesq@gmail.com

Seth Van Aalten

|  |  |
|---|---|
| | on behalf of Creditor Washington Prime Group Inc. svanaalten@coleschotz.com ssallie@coleschotz.com;fpisano@coleschotz.com |
| Shana A. Elberg | |
| | on behalf of Interested Party Bank of America N.A. Shana.Elberg@skadden.com, wendy.lamanna@skadden.com;andrea.bates@skadden.com;christopher.heaney@skadden.com |
| Shane Ramsey | |
| | on behalf of Creditor Retail Opportunity Investments Corp. shane.ramsey@nelsonmullins.com jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com |
| Shanna M. Kaminski | |
| | on behalf of Defendant Counter Impressions LLC skaminski@kaminskilawpllc.com |
| Shannon Gross | |
| | on behalf of Defendant RIEF RMP LLC shannon.gross@kattenlaw.com |
| Shannon Gross | |
| | on behalf of Defendant GF TRADING LLC shannon.gross@kattenlaw.com |
| Shannon Gross | |
| | on behalf of Defendant RIEF Trading LLC shannon.gross@kattenlaw.com |
| Shannon Gross | |
| | on behalf of Defendant HAP TRADING LLC shannon.gross@kattenlaw.com |
| Shannon Jost | |
| | on behalf of Defendant ASG Technologies Group shannon.jost@stokeslaw.com alicia.cason@stokeslaw.com |
| Shari Barak | |
| | on behalf of Creditor Wells Fargo Bank National Association sbarak@logs.com, LOGSECF@logs.com |
| Sharon Jessica Zinns | |
| | on behalf of Creditor Armande Mock sharon@zinnslaw.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shawn Randall Fox | |
| | on behalf of Defendant Renfro Corporation sfox@mcguirewoods.com |
| Shawn Randall Fox | |
| | on behalf of Creditor Apex Systems LLC sfox@mcguirewoods.com |
| Shelby Zawel | |
| | on behalf of Unknown Fulcrum Credit Partners LLC szawel@fulcruminv.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor Team Worldwide Corporation sgiugliano@rmfpc.com tpavalis@diamondmccarthy.com |
| Sidney P. Levinson | |
| | on behalf of Defendant Cascade Investment LLC slevinson@debevoise.com, jeroberts@debevoise.com;khollingsworth@debevoise.com;imcusano@debevoise.com |
| Simon Aron | |
| | on behalf of Creditor Wolf Family Series LP d/b/a Series III Ontario Enterprises of the Wolf Family Series LP saron@wrslawyers.com, jnarcise@wrslawyers.com |
| Sonia E Colon | |
| | on behalf of Creditor Luan Investment SE scolon@ferraiuoli.com edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com |
| Sonia E Colon | |
| | on behalf of Creditor Deportes Salvador Colom Inc. scolon@ferraiuoli.com edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com |
| Sonia E Colon | |
| | on behalf of Defendant Deportes Salvador Colom Inc. scolon@ferraiuoli.com edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com |
| Sonia E Colon | |
| | on behalf of Plaintiff Santa Rosa Mall LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com |
| Sonia E Colon | |
| | on behalf of Creditor Santa Rosa Mall LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com |
| Stanley B. Tarr | |
| | on behalf of Creditor Hansae Co. Ltd. tarr@blankrome.com |
| Stanley M Slonaker | |
| | on behalf of Creditor Jose Acosta Stan@SSlonaker.us |
| Stephan William Milo | |
| | on behalf of Defendant Fibre World Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com |

District/off: 0208-7

Date Rcvd: Jul 01, 2022

User: admin

Form ID: 144

Page 106 of 116

Total Noticed: 745

Stephan William Milo

on behalf of Defendant Ibertile Ceramic smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant True Manufacturing Co.  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant N.L.M.S.  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Walnut Hill Properties LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Dover Grease Trap Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Tasty Main LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Melitta Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Cole Road Distribution Center smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Wick Communications Company smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Quality Handyman smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Ryad Consulting  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant JPHowell and Associates Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Georgia Subsequent Injury Trust Fund smilo@wawlaw.com
jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Perfect Fit Industries  LLC smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant CMC Mechanical LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Tecumseh Heating And Air smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Sakutori Designs LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Solid Choice Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Rushmore Photo & Gifts Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Rainbow Cotton Candy LLC smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Pepsi-Cola Bottling Company of Guam Inc. smilo@wawlaw.com
jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Gretchen International Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Johnson United  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Killer Bee Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant KS Design Remodeling Inc. smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant Garden & Lights Company Limited smilo@wawlaw.com  jjohnson@wawlaw.com;psilling@wawlaw.com

Stephan William Milo

on behalf of Defendant R E Daigle & Son Electrical  Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;psilling@wawlaw.com

Stephanie Wickouski
on behalf of Defendant Shaw Industries  Inc. swickouski@lockelord.com,
dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Stephanie Wickouski
on behalf of Creditor Shaw Industries  Inc. swickouski@lockelord.com,
dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Stephanie Rene' Barnes
on behalf of Defendant Infinitude Creative Group  LLC sbarnes@plunksmith.com

Stephen Montgomery
on behalf of Creditor Flynn Enterprises  LLC smontgomery@nealharwell.com

Stephen Montgomery
on behalf of Defendant Flynn Enterprises LLC smontgomery@nealharwell.com

Stephen A Corr
on behalf of Creditor John Fraser scorr@begleycarlin.com

Stephen B. Gerald
on behalf of Creditor J. M. Smucker Company  sgerald@wtplaw.com  clano@wtplaw.com

Stephen B. Gerald
on behalf of Interested Party The J.M. Smucker Company  Ainsworth Pet Nutrition LLC sgerald@wtplaw.com,
clano@wtplaw.com

Stephen B. Gerald
on behalf of Creditor Ainsworth Pet Nutrition  LLC sgerald@wtplaw.com, clano@wtplaw.com

Stephen B. Selbst
on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
sselbst@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Attorney Herrick  Feinstein LLP sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Stephen C Lane
on behalf of Attorney Stephen C Lane steve@stevelanelawoffice.com

Stephen C Lane
on behalf of Defendant Romy's Plumbing Inc. steve@stevelanelawoffice.com

Stephen M. Miller
on behalf of Interested Party Greensboro Lease Management  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Interested Party Net Lease Management Partners  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Creditor Yoder-17th Street Properties  LLC smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Interested Party Drake Pacer Penry Acquisition  LLC smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Miller
on behalf of Interested Party Brighton Lease Management  L.L.C. smiller@morrisjames.com, wweller@morrisjames.com

Stephen M. Packman
on behalf of Unknown PREIT Services  LLC, as agent for PR North Dartmouth, LLC spackman@archerlaw.com,
ahuber@archerlaw.com;jkulback@archerlaw.com

Stephen Vincent Falanga
on behalf of Defendant Schindler Elevator Corporation sfalanga@walsh.law  ntravostino@walsh.law

Stephen Vincent Falanga
on behalf of Creditor Schindler Elevator Corporation sfalanga@walsh.law  ntravostino@walsh.law

Steven Balasiano
on behalf of Defendant NES Jewelry  Inc. steven@balasianolaw.com

Steven Richman
on behalf of Defendant RGIS  LLC srichman@clarkhill.com

Steven Richman
on behalf of Creditor Epicor Software Corporation srichman@clarkhill.com

Steven Wirth
on behalf of Debtor Sears Holdings Corporation steven.wirth@akerman.com

jennifer.meehan@akerman.com;caren.deruiter@akerman.com;raye.elliott@akerman.com

Steven A. Ginther

on behalf of Creditor Missouri department of revenue sdnyecf@dor.mo.gov

Steven B Smith

on behalf of Spec. Counsel Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors
ssmith@herrick.com  ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com

Steven Charles Farkas

on behalf of Creditor AMERICAN CASTING & MANUFACTURING CORP. scf@cohmlaw.com
daominez@cohmlaw.com;lah@cohmlaw.com

Steven J. Reisman

on behalf of Plaintiff Sears  Roebuck and Co. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Plaintiff California Builder Appliances  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Counter-Defendant Sears  Roebuck and Co. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Plaintiff StarWest  LLC sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Counter-Defendant Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Plaintiff Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Unknown Kmart Holding Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Debtor Sears Holdings Corporation sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Plaintiff Sears Home Improvement Products  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman

on behalf of Plaintiff Florida Builder Appliances  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven W. Kelly

on behalf of Creditor Wilson Norridge  LLC skelly@s-d.com

Steven W. Kelly

on behalf of Creditor AmCap Wilson II  LLC skelly@s-d.com

Steven W. Kelly

on behalf of Creditor HRA Fountains LP skelly@s-d.com

Stuart M Maples

on behalf of Defendant Sunshine Mills  Inc. smaples@mapleslawfirmpc.com

Sue Liu Chin

on behalf of Defendant Pfizer Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Sub-Zero Group  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Appliance Alliance Installations LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Gold Coast Beverage  LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Chicago Beverage Systems  LLC schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant S. C. Johnson & Son  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Rawlings Sporting Goods Company  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant Samsonite LLC schin@borgeslawllc.com

Sunny Singh

on behalf of Debtor Sears Holdings Corporation sunny.singh@weil.com
Paloma.VanGroll@weil.com;Philip.DiDonato@weil.com

Tammy L. Terrell Benoza
on behalf of Creditor SEARS  ROEBUCK AND CO. bankruptcy@fskslaw.com

Tanya Korkhov
on behalf of Respondent Lavarita Meriwether tkorkhov@scott-scott.com

Tanya Korkhov
on behalf of Respondent Robert Catalfano tkorkhov@scott-scott.com

Tara LeDay
on behalf of Creditor Mexia I. S. D. tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Burnet CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Bowie CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor The County of Limestone  Texas tleday@mvbalaw.com,
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Midland CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Guadalupe County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Denton County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Brazos County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Cherokee County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Bell TAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Williamson County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Henderson County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor City of Waco et al tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Brown CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Cherokee CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Harrison CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Harrison County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Coryell County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
on behalf of Creditor Taylor CAD tleday@mvbalaw.com

tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Wharton County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Bastrop County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Unknown Texas Ad Valorem Taxing Jurisdictions tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Jasper County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Anderson County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Terry CAD tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Erath County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Comal County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Texas Taxing Jurisdictions tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Bosque County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay

on behalf of Creditor Hays County tleday@mvbalaw.com
tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara B. Annweiler

on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara J Schellhorn

on behalf of Defendant Easy Gardener Products  Inc. tschellhorn@riker.com, jschwartz@riker.com

Tara J Schellhorn

on behalf of Defendant Pfizer Inc. tschellhorn@riker.com  jschwartz@riker.com

Ted A. Berkowitz

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation  et al.
tberkowitz@moritthock.com, tberkowitz@moritthock.com

Ted A. Dillman

on behalf of Unknown Simon Property Group  L.P. ted.dillman@lw.com, ted-dillman-0492@ecf.pacerpro.com

Thomas Yanega

on behalf of Unknown Beauty Gem  Inc. ty@devacklaw.com

Thomas Yanega

on behalf of Unknown S & J Diamond Corp. ty@devacklaw.com

Thomas A Lynam, III

on behalf of Unknown Stacie Hess tlynam@vll-law.com

Thomas A. Farinella

on behalf of Unknown Stockton Mariposa  LLC tf@lawtaf.com, ecf@lawgmf.com

Thomas Daniel Berghman

on behalf of Creditor Comosoft  Inc. tberghman@munsch.com

Thomas J. Flynn

on behalf of Interested Party MOAC Mall Holding LLC tflynn@larkinhoffman.com
aschaal@larkinhoffman.com,mroeglin@larkinhoffman.com

Thomas J. Moloney

on behalf of Interested Party ESL Partners  L.P. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 111 of 116
Total Noticed: 745

Thomas J. Moloney
on behalf of Creditor JPP II  LLC tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor ESL Investments  Inc. tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Plaintiff Transform Holdco LLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Interested Party Transform Holdco LLC tmoloney@cgsh.com  dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Moloney
on behalf of Creditor JPP  LLC tmoloney@cgsh.com, dschwartz@cgsh.com;maofiling@cgsh.com

Thomas J. Sansone
on behalf of Creditor Crossroads Joint Venture  LLC tsansone@carmodylaw.com

Thomas J. Schell
on behalf of Defendant Hong Kong City Toys Factory Limited tjschell@bclplaw.com  dortiz@bclplaw.com

Thomas James Salerno
on behalf of Interested Party Telesoft Corp thomas.salerno@stinson.com  Karen.graves@stinson.com

Thomas L Abrams
on behalf of Defendant Exist  Inc. tabrams@tabramslaw.com

Thomas M. Gaa
on behalf of Creditor Oath (Americas) Inc. tgaa@bbslaw.com  yessenia@bbslaw.com

Thomas M. Gaa
on behalf of Creditor salesforce.com  inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas R. Fawkes
on behalf of Defendant Daniel J. Edelman  Inc. thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Reynolds Consumer Products LLC thomas.fawkes@tuckerellis.com  brittany.falkner@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Reynolds Presto Products Inc. thomas.fawkes@tuckerellis.com  brittany.falkner@tuckerellis.com

Thomas R. Fawkes
on behalf of Defendant Zeno Group  Inc. thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com

Thomas R. Fawkes
on behalf of Creditor Infinite Peripherals  Inc. thomas.fawkes@tuckerellis.com, brittany.falkner@tuckerellis.com

Thomas R. Slome
on behalf of Creditor Delmarva Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Salt River Project tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Yankee Gas Services Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Metropolitan Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Defendant Luv n' care Ltd. tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Kingsport Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Monongahela Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Public Service Company of Oklahoma tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Jersey Central Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Eastern Massachusetts and NStar Electric Company tslome@cullenanddykman.com cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Western Massachusetts tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Toledo Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Appalachian Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Southern California Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Commonwealth Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Sacramento Municipal Utility District tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor San Diego Gas and Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor The Cleveland Electric Illuminating Company tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor City of Ocala  Florida tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Public Service Company of New Hampshire tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Florida Power & Light Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor The Potomac Electric Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Arizona Public Service Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Connecticut Light & Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor New York State Electric and Gas Corporation tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Atlantic City Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Narragansett Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor KeySpan Energy Delivery Long Island tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor NStar Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Potomac Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Rochester Gas & Electric Corporation tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Colonial Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Pennsylvania Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Southern California Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor KeySpan Energy Delivery New York tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Ohio Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome
on behalf of Creditor Kentucky Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

District/off: 0208-7          User: admin          Page 113 of 116
Date Rcvd: Jul 01, 2022          Form ID: 144          Total Noticed: 745

Thomas R. Slome

on behalf of Creditor UNS Electric  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Baltimore Gas and Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor West Penn Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor The Dominion East Ohio Gas Company d/b/a Dominion East Ohio tslome@cullenanddykman.com
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Orange & Rockland Utilities tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Consolidated Edison Company of New York  Inc. tslome@cullenanddykman.com,
cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Tucson Electric Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Georgia Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Boston Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Massachusetts Electric Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Indiana Michigan Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Niagara Mohawk Power Corporation tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Ohio Edison Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Public Service Electric and Gas Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor Pennsylvania Power Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor UNS Gas  Inc. tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Thomas R. Slome

on behalf of Creditor PECO Energy Company tslome@cullenanddykman.com  cmohan@cullenanddykman.com

Thomas Ross Hooper

on behalf of Defendant Fairholme Capital Management  L.L.C. hooper@sewkis.com

Thomas Ross Hooper

on behalf of Defendant Bruce Berkowitz hooper@sewkis.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Phillips Edison & Company tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor 67500 South Main Street  Richmond, LLC tonder@stark-stark.com

Timothy F. Nixon

on behalf of Creditor A.O. Smith Corporation tnixon@gklaw.com  kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon

on behalf of Defendant Johnson Controls  Inc. tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon

on behalf of Defendant Dxd Investments  LLC tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon

on behalf of Creditor Johnson Controls  Inc. tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon

on behalf of Defendant York International Corp. tnixon@gklaw.com  kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon

on behalf of Defendant Johnson Controls Security Solutions LLC tnixon@gklaw.com
kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy F. Nixon

on behalf of Defendant Wipfli LLP tnixon@gklaw.com  kboucher@gklaw.com;ekulpinski@gklaw.com

Timothy G. Holden

on behalf of Defendant ADT LLC tholden@tholdenlaw.com

Todd Strassberg

on behalf of Defendant Revise Clothing Inc. todd@strassbergpc.com

Todd Allan Atkinson

on behalf of Defendant Wicked Fashions Inc. todd.atkinson@wbd-us.com

Todd Allan Atkinson

on behalf of Creditor NCR Corporation todd.atkinson@wbd-us.com

Todd Allan Atkinson

on behalf of Defendant NCR Corporation todd.atkinson@wbd-us.com

Todd Morris Arnold

on behalf of Interested Party Certified Capital LP tma@lnbyg.com

Todd Morris Arnold

on behalf of Creditor Weihai Lianqiao International Coop. Group Co.  Ltd. tma@lnbyg.com

Tracy L. Klestadt

on behalf of Defendant Rikon Power Tools Inc. tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Creditor Shidler/West Finance Partners V L.P. tklestadt@klestadt.com  tklestadt@yahoo.com

Tracy L. Klestadt

on behalf of Defendant GGF LLC tklestadt@klestadt.com  tklestadt@yahoo.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vera N Kanova

on behalf of Creditor Commonwealth of PA Dept. of Environmental Protection verkanova@pa.gov

Veronique Urban

on behalf of Creditor Midwood Management Corp. vurban@mcgrailbensinger.com

Victor Newmark

on behalf of Creditor 156 Tom Hill  LLC vnewmark@evict.net

Victor Russame

on behalf of Defendant Nantong Splendor International victor@lawofficeofsamwu.com

Victoria D. Garry

on behalf of Creditor Ohio Department of Taxation vgarry@ag.state.oh.us

Vincent Levy

on behalf of Defendant Kunal Kamlani vlevy@hsgllp.com

Vincent Edward Lazar

on behalf of Creditor Electrolux Puerto Rico  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Defendant The Eureka Company vlazar@jenner.com

Vincent Edward Lazar

on behalf of Creditor Electrolux Home Products  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Creditor Electrolux Home Care Products  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Creditor Electrolux North America  Inc. vlazar@jenner.com

Vincent Edward Lazar

on behalf of Defendant Electrolux Home Products  Inc. vlazar@jenner.com

Vincent J. Roldan

on behalf of Creditor Hain Capital Investors Master Fund Ltd. vroldan@mblawfirm.com

Vincent M. Marino

on behalf of Defendant SCS Direct  Inc. vmarino@mzslaw.com

Vivek Suri

Vivek Suri
on behalf of Unknown Weavetex Overseas info@viveksuri.com lawyer@surilawoffice.com

Vivek Suri
on behalf of Unknown Sumit Textile Industries info@viveksuri.com lawyer@surilawoffice.com

Vivek Suri
on behalf of Creditor KG Denim Limited info@viveksuri.com lawyer@surilawoffice.com

Vivek Suri
on behalf of Creditor Weavetex Overseas info@viveksuri.com lawyer@surilawoffice.com

Vivek Suri
on behalf of Creditor Sumit Textile Industries info@viveksuri.com lawyer@surilawoffice.com

Vivek Suri
on behalf of Unknown Infiiloom India Private Limited info@viveksuri.com lawyer@surilawoffice.com

Wanda Borges
on behalf of Creditor Kenney Manufacturing Company ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Gold Coast Beverage LLC ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Rawlings Sporting Goods Company Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Creditor Sub-Zero Group Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant S. C. Johnson & Son Inc. ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Chicago Beverage Systems LLC ecfcases@borgeslawllc.com

Wanda Borges
on behalf of Defendant Sub-Zero Group Inc. ecfcases@borgeslawllc.com

Wendy M. Simkulak
on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wes Earnhardt
on behalf of Defendant Paul G. DePodesta wearnhardt@cravath.com

Wes Earnhardt
on behalf of Defendant William C. Kunkler wearnhardt@cravath.com

Wes Earnhardt
on behalf of Defendant Ann N. Reese wearnhardt@cravath.com

Whitney Seltzer
on behalf of Defendant Heartland Express Inc. wseltzer@foleymansfield.com

Wigberto Lugo Mender
on behalf of Defendant Quintana & Sons Trading LLC wlugo@lugomender.com

William McCarron, Jr.
on behalf of Creditor Pension Benefit Guaranty Corporation mccarron.william@pbgc.gov efile@pbgc.gov

William Austin Jowers
on behalf of Creditor Husqvarna Consumer Outdoor Products N.A. ajowers@kslaw.com jcmccullough@kslaw.com

William B. Kerr
on behalf of Creditor COMM 2006-C8 Shaw Avenue Clovis LLC wkerr@kerrllp.com

William E. Brueckner
on behalf of Defendant Perry Kessler wbrueckner@woodsoviatt.com sciaio@mccmlaw.com

William E. Kelleher, Jr.
on behalf of Creditor Bonita Casa LLC bill.kelleher@dentons.com, michelle.graeb@dentons.com;helen.ward@dentons.com

William J. Factor
on behalf of Defendant BBJ Group LLC wfactor@wfactorlaw.com nbouchard@wfactorlaw.com

William J. Hanlon
on behalf of Creditor Tupart II LLC whanlon@seyfarth.com,
bankruptcydocket@seyfarth.com,2875011420@filings.docketbird.com

William J. Levant
on behalf of Creditor Mac Dade Mall Associates L.P. efile.wjl@kaplaw.com

William L Siegel
on behalf of Defendant TJ Daniels Inc. bsiegel@cowlesthompson.com brodela@cowlesthompson.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 116 of 116
Total Noticed: 745

William M. Buchanan

on behalf of Defendant Northtowne Associates Inc. wbuchanan@cohenseglias.com

William P. Weintraub

on behalf of Creditor Intralinks  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Unknown Wicked Audio  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Defendant Intralinks  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Interactions Corporation wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William S. Hackney

on behalf of Defendant Live Logistics Corp. WHackney@salawus.com  jadams@salawus.com;rlaas@salawus.com

Yann Geron

on behalf of Creditor Adam Levine Productions  Inc. ygeron@geronlegaladvisors.com,
ygeronnys@ecf.axosfs.com;jlitos@geronlegaladvisors.com;asuffern@axosfs.com;ygeron@geronlegaladvisors.com;nsantucci@ge
ronlegaladvisors.com;adreher@geronlegaladvisors.com

Yaron Shaham

on behalf of Creditor Panache International LLC yshaham@kahanafeld.com

Ying Cao

on behalf of Defendant Timely Rain Musical Instrument Company Limited ycao@yclawllc.com

Zachary Heller

on behalf of Creditor Meguiars  Inc sarah.akerson@btlaw.com

Zachary Heller

on behalf of Defendant 3M Company sarah.akerson@btlaw.com

Zachary Heller

on behalf of Creditor 3M Puerto Rico sarah.akerson@btlaw.com

Zachary Heller

on behalf of Creditor 3M Company sarah.akerson@btlaw.com

Zachary Evan Mazur

on behalf of Creditor Sarachek Law Firm zachary@saracheklawfirm.com

Zixuan Zhou

on behalf of Defendant Springfield Marketing Group  LLC tomzixuanzhou@gmail.com

TOTAL: 2467