UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**THIRTY THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>APRIL 1, 2022 THROUGH APRIL 30, 2022</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | April 1, 2022 through April 30, 2022 |
| Monthly Fees Incurred: | $83,379.00 |
| Monthly Expenses Incurred: | $251.50 |
| Total Fees and Expenses: | $83,630.50 |

This is a:  __X__ monthly _____ interim _____ final application

       This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

    1.    The fees and expenses for the period from April 1, 2022 through and including April 30, 2022 (the "**Thirty Third Fee Period**") amount to:

| | |
|---|---:|
| Professional Fees | $83,379.00 |
| Expenses | 251.50 |
| **TOTAL** | **$83,630.50** |

    2.    In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $66,703.20 |
| Expenses at 100% | 251.50 |
| **TOTAL** | **$66,954.70** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Thirty Third Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Thirty Third Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Thirty Third Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Thirty Third Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Thirty Third Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Thirty Third Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 21, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
July 6, 2022

>
> FTI CONSULTING, INC.
> Financial Advisors to the Official Committee of
> Unsecured Creditors of Sears Holdings Corporation
>
> By:   */s/ Matthew Diaz*
>       Matthew Diaz, Senior Managing Director
>       1166 Avenue of the Americas, 15th Floor
>       New York, New York 10036
>       Telephone: (212) 499-3611
>       Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Star, Samuel | Sr Managing Dir | Restructuring | 1,200 | 3.3 | $ 3,960.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,200 | 7.7 | 9,240.00 |
| Butterfield, Linda | Senior Director | FLC - Risk & Investigations | 720 | 8.9 | 6,408.00 |
| Eisler, Marshall | Managing Dir | Restructuring | 930 | 18.9 | 17,577.00 |
| Harsha, Adam | Director | FLC - Risk & Investigations | 690 | 3.0 | 2,070.00 |
| Shapiro, Jill | Sr Consultant | Restructuring | 655 | 36.8 | 24,104.00 |
| Lampert, Grace | Consultant | Restructuring | 440 | 45.5 | 20,020.00 |
| **TOTAL** | | | | **124.1** | **$ 83,379.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 3 | Financing Matters (DIP, Exit, Other) | 28.4 | $ 21,561.00 |
| 17 | Wind Down Monitoring | 4.0 | 1,760.00 |
| 18 | Potential Avoidance Actions & Litigation | 89.7 | 58,421.00 |
| 24 | Preparation of Fee Application | 2.0 | 1,637.00 |
| | **TOTAL** | **124.1** | **$83,379.00** |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 4/11/2022 | Eisler, Marshall | 1.1 | Provide comments re: financing motion. |
| 3 | 4/12/2022 | Shapiro, Jill | 0.6 | Review the draft financing motion. |
| 3 | 4/12/2022 | Eisler, Marshall | 1.7 | Review draft financing motion. |
| 3 | 4/13/2022 | Eisler, Marshall | 0.9 | Provide comments to financing motion. |
| 3 | 4/14/2022 | Shapiro, Jill | 3.5 | Review and provide comments to draft financing motion. |
| 3 | 4/14/2022 | Eisler, Marshall | 3.4 | Review and QC draft financing motion. |
| 3 | 4/15/2022 | Diaz, Matthew | 1.4 | Review the proposed financing motion and related declaration. |
| 3 | 4/20/2022 | Shapiro, Jill | 3.5 | Prepare analysis in connection with proposed financing motion. |
| 3 | 4/20/2022 | Star, Samuel | 1.4 | Review Akin draft financing motion. |
| 3 | 4/21/2022 | Lampert, Grace | 0.9 | Review litigation funding model. |
| 3 | 4/22/2022 | Lampert, Grace | 2.9 | Review litigation financing motion and funding model. |
| 3 | 4/25/2022 | Diaz, Matthew | 1.1 | Review the final financing motion. |
| 3 | 4/25/2022 | Diaz, Matthew | 0.8 | Review the filed financing motion. |
| 3 | 4/27/2022 | Lampert, Grace | 1.1 | Review next steps re: litigation financing waterfall. |
| 3 | 4/28/2022 | Star, Samuel | 0.5 | Review analysis in connection with draft litigation financing motion. |
| 3 | 4/28/2022 | Lampert, Grace | 3.6 | Review litigation funding model. |
| **3 Total** | | | **28.4** | |
| 17 | 4/18/2022 | Lampert, Grace | 1.6 | Review key dockets re: plan confirmation. |
| 17 | 4/19/2022 | Lampert, Grace | 2.4 | Review disclosure statement. |
| **17 Total** | | | **4.0** | |
| 18 | 4/1/2022 | Star, Samuel | 0.1 | Review litigation update from Akin. |
| 18 | 4/4/2022 | Butterfield, Linda | 2.8 | Conduct property research. |
| 18 | 4/5/2022 | Butterfield, Linda | 1.3 | Conduct property research and draft slides re: findings. |
| 18 | 4/5/2022 | Butterfield, Linda | 1.0 | Edit ESL findings to date. |
| 18 | 4/5/2022 | Harsha, Adam | 1.2 | Edit draft deck of public records findings. |
| 18 | 4/6/2022 | Butterfield, Linda | 2.0 | Finalize deck re: public record findings. |
| 18 | 4/7/2022 | Diaz, Matthew | 0.7 | Review the Sears mediation order and related procedures. |
| 18 | 4/7/2022 | Star, Samuel | 0.1 | Review Akin update on ESL litigation. |
| 18 | 4/7/2022 | Butterfield, Linda | 1.8 | Conduct research to respond to follow-up questions re: asset search. |
| 18 | 4/7/2022 | Harsha, Adam | 1.8 | Draft responses to Akin follow-up research questions. |
| 18 | 4/12/2022 | Star, Samuel | 0.2 | Review Akin request on forecast analysis. |
| 18 | 4/12/2022 | Shapiro, Jill | 1.0 | Review peer group analysis. |
| 18 | 4/13/2022 | Shapiro, Jill | 3.3 | Prepare and review information in connection with the peer group analysis. |
| 18 | 4/13/2022 | Shapiro, Jill | 0.6 | Update peer group analysis. |
| 18 | 4/13/2022 | Lampert, Grace | 4.0 | Conduct research re: peer group. |
| 18 | 4/14/2022 | Shapiro, Jill | 3.4 | Prepare research re: peer group. |
| 18 | 4/14/2022 | Shapiro, Jill | 1.4 | Review peer group analysis. |
| 18 | 4/14/2022 | Shapiro, Jill | 0.7 | Prepare email re: peer group findings. |
| 18 | 4/14/2022 | Lampert, Grace | 2.4 | Conduct research re: peer group. |
| 18 | 4/14/2022 | Lampert, Grace | 3.8 | Continue to conduct peer group research. |
| 18 | 4/25/2022 | Shapiro, Jill | 0.2 | Prepare for call with mediators. |
| 18 | 4/25/2022 | Eisler, Marshall | 1.9 | Prepare analysis in preparation for call with mediators. |
| 18 | 4/26/2022 | Diaz, Matthew | 1.5 | Review the analysis for the mediators. |
| 18 | 4/26/2022 | Shapiro, Jill | 0.6 | Prepare for call with mediators. |
| 18 | 4/26/2022 | Shapiro, Jill | 0.8 | Review materials in preparation for call with mediators. |
| 18 | 4/26/2022 | Shapiro, Jill | 1.4 | Prepare updated report for mediators. |
| 18 | 4/26/2022 | Shapiro, Jill | 0.7 | Update report for mediators. |
| 18 | 4/26/2022 | Shapiro, Jill | 2.4 | Prepare slides for mediator session. |
| 18 | 4/26/2022 | Shapiro, Jill | 2.3 | Update report for mediators and internal reference materials. |
| 18 | 4/26/2022 | Star, Samuel | 0.5 | Develop presentation to mediators. |
| 18 | 4/26/2022 | Eisler, Marshall | 2.9 | Prepare slides for mediators. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/26/2022 | Lampert, Grace | 3.7 | Prepare presentation for mediators. |
| 18 | 4/26/2022 | Lampert, Grace | 2.5 | Update report for the mediators. |
| 18 | 4/27/2022 | Shapiro, Jill | 2.5 | Prepare information at request of mediators. |
| 18 | 4/27/2022 | Shapiro, Jill | 0.5 | Participate in mediator session. |
| 18 | 4/27/2022 | Shapiro, Jill | 1.2 | Prepare follow ups for mediators. |
| 18 | 4/27/2022 | Star, Samuel | 0.5 | Review mediator report. |
| 18 | 4/27/2022 | Diaz, Matthew | 0.8 | Review the mediation materials. |
| 18 | 4/27/2022 | Eisler, Marshall | 3.7 | Review materials and provide comments to presentation for mediators. |
| 18 | 4/27/2022 | Lampert, Grace | 0.5 | Participate in mediator session. |
| 18 | 4/27/2022 | Lampert, Grace | 3.8 | Prepare analysis in connection with mediator request. |
| 18 | 4/27/2022 | Lampert, Grace | 3.7 | Update analysis in connection with mediator request. |
| 18 | 4/28/2022 | Shapiro, Jill | 0.8 | Review mediator slides. |
| 18 | 4/28/2022 | Eisler, Marshall | 1.9 | Develop updated report for mediators. |
| 18 | 4/28/2022 | Lampert, Grace | 2.8 | Process edits to analysis for mediators. |
| 18 | 4/29/2022 | Shapiro, Jill | 0.5 | Participate on call with Akin re: updated slides. |
| 18 | 4/29/2022 | Shapiro, Jill | 3.5 | Review updated slides in connection with mediator session. |
| 18 | 4/29/2022 | Diaz, Matthew | 0.8 | Review analysis prepared for the mediators. |
| 18 | 4/29/2022 | Eisler, Marshall | 1.4 | Provide comments to updated mediator slides. |
| 18 | 4/29/2022 | Lampert, Grace | 0.5 | Review materials prepared at request of mediators. |
| 18 | 4/29/2022 | Lampert, Grace | 3.4 | Update materials for mediators. |
| 18 | 4/29/2022 | Lampert, Grace | 1.9 | Revise presentation to for the mediators. |
| **18 Total** | | | **89.7** | |
| 24 | 4/10/2022 | Shapiro, Jill | 0.6 | Prepare interim fee application. |
| 24 | 4/11/2022 | Diaz, Matthew | 0.6 | Review the Sears interim fee application. |
| 24 | 4/11/2022 | Shapiro, Jill | 0.3 | Update interim fee application. |
| 24 | 4/12/2022 | Shapiro, Jill | 0.2 | Update interim fee application. |
| 24 | 4/13/2022 | Shapiro, Jill | 0.3 | Finalize interim fee application. |
| **24 Total** | | | **2.0** | |
| **Grand Total** | | | **124.1** | |

18-23538-shl Doc 10521 Filed 07/06/22 Entered 07/06/22 19:04:13 Main Document
Pg 10 of 11
## EXHIBIT D
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Expense Type | Amount |
| --- | --- |
| Electronic Subscriptions | $ 251.50 |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 3/31/2022 | Causton, Daniel | Electronic Subscriptions | Purchase subscription for analysis requested by Counsel. | $ 66.50 |
| 4/1/2022 | Rodriguez, Yolanda | Electronic Subscriptions | Purchase subscription for analysis requested by Counsel. | 168.50 |
| 4/1/2022 | Causton, Daniel | Electronic Subscriptions | Purchase subscription for analysis requested by Counsel. | 1.80 |
| 4/30/2022 | Causton, Daniel | Electronic Subscriptions | Purchase subscription for analysis requested by Counsel. | 14.70 |
| | | **Electronic Subscriptions Total** | | $ 251.50 |
| | | **Grand Total** | | $ 251.50 |