Perry R. Clark (California Bar No. 197101)
*Pro Hac Vice*
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road, Suite 201
Palo Alto, CA 94303
Telephone: (650) 248-5817
Email: perry@perryclarklaw.com

*Counsel for Defendant Winiadaewoo Electronics America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
SEARS HOLDING CORPORATION, *et al.,*            :    Case No. 18-23538-SHL
                                                :    (Jointly Administered)
                            Debtor.[1]          :
---------------------------------------------------------------x
KMART HOLDINGS CORPORATION AND                  :
SEARS, ROEBUCK AND CO.,                         :
                                                :
                            Plaintiffs,         :
        -against-                               :    Adversary No. 20-06982-SHL
                                                :
WINIADAEWOO ELECTRONICS AMERICA,                :
INC., DBA DONGBU DAEWOO                         :
ELECTRONICS AMERICA INC.,                       :
                                                :
                            Defendant.          :
---------------------------------------------------------------x

## CHANGE OF ADDRESS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

PLEAS TAKE NOTICE THAT Defendant WINIA has new address:

WINIA ELECTRONICS AMERICA, INC.
222 Bruce Reynolds Blvd.
Suite #740
Fort Lee, New Jersey 07024

Dated:  July 11, 2022               /s/ *Perry Clark*
                                    Perry R. Clark
                                    Email: perry@perryclarklaw.com
                                    Law Offices of Perry R. Clark
                                    825 San Antonio Road, Suite 201
                                    Palo Alto, CA 94303
                                    Tel.: 650-248-5817

                                    *Attorney for Defendant*