UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re                                                        :    Chapter 11
                                                             :
SEARS HOLDINGS CORPORATION, *et al.*,                        :    Case No. 18-23538 (RDD)
                                                             :
                                     Debtors                 :    (Jointly Administered)
-------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John Mark Stern, to be admitted¸ ***pro hac vice***, to represent the Texas

Comptroller of Public Accounts, Revenue Accounting Division, a creditor in the above-referenced

case, and upon the movant's certification that the movant is a member in good standing of the bar

in the State of Texas and, the bar of the U.S. District Court for the Western District of Texas, it is

hereby

**ORDERED**, that John Mark Stern Esq., is admitted to practice, ***pro hac vice***, in the above-

referenced case to represent the client, in the United States Bankruptcy Court for the Southern

District of New York, provided that the filing fee has been paid.

Dated: July 12, 2022
      White Plains, New York

                                      ***/s/ Sean H. Lane***
                                      UNITED STATES BANKRUPTCY JUDGE