UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : | Case No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION, *et al.*, | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

-------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE,** that the firm of Carter Ledyard & Milburn LLP (the "Firm") hereby notifies the Court and all parties of a change of address and requests that all future pleadings, distributions, notices and/or correspondence in this case be sent to the following address, effective July 25, 2022:

> Carter Ledyard & Milburn LLP
> 28 Liberty Street – 41st Floor
> New York, New York 10005

**PLEASE TAKE FURTHER NOTICE**, that the Firm's telephone and fax numbers and all e-mail addresses remain unchanged.

Dated: July 22, 2022

CARTER LEDYARD & MILBURN LLP

By: ___/s/ James Gadsden_____
     James Gadsden
28 Liberty Street-41st Floor
New York,New York 10005
Tel. 212.732.3200
Fax. 212.732.3232
Attorneys for The Bank of
New York Mellon Trust
Company, N.A., solely in its
capacity as 1995 Unsecured
SRAC Notes Trustee and
2002 Unsecured SRAC
Notes Trustee

8476089.5