RECEIVED IN THE PRO SE OFFICE
JULY 19, 2022 @ 10:31 PM
VIA BOX.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ EASTERN DISTRICT OF NEW YORK

Shaifah Salahuddin,
Plaintiff(s)

v.

Transformco et al.,
Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 21-cv-5625 (HG)(RLM)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Shaifah Salahuddin and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Transformco et al.

Date: 7/19/2022

_____
Signature of plaintiffs or plaintiff's counsel

P.O. Box 70759
Address

Brooklyn NY 11207
City, State & Zip Code

347 397 1345
Telephone Number