18-23538-shl Doc 10536-1 Filed 07/22/22 Entered 07/24/22 10:43:36 Exhibit
Copy of 21-CV5625 Notice of Dismissal    Pg 1 of 1

Case 1:21-cv-05625-HG-PLM Document 41 Filed 07/19/22 Page 1 of 1

RECEIVED IN THE PRO SE OFFICE
JULY 19, 2022 @ 10:31 PM
VIA BOX.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ EASTERN DISTRICT OF NEW YORK

Shaifah Salahuddin,
    Plaintiff(s)
v.
Transformco et al.,
    Defendant(s)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Case No.: 21-CV-5625 (HG)(PLM)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Shaifah Salahuddin and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Transformco et al..

Date: 7/19/2022

_____
Signature of plaintiffs or plaintiff's counsel

P.O. Box 70759
Address

Brooklyn NY 11207
City, State & Zip Code

347 397 1345
Telephone Number