7/20/22

18-23538, 18-23539, 18-23549 et al.

U.S. Bankruptcy Court of The Southern District
of New York
One Bowling Green
& 
300 Quarropas Street
White Plains, NY 10601

Dear Judge Drain & Sean Lane?

My name is Shaifah Salahuddin & I am one of the creditors in the Sears Corporation Bankruptcy cases 18-23538, et al & its associated cases

Please be advised that the EDNY # 21-cv-5625 case has been voluntarily dismissed 7/19/22, as it involves some of the debtors. I make these statements under the penalty of perjury.

Shaifah Salahuddin

FILED
U.S. BANKRUPTCY COURT
2022 JUL 20 P 4:46
S.D. OF N.Y.

Shaifah Salahuddin
P.O. Box 70759
Brooklyn, NY 11207
34739713456 |
salahuddinshaifah@gmail.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

# CIVIL DIVISION

| | |
|---|---|
| SHAIFAH SALAHUDDIN,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSFORMCO, ET AL.<br><br>Defendants | Case No.: 21-cv-5625 (HG) (RLM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Shaifah Salahuddin voluntarily dismisses without prejudice the above-entitled action.

This supplemental notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment with no cross-claim or counter-claim having been filed in this action.

20 day of July, 2022.

_____
Shaifah Salahuddin

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

# CERTIFICATE OF SERVICE

The undersigned certifies that, on July 20, 2022, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE is being filed electronically. Pursuant to Fed. R. Civ. P. 5(d), counsel of record is served by electronic mail on this same date as follows:

legalint@searshc.com

brenna.mahoney@nyed.uscourts.gov

tess.pisarski@transformco.com

Prose_filings@nyed.uscourts.gov

courtservices@nysb.uscourts.gov

CaseFiling@nysb.uscourts.gov

clientservices@ra.kroll.com

searsteam@primeclerk.com

searsclaims@primeclerk.com

searsinfo@primeclerk.com

sleinheiser@transformco.com,

Stacey.Leinheiser@transformco.com

*Shaifah Salahuddin*
Shaifah Salahuddin

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2

2022 JUL 19 PM 11:56
U.S. DIS[...]

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ EASTERN DISTRICT OF NEW YORK

Shaifah Salahuddin,
  Plaintiff(s)

v.

Transfermco et al.,
  Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 21-cv-5625 (HG)(RLM)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Shaifah Salahuddin and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Transfermco et al..

Date: 7/19/2022

_____
Signature of plaintiffs or plaintiff's counsel

P.O. Box 70759
*Address*

Brooklyn NY 11207
*City, State & Zip Code*

347 397 1345
*Telephone Number*