# EXHIBIT A

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

July 25, 2022
Invoice 340063707

Our Matter No.   78GH-334221
                 Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of
                 Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2022

| | |
|---|---|
| Current Fees | $ 33,292.00 |
| Total Current Activity | $ 33,292.00 |
| Total Due for This Invoice | $ 33,292.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:                            Account No.: 496-8375493<br>Wells Fargo Bank, NA                ACH ABA No.: 121000248<br>420 Montgomery St                     Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

|  |  |
|---|---|
| Paul E. Harner, as Fee Examiner | SMRH Tax ID 95-1463164 |
|  | July 25, 2022 |
|  | Invoice 340063707 |

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2022

| | |
|---|---|
| Current Fees | $ 33,292.00 |
| Total Current Activity | $ 33,292.00 |
| Total Due for This Invoice | $ 33,292.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:<br>Wells Fargo Bank, NA<br>420 Montgomery St<br>San Francisco, CA 94104-1298<br>Account No.: 496-8375493<br>ACH ABA No.: 121000248<br>Wire ABA No.: 121000248<br>Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

July 25, 2022
Invoice 340063707
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 06/30/22

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 06/01/22 | Preliminary review and analysis of monthly Weil Gotshal fee and expense submission (.90); correspondence with T. Daluz regarding same (.20). | 004063 | 1.40 hrs. |
| 06/02/22 | Review and analyze motion for increase in fee cap for retiree committee professionals (.60); review and analyze related fee and expense submissions (1.80); correspondence with T. Daluz, C. McClamb and M. Vesper regarding same (.30); further review and analysis of monthly Weil Gotshal fee and expense submission (1.40). | 004063 | 4.10 hrs. |
| 06/03/22 | Further review and analysis of Weil Gotshal fee and expense submission. | 004063 | 1.50 hrs. |
| 06/07/22 | Correspondence and telephone conferences with T. Daluz regarding transfer of certain Sears matters to successor judge and related fee and expense matters. | 004063 | .40 hrs. |
| 06/13/22 | Review, analyze and prepare comments on combined preliminary report regarding fee and expense submissions of retiree committee professionals, including related exhibits (2.00); related correspondence and telephone conferences with T. Daluz and C. McClamb (.20). | 004063 | 2.20 hrs. |
| 06/15/22 | Correspondence and telephone conferences with T. Daluz and C. McClamb regarding final report/pleading regarding retiree committee professionals' motion for increase in fee cap and final fee and expense submissions (.30); review and analyze objections to litigations funding motion (.70); correspondence regarding same and related administrative solvency issues impacting fee examiner issues (.50). | 004063 | 1.50 hrs. |
| 06/16/22 | Review and analyze Deloitte Tax fee and expense submissions (.90); correspondence with T. Daluz and C. McClamb regarding same (.20). | 004063 | 1.10 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

July 25, 2022
Invoice 340063707
Page 3 of 4

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 06/21/22 | Review, analyze and prepare final comments on status report regarding fee examiner activities (1.40; correspondence with T. Daluz and C. McClamb regarding same (.20). | 004063 | 1.60 hrs. |
| 06/23/22 | Initial review and analysis of latest FTI fee and expense submission. | 004063 | 1.10 hrs. |
| 06/24/22 | Initial review and analysis of latest FTI fee and expense submission (.80). further review and analysis of litigation funding motion, related objections and internal litigation team summary of same (1.40). | 004063 | 2.20 hrs. |
| 06/28/22 | Extensive correspondence and telephone conference with fee examiner review team, including T. Daluz, C. McClamb and M. Vesper, regarding cancellation of June 29 fee and expense application hearings and related matters. | 004063 | .60 hrs. |
| 06/29/22 | Initial review and analysis of latest Weil Gotshal and Akin Gump fee and expense submissions. | 004063 | 2.60 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|-----------|-----------------|-------|--------------|---------|
| 004063 | Paul E. Harner | 20.30 | $ 1,640.00 | $ 33,292.00 |

**Total Fees for Professional Services**          **$ 33,292.00**