# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                              July 22, 2022
1675 Broadway                                               Invoice No. 20220704212
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)
Matter:    Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2022

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $29,803.50 |
| **Total Invoice Amount** | **$29,803.50** |

| 071820.03 - 00317415 | | | | | July 22, 2022 |
| --- | --- | --- | --- | --- | --- |
| Tobey M. Daluz | | | | | Invoice No. 20220704212 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **B160 - Fee/Employment Applications** | | | | | |
| Vesper,M.A. | 06/22/22 | E-mail P. Harner, T. Daluz, and C. McClamb re: Sheppard Mullin invoices | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 06/23/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Vesper,M.A. | 06/23/22 | Draft thirty-sixth monthly joint fee application | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 06/28/22 | Draft thirty-sixth monthly joint fee application | 470.00 | 0.30 | 141.00 |
| Daluz,T.M. | 06/29/22 | Review monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 06/30/22 | Attend to fee examiner monthly fee application | 1,030.00 | 0.10 | 103.00 |
| **Total B160** | | | | **1.70** | **1,415.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Daluz,T.M. | 06/01/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/01/22 | Review Weil monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/01/22 | Correspondence with fee examiner re: same | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 06/01/22 | Review statement re: ordinary course professionals | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 06/01/22 | Emails with T. Daluz re: retiree committee applications | 655.00 | 0.10 | 65.50 |
| Daluz,T.M. | 06/02/22 | Review motion of retiree committee to increase fee cap | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/02/22 | Correspondence with fee examiner and C. McClamb re: same | 1,030.00 | 0.30 | 309.00 |
| Vesper,M.A. | 06/02/22 | Review e-mail from C. McClamb re: retiree committee's motion to increase fee cap | 470.00 | 0.10 | 47.00 |
| Pollard,C.P. | 06/03/22 | Prepare exhibits for Akin Gump fees and expenses - 11/1/2021 - 2/28/2022 | 350.00 | 0.80 | 280.00 |
| McClamb,C.D. | 06/03/22 | Review Mulder retention application | 655.00 | 3.00 | 1,965.00 |

071820.03 - 00317415  
Tobey M. Daluz

July 22, 2022  
Invoice No. 20220704212

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 06/03/22 | Review and analyze motion to increase fee limit and retiree committee applications | 655.00 | 1.30 | 851.50 |
| Vesper,M.A. | 06/03/22 | Correspondence with C. McClamb and C. Pollard re: Akin exhibits | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 06/06/22 | Correspondence with C. McClamb re: retiree committee counsel | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 06/06/22 | Emails with T. Daluz re: retiree committee final applications | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 06/06/22 | Draft report re: Wollmuth Maher & Deutsch LLP's final fee application | 470.00 | 2.30 | 1,081.00 |
| Vesper,M.A. | 06/06/22 | Review Akin Gump Strauss Hauer & Feld LLP tenth interim fee application time entries | 470.00 | 1.40 | 658.00 |
| Daluz,T.M. | 06/07/22 | Correspondence with fee examiner re: Judge assignment | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 06/07/22 | Review docket re: recent pleadings | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 06/07/22 | Emails with P. Harner, T. Daluz and M. Vesper re: judicial transition | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 06/07/22 | Review Mulder retention application | 655.00 | 4.00 | 2,620.00 |
| Vesper,M.A. | 06/07/22 | Draft exhibit for interim report for Akin Gump Strauss Hauer & Feld LLP tenth interim fee application | 470.00 | 2.00 | 940.00 |
| McClamb,C.D. | 06/08/22 | Review Wollmuth retention application, final fee application and report | 655.00 | 2.00 | 1,310.00 |
| McClamb,C.D. | 06/08/22 | Review Mulder retention application and final fee application | 655.00 | 3.00 | 1,965.00 |
| McClamb,C.D. | 06/09/22 | Draft retiree committee report | 655.00 | 2.50 | 1,637.50 |
| McClamb,C.D. | 06/13/22 | Draft and edit combined report on Retiree Committee Final Applications | 655.00 | 4.00 | 2,620.00 |
| Daluz,T.M. | 06/14/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/14/22 | Review Katten fee order | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/14/22 | Review Stretto fee order | 1,030.00 | 0.10 | 103.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | July 22, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220704212 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 06/14/22 | Emails with P. Harner, T. Daluz and M. Vesper re: retiree committee report | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 06/14/22 | Phone call to Wollmuth re: retiree committee report | 655.00 | 0.30 | 196.50 |
| McClamb,C.D. | 06/14/22 | Phone call to Mulder re: retiree committee report | 655.00 | 0.10 | 65.50 |
| Vesper,M.A. | 06/14/22 | Review e-mails from P. Harner and C. McClamb re: retirees committee professionals report | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 06/15/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/15/22 | Review indenture trustee's objection to committee's motion to fund litigation | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 06/15/22 | Review admin creditors' objection to committee's motion to fund litigation | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/15/22 | Review Realtor's objection to committee's motion to fund litigation | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/15/22 | Review Whitebox objection to committee's motion to fund litigation | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/15/22 | Review admin creditors' (Orient Craft) objection to committee's motion to fund litigation | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/15/22 | Correspondence with P. Harner and C. McClamb re: same | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/15/22 | Review and comment on statement re: retiree committees' fees and request for increase in fee app | 1,030.00 | 0.30 | 309.00 |
| McClamb,C.D. | 06/16/22 | Emails with P. Harner and T. Daluz re: interim fee applications | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 06/16/22 | Emails with T. Daluz re: interim fee hearing | 655.00 | 0.20 | 131.00 |
| Daluz,T.M. | 06/21/22 | Correspondence with C. McClamb re: filing of statement re: counsel for retirees | 1,030.00 | 0.30 | 309.00 |
| McClamb,C.D. | 06/21/22 | Emails with T. Daluz re: retiree committee report | 655.00 | 0.20 | 131.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | July 22, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220704212 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 06/22/22 | Emails with P. Harner, T. Daluz and M. Vesper re: retiree committee report and applications | 655.00 | 0.20 | 131.00 |
| Daluz,T.M. | 06/23/22 | Review court's order approving retiree's fee application | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/23/22 | Review FTI monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/23/22 | Review notice re: adjournment of hearing in litigation funding | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/23/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/24/22 | Correspondence with C. McClamb and P. Harner re continuation of Drain | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/24/22 | Review docket re: new filings | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 06/24/22 | Emails with P. Harner and T. Daluz re: interim fee hearing | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 06/24/22 | Emails with P. Harner and T. Daluz re: judicial transition | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 06/24/22 | Review and summarize litigation funding motion and filed objections | 655.00 | 4.00 | 2,620.00 |
| Daluz,T.M. | 06/28/22 | Call with P. Harner re: status of chapter 11 and interim fee application hearing | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 06/28/22 | Review docket re: new filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/28/22 | Review Akin monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/28/22 | Review Weil fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/28/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 06/28/22 | Emails with P. Harner and T. Daluz re: continued hearings | 655.00 | 0.60 | 393.00 |
| Vesper,M.A. | 06/28/22 | Review e-mails from P. Harner, T. Daluz, and C. McClamb re: upcoming hearing | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 06/29/22 | Review order re: Judge Drain | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 06/29/22 | Correspondence with P. Harner re: recent fee applications and hearing continuances | 1,030.00 | 0.20 | 206.00 |

| | |
|---|---|
| 071820.03 -  00317415 | July 22, 2022 |
| Tobey M. Daluz | Invoice No. 20220704212 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Daluz,T.M. | 06/29/22 | Correspondence with C. McClamb re: correspondence with MIII | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/30/22 | Review docket re: recent filings | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 06/30/22 | Review Kroll monthly fee application | 1,030.00 | 0.20 | 206.00 |
| **Total B170** | | | | **41.20** | **28,388.50** |
| **Total Fees** | | | | **42.90** | **$29,803.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 8.50 | 1,030.00 | 8,755.00 |
| McClamb,C.D. | 26.90 | 655.00 | 17,619.50 |
| Vesper,M.A. | 6.70 | 470.00 | 3,149.00 |
| Pollard,C.P. | 0.80 | 350.00 | 280.00 |
| **Total Fees** | **42.90** | | **$29,803.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                           July 22, 2022
1675 Broadway                                                       Invoice No. 20220704212
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2022

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $29,803.50 |
| **Total Invoice Amount** | **$29,803.50** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days