HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

----------------------------------------------------------------- x

**THIRTIETH MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN**
**LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS**
**INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 14430705v.1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirtieth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and  Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Thirtieth  Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 15, 2022** (the

HF 14430705v.1

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Thirtieth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirtieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirtieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

4

Dated: New York, New York      HERRICK FEINSTEIN LLP
July 29, 2022

By: */s/ Stephen B. Selbst*
     Sean E. O'Donnell
     Stephen B. Selbst
     Steven B. Smith
     Christopher Carty
     Two Park Avenue
     New York, NY 10016
     Telephone: (212) 592-1400
     Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
     sselbst@herrick.com
     ssmith@herrick.com
     ccarty@herrick.com

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors of Sears
Holdings Corporation, et al.*

HF 14430705v.1

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | 925.00 | 4.7 | $4,347.50 |
| Sean E. O'Donnell | Restructuring and Finance Litigation | | 1125.00 | .3 | $337.50 |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | 715.00 | .7 | $500.50 |
| **Total Partners** | | | | **5.7** | **$5,185.50** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Larisa Poretsky | Litigation | 455.00 | 1.2 | $546.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **1.2** | **$546.00** |

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications – B160 | 1.5 | $883.50 |
| Other Contested Matters – B190 | 5.4 | $4,848.00 |
| **Total** | **6.9** | **$5,731.50** |

**<u>Exhibit C</u>**

**Itemized Fees**

 HERRICK

Official Committee of Unsecured Creditors of Sears Holdings

July 5, 2022

Attn: Ron Tucker

Invoice Number: 566702

225 W. Washington Street

Matter Number: 19609.0001

Indianapolis, IN 46204

Tax ID:        1662

Re:   **Sears Bankruptcy**

| | |
|---|---:|
| Fees for legal services rendered through May 31, 2022 | $5,731.50 |
| Expenses posted through May 31, 2022 | 100.00 |
| **TOTAL** | **$5,831.50** |
| Unpaid balance from previous invoice(s) | $13,883.00 |
| Total Due Now | $19,714.50 |

## INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.

Kindly return this page with your
**check payment** to:
Herrick, Feinstein LLP
Attn: Billing Department
2 Park Avenue
New York, NY 10016

Send **wire or ACH payments** to:
Citibank, N.A.
ABA Number:        0089
Account Number:        6165
SWIFT #:        US33

**Credit card payments:**
www.herrickpay.com
*URL/link redirects to our*
*processor SlimCD*

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500

 **HERRICK**

Invoice Number: 566702
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 05/04/22 | K. Kolb | B190 | Prepare case analysis and budget. | 0.50 |
| 05/12/22 | C. Carty | B190 | Respond to email from Debtors' counsel regarding potential MTN claim (0.5); analyze issues related to potential MTN claim (1.5); call with UCC co-counsel re mediation impact on MTN claim (0.4). | 2.40 |
| 05/12/22 | K. Kolb | B190 | Analyze inquiry from debtors' counsel regarding mediation. | 0.20 |
| 05/12/22 | S. O'Donnell | B160 | Confer re mediation; review/comment on Weil response. | 0.30 |
| 05/13/22 | L. Poretsky | B160 | Revise, redact, finalize and e-file 28th monthly fee statement | 0.80 |
| 05/13/22 | L. Poretsky | B160 | Prepare and submit request for service of 28th monthly fee statement to PrimeClerk | 0.40 |
| 05/16/22 | C. Carty | B190 | Draft update regarding MTN investigation. | 1.20 |
| 05/18/22 | C. Carty | B190 | Draft update regarding MTN investigation. | 1.10 |
| | | | **TOTAL** | **$5,731.50** |

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| C. Carty | 4.70 | 925.00 | 4,347.50 |
| K. Kolb | 0.70 | 715.00 | 500.50 |
| S. O'Donnell | 0.30 | 1,125.00 | 337.50 |
| L. Poretsky | 1.20 | 455.00 | 546.00 |
| **TOTAL** | **6.90** | | **$5,731.50** |

**DISBURSEMENTS:**

| | AMOUNT |
|---|--------|
| E-Discovery Data Hosting | 100.00 |
| **TOTAL:** | **$100.00** |



Invoice Number: 566702
Matter Number: 19609.0001
Page: 3

**TASK SUMMARY**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 1.50 | 883.50 |
| B190 | Other Contested Matters | 5.40 | 4,848.00 |
| **TOTALS** | | **6.90** | **$5,731.50** |

**PREVIOUS BILLS OUTSTANDING**

| Invoice # | Invoice Date | Original Amount | Less Credits Applied | Balance |
|---|---|---|---|---|
| 556493 | 12/06/21 | 3,124.00 | 2,519.20 | 604.80 |
| 559069 | 01/31/22 | 18,343.34 | 14,696.04 | 3,647.30 |
| 559894 | 02/17/22 | 13,354.47 | 10,721.57 | 2,632.90 |
| 562340 | 04/06/22 | 10,108.38 | 8,109.28 | 1,999.10 |
| 563646 | 05/02/22 | 6,734.00 | 5,407.20 | 1,326.80 |
| 565030 | 05/31/22 | 3,672.10 | 0.00 | 3,672.10 |
| | | | **Total Outstanding** | **$13,883.00** |

## Exhibit D

**Disbursement Summary**

| | |
|---|---|
| E-Discovery Data Hosting | $100.00 |
| **Total** | **$100.00** |

**Exhibit E**

**Itemized Disbursement**

## Disbursement Detail

**Applied filters:**  Client/Matter Filter: Official Committee of Unsecured Creditor (19609) Sears Bankruptcy (0001), Transaction Date: From 2022-05-01 To 2022-05-31

| Disbursement ID | Client/Matter | Transaction Date | Disb Code | Quantity | To Bill Amount $100.00 | Phase/Task | Narrative | Bill Number | Base Quantity | Billed Quantity | Base Amount | Billed Amount $100.00 | Posted Period | Billed Period | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9366376 | Official Committee of Unsec Sears Bankruptcy (0001) | 5/31/2022 | E-Discovery Data Hosting Mi | 1 | $100.00 | Expenses Only (EXP:EXP) Expenses Only | Sears Bankruptcy UCC - Rule 2004 MTN | 566702 | 1 | 1 | $100.00 | $100.00 | 202205 | 202207 | 7/5/2022 |