**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :     **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al*.,                      :
                                                               :     **Case No. 18-23538 (SHL)**
                                                               :
                    Debtors.[1]                                :     **(Jointly Administered)**
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 25, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of De Minimis Asset Sale Taylor, MI. Objections due by August 3, 2022 at 4:00 p.m. (ET) [Docket No. 10539]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: July 28, 2022

*/s/ Kenny Crespin*
Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 28, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathon D. Marshall | | ksimard@choate.com; jmarshall@choate.com | Email |
| FIRST UNITED ENTERPRISES INC. | DJAMEL TIGUERT | ATTN: Djamel Tiguert 1742 John R. Road | DTIGUERT@YAHOO.COM | First Class Mail and Email |
| KMART CORPORATION | C/O M-III PARTNERS | | WGALLAGHER@M3-PARTNERS.COM | Email |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov; | Overnight Mail and Email |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Earnest Bacon | | emfox@seyfarth.com; ebacon@seyfarth.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq. | | Paul.Leake@skadden.com; | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | US Bankruptcy Court SDNY 300 Quarropas Street, Room 248 | | Overnight Mail |
| WEIL, GOTSHAL & MANGES LLP | ATTN: W. MICHAEL BOND | | MICHAEL.BOND@WEIL.COM | Email |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (SHL)