WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                            :   Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*,  :   Case No. 18-23538 (RDD)
:
Debtors.[1]                                       :   (Jointly Administered)
:
------------------------------------------------------------x

**STATEMENT OF THE DEBTORS CERTIFYING
COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO
EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE
OF BUSINESS APRIL 1, 2022 TO JUNE 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

On February 12, 2019, the United States Bankruptcy Court for the Southern District of New York entered the *Amended Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Amended Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from April 1, 2022 through June 30, 2022:

**Tier 1 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | Q2 2022 |
| --- | --- | --- | --- | --- |
| | Apr-22 | May-22 | Jun-22 | |
| Baker & Hostetler LLP | - | $1,383.80 | - | $1,383.80 |
| Dickie, McCamey & Chilcote, P.C. | - | $1,382.60 | - | $1,382.60 |
| Jackson Lewis P.C. | - | $2,451.50 | - | $2,451.50 |
| McConnell Valdes LLC | - | $797.00 | - | $797.00 |
| Novack and Macey LLP | - | $1,206.00 | - | $1,206.00 |
| Saul Ewing Arnstein & Lehr, LLP | - | $5,444.32 | - | $5,444.32 |
| Schuster Aguiló LLC | - | $5,149.30 | - | $5,149.30 |
| **Total** | **$0.00** | **$17,814.52** | **$0.00** | **$17,814.52** |

**Tier 2 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | Q2 2022 |
|---|---|---|---|---|
| | Apr-22 | May-22 | Jun-22 | |
| Akerman LLP | - | $37,193.50 | - | $37,193.50 |
| Buchanan Ingersoll & Rooney PC | - | $2,940.00 | - | $2,940.00 |
| Horwood Marcus & Berk | - | $6,275.00 | - | $6,275.00 |
| Neal Gerber & Eisenberg LLP | - | $1,533.46 | - | $1,533.46 |
| **Total** | **$0.00** | **$47,941.96** | **$0.00** | **$47,941.96** |

**Tier 3 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | Q2 2022 |
|---|---|---|---|---|
| | Apr-22 | May-22 | Jun-22 | |
| Seyfarth Shaw LLP | - | $2,437.20 | - | $2,437.20 |
| **Total** | **$0.00** | **$2,437.20** | **$0.00** | **$2,437.20** |

Dated: August 1, 2022
     New York, New York

    /s/ *Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*