AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**FORTY-FIFTH MONTHLY FEE
STATEMENT OF AKIN GUMP STRAUSS
HAUER & FELD LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD OF JUNE 1, 2022 THROUGH JUNE 30, 2022</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | June 1, 2022 through June 30, 2022 |
| Monthly Fees Incurred: | **$413,247.00** |
| 20% Holdback: | **$82,649.40** |
| Total Compensation Less 20% Holdback: | **$330,597.60** |
| Monthly Expenses Incurred: | **$5,377.28** |
| Total Fees and Expenses Requested: | **$335,974.88** |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Fifth Monthly Fee Statement") covering the period from June 1, 2022 through and including June 30, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Fifth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the

---

[2] The total amount sought for fees and expenses ($418,624.28) reflects voluntary reductions for the Compensation Period of $86,860.50 in fees and $6,820.10 in expenses.

2

amount of $330,597.60 (80% of $413,247.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $5,377.28 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period. The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

### NOTICE AND OBJECTION PROCEDURES

Notice of this Forty-Fifth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675

4

Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Forty-Fifth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 17, 2022** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no Objections to this Forty-Fifth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Fifth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York          AKIN GUMP STRAUSS HAUER & FELD LLP
August 2, 2022

By: */s/    Ira S. Dizengoff*
      Ira S. Dizengoff
      Philip C. Dublin
      Sara L. Brauner
      One Bryant Park
      New York, New York 10036
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1002
      Email: idizengoff@akingump.com
            pdublin@akingump.com
            sbrauner@akingump.com

      *Counsel to the Official Committee of*
      *Unsecured Creditors of Sears Holdings*
      *Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Scott Welkis | Finance | 1997 | 1,565.00 | 11.50 | 17,997.50 |
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 103.10 | 144,340.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1,775.00 | 30.60 | 54,315.00 |
| Abid Qureshi | Financial Restructuring | 1995 | 1,775.00 | 10.50 | 18,637.50 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 64.00 | 89,600.00 |
| David Zensky | Litigation | 1988 | 1,775.00 | 8.90 | 15,797.50 |
| **Total Partner** | | | | **228.60** | **340,687.50** |
| **SENIOR COUNSEL AND COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 1,095.00 | 25.10 | 27,484.50 |
| Jeff Latov | Litigation | 2017 | 1,095.00 | 7.50 | 8,212.50 |
| John Kane | Litigation | 2016 | 1,130.00 | 7.70 | 8,701.00 |
| **Total Senior Counsel and Counsel** | | | | **40.30** | **44,398.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 13.50 | 13,027.50 |
| Patrick Glackin | Litigation | 2019 | 925.00 | 6.80 | 6,290.00 |
| Sean Nolan | Litigation | 2018 | 1,005.00 | 8.80 | 8,844.00 |
| **Total Associates and Staff Attorneys** | | | | **29.10** | **28,161.50** |
| **Total Hours / Fees Requested** | | | | **298.00** | **413,247.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,432.08 | 268.90 | 385,085.50 |
| Associates | 967.75 | 29.10 | 28,161.50 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 1,386.73 | | |
| **Total Fees Incurred** | | **298.00** | **413,247.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Case Administration | 0.20 | 193.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 6.00 | 6,394.50 |
| 8 | Hearings and Court Matters/Court Preparation | 1.80 | 2,520.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 151.20 | 204,110.00 |
| 20 | Jointly Asserted Causes of Action | 135.80 | 195,829.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.40 | 3,360.00 |
| 23 | Asset Dispositions/363 Asset Sales | 0.60 | 840.00 |
| | **TOTAL:** | **298.00** | **413,247.00** |

## Exhibit C

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179
ATTN: ROBERT  RIECKER

| | |
|---|---|
| Invoice Number | 1997680 |
| Invoice Date | 07/31/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

<u>MATTER SUMMARY OF TIME BILLED BY TASK</u> :

| | | HOURS | VALUE |
|---|---|---|---|
| 002 | Case Administration | 0.20 | $193.00 |
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 6.00 | $6,394.50 |
| 008 | Hearings and Court Matters/Court Preparation | 1.80 | $2,520.00 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 151.20 | $204,110.00 |
| 020 | Jointly Asserted Causes of Action | 135.80 | $195,829.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 2.40 | $3,360.00 |
| 023 | Asset Dispositions/363 Asset Sales | 0.60 | $840.00 |
| | TOTAL | 298.00 | $413,247.00 |

SEARS CREDITORS COMMITTEE                                                                                    Page 2
Invoice Number: 1997680                                                                                      07/31/22

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 06/29/22 | JES | 002 | Review Judge Drain recall notice (.1); draft correspondence to members of FR team re same (.1). | 0.20 |
| 06/22/22 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines (1.0); correspondence with J. Szydlo re same (.3). | 1.30 |
| 06/24/22 | JES | 003 | Review invoice for privilege and confidentiality (1.0); correspond with S. Brauner re same (.3). | 1.30 |
| 06/27/22 | ZDL | 003 | Revise fee statement. | 0.30 |
| 06/27/22 | JES | 003 | Draft fee statement (.8); correspond with Akin accounting re same (.2). | 1.00 |
| 06/28/22 | JES | 003 | Review invoice for privilege and confidentiality. | 2.10 |
| 06/27/22 | SLB | 008 | Draft correspondence to members of FR team re upcoming hearing. | 0.20 |
| 06/29/22 | SLB | 008 | Correspondence with Weil re upcoming hearings and related case management issues (.4); review notices re same (.2); draft correspondence to members of FR and Lit teams re same (.3). | 0.90 |
| 06/30/22 | SLB | 008 | Review and comment on draft correspondence from the Debtors to chambers re case status (.4); correspondence with G. Fail and E. Morabito re same (.3). | 0.70 |
| 06/01/22 | SLB | 010 | Review correspondence from D. Chapman re status and open issues re financing motion (.3); analyze issues re same (.7). | 1.00 |
| 06/01/22 | ZDL | 010 | Analyze potential issues in connection with litigation finance motion. | 0.90 |
| 06/02/22 | DLC | 010 | Participate in call with Bench Walk re litigation funding (.5); confer with S. Brauner re same (.4); outline document review protocol re same (2.1). | 3.00 |
| 06/02/22 | SLB | 010 | Call with BW re funding agreement (.5); draft follow-up correspondence to Finance, FR and Lit teams re same (.1); confer with D. Chapman re same (.4); analyze issues re same (.5); revise draft order per PBGC comments (.3); correspondence with PBGC's counsel re same (.2). | 2.00 |
| 06/03/22 | DLC | 010 | Revise litigation funding agreement (.5); confer with S. Brauner re same (.3); revise document review protocol in connection with same (.3); confer with eDiscovery and custodians re document compilation for same (.5). | 1.60 |
| 06/03/22 | SLB | 010 | Revise funding agreement per BW comments (1.0); confer with D. Chapman re same (.3); correspondence with PBGC re same (.2). | 1.50 |
| 06/05/22 | DLC | 010 | Revise litigation financing agreement. | 0.30 |
| 06/05/22 | SLB | 010 | Analyze issue re funding agreement (.5); draft correspondence to D. Chapman re same (.1). | 0.60 |
| 06/02/22 | DLC | 010 | Review internal correspondence re litigation funding agreement. | 0.30 |
| 06/02/22 | SLB | 010 | Correspondence with BW re funding agreement (.2); revise same (.3); revise outline re open issues in connection with motion (1.0); correspondence with Z. Lanier re same (.2). | 1.70 |
| 06/06/22 | ZDL | 010 | Draft reply in support of funding motion (.9); correspond with S. Brauner re litigation funding issues (.2). | 1.10 |
| 06/07/22 | DLC | 010 | Review outline of litigation funding reply brief (.4); confer with S. Brauner and Z. Lanier re same (.5); correspond with S. Brauner re same (.3); analyze discovery issues in connection with same (.3). | 1.50 |
| 06/07/22 | SLB | 010 | Confer with D. Chapman and Z. Lanier re Financing reply and related issues (.5); analyze same (.6); correspondence with D. Chapman re same (.3). | 1.40 |
| 06/07/22 | ZDL | 010 | Confer with D. Chapman and S. Brauner regarding financing motion (.5); revise outline for reply brief re same (.6). | 1.10 |
| 06/08/22 | DLC | 010 | Analyze discovery issues in connection with litigation funding motion. | 0.20 |
| 06/09/22 | SLB | 010 | Confer with PBGC re litigation financing and related issues (.3); analyze issues re same (.8). | 1.10 |
| 06/10/22 | ISD | 010 | Correspond with S. Brauner re discussions with BW. | 0.30 |
| 06/10/22 | AQ | 010 | Call with S. Brauner and D. Chapman regarding lit. financing motion and related issues (.5); review and analyze lit. financing motion and related background materials (1.7). | 2.20 |

SEARS CREDITORS COMMITTEE
Invoice Number: 1997680

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| 06/10/22 | DLC | 010 | Review correspondence from Bench Walk (.2); participate in call with S. Brauner and A. Qureshi re funding motion (.5); follow-up correspondence with S. Brauner re same (.2); outline potential discovery in connection with same (.4). | 1.30 |
| 06/10/22 | SLB | 010 | Call with A. Qureshi and D. Chapman re financing motion and related issues (.5); analyze issues re same (.6); review materials re same (.2); analyze issue re funding agreement (.7); correspondence with BW re same (.2); correspond with I. Dizengoff re same (.3); correspond with D. Chapman re same (.2). | 2.50 |
| 06/12/22 | DLC | 010 | Review litigation funding agreement edits (.2); confer with S. Brauner re same (.2). | 0.40 |
| 06/12/22 | SLB | 010 | Analyze issue re funding agreement (.5) confer with D. Chapman re same (.2). | 0.70 |
| 06/12/22 | ZDL | 010 | Revise reply in support of financing motion. | 1.10 |
| 06/13/22 | ISD | 010 | Analyze issues re financing issues (.9); review confer with S. Brauner re same (.4). | 1.30 |
| 06/13/22 | DLC | 010 | Outline document discovery requests in connection with litigation funding motion (.4); correspond with S. Brauner re same (.6); comment on litigation funding agreement (.6) correspondence with Bench Walk re same (.2). | 1.80 |
| 06/13/22 | SLB | 010 | Revise funding agreement (.7); correspondence with BW re same (.2); analyze issues re discovery in connection with same (.4); correspondence with D. Chapman re litigation funding reply and related issues (.6); confer with I. Dizengoff re same (.4). | 2.30 |
| 06/13/22 | ZDL | 010 | Revise outline for reply in support of litigation financing motion. | 1.30 |
| 06/14/22 | DLC | 010 | Review proposed search parameters for document review in connection with litigation funding (1.3); review legal research re discovery (.5); revise draft document requests (1.6); confer with S. Brauner re funding motion and objections thereto (.5). | 3.90 |
| 06/14/22 | SLB | 010 | Correspondence with PBGC re financing motion and related issues (.3); analyze issues re same (.5); review and revise outline re reply for same (.8); confer with D. Chapman re objections to funding motion (.5). | 2.10 |
| 06/15/22 | AQ | 010 | Review and analyze objections received to Litigation Financing Motion. | 0.80 |
| 06/15/22 | SLB | 010 | Review objections to financing motion (1.9); analyze issues re same (.8); correspondence with Designees re same (.3); confer with Z. Lanier re same (.2). | 3.20 |
| 06/15/22 | JAL | 010 | Review materials re litigation funding agreement | 1.20 |
| 06/15/22 | ZDL | 010 | Confer with S. Brauner regarding litigation financing issues (.2); review objections filed to litigation financing motion (1.8); begin revising outline for reply in support of motion (.5); call with J. Szydlo regarding the same (.2); correspond with J. Szydlo re same (.2); conduct research re same (1.0); correspond with FTI re objections to litigation funding motion (.3). | 4.10 |
| 06/15/22 | SMN | 010 | Review objections to litigation funding motion. | 0.60 |
| 06/15/22 | JES | 010 | Review objections to litigation funding motion (1.8); summarize same (2.3); correspond with Z. Lanier re same (.2); conduct research re same (1.1); call with Z. Lanier re outline for reply ISO funding motion (.2). | 5.40 |
| 06/16/22 | DMZ | 010 | Review objections to lit. financing motion (.8); review correspondence from Debtors re litigation funding waterfall (.2). | 1.00 |
| 06/16/22 | AQ | 010 | Review and analyze objections to litigation financing motion (.5); confer with S. Brauner and D. Chapman re same (.6). | 1.10 |
| 06/16/22 | DLC | 010 | Participate in call with potential litigation funder (.5); confer with S. Brauner re same (.3); review and comment on terms of funding agreement (.2); review draft discovery and objections to funding motion (1.2); draft outline of responses to discovery requests (1.8); confer with A. Qureshi and S. Brauner re objections to funding motion (.6); outline list of outstanding funding issues (.8); revise draft discovery requests in connection with funding motion (2.1); call with P. Glackin and A. | 10.30 |

SEARS CREDITORS COMMITTEE

Invoice Number: 1997680

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Praestholm re same (.6); draft brief memorandum for Litigation Designees (.9); confer with admin rep re discovery issues in connection with litigation funding (.3); analyze same (.6); compile materials for witness prep (.4). | |
| 06/16/22 | SLB | 010 | Call with BW re funding agreement (.5); analyze issues re same (.8); confer with D. Chapman re same (.3); correspondence with S. Welkis re same (.5); confer with A. Qureshi and D. Chapman re objections to lit. funding motion (.6); correspondence with Designees re same (.2); continue to review and analyze objections re Financing Motion (1.0); revise summary chart re same (.8); correspondence with Designees re same (.2). | 4.80 |
| 06/16/22 | JAL | 010 | Conduct research re discovery issues relating to lit. funding (1.9); draft affirmative discovery requests in connection with litigation funding (2.2). | 4.10 |
| 06/16/22 | ZDL | 010 | Revise reply in support of litigation financing motion (1.2); continue to review objections to same (.9); conduct research regarding issues raised by objections (.5); revise objection summary chart (.9). | 3.50 |
| 06/16/22 | SW | 010 | Correspond with S. Brauner re funding agreement (.3); review/analyze same and related documents (1.5); revise termination in funding agreement (.7); review/analyze lender comments to funding agreement (.9); review internal correspondence re same (.4). | 3.80 |
| 06/16/22 | SMN | 010 | Review draft objections to lit. funding motion (.4); conduct legal research re issues raised in same (2.3). | 2.70 |
| 06/16/22 | PJG | 010 | Call with D. Chapman and A. Praestholm re discovery relating to litigation funding. | 0.60 |
| 06/16/22 | JES | 010 | Review objections to litigation funding motion (.7); prepare summary of same for Designees (.8). | 1.50 |
| 06/17/22 | AQ | 010 | Review correspondence from Admin Claims Rep regarding draft opposition to litigation financing motion (.2); correspond with members of FR and Lit teams regarding litigation financing motion (.4). | 0.60 |
| 06/17/22 | DLC | 010 | Outline parameters of document production and related issues in connection with funding motion (.7); draft correspondence to admin rep re discovery efforts in connection with funding motion (.9) correspond with FR and Lit team members re same (.7); outline key documents for deposition prep in connection with same (1.1); review revisions to litigation funding agreement (.2) confer with S. Welkis and S. Brauner re same (.4); finalize budget for litigation financing (.6). | 4.60 |
| 06/17/22 | SLB | 010 | Confer with S. Welkis and D. Chapman re funding agreement (.4); analyze issues re same (.5); correspondence with BW re same (.4); correspondence with members of FR and Lit teams re financing motion and related objections (.7); analyze issues re same (.8). | 2.80 |
| 06/17/22 | SW | 010 | Correspond with members of FR and Lit teams re financing motion (.6); review and comment on funding agreement (1.9); review updates to same (.3); review/analyze objections re same (.7); confer with S. Brauner and D. Chapman re funding agreement (.4). | 3.90 |
| 06/17/22 | PJG | 010 | Review objections to litigation financing motion. | 0.70 |
| 06/18/22 | DLC | 010 | Prepare for (.1) and participate in (.7) call with admin rep re litigation funding; participate in follow-up calls with S. Brauner re same (.8); review legal research re funding issues (1.1) correspond with S. Nolan re same (.3); draft outline for P. Bartels witness prep (.9); call with P. Bartels re same (.2). | 4.10 |
| 06/18/22 | SLB | 010 | Confer with Admin Rep re funding motion (.7); calls with D. Chapman re same (.8); analyze issues re same (.4); draft correspondence to Admin Rep re same (.4). | 2.40 |
| 06/18/22 | ZDL | 010 | Review docket for certain pleadings re litigation funding issues (.3) circulate same to FR team members (.1); draft sections of reply ISO financing motion (1.6). | 2.00 |
| 06/18/22 | SMN | 010 | Correspond with D. Chapman re reply in support of litigation funding | 0.30 |

SEARS CREDITORS COMMITTEE                                                                          Page 5
Invoice Number: 1997680                                                                            07/31/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | motion. | |
| 06/18/22 | PJG | 010 | Correspond with E-Discovery vendor re document review issues in connection with litigation funding (.3); draft correspond to A. Praestholm re same (.1). | 0.40 |
| 06/19/22 | DLC | 010 | Correspond with S. Brauner re litigation funding reply. | 0.40 |
| 06/19/22 | SLB | 010 | Correspondence with D. Chapman re open issues in connection with reply ISO Financing Motion (.4); review research summary re same (.4). | 0.80 |
| 06/19/22 | SMN | 010 | Draft argument for reply in support of litigation funding motion (1.2); conduct legal research for reply (.8); draft summary of same for Akin team (.5). | 2.60 |
| 06/20/22 | AQ | 010 | Review and analyze documents and background materials for deposition prep in connection with lit. financing motion (1.1); review and analyze draft witness preparation outline (.2); prepare for and attend witness preparation meeting (1.6); review and analyze revised draft objection of Admin Claims Rep to Litigation Financing Motion (.3); review emails related to financing motion settlement discussions (.3). | 3.70 |
| 06/20/22 | SLB | 010 | Correspondence with Admin Rep's counsel re Financing Motion and related issues (.4); analyze issues re same (.5); draft update correspondence to members of FR and Lit teams re same (.3); prepare for (.5) and attend (1.6) prep session with P. Bartels re same; review research summary re same (.4); revise Funding Agreement (1.0); correspondence with S. Welkis re same (.5); confer with S. Welkis re same (.3). | 5.40 |
| 06/20/22 | ZDL | 010 | Revise reply in support of litigation financing. | 1.60 |
| 06/20/22 | SW | 010 | Review and comment revised funding agreement (2.3); confer with S. Brauner re same (.3); correspond with S. Brauner re same (.5); review further revised funding agreement (.3). | 3.40 |
| 06/20/22 | SMN | 010 | Revise reply brief in support of litigation funding motion. | 0.10 |
| 06/21/22 | ISD | 010 | Correspond with S. Brauner re litigation financing issues. | 0.30 |
| 06/21/22 | AQ | 010 | Review and analyze draft supplemental Bartels declaration (.5); calls with S. Brauner and D. Chapman re open issues re litigation funding (.8); review and analyze Board designee materials related to litigation financing motion (.5). | 1.80 |
| 06/21/22 | DLC | 010 | Continue drafting (2.1) and revising (1.9) supplemental declaration in support of funding; participate in calls with A. Qureshi and S. Brauner re litigation funding workstreams (.8); review emails with mediators, clients, debtors, and admin rep related to litigation funding (.3) follow-up call with S. Brauner re same (.3). | 5.10 |
| 06/21/22 | SLB | 010 | Multiple calls with A. Qureshi and D. Chapman re lit financing issues (.8); analyze issues re same (1.2); correspondence with Admin Rep re Financing Motion and related issues (.4); correspond with I. Dizengoff re same (.3); call with D. Chapman re funding issues (.3); revise Funding Agreement (.4); correspondence with S. Welkis re same (.4); correspondence with BW re same (.4); correspondence with FTI re same (.2); analyze issue re same (.3); confer with Chambers re hearing on Financing Motion (.2). | 5.50 |
| 06/21/22 | ZDL | 010 | Revise reply in support of lit finance motion. | 4.50 |
| 06/21/22 | SW | 010 | Correspond with S. Brauner litigation funding agreement. | 0.40 |
| 06/22/22 | DLC | 010 | Review legal research re litigation funding issues (1.2); correspond with S. Brauner re same (.3). | 1.50 |
| 06/22/22 | SLB | 010 | Correspondence with D. Chapman re Financing Motion and related issues (.3); analyze issues re same (1.0); correspondence with Admin Rep re same (.3). | 1.60 |
| 06/23/22 | SLB | 010 | Prepare notice of adjournment re financing motion (.2); correspondence with Admin Claims Rep re same (.3); draft correspondence to BW re same (.2). | 0.70 |
| 06/24/22 | SLB | 010 | Confer with BW re financing and related issues (.3); analyze same (.5). | 0.80 |
| 06/01/22 | ISD | 020 | Analyze open issues re mediation (1.2); review materials re same (1.0). | 2.20 |

SEARS CREDITORS COMMITTEE                                                                                                     Page 6
Invoice Number: 1997680                                                                                                       07/31/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 06/01/22 | SMN | 020 | Review new cases implicating issues in motions to dismiss. | 0.50 |
| 06/02/22 | ISD | 020 | Confer with S. Brauner, D. Chapman and D. Zensky re mediation (.4); analyze issues re same (1.5); review materials re same (.4). | 2.30 |
| 06/02/22 | DLC | 020 | Confer with I. Dizengoff, D. Zensky, and S. Brauner re mediation issues (.4); review draft settlement agreement (.1). | 0.50 |
| 06/02/22 | SLB | 020 | Confer with I. Dizengoff, D. Zensky and D. Chapman re mediation and related issues. | 0.40 |
| 06/02/22 | JPK | 020 | Review relevant case law related to arguments made in the opposition to the motions to dismiss. | 3.80 |
| 06/02/22 | SMN | 020 | Update materials re D&O insurance payments (.2); review new cases implicating issues in motions to dismiss (.2). | 0.40 |
| 06/03/22 | DLC | 020 | Review mediator invoice and fees. | 0.30 |
| 06/03/22 | JPK | 020 | Review relevant case law related to arguments made in the opposition to the motions to dismiss. | 2.50 |
| 06/03/22 | JAL | 020 | Conduct research re claims asserted in Adv. Proc. | 2.20 |
| 06/04/22 | JPK | 020 | Prepare email summary of relevant case law related to arguments made in the opposition to the motions to dismiss. | 0.50 |
| 06/05/22 | JPK | 020 | Prepare email summary of relevant case law related to arguments made in the opposition to the motions to dismiss. | 0.90 |
| 06/05/22 | PJG | 020 | Conduct research re pending motions to dismiss (1.9); draft correspondence to S. Nolan re same (.2). | 2.10 |
| 06/06/22 | DMZ | 020 | Attend mediation session. | 0.40 |
| 06/06/22 | ISD | 020 | Prepare for (.4) and attend (.4) mediation session; confer with S. Brauner and D. Chapman re same (.5); analyze issues re same (.2). | 1.50 |
| 06/06/22 | DLC | 020 | Prepare for (.3) and participate in (.4 mediation sessions; and confer with I. Dizengoff and S. Brauner re same (.5); review legal research re motions to dismiss (.6) draft correspondence to members of Lit team re same (.2). | 2.00 |
| 06/06/22 | SLB | 020 | Prepare for (.3) and attend (.4) mediation session; analyze open mediation issues (.7); confer with I. Dizengoff and D. Chapman re same (.5); correspondence with Designees re same (.4). | 2.30 |
| 06/06/22 | SMN | 020 | Correspond with P. Glackin re cases implicating issues in motion to dismiss briefing. | 0.20 |
| 06/06/22 | PJG | 020 | Conduct research re pending motions to dismiss (.6); correspondence with S. Nolan re same (.2). | 0.80 |
| 06/07/22 | DMZ | 020 | Participate on call with Litigation Designees re mediation (.3); follow-up call with A. Carr (.3); confer with mediators (.5); call with Admin Claims Rep re mediation issues (.5). | 1.60 |
| 06/07/22 | ISD | 020 | Confer with Designees re mediation (.3); analyze issues re same (1.0); review correspondence from S. Brauner re same (.3). | 1.60 |
| 06/07/22 | DLC | 020 | Participate in meeting with designees re mediation (partial) (.2); attend call with admin representative (.5); analzye issues re same (.5). | 1.20 |
| 06/07/22 | SLB | 020 | Confer with mediators (.5); draft correspondence to I. Dizengoff, D. Zensky and D. Chapman re same (.6); call with Designees re mediation (.3); call with A. Carr re same (.3); call with Admin Rep re same (.5); analyze issues re same (.9). | 3.20 |
| 06/07/22 | PJG | 020 | Conduct legal research re pending motions to dismiss in adversary proceeding (1.3); draft correspondence to D. Chapman re same (.6). | 1.90 |
| 06/08/22 | ISD | 020 | Analyze issues re mediation (.5); review materials re same (1.0). | 1.50 |
| 06/08/22 | DLC | 020 | Review analysis re key cases implicating motions to dismiss. | 1.00 |
| 06/09/22 | SMN | 020 | Draft correspondence to defense counsel for various D&O defendants re insurance fees reimbursed (.4); update internal documentation of same (.1). | 0.50 |
| 06/10/22 | ISD | 020 | Correspond with S. Brauner re discussions with BW. | 1.30 |
| 06/13/22 | DLC | 020 | Review mediation invoice. | 0.10 |
| 06/14/22 | ISD | 020 | Confer with S. Brauner and D. Chapman re mediation extension (.3); analyze issues re mediation (1.5). | 1.80 |
| 06/14/22 | AQ | 020 | Confer with S. Brauner regarding mediation. | 0.30 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 06/14/22 | DLC | 020 | Review Mediation Extension Order (.1); confer with I. Dizengoff and S. Brauner re same (.3); analyze issues regarding payment of mediator fees (.2). | 0.60 |
| 06/14/22 | SLB | 020 | Correspondence with Designees re mediation (.3); confer with I. Dizengoff and D. Chapman re mediation extension (.3); analyze issues re same (.2); confer with A. Qureshi re same (.3). | 1.10 |
| 06/14/22 | SMN | 020 | Correspond with defense counsel re fee reimbursement reporting (.2); update internal tracker re same (.3); review new cases implicating issues in motion to dismiss briefing (.3). | 0.70 |
| 06/14/22 | PJG | 020 | Analyze budgeting issues in adversary proceeding. | 0.30 |
| 06/15/22 | DMZ | 020 | Correspond with D. Chapman re Seritage issues (.2); confer with S. Brauner and D. Chapman re mediation and chambers conference (.2). | 0.40 |
| 06/15/22 | DLC | 020 | Analyze materials re Seritage (.8); correspond with D. Zensky re same (.2); correspond with FTI re same (.2); confer with D. Zensky and S. Brauner re upcoming chambers conference (.2). | 1.40 |
| 06/15/22 | SLB | 020 | Confer with D. Zensky and D. Chapman re next steps in mediation and related chambers conference (.2); analyze open mediation issues (.2). | 0.40 |
| 06/16/22 | DMZ | 020 | Confer with S. Brauner and D. Chapman re settlement update (.8); correspond with S. Brauner re same (.1). | 0.90 |
| 06/16/22 | DLC | 020 | Confer with S. Brauner, and D. Zensky re mediation. | 0.80 |
| 06/16/22 | SLB | 020 | Meet with D. Zensky and D. Chapman re mediation (.8); correspond with D. Zensky re same (.1); analyze issues re same (.7). | 1.60 |
| 06/17/22 | DMZ | 020 | Confer with S. Brauner and D. Chapman re upcoming call with Designees re mediation (.3); participate on call with Designees re mediation (.6); correspond with S. Brauner and D. Chapman re same (.3). | 1.30 |
| 06/17/22 | DLC | 020 | Confer with S. Brauner and D. Zensky re call with Litigation Designees (.3); participate in call with FTI team re same (.6); correspond with FTI re same (.1); participate in call with Designees (.6); correspond with D. Zensky and S. Brauner re same (.3). | 1.90 |
| 06/17/22 | SLB | 020 | Confer with Designees re mediation (.6); confer with D. Zensky and D. Chapman re same (.3); correspondence with D. Zensky and D. Chapman re same (.3); analyze issues re same (.5). | 1.60 |
| 06/17/22 | ZDL | 020 | Attend call with litigation designees regarding mediation issues. | 0.60 |
| 06/19/22 | DMZ | 020 | Review correspondence from Admin Claims Rep. re mediation. | 0.10 |
| 06/20/22 | ISD | 020 | Review correspondence from S. Brauner re mediation (.3); respond to same (.2); analyze issues re mediation (2.0). | 2.50 |
| 06/20/22 | DLC | 020 | Correspond with ASK re mediation. | 0.10 |
| 06/20/22 | SLB | 020 | Pre-call with FTI (.2) and call with Debtor and UCC advisors (.5) re assets and related ED issues in connection with mediation; draft correspondence to members of FR and Lit teams re same (.5); analyze issues re same (1.6); prepare summary of same (.5). | 3.30 |
| 06/21/22 | DMZ | 020 | Review correspondence Admin Claims Rep re mediation issues (.1); rev further correspondence from debtors and mediators re same (.2). | 0.30 |
| 06/21/22 | ISD | 020 | Attend mediation session (.4); confer with S. Brauner re same (.4); correspondence with Weil re same (.4); analyze issues re same (1.1). | 2.30 |
| 06/21/22 | DLC | 020 | Participate in call with K. Casteel re mediation (.3); confer with members of FR and Lit teams re settlement issues (.2). | 0.50 |
| 06/21/22 | SLB | 020 | Confer with mediator re status and open issues (.4); correspondence with I. Dizengoff, D. Zensky and D. Chapman re mediation and related issues (.4); analyze same (1.2); draft correspondence to mediators re same (.3); confer with Debtors' counsel re mediation and related issues (.4); confer with I. Dizengoff re same (.3); review correspondence from Debtors' counsel re same (.2); correspondence with members of FR and Lit teams re same (.5). | 3.70 |
| 06/22/22 | DMZ | 020 | Confer with D. Chapman re settlement issues and term sheet. | 0.10 |
| 06/22/22 | DLC | 020 | Review settlement term sheet (.5); confer with S. Brauner re same (.2); mark-up same (2.0); confer with D. Zensky re same (.1); correspond | 2.90 |

SEARS CREDITORS COMMITTEE                                                                            Page 8
Invoice Number: 1997680                                                                              07/31/22

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | with K. Casteel re same (.1). | |
| 06/22/22 | SLB | 020 | Review settlement term sheet (1.2); draft correspondence to members of FR and Lit teams re same and various mediation issues (.7); confer with D. Chapman re same (.2); draft correspondence to Designees re same (.4); analyze issues re same (1.5); draft corresponde to I. Dizengoff re same (.3). | 4.30 |
| 06/23/22 | DMZ | 020 | Attend chambers conference re mediation and settlement efforts (.4); correspond with S. Brauner re same (.1). | 0.50 |
| 06/23/22 | DLC | 020 | Confer with S. Brauner re settlement term sheet (.2); revise same (1.1); revise talking points for Chambers conference (.3); attend mediation Chambers conference with court (.4). | 2.00 |
| 06/23/22 | SLB | 020 | Analyze mediation issues and prepare summary of same for Chambers conf (1.5); attend Chambers conf (.4); correspondence with D. Zensky re same (.1); correspondence with Designees re same (.5); review and analyze settlement term sheet (1.4); confer with D. Chapman re same (.2); prepare issues list re same (1.4). | 5.50 |
| 06/24/22 | DMZ | 020 | Review and analyze settlement term sheet (.2); correspond with members of FR and Lit teams re same (.6). | 0.80 |
| 06/24/22 | ISD | 020 | Confer with S. Brauner re mediation (.3); review correspondence from Akin team re same (.5); analyze issues re same (2.1). | 2.90 |
| 06/24/22 | DLC | 020 | Correspond with members of FR and Lit teams re settlement term sheet (.5) call with S. Brauner re same (.3); review documentation regarding public shareholder settlement (.2); confer with K. Casteel re next steps for same (.3). | 1.30 |
| 06/24/22 | SLB | 020 | Analyze mediation issues and prepare summary re same (1.5); correspondence with members of FR and Lit teams re same (.7); call with I. Dizengoff re same (.3); call with D. Chapman re same (.3); correspondence with mediators re same (.3); prepare summary re proposed next steps (.8). | 3.20 |
| 06/26/22 | SLB | 020 | Analyze open issue re mediation. | 0.50 |
| 06/27/22 | DMZ | 020 | Call with mediators re settlement (.6); correspond with I. Dizengoff, S. Brauner and D. Chapman re same (.2). | 0.80 |
| 06/27/22 | ISD | 020 | Attend call with mediators (.6); prepare for same (1.0); follow-up correspondence with S. Brauner, D. Zensky and D. Chapman re same (.3); analyze issues re mediation (.8); confer with S. Brauner re same (.4). | 3.10 |
| 06/27/22 | DLC | 020 | Review settlement agreement re public shareholder action (.3); participate in call re with ASK re same (.2); outline issues in connection with global settlement (.7); confer with S. Brauner re same (.2); participate in call with mediators re same (.6); correspond with I. Dizengoff, D. Zensky and S. Brauner re same (.3); revise settlement term sheet (.7); draft summary of settlement issues for Debtors (.4). | 3.40 |
| 06/27/22 | SLB | 020 | Prepare for (1.7) and attend (.6) mediation session; analyze open issues in connection with mediation (.5); draft correspondence to Designees re same (.3); correspondence with I. Dizengoff, D. Zensky and D. Chapman re same (.6); confer with I. Dizengoff re same (.4); confer with D. Chapman re same (.2); prepare issues list for Debtors (.8); correspondence with Debtors' counsel re same (.2). | 5.30 |
| 06/28/22 | DMZ | 020 | Participate in call with Debtors re mediation issues. | 0.60 |
| 06/28/22 | ISD | 020 | Confer with Debtors re mediation (.6); correspond with S. Brauner, D. Zensky and D. Chapman re same (.5); review and analyze settlement issues (1.8). | 2.90 |
| 06/28/22 | DLC | 020 | Prepare for (.2) and participate in (.6) call with Debtors re settlement and mediation; revise settlement term sheet (.5); confer with S. Brauner re same (.2). | 1.40 |
| 06/28/22 | SLB | 020 | Prepare for (.2) and participate in (.6) with Weil re open issues in connection with mediation; correspondence with G. Fail re same (.3); draft correspondence to Designees re same (.4); follow-up | 5.70 |

SEARS CREDITORS COMMITTEE                                                    Page 9
Invoice Number: 1997680                                                      07/31/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | correspondence with Designees re same (.2); draft correspondence to mediators re same (.2); draft correspondence to Defendants and Insurers re same (.3); analyze issues re same (1.8); draft correspondence to I. Dizengoff, D. Zensky and D. Chapman re same (.5); confer with D. Chapman re same (.2); review and analyze updated settlement term sheet (1.0). | |
| 06/28/22 | SMN | 020 | Review new case implicating issues in motions to dismiss. | 0.20 |
| 06/29/22 | DMZ | 020 | Call with D. Chapman re updates to settlement term sheet. | 0.10 |
| 06/29/22 | ISD | 020 | Prepare for (1.0) and attend (.8) mediation session; confer with S. Brauner re same (.5); analyze settlement issues (.5). | 2.80 |
| 06/29/22 | DLC | 020 | Compile materials concerning outstanding fees owed to litigation professionals in connection with Adversary Proceeding (.4); participate in call with defendants re mediation (.5); review waterfall analysis (.2); call with D. Zensky re settlement term sheet (.1); correspond with S. Brauner re same (.3). | 1.50 |
| 06/29/22 | SLB | 020 | Correspondence with FTI re waterfall issues in connection with potential settlement (.4); analyze issues re same (1.2); correspondence with Weil re same (.3); prepare for (.5) and participate in (.8) mediation session; follow-up correspondence to Designees re same (.3); follow-up correspondence to mediators re same (.1); analyze open mediation issues (.5); confer with I. Dizengoff re same (.5); review and comment on outline for settlement motion re same (.8); correspondence with D. Chapman re settlement term sheet (.3). | 5.70 |
| 06/29/22 | ZDL | 020 | Prepare outline of settlement motion. | 0.90 |
| 06/29/22 | JES | 020 | Begin drafting sections of 9019 motion re adversary proceeding. | 1.40 |
| 06/30/22 | DLC | 020 | Participate in call with S. Brauner, Z. Lanier and J. Szydlo re 9019 settlement motion (.3); review correspondence re litigation waterfall (.3); analyze issues re same (.2). | 0.80 |
| 06/30/22 | SLB | 020 | Call with Z. Lanier, D. Chapman and J. Szydlo re 9019 settlement motion and related issues (.3); analyze same (1.4); review materials re same (.5); draft correspondence to members of FR and Lit teams re potential mediation settlement (.4); correspondence with Designees re same (.2); analyze waterfall issues (.5); correspondence with FTI re same (.5); review waterfall in connection with same (.5). | 4.30 |
| 06/30/22 | ZDL | 020 | Prepare for (.4) and attend (.3) call with S. Brauner, D. Chapman and J. Szydlo re settlement motion; conduct research in connection with the same (.5); revise outline for same (.9). | 2.10 |
| 06/30/22 | JES | 020 | Attend call with S. Brauner, D. Chapman and Z. Lanier re settlement motion (.3); review materials in connection with same (.3). | 0.60 |
| 06/09/22 | SLB | 022 | Confer with G. Fail re ED issues. | 0.40 |
| 06/17/22 | SLB | 022 | Correspondence with Debtors' counsel re ED issues (.3); analyze same (.5). | 0.80 |
| 06/29/22 | SLB | 022 | Analyze effective date issues. | 1.20 |
| 06/20/22 | SLB | 023 | Correspondence with Herrick team re MTN investigation and related issues (.2); review analysis re same (.4). | 0.60 |

Total Hours    298.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 8.90 | at | $1775.00 | = | $15,797.50 |
| I S DIZENGOFF | 30.60 | at | $1775.00 | = | $54,315.00 |
| A QURESHI | 10.50 | at | $1775.00 | = | $18,637.50 |
| D L CHAPMAN | 64.00 | at | $1400.00 | = | $89,600.00 |
| S L BRAUNER | 103.10 | at | $1400.00 | = | $144,340.00 |
| S WELKIS | 11.50 | at | $1565.00 | = | $17,997.50 |
| J P KANE | 7.70 | at | $1130.00 | = | $8,701.00 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
| --- | --- |
| Computerized Legal Research – Lexis – in contract 30% discount | 1,511.31 |
| Computerized Legal Research – Other | 301.46 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 2,967.67 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 382.01 |
| Courier Service/Messenger Service – Off Site | 64.80 |
| Meals – Overtime | 20.00 |
| Local Transportation - Overtime | 130.03 |
| **TOTAL:** | **5,377.28** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                                                    Page 9
Invoice Number: 1997680                                                                                      07/31/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | correspondence with Designees re same (.2); draft correspondence to mediators re same (.2); draft correspondence to Defendants and Insurers re same (.3); analyze issues re same (1.8); draft correspondence to I. Dizengoff, D. Zensky and D. Chapman re same (.5); confer with D. Chapman re same (.2); review and analyze updated settlement term sheet (1.0). | |
| 06/28/22 | SMN | 020 | Review new case implicating issues in motions to dismiss. | 0.20 |
| 06/29/22 | DMZ | 020 | Call with D. Chapman re updates to settlement term sheet. | 0.10 |
| 06/29/22 | ISD | 020 | Prepare for (1.0) and attend (.8) mediation session; confer with S. Brauner re same (.5); analyze settlement issues (.5). | 2.80 |
| 06/29/22 | DLC | 020 | Compile materials concerning outstanding fees owed to litigation professionals in connection with Adversary Proceeding (.4); participate in call with defendants re mediation (.5); review waterfall analysis (.2); call with D. Zensky re settlement term sheet (.1); correspond with S. Brauner re same (.3). | 1.50 |
| 06/29/22 | SLB | 020 | Correspondence with FTI re waterfall issues in connection with potential settlement (.4); analyze issues re same (1.2); correspondence with Weil re same (.3); prepare for (.5) and participate in (.8) mediation session; follow-up correspondence to Designees re same (.3); follow-up correspondence to mediators re same (.1); analyze open mediation issues (.5); confer with I. Dizengoff re same (.5); review and comment on outline for settlement motion re same (.8); correspondence with D. Chapman re settlement term sheet (.3). | 5.70 |
| 06/29/22 | ZDL | 020 | Prepare outline of settlement motion. | 0.90 |
| 06/29/22 | JES | 020 | Begin drafting sections of 9019 motion re adversary proceeding. | 1.40 |
| 06/30/22 | DLC | 020 | Participate in call with S. Brauner, Z. Lanier and J. Szydlo re 9019 settlement motion (.3); review correspondence re litigation waterfall (.3); analyze issues re same (.2). | 0.80 |
| 06/30/22 | SLB | 020 | Call with Z. Lanier, D. Chapman and J. Szydlo re 9019 settlement motion and related issues (.3); analyze same (1.4); review materials re same (.5); draft correspondence to members of FR and Lit teams re potential mediation settlement (.4); correspondence with Designees re same (.2); analyze waterfall issues (.5); correspondence with FTI re same (.5); review waterfall in connection with same (.5). | 4.30 |
| 06/30/22 | ZDL | 020 | Prepare for (.4) and attend (.3) call with S. Brauner, D. Chapman and J. Szydlo re settlement motion; conduct research in connection with the same (.5); revise outline for same (.9). | 2.10 |
| 06/30/22 | JES | 020 | Attend call with S. Brauner, D. Chapman and Z. Lanier re settlement motion (.3); review materials in connection with same (.3). | 0.60 |
| 06/09/22 | SLB | 022 | Confer with G. Fail re ED issues. | 0.40 |
| 06/17/22 | SLB | 022 | Correspondence with Debtors' counsel re ED issues (.3); analyze same (.5). | 0.80 |
| 06/29/22 | SLB | 022 | Analyze effective date issues. | 1.20 |
| 06/20/22 | SLB | 023 | Correspondence with Herrick team re MTN investigation and related issues (.2); review analysis re same (.4). | 0.60 |

Total Hours       298.00

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D M ZENSKY | 8.90 | at | $1775.00 | = | $15,797.50 |
| I S DIZENGOFF | 30.60 | at | $1775.00 | = | $54,315.00 |
| A QURESHI | 10.50 | at | $1775.00 | = | $18,637.50 |
| D L CHAPMAN | 64.00 | at | $1400.00 | = | $89,600.00 |
| S L BRAUNER | 103.10 | at | $1400.00 | = | $144,340.00 |
| S WELKIS | 11.50 | at | $1565.00 | = | $17,997.50 |
| J P KANE | 7.70 | at | $1130.00 | = | $8,701.00 |

SEARS CREDITORS COMMITTEE                                                                          Page 10
Invoice Number: 1997680                                                                            07/31/22

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| J A  LATOV | 7.50 | at | $1095.00 | = | $8,212.50 |
| Z D  LANIER | 25.10 | at | $1095.00 | = | $27,484.50 |
| S M  NOLAN | 8.80 | at | $1005.00 | = | $8,844.00 |
| P J  GLACKIN | 6.80 | at | $925.00 | = | $6,290.00 |
| J E  SZYDLO | 13.50 | at | $965.00 | = | $13,027.50 |

           Current Fees                                        $413,247.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,511.31 |
| Computerized Legal Research - Other | $301.46 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $382.01 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,967.67 |
| Courier Service/Messenger Service- Off Site | $64.80 |
| Meals - Overtime | $20.00 |
| Local Transportation - Overtime | $130.03 |

           Current Expenses                                   $5,377.28

| Date | | Value |
|---|---|---|
| 06/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 6/1/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $199.23 |
| 06/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 06/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 06/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 06/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/02/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/02/22 | Computerized Legal Research - Westlaw | $57.46 |

SEARS CREDITORS COMMITTEE
Invoice Number: 1997680

Page 11
07/31/22

|  |  |  |
|---|---|---|
|  | - in contract 30% discount  User: YEN DORIS Date: 6/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 06/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: KANE JOHN Date: 6/2/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $456.68 |
| 06/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: KANE JOHN Date: 6/3/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $114.17 |
| 06/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 06/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 06/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 06/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 6/7/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $320.87 |
| 06/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: KANE JOHN Date: 6/7/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $160.43 |
| 06/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |

SEARS CREDITORS COMMITTEE

Invoice Number: 1997680

07/31/22

| 06/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
|---|---|---|
| 06/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 06/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 06/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: KANE JOHN Date: 6/9/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $160.43 |
| 06/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 06/13/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 06/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 06/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |

SEARS CREDITORS COMMITTEE                                                                    Page 13
Invoice Number: 1997680                                                                      07/31/22

| Date | Description | Amount |
|------|-------------|--------|
| 06/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 06/15/22 | Local Transportation - Overtime VENDOR: DEAN L. CHAPMAN INVOICE#: 5228499506171903 DATE: 6/17/2022 Working Late in Office Taxi/Car/etc, 06/15/22, Taxi home after work, Uber | $56.17 |
| 06/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/16/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/16/22 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E252-22 DATE: 6/18/2022 |TRACKING #: 1Z02E52E0192098916; SHIP DATE: 06/16/2022; SENDER: Scott Welkis; NAME:  COMPANY: Scott Welkis ADDRESS: 40 Linden Place, Summit, NJ 07901 US; | $27.05 |
| 06/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 06/16/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 4.0 | $287.82 |
| 06/17/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 15.0 | $1,079.27 |
| 06/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: NOLAN SEAN Date: 6/17/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $160.43 |
| 06/17/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/19/22 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184- | $20.00 |

SEARS CREDITORS COMMITTEE                                                                    Page 14
Invoice Number: 1997680                                                                       07/31/22

|          |                                                                                          |         |
|----------|------------------------------------------------------------------------------------------|---------|
|          | 137 DATE: 6/19/2022                                                                       |         |
|          | Dean Chapman - Trattoria Trecolori - 6/15/2022 - Overtime Meal                           |         |
| 06/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 06/20/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/21/22 | Local Transportation - Overtime VENDOR: DEAN L. CHAPMAN INVOICE#: 5240176806222207 DATE: 6/22/2022 Working Late in Office Taxi/Car/etc, 06/21/22, Taxi home after working late, Uber | $73.86 |
| 06/21/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: NOLAN  SEAN; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $144.22 |
| 06/21/22 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E262-22 DATE: 6/25/2022 |TRACKING #: 1Z02E52E0191115792; SHIP DATE: 06/21/2022; SENDER: Dean Chapman; NAME:  COMPANY: Patrick Bartels ADDRESS: 5330 Carmel Crest Lane, Charlotte, NC 28226 US; | $37.75 |
| 06/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 06/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 06/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 06/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |

SEARS CREDITORS COMMITTEE                                                                    Page 15
Invoice Number: 1997680                                                                        07/31/22

| | | |
|---|---|---|
| 06/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 2.0 | $11.07 |
| 06/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 06/24/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 06/27/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61 |
| 06/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 06/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 06/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 06/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 06/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 6/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 06/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |

SEARS CREDITORS COMMITTEE

Invoice Number: 1997680

Page 16

07/31/22

| Date | Description | Amount |
|---|---|---|
| 06/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 06/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 6/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 06/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2206 DATE: 6/30/2022 - Document retrieval in various courts | $16.00 |
| 06/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2206 DATE: 6/30/2022 - Document retrieval in various courts | $16.00 |
| 06/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2206 DATE: 6/30/2022 - Document retrieval in various courts | $48.99 |
| 06/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2206 DATE: 6/30/2022 - Document retrieval in various courts | $48.99 |
| 06/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2206 DATE: 6/30/2022 - Document retrieval in various courts | $57.16 |
| 06/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2206 DATE: 6/30/2022 - Document retrieval in various courts | $114.32 |
| 06/30/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |

| | |
|---|---|
| Current Expenses | $5,377.28 |
| **Total Amount of This Invoice** | **$418,624.28** |
| Prior Balance Due | $9,097,743.64 |
| **Total Balance Due Upon Receipt** | $9,516,367.92 |