IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS) DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-23538-shl |
| | § | |
| **SEARS HOLDINGS CORPORATION, et al.** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOFS OF CLAIM NO. 4392 AND 20292

YOU ARE HEREBY NOTIFIED that **Angelina County's** claim no. 4392 and 20292 each in the amount of **$16,417.53** are **WITHDRAWN**. The taxes are either paid or no longer on the tax roll.

Date:   August 3, 2022

                                Respectfully submitted,

                                **LINEBARGER GOGGAN**
                                **BLAIR & SAMPSON, LLP**

                                /s/ John P. Dillman
                                **JOHN P. DILLMAN**
                                State Bar No. 05874400
                                Post Office Box 3064
                                Houston, Texas 77253-3064
                                (713) 844-3400 - Telephone
                                (713) 844-3503 - Facsimile

                                *Counsel for Angelina County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS) DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-23538-shl |
| | § | |
| SEARS HOLDINGS CORPORATION, et al. | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served via the CM/ECF for the Bankruptcy Court for Southern District of New York on **August 3, 2022**

*/S/ John P. Dillman*
John P. Dillman

| | |
|---|---|
| | |
| **LINEBARGER GOGGAN BLAIR & SAMPSON, LLP** ||
| **CODING WORK ORDER—** ||
| Date | August 3, 2022 |
| To | Sandra Nash |
| From | Emily Gonzalez |
| Re | Uncoding an Account |
| Client | Harris County |
| Debtor Name | Creative Learning Systems LLC |
| Case No. | 18-23814-rdd |
| Account No. | 2224999900000, 2219778800000, 2220045100000, 2223960700000, 2223193700000, 2215777000000, 2223173700000, 2227282500000 |
| Comments | The Pre-petition taxes are paid.  Per GJ |
| | |