IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS) DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 18-23538-shl** |
| | § | |
| **SEARS HOLDINGS CORPORATION, et al.** | § | |
| | § | |
| **Debtor(s)** | § | **CHAPTER 11** |

### TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
### OF PROOFS OF CLAIM NO. 4253

**YOU ARE HEREBY NOTIFIED** that **Galveston County's** claim no. 4253 in the amount of **$51,516.06; is**

**WITHDRAWN**. The taxes are paid.

**Date:   August 3, 2022**

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**


/s/ John P. Dillman
**JOHN P. DILLMAN**
State Bar No. 05874400
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Facsimile

*Counsel for Galveston County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS) DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 18-23538-shl** |
| | § | |
| **SEARS HOLDINGS CORPORATION, et al.** | § | |
| | § | |
| **Debtor(s)** | § | **CHAPTER 11** |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served via the CM/ECF for the Bankruptcy Court for Southern District of New York on **August 3, 2022**

*/S/ John P. Dillman*
John P. Dillman