IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS) DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-23538-shl |
| | § | |
| **SEARS HOLDINGS CORPORATION, et al.** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOFS OF CLAIM NO. 20293

YOU ARE HEREBY NOTIFIED that **Harris County's** claim no. 20293 in the amount of **$1,348,483.59** is **WITHDRAWN**. The taxes are paid.

Date:   August 3, 2022

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

/s/ John P. Dillman
**JOHN P. DILLMAN**
State Bar No. 05874400
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Facsimile

*Counsel for Harris County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS) DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-23538-shl |
| | § | |
| SEARS HOLDINGS CORPORATION, et al. | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served via the CM/ECF for the Bankruptcy Court for Southern District of New York on **August 3, 2022**

*/S/ John P. Dillman*
John P. Dillman