MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------ x
In re:                                           :    Chapter 11
                                                 :
SEARS HOLDINGS CORPORATION, et al.,              :    Case No. 18-23538 (RDD)
                                                 :
                                                 :    (Jointly Administered)
                          Debtors.1              :
------------------------------------------------ x
```

## SUMMARY SHEET FOR FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY MORITT HOCK & HAMROFF LLP AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 2, 2020 THROUGH SEPTEMBER 30, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| General Information | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP ("Moritt Hock")[2] |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors and the Litigation Designees |
| Petition Date: | October 15, 2018 |
| Date of Retention: | April 30, 2020, *nunc pro tunc* to January 2, 2020 |

| Summary of Fees and Expenses Sought in this Final Fee Application | |
|---|---|
| Period Covered by this Application: | January 2, 2020 through and including September 30, 2021 (the "Compensation Period") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary for the Compensation Period: | $536,618.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for the Compensation Period: | $12,031.22 |
| Total Compensation and Expenses Requested for the Compensation Period: | $548,649.22 |
| Amount Previously Paid: | $530,758.32 |
| Net Amount Due: | $17,890.90 |

This is a: ___Monthly ___Interim **X** Final Application

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors and (II) Granting related Relief*, dated October 15, 2019 [ECF No. 5370] (the "Confirmation Order") or the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors*, dated October 15, 2019 [ECF No. 5370-1] (the "Plan"), as applicable.

3041688v2

## SUMMARY OF MONTHLY FEE STATEMENTS
## AND CORRESPONDING FEE APPLICATIONS FILED

| PERIOD COVERED | FEES INCURRED/ALLOWED | EXPENSES INCURRED/ ALLOWED | FEES APPROVED AND PAID | EXPENSES APPROVED AND PAID |
|---|---|---|---|---|
| 01/02/20 –03/31/20 [Dkt. 7942] | $54,306.80 (80% of $67,883.50) | $6,105.76 | $54,306.80 | $6,105.76 |
| 04/01/20-04/30/20 [Dkt. 7999] | $55,006.40 (80% of $68,758.00) | $617.77 | $55,006.40 | $617.77 |
| 05/01/20-05/31/20 [Dkt. 8056] | $41,907.60 (80% of $52,384.50) | $906.00 | $41,907.60 | $906.00 |
| 06/01/20-06/30/20 [Dkt. 8310] | $21,321.20 (80% of $26,651.50) | $325.00 | $21,321.20 | $325.00 |
| **First Interim Fee Application 01/02/20-06/30/20 [Dkt. 8375]** | **$215,677.50** | **$7,954.53** | | |
| **First Interim Fee Order [Dkt. 9009]** | | | **$215,677.50** | **$7,954.53** |
| 07/01/20-07/31/20 [Dkt. 8395] | $36,031.20 (80% of $45,039.00) | $129.60 | $36,031.20 | $129.60 |
| 08/01/20-08/31/20 [Dkt. 8430] | $34,748.40 (80% of $43,435.50) | $3,131.60 | $34,748.40 | $3,131.60 |
| 09/01/20-09/30/20 [Dkt. 9027] | $115,993.60 (80% of $144,992.00) | $187.20 | $115,993.60 | $187.20 |
| 10/01/20-10/31/20 [Dkt. 9096] | $31,923.60 (80% of $39,904.50) | $117.81 | $31,923.60 | $117.81 |
| **Second Interim Fee Application 07/01/20-10/31/20 [Dkt. 9182]** | **$273,371.00** | **$3,566.21** | | |
| **Second Interim Fee Order [Dkt. 9312]** | | | **$273,371.00** | **$3,566.21** |
| 11/1/20-12/31/20 [Dkt. 9266] | $15,347.60 (80% of $19,184.50) | $233.08 | $15,347.60 | $233.08 |
| 01/01/21-01/31/21 [Dkt. 9294] | $3,377.17 (80% of $4,221.50) | $200.00 | $3,377.17 | $200.00 |
| 02/01/21-02/28/21 [Dkt. 9370] | $5,024.00 (80% of $6,280.00) | $70.00 | $5,024.00 | $70.00 |
| **Third Interim Fee Application** | **$29,686.00** | **$503.08** | | |

3041688v2

| PERIOD COVERED | FEES INCURRED/ALLOWED | EXPENSES INCURRED/ ALLOWED | FEES APPROVED AND PAID | EXPENSES APPROVED AND PAID |
|---|---|---|---|---|
| **11/01/20-02/28/21 [Dkt. 9408]** | | | | |
| **Third Interim Fee Order [Dkt. 9545]** | | | $29,686.00 | $503.08 |
| 03/01/21-09/30/21 [Dkt. 9989] | $14,306.80 (80% of $17,883.50) | $7.40 | $14,306.80 | $7.40 |
| **Fourth Interim Fee Application 03/01/21-09/30/21 [Dkt. 10217]** | $17,883.50 | $7.40 | | |
| **Fourth Interim Fee Order[3]** | | | | |
| **TOTAL** | **$536,618.00** | **$12,031.22** | | |

---

[3] As of the date of this application a Fourth Interim Fee Order has not been entered by the Court.

3041688v2

MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

In re:                                           :    Chapter 11
                                                 :
SEARS HOLDINGS CORPORATION, *et al.*,            :    Case No. 18-23538 (RDD)
                                                 :
                          Debtors[1].            :    (Jointly Administered)
                                                 :
-------------------------------------------------- x

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY MORITT HOCK & HAMROFF LLP AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 2, 2020 THROUGH SEPTEMBER 30, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, L.L.C. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3041688v2

Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits its final fee application (the "Final Fee Application") and respectfully states as follows:

## PRELIMINARY STATEMENT

1.   Moritt Hock requests pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), (a) allowance on a final basis of compensation for professional services rendered by Moritt Hock in the amount of $536,618.00 and reimbursement of actual and necessary expenses incurred by Moritt Hock in the amount of $12,031.22 for the period from January 2, 2020 through and including September 30, 2021 (the "Total Compensation Period") and (b) payment of a balance of $17,890.90, which consists of (i) 100% of the fees totaling $17,883.50 requested in the Twelfth Monthly Fee Statement and Fourth Interim Fee Application and (ii) $7.40 for expenses requested, but not yet paid, pursuant to the Twelfth Monthly Fee Statement and Fourth Interim Fee Application.

2.   This Application has been prepared in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [ECF No. 796] (the "Interim Compensation Order"), the Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 327, dated April 22, 2019 [ECF No. 3307] (the "Fee Examiner Order"), the Amended Guidelines for Fees and Disbursements for Professionals in the

2

Southern District of New York (June 17, 2013) promulgated pursuant to Local Bankruptcy Rule 2016-1(a) (the "Local Guidelines") and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "U.S. Trustee Guidelines" and, together with the Local Guidelines, the "Fee Guidelines"). Pursuant to the Local Guidelines, a certification regarding compliance with the Fee Guidelines and Interim Compensation Order is annexed hereto as **Exhibit A**.

## JURISDICTION AND VENUE

3.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4.    Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.    The statutory bases for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## BACKGROUND

A.    **The Debtors' Chapter 11 Cases**

6.    On October 15, 2018 (the "Petition Date"), and continuing thereafter, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. The Chapter 11 Cases are jointly administered for procedural purposes only. No trustee or examiner has been appointed in the Chapter 11 Cases.

7.    On October 24, 2018 (the "Formation Date"), the Office of the United States Trustee for Region 2 (the "U.S. Trustee") appointed the Creditors' Committee pursuant to Bankruptcy Code section 1102(a). Notice of Appointment of Official Committee of Unsecured

3041688v2

Creditors [ECF No. 276]. The Creditors' Committee currently comprises eight members.[2] Simon Property Group, L.P. serves as chair of the Creditors' Committee (the "Chair").

8.    On January 3, 2019, the U.S. Trustee filed the Motion of United States Trustee for Order Authorizing Appointment of Independent Fee Examiner [ECF No. 1490].   On April 22, 2019, this Court entered the Fee Examiner Order [ECF No. 3307].   On the same day, Paul E. Harner was appointed as fee examiner in the Chapter 11 Cases (the "Fee Examiner").   The Fee Examiner has retained Ballard Spahr LLP as legal counsel.

**B.    The Jointly Asserted Causes of Action**

9.    Pursuant to the Confirmation Order, the Court granted the Creditors' Committee joint standing with the Debtors and authorized it to investigate, commence, prosecute, settle and otherwise dispose of certain claims and causes of action (collectively, "Jointly Asserted Causes of Action") jointly with the Debtors for the benefit of the Debtors' estates and creditors in accordance with the terms of the Plan.   The Jointly Asserted Causes of Action are overseen by designees who will be the initial members of the Liquidation Trust Board upon consummation of the Plan (such members, the "Litigation Designees").[3]

10.    Due to certain potential conflict issues, the Creditors' Committee selected Moritt Hock to serve as special conflicts counsel with respect to matters pertaining to the Jointly Asserted Causes of Action.

---

[2] The following entities currently comprise the Creditors' Committee: (i) The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee; (ii) Brixmor Operating Partnership, L.P.; (iii) Computershare Trust Company, N.A.; (iv) Oswaldo Cruz; (v) Pension Benefit Guaranty Corporation ("PBGC"); (vi) Simon Property Group, L.P.; and (vii) Winiadaewoo Electronics America, Inc. *See Amended Notice of Appointment of Official Committee of Unsecured Creditors*, dated March 31, 2020 [ECF No. 7539].

[3] The initial members of the Liquidating Trust Board will be: (i) Patrick Bartels; (ii) Alan Carr; (iii) Eugene Davis; (iv) William Transier; and (v) Raphael Wallander.

3041688v2

**C.**     **Retention of Moritt Hock as Special Litigation Counsel**

11.     On January 2, 2020, the Creditors' Committee selected Moritt Hock as its special conflicts counsel in connection with the Chapter 11 Cases (the "Chapter 11 Cases") in order to investigate the transactions underlying the Jointly Asserted Causes of Action. On April 9, 2020, the Creditors' Committee filed its application to retain and employ Moritt Hock as its special conflicts counsel [ECF No. 7798] (the "Moritt Hock Retention Application"), which application was authorized by an order of this Court dated April 30, 2020 [ECF No. 7884] (the "Moritt Hock Retention Order").

12.     The Moritt Hock Retention Order authorizes the Creditors' Committee to retain and employ Moritt Hock in accordance with Moritt Hock's normal hourly rates and disbursement policies, *nunc pro tunc* to January 2, 2020, all as contemplated by the Moritt Hock Retention Application. Specifically, the Moritt Hock Retention Order authorizes Moritt Hock to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**D.**     **Allowance of Prior Fee Applications**

13.     On August 14, 2020, Moritt Hock filed the *First Interim Fee Application of Moritt Hock & Hamroff LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 2, 2020 through June 30, 2020* (the "First Interim Fee Application"), seeking interim allowance of $215,677.50 in compensation for fees for professional services rendered and $7,954.53 in reimbursement for expenses incurred during the period of January 2, 2020 through and including June 30, 2020 (the "First Interim Compensation Period"). On October 15, 2020, the Court entered the *Fifth Order Granting Applications of*

*Professionals for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 9009], granting allowance of $215,677.50 in fees and $7,954.53 in expenses to Moritt Hock.

14.    On December 15, 2020, Moritt Hock filed the *Second Interim Fee Application of Moritt Hock & Hamroff LLP as* Special *Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of July 1, 2020 through October 31, 2020* (the "Second Interim Fee Application"), seeking allowance of $273,371.00 in compensation for fees for professional services rendered and $3,566.21 in reimbursement for expenses incurred during the period of July 1, 2020 through and including October 31, 2020 (the "Second Interim Compensation Period"). On February 23, 2021, the Court entered the *Sixth Order Granting Applications of Professionals for Interim Allowance of Compensation and Reimbursement of Expenses* [Docket No. 9312], granting allowance of $273,371.00 in fees and $3,566.21 in expenses to Moritt Hock.

15.    On April 14, 2021, Moritt Hock filed the *Third Interim Fee Application of Moritt Hock & Hamroff LLP as Special* Conflicts *Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2020 through February 28, 2021* (the "Third Interim Fee Application"), seeking allowance of $29,686.00 in compensation for fees for professional services rendered and $503.08 in reimbursement for expenses incurred during the period of November 1, 2020 through February 28, 2021 (the "Third Interim Compensation Period"). On June 2, 2021, the Court entered the *Seventh Order Granting Applications of Professionals for Interim Allowance of Compensation and Reimbursement of Expenses* [Docket No. 9545], granting allowance of $29,686.00 in fees and $503.08 in expenses to Moritt Hock.

3041688v2

16.    On January 7, 2022, Moritt Hock filed the *Fourth Interim Fee Application of Moritt Hock & Hamroff LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for* the *Period of March 1, 2021 through September 30, 2021* (the "Fourth Interim Fee Application"), seeking allowance of $17,883.50 in compensation for fees for professional services rendered and $7.40 in reimbursement for expenses incurred during the period of March 1, 2021 through September 30, 2021 (the "Fourth Interim Compensation Period"). As of the date of this filing the Court has not entered an Order on the Fourth Interim Compensation Period.[4]

17.    Except as requested and paid pursuant to terms of the Interim Compensation Order, Moritt Hock has received no payment and no promises for payment from any source for services rendered in connection with the Chapter 11 Cases. There is no agreement or understanding between Moritt Hock and any other person for the sharing of compensation for the services rendered in the Chapter 11 Cases. The fees charged by Moritt Hock in the Chapter 11 Cases are billed in accordance with its existing billing rates and procedures in effect since entry of the Retention Order. The rates Moritt Hock charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are the same rates Moritt Hock charges for professional and paraprofessional services rendered in comparable bankruptcy and non-bankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable cases in a competitive national legal market.

---

[4] The hearing to consider the Fourth Interim Fee Application was initially noticed on April 26, 2022 [ECF Dkt. 10411] for hearing on May 26, 2022, however, such hearing has been adjourned from time to time. The hearing to consider approval of the Fourth Interim Fee Application is scheduled to occur simultaneous with the hearing on this Final Fee Application.

3041688v2

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

18.    By this Final Fee Application, Moritt Hock requests (a) allowance on a final basis

of compensation for professional services rendered by Moritt Hock the amount of **$536,618.00**

and reimbursement of actual and necessary expenses incurred by Moritt Hock in the amount of

**$12,031.22** for the Total Compensation Period and (b) payment of a balance of **$17,890.90**

which consists of 100% of the fees and expenses requested, but not yet paid, pursuant to the

Twelfth Monthly Fee Statement and Fourth Interim Fee Application.  During the Compensation

Period, Moritt Hock attorneys and paraprofessionals expended a total of **1,317.20 hours** for

which compensation is sought.

19.    In accordance with the Interim Compensation Order, Moritt Hock filed and served

the monthly fee statements (the "Monthly Fee Statements") upon the required notice parties, as

identified in the Interim Compensation Order, during the Total Compensation Period.  The

Committee has approved the amounts requested by Moritt Hock for services performed and

expenses incurred in each of the Monthly Fee Statements (as defined below) filed pursuant to the

Interim Compensation Order during the Total Compensation Period.  Set forth below is a table of

all of the monthly fee statements filed and the corresponding interim fee applications.

### TABLE 1
### SUMMARY OF MONTHLY FEE STATEMENTS
### AND CORRESPONDING FEE APPLICATIONS FILED

| PERIOD COVERED | FEES INCURRED/ALLOWED | EXPENSES INCURRED/ALLOWED | FEES APPROVED AND PAID | EXPENSES APPROVED AND PAID |
|---|---|---|---|---|
| 01/02/20 –03/31/20 [Dkt. 7942] | $54,306.80 (80% of $67,883.50) | $6,105.76 | $54,306.80 | $6,105.76 |
| 04/01/20-04/30/20 [Dkt. 7999] | $55,006.40 (80% of $68,758.00) | $617.77 | $55,006.40 | $617.77 |
| 05/01/20-05/31/20 [Dkt. 8056] | $41,907.60 (80% of $52,384.50) | $906.00 | $41,907.60 | $906.00 |

3041688v2

| PERIOD COVERED | FEES INCURRED/ALLOWED | EXPENSES INCURRED/ ALLOWED | FEES APPROVED AND PAID | EXPENSES APPROVED AND PAID |
|---|---|---|---|---|
| 06/01/20-06/30/20 [Dkt. 8310] | $21,321.20 (80% of $26,651.50) | $325.00 | $21,321.20 | $325.00 |
| **First Interim Fee Application 01/02/20-06/30/20 [Dkt. 8375]** | **$215,677.50** | **$7,954.53** | | |
| **First Interim Fee Order [Dkt. 9009]** | | | **$215,677.50** | **$7,954.53** |
| 07/01/20-07/31/20 [Dkt. 8395] | $36,031.20 (80% of $45,039.00) | $129.60 | $36,031.20 | $129.60 |
| 08/01/20-08/31/20 [Dkt. 8430] | $34,748.40 (80% of $43,435.50) | $3,131.60 | $34,748.40 | $3,131.60 |
| 09/01/20-09/30/20 [Dkt. 9027] | $115,993.60 (80% of $144,992.00) | $187.20 | $115,993.60 | $187.20 |
| 10/01/20-10/31/20 [Dkt. 9096] | $31,923.60 (80% of $39,904.50) | $117.81 | $31,923.60 | $117.81 |
| **Second Interim Fee Application 07/01/20-106/32/20 [Dkt. 9182]** | **$273,371.00** | **$3,566.21** | | |
| **Second Interim Fee Order [Dkt. 9312]** | | | **$273,371.00** | **$3,566.21** |
| 11/1/20-12/31/20 [Dkt. 9266] | $15,347.60 (80% of $19,184.50) | $233.08 | $15,347.60 | $233.08 |
| 01/01/21-01/31/21 [Dkt. 9294] | $3,377.17 (80% of $4,221.50) | $200.00 | $3,377.17 | $200.00 |
| 02/01/21-02/28/21 [Dkt. 9370] | $5,024.00 (80% of $6,280.00) | $70.00 | $5,024.00 | $70.00 |
| **Third Interim Fee Application 11/01/20-02/28/21 [Dkt. 9408]** | **$29,686.00** | **$503.08** | | |
| **Third Interim Fee Order [Dkt. 9545]** | | | **$29,686.00** | **$503.08** |
| 03/01/21-09/30/21 [Dkt. 9989] | $14,306.80 (80% of $17,883.50) | $7.40 | $14,306.80 | $7.40 |
| **Fourth Interim Fee Application** | **$17,883.50** | **$7.40** | | |

9

| PERIOD COVERED | FEES INCURRED/ALLOWED | EXPENSES INCURRED/ ALLOWED | FEES APPROVED AND PAID | EXPENSES APPROVED AND PAID |
|---|---|---|---|---|
| 03/01/21-09/30/21 [Dkt. 10217] Fourth Interim Fee Order[5] | | | | |
| TOTAL | $536,618.00 | $12,031.22 | | |

20.     The fees charged by Moritt Hock in these cases are billed in accordance with its existing billing rates and procedures in effect during the Total Compensation Period.  The rates Moritt Hock charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates Moritt Hock charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.  The disclosures required by the UST Guidelines regarding the customary and comparable compensation are annexed hereto as **Exhibit B**.

21.     Moritt Hock maintains computerized records of the time spent by all Moritt Hock attorneys and paraprofessionals in connection with its representation of the Committee. A summary of compensation by timekeeper for the Total Compensation Period is attached hereto in **Exhibit C** and a summary of fees by task code for the Total Compensation Period is attached hereto in **Exhibit D**.  A compilation of the itemized time records for Moritt Hock professionals and paraprofessionals performing services for the Committee, which have been filed and served upon the notice parties in accordance with the Interim Compensation Order, is attached hereto as **Exhibit E**.  All entries itemized in Moritt Hock's time records comply with the requirements set

---

[5] As of the date of this application a Fourth Interim Fee Order has not been entered by the Court.

3041688v2

forth in the Guidelines, including the use of separate matter numbers for different project types, as described in more detail below.

22.     Moritt Hock also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  A schedule of the categories of expenses and amounts for which reimbursement is requested for the Total Compensation Period is attached hereto as **Exhibit F** and a detailed itemization of expenses incurred is provided in **Exhibit G**.  All entries itemized in Moritt Hock's expense records comply with the requirements set forth in the Guidelines.

**SUMMARY OF SERVICES PERFORMED
BY MORITT HOCK DURING THE
TOTAL COMPENSATION PERIOD**

23.     The following is a summary of the professional services rendered by Moritt Hock during the Total Compensation Period. This summary is organized in accordance with the ABA Bankruptcy Code Set, commonly used in bankruptcy matters. In classifying services into task codes, Moritt Hock attempted to place the services performed in the category that most closely related to the services provided. The below does not include summaries for certain task codes for which a *de minimis* amount of time was billed during the Total Compensation Period.

24.     Moreover, the following summary of services rendered during the Total Compensation Period is not intended to be a detailed description of the work performed. Rather, it merely is an attempt to highlight certain of those areas in which services were rendered to the Creditors' Committee and the Litigation Designees, as well as to identify some of the matters and issues that Moritt Hock was required to address during the Compensation Period.

3041688v2

## B110 - CASE ADMINISTRATION

| Total Hours | Fees |
|---|---|
| 68.10 | $34,068.00 |

25.    This category includes time spent by Moritt Hock professionals and paraprofessionals performing various administrative services in order to represent the Creditors' Committee and the Litigation Designees effectively and efficiently, including, among other things, (i) reviewing and analyzing pleadings and other documents filed by the Debtors and third parties relating to the 2004 investigation and the Jointly Asserted Causes of Action; (ii) apprising Moritt Hock attorneys and paraprofessionals of recent filings and upcoming deadlines; (iii) preparing internal task lists and case calendars; and (iv) communicating with Akin Gump, primary counsel to the Creditors' Committee and the Litigation Designees.

26.    Moritt Hock professionals and paraprofessionals also monitored the dockets for the Chapter 11 Cases and the adversary proceeding captioned *Sears Holdings Corp. v Lampert*, Adv. Pro. 19-08250 (RDD) (Bankr. S.D.N.Y.) (the "Adversary Proceeding") to remain apprised of all critical matters. For each significant filing, Moritt Hock professionals and paraprofessionals worked to ensure that the appropriate parties were notified of its contents, relevant response deadlines, hearing dates and any other critical matters related thereto.

27.    Moritt Hock believes it was able to address all case management issues in connection with matters within the scope of its engagement in an effective and efficient manner.

## B160 - FEE/EMPLOYMENT APPLICATIONS

| Total Hours | Fees |
|---|---|
| 327.40 | $145,244.50 |

12

28.     This category includes the time spent by Moritt Hock professionals and paraprofessionals preparing and drafting, *inter alia*: (a) the Monthly Fee Statements; and (b) the Interim Fee Applications.

29.     Pursuant to the Interim Compensation Order, each of the Monthly Fee Statements contained a list of individuals who rendered services to the Creditors' Committee during the relevant compensation period, information as to each individual's title, billing rate and hours worked and a comprehensive breakdown of the fees incurred and disbursements expended. To minimize costs in connection with this time-intensive process, Moritt Hock relied on paraprofessionals to prepare the initial drafts of the Monthly Fee Statements, thereby limiting the time spent by attorneys on the review of fees, where reasonably practicable.

30.     Moritt Hock professionals and paraprofessionals have also communicated with, and responded to numerous requests from, representatives from M-III Partners respecting, among other things, weekly accrual information.

## B120 – ASSET ANALYSIS AND RECOVERY

| Total Hours | Fees |
|:---:|:---:|
| 819 | $309,891.50 |

31.     This category includes time spent by Moritt Hock professionals and paraprofessionals in connection with their role as Special Conflicts Counsel to the Creditors' Committee and the Litigation Designees, pursuant to the Moritt Hock Retention Order. Through this role, Moritt is, among other things, conducting the investigation of certain transactions underlying the Jointly Asserted Causes of Action.

13

32.    Specifically, Moritt Hock professionals and paraprofessionals, among other things: (i) reviewed relevant pleadings and underlying facts relating to the Jointly Asserted Causes of Action; (ii) served subpoenas for the production of documents in connection with prosecution of the Jointly Asserted Causes of Action; (iii) engaged in numerous meet and confers with counsel for certain of the subpoenaed parties regarding the subpoenas, including but not limited to international service issues, (iv) conducted related legal research; (v) resolved discovery disputes related to the scope of the document requests; (vi) reviewed and analyzed materials produced in response to subpoenas, and (vii) prepared materials for presentation to main counsel, the Creditors' Committee and the Litigation Designees.

## B191 – LITIGATION/ADVERSARY PROCEEDINGS

| Total Hours | Fees |
|---|---|
| 104.40 | $47,414.00 |

33.    This category includes time spent by Moritt Hock professionals and paraprofessionals in connection with their role as Special Conflicts Counsel to the Creditors' Committee and the Litigation Designees, pursuant to the Moritt Hock Retention Order. Through this role, Moritt is, among other things, conducting the investigation of certain transactions underlying the Jointly Asserted Causes of Action.

## ACTUAL AND NECESSARY DISBURSEMENTS

34.    As set forth in **Exhibit F** Moritt Hock seeks allowance of reimbursement of expenses in the amount of $12,031.22 for expenses incurred during the Total Compensation Period in the course of providing professional services to the Creditors' Committee. Moritt Hock's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, as it relates to

14

computerized research, Moritt Hock believes that it does not make a profit on that service as a

whole although the cost of any particular search is difficult to ascertain. Other reimbursable

expenses (whether the service is performed by Moritt Hock in-house or through a third-party

vendor) include, but are not limited to, long-distance calls, overtime meals, deliveries, discovery,

telephonic court appearances and travel.

## FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

35.    Bankruptcy Code section 330 provides, in relevant part, that the Court may award

to a professional person "reasonable compensation for actual, necessary services rendered[.]" *See*

11 U.S.C. § 330(a)(1). In turn, Bankruptcy Code section 330 provides as follows:

> In determining the amount of reasonable compensation to be
> awarded, the court shall consider the nature, the extent, and the
> value of such services, taking into account all relevant factors,
> including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of,
> or beneficial at the time at which the service was rendered
> toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable
> amount of time commensurate with the complexity,
> importance, and nature of the problem, issue, or task
> addressed; and
>
> (E)    with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and
> experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonably based on the
> customary compensation charged by comparably skilled
> practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

15

36.     The clear congressional intent and policy expressed in Bankruptcy Code section 330 is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases. *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13, 20 (Bantu. S.D.N.Y. 1991) ("Congress' objective in requiring that the market, not the Court, establish attorneys' rates was to ensure that bankruptcy cases were staffed by appropriate legal specialists."); *In re Busy Beaver Bldg. Ctrs., Inc.*, 19 F.3d 833, 850 (3d. Cir.1994) (citations and internal quotations omitted) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.").

37.     In assessing the "reasonableness" of the fees requested, the Second Circuit has stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express, Inc.*, while also incorporating the "lodestar method." *See Arbor Hill Concerned Citizens Neighborhood Ass 'n v. County of Albany and Albany County Bd. of Elections*, 522 F.3d 182, 190 (2d Cir. 2007) (citing *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974), *abrogated on other grounds by Blanchard v. Bergeron*, 489 U.S. 87, 92-93, 96 (1989)). The "lodestar method" of calculating the reasonable fee contemplates "the number of hours reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart et al.*, 461 U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002*); Perdue v. Kenny A.*, 130 S.Ct. 1662, 1672 (2010); *In re Drexel Burnham Lambert Grp., Inc.* 133 B.R. 13 (Bankr. S.D. N.Y. 1991). The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544 F.2d 1291, 1298-99 (5th Cir. 1977) have been adopted by most courts.[6] *See In re Nine Assocs., Inc.*, 76 B.R. 943, 945

---

[6] The factors articulated by the Fifth Circuit in First Colonial were first articulated by the Fifth Circuit in *Johnson*, with the First Colonial out adding the factor of the "spirit of economy," which was later rejected by Congress. *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

16

(S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine Magazine, Inc.*, 61 B.R. 210, 212-13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*, 403 Fed. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial* and *Johnson* as the "leading cases to be considered in determining a reasonable allowance of compensation").

38.     Moritt Hock respectfully submits that a consideration of these factors should result in the Court's allowance of the full compensation sought in this Application.

a.     <u>Time and Labor Required.</u> Moritt Hock billed a total of 827.4 hours of professional services and 489.8 hours of paraprofessional and other non-legal services during the Compensation Period. As evidenced by this Application, Moritt Hock professionals and paraprofessionals worked diligently and efficiently without unnecessary duplication of efforts throughout the Compensation Period. This is especially true when considering the nature and complexity of the issues that arose in the Chapter 11 Cases during the Compensation Period. In particular, the Compensation Period involved many material issues that required analysis of data, researching of applicable case law, and follow-up with subpoenaed parties on their productions or lack thereof. Moritt Hock respectfully submits that the hours spent were reasonable given the size and complexity of the Chapter 11 Cases and the significant legal issues raised.

b.     <u>Novelty and Difficulty of the Questions.</u> Moritt Hock tasked knowledgeable attorneys to research, analyze and provide advice on difficult and complex bankruptcy, litigation, finance and other issues. As further described herein, Moritt Hock's skilled teams assisted the Creditors' Committee and the Litigation Designees in researching and analyzing legal issues pertaining to third party challenges to the service of subpoenas, including claims of immunity under the Foreign Sovereign Immunities Act and objections based on the Hague Convention.

c.     <u>Skill Requisite to Perform the Legal Services Properly.</u> Moritt Hock believes that its recognized expertise in the area of bankruptcy litigation and corporate restructuring, its ability to draw from highly experienced professionals in other areas of Moritt Hock's practice and its creative approach to the resolution of issues has benefited the Creditors' Committee and the Litigation Designees. Due to the nature and complexity of the legal issues Moritt Hock was retained to investigate and/or prosecute in the Chapter 11 Cases, Moritt Hock was required to

17

exhibit a high degree of legal skill in areas related to, *inter alia*, bankruptcy and litigation matters. Additionally, Moritt Hock's strong working relationship with the Creditors' Committee's and Litigation Designees' other legal advisors enabled Moritt Hock to work with such advisors to track and analyze data produced by subpoenaed parties and address relevant legal issues during the course of its investigation.

d.    Preclusion of Other Employment by Applicant Due to Acceptance of the Case. Although Moritt Hock's representation of the Creditors' Committee and the Litigation Designees did not preclude its acceptance of new clients, the demands for immediate and substantive action in connection with the investigation relating to the Jointly Asserted Causes of Action imposed significant burdens on Moritt Hock professionals and paraprofessionals working concurrently on other matters.

e.    Customary Fee. The rates Moritt Hock charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are the same rates Moritt Hock charges for professional and paraprofessional services rendered in comparable non-bankruptcy matters. Moritt Hock's fee structure also is equivalent to the fee structure used by Moritt Hock for restructuring, workout, bankruptcy, insolvency and comparable matters, as well as similar complex corporate and litigation matters, whether in-court or otherwise, regardless of whether a fee application is required. The firm's customary hourly rates and rate structure reflect that restructuring and related matters typically involve great complexity, numerous tasks requiring a high level of expertise and severe time pressures, as is the case here. Moritt Hock's rate structure is similar to the rate structure used by other, similar law firms that work on other, similar matters.

f.    Whether the Fee Is Fixed or Contingent. Pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professionals employed under Bankruptcy Code section 1103 are contingent pending final approval by the Court and are subject to adjustment depending upon the services rendered and the results obtained. The contingency of full and actual compensation to Moritt Hock increased the risk Moritt Hock was assuming by representing the Creditors' Committee as special conflicts counsel in the Chapter 11 Cases.

g.    Time Limitations Imposed by the Client or Other Circumstances. As previously set forth herein, Moritt Hock was required to attend to certain issues arising in the investigation relating to the Jointly Asserted Causes of Action under compressed timelines. The tremendous efforts of Moritt Hock professionals and paraprofessionals in completing this work permitted the Creditors' Committee and the Litigation Designees to

address effectively various issues for the benefit of the Debtors' unsecured creditors.

h.   <u>Amount Involved and Results Obtained.</u> Moritt Hock professionals and paraprofessionals worked diligently to maximize value for the Debtors' estates and creditors. During the Compensation Period, and as described in the summary of services herein, Moritt Hock was instrumental in maximizing value for the benefit of unsecured creditors. In particular, Moritt Hock's efforts in connection with, among other things, the investigation relating to the Jointly Asserted Causes of Action effectively maximized the potential assets available for distribution to unsecured creditors. Moritt Hock respectfully submits that the fees requested in this Application are reasonable and appropriate when considering the results obtained on behalf of unsecured creditors as more fully described in the summary of services.

i.   <u>Experience, Reputation and Ability of Attorneys.</u> Attorneys in Moritt Hock's Litigation & Restructuring group are consistently recognized as leading attorneys in the field of bankruptcy and bankruptcy related litigation as well as creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code. During the Compensation Period, Moritt Hock solicited the skill and expertise of its attorneys, a number of which have practiced law for over 20 years in a number of jurisdictions and legal disciplines. Moritt Hock attorneys have actively represented creditors and creditors' committees, as well as other parties in interest, in chapter 11 cases. Moritt Hock's extensive experience enables it to perform the services described herein competently and expeditiously.

j.   <u>"Undesirability" of the Cases.</u> This factor is not applicable to the Chapter 11 Cases.

k.   <u>Nature and Length of Professional Relationship.</u> Moritt Hock has been rendering professional services to the Creditors' Committee since it was selected as special conflicts counsel to the Creditors' Committee on January 2, 2020.

39.   For the reasons set forth above, the services rendered by Moritt Hock were necessary and beneficial to the Creditors' Committee and consistently performed in a timely manner. The compensation sought in this Application is reasonable in light of the value of such services to the Creditors' Committee and all unsecured creditors, Moritt Hock's demonstrated skill and expertise in the bankruptcy field (as well as other areas of expertise relevant to the

Chapter 11 Cases) and the customary compensation charged by comparably skilled practitioners at Moritt Hock. Accordingly, Moritt Hock respectfully submits that the Court should approve the compensation for professional services and reimbursement of expenses sought herein.

40.    No agreement or understanding exists between Moritt Hock and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with the Chapter 11 Cases. No prior application has been made in this Court or in any other court for the relief requested herein as it relates to the Compensation Period.

### ATTORNEY STATEMENT PURSUANT TO U.S. TRUSTEE GUIDELINES

41.    The following is provided in response to the request for additional information set forth in ¶ C.5. of the U.S. Trustee Guidelines.

| | |
|---|---|
| **Question**: | Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. |
| Response: | No. |
| **Question**: | If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? |
| Response: | Not applicable. |
| **Question**: | Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **Question**: | Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. |
| Response: | Yes. During the Compensation Period, approximately 50.58 hours and $15,887.30 in fees were spent reviewing time records for compliance with |

the Fee Guidelines. Most of these fees were incurred in connection with the preparation of the Second Interim Fee Application.

**Question:**   Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response:   See above.

**Question:**   If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Response:   Moritt Hock disclosed to the Creditors' Committee the hourly rates charged at the time of its retention. Moritt Hock increased its rates on December 1, 2020, consistent with its customary practice and as disclosed in the Moritt Hock Retention Application (as defined herein).

## RESERVATION OF RIGHTS

To the extent that there are services rendered or expenses incurred that relate to the Compensation Period but were not processed prior to the preparation of the Application, Moritt Hock reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## CONCLUSION

**WHEREFORE**, Moritt Hock respectfully requests: (a) an allowance on a final basis of compensation for professional services rendered during the Total Compensation Period in the amount of $536,818.00 and expense reimbursement in the amount of $12,031.22; (b) payment of a balance of $17,890.90, consisting of (i) fees totaling $17,883.50, representing 100% of the fees requested, but not yet paid, pursuant to the Twelfth Monthly Fee Statement and Fourth Interim Fee Application and (ii) $7.40 for expenses requested, but not yet paid, pursuant to the Twelfth

3041688v2

Monthly Fee Statement and Fourth Interim Fee Application; and (c) such other and further relief

as is just.

Dated: New York, New York
   August 9, 2022      MORITT HOCK & HAMROFF LLP


        By: */s/ James P. Chou*
          James P. Chou
          Ted A. Berkowitz
          Danielle J. Marlow
        1407 Broadway - 39th Floor
        New York, New York, 10018
        Telephone: (212) 239-2000
        Facsimile: (212) 239-7277

        *Special Conflicts Counsel to the Official*
        *Committee of Unsecured Creditors of*
        *Sears Holdings Corporation, et al.*

3041688v2

**<u>EXHIBIT A</u>**

**CERTIFICATION OF JAMES P. CHOU**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

In re:                                              :    Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION, *et al.*,               :    Case No.  18-23538 (RDD)
                                                    :
                                                    :    (Jointly Administered)
                          Debtors.[1]               :
------------------------------------------------------- x

**CERTIFICATION UNDER THE FEE GUIDELINES IN RESPECT OF THE
FINAL FEE APPLICATION OF MORITT HOCK & HAMROFF LLP AS
SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR FINAL ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF JANUARY 2, 2020 THROUGH SEPTEMBER 30, 2021**

I, James P. Chou, hereby certify that:

1.      I am a partner with the law firm of Moritt Hock & Hamroff LLP ("Moritt Hock")

located at 1407 Broadway, New York, New York.  Moritt Hock is special conflicts counsel to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

the Creditors' Committee of Sears Holdings Corporation and its affiliated debtors and debtors in

possession (collectively, the "Debtors").

2.    In accordance with the Fee Guidelines, this certification is made with respect to the

Application, for interim allowance of compensation and reimbursement of expenses incurred

during the Compensation Period.

3.    In respect of section B.1 of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief formed after
reasonable inquiry, the fees and disbursements sought fall within the
Fee Guidelines;

(c)    the fees and disbursements sought are billed at rates in accordance
with those customarily charged by Moritt Hock and generally
accepted by Moritt Hock's clients; and

(d)    in providing a reimbursable service, Moritt Hock does not make a
profit on that service, whether the service is performed by Moritt
Hock in-house or through a third party.

4.    In accordance with section B.2 of the Local Guidelines and as required by the

Interim Compensation Order, I certify that Moritt Hock has complied with those provisions

requiring it to provide the Debtors and the Creditors' Committee with a statement of Moritt

Hock's fees and disbursements accrued during the previous month, although, due to

administrative limitations, such statements were not always provided within the timeframe set

forth in the Local Guidelines or the Interim Compensation Order.[2]

5.    In respect of section B.3 of the Local Guidelines, I certify that the Debtors,

---

[2] Moritt Hock has provided weekly accrual information to M-III Partners, L.P., the Debtors' restructuring advisors, on a weekly basis or as soon thereafter as was reasonably practicable.

3041688v2

the U.S. Trustee and the members of the Creditors' Committee are each being provided

with a copy of the Application.

Dated: New York, New York               By: _____/s/ *James P. Chou*____
      August 9, 2022                        James P. Chou

**EXHIBIT B**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURE

| Blended Hourly Rates | | |
|---|---|---|
| Category of Timekeeper | | All Timekeepers on Application for January 2, 2020 through September 30, 2021 |
| Partner | $595 | $609 |
| Associates | | |
| Paralegals | $245 | $255 |
| All Timekeepers Aggregated | $420 | $432 |

[1] Consistent with the U.S. Trustee Guidelines, this **Exhibit B** discloses the blended hourly rate for the aggregate of all timekeepers of Moritt Hock who billed during the Total Compensation Period, excluding all data from timekeepers practicing primarily in the financial restructuring group.

3041688v2

**EXHIBIT C**

## COMPENSATION BY PROFESSIONAL FOR THE FINAL FEE APPLICATION
## PERIOD OF JANUARY 2, 2020 THROUGH SEPTEMBER 30, 2021

| Name of Professional | Position | Department | Year Admitted | Hourly Billing Rate 2020 | Hourly Billing Rate 2021 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| Ted A. Berkowitz | Partner | Restructuring/ Bankruptcy | 1984 | $675 | $675 | 37.00 | 24,981.00 |
| James P. Chou | Partner | Litigation | 1997 (NY) 1996 (NJ) | $595 | $615 | 184.90 | $110,253.50 |
| Robert S. Cohen | Partner | Litigation | 1987 (NY) 1986 (NJ) | $595 | N/A | 1.80 | $1,071.00 |
| Theresa A. Driscoll | Partner | Restructuring/ Bankruptcy | 2000 | $560 | $575 | 80.50 | $45,483.50 |
| Danielle J. Marlow | Partner | Litigation | 1997 | $550 | $565 | 258.80 | $142,575.50 |
| Stephen T. Breidenbach | Associate | Cyber Security/ Technology | 2018 | $340 | N/A | 19.90 | $6,766.00 |
| Lauren Bernstein | Associate | Litigation | 2015 (NY) 2015 (NJ) | $325 | N/A | 10.60 | $3,445.00 |
| Nicholas G. Calabria | Associate | Litigation | 2020 | $225 | N/A | 44.80 | $10,080.00 |
| Jennifer Calamia | Associate | Litigation | 2018 | $295 | N/A | 5.90 | $1,740.50 |
| Alex D. Corey | Associate | Litigation | 2014 | $395 | N/A | 153.50 | $60,632.50 |

3041688v2

| Matthew S. De La Torre | Associate | Litigation | 2017 | $295 | N/A | 28.80 | $8,496.00 |
|---|---|---|---|---|---|---|---|
| Tina M. Kassangana | Associate | Corporate | 2021 | $275 | N/A | 0.90 | $247.50 |
| Daniel Almont | Paralegal | Litigation/ Bankruptcy | N/A | $250 | N/A | 5.20 | $1,300.00 |
| Camille Hay | Paralegal | Litigation/ Bankruptcy | N/A | $245 | N/A | 5.30 | $1,298.50 |
| Victoria Jankowski | Paralegal | Litigation/ Bankruptcy | N/A | $245 | $260 | 115.90 | $29,198.00 |
| Sheila Marino-Thomas | Paralegal | Litigation | N/A | $245 | $260 | 363.40 | $89,049.50 |

**EXHIBIT D**

**SUMMARY OF COMPENSATION BY TASK CODE**

| Task Code | Task Code Category | Actual Hours | Actual Amount |
|---|---|---|---|
| B110 | Case Administration | 68.10 | $34,068.00 |
| B120 | Asset Analysis/ Recovery | 819 | $309,891.50 |
| B160 | Fee/Employment | 327.40 | $145,244.50 |
| B191 | Litigation/Adversary | 104.40 | $47,414.00 |
| **TOTAL** | | **1,317.20** | **$536,618.00** |

3041688v2

**EXHIBIT E**

**TIMEKEEPER RECORDS**



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Prof | Narrative | Hours | Bankruptcy Code |
|---|---|---|---|---|
| **Matter ID: N-1944.001** | | | | |
| 01/03/2020 | JPC | Conference call w/ Akin team and T. Berkowitz re: background. | 0.60 | B160 |
| 01/03/2020 | TAB | Confer w/J. Chou retention app and sections to complete. | 0.60 | B160 |
| 01/10/2020 | JPC | Reviewing/analyzing Sears adversary complaint. | 2.00 | B191 |
| 01/11/2020 | JPC | Further reviewing/analyzing Sears adversary complaint. | 1.00 | B191 |
| 01/13/2020 | JPC | Attention to engagement letter, including review relevant provisions in connection order. | 1.60 | B191 |
| 01/21/2020 | JPC | Confer w/ D. Marlow re: upcoming tasks. | 0.10 | B191 |
| 02/05/2020 | JPC | Attention to documents from M. Young. | 0.40 | B191 |
| 02/07/2020 | DJM | Preparation for call with Akin Gump (D. Chapman, M. Young) regarding subpoenas, including review of background materials (1.00 hours), call with Akin Gump (D. Chapman, M. Young) regarding subpoenas, Moritt Hock role, upcoming tasks (0.6 hours), call with J. | 2.00 | B191 |
| 02/07/2020 | JPC | Reviewing/analyzing background materials in preparation for conference call w/ Akin team. | 0.80 | B191 |
| 02/07/2020 | JPC | Conference call w/ Akin re: subpoenas. | 0.50 | B191 |
| 02/07/2020 | JPC | Conference call w/ T. Berkowitz and D. Marlow re: staffing and tasks. | 0.30 | B191 |
| 02/07/2020 | TAB | Conference call with Akin team re: subpoenas. | 0.50 | B191 |
| 02/07/2020 | TAB | Conference call with J Chou and D Marlow re staffing and tasks. | 0.30 | B191 |
| 02/10/2020 | ADC | Research & Analysis - Reviewed Norges Bank subpoena and Norges objections(.2); researched law concerning the basis of Norges objections and drafted memo summarizing the law(5.9). | 6.10 | B191 |
| 02/10/2020 | TAB | Meeting with M. Cardello, D. Marlow re: staffing of matter (.3); meeting with M. re, D. Marlow re: Staffing (.2). | 0.50 | B191 |
| 02/10/2020 | JPC | Confer w/ A. Corey re: Norges objection and research findings. | 0.20 | B191 |
| 02/10/2020 | DJM | Meeting with M. Cardello, T. Berkowitz regarding staffing of matter (0.3 hours), meeting with M. Re, T. Berkowitz regarding staffing of | 0.50 | B191 |
| 02/11/2020 | DJM | Draft/revise subpoenas, review of forms, research regarding contact information for companies to be subpoenaed. | 3.00 | B191 |
| 02/11/2020 | ADC | Further review and analysis of Norges objections to Rule 45 subpoena(.2) and drafting memo of law analyzing the issue(3.7). | 3.90 | B191 |
| 02/11/2020 | JPC | Further confer w/ A. Corey re: additional research on subpoenas on U.S. branches of central banks. | 0.20 | B191 |
| 02/12/2020 | ADC | Research & Analysis of jurisdiction over Norges bank and other similar foreign entities(3.0); further drafting research memo(1.3). | 4.30 | B191 |
| 02/12/2020 | JPC | Confer w/ A. Corey re: jurisdictional analysis re: Norges objection. | 0.20 | B191 |
| 02/13/2020 | ADC | Research & Analysis of Norges subpoena objections(1.3); drafted research memo thereof(1.4). | 2.70 | B191 |
| 02/15/2020 | JPC | Begin review of research memo re: Norges Bank objections to subpoena. | 0.40 | B191 |
| 02/18/2020 | JPC | Review draft subpoena from D. Marlow (.1); email to D. Marlow and T. Berkowitz re: same. (.1). | 0.20 | B191 |
| 02/18/2020 | TAB | Review email from J Chou re review of draft subpoena. | 0.10 | B191 |
| 02/20/2020 | JPC | Further review/analyze and comment on memo re: arguments against Norges Bank objections. | 0.20 | B191 |
| 02/20/2020 | JPC | Confer w/ D. Marlow re: status of subpoenas. | 0.10 | B191 |
| 02/20/2020 | DJM | Confer w/ J. Chou re: status of subpoenas. | 0.10 | B191 |
| 02/20/2020 | TAB | Conf. with J. Chou re: status of subpoenas. | 0.40 | B191 |
| 02/21/2020 | DJM | Calls with Sheila Thomas and James Chou regarding subpoenas. | 0.60 | B191 |
| 02/21/2020 | SMT | Obtained contacts and addresses for subpoenas to multiple entities. | | B191 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Atty | Description | Hours | Code |
|------|------|-------------|-------|------|
| 02/23/2020 | JPC | Further revisions to memo re: arguments in support of response to Norges Bank objections. | 1.40 | B191 |
| 02/24/2020 | ADC | Further researched impact of Hague Evidence Convention on Norges' arguments and finalized research memo. | 1.70 | B191 |
| 02/24/2020 | SMT | Obtained contacts and addresses for subpoenas to multiple entities. | 0.90 | B191 |
| 02/24/2020 | JPC | Confer w/ A. Corey re: responses to Norges Bank objections. | 0.20 | B191 |
| 02/25/2020 | DJM | Call/meeting with Sheila Thomas regarding subpoenas, service of same. | 0.60 | B191 |
| 02/25/2020 | SMT | Prepared subpoenas to produce documents for multiple entities; forwarded same to Executive Attorney Service for service. | 2.60 | B191 |
| 02/25/2020 | JPC | Confer w/ T. Berkowitz re: status of retention app. | 0.20 | B160 |
| 02/25/2020 | JPC | Review current draft of retention app (.3); drafting portions of retention app. (2.1). | 2.40 | B160 |
| 02/25/2020 | TAB | Confer w/J. Chou retention app and sections to complete. | 0.20 | B160 |
| 02/26/2020 | SMT | Called Executive Attorney Service regarding service of subpoenas outside New York. | 0.20 | B191 |
| 02/27/2020 | SMT | Prepared additional subpoenas to produce documents for multiple entities; forwarded same to Executive Attorney Service for service. | 3.10 | B191 |
| 02/27/2020 | ADC | Drafted Application (4.50); Conferred with J. Chou (0.3). | 4.80 | B160 |
| 02/27/2020 | JPC | Review and comment on retention app. (1.0); confer w/ A. Corey re: retention application (.3); further confer w/ A. Corey (.3). | 1.60 | B160 |
| 02/28/2020 | ADC | Outlined and drafted letter to respond to Norges objections (0.50). | 0.50 | B191 |
| 02/28/2020 | SMT | Emailed Executive Attorney Service updated subpoena to Nomura; telephone conversation with same regarding address verifications and change of addressee concerning Credit Suisse and Sumitomo Mitsui Trust Asset Management Co Ltd.; telephone call with Executive Attorney Service representative regarding possible service for Monday. | 0.90 | B191 |
| 02/28/2020 | DJM | Coordination of service of subpoenas, calls/e-mails regarding same. | 0.70 | B191 |
| 02/28/2020 | JPC | Review and comment on latest draft of retention app. | 1.10 | B160 |
| 02/28/2020 | ADC | Draft/revise conflict counsel application for MHH (3.8) | 3.80 | B160 |
| 03/02/2020 | ADC | Draft/revise conflicts counsel application. | 1.50 | B191 |
| 03/02/2020 | JPC | Email to D. Marlow re: responses to objections to subpoena(.10) | 0.10 | B191 |
| 03/02/2020 | JPC | Finalizing drafts of retention app. | 1.80 | B160 |
| 03/03/2020 | SMT | Revised Sumitomo Mitsui Trust Asset Management Co. Ltd. subpoena for service. | 0.30 | B191 |
| 03/03/2020 | SMT | Researched new address for Sumitomo Mitsui Trust Asset Management Co. Ltd. | 0.50 | B191 |
| 03/03/2020 | SMT | Called Comerica legal representative regarding service and correct address. | 0.40 | B191 |
| 03/03/2020 | DJM | Telephone conversations with recipients of subpoenas (Morgan Stanley, Sculptor, Citibank, Sumitomo) (1.0 hours), e-mails with recipients of subpoenas (0.7 hours), review of memo from A. Corey regarding objections by Norges Bank (0.5 hours), e-mails with S. | 2.70 | B191 |
| 03/04/2020 | DJM | Call with counsel for Sandell (0.2 hours), call with counsel to D.E. Shaw (0.2 hours), multiple e-mails with S. Thomas regarding service of subpoenas, status (0.5 hours), call with M. Young regarding subpoenas (0.2 hours), call with J. Chou regarding subpoenas | 1.20 | B191 |
| 03/04/2020 | ADC | Draft/revise letter in response to Norges' objections to the subpoena. | 8.70 | B191 |
| 03/04/2020 | ADC | Draft/revise retention application papers. | 0.80 | B160 |
| 03/04/2020 | JPC | Review and provide comments/revisions to letter to Norges Bank. | 1.10 | B191 |
| 03/04/2020 | JPC | Call with D. Marlow re subpoenas | 0.10 | B191 |
| 03/04/2020 | SMT | Telephone call to Wells Fargo regarding service of subpoena and correct address; emailed Executive Attorney Service regarding | 0.60 | B191 |
| 03/04/2020 | SMT | Emails with D. Marlow regarding Wells Fargo service of subpoena and correct address and Comerica's service; emailed same | 0.30 | B191 |
| 03/04/2020 | SMT | Updated subpoena status chart. | 0.40 | B191 |
| 03/05/2020 | DJM | Review of letter from Mitsubishi bank regarding subpoena (0.2 hours), review of response from Goldman Sachs (0.1 hours). | 0.30 | B191 |
| 03/05/2020 | ADC | Draft/revise Application papers (0.70); prepared entity list for conflicts check (1.00) | 1.70 | B160 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Init | Description | Hours | Code |
|------|------|-------------|-------|------|
| 03/05/2020 | JPC | Attention to retention app and additional conflicts checks | 1.70 | B160 |
| 03/05/2020 | SMT | Updates to subpoena service tracking chart concerning affidavits of service by Executive Attorney Service, objections and requests | 0.60 | B191 |
| 03/05/2020 | SMT | Response email to Executive Attorney Service regarding subpoena service affidavits; emailed same regarding service on Wells | 0.20 | B191 |
| 03/05/2020 | SMT | Emailed D. Marlow status of service to Mitsubishi and Bank of Nova Scotia. | 0.20 | B191 |
| 03/06/2020 | ADC | Worked to identify additional entities for conflicts check as part of MHH Application as conflicts counsel. | 2.70 | B160 |
| 03/06/2020 | DJM | Call with Bain Capital regarding subpoena (0.2 hours), call and e-mail with Mitsubishi bank regarding subpoena (0.3 hours), review and revision of chart regarding subpoenas and sending of same to Akin Gump (0.5 hours). | 1.00 | B191 |
| 03/07/2020 | TAB | Conference call with Akin team re: subpoenas. | 2.00 | B191 |
| 03/09/2020 | ADC | Other managed conflict check process. | 0.40 | B160 |
| 03/09/2020 | DJM | Call with counsel to Blackstone Group regarding subpoena (0.4 hours), call with counsel to Cyrus regarding subpoena (0.3 hours), e-mails with counsel to Societe General regarding subpoena (0.2 hours), coordination with S. Thomas regarding updating chart (0.3 | 1.20 | B191 |
| 03/09/2020 | SMT | Updates to subpoena service tracking chart. | 0.40 | B191 |
| 03/09/2020 | SMT | Emailed D. Marlow updated subpoena service tracking chart. | 0.20 | B191 |
| 03/09/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/10/2020 | DJM | Review and analysis of objections by Sculptor. | 0.40 | B191 |
| 03/11/2020 | ADC | Draft/revise Norges subpoena response letter | 0.30 | B191 |
| 03/11/2020 | DJM | Review objections from Cyrus, BlackRock, Barclays, and BNY Mellon (0.8 hours), review and response to e-mail from Akin Gump regarding subpoenas, status, service (0.6 hours), coordination with S. Thomas regarding subpoenas (0.2 hours). | 1.60 | B191 |
| 03/11/2020 | JPC | Review prebill for February time for monthly fee statement bill (.8). | 0.80 | B160 |
| 03/11/2020 | JPC | Revising response letter to Norges (.7); confer w/ A. Corey re: arguments and case law in response to Norges objections (.7) | 1.40 | B191 |
| 03/11/2020 | SMT | Updates to subpoena service tracking chart. | 0.30 | B191 |
| 03/11/2020 | SMT | Emailed updated subpoena service chart to D. Marlow. | 0.20 | B191 |
| 03/11/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/12/2020 | ADC | Revised Chou Decl. with new conflicts categories (0.5). | 0.50 | B160 |
| 03/12/2020 | JPC | Review email from A. Corey re: blocking statutes in relation to Hague Convention and Rule 45 subpoenas (.2); confer w/ A. Corey | 0.60 | B191 |
| 03/12/2020 | ADC | Research & Analysis of Hague Convention application to specific jurisdiction analysis (.90) | 0.90 | B191 |
| 03/13/2020 | SMT | Prepared additional subpoenas to produce documents for multiple entities; audit of same. | 0.80 | B191 |
| 03/13/2020 | DJM | E-mails with Herrick law firm regarding coordination of subpoenas, review of subpoenas in connection with same (0.8 hours), coordination with S. Thomas regarding service of additional subpoenas (0.4 hours), review of response from AllianceBernstein (0.2 | 1.40 | B191 |
| 03/13/2020 | ADC | Review and analysis of entities for additional conflicts check for retention application | 0.70 | B160 |
| 03/13/2020 | SMT | Forwarded additional subpoenas to Executive Attorney Service for service; telephone call to same regarding addresses. | 0.50 | B191 |
| 03/13/2020 | SMT | Added documents responsive to subpoena to file. | 0.30 | B191 |
| 03/16/2020 | ADC | Draft/revise Sears retention application papers. | 0.60 | B160 |
| 03/16/2020 | DJM | Call with Herrick Feinstein regarding subpoenas served upon Blackstone (0.2 hours), e-mails with counsel for Mitsubishi Bank regarding subpoena, protective order (0.3 hours). | 0.50 | B191 |
| 03/16/2020 | CH | Review and compare Schedule 1 against the Chou Decl. Schedule One and Schedule I from the pdf Herrick App (page 32-39); Outline discrepancies to ADC; Edit Schedule 1 | 4.50 | B160 |
| 03/17/2020 | ADC | Draft/revise retention application papers. | 3.50 | B160 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| | | | | |
|---|---|---|---|---|
| 03/17/2020 | DJM | Telephone conversation with M. Young regarding subpoenas, e-mails with M. Young (0.5 hours), call with Bank of America regarding subpoena (0.4 hours), review of objections from Barclays and call to same (0.3 hours). | 1.20 | |
| | | | | B191 |
| 03/17/2020 | SMT | Updates to subpoena service tracking chart. | 0.40 | B191 |
| 03/17/2020 | JPC | Revise latest draft retention application papers. | 3.00 | B160 |
| 03/18/2020 | DJM | Telephone conversation with Vanguard bank (0.3 hours), re-service of Vanguard subpoena (0.3 hours), follow up call with BlackRock and provision of protective order to same (0.3 hours), follow up e-mails with Mizuho and coordination of meet and confer with same (0.5 hours), follow up e-mail to Comerica, provision of information to same (0.2 hours), follow up e-mail to Citi and provision of | 4.20 | |
| | | | | B191 |
| 03/18/2020 | SMT | Emailed updated subpoena service chart to D. Marlow; response email to same concerning status of Comerica and Wells Fargo re- | 0.40 | B191 |
| 03/18/2020 | SMT | Updates to subpoena service tracking chart. | 0.60 | B191 |
| 03/18/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/19/2020 | DJM | Telephone conversation with counsel to Barclays and follow up e-mails (0.6 hours), emails with Comerica (0.2 hours), e-mails with Nomura (0.2 hours), review of production by Sumitomo Mitsui (0.5 hours), review of articles/cases regarding preference/fraudulent | 3.50 | |
| | | | | B191 |
| 03/19/2020 | JPC | Review response to subpoena from Sumitomo. | 0.20 | B191 |
| 03/19/2020 | SMT | Updates to subpoena service tracking chart. | 0.40 | B191 |
| 03/19/2020 | SMT | Response email to Executive Attorney Service regarding additional subpoenas. | 0.20 | B191 |
| 03/20/2020 | DJM | Telephone conversation with Mizuho bank (0.5 hours), review of correspondence from Mizuho Bank (0.5 hours). | 1.00 | B191 |
| 03/20/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/20/2020 | SMT | Updates to subpoena service tracking chart. | 0.30 | B191 |
| 03/20/2020 | SMT | Emailed updated subpoena service chart to D. Marlow. | 0.20 | B191 |
| 03/23/2020 | SMT | Updates to subpoena service tracking chart. | 0.20 | B191 |
| 03/23/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/23/2020 | DJM | Telephone conversation with counsel to CSS (0.5 hours), provision of 2004 motion and order and adversary complaint to counsel for CSS (0.7 hours), review of 2004 motion and order (0.8 hours), review of production and correspondence by Mitsubishi Bank (1.0 | 3.00 | |
| | | | | B191 |
| 03/23/2020 | ADC | Draft/revise MHH Application. | 0.30 | B160 |
| 03/23/2020 | TAD | Review James Chou email re: monthly fee statement(.1) review Sears confirmation order re: post-confirmation professional retentions(.6) analysis and respond to James Cho re: same(.3). | 1.00 | |
| | | | | B160 |
| 03/25/2020 | DJM | Review of subpoena responses/objections by Blackstone Group (0.5 hours), e-mail to counsel for Blackstone Group regarding request for meet and confer (0.2 hours), e-mail to counsel for Blackstone Group regarding Herrick Feinstein subpoena and potential | 1.00 | |
| | | | | B191 |
| 03/26/2020 | DJM | Telephone conversation with counsel for Blackstone (0.5 hours), telephone conversation with counsel for Vanguard (0.4 hours), e- | 1.00 | B191 |
| 03/27/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/27/2020 | SMT | Updates to subpoena service tracking chart. | 0.20 | B191 |
| 03/30/2020 | DJM | Telephone conversation with D. Chapman and Melodie Young of Akin Gump regarding status, coordination (0.4 hours), follow up e-mails with M. Young (0.5 hours), e-mails with S. Thomas regarding service of Wells Fargo, follow up with non-responding parties (0.6 hours), follow up with Bank New York Mellon (0.1 hours), follow up with Societe Generale (0.1 hours).. | 1.70 | |
| | | | | B191 |
| 03/30/2020 | SMT | Revised Wells Fargo & Company Private Banking and Investment Bank subpoena for service. | 0.50 | B191 |
| 03/30/2020 | SMT | Researched new address for Wells Fargo & Company Private Banking and Investment Bank. | 0.50 | B191 |
| 03/30/2020 | SMT | Emailed Executive Attorney Service attaching Wells Fargo subpoena for service. | 0.20 | B191 |
| 03/30/2020 | JPC | Conf. call w/ Akin team re: status and issues relating to responses to subpoenas. | 0.40 | B191 |
| 03/31/2020 | TAB | Prepare for and Conference call with Akin to review Retention and interim compensation issues. | 0.30 | B160 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| | | | | |
|---|---|---|---|---|
| 03/31/2020 | TAB | Email exchange with J Chou re: billing issues. | 0.20 | B160 |
| 03/31/2020 | TAB | Conference call with Akin and MHH team re: retention application and interim compensation issues | 0.30 | B160 |
| 03/31/2020 | ADC | Communicate (other outside counsel) to finalize MHH application papers and coordinate Tucker signing the application and his | 0.80 | B160 |
| 03/31/2020 | DJM | Review of response/production by Goldman Sachs (0.4 hours), review of response/production by CSS (0.4 hours), updating of chart | 1.00 | B191 |
| 03/31/2020 | SMT | Updates to subpoena service tracking chart. | 0.70 | B191 |
| 03/31/2020 | TAD | Review Sears confirmation order in advance of call with Akin on billing and retention issues. | 0.40 | B160 |
| 03/31/2020 | TAD | Attend call with Akin re: billing and retention issues(.3); follow with Akin re: same(.1); emails with A. Corey(.1); review interim comp | 0.60 | B160 |
| 03/31/2020 | JPC | Prepare for (.2); conference call w/ Akin and MHH team re: retention application and interim compensation issues (.3). | 0.50 | B160 |
| 03/31/2020 | JPC | Review latest retention app for execution and circulation. | 1.50 | B160 |
| 03/31/2020 | JPC | Review Order re: Interim fees. | 0.50 | B160 |
| 03/31/2020 | JPC | Email w/ T. Berkowitz re: billing issues. | 0.20 | B160 |
| | | **Grand Total:** | 148.10 | |



**MORITT HOCK & HAMROFF LLP**
**INVOICE - April 1, 2020 - April 30, 2020**

| Date | Prof | Narrative | Task Code | Hours |
|------|------|-----------|-----------|-------|
| 4/1/2020 | SMT | Updates to subpoena service tracking chart. | B120 | 0.5 |
| 4/1/2020 | DJM | Review and Analysis of D.E. Shaw response and production (0.4); review of Goldman Sachs objections and drafting and sending of e-mail in response (0.6); updating of chart (0.1). | B120 | 1.1 |
| 4/2/2020 | DJM | Review and analysis of productions by CSS and D.E. Shaw (0.4); e-mail to D. Chapman and M. Young regarding same (0.2). | B120 | 0.6 |
| 4/2/2020 | ADC | Draft/revise Application papers and circulated to Akin. | B160 | 1.7 |
| 4/2/2020 | JPC | Review additional productions. | B120 | 0.3 |
| 4/2/2020 | TAD | Follow up re: status of retention papers, proposed order and fee statement. | B160 | 0.2 |
| 4/6/2020 | ADC | Review and Analysis of case law cited by Norges in objection to subpoena. | B120 | 0.8 |
| 4/6/2020 | DJM | Follow up e-mails with numerous banks (Nomura, UBS, Comerica, BlackRock, Blackstone, Merrill Lynch, Citibank, Barclays, Societe Generale) regarding responses to subpoena (1.5 ), follow up with S. Thomas regarding service, non-responsive banks (0.5), review of draft letter to Norges Bank (0.3). | B120 | 2.3 |
| 4/6/2020 | JPC | Revising letter to Norges Bank re: objection to Subpoena (2.5); e mail to D. Marlow re: same requesting comment on specific issues (0.2). | B120 | 2.7 |
| 4/6/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 4/6/2020 | SMT | Emailed D. Marlow regarding status of select entities and service of same. | B120 | 0.2 |
| 4/7/2020 | DJM | Review of Morgan Stanley objections to subpoena and sending of response to same (0.5); follow up with Highland Capital regarding subpoena, lack of response  (0.5); follow up with Bank of Nova Scotia regarding subpoena, lack of response (0.5); review of message from Wells Fargo and follow up (0.3). | B120 | 1.8 |
| 4/7/2020 | ADC | Worked with J. Chou to revise Norges subpoena letter. | B120 | 0.6 |
| 4/7/2020 | JPC | Further revising letter to Norges Bank (4.8) Review and analyze case law re: jurisdictional analysis in connection with letter in response to Norges Bank's objection so subpoena (1.5); Emails with A. Corey re: jurisdictional analysis for letter to Norges Bank (0.5); Prepare cover email to counsel for Norges Bank and circulate (0.5). | B120 | 7.3 |
| 4/7/2020 | TAB | Review and revise Bank Norges letter regarding response to Objection to Subpoena. | B120 | 0.5 |
| 4/7/2020 | SMT | Emailed and attached Highland Capital and The Bank of Nova Scotia for attorney review (0.2); emailed and attached Wells Fargo subpoena after attorney communication with same (0.2). | B120 | 0.4 |
| 4/7/2020 | SMT | Draft/revise subpoena to  Highland Capital (0.2); draft/revised subpoena to The Bank of Nova Scotia (0.2). | B120 | 0.4 |
| 4/8/2020 | SMT | Responded to emails regarding affidavits of service of select entities (0.3); emailed and attached copies of Jefferies LLC and  Wolverine Asset Management LLC affidavits of service to D. Marlow (0.3). | B120 | 0.6 |
| 4/8/2020 | SMT | Draft/revise subpoena to Highland Capital Management for service. | B120 | 0.5 |
| 4/8/2020 | SMT | Emailed Executive Attorney Service regarding service on Highland Capital (0.3); emailed same attaching new Highland Capital Management subpoena for service (0.2). | B120 | 0.5 |
| 4/8/2020 | DJM | Research regarding agent for service of Highland Capital, coordinate with S. Thomas regarding service of new subpoena (0.7), follow up with Jefferies regarding subpoena, research of relevant persons to contact (0.5), follow up with Wolverine regarding subpoena (0.2); research of relevant persons to contact (0.6). | B120 | 2.0 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 4/8/2020 | ADC | Finalized MHH application papers to be filed on April 9, 2020. | B160 | 0.7 |
| 4/8/2020 | SMT | Added objections and affidavits of service to subpoena file. | B120 | 0.3 |
| 4/9/2020 | ADC | Coordinated with MHH team to get papers filed on Pacer; circulated filing to Akin; worked with Prime Clerk to get papers served. | B160 | 1.1 |
| 4/9/2020 | TAB | Final Review of retention documents. | B160 | 0.8 |
| 4/9/2020 | DJM | Meet and confer with Goldman Sachs (0.5); meet and confer with Jefferies (0.5); follow up e-mails with Jefferies (0.6); e-mails with AQR Capital (0.2); updating of chart (0.2). | B120 | 2.0 |
| 4/9/2020 | VJ | Emails with ADC and JPC and TAB regarding finalizing papers and filing of papers. | B160 | 1.1 |
| 4/9/2020 | VJ | E-file Application to Appoint MHH as Special Counsel. | B160 | 0.8 |
| 4/9/2020 | SMT | Emailed Executive Attorney Service regarding service upon Teachers Insurance and Annuity Association of America and instructing not to serve if not already attempted. | B120 | 0.2 |
| 4/9/2020 | JPC | Emailing V. Jankowski, A. Corey and T. Berkowitz re: retention app filing issues (0.5); reviewing ECF filing requirements (0.5). | B160 | 1.0 |
| 4/9/2020 | TAD | Correspond with V. Jankowski re: SDNY bankruptcy electronic filing rules (0.2); review local rule and procedural guidelines re: same (0.3); correspond with Zach Lanier re: service of fee application (0.1). | B160 | 0.6 |
| 4/9/2020 | SMT | Added affidavits of service to subpoena file. | B120 | 0.3 |
| 4/9/2020 | TAB | Work on issue related to execution of documents under the local rules. | B160 | 0.3 |
| 4/10/2020 | SMT | Updates to subpoena service tracking chart. | B120 | 0.4 |
| 4/10/2020 | SMT | Emailed Executive Attorney Service regarding status of remaining subpoenas. | B120 | 0.2 |
| 4/13/2020 | DJM | Download, review and analysis of Citibank production (1.0); coordination with S. Thomas regarding same (0.5). | B120 | 1.5 |
| 4/13/2020 | SMT | Add documents responsive to subpoena to file. | B120 | 0.3 |
| 4/14/2020 | SMT | Updates to subpoena service tracking chart; draft and revised additional subpoenas to Credit Suisse, Deutsche Bank, and Legal & General Investment. | B120 | 1.6 |
| 4/14/2020 | SMT | Added objections, affidavits of service, and documents responsive to subpoena to file. | B120 | 0.3 |
| 4/14/2020 | SMT | Emailed Executive Attorney Service and attached additional subpoenas for service. | B120 | 0.2 |
| 4/14/2020 | ADC | Discussed billing application procedure and reviewed sample application (0.7); worked with process server to get certificate of service (0.2); scheduled MHH application dates (0.1). | B160 | 1.0 |
| 4/14/2020 | DJM | Follow up with Equitable regarding lack of response to subpoena, research regarding relevant contact to e-mail (0.5); follow up with TIAA regarding lack of response to subpoena; research regarding contact to e-mail (0.5); research regarding potential US service of Deutsche Bank, Credit Suisse, Bank of Canada, other foreign entities; coordination with S. Thomas regarding same (1.2); follow up with Mizuho, BNY Mellon (0.2), updating of chart (0.3) | B120 | 2.7 |
| 4/14/2020 | VJ | Telephone conversation with TAD and ADC regarding MHH fee application. | B160 | 0.5 |
| 4/14/2020 | VJ | Draft MHH fee application form. | B160 | 1.3 |
| 4/14/2020 | VJ | Telephone conversation with TAD regarding fee application and billing. | B160 | 0.4 |
| 4/14/2020 | TAD | Review bankruptcy billing issues with Alex Corey and V. Jankowski (0.3); review draft fee statement template and correspond with V. Jankowski re: same (0.3); review and edit time records to comply with court and UST fee guidelines (0.9). | B160 | 1.5 |
| 4/15/2020 | SMT | Added affidavits of service and documents responsive to subpoena to file. | B120 | 0.9 |
| 4/15/2020 | DJM | Review and analysis of documents produced by Nomura (0.5); call with counsel for TIAA (0.4); e-mails with counsel for Equitable (0.2); coordination with S. Thomas regarding service of additional subpoenas (0.2). | B120 | 1.3 |
| 4/15/2020 | VJ | Review Affidavit of Service and e-file with Court. | B160 | 0.3 |
| 4/15/2020 | SMT | Revised additional subpoenas to Credit Suisse. | B120 | 0.3 |
| 4/15/2020 | SMT | Emailed Executive Attorney Service revised Credit Suisse subpoenas for service. | B120 | 0.2 |
| 4/16/2020 | DJM | Call with counsel for AXA Equitable (0.4), drafting and sending of follow up e-mail regarding receipt of Lands End shares (0.5), e-mail to Akin Gump regarding issues raised by AXA Equitable, review of relevant SEC rules (0.6). | B120 | 1.5 |

| | | | | |
|---|---|---|---|---|
| 4/16/2020 | ADC | Drafted MHH First Fee Application. | B160 | 3.0 |
| 4/16/2020 | SMT | Added affidavits of service to subpoena file. | B120 | 0.2 |
| 4/16/2020 | VJ | Register JPC and TAB for hearing in Sears bankruptcy. | B160 | 0.3 |
| 4/16/2020 | SMT | Emailed Executive Attorney Service regarding outstanding affidavits of service and service of Credit Suisse (0.3); emailed same attaching revised Credit Suisse subpoenas (0.1). | B120 | 0.4 |
| 4/16/2020 | SMT | Revised Credit Suisse subpoenas. | B120 | 0.2 |
| 4/17/2020 | SMT | Added documents responsive to subpoena to file and objections to same. | B120 | 0.4 |
| 4/17/2020 | DJM | Review and analysis of objections by Jefferies (0.4); review and analysis of production by Geode Capital (0.4); call with counsel for Invesco (0.3); updating of chart/coordination with S. Thomas (0.3); review of e-mail from FTI regarding Equitable (0.2) | B120 | 1.6 |
| 4/17/2020 | TAD | Review comments to pre-bill and discuss with M. Cimmino (0.6); review SDNY and UST fee guidelines re: same (0.5); correspond with James Chou (0.1). | B160 | 1.2 |
| 4/19/2020 | JPC | Attention to docket re: responses to retention app.) Email w/ Akin re: same (0.1). | B160 | 0.2 |
| 4/20/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.2 |
| 4/20/2020 | ADC | Draft/revise non-objection order request (0.4); corresponded with Akin (0.2); reviewed Norges response to letter (0.4). | B120 | 1.0 |
| 4/20/2020 | DJM | Follow up with UBS, Morgan Stanley, Merrill Lynch, BlackRock, Comerica regarding subpoenas (0.6); Review of production by InvestCorp (0.4); research regarding service of Wells Fargo, coordination with S. Thomas regarding same (0.7) | B120 | 1.7 |
| 4/20/2020 | DJM | Review of retention application in preparation for team call. | B160 | 0.5 |
| 4/20/2020 | VJ | Check docket for opposition and email ADC. | B160 | 0.2 |
| 4/20/2020 | TAD | Review and revise certificate of no objection (0.2); review amended case management order and Local Bankruptcy Rule 9075-2 (0.4); correspond with team re: same (0.2). | B160 | 0.8 |
| 4/20/2020 | JPC | Review and analyze email response from Norges Bank re: subpoena; emails w/ A. Corey re: same. | B120 | 0.5 |
| 4/21/2020 | ADC | Draft/revise certificate of no objection and proposed order (1.5); call with Akin (0.2); call with J. Chou to discuss Norges recent objection (0.5); researched Norway's FSIA service objection (3.0). | B120 | 5.2 |
| 4/21/2020 | SMT | Draft/revise subpoena to Wells Fargo Securities LLC for service. | B120 | 0.4 |
| 4/21/2020 | SMT | Emailed Executive Attorney Service attaching subpoena and exhibit A for service. | B120 | 0.2 |
| 4/21/2020 | SMT | Emails with D. Marlow regarding voicemail from Wells Fargo and new subpoena service to same. | B120 | 0.4 |
| 4/21/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 4/21/2020 | SMT | Reviewed telephone message from Wells Fargo Summons and Subpoena Department regarding service of entity. | B120 | 0.1 |
| 4/21/2020 | TAB | Review and analyze Bank Norges response regarding jurisdiction. | B120 | 0.3 |
| 4/21/2020 | SMT | Emailed Executive Attorney Service regarding service on Wells Fargo and attaching new subpoena. | B120 | 0.3 |
| 4/21/2020 | DJM | Review and Analysis of Blackstone production (0.5); coordination with S. Thomas regarding service of Wells Fargo (0.2); e-mails with BNY Mellon regarding subpoena (0.2); team call regarding retention application (0.3); e-mails with Morgan Stanley regarding subpoena (0.1); e-mails with Barclays regarding subpoena (0.1); e-mails with Comerica regarding subpoena (0.1). | B120 | 1.5 |
| 4/21/2020 | JPC | Review Certificate of No Objection and comment on same (0.2); email w/ A. Corey re: revisions to Certificate of No Objection (0.1). | B160 | 0.3 |
| 4/21/2020 | JPC | Participate in call with Akin team re: hearing on retention app. (0.2); t/c w/ T. Berkowitz re: hearing before Judge Drain on 4/23 re: retention app. (0.3). | B160 | 0.5 |
| 4/21/2020 | VJ | E-file Certificate of No Objection and send filed copy to TAD. | B160 | 0.4 |
| 4/21/2020 | VJ | Email copies of proposed order, certificate no objection, Application and Affidavit of Service to Judge Drain. | B160 | 0.4 |
| 4/21/2020 | JPC | Confer with A. Corey re: latest correspondence from Norges Bank and additional follow-up. | B160 | 0.5 |
| 4/21/2020 | TAD | Call with Donna Federlein to review billing codes and tailor same for matter (0.6); correspond with Sears Team re: billing procedures (0.4). | B120 | 1.0 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 4/21/2020 | TAD | Review and finalize CNO (0.3); review proposed retention order, revise for submission (0.3); review and discuss same with A. Corey (0.1); finalize for submission and correspond with V. Jankowski re: same (0.4). | B160 | 1.1 |
| 4/21/2020 | TAB | Prepare for conference call with Akin in preparation for Court Hearing on Thursday including review of retention application and hearing procedures. | B160 | 0.3 |
| 4/21/2020 | TAB | Participate on Conference call with Akin to discuss presentation at hearing and to anticipate Judge Drain's potential queries. | B160 | 0.2 |
| 4/21/2020 | TAB | Participate on call with James Chou to discuss presentation and process for hearing. | B160 | 0.2 |
| 4/21/2020 | TAB | Review and approve Certificate of No-Objection for filing. | B160 | 0.2 |
| 4/22/2020 | DJM | Call with Morgan Stanley (0.3); e-mail to Morgan Stanley providing requested information (0.3); follow up with Goldman Sachs (0.1); research regarding potential service of Deutsche Bank (0.1); updating of chart (0.1). | B120 | 0.9 |
| 4/22/2020 | ADC | Research & Analysis of Norges Bank FSIA subpoena service arguments (5.6); contacted vendors about service (0.4); drafted research memo (3.2); drafted talking points for oral argument on MHH application (1.2); call with J. Chou to discuss research (0.6). | B160 | 11.0 |
| 4/22/2020 | TAB | Prepare for hearing on application to retain MHH including review of all related documents and plan provisions and review of docket. | B160 | 2.2 |
| 4/22/2020 | SMT | Emailed Executive Attorney Service regarding service on Deutsche Bank Private Banking and Investment Banking Investment. | B120 | 0.2 |
| 4/22/2020 | SMT | Draft/revise subpoena to Deutsche Bank Private Banking and Investment Banking Investment. | B120 | 0.4 |
| 4/22/2020 | TAD | Correspond re: hearing on retention application. | B160 | 0.2 |
| 4/22/2020 | JPC | T/c w/ A. Corey re: research findings and analysis of Norges Bank's arguments concerning service on foreign state. | B120 | 0.3 |
| 4/22/2020 | JPC | Review, analyze and consider research findings in A. Corey memo re: arguments raised by Norges Bank. | B120 | 0.5 |
| 4/22/2020 | JPC | Review talking points from A. Corey for hearing on retention app. | B160 | 0.2 |
| 4/22/2020 | JPC | Plan and prepare for team meeting on Thurs. 4/23. | B110 | 0.2 |
| 4/23/2020 | SMT | Emailed Executive Attorney Service regarding re-service of Deutsche Bank Private Banking and Investment Banking Investment and attaching updated subpoena for service. | B120 | 0.3 |
| 4/23/2020 | SMT | Reviewed emails from Executive Attorney Service regarding previous service to Deutsche Bank Private Banking and Investment Banking Investment and re-service of same. | B120 | 0.4 |
| 4/23/2020 | SMT | Added affidavit of service to subpoena to file. | B120 | 0.3 |
| 4/23/2020 | ADC | Telephone conversation with Sears team to discuss. | B110 | 0.5 |
| 4/23/2020 | DJM | Follow up with Goldman Sachs regarding subpoena (0.1); follow up regarding service of Deutsche Bank (0.1); e-mails with counsel to Jefferies (0.1); updating of chart and circulating to counsel (0.2) | B120 | 0.5 |
| 4/23/2020 | DJM | Weekly team call. | B110 | 0.5 |
| 4/23/2020 | TAB | Prepare for hearing by reviewing all previously filed applications and supporting documents. | B160 | 1.2 |
| 4/23/2020 | TAB | Review and revise 'Talking Points' for hearing prep. | B160 | 0.5 |
| 4/23/2020 | TAB | Participate on hearing regarding retention | B160 | 4.0 |
| 4/23/2020 | TAB | Prepare for and participate on Team weekly call to update. | B110 | 0.5 |
| 4/23/2020 | VJ | Telephone conversation with Courtroom Clerk regarding Sears Conference. | B160 | 0.2 |
| 4/23/2020 | VJ | Video meeting with Team. | B110 | 0.5 |
| 4/23/2020 | JPC | Appear and attend omnibus hearing. | B160 | 4.0 |
| 4/23/2020 | JPC | Attend and lead team meeting re: status and tasks w/ T. Berkowitz, D. Marlow, T. Driscoll, A. Corey an V. Jankowski. | B110 | 0.5 |
| 4/23/2020 | TAD | Prepare for and attend status call with Sears team. | B110 | 0.5 |
| 4/23/2020 | SMT | Emailed D. Marlow regarding service upon Legal & General Investment Management Limited. | B120 | 0.2 |
| 4/23/2020 | DJM | Review of timekeeping procedures and updating of time entries to conform to required procedures. | B160 | 0.5 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| | | Review and analysis regarding potential claims (1.8); review of production by Sculptor (0.5); call with D. Chapman and M. Young of Akin Gump and J. Chou regarding status; next steps (0.4); research regarding potential service of HSBC, e-mail with S. Thomas regarding same (0.3); follow | | |
| 4/24/2020 | DJM | up with TIAA (0.1); updating of status chart (0.1). | B120 | 3.2 |
| 4/24/2020 | SMT | Draft/revise subpoena to HSBC Global Asset Management UK Ltd. for service. | B120 | 0.4 |
| 4/24/2020 | JPC | T/c w/ D. Marlow in preparation for call with main counsel. | B120 | 0.2 |
| 4/24/2020 | JPC | Conference call w/ Akin team re: status of subpoenas, productions, and next steps. | B120 | 0.3 |
| 4/24/2020 | TAD | Review billing reports and schedules for first combined monthly fee statement (0.8); review Akin email re: same (0.2). | B160 | 1.0 |
| 4/24/2020 | TAD | Correspond with Michelle Cimmino and V Jankowski re: time sheets and fee statement. | B160 | 0.5 |
| 4/24/2020 | VJ | Revise monthly fee statement and add time entries and disbursements and forward to TAD. | B160 | 1.5 |
| 4/27/2020 | SMT | Added affidavit of service to subpoena to file. | B120 | 0.3 |
| 4/27/2020 | SMT | Emailed Executive Attorney Service attaching subpoena and exhibit A for service. | B120 | 0.2 |
| | | Call with counsel to Barclays (0.4); call with counsel to Jefferies, follow up e-mail (0.5); follow up with UBS (0.1); follow up with Wolverine (0.1); | | |
| 4/27/2020 | DJM | updating of chart (0.1). | B120 | 1.2 |
| 4/27/2020 | SMT | Separated PDF file of affidavits of service from Executive Attorney Service (0.3); filed same in case file (0.2). | B120 | 0.5 |
| 4/27/2020 | ADC | Research & Analysis of Norges latest objection to subpoena (2.5); drafted email to J. Chou regarding findings (0.8). | B120 | 3.3 |
| 4/27/2020 | JPC | Review and analyze A. Corey's additional research findings re: FSIA immunity and subpoenas. | B120 | 0.6 |
| 4/27/2020 | JPC | Review and analyze case law re: FSIA and service from A. Corey. | B120 | 0.9 |
| 4/27/2020 | JPC | Emails w/ A. Corey re: analysis. | B120 | 0.1 |
| 4/28/2020 | ADC | Research & Analysis of case law to rebut Norges latest subpoena objection (2.0); drafted email to J. Chou discussing findings (1.1). | B120 | 3.1 |
| | | Separated PDF file of affidavits of service from Executive Attorney Service (1.0); filed same in case file (0.2); added responsive production | | |
| 4/28/2020 | SMT | document to the file (0.9). | B120 | 2.1 |
| | | Review and analysis of production by Sculptor, coordination of saving same to the system (0.8); e-mailing with Akin Gump and counsel for Equitable regarding service issues (0.4); coordination with Akin Gump regarding productions by subpoena parties (0.8); coordination with S. Thomas | | |
| 4/28/2020 | DJM | regarding service issues (0.2); updating of chart (0.1). | B120 | 2.3 |
| 4/28/2020 | VJ | Telephone conversation with TAD regarding status of Retention Order and Fee Application. | B160 | 0.2 |
| | | Further analysis of case law (1.2); perform follow-up analysis of service issues (1.1); emails w/ A. Corey re: same (0.6); review productions from | | |
| 4/28/2020 | JPC | subpoenaed parties (0.6). | B120 | 3.5 |
| 4/28/2020 | DCA | Assist in converting .csv file for production. | B120 | 0.3 |
| | | Follow up with Societe Generale, e-mails with same (0.2); follow up with Comerica (0.1); follow up with Merrill Lynch (0.1); review of response and production by TIAA (0.5); updating of chart (0.1); e-mails with Akin Gump regarding analysis of information produced by subpoena | | |
| 4/29/2020 | DJM | respondents (0.3); time entry (0.2). | B120 | 1.5 |
| 4/29/2020 | SMT | Added responsive production document to the file. | B120 | 0.3 |
| 4/29/2020 | JPC | Attention to production. | B120 | 0.5 |
| 4/29/2020 | JPC | Further analysis of foreign state service and possible exceptions. | B120 | 1.0 |
| 4/30/2020 | DJM | Review of template for shareholder data from Akin Gump (0.4); e-mails regarding same (0.5). | B120 | 0.9 |
| 4/30/2020 | ADC | Telephone conversation with Sears team to discuss latest case developments. | B110 | 0.3 |
| 4/30/2020 | JPC | Weekly team meeting. | B110 | 0.3 |
| 4/30/2020 | JPC | Review and respond to email from D. Marlow re: maintaining information produced by subpoenaed parties. | B120 | 0.1 |
| 4/30/2020 | JPC | Further review case law. | B120 | 1.0 |
| 4/30/2020 | JPC | Further review of information relevant to Norges Bank. | B120 | 1.0 |
| 4/30/2020 | JPC | Review additional production materials. | B120 | 0.4 |
| 4/30/2020 | VJ | Webex with team for update on status of matter. | B110 | 0.3 |

| 4/30/2020 | SMT | Added responsive production document to the file. | B120 | 0.3 |
| 4/30/2020 | TAD | Status call with J. Chou, D. Marlow and T. Berkowitz. | B110 | 0.4 |
| 4/30/2020 | TAD | Draft/revise monthly fee statement. | B160 | 1.0 |
| 4/30/2020 | DJM | Weekly team meeting and preparation for same. | B110 | 0.5 |

TOTAL:    144.0



| | | MORITT HOCK & HAMROFF LLP | File # | N-1994.001 |
| | | INVOICE DATED JUNE 2020 | Re: | Sears Bankruptcy |

| Date | Prof | Description | Task | Time |
|------|------|-------------|------|------|
| 5/1/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 3.1 |
| 5/1/2020 | TAD | Draft, revise first combined monthly fee statement (1.0), revise exhibits thereto (0.8) | B160 | 1.8 |
| 5/1/2020 | DJM | Call with S. Thomas regarding analysis of shareholder data obtained in response to subpoenas (0.4); additional call with S. Thomas regarding questions (0.4). | B120 | 0.8 |
| 5/1/2020 | TAD | Correspond with timekeepers re: first combined monthly fee statement. | B160 | 0.2 |
| 5/1/2020 | SMT | Allocation of time to tasks for fee statement. | B160 | 0.1 |
| 5/1/2020 | DJM | Revision of billing descriptions for monthly fee statement. | B160 | 0.3 |
| 5/1/2020 | JPC | Begin review and comments to First Combined Monthly Fee Statement. | B160 | 0.5 |
| 5/4/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.8 |
| 5/4/2020 | DJM | Analysis and provision of information to D. Chapman in connection with client update (1.3); detailed review of information produced to date in response to subpoenas and follow up with multiple parties regarding deficiencies (2.0); call with S. Thomas regarding analysis and preparation of chart of information produced by subpoena respondents (0.6); e-mails with Akin Gump regarding non-complying parties (0.4). | B120 | 4.3 |
| 5/4/2020 | JPC | Review updated chart and info re: status of subpoenas and responses (.1); emails from D. Marlow re: same (.2). | B120 | 0.3 |
| 5/4/2020 | SMT | Telephone call with D. Marlow regarding analysis and preparation of chart of information produced by subpoena respondents. | B120 | 0.4 |
| 5/4/2020 | SMT | Further conforming billing descriptions and time allocations for fee statement. | B160 | 0.2 |
| 5/5/2020 | JPC | Review of draft First Combined Monthly Fee statement and provide comments. | B160 | 1.4 |
| 5/5/2020 | DJM | Review and analysis of productions received to date (1.8); e-mails with various banks (Alliance Bernstein, Citibank, Nomura, Sculptor, CSS) regarding production deficiencies/clarifications (1.2); e-mail to Jefferies in response to objections (0.6); coordination with S. Thomas regarding data analysis, template (0.4). | B120 | 4.0 |

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 5/5/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.4 |
| 5/5/2020 | SMT | Conforming time entry descriptions for fee statement. | B160 | 0.1 |
| 5/6/2020 | DJM | E-mails with counsel to Morgan Stanley regarding motion for 2004 discovery, review of docket in connection with same (0.8); call with counsel for Merrill Lynch regarding subpoena (0.4); e-mails with counsel for Highland Counsel regarding subpoena (0.4); various follow up e-mails and requests for status updates from multiple banks (0.8); coordination with S. Thomas regarding information analysis and creation of template, service issues (0.5) | B120 | 3.0 |
| 5/6/2020 | SMT | Revising and conforming descriptions for fee statement. | B160 | 0.2 |
| 5/6/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 3.3 |
| 5/6/2020 | TAD | Review J. Chou correspondence and comments to first fee statement and correspond with billing re: same. | B160 | 0.5 |
| 5/6/2020 | DJM | Time entry descriptions and time allocations. | B120 | 0.5 |
| 5/6/2020 | SMT | Telephone calls to Registered Agent of Wells Fargo Securities LLC regarding contact information for the Legal Department regarding served subpoena (0.4); telephone call Wells Fargo Securities LLC concerning same (0.3). | B120 | 0.7 |
| 5/7/2020 | DJM | Draft/revise spreadsheet of information from subpoenaed parties (0.8); call with S. Thomas regarding spreadsheet analysis (0.3); review of supplemental production by TIAA and e-mail to S. Thomas regarding same (0.4); provision of information to S. Thomas for inclusion in spreadsheet (0.5); e-mails with Akin Gump and FTI regarding Highland Capital (0.3). | B120 | 2.3 |
| 5/7/2020 | VJ | Revise Fee Application. | B160 | 0.8 |
| 5/7/2020 | ADC | Communicate (in firm) to discuss subpoena status with team (0.20); call with J. Chou to discuss Norges meet and confer (0.40); researched case law and legislative history w/r/t Norges service argument (1.50) | B120 | 2.1 |
| 5/7/2020 | SMT | Conforming time entry descriptions and time allocations for fee statement. | B160 | 0.2 |
| 5/7/2020 | TAB | Attend weekly team status meeting | B110 | 0.2 |
| 5/7/2020 | TAD | Calls with Sears team re: status, fee statement and related items. | B160 | 0.3 |
| 5/7/2020 | JPC | T/c w/ A. Corey re: final research point and strategy for meet and confer w/ Norges Bank (.4); review research findings from A. Corey (.6); correspond w/ A. Corey re: same (.2). | B120 | 1.2 |
| 5/7/2020 | DJM | Weekly team call. | B110 | 0.2 |
| 5/7/2020 | VJ | Weekly Webex with team. | B110 | 0.2 |
| 5/7/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.2 |

| | | | | |
|---|---|---|---|---|
| 5/7/2020 | DJM | Revise descriptions and assign time allocations to conform w/BK billing standards. | B160 | 0.3 |
| 5/7/2020 | JPC | Prepare agenda for weekly team meeting (.1); attend and facilitate team meeting (.2). | B110 | 0.3 |
| 5/7/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.2 |
| 5/8/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.2 |
| 5/8/2020 | TAD | Correspond with V. Jankowski re: revisions to first monthly fee statement. | B160 | 0.1 |
| 5/8/2020 | SMT | Time entry descriptions for fee statement. | B160 | 0.2 |
| 5/8/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 5/8/2020 | TAD | Revise pre-bill with J. Chou edits and correspond with accounting re: same. | B160 | 0.5 |
| 5/8/2020 | VJ | Revise Fee Application and email to TAD. | B160 | 2.6 |
| 5/11/2020 | TAD | Review first combined fee statement (.70); review interim comp. order re: notice procedures and other requirements. | B160 | 1.2 |
| 5/11/2020 | JPC | Review and comment on billing descriptions for April 2020; draft billing protocol email to MHH team. | B120 | 2.0 |
| 5/11/2020 | SMT | Conforming time entry descriptions for fee statement. | B160 | 0.2 |
| 5/11/2020 | SMT | Telephone call with D. Marlow regarding entry into shareholders chart of select information contained in Citibank's production documents. | B120 | 0.4 |
| 5/11/2020 | DJM | Call/e-mails with counsel for Jefferies regarding subpoena (0.5); e-mails with Akin Gump regarding same (0.5); call with S. Thomas regarding analysis of production by Citibank (0.3); coordination with S. Thomas regarding Jefferies production (0.1); review of e-mail from Comerica and addressing of same (0.3). | B120 | 1.7 |
| 5/11/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.8 |
| 5/12/2020 | DJM | Review and analysis of production by AQR (0.5); review and analysis of production by Comerica (0.5), review and analysis of production by Sculptor (0.5); call and e-mails with S. Thomas regarding productions, inputting to template (0.4); e-mails with counsel for UBS (0.1); e-mails with counsel for Wolverine (0.1); updating of chart (0.3 | B120 | 2.4 |
| 5/12/2020 | SMT | Further revise descriptions and allocations for next monthly fee statement. | B160 | 0.1 |
| 5/12/2020 | TAD | Review time records to be annexed to first combined monthly fee statement (.60); correspond with M. Cimmino and V. Jankowski re: same (.50); correspond with J. Chou re: revised statement for filing (.10). | B160 | 1.2 |
| 5/12/2020 | JPC | Review final monthly fee statement for filing (.4); email to T. Driscoll and V. Jankowski re: same (.1). | B160 | 0.5 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 5/12/2020 | TAD | Revise first combined monthly fee statement. | B160 | 1.0 |
| 5/12/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.4 |
| 5/12/2020 | SMT | Telephone call with D. Marlow regarding entry into shareholders chart of select information contained in Comerica, Sculptor/Och-Ziff and AQR production documents. | B120 | 0.5 |
| 5/13/2020 | TAD | Multiple emails and calls with V. Jankowski re: filing and service of monthly fee statement. | B110 | 0.6 |
| 5/13/2020 | TAD | Revise and finalize first combined monthly fee statement for filing and service. | B160 | 1.4 |
| 5/13/2020 | DJM | Time entry descriptions for monthly fee statement. | B160 | 0.4 |
| 5/13/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.7 |
| 5/13/2020 | SMT | Revise time entry descriptions for monthly fee statement. | B160 | 0.1 |
| 5/13/2020 | DJM | Call with counsel for UBS (0.4); call with counsel for Wolverine (0.4); review of data analysis template from S. Thomas and e-mails with same (0.4). | B120 | 1.2 |
| 5/13/2020 | VJ | Discuss and finalize First Combined Monthly Fee Application with TAD and SS (.8); e-file Combined Monthly Fee Application and email to all noticed parties (.5); download and save document (.1). | B160 | 1.4 |
| 5/13/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 5/14/2020 | SMT | Telephone call and email with D. Marlow regarding analysis and preparation of chart of information produced by subpoena respondents. | B120 | 0.6 |
| 5/14/2020 | ADC | Attend weekly team meeting. | B110 | 0.2 |
| 5/14/2020 | DJM | Weekly team meeting. | B110 | 0.2 |
| 5/14/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.8 |
| 5/14/2020 | VJ | Weekly status meeting with team. | B110 | 0.2 |
| 5/14/2020 | TAB | Attend weekly team meeting | B110 | 0.2 |
| 5/14/2020 | DJM | E-mail with counsel for Barclays (0.1 hour); e-mail with counsel for BlackRock (0.1); review of information from Comerica and call/e-mails with S. Thomas regarding analysis of same (0.6); revisions to time entries to conform/standardize (0.4). | B120 | 1.2 |
| 5/14/2020 | JPC | Attention to January through April fees and expenses for client budgeting purposes. | B160 | 1.0 |
| 5/14/2020 | TAD | Review pre-bill for April time. | B160 | 0.8 |
| 5/14/2020 | JPC | Weekly team meeting re: status of tasks and updates. | B110 | 0.2 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 5/14/2020 | SMT | Conforming descriptions and tasks for monthly fee statements. | B160 | 0.1 |
| 5/15/2020 | SMT | Revising descriptions and allocations and addition of BK task codes for monthly statement. | B160 | 0.1 |
| 5/15/2020 | JPC | Review revised time descriptions for monthly fee statement (.2); email same with comment to T. Driscoll and V. Jankowski for monthly fee statement (.1). | B160 | 0.3 |
| 5/15/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.4 |
| 5/15/2020 | VJ | Telephone conversation with SMT regarding using B codes for billing. | B110 | 0.2 |
| 5/18/2020 | DJM | E-mails with various banks following up on subpoena responses (0.5 hours) | B120 | 0.5 |
| 5/18/2020 | SMT | Emailed D. Marlow attaching updated Shareholders chart for review. | B120 | 0.2 |
| 5/18/2020 | SMT | Coding and billing descriptions for monthly fee statement. | B160 | 0.2 |
| 5/18/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.9 |
| 5/19/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.8 |
| 5/19/2020 | DJM | Draft/revise chart analyzing public shareholder data, e-mails with S. Thomas regarding same. | B120 | 0.5 |
| 5/19/2020 | SMT | Draft/revise shareholders chart. | B120 | 0.2 |
| 5/19/2020 | SMT | Edit time entry descriptions and codes for monthly statement. | B160 | 0.2 |
| 5/19/2020 | TAD | Review edits to April time (0.3); multiple emails with M. Cimmino re: April time and bankruptcy codes. | B160 | 0.6 |
| 5/19/2020 | TAD | Review docket for professional interim fee application timing. | B160 | 0.3 |
| 5/20/2020 | TAD | Review and edit April pre-bill, bankruptcy codes. | B160 | 0.8 |
| 5/20/2020 | ADC | Telephone conversation with D. Marlow discussing Norges Bank call strategy | B120 | 0.4 |
| 5/20/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis | B120 | 1.2 |
| 5/20/2020 | SMT | Time entry recording descriptions and allocations for fee statement. | B160 | 0.2 |
| 5/20/2020 | DJM | Review and analysis of correspondence and legal research related to objections by Norges bank (1.5); call with A. Corey regarding objections by Norges bank (0.5); e-mails with counsel for Norges bank (0.3); review of production from Societe Generale and e-mails with S. Thomas regarding same (0.5) | B120 | 2.8 |
| 5/20/2020 | DJM | Conform descriptions and allocation for monthly fee statement. | B120 | 0.2 |
| 5/20/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.2 |

| 5/21/2020 | DJM | Time entry, revision to time entries for monthly fee statements. | B160 | 0.6 |
|---|---|---|---|---|
| 5/21/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.6 |
| 5/21/2020 | TAD | Correspond with James Chou re: fee statement; matter designations and related items (0.3); discuss same with V. Jankowski (0.2) | B160 | 0.5 |
| 5/21/2020 | DJM | Preparation for and conduct of call with counsel for Norges Bank, call with A. Corey in connection with same (1.2); follow up e-mail with counsel for Norges Bank (0.4); coordination with S. Thomas regarding entry of data for Norges on spreadsheet, review of FTI data in connection with same (0.5); review and sending of spreadsheet to Akin Gump, e-mails with same (0.5). | B120 | 3.4 |
| 5/21/2020 | TAB | Prepare for and participate on Sears team call. | B110 | 0.3 |
| 5/21/2020 | VJ | Webex meeting with team. | B110 | 0.3 |
| 5/21/2020 | SMT | Time entry descriptions for monthly fee statement. | B160 | 0.1 |
| 5/21/2020 | TAD | Review revised billing summary for compliance with UST guidelines and local rules, orders. | B160 | 0.7 |
| 5/21/2020 | ADC | Telephone conversation with team to discuss current status of matter. | B110 | 0.3 |
| 5/21/2020 | JPC | Prepare agenda for team meeting (.2); attend team meeting (.3). | B110 | 0.5 |
| 5/21/2020 | ADC | Telephone conversation with D. Marlow and then Norges concerning Norges' objections to our subpoena. | B120 | 0.6 |
| 5/21/2020 | DJM | Weekly team meeting. | B110 | 0.3 |
| 5/21/2020 | JPC | Review and edit matter descriptions and task codes for monthly billing statement. | B160 | 0.3 |
| 5/22/2020 | DJM | E-mails with Blackstone regarding supplemental production. | B120 | 0.2 |
| 5/22/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.9 |
| 5/22/2020 | DJM | Review and analysis of supplemental production from Blackstone. | B120 | 0.5 |
| 5/22/2020 | SMT | Time entry recording. | B160 | 0.1 |
| 5/25/2020 | DJM | Draft/revise spreadsheet analyzing public shareholder data, e-mails with S. Thomas regarding same. | B120 | 0.5 |
| 5/26/2020 | TAD | Review time records for conformity with designations of billing codes and UST guidelines. | B160 | 0.4 |
| 5/26/2020 | SMT | Time entry description and allocations. | B160 | 0.1 |
| 5/26/2020 | DJM | Review of spreadsheet analyzing public shareholder data (0.3); call with S. Thomas regarding same (0.4); e-mail to Akin Gump regarding same (0.1); follow up with numerous banks regarding production (0.2). | B120 | 1.0 |

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 5/26/2020 | SMT | Telephone call with D. Marlow regarding information contained in Shareholder chart. | B160 | 0.3 |
| 5/26/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 0.9 |
| 5/26/2020 | TAD | Emails with James Chou re: designation of bankruptcy billing codes for April fee statement. | B160 | 0.2 |
| 5/27/2020 | TAD | Further edits to April time (0.7); correspond with M. Cimmino re: same (0.1); correspond with V. Jankowski re: fee statement (0.1) | B160 | 0.9 |
| 5/27/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.3 |
| 5/27/2020 | SMT | Conform billing descriptions and allocations for next fee statement. | B160 | 0.1 |
| 5/27/2020 | DJM | E-mails with counsel for Blackstone (0.5), provision of productions as requested by Akin Gump (0.5). | B120 | 1.0 |
| 5/28/2020 | TAD | Review interim comp procedures order re: process following objection deadline and related items. | B160 | 0.4 |
| 5/28/2020 | ADC | Weekly Sears team meeting to discuss weekly developments. | B110 | 0.3 |
| 5/28/2020 | SMT | Conforming descriptions for monthly fee statement. | B160 | 0.2 |
| 5/28/2020 | TAD | Team meeting to discuss status and progress of various items. | B110 | 0.3 |
| 5/28/2020 | DJM | Attend weekly team meeting. | B110 | 0.3 |
| 5/28/2020 | DJM | Time entry and review descriptions and time allocations. | B160 | 0.4 |
| 5/28/2020 | SMT | Emailed D. Marlow attaching shareholders chart for review and input. | B120 | 0.2 |
| 5/28/2020 | VJ | Draft April Fee Statement. | B160 | 2.5 |
| 5/28/2020 | DJM | Follow up with numerous banks regarding response to subpoena (0.5); e-mails with counsel to Wolverine regarding subpoena (0.1); research regarding contacts at HSBC and e-mailing of same regarding subpoena (0.5); e-mails with S. Thomas regarding service, analysis of public shareholder data (0.3); review of public shareholders chart from S. Thomas and e-mailing of comments to same (0.4); updating of service chart (0.2). | B120 | 2.0 |
| 5/28/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 3.3 |
| 5/28/2020 | VJ | Status call with team. | B110 | 0.3 |
| 5/28/2020 | JPC | Weekly team meeting. | B110 | 0.3 |
| 5/28/2020 | TAB | Weekly call with Sears Team. | B110 | 0.3 |
| 5/28/2020 | VJ | Prepare Notice of Appearance for JPC. | B110 | 0.6 |

| Date | Initials | Description | | |
|---|---|---|---|---|
| 5/28/2020 | TAD | Call with Zach Lainer (Akin) re: interim fee applications and timing for next round (0.1); call with V. Jankowski re: April fee statement (0.1). | B160 | 0.2 |
| 5/29/2020 | SMT | Emailed D. Marlow attaching revised shareholders chart for review. | B120 | 0.2 |
| 5/29/2020 | VJ | E-file Notice of Appearance for JPC. | B110 | 0.3 |
| 5/29/2020 | DJM | Draft/revise spreadsheet analyzing public shareholder data, multiple e-mails with S. Thomas regarding same (0.8); e-mailing of same to Akin Gump (0.2); e-mail to Akin Gump regarding outstanding subpoenas (0.4); e-mails with counsel to Goldman Sachs (0.1). | B120 | 1.5 |
| 5/29/2020 | SMT | Further conform descriptions and time allocations for monthly fee statement. | B160 | 0.1 |
| 5/29/2020 | SMT | Revised shareholders chart for further review and analysis. | B120 | 2.2 |
| 5/29/2020 | TAD | Work on Second Monthly Fee Statement. | B160 | 0.7 |
| 5/29/2020 | TAD | Review comp. procedures and correspond with Debtors' restructuring advisors (M-III Partners) for payment on First Monthly Fee Statement. | B160 | 0.4 |
| | | | Total: | 128.6 |

)



### MORITT HOCK & HAMROFF LLP
### INVOICE DATED JULY 2020
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Time |
|---|---|---|---|---|
| 6/1/2020 | DJM | E-mails/calls with counsel for Merrill Lynch (0.5); follow up with S. Thomas regarding service issues (0.3). | B120 | 0.8 |
| 6/1/2020 | SMT | Updates to subpoena service tracking chart. | B120 | 0.8 |
| 6/1/2020 | SMT | Emailed Executive Attorney Service regarding status of outstanding subpoenas and instructions for re-service. | B120 | 0.4 |
| 6/1/2020 | JPC | Review and comment on draft second monthly fee statement, including time entries. | B160 | 1.0 |
| 6/1/2020 | JPC | Review revised monthly fee statement and approve for filing. | B160 | 0.2 |
| 6/1/2020 | TAD | Work on Second Monthly Fee Statement. | B160 | 1.4 |
| 6/1/2020 | TAD | Correspond with V. Jankowsi, M. Cimmino, J. Chou re: Second Monthly Fee Statement (.40); correspond with MIII Partners re: W-9 and follow re: same (.10). | B160 | 0.5 |
| 6/2/2020 | VJ | Finalize and e-file Second Month Fee Statement; download and save filed copy and email to service parties. | B160 | 0.8 |
| 6/2/2020 | SMT | Attention to resolution of process server issues. | B120 | 0.1 |
| 6/2/2020 | TAD | Draft, revise and finalize Second Monthly Fee Statement. | B160 | 1.4 |
| 6/2/2020 | TAD | Correspond with V. Jankowski re: filing and service of Second Monthly Fee Statement. | B160 | 0.2 |
| 6/3/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. (0.3) Emailed D. Marlow attaching updated shareholders chart. (0.1) | B120 | 0.4 |
| 6/3/2020 | DJM | Call with Goldman Sachs (0.4); e-mails with Goldman Sachs and Akin Gump to follow up (0.3); review of production from Wolverine (0.4); e-mails with S. Thomas regarding incorporation of Wolverine production into public shareholder data analysis (0.4). | B120 | 1.5 |
| 6/4/2020 | DJM | E-mail to Akin Gump regarding status of various subpoena responses (0.3); review of spreadsheet, data analysis in connection with same (0.5), e-mails with counsel for Morgan Stanley (0.1 hours). | B120 | 0.9 |
| 6/4/2020 | SMT | Reviewed and updates to subpoena service tracking chart. | B120 | 0.7 |
| 6/5/2020 | DJM | Call with counsel to Morgan Stanley (0.3); e-mails with Akin Gump regarding productions by Alliance Bernstein (0.2); e-mails regarding production by Sumitomo (0.3), e-mails with Akin Gump regarding production by Invesco (0.4 hours), e-mails with Akin Gump regarding production by Citibank (0.4) | B120 | 1.6 |
| 6/5/2020 | JPC | Review month of May time entries, descriptions and time allocations in preparation for report for monthly fee statement. | B160 | 0.6 |
| 6/6/2020 | DJM | E-mails with M. Young regarding Comerica production. | B120 | 0.3 |
| 6/8/2020 | SMT | Reviewed and updates to subpoena service tracking chart. | B120 | 0.5 |
| 6/11/2020 | ADC | Communicate (in firm) - attended weekly teleconference | B110 | 0.3 |
| 6/11/2020 | DJM | Attend weekly team meeting. | B110 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 6/11/2020 | VJ | Status conference call with team. | B110 | 0.3 |
| 6/11/2020 | TAD | Team status call. | B110 | 0.3 |
| 6/11/2020 | TAD | Review status of objections on Second Monthly Fee Statement (.10); review correspondence from MIII Partners re: payment of First Monthly Fee Statement (.20). | B160 | 0.3 |
| 6/11/2020 | JPC | Prepare for and attend weekly team meeting. | B160 | 0.3 |
| 6/12/2020 | SMT | Process Barclay's production documents. | B120 | 0.4 |
| 6/12/2020 | DJM | Review of production from Barclays (0.5); e-mails with IT, S. Thomas, counsel regarding Barclays production (0.4); e-mails with Akin Gump regarding status, next steps (0.3) | B120 | 1.2 |
| 6/15/2020 | DJM | Call with counsel for Barclays regarding production (0.4); review of Barclays production and follow up e-mail (0.2), call with S. Thomas regarding analysis and inputting of Barclays production. (0.3) | B120 | 0.9 |
| 6/15/2020 | SMT | Reviewed produced records for inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 0.4 |
| 6/15/2020 | SMT | Telephone call (0.1) and review regarding new document production for analysis and input with D. Marlow. (0.2) | B191 | 0.3 |
| 6/15/2020 | JPC | Attention to additional third parties to subpoena and conflicts. | B110 | 0.5 |
| 6/16/2020 | DJM | E-mails with Akin Gump regarding analysis of data received from subpoenaed parties. | B120 | 0.3 |
| 6/16/2020 | SMT | Reviewed produced records for inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.1 |
| 6/16/2020 | TAD | Review M-III Partners inquiries re: accruals and forecasts and follow in estate fees (.30); follow with billing re: accruals (.10); review reports re: same (.50); review and compile estate fee numbers from filed April statement (.40). | B160 | 1.3 |
| 6/16/2020 | TAD | Emails with James Chou re: M-III Partners email re: accruals and forecasts and proposed responses thereto. | B160 | 0.6 |
| 6/16/2020 | JPC | Review email correspondence re: discrepancies between DTC data and data supplied by third parties. | B120 | 0.1 |
| 6/16/2020 | JPC | Review email correspondence from T. Driscoll re: M-III Partners' request for budgeting and forecasting information. | B110 | 0.2 |
| 6/16/2020 | JPC | Attention to May 2020 fees to supply to Akin for budgeting purposes. | B110 | 0.2 |
| 6/17/2020 | DJM | Review and analysis of Barclays data as input by S. Thomas, e-mail to Thomas regarding same. | B120 | 0.3 |
| 6/17/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.8 |
| 6/17/2020 | JPC | Review and make edits to latest May 2020 billing statement for monthly fee statement. | B160 | 1.5 |
| 6/18/2020 | ADC | Attend meeting with Sears team. | B110 | 0.3 |
| 6/18/2020 | DJM | Weekly team meeting. | B110 | 0.3 |
| 6/18/2020 | DJM | Review and analysis of public shareholder data (0.9); follow up with various subpoena respondents regarding data inconsistencies (0.8); analysis of Comerica data, e-mails with S. Thomas regarding same (0.7); follow up with multiple banks regarding subpoena productions (0.5), e-mails with S. Thomas regarding service of additional subpoenas (0.3). | B120 | 3.2 |
| 6/18/2020 | VJ | Draft Third Fee Statement for May 2020 and forward to TAD for review. | B160 | 2.3 |
| 6/18/2020 | VJ | Weekly team conference. | B110 | 0.3 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 6/18/2020 | JPC | Review revised draft of billing statement from accounting (.3); email with accounting department re: additional revisions (.2). | B160 | 0.6 |
| 6/18/2020 | JPC | Prepare agenda for weekly meeting (.2); facilitate weekly meeting (.3). | B110 | 0.5 |
| 6/18/2020 | JPC | Emails a re: conflicts clearance for additional parties and potential defendants (.2); t/c w/ conflicts check staff re: same. (.1). | B110 | 0.3 |
| 6/18/2020 | TAD | Attend Sears team status call. | B110 | 0.3 |
| 6/19/2020 | SMT | Draft additional subpoenas to various entities (3.8).  Draft emails to Executive Attorney Service attaching additional subpoenas for service (0.4) | B120 | 4.2 |
| 6/19/2020 | DJM | Additional review of DTC data (0.3); e-mails with S. Thomas regarding additional subpoenas (0.3). | B120 | 0.6 |
| 6/19/2020 | VJ | Emails with TAD regarding second fee application payment. | B110 | 0.2 |
| 6/19/2020 | TAD | Correspond with James Chou re: M-III request, call with Akin (.10); emails with Zach Lanier re: same (.10); correspond with M-III Partners re: Second Monthly Fee Statement and payment (.20); email and call with V. Jankowiak re: same (.10). | B160 | 0.5 |
| 6/19/2020 | JPC | Attention to conflicts for new subpoenaed parties (.1); confer w/ D. Marlowe re: same (.1). | B160 | 0.2 |
| 6/22/2020 | DJM | Draft/revise budget for future adversary proceeding related work. | B110 | 0.5 |
| 6/22/2020 | DJM | Analysis of productions regarding public shareholder data as compared to other sources (1.2); e-mails to subpoenaed parties to follow up on outstanding issues with productions (0.8); e-mails with S. Thomas regarding shareholder data (0.3); research regarding locations and contact information for additional subpoena targets (1.2). | B120 | 3.5 |
| 6/22/2020 | SMT | Updates to subpoena service tracking chart (0.3); analysis of documents production containing shareholder information from Comerica for updates to chart (.8). Emails and telephone call to Executive Attorney Service regarding service of subpoenas and attaching same. (0.7) Emailed D. Marlow regarding service of subpoenas and email attaching updated shareholders chart for review and input. (0.6) Draft and revised additional subpoenas to various entities. (0.9) | B120 | 3.3 |
| 6/22/2020 | TAD | Call with James Chou and Zach Lanier re: professional fees, budget and M-III Partners request. | B160 | 0.3 |
| 6/22/2020 | JPC | Conf. call w/ T. Driscoll and Z. Lanier (Akin). | B160 | 0.2 |
| 6/22/2020 | JPC | Follow up re: conflicts check on additional parties. | B160 | 0.3 |
| 6/23/2020 | DJM | E-mails with counsel for Barclays regarding follow up questions, supplemental production. | B120 | 0.4 |
| 6/23/2020 | TAD | Review draft of Third Monthly Fee Statement (0.4) and initial edits e: same. | B160 | 0.7 |
| 6/23/2020 | SMT | Analysis of documents production containing shareholder information from various. | B120 | 1.2 |
| 6/25/2020 | DJM | Review and analysis of lists of additional subpoena targets from Akin Gump, e-mails with S. Thomas regarding same, issuing of subpoenas (0.7); e-mails with multiple subpoena targets yet to produce regarding status (0.6), e-mails with counsel for Barclays regarding follow up issues (0.2). | B120 | 1.5 |
| 6/25/2020 | VJ | Telephone conversation with TAD to discuss Third Fee Application. | B110 | 0.3 |
| 6/25/2020 | VJ | Revise Exhibit C and finalize Third Fee Statement; email to JPC and TAD for approval to file. | B160 | 0.5 |
| 6/25/2020 | SMT | Emails and telephone call to Executive Attorney Service regarding additional service of subpoenas and attaching same. (0.5) Draft and revised additional subpoenas to various entities for service. (1.7) Emailed D. Marlow regarding service of subpoenas and attaching updated shareholders chart for review and input. (0.2) | B120 | 2.4 |
| 6/25/2020 | TAD | Revise Third Monthly Fee Statement (.70); correspond with V. Jankowski re: filing and service of same (.30). | B160 | 1.0 |

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 6/26/2020 | DJM | Multiple e-mails with S. Thomas regarding service of additional subpoenas (0.6); follow up with various banks regarding status of production (0.2). | B120 | 0.8 |
| 6/26/2020 | SMT | Emails to Executive Attorney Service regarding additional service of subpoenas and attaching same. (0.6) Draft and revised additional subpoena for service (.4); updates to subpoena service tracking chart (0.4). | B120 | 1.4 |
| 6/26/2020 | JPC | Review draft monthly fee statement. | B160 | 0.3 |
| 6/26/2020 | VJ | Finalize Third Fee Statement and e-file; forward copy of Third Fee Statement to service parties and TAD, JPC and TAB. | B160 | 0.7 |
| 6/29/2020 | DJM | E-mails and call with counsel from TD Waterhouse regarding subpoena response (0.4), e-mails with S. Thomas regarding service issues (0.2); e-mails with counsel for Goldman Sachs (0.1). | B120 | 0.7 |
| 6/29/2020 | SMT | Email to Executive Attorney Service attaching subpoena for service. | B120 | 0.3 |
| 6/29/2020 | SMT | Draft and revised additional subpoena for service (.6); updates to subpoena service tracking chart (0.4) Emailed D. Marlow regarding service of subpoena. (0.2) | B120 | 1.2 |
| 6/30/2020 | VJ | Download and convert sample fee application in order to prepare Fee Application. | B110 | 0.4 |
| | | | **Total:** | **62.70** |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED AUGUST 2020**
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Time |
|------|------|-----------|-----------|------|
| 7/1/2020 | DJM | E-mails with counsel for UBS, IT regarding production (0.4); e-mails with counsel for Citibank regarding follow up (0.1); follow up with Goldman Sachs and BNY Mellon (0.1); e-mails with S. Thomas regarding service (0.2), e-mails with Akin Gump regarding data analysis (0.2). | B120 | 1.00 |
| 7/1/2020 | SMT | Updates to subpoena service tracking chart (0.3); analysis of documents production containing shareholder information from Suimitomo and Investco for updates to chart (1.9). | B120 | 2.20 |
| 7/2/2020 | VJ | Weekly team call for updates and status. | B110 | 0.30 |
| 7/2/2020 | TAB | Prepare for & participate on Team call re status and action items | B110 | 0.30 |
| 7/2/2020 | JPC | Lead weekly team meeting. | B110 | 0.30 |
| 7/2/2020 | DJM | Draft/revise service and shareholder charts and sending of same to Akin Gump; e-mails with Blackrock regarding production (2.4); call with Wells Fargo (0.2); e-mails with Goldman Sachs (0.2). | B120 | 2.80 |
| 7/2/2020 | DJM | Attend weekly team call. | B110 | 0.30 |
| 7/6/2020 | SMT | Emailed to D. Marlow attaching Wells Fargo Clearing Service affidavit of service concerning Wells Fargo's response. | B120 | 0.20 |
| 7/6/2020 | DJM | Call with counsel for Fidelity re subpoena (0.2); e-mails with counsel for RBC re subpoena (0.2); e-mails with counsel for UBS regarding production (0.3); call with S. Thomas regarding public shareholder and service charts (0.3). | B120 | 1.00 |
| 7/6/2020 | SMT | Updates to subpoena service tracking chart (0.3); analysis of documents production containing shareholder information from Blackstone and Vanguard for updates to chart (1.7). | B120 | 2.00 |
| 7/7/2020 | JPC | Analyze and prepare accruals and forecasts for MIII Partners. | B160 | 2.50 |
| 7/7/2020 | DJM | Call with counsel to USAA (0.2); e-mail to counsel for USAA regarding protective order, subpoena (0.4). | B120 | 0.60 |
| 7/7/2020 | JPC | Review and conform June 2020 billing entries for all timekeepers for monthly statement. | B160 | 0.60 |
| 7/8/2020 | SMT | Drafted email to Executive Attorney Service attaching subpoena for service. | B120 | 0.40 |
| 7/8/2020 | SMT | Updates to subpoena service tracking chart (0.1); analysis of documents production containing shareholder information from Vanguard and Goldman Sachs for updates to chart (2.4). | B120 | 2.50 |
| 7/8/2020 | SMT | Process Goldman Sachs and UBS production documents. | B120 | 0.60 |
| 7/8/2020 | SMT | Draft additional subpoenas for service. | B120 | 0.40 |
| 7/8/2020 | DJM | Research and analysis of production by Goldman Sachs, accompanying correspondence (0.6); e-mails and call with S. Thomas regarding same (0.4); follow up e-mail to Goldman Sachs regarding same (0.2), e-mail to Akin Gump (0.1). | B120 | 1.30 |

| 7/9/2020 | ADC | Telephone conversation with Sears team. | B110 | 0.20 |
|---|---|---|---|---|
| 7/9/2020 | DJM | Attend team meeting. | B110 | 0.20 |
| 7/9/2020 | JPC | Weekly team meeting re: outstanding tasks and action items. | B110 | 0.20 |
| 7/9/2020 | TAB | Prepare for and participate on weekly status call. | B110 | 0.20 |
| 7/9/2020 | DJM | Follow up with numerous banks regarding production (0.4); e-mail with Fidelity regarding confidentiality stipulation (0.2); review/revision of service chart (0.1). | B120 | 0.70 |
| 7/9/2020 | TAD | Team status call. | B110 | 0.10 |
| 7/10/2020 | DJM | Review of UBS production, e-mails with S. Thomas regarding same (0.5); review/revision of public shareholder chart (0.5); review/revision of service chart, e-mails regarding service issues (0.9), review of Morgan Stanley production and e-mail to Morgan Stanley regarding same (0.5). | B120 | 2.40 |
| 7/10/2020 | SMT | Emails and telephone call to D. Marlow regarding inputing of information contained in Goldman Sachs production documents. | B120 | 0.50 |
| 7/10/2020 | SMT | Analysis of document production containing shareholder information from Goldman Sachs and UBS for updates to chart. | B120 | 6.40 |
| 7/13/2020 | DJM | Review/revise aggregate shareholder chart, e-mails with S. Thomas regarding same (1.2); attention to service issues (0.3). | B120 | 1.50 |
| 7/13/2020 | SMT | Drafted email Executive Attorney Service attaching subpoena for service. | B120 | 0.20 |
| 7/13/2020 | SMT | Draft additional subpoenas for service. | B120 | 0.30 |
| 7/13/2020 | SMT | Analysis of document production information contained in shareholder chart (2.1); updates to subpoena service tracking chart (0.3). | B120 | 2.40 |
| 7/14/2020 | DJM | Review of materials sent by D. Chapman to committee (0.5); review of recent case decision (1.0); follow up with various banks regarding production (0.3). | B120 | 1.80 |
| 7/14/2020 | TAB | Review monthly fee statements issues for JChou (0.2). | B160 | 0.20 |
| 7/14/2020 | TAB | Review and comment on email to Akin regarding future litigation arising from corporate transactions (0.1); Review Akin status memo to litigation trust representatives (0.2). | B120 | 0.30 |
| 7/14/2020 | JPC | Review and analyze memo from Akin summarizing status of investigation and analysis concerning asserting claims (0.5); analyze relevant case law (0.2). | B120 | 0.70 |
| 7/14/2020 | VJ | Review all accounting pre-bill spreadsheets and draft Fourth Fee Statement for June 2020. | B160 | 2.40 |
| 7/15/2020 | DJM | Review of memo from Akin Gump (0.3); review of production from U.S. Bankcorp Investments (0.3); e-mails with subpoena respondents (0.2), attention to issues regarding Citibank supplemental production and encryption (0.2). | B120 | 1.00 |
| 7/15/2020 | SMT | Analysis of document production information contained in shareholder chart (0.6); updates to subpoena service tracking chart (0.4). | B120 | 1.00 |
| 7/16/2020 | TAD | Review and finalize June monthly fee statement. | B160 | 0.80 |
| 7/16/2020 | VJ | Weekly team phone call. | B110 | 0.40 |
| 7/16/2020 | DJM | Attend weekly team meeting. | B110 | 0.40 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 7/16/2020 | VJ | Commence drafting of First Interim Fee Application. | B160 | 1.80 |
| 7/16/2020 | DJM | Review and analysis of production by Citibank and prior productions and correspondence, e-mails with team regarding same (0.9); e-mails with PNC Bank (0.1); call with Wells Fargo (0.2); review and analysis of e-mail from Clearstream objecting to subpoena, e-mails with team regarding same (0.4), coordination with S. Thomas regarding updates to chart (0.2). | B120 | 1.80 |
| 7/16/2020 | JPC | Team meeting to discuss status of fees, projections, and substantive matters re: subpoenas. | B110 | 0.40 |
| 7/16/2020 | VJ | Finalize June Invoice and forward Fourth Fee Statement and Invoice to JPC to approve for filing. | B160 | 0.40 |
| 7/16/2020 | TAB | Prepare for and participate on weekly Team Call. | B110 | 0.40 |
| 7/16/2020 | TAD | Team meeting. | B110 | 0.40 |
| 7/16/2020 | TAD | Correspond with V. Jankowski re: June monthly fee statement, interim fee application. | B160 | 0.20 |
| 7/17/2020 | JPC | Review draft monthly fee statement and approve for filing | B160 | 0.60 |
| 7/17/2020 | JPC | Review and analyze correspondence and arguments from Clearstream Banking re: service under Hague Convention (.2); email w/ D. Marlow re: same (.1). | B120 | 0.30 |
| 7/17/2020 | VJ | Continue drafting First Fee Application. | B160 | 0.80 |
| 7/17/2020 | VJ | Finalize and e-file Fourth Monthly Fee Statement and forward filed copy to service parties. | B160 | 0.80 |
| 7/17/2020 | SMT | Analysis of document production information contained in shareholder chart (1.9); updates to subpoena service tracking chart (0.2). | B120 | 2.10 |
| 7/17/2020 | DJM | Research and analysis regarding objections by Clearstream regarding service of subpoena (1.8), drafting and sending of response to Clearstream (0.8), e-mails with A. Corey, J. Chou regarding Clearstream and review of cases sent by same (1.0); review of production by TD Ameritrade, e-mails with S. Thomas regarding same (0.6); e-mails with Akin regarding Citibank production (0.6). | B120 | 4.80 |
| 7/17/2020 | SMT | Process TD Ameritrade's production documents. | B120 | 0.40 |
| 7/17/2020 | ADC | Research & Analysis of service objections by Clearstream Banking w/r/t the subpoena. | B120 | 1.60 |
| 7/18/2020 | JPC | Confer w/TAB re Hague Convention issues (0.2) | B120 | 0.20 |
| 7/18/2020 | TAB | Research into Hague Convention service issues; discuss same w/J Chou. | B120 | 1.00 |
| 7/20/2020 | VJ | Continue drafting First Interim Fee Application. | B160 | 1.40 |
| 7/20/2020 | JPC | Attention to billing issues for M-III Partners. | B160 | 0.30 |
| 7/20/2020 | DJM | Review of supplemental correspondence from Goldman Sachs regarding production and e-mail to S. Thomas regarding same (0.3); follow up with Morgan Stanley (0.1). | B120 | 0.40 |
| 7/20/2020 | TAD | Correspond and follow up re: payment of Second Monthly Fee Statement. | B160 | 0.30 |
| 7/21/2020 | VJ | Continue drafting First Fee Application. | B160 | 3.70 |
| 7/21/2020 | SMT | Analysis of document production information contained in shareholder chart (2.6 ); updates to subpoena service tracking chart (.7). | B120 | 3.30 |
| 7/21/2020 | SMT | Process Citibank's production documents. | B120 | 0.40 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 7/21/2020 | DJM | Call with Citibank (0.3); follow up e-mail to Citibank (0.4); e-mails regarding production by RBC Wealth Management (0.4); e-mails with Akin Gump regarding service of subpoenas (0.4). | B120 | 1.50 |
| 7/22/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 4.40 |
| 7/22/2020 | JPC | T/c w/ A. Corey re: Clearstream and Hague service issues. | B120 | 0.10 |
| 7/22/2020 | DJM | E-mails with JP Morgan regarding subpoena (0.3); e-mails with USAA regarding subpoena (0.2); follow up with various banks (0.3). | B120 | 0.80 |
| 7/23/2020 | TAD | Call with Mary Korycki, M-III Partners re: invoices, payments, accruals and related items (.20); follow up emails with Mary Korycki re: same (.20); emails to MHH Sears team re: same (.20). | B160 | 0.60 |
| 7/23/2020 | JPC | Attention to Hague service issue re: Clearstream. | B120 | 0.50 |
| 7/23/2020 | DJM | Review and analysis of BlackRock production (0.6); follow up with BlackRock regarding production (0.2); call with S. Thomas regarding status, charts, next steps (0.4); e-mails with Wells Fargo regarding protective order (0.2); call with UMB Bank (0.1). | B120 | 1.50 |
| 7/23/2020 | ADC | Research & Analysis of Hague Service Convention | B120 | 0.40 |
| 7/23/2020 | SMT | Analysis of document production information contained in shareholder chart (4.6 ); updates to subpoena service tracking chart (0.6). | B120 | 5.20 |
| 7/23/2020 | JPC | Email to team re: status and action items. | B110 | 0.20 |
| 7/24/2020 | DJM | Review and analysis of UMB production (0.4); review and analysis of production by RBC Wealth Management (0.4); review and analysis of production by National Financial Services (0.4); review/revision of service chart (0.3); e-mailing of multiple subpoenaed parties yet to respond to subpoenas and research of relevant contacts at same (1.5). | B120 | 3.00 |
| 7/24/2020 | SMT | Process BlackRock and RBC Wealth Management production documents. | B120 | 0.40 |
| 7/24/2020 | VJ | Continue drafting First Fee Application and email draft to TAD. | B160 | 2.20 |
| 7/24/2020 | TAD | Revise interim fee application. | B160 | 0.70 |
| 7/24/2020 | TAD | Review draft of first interim fee application. | B160 | 0.30 |
| 7/24/2020 | SMT | Analysis of document production information contained in shareholder chart (3.4 ); updates to subpoena service tracking chart (.4). | B120 | 3.80 |
| 7/24/2020 | SMT | Drafted email to D. Marlow attaching outstanding subpoenas with Exhibit A and corresponding Affidavits of Service. | B120 | 0.60 |
| 7/27/2020 | DJM | Call with S. Thomas regarding analysis of shareholder data (0.4); provision of information to S. Thomas (0.3); e-mails with counsel to Raymond James (0.1). | B120 | 0.80 |
| 7/27/2020 | SMT | Analysis of document production information contained in shareholder chart (3.8 ); updates to subpoena service tracking chart (.3). | B120 | 4.10 |
| 7/27/2020 | SMT | Process UMB Bank and National Financial Services LLC (Fidelity) production documents. | B120 | 0.40 |
| 7/28/2020 | TAD | Correspond re: payment on third interim fee statement. | B160 | 0.10 |
| 7/28/2020 | TAD | Work on first interim fee application. | B160 | 0.50 |

| | | | | |
|---|---|---|---|---|
| 7/28/2020 | JPC | Review correspondence from Morgan Stanley re: refusal to provide account holder identities (.2); review production from Morgan Stanley. | B120 | 0.40 |
| 7/28/2020 | DJM | Review of supplementary response from Morgan Stanley and analysis of same (0.4); e-mail to S. Thomas regarding Morgan Stanley production (0.2), e-mails to Morgan Stanley regarding production (0.2); e-mails with Akin Gump regarding Morgan Stanley production (0.2); e-mails with counsel for Bank of America (0.2); provision of information regarding subpoena responses to Akin Gump (0.5). | B120 | 1.70 |
| 7/28/2020 | JPC | Review latest subpoena service and production stats. | B120 | 0.20 |
| 7/29/2020 | SMT | Process Morgan Stanley production documents. | B120 | 0.30 |
| 7/29/2020 | JPC | Gathering accrual information for M-III partners. | B160 | 1.00 |
| 7/29/2020 | DJM | Call with counsel to JP Morgan (0.2); call with counsel to Bank of America and follow up e-mail (0.4); call with S. Thomas regarding production by National Financial Services (0.2). | B120 | 0.80 |
| 7/29/2020 | SMT | Analysis of document production information contained in shareholder chart (4.2 ); updates to subpoena service tracking chart (0.3). | B120 | 4.50 |
| 7/30/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 4.30 |
| 7/30/2020 | TAD | Review and revise First Interim Fee application. | B160 | 0.80 |
| 7/30/2020 | DJM | Response to queries from S. Thomas regarding analysis of shareholder data. | B120 | 0.40 |
| 7/31/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.60 |
| | | | | 119.50 |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED September, 2020**
File # N-1944.001 Re: Sears Bankruptcy

| Date | Prof | Narrative | Task Code | Time |
|------|------|-----------|-----------|------|
| 8/3/2020 | TAD | Emails with Joseph Szydlo re: fee application. | B160 | 0.1 |
| 8/3/2020 | VJ | Emails with Accounting Department. | B110 | 0.2 |
| 8/3/2020 | DJM | Review and analysis of production by USAA (0.5); e-mail to S. Thomas regarding same (0.2). | B120 | 0.7 |
| 8/3/2020 | TAB | Review and analyze Boston Gen case. | B110 | 0.5 |
| 8/3/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.3 |
| 8/4/2020 | TAD | Draft/revise first interim fee application. | B160 | 1.3 |
| 8/4/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.2 |
| 8/4/2020 | JPC | Gather data for M-III Partners. | B160 | 0.3 |
| 8/5/2020 | DJM | Review and analysis of Wells Fargo production (0.4); drafting of e-mail to Wells requesting supplemental production (0.4). | B120 | 0.8 |
| 8/5/2020 | VJ | Revise First Fee Application with updated payment amounts. | B160 | 0.4 |
| 8/5/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.8 |
| 8/5/2020 | JPC | Email to M-III Partners. | B160 | 0.1 |
| 8/6/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.7 |
| 8/6/2020 | JPC | Team meeting w/ D. Marlow and A. Corey re: status of doc productions service questions, and outstanding issues. | B120 | 0.3 |
| 8/6/2020 | ADC | Telephone conversation with team to discuss case developments and subpoena progress. | B120 | 0.3 |
| 8/6/2020 | JPC | Review prebill descriptions and time allocations for creation of bill for monthly fee statement. | B160 | 1.1 |
| 8/6/2020 | DJM | Weekly team call re: substantive issues re: doc. production. | B120 | 0.3 |
| 8/7/2020 | TAD | Revise and finalize draft of first interim fee application. | B160 | 1.2 |
| 8/7/2020 | TAD | Email M-III Parties re: Fourth Monthly Fee Statement (0.4); email James Chou re: First Interim Fee Application (0.1). | B160 | 0.5 |
| 8/7/2020 | JPC | Review and comment on draft interim Fee Application. | B160 | 2.1 |
| 8/7/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.2 |
| 8/9/2020 | JPC | Markup time all timekeeper entries to conform will billing practices for Fifth Monthly Fee Statement. | B160 | 0.8 |

| | | | | |
|---|---|---|---|---|
| 8/10/2020 | TAD | Review JPC comments to first interim fee application (0.2); revise first interim fee application (1.4). | B160 | 1.6 |
| 8/10/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.7 |
| 8/10/2020 | SMT | Processed Wells Fargo Clearing production documents. | B120 | 0.4 |
| 8/10/2020 | DJM | E-mails to multiple banks following up on production. | B120 | 0.6 |
| 8/11/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.1 |
| 8/11/2020 | DJM | E-mails with counsel for Citibank and U.S. Bank. | B120 | 0.2 |
| 8/12/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.3 |
| 8/12/2020 | DJM | Call with counsel to PNC Bank, follow up e-mail (0.4); attention to issues related to Pershing production (0.4); e-mails with counsel to U.S. Bank (0.2); review of recent decision related to safe harbor provision (0.5). | B120 | 1.5 |
| 8/12/2020 | VJ | Review and revise Fee Application and email to JPC and TAD. | B160 | 2.6 |
| 8/12/2020 | VJ | Revise First Interim Fee Application with updated payment numbers and compare to first version and forward to JPC and TAD. | B160 | 0.8 |
| 8/12/2020 | JPC | Review weekly billing report and report stats to M-III Partners (.3); Review, comment and revise draft Interim Fee App. (3.0); review and provide comments/revisions on Fifth Monthly Fee Statement. (.5). | B160 | 3.8 |
| 8/12/2020 | VJ | Draft Fifth Fee Statement and forward to TAD and JPC. | B160 | 1.8 |
| 8/13/2020 | VJ | Conference call with team. | B110 | 0.3 |
| 8/13/2020 | VJ | Finalize itemized time run for Fifth Fee Statement. | B160 | 0.3 |
| 8/13/2020 | VJ | Review and discuss with TAD changes and revisions to fee application. | B160 | 0.3 |
| 8/13/2020 | VJ | Discuss filing of Fee Application with TAD. | B160 | 0.3 |
| 8/13/2020 | JPC | Weekly team meeting re: status of fee apps; status of subpoenas and productions; recent case law developments; additional tasks | B110 | 0.3 |
| 8/13/2020 | ADC | Attended weekly Sears team meeting. | B120 | 0.3 |
| 8/13/2020 | DJM | Weekly team call. | B110 | 0.3 |
| 8/13/2020 | TAB | Prepare for and participate on weekly call (joined late). | B110 | 0.1 |
| 8/13/2020 | JPC | Review and comment on latest draft of Interim fee app. | B160 | 0.4 |
| 8/13/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.3 |
| 8/13/2020 | ADC | Research & Analysis of the Boston Generating Bankr.SDNY decision and related cases for the sears team's review. | B120 | 4.2 |
| 8/13/2020 | TAD | Review and confirm numbers in fee application (1.3); revise First Interim Fee Application (1.2). | B160 | 2.5 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 8/13/2020 | DJM | Attention to issues related to Citibank and Pershing productions (0.4). | B120 | 0.4 |
| 8/13/2020 | TAD | Sears team meeting. | B110 | 0.3 |
| 8/13/2020 | TAD | Emails with JPC re: First Interim Fee Application (0.3); discuss changes with V. Jankowski (0.2); email Akin re: service of fee application (0.1). | B160 | 0.6 |
| 8/14/2020 | TAD | Multiple emails with J. Chou, V. Jankowski re: fee application (0.3); email Akin re: notice of fee applications (0.2); email Prime Clerk re: service of fee application (0.2). | B160 | 0.7 |
| 8/14/2020 | VJ | Emails with TAD and with JPC regarding finalizing Fee Application. | B110 | 0.3 |
| 8/14/2020 | TAD | Review and finalize first interim fee application for filing. | B160 | 2.0 |
| 8/14/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.7 |
| 8/14/2020 | VJ | Finalize and e-file First Interim Application for fees and circulate; email copy to Prime Clerk for service. | B160 | 0.7 |
| 8/14/2020 | ADC | Draft/revise memo outlining the facts and decision of the In re Boston and related cases for sears team. | B120 | 1.2 |
| 8/14/2020 | JPC | Attention to Final Fee App (.7); email w/ T. Driscoll and V. Jankowski re: same (.6). | B160 | 1.3 |
| 8/14/2020 | DJM | Review and analysis of Citibank production, e-mail of follow up questions (0.6), coordination with S. Thomas regarding analysis of data (0.2). | B120 | 0.8 |
| 8/17/2020 | STB | Arranging for laptop pickup, and discussion regarding system image. | B120 | 0.5 |
| 8/17/2020 | DJM | E-mails with counsel to PNC (0.1); e-mails with S. Thomas regarding data analysis (0.1). | B120 | 0.2 |
| 8/17/2020 | VJ | Finalize Fifth Fee Statement. | B160 | 0.4 |
| 8/17/2020 | ADC | Draft/revise memo re Boston Generating decision and related cases for Sears team. | B120 | 2.6 |
| 8/17/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.7 |
| 8/17/2020 | SMT | Process Citibank production documents. | B120 | 0.4 |
| 8/18/2020 | TAD | Review and revise Fifth Monthly Fee Statement. | B160 | 0.8 |
| 8/18/2020 | SMT | Process Citibank's and Pershing production documents. | B120 | 0.5 |
| 8/18/2020 | SMT | Telephone call with D. Marlow regarding Citibank document production and status of review. | B191 | 0.5 |
| 8/18/2020 | JPC | Review billing data and report accrual information to M-III Partners. | B160 | 1.0 |
| 8/18/2020 | JPC | Review information data concerning subpoenas and responses. | B120 | 0.2 |
| 8/18/2020 | STB | Discussions regarding eDiscovery and the acquiring of safe acquisition of digital files for litigation; arranging for laptops re same. | B120 | 1.3 |
| 8/18/2020 | SMT | Analysis of document production information contained in shareholder chart (2.6); updates to Subpoena Service chart (0.4). | B120 | 3.0 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 8/18/2020 | DJM | Review and analysis of Pershing production (0.4); call with S. Thomas regarding analysis of Citibank production (0.3); e-mail to M. Young of Akin regarding status of subpoenas (0.5); follow up with numerous banks regarding status of production (0.4); call with B. Cohen regarding issues related to processing and review of electronic productions (0.4); review of Memo from A. Corey regarding Boston Generating decision (0.5). | B120 | 2.5 |
| 8/19/2020 | VJ | Revise and finalize Fifth Fee Statement and e-file same. | B160 | 0.5 |
| 8/19/2020 | STB | Conversations with RC and DM regarding streamlining acquisition of digital files; discussions with Russell re same; drafting email regarding setting up of production account and procedure going forward; calls re same. | B120 | 2.2 |
| 8/19/2020 | DJM | Follow up with counsel for Pershing regarding production (0.2); analysis of Pershing production (0.3); call with S. Breidenbach regarding issues related to receipt and processing of productions (0.4); e-mail with counsel to BNY Mellon (0.1); e-mail with counsel to BofA (0.1), e-mails with counsel to Raymond James (0.2). | B120 | 1.3 |
| 8/19/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.6 |
| 8/20/2020 | DJM | Attend weekly team meeting re: substantive discussion. | B110 | 0.3 |
| 8/20/2020 | VJ | Team conference call. | B110 | 0.3 |
| 8/20/2020 | JPC | Attend team meeting re: substantive issues re: to subpoenas and recent 546(e) decision. | B110 | 0.3 |
| 8/20/2020 | DJM | Review and analysis of data from BNY Mellon, e-mails with counsel for same. | B120 | 0.5 |
| 8/20/2020 | TAB | Prepare for and participate on weekly team call. | B110 | 0.3 |
| 8/20/2020 | ADC | Telephone conversation with Sears team re latest case developments. | B120 | 0.3 |
| 8/20/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.3 |
| 8/21/2020 | DJM | Downloading, review and analysis of Bank of America production (0.5); e-mails with S. Thomas regarding same (0.3) | B120 | 0.8 |
| 8/21/2020 | SMT | Telephone call with D. Marlow regarding progress of production analysis and processing of same. | B120 | 0.3 |
| 8/21/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.2 |
| 8/21/2020 | SMT | Process BofA production documents. | B120 | 0.4 |
| 8/24/2020 | STB | Follow up on establishment of production email account to receive documents. | B120 | 0.5 |
| 8/25/2020 | VJ | Email Fee Applications to accounting department. | B110 | 0.2 |
| 8/25/2020 | JPC | Gather information for M-III partners. | B160 | 0.3 |
| 8/25/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.0 |
| 8/25/2020 | DJM | Download, review and analysis of Raymond James production (0.4); e-mails with S. Thomas regarding Raymond James production and handling of same (0.3); follow up with various banks regarding production (0.4); updating of service chart (0.3). | B120 | 1.4 |
| 8/26/2020 | DJM | E-mails with counsel for U.S. Bank (0.2); follow up with PNC Bank (0.2); follow up with Pershing (0.1); call with S. Thomas regarding Citibank production (0.2). | B120 | 0.7 |

| 8/26/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.8 |
| 8/26/2020 | SMT | Process USAA Investment Management Co. production documents. | B120 | 0.4 |
| 8/27/2020 | ADC | Review and Analysis of Nine West decision for applicability to Sears action. | B120 | 0.6 |
| 8/27/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.1 |
| 8/28/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.3 |
| 8/31/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.6 |
| 8/31/2020 | ADC | Review and Analysis of the In re Nine West decision and drafted a summary for the Sears team. | B120 | 3.6 |
| | | | | 116.9 |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED OCTOBER 2020**
File # N-1944.001 Re: Sears Bankruptcy

| Date | Prof | Narrative | Task Code | Time |
|------|------|-----------|-----------|------|
| 9/1/2020 | TAD | Review bankruptcy docket re: notice of fee applications (.2); emails with Akin re: status of hearing on interim fee application (.2). | B160 | 0.40 |
| 9/1/2020 | DJM | Review of e-mails from Akin Gump (.2); review of data and drafting of e-mail in response regarding status of subpoenas (1.2). | B120 | 1.40 |
| 9/1/2020 | SMT | Telephone call with J. Chou and Melodie Young (Akin Gump) regarding status of production review. | B120 | 0.60 |
| 9/1/2020 | SMT | Analysis of document production information contained in shareholder chart (3.0); reviewed recent production for status of review and processing (.7) | B120 | 3.70 |
| 9/1/2020 | TAB | Conference call to discuss additional staffing (0.2). | B110 | 0.20 |
| 9/1/2020 | JPC | Review email from Akin re: subpoenas, statute of limitations and potential motions to compel; analysis of question re: SOL. | B120 | 0.80 |
| 9/1/2020 | JPC | T/c w/ S. Thomas-Marino re: production stats (.2); t/c w/ M. Young re: production stats and logistics (.4); follow-up call w/ S. Thomas Marino. | B120 | 0.70 |
| 9/1/2020 | JPC | Review data for M-III Partners. | B160 | 0.20 |
| 9/1/2020 | JPC | Attention to staffing for production processing (.6); t/c w/ T. Berkowitz and R. Cohen re: same (.2). | B110 | 0.80 |
| 9/1/2020 | RSC | Communicate with practice group leaders and associates re: securing 4 attorneys on a priority basis to clear other work and staff new project (.6). | B110 | 0.60 |
| 9/1/2020 | TAB | Review motion to compel issues regarding failure to respond to subpoenas (.5); Review and analyze notice issues related to statute of limitation (.3). | B120 | 0.80 |
| 9/1/2020 | VJ | Review docket for hearing date on Fee Applications and discuss with TAD. | B110 | 0.30 |
| 9/1/2020 | RSC | Call with J. Chou and T. Berkowitz re: staffing for public shareholder data analysis (.2); review options and prepare notes (.3). | B110 | 0.50 |
| 9/1/2020 | STB | eDiscovery: confirm configuration of email and share file account re: production from third parties. | B120 | 0.30 |
| 9/2/2020 | JC | Review and analysis of public shareholder data disclosure from Citibank. | B120 | 1.70 |
| 9/2/2020 | NGC | Virtual meeting to discuss production assignment. Review tasks go over final products of data sets. | B120 | 0.50 |
| 9/2/2020 | SMT | Analysis of public shareholder data. | B120 | 5.30 |
| 9/2/2020 | DJM | Team call regarding project to analyze and input public shareholder data (0.8); preparation for call (0.3); follow up e-mails with team (0.4). | B120 | 1.50 |
| 9/2/2020 | MSD | Communicate with MHH data analysis team regarding strategy for review and data entry. | B120 | 0.50 |
| 9/2/2020 | NGC | Communicate (in firm) with SMT regarding public shareholder data production to determine how to produce final data sheets and translate excel formulas into data entries | B120 | 0.50 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 9/2/2020 | LB | Analysis of public shareholder data. | B120 | 3.40 |
| 9/2/2020 | TAB | Conference re preparation for motion to compel. | B120 | 0.30 |
| 9/2/2020 | DJM | E-mails with Akin Gump regarding public shareholder analysis. | B120 | 0.50 |
| 9/2/2020 | SMT | Emailed team shareholder data and information (0.3); team meeting regarding analysis of public shareholder data (0.5); email and telephone call with N. Calabria regarding shareholder data (0.3). | B120 | 1.10 |
| 9/2/2020 | JC | Discussion with team re: of public shareholder data and discovery analysis. | B120 | 0.50 |
| 9/2/2020 | MSD | Communicate with MHH public shareholder analysis team regarding strategy and formulas for review; review multiple correspondences regarding same. | B120 | 0.40 |
| 9/2/2020 | TMK | Communicate (in firm) re: analysis of production and data. | B120 | 0.50 |
| 9/2/2020 | JPC | T/c w/ S. Marino-Thomas re: status on staffing and timing for completing production data analysis (.2); call w/ D. Marlow and S. Marino re: issues regarding project and logistics (.1); emails w/ D. Marlowe re: same (.5). | B110 | 0.80 |
| 9/2/2020 | JPC | Team call re: analysis of production data (.5); call w/ M. Young re: production data and SOL issues (.1); review memo from A. Corey re: recent 546(e) decision (.3). | B120 | 0.90 |
| 9/2/2020 | MSD | Begin review and analysis of Raymond James Seritage public shareholder data. | B120 | 4.60 |
| 9/2/2020 | NGC | Review and analysis of public shareholder data | B120 | 5.00 |
| 9/2/2020 | RSC | Communicate with 3 associates re: joining team for project (.5); T/C and exchange emails with Danny re: final staffing (.2). | B110 | 0.70 |
| 9/2/2020 | DJM | Calls with S. Thomas regarding analysis project (0.3); e-mails with J. Chou regarding same (0.2). | B120 | 0.50 |
| 9/2/2020 | LB | Attend Webex conference to discuss public shareholder data analysis matter. | B120 | 0.50 |
| 9/3/2020 | JC | Review and Analysis of public shareholder information disclosed by USBancorp Investments. | B120 | 1.40 |
| 9/3/2020 | JPC | Attention to parties who may require motion to compel (.2); review memo re: In re Global Crossings and statute of limitations issue (.3); analysis of same (.9 ); analysis of related case law (1.0 ). | B120 | 2.80 |
| 9/3/2020 | NGC | Review and Analysis of public shareholder data | B120 | 2.00 |
| 9/3/2020 | TMK | Analysis of public shareholder data. | B120 | 0.40 |
| 9/3/2020 | MSD | Continue review and analysis of Raymond James Seritage public shareholder data. | B120 | 1.80 |
| 9/3/2020 | DJM | E-mails with Akin Gump regarding subpoenas, potential motion to compel (0.7); review of draft letter to the bankruptcy court and exhibits from Akin Gump and queries regarding same (0.3); responses to questions from review team regarding public shareholder data (0.5) | B120 | 1.50 |
| 9/3/2020 | LB | Analysis of public shareholder data. | B120 | 6.70 |
| 9/3/2020 | MSD | Communicate with DM and SMT regarding issues and stategy with raw shareholder data in native format. | B120 | 0.30 |
| 9/3/2020 | JPC | Attention to staffing (.2); confer w/ R. Cohen and T. Berkowitz re: same (.5). | B110 | 0.70 |

| | | | | |
|---|---|---|---|---|
| 9/3/2020 | JC | Communicate (in firm) with Sheila Marino-Thomas regarding further analysis of shareholder information. | B120 | 0.90 |
| 9/3/2020 | JPC | Draft status email to team. | B110 | 0.70 |
| 9/3/2020 | TAB | Follow up on Motion to Compel service issues and identity of parties (.3); Review and comment on letter re subpoena status (.2). | B120 | 0.50 |
| 9/3/2020 | NGC | Communicate (in firm) virtual meeting with MDT to explain excel formulas and shortcuts to process shareholder data | B120 | 0.90 |
| 9/3/2020 | MSD | Continue review and analysis of Raymond James Seritage public shareholder data. | B120 | 3.30 |
| 9/3/2020 | SMT | Analysis of public shareholder data. | B120 | 5.40 |
| 9/4/2020 | JPC | Review billing descriptions and time allocations for next monthly billing statement. | B160 | 0.90 |
| 9/4/2020 | DJM | Draft/revise motion to compel compliance with subpoenas and exhibits (2.7); multiple e-mails with Akin Gump regarding motion to compel and revisions in light of comments (.6); coordination of filing of motion to compel (.5); sending of letter to Chambers (.2); sending of letter to subpoenaed parties (.4); review of memo regarding recent bankruptcy decision (.4). | B120 | 4.80 |
| 9/4/2020 | MSD | Continue review and analysis of Raymond James Seritage public shareholder data. | B120 | 4.40 |
| 9/4/2020 | JPC | Review and revise draft letter joining Akin's request for conference and revise same (.8) confer w/ D. Marlow re: list of third parties for letter. (.1); emails re: letter (.2). | B120 | 1.10 |
| 9/4/2020 | MSD | Continue review and analysis of Raymond James Seritage public shareholder data. | B120 | 3.30 |
| 9/4/2020 | DCA | Utilize court's Electronic Court Filing system to file Joinder Letter and exhibits. | B110 | 2.00 |
| 9/4/2020 | SMT | Analysis of public shareholder data. | B120 | 6.70 |
| 9/4/2020 | VJ | Check bankruptcy docket for Akin filing (.1); emails with attorneys regarding filing Joinder Letter (.2). | B110 | 0.30 |
| 9/4/2020 | ADC | Review and revise 6th monthly fee statement fee application payment. | B160 | 0.50 |
| 9/4/2020 | NGC | Communicate with MDT to assist with production by explaining shortcuts in excel document review | B120 | 0.40 |
| 9/5/2020 | SMT | Analysis of public shareholder data. | B120 | 5.30 |
| 9/6/2020 | MSD | Finalize review and analysis of Raymond James Seritage public shareholder data. | B120 | 2.60 |
| 9/7/2020 | MSD | Review and analyze Raymond James Land's End public shareholder data. | B120 | 5.70 |
| 9/8/2020 | NGC | Review and analysis of excel production and assist SMT in aggregation of Phase I data from initial sorts (7.5); discuss same w/SMT (1.0). | B120 | 8.50 |
| 9/8/2020 | JPC | Check in with team re: status of data entry. | B110 | 0.20 |
| 9/8/2020 | SMT | Discussions with N. Calabria regarding analysis of public shareholder data. | B120 | 1.00 |
| 9/8/2020 | ADC | Review and analysis of Sidley letter re Subpoenas. | B120 | 0.30 |

| 9/8/2020 | DJM | Follow up with multiple banks regarding production, timing (.5); call regarding US Bank subpoena (.2); e-mails with BNY Mellon (.1); follow up with S. Thomas regarding analysis of public shareholder data (.4); e-mails with Akin regarding motion to compel (.3), review of Jefferies submission to Court (.1). | B120 | 1.60 |
|---|---|---|---|---|
| 9/8/2020 | SMT | Analysis of public shareholder data. | B120 | 13.30 |
| 9/8/2020 | JPC | Review letter from Sidley Austin on behalf of Jefferies re: Committee's request for court conference. | B120 | 0.10 |
| 9/8/2020 | MSD | Finalize drafting of analysis of Raymond James data analysis (1.1); discuss analysis, strategy and aggregation with SMT (.2). | B120 | 1.30 |
| 9/8/2020 | NGC | Communicate with SMT on assisting with aggregating phase I productions | B120 | 1.00 |
| 9/8/2020 | NGC | Communicate with SMT to strategize and delegate the completion of production. | B120 | 0.20 |
| 9/9/2020 | MSD | Review and analyze missing entries in Raymond James raw data for strategy and analysis (.5); discuss same and missing entries with DJM (.1). | B120 | 0.60 |
| 9/9/2020 | DJM | Call with counsel to Morgan Stanley (.2); e-mails with counsel to PNC Bank (.2); e-mails with S. Thomas regarding analysis of public shareholder data project (.4); follow up e-mail to National Financial Services for missing data (.2); follow up e-mails to Raymond James for missing data (.2). | B120 | 1.20 |
| 9/9/2020 | JC | Further Review and analysis of public shareholder disclosure from Citibank and aggregate relevant data. | B120 | 0.60 |
| 9/9/2020 | JC | Further Review and analysis of public shareholder disclosure from USBancorp and aggregate relevant data. | B120 | 0.80 |
| 9/9/2020 | NGC | Review and analysis of document and data production | B120 | 8.00 |
| 9/9/2020 | SMT | Analysis of public shareholder data. | B120 | 13.80 |
| 9/9/2020 | SMT | Draft/revise subpoena to PNC Bank. | B120 | 0.30 |
| 9/9/2020 | SMT | Discussions with N. Calabria regarding analysis of public shareholder data. | B120 | 0.20 |
| 9/9/2020 | JPC | Reviewing August 2020 time entries and descriptions for monthly fee statement. | B160 | 0.30 |
| 9/10/2020 | SMT | Analysis of public shareholder data. | B120 | 5.00 |
| 9/10/2020 | VJ | Draft Sixth Monthly Fee Statement and forward to JPC and TAD. | B160 | 3.70 |
| 9/10/2020 | SMT | Discussions with N. Calabria regarding analysis of public shareholder data. | B120 | 0.90 |
| 9/10/2020 | ADC | Weekly team update call (.2). | B110 | 0.20 |
| 9/10/2020 | JPC | Communications w/ D. Marlow re: Deutche Bank response to letter to Court (.2); email w/ team re: Motion to Compel (.2); check on status of subpoena production data (.1); review draft motion to compel (.4). | B120 | 0.90 |
| 9/10/2020 | TAB | Work on litigation proposal issues (.5); review chart re subpoenas (.3); review and analyze Akin Motion to Compel (.8); review email from Akin Gump to Judge Drain (.1). | B120 | 1.70 |
| 9/10/2020 | ADC | Draft/revise motion to compel to include Clearstream (1.2). | B120 | 1.20 |
| 9/10/2020 | NGC | Review and Analysis of data sets and documents for production | B120 | 2.70 |
| 9/10/2020 | VJ | Weekly Webex with team. | B110 | 0.20 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 9/10/2020 | JPC | T/c w/ T. Berkowitz re: next phase of Sears matter (.1); attention to case management issues (.3). | B110 | 0.40 |
| 9/10/2020 | NGC | Communicate with SMT to review and strategize for the completion of the data production | B120 | 0.90 |
| 9/10/2020 | DJM | Attend weekly team call. | B110 | 0.20 |
| 9/10/2020 | DJM | E-mails with counsel for PNC (.1); e-mails with counsel for BNY Mellon (.1); calls/e-mails with counsel for Deutsche Bank (.5); e-mails with Akin regarding status of subpoenas (.4); call with S. Thomas regarding analysis of shareholder data (.3); review/revise chart analyzing public shareholder data (1.8 hours), review of draft motion to compel and call with A. Corey regarding same (.5). | B120 | 3.70 |
| 9/10/2020 | JPC | Weekly team meeting re: status of various projects. | B110 | 0.20 |
| 9/10/2020 | JPC | Review 6th Monthly Fee Statement for filing. | B160 | 0.70 |
| 9/11/2020 | JPC | Confer w/ A. Corey re: motion to compel, including specific issues pertaining to Clearstream Banking (.2); emails re: status of forthcoming productions from additional parties (.1); attention to issues for motion to compel (.3). | B120 | 0.60 |
| 9/11/2020 | DJM | Draft/revise motion to compel parties failing to respond to subpoenas (2.5); follow up with Deutsche Bank (.1); follow up JP Morgan (.1); follow up with PNC (.1); e-mails with Akin Gump regarding status of subpoenas (.4); multiple calls/e-mails with S. Thomas regarding analysis of shareholder data project (.6). | B120 | 3.80 |
| 9/11/2020 | JPC | Communications with local counsel re: Motion for Contempt -- compelling LGIM (1.1); gather information for local counsel and send detailed email concerning same (2.0). | B110 | 3.10 |
| 9/11/2020 | ADC | Draft/revise motion to compel subponea compliance. | B120 | 2.20 |
| 9/11/2020 | TAB | Prepare for and participate on call with Akin to discuss future litigation subsequent to subpoenas (1.0); follow up on scheduling issues with Akin and chambers (0.3). | B110 | 1.30 |
| 9/11/2020 | VJ | Respond to emails from JPC regarding Fifth and Sixth Monthly Fee Statements (.2) and forward Fifth Monthly Fee Statement to all noticed parties (.2). | B160 | 0.40 |
| 9/11/2020 | VJ | Finalize Sixth Monthly Fee Statement and e-file same (.3); email to all noticed parties (.2). | B160 | 0.50 |
| 9/11/2020 | SMT | Emails with D. Marlow regarding analysis of public shareholder data (.3); email attaching affidavits of service for select entities (.1). | B120 | 0.40 |
| 9/11/2020 | JPC | Conference call w/ Ted Berkowitz and D. Chapman re: next phase of the case; (.2) T/c w/ T. Berkowitz (.2) | B110 | 0.70 |
| 9/11/2020 | SMT | Analysis of public shareholder data. | B120 | 4.20 |
| 9/12/2020 | JPC | Conference call w/ Chicago counsel re: motion to compel procedure and issues (.3); conference call w/ D. Marlow and A. Corey re: follow up on motion to compel Illinois entity (.2). | B120 | 0.50 |
| 9/12/2020 | JPC | Emails w/ Chicago counsel re: engagement and conflicts issues. | B110 | 0.30 |
| 9/12/2020 | ADC | Draft/revise motion to compel (1.5); research case law in support of motion to compel (1.7); conference call with JPC and DJM; researched case law concerning place of enforcement of subpoena (1.0). | B120 | 4.40 |
| 9/12/2020 | DJM | Draft/revise motion to compel compliance with subpoenas and legal research in connection with same (2.5); call with local counsel in Chicago regarding motion to compel (.3); follow up call with J. Chou, A. Corey regarding same (0.2). | B120 | 3.00 |

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 9/13/2020 | JPC | Review and revise motion to compel (4.4); confer w/ A. Corey re: same (.6); emails w/ A. Corey re: research (.2). | B120 | 5.20 |
| 9/13/2020 | ADC | Research & Analysis of case law to support motion to compel (3.2); phone conversations with J. Chou regarding motion to compel (0.6). | B120 | 3.80 |
| 9/13/2020 | DJM | Revisions to motion to compel to incorporate comments from J. Chou. | B120 | 1.00 |
| 9/14/2020 | SMT | Analysis of public shareholder data. | B120 | 2.30 |
| 9/14/2020 | JPC | Attention to billing structure for adversary proceeding against public shareholders. | B160 | 1.20 |
| 9/14/2020 | SMT | Email with D. Marlow regarding status of subpoenas. | B120 | 0.30 |
| 9/14/2020 | JPC | Attention to conflicts issues for engagement of Chicago counsel. | B110 | 0.40 |
| 9/14/2020 | JPC | Review and revise latest draft motion to compel (2.4); confer w/ A. Corey re: same (.6). | B120 | 3.00 |
| 9/14/2020 | TAB | Review and revise Motion to Compel. | B120 | 1.50 |
| 9/14/2020 | ADC | Draft/revise notice of motion, memo of law, proposed order, declaration in support, affidavit of service (5.8); coordinated with Akin counsel and team in email and calls to discuss filings and comments to the motion papers (2.1). | B120 | 7.90 |
| 9/14/2020 | SMT | Process PNC Financial Service and Bank of NY Mellon production documents. | B120 | 0.60 |
| 9/14/2020 | SMT | Draft/revise subpoena to Legal & General Investment Management Limited with Chicago production address as per Chicago counsel. | B120 | 0.60 |
| 9/14/2020 | DJM | Multiple revisions to motion to compel and ancillary documents, including to add PNC and remove Morgan Stanley (2.8); multiple e-mails with T. Berkowitz, J. Chou, and A. Corey regarding motion to compel (1.2); call with Morgan Stanley and e-mail memorializing agreement (0.4); e-mails with PNC (0.1); multiple e-mails with local counsel regarding LGIM subpoena and revisions to same (0.6); service of motion to compel to court and counterparties (0.4) | B120 | 5.50 |
| 9/14/2020 | DCA | Correspondence with attorneys re: filing of Motion to Compel (.5); review and organize documents for filing (1.5), utilize court's Electronic Court Filing system to file Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors for an Order to Compel Bankruptcy Rule 2004 Production of Documents, Declaration and Exhibits, and Affidavit of Service (.5). | B110 | 2.50 |
| 9/15/2020 | ADC | Telephone conversation w/J. Chou regarding assisting local counsel with conflicts check. | B110 | 0.20 |
| 9/15/2020 | SMT | Mail service of Docket 8438 Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors for an Order to Compel Bankruptcy Rule 2004 Production of Documents to the parties. | B120 | 0.40 |
| 9/15/2020 | JPC | Gather and analyze accrual info for M-III Partners. | B160 | 0.50 |
| 9/15/2020 | DJM | Call with S. Thomas regarding PNC data (0.1); follow up with PNC regarding production (0.2); review and analysis of US Bank production (0.3). | B120 | 0.60 |
| 9/15/2020 | SMT | Analysis of public shareholder data. | B120 | 5.80 |
| 9/15/2020 | SMT | Discussion with N. Calabria regarding additional data for analysis. | B120 | 0.40 |
| 9/15/2020, | JPC | Emails with Chicago counsel re: conflicts check and engagement logistics. | B110 | 0.80 |

| 9/15/2020 | JPC | Prepare fee arrangement proposal (1.0); confer w/ T. Berkowitz re: fee proposal (.1); prepare email to D. Chapman re: fee arrangement proposal (.7). | B110 | 1.80 |
|---|---|---|---|---|
| 9/15/2020 | NGC | Communicate with SMT regarding new data production and review/analysis of data required. | B120 | 0.30 |
| 9/15/2020 | TAB | Work on litigation proposal - review and revise. | B110 | 0.90 |
| 9/16/2020 | ADC | Telephone conversations and correspondence with local Chicago counsel (.5); Akin Gump (.5); and with J. Chou (.3) assist local counsel with conflicts checks and analysis. | B110 | 1.30 |
| 9/16/2020 | NGC | Review and analysis of public shareholder information production. | B120 | 5.40 |
| 9/16/2020 | JPC | T/c w/ local counsel re: motion to compel subpoena compliance (.2); confer w/ T. Berkowitz re: local counsel (.3); email to D. Marlow and A. Corey re: local counsel issue (.2); various t/c w/ A. Corey re: local counsel issue and conflicts questions (1.3). | B110 | 1.90 |
| 9/16/2020 | SMT | Process US Bank N.A. production documents. | B120 | 0.30 |
| 9/16/2020 | TAB | Work on retention of local Chicago counsel. | B110 | 0.80 |
| 9/16/2020 | SMT | Discussion with N. Calabria regarding data analysis. | B120 | 0.40 |
| 9/16/2020 | SMT | Analysis of public shareholder data. | B120 | 8.00 |
| 9/16/2020 | DJM | Review and analysis of Wells Fargo production, coordination with S. Thomas regarding inputting of same. | B120 | 0.50 |
| 9/16/2020 | NGC | Communicate discussion with SMT regarding additional document review and production in aggregation of final shareholder information to determine which shareholders can be aggregated and which can not be. | B120 | 0.40 |
| 9/17/2020 | ADC | Communicate with local counsel to provide conflicts check information and address related questions (1.8); attended weekly Sears team meeting (.4); drafted and revised declaration for location counsel re conflicts (.5). | B110 | 2.70 |
| 9/17/2020 | DJM | Weekly team call. | B110 | 0.40 |
| 9/17/2020 | SMT | Emailed Executive Attorney Service regarding status of service to Legal & General Investment Management Limited. | B120 | 0.10 |
| 9/17/2020 | TAB | Work on revising litigation proposal. | B110 | 1.00 |
| 9/17/2020 | STB | Converting word document into excel chart. | B120 | 0.40 |
| 9/17/2020 | DJM | Call with S. Thomas regarding analysis of BNY Mellon data and research in connection with same (0.5); e-mail to BNY Mellon regarding same (0.1). | B120 | 0.60 |
| 9/17/2020 | JPC | Team meeting to discuss subpoena, Chicago counsel retention and budget for adversary proceeding. | B110 | 0.40 |
| 9/17/2020 | TAB | Attend weekly team call. | B110 | 0.40 |
| 9/17/2020 | JPC | Email w/ Akin re: subpoenas and next phase of litigation (0.2); review draft budget (0.5) ; revise budget (2.1); confer w/ T. Berkowitz re: same (0.2); email to D. Chapman re: proposed budget (0.2). | B110 | 3.20 |
| 9/17/2020 | SMT | Emailed D. Marlow status of subpoena to Legal & General Investment Management Limited. | B120 | 0.10 |
| 9/17/2020 | DJM | Draft/revise budget for potential adversary proceeding. | B110 | 2.00 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 9/17/2020 | JPC | Attention to Chicago counsel retention. | B110 | 1.00 |
| 9/17/2020 | SMT | Analysis of public shareholder data. | B120 | 4.70 |
| 9/18/2020 | DJM | Preparation for and call with counsel for Clearstream regarding motion to compel (0.5), follow up e-mail to J. Chou (0.2); download and review and analysis of JP Morgan production (0.4), e-mailing of same to S. Thomas (0.1). | B120 | 1.20 |
| 9/18/2020 | TAB | Review and revise litigation budget. | B120 | 1.20 |
| 9/18/2020 | SMT | Analysis of public shareholder data (6.9); updates to subpoena service tracking chart (0.3). | B120 | 7.20 |
| 9/21/2020 | SMT | Process JP Morgan production documents. | B120 | 0.40 |
| 9/21/2020 | SMT | Analysis of public shareholder data. | B120 | 4.20 |
| 9/21/2020 | STB | Analysis of public shareholder data. | B120 | 0.60 |
| 9/21/2020 | NGC | Discussions regarding analysis of public shareholder data with SMT and SB. | B120 | 0.90 |
| 9/21/2020 | DJM | Call/e-mails with counsel to LGIM (0.4); e-mail to J. Chou regarding same (0.1), call with S. Thomas regarding public shareholder chart (0.2), e-mails with Akin regarding public shareholder chart (0.4). | B120 | 1.10 |
| 9/21/2020 | NGC | Discussions with SMT regarding analysis of public shareholder data. | B120 | 0.70 |
| 9/21/2020 | STB | Discussions regarding analysis of public shareholder data. | B120 | 0.90 |
| 9/21/2020 | JPC | Analysis and aggregating data for M-III partners. | B160 | 0.50 |
| 9/21/2020 | SMT | Discussions with N. Calabria and S. Breidenbach regarding analysis of public shareholder data concerning JPMorgan. | B120 | 0.90 |
| 9/22/2020 | SMT | Telephone with D. Marlow and Melodie Young at Akin Gump regarding shareholder data (0.4); discussions with N. Calabria regarding Akin project (0.5). | B120 | 0.90 |
| 9/22/2020 | TAB | Prepare for and participate on conference call with Akin to discuss litigation budget (.3); t/c w/J. Chou re: same (.2). | B110 | 0.50 |
| 9/22/2020 | DJM | E-mail to Akin regarding status of public shareholder subpoenas and review of charts and analysis in connection with same (0.8); calls with S. Thomas and Akin regarding analysis of public shareholder data (0.6); review and analysis of Akin public shareholder chart and e-mail (0.6); follow up with various banks regarding production (0.2). | B120 | 2.20 |
| 9/22/2020 | JPC | Further analysis of data for M-IIi Partners. | B160 | 0.20 |
| 9/22/2020 | JPC | Conference call w/ D. Chapman and T. Berkowitz (.2); t/c w/ T. Berkowitz (.2). | B110 | 0.40 |
| 9/22/2020 | SMT | Analysis of public shareholder data. (1.2); analysis and edits to estimated damages chart (2.6) | B120 | 3.80 |
| 9/22/2020 | NGC | Discussions regarding analysis if public shareholder data with SMT | B120 | 0.50 |
| 9/23/2020 | JPC | Attention to additional billing data and property estate/adversary allocations for M-III Partners. | B160 | 0.80 |
| 9/23/2020 | STB | Analysis of public shareholder data. | B120 | 4.00 |
| 9/23/2020 | SMT | Discussions with N. Calabria and S. Breidenbach regarding analysis of public shareholder data concerning JPMorgan. | B120 | 1.10 |
| 9/23/2020 | STB | Discussion with NGC and SB regarding analysis of public shareholder data. | B120 | 1.10 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 9/23/2020 | DJM | Call with S. Thomas regarding shareholder chart (0.2); review of revised chart (0.3). | B120 | 0.50 |
| 9/23/2020 | SMT | Telephone with Melodie Young at Akin Gump regarding shareholder data (0.3); emailed same attaching updated data (0.1). | B120 | 0.40 |
| 9/23/2020 | NGC | Communicate with SMT and SB regarding analysis of public shareholder data. | B120 | 1.10 |
| 9/23/2020 | SMT | Analysis and edits to estimated damages chart. | B120 | 7.40 |
| 9/24/2020 | STB | Analysis of public shareholder data. | B120 | 1.20 |
| 9/24/2020 | DJM | Attend weekly team call (0.2); prepare for same (0.1). | B110 | 0.30 |
| 9/24/2020 | TAB | Attend weekly meeting re: status of tasks. | B110 | 0.20 |
| 9/24/2020 | JPC | Attention to emails re: motion to compel, including email re: Clearstream's response to motion papers (.3); review draft letter to the court regarding releasing parties from motion to compel (.3); email D. Marlow re: same (.1). | B120 | 0.70 |
| 9/24/2020 | SMT | Discussions with N. Calabria and S. Breidenbach regarding analysis of public shareholder data concerning JPMorgan. | B120 | 0.70 |
| 9/24/2020 | JPC | Team meeting re: motion to compel and responses. | B110 | 0.30 |
| 9/24/2020 | DJM | Analysis of information provided by Clearstream, call with same (0.5); e-mails with J. Chou, Akin regarding same, motion to compel (0.3); drafting, finalizing and coordination of filing letter to court withdrawing motion to compel with regard to Clearstream and LGIM and e-mailing same to Court (1.5); office conference with S. Thomas regarding analysis of public shareholder data (0.2); review of supplemental production by U.S. Bank (0.1). | B120 | 2.60 |
| 9/24/2020 | NGC | Communicate with SMT and SB regarding public shareholder data | B120 | 0.70 |
| 9/24/2020 | ADC | Communicate with Sears team regarding Clearbank's response to the subpoena (.3); reviewed letter withdrawing motion w/r/t Clearbank and LGIM (.2); communicated with local counsel (.2) | B120 | 0.70 |
| 9/24/2020 | STB | Discussions w/SMT and NGC regarding analysis of public shareholder data. | B120 | 0.70 |
| 9/24/2020 | DCA | Utilize court's Electronic Court Filing system to file Letter to J. Drain re Withdrawing Compel Motion with Regard to Clearstream and LGIM. | B110 | 0.40 |
| 9/25/2020 | DJM | Response to various queries from Akin Gump, including review of productions and research in connection with same (1.0); call with S. Thomas regarding status of public shareholder chart (0.1). | B120 | 1.10 |
| 9/25/2020 | SMT | Analysis of public shareholder data. | B120 | 2.20 |
| 9/25/2020 | SMT | Discussions with N. Calabria and S. Breidenbach regarding analysis of public shareholder data concerning JPMorgan. | B120 | 2.50 |
| 9/25/2020 | NGC | Discussions and analytical review with SB and SMT regarding public shareholder information for aggregation and analysis | B120 | 2.50 |
| 9/25/2020 | STB | Discussions with SMT and NGC regarding analysis of public shareholder data. | B120 | 2.50 |
| 9/25/2020 | STB | Analysis of public shareholder data. | B120 | 2.70 |
| 9/27/2020 | DJM | Review and analysis of Jefferies objection, Akin comments on same (0.4); call with S. Thomas regarding transfer of data to ASK (0.2). | B120 | 0.60 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 9/28/2020 | JPC | Review and analyze Jefferies' opposition brief to motion to compel (.5); review documents referenced therein (.5). | B120 | 1.00 |
| 9/28/2020 | SMT | Discussions with D. Marlow regarding shareholder files (0.3); discussion with IT department regarding same (0.3). | B120 | 0.60 |
| 9/28/2020 | DJM | Review of Jefferies objection and Akin comments on same (0.4); call with S. Thomas regarding transfer of data to ASK (0.2). | B120 | 0.60 |
| 9/28/2020 | ADC | Review and analysis of Jefferies opposition papers and outlined reply. | B120 | 1.20 |
| 9/28/2020 | NGC | Communicate with SMT regarding public shareholder analysis and workbook results | B120 | 0.20 |
| 9/28/2020 | SMT | Prepared production files, subpoenas and emails to entities relating to threshold shares. | B120 | 1.90 |
| 9/28/2020 | SMT | Analysis of public shareholder data (1.0); communicate with NGC re: same (.2). | B120 | 1.20 |
| 9/29/2020 | SMT | Prepared production files, subpoenas and emails to entities relating to threshold shares. | B120 | 2.20 |
| 9/29/2020 | JPC | Confer w/ A. Corey re: reply brief to Jefferies opposition to MTC (.3); confer w/ D. Marlow re: PNC opposition to MTC (.2); review and analyze PNC Opposition to MTC and related email correspondence with PNC (1.7). | B120 | 2.20 |
| 9/29/2020 | ADC | Draft/revise reply papers to Jefferies' opp (5.0); researched case law in support of reply brief (1.4) | B120 | 6.40 |
| 9/29/2020 | DJM | Review of PNC opposition to motion to compel, drafting of reply (2.2); provision of materials to A. Corey in connection with reply on motion to compel addressed to Jefferies (0.4); response to queries from Akin regarding public shareholder data (0.3); e-mails/calls with S. Thomas regarding provisions of information to ASK (0.4); follow up with outstanding banks regarding production (0.1) | B120 | 3.40 |
| 9/29/2020 | JPC | Compiling data for M-III Partners. | B160 | 0.60 |
| 9/30/2020 | DJM | Draft/revise reply in further support of motion to compel PNC (2.0); revisions to reply in further support of motion to compel Jefferies (1.0); call with S. Thomas regarding transfer of file to ASK (0.2). | B120 | 3.20 |
| 9/30/2020 | JPC | Review and analyze PNC opposition to MTC (.3); revising reply papers to PNC (1.7); revising reply brief to Jefferies' opposition to MTC (2.2); analyze Jefferies' opposition (.5); confer w/ A. Corey re: same (.3). | B120 | 5.00 |
| 9/30/2020 | SMT | Prepared production files, subpoenas and emails to entities relating to threshold shares (1.7); upload results to Akin share site (0.4). | B120 | 2.10 |
| 9/30/2020 | ADC | Draft/revise Jefferies reply brief and reply declaration (3.9); confer w/J. Chou re: comments to brief (.3); researched case law in support of reply brief (1.1); reviewed draft PNC papers (.5). | B120 | 5.80 |

398.00



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED NOVEMBER 2020**
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 10/1/2020 | DJM | Review of J. Chou and T. Berkowitz revisions to replies on motions to compel, revisions to drafts to incorporate same (1.1); e-mails regarding replies (0.2), sending of drafts to Akin (0.2), revisions to address Akin comments (0.5). | B120 | 2.00 |
| 10/1/2020 | JPC | Further revisions to reply to PNC re: Motion to Compel (2.0); further revising reply brief to Jefferies opposition (2.1). | B120 | 4.10 |
| 10/1/2020 | TAB | Review and revise Committee response to Opposition to PNC and Jefferies. | B120 | 1.20 |
| 10/1/2020 | ADC | Draft/revise motion to compel reply brief incorporating edits from MHH team and Akin. | B120 | 4.10 |
| 10/2/2020 | JPC | Review and make final comments/edits to Reply to Jefferies opposition to Motion to Compel for filing (0.6); review comments to draft reply briefs (0.2); review and make final comments to reply to PNC brief for filing (0.8). | B120 | 1.60 |
| 10/2/2020 | ADC | Draft/revise reply briefs and assist in their filing. | B120 | 1.20 |
| 10/2/2020 | CH | Pacer- Efiled Reply Briefs to Compel and in opposition to Doc. Nos. 8461 & 8462 (0.3); Discuss said with ADC (0.2); Download and efiled Filing Confirmation Receipts (0.3). | B110 | 0.80 |
| 10/2/2020 | JPC | Prepare email to M-III Partners re: fees information and timing. | B160 | 0.20 |
| 10/5/2020 | DJM | Plan and prepare for oral argument on motions to compel (1.4); call with J. Chou regarding same (0.1). | B120 | 1.50 |
| 10/5/2020 | SMT | Review and edits to estimated damages chart. | B120 | 0.60 |
| 10/5/2020 | VJ | Emails with JPC, TAB and DJM (0.2); register attorneys for court hearing (0.4). | B110 | 0.60 |
| 10/5/2020 | SMT | Emailed Melodie Young at Akin Gump attaching updated estimated damages chart. | B120 | 0.10 |
| 10/5/2020 | TAB | Confer with J Chou re court hearing on Motion to Compel. | B120 | 0.30 |
| 10/5/2020 | JPC | Review and analyze motion papers in prep for hearing. | B120 | 2.40 |
| 10/6/2020 | JPC | Prepare for hearing (0.8); attend hearing (1.6); debrief w/ D. Marlow re: service issues raised by the Court during hearing and drafting orders (0.2); review and revise draft orders and cover emails to the Court (1.2); related research re: HSBC and PNC corporate structure/entities in connection with same (0.5); email to D. Marlow re: same (0.2). | B120 | 4.50 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/6/2020 | DJM | Preparation for hearing on motion to compel compliance with subpoenas (0.9); participation in hearing on motion to compel (1.8); call with J. Chou regarding hearing (0.2); drafting of orders granting motion to compel with respect to BMO Nesbitt, HSBC, Jefferies, and PNC (1.0); legal and factual research in connection with same (0.5); e-mails with counsel to PNC (0.3), call with counsel for Morgan Stanley (0.1); review of Morgan Stanley supplemental production and e-mail to S. Thomas regarding same (0.3). | B120 | 5.10 |
| 10/6/2020 | ADC | Communicate (in firm) with D. Marlow to provide her with documents to assist with motion to compel oral argument. | B120 | 0.30 |
| 10/7/2020 | DJM | E-mailing of proposed orders to Jefferies, PNC, HSBC, and BMO Nesbitt to Judge Drain (0.6); e-mailing of entered orders to counsel for Jefferies, PNC and BMO Nesbitt (0.5); review of Judge Drain response regarding HSBC and review of research from A. Corey in connection with same (0.5);  call with counsel to BMO Nesbitt and follow up e-mails and provision of supplemental subpoena to same (0.5); coordination with S. Thomas regarding Morgan Stanley production (0.2). | B120 | 2.30 |
| 10/7/2020 | SMT | Analysis of public shareholder data. | B120 | 0.80 |
| 10/7/2020 | ADC | Researched service case law on affiliate corporations (2.5); drafted memo summarizing case law (1.0). | B120 | 3.50 |
| 10/7/2020 | JPC | Review and consider email from Judge Drain re: service of motion to compel HSBC (0.1); confer w/ D. Marlow re: same (0.1); confer w/ A. Corey re: additional research (0.1); review issued orders (0.2); further confer w/ A. Corey re: research findings (0.3); review and analyze HSBC Corporate structure from A. Corey (0.2); review email memo re: research findings from A. Corey (0.2);  review email memo re: follow-up research findings (0.1); review and analyze case law re: service of foreign bank through U.S. corporate affiliate (1.0). | B120 | 2.30 |
| 10/7/2020 | SMT | Prepared production files, subpoena and affidavit of service of an entity relating to threshold shares (0.2); upload results to Akin share site (0.1). | B120 | 0.30 |
| 10/8/2020 | DJM | Draft/revise and sending of supplemental e-mail to Judge Drain regarding HSBC subpoena (1.2); review of cases in connection with same (0.8.); review of PNC production (0.2); e-mailing with S. Thomas regarding same (0.1). | B120 | 2.30 |
| 10/8/2020 | JPC | Further review case law re: service on affiliates (0.3); review email to the Court re: appropriate service on HSBC (UK) (0.1). | B120 | 0.40 |
| 10/8/2020 | DJM | Attend weekly team meeting. | B110 | 0.20 |
| 10/8/2020 | JPC | Team meeting re: status. | B110 | 0.20 |
| 10/8/2020 | VJ | Attend Webex team meeting. | B110 | 0.30 |
| 10/8/2020 | VJ | Register JPC and TAB for Fee Application Hearing on Court Solutions. | B110 | 0.20 |
| 10/9/2020 | SMT | Discussion with N. Calabria regarding review and analysis of Morgan Stanley production. | B120 | 0.40 |
| 10/9/2020 | NGC | Review and analysis of public shareholder data for aggregation. | B120 | 0.20 |
| 10/9/2020 | DJM | Review of supplemental production by Jefferies (0.1); e-mails with S. Thomas regarding same (0.1), review and response to queries from ASK (0.4). | B120 | 0.60 |

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/9/2020 | SMT | Process PNC and Jefferies production documents. | B120 | 0.40 |
| 10/9/2020 | JPC | Review and make necessary revisions to September billing descriptions, time allocations and task code designations for monthly fee statement. | B160 | 3.20 |
| 10/9/2020 | SMT | Reviewed production document concerning preliminary address infomation on the shareholders for complete corporate searches to be conducted (0.6); analysis of public shareholder data (2.6). | B120 | 3.20 |
| 10/9/2020 | NGC | Review and analysis of Morgan Stanley shareholder data. | B120 | 0.10 |
| 10/9/2020 | STB | Converting sheets into usable format (0.9); calls re same (0.1). | B120 | 1.00 |
| 10/11/2020 | JPC | Further review of itemized time for monthly fee statement and reconcile with monthly accrual data. | B160 | 1.10 |
| 10/12/2020 | SMT | Review and edits to estimated damages chart. | B120 | 1.80 |
| 10/12/2020 | DJM | Respond to multiple queries from ASK (0.3), coordination with S. Thomas in connection with same (0.3); review of BMO Nesbitt production (0.2); coordination with S. Thomas regarding analysis of same (0.1); review of updated shareholder chart from S. Thomas (0.2); and response to queries from same (0.1). | B120 | 1.20 |
| 10/12/2020 | NGC | Review and analysis of public shareholder data from Morgan Stanley . | B120 | 0.80 |
| 10/12/2020 | SMT | Analysis of public shareholder data. | B120 | 4.30 |
| 10/12/2020 | SMT | Emailed D. Marlow attaching documents concerning questions and status of production analysis. | B120 | 0.20 |
| 10/12/2020 | NGC | Communicate with SMT regarding public shareholder data of Morgan Stanley to explain breakdown and analysis of data. | B120 | 0.40 |
| 10/12/2020 | SMT | Telephone call and email with ASK attorney Kara Casteel concerning shareholder data (0.4); draft email to same attaching documents relating to same (0.4); response email to Melodie Young at Akin Gump attaching updated estimated damages chart (0.1). | B120 | 0.90 |
| 10/12/2020 | JPC | Review and edit latest draft of itemized time report for monthly fee statement (2.0); review proposed order (0.2). | B160 | 2.20 |
| 10/13/2020 | JPC | Emails w/ D. Marlow re: motion to compel HSBC (0.4); and send email to D. Chapman re: update on communications with the Court re: motion to compel BMO Nesbit and HSBC (0.2). | B120 | 0.60 |
| 10/13/2020 | VJ | Review Proposed Order and Fee Application and confirm numbers and email attorneys. | B110 | 0.40 |
| 10/13/2020 | SMT | Emails with Kara Casteel regarding shareholder data. | B120 | 0.10 |
| 10/13/2020 | SMT | Reviewed Barclays Capital production regarding fund name extension. | B120 | 0.20 |
| 10/13/2020 | VJ | Review time records and start drafting Seventh Fee Statement. | B160 | 1.20 |
| 10/13/2020 | DJM | Multiple e-mails with Akin Gump and ASK regarding adversary proceeding and required information (0.6); e-mails with Morgan Stanley, PNC and Barclays requesting supplemental information (0.4); e-mails regarding motion to compel, status (0.2). | B120 | 1.20 |

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/14/2020 | VJ | Continue reviewing time records and drafting Seventh Fee Statement. | B160 | 1.60 |
| 10/14/2020 | JPC | Email correspondence w/ T. Berkowitz re: hearing on interim fee app. hearing (0.2); reviewing comp order in prep for hearing (0.3); confer w/ A. Corey re: talking points (0.2); review draft talking points (0.2); prep for hearing (0.7). | B160 | 1.60 |
| 10/14/2020 | ADC | Draft/revise talking points for fee application. | B160 | 0.60 |
| 10/14/2020 | DJM | Multiple e-mails regarding adversary complaint, questions (0.8); follow up queries to subpoenaed parties (0.4). | B120 | 1.20 |
| 10/14/2020 | TAB | Review fee order (0.5); Review Application (0.7); Confer with J Chou re conduct of hearing (0.2); Review talking points (0.4). | B120 | 1.80 |
| 10/14/2020 | SMT | Reviewed U.S. Bank, N.A. production regarding confirmation of select shares. | B120 | 0.40 |
| 10/14/2020 | JPC | Analysis of data for M-III Partners. | B160 | 1.00 |
| 10/14/2020 | SMT | Emailed team results of reconfirmation of shares concerning U.S. Bank, N.A.. | B120 | 0.10 |
| 10/15/2020 | VJ | Review, revise and finalize Seventh Fee Statement and forward to JPC and TAD for review. | B160 | 1.60 |
| 10/15/2020 | JPC | T/c w/ T. Berkowitz re: interim fee hearing (0.2); attend omnibus hearing (0.4); further confer w/ T. Berkowitz re: fee hearing (0.1); review 7th monthly fee statement for filing (0.4). | B160 | 1.10 |
| 10/15/2020 | SMT | Response emails to Melodie Young and Kara Casteel regarding BNYM production. | B120 | 0.30 |
| 10/15/2020 | DJM | Attend weekly team meeting re: status. | B110 | 0.20 |
| 10/15/2020 | TAB | Prepare for and participate on Court Hearing. | B120 | 1.30 |
| 10/15/2020 | TAB | Prepare for and participate on weekly team call. | B110 | 0.20 |
| 10/15/2020 | ADC | Conference call with Sears team to discuss case developments. | B110 | 0.20 |
| 10/15/2020 | ADC | Review and revise monthly fee application. | B160 | 0.50 |
| 10/15/2020 | DJM | Review of draft adversary complaint. | B120 | 0.80 |
| 10/15/2020 | VJ | Weekly team meeting re: status of projects. | B110 | 0.30 |
| 10/15/2020 | JPC | Weekly team meeting re: wind-down of conflicts counsel role, residual work and fee statement. | B110 | 0.20 |
| 10/16/2020 | VJ | E-file Seventh Fee Statement and email to all noticed parties. | B160 | 0.60 |
| 10/16/2020 | SMT | Process BMO production documents. | B120 | 0.40 |
| 10/21/2020 | DJM | Follow up e-mails with subpoena respondents. | B120 | 0.20 |
| 10/21/2020 | JPC | Analysis of data for M-III Partners. | B160 | 0.30 |
| 10/29/2020 | JPC | Attention to billing data. | B160 | 0.10 |
| | | | | **85.70** |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED JANUARY 2021**
File # N-1944.001 Re: Sears Bankruptcy

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 11/6/2020 | JPC | Review October time entries and descriptions for preparation of monthly fee statement. | B160 | 0.30 |
| 11/10/2020 | VJ | Draft Eighth Fee Statement for October 2020. | B160 | 1.80 |
| 11/12/2020 | JPC | Review and revise draft fee statement. | B160 | 1.00 |
| 11/16/2020 | VJ | Review and edit November Invoice (0.8); e-file Eighth Monthly Fee Statement on docket and email to all noticed parties (0.4). | B160 | 1.20 |
| 12/2/2020 | VJ | Begin drafting Second Fee Application. | B160 | 1.50 |
| 12/3/2020 | SMT | Review and Analysis of share entries concerning Blackrock. | B120 | 0.60 |
| 12/3/2020 | SMT | Response email to Kara Casteel regarding findings after review and analysis. | B120 | 0.20 |
| 12/3/2020 | VJ | Continue reviewing fee statements, calculating fees and expenses and payments in order to continue drafting second fee application. | B160 | 5.20 |
| 12/4/2020 | VJ | Continue drafting Second Fee Application and forward to JPC, TAB, TAD. | B160 | 6.20 |
| 12/10/2020 | JPC | Review and revise Second Interim Fee App, including analysis of calculations. | B160 | 5.80 |
| 12/11/2020 | JPC | Analysis of fees and payment for interim fee app. | B160 | 1.00 |
| 12/11/2020 | TAD | Review draft of second interim fee application. | B160 | 1.00 |
| 12/11/2020 | TAD | Revise second interim fee application (.70); further revisions to second interim fee application based on Akin comments (.30). | B160 | 1.00 |
| 12/11/2020 | TAD | Review and confirm all fee statement numbers as against billing records, first interim fee application. | B160 | 1.30 |
| 12/11/2020 | TAD | Emails and call with Zach Lanier (Akin Gump) re: draft second interim fee application (.40); email J. Chou re: same (.10). | B160 | 0.50 |
| 12/14/2020 | JPC | Revising and updating second interim fee application to reflect recent payments. | B160 | 1.40 |
| 12/14/2020 | TAD | Review fee application and confirm all numbers. | B160 | 1.00 |
| 12/15/2020 | VJ | Efile Second Interim Fee Application and forward filed copy to Prime Clerk for service. | B160 | 0.50 |
| 12/15/2020 | JPC | Finalizing interim fee application. | B160 | 1.40 |
| 12/15/2020 | TAD | Final review of fee application prior to filing (1.3); correspond with James Chou, Zach Lanier and V. Jankowski re: filing and service of same (0.4). | B160 | 1.70 |
| 12/16/2020 | DJM | Draft/revise chart for Akin Gump | B120 | 3.00 |
| 12/17/2020 | DJM | Draft/revise chart for Akin Gump, sending of same. | B120 | 1.80 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/17/2020 | SMT | Email with D. Marlow regarding email request from Akin Gump. | B120 | 0.20 |
| 12/17/2020 | SMT | Email response to Akin regarding share data information. | B120 | 0.10 |
| 12/21/2020 | TAB | Conference call with counsel to the free examiner to discuss protocols for responding to the fee examiners queries. | B160 | 0.30 |
| 12/23/2020 | VJ | Prepare spreadsheets as requested by Ballard Spahr. | B160 | 1.50 |
| 12/29/2020 | DJM | Review and response to questions from Akin Gump. | B120 | 0.40 |
| 12/31/2020 | VJ | Continue preparing Excel speadsheets of information for First Fee Application and Second Fee Application. | B160 | 2.80 |
| | | | | 44.70 |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED February 2021**
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 1/4/2021 | VJ | Review and revise requested spreadsheets for Ballard Spahr and forward documents to JPC and TAB for review. | B160 | 3.20 |
| 1/5/2021 | VJ | Convert excel spreadsheets to pdf files in preparation of uploading zip file to Ballard Spahr. | B160 | 0.30 |
| 1/6/2021 | VJ | Zip Fee Application files and upload to Ballard Spahr. | B160 | 0.40 |
| 1/7/2021 | DJM | Response to additional inquiries from Akin Gump. | B120 | 0.80 |
| 1/11/2021 | DJM | Response to queries from ASK. | B120 | 0.50 |
| 1/18/2021 | DJM | Analysis in response to query from ASK, e-mails regarding same. | B120 | 1.00 |
| 1/21/2021 | VJ | Review time records and draft Ninth Fee Statement. | B160 | 3.50 |
| 1/22/2021 | JPC | Review and comment on monthly fee statement. | B160 | 0.50 |
| 1/26/2021 | VJ | Emails with TAD regarding Fee Statement (.2); finalize fee statement and efile the Ninth Fee Statement and forward to all noticed parties (.5). | B160 | 0.70 |
| 1/29/2021 | DJM | Response to questions from counsel to BNY Mellon. | B120 | 0.40 |
| 1/27/2021 | DJM | Review and response to e-mail from ASK. | B120 | 0.50 |
| | | | | **11.80** |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED MARCH 2021**
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 2/8/2021 | JPC | Attention to emails re: fee app for ordinary course professionals; email to T. Driscoll and T. Berkowitz re: same. | B160 | 0.20 |
| 2/9/2021 | VJ | Emails with Accounting for payment history and outstanding balances; forward copies of First and Second Fee Applications and Order granting First Fee Application and Statement of Account to TAD. | B160 | 0.50 |
| 2/9/2021 | TAD | Review fee examiner correspondence and proposed fee order (.50); review inquiry re: additional payments received after fee application filed (.20); analysis re: same, including breakdown of estate and litigation trust portion (1.2); review monthly fee statements covering fee app and fee re: fee numbers and confirm fee order amounts (.50). | B160 | 2.40 |
| 2/9/2021 | TAD | Correspond with Weil Gotshal re: fee order. | B160 | 0.10 |
| 2/11/2021 | DJM | Review and analysis in connection with ASK questions regarding BNY production. | B120 | 0.50 |
| 2/11/2021 | VJ | Review time records and prepare Tenth Fee Statement (1.3); forward to JPC for review (.10). | B160 | 1.40 |
| 2/12/2021 | VJ | Discuss submission of Fee Application information to Fee Examiner with TAD. | B160 | 0.30 |
| 2/12/2021 | TAD | Review emails re: fee examiner questions and responses circulated (.60); review and discuss same with V. Jankowski (.30); emails with Ted Berkowitz re: same (.10). | B160 | 1.00 |
| 2/12/2021 | JPC | Review monthly fee statement and comment on same. | B160 | 0.20 |
| 2/16/2021 | VJ | Finalize and efile Tenth Monthly Fee Statement (.50); email copy to all Noticed parties (.10); calendar Objection date (.10) | B160 | 0.70 |
| 2/18/2021 | DJM | Response to queries from ASK and Akin Gump | B120 | 0.50 |
| 2/22/2021 | DJM | Respond to queries from ASK LLP (.30), review of Goldman Sachs production in connection with same (.60) | B120 | 0.90 |
| 2/23/2021 | DJM | Call with T. Driscoll in preparation for court hearing. | B120 | 0.60 |
| 2/23/2021 | VJ | Register TAD for hearing through Court Solutions. | B110 | 0.20 |
| 2/23/2021 | TAD | Multiple emails with J. Chou, V. Jankowski re: hearing on Second Interim Fee Application (.30); call with D. Marlow re: litigation services during Second Interim Fee Period (.60). | B160 | 0.90 |
| 2/23/2021 | TAD | Review hearing agenda re: fee hearing and review fee examiner report (.70); review Second Interim Fee Application and proposed fee order in preparation for fee hearing (.70). | B160 | 1.40 |
| 2/23/2021 | TAD | Attend hearing on Second Interim Fee Application. | B160 | 0.70 |
| 2/24/2021 | VJ | Review court's docket for entered Order on compensation and download and forward to JPC, TAD and TAB. | B110 | 0.30 |
| | | | | **12.80** |



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED OCTOBER 2021**
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Units |
|------|------|-----------|-----------|-------|
| 3/4/2021 | DJM | Follow up with counsel to Morgan Stanley, Goldman Sachs, and BNY Mellon. | B120 | 0.50 |
| 3/10/2021 | DJM | Review and analysis of response from Morgan Stanley to query (.30), follow up with Goldman Sachs (.20), e-mails with ASK LLP regarding same (.20). | B120 | 0.70 |
| 3/22/2021 | VJ | Review time records (.50) and draft Eleventh Fee Statement (.60); forward to J. Chou (.10). | B160 | 1.20 |
| 3/23/2021 | JPC | Review monthly fee statement. | B160 | 0.20 |
| 3/24/2021 | VJ | Telephone conversation with TAD to discuss Eleventh Fee Statement and revision. | B160 | 0.20 |
| 3/24/2021 | VJ | Correspond with billing department re: edits to time records for fee statement and UST requirements. | B160 | 0.60 |
| 3/24/2021 | VJ | Finalize and efile Eleventh Monthly Fee Statement (.40) and email to all noticed parties and JPC and TAD (.10). | B160 | 0.50 |
| 3/24/2021 | TAD | Review and revise February Fee Statement. | B160 | 1.20 |
| 3/24/2021 | TAD | Correspond with V. Jankowski and billing re: edits to time records for February Fee Statement. | B160 | 0.50 |
| 3/26/2021 | DJM | Follow up with Goldman Sachs and BNY Mellon | B120 | 0.30 |
| 4/2/2021 | VJ | Draft Third Fee Application for the period 11/1/20-2/28/21. | B160 | 2.30 |
| 4/5/2021 | VJ | Continue drafting Third Fee Application. | B160 | 4.70 |
| 4/6/2021 | VJ | Review and revise Third Fee Application. | B160 | 1.60 |
| 4/7/2021 | TAD | Draft/revise third interim fee application. | B160 | 1.30 |
| 4/7/2021 | TAD | Review billing summaries, analysis of payments for fee application (.70); review prior fee application and order re: same (.70). | B160 | 1.40 |
| 4/8/2021 | VJ | Review and revise Third Fee Application (.9); emails with Billing Department regarding payments and billable rates (.3). | B160 | 1.20 |
| 4/9/2021 | DJM | Review and analysis of response form counsel for Goldman Sachs (.20), sending of same to ASK LLP (.10). | B120 | 0.30 |
| 4/12/2021 | JPC | Review third interim fee app (.60); email to MIII Partners re: status (.10). | B160 | 0.70 |
| 4/13/2021 | DJM | Draft/revise litigation summary for third interim fee application (.40) and correspond with TAD re same (.20). | B160 | 0.50 |
| 4/13/2021 | VJ | Revise Third Fee Application (.20) and discuss same with TAD (.10). | B160 | 0.30 |
| 4/13/2021 | TAD | Review billing summaries (.70) and revise third interim fee application (.60). | B160 | 1.30 |
| 4/13/2021 | TAD | Correspond with Joseph Szydlo, Akin Gump re: Third Interim Fee Application. | B160 | 0.20 |

| Date | Description | Code | Hours |
|---|---|---|---|
| 4/14/2021 VJ | Finalize and efile Third Fee Application for Professional Fees. | B160 | 1.30 |
| 4/14/2021 TAD | Review, revise and finalize Third Interim Fee Application (1.2); correspond with Joe Szydlo, Akin Gump re: Committee approval (.10); coordinate filing and service and emails Sears team at Prime Clerk re: same (.50) | B160 | 1.80 |
| 4/26/2021 VJ | Review court's docket for hearing date on Interim Fee Applications and email JPC (.40); calendar court hearing date (.10). | B160 | 0.40 |
| 5/10/2021 DJM | Follow up with BNY Mellon in response to queries from ASK firm. | B120 | 0.50 |
| 5/24/2021 DJM | Follow up with Morgan Stanley regarding query from ASK LLP regarding information produced in response to subpoena. | B120 | 0.30 |
| 5/24/2021 VJ | Register TAD for court appearance on Fee Application. | B160 | 0.20 |
| 5/24/2021 TAD | Review fee hearing agenda and correspond with C. Stauble (Weil) and Joe Szydlo (Akin) re: same (0.4); coordinate hearing court attendance and review same with V. Jankowski (0.2). | B160 | 0.60 |
| 5/25/2021 VJ | Review Judge Drain's calendar and docket to confirm hearing (.1); emails with Billing regarding recent payments received and applied; review account statement (.2), review agenda and Fee Application with TAD (.2). | B160 | 0.50 |
| 5/25/2021 TAD | Prepare for fee hearing (0.7); attend fee hearing (0.7). | B160 | 1.40 |
| 5/25/2021 TAD | Review proposed fee order and A/P records (.30) and correspond with J. Chou re: same (.10). | B160 | 0.40 |
| 6/14/2021 VJ | Review docket for objections to fee statement and email JPC. | B160 | 0.20 |
| 6/17/2021 TAD | Review fee examiner letter and correspond with James Chou re: same. | B160 | 0.50 |
| 6/18/2021 TAD | Review Examiner preliminary report (0.2); review and discuss fee examiner objections with James Chou and Ted Berkowitz (.4). | B160 | 0.60 |
| 6/24/2021 TAD | Review fee examiner issues with Zach Lanier. | B160 | 0.50 |
| 6/30/2021 DJM | Response to query from Akin Gump regarding Sculptor/ Och-Ziff production. | B120 | 0.50 |
| 7/16/2021 JPC | Conference w/ T. Driscoll and T. Berkowitz re: fee examiner analysis. | B160 | 0.50 |
| 7/27/2021 TAD | Correspond with James Chou re: combined monthly fee statement. | B160 | 0.10 |
| 7/28/2021 VJ | Review monthly invoices and email billing and JPC and TAD regarding updated invoices. | B160 | 0.70 |
| 7/29/2021 TAD | Review and analysis of Fee Examiner letter (0.5); review filed MHH fee application (0.3); review pre-bill, unbilled time through June 30 (0.3); call with Paul Harner re: preliminary objections to MHH 1st and 2nd fee applications (0.3). | B160 | 1.40 |
| 8/10/2021 TAD | Correspond with Joseph Szydlo re: final fee application filing status and timing. | B160 | 0.10 |
| 9/1/2021 VJ | Prepare Excel spreadsheet for Third Fee Application per fee examiner request (1.20); emails with Billing Department; forward to TAD for review before submitting to fee examiner (.30). | B160 | 1.50 |
| 9/1/2021 VJ | Review documents and draft Twelfth Fee Statement for March through July and forward to TAD. | B160 | 1.40 |
| 9/7/2021 VJ | Met with T. Driscoll to review and discuss Fee Examiner's objections. | B160 | 0.40 |
| 9/7/2021 VJ | Email Chantelle D'nae McClamb at Ballard Spahr regarding uploading Fee Application. | B160 | 0.20 |

| Date | Description | Code | Hours |
|------|-------------|------|-------|
| 9/7/2021 VJ | Upload Zip files to Ballard Spahr website. | B160 | 0.30 |
| 9/8/2021 VJ | Work on response and time entry 'cure' schedules to fee examiner report. | B160 | 1.50 |
| 9/9/2021 VJ | Continue work on responsive Schedules to examiner's preliminary report. | B160 | 2.00 |
| 9/9/2021 TAD | Review fee examiner report with V. Jankowski (0.4) and email to T. Berkowitz, D. Marlow, A. Corey and J. Chou regarding same (0.2) | B160 | 0.60 |
| 9/12/2021 DJM | Revise time entries to address Fee Examiner's preliminary objection. | B160 | 1.20 |
| 9/14/2021 VJ | Review and revise responsive schedules to Fee Examiner's report. | B160 | 0.40 |
| 9/20/2021 VJ | Email D. Marlow regarding time entries for Twelfth Fee Statement (.10); email M. Genetempo in MHH Billing Dept. regarding expenses for Twelfth Fee Statement (.10). | B160 | 0.20 |
| 9/20/2021 VJ | Revision to Twelfth Fee Statement and forward to T. Driscoll and J. Chou. | B160 | 0.50 |
| | | **Total:** | **44.40** |

## EXHIBIT F

## SUMMARY OF EXPENSES BY CATEGORY

| Description | Amount billed |
|---|---|
| Postage | $     40.58 |
| Photocopies – Inside | $    255.80 |
| Research and Records Fees | $     60.00 |
| Document Production Fees | $    276.00 |
| Process Servers | $10,820.00 |
| Meals | $     31.65 |
| Telephonic Court Appearances | $    490.00 |
| Local Transportation | $     57.19 |
| **Total** | **$12,031.22** |

# **EXHIBIT G**

## **ITEMIZED EXPENSES**

## Moritt Hock & Hamroff LLP

### Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|----------|-----------|-------------|--------|------|------|-----------|-------|-------|-------|
| 1860569 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 02/25/2020 | | Copies | 210.00 | 0.20 | 42.00 |
| 1861573 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 02/27/2020 | | Copies | 133.00 | 0.20 | 26.60 |
| 1877725 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 03/05/2020 | | Executive Attorney Service Inc., Inv # 54142, Rush Process Service of Subpoena to Produce Documents etc upon: Alliance Bernstein LP at New York, NY on 2/27/2020, AXA Equitable Funds Management Group LLC at New York, NY on 2/27/2020, Cyrus Capital Partners LP at New York, NY on 2/27/2020, Bank of New York Mellon at New York, NY on 2/28/2020, Black Rock Inc. at New York, NY on 2/27/2020, Blackstone Group Inc. at New York, NY on 2/27/2020, Barclays Bank PLC at New York, NY on 2/27/2020, Goldman Sachs Group at New York, NY on 2/28/2020, DE Shaw & Co LP at New York, NY on 2/27/2020, Citigroup Inc. at New York, NY on 2/27/2020, Highland Capital Management LP at Dallas, TX on 2/28/2020, Invesco Capital Management LLC at Atlanta, GA on 2/27/2020, Absolute Return Capital LLC at Boston, MA on 2/27/2020, Teachers Insurance and Annuity Association of America at Wilmongton, DE on 3/2/2020, Sumitomo Mitsui Trust Asset Management at New York, NY on 3/2/2020, Societe Generale Securities Investments at New York, NY on 2/28/2020, Och Ziff Capital Management Group at New York, NY on 2/28/2020, | 1.00 | 4,525.00 | 4,525.00 |

Matter ID begins with 'N-1944.001' and Billed and costs and not hidden

Moritt Hock & Hamroff LLP

Final - MHH Listing Wide

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Nomura Holding America Inc at New York, NY on 2/28/2020, Morgan Stanley Investment Banking at New York, NY on 2/28/2020, Mizuho Asset Management at New York, NY on 2/28/2020, Merrill Lynch & Co at New York, NY on 2/28/2020, Mitsubishi UFJ Trust & Banking at New York, NY on 2/28/2020, The Bank of Nova Scotia at New York, NY on 3/2/2020, Sandell Investment Services LLC at New York, NY on 2/28/2020, Sandell Asset Management Corp at New York, NY on 2/28/2020, Norges Bank Investment Management at New York, NY on 2/28/2020, Credit Suisse Investment Banking at New York, NY on 3/2/2020, Credit Suisse Asset Management at New York, NY on 3/2/2020, Commerzbank AG Asset Management at New York, NY on 2/28/2020, Comerica Bank at Dallas, TX on 2/28/2020, Vanguard Group at Malvern, PA on 2/28/2020, Charles Schwab Investment Management at San Francisco, CA on 2/28/2020 | | | |
| 1877823 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 03/12/2020 | Executive Attorney Service Inc., Inv # 54474, Service of Subpoena to Produce Documents etc upon Sumitomo Mitsui Trust Bank at Hoboken, NJ and at New York, NY on 3/6/2020 | 1.00 | 225.00 | 225.00 |
| 1877832 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 03/12/2020 | Executive Attorney Service Inc., Inv # 54476, Service of Subpoena to Produce Documents etc upon Wells Fargo & Co Private Banking at Sacramento, CA on 2/28/2020 | 1.00 | 300.00 | 300.00 |
| 1878245 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 03/20/2020 | Executive Attorney Service Inc., Inv # 54920, Service of Subpoena to Produce Documents upon: Wolverine Asset Management via Secretary of State (after attempt in IL) on 3/19/2020, Jefferies LLC via Secretary of State (after attempt) on 3/19/2020, Geode Capital Management LLC at Boston, MA on 3/16/2020, CSS LLC at Chicago, IL on 3/16/2020, AQR Capital Management LLC via Secretary of State (after attempt) on 3/20/2020 | 1.00 | 975.00 | 975.00 |

# Moritt Hock & Hamroff LLP

## Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|----------|-----------|-------------|--------|------|------|-----------|-------|-------|-------|
| 1882417 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 03/03/2020 | | JPC, Working Meal, Frame, 2/23/2020 | 1.00 | 12.16 | 12.16 |
| 1887282 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/13/2020 | | Federal Express Corp., Inv # 6-984-18999, dated 4/13/20, delivered: 4/10/20, Sender: JPC / Recipient: Ms. Beata Gocyk-Farber, Esq., NY, NY | 1.00 | 20.17 | 20.17 |
| 1887423 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/27/2020 | | Copies | 109.00 | 0.20 | 21.80 |
| 1888521 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/09/2020 | | Executive Attorney Service Inc., Inv # 55105, Notary Fee and Service of Subpoena to Produce Documents etc upon Wells Fargo & CO Private Banking at Sacramento, CA on 4/2/2020 | 1.00 | 165.00 | 165.00 |
| 1888522 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/16/2020 | | Executive Attorney Service Inc., Inv # 55147, Service of Subpoena to Produce Documents etc upon Highland Capital Management LP at Dallas, TX on 4/15/2020 | 1.00 | 150.00 | 150.00 |
| 1888763 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/28/2020 | | Executive Attorney Service Inc., Inv # 55214, Service of Subpoena to Produce Documents etc upon Wells Fargo Securities LLC at Albany, NY on 4/24/2020 (multiple attempts) | 1.00 | 200.00 | 200.00 |
| 1890068 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/30/2020 | | Uber, JPC, 3/5 & 3/17/2020 | 1.00 | 41.31 | 41.31 |
| 1891650 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/03/2020 | | JPC, Working Meal, 3/11/2020 | 1.00 | 19.49 | 19.49 |

08/08/2022

Matter ID begins with 'N-1944.001' and Billed and costs and not hidden

# Moritt Hock & Hamroff LLP

## Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1892249 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 05/08/2020 | | Copies | 30.00 | 0.20 | 6.00 |
| 1894874 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 05/15/2020 | | Danielle Marlow, Comerica fee for research & records | 1.00 | 60.00 | 60.00 |
| 1902657 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 05/05/2020 | | Executive Attorney Service Inc., Inv # 55279, Service of Subpoena to Produce Documents etc upon: Deutsche Bank Private Banking & Investment Banking at New York, NY on 4/22/2020 (attempted), Legal & General Investment Management Limited at Chicago, IL on 4/22/2020 (multiple attempts), and Credit Suisse Securities (USA) LLC at Albany, NY on 4/29/2020 (multiple attempts) | 1.00 | 625.00 | 625.00 |
| 1902659 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 05/06/2020 | | Executive Attorney Service Inc., Inv # 55284, Service of Subpoena to Produce Documents etc upon HSBC Global Asset Management UK Ltd at New York, NY on 5/4/2020 | 1.00 | 75.00 | 75.00 |
| 1903967 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/30/2020 | | TAB, Court Solutions, 4/23/2020 | 1.00 | 70.00 | 70.00 |
| 1903972 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 04/30/2020 | | JPC, Court Solutions, 4/23/2020 | 1.00 | 70.00 | 70.00 |
| 1916372 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 06/10/2020 | | Executive Attorney Service Inc., Inv # 55624, Service of Subpoena to Produce Documents etc upon Wells Fargo Securities LLC at Charlotte, NC on 6/8/2020 | 1.00 | 150.00 | 150.00 |

## Moritt Hock & Hamroff LLP

### Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1916384 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 06/05/2020 | | Executive Attorney Service Inc., Inv # 55586, Service of Subpoena to Produce Documents etc upon Deutsche Bank Securities Inc. at Albany, NY on 6/3/2020 (attempted), and via Secretary of State on 6/3/2020 | 1.00 | 175.00 | 175.00 |
| 1918579 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/14/2020 | | Copies | 34.00 | 0.20 | 6.80 |
| 1919309 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/16/2020 | | Copies | 11.00 | 0.20 | 2.20 |
| 1920716 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/20/2020 | | Copies | 74.00 | 0.20 | 14.80 |
| 1921295 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/21/2020 | | Copies | 17.00 | 0.20 | 3.40 |
| 1923389 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/27/2020 | | Copies | 19.00 | 0.20 | 3.80 |
| 1924769 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/29/2020 | | Copies | 113.00 | 0.20 | 22.60 |
| 1925748 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/17/2020 | | TD Ameritrade Inc, Inv # SOP-12924, Hours Production, Notary Fee | 1.00 | 76.00 | 76.00 |

Matter ID begins with 'N-1944.001' and Billed and costs and not hidden

## Moritt Hock & Hamroff LLP

### Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1931091 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 08/13/2020 | | Copies | 111.00 | 0.20 | 22.20 |
| 1931915 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/23/2020 | | Executive Attorney Service Inc. Inv # 56455, Attemped Service at Address Given - Moved out, Attempted Servive in NJ upon RBC Dominion Securities Inc at 30 Hudson Street, Jersey City, NJ | 1.00 | 300.00 | 300.00 |
| 1931925 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/07/2020 | | Executive Attorney Service Inc. | 1.00 | 125.00 | 125.00 |
| 1931935 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/07/2020 | | Executive Attorney Service Inc. Inv # 56106, Process Service, upon National Financial Services LLC at CT Corp, 28 Liberty Street, 42nd Floor, New York, NY | 1.00 | 75.00 | 75.00 |
| 1931940 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56154, Process Service upon JP Morgan Chase Bank at CT Corp, 28 Liberty Street, 42nd Floor, New York, NY | 1.00 | 75.00 | 75.00 |
| 1931950 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56155, Process Service via Secretary of State, Disbursement for Secretary of State Fee, upon BMO Nesbitt Burns Corp at 99 Washington Ave, 6th Floord, Albany, NY 12231 | 1.00 | 100.00 | 100.00 |
| 1931955 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56156, Out of State Process Service and California Notary, upon SSB - Blackrock Institutional Trust at 400 Howard Street, San Francisco, CA 94105 | 1.00 | 165.00 | 165.00 |
| 1931957 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56156, Out of State Process Service, upon USAA Investment Management Company at 9800 Fredericksburg Road, San Antonio, TX 78288 | 1.00 | 150.00 | 150.00 |

Matter ID begins with 'N-1944.001' and Billed and costs and not hidden

Moritt Hock & Hamroff LLP

Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1931959 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56156, Process Service, upon TD Prime Services LLC at CSC, 80 Street, Albany, NY 12207 | 1.00 | 100.00 | 100.00 |
| 1931967 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56156, Out of State Process Service, upon UMB Bank N.A at 1010 Grand Blvd, 3rd Floor, Kansas City, MO 64106 | 1.00 | 150.00 | 150.00 |
| 1931972 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/13/2020 | | Executive Attorney Service Inc. Inv # 56156, Process Service, upon RBC Capital Markets, LLC at CSC, 80 State Street, Albany, NY 12207 | 1.00 | 100.00 | 100.00 |
| 1931981 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/15/2020 | | Executive Attorney Service Inc. Inv # 56304, Process Service, upon BoFA Securities, Inc. at CT Corp, 28 Liberty Street, 42nd Floor, New York, NY | 1.00 | 1,690.00 | 1,690.00 |
| 1932001 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 07/20/2020 | | Executive Attorney Service Inc. Inv # 56358, Process Service, upon PNC Bank N.A at 11 penn Plaza, New York, NY 10001 | 1.00 | 75.00 | 75.00 |
| 1932483 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 08/17/2020 | | Copies | 11.00 | 0.20 | 2.20 |
| 1933713 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 08/19/2020 | | Copies | 11.00 | 0.20 | 2.20 |
| 1944552 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 09/15/2020 | | Copies | 186.00 | 0.20 | 37.20 |

08/08/2022

Page 7 of 9

Matter ID begins with 'N-1944.001' and Billed and costs and not hidden

Moritt Hock & Hamroff LLP

Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1952977 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/05/2020 | | Copies | 62.00 | 0.20 | 12.40 |
| 1954371 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 09/24/2020 | | Executive Attorney Service Inc., Inv # 58024, Out of State Process Service, upon Legal & General Investment Management America, at Chicago IL, on 9/15/2020 | 1.00 | 150.00 | 150.00 |
| 1956288 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/13/2020 | | Copies | 32.00 | 0.20 | 6.40 |
| 1956736 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/14/2020 | | Copies | 32.00 | 0.20 | 6.40 |
| 1957560 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/16/2020 | | Copies | 11.00 | 0.20 | 2.20 |
| 1962697 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/12/2020 | | Federal Express Corp., Inv # 7-147-27326, dated 10/12/20, delivered: 10/8/20. Sender: DJM / Recipient: General Counsel, BMO Nesbitt Burns Corp., NY, NY | 1.00 | 20.41 | 20.41 |
| 1966098 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/31/2020 | | CourtSolutions, DJM, 10/6/2020 | 1.00 | 70.00 | 70.00 |
| 1968172 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/31/2020 | | CourtSolutions, Hearing, JPC, 10/6 & 10/15/2020 | 1.00 | 140.00 | 140.00 |

Matter ID begins with 'N-1944.001' and Billed and costs and not hidden

## Moritt Hock & Hamroff LLP

### Final - MHH Listing Wide

ba14Ch11-fradulent conveyancelit

| Trans No | Matter ID | Client Sort | Matter | Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1968174 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 10/31/2020 | | CourtSolutions, Hearing, TAB, 10/15/2020 | 1.00 | 70.00 | 70.00 |
| 1978218 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 11/30/2020 | | Uber, JPC, 10/14/2020 | 1.00 | 15.88 | 15.88 |
| 1981587 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 12/11/2020 | | Copies | 36.00 | 0.20 | 7.20 |
| 1997914 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 01/22/2021 | | US Bank National Association, Research and production of Subpoena (Sears Holding) | 1.00 | 200.00 | 200.00 |
| 2016597 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 02/28/2021 | | Court Solutions, TAD, 2/23/21 | 1.00 | 70.00 | 70.00 |
| 2100631 | N-1944.001 | Akin Gump Straus Hauer & Feld LLP | Investigation and Potential Adversary Proceedings against Public | 09/07/2021 | | Copies | 37.00 | 0.20 | 7.40 |

**Grand Total:** 1,318.00      12,031.22