## EXHIBIT A

## CERTIFICATION OF TOBEY M. DALUZ

18-23538-shl Doc 10576-1 Filed 08/09/22 Entered 08/09/22 20:22:21 Exhibit A
Pg 1 of 4

Tobey M. Daluz*
Laurel D. Roglen
Chantelle D. McClamb
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
(*Admitted pro hac vice)

*Counsel to the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) Case No. 18-23538 (SHL) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF TOBEY M. DALUZ IN SUPPORT OF TENTH INTERIM AND
FINAL JOINT APPLICATION OF PAUL E. HARNER, AS FEE EXAMINER AND
BALLARD SPAHR LLP, AS COUNSEL TO THE FEE EXAMINER FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE TENTH INTERIM
PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022 AND THE FINAL PERIOD
OF APRIL 22, 2019 THROUGH JUNE 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Tobey M. Daluz, hereby certify that:

1.      I am a partner at Ballard Spahr LLP ("Ballard Spahr"), counsel for the Court-appointed Fee Examiner in the above-captioned chapter 11 cases.

2.      In accordance with (a) the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective November 1, 2013 (the "U.S. Trustee Guidelines"), (b) the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, Administrative Order M-447, effective February 5, 2013 (the "Local Guidelines"), (c) the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 796] (the "Interim Compensation Order," and together with the U.S. Trustee Guidelines and the Local Guidelines, the "Guidelines"), this certification is made with respect to the *Tenth Interim and Final Joint Application of Paul E. Harner, as Fee Examiner and Ballard Spahr LLP, as Counsel to the Fee Examiner for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Tenth Interim Period from March 1, 2022 through June 30, 2022 and the Final Period of April 22, 2019 through June 30, 2022* (the "Fee Application"), seeking interim compensation and reimbursement of expenses for the period of March 1, 2022 through and including June 30, 2022 (the "Interim Application Period") and for final allowance of compensation for the period from April 22, 2019 to June 30, 2022 (the "Final Application Period").

3.      With respect to section B(1) of the Local Guidelines, I certify that:

   a.   I have read the Fee Application;

   b.   to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursement sought fall within the Local Guidelines;

2

c.  the fees and disbursements sought are billed at rates in accordance with those customarily charged by Ballard Spahr and generally accepted by Ballard Spahr's clients; and

d.  in providing a reimbursable service, Ballard Spahr does not make a profit on that service, whether the service is performed by Ballard Spahr in-house or through a third party.

4.       Pursuant to section B(2) of the Local Guidelines and as required by the Interim Compensation Order, I certify that Ballard Spahr has complied with the provisions requiring it to provide the Debtors, counsel to the Debtors, the United States Trustee for the Southern District of New York, and counsel to the Official Committee of Unsecured Creditors with a statement of the Fee Examiner and Ballard Spahr's fees and disbursements accrued each month, although such statements were not always provided within the exact timetables set forth in the Interim Compensation Order.

5.       With respect to section B(3) of the Local Guidelines, I certify that the counsel for the Debtors, the United States Trustee for the Southern District of New York, and counsel for the Official Committee of Unsecured Creditors are each being provided with a copy of the Fee Application concurrently with the filing thereof.

Dated:  August 9, 2022

/s/ Tobey M. Daluz
Tobey M. Daluz
BALLARD SPAHR LLP
919 N Market Street, 11th Floor
Wilmington, DE 19801
Telephone: 302-252-4440
Facsimile: 302-300-4050

3