## EXHIBIT C

## TENTH INTERIM FEE APPLICATION BUDGET FOR BALLARD SPAHR, LLP[1]

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| March 1, 2022 – March 31, 2022 | $50,000.00 | $15,148.00 |
| April 1, 2022 – April 30, 2022 | $50,000.00 | $37,737.00 |
| May 1, 2022 – May 31, 2022 | $50,000.00 | $61,354.50 |
| June 1, 2022 – June 30, 2022 | $50,000.00 | $29,803.50 |
| **Total** | **$200,000.00** | **$127,680.50** |

---

[1] The Fee Examiner's time is no longer included in the budget for Ballard Spahr in its role as counsel.