## EXHIBIT D

## TENTH INTERIM FEE APPLICATION STAFFING PLAN

**Primary Attorneys**

*Partner*
Tobey M. Daluz

*Associates*
Chantelle D. McClamb
Margaret A. Vesper

*Paraprofessionals*
Kyle Neitzel
Caroline P. Pollard
Brandon Blessing