Hearing Date and Time: August 31, 2022 at 10:00 a.m. (Eastern Time)
Objection Deadline: August 26, 2022 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, : | |
| : | Case No. 18-23538 (RDD) |
| : | |
| Debtors.[1] : | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF HEARING ON INTERIM AND FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES ON AUGUST 31, 2022 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that the hearing is to be held before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), on **August 31, 2022 at 10:00 a.m. (Eastern Time)**. The following applications for interim and final allowance of compensation for services provided, and reimbursement of expenses incurred (the "**Fee Applications**") shall be considered:

|  | **Applicant** | **ECF No.** | **Interim Period** | **Final Period** |
|---|---|---|---|---|
| 1. | Akin Gump Strauss Hauer & Feld LLP (Counsel for the UCC and the Litigation Designees) | 10569 | March 1, 2022 – June 30, 2022 | October 24, 2018 – June 30, 2022 |
| 2. | Deloitte Tax LLP (Tax Services Provider for the Debtors) | 10575 | N/A | October 15, 2018 – June 30, 2022 |
| 3. | FTI Consulting Inc. (Financial Advisor for the UCC) | 10577 | N/A | October 25, 2018 – June 30, 2022 |
| 4. | Herrick Feinstein LLP (Special Conflicts Counsel for the Committee of Unsecured Creditors) | 10572 | March 1, 2022 – June 30, 2022 | January 2, 2019 – June 30, 2022 |
| 5. | Kroll Restructuring Administration LLC (Administrative Agent for the Debtors) | 10564 | March 1, 2022 – June 30, 2022 | October 15, 2018 – June 30, 2022 |
| 6. | Moritt Hock & Hamroff LLP (Special Conflicts Counsel to the Official Committee of Unsecured Creditors) | 10570 | N/A | January 2, 2020 – September 30, 2021 |
| 7. | Paul, Weiss, Rifkind, Wharton & Garrison LLP (Attorneys for the Debtors) | 10571 | N/A | October 15, 2018 – July 31, 2022 |
| 8. | Paul E. Harner and Ballard Spahr LLP (Fee Examiner and Counsel to Fee Examiner) | 10576 | March 1, 2022 – June 30, 2022 | April 22, 2019 – June 30, 2022 |
| 9. | Weil, Gotshal & Manges LLP (Attorneys for the Debtors) | 10574 | March 1, 2022 – June 30, 2022 | October 15, 2018 – June 30, 2022 |
| 10. | Young Conaway Stargatt & Taylor, LLP (Conflicts Counsel for the Debtors) | 10573 | November 1, 2019 – June 30, 2022 | October 15, 2018 – June 30, 2022 |

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by contacting the respective applicant or by accessing the Court's website (http://www.nysb.uscourts.gov) or, without a fee, the website established by the Debtors' Court-approved claims agent, Prime Clerk, LLC, in connection with these chapter 11 cases (https://restructuring.primeclerk.com/sears).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Fee Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Amended Order Implementing Certain Notice and Case Management Procedures*, dated November 1, 2018 (ECF No. 405), so as to be so filed and received no later than **August 26, 2022 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objection to a Fee Application is received by the Objection Deadline, such Fee Application shall be deemed unopposed, and the Bankruptcy Court may enter an order granting such Application without a hearing.

Dated: August 10, 2022
      New York, New York

                                              */s/ Garrett A. Fail*
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York  10153
                                              Telephone:  (212) 310-8000
                                              Facsimile:  (212) 310-8007
                                              Ray C. Schrock, P.C.
                                              Garrett A. Fail
                                              Sunny Singh

                                              *Attorneys for Debtors*
                                              *and Debtors in Possession*