# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>    Case Number: <u>18-23538</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Allowed claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>    <u>MC Builders, LLC</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

Court Claim # (if known): <u>N/A</u>
Ballot ID Number: <u>182353801017770</u>
Amount of Allowed Claim: <u>USD$112,473.85</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(423) 910-1838</u>
Last four digits of Acct.# <u>N/A</u>

Name and Current Address of Transferor:

MC Builders, LLC
6116 Preservation Drive
Chattanooga, TN 37416

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>    Date: <u>August 15, 2022</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New Yok
       Attention: Clerk


AND TO: Sears Holding Corporation, et al (Debtor)
        Case No. 18-23538
        (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim # _____
Ballot ID #182353801017770


**MC Builders, LLC,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Allowed Administrative Claim in the amount of USD$112,473.85** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12th DAY OF August, 2022.


**ASSIGNOR: MC Builders, LLC**

*Blake Callahan* (DocuSigned by: F87480...)
(Signature)

Blake Callahan
(Print Name)

CFO
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Non-De Minimis Opt-In Claims | | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Fourth Distribution Amount |
| 35. | KIMBERLY-CLARK PUERTO RICO, INC. | 182353801042095 | $130,509.43 | $16,951.78 |
| 36. | KIR MONTEBELLO, L.P. | 182353801013661 | $92,474.80 | $12,011.49 |
| 37. | LEVI STRAUSS & CO., INC. | 182353801040418 | $951,432.16 | $39,103.46 |
| 38. | LISA INTERNATIONAL | 182353801041578 | $388,503.60 | $50,462.45 |
| 39. | MC BUILDERS, LLC | 182353801017770 | $112,473.85 | $14,609.15 |
| 40. | MECHANIX WEAR | 182353801019182 | $73,642.44 | $9,565.36 |
| 41. | MEGAGOODS INC | 182353801019196 | $109,586.30 | $14,234.09 |
| 42. | MICRO FOCUS, LLC | 182353801043430 | $136,562.24 | $17,737.97 |
| 43. | MILTON MANUFACTURING, LLC | 182353801018123 | $150,852.86 | $19,594.17 |
| 44. | NETRELEVANCE LLC | 182353801041945 | $214,464.98 | $27,856.70 |
| 45. | NIAGARA BOTTLING, LLC | 182353801041960 | $257,552.41 | $33,453.30 |
| 46. | OLYMPUS PEAK MASTER FUND LP AS TRANSFEREE OF ALLURE GEM | 182353801043465 | $947,906.85 | $122,855.07 |
| 47. | OPTIV SECURITY, INC. | 182353801042596 | $628,982.63 | $81,698.10 |
| 48. | PCL CO LIMITED | 182353801043032 | $381,546.07 | $49,450.93 |
| 49. | PCL CO LIMITED | 182353801043030 | $331,685.81 | $42,988.70 |
| 50. | PCL CO LIMITED | 182353801041344 | $62,370.40 | $8,083.62 |
| 51. | PEARL GLOBAL INDUSTRIES LIMITED | ECF No. 6053 | $1,130,000.00 | $146,475.55 |
| 52. | PROPEL TRAMPOLINES LLC | 182353801019933 | $63,184.00 | $8,206.92 |
| 53. | RICHLINE GROUP, INC. | 182353801040664 | $221,281.36 | $28,742.08 |
| 54. | ROSEMARY ASSETS LIMITED | 182353801039868 | $176,356.58 | $22,856.99 |
| 55. | ROSEMARY ASSETS LIMITED | 182353801017003 | $253,276.68 | $32,826.35 |
| 56. | ROSY BLUE INC | 182353801020106 | $110,428.07 | $14,343.42 |
| 57. | SAKAR INTERNATIONAL INC | 182353801020180 | $70,174.25 | $9,095.05 |
| 58. | SEAPORT LOAN PRODUCTS LLC AS TRANSFEREE OF HERO USA INC. AS TRANSFEREE OF SIGNATURE BRANDS, LLC | 182353801040280 | $433,963.20 | $56,367.17 |
| 59. | SECURIAN LIFE INSURANCE | 182353801018211 | $2,026,298.78 | $263,194.50 |
| 60. | SHENZHEN EVERBEST MACHINERY INDUSTRY CO., LTD | 182353801043092 | $163,467.47 | $21,232.67 |
| 61. | STAMAR PACKAGING INC | 182353801018958 | $219,678.81 | $28,533.92 |
| 62. | STEVEN VARDI, INC. | 182353801040752 | $72,542.24 | $9,422.46 |
| 63. | SUNBEAM PRODUCTS, INC. | 182353801041220 | $75,589.16 | $9,796.85 |
| 64. | TANNOR PARTNERS CREDIT FUND, LP | 182353801043358 | $623,959.29 | $81,045.63 |
| 65. | TELEBRANDS, CORP. | 182353801018195 | $115,027.00 | $14,940.77 |