## Exhibit A

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Icon NY Holdings LLC and Icon De Holdings LLC (collectively the "Assignors") hereby unconditionally and irrevocably sells, transfers and assigns to SLFAQ, LLC, a Delaware limited liability company ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Sears Holdings Corporation et al., LLC (the "Debtors"), the Debtors in Case No. 18-23538 ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Nos. 17700, 20136, 18650, 17821, 17825, 17538, 17021, 20127, and 20142 filed by Assignors with the Bankruptcy Court in respect of the foregoing claim.

Assignors hereby waive any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignors transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim following the date of the transfer herein be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this **11th** day of August, 2022

| ASSIGNORS | ASSIGNEE |
|---|---|
| Icon NY Holdings LLC | SLFAQ, LLC |
| By: _____ | By: _____ |
| Name: R GALVIN | Joseph E. Sarachek |
| Title: CEO | Title: Managing Partner |
| Date: AUGUST 12, 2022 | Date: 8/11/22 |
| | |
| Icon De Holdings LLC | |
| By: _____ | |
| Name: R GALVIN | |
| Title: CEO | |
| Date: AUGUST 12, 2022 | |