ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that:

ARCHER & GREINER, P.C.,

ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD.,

and GENSBURG CALANDRIELLO & KANTER, P.C.,

hereby withdraw their appearance [Docket No. 553] as counsel for COMMUNITY UNIT SCHOOL DISTRICT 300 in the captioned matter. The undersigned requests the Court remove the undersigned from its CM/ECF electronic mailing list and service lists in this case.

| | |
|---|---|
| Dated: New York, New York<br>August 23, 2022 | ARCHER & GREINER, P.C.<br><br>By: /s/ Allen G. Kadish<br>  Allen G. Kadish<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 682-4940<br>Email: akadish@archerlaw.com<br><br>      and<br><br>ROBBINS, SCHWARTZ, NICHOLAS,<br>LIFTON & TAYLOR, LTD.<br>Kenneth M. Florey<br>631 E. Boughton Road, Suite 200<br>Bolingbrook, Illinois 60440<br>Tel: (630) 929-3639<br>Email: kflorey@robbins-schwartz.com<br><br>      and<br><br>GENSBURG CALANDRIELLO & KANTER, P.C.<br>Matthew T. Gensburg<br>200 West Adams Street, Suite 2425<br>Chicago, Illinois 60606<br>Tel: (312) 263-2200<br>Email: mgensburg@gcklegal.com<br><br>*Attorneys for Community Unit School District 300* |

225465844v1