UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
SEARS HOLDINGS CORPORATION, et al.,             :
                                                :       Case No. 18-23538 (SHL)
                                                :
           Debtors.¹                            :       (Jointly Administered)
---------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

I, Ekaterina Yakovleva, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**")², the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 18, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Forty-Sixth Monthly Fee Statement of M-III Advisory Partners, LP for Compensation Earned and Expenses Incurred for Period of July 1, 2022 through July 31, 2022 [Docket No. 10590]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: August 23, 2022

*/s/ Ekaterina Yakovleva*
Ekaterina Yakovleva

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 23, 2022, by Ekaterina Yakovleva, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

## Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | | | | | | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com | Email |
| Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | pollack@ballardspahr.com marriott@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | heilmanl@ballardspahr.com summersm@ballardspahr.com daluzt@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | harnerp@ballardspahr.com kutnera@ballardspahr.com | First Class Mail and Email |
| Chambers of Honorable Sean H Lane | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | Overnight Mail |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Suite 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | rob.riecker@searshc.com luke.valentino@searshc.com mmeghji@miiipartners.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | | | | | | Paul.Leake@skadden.com Shana.Elberg@skadden.com george.howard@skadden.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | | | | | | ray.schrock@weil.com garrett.fail@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com Jared.Friedmann@weil.com Jessie.Mishkin@weil.com | Email |