**United States Bankruptcy Court,**

**Southern District of New York**

------------------------------------------------------------------ X
In re:                                                             :   Chapter 11
                                                                   :   Case No 18-23538, et al.
    Sears Holdings Corporation and Kmart Corporation, et al.   :   Amount $219,678.81
    Debtor(s)                                                :
                                                                   :
                                                                   :
------------------------------------------------------------------ X


**NOTICE OF CHANGE OF ADDRESS**

       PLEASE TAKE NOTICE that **Stamar Packaging, Incorporated**, a creditor in the cases of the above-captioned debtor ("Debtors"), direct the Debtors, debtor in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its claim _____( as listed on the Debtor's schedules or on proof of claim filed in the cases), and hereby requests that service of any pleading, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

       Stamar Packaging, Incorporated hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claim(s) or any distribution or payment thereon shall be accepted by the Debtors or an Debtor Party without the express written consent of Fair Harbor Capital, LLC.


**Former Address:**                               **New Address:**

**Stamar Packaging, Incorporated**               **Stamar Packaging, Incorporated**
**Dan Kelly, Cfo**                                **c/o Fair Harbor Capital, LLC**
**1600 Fleetwood Drive**                          **PO Box 237037**
**Elgin, IL 60123**                               **New York, NY 10023**


**I declare that the foregoing is true and correct:**

**Stamar Packaging, Incorporated**


By: _____

Print: _____

Date: _____