**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                                              :    Chapter 11
                                                                                        :
**SEARS HOLDINGS CORPORATION,** *et al.*,         :    Case No. 18-23538 (RDD)
                                                                                        :    (Jointly Administered)
                   Debtors.[1]                                                :
---------------------------------------------------------- x
Sears Holdings Corp., *et al.*,                                     :
                                                                                        :
                   **Plaintiffs**                                            :
          vs.                                                                      :
Edward Scott Lampert, *et al.*,                                 :
                                                                                        :
                   Defendants.                                            :    Consolidated at
---------------------------------------------------------- x    Adv. Pro. 19-08250 (RDD)
Sears Holdings Corporation, *et al.*,                       :
                                                                                        :
                   **Plaintiffs**                                            :
          vs.                                                                      :
Andrew H. Tisch, *et al.*,                                         :
                                                                                        :
                   Defendants.                                            :
---------------------------------------------------------- x

**NOTICE OF FILING OF AMENDED**
**EXHIBIT TO EXECUTED SETTLEMENT AGREEMENT**

      **PLEASE TAKE NOTICE** that on August 9, 2022, the Debtors and the Official Committee

of Unsecured Creditors of Sears Holdings Corporation (the "Creditors' Committee") filed the *Joint*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188);

*Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Certain Related Relief, and Authorizing Certain Nonmaterial Plan Modifications in Furtherance of the Effective Date of the Plan* [Case No. 18-23538, ECF No. 10566; Case No. 19-08250, ECF No. 279] (the "Settlement Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on August 10, 2022, the Debtors and the Creditors' Committee filed the *Notice of Filing of Executed Settlement Agreement* [ECF No. 10579].

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit 1 to the executed Settlement Agreement was a list of all Public Shareholder Defendants party to the Settlement Agreement (the "Participating Public Shareholder Defendants" and, the list of such defendants, the "Original List of Participating Public Shareholder Defendants").

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2022, the Debtors and the Creditors' Committee filed the *Notice of Filing of Amended Exhibit to Executed Settlement Agreement* [ECF No. 10621], attached to which was an amended version of the Original List of Participating Public Shareholder Defendants (the "Amended List of Participating Public Shareholder Defendants").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a further amended list of Participating Public Shareholder Defendants (the "Further Amended List of Participating Public Shareholder Defendants").

---

Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Settlement Motion, the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* [ECF No. 5370] or the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* [ECF No. 5370-1] (the "Plan"), as applicable.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blackline of the Further Amended List of Participating Public Shareholder Defendants marked against the Amended List of Participating Public Shareholder Defendants.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a blackline of the Further Amended List of Participating Public Shareholder Defendants marked against the Original List of Participating Public Shareholder Defendants.

Dated: September 6, 2022
New York, New York

| | |
|---|---|
| /s/ *Garrett Fail* | /s/ *Ira S. Dizengoff* |
| WEIL, GOTSHAL & MANGES LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 767 Fifth Avenue | One Bryant Park |
| New York, New York 10153 | New York, New York 10036 |
| Telephone: (212) 310-8000 | Telephone: (212) 872-1000 |
| Facsimile: (212) 310-8007 | Facsimile: (212) 872-1002 |
| Ray C. Schrock, P.C. | Ira S. Dizengoff |
| Garrett Fail | Philip C. Dublin |
| Sunny Singh | Sara L. Brauner |
| | Zachary D. Lanier |
| | |
| *Counsel for the Debtors* | *Counsel for the Official Committee* |
| *and Debtors in Possession* | *of Unsecured Creditors* |

# **EXHIBIT A**

**Further Amended List of Participating Public Shareholder Defendants**

# EXHIBIT 1

List of Participating Public Shareholder Defendants
(amended to include Additional Public Shareholder Defendants[1])

| **Participating Public Shareholder Defendant** | **Settlement Payment Amount** | **Law Firm / Counsel** |
|---|---|---|
| T. Rowe Price Associates, Inc. (on behalf of T. Rowe Price High Yield Fund, T. Rowe Price Institutional High Yield Fund; T. Rowe Price Funds SICAV - Global High Yield Bond Fund; T. Rowe Price U.S. Equities Trust; T. Rowe Price Total Equity Market Index Fund; and T. Rowe Price Extended Equity Market Index Fund) | $63,160.00 | Morgan, Lewis & Bockius LLP |
| Ori Uziel | $61,759.00 | Morgan, Lewis & Bockius LLP |
| Blackrock Asset Management Ireland Limited BlackRock Inc. The Bank of New York Mellon (International) Limited, as Trustee of the Blackrock iShares UK Equity Index Fund (UK) | $488,325.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw All Country Global Alpha Extension Portfolios, L.L.C. | $809.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw All Country Global Alpha Plus Special Fund, L.P. | $2,371.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Kalon Portfolios, L.L.C. | $20,104.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Oculus Portfolios, L.L.C. | $46,928.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Extension Portfolios, L.L.C. | $8,538.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Extension Special Portfolios II (MA), L.L.C. | $2,374.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Plus Special Fund, L.P. | $10,671.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Large Cap Core Alpha Extension Portfolios, L.L.C. | $1,187.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Valence Portfolios, L.L.C. | $129,943.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw World Alpha Extension Portfolios, L.L.C. | $3,436.00 | Morgan, Lewis & Bockius LLP |
| Dekel Partners, L.P. Fine Offshore Partners, L.P. Fine Partners I, L.P. | $469,061.00 | Morgan, Lewis & Bockius LLP |

---

[1] The Parties have acknowledged that a typographical error was made in Section 3(d) of the Agreement regarding the Certification to be made by Additional Public Shareholder Defendants. For the avoidance of doubt, such Certifications shall include the total number of shares of stock in Lands' End, Inc. and the total number of Seritage Growth Properties subscription rights that the Additional Public Shareholder Defendant or, as applicable, one or more of its Related Parties as set forth in such certification, received in connection with the transfers that are alleged in the Public Shareholder Action to be avoidable. All of the Additional Public Shareholder Defendants listed herein have been approved by the relevant Parties.

| | | |
|---|---|---|
| Noga Partners, L.P.<br>Tapuz Partners, L.P. | | |
| Sculptor Domestic Partners II LP<br>Sculptor Domestic Partners, LP<br>Sculptor Capital Investments, LLC (aka Sculptor Group fdba Och-Ziff Capital Management Group, LLC)<br>Sculptor Capital Management, Inc. (fdba Och-Ziff Capital Management Group Inc., aka Oz Group) | $64,089.00 | Morgan, Lewis & Bockius LLP |
| Force Capital II LLC<br>Force Capital II Ltd<br>Force Capital Ltd<br>Force Select Ltd | $177,582.00 | Morgan, Lewis & Bockius LLP |
| The Vanguard Group, Inc., as Agent<br>Vanguard Balanced Index Fund<br>Vanguard Consumer Discretionary Index Fund<br>Vanguard Extended Market Index Fund<br>Vanguard Growth and Income Fund<br>Vanguard Institutional Total Stock Market Index Fund<br>Vanguard Large-Cap Index Fund<br>Vanguard Mid-Cap Index Fund<br>Vanguard Mid-Cap Index Portfolio<br>Vanguard Mid-Cap Value Index Fund<br>Vanguard Small-Cap Index Fund<br>Vanguard Small-Cap Value Index Fund<br>Vanguard Tax-Managed Capital Appreciation Fund<br>Vanguard Total Stock Market Index Fund<br>Vanguard Total Stock Market Index Trust<br>Vanguard Value Index Fund | $477,619.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTIBENCHMARK GLOBAL EQUITY FUND | $1,664.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK US EQUITY FUND | $55,359.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK WORLD EQUITY FUND | $24,441.00 | Morgan, Lewis & Bockius LLP |
| Omega Advisors Inc.<br>Omega Capital Investors, L.P.<br>Omega Capital Partners, L.P.<br>Omega Charitable Partnership, L.P.<br>Omega Equity Investors, L.P.<br>Omega Overseas Partners, Ltd | $107,288.00 | Morgan, Lewis & Bockius LLP |
| Karlin Holdings Limited Partnership | $154,829.00 | Morgan, Lewis & Bockius LLP |
| GSO Aiguille Des Grands Montets Fund I LP<br>GSO Aiguille Des Grands Montets Fund II LP<br>GSO Aiguille Des Grands Montets Fund III LP<br>GSO Cactus Credit Opportunities Fund LP<br>GSO Coastline Credit Partners LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Credit-A Partners LP<br>GSO Palmetto Opportunistic Investment Partners LP<br>GSO Special Situations Fund LP<br>GSO Special Situations Master Fund LP<br>GSO Special Situations Overseas Fund Ltd<br>Steamboat Credit Opportunities Master Fund LP | $419,624.00 | Morgan, Lewis & Bockius LLP |

| | | |
|---|---|---|
| Barclays Capital Inc.<br>Barclays Capital Securities Limited<br>Barclays Capital Derivative Funding | $154,841.00 | Morgan, Lewis & Bockius LLP |
| Fiam LLC<br>Jonathan Chiel, as Trustee of the Fidelity Concord Street Trust | $72,403.00 | Morgan, Lewis & Bockius LLP |
| Gothic HSP Corporation | $57,588.00 | Morgan, Lewis & Bockius LLP |
| First Trust Consumer Discretionary Alphadex® Fund | $40,661.00 | Morgan, Lewis & Bockius LLP |
| HBOS Final Salary Pension Scheme | $62,603.74 | Allen & Overy LLP |
| SAC Capital Associates, LLC (n/k/a Point72 Associates, LLC) | $259,842.75 | Schulte Roth & Zabel LLP |
| Lockheed Martin Corporation Master Retirement Trust | $7,895.37 | Schulte Roth & Zabel LLP |
| MASON CAPITAL MGMT LLC | $82,899.15 | Schulte Roth & Zabel LLP |
| Kenden Alfond | $1,901.33 | Seward & Kissel LLP |
| AQR DELTA Fund, LP<br>AQR DELTA Master Account, L.P.<br>AQR DELTA Sapphire Fund, LP<br>AQR DELTA XN Fund, LP | $55,968.97 | Greene Espel PLLP |
| Credit Suisse First Boston | $1,893.57 | Cahill Gordon & Reindel LLP |
| Credit Suisse Funds AG | $531.71 | Cahill Gordon & Reindel LLP |
| Horizon Spin-off and Corporate Restructuring Fund | $11,160.70 | K&L Gates LLP |
| Kinetics Portfolio Trust | $142,275.67 | K&L Gates LLP |
| Luma Capital S.A. - SPF | $121,272.57 | K&L Gates LLP |
| Prescott Associates L.P.<br>Prescott General Partners LLC<br>Prescott International Partners L.P.<br>Prescott Investors, Inc. | $82,412.25 | K&L Gates LLP |
| Global Targeted Value Fund, a subfund of Dimensional Funds plc | $4,168.67 | Stradley Ronon Stevens & Young, LLP |
| U.S. Targeted Value Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,325.78 | Stradley Ronon Stevens & Young, LLP |
| U.S. Core Equity 1 Portfolio, a series of DFA Investment Dimensions Group Inc. | $22,730.91 | Stradley Ronon Stevens & Young, LLP |
| U.S. Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc. | $33,445.69 | Stradley Ronon Stevens & Young, LLP |
| U.S. Sustainability Core 1 Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,025.09 | Stradley Ronon Stevens & Young, LLP |
| U.S. Social Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc. | $906.10 | Stradley Ronon Stevens & Young, LLP |
| U.S. Large Cap Equity Portfolio, a series of DFA Investment Dimensions Group Inc. | $555.25 | Stradley Ronon Stevens & Young, LLP |
| VA U.S. Large Value Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,169.35 | Stradley Ronon Stevens & Young, LLP |
| U.S. Vector Equity Portfolio, a series of DFA Investment Dimensions Group Inc. | $10,580.74 | Stradley Ronon Stevens & Young, LLP |
| Dimensional U.S. Core Equity 2 ETF, a series of Dimensional ETF Trust (into which T.A. U.S. Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc., was converted) | $9,032.20 | Stradley Ronon Stevens & Young, LLP |
| Dimensional U.S. Targeted Value ETF, a series of Dimensional ETF Trust (into which Tax-Managed U.S. | $239.87 | Stradley Ronon Stevens & Young, LLP |

| | | |
|---|---|---|
| Targeted Value Portfolio, a series of DFA Investment Dimensions Group Inc., was converted) | | |
| Dimensional U.S. Equity ETF, a series of Dimensional ETF Trust (into which Tax-Managed U.S. Equity Series, a series of DFA Investment Dimensions Group Inc., was converted) | $1,213.08 | Stradley Ronon Stevens & Young, LLP |
| QIC Limited as Trustee for the Queensland Investment Trust No. 2 (incorrectly named in the public shareholder action as QIT2 IE DFA CORE MANDATE) | $2,008.00 | Jones Day |
| *including the following Additional Public Shareholder Defendants* | | |
| Goldman Sachs Profit Sharing Master Trust | $5,098.00 | Morgan, Lewis & Bockius LLP |
| SICAV State Street Banq, Paris<br>State Street Bank & Trust Co.<br>State Street Global Advisors<br>State Street Global Advisors - FTSE RAFI DEV1000 INDX NL CTF<br>State Street Global Advisors - SSCSIL SSGA EUT GBL DEV INX EQ | $144,005.98 | Morgan, Lewis & Bockius LLP |
| RIEF Trading LLC | $14,140.88 | Katten Muchin Rosenman LLP<br>Joel W. Sternman (j.sternman@katten.com)<br>Brian J. Poronsky (brian.poronsky@katten.com)<br>Shannon C. Gross (shannon.gross@katten.com)<br>525 West Monroe Street<br>Chicago, Illinois 60661 |
| RIEF RMP LLC | $4,744.41 | |
| GF Trading LLC | $9,774.34 | |
| HAP Trading LLC | $75,039.63 | |
| **Total Settlement Payment from Participating Public Shareholder Defendants** | **$4,288,515.75** | |

# **EXHIBIT B**

**Blackline of Further Amended List of Participating Public Shareholder
Defendants Against Amended List of Participating Public Shareholder Defendants**

# EXHIBIT 1

List of Participating Public Shareholder Defendants
(amended to include Additional Public Shareholder Defendants[1])

| **Participating Public Shareholder Defendant** | **Settlement Payment Amount** | **Law Firm / Counsel** |
|---|---|---|
| T. Rowe Price Associates, Inc.<br>(on behalf of T. Rowe Price High Yield Fund, T. Rowe Price Institutional High Yield Fund; T. Rowe Price Funds SICAV - Global High Yield Bond Fund; T. Rowe Price U.S. Equities Trust; T. Rowe Price Total Equity Market Index Fund; and T. Rowe Price Extended Equity Market Index Fund) | $63,160.00 | Morgan, Lewis & Bockius LLP |
| Ori Uziel | $61,759.00 | Morgan, Lewis & Bockius LLP |
| Blackrock Asset Management Ireland Limited<br>BlackRock Inc.<br>The Bank of New York Mellon (International) Limited, as Trustee of the Blackrock iShares UK Equity Index Fund (UK) | $488,325.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw All Country Global Alpha Extension Portfolios, L.L.C. | $809.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw All Country Global Alpha Plus Special Fund, L.P. | $2,371.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Kalon Portfolios, L.L.C. | $20,104.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Oculus Portfolios, L.L.C. | $46,928.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Extension Portfolios, L.L.C. | $8,538.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Extension Special Portfolios II (MA), L.L.C. | $2,374.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Plus Special Fund, L.P. | $10,671.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Large Cap Core Alpha Extension | $1,187.00 | Morgan, Lewis & Bockius |

---

[1] The Parties have acknowledged that a typographical error was made in Section 3(d) of the Agreement regarding the Certification to be made by Additional Public Shareholder Defendants. For the avoidance of doubt, such Certifications shall include the total number of shares of stock in Lands' End, Inc. and the total number of Seritage Growth Properties subscription rights that the Additional Public Shareholder Defendant or, as applicable, one or more of its Related Parties as set forth in such certification, received in connection with the transfers that are alleged in the Public Shareholder Action to be avoidable. All of the Additional Public Shareholder Defendants listed herein have been approved by the relevant Parties.

| | | |
|---|---|---|
| Portfolios, L.L.C. | | LLP |
| D. E. Shaw Valence Portfolios, L.L.C. | $129,943.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw World Alpha Extension Portfolios, L.L.C. | $3,436.00 | Morgan, Lewis & Bockius LLP |
| Dekel Partners, L.P.<br>Fine Offshore Partners, L.P.<br>Fine Partners I, L.P.<br>Noga Partners, L.P.<br>Tapuz Partners, L.P. | $469,061.00 | Morgan, Lewis & Bockius LLP |
| Sculptor Domestic Partners II LP<br>Sculptor Domestic Partners, LP<br>Sculptor Capital Investments, LLC (aka Sculptor Group fdba Och-Ziff Capital Management Group, LLC)<br>Sculptor Capital Management, Inc. (fdba Och-Ziff Capital Management Group Inc., aka Oz Group) | $64,089.00 | Morgan, Lewis & Bockius LLP |
| Force Capital II LLC<br>Force Capital II Ltd<br>Force Capital Ltd<br>Force Select Ltd | $177,582.00 | Morgan, Lewis & Bockius LLP |
| The Vanguard Group, Inc., as Agent<br>Vanguard Balanced Index Fund<br>Vanguard Consumer Discretionary Index Fund<br>Vanguard Extended Market Index Fund<br>Vanguard Growth and Income Fund<br>Vanguard Institutional Total Stock Market Index Fund<br>Vanguard Large-Cap Index Fund<br>Vanguard Mid-Cap Index Fund<br>Vanguard Mid-Cap Index Portfolio<br>Vanguard Mid-Cap Value Index Fund<br>Vanguard Small-Cap Index Fund<br>Vanguard Small-Cap Value Index Fund<br>Vanguard Tax-Managed Capital Appreciation Fund<br>Vanguard Total Stock Market Index Fund<br>Vanguard Total Stock Market Index Trust<br>Vanguard Value Index Fund | $477,619.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTIBENCHMARK GLOBAL EQUITY FUND | $1,664.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK US EQUITY FUND | $55,359.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK WORLD EQUITY FUND | $24,441.00 | Morgan, Lewis & Bockius LLP |
| Omega Advisors Inc.<br>Omega Capital Investors, L.P.<br>Omega Capital Partners, L.P.<br>Omega Charitable Partnership, L.P.<br>Omega Equity Investors, L.P.<br>Omega Overseas Partners, Ltd | $107,288.00 | Morgan, Lewis & Bockius LLP |
| Karlin Holdings Limited Partnership | $154,829.00 | Morgan, Lewis & Bockius LLP |
| GSO Aiguille Des Grands Montets Fund I LP<br>GSO Aiguille Des Grands Montets Fund II LP<br>GSO Aiguille Des Grands Montets Fund III LP<br>GSO Cactus Credit Opportunities Fund LP<br>GSO Coastline Credit Partners LP | $419,624.00 | Morgan, Lewis & Bockius LLP |

| | | |
|---|---|---|
| GSO Credit Alpha Trading (Cayman) LP<br>GSO Credit-A Partners LP<br>GSO Palmetto Opportunistic Investment Partners LP GSO Special Situations Fund LP<br>GSO Special Situations Master Fund LP<br>GSO Special Situations Overseas Fund Ltd<br>Steamboat Credit Opportunities Master Fund LP | | |
| Barclays Capital Inc.<br>Barclays Capital Securities Limited<br>Barclays Capital Derivative Funding | $154,841.00 | Morgan, Lewis & Bockius LLP |
| Fiam LLC<br>Jonathan Chiel, as Trustee of the Fidelity Concord Street Trust | $72,403.00 | Morgan, Lewis & Bockius LLP |
| Gothic HSP Corporation | $57,588.00 | Morgan, Lewis & Bockius LLP |
| First Trust Consumer Discretionary Alphadex® Fund | $40,661.00 | Morgan, Lewis & Bockius LLP |
| HBOS Final Salary Pension Scheme | $62,603.74 | Allen & Overy LLP |
| SAC Capital Associates, LLC (n/k/a Point72 Associates, LLC) | $259,842.75 | Schulte Roth & Zabel LLP |
| Lockheed Martin Corporation Master Retirement Trust | $7,895.37 | Schulte Roth & Zabel LLP |
| MASON CAPITAL MGMT LLC | $82,899.15 | Schulte Roth & Zabel LLP |
| Kenden Alfond | $1,901.33 | Seward & Kissel LLP |
| AQR DELTA Fund, LP<br>AQR DELTA Master Account, L.P.<br>AQR DELTA Sapphire Fund, LP<br>AQR DELTA XN Fund, LP | $55,968.97 | Greene Espel PLLP |
| Credit Suisse First Boston | $1,893.57 | Cahill Gordon & Reindel LLP |
| Credit Suisse Funds AG | $531.71 | Cahill Gordon & Reindel LLP |
| Horizon Spin-off and Corporate Restructuring Fund | $11,160.70 | K&L Gates LLP |
| Kinetics Portfolio Trust | $142,275.67 | K&L Gates LLP |
| Luma Capital S.A. - SPF | $121,272.57 | K&L Gates LLP |
| Prescott Associates L.P.<br>Prescott General Partners LLC<br>Prescott International Partners L.P.<br>Prescott Investors, Inc. | $82,412.25 | K&L Gates LLP |
| Global Targeted Value Fund, a subfund of Dimensional Funds plc | $4,168.67 | Stradley Ronon Stevens & Young, LLP |
| U.S. Targeted Value Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,325.78 | Stradley Ronon Stevens & Young, LLP |
| U.S. Core Equity 1 Portfolio, a series of DFA Investment Dimensions Group Inc. | $22,730.91 | Stradley Ronon Stevens & Young, LLP |
| U.S. Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc. | $33,445.69 | Stradley Ronon Stevens & Young, LLP |
| U.S. Sustainability Core 1 Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,025.09 | Stradley Ronon Stevens & Young, LLP |
| U.S. Social Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc. | $906.10 | Stradley Ronon Stevens & Young, LLP |
| U.S. Large Cap Equity Portfolio, a series of DFA Investment Dimensions Group Inc. | $555.25 | Stradley Ronon Stevens & Young, LLP |
| VA U.S. Large Value Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,169.35 | Stradley Ronon Stevens & Young, LLP |
| U.S. Vector Equity Portfolio, a series of DFA Investment | $10,580.74 | Stradley Ronon Stevens & |

| | | |
|---|---|---|
| Dimensions Group Inc. | | Young, LLP |
| Dimensional U.S. Core Equity 2 ETF, a series of Dimensional ETF Trust (into which T.A. U.S. Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc., was converted) | $9,032.20 | Stradley Ronon Stevens & Young, LLP |
| Dimensional U.S. Targeted Value ETF, a series of Dimensional ETF Trust (into which Tax-Managed U.S. Targeted Value Portfolio, a series of DFA Investment Dimensions Group Inc., was converted) | $239.87 | Stradley Ronon Stevens & Young, LLP |
| Dimensional U.S. Equity ETF, a series of Dimensional ETF Trust (into which Tax-Managed U.S. Equity Series, a series of DFA Investment Dimensions Group Inc., was converted) | $1,213.08 | Stradley Ronon Stevens & Young, LLP |
| QIC Limited as Trustee for the Queensland Investment Trust No. 2 (incorrectly named in the public shareholder action as QIT2 IE DFA CORE MANDATE) | $2,008.00 | Jones Day |
| *including the following Additional Public Shareholder Defendants* | | |
| Goldman Sachs Profit Sharing Master Trust | $5,098.00 | Morgan, Lewis & Bockius LLP |
| SICAV State Street Banq, Paris<br>State Street Bank & Trust Co.<br>State Street Global Advisors<br>State Street Global Advisors - FTSE RAFI DEV1000 INDX NL CTF<br>State Street Global Advisors - SSCSIL SSGA EUT GBL DEV INX EQ | ~~$143,863.23~~$144,005.98 | Morgan, Lewis & Bockius LLP |
| RIEF Trading LLC | $14,140.88 | Katten Muchin Rosenman LLP<br>Joel W. Sternman (j.sternman@katten.com)<br>Brian J. Poronsky (brian.poronsky@katten.com)<br>Shannon C. Gross (shannon.gross@katten.com)<br>525 West Monroe Street<br>Chicago, Illinois 60661 |
| RIEF RMP LLC | $4,744.41 | |
| GF Trading LLC | $9,774.34 | |
| HAP Trading LLC | $75,039.63 | |
| **Total Settlement Payment from Participating Public Shareholder Defendants** | ~~$4,288,373.00~~ **$4,288,515.75** | |

# EXHIBIT C

**Blackline of Further Amended List of Participating Public Shareholder Defendants Against Original List of Participating Public Shareholder Defendants**

# EXHIBIT 1

List of Participating Public Shareholder Defendants
(amended to include Additional Public Shareholder Defendants[1])

| **Participating Public Shareholder Defendant** | **Settlement Payment Amount** | **Law Firm / Counsel** |
|---|---|---|
| T. Rowe Price Associates, Inc. (on behalf of T. Rowe Price High Yield Fund, T. Rowe Price Institutional High Yield Fund; T. Rowe Price Funds SICAV - Global High Yield Bond Fund; T. Rowe Price U.S. Equities Trust; T. Rowe Price Total Equity Market Index Fund; and T. Rowe Price Extended Equity Market Index Fund) | $63,160.00 | Morgan, Lewis & Bockius LLP |
| Ori Uziel | $61,759.00 | Morgan, Lewis & Bockius LLP |
| Blackrock Asset Management Ireland Limited BlackRock Inc. The Bank of New York Mellon (International) Limited, as Trustee of the Blackrock iShares UK Equity Index Fund (UK) | $488,325.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw All Country Global Alpha Extension Portfolios, L.L.C. | $809.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw All Country Global Alpha Plus Special Fund, L.P. | $2,371.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Kalon Portfolios, L.L.C. | $20,104.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw Oculus Portfolios, L.L.C. | $46,928.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Extension Portfolios, L.L.C. | $8,538.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Extension Special Portfolios II (MA), L.L.C. | $2,374.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Broad Market Core Alpha Plus Special Fund, L.P. | $10,671.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw U.S. Large Cap Core Alpha Extension | $1,187.00 | Morgan, Lewis & Bockius |

---

[1] The Parties have acknowledged that a typographical error was made in Section 3(d) of the Agreement regarding the Certification to be made by Additional Public Shareholder Defendants.  For the avoidance of doubt, such Certifications shall include the total number of shares of stock in Lands' End, Inc. and the total number of Seritage Growth Properties subscription rights that the Additional Public Shareholder Defendant or, as applicable, one or more of its Related Parties as set forth in such certification, received in connection with the transfers that are alleged in the Public Shareholder Action to be avoidable.  All of the Additional Public Shareholder Defendants listed herein have been approved by the relevant Parties.

| | | |
|---|---|---|
| Portfolios, L.L.C. | | LLP |
| D. E. Shaw Valence Portfolios, L.L.C. | $129,943.00 | Morgan, Lewis & Bockius LLP |
| D. E. Shaw World Alpha Extension Portfolios, L.L.C. | $3,436.00 | Morgan, Lewis & Bockius LLP |
| Dekel Partners, L.P.<br>Fine Offshore Partners, L.P.<br>Fine Partners I, L.P.<br>Noga Partners, L.P.<br>Tapuz Partners, L.P. | $469,061.00 | Morgan, Lewis & Bockius LLP |
| Sculptor Domestic Partners II LP<br>Sculptor Domestic Partners, LP<br>Sculptor Capital Investments, LLC  (aka Sculptor Group fdba Och-Ziff Capital Management Group, LLC)<br>Sculptor Capital Management, Inc. (fdba Och-Ziff Capital Management Group Inc., aka Oz Group) | $64,089.00 | Morgan, Lewis & Bockius LLP |
| Force Capital II LLC<br>Force Capital II Ltd<br>Force Capital Ltd<br>Force Select Ltd | $177,582.00 | Morgan, Lewis & Bockius LLP |
| The Vanguard Group, Inc., as Agent<br>Vanguard Balanced Index Fund<br>Vanguard Consumer Discretionary Index Fund<br>Vanguard Extended Market Index Fund<br>Vanguard Growth and Income Fund<br>Vanguard Institutional Total Stock Market Index Fund<br>Vanguard Large-Cap Index Fund<br>Vanguard Mid-Cap Index Fund<br>Vanguard Mid-Cap Index Portfolio<br>Vanguard Mid-Cap Value Index Fund<br>Vanguard Small-Cap Index Fund<br>Vanguard Small-Cap Value Index Fund<br>Vanguard Tax-Managed Capital Appreciation Fund<br>Vanguard Total Stock Market Index Fund<br>Vanguard Total Stock Market Index Trust<br>Vanguard Value Index Fund | $477,619.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTIBENCHMARK GLOBAL EQUITY FUND | $1,664.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK US EQUITY FUND | $55,359.00 | Morgan, Lewis & Bockius LLP |
| MOST DIVERSIFIED PORTFOLIO SICAV - TOBAM ANTI-BENCHMARK WORLD EQUITY FUND | $24,441.00 | Morgan, Lewis & Bockius LLP |
| Omega Advisors Inc.<br>Omega Capital Investors, L.P.<br>Omega Capital Partners, L.P.<br>Omega Charitable Partnership, L.P.<br>Omega Equity Investors, L.P.<br>Omega Overseas Partners, Ltd | $107,288.00 | Morgan, Lewis & Bockius LLP |
| Karlin Holdings Limited Partnership | $154,829.00 | Morgan, Lewis & Bockius LLP |
| GSO Aiguille Des Grands Montets Fund I LP<br>GSO Aiguille Des Grands Montets Fund II LP<br>GSO Aiguille Des Grands Montets Fund III LP<br>GSO Cactus Credit Opportunities Fund LP<br>GSO Coastline Credit Partners LP | $419,624.00 | Morgan, Lewis & Bockius LLP |

| | | |
|---|---|---|
| GSO Credit Alpha Trading (Cayman) LP<br>GSO Credit-A Partners LP<br>GSO Palmetto Opportunistic Investment Partners LP GSO Special Situations Fund LP<br>GSO Special Situations Master Fund LP<br>GSO Special Situations Overseas Fund Ltd<br>Steamboat Credit Opportunities Master Fund LP | | |
| Barclays Capital Inc.<br>Barclays Capital Securities Limited<br>Barclays Capital Derivative Funding | $154,841.00 | Morgan, Lewis & Bockius LLP |
| Fiam LLC<br>Jonathan Chiel, as Trustee of the Fidelity Concord Street Trust | $72,403.00 | Morgan, Lewis & Bockius LLP |
| Gothic HSP Corporation | $57,588.00 | Morgan, Lewis & Bockius LLP |
| First Trust Consumer Discretionary Alphadex® Fund | $40,661.00 | Morgan, Lewis & Bockius LLP |
| HBOS Final Salary Pension Scheme | $62,603.74 | Allen & Overy LLP |
| SAC Capital Associates, LLC (n/k/a Point72 Associates, LLC) | $259,842.75 | Schulte Roth & Zabel LLP |
| Lockheed Martin Corporation Master Retirement Trust | $7,895.37 | Schulte Roth & Zabel LLP |
| MASON CAPITAL MGMT LLC | $82,899.15 | Schulte Roth & Zabel LLP |
| Kenden Alfond | $1,901.33 | Seward & Kissel LLP |
| AQR DELTA Fund, LP<br>AQR DELTA Master Account, L.P.<br>AQR DELTA Sapphire Fund, LP<br>AQR DELTA XN Fund, LP | $55,968.97 | Greene Espel PLLP |
| Credit Suisse First Boston | $1,893.57 | Cahill Gordon & Reindel LLP |
| Credit Suisse Funds AG | $531.71 | Cahill Gordon & Reindel LLP |
| Horizon Spin-off and Corporate Restructuring Fund | $11,160.70 | K&L Gates LLP |
| Kinetics Portfolio Trust | $142,275.67 | K&L Gates LLP |
| Luma Capital S.A. - SPF | $121,272.57 | K&L Gates LLP |
| Prescott Associates L.P.<br>Prescott General Partners LLC<br>Prescott International Partners L.P.<br>Prescott Investors, Inc. | $82,412.25 | K&L Gates LLP |
| Global Targeted Value Fund, a subfund of Dimensional Funds plc | $4,168.67 | Stradley Ronon Stevens & Young, LLP |
| U.S. Targeted Value Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,325.78 | Stradley Ronon Stevens & Young, LLP |
| U.S. Core Equity 1 Portfolio, a series of DFA Investment Dimensions Group Inc. | $22,730.91 | Stradley Ronon Stevens & Young, LLP |
| U.S. Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc. | $33,445.69 | Stradley Ronon Stevens & Young, LLP |
| U.S. Sustainability Core 1 Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,025.09 | Stradley Ronon Stevens & Young, LLP |
| U.S. Social Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc. | $906.10 | Stradley Ronon Stevens & Young, LLP |
| U.S. Large Cap Equity Portfolio, a series of DFA Investment Dimensions Group Inc. | $555.25 | Stradley Ronon Stevens & Young, LLP |
| VA U.S. Large Value Portfolio, a series of DFA Investment Dimensions Group Inc. | $1,169.35 | Stradley Ronon Stevens & Young, LLP |
| U.S. Vector Equity Portfolio, a series of DFA Investment | $10,580.74 | Stradley Ronon Stevens & |

| | | |
|---|---|---|
| Dimensions Group Inc. | | Young, LLP |
| Dimensional U.S. Core Equity 2 ETF, a series of Dimensional ETF Trust (into which T.A. U.S. Core Equity 2 Portfolio, a series of DFA Investment Dimensions Group Inc., was converted) | $9,032.20 | Stradley Ronon Stevens & Young, LLP |
| Dimensional U.S. Targeted Value ETF, a series of Dimensional ETF Trust (into which Tax-Managed U.S. Targeted Value Portfolio, a series of DFA Investment Dimensions Group Inc., was converted) | $239.87 | Stradley Ronon Stevens & Young, LLP |
| Dimensional U.S. Equity ETF, a series of Dimensional ETF Trust (into which Tax-Managed U.S. Equity Series, a series of DFA Investment Dimensions Group Inc., was converted) | $1,213.08 | Stradley Ronon Stevens & Young, LLP |
| QIC Limited as Trustee for the Queensland Investment Trust No. 2 (incorrectly named in the public shareholder action as QIT2 IE DFA CORE MANDATE) | $2,008.00 | Jones Day |
| *including the following Additional Public Shareholder Defendants* | | |
| Goldman Sachs Profit Sharing Master Trust | $5,098.00 | Morgan, Lewis & Bockius LLP |
| SICAV State Street Banq, Paris<br>State Street Bank & Trust Co.<br>State Street Global Advisors<br>State Street Global Advisors - FTSE RAFI DEV1000   INDX NL CTF<br>State Street Global Advisors - SSCSIL SSGA EUT GBL   DEV INX EQ | $144,005.98 | Morgan, Lewis & Bockius LLP |
| RIEF Trading LLC | $14,140.88 | Katten Muchin Rosenman LLP<br>Joel W. Sternman (j.sternman@katten.com)<br>Brian J. Poronsky (brian.poronsky@katten.com)<br>Shannon C. Gross (shannon.gross@katten.com)<br>525 West Monroe Street<br>Chicago, Illinois 60661 |
| RIEF RMP LLC | $4,744.41 | |
| GF Trading LLC | $9,774.34 | |
| HAP Trading LLC | $75,039.63 | |
| **Total Settlement Payment from Participating Public Shareholder Defendants** | $~~4,035,712.51~~4,288,515.75 | |