# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: Sears Holdings Management Corp. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 18-23553-11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

     Now comes **Allen ISD**, a secured creditor herein, and notifies the Court and all other parties that it is **withdrawing** its secured claim in this case.  Allen ISD filed its secured claim on or about November 5, 2018, in the amount of $1,611.41, which claim is designated as claim number 4250 on the claims register.  Per the Debtor, the debtor does not own the property that is the subject of the claim. Therefore, Allen ISD hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on **14th** day of **September, 2022**, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

 

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Frwy Ste 1000
Dallas, TX  75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: _/s/ Lisa Large Evans_____
    Lisa Large Evans
    Texas Bar No. 24036379
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900