# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Sears Holdings Corporation                              Case Number: 18-23538

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Allowed claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC | Raghu Exports (India) PVT. Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#:   N/A

Name and address where transferee payments should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:   N/A

Court Claim # (if known): 2192
Ballot ID Number: 182353801043124
Allowed Administrative Amount Being Transferred: US$65,844.96
Date Claim Filed: 10/23/2018

Phone: +91 987 605 2778
Last four digits of Acct.#   N/A

Name and Current Address of Transferor:

Raghu Exports (India) PVT. Ltd.
12, Leather Complex
Kapurthala Road
Jalandhar - PB, 144021
India

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross                                           Date: September 20, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of New Yok
      Attention: Clerk

AND TO:   Sears, Roebuck and Co. (Debtor)
          Case No. 18-23537
          (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #2192
Ballot ID #182353801043124
Only Transferring the 503(b)(9) Administrative claim in the amount of $65,844.96

**Raghu Exports (India) PVT. Ltd.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim filed in the amount of $USD65,844.96 and Allowed in the amount of USD$65,759.26** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __19__ DAY OF __September__, 2022.

ASSIGNOR: Raghu Exports (India) PVT. Ltd.

_____
(Signature)

**Mr. Parveen Kumar**
(Print Name)

**Managing Director**
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

## Creditor Data Details - Claim # 2192

**Creditor**
RAGHU EXPORTS (INDIA) PVT LTD
10 LEATHER COMPLEX
KAPURTHALA ROAD
JALANDHAR - PB 144021
INDIA

**Debtor Name**
Sears, Roebuck and Co.

**Date Filed**
10/23/2018

**Claim Number**
2192

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $154,547.68 | | $154,547.68 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $65,844.90 | | $65,844.90 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $220,392.58 | | $220,392.58 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign