**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,<br><br>                        Debtor. | Case No.: 18-23538-RDD<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that, based on the full payment with respect to the same, Luxottica Retail North America Inc. ("Luxottica") hereby withdraws the following proofs of claim in the above-captioned, jointly administered bankruptcy proceedings:

| Debtor | Case No. | Claim No. | Date of Filing | Claim Amount |
|---|---|---|---|---|
| Sears, Roebuck and Co. | 18-23537 | 15229 | 4/9/2019 | $2,648,295.00 |
| SHC Licensed Business LLC | 18-23616 | 15782 | 4/9/2019 | $2,648,295.00 |

Dated: September 20, 2022

                                        Respectfully submitted,

                                        /s/ John C. Allerding
                                        **THOMPSON HINE LLP**
                                        John C. Allerding (*pro hac vice*)
                                        3560 Lenox Road NE, Suite 1600
                                        Atlanta, Georgia 30326
                                        Telephone: (404) 407-3676
                                        Facsimile: (216) 566-5800
                                        John.Allerding@ThompsonHine.com

                                        *Counsel for Luxottica Retail North America Inc.*

## CERTIFICATE OF SERVICE

      I, John C. Allerding, an attorney, herby certify that on this date I served the forgoing Notice on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF Filing system

Dated September 20, 2022                          /s/ John C. Allerding
                                                               John C. Allerding (*pro hac vice*)