**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,<br><br><div align="center">Debtor.</div> | Case No.: 18-23538-RDD<br><br>Chapter 11<br><br>(Jointly Administered) |

<div align="center">

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT SYSTEM**

</div>

PLEASE TAKE NOTICE that John C. Allerding, of Thompson Hine LLP, hereby withdraws his appearance as counsel for Luxottica Retail North America Inc. ("Luxottica") and requests to be removed from the Court's email notification service list and all other service lists in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that all correspondence to Luxottica should be directed to bankruptcy@luxotticaretail.com.

Dated: September 20, 2022

                                                                                                                       Respectfully submitted,

                                                                                                                       /s/ John C. Allerding
                                                                                                                       **THOMPSON HINE LLP**
                                                                                                                       John C. Allerding (*pro hac vice*)
                                                                                                                       3560 Lenox Road NE, Suite 1600
                                                                                                                       Atlanta, Georgia 30326
                                                                                                                       Telephone: (404) 407-3676
                                                                                                                       Facsimile: (216) 566-5800
                                                                                                                       John.Allerding@ThompsonHine.com

                                                                                                   *Counsel for Luxottica Retail North America Inc.*

## CERTIFICATE OF SERVICE

      I, John C. Allerding, an attorney, herby certify that on this date I served the forgoing Notice on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF Filing system

Dated September 20, 2022                          /s/ John C. Allerding
                                                                 John C. Allerding (*pro hac vice*)