# EXHIBIT C

## SECOND FINAL FEE APPLICATION BUDGET FOR BALLARD SPAHR, LLP[1]

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| July 1, 2022 – July 31, 2022 | $50,000.00 | $52,175.00 |
| August 1, 2022 – August 31, 2022 | $150,000.00 | $172,659.00 |
| **Total** | **$200,000.00** | **$224,834.00**[2] |

---

[1] The Fee Examiner's time is no longer included in the budget for Ballard Spahr in its role as counsel.

[2] This amount does not include the $10,000.00 of estimated fees incurred after August 31, 2022.