## EXHIBIT D

## SECOND FINAL FEE APPLICATION STAFFING PLAN

### Primary Attorneys

***Partner***
Tobey M. Daluz

***Associates***
Chantelle D. McClamb
Margaret A. Vesper

***Paraprofessionals***
Kyle Neitzel
Caroline P. Pollard