# EXHIBIT E

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Paul E. Harner, as Fee Examiner

SMRH Tax ID 95-1463164
August 16, 2022
Invoice 340064575

Our Matter No.   78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

**INVOICE SUMMARY**

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2022

| | |
|---|---|
| Current Fees | $ 36,900.00 |
| Total Current Activity | $ 36,900.00 |
| Total Due for This Invoice | $ 36,900.00 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:            Account No.: 496-8375493<br>Wells Fargo Bank, NA      ACH ABA No.: 121000248<br>420 Montgomery St          Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

| | |
|---|---|
| Paul E. Harner, as Fee Examiner | SMRH Tax ID 95-1463164 |
| | August 16, 2022 |
| | Invoice 340064575 |

Our Matter No.    78GH-334221
Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Billing Atty:    Paul E. Harner

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2022

| | |
|---|---:|
| Current Fees | $ 36,900.00 |
| Total Current Activity | $ 36,900.00 |
| Total Due for This Invoice | $ 36,900.00 |

---

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:<br>Wells Fargo Bank, NA<br>420 Montgomery St<br>San Francisco, CA 94104-1298<br><br>Account No.: 496-8375493<br>ACH ABA No.: 121000248<br>Wire ABA No.: 121000248<br>Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

August 16, 2022
Invoice 340064575
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 07/31/22

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 07/07/22 | Preliminary review and analysis of most recent fee and expense submissions of case professionals. | 004063 | 3.20 hrs. |
| 07/11/22 | Further review and analysis of professionals' recent fee and expense submissions. | 004063 | 2.50 hrs. |
| 07/13/22 | Comprehensive review and analysis of fee and expense submissions. | 004063 | 2.90 hrs. |
| 07/21/22 | Extended telephone conference with B. Griffith regarding settlement negotiations, administrative solvency and professional fee issues (.40); extended conference call with T. Daluz, C. McClamb and M. Vesper regarding same (.80); preliminary review and analysis of most recent Akin Gump fee and expense submission (1.90). | 004063 | 3.10 hrs. |
| 07/27/22 | Initial review and analysis of latest fee and expense submissions (1.90); extended telephone conferences and correspondence with T. Daluz, C. McClamb, M. Vesper and R. Schrock regarding prospective settlement and fee review implications (1.40). | 004063 | 3.30 hrs. |
| 07/28/22 | Extended telephone conference with T. Daluz regarding Weil negotiations (.30); review, analyze and prepare comments on most recent preliminary report regarding Akin Gump fees (2.10); draft, review and revise outline for July 29 call with Weil team (.80); telephone conferences and correspondence with T. Daluz, C. McClamb and M. Vesper regarding same (.40); review and analyze spreadsheet regarding requested fees to date and aggregate preliminary objections (.20). | 004063 | 3.80 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

August 16, 2022
Invoice 340064575
Page 3 of 4

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 07/29/22 | Extended telephone conference with T. Daluz, R. Schrock and G. Fail regarding fee and expense submissions and plan effective date issues (.60); follow-up telephone conference with T. Daluz regarding same (.50); extended telephone conference with T. Daluz, C. McClamb and M. Vesper regarding same and potential plenary fee and expense objection (.60); initial drafting and revision of same (1.20); review, revise and finalize latest Akon preliminary report (.80). | 004063 | 3.70 hrs. |

## **SUMMARY OF TIMEKEEPER FEES**

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 004063 | Paul E. Harner | 22.50 | $ 1,640.00 | $ 36,900.00 |

**Total Fees for Professional Services**              **$ 36,900.00**