# EXHIBIT F

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

***Remittance Copy***
*Please return this page with your payment.*

SMRH Tax ID 95-1463164

Paul E. Harner, as Fee Examiner

September 14, 2022
Invoice 340065644

| | |
|---|---|
| Our Matter No. | 78GH-334221 |
| | Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses |
| Billing Atty: | Paul E. Harner |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2022

| | |
|---|---|
| Current Fees | $ 112,996.00 |
| Total Current Activity | $ 112,996.00 |
| Total Due for This Invoice | $ 112,996.00 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name:  Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Beneficiary Bank:           Account No.: 496-8375493 | PO Box 840728 | Wells Fargo Bank Lockbox Services |
| Wells Fargo Bank, NA       ACH ABA No.: 121000248 | Los Angeles, CA 90084-0728 | Lockbox 840728 |
| 420 Montgomery St           Wire ABA No.: 121000248 | | 3440 Flair Drive |
| San Francisco, CA 94104-1298   Swift Identifier: WFBIUS6S | | El Monte, CA 91731-2823 |

# Sheppard Mullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

September 14, 2022
Invoice 340065644
Page 2 of 7

FOR PROFESSIONAL SERVICES THROUGH 08/31/22

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 08/04/22 | Extended telephone conference with R. Schrock regarding settlement negotiations. | 004063 | .60 hrs. |
| 08/07/22 | Extended telephone conference with R. Schrock regarding settlement negotiation (.50); correspondence with T. Daluz regarding same (.10). | 004063 | .60 hrs. |
| 08/11/22 | Extended telephone conference with T. Daluz regarding fee applications, settlement discussions with professionals and potential objections (.80); review and analyze "final" fee applications (2.90); review and prepare comments on draft plenary objection (1.80). | 004063 | 5.50 hrs. |
| 08/12/22 | Further review, analysis and editing of potential objection to process for submission of "final" fee and expense applications and related case closing matters. | 004063 | 1.70 hrs. |
| 08/14/22 | Draft, review and revise objection and statement regarding fee review procedures (1.90); correspondence with T. Daluz, C. McClamb and M. Vesper regarding same (.30). | 004063 | 2.20 hrs. |
| 08/15/22 | Extended telephone conference with T. Daluz, C. McClamb and M. Vesper regarding "final" fee applications, potential objections to same and truncated approval procedures, and related matters (1.50); further review and revision of draft objection (.60); attention to draft communications with professionals regarding same (.40). | 004063 | 2.50 hrs. |
| 08/16/22 | Review, revise and redraft correspondence to multiple professionals regarding final fee and expense applications and related negotiations regarding preliminary reports and related settlement negotiations (2.40); multiple extended telephone conferences and correspondence with case professionals, T. Daluz, C. McClamb and M. Vesper regarding same (1.30). | 004063 | 4.70 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

September 14, 2022
Invoice 340065644
Page 3 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 08/17/22 | Review and prepare comments on additional preliminary reports regarding professionals' fee and expense submissions (1.30); review and prepare extensive comments on correspondence to Weil Gotshal and Akin Gump regarding same and settlement negotiations (1.20); prepare for and participate in conference call with T. Daluz, C. McClamb and M. Vesper regarding same and related matters, including settlement negotiations (.90); extended correspondence with Judge Chapman, R. Schrock and T. Daluz regarding same (.70); extended telephone conference with T. Daluz regarding same .30). | 004063 | 4.40 hrs. |
| 08/18/22 | Prepare for and participate in extended telephone conference with Judge Chapman regarding fee and expense submissions, potential objections and related settlement negotiations (1.30): extended telephone conference with T. Daluz and C. McClamb regarding same same and related fee submission data (.70); comprehensive review and analysis of same (.80); extended follow-up telephone conference with T. Daluz regarding same and settlement alternatives (.60); draft, review and revise correspondence to Judge Chapman regarding same (.70); correspondence with R. Schrock regarding status of settlement conversations (.10). | 004063 | 4.20 hrs. |
| 08/19/22 | Extended telephone conference with Judge Chapman regarding global fee resolution, and related telephone conferences with R. Schrock and T. Daluz regarding same (1.70); fee and expense submission discussions with case professionals (1.30); further review and revision of prospective procedural objection to fee and expense procedures and submissions (1.10). | 004063 | 4.10 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

September 14, 2022
Invoice 340065644
Page 4 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 08/20/22 | Extended telephone conference with V. Marriott regarding professionals' fee and expense submissions, prospective objections and related settlement negotiations (.60); extended conference with R. Schrock regarding same (1.10); correspondence with V. Marriott and T. Daluz regarding same (.20); further review and revision of prospective procedural objection (.50); extended telephone conference with T. Daluz regarding same and settlement negotiations (.60). | 004063 | 3.00 hrs. |
| 08/21/22 | Review and analyze background materials to prepare for August 22 settlement negotiations (.80); multiple extended telephone conferences with T.Daluz regarding same (.70). | 004063 | 1.50 hrs. |
| 08/22/22 | Review background materials, prepare for and participate in conference call with YCST and T. Daluz regarding settlement of potential fee and expense objections (.60); review background materials, prepare for and participate in conference call with T. Daluz and Herrick regarding preliminary reports, fee and expense submission and potential settlement of prospective fee objections (1.10); review and analyze Weil counter proposal (.40); extended telephone conference with T. Daluz, C. McClamb and M. Vesper regarding prospective objection to fee and expense submission and related procedures (.70); multiple extended telephone conferences with T. Daluz regarding Weil counter proposal and general settlement negotiations (.80). | 004063 | 3.60 hrs. |
| 08/23/22 | Extended telephone conferences with Judge Chapman and case professionals regarding final settlement of prospective fee objections and related issues (1.90); related telephone conferences and correspondence with T. Daluz (.80); review, revise and redraft related prospective filings (.70); review and analyze counteroffer from case professionals (.40); extended telephone conference with T. Daluz regarding same (.40). | 004063 | 4.20 hrs. |

**Sheppard Mullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company - Review of Professional Firms' Fees and Expenses
Paul E. Harner

September 14, 2022
Invoice 340065644
Page 5 of 7

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 08/24/22 | Prepare for and participate in extended telephone conference with R. Schrock regarding fee submission settlement negotiations (.80); review and analyze successive settlement proposals from case professionals (1.40); prepare responsive communications (.70); multiple extended telephone conferences with T. Daluz regarding same and settlement negotiations (1.20). | 004063 | 4.10 hrs. |
| 08/25/22 | Prepare for (including review of background materials) and participate in conference call with W. Harrington, P. Schwartzberg (both of UST's office) and T. Daluz regarding fee and expense submissions and related settlement negotiations (1.00); follow-up telephone conference with T. Daluz regarding same and potential filings (.30); telephone conference with R. Schrock regarding same (.20); review and analyze settlement proposals and counter (.80); related correspondence and telephone conferences with R. Schrock, G. Fail and T. Daluz regarding same (.60); draft and revise prospective court statement regarding collective fee settlement (.90). | 004063 | 3.80 hrs. |
| 08/26/22 | Telephone conferences and correspondence regarding global resolution of fee and expense submission issues. | 004063 | 2.10 hrs. |
| 08/29/22 | Review, analyze and revise proposed order regarding fee and expense applications (.80); multiple extended telephone conferences with R. Schrock, T. Daluz and C. McClamb regarding same and related settlement negotiations (1.30); review and analyze related background materials (.70). | 004063 | 2.80 hrs. |
| 08/30/22 | Prepare for, and participate in, mediation and settlement discussions, related correspondence, and related court hearings. | 004063 | 5.60 hrs. |
| 08/31/22 | Prepare for, and participate in, mediation and settlement discussions, related correspondence, and related court hearings. | 004063 | 7.70 hrs. |

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

78GH-334221  Paul E. Harner, as Fee Examiner - Sears, Roebuck and Company -  Review of Professional Firms' Fees and Expenses
Paul E. Harner

September 14, 2022
Invoice 340065644
Page 6 of 7

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 004063 | Paul E. Harner | 68.90 | $ 1,640.00 | $ 112,996.00 |

**Total Fees for Professional Services**         $ 112,996.00