# EXHIBIT G

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                     August 24, 2022
1675 Broadway                                                      Invoice No. 20220806489
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $52,175.00 |
| **Total Invoice Amount** | **$52,175.00** |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | August 24, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220806489 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 07/01/22 | Attend to monthly fee application filing issues | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 07/01/22 | Review and edit monthly fee statement | 655.00 | 0.40 | 262.00 |
| Daluz,T.M. | 07/07/22 | Attend to monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/22/22 | Attend to monthly fee application | 1,030.00 | 0.50 | 515.00 |
| Vesper,M.A. | 07/22/22 | Draft thirty-seventh monthly joint fee application | 470.00 | 0.10 | 47.00 |
| Vesper,M.A. | 07/25/22 | Draft thirty-seventh monthly joint fee application | 470.00 | 0.50 | 235.00 |
| Daluz,T.M. | 07/26/22 | Review/revise monthly fee application | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 07/27/22 | Review monthly fee application | 655.00 | 0.50 | 327.50 |
| **Total B160** | | | | **2.90** | **2,313.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Daluz,T.M. | 07/01/22 | Review notice of case reassignment | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 07/01/22 | Emails with P. Harner & T. Daluz re: assignment of cases | 655.00 | 0.10 | 65.50 |
| Daluz,T.M. | 07/06/22 | Review Akin's 33rd monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/06/22 | Review Akin's 34th monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/06/22 | Review docket re: recent filings | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 07/07/22 | Emails with P. Harner and T. Daluz re: litigation funding motion and hearing | 655.00 | 0.20 | 131.00 |
| Daluz,T.M. | 07/13/22 | Review M-III monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/13/22 | Review Kroll monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/13/22 | Review docket re: recent filings | 1,030.00 | 0.10 | 103.00 |

071820.03 - 00317415  
Tobey M. Daluz

August 24, 2022  
Invoice No. 20220806489

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 07/20/22 | Correspondence with Fee Examiner, C. McClamb and M. Vesper re notice of adjournment and that the case is nearing settlement | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 07/20/22 | Correspondence with C. McClamb re status chart | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 07/20/22 | Emails with P. Harner, T. Daluz and M. Vesper re fee review and hearing | 655.00 | 0.60 | 393.00 |
| Daluz,T.M. | 07/21/22 | Review Katten quarterly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/21/22 | Review/revise outline of next steps developed by team | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/21/22 | Review revised status chart in preparation of meeting with fee examiner | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/21/22 | Conference call with P. Harner, C. McClamb and M. Vesper re status of fee application review and reports | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 07/21/22 | Follow-up call with P. Harner re same | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 07/21/22 | Review Akin monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/21/22 | Review Stretto quarterly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/21/22 | Review most recent preliminary reports for Weil | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 07/21/22 | Correspondence with Weil re combined 7, 8, and 9th report | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 07/21/22 | Meeting with P. Harner, T. Daluz and M. Vesper re: fee review | 655.00 | 1.00 | 655.00 |
| McClamb,C.D. | 07/21/22 | Emails with M. Vesper re: fee review meeting | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 07/21/22 | Draft preliminary report and exhibits for Akin Gump Strauss Hauer & Feld LLP's ninth and tenth interim fee applications | 470.00 | 0.70 | 329.00 |
| Vesper,M.A. | 07/21/22 | Meeting with P. Harner, T. Daluz, and C. McClamb re: case status and fee review | 470.00 | 1.10 | 517.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | August 24, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220806489 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 07/21/22 | Update and finalize fee examiner's combined preliminary report re: Weil Gotshal's seventh, eighth, and ninth interim fee applications | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 07/21/22 | E-mail P. Harner, T. Daluz, and C. McClamb re: fee review status | 470.00 | 0.10 | 47.00 |
| McClamb,C.D. | 07/22/22 | Prepare fee review analysis | 655.00 | 4.00 | 2,620.00 |
| Vesper,M.A. | 07/23/22 | Draft preliminary report and exhibits for Akin Gump Strauss Hauer & Feld LLP's ninth and tenth interim fee applications | 470.00 | 3.30 | 1,551.00 |
| Vesper,M.A. | 07/24/22 | Draft Akin's combined ninth and tenth interim fee report | 470.00 | 1.10 | 517.00 |
| Daluz,T.M. | 07/25/22 | Correspondence with P. Harner re: administrative claims rep | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/25/22 | Review Weil fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 07/25/22 | Prepare fee review analysis | 655.00 | 7.50 | 4,912.50 |
| Vesper,M.A. | 07/25/22 | Draft Akin's combined ninth and tenth interim fee report | 470.00 | 4.40 | 2,068.00 |
| Daluz,T.M. | 07/26/22 | Correspondence with C. McClamb and M. Vesper re: interim fee applications | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/26/22 | Correspondence with P. Harner re: potential resolution of litigation | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 07/26/22 | Review notice re: continuance of interim hearing | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 07/26/22 | Correspondence w/ Fee Examiner, C McClamb and M Vesper re: Akin report | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 07/26/22 | Emails with P. Harner, T. Daluz and M. Vesper re: Akin preliminary report | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 07/26/22 | Emails with client re: interim fee applications | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 07/26/22 | Prepare fee review analysis | 655.00 | 7.00 | 4,585.00 |
| Vesper,M.A. | 07/26/22 | Draft Akin's combined ninth and tenth interim fee report | 470.00 | 0.90 | 423.00 |

071820.03 - 00317415  
Tobey M. Daluz

August 24, 2022  
Invoice No. 20220806489

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 07/27/22 | Correspondence with P. Harner re: settlement of Transformco litigation | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 07/27/22 | Call with P. Harner re: same | 1,030.00 | 1.10 | 1,133.00 |
| Daluz,T.M. | 07/27/22 | Review status chart | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/27/22 | Correspondence with C. McClamb re: same | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 07/27/22 | Review comp order, plan and confirmation order re: filing of final fee applications | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 07/27/22 | Correspondence with lawyers at Weil | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 07/27/22 | Emails with T. Daluz re: fee review | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 07/27/22 | Prepare fee review analysis | 655.00 | 7.00 | 4,585.00 |
| McClamb,C.D. | 07/27/22 | Emails with C. Pollard re: fee review | 655.00 | 0.20 | 131.00 |
| Vesper,M.A. | 07/27/22 | Draft fee objection | 470.00 | 1.40 | 658.00 |
| Vesper,M.A. | 07/27/22 | Correspondence with C. McClamb, C. Pollard, and K. Neitzel re: Weil Gotshal fee data for tenth interim application | 470.00 | 0.20 | 94.00 |
| Daluz,T.M. | 07/28/22 | Call with P. Harner re: final fee applications | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 07/28/22 | Prepare for call with Weil re final fee app protocol | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 07/28/22 | Review revised summary chart | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 07/28/22 | Emails with T. Daluz re: fee review analysis | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 07/28/22 | Meeting with C. Pollard re: Sears Fee Data | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 07/28/22 | Prepare fee review analysis | 655.00 | 7.00 | 4,585.00 |
| Vesper,M.A. | 07/28/22 | Correspondence with C. McClamb re: Morrit and Herrick fee review | 470.00 | 0.40 | 188.00 |
| Daluz,T.M. | 07/29/22 | Conference call with P. Harner, C. McClamb and M. Vesper re: objection to fee procedure | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 07/29/22 | Review transcripts from fee hearings | 1,030.00 | 0.50 | 515.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | August 24, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220806489 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 07/29/22 | Correspondence with Akin re: preliminary report | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 07/29/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/29/22 | Review Kroll monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/29/22 | E-mail correspondence with fee examiner re: Weil fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/29/22 | Review post-confirmation report | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 07/29/22 | Participate in call with P. Harner, R. Schrock and G. Fail re: settlement and fee review | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 07/29/22 | Follow up call with P. Harner | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 07/29/22 | Meeting with P. Harner, T. Daluz and M. Vesper re: status of case and fee review | 655.00 | 1.40 | 917.00 |
| McClamb,C.D. | 07/29/22 | Draft objection | 655.00 | 2.50 | 1,637.50 |
| Vesper,M.A. | 07/29/22 | Meeting with P. Harner, T. Daluz, and C. McClamb re: case updates and strategy | 470.00 | 1.30 | 611.00 |
| Vesper,M.A. | 07/29/22 | Draft transmittal letter and finalize report and exhibits for Akin ninth and tenth interim applications | 470.00 | 0.50 | 235.00 |
| Neitzel,K.N. | 07/31/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 3.10 | 992.00 |
| **Total B170** | | | | 73.90 | 49,861.50 |
| **Total Fees** | | | | 76.80 | **$52,175.00** |

| 071820.03 - 00317415 | August 24, 2022 |
| --- | --- |
| Tobey M. Daluz | Invoice No. 20220806489 |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
| --- | ---: | ---: | ---: |
| Daluz,T.M. | 15.80 | 1,030.00 | 16,274.00 |
| McClamb,C.D. | 41.60 | 655.00 | 27,248.00 |
| Vesper,M.A. | 16.30 | 470.00 | 7,661.00 |
| Neitzel,K.N. | 3.10 | 320.00 | 992.00 |
| **Total Fees** | **76.80** | | **$52,175.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                August 24, 2022
1675 Broadway                                                                 Invoice No. 20220806489
New York, NY 10019

| | |
|---|---|
| Client: | Sears Fee Examiner (071820.03) |
| Matter: | Fee and Expense Review and Reporting (00317415) |

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2022

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $52,175.00 |
| **Total Invoice Amount** | **$52,175.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| Tel 302.252.4465 | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days