# EXHIBIT H

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                         September 14, 2022
1675 Broadway                                                          Invoice No. 20220902086
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2022

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $172,659.00 |
| **Total Invoice Amount** | **$172,659.00** |

071820.03 - 00317415  
Tobey M. Daluz

September 14, 2022  
Invoice No. 20220902086

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Vesper,M.A. | 08/02/22 | Draft tenth interim and final joint fee application | 470.00 | 3.90 | 1,833.00 |
| Vesper,M.A. | 08/03/22 | Draft tenth interim and final joint fee application | 470.00 | 2.30 | 1,081.00 |
| Vesper,M.A. | 08/04/22 | Draft tenth interim and final joint fee application | 470.00 | 2.40 | 1,128.00 |
| Vesper,M.A. | 08/05/22 | Draft tenth interim and final joint fee application | 470.00 | 5.70 | 2,679.00 |
| Daluz,T.M. | 08/09/22 | Review/revise final fee application | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/09/22 | Draft and revise reservation of rights language for final fee application | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/09/22 | Correspondence with P. Harner re: reservation of rights | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/09/22 | Correspondence with C. McClamb re: final comments to and filing of final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/09/22 | Oversee filing of revised final fee application | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/09/22 | Review and edit final fee application | 655.00 | 4.50 | 2,947.50 |
| Vesper,M.A. | 08/30/22 | Correspondence with T. Daluz re: joint fee application | 470.00 | 0.10 | 47.00 |
| **Total B160** | | | | **21.10** | **11,981.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Pollard,C.P. | 08/01/22 | Review: run searches against "20220731 Fee Application" data to identify communications, duplicate time descriptions, individuals billing less than 20 hours, individuals billing 12 hours or more in a single day, billing discrepancies and tagged the identified records for review | 350.00 | 1.80 | 630.00 |
| Daluz,T.M. | 08/01/22 | Review docket re: new filings | 1,030.00 | 0.20 | 206.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/01/22 | Review Herrick monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/01/22 | Outline strategy based on pending objections to fees | 1,030.00 | 1.50 | 1,545.00 |
| Daluz,T.M. | 08/01/22 | Review Akin 44th monthly | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/01/22 | Draft statement regarding final fee applications | 655.00 | 5.00 | 3,275.00 |
| Neitzel,K.N. | 08/01/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 0.80 | 256.00 |
| Daluz,T.M. | 08/02/22 | Review Akin 45th monthly | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/02/22 | Review updated master chart and compare against range of settlement with professionals | 1,030.00 | 1.20 | 1,236.00 |
| Daluz,T.M. | 08/02/22 | Correspondence with C. McClamb and P. Harner re: terms of fee examiner retention order | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/02/22 | Emails re: statement regarding final fee applications | 655.00 | 0.30 | 196.50 |
| McClamb,C.D. | 08/02/22 | Draft statement regarding final fee applications | 655.00 | 7.00 | 4,585.00 |
| McClamb,C.D. | 08/03/22 | Draft statement re: fee applications | 655.00 | 7.50 | 4,912.50 |
| McClamb,C.D. | 08/04/22 | Draft statement re: final fee applications | 655.00 | 6.50 | 4,257.50 |
| McClamb,C.D. | 08/05/22 | Draft statement re: final fee applications | 655.00 | 7.50 | 4,912.50 |
| Daluz,T.M. | 08/08/22 | Review Akin response to fee review | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/09/22 | Review docket re: final fee applications filed | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/09/22 | Call with P. Harner re: status of discussions | 1,030.00 | 1.20 | 1,236.00 |
| Daluz,T.M. | 08/09/22 | Call with C. McClamb re: same | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/09/22 | Update correspondence from Weil to professionals re: settlement motion | 1,030.00 | 0.20 | 206.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/09/22 | Emails with P. Harner and T. Daluz re final fee applications | 655.00 | 0.80 | 524.00 |
| McClamb,C.D. | 08/09/22 | Review global settlement motion | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 08/09/22 | Edits to statement re final fee applications | 655.00 | 2.50 | 1,637.50 |
| Daluz,T.M. | 08/10/22 | Review correspondence from YCST | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Briefly review settlement motion and declarations | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/10/22 | Review Kroll final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review notice re: final fee application hearing | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/10/22 | Review substantial contribution motion and related declarations | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/10/22 | Analyze final fee applications relative to pending objections posed by Fee Examiner | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/10/22 | Review Morritt final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review FTI final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review Weil final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review Akin final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review Paul Weiss final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review YCST final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review Herrick final fee application | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/10/22 | Review Deloitte Tax final fee application | 1,030.00 | 0.30 | 309.00 |
| McClamb,C.D. | 08/10/22 | Review final fee applications | 655.00 | 4.00 | 2,620.00 |
| McClamb,C.D. | 08/10/22 | Edits to statement re final fee applications | 655.00 | 1.00 | 655.00 |
| Daluz,T.M. | 08/11/22 | Call with P. Harner re: approach to final fee protocol | 1,030.00 | 1.10 | 1,133.00 |
| Daluz,T.M. | 08/11/22 | Review/revise procedural objection | 1,030.00 | 1.00 | 1,030.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/11/22 | Call with P. Harner re: proposed revisions | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/11/22 | Correspondence with P. Harner re: objection | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/11/22 | Correspondence with C. McClamb re: draft form of communication to fee professional | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/11/22 | Review summary breakdown of Akin expenses | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/11/22 | Meeting with T. Daluz re: fee objections | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 08/11/22 | Draft fee objection | 655.00 | 7.00 | 4,585.00 |
| Vesper,M.A. | 08/11/22 | Review Akin Gump expenses for all fee applications | 470.00 | 0.90 | 423.00 |
| Pollard,C.P. | 08/12/22 | Prepare Kroll Fee Application for identification and review of fee application (Run near dup analysis on Kroll Fee Application; run communications search term report on Kroll; identify timekeepers with excessive/too little time; set up views) | 350.00 | 1.30 | 455.00 |
| Daluz,T.M. | 08/12/22 | Review revised version of procedural objection | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/12/22 | Correspondence with P. Harner re: status of negotiations and objection | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/12/22 | Emails with C. Pollard re; fee review data | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 08/12/22 | Draft fee objection | 655.00 | 7.00 | 4,585.00 |
| Neitzel,K.N. | 08/12/22 | Prepare and import fee data into Relativity workspace for attorney review | 320.00 | 1.40 | 448.00 |
| McClamb,C.D. | 08/14/22 | Emails with P. Harner re: fee objection | 655.00 | 0.40 | 262.00 |
| Daluz,T.M. | 08/15/22 | Review P. Harner's revision to objection | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/15/22 | Participate in conference call with client, C. McClamb and M. Vesper re: objection | 1,030.00 | 1.70 | 1,751.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/15/22 | Meeting with P.Harner, T. Daluz and M. Vesper re: final fee hearing | 655.00 | 1.80 | 1,179.00 |
| McClamb,C.D. | 08/15/22 | Emails with P. Harner and T. Daluz re: fee objection | 655.00 | 0.70 | 458.50 |
| McClamb,C.D. | 08/15/22 | Edits to fee objection | 655.00 | 2.00 | 1,310.00 |
| McClamb,C.D. | 08/15/22 | Draft and edit letters to professionals re: final fee applications | 655.00 | 4.50 | 2,947.50 |
| Vesper,M.A. | 08/15/22 | Meeting with P. Harner, T Daluz, and C. McClamb re: final fee applications and settlement | 470.00 | 0.70 | 329.00 |
| Vesper,M.A. | 08/15/22 | Review letter re: final fee applications | 470.00 | 0.10 | 47.00 |
| Daluz,T.M. | 08/16/22 | Email to B. Harrington | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/16/22 | Review/revise letter to firms | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/16/22 | Review/revise Weil letter | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/16/22 | Review and revise Akin letter | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/16/22 | Correspondence with Fee Examiner re: approach to negotiated resolution | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/16/22 | Correspondence with Merrick | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/16/22 | Review Merrick report | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/16/22 | Correspondence with YCST | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 08/16/22 | Emails with P. Harner, T. Daluz and M. Vesper re: letters to professionals and final fee applications | 655.00 | 1.70 | 1,113.50 |
| McClamb,C.D. | 08/16/22 | Correspond with M. Vesper re: letters to professionals re: final fee applications | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 08/16/22 | Draft and edit letters to professionals re: final fee applications | 655.00 | 7.00 | 4,585.00 |
| Vesper,M.A. | 08/16/22 | Finalize and send Young Conaway letter re: final fee applications to P. Morgan, R. Bartley, T. Buchanan, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.30 | 141.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 08/16/22 | Finalize and send Herrick letter re: final fee applications to S. O'Donnell, S. Selbst, S. Smith, C. Carty, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 08/16/22 | Finalize and send Deloitte Tax letter re: final fee applications to T. Hermanson, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 08/16/22 | Finalize and send Kroll letter re: final fee applications to S. Weiner, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 08/16/22 | Finalize and send FTI letter re: final fee applications to M. Diaz, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 08/16/22 | Correspondence with P. Harner, T. Daluz, and C. McClamb re: letter re: final fee applications | 470.00 | 0.70 | 329.00 |
| Vesper,M.A. | 08/16/22 | Finalize and send Moritt letter re: final fee applications to J. Chou, T. Berkowitz, D. Marlow, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 08/16/22 | Finalize and send Paul Weiss letter re: final fee applications to JP. Basta, K. Cornish, L. Clayton, R. Britton, P. Harner, T. Daluz, and C. McClamb | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 08/16/22 | Review and confirm addresses and information for mail merge for letter re: final fee applications | 470.00 | 1.40 | 658.00 |
| Vesper,M.A. | 08/16/22 | Finalize Herrick, Feinstein LLP combined preliminary report for first through fifth interim fee application time entries | 470.00 | 1.10 | 517.00 |
| Daluz,T.M. | 08/17/22 | Conference call with Fee Examiner, C. McClamb and M. Vesper re negotiations | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/17/22 | Follow-up call with P. Harner re call with Chapman and next steps | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/17/22 | Review correspondence with Herrick | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/17/22 | Multiple correspondence with firms re final fee applications | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/17/22 | Review correspondence from R. Shrock | 1,030.00 | 0.20 | 206.00 |

071820.03 - 00317415  
Tobey M. Daluz

September 14, 2022  
Invoice No. 20220902086

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/17/22 | Email with P. Harner re talking points | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/17/22 | Meeting with P. Harner, T. Daluz, and M. Vesper re: final fee applications | 655.00 | 1.00 | 655.00 |
| McClamb,C.D. | 08/17/22 | Phone call to S. Wiener | 655.00 | 0.10 | 65.50 |
| McClamb,C.D. | 08/17/22 | Emails with P. Harner, T. Daluz, and M. Vesper re: final fee applications | 655.00 | 1.20 | 786.00 |
| McClamb,C.D. | 08/17/22 | Draft objection to fee applications | 655.00 | 2.50 | 1,637.50 |
| McClamb,C.D. | 08/17/22 | Edits to letters to professionals and final fee applications | 655.00 | 3.30 | 2,161.50 |
| McClamb,C.D. | 08/17/22 | Correspond with C. Jimenez re: preliminary reports | 655.00 | 0.30 | 196.50 |
| Vesper,M.A. | 08/17/22 | Review letter re: Weil final fee application | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 08/17/22 | Review letter re: Akin final fee application | 470.00 | 0.20 | 94.00 |
| Vesper,M.A. | 08/17/22 | Correspondence with R. Bartley, P. Harner, T. Daluz and C. McClamb re: final fee application letter | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 08/17/22 | Meeting with P. Harner, T Daluz, and C. McClamb re: final fee applications and settlement | 470.00 | 0.70 | 329.00 |
| Vesper,M.A. | 08/17/22 | Correspondence with P. Harner, T. Daluz and C. McClamb re: final fee applications and settlement | 470.00 | 0.30 | 141.00 |
| Vesper,M.A. | 08/17/22 | Review and finalize transmittal letter, report and exhibits for Herrick combined report for first through fifth fee applications and correspondence with C. Carty, P. Harner, T. Daluz, and C. McClamb re: same | 470.00 | 0.80 | 376.00 |
| Daluz,T.M. | 08/18/22 | Conference call with P. Harner and C. McClamb re call with mediator and next steps | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/18/22 | Review analysis re unpaid fees | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/18/22 | Meeting and calls with C. McClamb re analysis | 1,030.00 | 1.00 | 1,030.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/18/22 | Review transcript and excerpts re dip carve out account, plan and litigation designees | 1,030.00 | 1.20 | 1,236.00 |
| Daluz,T.M. | 08/18/22 | Call with P. Harner re analysis and counterproposal | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 08/18/22 | Phone call with P. Harner and T. Daluz re: professional fees | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 08/18/22 | Prepare analysis of professional fees | 655.00 | 4.00 | 2,620.00 |
| McClamb,C.D. | 08/18/22 | Phone call with T. Daluz re: professional fees | 655.00 | 1.30 | 851.50 |
| McClamb,C.D. | 08/18/22 | Draft objection to final fee applications | 655.00 | 2.30 | 1,506.50 |
| Daluz,T.M. | 08/19/22 | Correspondence with P. Harner re: procedural status | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/19/22 | Correspondence with P. Harner re: input from UST | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/19/22 | Call with P. Harner re: negotiations | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/19/22 | Update call with P. Harner re: call with Chapman | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/19/22 | Call with P. Harner re: negotiations | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/19/22 | Call with C. McClamb re: update | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/19/22 | Review summary of litigation trust and settlement motion re: DIP carve out and fee escrow | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/19/22 | Review M-III monthly fee application | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/19/22 | Conference call with P. Harner to discuss firm by firm negotiations | 1,030.00 | 1.40 | 1,442.00 |
| Daluz,T.M. | 08/19/22 | Review docket re: new filings | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/19/22 | Draft objection to final fee applications | 655.00 | 6.50 | 4,257.50 |
| Daluz,T.M. | 08/20/22 | Call to C. McClamb re: status of objection | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/20/22 | Call with P. Harner re: negotiations | 1,030.00 | 0.60 | 618.00 |
| Daluz,T.M. | 08/20/22 | Call with P. Harner re: negotiations | 1,030.00 | 0.20 | 206.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/20/22 | Emails with P. Harner and T. Daluz re: objection to fee application process | 655.00 | 0.40 | 262.00 |
| Daluz,T.M. | 08/21/22 | Call with P. Harner re: negotiations | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/21/22 | Call with P. Harner re: negotiations | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 08/21/22 | Emails with P. Harner and T. Daluz re: preliminary reports | 655.00 | 0.60 | 393.00 |
| Daluz,T.M. | 08/22/22 | Call with YCST and P. Harner re: final fee app | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/22/22 | Review follow up e-mail from YCST re: reduction | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/22/22 | Follow up call with P. Harner re: YCST negotiations | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/22/22 | Meeting with C. McClamb, P. Harner and M. Vesper re: changes to procedural objection | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/22/22 | Review updated objection | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/22/22 | Call with G Fail re: final fee applications | 1,030.00 | 0.60 | 618.00 |
| Daluz,T.M. | 08/22/22 | Call with P. Harner re: same | 1,030.00 | 0.70 | 721.00 |
| Daluz,T.M. | 08/22/22 | Correspondence with UST re: fee procedures | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/22/22 | Call with P. Harner re: UST and negotiations with professionals | 1,030.00 | 0.70 | 721.00 |
| Daluz,T.M. | 08/22/22 | Follow-up e-mail with UST re: final fee applications | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/22/22 | Prepare for Herrick call | 1,030.00 | 0.70 | 721.00 |
| Daluz,T.M. | 08/22/22 | Conference call with lawyers from Herrick and Fee Examiner | 1,030.00 | 0.60 | 618.00 |
| Daluz,T.M. | 08/22/22 | Review counter proposal from Weil | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/22/22 | Call with Fee Examiner re: reaction to counter | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/22/22 | Meeting with P. Harner, T. Daluz and M. Vesper | 655.00 | 1.00 | 655.00 |
| McClamb,C.D. | 08/22/22 | Edits to procedural objection | 655.00 | 1.00 | 655.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/22/22 | Draft objection to fee applications | 655.00 | 3.50 | 2,292.50 |
| Vesper,M.A. | 08/22/22 | Meeting with P. Harner, T. Daluz, and C. McClamb re: substantive or procedural objection to final fee applications and procedure | 470.00 | 1.30 | 611.00 |
| Vesper,M.A. | 08/22/22 | Research re: cases reducing fees under section 330 | 470.00 | 5.10 | 2,397.00 |
| Daluz,T.M. | 08/23/22 | Correspondence with P. Harner re: same | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/23/22 | Call with P. Harner re: progress | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/23/22 | E-mail update from P. Harner | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/23/22 | Review correspondence from R. Schrock re: counter proposal | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/23/22 | Correspondence with G. Fail re: FTI reports | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/23/22 | Call with C. McClamb re: objection and fee chart | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/23/22 | Review summary of Cyrus objection | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/23/22 | Correspondence with M. Vesper re: amount of Cyrus asserted super-priority claim | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/23/22 | Conference call with P. Harner re: comprehensive firm by firm analysis | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/23/22 | Call with P. Harner re: negotiations with Weil | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/23/22 | Review and revise fee chart | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/23/22 | Call with P. Harner re: negotiations with professionals | 1,030.00 | 0.70 | 721.00 |
| Daluz,T.M. | 08/23/22 | Call with P. Harner re: conversations with Chapman | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/23/22 | Call with G. Fail re: negotiations | 1,030.00 | 0.10 | 103.00 |
| McClamb,C.D. | 08/23/22 | Review and circulate reservation of rights re: fee applications | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 08/23/22 | Draft objection to fee applications | 655.00 | 6.00 | 3,930.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Vesper,M.A. | 08/23/22 | Research re: reservation of rights re: settlement agreement | 470.00 | 0.80 | 376.00 |
| Daluz,T.M. | 08/24/22 | Call with C. McClamb re: objection to final fee order | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/24/22 | Call with P. Harner re: negotiated reductions and voluntary post-petition reductions | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/24/22 | Review fee reduction chart | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/24/22 | Call with P. Harner re: objection and potential settlement | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/24/22 | Call with P. Harner re possible resolution | 1,030.00 | 0.40 | 412.00 |
| Daluz,T.M. | 08/24/22 | Call with P. Harner re: updated discussions | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/24/22 | Call with P. Harner re: updated call with Weil | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/24/22 | Call with P. Harner re: negotiated fee reductions | 1,030.00 | 0.70 | 721.00 |
| Daluz,T.M. | 08/24/22 | Correspondence with Chapman J., R. Schrock, G. Fail and P. Harner re: negotiations over final fees | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/24/22 | Follow up call with P. Harner re: updates | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/24/22 | Revise and finalize Fee Examiner objection | 1,030.00 | 0.50 | 515.00 |
| McClamb,C.D. | 08/24/22 | Emails with P. Harner, T. Daluz, and M. Vesper re Craft Orient objection | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 08/24/22 | Draft objection to fee applications | 655.00 | 6.00 | 3,930.00 |
| McClamb,C.D. | 08/24/22 | Prepare analysis of fee reductions | 655.00 | 2.00 | 1,310.00 |
| Daluz,T.M. | 08/25/22 | Call with P. Harner and UST's office (B. Harrington and P. Schwartzburg) re: final fee protocol | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/25/22 | Follow-up call with P. Harner re: UST and potential filing of statement | 1,030.00 | 0.60 | 618.00 |
| Daluz,T.M. | 08/25/22 | Update C. McClamb and M. Vesper re: status of discussions | 1,030.00 | 0.20 | 206.00 |

071820.03 - 00317415  September 14, 2022
Tobey M. Daluz  Invoice No. 20220902086

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/25/22 | E-mail correspondence with P. Harner re: position of debtors counsel | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/25/22 | E-mail correspondence with P. Harner re: fee reductions | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/25/22 | Call with P. Harner re: potential resolution | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/25/22 | Call with P. Harner re: negotiations with Weil | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | E-mail correspondence with P. Harner re: draft statement to file with the court | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Call with P. Harner re: status of negotiations with counsel for debtor and fee concessions | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/26/22 | Correspondence with C. McClamb re: settlement and draft of statement | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/26/22 | Correspondence with G. Fail re: total number of negotiated reductions | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Call with G. Fail re: resolution, fee order and fee examiner's statement | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Review and revise draft statement re: resolution of fee objections | 1,030.00 | 0.60 | 618.00 |
| Daluz,T.M. | 08/26/22 | Meeting with P. Harner and C.McClamb re revisions to statement | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/26/22 | Call w/ P. Harner re: resolution and prepare for hearing | 1,030.00 | 1.00 | 1,030.00 |
| Daluz,T.M. | 08/26/22 | E-mails with counsel to debtor re: statement and comments thereto | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/26/22 | E-mail correspondence with YCST re: resolution | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Call with YCST re: fee resolution | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Review objection of administrative claim rep to final fee applications | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Correspondence with C. McClamb re: objection and calls with M-III | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/26/22 | Call with P. Harner re: fee resolution and timing of payment | 1,030.00 | 0.60 | 618.00 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 14, 2022 |
| Tobey M. Daluz | | | | | Invoice No. 20220902086 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/26/22 | Phone call with P. Harner and T. Daluz re: statement regarding fee applications | 655.00 | 1.00 | 655.00 |
| McClamb,C.D. | 08/26/22 | Meeting with P. Harner and T. Daluz re: statement regarding fee applications | 655.00 | 1.00 | 655.00 |
| McClamb,C.D. | 08/26/22 | Draft and edit statement re: resolution of fee application | 655.00 | 5.40 | 3,537.00 |
| McClamb,C.D. | 08/26/22 | Emails with R. Schrock and G. Fail re: statement of resolution of fee application | 655.00 | 0.40 | 262.00 |
| McClamb,C.D. | 08/26/22 | Emails with P. Harner and T. Daluz re: final fee hearing | 655.00 | 0.60 | 393.00 |
| Daluz,T.M. | 08/29/22 | Review agenda of hearing | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/29/22 | Review and revise final fee order | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/29/22 | Meeting with P. Harner and C McClamb re: fee order | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/29/22 | Call with C. McClamb re: review of final fee order | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/29/22 | Calls with Weil re: changes to fee order | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/29/22 | Call with P. Harner re: fee hearing | 1,030.00 | 0.70 | 721.00 |
| Daluz,T.M. | 08/29/22 | Review docket re: additional objections to final orders | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/29/22 | Meeting with P. Harner and T. Daluz re: fee order | 655.00 | 0.50 | 327.50 |
| McClamb,C.D. | 08/29/22 | Review proposed orders and comments | 655.00 | 0.50 | 327.50 |
| Daluz,T.M. | 08/30/22 | Review correspondence from Chambers re: Judge request for a fee schedule | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/30/22 | Call with C. McClamb re: preparation of chart | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/30/22 | Review and revise chart | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/30/22 | Call with C. McClamb re: changes | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/30/22 | Review revised chart | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/30/22 | Call with G. Fail re: request from Judge | 1,030.00 | 0.10 | 103.00 |

071820.03 - 00317415                                                                                  September 14, 2022
Tobey M. Daluz                                                                                 Invoice No. 20220902086

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/30/22 | Correspondence with Chambers re: request | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/30/22 | Call with P. Harner re: fee schedule sent to chambers | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/30/22 | Review final fee order filed with court | 1,030.00 | 0.20 | 206.00 |
| McClamb,C.D. | 08/30/22 | Emails with P. Harner and T. Daluz re: analysis of fee reductions | 655.00 | 1.10 | 720.50 |
| McClamb,C.D. | 08/30/22 | Phone call with chambers re: analysis of fee reductions | 655.00 | 0.20 | 131.00 |
| McClamb,C.D. | 08/30/22 | Prepare analysis of fee reductions | 655.00 | 3.50 | 2,292.50 |
| Daluz,T.M. | 08/31/22 | Call with C. McClamb re: follow up to Judge's ruling | 1,030.00 | 0.20 | 206.00 |
| Daluz,T.M. | 08/31/22 | Call with P. Harner re: next steps | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/31/22 | Review revised final fee orders | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/31/22 | Attend virtual hearing in case | 1,030.00 | 3.20 | 3,296.00 |
| Daluz,T.M. | 08/31/22 | Call with P. Harner in advance of hearing | 1,030.00 | 0.30 | 309.00 |
| Daluz,T.M. | 08/31/22 | Prepare statement to present to the court | 1,030.00 | 0.50 | 515.00 |
| Daluz,T.M. | 08/31/22 | Review amended agenda | 1,030.00 | 0.10 | 103.00 |
| Daluz,T.M. | 08/31/22 | Correspondence with G Fail re: same | 1,030.00 | 0.20 | 206.00 |
| **Total B170** | | | | **217.30** | **160,677.50** |
| **Total Fees** | | | | **238.40** | **$172,659.00** |

071820.03 - 00317415  September 14, 2022
Tobey M. Daluz  Invoice No. 20220902086

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 63.70 | 1,030.00 | 65,611.00 |
| McClamb,C.D. | 138.60 | 655.00 | 90,783.00 |
| Vesper,M.A. | 30.80 | 470.00 | 14,476.00 |
| Neitzel,K.N. | 2.20 | 320.00 | 704.00 |
| Pollard,C.P. | 3.10 | 350.00 | 1,085.00 |
| **Total Fees** | **238.40** | | **$172,659.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Paul E. Harner                                                                                          September 14, 2022
1675 Broadway                                                                                          Invoice No. 20220902086
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2022

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $172,659.00 |
| **Total Invoice Amount** | **$172,659.00** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days