WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (SHL)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746**
**REGARDING DEBTORS' FORTY-EIGHTH OMNIBUS**
**OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.      On August 30, 2022, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10618) (the "**Omnibus Objection**").

2.      In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**").   The Response Deadline was set for September 20, 2022, at 4:00 p.m. (prevailing Eastern Time).  The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.  Since the filing of the Omnibus Objection, the Debtors received informal responses or indications of intent to submit a response from claimants regarding certain claims (the "**Claims**").

3.      Therefore, the Debtors have removed the Claims from <u>Exhibit 1</u> to the proposed order (the "**Proposed Order**"), a copy of which is annexed hereto as **<u>Exhibit A</u>**.

4.      The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified in the Proposed Order, no further responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

5.      A redline of <u>Exhibit 1</u> to the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

6.      Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  October 3, 2022
        New York, New York

*/s/  Garrett A. Fail*
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (SHL)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)

Upon the *Debtors' Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims)*, filed on August 30, 2022 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

## IT IS HEREBY ORDERED THAT:

1.      The Objection is granted.

2.      Each proof of claim listed on **<u>Exhibit 1</u>** annexed hereto is reclassified in its entirety to a general unsecured claim.

3.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.    The terms and conditions of this Order are effective immediately upon entry.


Dated: _____, 2022
          White Plains, New York


_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

### **Reclassified Claims**

| Debtors' Forty-eighth Omnibus Objection to Claims | |
| :--- | :--- |
| Exhibit A | |
| Schedule of Claims to be Reclassed to General Unsecured | |
| | **Affected** |
| **Ref** | **Proof of** |
| **#** | **Name of Claimant** | **Claim No.** |

| Ref # | Name of Claimant | Affected Proof of Claim No. |
| :--- | :--- | :---: |
| 1. | Abram, Beatrice | 24886 |
| 2. | ABSHER, CAROLINE | 23664 |
| 3. | ACKERMANN, BARBARA | 26068 |
| 4. | ADAMO, GAETANO | 23308 |
| 5. | Adams, Grover Forrest | 22415 |
| 6. | Adams, Judith | 24271 |
| 7. | Adams, Nova Jean | 21136 |
| 8. | Adside, Bella M | 23836 |
| 9. | AGUIRRE, CONCHA  V | 25679 |
| 10. | Aleman, Albert L. | 21140 |
| 11. | Allen, Garnet L. | 25731 |
| 12. | ALLEN, MOSLEY LEE | 25147 |
| 13. | ALLEN, ROYAL ALTON | 24007 |
| 14. | ALLEN, VANESSA | 25497 |
| 15. | ALTMAN, FRANCIS R. | 22080 |
| 16. | Ambrose, Lois G | 23366 |
| 17. | AMEND, HERBERT R | 21982 |
| 18. | AMREIN, RICHARD F. | 20821 |
| 19. | ANDERSON, ELIZABETH F. | 25062 |
| 20. | ANDERSON, FLOYD D. | 22620 |
| 21. | Anderson, Jacquline Jean | 24701 |
| 22. | Anderson, June  B. | 21672 |
| 23. | Andrews, Joe D | 21132 |
| 24. | Anthony, Rodney J | 24101 |
| 25. | APODACA, LUCIANO | 24441 |
| 26. | ARCE, LILLY | 23069 |
| 27. | ARENS, LOYAL | 21765 |
| 28. | Arizzi, Robert | 25749 |
| 29. | ARMSTRONG, MARTHA | 23080 |
| 30. | Arnold, James D | 21534 |
| 31. | ASHER, THERESA | 24275 |
| 32. | ATKINSON, BONNIE JEAN | 23793 |
| 33. | Auker, Arlene | 23398 |
| 34. | Authier, Lee J. | 24333 |
| 35. | AUTRY, WALLACE DALTON | 23087 |
| 36. | Averitt, Roy L. | 21214 |
| 37. | Avilez, Edmee | 24665 |
| 38. | Ayers, Leslie E. | 26283 |
| 39. | Babus, Betty | 23039 |
| 40. | Baggett, Mrs. Claudine D. | 22067 |
| 41. | BAILEY JR, RALPH L. | 25653 |
| 42. | Bailey, Bobby W. | 23187 |
| 43. | Baker, Irene | 24904 |
| 44. | Balanda, Joyce E | 24694 |
| 45. | Baldwin, Kenneth E. | 21925 |
| 46. | BANKS, MARY | 25084 |
| 47. | BAPTISTE, JOHN A | 25148 |
| 48. | Barbour, Estella | 24796 |

| | Debtors' Forty-eighth Omnibus Objection to Claims |
|---|---|
| | **Exhibit A** |
| | **Schedule of Claims to be Reclassed to General Unsecured** |

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 49. | Barczak, Barbara A. | 21706 |
| 50. | Barefoot, Jr, John V. | 23314 |
| 51. | Barletta, Lucy | 20769 |
| 52. | Barnes, Brian J. | 22394 |
| 53. | Barnet, Edmund M. | 24320 |
| 54. | Baroni Jr, Frank  J. | 23505 |
| 55. | BARRETT, WILLIAM L | 23822 |
| 56. | Bartgis, Etta Susan | 24204 |
| 57. | Bartos, Virginia | 22550 |
| 58. | Bass, William E | 25304 |
| 59. | Batina, Antone R | 22057 |
| 60. | Battles, Dorothy | 24680 |
| 61. | Bauldock, Ora | 22817 |
| 62. | BEAL, PAULA S. | 24972 |
| 63. | Beaupre, Gary | 23931 |
| 64. | BECK, JACK M | 25095 |
| 65. | Beers, Alice Joan | 21861 |
| 66. | Behn, Harriet M. | 23338 |
| 67. | BELCHER, EDOISE ELIZABETH | 22247 |
| 68. | BELLISSIMO, VINCENT | 22790 |
| 69. | Bennett, Dorothy | 24064 |
| 70. | Benton, Leona M. | 23072 |
| 71. | BENTZ, NANCY L. | 22843 |
| 72. | Berger, Robert J. | 21203 |
| 73. | Berliant, Sandra | 26481 |
| 74. | Bernacki, Dorothy  A | 23523 |
| 75. | Biczak, Thomas Anthony | 22553 |
| 76. | Bieszczad, Helene J. | 25984 |
| 77. | Biltz, Henrietta A. | 24156 |
| 78. | Bischof, Nicholas J | 21119 |
| 79. | Bittner, Sofia R. | 25756 |
| 80. | Black, Forrest H. | 25295 |
| 81. | BLANKINSHIP, DOROTHY F. | 21526 |
| 82. | Blanton, Mattie Louise | 24820 |
| 83. | Boatman, Donald R | 23088 |
| 84. | Bochenek, John H. | 24407 |
| 85. | Bolin, Myrna I. | 21016 |
| 86. | BONEY, RONALD L. | 25009 |
| 87. | Bonnet, Cecile J | 24200 |
| 88. | BOOTEN, BARBARA A. | 21807 |
| 89. | Boozer, James M. | 24728 |
| 90. | Borg, Victoria | 25612 |
| 91. | Boris, Fabian Dennis | 23692 |
| 92. | Bottichio, Marian | 22556 |
| 93. | Botwin, Richard J. | 20830 |
| 94. | Boud, Roger M. | 21254 |
| 95. | Boudreaux, Jr., Renel Lee | 21469 |
| 96. | Bourne, Billy C | 21442 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 97. | Bouwman, Kenneth J. | 24079 |
| 98. | Bowden, Kenneth  R | 20835 |
| 99. | Bowen, John W | 23755 |
| 100. | Bowlsby, Theresa | 25666 |
| 101. | Bowman, Jo Ann | 22123 |
| 102. | Bowman, Rex A. | 21896 |
| 103. | BOX, DONALD DOUGLAS | 21550 |
| 104. | Boyd Carter, Dixie June | 24929 |
| 105. | Boyd, Bobby D | 24417 |
| 106. | BOYD, GYPSY D | 20736 |
| 107. | Brady, Patricia | 24173 |
| 108. | Brakardt, Everett L. | 26200 |
| 109. | BRANA, ANTOINETTE | 26054 |
| 110. | BRANDENBURG, WALTER E | 23766 |
| 111. | BRANDT, JERRY L | 21760 |
| 112. | BRAUN, LAVERNE | 24714 |
| 113. | Breeser, John C. | 25080 |
| 114. | Brell, Louis  R. | 23405 |
| 115. | Bridgeforth, Frank E. | 25101 |
| 116. | Brinkley, Robert S. | 23158 |
| 117. | BROOKS, RUSSELL TONY | 23449 |
| 118. | Brower, Norma | 25589 |
| 119. | Brown, Betty T. | 23018 |
| 120. | BROWN, BILLY | 24482 |
| 121. | BROWN, CECIL E | 25003 |
| 122. | Bruce, James Melvin | 23309 |
| 123. | Bruce, Lily | 25492 |
| 124. | Bruntz, Gilbert P. | 26444 |
| 125. | Bryant, Richard Harrison | 23408 |
| 126. | Bryson, William W | 24806 |
| 127. | Buccella, Eugene F | 24444 |
| 128. | BUDA, JEAN G | 25968 |
| 129. | Buffer, Mary Ann | 24560 |
| 130. | Bullins, Ronald Wayne | 23248 |
| 131. | BURKE, JOAN F. | 25801 |
| 132. | Burke, John | 25710 |
| 133. | Burkert, Irving L | 22164 |
| 134. | Burr, Kathleen M. | 24245 |
| 135. | BURRIS, FLOYD A. | 23270 |
| 136. | Burroughs, Ralph D. | 21096 |
| 137. | Burti, Ernest A | 20829 |
| 138. | Burwell, Amy I. | 23448 |
| 139. | Bussiere, Elizabeth | 20891 |
| 140. | Butler, G K | 21740 |
| 141. | CAIN, WILLIAM L | 25078 |
| 142. | CAINES, AILEEN J | 22862 |
| 143. | Callison, Linda Jean | 22881 |
| 144. | Campbell, Ralph B. | 22258 |

| | Debtors' Forty-eighth Omnibus Objection to Claims<br>Exhibit A<br>Schedule of Claims to be Reclassed to General Unsecured | |
|---|---|---|
| **Ref<br>#** | **Name of Claimant** | **Affected<br>Proof of<br>Claim No.** |
| 145. | Campos, Joe | 21354 |
| 146. | CANTANTE, JAMES J | 23422 |
| 147. | Cantrell, Willa M. | 22358 |
| 148. | CARPENTER, DUANE PHILLIP | 21858 |
| 149. | CARPENTER, MARGARET | 25916 |
| 150. | Carr, Priscilla J | 23975 |
| 151. | Carter Jr., William | 21623 |
| 152. | Carter, Norman J. | 26183 |
| 153. | CARTER, REBECCA S. | 21620 |
| 154. | Carter, Robert Morris | 25000 |
| 155. | CARUSO, CLETO P | 22934 |
| 156. | CASEY, NANCY L. | 25803 |
| 157. | Cassel Jr., Walter C | 22682 |
| 158. | CASTELLANA, JOHN E | 22297 |
| 159. | CASTIGLIONE, PETER A | 21478 |
| 160. | Castro, Carlos M | 24687 |
| 161. | Cato, Dixie A | 22091 |
| 162. | CAWLEY, JANICE | 24340 |
| 163. | CELMER, REGINA AGNES | 22885 |
| 164. | Chapman, Sydney Malinda | 21440 |
| 165. | Charbonneau, Evelyn M. | 24120 |
| 166. | Chorost, Saul | 21601 |
| 167. | Christ, Robert B. | 25105 |
| 168. | Church, Charles H | 22404 |
| 169. | CHURCHWELL, DORIS J | 22506 |
| 170. | Cianci Sr., Frank J. | 24867 |
| 171. | Cichon, Corinne | 25760 |
| 172. | CILLI, JR, VINCENT J. | 21917 |
| 173. | Clapp, Mary Lou | 21169 |
| 174. | Clarke Jr, James V. | 23525 |
| 175. | Clay, Catherine | 24970 |
| 176. | CLAYTON, ROBERT A. | 22370 |
| 177. | CLINKSCALES, CALVIN | 23958 |
| 178. | Cochran, Carole A. | 21839 |
| 179. | COCKERHAM, CLYDE | 22015 |
| 180. | COFIELD, EMILIE | 23804 |
| 181. | Coile, Arthur C | 22952 |
| 182. | Cole, Vina E. | 22867 |
| 183. | Coleman, Gene A. | 26169 |
| 184. | COLEMAN, LEON | 20820 |
| 185. | COLON, SUSAN | 23462 |
| 186. | COMSTOCK, HAROLD | 22606 |
| 187. | Coneywoods, Barbara  J. | 23606 |
| 188. | CONYERS, LEONARD G. | 26066 |
| 189. | COREN, DORIS | 23711 |
| 190. | COSTELLO, WILLIAM J | 20691 |
| 191. | Courville, Ronald  J | 21201 |
| 192. | COVIETZ, EUNICE T. | 24463 |

| Debtors' Forty-eighth Omnibus Objection to Claims | |
|---|---|
| **Exhibit A** | |
| **Schedule of Claims to be Reclassed to General Unsecured** | |

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 193. | Coward, Taft | 23967 |
| 194. | Cox, Bessie M. | 23392 |
| 195. | Cozart, Sonnie | 24990 |
| 196. | CRAIG, JOYCE | 25150 |
| 197. | Crawford, Christine D. | 21306 |
| 198. | Crenshaw, Ila Mae | 22713 |
| 199. | Crosby, Howard James | 24666 |
| 200. | Crosswhite, Jackson C. | 23343 |
| 201. | Crull, James Dennis | 21413 |
| 202. | Crump, Kenneth P. | 21209 |
| 203. | CULL, MARVIN | 22803 |
| 204. | CULPEPPER, GLADYS | 22482 |
| 205. | CUMBO, LOUIS J. | 21580 |
| 206. | Cunningham, Catherine | 24450 |
| 207. | CUNNINGHAM, HERSHEL HAROLD | 23671 |
| 208. | Cunningham, Mary W. | 20893 |
| 209. | Cunningham, Paul W. | 25458 |
| 210. | Curran, Theresa | 21002 |
| 211. | Curtis, William Jerry | 25090 |
| 212. | DABNEY, VIRGINIA L. | 21541 |
| 213. | Daddario, George | 20921 |
| 214. | Dale, Ruth Elizabeth | 23691 |
| 215. | Dales, Betty Lou | 25726 |
| 216. | D'Angelo, Ignazio G. | 22500 |
| 217. | D'Aunoy, Gilda V. | 26178 |
| 218. | Davis Sr, WM. P. | 21745 |
| 219. | DAVIS, HELEN | 21913 |
| 220. | Davis, James E. | 21125 |
| 221. | Davis, Ray D | 21123 |
| 222. | DAVIS, WALTER T. | 22217 |
| 223. | DE FLORIO, CAROLE L | 23299 |
| 224. | De La Rosa, Joe G. | 22853 |
| 225. | De Poto, Frances L. | 25515 |
| 226. | DEAL, ROBERT LEROY | 24473 |
| 227. | DEAVER, LEROY | 25989 |
| 228. | Debacker, Janet E | 22573 |
| 229. | Dechicco, Philip R. | 25738 |
| 230. | DEETER, NANNIE L. | 21271 |
| 231. | DEFIBAUGH, ANNA SCOTT | 22927 |
| 232. | DEHESA, SHARON M. | 23267 |
| 233. | DELANEY, LAWRENCE E. | 25978 |
| 234. | Delma L. Smith Jr (Deceased) | 21435 |
| 235. | DeMaio, Victor G. | 23694 |
| 236. | Demers, Roger J. | 21410 |
| 237. | Dennis, Lee R. | 25289 |
| 238. | Derden, Billy | 21171 |
| 239. | D'Eugenio, Evelyn | 22690 |
| 240. | DEW, BLANCHE W | 23771 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 241. | Deweese, Opal Alveno | 24877 |
| 242. | Dewey Keith Simpkins / Randall Wayne Simpkins | 20950 |
| 243. | Di Gesu, Roger Gaspare | 21849 |
| 244. | DiAmbrosio, Grace | 23380 |
| 245. | Dibeh, Sadallah | 21055 |
| 246. | Digiacomo, Elizabeth J. | 25191 |
| 247. | Dimichieli, Lorenzo | 24057 |
| 248. | Dimitriou, Dimitrios J. | 25416 |
| 249. | DOANE, FELMA I | 22904 |
| 250. | Dominguez, Rachel T. | 24766 |
| 251. | Dominguez, Rosaura | 25693 |
| 252. | Donna Marie Stulgin | 22551 |
| 253. | Donovan, Sinaida | 24304 |
| 254. | Dora Brown wife of Donald E. Brown | 23127 |
| 255. | Dougan, John C | 21448 |
| 256. | DOUGHERTY, MARGARET ANN | 24392 |
| 257. | Dowdy, Avahleen A | 21060 |
| 258. | Downer, Lionel C. | 25573 |
| 259. | Drassen, Melvin Arthur | 25568 |
| 260. | Dresel, Mildred | 24894 |
| 261. | Driver, Annie Ruth | 26170 |
| 262. | Duke, Harold | 21552 |
| 263. | DUNCAN, GUY A | 24911 |
| 264. | Dunham, Jane M. | 25528 |
| 265. | DUNNE, MARGARET | 25338 |
| 266. | DURHAM, JERROLD R | 23225 |
| 267. | Dutcher, Conrad  N | 23591 |
| 268. | Dye, Mary V. | 26599 |
| 269. | DYER, MILDRED G | 22772 |
| 270. | EASTWOOD, DAVID A | 22414 |
| 271. | Eaton, George W | 23183 |
| 272. | Eaton, Joan | 26118 |
| 273. | Edmondson, John E. | 23986 |
| 274. | EDNIE, OLGA | 22822 |
| 275. | Edward, Donnie L | 20915 |
| 276. | Edwards, Martha Juanita | 25064 |
| 277. | EDWARDS, OZELL | 22588 |
| 278. | EIERMANN, RAYMOND | 20696 |
| 279. | Eiland, John C | 23987 |
| 280. | Elder, Carl | 25847 |
| 281. | Eldridge, Douglas R. | 23901 |
| 282. | Eley Funeral Home (Formerly Bayliff & Eley Funeral | 25208 |
| 283. | Elliott, John | 23230 |
| 284. | Elmore, Lois | 24487 |
| 285. | EMILIAN, DONALD J. | 26096 |
| 286. | Engez, Ronald K | 21334 |
| 287. | Escobedo, Ninfa | 20983 |
| 288. | Estate of Elizabeth A Freyman | 23123 |

| Debtors' Forty-eighth Omnibus Objection to Claims |
| :---: |
| Exhibit A |
| Schedule of Claims to be Reclassed to General Unsecured |

| Ref # | Name of Claimant | Affected Proof of Claim No. |
| :--- | :--- | :---: |
| 289. | Estate of Marion Imagene Gover, deceased by Don | 25358 |
| 290. | ESTATE OF VIRGINIA MORTON | 26028 |
| 291. | Estes, Kelsay Anne | 21126 |
| 292. | Estrada, Jesus M | 20759 |
| 293. | Euston, Gregory E | 21349 |
| 294. | Falbe, Louise A | 22087 |
| 295. | FALCO, CHARLOTTE A | 24315 |
| 296. | Falconer, Isabel | 25591 |
| 297. | Fannon, Donna  J | 22937 |
| 298. | Fant, Gladys M. | 26289 |
| 299. | Farrington, Frank J. | 21325 |
| 300. | Fensel, Frederick R | 21551 |
| 301. | Ferrier, Hugh D | 26441 |
| 302. | FERRO, WILLIAM | 21732 |
| 303. | FIEDLER, BETTY JEAN | 22770 |
| 304. | Fields, Sarah | 25198 |
| 305. | Filippone, Salvatore D. | 22032 |
| 306. | Finch, Llyod | 23675 |
| 307. | Fitzgibbon, James S. | 22274 |
| 308. | Fleming, Patricia Ann | 22290 |
| 309. | Fletcher, Billy J. | 21376 |
| 310. | FLOYD, RUFUS LEROY | 24905 |
| 311. | Flukinger, Fred Kenneth | 25099 |
| 312. | Ford, Dorothy Jean | 24783 |
| 313. | FORD, WILLIAM C. | 22097 |
| 314. | FOSTER, CARROLL LEE | 20660 |
| 315. | Foster, George | 20738 |
| 316. | Fountain, Graham M | 22943 |
| 317. | Fowler, Arnold Gray | 21255 |
| 318. | FRANCIS, CLIFFORD C. | 25020 |
| 319. | FRITZ, MARGARETTE H | 24903 |
| 320. | FRONCZAK, DOROTHY A | 25207 |
| 321. | FRONTZ, PAUL J. | 25140 |
| 322. | Fugate, Ruby J. | 23036 |
| 323. | FULLER, MARGARET P | 21703 |
| 324. | Funke, Mary Ellen | 22254 |
| 325. | Gabriel, Rachel W. | 22829 |
| 326. | GALLAGHER, JACKIE | 21747 |
| 327. | Gallardo, Peter R | 22711 |
| 328. | Gallegos, Eulalia | 25366 |
| 329. | Gallop, Wilma J. | 24791 |
| 330. | GANDENBERGER, PAUL E. | 25376 |
| 331. | Garcez, Adolph | 20723 |
| 332. | Garcia, Gidalthy | 25872 |
| 333. | Garcia, Gloria | 23597 |
| 334. | Garrett, Roy | 24022 |
| 335. | Garza, Olga | 23175 |
| 336. | Garza, Pablo A. | 23190 |

| | Debtors' Forty-eighth Omnibus Objection to Claims |
|---|---|
| | Exhibit A |
| | Schedule of Claims to be Reclassed to General Unsecured |

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 337. | Gayowki, Florence | 25072 |
| 338. | Geist, Jacqueline Rosella | 23919 |
| 339. | GENTILE, ETTA | 23862 |
| 340. | Gentry, Sr, Roger Dennis | 25958 |
| 341. | Giles, William E. | 21336 |
| 342. | Gillespie, Daphne R | 20808 |
| 343. | Gimblett, Evelyn C | 21374 |
| 344. | Giorlando, Laila T. | 24697 |
| 345. | Gladbach, James H. | 22447 |
| 346. | GOLDMAN, HERBERT | 23424 |
| 347. | GOMEZ, MARY ECKERT | 21957 |
| 348. | Gonzales, Manuela C. | 25556 |
| 349. | Goolsby, Doris P | 23747 |
| 350. | GOOLSBY, ORVEL W | 23788 |
| 351. | Gore, Jr., Donald B. | 20824 |
| 352. | Grabowski, Elaine | 20646 |
| 353. | GRACE, HERBERT F | 23102 |
| 354. | GRAHAM, JOHN R. | 25907 |
| 355. | GRAHAM, MARY E | 23866 |
| 356. | Graham, Shirley | 21441 |
| 357. | GRANTHAM, TOMMY M. | 22345 |
| 358. | GRAVELLE, ARTHUR P. | 24669 |
| 359. | GRAVES, ESTELLE | 23668 |
| 360. | GRAVES, MARILYN D. | 21626 |
| 361. | Gray, Dolly | 26529 |
| 362. | Gray, George | 21005 |
| 363. | GREEN, KENNETH R. | 22170 |
| 364. | GREENE, EVELYN | 24930 |
| 365. | Greene, Norma J. | 23703 |
| 366. | GREENHALGE, JOHN F | 22444 |
| 367. | Greenlee, Robert J. | 21597 |
| 368. | Grendys, Stanley K | 24067 |
| 369. | Grieme, Ernst A. | 24643 |
| 370. | GRIMME, HARVEY L. | 22963 |
| 371. | Grow, James T | 25455 |
| 372. | Guertin, Shirley M. | 23174 |
| 373. | Guinn, Doris J. | 21834 |
| 374. | Guthrie, Judith Norden | 23980 |
| 375. | Haas, Marvis L | 21979 |
| 376. | Haggenbottom, Walter P. | 23057 |
| 377. | Hahn, William K | 22232 |
| 378. | HALBERSTADT, MICHAEL | 20686 |
| 379. | Hall, Anita S | 25045 |
| 380. | HALL, BARBARA | 24956 |
| 381. | HALL, JOHN A | 21718 |
| 382. | HALL, MARGARETE | 20688 |
| 383. | HALL, ROBERT C | 24314 |
| 384. | HAMILTON, EARL W. | 22631 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 385. | HAMMOND, DANIEL W. | 22210 |
| 386. | HAMPTON, ARLENE | 25006 |
| 387. | Hampton, Herbert L | 24580 |
| 388. | Hamski, Norman  G | 23558 |
| 389. | HANGER, ALBERTA ESTHER | 23242 |
| 390. | HANSEN, JEAN EVELYN | 21497 |
| 391. | HANSEN, JOHN JOSEPH | 24996 |
| 392. | Hanus, Lorraine V | 21048 |
| 393. | Haqq, Ahmad | 22065 |
| 394. | Harbick, Phyllis M | 20862 |
| 395. | HARDY, JOYCE | 23092 |

## Exhibit B

**Redline**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
```
In re                                             :        **Chapter 11**
                                                  :
**SEARS HOLDINGS CORPORATION,** *et al.*,        :        **Case No. 18-23538 (SHL)**
                                                  :
            **Debtors.**[1]                       :        **(Jointly Administered)**
```
----------------------------------------------------------------x
```

### ORDER GRANTING DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)

Upon the *Debtors' Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims)*, filed on August 30, 2022 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and ~~the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on _____ (the "**Hearing**"); and upon the record of the Hearing, and~~ upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Objection is granted.

2.     Each proof of claim listed on **Exhibit 1** annexed hereto is reclassified in its entirety to a general unsecured claim.

3.     This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.     The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.      The terms and conditions of this Order are effective immediately upon

entry.

Dated _____, 2022
:       White Plains, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

3

## Exhibit 1

**Reclassified Claims**

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 1. | Abram, Beatrice | 24886 |
| 2. | ABSHER, CAROLINE | 23664 |
| 3. | ACKERMANN, BARBARA | 26068 |
| 4. | ADAMO, GAETANO | 23308 |
| 5. | Adams, Grover Forrest | 22415 |
| 6. | Adams, Judith | 24271 |
| 7. | Adams, Nova Jean | 21136 |
| 8. | Adside, Bella M | 23836 |
| 9. | AGUIRRE, CONCHA  V | 25679 |
| 10. | Aleman, Albert L. | 21140 |
| 11. | Allen, Garnet L. | 25731 |
| 12. | ALLEN, MOSLEY LEE | 25147 |
| 13. | ALLEN, ROYAL ALTON | 24007 |
| 14. | ALLEN, VANESSA | 25497 |
| 15. | ALTMAN, FRANCIS R. | 22080 |
| 16. | Ambrose, Lois G | 23366 |
| 17. | AMEND, HERBERT R | 21982 |
| 18. | AMREIN, RICHARD F. | 20821 |
| 19. | ANDERSON, ELIZABETH F. | 25062 |
| 20. | ANDERSON, FLOYD D. | 22620 |
| 21. | Anderson, Jacquline Jean | 24701 |
| 22. | Anderson, June  B. | 21672 |
| 23. | Andrews, Joe D | 21132 |
| 24. | Anthony, Rodney J | 24101 |
| 25. | APODACA, LUCIANO | 24441 |
| 26. | ARCE, LILLY | 23069 |
| 27. | ARENS, LOYAL | 21765 |
| 28. | Arizzi, Robert | 25749 |
| 29. | ARMSTRONG, MARTHA | 23080 |
| 30. | Arnold, James D | 21534 |
| 31. | ASHER, THERESA | 24275 |
| 32. | ATKINSON, BONNIE JEAN | 23793 |
| 33. | Auker, Arlene | 23398 |
| 34. | Authier, Lee J. | 24333 |
| 35. | AUTRY, WALLACE DALTON | 23087 |
| 36. | Averitt, Roy L. | 21214 |
| 37. | Avilez, Edmee | 24665 |
| 38. | Ayers, Leslie E. | 26283 |
| 39. | Babus, Betty | 23039 |
| 40. | Baggett, Mrs. Claudine D. | 22067 |
| 41. | BAILEY JR, RALPH L. | 25653 |
| 42. | Bailey, Bobby W. | 23187 |
| 43. | Baker, Irene | 24904 |
| 44. | Balanda, Joyce E | 24694 |
| 45. | Baldwin, Kenneth E. | 21925 |
| 46. | BANKS, MARY | 25084 |
| 47. | BAPTISTE, JOHN A | 25148 |
| 48. | Barbour, Estella | 24796 |
| 49. | Barczak, Barbara A. | 21706 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 50. | Barefoot, Jr, John V. | 23314 |
| 51. | Barletta, Lucy | 20769 |
| 52. | Barnes, Brian J. | 22394 |
| 53. | Barnet, Edmund M. | 24320 |
| 54. | Baroni Jr, Frank  J. | 23505 |
| 55. | BARRETT, WILLIAM L | 23822 |
| 56. | Bartgis, Etta Susan | 22404 |
| 57. | Bartos, Virginia | 22550 |
| ~~58.~~ | ~~BARTRAM, CHARLES E~~ | ~~24023~~ |
| ~~59~~58. | Bass, William E | 25304 |
| ~~60~~59. | Batina, Antone R | 22057 |
| ~~61~~60. | Battles, Dorothy | 24680 |
| ~~62~~61. | Bauldock, Ora | 22817 |
| ~~63~~62. | BEAL, PAULA S. | 24972 |
| ~~64~~63. | Beaupre, Gary | 23931 |
| ~~65~~64. | BECK, JACK M | 25095 |
| ~~66~~65. | Beers, Alice Joan | 21861 |
| ~~67~~66. | Behn, Harriet M. | 23338 |
| ~~68~~67. | BELCHER, EDOISE ELIZABETH | 22247 |
| ~~69~~68. | BELLISSIMO, VINCENT | 22790 |
| ~~70~~69. | Bennett, Dorothy | 24064 |
| ~~71~~70. | Benton, Leona M. | 23072 |
| ~~72~~71. | BENTZ, NANCY L. | 22843 |
| ~~73~~72. | Berger, Robert J. | 21203 |
| ~~74~~73. | Berliant, Sandra | 26481 |
| ~~75~~74. | Bernacki, Dorothy  A. | 23523 |
| ~~76~~75. | Biczak, Thomas Anthony | 22553 |
| ~~77~~76. | Bieszczad, Helene J. | 25984 |
| ~~78~~77. | Biltz, Henrietta A. | 24156 |
| ~~79~~78. | Bischof, Nicholas J | 21119 |
| ~~80~~79. | Bittner, Sofia R. | 25756 |
| ~~81~~80. | Black, Forrest H. | 25295 |
| ~~82.~~ | ~~BLANCHARD, JAMES B~~ | ~~24995~~ |
| ~~83~~81. | BLANKINSHIP, DOROTHY F. | 21526 |
| ~~84~~82. | Blanton, Mattie Louise | 24820 |
| ~~85~~83. | Boatman, Donald R | 23088 |
| ~~86~~84. | Bochenek, John H. | 24407 |
| ~~87~~85. | Bolin, Myrna I. | 21016 |
| ~~88~~86. | BONEY, RONALD L. | 25009 |
| ~~89~~87. | Bonnet, Cecile J | 24200 |
| ~~90~~88. | BOOTEN, BARBARA A. | 21807 |
| ~~91~~89. | Boozer, James M. | 24728 |
| ~~92~~90. | Borg, Victoria | 25612 |
| ~~93~~91. | Boris, Fabian Dennis | 23692 |
| ~~94~~92. | Bottichio, Marian | 22556 |
| ~~95~~93. | Botwin, Richard J. | 20830 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 96~~94~~. | Boud, Roger M. | 21254 |
| 97~~95~~. | Boudreaux, Jr., Renel Lee | 21469 |
| 98~~96~~. | Bourne, Billy C | 21442 |
| 99~~97~~. | Bouwman, Kenneth J. | 24079 |
| 100~~98~~. | Bowden, Kenneth R | 20835 |
| 101~~99~~. | Bowen, John W | 23755 |
| 102~~100~~. | Bowlsby, Theresa | 25666 |
| 103~~101~~. | Bowman, Jo Ann | 22123 |
| 104~~102~~. | Bowman, Rex A. | 21896 |
| 105~~103~~. | BOX, DONALD DOUGLAS | 21550 |
| 106~~104~~. | Boyd Carter, Dixie June | 24929 |
| 107~~105~~. | Boyd, Bobby D | 24417 |
| 108~~106~~. | BOYD, GYPSY D | 20736 |
| 109~~107~~. | Brady, Patricia | 24173 |
| 110~~108~~. | Brakardt, Everett L. | 26200 |
| 111~~109~~. | BRANA, ANTOINETTE | 26054 |
| 112~~110~~. | BRANDENBURG, WALTER E | 23766 |
| 113~~111~~. | BRANDT, JERRY L | 21760 |
| 114~~112~~. | BRAUN, LAVERNE | 24714 |
| 115~~113~~. | Breeser, John C. | 25080 |
| 116~~114~~. | Brell, Louis  R. | 23405 |
| 117~~115~~. | Bridgeforth, Frank E. | 25101 |
| 118~~116~~. | Brinkley, Robert S. | 23158 |
| 119~~117~~. | BROOKS, RUSSELL TONY | 23449 |
| 120~~118~~. | Brower, Norma | 25589 |
| 121~~119~~. | Brown, Betty T. | 23018 |
| 122~~120~~. | BROWN, BILLY | 24482 |
| 123~~121~~. | BROWN, CECIL E | 25003 |
| 124~~122~~. | Bruce, James Melvin | 23309 |
| 125~~123~~. | Bruce, Lily | 25492 |
| 126~~124~~. | Bruntz, Gilbert P. | 26444 |
| 127~~125~~. | Bryant, Richard Harrison | 23408 |
| 128~~126~~. | Bryson, William W | 24806 |
| 129~~127~~. | Buccella, Eugene F | 24444 |
| 130~~128~~. | BUDA, JEAN G | 25968 |
| 131~~129~~. | Buffer, Mary Ann | 24560 |
| 132~~130~~. | Bullins, Ronald Wayne | 23248 |
| 133~~131~~. | BURKE, JOAN F. | 25801 |
| 134~~132~~. | Burke, John | 25710 |
| 135~~133~~. | Burkert, Irving L | 22164 |
| 136~~134~~. | Burr, Kathleen M. | 24245 |
| 137~~135~~. | BURRIS, FLOYD A. | 23270 |
| 138~~136~~. | Burroughs, Ralph D. | 21096 |
| 139~~137~~. | Burti, Ernest A | 20829 |
| 140~~138~~. | Burwell, Amy I. | 23448 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 141139. | Bussiere, Elizabeth | 20891 |
| 142140. | Butler, G K | 21740 |
| 143141. | CAIN, WILLIAM L | 25078 |
| 144142. | CAINES, AILEEN J | 22862 |
| 145143. | Callison, Linda Jean | 22881 |
| 146144. | Campbell, Ralph B. | 22258 |
| 147145. | Campos, Joe | 21354 |
| 148146. | CANTANTE, JAMES J | 23422 |
| 149147. | Cantrell, Willa M. | 22358 |
| 150148. | CARPENTER, DUANE PHILLIP | 21858 |
| 151149. | CARPENTER, MARGARET | 25916 |
| 152150. | Carr, Priscilla J | 23975 |
| 153151. | Carter Jr., William | 21623 |
| 154152. | Carter, Norman J. | 26183 |
| 155153. | CARTER, REBECCA S. | 21620 |
| 156154. | Carter, Robert Morris | 25000 |
| 157155. | CARUSO, CLETO P | 22934 |
| 158156. | CASEY, NANCY L. | 25803 |
| 159157. | Cassel Jr., Walter C | 22682 |
| 160158. | CASTELLANA, JOHN E | 22297 |
| 161159. | CASTIGLIONE, PETER A | 21478 |
| 162160. | Castro, Carlos M | 24687 |
| 163161. | Cato, Dixie A | 22091 |
| 164162. | CAWLEY, JANICE | 24340 |
| 165163. | CELMER, REGINA AGNES | 22885 |
| 166164. | Chapman, Sydney Malinda | 21440 |
| 167165. | Charbonneau, Evelyn M. | 24120 |
| 168166. | Chorost, Saul | 21601 |
| 169167. | Christ, Robert B. | 25105 |
| 170168. | Church, Charles H | 22404 |
| 171169. | CHURCHWELL, DORIS J | 22506 |
| 172170. | Cianci Sr., Frank J. | 24867 |
| 173171. | Cichon, Corinne | 25760 |
| 174172. | CILLI, JR, VINCENT J. | 21917 |
| 175173. | Clapp, Mary Lou | 21169 |
| 176174. | Clarke Jr, James V. | 23525 |
| 177175. | Clay, Catherine | 24970 |
| 178176. | CLAYTON, ROBERT A. | 22370 |
| 179177. | CLINKSCALES, CALVIN | 23958 |
| 180178. | Cochran, Carole A. | 21839 |
| 181179. | COCKERHAM, CLYDE | 22015 |
| 182180. | COFIELD, EMILIE | 23804 |
| 183181. | Coile, Arthur C | 22952 |
| 184. | Cole, Catherine Marie | 26446 |
| 185182. | Cole, Vina E. | 22867 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| ~~186~~183. | Coleman, Gene A. | 26169 |
| ~~187~~184. | COLEMAN, LEON | 20820 |
| ~~188~~185. | COLON, SUSAN | 23462 |
| ~~189~~186. | COMSTOCK, HAROLD | 22606 |
| ~~190~~187. | Coneywoods, Barbara  J. | 23606 |
| ~~191~~188. | CONYERS, LEONARD G. | 26066 |
| ~~192~~189. | COREN, DORIS | 23711 |
| ~~193~~190. | COSTELLO, WILLIAM J | 20691 |
| ~~194~~191. | Courville, Ronald  J | 21201 |
| ~~195~~192. | COVIETZ, EUNICE T. | 24463 |
| ~~196~~193. | Coward, Taft | 23967 |
| ~~197~~194. | Cox, Bessie M. | 23392 |
| ~~198~~195. | Cozart, Sonnie | 24990 |
| ~~199~~196. | CRAIG, JOYCE | 25150 |
| ~~200~~197. | Crawford, Christine D. | 21306 |
| ~~201~~198. | Crenshaw, Ila Mae | 22713 |
| ~~202~~199. | Crosby, Howard James | 24666 |
| ~~203~~200. | Crosswhite, Jackson C. | 23343 |
| ~~204~~201. | Crull, James Dennis | 21413 |
| ~~205~~202. | Crump, Kenneth P. | 21209 |
| ~~206~~203. | CULL, MARVIN | 22803 |
| ~~207~~204. | CULPEPPER, GLADYS | 22482 |
| ~~208~~205. | CUMBO, LOUIS J. | 21580 |
| ~~209~~206. | Cunningham, Catherine | 24450 |
| ~~210~~207. | CUNNINGHAM, HERSHEL HAROLD | 23671 |
| ~~211~~208. | Cunningham, Mary W. | 20893 |
| ~~212~~209. | Cunningham, Paul W. | 25458 |
| ~~213~~210. | Curran, Theresa | 21002 |
| ~~214~~211. | Curtis, William Jerry | 25090 |
| ~~215~~212. | DABNEY, VIRGINIA L. | 21541 |
| ~~216~~213. | Daddario, George | 20921 |
| ~~217~~214. | Dale, Ruth Elizabeth | 23691 |
| ~~218~~215. | Dales, Betty Lou | 25726 |
| ~~219~~216. | D'Angelo, Ignazio G. | 22500 |
| ~~220~~217. | D'Aunoy, Gilda V. | 26178 |
| ~~221~~218. | Davis Sr, WM. P. | 21745 |
| ~~222~~219. | DAVIS, HELEN | 21913 |
| ~~223~~220. | Davis, James E. | 21125 |
| ~~224~~221. | Davis, Ray D | 21123 |
| ~~225~~222. | DAVIS, WALTER T. | 22217 |
| ~~226~~223. | DE FLORIO, CAROLE L | 23299 |
| ~~227~~224. | De La Rosa, Joe G. | 22853 |
| ~~228~~225. | De Poto, Frances L. | 25515 |
| ~~229~~226. | DEAL, ROBERT LEROY | 24473 |
| ~~230~~227. | DEAVER, LEROY | 25989 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 231228. | Debacker, Janet E | 22573 |
| 232229. | Dechicco, Philip R. | 25738 |
| 233230. | DEETER, NANNIE L. | 21271 |
| 234231. | DEFIBAUGH, ANNA SCOTT | 22927 |
| 235232. | DEHESA, SHARON M. | 23267 |
| 236233. | DELANEY, LAWRENCE E. | 25978 |
| 237234. | Delma L. Smith Jr (Deceased) | 21435 |
| 238235. | DeMaio, Victor G. | 23694 |
| 239236. | Demers, Roger J. | 21410 |
| 240237. | Dennis, Lee R. | 25289 |
| 241238. | Derden, Billy | 21171 |
| 242239. | D'Eugenio, Evelyn | 22690 |
| 243240. | DEW, BLANCHE W | 23771 |
| 244241. | Deweese, Opal Alveno | 24877 |
| 245242. | Dewey Keith Simpkins / Randall Wayne Simpkins | 20950 |
| 246243. | Di Gesu, Roger Gaspare | 21849 |
| 247244. | DiAmbrosio, Grace | 23380 |
| 248245. | Dibeh, Sadallah | 21055 |
| 249246. | Digiacomo, Elizabeth J. | 25191 |
| 250247. | Dimichieli, Lorenzo | 24057 |
| 251248. | Dimitriou, Dimitrios J. | 25416 |
| 252249. | DOANE, FELMA I | 22904 |
| 253250. | Dominguez, Rachel T. | 24766 |
| 254251. | Dominguez, Rosaura | 25693 |
| 255252. | Donna Marie Stulgin | 22551 |
| 256253. | Donovan, Sinaida | 24304 |
| 257254. | Dora Brown wife of Donald E. Brown | 23127 |
| 258255. | Dougan, John C | 21448 |
| 259256. | DOUGHERTY, MARGARET ANN | 24392 |
| 260257. | Dowdy, Avahleen A | 21060 |
| 261258. | Downer, Lionel C. | 25573 |
| 262259. | Drassen, Melvin Arthur | 25568 |
| 263260. | Dresel, Mildred | 24894 |
| 264261. | Driver, Annie Ruth | 26170 |
| 265262. | Duke, Harold | 21552 |
| 266263. | DUNCAN, GUY A | 24911 |
| 267264. | Dunham, Jane M. | 25528 |
| 268265. | DUNNE, MARGARET | 25338 |
| 269266. | DURHAM, JERROLD R | 23225 |
| 270267. | Dutcher, Conrad_N | 23591 |
| 271268. | Dye, Mary V. | 26599 |
| 272269. | DYER, MILDRED G | 22772 |
| 273270. | EASTWOOD, DAVID A | 22414 |
| 274271. | Eaton, George W | 23183 |
| 275272. | Eaton, Joan | 26118 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 276273. | Edmondson, John E. | 23986 |
| 277274. | EDNIE, OLGA | 22822 |
| 278275. | Edward, Donnie L | 20915 |
| 279276. | Edwards, Martha Juanita | 25064 |
| 280277. | EDWARDS, OZELL | 22588 |
| 281278. | EIERMANN, RAYMOND | 20696 |
| 282279. | Eiland, John C | 23987 |
| 283280. | Elder, Carl | 25847 |
| 284281. | Eldridge, Douglas R. | 23901 |
| 285282. | Eley Funeral Home (Formerly Bayliff & Eley Funeral Home Pre - Arrangements | 25208 |
| 286283. | Elliott, John | 23230 |
| 287284. | Elmore, Lois | 24487 |
| 288285. | EMILIAN, DONALD J. | 26096 |
| 289286. | Engez, Ronald K | 21334 |
| 290287. | Escobedo, Ninfa | 20983 |
| 291288. | Estate of Elizabeth A Freyman | 23123 |
| 292289. | Estate of Marion Imagene Gover, deceased by Donna Rangel, Executor | 25358 |
| 293290. | ESTATE OF VIRGINIA MORTON | 26028 |
| 294291. | Estes, Kelsay Anne | 21126 |
| 295292. | Estrada, Jesus M | 20759 |
| 296293. | Euston, Gregory E | 21349 |
| 297294. | Falbe, Louise A | 22087 |
| 298295. | FALCO, CHARLOTTE A | 24315 |
| 299296. | Falconer, Isabel | 25591 |
| 300297. | Fannon, Donna  J. | 22937 |
| 301298. | Fant, Gladys M. | 26289 |
| 302299. | Farrington, Frank J. | 21325 |
| 303300. | Fensel, Frederick R | 21551 |
| 304301. | Ferrier, Hugh D | 26441 |
| 305302. | FERRO, WILLIAM | 21732 |
| 306303. | FIEDLER, BETTY JEAN | 22770 |
| 307304. | Fields, Sarah | 25198 |
| 308305. | Filippone, Salvatore D. | 22032 |
| 309306. | Finch, Llyod | 23675 |
| 310307. | Fitzgibbon, James S. | 22274 |
| 311308. | Fleming, Patricia Ann | 22290 |
| 312309. | Fletcher, Billy J. | 21376 |
| 313310. | FLOYD, RUFUS LEROY | 24905 |
| 314311. | Flukinger, Fred Kenneth | 25099 |
| 315312. | Ford, Dorothy Jean | 24783 |
| 316313. | FORD, WILLIAM C. | 22097 |
| 317314. | FOSTER, CARROLL LEE | 20660 |
| 318315. | Foster, George | 20738 |
| 319316. | Fountain, Graham M | 22943 |
| 320317. | Fowler, Arnold Gray | 21255 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 321318. | FRANCIS, CLIFFORD C. | 25020 |
| 322319. | FRITZ, MARGARETTE H | 24903 |
| 323320. | FRONCZAK, DOROTHY A | 25207 |
| 324321. | FRONTZ, PAUL J. | 25140 |
| 325322. | Fugate, Ruby J. | 23036 |
| 326323. | FULLER, MARGARET P | 21703 |
| 327324. | Funke, Mary Ellen | 22254 |
| 328325. | Gabriel, Rachel W. | 22829 |
| 329326. | GALLAGHER, JACKIE | 21747 |
| 330327. | Gallardo, Peter R | 22711 |
| 331328. | Gallegos, Eulalia | 25366 |
| 332329. | Gallop, Wilma J. | 24791 |
| 333330. | GANDENBERGER, PAUL E. | 25376 |
| 334331. | Garcez, Adolph | 20723 |
| 335332. | Garcia, Gidalthy | 25872 |
| 336333. | Garcia, Gloria | 23597 |
| 337334. | Garrett, Roy | 24022 |
| 338335. | Garza, Olga | 23175 |
| 339336. | Garza, Pablo A. | 23190 |
| 340337. | Gayowki, Florence | 25072 |
| 341338. | Geist, Jacqueline Rosella | 23919 |
| 342339. | GENTILE, ETTA | 23862 |
| 343340. | Gentry, Sr. Roger Dennis | 25958 |
| 344341. | Giles, William E. | 21336 |
| 345342. | Gillespie, Daphne R | 20808 |
| 346343. | Gimblett, Evelyn C | 21374 |
| 347344. | Giorlando, Laila T. | 24697 |
| 348345. | Gladbach, James H. | 22447 |
| 349. | Gnall, Elizabeth | 23400 |
| 350346. | GOLDMAN, HERBERT | 23424 |
| 351347. | GOMEZ, MARY ECKERT | 21957 |
| 352348. | Gonzales, Manuela C. | 25556 |
| 353349. | Goolsby, Doris P | 23747 |
| 354350. | GOOLSBY, ORVEL W | 23788 |
| 355351. | Gore, Jr., Donald B. | 20824 |
| 356352. | Grabowski, Elaine | 20646 |
| 357353. | GRACE, HERBERT F | 23102 |
| 358354. | GRAHAM, JOHN R. | 25907 |
| 359355. | GRAHAM, MARY E | 23866 |
| 360356. | Graham, Shirley | 21441 |
| 361357. | GRANTHAM, TOMMY M. | 22345 |
| 362358. | GRAVELLE, ARTHUR P. | 24669 |
| 363359. | GRAVES, ESTELLE | 23668 |
| 364360. | GRAVES, MARILYN D. | 21626 |
| 365361. | Gray, Dolly | 26529 |

**Debtors' Forty-eighth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 366362. | Gray, George | 21005 |
| 367363. | GREEN, KENNETH R. | 22170 |
| 368364. | GREENE, EVELYN | 24930 |
| 369365. | Greene, Norma J. | 23703 |
| 370366. | GREENHALGE, JOHN F | 22444 |
| 371367. | Greenlee, Robert J. | 21597 |
| 372368. | Grendys, Stanley K | 24067 |
| 373369. | Grieme, Ernst A. | 24643 |
| 374370. | GRIMME, HARVEY L. | 22963 |
| 375371. | Grow, James T | 25455 |
| 376372. | Guertin, Shirley M. | 23174 |
| 377373. | Guinn, Doris J. | 21834 |
| 378374. | Guthrie, Judith Norden | 23980 |
| 379375. | Haas, Marvis L | 21979 |
| 380376. | Haggenbottom, Walter P. | 23057 |
| 381377. | Hahn, William K | 22232 |
| 382378. | HALBERSTADT, MICHAEL | 20686 |
| 383379. | Hall, Anita S | 25045 |
| 384380. | HALL, BARBARA | 24956 |
| 385. | HALL, BENJAMIN D. | 21713 |
| 386381. | HALL, JOHN A | 21718 |
| 387382. | HALL, MARGARETE | 20688 |
| 388383. | HALL, ROBERT C | 24314 |
| 389384. | HAMILTON, EARL W. | 22631 |
| 390385. | HAMMOND, DANIEL W. | 22210 |
| 391386. | HAMPTON, ARLENE | 25006 |
| 392387. | Hampton, Herbert L | 24580 |
| 393388. | Hamski, Norman  G | 23558 |
| 394389. | HANGER, ALBERTA ESTHER | 23242 |
| 395390. | HANSEN, JEAN EVELYN | 21497 |
| 396391. | HANSEN, JOHN JOSEPH | 24996 |
| 397392. | Hanus, Lorraine V | 21048 |
| 398393. | Haqq, Ahmad | 22065 |
| 399394. | Harbick, Phyllis M | 20862 |
| 400395. | HARDY, JOYCE | 23092 |