WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (SHL)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746
REGARDING DEBTORS' FORTY-NINTH OMNIBUS
<u>OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.     On August 30, 2022, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10619) (the "**Omnibus Objection**").

2.     In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**").   The Response Deadline was set for September 20, 2022, at 4:00 p.m. (prevailing Eastern Time).  The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.  Since the filing of the Omnibus Objection, the Debtors received an informal response from Mary Allene Jackson regarding Claim No. 22124 (the "**Claim**").

3.     Therefore, the Debtors have removed the Claim from <u>Exhibit 1</u> to the proposed order (the "**Proposed Order**"), a copy of which is annexed hereto as **<u>Exhibit A</u>**.

4.     The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified in the Proposed Order, no further responsive pleadings have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

5.      A redline of <u>Exhibit 1</u> to the Proposed Order marked against the version attached to the Omnibus Objection is attached hereto as **Exhibit B**.

6.      Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  October 3, 2022
       New York, New York

                     */s/  Garrett A. Fail*
                     Ray C. Schrock, P.C.
                     Garrett A. Fail
                     Sunny Singh
                     WEIL, GOTSHAL & MANGES LLP
                     767 Fifth Avenue
                     New York, New York  10153
                     Telephone:  (212) 310-8000
                     Facsimile:  (212) 310-8007

                     *Attorneys for Debtors*
                     *and Debtors in Possession*

## Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re                                         :        **Chapter 11**
                                              :
**SEARS HOLDINGS CORPORATION**, *et al.*,     :        **Case No. 18-23538 (SHL)**
                                              :
**Debtors.**[1]                               :        **(Jointly Administered)**

-------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)

Upon the *Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims)*, filed on August 30, 2022 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief

requested in the Objection having been provided, and it appearing that no other or further notice

need be provided in accordance with the Amended Case Management Order; and such notice

having been adequate and appropriate under the circumstances, and it appearing that other or

further notice need be provided; and upon all of the proceedings had before the Bankruptcy Court;

and the Bankruptcy Court having determined that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and

sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Objection is granted.

2.      Each proof of claim listed on **<u>Exhibit 1</u>** annexed hereto is reclassified in its

entirety to a general unsecured claim.

3.      This Order shall not be deemed to waive, impair, release, or effect on any

claims, causes of action the Debtors may hold against the Claimants, including but not limited to,

claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such

Claimants shall be expressly preserved.

4.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

5.    The terms and conditions of this Order are effective immediately upon

entry.


Dated: _____, 2022
          White Plains, New York


_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

## <u>Exhibit 1</u>

**Reclassified Claims**

| Debtors' Forty-ninth Omnibus Objection to Claims | |
|---|---|
| Exhibit A | |
| Schedule of Claims to be Reclassed to General Unsecured | |
| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 1. | Hare, Hazel F | 25923 |
| 2. | Hare, Lanella | 21720 |
| 3. | Harper, Peggy Wooten | 25636 |
| 4. | HARPER, ROBERT D | 23124 |
| 5. | HARRELSON, BETTY | 24813 |
| 6. | Harris, Marian L | 24667 |
| 7. | Harris, Velma J. | 25535 |
| 8. | HARRISON, MARGARET C | 22616 |
| 9. | Hart, Joyce F. | 25618 |
| 10. | Harvey, Helen | 25384 |
| 11. | HATCHER, FRANK H | 20695 |
| 12. | HAUGAN, CURTIS M. | 24984 |
| 13. | Hawkins, Betty S | 22707 |
| 14. | HAWRYLIAK, PAUL | 24825 |
| 15. | Heaney, Marie F | 23521 |
| 16. | Heggs, Bernice  V. | 23430 |
| 17. | HEIDEMAN, LEE A. | 21049 |
| 18. | Heinz, H. Peter | 21955 |
| 19. | Hemry, Norman | 21380 |
| 20. | Henderson, William | 21163 |
| 21. | Hendricks, Mary Ellen | 24069 |
| 22. | Henning, Sr., David L. | 25292 |
| 23. | Hernandez, Martin G | 26196 |
| 24. | Hernandez, Paul B. | 23429 |
| 25. | Hernandez, Teodoro | 22635 |
| 26. | HESSLER, BERNICE M | 22958 |
| 27. | Hester, Helen R. | 25903 |
| 28. | Hester, Woodrow F. | 25925 |
| 29. | Hill, Billy Rose | 23373 |
| 30. | Hill, Linda N. | 25370 |
| 31. | HILL, MARVA L. | 20960 |
| 32. | Hill, Olen D. | 24663 |
| 33. | Hobbs, Violet H. | 24060 |
| 34. | Hodge, Emma | 22888 |
| 35. | Hogan, Edith | 25017 |
| 36. | Hoke, Carl P | 21162 |
| 37. | Hoke, Rita M | 21164 |
| 38. | Holbrook, Steve M | 21944 |
| 39. | Holder, Louise L. | 24000 |
| 40. | Hollis, Suzanne | 20792 |
| 41. | HOLT, MARY | 21587 |
| 42. | Hornsby, Cecil Wayne | 21240 |
| 43. | Hornsby, Jeanette | 21239 |
| 44. | Horvat, Thomas | 26030 |
| 45. | Houck, Orvel George | 22548 |
| 46. | Houk, Dorothy K. | 22570 |
| 47. | Howell, Arlene Leona | 22082 |
| 48. | Hoyas, Edward M | 21178 |

| **Debtors' Forty-ninth Omnibus Objection to Claims** | |
|---|---|
| **Exhibit A** | |
| **Schedule of Claims to be Reclassed to General Unsecured** | |
| **Ref #** | **Name of Claimant** | **Affected Proof of Claim No.** |
|---|---|---|
| 49. | HUBBARD, HARRY C. | 20972 |
| 50. | Hufnagle, John J. | 21238 |
| 51. | Hugh J. Kiristy | 26309 |
| 52. | HUGHES, WALTER T | 23601 |
| 53. | HUNTLEY, RONALD E. | 21764 |
| 54. | Hurley, Conrad | 23678 |
| 55. | Ide, Leola | 21185 |
| 56. | Impastato, Barbara | 24436 |
| 57. | Infante, Valentine | 21681 |
| 58. | Isaacman, Reva Betty | 26376 |
| 59. | Jackson, Dorothy W. | 25414 |
| 60. | JACKSON, GEORGE | 25233 |
| 61. | Jackson, Roy E | 23156 |
| 62. | JACOB, JAMES C. | 23093 |
| 63. | Jamerino, Joseph Gary | 23111 |
| 64. | James P Hayes - Betty A. Hayes | 25413 |
| 65. | JAMES, FRANCIS EAKES | 21787 |
| 66. | James, Raymond Earl | 26553 |
| 67. | Janet L. Slater (Beneficiary) | 21320 |
| 68. | JAZWINSKI, AGNES | 21802 |
| 69. | Jeanmarie, Emelda F. | 25858 |
| 70. | Jernigan, Margaret | 25094 |
| 71. | JIRIK, BETTY J. | 22338 |
| 72. | JOHNOFF, MARILYN J | 22422 |
| 73. | Johnson, Berie | 26454 |
| 74. | Johnson, Chester K | 21322 |
| 75. | Johnson, Jr, Walter Richard | 21820 |
| 76. | Johnson, Martha Nell | 23848 |
| 77. | Johnson, Mary Anne | 21363 |
| 78. | Jones, Ann | 24559 |
| 79. | Jones, Burtis E | 24467 |
| 80. | Jones, Fannie Mae | 25056 |
| 81. | Jones, Herbert D | 22018 |
| 82. | JONES, PALMA MARIE | 25300 |
| 83. | Jordan, Concepcion R | 22195 |
| 84. | Jordan, Lori A | 22171 |
| 85. | JUDKINS, CAROL A | 23539 |
| 86. | Kabalka, Michael P | 24161 |
| 87. | KALENAK, MARGARET | 22580 |
| 88. | Kampman, Carolyn Sue | 25247 |
| 89. | Kasprzyk, Mary L. | 24295 |
| 90. | KATOLL, EDWARD | 21083 |
| 91. | Katt, Robert | 25750 |
| 92. | KEARNEY, NANCY | 23195 |
| 93. | Keil, Irma H. | 23467 |
| 94. | KELLER, JOHN R | 22003 |
| 95. | Kelley, Harold D. | 24518 |
| 96. | Kelly, J.H. | 21355 |

| | Debtors' Forty-ninth Omnibus Objection to Claims<br>Exhibit A<br>Schedule of Claims to be Reclassed to General Unsecured | |
| --- | --- | --- |
| Ref<br># | Name of Claimant | Affected<br>Proof of<br>Claim No. |
| 97. | Kelly, William F. | 24403 |
| 98. | Kelly, Willie D. | 25546 |
| 99. | KENNEDY, PAUL R | 22844 |
| 100. | Kern, Clifton E. | 22225 |
| 101. | Kerner, Janice M | 23562 |
| 102. | Kerr, James R. | 25714 |
| 103. | Kibler, Ila | 24735 |
| 104. | KICK, ROSEMARY M | 21841 |
| 105. | KILPATRICK, MARTHA | 22914 |
| 106. | Kinder, Nelda Jean | 21684 |
| 107. | KING, ORMONDE | 22407 |
| 108. | Kish (Snyder, Nettiebell Margaret) | 23286 |
| 109. | KLINE, SUE | 25089 |
| 110. | KNAPP, ERNEST JAMES | 22909 |
| 111. | Knipe, Roland George | 23954 |
| 112. | KNOLHOFF, GAYE | 20864 |
| 113. | Kody, Robert | 22295 |
| 114. | KOLLAR, BERNICE | 21695 |
| 115. | Kosiek, Francis John | 23370 |
| 116. | KOSINSKI, ROBERT | 23545 |
| 117. | Kosis, Donald J. | 21759 |
| 118. | Kota, Jean R | 23132 |
| 119. | Kowalewski, Mary Ann | 23133 |
| 120. | Kramer Jr., Jerome H | 23007 |
| 121. | Kroskey, Elizabeth L | 24047 |
| 122. | Kruckewitt, Lorraine C | 23567 |
| 123. | KRUMMERT, EDWARD J. | 21899 |
| 124. | Krupitzer, Marion J. | 23196 |
| 125. | Kruszewski, Barbara  Ann | 21075 |
| 126. | Kruysman, Harry | 21667 |
| 127. | KUHNS, BETTY | 22776 |
| 128. | KYHN, JOAN M | 22833 |
| 129. | Kyler, Betty L. | 23893 |
| 130. | LaBelle, Gail A | 21888 |
| 131. | Lackey, Marion Lousie | 21004 |
| 132. | LaCoste, Carol L | 22193 |
| 133. | Lafond, Rose | 24310 |
| 134. | LAJEWSKI, JOANN F | 25848 |
| 135. | Lamanna, Peter P. | 25843 |
| 136. | LAMPHEAR, MILDRED | 22490 |
| 137. | Lanagan, Merle | 22266 |
| 138. | LAND, RONALD | 24011 |
| 139. | Landers, Brenda | 24644 |
| 140. | LANIER, WILLIAM G | 24379 |
| 141. | Lanter, Harold R. | 25171 |
| 142. | LARSEN, LILLIAN R | 23922 |
| 143. | LATHROP, AUSTIN | 21806 |
| 144. | Lauritz, Mary R. | 25097 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 145. | Layfield, David | 21058 |
| 146. | Leali, Frank | 23044 |
| 147. | Lebo, Doris M. | 24622 |
| 148. | Lee, Frank R | 22474 |
| 149. | Leonard, Harvey L. | 26168 |
| 150. | LePere, Joel P. | 23736 |
| 151. | Leverett, Linda J | 25781 |
| 152. | Liguori, Eileen | 21385 |
| 153. | LINDEMAN, ROBERT C | 24941 |
| 154. | LINDSEY, MARY JOYCE | 24859 |
| 155. | LOCKHART, EMOGENE | 24552 |
| 156. | LOCKHART, JOYCE G | 25023 |
| 157. | Lockmiller, Florrie Jo | 22009 |
| 158. | Loibel, Delores B | 24591 |
| 159. | Long, Barbara A. | 23239 |
| 160. | Looby, John  P | 24775 |
| 161. | Lord, Mary F. | 23642 |
| 162. | Louise Ross, Deceased | 25015 |
| 163. | Love, Billy B. | 20754 |
| 164. | Lovell, David L | 21269 |
| 165. | LUNSFORD, CHARLES | 22156 |
| 166. | Lyman, Ann M | 24875 |
| 167. | Mabe, Keith R. | 21205 |
| 168. | MACY, HOMER E. | 21791 |
| 169. | Maddox, Bessie B. | 20734 |
| 170. | Magaret I. Rowe (Deceased) Jacalyn S. Schussler | 23769 |
| 171. | MAGGIOLI, MARY | 22206 |
| 172. | Mahanay, Donald | 24150 |
| 173. | Maine, Vernon R. | 23441 |
| 174. | Makielski, Betty Jane | 23868 |
| 175. | MALENZI, INGE E | 25540 |
| 176. | Mally, Joan R | 25143 |
| 177. | Malmborg, Mary | 24627 |
| 178. | MANGINI, JUNE B | 23150 |
| 179. | Mannion, Daniel R | 23517 |
| 180. | MANZETTI, MARGARET A. | 24466 |
| 181. | MARCHETTI, GERALD | 25946 |
| 182. | Marchica, Vincent | 25761 |
| 183. | Marcucci, Audrey J. | 25809 |
| 184. | Mariani, Robert Z | 22584 |
| 185. | MARSHALL, JUNE W | 21054 |
| 186. | MARTELLO, PASQUAL | 23662 |
| 187. | Martenka, Gerlinde Maria | 21423 |
| 188. | Martin Jr., John Paul | 24354 |
| 189. | Martin, Johnnie H | 21389 |
| 190. | Martin, Yvonne | 20800 |
| 191. | MARTINEZ, LYDIA | 23590 |
| 192. | Martinez, Marilyn | 25782 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 193. | MARTINEZ, VICTORIA C | 22470 |
| 194. | MARX, VERNON H. | 21424 |
| 195. | Matthews, Cleo B | 26100 |
| 196. | Mattice, Valerie | 21033 |
| 197. | Matumura, Bernice | 24481 |
| 198. | Maxfield, Gerard Peter | 24590 |
| 199. | May, Robert E. | 25695 |
| 200. | MAYOBRE, JOSEPHINE P. | 23319 |
| 201. | MAYS, SAMELLA M. | 24430 |
| 202. | Mazzula, Joseph C. | 21640 |
| 203. | MCCOY, BARBARA | 22968 |
| 204. | McCoy, Shirley | 24695 |
| 205. | McCullough, Vera M. | 24325 |
| 206. | McDonald, John J. | 21976 |
| 207. | McDuffie, Marjorie B. | 24638 |
| 208. | MCFARLIN, EUGENE | 22613 |
| 209. | Mchale, Betty J. | 24777 |
| 210. | MCHALE, ROBERT RICHARD | 24719 |
| 211. | McHenry, Tommie S | 24870 |
| 212. | MCKNELLY, LOURENE GREEN | 22163 |
| 213. | McLaughlin, Robert | 22760 |
| 214. | MCMAHAN, FRANCES | 23629 |
| 215. | McNamara, Raymond T. | 22208 |
| 216. | McQuinn, Mollie T | 24506 |
| 217. | Medeiros, Manuel L. | 23358 |
| 218. | Meehan, John A. | 25577 |
| 219. | Mehaffie, Betty | 23833 |
| 220. | MEIRSTIN, JEANNIE L | 23256 |
| 221. | Metcalf, Dorothy | 20878 |
| 222. | Meyers, Carol L. | 22227 |
| 223. | Michaletz, Richard J | 25784 |
| 224. | MIELE, ROSETTA | 22094 |
| 225. | MILAM, JO ELLEN | 24281 |
| 226. | Milican, Betty B | 25512 |
| 227. | Miller, Irene | 24737 |
| 228. | Miller, Richard R. | 21548 |
| 229. | Miller, Robert M | 21603 |
| 230. | Mills, Darlene | 23856 |
| 231. | Mills, Laura L | 25581 |
| 232. | Millwood, Lavone P | 24493 |
| 233. | Mobley, Gloria K | 24982 |
| 234. | MOELLER, JOYCE | 20697 |
| 235. | Mogonye, Dorothy L. | 24792 |
| 236. | Monro, Barbara Eileen | 25431 |
| 237. | Monroe, William E | 21124 |
| 238. | Montegny, James A. | 24284 |
| 239. | Montes, Barbara | 20852 |
| 240. | MOODY, RONALD | 24130 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 241. | Moore, Janice A. | 20886 |
| 242. | Moragne, Sophia C. | 22933 |
| 243. | Morgan, Betty | 24976 |
| 244. | Moskowitz, Blanche | 23194 |
| 245. | Moskowitz, Geraldine | 23549 |
| 246. | Moss, Zelma K | 21470 |
| 247. | MOTT, CLIFFORD RAY | 21953 |
| 248. | Mundy, Johnie | 23808 |
| 249. | MURPHY, BERNARD G. | 22059 |
| 250. | Murray, Dorothy M. | 22652 |
| 251. | MURRIE, MARLENE | 21781 |
| 252. | Myers, Arthur J. | 21400 |
| 253. | Myers, Doris M. | 24256 |
| 254. | Myles, Homer G. | 26249 |
| 255. | Nadler, Gloria R. | 25852 |
| 256. | Nance, Ila Faye | 22579 |
| 257. | NAZELROD, EMORY | 24465 |
| 258. | Nega, Mary K | 25752 |
| 259. | Nemer, Alice  M. | 24206 |
| 260. | Neukam, Helga E. | 21035 |
| 261. | Newsome, Franklin D | 21191 |
| 262. | Nigh, Buddy Ray | 23348 |
| 263. | NISHIMURA, NOBUKO | 23595 |
| 264. | Nolan, Ralph E. | 21952 |
| 265. | North, Carolyn L | 22383 |
| 266. | Novotny, Catherine | 20849 |
| 267. | Nowakowski, Helen M. | 22789 |
| 268. | NYE, VERNON B | 23588 |
| 269. | Oakley, Jo Ann Dawson | 25403 |
| 270. | Oberlander, Ruben F. | 21398 |
| 271. | OGDEN, WILLIAM E | 22555 |
| 272. | OLIVE, DAVID S. | 21619 |
| 273. | Oliver, Paul | 24492 |
| 274. | Olson, Dale A. | 23166 |
| 275. | Oneto, Ellen B | 22027 |
| 276. | Orpin, Margaret R | 21233 |
| 277. | Ortlieb, Jerome | 24147 |
| 278. | Ortner, Donna  M. | 21147 |
| 279. | OSWALT, CLARENCE | 26012 |
| 280. | OVERFIELD, WILLIAM ROBERT | 24296 |
| 281. | Owens, Michael Joseph | 23578 |
| 282. | Ozment, Leilani S | 22043 |
| 283. | Ozment, Ruth S. | 26175 |
| 284. | PALMER, ANNA M | 25156 |
| 285. | PALMER, BETTY B | 23641 |
| 286. | PANAGAKOS, GEORGE M | 26055 |
| 287. | Pancoe, Gertrude J. | 25962 |
| 288. | Pape, Dorothy M | 21830 |

| | Debtors' Forty-ninth Omnibus Objection to Claims | |
|---|---|---|
| | **Exhibit A** | |
| | **Schedule of Claims to be Reclassed to General Unsecured** | |
| **Ref #** | **Name of Claimant** | **Affected Proof of Claim No.** |
| 289. | Parker Family Trust UA Dtd 11-02-93 or William E. | 24317 |
| 290. | Parker, Beverly Anne | 24416 |
| 291. | Parker, Charlene | 25317 |
| 292. | Parker, Greta F | 20756 |
| 293. | Parker, Otis Mitchell | 24550 |
| 294. | Parkinson, Nancy L. | 21870 |
| 295. | Parks, Helen Leah | 23201 |
| 296. | PAYAN, VILMA F | 25517 |
| 297. | PAYNE, BENJAMIN | 22062 |
| 298. | Pearcy, Ola Ann | 22157 |
| 299. | Peele, Larry L | 21661 |
| 300. | Peersen, Arthur  C. | 24746 |
| 301. | Peluso, Joseph S. | 23103 |
| 302. | PENDERGAST, TED F. | 24842 |
| 303. | Pentland, Richard N | 22079 |
| 304. | PERCIVAL, JOHN G | 22852 |
| 305. | Perdue, Edith C | 22839 |
| 306. | Perkins, Billy  F | 23457 |
| 307. | Perovanovic, Veselin | 24902 |
| 308. | PERRY, JUNE H. | 22424 |
| 309. | PERRYMAN, RALPH C. | 23001 |
| 310. | PERSBACKER, PATRICIA | 25473 |
| 311. | Peters, Donald B. | 21256 |
| 312. | Pettibone, Jeannette B. | 22037 |
| 313. | Petty, Harold Archer | 23843 |
| 314. | Pheagin, Marilyn | 25405 |
| 315. | Phillips, Sammy Dwain | 22131 |
| 316. | Phillips, Sarah L. | 21366 |
| 317. | Phillips, Virlin Elizabeth W. | 21538 |
| 318. | PICHINI, BETTY H. | 24863 |
| 319. | Pickrell, Alton J. | 21160 |
| 320. | Pierce, Eloise L | 24432 |
| 321. | PIPER, DONALD R | 22824 |
| 322. | Pisarek, Elizabeth | 24191 |
| 323. | PLOTNER, VINCENT NORMAN | 24987 |
| 324. | POLEFRONE, DOROTHY MAE | 21630 |
| 325. | POOR, LULA | 25561 |
| 326. | Popham, Shirley | 26027 |
| 327. | PORTER, JULIA M. | 24534 |
| 328. | Posey, Nelma | 24221 |
| 329. | POST, DOROTHY M | 22214 |
| 330. | POTTER, HUGH LAWRENCE | 22702 |
| 331. | Powers, David George | 24568 |
| 332. | Poynor, Gene | 25627 |
| 333. | Price, Thomas W | 24501 |
| 334. | PRITCHETT, ELOUISE S | 22492 |
| 335. | Provencio, Mary Ruby | 23043 |
| 336. | Provost, James J. | 23004 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 337. | Provost, John Felix | 23735 |
| 338. | Pruitt, Wayne G. | 25739 |
| 339. | PUGH, CECIL B | 25381 |
| 340. | PULLIN, MURIEL CRADDOCK | 24909 |
| 341. | Pumilia, Rosa | 23963 |
| 342. | Putty, Helen | 25628 |
| 343. | QUINN, JERRY S | 23615 |
| 344. | Quintana, Carmen | 24723 |
| 345. | RABICK, MARY ANN | 23617 |
| 346. | Rae, Robert P. | 24555 |
| 347. | Raines, Yvonne Wiggins | 24121 |
| 348. | Rakauskas, Stanley | 20869 |
| 349. | Ramey, Darlene J | 23097 |
| 350. | Ratz, Mary Caroline | 22720 |
| 351. | REAGAN, JOE T. | 25485 |
| 352. | Reck, June | 23827 |
| 353. | Redditt, Charles C. | 21758 |
| 354. | Reeb, Frederick W | 24575 |
| 355. | Reichert, Laurence A. | 23896 |
| 356. | Reifsnyder, Volita | 21088 |
| 357. | Reinharpt, Melvene E. | 21496 |
| 358. | Remsing, Linda M. | 22301 |
| 359. | Reser, Vernon L. | 22895 |
| 360. | REYNOLDS, ARTHUR M | 24226 |
| 361. | REYNOLDS, CLOTEA | 24901 |
| 362. | Rhoades, Phyllis J. | 22669 |
| 363. | Ribaudo, Paul J | 21966 |
| 364. | Richardson, Joseph | 25331 |
| 365. | RICHEY, JANET | 22166 |
| 366. | Rieth, Theodore | 22748 |
| 367. | Riggillo, Josephine  M. | 20802 |
| 368. | Ritter, Audrey G | 24731 |
| 369. | Roark, Helen Hedson | 25145 |
| 370. | Robbins, William J. | 25940 |
| 371. | ROBERSON, ERNEST C | 25657 |
| 372. | Roberson, Joe H. | 22343 |
| 373. | Robert Einhart / Barbara Rowett POA | 24558 |
| 374. | Roberts, Joseph Eugene | 22644 |
| 375. | Roberts, Sally A | 21377 |
| 376. | ROBERTSON, ELIZABETH J. | 23090 |
| 377. | Rodenburg, Josephine | 23834 |
| 378. | Rodriguez, Demetrio | 22388 |
| 379. | Rodriguez, Samuel | 24094 |
| 380. | Roman Sr., Theodore P. | 21228 |
| 381. | Rondone, Eileen Marie | 22268 |
| 382. | Rose, Betty Jean | 26042 |
| 383. | Rosenfeld, Norman | 22863 |
| 384. | Ross, Kenneth R | 26129 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 385. | Ross, Mary P | 26254 |
| 386. | ROWLES, PATSY | 21761 |
| 387. | Rush, James J | 23014 |
| 388. | RUSSELL, DAVID L. | 23028 |
| 389. | RUSSELL, WILLIAM B. | 24769 |
| 390. | RYAN, PHILIP E. | 24856 |
| 391. | RYSKAMP, MYRON JACK | 22794 |
| 392. | Sachs, Arlene | 23988 |
| 393. | Sacra, Christine E. | 24721 |
| 394. | Saldivar, Josephine | 25377 |
| 395. | Salmorin, Adrian K. | 23176 |
| 396. | Salpeter, Stanley | 21308 |
| 397. | Sampere, Joseph A. | 23488 |
| 398. | Sampson, William E. | 25326 |
| 399. | SAMULES, DON | 21746 |

**<u>Exhibit B</u>**

**Redline**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                      :          **Chapter 11**
                                                           :
**SEARS HOLDINGS CORPORATION**, *et al.*,   :          **Case No. 18-23538 (SHL)**
                                                           :
            **Debtors.**[1]                                :          **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)

Upon the *Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims)*, filed on August 30, 2022 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

relief requested in the Objection having been provided, and it appearing that no other or further

notice need be provided in accordance with the Amended Case Management Order; and such

notice having been adequate and appropriate under the circumstances, and it appearing that other

or further notice need be provided; and ~~the Bankruptcy Court having held a hearing to consider~~

~~the relief requested in the Objection on _____ (the "**Hearing**"); and upon the record of the~~

~~Hearing, and~~ upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy

Court having determined that the legal and factual bases set forth in the Objection establish just

cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing

therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Objection is granted.

    2.    Each proof of claim listed on **Exhibit 1** annexed hereto is reclassified in

its entirety to a general unsecured claim.

    3.    This Order shall not be deemed to waive, impair, release, or effect on any

claims, causes of action the Debtors may hold against the Claimants, including but not limited

to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against

such Claimants shall be expressly preserved.

    4.    The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the

Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give

effect to this Order.

2

5.      The terms and conditions of this Order are effective immediately upon

entry.


Dated          _____, 2022
:        White Plains, New York


                        _____
                        THE HONORABLE SEAN H. LANE
                        UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Reclassified Claims**

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 1. | Hare, Hazel F | 25923 |
| 2. | Hare, Lanella | 21720 |
| 3. | Harper, Peggy Wooten | 25636 |
| 4. | HARPER, ROBERT D | 23124 |
| 5. | HARRELSON, BETTY | 24813 |
| 6. | Harris, Marian L | 24667 |
| 7. | Harris, Velma J. | 25535 |
| 8. | HARRISON, MARGARET C | 22616 |
| 9. | Hart, Joyce F. | 25618 |
| 10. | Harvey, Helen | 25384 |
| 11. | HATCHER, FRANK H | 20695 |
| 12. | HAUGAN, CURTIS M. | 24984 |
| 13. | Hawkins, Betty S | 22707 |
| 14. | HAWRYLIAK, PAUL | 24825 |
| 15. | Heaney, Marie F | 23521 |
| 16. | Heggs, Bernice  V. | 23430 |
| 17. | HEIDEMAN, LEE A. | 21049 |
| 18. | Heinz, H. Peter | 21955 |
| 19. | Hemry, Norman | 21380 |
| 20. | Henderson, William | 21163 |
| 21. | Hendricks, Mary Ellen | 24069 |
| 22. | Henning, Sr., David L. | 25292 |
| 23. | Hernandez, Martin G | 26196 |
| 24. | Hernandez, Paul B. | 23429 |
| 25. | Hernandez, Teodoro | 22635 |
| 26. | HESSLER, BERNICE M | 22958 |
| 27. | Hester, Helen R. | 25903 |
| 28. | Hester, Woodrow F. | 25925 |
| 29. | Hill, Billy Rose | 23373 |
| 30. | Hill, Linda N. | 25370 |
| 31. | HILL, MARVA L. | 20960 |
| 32. | Hill, Olen D. | 24663 |
| 33. | Hobbs, Violet H. | 24060 |
| 34. | Hodge, Emma | 22888 |
| 35. | Hogan, Edith | 25017 |
| 36. | Hoke, Carl P | 21162 |
| 37. | Hoke, Rita M | 21164 |
| 38. | Holbrook, Steve M | 21944 |
| 39. | Holder, Louise L. | 24000 |
| 40. | Hollis, Suzanne | 20792 |
| 41. | HOLT, MARY | 21587 |
| 42. | Hornsby, Cecil Wayne | 21240 |
| 43. | Hornsby, Jeanette | 21239 |
| 44. | Horvat, Thomas | 26030 |
| 45. | Houck, Orvel George | 22548 |
| 46. | Houk, Dorothy K. | 22570 |
| 47. | Howell, Arlene Leona | 22082 |
| 48. | Hoyas, Edward M | 21178 |
| 49. | HUBBARD, HARRY C. | 20972 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 50. | Hufnagle, John J. | 21238 |
| 51. | Hugh J. Kiristy | 26309 |
| 52. | HUGHES, WALTER T | 23601 |
| 53. | HUNTLEY, RONALD E. | 21764 |
| 54. | Hurley, Conrad | 23678 |
| 55. | Ide, Leola | 21185 |
| 56. | Impastato, Barbara | 24436 |
| 57. | Infante, Valentine | 21681 |
| 58. | Isaacman, Reva Betty | 26376 |
| 59. | Jackson, Dorothy W. | 25414 |
| 60. | JACKSON, GEORGE | 25233 |
| ~~61.~~ | ~~JACKSON, MARY ALLENE~~ | ~~22124~~ |
| ~~62~~61. | Jackson, Roy E | 23156 |
| ~~63~~62. | JACOB, JAMES C. | 23093 |
| ~~64~~63. | Jamerino, Joseph Gary | 23111 |
| ~~65~~64. | James P Hayes - Betty A. Hayes | 25413 |
| ~~66~~65. | JAMES, FRANCIS EAKES | 21787 |
| ~~67~~66. | James, Raymond Earl | 26553 |
| ~~68~~67. | Janet L. Slater (Beneficiary) | 21320 |
| ~~69~~68. | JAZWINSKI, AGNES | 21802 |
| ~~70~~69. | Jeanmarie, Emelda F. | 25858 |
| ~~71~~70. | Jernigan, Margaret | 25094 |
| ~~72~~71. | JIRIK, BETTY J. | 22338 |
| ~~73~~72. | JOHNOFF, MARILYN J | 22422 |
| ~~74~~73. | Johnson, Berie | 26454 |
| ~~75~~74. | Johnson, Chester K | 21322 |
| ~~76~~75. | Johnson, Jr. Walter Richard | 21820 |
| ~~77~~76. | Johnson, Martha Nell | 23848 |
| ~~78~~77. | Johnson, Mary Anne | 21363 |
| ~~79~~78. | Jones, Ann | 24559 |
| ~~80~~79. | Jones, Burtis E | 24467 |
| ~~81~~80. | Jones, Fannie Mae | 25056 |
| ~~82~~81. | Jones, Herbert D | 22018 |
| ~~83~~82. | JONES, PALMA MARIE | 25300 |
| ~~84~~83. | Jordan, Concepcion R | 22195 |
| ~~85~~84. | Jordan, Lori A | 22171 |
| ~~86~~85. | JUDKINS, CAROL A | 23539 |
| ~~87~~86. | Kabalka, Michael P | 24161 |
| ~~88~~87. | KALENAK, MARGARET | 22580 |
| ~~89~~88. | Kampman, Carolyn Sue | 25247 |
| ~~90~~89. | Kasprzyk, Mary L. | 24295 |
| ~~91~~90. | KATOLL, EDWARD | 21083 |
| ~~92~~91. | Katt, Robert | 25750 |
| ~~93~~92. | KEARNEY, NANCY | 23195 |
| ~~94~~93. | Keil, Irma H. | 23467 |
| ~~95~~94. | KELLER, JOHN R | 22003 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 96~~95~~ | Kelley, Harold D. | 24518 |
| 97~~96~~ | Kelly, J.H. | 21355 |
| 98~~97~~ | Kelly, William F. | 24403 |
| 99~~98~~ | Kelly, Willie D. | 25546 |
| 100~~99~~ | KENNEDY, PAUL R | 22844 |
| 101~~100~~ | Kern, Clifton E. | 22225 |
| 102~~101~~ | Kerner, Janice M | 23562 |
| 103~~102~~ | Kerr, James R. | 25714 |
| 104~~103~~ | Kibler, Ila | 24735 |
| 105~~104~~ | KICK, ROSEMARY M | 21841 |
| 106~~105~~ | KILPATRICK, MARTHA | 22914 |
| 107~~106~~ | Kinder, Nelda Jean | 21684 |
| 108~~107~~ | KING, ORMONDE | 22407 |
| 109~~108~~ | Kish (Snyder, Nettiebell Margaret) | 23286 |
| 110~~109~~ | KLINE, SUE | 25089 |
| 111~~110~~ | KNAPP, ERNEST JAMES | 22909 |
| 112~~111~~ | Knipe, Roland George | 23954 |
| 113~~112~~ | KNOLHOFF, GAYE | 20864 |
| 114~~113~~ | Kody, Robert | 22295 |
| 115~~114~~ | KOLLAR, BERNICE | 21695 |
| 116~~115~~ | Kosiek, Francis John | 23370 |
| 117~~116~~ | KOSINSKI, ROBERT | 23545 |
| 118~~117~~ | Kosis, Donald J. | 21759 |
| 119~~118~~ | Kota, Jean R | 23132 |
| 120~~119~~ | Kowalewski, Mary Ann | 23133 |
| 121~~120~~ | Kramer Jr., Jerome H | 23007 |
| 122~~121~~ | Kroskey, Elizabeth L | 24047 |
| 123~~122~~ | Kruckewitt, Lorraine C | 23567 |
| 124~~123~~ | KRUMMERT, EDWARD J. | 21899 |
| 125~~124~~ | Krupitzer, Marion J. | 23196 |
| 126~~125~~ | Kruszewski, Barbara  Ann | 21075 |
| 127~~126~~ | Kruysman, Harry | 21667 |
| 128~~127~~ | KUHNS, BETTY | 22776 |
| 129~~128~~ | KYHN, JOAN M | 22833 |
| 130~~129~~ | Kyler, Betty L. | 23893 |
| 131~~130~~ | LaBelle, Gail A | 21888 |
| 132~~131~~ | Lackey, Marion Lousie | 21004 |
| 133~~132~~ | LaCoste, Carol L | 22193 |
| 134~~133~~ | Lafond, Rose | 24310 |
| 135~~134~~ | LAJEWSKI, JOANN F | 25848 |
| 136~~135~~ | Lamanna, Peter P. | 25843 |
| 137~~136~~ | LAMPHEAR, MILDRED | 22490 |
| 138~~137~~ | Lanagan, Merle | 22266 |
| 139~~138~~ | LAND, RONALD | 24011 |
| 140~~139~~ | Landers, Brenda | 24644 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 141140. | LANIER, WILLIAM G | 24379 |
| 142141. | Lanter, Harold R. | 25171 |
| 143142. | LARSEN, LILLIAN R | 23922 |
| 144143. | LATHROP, AUSTIN | 21806 |
| 145144. | Lauritz, Mary R. | 25097 |
| 146145. | Layfield, David | 21058 |
| 147146. | Leali, Frank | 23044 |
| 148147. | Lebo, Doris M. | 24622 |
| 149148. | Lee, Frank R | 22474 |
| 150149. | Leonard, Harvey L. | 26168 |
| 151150. | LePere, Joel P. | 23736 |
| 152151. | Leverett, Linda J | 25781 |
| 153152. | Liguori, Eileen | 21385 |
| 154153. | LINDEMAN, ROBERT C | 24941 |
| 155154. | LINDSEY, MARY JOYCE | 24859 |
| 156155. | LOCKHART, EMOGENE | 24552 |
| 157156. | LOCKHART, JOYCE G | 25023 |
| 158157. | Lockmiller, Florrie Jo | 22009 |
| 159158. | Loibel, Delores B | 24591 |
| 160159. | Long, Barbara A. | 23239 |
| 161160. | Looby, John P | 24775 |
| 162161. | Lord, Mary F. | 23642 |
| 163162. | Louise Ross, Deceased | 25015 |
| 164163. | Love, Billy B. | 20754 |
| 165164. | Lovell, David L | 21269 |
| 166165. | LUNSFORD, CHARLES | 22156 |
| 167166. | Lyman, Ann M | 24875 |
| 168167. | Mabe, Keith R. | 21205 |
| 169168. | MACY, HOMER E. | 21791 |
| 170169. | Maddox, Bessie B. | 20734 |
| 171170. | Magaret I. Rowe (Deceased) Jacalyn S. Schussler | 23769 |
| 172171. | MAGGIOLI, MARY | 22206 |
| 173172. | Mahanay, Donald | 24150 |
| 174173. | Maine, Vernon R. | 23441 |
| 175174. | Makielski, Betty Jane | 23868 |
| 176175. | MALENZI, INGE E | 25540 |
| 177176. | Mally, Joan R | 25143 |
| 178177. | Malmborg, Mary | 24627 |
| 179178. | MANGINI, JUNE B | 23150 |
| 180179. | Mannion, Daniel R | 23517 |
| 181180. | MANZETTI, MARGARET A. | 24466 |
| 182181. | MARCHETTI, GERALD | 25946 |
| 183182. | Marchica, Vincent | 25761 |
| 184183. | Marcucci, Audrey J. | 25809 |
| 185184. | Mariani, Robert Z | 22584 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 186185. | MARSHALL, JUNE W | 21054 |
| 187186. | MARTELLO, PASQUAL | 23662 |
| 188187. | Martenka, Gerlinde Maria | 21423 |
| 189188. | Martin Jr., John Paul | 24354 |
| 190189. | Martin, Johnnie H | 21389 |
| 191190. | Martin, Yvonne | 20800 |
| 192191. | MARTINEZ, LYDIA | 23590 |
| 193192. | Martinez, Marilyn | 25782 |
| 194193. | MARTINEZ, VICTORIA C | 22470 |
| 195194. | MARX, VERNON H. | 21424 |
| 196195. | Matthews, Cleo B | 26100 |
| 197196. | Mattice, Valerie | 21033 |
| 198197. | Matumura, Bernice | 24481 |
| 199198. | Maxfield, Gerard Peter | 24590 |
| 200199. | May, Robert E. | 25695 |
| 201200. | MAYOBRE, JOSEPHINE P. | 23319 |
| 202201. | MAYS, SAMELLA M. | 24430 |
| 203202. | Mazzula, Joseph C. | 21640 |
| 204203. | MCCOY, BARBARA | 22968 |
| 205204. | McCoy, Shirley | 24695 |
| 206205. | McCullough, Vera M. | 24325 |
| 207206. | McDonald, John J. | 21976 |
| 208207. | McDuffie, Marjorie B. | 24638 |
| 209208. | MCFARLIN, EUGENE | 22613 |
| 210209. | Mchale, Betty J. | 24777 |
| 211210. | MCHALE, ROBERT RICHARD | 24719 |
| 212211. | McHenry, Tommie S | 24870 |
| 213212. | MCKNELLY, LOURENE GREEN | 22163 |
| 214213. | McLaughlin, Robert | 22760 |
| 215214. | MCMAHAN, FRANCES | 23629 |
| 216215. | McNamara, Raymond T. | 22208 |
| 217216. | McQuinn, Mollie T | 24506 |
| 218217. | Medeiros, Manuel L. | 23358 |
| 219218. | Meehan, John A. | 25577 |
| 220219. | Mehaffie, Betty | 23833 |
| 221220. | MEIRSTIN, JEANNIE L | 23256 |
| 222221. | Metcalf, Dorothy | 20878 |
| 223222. | Meyers, Carol L. | 22227 |
| 224223. | Michaletz, Richard J | 25784 |
| 225224. | MIELE, ROSETTA | 22094 |
| 226225. | MILAM, JO ELLEN | 24281 |
| 227226. | Milican, Betty B | 25512 |
| 228227. | Miller, Irene | 24737 |
| 229228. | Miller, Richard R. | 21548 |
| 230229. | Miller, Robert M | 21603 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 231230. | Mills, Darlene | 23856 |
| 232231. | Mills, Laura L | 25581 |
| 233232. | Millwood, Lavone P | 24493 |
| 234233. | Mobley, Gloria K | 24982 |
| 235234. | MOELLER, JOYCE | 20697 |
| 236235. | Mogonye, Dorothy L. | 24792 |
| 237236. | Monro, Barbara Eileen | 25431 |
| 238237. | Monroe, William E | 21124 |
| 239238. | Montegny, James A. | 24284 |
| 240239. | Montes, Barbara | 20852 |
| 241240. | MOODY, RONALD | 24130 |
| 242241. | Moore, Janice A. | 20886 |
| 243242. | Moragne, Sophia C. | 22933 |
| 244243. | Morgan, Betty | 24976 |
| 245244. | Moskowitz, Blanche | 23194 |
| 246245. | Moskowitz, Geraldine | 23549 |
| 247246. | Moss, Zelma K | 21470 |
| 248247. | MOTT, CLIFFORD RAY | 21953 |
| 249248. | Mundy, Johnie | 23808 |
| 250249. | MURPHY, BERNARD G. | 22059 |
| 251250. | Murray, Dorothy M. | 22652 |
| 252251. | MURRIE, MARLENE | 21781 |
| 253252. | Myers, Arthur J. | 21400 |
| 254253. | Myers, Doris M. | 24256 |
| 255254. | Myles, Homer G. | 26249 |
| 256255. | Nadler, Gloria R. | 25852 |
| 257256. | Nance, Ila Faye | 22579 |
| 258257. | NAZELROD, EMORY | 24465 |
| 259258. | Nega, Mary K | 25752 |
| 260259. | Nemer, Alice M. | 24206 |
| 261260. | Neukam, Helga E. | 21035 |
| 262261. | Newsome, Franklin D | 21191 |
| 263262. | Nigh, Buddy Ray | 23348 |
| 264263. | NISHIMURA, NOBUKO | 23595 |
| 265264. | Nolan, Ralph E. | 21952 |
| 266265. | North, Carolyn L | 22383 |
| 267266. | Novotny, Catherine | 20849 |
| 268267. | Nowakowski, Helen M. | 22789 |
| 269268. | NYE, VERNON B | 23588 |
| 270269. | Oakley, Jo Ann Dawson | 25403 |
| 271270. | Oberlander, Ruben F. | 21398 |
| 272271. | OGDEN, WILLIAM E | 22555 |
| 273272. | OLIVE, DAVID S. | 21619 |
| 274273. | Oliver, Paul | 24492 |
| 275274. | Olson, Dale A. | 23166 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 276275. | Oneto, Ellen B | 22027 |
| 277276. | Orpin, Margaret R | 21233 |
| 278277. | Ortlieb, Jerome | 24147 |
| 279278. | Ortner, Donna M. | 21147 |
| 280279. | OSWALT, CLARENCE | 26012 |
| 281280. | OVERFIELD, WILLIAM ROBERT | 24296 |
| 282281. | Owens, Michael Joseph | 23578 |
| 283282. | Ozment, Leilani S | 22043 |
| 284283. | Ozment, Ruth S. | 26175 |
| 285284. | PALMER, ANNA M | 25156 |
| 286285. | PALMER, BETTY B | 23641 |
| 287286. | PANAGAKOS, GEORGE M | 26055 |
| 288287. | Pancoe, Gertrude J. | 25962 |
| 289288. | Pape, Dorothy M | 21830 |
| 290289. | Parker Family Trust UA Dtd 11-02-93 or William E. Parker | 24317 |
| 291290. | Parker, Beverly Anne | 24416 |
| 292291. | Parker, Charlene | 25317 |
| 293292. | Parker, Greta F | 20756 |
| 294293. | Parker, Otis Mitchell | 24550 |
| 295294. | Parkinson, Nancy L. | 21870 |
| 296295. | Parks, Helen Leah | 23201 |
| 297296. | PAYAN, VILMA F | 25517 |
| 298297. | PAYNE, BENJAMIN | 22062 |
| 299298. | Pearcy, Ola Ann | 22157 |
| 300299. | Peele, Larry L | 21661 |
| 301300. | Peersen, Arthur C. | 24746 |
| 302301. | Peluso, Joseph S. | 23103 |
| 303302. | PENDERGAST, TED F. | 24842 |
| 304303. | Pentland, Richard N | 22079 |
| 305304. | PERCIVAL, JOHN G | 22852 |
| 306305. | Perdue, Edith C | 22839 |
| 307306. | Perkins, Billy F. | 23457 |
| 308307. | Perovanovic, Veselin | 24902 |
| 309308. | PERRY, JUNE H. | 22424 |
| 310309. | PERRYMAN, RALPH C. | 23001 |
| 311310. | PERSBACKER, PATRICIA | 25473 |
| 312311. | Peters, Donald B. | 21256 |
| 313312. | Pettibone, Jeannette B. | 22037 |
| 314313. | Petty, Harold Archer | 23843 |
| 315314. | Pheagin, Marilyn | 25405 |
| 316315. | Phillips, Sammy Dwain | 22131 |
| 317316. | Phillips, Sarah L. | 21366 |
| 318317. | Phillips, Virlin Elizabeth W. | 21538 |
| 319318. | PICHINI, BETTY H. | 24863 |
| 320319. | Pickrell, Alton J. | 21160 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 321320. | Pierce, Eloise L | 24432 |
| 322321. | PIPER, DONALD R | 22824 |
| 323322. | Pisarek, Elizabeth | 24191 |
| 324323. | PLOTNER, VINCENT NORMAN | 24987 |
| 325324. | POLEFRONE, DOROTHY MAE | 21630 |
| 326325. | POOR, LULA | 25561 |
| 327326. | Popham, Shirley | 26027 |
| 328327. | PORTER, JULIA M. | 24534 |
| 329328. | Posey, Nelma | 24221 |
| 330329. | POST, DOROTHY M | 22214 |
| 331330. | POTTER, HUGH LAWRENCE | 22702 |
| 332331. | Powers, David George | 24568 |
| 333332. | Poynor, Gene | 25627 |
| 334333. | Price, Thomas W | 24501 |
| 335334. | PRITCHETT, ELOUISE S | 22492 |
| 336335. | Provencio, Mary Ruby | 23043 |
| 337336. | Provost, James J. | 23004 |
| 338337. | Provost, John Felix | 23735 |
| 339338. | Pruitt, Wayne G. | 25739 |
| 340339. | PUGH, CECIL B | 25381 |
| 341340. | PULLIN, MURIEL CRADDOCK | 24909 |
| 342341. | Pumilia, Rosa | 23963 |
| 343342. | Putty, Helen | 25628 |
| 344343. | QUINN, JERRY S | 23615 |
| 345344. | Quintana, Carmen | 24723 |
| 346345. | RABICK, MARY ANN | 23617 |
| 347346. | Rae, Robert P. | 24555 |
| 348347. | Raines, Yvonne Wiggins | 24121 |
| 349348. | Rakauskas, Stanley | 20869 |
| 350349. | Ramey, Darlene J | 23097 |
| 351350. | Ratz, Mary Caroline | 22720 |
| 352351. | REAGAN, JOE T. | 25485 |
| 353352. | Reck, June | 23827 |
| 354353. | Redditt, Charles C. | 21758 |
| 355354. | Reeb, Frederick W | 24575 |
| 356355. | Reichert, Laurence A. | 23896 |
| 357356. | Reifsnyder, Volita | 21088 |
| 358357. | Reinharpt, Melvene E. | 21496 |
| 359358. | Remsing, Linda M. | 22301 |
| 360359. | Reser, Vernon L. | 22895 |
| 361360. | REYNOLDS, ARTHUR M | 24226 |
| 362361. | REYNOLDS, CLOTEA | 24901 |
| 363362. | Rhoades, Phyllis J. | 22669 |
| 364363. | Ribaudo, Paul J | 21966 |
| 365364. | Richardson, Joseph | 25331 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassified to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| ~~366~~365. | RICHEY, JANET | 22166 |
| ~~367~~366. | Rieth, Theodore | 22748 |
| ~~368~~367. | Riggillo, Josephine M. | 20802 |
| ~~369~~368. | Ritter, Audrey G | 24731 |
| ~~370~~369. | Roark, Helen Hedson | 25145 |
| ~~371~~370. | Robbins, William J. | 25940 |
| ~~372~~371. | ROBERSON, ERNEST C | 25657 |
| ~~373~~372. | Roberson, Joe H. | 22343 |
| ~~374~~373. | Robert Einhart / Barbara Rowett POA | 24558 |
| ~~375~~374. | Roberts, Joseph Eugene | 22644 |
| ~~376~~375. | Roberts, Sally A | 21377 |
| ~~377~~376. | ROBERTSON, ELIZABETH J. | 23090 |
| ~~378~~377. | Rodenburg, Josephine | 23834 |
| ~~379~~378. | Rodriguez, Demetrio | 22388 |
| ~~380~~379. | Rodriguez, Samuel | 24094 |
| ~~381~~380. | Roman Sr., Theodore P. | 21228 |
| ~~382~~381. | Rondone, Eileen Marie | 22268 |
| ~~383~~382. | Rose, Betty Jean | 26042 |
| ~~384~~383. | Rosenfeld, Norman | 22863 |
| ~~385~~384. | Ross, Kenneth R | 26129 |
| ~~386~~385. | Ross, Mary P | 26254 |
| ~~387~~386. | ROWLES, PATSY | 21761 |
| ~~388~~387. | Rush, James J | 23014 |
| ~~389~~388. | RUSSELL, DAVID L. | 23028 |
| ~~390~~389. | RUSSELL, WILLIAM B. | 24769 |
| ~~391~~390. | RYAN, PHILIP E. | 24856 |
| ~~392~~391. | RYSKAMP, MYRON JACK | 22794 |
| ~~393~~392. | Sachs, Arlene | 23988 |
| ~~394~~393. | Sacra, Christine E. | 24721 |
| ~~395~~394. | Saldivar, Josephine | 25377 |
| ~~396~~395. | Salmorin, Adrian K. | 23176 |
| ~~397~~396. | Salpeter, Stanley | 21308 |
| ~~398~~397. | Sampere, Joseph A. | 23488 |
| ~~399~~398. | Sampson, William E. | 25326 |
| ~~400~~399. | SAMULES, DON | 21746 |