AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**FORTY-SIXTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF JULY 1, 2022 THROUGH JULY 31, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | July 1, 2022 through July 31, 2022 |
| Monthly Fees Incurred: | **$297,557.50** |
| 20% Holdback: | **$59,511.50** |
| Total Compensation Less 20% Holdback: | **$238,046.00** |
| Monthly Expenses Incurred: | **$2,679.76** |
| Total Fees and Expenses Requested: | **$240,725.76** |

This is a __x__ monthly_____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Sixth Monthly Fee Statement") covering the period from July 1, 2022 through and including July 31, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Sixth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the

---

[2] The total amount sought for fees and expenses ($300,237.26) reflects voluntary reductions for the Compensation Period of $24,895.00 in fees and $1,067.10 in expenses.

2

amount of $238,046.00 (80% of $297,557.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $2,679.76 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Forty-Sixth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

4

Objections to this Forty-Sixth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **October 21, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Forty-Sixth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Sixth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

[*Remainder of page left blank intentionally*]

Dated: New York, New York
October 6, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
  Ira S. Dizengoff
  Philip C. Dublin
  Sara L. Brauner
  One Bryant Park
  New York, New York 10036
  Telephone: (212) 872-1000
  Facsimile: (212) 872-1002
  Email: idizengoff@akingump.com
    pdublin@akingump.com
    sbrauner@akingump.com

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings*
*Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 82.20 | 115,080.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1,775.00 | 21.30 | 37,807.50 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 36.00 | 50,400.00 |
| **Total Partner** | | | | **139.50** | **203,287.50** |
| **SENIOR COUNSEL AND COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 1,095.00 | 31.00 | 33,945.00 |
| **Total Senior Counsel and Counsel** | | | | **31.00** | **33,945.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 54.00 | 52,110.00 |
| Amanda Praestholm | Litigation | 2017 | 925.00 | 5.00 | 4,700.00 |
| **Total Associates and Staff Attorneys** | | | | **59.00** | **56,810.00** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Dagmara Krasa | Financial Restructuring | N/A | 475.00 | 7.40 | 3,515.00 |
| **Total Paralegals and Legal Assistants** | | | | **7.40** | **3,515.00** |
| **Total Hours / Fees Requested** | | | | **236.90** | **297,557.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,391.39 | 170.50 | 237,232.50 |
| Associates | 962.88 | 59.00 | 56,810.00 |
| Paralegals/Non-Legal Staff | 475.00 | 7.40 | 3,515.00 |
| Blended Timekeeper Rate | 1,256.05 | | |
| **Total Fees Incurred** | | **236.90** | **297,557.50** |

## **Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 47.60 | 45,259.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 2.10 | 2,385.00 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 8.70 | 12,027.50 |
| 8 | Hearings and Court Matters/Court Preparation | 0.60 | 285.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 3.30 | 3,717.00 |
| 20 | Jointly Asserted Causes of Action | 173.10 | 231,784.00 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 1.30 | 1,820.00 |
| 23 | Asset Dispositions/363 Asset Sales | 0.20 | 280.00 |
| | **TOTAL:** | **236.90** | **297,557.50** |

**Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | |
|---|---|
| Invoice Number | 2006684 |
| Invoice Date | 09/30/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 47.60 | $45,259.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 2.10 | $2,385.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 8.70 | $12,027.50 |
| 008 | Hearings and Court Matters/Court Preparation | 0.60 | $285.00 |
| 010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 3.30 | $3,717.00 |
| 020 | Jointly Asserted Causes of Action | 173.10 | $231,784.00 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 1.30 | $1,820.00 |
| 023 | Asset Dispositions/363 Asset Sales | 0.20 | $280.00 |
| | TOTAL | 236.90 | $297,557.50 |

SEARS CREDITORS COMMITTEE
Bill Number: 2006684

Page 2
09/30/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/06/22 | JES | 003 | Review invoice for privilege and confidentiality. | 0.80 |
| 07/07/22 | ZDL | 003 | Review invoice for privilege and confidentiality (1.1); correspond with J. Szydlo re same (.1). | 1.20 |
| 07/07/22 | JES | 003 | Review invoice for privilege and confidentiality (.9); correspond with Z. Lanier re same (.1). | 1.00 |
| 07/17/22 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines. | 1.40 |
| 07/18/22 | JES | 003 | Review invoice for privilege and confidentiality. | 0.70 |
| 07/19/22 | JES | 003 | Draft fee statement (.7); draft sections of interim fee application (1.4); review prior fee statements in connection with same (.4); correspond with Akin accounting re same (.3). | 2.80 |
| 07/20/22 | DK | 003 | Confer with J. Szydlo re preparation for upcoming final fee application (.2); review and organize relevant fee statements and applications (1); draft workbook for fee application (.9). | 2.10 |
| 07/20/22 | JES | 003 | Draft sections of interim fee application (.6); finalize fee statement (.2); confer with D. Krasa re final fee application (.2). | 0.90 |
| 07/21/22 | SLB | 003 | Confer with J. Szydlo re final fee application. | 0.40 |
| 07/21/22 | JES | 003 | Review invoice for privilege and confidentiality (1.9); coordinate filing of fee statement (.2); draft sections of final fee application (1.1); confer with S. Brauner re same (.4). | 3.60 |
| 07/22/22 | SLB | 003 | Correspondence with J. Szydlo re fee application. | 0.30 |
| 07/22/22 | JES | 003 | Draft sections of final fee application (2.2); correspond with S. Brauner re same (.3). | 2.50 |
| 07/25/22 | ZDL | 003 | Call with J. Szydlo re final fee application. | 0.30 |
| 07/25/22 | JES | 003 | Draft sections of final fee application (2.1); review accounting data re same (1.0); call with Z. Lanier re same (.3); review fee statements in connection with same (.6). | 4.00 |
| 07/26/22 | JES | 003 | Draft sections of final fee application. | 4.70 |
| 07/27/22 | ZDL | 003 | Review invoice for privilege. | 0.60 |
| 07/27/22 | JES | 003 | Review and revise final fee application (4.7); review prior fee applications in connection with same (1.4); review precedent in connection with same (.8); review accounting data in connection with same (1.0); review invoice for privilege and confidentiality (.6). | 8.50 |
| 07/28/22 | DK | 003 | Review monthly fee statements (.4); draft exhibit workbook for the 10th interim fee application (1.1). | 1.50 |
| 07/28/22 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines (1.4); confer with J. Szydlo re same and final fee app issues (.3). | 1.70 |
| 07/28/22 | JES | 003 | Review invoice for privilege and confidentiality (.7); draft sections of final fee application (3.3); review prior fee applications re same (.8); confer with S. Brauner re same (.3). | 5.10 |
| 07/29/22 | DK | 003 | Review monthly fee statements (.6); draft exhibit workbook for the 10th interim fee application (1.4). | 2.00 |
| 07/29/22 | ZDL | 003 | Conduct preliminary review of final fee application. | 1.10 |
| 07/29/22 | JES | 003 | Correspond with M3 re invoices (.2); review same (.2). | 0.40 |
| 07/06/22 | DK | 004 | Prepare FTI fee statement for filing (.2); effect the above (.2); prepare same for service (.1); follow up with noticing agent re above (.1). | 0.60 |
| 07/25/22 | SLB | 004 | Correspondence with professionals re final fee apps and related issues (.2); correspondence with G. Fail re same (.2); review interim comp order re same (.2); analyze issue re same (.6); review correspondence to UCC professionals re same (.3). | 1.50 |
| 07/20/22 | SLB | 007 | Confer with B. Raynor (PBGC counsel) re case status and open issues (.5); analyze same (.7); correspondence with UCC members re same (.3); correspondence with FTI re UCC call and related analysis (.2). | 1.70 |
| 07/25/22 | SLB | 007 | Confer with FTI to prep for UCC call (.4); prepare talking points for | 2.00 |

SEARS CREDITORS COMMITTEE                                                                   Page 3
Bill Number: 2006684                                                                        09/30/22

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| | | | same (.8); calls with UCC members re same (.8). | |
| 07/26/22 | DLC | 007 | Prepare for (.1) and participate in (.9) Committee call re 9019 settlement discussions. | 1.00 |
| 07/26/22 | SLB | 007 | Prepare for (1.0) and lead (.9) UCC call; follow-up correspondence with UCC members (.3); confer with UCC member re same (.5). | 2.70 |
| 07/26/22 | ZDL | 007 | Attend UCC call (partial). | 0.50 |
| 07/27/22 | SLB | 007 | Correspondence with UCC members re follow-up to UCC call. | 0.80 |
| 07/27/22 | DK | 008 | Review and update transcripts file. | 0.60 |
| 07/05/22 | DLC | 010 | Confer with S. Brauner re funding motion. | 0.20 |
| 07/05/22 | SLB | 010 | Confer with D. Chapman re hearing on financing motion and related issues (.2); analyze issues re same (.1). | 0.30 |
| 07/06/22 | SLB | 010 | Review and revise notice of adjournment re financing motion (.3) correspondence with parties in interest re same (.3). | 0.60 |
| 07/07/22 | DK | 010 | Draft correspondence to J. Szydlo re filing of notice of adjournment of Committee Litigation Financing Motion (.1); prepare notice to be efiled (.1); effect the above (.2); follow up with noticing agent re above (.2). | 0.60 |
| 07/07/22 | SLB | 010 | Correspondence with J. Szydlo re notice of adjournment re financing motion. | 0.20 |
| 07/07/22 | JES | 010 | Revise notice of adjournment of hearing on Lit. Funding Motion (.3); correspond with S. Brauner re same (.2). | 0.50 |
| 07/20/22 | SLB | 010 | Review and finalize notice of adjournment re Lit. financing motion (.2); correspondence with Admin Rep re same (.2); correspondence with WT re same (.1); confer with J. Szydlo re same (.1). | 0.60 |
| 07/20/22 | JES | 010 | Draft notice of adjournment re Litigation Funding Motion (.1); confer with S. Brauner re same (.1); coordinate filing of same (.1). | 0.30 |
| 07/01/22 | ISD | 020 | Analyze issues re settlement (.8); confer with S. Brauner re same (.4). | 1.20 |
| 07/01/22 | DLC | 020 | Confer with S. Brauner and Z. Lanier re: settlement waterfall recoveries. | 0.20 |
| 07/01/22 | SLB | 020 | Calls with FTI re waterfall in connection with potential settlement (.7); correspondence with FTI re same (.4); analyze and comment on analysis of same (1.3); confer with D. Chapman and Z. Lanier re same (.2); analyze open issues re proposed settlement (.5); review materials re same (.4); confer with I. Dizengoff re same (.4); correspondence with Weil re same (.4); review term sheet re same (.5). | 4.80 |
| 07/01/22 | ZDL | 020 | Revise sections of 9019 settlement motion (.4); confer with S. Brauner and D. Chapman re waterfall in connection with same (.2). | 0.60 |
| 07/03/22 | DLC | 020 | Review and comment on draft presentation to Designees re settlement waterfall. | 0.30 |
| 07/03/22 | SLB | 020 | Revise presentation to Designees re waterfall and related issues in connection with potential settlement (.8); analyze issues re same (.5). | 1.30 |
| 07/04/22 | SLB | 020 | Analyze issue re potential settlement and related waterfall. | 0.70 |
| 07/05/22 | ISD | 020 | Prepare for (.5); and participate in (.3) mediation session; correspond with S. Brauner re same (.4); review waterfall analysis in connection with same (.2). | 1.40 |
| 07/05/22 | DLC | 020 | Participate in mediation session (.3); review waterfall in connection with same (.1). | 0.40 |
| 07/05/22 | SLB | 020 | Prepare for (.5) and participate in (.3) mediation session; analyze issue re potential settlement (.8); correspondence with I. Dizengoff re same (.4); correspondence with Designees re same (.3); analyze issues re same (.8); correspondence with FTI re same (.2). | 3.30 |
| 07/05/22 | ZDL | 020 | Review and comment on draft 9019 motion (.6); confer with J. Szydlo re same (.4). | 1.00 |
| 07/05/22 | JES | 020 | Review and revise 9019 motion (1.7); confer with Z. Lanier re same (.4); conduct research in connection with same (.5). | 2.60 |
| 07/06/22 | ISD | 020 | Confer with S. Brauner re settlement (.4); review materials re same (.5). | 0.90 |
| 07/06/22 | DLC | 020 | Participate in call with FR team members re: 9019 motion. | 0.50 |
| 07/06/22 | SLB | 020 | Call with members of FR and Lit. team members re 9019 and related issues (.5); correspond with J. Szydlo re same (.4); confer with G. Fail re | 2.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | same (.2); analyze issues re same and related potential settlement (.7); review materials re same (.5); review correspondence and analysis from Weil in connection with same (.1); confer with I. Dizengoff re same (.4). | |
| 07/06/22 | ZDL | 020 | Call with FR and Lit team members on settlement motion (.5); revise draft settlement motion (1.2). | 1.70 |
| 07/06/22 | JES | 020 | Revise 9019 settlement motion (1.2); call with members of FR and Lit. teams re same (.5); correspond with S. Brauner re same (.4). | 2.10 |
| 07/06/22 | ACP | 020 | Revise section of 9019 settlement motion. | 0.40 |
| 07/07/22 | ISD | 020 | Mediation with defendants and attend to open issues. | 1.10 |
| 07/07/22 | ACP | 020 | Draft section of 9019 settlement motion. | 1.30 |
| 07/08/22 | ISD | 020 | Analyze issues re settlement and waterfall. | 1.30 |
| 07/08/22 | DLC | 020 | Review draft insert to Rule 9019 motion (.3); outline additional sections for inclusion (1.5). | 1.80 |
| 07/08/22 | ACP | 020 | Draft insert for 9019 motion. | 3.10 |
| 07/10/22 | DLC | 020 | Review and revise sections of 9019 motion (1.6); review defendant's public filings and related articles in connection with same (.6). | 2.20 |
| 07/11/22 | ISD | 020 | Confer with S. Brauner re settlement issues (.3); review and analyze materials re same (.8). | 1.10 |
| 07/11/22 | DLC | 020 | Review and revise 9019 motion (4.1); review case law in connection with same (.2); confer with D. Zensky re: same (.1); confer with FTI re: waterfall analysis (.3). | 4.70 |
| 07/11/22 | SLB | 020 | Correspondence with counsel to Admin Rep re potential settlement (.2); correspondence with Z. Lanier re same (.3); analyze issue re same (.8); confer with I. Dizengoff re same (.3); correspondence with Weil re same (.3); correspondence with FTI re same (.3). | 2.20 |
| 07/11/22 | ZDL | 020 | Revise draft of settlement motion (1.8); correspond with S. Brauner re settlement issues (.3). | 2.10 |
| 07/11/22 | JES | 020 | Draft sections of 9019 settlement motion. | 3.80 |
| 07/12/22 | ISD | 020 | Analyze 9019 settlement issues (.7); review settlement agreement (.3) correspond with S. Brauner re same (.3). | 1.30 |
| 07/12/22 | DLC | 020 | Draft update to legal and expert teams re: status of settlement (.6); confer with S. Brauner re: 9019 motion (.2); correspond with D. Zensky re same (.1). | 0.90 |
| 07/12/22 | SLB | 020 | Confer with counsel to WT re 507(b) issues in connection with potential settlement (.4); analyze same (.7); correspond with I. Dizengoff re settlement agreement (.3); correspondence with FTI re waterfall issues (.3); analyze same (.3). | 2.00 |
| 07/12/22 | JES | 020 | Draft sections of 9019 settlement motion. | 2.40 |
| 07/12/22 | ACP | 020 | Revise section of 9019 settlement motion. | 0.20 |
| 07/13/22 | ISD | 020 | Analyze issues re settlement agreement. | 1.00 |
| 07/13/22 | DLC | 020 | Review and comment on sections of 9019 motion. | 0.60 |
| 07/13/22 | SLB | 020 | Correspondence with P. Anker re potential settlement and related issues (.2); correspondence with Z. Lanier re 9019 and related issues (.2). | 0.40 |
| 07/13/22 | ZDL | 020 | Revise sections of settlement motion (1.9); correspond with S. Brauner re same (.2). | 2.10 |
| 07/13/22 | JES | 020 | Revise 9019 settlement motion. | 1.70 |
| 07/14/22 | ISD | 020 | Confer with S. Brauner re settlement motion (.5); analyze settlement agreement (.4). | 0.90 |
| 07/14/22 | SLB | 020 | Begin revising 9019 motion (1.2); correspondence with Z. Lanier re same (.2); confer with I. Dizengoff re same (.5). | 1.90 |
| 07/14/22 | ZDL | 020 | Revise 9019 motion (2.7); correspond with S. Brauner re same (.2). | 2.90 |
| 07/15/22 | DLC | 020 | Review updates to 9019 motion (.2) correspond with S. Brauner re: same (.1). | 0.30 |
| 07/15/22 | SLB | 020 | Continue revising 9019 motion (3.7); confer with Z. Lanier re same (.3); correspondence with D. Chapman re same (.1); analyze issues re same (.7). | 4.80 |
| 07/15/22 | ZDL | 020 | Revise settlement motion (.8); review comments to same (.4); confer | 1.80 |

SEARS CREDITORS COMMITTEE
Bill Number: 2006684

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | with S. Brauner on same (.3); draft correspondence to S. Brauner re same (.3). | |
| 07/16/22 | DLC | 020 | Review and revise 9019 motion. | 1.00 |
| 07/16/22 | ZDL | 020 | Revise settlement motion. | 4.90 |
| 07/17/22 | DLC | 020 | Continue revising 9019 settlement motion. | 0.60 |
| 07/17/22 | SLB | 020 | Correspondence with Designee re status of settlement discussions and related issues. | 0.20 |
| 07/18/22 | DLC | 020 | Review draft settlement agreement (.7); correspond with S. Brauner re same (.4). | 1.10 |
| 07/18/22 | SLB | 020 | Review and comment on draft settlement agreement (2.5); correspondence with D. Chapman re same and related issues (.4). | 2.90 |
| 07/18/22 | ZDL | 020 | Revise 9019 settlement motion. | 3.90 |
| 07/19/22 | DLC | 020 | Review and revise Settlement Agreement (3.1); draft correspondence to D. Zensky re same (.1); confer with S. Brauner re: same (.2); correspond with S. Brauner re same (.3). | 3.60 |
| 07/19/22 | SLB | 020 | Review and analyze draft settlement agreement (1.6); correspondence (.3) and confer (.2) with D. Chapman re same; analyze issues re same (.7); correspondence with Designees re same (.2); analyze issues re emergence and next steps (.4). | 3.40 |
| 07/20/22 | ISD | 020 | Correspond with S. Brauner and D. Chapman re settlement issues (.6); review settlement agreement in connection with same (.3); analyze issues re same (.3). | 1.20 |
| 07/20/22 | DLC | 020 | Revise Settlement Agreement (1.8); correspond with I. Dizengoff and S. Brauner re: same (.6); participate in call with litigation team members re: settlement (.6). | 3.00 |
| 07/20/22 | SLB | 020 | Correspondence with D. Chapman and I. Dizengoff re open issues re proposed settlement and related issues (.6); analyze same (1.2); review materials from FTI re same (.4); correspondence with G. Fail re settlement agreement (.2); confer with G. Fail re same and related issues (.7); continue to revise settlement agreement (1.0); confer with Z. Lanier re 9019 and settlement agreement draft (.4). | 4.50 |
| 07/20/22 | ZDL | 020 | Revise settlement agreement (1.7); confer with S. Brauner re same (.4). | 2.10 |
| 07/21/22 | ISD | 020 | Review draft settlement agreement (.8); analyze issues re same (1.3); confer with S. Brauner re settlement issues (.4). | 2.50 |
| 07/21/22 | DLC | 020 | Correspond with S. Brauner re: mediation and settlement (.3); draft bar order in connection with settlement (2.0). | 2.30 |
| 07/21/22 | SLB | 020 | Revise 9019 motion (2.4); analyze issues re same (.6); correspondence with D. Chapman re same (.3); confer with I. Dizengoff re settlement and related issues (.4); analyze same (.9); continue to revise draft settlement agreement (.5); review and analyze proposal in connection with same (.4); correspondence with Debtors' counsel re same (.3). | 5.80 |
| 07/22/22 | DLC | 020 | Confer with S. Brauner and team re: 9019 workstreams (.3); outline remaining tasks (.2). | 0.50 |
| 07/22/22 | SLB | 020 | Revise settlement agreement (.5); prepare 9019 motion (2.9); draft correspondence to members of FR team re same (.3); calls (.6) and correspondence (.4) with Weil re same. | 4.70 |
| 07/22/22 | JES | 020 | Revise draft settlement motion. | 3.20 |
| 07/24/22 | DLC | 020 | Review and revise 9019 motion. | 2.30 |
| 07/25/22 | ISD | 020 | Prepare for (.8) and attend (.8) mediation session; review draft settlement agreement (0.4); confer with S. Brauner re same (0.4); review correspondence from S. Brauner re same (.2). | 2.60 |
| 07/25/22 | DLC | 020 | Participate in call with Debtors' counsel re 9019 settlement (.5); participate in mediation session (.8); draft declaration in support of 9019 motion (1.4); draft talking points for committee call re 9019 settlement motion (1.3); revise same (.4); correspond with S. Brauner re same (.2). | 4.60 |
| 07/25/22 | SLB | 020 | Participate in mediation session (.8); analyze open issues re potential settlement (1.3); draft correspondence to I. Dizengoff, D. Zensky and D. | 6.10 |

SEARS CREDITORS COMMITTEE
Bill Number: 2006684

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Chapman re same (.4); confer with I. Dizengoff re same (.4); correspondence (.2) and call (.4) with G. Fail re same; review Debtor comments to settlement agreement (.5); incorporate the same (.5); participate on call with Debtors re same (.5); analyze issues re 9019 motion (.5); correspondence with members of FR and Lit teams re same (.3); confer with Z. Lanier re same (.3); correspondence with Designees re status of mediation and related issues (.3); revise declaration re 9019 (.5); correspondence with D. Chapman re same (.2). | |
| 07/25/22 | ZDL | 020 | Review comments to 9019 motion (.9); revise same (2.2); confer with S. Brauner re same (.3); correspond with J. Szydlo re same (.2). | 3.60 |
| 07/25/22 | JES | 020 | Revise draft settlement motion (2.2); correspond with Z. Lanier re same (.2). | 2.40 |
| 07/26/22 | ISD | 020 | Review correspondence among settlement parties re agreement and related issues. | 2.60 |
| 07/26/22 | DLC | 020 | Revise declaration in support of 9019 motion (1.0); correspond with S. Brauner re same (.5). | 1.50 |
| 07/26/22 | SLB | 020 | Revise 9019 motion (1.9); correspondence with D. Chapman re potential settlement and related issues (.5); draft correspondence to G. Fail re same (.2); analyze issues re same (.8); revise settlement agreement (.8); correspondence (.3) and confer (.3) with G. Fail re same; draft correspondence to mediation parties re same (.3); confer with E. Morabito re same (.3); draft update correspondence to members of FR and Lit team re same (.3). | 5.70 |
| 07/26/22 | ZDL | 020 | Provide comments on 9019 declaration. | 0.60 |
| 07/27/22 | SLB | 020 | Calls with various mediation parties re status and open issues (.8); analyze same (1.5); correspondence with G. Fail re same (.3). | 2.60 |
| 07/29/22 | ISD | 020 | Review updates to draft settlement agreement (.6); analyze issues re same (1.0); correspond with S. Brauner and D. Chapman re same (.3); review correspondence from settlement parties in connection with same (.3). | 2.20 |
| 07/29/22 | DLC | 020 | Review updates to Settlement Agreement (.3); correspond with I. Dizengoff and S. Brauner re: same (.3); participate in call with Defendants' counsel re: same (.9); confer with S. Brauner re same (.3); confer with K. Casteel (.1) re: same. | 1.90 |
| 07/29/22 | SLB | 020 | Confer with P. Anker re settlement agreement and related issues (.9); analyze same (.4); confer with D. Chapman re same (.3); review defendant comments to same (1.0); analyze issues re same (.6); correspond with I. Dizengoff and D. Chapman re same (.3). | 3.50 |
| 07/31/22 | DLC | 020 | Revise section of Settlement Agreement (.3); correspond with S. Brauner re same (.2). | 0.50 |
| 07/31/22 | SLB | 020 | Incorporate comments from Defendants to settlement agreement (1.7); correspondence with D. Chapman re same (.2); analyze issues re same (.7); correspondence with G. Fail re same (.3). | 2.90 |
| 07/12/22 | SLB | 022 | Review correspondence from claimants re request to change vote (.2); analyze post effective date trust issues (.2). | 0.40 |
| 07/12/22 | SLB | 022 | Confer with party in interest re post-ED trust issues (.5); analyze issues re same (.4). | 0.90 |
| 07/11/22 | SLB | 023 | Correspondence with Weil re RE issue. | 0.20 |

Total Hours 236.90

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| I S DIZENGOFF | 21.30 | at | $1775.00 | = | $37,807.50 |
| D L CHAPMAN | 36.00 | at | $1400.00 | = | $50,400.00 |
| S L BRAUNER | 82.20 | at | $1400.00 | = | $115,080.00 |

SEARS CREDITORS COMMITTEE
Bill Number: 2006684

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Z D LANIER | 31.00 | at | $1095.00 | = | $33,945.00 |
| J E SZYDLO | 54.00 | at | $965.00 | = | $52,110.00 |
| A PRAESTHOLM | 5.00 | at | $940.00 | = | $4,700.00 |
| D K KRASA | 7.40 | at | $475.00 | = | $3,515.00 |

|  |  |  |
|---|---|---|
| | Current Fees | $297,557.50 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | | $145.55 |
| Computerized Legal Research - Other | | $666.32 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | | $432.16 |
| Computerized Legal Research - Westlaw - in contract 30% discount | | $1,329.01 |
| Meals - Overtime | | $20.00 |
| Local Transportation - Overtime | | $86.72 |

| | Current Expenses | $2,679.76 |
|---|---|---|

| Date | | Value |
|---|---|---|
| 07/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.22 |
| 07/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 07/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/05/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SZYDLO JOSEPH; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $145.55 |
| 07/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.18 |
| 07/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; | $22.18 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Lexis – in contract 30% discount | 145.55 |
| Computerized Legal Research – Other | 666.32 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 1,329.01 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 432.16 |
| Meals – Overtime | 20.00 |
| Local Transportation - Overtime | 86.72 |
| **TOTAL:** | **2,679.76** |

## **Exhibit E**

**Itemized Disbursements**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Z D  LANIER | 31.00 | at | $1095.00 | = | $33,945.00 |
| J E  SZYDLO | 54.00 | at | $965.00 | = | $52,110.00 |
| A  PRAESTHOLM | 5.00 | at | $940.00 | = | $4,700.00 |
| D K  KRASA | 7.40 | at | $475.00 | = | $3,515.00 |

|  | Current Fees | $297,557.50 |
|---|---|---|

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $145.55 |
| Computerized Legal Research - Other | $666.32 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $432.16 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,329.01 |
| Meals - Overtime | $20.00 |
| Local Transportation - Overtime | $86.72 |

|  | Current Expenses | $2,679.76 |
|---|---|---|

| Date | | Value |
|---|---|---|
| 07/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.22 |
| 07/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 07/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/05/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SZYDLO JOSEPH; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $145.55 |
| 07/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.18 |
| 07/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; | $22.18 |

SEARS CREDITORS COMMITTEE                                                     Page 8
Bill Number: 2006684                                                         09/30/22

---

|            | Quantity: 4.0                                               |          |
| 07/06/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 07/06/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/06/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 07/07/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 07/07/22   | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22022 DATE: 7/7/2022<br>-- Usage from 4/1/22 to 6/30/22 | $19.60 |
| 07/07/22   | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22022 DATE: 7/7/2022<br>-- Usage from 4/1/22 to 6/30/22 | $57.90 |
| 07/07/22   | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22022 DATE: 7/7/2022<br>-- Usage from 4/1/22 to 6/30/22 | $245.40 |
| 07/07/22   | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22022 DATE: 7/7/2022<br>-- Usage from 4/1/22 to 6/30/22 | $28.40 |
| 07/07/22   | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22022 DATE: 7/7/2022<br>-- Usage from 4/1/22 to 6/30/22 | $15.60 |
| 07/07/22   | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q22022 DATE: 7/7/2022<br>-- Usage from 4/1/22 to 6/30/22 | $0.40 |
| 07/07/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.18 |
| 07/08/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: | $22.18 |

SEARS CREDITORS COMMITTEE                                                    Page 9
Bill Number: 2006684                                                        09/30/22

| Date | Description | Amount |
|---|---|---|
| | OTHER FREQUENCY TRACKS; Quantity: 4.0 | |
| 07/11/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 07/11/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/11/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 07/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/12/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 07/13/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 07/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 07/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 07/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 07/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 07/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; | $22.16 |

|  |  |  |
|---|---|---|
|  | Quantity: 4.0 |  |
| 07/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/18/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 07/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 07/19/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 07/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 07/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 07/20/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.62 |
| 07/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 07/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 07/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: CHAPMAN DEAN Date: 7/21/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $114.17 |
| 07/22/22 | Computerized Legal Research - Courtlink | $22.16 |

SEARS CREDITORS COMMITTEE
Bill Number: 2006684

| | | |
|---|---|---|
| | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | |
| 07/25/22 | Local Transportation - Overtime VENDOR: SARA L. BRAUNER INVOICE#: 5309567607262000 DATE: 7/26/2022 Working Late in Office Taxi/Car/etc, 07/25/22, Cab home from office after working late on Sears related matters., Curb | $24.36 |
| 07/25/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 07/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/25/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 07/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 7/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/26/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 07/26/22 | Local Transportation - Overtime VENDOR: JOSEPH E. SZYDLO INVOICE#: 5316222507290501 DATE: 7/29/2022 Working Late in Office Taxi/Car/etc, 07/26/22, Late Car Home after Working in Office on Sears Final Fee Application, Lyft | $62.36 |
| 07/26/22 | Meals - Overtime  VENDOR: JOSEPH E. SZYDLO INVOICE#: 5316222507292008 DATE: 7/29/2022 All working late in office Meals, 07/26/22, Dinner at Office while working on final fee application for Sears., Uber Eats - La Birria De Res Tacos, Joe Szydlo | $20.00 |
| 07/27/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 07/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: | $24.63 |

SEARS CREDITORS COMMITTEE

Page 12

Bill Number: 2006684

09/30/22

|  |  |  |
|---|---|---|
|  | ACKER-RAMIREZ REFUGIO Date: 7/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 07/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 07/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 07/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 7/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 07/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 07/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 07/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2207 DATE: 7/31/2022 - Document retrieval in varous courts | $59.06 |
| 07/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2207 DATE: 7/31/2022 - Document retrieval in varous courts | $106.70 |
| 07/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2207 DATE: 7/31/2022 - Document retrieval in various courts | $16.00 |
| 07/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2207 DATE: 7/31/2022 - Document retrieval in various courts | $16.00 |
| 07/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2207 DATE: 7/31/2022 - Document retrieval in various courts | $50.63 |
| 07/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2207 DATE: 7/31/2022 - Document retrieval in various courts | $50.63 |

SEARS CREDITORS COMMITTEE
Bill Number: 2006684

Current Expenses                                                                      $2,679.76


**Total Amount of This Invoice**                                                   **$300,237.26**

                                         **Prior Balance Due**                     $9,516,367.92

                           **Total Balance Due Upon Receipt**                      $9,816,605.18