B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Sears Holdings Corporation, et al.</u>, Debtor.          Case No. <u>18-23538</u>,
                                                                                                         jointly administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Cedar Glade LP</u> | <u>InterDesign, Inc.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attn: Robert K. Minkoff, President
600 Madison Ave, 17th Floor
New York, NY  10022

Court Claim # (if known): <u>1571</u>
Amount of GUC Claim Transferred: <u>$0.00</u> Amount of Administrative Claim Transferred: <u>$162,869.37</u>
Date Claim Filed:  <u>October 24, 2018</u>
Debtor:  <u>Sears, Roebuck and Co.</u>

Phone: _____          Phone: _____
Last Four Digits of Acct #: _____  Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Robert K. Minkoff</u>                                          Date: <u>October 6, 2022</u>
      Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 35

878377v.1 2653/00013

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **InterDesign Inc** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its **Non Opt-out administrative claim** (as such term is defined in Section 101(5) of the Bankruptcy Code and within Debtor's plan documents) in the settled amount of **$162,869.37** against **Sears Holding Corporation, et al. (the "Debtor"), Case No. 18-23538, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")**, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4th DAY OF October 2022.

BY: INTERDESIGN INC

Name: *[signature: Carol Wallace]*
Title: Finance Mgr.

BY: CEDAR GLADE LP

/s/ Robert K. Minkoff
Name: Robert K. Minkoff
Title: President