WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :    Case No. 18-23538 (SHL)
                                                               :
                        Debtors.[1]                            :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

# NOTICE REGARDING FIFTH AND FINAL DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

> **QUESTIONS REGARDING THIS NOTICE SHOULD BE ADDRESSED TO:**
> **SEARSAECPBALLOTSETTLEMENT@M3-PARTNERS.COM**

On October 15, 2019, the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 5370) (the "**Confirmation Order**"), approving, among other things, the Administrative Expense Claims Consent Program.[2]

**PLEASE TAKE NOTICE** that the conditions set forth in the Confirmation Order for an additional distribution pursuant to the Administrative Expense Claims Consent Program have been met. The Debtors intend to commence an additional distribution (the "**Fifth Distribution**") on or about October 14, 2022 (the "**Distribution Date**").

**PLEASE TAKE FURTHER NOTICE** that the Fifth Distribution shall provide holders of Settled Administrative Expense Claims up to the applicable cap for such claimant's Settled Administrative Expense Claim(s), in full and final satisfaction of such Settled Administrative Expense Claim(s).

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** hereto lists the Opt-In Settled Admin Claims that will receive a Fifth Distribution.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit B** hereto lists the Non Opt-Out Settled Admin Claims that will receive a Fifth Distribution.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit C** hereto (the "**Disputed Claims**") lists the Administrative Expense Claims that have not been settled or allowed under the Administrative Expense Claims Consent Program. No distribution will be made to holders of

---

[2] Capitalized terms not otherwise herein defined shall have the meaning ascribed to such terms in the Confirmation Order.

Disputed Claims as part of the Fifth Distribution, and for each Disputed Claim, the Debtors shall reserve an amount of cash which represents the distribution that would otherwise be provided to such holder as part of the Fifth Distribution.

**PLEASE TAKE FURTHER NOTICE** that the distributions and the amounts set forth in the attached exhibits are subject to change in all respects and amounts may be subject to certain deductions for processing and/or wire fees.

**PLEASE TAKE FURTHER NOTICE** that Debtors request that each Opt-In Settled Admin Claimant and each Non Opt-Out Admin Claimant provide the Debtors with a valid Taxpayer Identity Number ("**TIN**"). The Debtors shall not send distributions to any Claimant until the Debtors have received a valid TIN for such Claimant. The Form W-9 (or, if applicable, Form W-8 for non-U.S. creditors) supplying TIN and other information including a signature and current date should be emailed to searsw9orequivalent@m3-partners.com.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Approving Joint Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Related Relief, and Authorizing Certain Nonmaterial Plan Modifications in Furtherance of the Effective Date of the Plan* (ECF No. 10629) (the "**Settlement Order**"), the Debtors intend to make the Second Lien Notes Settlement Payment (as defined in the Settlement Order) on the Distribution Date.

**PLEASE TAKE FURTHER NOTICE** that nothing herein shall be deemed to waive, impair, release, or effect any claims and causes of action the Debtors may hold against any parties, including but not limited to, claims under Chapter 5 of the Bankruptcy Code, and all claims and causes of action shall be expressly preserved unless waived or settled pursuant to a separate, written agreement with the Debtors, including the right of the Debtors to seek to disgorge the Fifth Distribution from any participant of the Fifth Distribution.

Dated: October 7, 2022
New York, New York

/s/ *Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

# Exhibit A

## Opt-In Settled Admin Claims

18-23538-shl    Doc 10659    Filed 10/07/22    Entered 10/07/22 15:30:47    Main Document
Pg 6 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| | Allowed Opt-In Claims | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Final Distribution Amount |
| 1 | 24 7 AI INC | 182353801043388 | $997,898.00 | $239,495.52 |
| 2 | 4207602 CANADA INC | 182353801017310 | $371,972.12 | $89,273.31 |
| 3 | Ainsworth Pet Nutrition LLC | 182353801017192 | $151,692.25 | $36,406.14 |
| 4 | Alpine Creations Ltd | 182353801043224 | $600,000.00 | $144,000.00 |
| 5 | APEX TOOL GROUP LLC | 182353801013976 | $250,000.00 | $60,000.00 |
| 6 | Architectural Graphics, Inc. (AGI) | 182353801018115 | $114,660.50 | $27,518.52 |
| 7 | ARMOUTH INTERNATIONAL INC. | 182353801043267 | $90,000.00 | $21,600.00 |
| 8 | ARROW SPORTSWEAR | 182353801039942 | $368,261.20 | $88,382.69 |
| 8 | Auxo International Ltd | 182353801013795 | $254,150.50 | $94,716.61 |
| 9 | Beauty 21 Cosmetics, Inc. | 182353801043276 | $144,928.32 | $34,782.80 |
| 10 | Bradford Capital Holdings, LP as Transferee of U.S. Nonwovens Corp | 182353801042956 | $71,932.03 | $17,263.69 |
| 11 | Builder's Best, Inc. | 182353801016497 | $96,154.08 | $23,076.98 |
| 12 | Citi-Talent Limited | 182353801039846 | $305,564.84 | $73,335.56 |
| 13 | Clover Imaging Group, LLC, assignee of Clover Technologies Group | 182353801042526 | $86,600.00 | $20,784.00 |
| 14 | Data Print Technologies, Inc. | 182353801042919 | $70,048.15 | $16,811.56 |
| 14 | Dorcy International, Inc. | 182353801043390 | $413,717.53 | $99,292.21 |
| 15 | DXC Technology Services LLC | 182353801043334 | $105,686.00 | $25,364.64 |
| 16 | Environmental Products & Services Inc. | 182353801040189 | $1,338,099.26 | $321,143.82 |
| 16 | Fair Harbor Capital LLC as Transferee of Water, Inc. | 182353801042252 | $75,436.15 | $18,104.68 |
| 18 | Gokaldas Exports Ltd. | 182353801043087 | $1,020,000.00 | $244,800.00 |
| 19 | GRACO CHILDRENS PRODUCTS INC | 182353801042504 | $156,863.19 | $37,647.17 |
| 20 | Hain Capital Investor Master Fund, Ltd. | ECF No. 5301 | $8,162,574.94 | $1,959,017.99 |
| 21 | Hain Capital Investor Master Fund, Ltd. | 182353801042781 | $198,031.00 | $47,527.44 |
| 22 | Hansae Co. Ltd. | 182353801013874 | $987,810.20 | $237,074.45 |
| 23 | HUSQVARNA OUTDOOR PRODUCTS INC | 182353801014556 | $1,326,374.38 | $318,329.82 |
| 17 | IGCFO as Tranferee of Fulcrum Credit Partners as Transferee of Whitebox Asymmetric Partners LP | ECF No. 9962 | $8,907,287.61 | $2,137,749.03 |
| 24 | International Paper | 182353801040331 | $116,548.33 | $27,971.60 |
| 25 | IVY TRADING INC | 182353801015859 | $101,028.50 | $24,246.84 |
| 26 | JOHNSON & JOHNSON CONSUMER INC. | 182353801040358 | $350,224.22 | $84,053.81 |
| 26 | JS Products, Inc. | 182353801042050 | $90,288.00 | $21,669.12 |
| 27 | K G Denim Limited | 182353801043376 | $354,690.20 | $85,125.65 |
| 28 | Kimberly-Clark Corporation | 182353801042091 | $748,232.33 | $179,575.76 |
| 29 | Kimberly-Clark Puerto Rico, Inc. | 182353801042095 | $130,509.43 | $31,322.26 |
| 30 | KIR Montebello, L.P. | 182353801013661 | $92,474.80 | $22,193.95 |
| 31 | Levi Strauss & Co., Inc. | 182353801040418 | $951,432.16 | $228,343.72 |
| 32 | Lisa International | 182353801041578 | $388,503.60 | $93,240.86 |
| 33 | M&S Landscaping Inc. | 182353801018193 | $201,297.70 | $48,311.45 |
| 34 | MC Builders, LLC | 182353801017770 | $112,473.85 | $26,993.72 |
| 35 | MECHANIX WEAR | 182353801019182 | $73,642.44 | $17,674.19 |
| 36 | MEGAGOODS INC | 182353801019196 | $109,586.30 | $26,300.71 |
| 37 | Micro Focus, LLC | 182353801043430 | $136,562.24 | $32,774.94 |
| 35 | Milton Manufacturing, LLC | 182353801018123 | $150,852.86 | $36,204.69 |
| 36 | NETRELEVANCE LLC | 182353801041945 | $214,464.98 | $51,471.60 |
| 37 | Niagara Bottling, LLC | 182353801041960 | $257,552.41 | $61,812.58 |
| 38 | Olympus Peak Master Fund LP as Transferee of Allure Gem | 182353801043465 | $947,906.85 | $227,497.64 |
| 39 | Optiv Security, Inc. | 182353801042596 | $628,982.63 | $150,955.83 |
| 40 | PCL Co Limited | 182353801043032 | $381,546.07 | $91,571.06 |
| 41 | PCL Co Limited | 182353801043030 | $331,685.81 | $79,604.59 |
| 42 | Pearl Global Industries Limited | ECF No. 6053 | $1,130,000.00 | $271,200.00 |
| 43 | Richline Group, Inc. | 182353801040664 | $221,281.36 | $53,107.53 |

18-23538-shl    Doc 10659    Filed 10/07/22    Entered 10/07/22 15:30:47    Main Document
Pg 7 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| | Allowed Opt-In Claims | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Final Distribution Amount |
| 44 | Rosemary Assets Limited | 182353801017003 | $253,276.68 | $60,786.40 |
| 45 | Rosemary Assets Limited | 182353801039868 | $176,356.58 | $42,325.58 |
| 46 | ROSY BLUE INC | 182353801020106 | $110,428.07 | $26,502.74 |
| 47 | Sakar International Inc | 182353801020180 | $70,174.25 | $16,841.82 |
| 48 | Seaport Loan Products LLC as Transferee of Hero USA Inc. as Transferee of Signature Brands, LLC | 182353801040280 | $433,963.20 | $104,151.17 |
| 49 | Securian Life Insurance | 182353801018211 | $2,026,298.78 | $486,311.71 |
| 50 | Shenzhen Everbest Machinery Industry Co., LTD | 182353801043092 | $163,467.47 | $39,232.19 |
| 12 | SLFAQ as Transferee of Cherokee Debt Acquisition | ECF No. 5301b | $533,555.00 | $128,053.20 |
| 51 | STAMAR PACKAGING INC | 182353801018958 | $219,678.81 | $52,722.91 |
| 52 | Steven Vardi, Inc. | 182353801040752 | $72,542.24 | $17,410.14 |
| 53 | Sunbeam Products, Inc. | 182353801041220 | $75,589.16 | $18,141.40 |
| 54 | Tannor Partners Credit Fund, LP | 182353801043358 | $623,959.29 | $149,750.23 |
| 55 | TeleBrands, Corp. | 182353801018195 | $115,027.00 | $27,606.48 |
| 56 | TELUS ENTERPRISE SOLUTIONS CORP | 182353801040788 | $998,100.58 | $239,544.14 |
| 56 | The Goodyear Tire & Rubber Company | 182353801041291 | $382,884.12 | $91,892.19 |
| 57 | THE KRAFT HEINZ COMPANY(1) | 182353801041293 | $191,548.01 | $45,971.52 |
| 58 | The Trustees of the Estate of the Bernice Pauahi Bishop, doing business as Kamehameha Schools | 182353801018482 | $199,049.00 | $47,771.76 |
| 59 | TRC Master Fund LLC as Transferee of Bonnier Corporation | 182353801013612 | $840,303.28 | $201,672.79 |
| 60 | TRC Master Fund LLC as Transferee of Directions Studio LLC | 182353801016797 | $83,991.06 | $20,157.85 |
| 61 | TRC Master Fund LLC as Transferee of EuroBlooms, LLC | 182353801042221 | $148,986.00 | $35,756.64 |
| 62 | TRC Master Fund LLC as Transferee of Home Products International - North America, Inc. | 182353801015296 | $1,095,886.96 | $263,012.87 |
| 63 | TRC Master Fund LLC as Transferee of Homeadvisor, Inc. | 182353801013613 | $607,879.84 | $145,891.16 |
| 64 | TRC Master Fund LLC as Transferee of Jordache Enterprises, Inc. | 182353801014943 | $1,000,000.00 | $240,000.00 |
| 65 | TRC Master Fund LLC as Transferee of Jore Corporation | 182353801040376 | $280,117.22 | $67,228.13 |
| 66 | TRC Master Fund LLC as Transferee of Superb international Co., Ltd. (#1) | 182353801043100 | $159,183.20 | $38,203.97 |
| 67 | TRC Master Fund LLC as Transferee of Two Lips Shoe Company | 182353801040828 | $146,347.20 | $35,123.33 |
| 68 | TRC Master Fund LLC as Transferee of USA Outerwear LLC | 182353801020974 | $395,122.75 | $94,829.46 |
| 69 | TRC Master Fund LLC as Transferee of Wing Hing Shoes Factory Limited | 182353801043472 | $228,487.26 | $54,836.94 |
| 70 | Vehicle Service Group, LLC dba Rotary Lift, a Dover corporation | 182353801040970 | $168,915.17 | $40,539.64 |
| 71 | Verint Americas Inc | 182353801040853 | $129,993.18 | $31,198.36 |
| 72 | Western Sales Trading Company | 182353801039837 | $100,297.33 | $24,071.36 |
| 73 | Whitebox Partners LP | ECF No. 5301a | $13,581,410.02 | $3,259,538.41 |
| 74 | Xiamen Golden Textile Imp & Exp Co, LTD | 182353801043461 | $794,772.88 | $190,745.49 |
| Total | | | $61,295,100.92 | $14,744,544.67 |

## Exhibit B

**Non Opt-Out Settled Admin Claims**

18-23538-shl   Doc 10659   Filed 10/07/22   Entered 10/07/22 15:30:47   Main Document
Pg 9 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| | Allowed Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Final Distribution Amount |
| 1 | 3M COMPANY | 182353801042647 | $271,130.19 | $78,627.76 |
| 2 | A.O. SMITH CORPORATION | 182353801042660 | $608,749.87 | $176,537.46 |
| 3 | ADAM LEVINE PRODUCTIONS, INC. | 182353801043433 | $61,566.46 | $17,854.27 |
| 4 | ADP RPO LLC | 182353801017163 | $82,092.13 | $23,806.72 |
| 5 | AIR VAL INTERNATIONAL | 182353801016993 | $80,321.46 | $23,293.22 |
| 6 | ALLIED UNIVERSAL SECURITY SERVICES | 182353801042592 | $99,313.16 | $28,800.82 |
| 7 | AMCAP WILSON II, LLC | 182353801047200 | $118,625.14 | $34,401.29 |
| 8 | AMERICAN INTERNATIONAL INDUSTRIES | 182353801017291 | $64,372.68 | $18,668.08 |
| 9 | AMERICAN TIRE DISTRIBUTORS INC | 182353801039928 | $281,089.63 | $81,515.99 |
| 10 | AMI / Vir Ventures INC | 182353801039931; 182353801040864 | $74,202.47 | $21,518.72 |
| 11 | AMTRANET GROUP | 182353801017339 | $81,155.81 | $23,535.18 |
| 12 | APPLIED PREDICTIVE TECHNOLOGIES | 182353801042687 | $83,333.33 | $24,166.67 |
| 13 | ARA INC | 182353801042694 | $101,406.44 | $29,407.87 |
| 14 | ARAMARK MANAGEMENT SERVICES LP | 182353801042695 | $81,809.19 | $23,724.67 |
| 15 | ARAMARK UNIFORM CORP ACCTS | 182353801043246 | $199,528.41 | $57,863.24 |
| 16 | ARCA INDUSTRIAL (NJ), INC. | 182353801018083 | $769,575.77 | $223,176.97 |
| 17 | ATLAS SIGNS HOLDINGS, INC. | 182353801047209 | $156,298.59 | $45,326.59 |
| 18 | BH NORTH AMERICA CORPORATION | 182353801039968 | $94,920.00 | $27,526.80 |
| 19 | BLUE LINE DISTRIBUTING INC | 182353801042967 | $235,060.17 | $68,167.45 |
| 20 | BOUNCE EXCHANGE INC | 182353801042937 | $304,302.63 | $88,247.76 |
| 21 | BRIXMOR COVINGTON GALLERY OWNER, LLC (BRIXMOR PROPERTY GROUP, INC.) T/A GOVINGTON GALLERY, CONVINGTON, GA | 182353801013731.00 | $8,142.00 | $6,513.60 |
| 22 | BUXTON ACQUISITION CO., LLC | 182353801016506 | $66,570.55 | $19,305.46 |
| 23 | CALAMP WIRELESS NETWORKS CORPORATION | 182353801042372 | $203,016.82 | $58,874.88 |
| 24 | CALERES INC | 182353801016536 | $84,217.53 | $24,423.08 |
| 25 | CAPITAL BRANDS, LLC | 182353801042402 | $74,244.00 | $21,530.76 |
| 26 | CENTRAL POWER DISTRIBUTORS INC | 182353801042445 | $338,414.37 | $96,615.85 |
| 27 | CHANGZHOU RAJAYCAR IMP & EXP CO LTD | 182353801013800 | $137,452.89 | $39,861.34 |
| 28 | CIGOL CONTRACTING LLC | 182353801042488 | $114,464.69 | $33,194.76 |
| 29 | CITY CHOICE LIMITED | 182353801039847 | $362,108.24 | $105,011.39 |
| 30 | CLOROX SALES CO | 182353801016104 | $183,448.18 | $53,199.97 |
| 31 | COMBINE INTERNATIONAL | 182353801016075 | $190,000.00 | $55,100.00 |
| 32 | COMERCIALIZADORA DE CALZADO | 182353801043179 | $86,401.26 | $25,056.37 |
| 33 | CONDUENT BUSINESS SERVICES LLC | 182353801040081 | $229,992.81 | $66,697.91 |
| 34 | CORPORATION SERVICE COMPANY | 182353801149948 | $305,000.00 | $88,450.00 |
| 35 | CRAYOLA LLC | 182353801016199 | $70,021.74 | $20,306.30 |
| 36 | CREATIVE CONSTRUCTION & FACILITIES | 182353801042752 | $85,342.76 | $24,749.40 |
| 37 | CYXTERA COMMUNICATIONS, LLC | 182353801040120 | $236,485.61 | $68,580.83 |
| 38 | DEWAN & SONS | 182353801018021 | $73,650.04 | $21,358.51 |
| 39 | E&C CUSTOM PLASTICS, INC. | 182353801040171 | $73,712.55 | $21,376.64 |
| 40 | EATON CORPORATION | 182353801042140 | $91,451.31 | $26,520.88 |
| 41 | EL VOCERO DE PUERTO RICO | 182353801015905 | $13,904.98 | $11,123.98 |
| 42 | E-LAND APPAREL LTD | 182353801043083 | $92,783.92 | $26,907.34 |
| 43 | ELDON W GOTTSCHALK & ASSOICATES LLC | 182353801042161 | $165,826.78 | $48,089.77 |
| 44 | ELECTROLUX HOME PRODUCTS INC | 182353801042162 | $150,000.00 | $120,000.00 |
| 45 | ELM CREEK REAL ESTATE LLC | 182353801043434 | $65,123.00 | $18,885.67 |
| 46 | EMPIRE ELECTRONIC CORP | 182353801014346 | $80,106.98 | $23,231.02 |
| 47 | EPIC DESIGNERS LIMITED | 182353801043341 | $100,000.00 | $29,000.00 |
| 48 | ESCREEN INC | 182353801042205 | $153,048.25 | $44,383.99 |
| 49 | ESJAY INTERNATIONAL PRIVATE LIMITED | 182353801043084 | $88,000.00 | $25,520.00 |
| 50 | EVERLAST WORLD'S BOXING HEADQUARTERS CORP. | 182353801017953 | $340,000.00 | $98,600.00 |
| 51 | EXMART INTERNATIONAL PVT LTD | 182353801018022 | $10,087.40 | $8,069.92 |
| 52 | FOUR SEASONS DESIGN INC | 182353801015526 | $88,372.80 | $25,628.11 |

18-23538-shl Doc 10659 Filed 10/07/22 Entered 10/07/22 15:30:47 Main Document Pg 10 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| | Allowed Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Final Distribution Amount |
| 53 | FOX RUN LIMITED PARTNERSHIP (BRIXMOR PROPERTY GROUP, INC.) T/A FOX RUN SHOPPING CENTER, PRINCE FREDERICK, MD | 182353801043417.00 | $41,501.00 | $33,200.80 |
| 54 | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 182353801039834 | $322,000.00 | $93,380.00 |
| 55 | GIZA SPINNING AND WEAVING CO | 182353801043163 | $64,873.13 | $18,813.21 |
| 56 | GLAMOUR CORPORATION | 182353801042429 | $108,539.46 | $31,476.44 |
| 57 | GLOBANT, LLC | 182353801018205 | $61,966.43 | $17,970.26 |
| 58 | GOLD LLC | 182353801015741 | $80,847.65 | $23,445.82 |
| 59 | GREAT LAKES TECHNOLOGIES LLC | 182353801016160 | $85,000.00 | $24,650.00 |
| 60 | GREENWOOD MALL LLC | 182353801018139 | $88,855.61 | $25,768.13 |
| 61 | GROUPBY USA, INC. | 182353801018247 | $100,000.00 | $29,000.00 |
| 62 | GS PORTFOLIO HOLDINGS LLC | 182353801013690 | $82,063.56 | $23,798.43 |
| 63 | GSK CONSUMER HEALTHCARE SERVICES | 182353801040265 | $284,100.46 | $82,389.13 |
| 64 | GTM USA CORPORATION | 182353801040267 | $81,829.23 | $23,730.48 |
| 65 | HAIER US APPLIANCE SOLUTIONS INC | 182353801040274 | $2,586,885.00 | $750,196.65 |
| 66 | Hain Capital Investors Master Fund, Ltd as Transferee of BST International Fashion, Ltd | 182353801042778 | $650,000.00 | $188,500.00 |
| 67 | HARVEST CONSUMER PRODUCTS LLC | 182353801015176 | $67,352.96 | $19,532.36 |
| 68 | HELEN ANDREWS INC | 182353801043003 | $206,486.76 | $59,881.16 |
| 69 | HK SINO-THAI TRADING CO LTD | 182353801043014 | $160,000.00 | $46,400.00 |
| 70 | ICON DE HOLDINGS LLC | 182353801018484 | $3,224,470.81 | $935,096.53 |
| 71 | ICON HEALTH AND FITNESS INC | 182353801015359; 182353801041852 | $8,322,737.78 | $2,413,593.96 |
| 72 | ICON NY HOLDINGS LLC | 182353801013730 | $1,546,306.92 | $448,429.01 |
| 73 | INNOCOR INC | 182353801043471 | $36,581.67 | $14,540.32 |
| 74 | INTERDESIGN INC | 182353801014585 | $162,869.37 | $47,232.12 |
| 75 | INTERMODAL SALES | 182353801014587 | $323,525.00 | $93,822.25 |
| 76 | JEFF SMITH BLDG & DEVELOPMENT INC | 182353801042008 | $80,741.50 | $41,310.32 |
| 77 | K G DENIM LTD | 182353801043377 182353801043375 | $277,818.08 | $80,567.24 |
| 78 | KAI NING LEATHER PRODUCTS CO LTD | 182353801039852 | $526,722.02 | $152,749.39 |
| 79 | KELLERMEYER BERGENSONS SERVICES, LLC | 182353801018127 | $493,864.95 | $143,220.84 |
| 80 | KISS PRODUCTS INC | 182353801015086 | $240,440.88 | $69,727.86 |
| 81 | KOOLATRON INC | 182353801014686 | $204,030.59 | $59,168.87 |
| 82 | KUMHO TIRES USA INC | 182353801040404 | $120,594.78 | $34,972.49 |
| 83 | LIANG YI DA PTE. LTD. | 182353801017441 | $192,551.17 | $55,839.84 |
| 84 | LIVETRENDS DESIGN GROUP LLC | 182353801041581 | $82,070.38 | $23,800.41 |
| 85 | LONGSHORE LIMITED | 182353801043425 | $381,364.82 | $110,595.80 |
| 86 | LSC COMMUNICATIONS US, LLC. | 182353801041604 | $123,288.43 | $35,753.64 |
| 87 | MANPOWERGROUP US INC. | 182353801043369 | $109,003.00 | $31,610.87 |
| 88 | MANSHEEN INDUSTRIES LTD. | 182353801039860 182353801039859 | $273,597.32 | $79,343.22 |
| 89 | MANTKIN LLC | 182353801018261 | $224,817.38 | $65,197.04 |
| 90 | MBI SPORT INC. | 182353801041683 | $248,858.20 | $72,168.88 |
| 91 | MICROSTRATEGY INC | 182353801041745 | $262,636.20 | $76,164.50 |
| 92 | MIDWEST AIR TECHNOLOGIES INC | 182353801019260 | $171,281.63 | $49,671.67 |
| 93 | MIDWEST TOOL AND CUTLERY COMPANY | 182353801019270 | $105,590.30 | $30,621.19 |
| 94 | MIEN CO., LTD. | 182353801041760 | $1,461,910.61 | $423,954.08 |
| 95 | Milberg Factors, Inc. | 182353801019279 | $75,000.00 | $21,750.00 |
| 96 | MJC INTERNATIONAL GROUP LLC | 182353801019326 | $154,271.70 | $44,738.79 |
| 97 | MKK ENTERPRISES CORP | 182353801043413 | $1,784,209.43 | $517,420.73 |
| 98 | NDA WHOLESALE DISTRIBUTORS | 182353801019453 | $102,393.13 | $29,694.01 |
| 99 | NEUCO INC | 182353801041947 | $61,245.82 | $17,761.29 |
| 100 | NORCELL, INC | 182353801041968 | $82,472.22 | $23,916.94 |
| 101 | OAKLEAF WASTE MANAGEMENT LLC | 182353801019567 | $61,569.22 | $17,855.07 |
| 102 | ONE WORLD TECHNOLOGIES INC | 182353801019622 | $605,923.08 | $175,717.69 |

18-23538-shl    Doc 10659    Filed 10/07/22    Entered 10/07/22 15:30:47    Main Document
Pg 11 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| | Allowed Non-Opt-Out Claims | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Final Distribution Amount |
| 103 | OXO International, Ltd | 182353801019683 | $196,369.97 | $56,947.29 |
| 104 | PERSADO INC | 182353801040585 | $175,000.00 | $50,750.00 |
| 105 | PLAZA PROVISION CO | 182353801041369 | $87,549.47 | $25,389.35 |
| 106 | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $101,625.26 | $29,471.33 |
| 107 | R2P GROUP INC | 182353801020009 | $119,939.85 | $34,782.56 |
| 108 | RAGHU EXPORTS (INDIA) PVT LTD | 182353801043124 | $65,759.26 | $19,070.19 |
| 109 | REED AND PICK | 182353801017028 | $30,833.81 | $8,941.80 |
| 110 | RENFRO CORPORATION | 182353801018594 | $110,462.22 | $32,034.04 |
| 111 | REVIEWED.COM | 182353801040652 | $87,500.00 | $25,375.00 |
| 112 | RIVAL MANUFACTURING CO | 182353801018670 | $128,522.14 | $37,271.42 |
| 113 | ROSENTHAL & ROSENTHAL | 182353801020071 | $189,818.92 | $55,047.49 |
| 114 | RUBBERMAID INCORPORATED | 182353801040671 | $62,250.00 | $18,052.50 |
| 115 | SAMIL SOLUTION CO., LTD. | 182353801041881<br>182353801041882 | $100,000.00 | $29,000.00 |
| 116 | SCHUMACHER ELECTRIC CORP | 182353801020241 | $168,265.97 | $48,797.13 |
| 117 | SECUROSIS LLC | 182353801040694 | $60,000.00 | $17,400.00 |
| 118 | SENSORMATIC ELECTRONICS CORP | 182353801040708 | $171,207.00 | $49,650.03 |
| 119 | SHANGHAI FOCHIER INTL TRADE CO LTD | 182353801043035 | $138,103.48 | $40,050.01 |
| 120 | Shoreline Capital - Transferee from K7 Design Group | 182353801156168 | $50,265.00 | $40,212.00 |
| 121 | SOFTWARE AG USA INC | 182353801041168 | $84,351.87 | $24,462.04 |
| 122 | SOS MAINTENANCE INC | 182353801041172 | $59,330.31 | $17,205.79 |
| 123 | STAPLES INC | 182353801041214 | $382,952.05 | $111,056.09 |
| 124 | STAPLES NATIONAL ADVANTAGE | 182353801018969 | $273,264.18 | $79,246.61 |
| 125 | STIG JIANGSU LIGHT & TEXTILE | 182353801017472 | $320,097.08 | $92,828.15 |
| 126 | SUMIT TEXTILE INDUSTRIES | 182353801017033 | $94,381.64 | $27,370.68 |
| 127 | SUN VALLEY CONSTRUCTION OF MICHIGAN | 182353801041216 | $67,326.00 | $19,524.54 |
| 128 | SUNBEAM PRODUCTS, INC. | 182353801041219 | $79,685.64 | $23,108.84 |
| 129 | SUNSHINE MILLS INC | 182353801020524 | $156,333.08 | $45,336.59 |
| 130 | SUZHOU KAILAI TRADING CO LTD | 182353801043103 | $147,383.76 | $42,741.29 |
| 131 | SYNERGETIC STAFFING, LLC | 182353801047332 | $96,017.35 | $27,845.03 |
| 132 | TEGRETE CORPORATION | 182353801040783 | $62,662.79 | $18,172.21 |
| 133 | T-FAL/WEAREVER | 182353801020652 | $160,921.64 | $46,667.28 |
| 134 | THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY | 182353801039876 | $823,837.17 | $659,069.74 |
| 135 | THE SEGERDAHL CORP. | 182353801041302 | $107,735.77 | $31,243.37 |
| 136 | TOY2U MANUFACTORY COMPANY LIMITED | 182353801043069 | $140,264.48 | $40,676.70 |
| 137 | TRC Master Fund LLC as Transferee of Abrim Enterprises, Inc. | 182353801017130 | $76,376.00 | $22,149.04 |
| 138 | TRC Master Fund LLC as Transferee of Chervon (HK) Ltd. | 182353801039832 | $351,112.25 | $101,822.55 |
| 139 | TRC Master Fund LLC as Transferee of IN GEAR FASHIONS INC | 182353801015414 | $85,995.50 | $24,938.70 |
| 140 | TRC Master Fund LLC as Transferee of Renaissance Imports, Inc. | 182353801018591 | $97,135.30 | $28,169.24 |
| 141 | TRC Master Fund LLC as Transferee of Superb international Co., Ltd. (#2) | 182353801043100 | $112,051.29 | $32,494.87 |
| 142 | TULIP HOME MANUFACTURE CO., LTD | 182353801043467 | $166,913.46 | $48,404.90 |
| 143 | TUP 130,LLC | 182353801018155 | $58,824.23 | $17,059.03 |
| 144 | UE 839 NEW YORK AVENUE LLC | 182353801043352 | $80,278.17 | $23,280.67 |
| 145 | URBAN EDGE CAGUAS LP | 182353801043353 | $144,260.76 | $41,835.62 |
| 146 | VOGUE TEX | 182353801043190.00 | $147,365.54 | $42,736.01 |
| 147 | WEIHAI LIANQIAO INT'L. COOP. GROUP CO., LTD. | 182353801018202 | $509,027.63 | $147,618.01 |
| 148 | WESTPORT CORPORATION | 182353801021231 | $139,623.57 | $40,490.84 |
| 149 | WING HING SHOES FACTORY LIMITED | 182353801156410 | $113,164.43 | $32,817.68 |

18-23538-shl Doc 10659 Filed 10/07/22 Entered 10/07/22 15:30:47 Main Document
Pg 12 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| Allowed Non-Opt-Out Claims | | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Final Distribution Amount |
| 150 | World Racing Group Inc., | Case No. 18-23538 | $65,333.33 | $52,266.66 |
| 151 | WPG WESTSHORE LLC | 182353801018435 | $100,021.46 | $29,006.22 |
| 152 | YAT FUNG (MACAO COMM OFFSHORE) LTD | 182353801017502 | $44,606.25 | $22,883.01 |
| 153 | ZHEJIANG FANSL CLOTHING CO. LTD. | 182353801043483 | $491,803.23 | $142,622.94 |
| 154 | ZURU LLC | 182353801017847 | $172,941.64 | $50,153.08 |
| Total | | | $43,464,155.83 | $13,228,021.14 |

# Exhibit C

## Disputed Claims

18-23538-shl    Doc 10659    Filed 10/07/22    Entered 10/07/22 15:30:47    Main Document
Pg 14 of 14

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| | Disputed Claims | | | |
|---|---|---|---|---|
| Ref. | Creditor Name | Ballot ID | Disputed Claim Amount | Cumulative Disputed Claim Reserve [1] |
| 1 | BARI TEXTILE MILLS (PVT) LTD | 182353801013886 | $10,226.88 | $8,181.50 |
| 2 | DAKS INDIA INDUSTRIES PVT LTD | 182353801018017 | $38,180.70 | $30,544.56 |
| 3 | ERIC JAY LTD | 182353801040197 | $48,093.80 | $38,475.04 |
| 4 | FEROZA GARMENTS LTD | 182353801013767 | $228,225.46 | $117,079.66 |
| 5 | FRIEND SMITH & CO INC | 182353801015564 | $29,722.93 | $15,247.86 |
| 6 | HKD Global Limited* | 182353801041815 | $211,765.42 | $98,050.52 |
| 7 | HOLDSUN GROUP LIMITED* | 182353801043016 | $111,489.36 | $51,621.22 |
| 8 | HSM (FAR EAST) CO LIMITED | 182353801039850 | $67,420.80 | $53,936.64 |
| 9 | IGOSEATING LIMITED | 182353801043077 | $39,041.78 | $20,028.43 |
| 10 | LONG CHARM TRADING LIMITED | 182353801017445 | $144,729.84 | $74,246.41 |
| 11 | NANO STAR VENTURES LIMITED | 182353801043027 | $9,427.47 | $7,541.98 |
| 12 | NINGBO JADE SHOES CO LTD | 182353801017452 | $36,401.25 | $29,121.00 |
| 13 | Olympus Peak Master Fund LP as Transferee of Cleva Hong Kong* | 182353801040544 | $2,197,126.61 | $1,016,681.11 |
| 14 | PACO (CHINA) GARMENT LTD | 182353801043153 | $230,970.87 | $184,776.70 |
| 15 | PRIZER PAINTER STOVE WORKS | 182353801040598 | $61,321.83 | $31,458.09 |
| 16 | PRUDENT INTERNATIONAL LTD | 182353801013785 | $24,945.60 | $12,797.09 |
| 17 | QUALITY HOUSE INT | 182353801039809 | $62,324.18 | $31,972.30 |
| 18 | RADIANT EXPORTS | 182353801017024 | $111,829.44 | $89,463.55 |
| 19 | SHANDONG LAWRANCE TEXTILES CO LTD* | 182353801017463 | $78,619.42 | $36,379.74 |
| 20 | STRONG PROGRESS GARMENT FACTORY COMPANY LIMITED | 182353801040763 | $386,905.02 | $198,482.28 |
| 21 | TA HSING ELECTRIC WIRE & CABLE | 182353801016999 | $161,977.80 | $129,582.24 |
| 22 | TANYA CREATIONS LLC | 182353801020586 | $60,450.98 | $48,360.78 |
| 23 | ZHEJIANG KATA TECHNOLOGY CO LTD | 182353801017508 | $412,033.20 | $211,373.03 |
| Total | | | $4,763,230.64 | $2,535,401.73 |

(1) Cumulative Disputed Claim Reserve for holders of (i) Disputed Administrative Expense Claims in the Opt-In class will be 75% of the asserted claim, and (ii) Disputed Administrative Expense Claims in the Non Opt-Out class will be 80% of the asserted claim, in each case net of any distributions made prior to the claim being disputed on account of potential preference claims.

* Denotes Opt-In Claim

Page 1 of 1