WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                              :     **Chapter 11**
:
**SEARS HOLDINGS CORPORATION,** *et al.*,          :     **Case No. 18-23538 (SHL)**
:
Debtors.[1]                                        :     **(Jointly Administered)**
:
---------------------------------------------------------------x

## NOTICE OF IMMINENT OCCURRENCE OF EFFECTIVE DATE

On October 15, 2019, the *Order Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation And Its Affiliated Debtors* (ECF No. 5370)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

(the "**Confirmation Order**") was entered by the Honorable Robert D. Drain, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE NOTICE** that, on October 3 and 4, 2022, the Debtors received proceeds pursuant to that certain settlement approved by the Court on September 2, 2022.[2]

**PLEASE TAKE NOTICE** that, in accordance with paragraph 15 of the Confirmation Order,[3] the Debtors hereby provide notice of the imminent occurrence of the Effective Date, which the Debtors anticipate to occur on October 28, 2022. Parties in interest shall have until **October 17, 2022** to object to the occurrence of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the following amounts for remaining Allowed Administrative Expense Claims, Priority Claims, and Secured Claims shall be paid and reserved for all claims that have not been settled or allowed (the "**Disputed Claims**") in accordance with the Administrative Expense Claims Consent Program and the Plan on the Effective Date with the Debtors' Available Cash:

| Claims | Total Amounts To Be Paid on Effective Date | Total Amounts to be Reserved for Disputed Claims on the Effective Date |
|---|---|---|
| Administrative Expense Claims | $21 million | $11.9 million |
| Priority Claims | $14 million | $32.5 million |
| Secured Claims | $0 | $18.2 million |

---

[2] *See Order Approving Joint Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Related Relief and Authorizing Certain Nonmaterial Plan Modifications in Furtherance of the Effective Date of the Plan* (ECF No. 10629).

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Confirmation Order of the chapter 11 plan confirmed thereby.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, are available on the Court's website at http://www.nysb.uscourts.gov. To access this Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, may also be examined by interested parties during normal business hours at the office of the Clerk. Copies of the Confirmation Order, the Plan, and the related documents may also be obtained by request to the Debtors' notice and claims agent, Prime Clerk LLC, at (844) 384-4460 or searsinfo@PrimeClerk.com, and are available for download at https://restructuring.primeclerk.com/sears.

Dated: October 7, 2022
New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*