**Exhibit B**

**Stay Extension Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :
                                                            :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                       :
                                                            :     Case No. 18-23538 (RDD)
                                                            :
                    Debtors.[1]                             :     (Jointly Administered)
------------------------------------------------------------x

## ORDER EXTENDING THE AUTOMATIC STAY
## TO CERTAIN NON-DEBTOR PARTIES

Upon the motion, dated November 28, 2018 (ECF No. 924) (the "**Motion**")[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 105(a) and 362(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an order extending the automatic stay imposed by section 362(a) of the Bankruptcy Code (the "**Automatic Stay**") to certain non-debtor parties (the "**Non-Debtor Parties**") or declaring that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

the Automatic Stay applies to them, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion having been provided in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having held a hearing to consider the relief requested in the Motion on December 20, 2018 (the "**Hearing**"); and upon all of the pleadings filed in connection with the Motion, the record of the Hearing and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor for the reasons stated by the Court at the Hearing, the Court having determined that the legal and factual bases set forth in the Motion warrant the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors, and all parties in interest,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extend set forth herein.

2. The Automatic Stay is extended to the Non-Debtor Parties solely with respect to the actions identified on **Exhibit 1** annexed hereto (the "**Non-Debtor Party List**").

3. The Hearing on the Motion is hereby adjourned to January 18, 2019, at 10:00 a.m. (Eastern Time) and the Debtors' response deadline to January 11, 2019, at 4:00 p.m. (Eastern Time), each only with respect to the objections filed by Robert A. Catalfamo and

2

Lavarita D. Meriwether (ECF No. 1197), Sante Marcoccia (ECF No. 1194), and Karen Smith (ECF Nos. 1298 and 1335).

4. The proposed form of Stay Notice attached hereto as **Exhibit 2** is approved.

5. If the Debtors wish to supplement the Non-Debtor Party List to add any omitted or subsequently identified Non-Debtor Party (the "**Supplemental Parties**"), the Debtors are authorized to file with this Court a notice (the "**Supplemental Notice**") identifying the omitted or supplemental Prepetition Actions (the "**Supplemental Actions**"), and serve the Supplemental Notice and a copy of the Order on the parties to the Supplemental Actions. The parties to the Supplemental Actions will have fourteen (14) days to object to the extension of the Automatic Stay to their Supplemental Action. If no such objection is received, the parties to the Supplemental Action shall be deemed subject to the Order approving this Motion.

6. Nothing contained in this Order or in the Motion shall be construed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or, validity of any claim against the Debtors, (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, program, policy, or lease between the Debtors and any third party under section 365 of the Bankruptcy Code.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: January 8, 2019
       White Plains, New York

                                           /s/Robert D. Drain
                                           THE HONORABLE ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Non-Debtor Party List

| Non-Debtor Parties | | | Case Number |
|---|---|---|---|
| John Doe Sears Employee; Jane Doe Sears Employee Spouse; and Spokane Mall, LLC | Dahman, Ralph v. Sears Holdings Management Corporation; John Doe Sears Employee; Jane Doe Sears Employee Spouse; and Spokane Mall, LLC | Superior Court, Spokane County, WA | 16201363-0 |
| Sierra Financial, Ltd; and Madison Plaza Associates | Maldonado, Stephen v. Sierra Financial, Ltd, and Madison Plaza Associates v. K-Mart Corporation | Third Judicial Circuit Court of Madison County, IL | 2016 L 000305 |
| Seritage KMT Finance, LLC, individually and d/b/a Kmart Store #7676 | Kappauf, Brenda L. v. Kmart Corporation, individually and dba Kmart Store #7676; Kmart Operations, LLC, individually and dba Kmart Store #7676; and Seritage KMT Finance, LLC, individually and dba Kmart Store #7676 | Supreme Court, Delaware County, NY | 2017-456 |
| Tempoe, LLC d/b/a WhyNotLeaseIt; and Frigidaire Sales Corporation; | Byrd, Gary and Lori Kay v. Whynot Leasing, L.L.C.; Frigidaire Sales Corporation; Kmart | Circuit Court Henry County, AL | 37-CV-2018-900006.00 |
| Elias Properties Babylon, LLC | Alvaredo, Cecelia v. Elias Properties Babylon, LLC | State Court in Suffolk County, NY | 601586/2018 |
| Niagara Realty, LLC | Burkhart, Nancy v. Kmart Stores; Kmart Corporation; Sears Holdings Corporation; and Niagara Realty, LLC | Supreme Court of Niagara County, NY | E159810/2016 |
| Alexander's Rego Shopping Center, Inc. | Shimunova, Mafrat v. Sears, Roebuck & Co.; and Alexander's Rego Shopping Center, Inc. | State Court in Queens County, NY | 09553/2018 |
| Harford Mall Business Trust | Austin, Tavesia v. Harford Mall Business Trust | Circuit Court of Hartford County, MD | 12-C-16-3185 |
| Korpenn LLC | Myrie, Iris Grey v. Sears Holdings Management Corporation d/b/a K Mart; K Mart Corporation; and Korpenn LLC | Supreme Court of Bronx County, NY | 15377/2018 |
| Abacus Advisor Group, LLC | Figliacconi, John v. Abacus Advisor Group, LLC, True Blue Inc. d/b/a People ready, A True Blue Company | Orange Court, New York County, NY | EF009205-2017 |
| VNO 839 New York Avenue LLC | Salcedo, Eveyln; and Hector v. Kmart Corporation; and VNO 839 New York Avenue LLC | State Court in Suffolk County, NY | 16-06941 |
| Lavaughan Johnson; Lavaughan Johnson d/b/a Up and Go BBQ; SSI Nolensville, LLC | Tarkington, Eddie v. Lavaughan Johnson; Lavaughan Johnson dba Up and Go BBQ; SSI Nolensville, LLC and K Mart Corporation | Circuit Court, Davidson County, TN | 16C1945 |
| Orange Park Mall, LLC | Patterson, Sandra and Patterson, Freddie, her husband v. Orange Park Mall, LLC | 4th Judicial Circuit Court, Clay County, FL | 16-CA-326-Division F |
| The Pyramid Companies aka Pyramid Management Group, LLC | DePretto, Geraldine v. Sears Roebuck and Co.; and The Pyramid Companies aka Pyramid Management Group, LLC | Hampden County, Superior Court, MA | 1779CV00714 |
| Starwood Retail Partners, d/b/a Louis Joliet Mall | Sanchez, Monica v. Sears, Roebuck and Co., dba Sears; Sears Holdings Management Corp.; Starwood Retail Partners, d/b/a Louis Joliet Mall | 12th Judicial Court of Will County, IL | 17L000594 |
| Baybrook Mall, LLC | Castillo, Sandra v. Baybrook Mall, LLC | 212th District Court of Galveston County, TX | 18-CV-0629 |
| Simon Property Group (Texas), L.P. | Gonzalez, Lorraine, individually; and as mother and next friend of Caleb Gonzalez, minor child v. Sears, Roebuck and Co.; and Simon Property Group (Texas), L.P. | District Judicial District El Paso County, TX | 2016DCV1927 |
| JWH Joliet, LLC | Parisi, Joanne v. JWH Joliet, LLC | 12th Judicial Court of Will County, IL | 2017L000934 |
| Altamonte Mall, LLC | Applegarth, Chantal v. Sears Roebuck and Co.; Altamonte Mall, LLC | 18th Judicial Circuit Court, Seminole County, FL | 2018-CA-000118-11JW |
| UE Bruckner Plaza LLC; and VNO Bruckner Plaza LLC | Montalvo, Harry v. Kmart Corporation; Kmart Corporation dba Kmart-Sears Store | State Court in Bronx County, NY | 24661/2018E |
| VNO Bruckner Plaza LLC/Vornado Realty Trust; and VNO Bruckner Plaza LLC/CT Corporation System | Toro Muniz, Teresa v. 9420 Kmart; VNO Bruckner Plaza LLC/Vornado Realty Trust; and VNO Bruckner Plaza LLC/CT Corporation System | State Court in Bronx County, NY | 304391/2014 |
| Sears Outlet Stores, LLC; and Interprop Bedford, LLC | Michel-Leveque, Marie v. Sears Holdings Corporation; Sears Holdings Management Corporation; Sears, Roebuck & Co.; Sears Operations, LLC; Sears Outlet Stores, LLC; and Interprop Bedford, LLC | State Court, New York County, NY | 508731/2017 |
| Little Caesar's Enterprises, Inc. | Felton, Natasha v. Kmart Corporation; and Little Caesar's Enterprises, Inc. | State Court, Monroe County, IN | 53C01-1801-CT-000114 |
| Elias Properties Babylon, LLC; and Greg Geiger's Landscaping and Snow Removal | Vargas, Sonia v. Kmart Corporation; Elias Properties Babylon, LLC; and Greg Geiger's Landscaping and Snow Removal | State Court in Suffolk County, NY | 611547/2017 |
| Sayville Menlo, LLC; Sayville Property Company, LLC | Serrano, Claribel v. Sayville Menlo, LLC; Sayville Property Company, LLC and Kmart Corporation | State Court in Suffolk County, NY | 616807/2016 |
| CT Corporation System; and Vornado Realty Trust | Perez, Ivelize v. Sears Holdings Management Corporation, d/b/a Kmart Holdings Corporation; CT Corporation System; and Vornado Realty Trust | State Court in Queens County, NY | 715126/2016 |
| Little Caesar Enterprises, Inc.; Enterprise Food Services, Inc.; and Erie Foods, Inc. | Phillips, Carol and Richard v. Kmart Corporation; Sears Holdings Corporation; Little Caesar Enterprises, Inc.; Enterprise Food Services, Inc.; and Erie Foods, Inc. | Vigo Superior Court, Vigo County IN | 84D01-1711-CT-008309 |
| Oelwein ATM, LLC | Bauer, Matt L. v. K Mart Corporation; Oelwein ATM, LLC; and Sears Roebuck & Co. | District Court, Fayette County, IA | LACV055116 |
| VNO Bruckner Plaza LLC; and UE Bruckner Plaza LLC | Enriquez, Carmen v. K-Mart; Sears Holdings Corporation; Sears Holdings Management Corporation; VNO Bruckner Plaza LLC; and UE Bruckner Plaza LLC | State Court in Bronx County, NY | N/A |

| Non-Debtor Parties | | | Case Number |
|---|---|---|---|
| Craftsman; Stanley Black & Decker, Inc.; Rexon; Rexon Industrial Corp., Ltd.; Power Tool Specialists, I | Vega, Kristan v. Emeryville Public Market Shopping Mall; Sears Holdings Management Corporation; Sears, Roebuck and Co.; Sears Holdings Management Corporation; Stanley Black & Decker, Inc.; Rexon; Rexon Industrial Corp., Ltd.; Power Tool Specialists, I | Superior Court, Alameda County, CA | RG17881316 |
| West Orange Plaza and/or ABC Corporation; Levin Management Corporation; Metro Commercial Real Estate Inc.; Vanguard Realty, Inc. and GHI Maintence Company | Reheis, Margaret and Matthew v. West Orange Plaza and/or ABC Corporation; Levin Management Corporation; Metro Commercial Real Estate Inc.; Vanguard Realty, Inc. and GHI Maintence Company | Superior Court of New Jersey, Law Division: Essex County | ESX-L-2426-17 |
| Main 19, LLC | Boeselager, Patricia v. Main 19, LLC | Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Division | 2017-CA-001291 |
| Jason Herbert | Baker, Trista v. Sears Holdings Corporation; Sears, Roebuck and Co.; and Jason Herbert | Superior Court Chittenden Unit Civil Division, VT | 1074-11-17 Cncv |
| Kevin Mash; and Evelyn Rush | Celso, Mario v. Sears Roebuck and Co.; Kevin Mash; and Evelyn Rush | 9th Judicial Circuit Court, Orange County, FL | 2012-CA-13699-O |
| May Mayumi Goto | Crocoll, Kimberly v. Kmart Corporation, May Mayumi Goto | Nevada County Superior Court, CA | CU18-083249 |
| Bobby Blaise and XYZ Insurance Company | Donker, Christine v. Sears Roebuck and Co., Bobby Blaise and XYZ Insurance Company | 24th JudicialDistrict Court Parish of Jefferson, LA | 780-501, Div. M |
| Ryan Kurtz | Filan, Jerry v. Sears Roebuck & Co. and Ryan Kurtz | 5th Judicial Court Marion County, FL | 15-CA-1533 |
| Jacob Aman (Auto Manager) | Fishburn, Claude v. Sears, Roebuck and Co.; and Jacob Aman | Small Claims Court, El Paso County, CO | 18S357 |
| Harold E. Leath; and Does 1-10 | Garcia, Maggie and Jayden Eveningstar v. Harold E. Leath; Sears, Roebuck and Co.; Kmart Corporation; and Does 1-10 | 2nd Judicial Court, Washoe County, NV | CV17-01419,Dept. No 15 |
| Nick Meister | Herman, Annette v. Nick Meister | 11th Judicial Court, McLean County, IL | 2018AR000111 |
| Russell Hammond | Hodges, Duane L. a/s/o East Penn Manufacturing Co. by and through it's agent, Sedgwick CMS v. Russell Hammond and Sears, Roebuck and Co. d/b/a Sears Auto Center and d/b/a Sears Store 6515 | Spartanburg County Court, SC | 2018CP4203264 |
| Lawrence Wesley Slocum and Jane Doe Slocum; John Does 1-10 and XYZ Corporations 1-10 | Johns, Brenda D. Parker v. Sears, Roebuck and Co., d/b/a Sears Holdings Corporation; Sears Roebuck Company; Roebuck and Co Sears, Sears Fitness Flagship Store #1338; Lawrence Wesley Slocum and Jane Doe Slocum; John Does 1-10 and XYZ Corporations 1-10 | Superior Court of Pima County, AZ | C20183228 |
| Lancy Ulrich | Jones, Norma v. K-Mart Corporation, #9105; and Lancy Ulrich | Circuit court of Pettis County, MO | 18PT-CC00119 |
| Eric Gossiaux | Keiser, Jolina; individually and as administratrix and natural tutrix of the estates of her minor children; Kyle Keiser and Bryce Keiser v. Sears Roebuck and Company; and Eric Gossiaux | 24th JudicialDistrict Court Parish of Jefferson, LA | 785-797 |
| Abbey Lambert, PharmD | Kieborz, Joyce v. K Mart Corporation; Abbey Lambert, PharmD | District Court, Buffalo County, NE | D09CI180000066 |
| Alan Marse | Lemaire, Faron v. Alan Marse | 5th Justice of the Peace Court, Jefferson County, LA | 15-160 |
| C-Huey Harrison | McCarter, Sandra A. v. K Mart Corporation; and C-Huey Harrison | 24th JudicialDistrict Court Parish of Jefferson, LA | 763-894, Division B |
| Roger Clausen, RPh | McGee, Deborah and Anthony v. Kmart Corporation dba Kmart Pharmacy; and Roger Clausen, RPh | 14th Judicial District Court, Parish of Calcasieu, LA | 2017-412 E |
| Charles Litzler | Miller, Mary v. Sears, Roebuck and Co. dba Sears at Lakeland Square Mall #1955; and Charles Litzler | 10th Judicial Circuit Court, Polk County, FL | 2016CA-002995-0000-00 |
| Jason Currie | Moran, Esther; individually and next of kin to Tony Moran; deceased and as administrator of the estate of Tony Moran v. Sears Holding Corporation; Sears, Roebuck & Co.; Sears Auto Center; and Jason Currie | Superior Court, Chittenden County, VG | 107-2-18 |
| Jason Riley a/k/a Vanderhoff and Jim Roberson a/k/a Robinson | Richert, Johnna v. Jason Riley a/k/a Vanderhoff and Jim Roberson a/k/a Robinson; K-Mart Corporation | 16th Judicial Circuit Court, Jackson County, MO | 1816-CV22710 |
| Alex Forrester | Santiago, Abel v. Kmart Corporation and Alex Forrester | Supreme Court, Bronx County, NY | 20823/2014E |
| Ari Fleet LT; Richard Wood; Does 1 to 100 | Shirley, Bryanna v. Sears Holdings Management Corporation; Sears, Roebuck and Co.; Sears Holding Corp.; Sears Holdings LLC; Sears Home Services; Sears Brands, L.L.C.; Ari Fleet LT; Richard Wood; Does 1 to 100 | Superior Court, Los Angeles County, CA | MC028145 |
| Christopher Solis | Trigo, Marylou v. Sears, Roebuck and Co. and Christopher Solis | 250th Judicial District Court, Travis County, TX | D-4-GN-17-000938 |
| City of Watchung NJ; Paul Sandler and Matthew Lenson | Uzoaru, Matthias E. v. Sears, Rte. 22 E. Watchung; and City of Watchung NJ | Sumerset County, Superior Court, NJ | SOM-L-1316-17 |
| Randy Denny | Vallecillo, Merlin Sequeira v. Sears, Roebuck and Co.; Sears Holdings Management Corporation; and Randy Denny | Connecticut Superior court | N/A |
| Joe Andrada and ARI Fleet, LT | Vuong, Anthony v. Joe Andrada and ARI Fleet, LT | 55th Judicial Court, Harris County, TX | 201852692 |
| SRC Facilities Statutory Trust No. 2003-1; SRC Facilities LLC; and Amy Kelso Sikorski | Yednak, Jenny and Ronald v. Sears Roebuck & Co.; SRC Facilities Statutory Trust No. 2003-1; SRC Facilities LLC; and Amy Kelso Sikorski | Circuit Court of Cook County, IL | 2018L007065 |

18-23538-rdd Doc 1928-1 Filed 01/09/19 Entered 01/09/19 15:32:35 Exhibit B Pg 9 of 15

| Non-Debtor Parties | Case Caption | Court | Case Number |
|---|---|---|---|
| Alfred W. Nyman, Pelican Remodel LLC, Remodeling LA LLC, Magnolia Roofing & Exteriors, Inc., AAR Contracting LLC, Alpha Home Improvement LLC, Consolidated Restoration, LLC, PC Siding Corporation, GAR-LIN Construction, LLC, and Craftsmanship Siding & Roofing | Morris, Clifford; Marilyn Morris; George D. Songy; and Susan Searcy v. Sears Home Improvement Products, Inc., Pelican Remodel, LLC, Remodeling LA LLC, et al. | 19th Judicial District Court for the Parish of East Baton Rouge | 668160 Div. 26 |
| Jennifer Walker | Salazar, Cris v. Kmart Corporation; and Jennifer Walker | 1st Judicial District Court of Santa Fe, NM | D-101-CV-2018-02955 |
| Ernest M. Hirt; Eduardo M. Gutierrez; Jesus L. Gutierrez; A&E Factory Service, LLC dba Sears; Does 1-100; Roe Corporations 101-200, inclusive | Groff, Kelly M. v. Ernest M. Hirt; Eduardo M. Gutierrez; Jesus L. Gutierrez; A&E Factory Service, LLC dba Sears; Does 1-100; Roe Corporations 101-200, inclusive | District Court, Clark County, NV | A-18-781229-C |
| Ricky Williams | Shelton, Laveta v. Ricky Williams; and Sears, Roebuck and Co. | 161st District Court, Ector County, Odessa, TX | B-18-10-1594-CV |
| Carlos Alberto Lopez | Potts, Stasie v. Sears, Roebuck and Co., and Carlos Alberto Lopez | 190th Judicial District Court, Harris County, TX | 2018-70506 |
| Robert Lipinski; and Lease Plan USA | DAngelo, Vincenzo v. Robert Lipinski; and Lease Plan USA | Connecticut Superior court | N/A |
| Harold Hignite | Bailey-Lombardelli, Michael v. Sears, Roebuck and Co. and Harold Hignite | Southern District of Ohio | 1:18-cv-487 |
| Ben Michel, Leroy Steiner, Kory Webber, and Lorenzo Bermudez | Meza, Sergio v. Kmart Corporation, Sears Holdings Corporation, Sears Holdings Management Corporation, Ben Michel, Leroy Steiner, Kory Webber, and Lorenzo Bermudez | Superior Court of the State of California for the County of Santa Barbara | 18CV02586 |
| Robert Rodriguez | Egbuna, Clara; Chiazor Ndiwe; Winnifred Ndiwe and Josephine Onyia v. Sears Holding Corporation and Robert Rodriguez | Harris County, Civil Court, TX | 1116138 |
| A&E Factory Service, L.L.C.; Fatemah S. Alsuwaidan and John Doe Alsuwaidan; Edwin G. Miguel and Jane Doe Miguel; Jenni m. Wakida and John Doe Wakida | Hawkins, Shelley S. v. A&E Factory Service, L.L.C.; Sears Holdings Management Corporation; Fatemah S. Alsuwaidan and John Doe Alsuwaidan; Edwin G. Miguel and Jane Doe Miguel; Jenni m. Wakida and John Doe Wakida | Superior Court, Snohomish County, WA | Unknown |
| Stephen Sitley | Hand, Robert v. Stephen Sitley and Sears Protection Company | Small Claims Division, First City Court, New Orleans, LA | 18-02128 |
| Shirley Doe; Angela Doe | Devaux, Roslyn v. Sears; Shirley Doe; Angela Doe | Franklin County Municipal Court, Small Claims Division, Columbus, OH | 2017 CV1 042095 |
| Tri-county Installation LLC; Lawrence Niederman; Judith Niederman, Innovel Solutions Market Operations Manager | Headley, Peter v. Tri-county Installation LLC; Lawrence Niederman; Judith Niederman, Innovel Solutions Market Operations Manager; Sears Holdings Corporation | Civil Court, County of Queens, NY | CV-028321-18/QU |
| Anne Hand | Carey, Al v. Sears Holdings Management Corporation and Anne Hand | Superior Court of California, County of Placer | RSC0024711 |
| Michael Karrer | Ching, Henry v. Sears Holdings Management and Michael Karrer | Superior Court of California, County of Los Angeles | 18WCSC00361 |
| Tamara Dawkins | Sanchez, Ronnie R. v. Sears Home Improvement & Tamara Dawkins | Superior Court of New Jersey, Morris County, Law Division | MRS-DC-005720-18 |
| ABC Insurance Company, Inc.; and ABC Insurance Company, Inc. | Williams, Pamela D. v. Sears Holding Corporation; ABC Insurance Company, Inc.; and ABC Insurance Company, Inc. | Shreveport City Court, Parish of Caddo, State of LA | 2018R00475 |
| CherryVale Mall, LLC; CBL/CherryVale I, LLC; CBL & Associates Management, Inc.; National Elevator Inspection Services, Inc.; Kone Inc. | Jaimes, Leonor and Jose v. Sears, Roebuck and Co.; CherryVale Mall, LLC; CBL/CherryVale I, LLC; CBL & Associates Management, Inc.; National Elevator Inspection Services, Inc. | State of Illinois, In the Circuit Court of the 17th Judicial Circuit, Winnebago County, Rockford, IL | 2016-L-0000129 |
| Simon Property Group (Texas), L.P. | Gonzalez, Lorraine, individually; and as mother and next friend of Caleb Gonzalez, minor child v. Sears, Roebuck and Co.; and Simon Property Group (Texas), L.P. | District Judical District El Paso County, TX | 2016DCV1927 |
| Otis Elevator Company | Medina, Ruben and Heather Ximenez; individually and as next friend of Melody Medina v. Sears, Roebuck & Co.; and Otis Elevator Company | District Court 408th Judicial District Bexar County, TX | 2018-CI-14453 |
| Pergament Investments, aka Pergament Properties; MPRP Metro Mall, LLC; and Middle Village Associates, LLC | Girolamo, Rose v. Sears Holding Corporation; KMart Holding Corporation aka KMart Corporation; Pergament Investments, aka Pergament Properties; MPRP Metro Mall, LLC; and Middle Village Associates, LLC | Supreme Court of the State of New York, County of Queens | 705616/2015 |
| Schindler Elevator Corporation; and Vertical Industrial Park Associates, a Limited Partnership | Santiago, Evelyn v. Schindler Elevator Corporation; K Mart Corporation and Vertical Industrial Park Associates, a Limited Partnership | Supreme Court of the State of New York, County of Kings | 502950/16 |
| Jamaica Colosseum Mall; and Travelers Insurance | Sharhan, Yvonne S. v. Sears aka Sears, Roebuck and Company; K-Mart aka Kmart Corporation; Jamaica Colosseum Mall; and Travelers Insurance | Supreme Court of the State of New York, County of Queens | 10586/16 |
| Schindler Elevator Corporation; John Doe Corporation One and John Doe Corporation Two | Hoskins, Damon A., a Minor by his Next Friend and Parent, Raymond G. Hoskins; Raymond G. Hoskins and Jennifer R. Hoskins v. Sears, Roebuck and Co.; Schindler Elevator Corporation; John Doe Corporation One and John Doe Corporation Two | Court of Common Pleas, Richland County, OH | 17CV187 |
| Schindler Elevator Corp.; and Does 1-20 | Jackson, Jaylah Bagby; and Maria Navarro v. Schindler Elevator Corp.; Sears Roebuck & Co.; and Does 1-20 | Superior Court of California, County of Santa Clara | 16CV296662 |
| Does 1 to 30 | Ruiz, Consuelo v. Sears Roebuck and Co. and Does 1 to 30 | Superior Court of California County of Los Angeles | BC692038 |

| Non-Debtor Parties | Case Caption | Jurisdiction | Case Number |
|---|---|---|---|
| Northridge Fashion Ce Property Owner of premise located at 9301 Tampa Av; Does 1-50, inclusive | Taj, Makai and Lakmini Perera v. Kmart Holding Corp.; Northridge Fashion Ce Property Owner of premise located at 9301 Tampa Av; Does 1-50, inclusive | Superior Court of California, County of Los Angeles | 14K05920 |
| Does 1-30, inclusive | Webber, Elizabeth v. Sears, Roebuck & Co.; and Does 1-30, inclusive | Superior Court of California, County of Solano | FCS07899 |
| Does 1 through 50, Inclusive | Youkhanna, Naska - v. Sears, Roebuck and Co.; and Does 1 through 50, Inclusive | Superior Court of California County of San Diego | 37-2018-00046600-CU-PO-CTL. |
| Vertical Industrial Park Associates; Schindler Elevator Corporation | Gharibian, Kevork v. Kmart Corporation; Sears Holdings Corporation; Vertical Industrial Park Associates; Schindler Elevator Corporation | Supreme Court of the State of New York, County of Queens | 18985/2013 |
| John Doe 1-10; ABC Corp. 1-10 | Gomez De Peralta, Salustina v. Sears Holdings Corporation; John Doe 1-10; ABC Corp. 1-10 | Superior Court of New Jersey Law Division: Middlesex County | MID-L-003000-18 |
| Jim Wilson and Associates, LLC dba Edgewater Mall, Schindler Elevator Corporation, Kone, Inc., and Otis Elevator Company | Burton, Dora v. Sears Roebuck and Co., Jim Wilson and Associates, LLC dba Edgewater Mall, Schindler Elevator Corporation, Kone, Inc., and Otis Elevator Company | Circuit Court of Harrison County, Mississippi Second Judicial District | A2402-18-28 |
| ABC Elevator Repair and Maintenance Company | Celestine, Shelia and Oliver v. Sears, Roebuck and Co.; and ABC Elevator Repair and Maintenance Company | 24th Judicial District Court for the Parish of Jefferson, State of Louisiana | 768-815, Division A |
| Schindler Elevator Corporation | Batiste, Patty B. v. Sears, Roebuck and Co.; and Schindler Elevator Corporation | 15th Judicial District Court Parish Of Lafayette State Of Louisiana | 218619, Division D |
| Sedgwick Claims Management Services, Inc. | Coke-Ng, Brian v. Kmart Pharmacy; Kmart Holding Corporation; Sears Holdings Corporation; Sedgwick Claims Management Services, Inc. | Supreme Court of the State of New York | 100386/18 |
| K-Mart Management Corporation, Sedgwick Claims Management | Franklin, Joyce v. Kmart a/k/a K-Mart Corporation, K-Mart Management Corporation, K-mart Holdings Corporation, Sears Corporation; Sears Holdings Corporation; Sedgwick Claims Management | Court Of Common Pleas Lucas County, OH | G-4801-CI-0201803819-000 |
| John Doe; ABC Corporation; Richard Roe; XYZ Corporation; Sedgwick Claims Management Services, Inc.; and LMN Insurance Company | Scott, Barbara v. Kmart Corporation; John Doe; ABC Corporation; Richard Roe; XYZ Corporation; Sedgwick Claims Management Services, Inc.; and LMN Insurance Company | Superior Court of New Jersey, Law Division: Essex County | ESX-L-006325-17 |
| Sears Garage Solutions aka Installs; Sedgwick Claims Management Service, Inc. | Heaven, Mausea v. Sears Garage Solutions aka Installs; Sedgwick Claims Management Service, Inc. | District Court of Maryland for Prince George's County | 050200142862018 |
| Craftsman; Emerson Electric Company; Emerson; Stanley Black & Decker; Ace Hardware of West Chester; Ace Hardware Corporation; and Ace Wholesale Holdings, LLC | Ruf, Terence Jr. v. Sears, Roebuck & Co.; Sears; Sears Brands, LLC; Sears Brands Management; Craftsman; Emerson Electric Company; Emerson; Stanley Black & Decker; Ace Hardware of West Chester; Ace Hardware Corporation; and Ace Wholesale Holdings, LLC | Court of Common Pleas, Philadelphia County, PA | 2018-04-000283 |
| W & H LLC, a California Limited Liability Company; Sears Outlet Stores, L.L.C., a Delaware Limited Liability Company; and Does 1-10 | Gabriela Cabrera v. W & H LLC, a California Limited Liability Company; Sears Outlet Stores, L.L.C., a Delaware Limited Liability Company; and Does 1-10 | U.S. District Court for the Central District of California | 2:18-cv-08233-DDP-AS |

| Non-Debtor Parties | | | Case Number |
|---|---|---|---|
| A.F. German Co., Inc., f/k/a A.F. German Company, Inc., BCS America LLC, Briggs & Stratton Corporation, individaully and as successor to Simplicity Manufacturing Inc. and Snapper, Inc., Carlisle Companies Incorporated, CBS Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, Continental Automotive Systems Inc., f/k/a Continental Teves Inc., Cummins Inc., f/k/a Cummins Engine Company, Inc., Dana Companies, LLC, Electrolux Home Products, Inc., individually and as successor to American Yard Products, Electrolux USA, Inc., individually and successor to American Yard Products, Federal-Mogul Asbestos Personal Injury Trust, as successor to Felt Products Manufacturing Co., General Electric Company, individually and as successor to Geroge D. Roper Co., Genuine Parts Co., Honeywell International Inc., f/k/a AllideSignal Inc., as successor to the Bendix Corporation; Husqvarna Consumer Outdoor Products N.A., Inc., indivdually and successor to American Yard Products and George D. Roper Co., Husqvarna Professional Products, Inc., individually and as successor to Tecumseh Products Co., Kohler Co., McCord Corp., MTD Products Company, f/k/a Modern Tool and Die Company National Automotive Parts Association Inc., a/k/a NAPA Auto Parts, Platinum Equity, LLC, d/b/a Tecumseh Power, Individually and as successor to Tecumseh Products Co., Pneumo Abex LLC, indivdually and as successor to Abex Corporation, Schiller Grounds Care, Inc., individually and as successor to Steiner Co., W.J. Connell Co. | Paticia A. Main, individually and as Personal Representative of Billy D. Main v. A.F. German Co., Inc., f/k/a A.F. German Company, Inc., BCS America LLC, Briggs & Stratton Corporation, individaully and as successor to Simplicity Manufacturing Inc. and Snapper, Inc., Carlisle Companies Incorporated, CBS Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, Continental Automotive Systems Inc., f/k/a Continental Teves Inc., Cummins Inc., f/k/a Cummins Engine Company, Inc., Dana Companies, LLC, Electrolux Home Products, Inc., individually and as successor to American Yard Products, Electrolux USA, Inc., individually and successor to American Yard Products, Federal-Mogul Asbestos Personal Injury Trust, as successor to Felt Products Manufacturing Co., General Electric Company, individually and as successor to Geroge D. Roper Co., Genuine Parts Co., Honeywell International Inc., f/k/a AllideSignal Inc., as successor to the Bendix Corporation; Husqvarna Consumer Outdoor Products N.A., Inc., indivdually and successor to American Yard Products and George D. Roper Co., Husqvarna Professional Products, Inc., individually and as successor to Tecumseh Products Co., Kohler Co., McCord Corp., MTD Products Company, f/k/a Modern Tool and Die Company National Automotive Parts Association Inc., a/k/a NAPA Auto Parts, Platinum Equity, LLC, d/b/a Tecumseh Power, Individually and as successor to Tecumseh Products Co., Pneumo Abex LLC, indivdually and as successor to Abex Corporation, Schiller Grounds Care, Inc., individually and as successor to Steiner Co., Sears Holdings Management Corp., d/b/a Craftsman, Sears, Roebuck & Co., d/b/a Craftsman, Stanley Black & Decker, Inc., individually and as successor to Marion-Craftsman Tool Co., Tecumseh Products Company LLC, f/k/a Tecumseh Products Co., The Toro Company, Venture Products, Inc., f/d/a Steiner AG Products, Inc., individually and as successor to Steiner Corp., W.J. Connell Co. | Commonwealth of Massachusetts Middlesex County Superior Court Department of the Trial Court | 17-3242 |
| Home Products International-North America, Inc.; and Does 1 through 25, Inclusive | Paul Benavidez v. Kmart Corporation; Home Products International-North America, Inc.; and Does 1 through 25, Inclusive | USDC, Central District of California | CV 17-6226-JFW (JEMx) |
| Onebeacon Services, LLC d/b/a Atlantic Speciality Insurance Company | Phillip Doran, and Linda Doran, husband and wife, and the marital community comprised thereof v. Sears Home Improvement Products, Inc., a Pennsylvania Corporation, Sears Holdings Management Corporation, a Delaware Corporation, and Onebeacon Services, LLC d/b/a Atlantic Speciality Insurance Company, a Delaware Limited Liability Company | In the Superior Court of the State of Washington In and For the County of Thurston | 17-2-06663-34 |
| Three Brothers Construction Co. d/b/a Sears Garage Door and James Edward Kutteroff | Ila Clemesha v. P.B. Home Services, Inc. d/b/a Sears Home Services, Sears, Roebuck and Co., Three Brothers Construction Co. d/b/a Sears Garage Door and James Edward Kutteroff, Individually and Jointly | In the County Court in and for Miami-Date County, FL | 16-5053 CC 26 |
| One World Technologies, Inc.; RYOBI Technologies, Inc.; and Techtronic Industries North America, Inc. | Magnani, Peter v. KCD IP, LLC; Sears Holdings Management Corporation; Sears, Roebuck and Co.; One World Technologies, Inc.; RYOBI Technologies, Inc.; and Techtronic Industries North America, Inc. | Supreme Court Nassau County, NY | 602360/2012 |
| Ubaldo Miranda; Shelly Miranda; KCD IP, LLC; Briggs & Stratton Corporation; Husqvarna Consumer Outdoor Products N.A., Inc. | Townsend, Samuel v. Ubaldo Miranda; Shelly Miranda; Sears, Roebuck and Co.; Sears Brands, L.L.C.; Sears Holdings Management Corporation; KCD IP, LLC; Briggs & Stratton Corporation; Husqvarna Consumer Outdoor Products N.A., Inc. | Superior Court, Porty County, IN | 64D01-1808-CT-007890 |
| Zion Evangelical Lutheran Church, Springfield, Missouri, Inc.; Kenmore Craftsman DieHard Intellectual Property, LLC aka and dba KCD IP, LLC | Buchanan, William and Eva v. Zion Evangelical Lutheran Church, Springfield, Missouri, Inc.; Sears Holdings Corporation; Sears, Roebuck and Co.; Kenmore Craftsman DieHard Intellectual Property, LLC aka and dba KCD IP, LLC | Circuit Court of Green County, MO | 1731-CC01255 |
| Sears Rockaway Townsquare; KCD IP, LLC dba Craftsman; Briggs & Stratton; Husqvarna; Stanley Black & Decker; XYZ Corporation 1-10; John Doe 1-10 | Visakay, Aida; as executor for the estate of William Visakay v. Sears Roebuck and Company; Sears Rockaway Townsquare; KCD IP, LLC dba Craftsman; Briggs & Stratton; Husqvarna; Stanley Black & Decker; XYZ Corporation 1-10; John Doe 1-10 | Superior Court, Morris County, NJ | MRS-L-1705-17 |
| Ari Fleet LT; Richard Wood; Does 1 to 100 | Shirley, Bryanna v. Sears Holdings Management Corporation; Sears, Roebuck and Co.; Sears Holding Corp.; Sears Holdings LLC; Sears Home Services; Sears Brands, L.L.C.; Ari Fleet LT; Richard Wood; Does 1 to 100 | Superior Court, Los Angeles County, CA | MC028145 |
| Home Security of America, Inc.; Margaret Cooper; Daniel Cooper; and Sears Home Services | Downs, Kimberly v. Sears Home Improvement products, Inc.; Home Security of America, Inc.; Margaret Cooper; Daniel Cooper; and Sears Home Services | Court of Common Pleas of Northumberland County, PA | CV-15-841 |

18-23538-rdd    Doc 1928-1    Filed 01/09/19    Entered 01/09/19 15:32:35    Exhibit

| Non-Debtor Parties | Case Caption | Court | Case Number |
|---|---|---|---|
| Sears Home Services; Briggs & Stratton Corp.; ABC Corporations 1-10; and John Does 1-10 | Gayle, Michael v. Sears Roebuck & Co.; Sears Home Services, LLC; Sears Holdings, Corp.; Briggs & Stratton Corp.; ABC Corporations 1-10; and John Does 1-10 | Superior Court, Essex County, NJ | ESX-L-6632-17 |
| FSA Network, Inc.; G-Boyz, LLC; Daniel Gonzalez, director of G-Boyz, LLC | Horan, Donald and Eleanor aso Universal Property & Casualty Insurance Company v. FSA Network, Inc.; G-Boyz, LLC; Daniel Gonzalez, as last known officer; director of G-Boyz, LLC; Sears, Roebuck and Co. dba Sears Home Services, Sears Appliance Repair, and/or all subsidiaries and affiliates | Circuit Court, St. Lucie County, FL | 562017CA001725AXXXHC |
| Icon Health and Fitness, Inc.; and Sears Home Services, L.L.C | Mauer, Marlene v. Icon Health and Fitness, Inc.; Sears, Roebuck and Co. aka Sears dba Sears Crossroads Center Store #1072; and Sears Home Services, L.L.C. | District Court, Bremer County, IA | LACV 005874 |
| Jerrard James Johnson; and Sears Home Services, L.L.C. | WLR Automotive Group, Inc. a/s/o Selective Insurance Company v. Jerrard James Johnson; and Sears Home Services, L.L.C. | District Court, Baltimore County, MD | CV 1477378 |
| Whirlpool Canada LP, Whirlpool Canada Inc., Whirlpool Corporation, Sears Canada Inc., Sears Canada Holdings Corp. | Gaudette, Sylvain v. Whirlpool Canada LP, Whirlpool Canada Inc., Whirlpool Corporation, Sears Canada Inc. Sears Canada Holdings Corp. and Sears, Roebuck & Co. | Supreme Court of Canada, Province of Quebec | 500-06-000794-160 |
| Electrolux Home Products, Inc.; KCD IP, LLC;  Chaplin Williams Rentals, Inc.; Hanna Saikali; Nadia Saikali; and John Saikali | Oquendo, Daniel v. Electrolux Home Products, Inc.; KCD IP, LLC; Sears Holdings Corporation; Sears, Roebuck and co.; Chaplin Williams Rentals, Inc.; Hanna Saikali; Nadia Saikali; and John Saikali | 4th Judicial Circuit Court, Dubal County, FL | 2018-CA-7638 |
| Sedgwick Claims Management Services, Inc. | Matthews, Shirley and Dwight Langhum v. Sedgwick Claims Management Services, Inc. and Sears Holdings Management Corporation d/b/a Sears Home Services | Wilson County State Court, TN | 2018-CV-3409 |

## Exhibit 2

**Proposed Stay Notice**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :
                                                :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,           :
                                                :     Case No. 18-23538 (RDD)
                                                :
Debtors.[1]                                     :     (Jointly Administered)
------------------------------------------------------------x

NOTICE OF ENTRY OF ORDER EXTENDING
THE AUTOMATIC STAY TO CERTAIN NON-DEBTOR PARTIES

**PLEASE TAKE NOTICE** that on January [__], 2019, the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered an Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) extending the automatic stay imposed by section 362(a) of the Bankruptcy Code in the above chapter 11 cases (ECF No. [__]) (the "**Order**"). A copy of the Order is annexed hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, the proceedings identified on **Exhibit B** hereto (the "**Prepetition Actions**") have been stayed as to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

both any applicable Debtors and the parties (the "**Non-Debtors Parties**") identified on Exhibit B, which stay may be modified by the Bankruptcy Court as set forth in the Order.

**PLEASE TAKE FURTHER NOTICE** that, during the effectiveness of the automatic stay, both the Debtors and the Non-Debtor Parties are not required to submit any response, answer, or other pleading in connection with the Action, and the Action may not continue against either any applicable Debtor or any applicable Non-Debtor Party.

Dated: January [__], 2019
      New York, New York

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York  10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007
                                Ray C. Schrock, P.C.
                                Jacqueline Marcus
                                Garrett A. Fail
                                Sunny Singh
                                Jessica Liou

                                *Attorneys for Debtors and Debtors in Possession*