**Exhibit E**

**Complaint**

FILED
2018 SEP 20 PM 12:24
SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

18-2-08480-31
CMP 2
Complaint
3883410

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS, | № 18 2 08480 31 |
| Plaintiff | COMPLAINT FOR NEGLIGENCE |
| v. | |
| A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community, | |
| Defendants | |

COMES NOW the Plaintiff, through counsel, for causes of action against the Defendants, and alleges as follows:

I. JURISDICTION

1. This lawsuit arises out of multiple motor vehicle collisions. All events alleged herein occurred within the limits of Snohomish County, Washington.

COMPLAINT FOR NEGLIGENCE - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

Original

## II. PARTIES AND VENUE

2. The Plaintiff is a resident of Snohomish County, Washington.

3. Upon information and belief, Defendant Fatemah Alsuwaidan was a driver licensed in the State of Washington at all times material hereto.

4. Upon information and belief, Defendants Fatemah Alsuwaidan and John Doe Alsuwaidan, are believed to be husband and wife and reside, and at all times material hereto have resided, in King County, Washington. The true name of John Doe Alsuwaidan is unknown to the Plaintiff at this time. All acts and omissions alleged herein were on behalf of said defendants' marital community.

5. Upon information and belief, Defendant Edwin G. Miguel was a driver licensed in the State of Washington at all times material hereto.

6. Upon information and belief, Defendant Edwin G. Miguel resides, and at all times material hereto has resided, in Snohomish County, Washington.

7. Upon information and belief, Defendant A&E Factory Service, L.L.C. is, and at all times material hereto was, a Delaware corporation doing business in the State of Washington as A&E Factory Service, L.L.C.

8. Upon information and belief, Defendant Sears Holdings Management LSE is, and at all times material hereto was, a foreign profit corporation doing business in the State of Washington as Sears Holdings Management Corporation.

9. Upon information and belief, Defendant Jenni M. Wakida was a driver licensed in the State of Washington at all times material hereto.

10. Upon information and belief, Defendants Jenni M. Wakida and John Doe Wakida, are believed to be husband and wife and reside, and at all times material hereto have resided, in Snohomish County, Washington. The true name of John Doe Wakida is unknown to the Plaintiff at this time. All acts and omissions alleged herein were on behalf of said defendants' marital community.

COMPLAINT FOR NEGLIGENCE - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

11. Jurisdiction and venue are proper in this Court.

### III. NOVEMBER 16, 2016, MOTOR VEHICLE COLLISION

12. On November 16, 2016, at the hour of approximately 3:15 p.m., Plaintiff Shelley Hawkins was operating her vehicle in Lynnwood, Washington.

13. At or about this time, Defendant Fatemah Alsuwaidan was driving a vehicle owned by and registered to PV Holding Corporation d/b/a/ Budget Rent A Car System, Inc.

14. At or about this time, Defendant Fatemah Alsuwaidan caused the vehicle she was operating to crash into the vehicle operated by the Plaintiff.

15. Defendant Fatemah Alsuwaidan was negligent in operating her vehicle and her negligence caused the incident described above.

16. At or about this time, Defendant Edwin Miguel was driving a vehicle owned by and registered to Sears Holdings Management LSE.

17. At all times material hereto, Defendant Edwin Miguel was an employee of Defendant A&E Factory Service, L.L.C. and/or Defendant Sears Holding Management LSE and was operating the vehicle while acting within the scope of his employment and/or authority for or on behalf of Defendant A&E Factory Service, L.L.C. and/or Defendant Sears Holding Management LSE as their employee and/or agent.

18. After the above-described collision caused by Defendant Fatemah Alsuwaidan, Defendant Edwin Miguel caused the vehicle he was operating to crash into the Defendant Fatemah Alsuwaidan vehicle, causing Defendant Fatemah Alsuwaidan's vehicle to crash a second time into the Plaintiff's vehicle.

19. Defendant Edwin Miguel and Defendant Fatemah Alsuwaidan were negligent in operating their vehicles and their negligence caused the incident described in the foregoing paragraph.

### IV. JANUARY 6, 2017, MOTOR VEHICLE COLLISION

20. On January 6, 2017, at the hour of approximately 12:05 p.m., Plaintiff Shelley

COMPLAINT FOR NEGLIGENCE - 3

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  Hawkins was operating her vehicle in Everett, Washington.

2      21.    At or about this time, Defendant Jenni Wakida was driving a vehicle owned by
3  and registered to herself.

4      22.    At or about this time, Defendant Jenni Wakida caused her vehicle to crash into
5  the vehicle operated by the Plaintiff.

6      23.    Defendant Jenni Wakida was negligent in operating her vehicle and her
7  negligence caused the incident described above.

## V. CLAIMS OR CAUSES OF ACTION

9      24.    As a result of all defendants' negligence, the Plaintiff was struck with such
10 force and violence as to cause serious injury. The Plaintiff's injuries have caused medical
11 expenses, pain and suffering, and other special and general damages.

12     25.    One or more of the defendants attributes the cause of some or all of the
13 Plaintiff's alleged damages to other defendants herein.

## VI. DEMAND FOR RELIEF

15 The Plaintiff requests that judgment be entered against the Defendants, jointly and
16 severally, as follows:

17     1.    Awarding special damages for expenses, medical costs, and other losses in an
18 amount to be proven at the time of trial;

19     2.    Awarding general damages for pain, suffering, loss of enjoyment of life and
20 other losses in an amount to be proven at the time of trial;

21     3.    Awarding costs incurred in this action including reasonable attorney's fees; and

22     4.    Awarding any further relief that this Court may deem just and proper.

COMPLAINT FOR NEGLIGENCE - 4

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

DATED this 18th day of September, 2018.

Law Offices of Terence F. Traverso, P.S., by

Terence F. Traverso
WSBA #21178
Attorney for Plaintiff

COMPLAINT FOR NEGLIGENCE - 5

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060