# Exhibit G

**Default Judgment Motion**

1

18-2-08480-31
MTDFL        17
Motion for Default
5450183

2

3

4

FILED

2019 APR 25  AM 11:42

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

5

6

7   IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
    IN AND FOR THE COUNTY OF SNOHOMISH

8

9   SHELLEY S. HAWKINS,                          № 18-2-08480-31

10       Plaintiff                               PLAINTIFF'S MOTION FOR
                                                 ORDER OF DEFAULT AND
11       v.                                      DEFAULT JUDGMENT

12   A&E FACTORY SERVICE,
     L.L.C., a Delaware limited liability
13   company; SEARS HOLDINGS
     MANAGEMENT CORPORATION,
14   a foreign profit corporation;
     FATEMAH S. ALSUWAIDAN and
15   JOHN DOE ALSUWAIDAN,
     husband and wife and their marital
16   community; EDWIN G. MIGUEL
     and JANE DOE MIGUEL, husband
17   and wife and their marital
     community; and JENNI M.
18   WAKIDA and JOHN DOE
     WAKIDA, husband and wife and
19   their marital community,

20       Defendants

21

22       COMES NOW the Plaintiff, and moves the Court as follows:

23                          **I. Moving Party**

24   The moving party is the Plaintiff.

25                        **II. Relief Requested**

26   An order of default is requested against Defendants Fatemah S. Alsuwaidan and John

27   Doe Alsuwaidan, Defendants Edwin G. Miguel and Jane Doe Miguel, and Defendant A&E

28   PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND
     DEFAULT JUDGMENT - 1

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

Original

1  Factory Service, L.L.C., for failure to file and serve answers to Plaintiff's Complaint within

2  the required time limit for doing so.

3  ### III.  Factual Basis for Motion

4  This action for negligence arises from motor vehicle collisions occurring on two

5  different days.  On November 16, 2016, Defendant Fatemah S. Alsuwaidan crashed her

6  vehicle into the rear of Plaintiff's vehicle, injuring Plaintiff.  *Exhibit 1, Complaint for*

7  *Negligence*, ¶¶ 12, 13.  A moment later, Defendant Edwin G. Miguel crashed the work van he

8  was driving into the rear of Defendant Fatemah S. Alsuwaidan's vehicle, causing her vehicle

9  to strike Plaintiff's vehicle again, injuring Plaintiff.  *Id.,* ¶ 18.  Plaintiff alleges that Defendant

10  Edwin G. Miguel was operating the van while acting within the scope of his employment

11  and/or authority for, or on behalf of, Defendant A&E Factory Service, L.L.C.  *Id.,* ¶ 17.

12  The second date of loss was January 6, 2017, and involved the driving of Defendant

13  Jenni Wakida.  That incident and Defendant Jenni Wakida are not involved in this Motion for

14  Default.

15  Defendants Alsuwaidan could not be located within the state after a due and diligent

16  search.  The Summons by Personal Service and Complaint for Negligence were thus properly

17  served upon Defendants Fatemah S. Alsuwaidan and John Doe Alsuwaidan by substitute

18  service upon the Washington Secretary of State under the "Absent Motorist" Statute, on

19  January 17, 2019.  *Exhibit 2.*  All Declarations and exhibits supporting Plaintiff's reliance

20  upon the Absent Motorist Statute prove Plaintiff's compliance with that statute and thus valid

21  substitute service of process upon Defendants Fatemah S. Alsuwaidan.  *Id.*  More than 60 days

22  have elapsed since this substitute service and Defendants Fatemah S. Alsuwaidan and John

23  Doe Alsuwaidan have not filed nor served an Answer to the Complaint.  *Subjoined*

24  *Declaration of Plaintiff's Counsel.*

25  The Summons and Complaint were served upon Defendants Edwin G. Miguel and Jane

26  Doe Miguel through personal service on October 10, 2018.  *Exhibit 3.*  More than 20 days have

27

28  PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND
DEFAULT JUDGMENT - 2

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
**1408 140th Place N.E., Suite 140**
**Bellevue, Washington 98007**
**Phone: (425) 453-0115/Fax: (425) 412-4060**

1   elapsed since this personal service and Defendants Edwin G. Miguel and Jane Doe Miguel

2   have not filed nor served an Answer to the Complaint. *Subjoined Declaration of Plaintiff's*

3   *Counsel.*

4       The Summons and Complaint were served upon Defendant A&E Factory Service,

5   L.L.C., through personal service upon its registered agent for service of process, on September

6   19, 2018. *Exhibit 4.* More than 20 days have elapsed since this personal service and

7   Defendant A&E Factory Service, L.L.C., has not filed nor served an Answer to the Complaint.

8   *Subjoined Declaration of Plaintiff's Counsel.*

9                      **IV. Evidence in Support of Motion**

10       This motion is supported by the following evidence:

11            Subjoined Declaration of Counsel.

12            Exhibit 1, Complaint for Negligence.

13            Exhibit 2, Declaration of Service  from Washington Secretary of State.

14            Exhibit 3, Declaration of Service upon Defendants Miguel.

15            Exhibit 4, Declaration of Service upon Defendant A&E Factory Service, L.L.C.

16            Exhibit 5, Department of Defense printout.

17            Exhibit 6, Declaration of Chris Rivera, D.C.

18            Exhibit 7, Cleaning service charges.

19            Exhibit 8, Plaintiff's 2016 and 2017 IRS Form 1099s.

20            Exhibit 9, Cost Bill.

21                     **V. Legal Authority and Argument**

22       CR 12(a)(1) provides for 20 days within which a defendant must answer a lawsuit

23   following personal service of process. CR 12(a)(3) provides for 60 days if service is made

24   upon the Secretary of State under the absent motorist statute, or if the defendant is personally

25   served out of state. Thereafter, pursuant to CR 55, the Plaintiff is entitled to an Order of

26   Default, and upon a showing of entitlement, a judgment may be entered on that default.

27

28   PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND
DEFAULT JUDGMENT - 3

1

**VI. Conclusion**

2        Because said Defendants have failed to answer, and because the Plaintiff has shown

3  proper service and the lapse of the prescribed time for answering, an Order of Default and

4  Default Judgment should be entered.

5

**VII. Venue**

6        The subject collisions and tortious acts occurred, and thus the causes of action arose, in

7  Snohomish County, Washington, so venue is proper in this Court pursuant to RCW 4.12.020.

8

**VIII. Proposed Order**

9        A proposed order is enclosed.

10

11

12        RESPECTFULLY SUBMITTED this 24th day of April, 2019.

13                      Law Offices of Terence F. Traverso, P.S., by

14

15

16                      Terence F. Traverso
                              WSBA #21178
                              Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28  PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND
     DEFAULT JUDGMENT - 4

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1

2                              <u>DECLARATION OF PLAINTIFF'S COUNSEL</u>

3          I declare under penalty of perjury as follows:

4          1.    I am the Plaintiff's attorney of record.  I have personal knowledge of the matters

5    set forth in this Declaration and I am competent to testify thereto.

6          2.    Attached hereto are true and correct copies of the declaration of service

7    indicating personal service of the Summons by Personal Service and Complaint herein upon

8    the Washington Secretary of State on behalf of Defendants Fatemah S. Alsuwaidan and John

9    Doe Alsuwaidan under the "Absent Motorist" Statute.  *Exhibit 2.*  More than 60 days have

10   passed since service of process was effected on these defendants.  My office has not received

11   any Notice of Appearance from said defendants' counsel and I have not been served with any

12   responsive pleadings to the Complaint from any of them.

13         3.    Attached hereto are true and correct copies of the declaration of service

14   indicating personal service of the Summons by Personal Service and Complaint herein upon

15   Defendants Edwin G. Miguel and Jane Doe Miguel.  *Exhibit 3.*  More than 20 days have

16   passed since service of process was effected on these defendants.  My office has not received

17   any Notice of Appearance from said defendants' counsel and I have not been served with any

18   responsive pleadings to the Complaint.

19         4.    Attached hereto are true and correct copies of the declarations of service

20   indicating personal service of the Summons by Personal Service and Complaint herein upon

21   Defendant A&E Factory Service, L.L.C.  *Exhibit 4.*  More than 20 days have passed since

22   service of process was effected on this defendant.  My office has not received any Notice of

23   Appearance from said defendant's counsel and I have not been served with any responsive

24   pleadings to the Complaint.

25         5.    Attached are true and correct copies of the other exhibits identified herein.

26

27

28   PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND
     DEFAULT JUDGMENT - 5

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1      6.     This case is an action for negligence. The action arises from motor vehicle

2 collisions occurring within Snohomish County, Washington. Venue is proper in this court.

3      7.     In compliance with the Servicemembers Civil Relief Act (formerly the Soldiers

4 and Sailors Civil Relief Act), specifically 50 USC App. § 521(b)(1), I have made a good faith

5 investigation regarding whether Defendant Edwin G. Miguel and Defendant Fatemah S.

6 Alsuwaidan are on active duty with the military services of the United States of America by

7 attempting to run said defendants' names at the Servicemembers Civil Relief Act (SCRA)

8 website database at https://scra.dmdc.osd.mil. These Defendants' names do not appear there,

9 as shown on the attached Department of Defense printout. *Exhibit 5.*

10      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

11 AND CORRECT TO THE BEST OF MY KNOWLEDGE.

12      Dated this 24th day of April, 2019, at Bellevue, Washington.

13                     Law Offices of Terence F. Traverso, P.S., by

14

15

16                     Terence F. Traverso

17

18

19

20

21

22

23

24

25

26

27

28 PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND
DEFAULT JUDGMENT - 6

# EXHIBIT 1

1
2
3
4
5
6
7
IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH
8

| 9  | SHELLEY S. HAWKINS, | № 18-2-08480-31 |
|----|---------------------|----------------|
| 10 | Plaintiff | COMPLAINT FOR NEGLIGENCE |
| 11 | v. | |
| 12 | A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community, | |
| 20 | Defendants | |

21

COMES NOW the Plaintiff, through counsel, for causes of action against the

Defendants, and alleges as follows:

I. <u>JURISDICTION</u>

1.    This lawsuit arises out of multiple motor vehicle collisions. All events alleged

herein occurred within the limits of Snohomish County, Washington.

27

28   COMPLAINT FOR NEGLIGENCE - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

## II. PARTIES AND VENUE

2.      The Plaintiff is a resident of Snohomish County, Washington.

3.      Upon information and belief, Defendant Fatemah Alsuwaidan was a driver licensed in the State of Washington at all times material hereto.

4.      Upon information and belief, Defendants Fatemah Alsuwaidan and John Doe Alsuwaidan, are believed to be husband and wife and reside, and at all times material hereto have resided, in King County, Washington. The true name of John Doe Alsuwaidan is unknown to the Plaintiff at this time. All acts and omissions alleged herein were on behalf of said defendants' marital community.

5.      Upon information and belief, Defendant Edwin G. Miguel was a driver licensed in the State of Washington at all times material hereto.

6.      Upon information and belief, Defendant Edwin G. Miguel resides, and at all times material hereto has resided, in Snohomish County, Washington.

7.      Upon information and belief, Defendant A&E Factory Service, L.L.C. is, and at all times material hereto was, a Delaware corporation doing business in the State of Washington as A&E Factory Service, L.L.C.

8.      Upon information and belief, Defendant Sears Holdings Management LSE is, and at all times material hereto was, a foreign profit corporation doing business in the State of Washington as Sears Holdings Management Corporation.

9.      Upon information and belief, Defendant Jenni M. Wakida was a driver licensed in the State of Washington at all times material hereto.

10.      Upon information and belief, Defendants Jenni M. Wakida and John Doe Wakida, are believed to be husband and wife and reside, and at all times material hereto have resided, in Snohomish County, Washington. The true name of John Doe Wakida is unknown to the Plaintiff at this time. All acts and omissions alleged herein were on behalf of said defendants' marital community.

COMPLAINT FOR NEGLIGENCE - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1    11.    Jurisdiction and venue are proper in this Court.

2    III. <u>NOVEMBER 16, 2016, MOTOR VEHICLE COLLISION</u>

3    12.    On November 16, 2016, at the hour of approximately 3:15 p.m., Plaintiff

4    Shelley Hawkins was operating her vehicle in Lynnwood, Washington.

5    13.    At or about this time, Defendant Fatemah Alsuwaidan was driving a vehicle

6    owned by and registered to PV Holding Corporation d/b/a/ Budget Rent A Car System, Inc.

7    14.    At or about this time, Defendant Fatemah Alsuwaidan caused the vehicle she

8    was operating to crash into the vehicle operated by the Plaintiff.

9    15.    Defendant Fatemah Alsuwaidan was negligent in operating her vehicle and her

10    negligence caused the incident described above.

11    16.    At or about this time, Defendant Edwin Miguel was driving a vehicle owned by

12    and registered to Sears Holdings Management LSE.

13    17.    At all times material hereto, Defendant Edwin Miguel was an employee of

14    Defendant A&E Factory Service, L.L.C. and/or Defendant Sears Holding Management LSE

15    and was operating the vehicle while acting within the scope of his employment and/or

16    authority for or on behalf of Defendant A&E Factory Service, L.L.C. and/or Defendant Sears

17    Holding Management LSE as their employee and/or agent.

18    18.    After the above-described collision caused by Defendant Fatemah Alsuwaidan,

19    Defendant Edwin Miguel caused the vehicle he was operating to crash into the Defendant

20    Fatemah Alsuwaidan vehicle, causing Defendant Fatemah Alsuwaidan's vehicle to crash a

21    second time into the Plaintiff's vehicle.

22    19.    Defendant Edwin Miguel and Defendant Fatemah Alsuwaidan were negligent

23    in operating their vehicles and their negligence caused the incident described in the foregoing

24    paragraph.

25    IV. <u>JANUARY 6, 2017, MOTOR VEHICLE COLLISION</u>

26    20.    On January 6, 2017, at the hour of approximately 12:05 p.m., Plaintiff Shelley

27

28    COMPLAINT FOR NEGLIGENCE - 3

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1    Hawkins was operating her vehicle in Everett, Washington.

2      21.    At or about this time, Defendant Jenni Wakida was driving a vehicle owned by

3    and registered to herself.

4      22.    At or about this time, Defendant Jenni Wakida caused her vehicle to crash into

5    the vehicle operated by the Plaintiff.

6      23.    Defendant Jenni Wakida was negligent in operating her vehicle and her

7    negligence caused the incident described above.

8                 V. <u>CLAIMS OR CAUSES OF ACTION</u>

9      24.    As a result of all defendants' negligence, the Plaintiff was struck with such

10    force and violence as to cause serious injury. The Plaintiff's injuries have caused medical

11    expenses, pain and suffering, and other special and general damages.

12      25.    One or more of the defendants attributes the cause of some or all of the

13    Plaintiff's alleged damages to other defendants herein.

14                 VI. <u>DEMAND FOR RELIEF</u>

15    The Plaintiff requests that judgment be entered against the Defendants, jointly and

16    severally, as follows:

17      1.    Awarding special damages for expenses, medical costs, and other losses in an

18    amount to be proven at the time of trial;

19      2.    Awarding general damages for pain, suffering, loss of enjoyment of life and

20    other losses in an amount to be proven at the time of trial;

21      3.    Awarding costs incurred in this action including reasonable attorney's fees; and

22      4.    Awarding any further relief that this Court may deem just and proper.

23

24

25

26

27

28    COMPLAINT FOR NEGLIGENCE - 4                      **LAW OFFICES OF**

**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1    DATED this 18th day of September, 2018.

2    Law Offices of Terence F. Traverso, P.S., by

3

4
    Terence F. Traverso
5    WSBA #21178
    Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    COMPLAINT FOR NEGLIGENCE - 5

# EXHIBIT 2



# Secretary of State
*Kim Wyman*

Corporations & Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
www.sos.wa.gov/corps

January 18, 2019

LAW OFFICES OF TERENCE F TRAVERSON, P.S.
1408 140TH PLACE NE, STE 140
BELLEVUE, WA 98007

To Whom It May Concern:

The undersigned hereby states that she is a duly appointed and acting clerk in the office
of the Secretary of State responsible for the receipt and handling of the service of
process under the Washington state statute RCW 46.64.040 and is qualified to make
the following statements:

On January 17, 2019 SUMMONS/COMPLAINT AND OTHER LEGAL documents in the
action relating to: SHELLEY S HAWKINS (plaintiff) vs. FATEMAH S ALSUWAIDAN, et
al. (defendant), Cause # 18 2 08480 31 were received in the office of the Secretary of
State. Said documents were placed on file and a duplicated copy has been mailed
Certified mail, item # 9489 0090 0027 6077 8857 44 to the defendant at their last known
address.

Name and address to which documents were mailed

FATEMAH S ALSUWAIDAN          9489 0090 0027 6077 8857 44
JOHN DOE ALSUWAIDAN
9600 HARBOR PLACE
MUKILTEO, WA 98275

File Number:  27696
January 22, 2019
(Date document Mailed)

Mallory Sokolik
Corporations Division

1

2

3

4

5

6

7    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

8

| | |
|---|---|
| 9  SHELLEY S. HAWKINS, | № 18-2-08480-31 |
| 10      Plaintiff | DECLARATION OF PLAINTIFF |
| | REGARDING COMPLIANCE |
| 11      v. | WITH RCW 46.64.040 |
| 12  A&E FACTORY SERVICE, L.L.C., a Delaware limited liability | |
| 13  company; SEARS HOLDINGS MANAGEMENT CORPORATION, | |
| 14  a foreign profit corporation; FATEMAH S. ALSUWAIDAN and | |
| 15  JOHN DOE ALSUWAIDAN, husband and wife and their marital | |
| 16  community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband | |
| 17  and wife and their marital community; and JENNI M. | |
| 18  WAKIDA and JOHN DOE WAKIDA, husband and wife and | |
| 19  their marital community, | |
| 20      Defendants | |

21

TO:    Defendant Fatemah Alsuwaidan et vir

22

23        1.    I am the plaintiff in the above entitled action. I make this Declaration to the

24    defendants based upon personal knowledge pursuant to RCW 46.64.040.

25        2.    A Summons and Complaint for Negligence has been brought against you,

26    copies of which are attached as Exhibit A hereto, which were served upon you at Olympia,

27    Washington by leaving two copies of the Summons and Complaint with the Secretary of State

28    DECLARATION OF PLAINTIFF REGARDING
COMPLIANCE WITH RCW 46.64.040 - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1    of the State of Washington.

2        3.      The Declaration of Plaintiff's Counsel Regarding Compliance with RCW

3    46.64.040 is attached as Exhibit B to this Declaration of Plaintiff.

4        4.      This Declaration of Plaintiff is being sent to you by registered mail, return

5    receipt requested, at your last known address, in order to give you notice of this service

6    pursuant to RCW 46.64.040.

7

8        I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

9    AND CORRECT TO THE BEST OF MY KNOWLEDGE.

10

11       DATED this 10th day of September, 2018, at Bothell _____ , Washington.

12

13                        Shelley S. Hawkins
14                        Shelley S. Hawkins

15

16

17

18

19

20

21

22

23

24

25

26

27

28    DECLARATION OF PLAINTIFF REGARDING
       COMPLIANCE WITH RCW 46.64.040 - 2

# EXHIBIT A

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

8

9  SHELLEY S. HAWKINS,                        № 18-2-08480-31

10        Plaintiff                          SUMMONS BY PERSONAL
                                             SERVICE
11              v.

12  A&E FACTORY SERVICE,
    L.L.C., a Delaware limited liability
13  company; SEARS HOLDINGS
    MANAGEMENT CORPORATION,
14  a foreign profit corporation;
    FATEMAH S. ALSUWAIDAN and
15  JOHN DOE ALSUWAIDAN,
    husband and wife and their marital
16  community; EDWIN G. MIGUEL
    and JANE DOE MIGUEL, husband
17  and wife and their marital
    community; and JENNI M.
18  WAKIDA and JOHN DOE
    WAKIDA, husband and wife and
19  their marital community,

20        Defendants

21

22  TO THE DEFENDANTS:

23        A lawsuit has been started against you in the above entitled court by the plaintiff.

24  Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with

25  this Summons.

26        In order to defend against this lawsuit, you must respond to the Complaint by stating

27  your defense in writing, and serve a copy upon the undersigned within 20 days (if service is

28  SUMMONS BY PERSONAL SERVICE - 1

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  made on you within the State of Washington), or within 60 days (if service is made on you

2  outside the State of Washington, or if service is made on you by serving the Washington

3  Secretary of State), after the date of service on you of this Summons, excluding the day of

4  service, or a default judgment may be entered against you without notice. A default judgment

5  is one where plaintiff is entitled to what is asked for because you have not responded. If you

6  serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a

7  default judgment may be entered.

8           If not previously filed, you may demand that the plaintiff file this lawsuit with the

9  court. If you do so, your demand must be in writing and must be served upon the undersigned

10  attorney. Within 14 days after you serve your demand, the plaintiff must file this lawsuit with

11  the court, or the service on you of this Summons and Complaint will be void.

12          If you wish to seek the advice of an attorney in this matter, you should do so promptly

13  so that your written response, if any, may be served on time. The original of your written

14  defense must be filed with the court. This Summons is issued pursuant to Rule 4 of the

15  Superior Court Civil Rules of the State of Washington.

16

17          DATED this 18th day of September, 2018.

18                                        Law Offices of Terence F. Traverso, P.S., by

19

20

21                                        Terence F. Traverso
                                          WSBA #21178
22                                        Attorney for Plaintiff

23

24

25

26

27

28  SUMMONS BY PERSONAL SERVICE - 2                          **LAW OFFICES OF**
                                                        **TERENCE F. TRAVERSO, P.S.**
                                                          1408 140ᵗʰ Place N.E., Suite 140
                                                          Bellevue, Washington 98007
                                                  Phone: (425) 453-0115/Fax: (425) 412-4060

1

2

3

4

5

6

7       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
        IN AND FOR THE COUNTY OF SNOHOMISH

8

9    SHELLEY S. HAWKINS,                    № 18-2-08480-31

10              Plaintiff                    COMPLAINT FOR NEGLIGENCE

11              v.

12   A&E FACTORY SERVICE,
     L.L.C., a Delaware limited liability
13   company; SEARS HOLDINGS
     MANAGEMENT CORPORATION,
14   a foreign profit corporation;
     FATEMAH S. ALSUWAIDAN and
15   JOHN DOE ALSUWAIDAN,
     husband and wife and their marital
16   community; EDWIN G. MIGUEL
     and JANE DOE MIGUEL, husband
17   and wife and their marital
     community; and JENNI M.
18   WAKIDA and JOHN DOE
     WAKIDA, husband and wife and
19   their marital community,

20              Defendants

21

22       COMES NOW the Plaintiff, through counsel, for causes of action against the

23   Defendants, and alleges as follows:

24                            I. JURISDICTION

25       1.    This lawsuit arises out of multiple motor vehicle collisions. All events alleged

26   herein occurred within the limits of Snohomish County, Washington.

27

28   COMPLAINT FOR NEGLIGENCE - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1

## II. PARTIES AND VENUE

2        2.        The Plaintiff is a resident of Snohomish County, Washington.

3        3.        Upon information and belief, Defendant Fatemah Alsuwaidan was a driver

4    licensed in the State of Washington at all times material hereto.

5        4.        Upon information and belief, Defendants Fatemah Alsuwaidan and John Doe

6    Alsuwaidan, are believed to be husband and wife and reside, and at all times material hereto

7    have resided, in King County, Washington.  The true name of John Doe Alsuwaidan is

8    unknown to the Plaintiff at this time.  All acts and omissions alleged herein were on behalf of

9    said defendants' marital community.

10       5.        Upon information and belief, Defendant Edwin G. Miguel was a driver licensed

11   in the State of Washington at all times material hereto.

12       6.        Upon information and belief, Defendant Edwin G. Miguel resides, and at all

13   times material hereto has resided, in Snohomish County, Washington.

14       7.        Upon information and belief, Defendant A&E Factory Service, L.L.C. is, and at

15   all times material hereto was, a Delaware corporation doing business in the State of

16   Washington as A&E Factory Service, L.L.C.

17       8.        Upon information and belief, Defendant Sears Holdings Management LSE is,

18   and at all times material hereto was, a foreign profit corporation doing business in the State of

19   Washington as Sears Holdings Management Corporation.

20       9.        Upon information and belief, Defendant Jenni M. Wakida was a driver licensed

21   in the State of Washington at all times material hereto.

22       10.       Upon information and belief, Defendants Jenni M. Wakida and John Doe

23   Wakida, are believed to be husband and wife and reside, and at all times material hereto have

24   resided, in Snohomish County, Washington.  The true name of John Doe Wakida is unknown

25   to the Plaintiff at this time.  All acts and omissions alleged herein were on behalf of said

26   defendants' marital community.

27

28   COMPLAINT FOR NEGLIGENCE - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

11.     Jurisdiction and venue are proper in this Court.

III. NOVEMBER 16, 2016, MOTOR VEHICLE COLLISION

12.     On November 16, 2016, at the hour of approximately 3:15 p.m., Plaintiff Shelley Hawkins was operating her vehicle in Lynnwood, Washington.

13.     At or about this time, Defendant Fatemah Alsuwaidan was driving a vehicle owned by and registered to PV Holding Corporation d/b/a/ Budget Rent A Car System, Inc.

14.     At or about this time, Defendant Fatemah Alsuwaidan caused the vehicle she was operating to crash into the vehicle operated by the Plaintiff.

15.     Defendant Fatemah Alsuwaidan was negligent in operating her vehicle and her negligence caused the incident described above.

16.     At or about this time, Defendant Edwin Miguel was driving a vehicle owned by and registered to Sears Holdings Management LSE.

17.     At all times material hereto, Defendant Edwin Miguel was an employee of Defendant A&E Factory Service, L.L.C. and/or Defendant Sears Holding Management LSE and was operating the vehicle while acting within the scope of his employment and/or authority for or on behalf of Defendant A&E Factory Service, L.L.C. and/or Defendant Sears Holding Management LSE as their employee and/or agent.

18.     After the above-described collision caused by Defendant Fatemah Alsuwaidan, Defendant Edwin Miguel caused the vehicle he was operating to crash into the Defendant Fatemah Alsuwaidan vehicle, causing Defendant Fatemah Alsuwaidan's vehicle to crash a second time into the Plaintiff's vehicle.

19.     Defendant Edwin Miguel and Defendant Fatemah Alsuwaidan were negligent in operating their vehicles and their negligence caused the incident described in the foregoing paragraph.

IV. JANUARY 6, 2017, MOTOR VEHICLE COLLISION

20.     On January 6, 2017, at the hour of approximately 12:05 p.m., Plaintiff Shelley

COMPLAINT FOR NEGLIGENCE - 3

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  Hawkins was operating her vehicle in Everett, Washington.

2      21.    At or about this time, Defendant Jenni Wakida was driving a vehicle owned by

3  and registered to herself.

4      22.    At or about this time, Defendant Jenni Wakida caused her vehicle to crash into

5  the vehicle operated by the Plaintiff.

6      23.    Defendant Jenni Wakida was negligent in operating her vehicle and her

7  negligence caused the incident described above.

8  V. <u>CLAIMS OR CAUSES OF ACTION</u>

9      24.    As a result of all defendants' negligence, the Plaintiff was struck with such

10  force and violence as to cause serious injury. The Plaintiff's injuries have caused medical

11  expenses, pain and suffering, and other special and general damages.

12      25.    One or more of the defendants attributes the cause of some or all of the

13  Plaintiff's alleged damages to other defendants herein.

14  VI. <u>DEMAND FOR RELIEF</u>

15      The Plaintiff requests that judgment be entered against the Defendants, jointly and

16  severally, as follows:

17      1.    Awarding special damages for expenses, medical costs, and other losses in an

18  amount to be proven at the time of trial;

19      2.    Awarding general damages for pain, suffering, loss of enjoyment of life and

20  other losses in an amount to be proven at the time of trial;

21      3.    Awarding costs incurred in this action including reasonable attorney's fees; and

22      4.    Awarding any further relief that this Court may deem just and proper.

23

24

25

26

27

28  COMPLAINT FOR NEGLIGENCE - 4

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1    DATED this 18th day of September, 2018.

2                                      Law Offices of Terence F. Traverso, P.S., by

3

4

5                                      Terence F. Traverso
                                       WSBA #21178
6                                      Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    COMPLAINT FOR NEGLIGENCE - 5

# EXHIBIT B

1

2

3

4

5

6

7      IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
       IN AND FOR THE COUNTY OF SNOHOMISH

8

9   SHELLEY S. HAWKINS,                          № 18-2-08480-31

10              Plaintiff                        DECLARATION OF PLAINTIFF's
                                                 COUNSEL  REGARDING
11              v.                               COMPLIANCE WITH RCW
                                                 46.64.040
12  A&E FACTORY SERVICE,
    L.L.C., a Delaware limited liability
13  company; SEARS HOLDINGS
    MANAGEMENT CORPORATION,
14  a foreign profit corporation;
    FATEMAH S. ALSUWAIDAN and
15  JOHN DOE ALSUWAIDAN,
    husband and wife and their marital
16  community; EDWIN G. MIGUEL
    and JANE DOE MIGUEL, husband
17  and wife and their marital
    community; and JENNI M.
18  WAKIDA and JOHN DOE
    WAKIDA, husband and wife and
19  their marital community,

20              Defendants

21

22      Terence F. Traverso, plaintiff's attorney, declares as follows:

23      That I am the attorney for the plaintiff in the above entitled action.  On November 16,

24  2016, Shelley Hawkins, the plaintiff, was involved in a motor vehicle collision with Defendant

25  Fatemah Alsuwaidan, in Lynnwood, Washington.

26      That Defendant Fatemah Alsuwaidan caused the vehicle she was operating to crash

27  into the vehicle operated by the plaintiff.  Defendant Alsuwaidan's negligence in this regard

28  DECLARATION  OF  PLAINTIFF'S  COUNSEL                    **LAW OFFICES OF**
    REGARDING COMPLIANCE WITH RCW 46.64.040 - 1     **TERENCE F. TRAVERSO, P.S.**
                                                    1408 140th Place N.E., Suite 140
                                                    Bellevue, Washington 98007
                                                    Phone: (425) 453-0115/Fax: (425) 412-4060

1  resulted in serious injury to the plaintiff.

2        That I have, with due diligence, attempted to locate all known addresses of Defendant

3  Fatemah Alsuwaidan and John Doe Alsuwaidan, wife and husband, and their marital

4  community, including, but not limited to, the following attempts:

5        1.      Obtaining these defendants' stated address identified on the Washington State

6  Police Traffic Collision Report for the incident;

7        2.      Hiring a licensed private investigator who consulted databases and records and

8  determined as follows:

9              ◦ That Defendant Alsuwaidan is probably from another country and was in

10             Washington only visiting and/or on business at the time of the subject motor

11             vehicle collision.

12             ◦ The police officer wrote no license number nor state of residence on the ticket

13             or accident report.

14             ◦ The officer recorded a hotel-type address for her.

15             ◦ The vehicle driven by Defendant Alsuwaidan in the subject collision is owned

16             by P.V. Holding Corporation, which is the group that owns Budget and Avis

17             Rental Car Companies.

18             ◦ None of the nationwide, statewide Washington or local databases have ever

19             heard of Defendant Alsuwaidan, including the three national credit bureaus,

20             with the lone exception being the court database which logged in the

21             defendant's traffic citation related to the subject collision and someone paid it

22             and the case was closed.

23        That the above-named defendants cannot, after the above-referenced due and diligent

24  search, be located within the State of Washington.

25        That Defendant Alsuwaidan's last known address is Stay Bridge Suites, 9600 Harbor

26  Place, Mukilteo, Washington  98275, and that I have attempted to serve personal process upon

27

28  DECLARATION  OF  PLAINTIFF'S  COUNSEL
    REGARDING COMPLIANCE WITH RCW 46.64.040 - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1 | these defendants at this address.  See attached Declaration of Non-Service.

2 |         I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

3 | AND CORRECT TO THE BEST OF MY KNOWLEDGE.

4 |

5 |         DATED this 11th day of January, 2019, at Bellevue, Washington.

6 |

7 |

8 |                                         Terence F. Traverso
                                          WSBA #21178
9 |                                       Attorney for Plaintiff

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 | DECLARATION   OF   PLAINTIFF'S   COUNSEL
     REGARDING COMPLIANCE WITH RCW 46.64.040 - 3

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

SNOHOMISH COUNTY SUPERIOR COURT IN AND FOR THE STATE OF WASHINGTON

Shelley S. Hawkins

   VS.        Plaintiff(s),

ABE Factory Service, L.L.C., et al.
        Defendant(s),

Case No.:18-2-08480-31

DECLARATION OF NON-SERVICE

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 1/3/2019, the following documents(s): Summons by Personal Service; Complaint for Negligence were received for service on Fatemah Alsuwaidan. Service was unable to be completed for the following reason(s):

The following service attempts were made on the date(s), time(s) and at the address(es) noted below.

1/3/2019   6:41 PM   9600 Harbour Place,  Mukilteo, WA 98275

        Per employee Dean "Doe", who refused to state his last name (Asian, male, 20's, black hair, 5' 8", 140 lbs.), no one by the name of Fatemah Alsuwaidan is currently a guest. When asked how long ago Fatemah was a guest, he stated over a year, because it no longer showed Fatemah having been a guest.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 1/7/2019
TOTAL: $ 95.00



§
S
L

A. Cavanaugh
Registered Process Server
License#: 1720076
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.45

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)         $ 2.75
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here
1/11/19

Postage
$ 89

Total Postage and Fees
$ 7.09

Sent To *Fatemah Alsuwaidan StayBridge Suites*
Street and Apt. No., or PO Box No. *9600 Harbor Place*
City, State, ZIP+4® *Mukilteo  WA  98275*

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 0190 0000 3400 1371

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Fatemah Alsuwaidan*
*% Stay Bridge Suites*
*9600 Harbor Place*
*Mukilteo, WA  98275*

9590 9402 2889 7069 0746 22

2. Article Number *(Transfer from service label)*
7017 0190 0000 3400 1371

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Carmen Boyce_    ☑ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*Carmen Boyce*    1/15/19

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**CERTIFIED MAIL**

7017 0190 0000 3400 1371

Law Offices of Terence F. Traverso, P.S.
1408 140th Place Northeast, Suite 140
Bellevue, Washington 98007

Return
to Sender

$7.0900
US POSTAGE
FIRST-CLASS
0625001018 9422
93007

B823715.03

Ms. Fatemah Alsuwaidan
c/o Stay Bridge Suites
9600 Harbor Place
Mukilteo, WA 98275

NIXIE, 98011 DE 1 0001/28/19

RETURN TO SENDER
INSUFICIENT ADDRESS
UNABLE TO FORWARD

BC: 98007396440 *1595-07165-28-25

IA
98007>3964

# EXHIBIT 3

## SNOHOMISH COUNTY SUPERIOR COURT IN AND FOR THE STATE OF WASHINGTON

**Shelley S. Hawkins**

    VS.       Plaintiff(s),

**A&E Factory Service, LLC.et al.**

        Defendant(s),

Case No.:

DECLARATION OF SERVICE

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 10/10/2018 at 7:39 PM at the address of 2636 Marvin Road SE, Lacey, within Thurston County, WA, the undersigned duly served the following document(s): Summons by Personal Service; Complaint for Negligence; Plaintiff's First Interrogatories and Requests for Production to Defendants Miguel in the above entitled action upon Edwin G. Miguel and Jane Doe Miguel, by then and there personally delivering 2 true and correct set(s) of the above documents into the hands of and leaving same with Clayton Alayon, Co-Resident to Edwin G. Miguel, a person of suitable age and discretion, who is a resident therein.

Physical description of person served: Gender: Male | Race: Filipino | Age: 55 | Height: 5' 8" | Weight: 195 | Hair: Grey

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 10/11/2018
TOTAL: $ 240.00



M. Wood
Registered Process Server
License#: 18-7385 - Expiration Date: 8/3/2019
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

# EXHIBIT 4

SNOHOMISH COUNTY SUPERIOR COURT IN AND FOR THE STATE OF WASHINGTON

**Shelley S. Hawkins**

VS.                    Plaintiff(s),

**A&E Factory Service, LLC.et al.**
                    Defendant(s),

Case No.:

DECLARATION OF SERVICE

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 9/19/2018 at 3:30 PM at the address of 711 Capitol Way South, #204, Olympia, within Thurston County, WA, the undersigned duly served the following document(s): Summons by Personal Service; Complaint for Negligence in the above entitled action upon A&E Factory Services, LLC, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with James Roberts, Representative for CT Corporation System, Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Race: White | Age: 35 | Height: 5' 10" | Weight: 190 | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 9/20/2018
TOTAL: $ 123.05

S
L

M. Wood
Registered Process Server
License#: 18-7385 - Expiration Date: 8/3/2019
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

# EXHIBIT 5

SCRA 4.11



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:      Aug-XX-1972
Last Name:      MIGUEL
First Name:      EDWIN
Middle Name:
Status As Of:    Apr-15-2019
Certificate ID:   HG9PTC2GR6371L9

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

# EXHIBIT 6

1

2

3

4

5

6

7              IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                  IN AND FOR THE COUNTY OF SNOHOMISH

8

9    SHELLEY S. HAWKINS,                .          № 18-2-08480-31

10            Plaintiff                             DECLARATION OF CHRIS
                                                   RIVERA, D.C.
11               v.

12   A&E FACTORY SERVICE, L.L.C.,
     a Delaware limited liability
13   company; SEARS HOLDINGS
     MANAGEMENT CORPORATION,
14   a foreign profit corporation;
     FATEMAH S. ALSUWAIDAN and
15   JOHN DOE ALSUWAIDAN,
     husband and wife and their marital
16   community; EDWIN G. MIGUEL
     and JANE DOE MIGUEL, husband
17   and wife and their marital
     community; and JENNI M.
18   WAKIDA and JOHN DOE
     WAKIDA, husband and wife and
19   their marital community,

20            Defendants

21

22          I, Chris Rivera, D.C., am a licensed chiropractor and make this Declaration based upon

23   personal knowledge and I am competent to testify hereto.  All of my opinions expressed below

24   are made on at least a more-probable-than-not basis.

25          1.      I have provided services to Shelley Hawkins, as a result of injuries she

26   sustained in a motor vehicle accident which occurred on November 16, 2016.  To date, Shelley

27   Hawkins has incurred charges totaling $17,111.32 with my office.  A correct itemization of

28   DECLARATION OF CHRIS RIVERA, D.C. - 1                      **LAW OFFICES OF**
                                                                **TERENCE F. TRAVERSO, P.S.**
                                                                1408 140th Place N.E., Suite 140
                                                                Bellevue, Washington 98007
                                                                Phone: (425) 453-0115/Fax: (425) 412-4060

1   these charges is attached to my Declaration and incorporated herein by this reference.

2       2.    I have reviewed the medical charges incurred by Shelley Hawkins as a result of

3   injuries she sustained in the above-referenced motor vehicle accident, for treatment or services

4   from Evergreen Emergency Services ($760.00). Copies of the itemizations I reviewed are

5   attached and incorporated by this reference.

6       3.    I have reviewed the medical charges incurred by Shelley Hawkins as a result of

7   injuries she sustained in the above-referenced motor vehicle accident, for treatment or services

8   from EvergreenHealth Medical Center ($5,266.00). Copies of the itemizations I reviewed are

9   attached and incorporated by this reference.

10      4.    The medical expenses set forth above were reasonable and necessary for the

11   treatment of injuries sustained by Shelley Hawkins due to the motor vehicle collision on

12   November 16, 2016.

13      5.    It is my opinion that as direct result of the November 16, 2016 motor vehicle

14   collision Shelley Hawkins has suffered permanent injuries and will not regain the full state of

15   health enjoyed prior to the collision.

16      6.    It is my opinion that as a direct result of the  November 16, 2016 motor vehicle

17   collision Shelley Hawkins will likely require future health care for aggravation and/or

18   permanent worsening of these collision-related injuries, will suffer future pain and disability,

19   and is more susceptible to future spinal injuries.

28   DECLARATION OF CHRIS RIVERA, D.C. - 2

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1        I declare under penalty of perjury under the laws of the State of Washington that the

2    foregoing is true and correct to the best of my knowledge.

3        DATED this 23rd day of April_____, 2019 at Mill Creek,

4    Washington.

5

6

7                                        Chris Rivera, D.C.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    DECLARATION OF CHRIS RIVERA, D.C. - 3

```
Innovative Chiropractic
1700 132nd St SE Suite C
Mill Creek, WA 98012-5309
425-338-1555
Wednesday September 20, 2017
```

Patient:   Shelly Hawkins
           22221 32nd Ave SE
           Bothell, WA 98021


Date range for search: 11/16/2016 - 09/20/2017


| Date | CPT | Description | Amount |
|------|-----|-------------|--------|
| 12/26/16 | 97124 | Massage | 70.00 |
| 11/18/16 | 99203 25 | New Patient Exam Expanded | 150.00 |
| 11/18/16 | 72050 | X-Ray Cervical 4 View | 160.00 |
| 11/18/16 | 72070 | X-Ray Thoracic 2 View | 80.00 |
| 11/18/16 | 72100 | X-Ray Lumbar 2 View | 80.00 |
| 11/21/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 11/21/16 | 98943 | Adjustment Extremity | 30.00 |
| 11/21/16 | 97110 | Therapeutic Exercises | 30.00 |
| 11/21/16 | L0625 NU | Lumbar/ Sacral  Support | 60.00 |
| 11/23/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 11/23/16 | 98943 | Adjustment Extremity | 30.00 |
| 11/23/16 | 97110 | Therapeutic Exercises | 30.00 |
| 11/23/16 | 97530 | Therapeutic Activities | 30.00 |
| 11/25/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 11/25/16 | 98943 | Adjustment Extremity | 30.00 |
| 11/25/16 | 97110 | Therapeutic Exercises | 30.00 |
| 11/25/16 | 29200 | Strapping of the Thorx | 75.00 |
| 11/28/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 11/28/16 | 98943 | Adjustment Extremity | 30.00 |
| 11/28/16 | 97110 | Therapeutic Exercises | 30.00 |
| 11/30/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 11/30/16 | 98943 | Adjustment Extremity | 30.00 |
| 11/30/16 | 97110 | Therapeutic Exercises | 30.00 |
| 11/30/16 | 97530 | Therapeutic Activities | 30.00 |
| 12/01/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/01/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/01/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/06/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/06/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/06/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/06/16 | 97530 | Therapeutic Activities | 30.00 |
| 12/07/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/07/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/07/16 | 97012 | Mechanical Traction | 30.00 |
| 12/07/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/09/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/09/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/09/16 | 97012 | Mechanical Traction | 30.00 |

## Page 2   Shelly Hawkins #281

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/09/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/09/16 | 29200 | Strapping of the Thorx | 75.00 |
| 12/12/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/12/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/12/16 | 97012 | Mechanical Traction | 30.00 |
| 12/12/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/14/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/14/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/14/16 | 97012 | Mechanical Traction | 30.00 |
| 12/14/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/14/16 | 97530 | Therapeutic Activities | 30.00 |
| 12/16/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/16/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/16/16 | 97012 | Mechanical Traction | 30.00 |
| 12/16/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/19/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/19/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/19/16 | 97012 | Mechanical Traction | 30.00 |
| 12/19/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/21/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/21/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/21/16 | 97012 | Mechanical Traction | 30.00 |
| 12/21/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/21/16 | 99213 25 | Established Patient Office Visit Expanded | 100.00 |
| 12/21/16 | E0855 NU | Cervical Traction Denne Roll | 60.00 |
| 12/23/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/23/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/23/16 | 97012 | Mechanical Traction | 30.00 |
| 12/23/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/29/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/29/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/29/16 | 97012 | Mechanical Traction | 30.00 |
| 12/29/16 | 97110 | Therapeutic Exercises | 30.00 |
| 12/30/16 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 12/30/16 | 98943 | Adjustment Extremity | 30.00 |
| 12/30/16 | 97012 | Mechanical Traction | 30.00 |
| 12/30/16 | 97110 | Therapeutic Exercises | 30.00 |
| 01/02/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/02/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/02/17 | 97012 | Mechanical Traction | 30.00 |
| 01/02/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/03/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/03/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/03/17 | 97012 | Mechanical Traction | 30.00 |
| 01/03/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/06/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/06/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/06/17 | 97012 | Mechanical Traction | 30.00 |
| 01/06/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/06/17 | 99213 25 | Established Patient Office Visit Expanded | 100.00 |
| 01/06/17 | 72040 | X-Ray Cervical 2/3 View | 80.00 |
| 01/06/17 | 72070 | X-Ray Thoracic 2 View | 80.00 |
| 01/06/17 | 72100 | X-Ray Lumbar 2 View | 80.00 |
| 01/09/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/09/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/09/17 | 97012 | Mechanical Traction | 30.00 |
| 01/09/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/10/17 | 98941 | Adjustment 3-4 Areas | 60.00 |

### Page 3  Shelly Hawkins #281

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/10/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/10/17 | 97012 | Mechanical Traction | 30.00 |
| 01/10/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/12/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/12/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/12/17 | 97012 | Mechanical Traction | 30.00 |
| 01/12/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/16/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/16/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/16/17 | 97012 | Mechanical Traction | 30.00 |
| 01/16/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/18/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/18/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/18/17 | 97012 | Mechanical Traction | 30.00 |
| 01/18/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/23/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/23/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/23/17 | 97012 | Mechanical Traction | 30.00 |
| 01/23/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/24/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/24/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/24/17 | 97012 | Mechanical Traction | 30.00 |
| 01/24/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/27/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/27/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/27/17 | 97012 | Mechanical Traction | 30.00 |
| 01/27/17 | 97110 | Therapeutic Exercises | 30.00 |
| 01/31/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 01/31/17 | 98943 | Adjustment Extremity | 30.00 |
| 01/31/17 | 97012 | Mechanical Traction | 30.00 |
| 01/31/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/02/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/02/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/02/17 | 97012 | Mechanical Traction | 30.00 |
| 02/02/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/06/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/06/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/06/17 | 97012 | Mechanical Traction | 30.00 |
| 02/06/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/07/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/07/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/07/17 | 97012 | Mechanical Traction | 30.00 |
| 02/07/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/08/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/08/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/08/17 | 97012 | Mechanical Traction | 30.00 |
| 02/08/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/09/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/09/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/09/17 | 97012 | Mechanical Traction | 30.00 |
| 02/09/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/13/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/13/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/13/17 | 97012 | Mechanical Traction | 30.00 |
| 02/13/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/15/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/15/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/15/17 | 97012 | Mechanical Traction | 30.00 |

### Page 4   Shelly Hawkins #281

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/15/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/16/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/16/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/16/17 | 97012 | Mechanical Traction | 30.00 |
| 02/16/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/16/17 | 99213 25 | Established Patient Office Visit Expanded | 100.00 |
| 02/16/17 | 72050 | X-Ray Cervical 4 View | 160.00 |
| 02/16/17 | 72070 | X-Ray Thoracic 2 View | 80.00 |
| 02/16/17 | 72100 | X-Ray Lumbar 2 View | 80.00 |
| 02/17/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/17/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/17/17 | 97012 | Mechanical Traction | 30.00 |
| 02/17/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/20/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/20/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/20/17 | 97012 | Mechanical Traction | 30.00 |
| 02/20/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/23/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/23/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/23/17 | 97012 | Mechanical Traction | 30.00 |
| 02/23/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/24/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/24/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/24/17 | 97012 | Mechanical Traction | 30.00 |
| 02/24/17 | 97110 | Therapeutic Exercises | 30.00 |
| 02/28/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 02/28/17 | 98943 | Adjustment Extremity | 30.00 |
| 02/28/17 | 97012 | Mechanical Traction | 30.00 |
| 02/28/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/02/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/02/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/02/17 | 97012 | Mechanical Traction | 30.00 |
| 03/02/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/06/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/06/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/06/17 | 97012 | Mechanical Traction | 30.00 |
| 03/06/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/10/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/10/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/10/17 | 97012 | Mechanical Traction | 30.00 |
| 03/10/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/13/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/13/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/13/17 | 97012 | Mechanical Traction | 30.00 |
| 03/13/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/15/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/15/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/15/17 | 97012 | Mechanical Traction | 30.00 |
| 03/15/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/16/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/16/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/16/17 | 97012 | Mechanical Traction | 30.00 |
| 03/16/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/23/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/23/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/23/17 | 97012 | Mechanical Traction | 30.00 |
| 03/23/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/27/17 | 98941 | Adjustment 3-4 Areas | 60.00 |

### Page 5   Shelly Hawkins #281

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 03/27/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/27/17 | 97012 | Mechanical Traction | 30.00 |
| 03/27/17 | 97110 | Therapeutic Exercises | 30.00 |
| 03/29/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 03/29/17 | 98943 | Adjustment Extremity | 30.00 |
| 03/29/17 | 97012 | Mechanical Traction | 30.00 |
| 03/29/17 | 97110 | Therapeutic Exercises | 30.00 |
| 04/06/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 04/06/17 | 98943 | Adjustment Extremity | 30.00 |
| 04/06/17 | 97012 | Mechanical Traction | 30.00 |
| 04/06/17 | 97110 | Therapeutic Exercises | 30.00 |
| 04/10/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 04/10/17 | 98943 | Adjustment Extremity | 30.00 |
| 04/10/17 | 97012 | Mechanical Traction | 30.00 |
| 04/10/17 | 97110 | Therapeutic Exercises | 30.00 |
| 04/12/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 04/12/17 | 98943 | Adjustment Extremity | 30.00 |
| 04/17/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 04/17/17 | 98943 | Adjustment Extremity | 30.00 |
| 04/19/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 04/19/17 | 98943 | Adjustment Extremity | 30.00 |
| 04/24/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 04/24/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/04/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 05/04/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/04/17 | 97012 | Mechanical Traction | 30.00 |
| 05/04/17 | 97110 | Therapeutic Exercises | 30.00 |
| 05/12/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 05/12/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/12/17 | 97012 | Mechanical Traction | 30.00 |
| 05/12/17 | 97110 | Therapeutic Exercises | 30.00 |
| 05/17/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 05/17/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/17/17 | 97012 | Mechanical Traction | 30.00 |
| 05/17/17 | 97110 | Therapeutic Exercises | 30.00 |
| 05/24/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 05/24/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/24/17 | 97012 | Mechanical Traction | 30.00 |
| 05/24/17 | 97110 | Therapeutic Exercises | 30.00 |
| 05/25/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 05/25/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/25/17 | 97012 | Mechanical Traction | 30.00 |
| 05/25/17 | 97110 | Therapeutic Exercises | 30.00 |
| 05/31/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 05/31/17 | 98943 | Adjustment Extremity | 30.00 |
| 05/31/17 | 97012 | Mechanical Traction | 30.00 |
| 05/31/17 | 97110 | Therapeutic Exercises | 30.00 |
| 06/02/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 06/02/17 | 98943 | Adjustment Extremity | 30.00 |
| 06/02/17 | 97012 | Mechanical Traction | 30.00 |
| 06/02/17 | 97110 | Therapeutic Exercises | 30.00 |
| 06/05/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 06/05/17 | 98943 | Adjustment Extremity | 30.00 |
| 06/05/17 | 97012 | Mechanical Traction | 30.00 |
| 06/05/17 | 97110 | Therapeutic Exercises | 30.00 |
| 06/06/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 06/06/17 | 98943 | Adjustment Extremity | 30.00 |
| 06/06/17 | 97012 | Mechanical Traction | 30.00 |

### Page 6  Shelly Hawkins #281

| | | | |
|---|---|---|---|
| 06/06/17 | 97110 | Therapeutic Exercises | 30.00 |
| 06/06/17 | 99213 25 | Established Patient Office Visit Expanded | 100.00 |
| 06/13/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 06/13/17 | 98943 | Adjustment Extremity | 30.00 |
| 06/13/17 | 97012 | Mechanical Traction | 30.00 |
| 06/13/17 | 97110 | Therapeutic Exercises | 30.00 |
| 06/30/17 | 98941 | Adjustment 3-4 Areas | 60.00 |
| 06/30/17 | 98943 | Adjustment Extremity | 30.00 |
| 06/30/17 | 97012 | Mechanical Traction | 30.00 |
| 06/30/17 | 97110 | Therapeutic Exercises | 30.00 |
| 08/09/17 | 99080 | Clerical Fee/Supplemental Report | 191.32 |
| 11/29/16 | 97124 | Massage | 120.00 |
| 12/01/16 | 97124 | Massage | 120.00 |
| 12/07/16 | 97124 | Massage | 120.00 |
| 12/09/16 | 97124 | Massage | 120.00 |
| 12/12/16 | 97124 | Massage | 120.00 |
| 12/16/16 | 97124 | Massage | 120.00 |
| 12/19/16 | 97124 | Massage | 120.00 |
| 12/26/16 | 97124 | Massage | 120.00 |
| 12/30/16 | 97124 | Massage | 120.00 |
| 01/02/17 | 97124 | Massage | 120.00 |
| 01/05/17 | 97124 | Massage | 120.00 |
| 01/09/17 | 97124 | Massage | 120.00 |
| 01/12/17 | 97124 | Massage | 120.00 |
| 01/16/17 | 97124 | Massage | 120.00 |
| 01/18/17 | 97124 | Massage | 120.00 |
| 01/23/17 | 97124 | Massage | 120.00 |
| 01/27/17 | 97124 | Massage | 120.00 |
| 01/31/17 | 97124 | Massage | 120.00 |
| 02/03/17 | 97124 | Massage | 120.00 |
| 02/06/17 | 97124 | Massage | 120.00 |
| 02/09/17 | 97124 | Massage | 120.00 |
| 02/13/17 | 97124 | Massage | 120.00 |
| 02/16/17 | 97124 | Massage | 120.00 |
| 02/24/17 | 97124 | Massage | 120.00 |
| 02/28/17 | 97124 | Massage | 120.00 |
| 03/02/17 | 97124 | Massage | 120.00 |
| 03/06/17 | 97124 | Massage | 120.00 |
| 03/10/17 | 97124 | Massage | 120.00 |
| 03/16/17 | 97124 | Massage | 120.00 |
| 03/23/17 | 97124 | Massage | 120.00 |
| 03/27/17 | 97124 | Massage | 120.00 |
| 03/29/17 | 97124 | Massage | 120.00 |
| 04/10/17 | 97124 | Massage | 120.00 |
| 04/12/17 | 97124 | Massage | 120.00 |
| 04/17/17 | 97124 | Massage | 120.00 |
| 04/24/17 | 97124 | Massage | 120.00 |
| 05/04/17 | 97124 | Massage | 120.00 |
| 05/12/17 | 97124 | Massage | 120.00 |
| 05/17/17 | 97124 | Massage | 120.00 |
| 05/24/17 | 97124 | Massage | 120.00 |
| 05/31/17 | 97124 | Massage | 120.00 |
| 06/06/17 | 97124 | Massage | 120.00 |
| 06/13/17 | 97124 | Massage | 120.00 |
| 06/30/17 | 97124 | Massage | 120.00 |

Total Charges: $17111.32

**Page 7  Shelly Hawkins #281**

Balance       : $  311.32



## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM
PO BOX 52299
PHOENIX, AZ  85072

| | | |
|---|---|---|
| PICA | | PICA |

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)
**1a.** INSURED'S I.D. NUMBER  (For Program in Item 1)
3802339A1847B

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
HAWKINS SHELLEY S

**3.** PATIENT'S BIRTH DATE  MM 01 DD 08 YY 1967   SEX M ☐ F ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)
HAWKINS SHELLEY S

**5.** PATIENT'S ADDRESS (No., Street)
22221 32ND AVENUE SE
CITY BOTHELL    STATE WA
ZIP CODE 98021    TELEPHONE (Include Area Code) ( 425 ) 2932520

**6.** PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

**7.** INSURED'S ADDRESS (No., Street)
22221 32ND AVENUE SE
CITY BOTHELL    STATE WA
ZIP CODE 98021    TELEPHONE (Include Area Code) ( 425 ) 2932520

**8.** RESERVED FOR NUCC USE

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HAWKINS SHELLEY S
**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**b.** RESERVED FOR NUCC USE

**c.** RESERVED FOR NUCC USE

**d.** INSURANCE PLAN NAME OR PROGRAM NAME
SELF PAY (U.EM.)

**10.** IS PATIENT'S CONDITION RELATED TO:
**a.** EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO
**b.** AUTO ACCIDENT? ☒ YES ☐ NO  PLACE (State) WA
**c.** OTHER ACCIDENT? ☐ YES ☒ NO
**10d.** CLAIM CODES (Designated by NUCC)

**11.** INSURED'S POLICY GROUP OR FECA NUMBER
3802339A1847B /7NUS10
**a.** INSURED'S DATE OF BIRTH  MM 01 DD 08 YY 1967  SEX M ☐ F ☒
**b.** OTHER CLAIM ID (Designated by NUCC)
**c.** INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM
**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE 11 23 16

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14.** DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 11 DD 16 YY 2016  QUAL. 439
**15.** OTHER DATE  QUAL.  MM DD YY
**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN UNGER RANDALL
**17a.**
**17b.** NPI 1144276684
**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

**19.** ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

**20.** OUTSIDE LAB? ☐ YES ☒ NO    $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0
**A.** S134XXA  **B.** R51  **C.** V4352XA  **D.**
**E.**  **F.**  **G.**  **H.**
**I.**  **J.**  **K.**  **L.**

**22.** RESUBMISSION CODE    ORIGINAL REF. NO.
**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 16 16 | 11 16 16 | 23 | X | 99285 | | ABC | 760 00 | 1 | | NPI | 1144276684 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25.** FEDERAL TAX I.D. NUMBER  91-2149865  SSN ☐ EIN ☒
**26.** PATIENT'S ACCOUNT NO.  2044905EVR0000
**27.** ACCEPT ASSIGNMENT? ☐ YES ☒ NO
**28.** TOTAL CHARGE  $ 760 00
**29.** AMOUNT PAID  $
**30.** Rsvd for NUCC Use

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
RANDALL UNGER MD
SIGNED    DATE 11 23 16
a. 1033174933

**32.** SERVICE FACILITY LOCATION INFORMATION
EVERGREEN MEDICAL CENTER
8980 161ST AVE NE STE 200
REDMOND WA 98052-7554
a. 1033174933  b.

**33.** BILLING PROVIDER INFO & PH # (877)522-7214
EVERGREEN EMERGENCY SVCS
FILE 50421
LOS ANGELES CA 90074-0421
a. 1619912524  b.

```
DATE: 08/14/17 @ 1003                    Evergreen Healthcare BAR **LIVE**                           PAGE 1
USER: T-CMALLO                           Bill Transaction Detail for Bill 1

Acct E8006429538                                 Guar   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
Hawkins,Shelley S                                Hawkins,Shelley S
22221 32nd Avenue SE                             22221 32nd Avenue SE

Bothell, WA 98021                                Bothell, WA 98021
(425)293-2520 (H)                                (425)293-2520 (H)

Date    Procedure  User        Chg Cat  Description                   Bch Date  Num Journal       Amount

11/16/16 0351450056 T-JALOPEZ   351      CT HEAD W/O CONTRAST          11/16/16  160 CERNER       1581.00
11/16/16 0352453100 T-JALOPEZ   352      CT C-SPINE WITHOUT CONTRAST   11/16/16  160 CERNER       1720.00
11/16/16 0450721204 BWDANE      450      ED FACILITY LEVEL 4           11/21/16  262 CERNER       1965.00
11/21/16            BWDANE                FINAL BILL # 1 CUT            11/22/16   35 SYSTEM       5266.00
11/21/16            BWDANE                FINAL BILL # 1 POSTED         11/22/16   35 SYSTEM       5266.00
                                          Insurance balances
                                             OISTATEF       5266.00
                                             SPSELF            0.00
01/04/17 AOISTATEF  APTEMPORA2           State Farm Auto ADJ Adjustment 01/04/17  70 R/A          -631.92
                                          to UCRN: EBH55042
                                          Insurance balances
                                             OISTATEF       4634.08
                                             SPSELF            0.00
01/04/17 POISTATEF  APTEMPORA2           State Farm Auto PMT Payment to 01/04/17  70 R/A         -4634.08
                                          UCRN: EBH55042
                                          Insurance balances
                                             OISTATEF          0.00
                                             SPSELF            0.00
```

# EXHIBIT 7

| Date | Start time | Finish time | Hours | Rate per hour | Amount due | Job |
|---|---|---|---|---|---|---|
| December 29, 2016 | 12:00 AM | 12:00 AM | 0:00 | $0.00 | | 1 |
| | 9:00 AM | 2:50 PM | 5.83 | $48.00 | $280.00 | |
| | | | 0.00 | | $0.00 | |
| | | | 0.00 | | $0.00 | |
| | | | 0.00 | | $0.00 | |

|  | Total hours | | Total amount |
|---|---|---|---|
| | 5.83 | | $280.00 |
| | | Pre-balance | $0.00 |
| | | amount pd | $0.00 |
| | | | $280.00 |

Shelley Hawkins
22221 32nd Ave SE
Bothell, WA 98021
425-293-2520

MJS Cleaning Service
2129 Maltby Rd B303
Bothell WA 98021
253-297-5644

# EXHIBIT 8

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, ZIP code, and telephone no.

JOHN L. SCOTT WA
11040 MAIN ST #1L1
BELLEVUE, WA 98004
(425) 378-9569

| 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|
| $ | 2016 | |
| 2 Royalties | Form 1099-MISC | |
| $ | | |
| 3 Other Income | 4 Federal income tax withheld | **Copy B** |
| $ | $ | **For Recipient** |
| 5 Fishing boat proceeds | 6 Medical and health care payments | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| $ | $ | |
| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| 232502.52 | $ | |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | $ | |
| 11 | 12 | |

PAYER'S federal identification number: 91-0690535   RECIPIENT'S identification number:

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

SHELLEY HAWKINS
22221 32ND AVE SE
BOTHELL, WA 98021

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|
| $ | $ | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | | $ |
| $ | | $ |

Account number (see instructions)   FATCA filing requirement ☐

15a Section 409A deferrals   15b Section 409A income

$   $

VBA   Form **1099-MISC**   (keep for your records)   www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

JOHN L. SCOTT WA
11040 MAIN ST #1L1
BELLEVUE, WA 98004
(425) 378-9569

| 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|
| $ | 2016 | |
| 2 Royalties | Form 1099-MISC | |
| $ | | |
| 3 Other Income | 4 Federal income tax withheld | **Copy 2** |
| $ | $ | **To be filed with recipient's state income tax return, when required.** |
| 5 Fishing boat proceeds | 6 Medical and health care payments | |
| $ | $ | |
| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| 232502.52 | $ | |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | $ | |
| 11 | 12 | |

PAYER'S federal identification number: 91-0690535   RECIPIENT'S identification number:

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

SHELLEY HAWKINS
22221 32ND AVE SE
BOTHELL, WA 98021

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|
| $ | $ | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | | $ |
| $ | | $ |

Account number (see instructions)   FATCA filing requirement ☐

15a Section 409A deferrals   15b Section 409A income

$   $

VBA   **MISC**   www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

**OMB No. 1545-0115**

**2017**

Form **1099-MISC**

**Miscellaneous Income**

**Copy B**

**For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. |
|---|
| JOHN L. SCOTT   WA |
| 11040 MAIN ST #103 |
| BELLEVUE, WA 98004 |
| (425) 378-9569 |

| 1 Rents $ | OMB No. 1545-0115 |
| 2 Royalties $ | 2017 Form 1099-MISC |
| 3 Other income $ | |
| 4 Federal income tax withheld $ | |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation $ 111093.67 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ |
| 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 16 State tax withheld $ | 17 State/Payer's state no. |
| $ | 18 State income $ |
| | $ |

PAYER'S federal identification number **91-0690535**

RECIPIENT'S identification number

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

SHELLEY HAWKINS
22221 32ND AVE SE
BOTHELL, WA 98021

Account number (see instructions) 　FATCA filing requirement ☐

15a Section 409A deferrals $ 　15b Section 409A income $

Form **1099-MISC** (keep for your records) 　www.irs.gov/form1099misc 　Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

**OMB No. 1545-0115**

**2017**

Form **1099-MISC**

**Miscellaneous Income**

**Copy 2**

**To be filed with recipient's state income tax return, when required.**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. |
|---|
| JOHN L. SCOTT   WA |
| 11040 MAIN ST #103 |
| BELLEVUE, WA 98004 |
| (425) 378-9569 |

| 1 Rents $ | OMB No. 1545-0115 |
| 2 Royalties $ | 2017 Form 1099-MISC |
| 3 Other income $ | |
| 4 Federal income tax withheld $ | |
| 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation $ 111093.67 | 8 Substitute payments in lieu of dividends or interest $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ |
| 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 16 State tax withheld $ | 17 State/Payer's state no. |
| $ | 18 State income $ |
| | $ |

PAYER'S federal identification number **91-0690535**

RECIPIENT'S identification number

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

SHELLEY HAWKINS
22221 32ND AVE SE
BOTHELL, WA 98021

Account number (see instructions) 　FATCA filing requirement ☐

15a Section 409A deferrals $ 　15b Section 409A income $

Form **1099-MISC** 　www.irs.gov/form1099misc 　Department of the Treasury - Internal Revenue Service

VBA

# EXHIBIT 9

1

2

3

4

5

6

7    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
     IN AND FOR THE COUNTY OF SNOHOMISH

8

| | |
|---|---|
| 9 SHELLEY S. HAWKINS, | № 18-2-08480-31 |
| 10       Plaintiff | COST BILL |
| 11       v. | |
| 12 A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community, | |
| 20       Defendants | |

The undersigned certifies and declares that the following costs and disbursements, exclusive of reasonable attorney's fees, were incurred in the above-entitled action:

| | | | |
|---|---|---|---|
| 1. | Statutory Attorney's Fees: | $ | 200.00 |
| 2. | Lawsuit Filing Fee: | $ | 240.00 |
| 3. | Service of Process Fees: | $ | 994.05 |

COST BILL - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140ᵗʰ Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1       4.     Police Traffic Collision Report           $     21.00

2

3          TOTAL COST BILL:             $    1,455.05

4

5      I certify and declare under penalty of perjury under the laws of the State of Washington

6 that the foregoing is true and correct to the best of my knowledge.

7

8      Dated this 24th day of April, 2019, at Bellevue, Washington.

9                             Law Offices of Terence F. Traverso, P.S., by

10

11                           Terence F. Traverso

12                           WSBA #21178
                            Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COST BILL - 2

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060