## __Exhibit H__

**Default Judgment**

**FILED**

2019 MAY -2 AM 11:07

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

18-2-08480-31
DFJG           22
Default Judgment
5510390

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS,<br><br>Plaintiff<br><br>v.<br><br>A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community,<br><br>Defendants | № 18-2-08480-31<br><br>ORDER OF DEFAULT, AND JUDGMENT<br><br>(Clerk's Action Required) |

## JUDGMENT SUMMARY

1. Judgment Creditor: __Shelley S. Hawkins__

2. Judgment Debtors: __Defendants Fatemah S. Alsuwaidan and John Doe Alsuwaidan, Defendants Edwin G. Miguel and Jane Doe Miguel, and Defendant A&E Factory Service, L.L.C.__

3. Principal Judgment Amount: $__399,297.32__

ORDER OF DEFAULT AND JUDGMENT - 1

Original

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1.     4. Interest to Date of Judgment: $_____

2.     5. Attorney Fees: $_____

3.     6. Costs: $ 1,455.05 _____

4.     7. Other Recovery Amounts: $_____

5.     8. Principal Judgment Amount shall bear interest at 7.50% per annum.

6.     9. Attorney Fees, Costs and Other Recovery Amounts shall bear interest at 7.50% per

7. annum.

8.     10. Attorney for Judgment Creditor: Terence F. Traverso (address below)

9.     THIS MATTER having come on regularly and duly for hearing before the undersigned

10. Judge of the above-entitled court upon the Plaintiff's Motion for Order of Default and Default

11. Judgment, and the court, having reviewed the same and the Plaintiff's Cost Bill, and taken live

12. testimony from the Plaintiff, and making and entering Findings of Fact and Conclusions of Law,

13. and being fully advised in the premises, now therefore, it is hereby

14.     ORDERED, ADJUDGED AND DECREED that the plaintiff's motion is hereby granted

15. and that Defendants Fatemah S. Alsuwaidan and John Doe Alsuwaidan, Defendants Edwin G.

16. Miguel and Jane Doe Miguel, and Defendant A&E Factory Service, L.L.C., are in default and

17. such default is hereby entered.

18.     IT IS FURTHER ORDERED that the plaintiff be and is hereby granted judgment against

19. Defendants Fatemah S. Alsuwaidan and John Doe Alsuwaidan, Defendants Edwin G. Miguel

20. and Jane Doe Miguel, and Defendant A&E Factory Service, L.L.C., jointly and severally as to

21. all said defendants, in the principal amount of $399,297.32 plus costs to be

22. taxed herein.

23.

24.     DATED this 2nd day of May, 2019.

25.

26.

27.     Judge/Court Commissioner

28. ORDER OF DEFAULT AND JUDGMENT - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  Presented by:
2
   Law Offices of Terence F. Traverso, P.S., by
3
4  *[signature]*
5  Terence F. Traverso
   WSBA #21178
6  Attorney for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 ORDER OF DEFAULT AND JUDGMENT - 3