## Exhibit K

**A&E Motion to Vacate**

18 – 2 – 08480 – 31
MT          27
Motion
9026940

FILED

2020 OCT -7 AM 9:19

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

1

2

3

4

5

6

7       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
         IN AND FOR THE COUNTY OF SNOHOMISH

8

9    SHELLEY S. HAWKINS,                      № 18-2-08480-31

10          Plaintiff                         PLAINTIFF'S MOTION TO
                                              VACATE ORDER OF DEFAULT
11          v.                                AND DEFAULT JUDGMENT
                                              AGAINST DEFENDANT A&E
12   A&E FACTORY SERVICE,                     FACTORY SERVICE, L.L.C.
     L.L.C., a Delaware limited liability     ONLY
13   company; SEARS HOLDINGS
     MANAGEMENT CORPORATION,
14   a foreign profit corporation;
     FATEMAH S. ALSUWAIDAN and
15   JOHN DOE ALSUWAIDAN,
     husband and wife and their marital
16   community; EDWIN G. MIGUEL
     and JANE DOE MIGUEL, husband
17   and wife and their marital
     community; and JENNI M.
18   WAKIDA and JOHN DOE
     WAKIDA, husband and wife and
19   their marital community,

20          Defendants

21

22          COMES NOW the Plaintiff and moves the court as follows:

23                          **I.   RELIEF REQUESTED**

24          Plaintiff moves the court to vacate only its Order of Default and default judgment

25   entered against Defendant A&E Factory Service, L.L.C.  This motion is based on Defendant

26   A&E Factory Service, L.L.C.'s apparent filing for bankruptcy protection.

27

28   PLAINTIFF'S MOTION TO VACATE ORDER OF                    **LAW OFFICES OF**
     DEFAULT AND DEFAULT JUDGMENT AGAINST              **TERENCE F. TRAVERSO, P.S.**
     DEFENDANT A&E FACTORY SERVICE ONLY - 1            1408 140th Place N.E., Suite 140
                                                          Bellevue, Washington 98007
                      Original                    Phone: (425) 453-0115/Fax: (425) 412-4060

## II.  STATEMENT OF FACTS

The Plaintiff's Complaint alleges multiple defendants' negligence in causing motor vehicle collisions that injured Plaintiff.  Of these parties, Jenni Wakida and John Doe Wakida, were previously dismissed from this action with prejudice and have no involvement with this action or the issue before the court.

On May 2, 2019, upon Plaintiff's motion, this Court entered an Order of Default and default judgments against all remaining Defendants, including Defendant A&E Factory Service, L.L.C. *Exh. 1, Order of Default, and Judgment dated May 2, 2019.*  Prior to entry of judgment, none of those remaining defendants had appeared in the action.  *Exh. 2, Findings of Facts and Conclusions of Law in Support of Entry of Default and Default Judgment, dated May 2, 2019, Finding of Fact ¶ 5.*

As of the date below, none of those remaining defendants have appeared in the action. *Declaration of Plaintiff's Counsel.*  This motion is thus appropriate for resolution on an *ex parte* basis.

Plaintiff has learned that Defendant A&E Factory Service, L.L.C., has filed for bankruptcy, and was apparently under bankruptcy protection at the time the default order and judgment were entered against it.  *Id.*  Defendant A&E Factory Service, L.L.C. had not filed bankruptcy before this action was commenced and Plaintiff was not aware of the bankruptcy filing at the time of the default order and judgment.  *Id.*  Plaintiff thus wishes to vacate the default order and judgment against that defendant only.

## III.  STATEMENT OF ISSUES

1.     Should the order of default and judgment against only Defendant A&E Factory Service, L.L.C. only be set aside pursuant to CR 55 since good cause exists for doing so?

## IV.  EVIDENCE RELIED UPON

1.     Order of Default, and Judgment dated May 2, 2019.

2.     Findings of Facts and Conclusions of Law in Support of Entry of Default and

PLAINTIFF'S MOTION TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT A&E FACTORY SERVICE ONLY - 2

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1     Default Judgment, dated May 2, 2019.

2                              **V.  AUTHORITY**

3     Civil Rule 55(c) provides that:

4              **(c) Setting Aside Default.**

5              *(1) Generally.*  For good cause shown and upon such terms as the court
              deems just, the court may set aside an entry of default and, if a judgment
6              by default has been entered, may likewise set it aside in accordance with
              rule 60(b).

7
      Here, good cause exists for setting aside the Order of Default and Judgment against

8
      Defendant A&E Factory Service, L.L.C., where said defendant was apparently under federal

9
      bankruptcy protection on May 2, 2019, and Plaintiff was unaware of the bankruptcy.

10

11
              DATED this 29th day of September, 2020.

12
                                        Law Offices of Terence F. Traverso, P.S., by

13

14
                                          s/ Terence F. Traverso
15                                        Terence F. Traverso
                                          WSBA #21178
16                                        Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28    PLAINTIFF'S  MOTION  TO  VACATE  ORDER  OF                    **LAW OFFICES OF**
      DEFAULT  AND  DEFAULT  JUDGMENT  AGAINST              **TERENCE F. TRAVERSO, P.S.**
      DEFENDANT A&E FACTORY SERVICE ONLY - 3               **1408 140th Place N.E., Suite 140**
                                                           **Bellevue, Washington 98007**
                                                           **Phone: (425) 453-0115/Fax: (425) 412-4060**