# Exhibit M

**Second Settlement Email**

# Sean Malcolm

| | |
|---|---|
| **From:** | Terence Traverso <terry@traversolaw.com> |
| **Sent:** | Saturday, March 27, 2021 8:49 AM |
| **To:** | Sean Malcolm |
| **Subject:** | Re: Shelley Hawkins v. Edwin Miguel bad faith/default judgment |
| **Attachments:** | HAWKINS - Judgment by consent against Def. Miguel.pdf; HAWKINS - assignment of claims by Def. Miguel & covenant not to execute.pdf |

I am attaching a proposed Settlement Agreement with Assignment of Rights and Covenants, and proposed Confession of Judgment, for your and Mr. Miguel's consideration. I believe the terms are quite fair and would allow Mr. Miguel to be freed of future risks from my client's lawsuit against him. The agreement preserves his bad faith claims for non-economic damages against the insurer for the insurer's egregious misconduct and mishandling of this claim. One would assume that Mr. Miguel's damages the insurer caused him are substantial.

Please let me know if you have any questions or concerns about these documents. Otherwise, please have your client sign and date the documents in all required places and return them to me. I will, of course, provide you copies of all final signed documents. Thank you for your cooperation and courtesies in this matter.

Terry Traverso

Law Offices of Terence F. Traverso, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
(425) 453-0115 Phone
(425) 412-4060 Fax
Terry@TraversoLaw.com
www.TraversoLaw.com

---

**From:** Sean Malcolm <sean@kirklandtriallawyer.com>
**Sent:** Wednesday, March 17, 2021 12:36 PM
**To:** Terence Traverso <terry@traversolaw.com>
**Subject:** RE: Shelley Hawkins v. Edwin Miguel bad faith/default judgment

Mr. Traverso,

Please send the assignment and confession of judgment paperwork in regard to this case, at your earliest convenience.

Sean B. Malcolm

Malcolm Law Firm PLLC
200 – 8201 164th Ave NE |Redmond, Washington 98052
Tel: 206.659.9514 | Cell: 206.228.9514 | Fax: 425.968.9511
www.kirklandtriallawyer.com
Email:    sean@kirklandtriallawyer.com

CONFIDENTIALITY NOTICE: This electronic transmission contains information which may be confidential and privileged. The information is intended for the sole use of the addressee(s) named herein. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying, or use of this information, or any attachment hereto, is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender and delete this electronic transmission, and any attachments hereto.