**<u>Exhibit Q</u>**

**Miguel Motion to Vacate**

1

18-2-08480-31
MT                    32
Motion
10583287

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

**2021 JUN 30 AM 11: 46**

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

SHELLEY S. HAWKINS,

      Plaintiff

        v.

A&E FACTORY SERVICE,
L.L.C., a Delaware limited liability
company; SEARS HOLDINGS
MANAGEMENT CORPORATION,
a foreign profit corporation;
FATEMAH S. ALSUWAIDAN and
JOHN DOE ALSUWAIDAN,
husband and wife and their marital
community; EDWIN G. MIGUEL
and JANE DOE MIGUEL, husband
and wife and their marital
community; and JENNI M.
WAKIDA and JOHN DOE
WAKIDA, husband and wife and
their marital community,

      Defendants

№  18-2-08480-31

PLAINTIFF'S EX PARTE
MOTION TO VACATE ORDER
OF DEFAULT AND DEFAULT
JUDGMENT AGAINST
DEFENDANT EDWIN G. MIGUEL
ONLY

COMES NOW the Plaintiff and moves the court as follows:

## I.  RELIEF REQUESTED

Plaintiff moves the court to vacate its Order of Default and default judgment against

Defendant Edwin G. Miguel only.

PLAINTIFF'S EX PARTE MOTION TO VACATE ORDER
OF DEFAULT AND DEFAULT JUDGMENT AGAINST
DEFENDANT EDWIN G. MIGUEL ONLY - 1

**Original**

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

## II. STATEMENT OF FACTS

1    The Plaintiff's Complaint alleges negligence in causing motor vehicle collisions that

2

3    injured Plaintiff. Of these defendants, Jenni Wakida and John Doe Wakida, were previously

4    dismissed from this action with prejudice and have no involvement with this action or the

5    issue before the court.

6    On May 2, 2019, upon Plaintiff's motion, this Court entered an Order of Default and

7    default judgment against Defendant Miguel. *Exh. 1, Order of Default, and Judgment dated*

8    *May 2, 2019.* Prior to entry of judgment, Defendant Miguel had not appeared in the action.

9    *Exh. 2, Findings of Facts and Conclusions of Law in Support of Entry of Default and Default*

10   *Judgment, dated May 2, 2019, Finding of Fact ¶ 5.*

11   As of the date below, none of the defendants, including Defendant Miguel, have

12   appeared in the action. *Declaration of Plaintiff's Counsel.* This motion is thus appropriate for

13   resolution on an *ex parte* basis and without notice to any defendant.

14   Plaintiff wishes to vacate the default order and judgment against Defendant Miguel

15   only.

## III. STATEMENT OF ISSUES

16

17   1.    Should the order of default and judgment against only Defendant Edwin Miguel

18   be set aside pursuant to CR 55 since good cause exists for doing so?

## IV. EVIDENCE RELIED UPON

19

20   1.    Order of Default, and Judgment dated May 2, 2019.

21   2.    Findings of Facts and Conclusions of Law in Support of Entry of Default and

22        Default Judgment, dated May 2, 2019.

## V. AUTHORITY

23

24   Civil Rule 55(c) provides that:

25   **(c) Setting Aside Default.**

26   *(1) Generally.* For good cause shown and upon such terms as the court
     deems just, the court may set aside an entry of default and, if a judgment

27

28   PLAINTIFF'S EX PARTE MOTION TO VACATE ORDER
     OF DEFAULT AND DEFAULT JUDGMENT AGAINST
     DEFENDANT EDWIN G. MIGUEL ONLY - 2

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  by default has been entered, may likewise set it aside in accordance with

2  rule 60(b).

   Here, Plaintiff asserts that good cause exists for setting aside the Order of Default and

3

   Judgment against Defendant Miguel.

4

5

   DATED this 24th day of June, 2021.

6

                                          Law Offices of Terence F. Traverso, P.S., by

7

8

9                                         Terence F. Traverso
                                          WSBA #21178
10                                        Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  PLAINTIFF'S EX PARTE MOTION TO VACATE ORDER        **LAW OFFICES OF**
    OF DEFAULT AND DEFAULT JUDGMENT AGAINST        **TERENCE F. TRAVERSO, P.S.**
    DEFENDANT EDWIN G. MIGUEL ONLY - 3             1408 140th Place N.E., Suite 140
                                                   Bellevue, Washington 98007
                                                   Phone: (425) 453-0115/Fax: (425) 412-4060