**Exhibit R**

**Order Miguel Motion to Vacate**

```
18-2-08480-31
ORVCJG                34
Order Vacating Judgment
10583289
```

FILED
2021 JUN 30 AM 11:45
HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS,<br><br>Plaintiff<br><br>v.<br><br>A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community,<br><br>Defendants | № 18-2-08480-31<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN G. MIGUEL ONLY<br><br>(Clerk's Action Required) |

THIS MATTER having come on for hearing upon Plaintiff's Ex Parte Motion to Vacate Order of Default and Default Judgment Against Defendant Edwin G. Miguel Only, and the Court, having reviewed the same and being fully advised in the premises, now, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's motion is granted and the order of default and default judgment entered against Defendant Edwin G. Miguel on May 2, 2019, are hereby vacated and set aside. This order does not modify the May 2, 2019

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
TO VACATE ORDER OF DEFAULT AND DEFAULT
JUDGMENT AGAINST DEFENDANT EDWIN G. MIGUEL
ONLY - 1

Original

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

Ex parte

1 | Order of Default, and Judgment against any other defendant.

JUN 29 2021

3 | DATED this ___ day of _____, 2021.

_____
Judge/Court Commissioner

9 | Presented by:

10 | ~~Law Offices of~~ Terence F. Traverso, P.S., by

_____
Terence F. Traverso
WSBA #21178
Attorney for Plaintiff

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN G. MIGUEL ONLY - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060