# Exhibit T

## Dismissal Motion

**FILED**

2021 JUL 15 AM 10: 42

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

18-2-08480-31
MTDSM    45
Motion to Dismiss
10674096

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS,<br><br>Plaintiff<br><br>v.<br><br>A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community,<br><br>Defendants | № 18-2-08480-31<br><br>PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF LESS THAN ALL CAUSES OF ACTION |

## I. RELIEF REQUESTED

Plaintiff moves for a voluntary dismissal of only Defendant A&E Factory Service, L.L.C., and Defendant Sears Holdings Management Corporation without prejudice, pursuant to CR 41.

Notice pursuant to CR 7 and KCLR 7 is not required on a Motion filed pursuant CR 41. *See Greenlaw v. Renn*, 64 Wn.App. 499, 824 P.2d 1263 (1992).

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL
OF LESS THAN ALL CAUSES OF ACTION - 1

Original

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

## II. STATEMENT OF THE FACTS

This case arises from a motor vehicle accident that occurred in November 16, 2016. No substantive counterclaims have been filed which might prevent a dismissal.

## III. AUTHORITY

Plaintiff may dismiss any action as a matter of right. *See* CR 41(a)(1)(B) ("[A]ny action shall be dismissed by the court. . . [u]pon motion of the plaintiff at any time before plaintiff rests at the conclusion of plaintiff's opening case."); *Greenlaw v. Renn*, 64 Wn.App. 499, 824 P.2d 1263 (1992). No substantive counterclaims have been filed.

## IV. PROPOSED ORDER

A proposed form of order accompanies this motion.

RESPECTFULLY SUBMITTED this 6th day of July, 2021.

Law Offices of Terence F. Traverso, P.S., by

Terence F. Traverso
WSBA #21178
Attorney for Plaintiff

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF LESS THAN ALL CAUSES OF ACTION - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060