# Exhibit U

## Settlement Order

18-2-08480-31
OR        51
Order
10703679

**FILED**

2021 JUL 21 AM 8:29

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS,<br><br>Plaintiff<br><br>v.<br><br>A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community,<br><br>Defendants | № 18-2-08480-31<br><br>ORDER ON PLAINTIFF'S MOTION FOR DETERMINATION OF REASONABLENESS OF SETTLEMENT AGREEMENT AND FOR JUDGMENT THEREON<br><br>~~(Proposed)~~ |

THIS MATTER having come on for hearing upon Plaintiff's Motion for Determination of Reasonableness of Settlement Agreement and for Judgment Thereon, and the Court, having reviewed the same and being fully advised in the premises, now, therefore,

**WRITTEN FINDINGS**

Pursuant to CR 54(b), this Court finds as follows:

1.  Defendants Alsuwaidan et vir and Defendants Miguel are the only remaining

ORDER ON PLAINTIFF'S MOTION FOR DETERMINATION OF REASONABLENESS OF SETTLEMENT AGREEMENT AND FOR JUDGMENT THEREON - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

Original

1. defendants to this action given that the Court previously dismissed all other defendants.

2. Defendants Alsuwaidan have failed to appear or respond in any way to this lawsuit or to this motion despite valid service of original process upon them in 2019 as well as notice of this motion. On file herein is proof that service of the Summons and Complaint for Negligence upon Defendants Fatemah S. Alsuwaidan and John Doe Alsuwaidan was made by substitute service upon the Washington Secretary of State, pursuant to RCW Chapter 46.64, on January 17, 2019. RCW 4.28.210 provides ". . . when a defendant has not appeared, service of notice or papers in the ordinary proceedings in an action need not be made upon him or her."

3. Plaintiff and Defendant Miguel have stipulated in writing to the reasonableness of the settlement and a verified Consent Judgment against Defendant Miguel in the principal amount of $1,500,000.

4. Plaintiff and Defendant Miguel have indicated in their Settlement Agreement and through this agreed order their desire and intent to end Plaintiff's continued litigation against Defendant Miguel and provide finality.

5. Plaintiff's claim against Defendants Alsuwaidan will be the only remaining unadjudicated claim in this litigation following the court's entry of the Consent Judgment against Defendant Miguel.

6. In the Court's consideration of the relationship between the adjudicated and the unadjudicated claims, the Court finds that as a practical matter, Plaintiff asserts that the remaining negligence claim by Plaintiff against Defendants Alsuwaidan no longer needs to be litigated now that a final judgment is being entered, by agreement, against Defendant Miguel. Further, the previous need to assess any damages caused by Defendants Alsuwaidan is now mooted upon the final

ORDER ON PLAINTIFF'S MOTION FOR DETERMINATION OF REASONABLENESS OF SETTLEMENT AGREEMENT AND FOR JUDGMENT THEREON - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

      Consent Judgment of damages being entered against Defendant Miguel.

7. Given the foregoing findings and desires and agreement of Plaintiff and Defendant Miguel, there is no just reason for delay of entry of final judgment against Defendant Miguel in the reasonable amount the Court finds below.

## ORDER

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Court determines the amount of $1,500,000.00 to be a reasonable settlement amount between Plaintiff and Defendant Miguel after consideration of the evidence submitted with this motion, the response submitted by Defendant Miguel, and the *Glover v. Tacoma General Hospital* factors. Accordingly, the Court will separately enter final judgment against Defendant Miguel in the reasonable amount of $1,500,000.00, with interest to accrue thereon at 12 percent, compounded annually. There is no just reason for delay of this final judgment against Defendant Miguel in these amounts.

DATED this 20th day of July, 2021.

                                                        Judge Anita Farris

Presented by:

Law Offices of Terence F. Traverso, P.S., by

Terence F. Traverso
WSBA #21178
Attorney for Plaintiff

ORDER ON PLAINTIFF'S MOTION FOR DETERMINATION OF REASONABLENESS OF SETTLEMENT AGREEMENT AND FOR JUDGMENT THEREON - 3

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  Approved as to form and content; copy received;
   notice of presentation waived by:
2
   Malcolm Law Firm, P.L.L.C., by
3
4         *(signature)* Terence Traverso, per
                        express authorization from:
5  Sean Malcolm
   WSBA #36245
6  Attorney for Defendant Miguel

28 ORDER ON PLAINTIFF'S MOTION FOR
   DETERMINATION OF REASONABLENESS OF
   SETTLEMENT AGREEMENT AND FOR JUDGMENT
   THEREON - 4

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060