## **Exhibit V**

**Confession of Judgment Order**

```
18-2-08480-31
CFJG          57
Confession of Judgment
10957428
```

FILED

2021 SEP -2 AM 8:03

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS,<br><br>Plaintiff<br><br>v.<br><br>A&E FACTORY SERVICE, L.L.C., a Delaware limited liability company; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign profit corporation; FATEMAH S. ALSUWAIDAN and JOHN DOE ALSUWAIDAN, husband and wife and their marital community; EDWIN G. MIGUEL and JANE DOE MIGUEL, husband and wife and their marital community; and JENNI M. WAKIDA and JOHN DOE WAKIDA, husband and wife and their marital community,<br><br>Defendants | № 18-2-08480-31<br><br>CONFESSION OF JUDGMENT AGAINST DEFENDANT EDWIN G. MIGUEL<br><br>(Clerk's Action Required) |

## JUDGMENT SUMMARY

1. Judgment Creditor:  Shelley S. Hawkins

2. Judgment Debtor:  Edwin G. Miguel

3. Principal Judgment Amount:  $1,500,000.00

4. Other Interest to Date of Judgment: $  Ø

5. Attorney Fees: $  Ø

CONFESSION OF JUDGMENT AGAINST DEFENDANT
EDWIN G. MIGUEL - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

6. Costs: $ Ø

7. Other Recovery Amounts: $ Ø

8. The Principal Judgment Amount shall accrue compound interest at the rate of 12 per annum, compounded annually.

9. Attorney Fees, Costs and Other Recovery Amounts shall accrue compound interest at the rate of 12% per annum, compounded annually.

10. Attorney for Judgment Creditor: Terence F. Traverso (address below)

11. Attorney for Judgment Debtor: N/A

THIS MATTER came on before the above-entitled court through the Settlement Agreement with Assignment of Rights and Covenants between Plaintiff and Defendant Edwin Miguel and the authorization of Defendant Edwin Miguel.

### Authorization for Entry of Judgment

The Plaintiff and Defendant Edwin Miguel have agreed upon a basis for resolution of Plaintiff's claims against him in this action. Defendant Edwin Miguel stipulates to entry of judgment against him and in favor of the Plaintiff in the amount of $1,500,000.00, and authorizes the Court to enter judgment against him in that amount in favor of the Plaintiff, with interest to be compounded annually at 12%. I, Edwin Miguel, authorize entry of judgment against me in these amounts.

I Declare under Penalty of Perjury Under the Laws of the State of Washington That the Foregoing Is True and Correct.

Dated this 23rd day of JUNE, 2021 at WOODINVILLE, Washington.

_____
Defendant Edwin G. Miguel

CONFESSION OF JUDGMENT AGAINST DEFENDANT
EDWIN G. MIGUEL - 2

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

## Order for Entry

The above Confession of Judgment having been presented to the Court for entry in accordance with RCW 4.60.070, the Court having found said Confession of Judgment to be sufficient, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is granted judgment against Defendant Edwin Miguel in the principal amount of $1,500,000.00 and without costs or other amounts. Interest shall be compound and accrue annually at the rate of 12%.

DATED this _1_ day of _September_, 2021.

_____
JUDGE/~~COURT COMMISSIONER~~

Presented by:

Law Offices of Terence F. Traverso, P.S., by

_s/Terence Traverso_
Terence F. Traverso
Attorney for Plaintiff
WSBA #21178

Copy received; approved as to form and content; notice of presentation waived by:

_____
Edwin G. Miguel, Defendant

CONFESSION OF JUDGMENT AGAINST DEFENDANT
EDWIN G. MIGUEL - 3

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060