**Exhibit W**

**Second Amended Complaint**

ELECTRONICALLY FILED
8/26/2022 10:52 AM
Heidi Percy
County Clerk
Snohomish County, WASH
Case Number: 18-2-08480-31

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| SHELLEY S. HAWKINS, individually and as assignee of Edwin G. Miguel, <br><br> Plaintiff <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, a foreign insurer; EDWIN G. MIGUEL; FATEMAH S. ALSUWAIDAN; and DOES AND DOE INSURANCE COMPANIES 1-5, <br><br> Defendants | № 18-2-08480-31 <br><br> SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS |

COMES NOW the Plaintiff, Shelley Hawkins, individually and as assignee of Edwin G. Miguel, for causes of action against the Defendants, and alleges as follows:

I. JURISDICTION

1.1  All events alleged herein occurred within the limits of Snohomish County, Washington.

II. PARTIES AND VENUE

2.1  Plaintiff Shelley Hawkins is a resident of Snohomish County, Washington.

2.2  Upon information and belief, Defendant Edwin G. Miguel resides, and at all times material hereto has resided, in Snohomish County, Washington.

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 1

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

2.3     Upon information and belief, Defendant Fatemah Alsuwaidan resides, and at all times material hereto has resided, in King County, Washington.

2.4     At all times material hereto, Defendant Ace American Insurance Company, a foreign insurance company, was a Pennsylvania corporation licensed to engage in the insurance business within the State of Washington, and did in fact engage in insurance business therein.

2.5     In Snohomish County, Washington, Defendant Ace American Insurance Company (a) transacts business; (b) has an office for the transaction of business; (c) transacted business at the time Plaintiff's cause of action arose; and/or (d) any person resides upon whom process may be served upon Defendant Ace American Insurance Company.

2.6     There may be additional individuals, insurers and/or other entities whose identification is as yet unknown, that at all times material hereto, may have contributed to Plaintiff's alleged damages or otherwise be legally responsible for insuring and owing duties to Edwin Miguel and failed to do so. Said entities, if any, are referred to herein as Does and Doe Insurance Companies 1 through 5, and they will be added hereto as named defendants if and when their true identities become known to Plaintiff.

2.7     Jurisdiction and venue are proper in this Court.

### III. FACTS

3.1.    On November 16, 2016, at the hour of approximately 3:15 p.m., Plaintiff Shelley Hawkins was operating her vehicle in Lynnwood, Washington.

3.2     At or about this time, Defendant Fatemah Alsuwaidan was driving a vehicle owned by and registered to PV Holding Corporation d/b/a/ Budget Rent A Car System, Inc.

3.3     At or about this time, Defendant Fatemah Alsuwaidan caused the vehicle she was operating to touch the vehicle operated by the Plaintiff. Defendant Fatemah Alsuwaidan was negligent in operating her vehicle and her negligence caused the incident described in this paragraph.

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 2

**LAW OFFICES OF TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

  3.4 At or about this time, Defendant Edwin Miguel was driving a vehicle owned by and registered to Sears Holdings Management LSE. This vehicle is correctly identified as a 2013 Chevrolet G1500 cargo van, Vehicle Identification Number 1GCSGAFX2D1166602.

  3.5 At all times material hereto, Defendant Edwin Miguel was an employee of Defendant A&E Factory Service, L.L.C. and/or Defendant Sears Holding Management LSE and was operating the vehicle identified in the preceding paragraph while acting within the scope of his employment and/or authority for or on behalf of Defendant A&E Factory Service, L.L.C., and/or Defendant Sears Holding Management LSE as their employee and/or agent.

  3.6 After the above-described impact caused by Defendant Fatemah Alsuwaidan, Defendant Edwin Miguel caused the vehicle he was operating to crash into Defendant Fatemah Alsuwaidan's vehicle, causing Defendant Fatemah Alsuwaidan's vehicle to crash into the Plaintiff's vehicle and resulting in substantial injury and damages to Plaintiff.

  3.7 Defendant Edwin Miguel was negligent in operating his vehicle and his negligence caused the collision described above (hereafter, "the collision").

  3.8 At the time of the collision, the vehicle operated by Defendant Edwin Miguel was covered under a policy of liability insurance coverage issued by Defendant Ace American Insurance Company to, upon information and belief, Sears Management LSE, Sears Management Holding Corporation, and/or A&E Factory Service, Inc. as named insureds and policyholder(s).

  3.9 At the time of the collision, the vehicle operated by Defendant Edwin Miguel was covered under a policy of liability insurance coverage issued by Defendant Ace American Insurance Company and identified as policy number ISAH09044188.

  3.10 Upon information and belief, at the time of the collision, the vehicle operated by Defendant Edwin Miguel was also covered under a policy of liability insurance providing excess or umbrella coverage in addition to what coverage amounts the primary policy provided. The policy number of said excess or umbrella policy is currently unknown to

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 3

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1 | Plaintiff.

2 |     3.11    At the time of the collision, Defendant Edwin Miguel was a covered insured

3 | driver under a policy of liability insurance coverage issued by Defendant Ace American

4 | Insurance Company.

5 |     3.12    At the time of the collision, the policy of liability insurance coverage issued by

6 | Defendant Ace American Insurance Company imposed upon said Defendant a contractual

7 | duty to defend Defendant Edwin Miguel against any litigation Plaintiff brought against him as

8 | a result of the collision.

9 |     3.13    The duty to defend provided under the policy of liability insurance coverage

10 | issued by Defendant Ace American Insurance Company included a contractual obligation

11 | upon said Defendant to pay attorney fees and court costs of Defendant Edwin Miguel in any

12 | litigation Plaintiff brought against him as a result of the collision.

13 |     3.14    At the time of the collision, the policy of liability insurance coverage issued by

14 | Defendant Ace American Insurance Company imposed upon said Defendant a contractual

15 | duty to indemnify Defendant Edwin Miguel against damages he caused Plaintiff as a result of

16 | the collision.

17 |     3.15    The duty to indemnify provided under the policy of liability insurance coverage

18 | issued by Defendant Ace American Insurance Company included a contractual obligation to

19 | pay the amount of any court judgment entered against Defendant Edwin Miguel in any

20 | litigation Plaintiff brought against him as a result of the collision, plus interest on the

21 | judgment.

22 |     3.16    Plaintiff's claim against Defendant Edwin Miguel arising from the collision is,

23 | and at all material times was, covered by a policy of liability insurance coverage issued by

24 | Defendant Ace American Insurance Company.

25 |     3.17    In 2017 and 2018, Defendant Ace American Insurance Company was aware

26 | Plaintiff was making a claim for damages against Defendant Edwin Miguel arising from the

27

28 | SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 4

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

collision.

3.18    In 2017 or 2018, Defendant Ace American Insurance Company had actual or constructive knowledge Plaintiff was making a claim for damages against Defendant Edwin Miguel arising from the collision.

3.19    In 2017 and 2018, Defendant Ace American Insurance Company used Sedgwick Claims Management Services, Inc. ("Sedgwick"), as its agent and/or claims handler to manage its claims.

3.20    In 2017 and 2018, Defendant Ace American Insurance Company used Sedgwick as its agent and/or claims handler to manage Plaintiff's claim for damages against Defendant Edwin Miguel arising from the collision.

3.21    On January 15, 2018, an individual claims examiner, Janet Cozzone, was acting on behalf of Sedgwick and Defendant Ace American Insurance Company and she sent Plaintiff's attorney a letter dated January 15, 2018.  That letter indicated, among other things, that Sedgwick and Defendant Ace American Insurance Company assigned claim number A1611205013-0004 to Plaintiff's claim for damages against Defendant Edwin Miguel, that Plaintiff was to direct all correspondence and telephone calls concerning that claim to Sedgwick, and that "Sedgwick manages claims for Ace American Insurance Company on behalf of Sears Holdings Corporation."  A true and correct copy of this letter is attached to this Amended Complaint as Exhibit A.

3.22    Between November 7, 2017, and September 19, 2018, Plaintiff's attorney and the claims handler(s) acting on behalf of Sedgwick and Defendant Ace American Insurance Company exchanged multiple letters and/or e-mails concerning Plaintiff's claim for damages against Defendant Edwin Miguel.

3.23    Before September 20, 2018, employees, agents, or claims handlers of Defendant Ace American Insurance Company determined that Plaintiff's claim against Defendant Edwin Miguel arising from the collision was a claim covered by a policy of

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 5

**LAW OFFICES OF TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1   liability insurance issued by Defendant Ace American Insurance Company.

2      3.24   Before September 20, 2018, Defendant Ace American Insurance Company

3   acknowledged and accepted liability coverage of the collision.

4      3.25   Before August 1, 2021, Defendant Ace American Insurance Company never

5   determined that Plaintiff's claim against Defendant Edwin Miguel arising from the collision

6   was not covered by a policy of liability insurance it issued.

7      3.26   Before September 1, 2021, Defendant Ace American Insurance Company never

8   notified Defendant Edwin Miguel that Plaintiff's claim against Defendant Edwin Miguel

9   arising from the collision was not covered by a policy of liability insurance it issued.

10     3.27   Before September 1, 2021, Defendant Ace American Insurance Company never

11  notified Plaintiff that her claim against Defendant Edwin Miguel arising from the collision

12  was not covered by a policy of liability insurance it issued.

13     3.28   Before September 20, 2018, Defendant Ace American Insurance Company or

14  its employees, agents, or claims handlers determined that Defendant Edwin Miguel was

15  factually and legally responsible for causing the collision.

16     3.29   Before September 20, 2018, Defendant Ace American Insurance Company or

17  its employees, agents, or claims handlers received Plaintiff's pertinent medical and other

18  records and had actual knowledge of Plaintiff's injuries and damages resulting from the

19  collision.

20     3.30   Before September 20, 2018, Defendant Ace American Insurance Company or

21  its employees, agents, or claims handlers determined that as a direct and proximate result of

22  the negligent conduct of Defendant Edwin Miguel, Plaintiff was injured in the collision and

23  sustained damages.

24     3.31   On September 20, 2018, Plaintiff commenced a lawsuit against Defendant

25  Edwin Miguel for damages arising from the collision.

26     3.32   Before January 1, 2021, employees, agents, attorneys, or claims handlers for

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 6

LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

1  Defendant Ace American Insurance Company had actual or constructive knowledge that

2  Plaintiff had commenced litigation for damages arising from the collision with Defendant

3  Edwin Miguel.

4      3.33  Before January 1, 2021, Defendant Ace American Insurance Company had

5  actual or constructive knowledge that Plaintiff had commenced litigation for damages arising

6  from the collision with Defendant Edwin Miguel.

7      3.34  Defendant Ace American Insurance Company failed or refused to provide

8  Defendant Edwin Miguel any defense to Plaintiff's litigation at any time before June 23, 2021.

9      3.35  Defendant Ace American Insurance Company's acts and omissions in failing or

10 refusing to defend Defendant Edwin Miguel against Plaintiff's litigation were frivolous,

11 unreasonable, or unfounded, constituted an unreasonable denial of coverage, and constituted

12 an unreasonable denial of the payment of benefits.

13     3.36  As a result of Defendant Ace American Insurance Company's failure or refusal

14 to provide a litigation defense for Defendant Edwin Miguel, his personal assets were exposed

15 and at risk of execution and collection by Plaintiff.

16     3.37  As a result of Defendant Ace American Insurance Company's failure or refusal

17 to provide a litigation defense, said Defendant has caused other harms and damages.

18     3.38  As a result of Defendant Ace American Insurance Company's failure or refusal

19 to provide a litigation defense and the risks this created for Defendant Edwin Miguel, he and

20 Plaintiff entered into a Settlement Agreement with Assignment of Rights and Covenants

21 (hereafter, the "Settlement Agreement") and agreed to entry of a proposed Superior Court

22 judgment against Defendant Edwin Miguel in the principal amount of $1,500,000, with

23 accrual of interest at 12 percent, compounded annually, subject to this Court's approval.  A

24 true and correct copy of those parties' Settlement Agreement is attached to this Amended

25 Complaint as Exhibit B.  Under the Settlement Agreement, Defendant Edwin Miguel assigned

26 his claims of insurance bad faith and other causes of action against his insurer to Plaintiff and

27

28 SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 7

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

Plaintiff agreed not to execute against Defendant Edwin Miguel's personal assets.

3.39 As a result of the Settlement Agreement, Plaintiff is Defendant Edwin Miguel's assignee of all claims and causes of actions he could assert against Defendant Ace American Insurance Company. Plaintiff thus has standing and is the real party in interest to assert such claims and causes of actions asserted herein against Defendant Ace American Insurance Company.

3.40 On July 21, 2021, this Court determined that the amount of $1,500,000 was a reasonable settlement amount between Plaintiff and Defendant Edwin Miguel. This Court subsequently entered a Judgment against Defendant Edwin Miguel in the principal amount of $1,500,000, with interest to accrue at 12 percent, compounded annually.

3.41 The principal Judgment amount of $1,500,000 plus interest is the amount of insurance benefits Defendant Ace American Insurance Company owes and has been under an ongoing obligation to pay Plaintiff on behalf of Defendant Edwin Miguel.

3.42 More than 20 days before the filing of this Amended Complaint, Defendant Ace American Insurance Company was properly served with the required Insurance Fair Conduct Act 20-day notice in compliance with RCW 48.30.015, in which said Defendant was requested to cure all of the following within 20 days:

- Comply with duties under the contract and applicable law.
- Conduct a reasonable investigation.
- Attempt in good faith to effectuate fair and equitable settlements of the claims.
- Pay the reasonable amount of damages and other amounts caused.
- Adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies.
- Comply with all insurance regulations.
- Refrain from compelling your insured to submit to litigation by offering substantially less than the amounts ultimately recovered in such actions or proceedings.

3.43 Defendant Ace American Insurance Company failed to resolve the basis for this action within this 20-day period after such notice.

3.44 As of the date of this Amended Complaint, Defendant Ace American Insurance

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 8

**LAW OFFICES OF TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

Company has refused to pay any part of the reasonable amount of the damages and other amounts caused and owing under the Judgment described above.

3.45    Defendant Ace American Insurance Company violated insurance industry standards and customs, state insurance laws and regulations, and the terms of the insurance contract.

3.46    On November 11, 2021, in the case of *Hawkins v. Ace American Insurance Company et al*., U.S. District Court for the Western District of Washington cause number 2:21--cv--01459--RAJ--BAT, Defendant Ace American Insurance Company filed its Answer and Affirmative Defenses to Plaintiff's Corrected Amended Complaint.  On November 11, 2021, said Defendant also served its Answer on the attorneys of record for Plaintiff and Defendant Edwin Miguel.

3.47    In its Answer described in the preceding paragraph, Defendant Ace American Insurance Company denied insurance coverage of the Plaintiff's Judgment against Defendant Edwin Miguel.

3.48    Defendant Ace American Insurance Company's denial of insurance coverage in its Answer as described in the preceding paragraph, was the first time Defendant Ace American Insurance Company asserted in writing to Plaintiff or to Defendant Edwin Miguel that it was denying coverage of Plaintiff's Judgment against Defendant Edwin Miguel.

3.49    As of the date below of this Second Amended Complaint, Defendant Ace American Insurance Company continues to deny insurance coverage of the Plaintiff's Judgment against Defendant Edwin Miguel and has refused demands to pay said Judgment.

IV. <u>NEGLIGENCE CLAIM AGAINST DEFENDANTS MIGUEL AND ALSUWAIDAN.</u>

4.1    Plaintiff reincorporates Paragraphs 1.1 through 3.49 above.

4.2    As a result of Defendant Miguel's and Defendant Alsuwaidan's negligence, the Plaintiff was injured.

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 9

**LAW OFFICES OF TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

V.  CLAIMS AND ACTIONS AGAINST DEFENDANT ACE AMERICAN INSURANCE COMPANY.

5.1     Plaintiff reincorporates Paragraphs 1.1 through 4.2 above.

5.2     **Breach of the Washington Insurance Fair Conduct Act and Insurance Regulations.**  Defendant Ace American Insurance Company's actions, including but not limited its violation of the duty to defend Defendant Miguel, violated the Insurance Fair Conduct Act, Chapter 48.30 RCW, and Washington Administrative Code regulations including the Unfair Settlement Practices Act as set forth in WAC 280-30 et seq. as well as other laws or regulations. Said Defendant's breach and violations proximately caused harm and damages.

5.3     **Breach of Duty of Good Faith and Fail Dealing.**  Defendant Ace American Insurance Company's actions are in violation of RCW 48.30.010 and its common law duties of good faith and fair dealing requiring that all insurer actions be actuated by good faith, to abstain from deception, and practice honesty and equity in all matters related to the business of insurance. Said Defendant's breach and violations proximately caused harm and damages.

5.4     **Breach of Contract**.  Defendant Ace American Insurance Company's actions are in violation of the express or implied terms and conditions of the insurance contract and/or reasonable expectations of its insureds as to the terms and conditions of the insurance policy. Said Defendant's breach and violations proximately caused harm and damages.

5.5     **Negligence.**  Said Defendant's breach and violations proximately caused harm and damages.

5.6     **Declaratory Relief.**  The policy of liability insurance coverage issued by Defendant Ace American Insurance Company provides coverage of the Judgment against Defendant Edwin Miguel described above in paragraphs 3.40 and 3.41.  Plaintiff is entitled to declaratory relief that includes an order of coverage and entry of judgment against Defendant Ace American Insurance Company.

VI. NOTICE REGARDING PUNITIVE DAMAGES.

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 10

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

6.1   In the handling of the insurance claim, Defendant Ace American Insurance Company has acted with bad faith or outrageous conduct under the laws of the State of Pennsylvania, the state where said Defendant is incorporated or where the decisions, policies or acts were decided. Plaintiff is entitled to punitive damages. 42 Pa. C.S. Section 8371.

DEMAND FOR RELIEF.

The Plaintiff requests that relief and judgment be entered as follows:

1. Awarding special and general damages in an amount to be proven at trial;

2. Awarding fixed and actual damages against Defendant Ace American Insurance Company in the underlying principal judgment amount against Defendant Edwin Miguel of $1,500,000 plus prejudgment interest at the rate of 12 percent, compounded annually, all trebled pursuant to the Washington Insurance Fair Conduct Act;

3. Awarding additional actual damages for each violation by Defendant Ace American Insurance Company of the Washington Insurance Fair Conduct Act;

4. Awarding trebling of all actual damages caused by Defendant Ace American Insurance Company of the Washington Insurance Fair Conduct Act and other violations;

5. Awarding punitive damages of $25,000,000 against Defendant Ace American Insurance Company under Pennsylvania law;

6. Awarding a declaratory judgment that Defendant Ace American Insurance Company and its policy of liability insurance provide coverage including coverage by estoppel of the Plaintiff's claims and Judgment against Defendant Edwin Miguel, and for entry of judgment thereon against Defendant Ace American Insurance Company plus interest;

7. Awarding costs, including reasonable attorney's fees; and

8. Awarding any further relief that this Court may deem just and proper.

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 11

**LAW OFFICES OF**
**TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060

DATED this 26th day of August, 2022.

Law Offices of Terence F. Traverso, P.S., by

Terence F. Traverso
WSBA #21178
Attorney for Plaintiff

SECOND AMENDED COMPLAINT FOR NEGLIGENCE, VIOLATIONS OF THE WASHINGTON INSURANCE FAIR CONDUCT ACT AND THE DUTY OF GOOD FAITH AND FAIR DEALING, BREACH OF CONTRACT, AND OTHER CLAIMS - 12

**LAW OFFICES OF
TERENCE F. TRAVERSO, P.S.**
1408 140th Place N.E., Suite 140
Bellevue, Washington 98007
Phone: (425) 453-0115/Fax: (425) 412-4060