UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, et al., | Case No. 18-23538 |
| | Jointly Administered |
| Debtor. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that InterDesign, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel to the Debtors (including the claims, noticing and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and/or claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to the claim of InterDesign, Inc., be sent to the New Address set forth below, effective as of the date hereof.

Former Address
InterDesign, Inc.
PO Box 39606
Solon, OH 44139

New Address
InterDesign, Inc.
c/o Cedar Glade LP
600 Madison Avenue, 17th Floor
New York, NY 10022
Attn: Robert K. Minkoff, President

I declare under penalty of perjury that the foregoing is true and correct.

INTERDESIGN, INC.

By: _Carolyn Wallace_
Date: 10/4/22