WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al*.,**                      :
                                                               :    **Case No. 18-23538 (SHL)**
                                                               :
Debtors.[1]                                                    :    **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF HEARING ON THE DEBTORS' (I) FORTY-EIGHTH
OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS),
(II) FORTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY
CLAIMS), AND (III) FIFTIETH OMNIBUS OBJECTION TO PROOFS OF CLAIM
(RECLASSIFY CLAIMS) SCHEDULED FOR OCTOBER 25, 2022 AT 2:00 P.M. (ET)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE** that a hearing to consider the Debtors' (i) *Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10618), (ii) *Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10619), and (iii) *Fiftieth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10620) (collectively, the "**Objections**") has been scheduled for October 25, 2022 at 2:00 p.m. (prevailing Eastern Time) (the "**Hearing**").  The Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, 10601 unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Objections with respect to all claims for which the Debtors received a response have been adjourned to a date to be determined.  Only the Objections to the claims included in the (i) *Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Debtors' Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10652), (ii) *Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10653), and (iii) *Certificate of No Objection Pursuant to 28 U.S.C. § 1746 Regarding Debtors' Fiftieth Omnibus Objection to Proofs of Claim (Reclassify Claims)* (ECF No. 10654), which are uncontested, will be heard at the Hearing.

Dated:  October 13, 2022
New York, New York

    */s/  Garrett A. Fail*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*