KATTEN MUCHIN ROSENMAN LLP
Steven J. Reisman, Esq.
Michael Rosella, Esq.
50 Rockefeller Plaza
New York, NY 10020-1065
Telephone: (212) 940-8772
Email: sreisman@katten.com
Email: michael.rosella@katten.com

KATTEN MUCHIN ROSENMAN LLP
Terence G. Banich, Esq. (*admitted pro hac vice*)
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Email: Terence.banich@katten.com
*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No.: 18-23538-SHL<br><br>(Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Amended Order Implementing Cetain Notice and Case Management Procedures* (the "Case Management Order"; Doc. No. 405),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

a hearing (the "Hearing") with respect to the *Notice of Twelfth Quarterly Report of Katten Muchin Rosenman LLP, as Special Avoidance Counsel for the Debtors, for Allowance of Contingent Fees and Reimbursement of Expenses for the Period from April 1, 2022 through June 30, 2022* (the "Katten Twelfth Quarterly Report"; Doc No. 10532) and the *Notice of Twelfth Quarterly Report of Stretto, as Special Avoidance Counsel for the Debtors, for Allowance of Contingent Fees and Reimbursement of Expenses for the Period from April 1, 2022 through June 30, 2022* (the "Stretto Twelfth Quarterly Report"; Doc No. 10533; and together with the Katten Twelfth Quarterly Report the "Quarterly Reports"), will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern Diustrict of New York (the "Court"), 300 Quarropas Street, White Plains, NY 10601-4140, on **November 17, 2022 at 2:00 p.m. (Prevailing Eastern Time)** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the deadline to submit any responses or objections (each, an "Objection") to the Quarterly Reports and the relief requested therein has lapsed, and no Objections were filed thereto. The parties accordingly filed Certificates of No Objection with the Court (Doc Nos. 10600 and 10601).

2

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

Dated: New York, NY
October 13, 2022

KATTEN MUCHIN ROSENMAN LLP

*/s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Michael Rosella, Esq.
50 Rockefeller Plaza
New York, NY 10020-1065
Telephone: (212) 940-8772
Email: sreisman@katten.com
Email: michael.rosella@katten.com

KATTEN MUCHIN ROSENMAN LLP
Terence G. Banich, Esq. (*admitted pro hac vice*)
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Email: Terence.banich@katten.com

*Counsel for Debtors and Debtors in Possession*