AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

**FORTY-SEVENTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | August 1, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | **$396,296.00** |
| 20% Holdback: | **$79,259.20** |
| Total Compensation Less 20% Holdback: | **$317,036.80** |
| Monthly Expenses Incurred: | **$99,157.63** |
| Total Fees and Expenses Requested: | **$416,194.43** |

This is a __x__ monthly_____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Seventh Monthly Fee Statement") covering the period from August 1, 2022 through and including August 31, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Seventh Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($495,453.63) reflects voluntary reductions for the Compensation Period of $45,540.50 in fees and $1,124.09 in expenses.

2

compensation in the amount of \$317,036.80 (80% of \$396,296.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of \$99,157.63 incurred by Akin Gump during the Compensation Period.

**FEES FOR SERVICES RENDERED**
**DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Forty-Seventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

4

Objections to this Forty-Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **October 28, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Forty-Seventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Seventh Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

[*Remainder of page left blank intentionally*]

Dated: New York, New York
October 13, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
        pdublin@akingump.com
        sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 156.30 | 218,820.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1,775.00 | 22.30 | 39,582.50 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 30.90 | 43,260.00 |
| David Zensky | Litigation | 1988 | 1,775.00 | 2.10 | 3,727.50 |
| Josh Williams | Tax | 2004 | 1,435.00 | 6.20 | 8,897.00 |
| **Total Partner** | | | | **217.80** | **314,287.00** |
| **SENIOR COUNSEL AND COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Zachary Lanier | Financial Restructuring | 2017 | 1,095.00 | 24.80 | 27,156.00 |
| **Total Senior Counsel and Counsel** | | | | **24.80** | **27,156.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 53.20 | 51,338.00 |
| **Total Associates and Staff Attorneys** | | | | **53.20** | **51,338.00** |
| **PARALEGALS & LEGAL ASSISTANTS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Dagmara Krasa | Financial Restructuring | N/A | 475.00 | 7.40 | 3,515.00 |
| **Total Paralegals and Legal Assistants** | | | | **7.40** | **3,515.00** |
| **Total Hours / Fees Requested** | | | | **303.20** | **396,296.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,407.43 | 242.60 | 341,443.00 |
| Associates | 965.00 | 53.20 | 51,338.00 |
| Paralegals/Non-Legal Staff | 475.00 | 7.40 | 3,515.00 |
| Blended Timekeeper Rate | 1,307.04 | | |
| **Total Fees Incurred** | | **303.20** | **396,296.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 54.90 | 57,476.00 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 3.90 | 4,590.00 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 4.90 | 6,860.00 |
| 8 | Hearings and Court Matters/Court Preparation | 37.90 | 54,321.50 |
| 20 | Jointly Asserted Causes of Action | 173.80 | 233,820.00 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 25.00 | 35,775.50 |
| 23 | Asset Dispositions/363 Asset Sales | 2.80 | 3,453.00 |
| | **TOTAL:** | **303.20** | **396,296.00** |

**Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179
ATTN: ROBERT  RIECKER

| | |
|---|---|
| Invoice Number | 2008621 |
| Invoice Date | 10/12/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 54.90 | $57,476.00 |
| 004 | Analysis of Other Professionals Fee Applications/Reports | 3.90 | $4,590.00 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 4.90 | $6,860.00 |
| 008 | Hearings and Court Matters/Court Preparation | 37.90 | $54,321.50 |
| 020 | Jointly Asserted Causes of Action | 173.80 | $233,820.00 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 25.00 | $35,775.50 |
| 023 | Asset Dispositions/363 Asset Sales | 2.80 | $3,453.00 |
| | TOTAL | 303.20 | $396,296.00 |

SEARS CREDITORS COMMITTEE                                                            Page 2
Invoice Number: 2008621                                                             10/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/01/22 | DK | 003 | Review amended May fee statement (.1); follow up with Court re same (.2); prepare statement to be efiled (.1); effect the above (.2); prepare statement to be served (.1); follow up with noticing agent re above (.1); update exhibits workbook for 11th interim fee application (1.7). | 2.50 |
| 08/01/22 | SLB | 003 | Review and comment on interim and final fee app (1.6); correspondence (.3) and calls (.4) with Z. Lanier and J. Szydlo re same; review June fee statement (.3); correspondence with J. Szydlo re same (.2). | 2.80 |
| 08/01/22 | ZDL | 003 | Review and revise sections of fee app (1.9) correspond with S. Brauner and J. Szydlo re same (.3); calls with S. Brauner and J. Szydlo re same (.4). | 2.60 |
| 08/01/22 | JES | 003 | Draft monthly fee statement (.9); confer with D. Krasa re same (.1); revise final fee application (1.9); correspond with S. Brauner and Z. Lanier re same (.3); calls with S. Brauner and Z. Lanier re same (.4); review invoice for privilege and confidentiality (.8); draft June fee statement (.5); correspond with S. Brauner re same (.2). | 5.10 |
| 08/02/22 | DK | 003 | Confer with J. Szydlo re filing fee statement (.1); effect the above (.2); prepare fee statement to be served (.2); follow up with noticing agent re above (.1). | 0.60 |
| 08/02/22 | SLB | 003 | Continue reviewing final fee app and commenting on same (1.0); correspondence with J. Szydlo re same (.3). | 1.30 |
| 08/02/22 | ZDL | 003 | Review June fee statement. | 0.20 |
| 08/02/22 | JES | 003 | Review and revise final fee application (3.9); correspond with S. Brauner re same (.3); revise monthly fee statement (.6); coordinate filing of same (.1); confer with D. Krasa re same (.1). | 5.00 |
| 08/03/22 | DLC | 003 | Review insert to fee application (.5); revise same (1.2). | 1.70 |
| 08/03/22 | SLB | 003 | Continue to review and revise final and interim fee application (1.2); correspondence with Z. Lanier and J. Szydlo re same (.4); review materials re same (.5). | 2.10 |
| 08/03/22 | ZDL | 003 | Revise fee application (1.7); correspond with S. Brauner and J. Szydlo re same (.4). | 2.10 |
| 08/03/22 | JES | 003 | Revise final fee application (5.6); review prior fee applications in connection with same (1.1); review accounting materials re same (2.3); correspond with S. Brauner and Z. Lanier re same (.4). | 9.40 |
| 08/05/22 | SLB | 003 | Review revised interim & final fee app and comment on same (.8); correspondence with J. Szydlo re same (.2); confer with Z. Lanier re same (.2). | 1.20 |
| 08/05/22 | ZDL | 003 | Calls with J. Szydlo re final fee app (.7); confer with S. Brauner re same (.2). | 0.90 |
| 08/05/22 | JES | 003 | Review and revise final fee application (4.6); calls with Z. Lanier re same (.7); correspond with Akin accounting re same (.6); correspond with S. Brauner re same (.2). | 6.10 |
| 08/07/22 | SLB | 003 | Correspondence with J. Szydlo re final fee app (.2); analyze issue re same (.3); draft correspondence to UCC chair re same (.2). | 0.70 |
| 08/08/22 | SLB | 003 | Review revised final fee app (.5); correspondence with J. Szydlo and Z. Lanier re same (.2). | 0.70 |
| 08/08/22 | ZDL | 003 | Revise final fee app (.9); correspond with S. Brauner and J. Szydlo re same (.2). | 1.10 |
| 08/08/22 | JES | 003 | Review data for final fee application (.9); revise final fee application (1.6); correspond with S. Brauner and Z. Lanier re same (.2). | 2.70 |
| 08/09/22 | SLB | 003 | Finalize final fee app for filing (.8); correspondence with J. Szydlo and Z. Lanier re same (.2). | 1.00 |
| 08/09/22 | ZDL | 003 | Review final fee app (.7); correspond with S. Brauner and J. Szydlo re same (.2). | 0.90 |
| 08/09/22 | JES | 003 | Review and finalize final fee application (2.7); correspond with S. Brauner and Z. Lanier re same (.2). | 2.90 |
| 08/29/22 | JES | 003 | Review draft orders approving 10th and 11th fee applications (.8); draft | 1.30 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| | | | correspondence to S. Brauner re same (.3); correspond with Weil re same (.2). | |
| 08/04/22 | SLB | 004 | Review UCC professionals' fee statements (.3); correspondence with J. Szydlo re same (.2). | 0.50 |
| 08/07/22 | JES | 004 | Review draft fee applications from UCC professionals (1.6); correspond with Morritt and Herrick re same (.2); correspond with S. Brauner re same (.2). | 2.00 |
| 08/24/22 | SLB | 004 | Review substantial contribution motion and related response. | 0.60 |
| 08/29/22 | SLB | 004 | Review draft order approving UCC professionals' fee applications (.2); correspondence with UCC professionals re same (.3); analyze issue re same (.3). | 0.80 |
| 08/02/22 | SLB | 007 | Confer with UCC member re case status and open issues (.5); follow-up correspondence with UCC member re same (.6); review plan and confirmation order in connection with UCC member questions (1.0). | 2.10 |
| 08/11/22 | SLB | 007 | Correspondence with various UCC members re case status and next steps (.8); confer with UCC member re same (.5); analyze issues re same (.9); review materials re same (.6). | 2.80 |
| 08/25/22 | SLB | 008 | Correspondence with UCC professionals re upcoming hearing and related logistics. | 0.40 |
| 08/26/22 | DK | 008 | Review and organize materials in advance of upcoming hearing. | 0.20 |
| 08/28/22 | SLB | 008 | Confer with Weil team re upcoming hearing and related issues. | 0.60 |
| 08/29/22 | DK | 008 | Prepare materials in advance of upcoming hearing. | 0.40 |
| 08/29/22 | SLB | 008 | Calls with various estate professionals re upcoming hearing (1.0); prepare talking points for same (2.7); review materials to prepare for same (.4). | 4.10 |
| 08/30/22 | ISD | 008 | Review materials and prepare for hearing. | 5.50 |
| 08/30/22 | SLB | 008 | Multiple calls with members of Weil team re upcoming hearing and related issues (.8); revise script for same (1.0); prepare for same (1.4). | 3.20 |
| 08/31/22 | DMZ | 008 | Attend settlement hearing (partial). | 1.30 |
| 08/31/22 | ISD | 008 | Prepare for (1.6) and attend (3.0) hearing re 9019 settlement motion. | 4.60 |
| 08/31/22 | DK | 008 | Register additional hearing lines for hearing participants (.2); effect the above (.2); follow up with the Court re required approval (.3); draft status email for attorneys re same (.1). | 0.80 |
| 08/31/22 | DLC | 008 | Prepare for (.6) and participate in (3.0) hearing re: 9019 papers and fee application. | 3.60 |
| 08/31/22 | SLB | 008 | Finalize and coordinate filing of form of 9019 order prior to hearing (.5); prepare for (1.0) and attend (3.0) hearing; revise form of order (1.6); correspondence with parties in interest re same (.9); calls with PBGC and Weil re same (.5); analyze issues re same (1.2); draft correspondence to Designees (.2) and UCC (.2) re same. | 9.10 |
| 08/31/22 | ZDL | 008 | Call with J. Szydlo regarding settlement hearing (.2); review updates on same (.3). | 0.50 |
| 08/31/22 | JES | 008 | Prepare materials for hearing on global settlement (.4); call with Z. Lanier re same (.2); telephonically attend hearing on global settlement (3.0). | 3.60 |
| 08/01/22 | DLC | 020 | Review and revise declaration in support of 9019 motion (.3); correspond with S. Brauner re: settlement agreement (.3). | 0.60 |
| 08/01/22 | SLB | 020 | Review and revise settlement agreement (1.7); correspondence with D. Chapman re same (.3); draft correspondence to I. Dizengoff re same (.2); draft correspondence to G. Fail re same (.3); draft correspondence to all mediation parties re same (.2); correspondence with mediation parties re open issues on same (.3); correspondence with G. Fail re 9019 motion (.2); review and comment on declaration in support of same (.6); correspondence with P. Bartels re same (.3). | 4.10 |
| 08/01/22 | ZDL | 020 | Review settlement agreement (.3); revise 9019 motion (2.0). | 2.30 |
| 08/02/22 | DMZ | 020 | Correspond with S. Brauner re release provisions in settlement agreement. | 0.10 |
| 08/02/22 | DLC | 020 | Review and revise Settlement Agreement (.3); correspond with S. | 0.50 |

SEARS CREDITORS COMMITTEE                                                    Page 4
Invoice Number: 2008621                                                    10/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Brauner re same (.2). | |
| 08/02/22 | SLB | 020 | Analyze issues re 9019 motion (.7); correspondence with D. Chapman re same (.2); analyze open issues re settlement agreement (1.2); review materials re same (1.4); correspondence with G. Fail re same (.5); correspond with D. Zensky re same (.2). | 4.20 |
| 08/03/22 | DLC | 020 | Correspond with S. Brauner and Z. Lanier re settlement agreement (.4); review materials re same (.1). | 0.50 |
| 08/03/22 | SLB | 020 | Review Weil inserts to 9019 motion (.8); correspondence with D. Chapman and Z. Lanier re same (.4); correspondence with G. Fail re same (.4); propose revisions to same (.5); analyze open issues re settlement agreement (1.3); correspondence with mediation parties re same (.4); review revised settlement agreement (.6); correspondence with Z. Lanier re same (.2); correspondence with P. Anker re same (.2); analyze issues re same (.8). | 5.60 |
| 08/03/22 | ZDL | 020 | Revise 9019 motion (.9); correspond with S. Brauner re same and related agreement (.2); correspond with S. Brauner and D. Chapman re same (.4). | 1.50 |
| 08/04/22 | DLC | 020 | Revise sections of 9019 motion (1.2); revise bar order (.5); correspond with S. Brauner and Z. Lanier re 9019 motion (.5). | 2.20 |
| 08/04/22 | SLB | 020 | Continue to revise 9019 motion (1.6); correspondence with Z. Lanier and D. Chapman re same (.5); correspondence with G. Fail and A. Hwang (Weil) re same (.8); correspondence with mediation parties re settlement agreement (.4); analyze issues re same (.5); correspondence with Designees re status and next steps in connection with proposed settlement (.3). | 4.10 |
| 08/04/22 | ZDL | 020 | Revise 9019 motion (1.9); correspondence with S. Brauner and D. Chapman re same (.5). | 2.40 |
| 08/05/22 | DLC | 020 | Participate in calls with mediation parties re: settlement agreement (1.9); participate in call with Debtors re: 9019 motion (.5); correspond with S. Brauner and Z. Lanier in connection with same (.4). | 2.80 |
| 08/05/22 | SLB | 020 | Various calls with mediation parties re settlement agreement (1.9); correspondence with mediation parties re same (.8); analyze issues re same (1.4); review revised draft of same (.8); revise 9019 motion (1.7); correspondence with Z. Lanier and D. Chapman re open issues in connection with same (.4); analyze same (.5). | 7.50 |
| 08/05/22 | ZDL | 020 | Call with Weil on 9019 motion (.5); revise same (.5); correspond with S. Brauner and D. Chapman re same (.4). | 1.40 |
| 08/06/22 | DLC | 020 | Email with Debtors re: claims and causes of action asserted in Adversary Complaint. | 0.40 |
| 08/06/22 | SLB | 020 | Correspondence with G. Fail re settlement and related issues (.2); analyze same (.4). | 0.60 |
| 08/07/22 | DLC | 020 | Review new cases implicating issues implicated in Adv. Complaint. | 0.40 |
| 08/07/22 | SLB | 020 | Prepare materials in connection with settlement motion and agreement (2.2); correspondence with mediation parties re same (.4); correspondence with Designees re same (.3); correspondence with G. Fail re open issues in connection with same (.2); analyze same (.6); correspondence with PBGC counsel re same (.3). | 4.00 |
| 08/08/22 | ISD | 020 | Review and analyze settlement motion and agreement (.7); confer with S. Brauner re same (.2). | 1.10 |
| 08/08/22 | DLC | 020 | Revise sections of 9019 motion (1.1); confer with S. Brauner and Z. Lanier re: same (.3); revise Bartels declaration ISO 9019 settlement motion (.8); confer with P. Bartels re: same (.2); review materials re: settlement (.4). | 2.80 |
| 08/08/22 | JRW | 020 | Correspond with Brauner re: settlement agreement (.4); call with Weil re same (.3); analyze open tax issues in connection with settlement agreement (1.2). | 1.90 |
| 08/08/22 | SLB | 020 | Revise 9019 motion and related materials (2.9); analyze issues re same (.9); correspondence with mediation parties re same (.5); correspondence | 8.90 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--------|-------|
| | | | with G. Fail and A. Hwang re Debtor comments to same (.4); confer with D. Chapman and Z. Lanier re 9019 settlement motion (.3); analyzes issue re settlement agreement (1.5); correspondence J. Williams re settlement agreement (.4); participate on various calls with mediation parties re same (1.2); confer with I. Dizengoff re same (.4); calls with G. Fail re next steps in connection with the same (.4). | |
| 08/08/22 | ZDL | 020 | Revise settlement agreement (.8); revise settlement motion (1.3); confer with S. Brauner and D. Chapman re settlement motion (.3). | 2.40 |
| 08/09/22 | ISD | 020 | Continue to analyze settlement motion and agreement. | 1.00 |
| 08/09/22 | DLC | 020 | Review 9019 settlement agreement (.3); review declaration in support of same (.3); revise same (.7); confer with S. Brauner and Z. Lanier re: filing of same (.3); confer with experts and vendors re: settlement of case (1.2); review analysis from ASK re: public shareholders (.4); correspond with ASK re same (.2) draft correspondence to members of Akin team re same (.4). | 3.80 |
| 08/09/22 | JRW | 020 | Review NOL position in connection with 9019 settlement agreement (.5); review settlement agreement (1.1); review research re: tax and withholding issues (.7); attend call with Weil and local state tax counsel re same (.5); analyze issues re same (.6). | 3.40 |
| 08/09/22 | SLB | 020 | Revise and finalize 9019 motion, declaration and settlement agreement for filing (5.7); correspondence with Z. Lanier and J. Szydlo re same (.8); calls (1.6) with various mediation parties re same; analyze issues re same (1.5); correspondence with Designees re same (.3); confer with D. Chapman and Z. Lanier re same (.3). | 10.20 |
| 08/09/22 | ZDL | 020 | Review settlement agreement (.6); confer with S. Brauner and D. Chapman re same (.3); revise and finalize settlement motion (1.9); correspond with S. Brauner and J. Szydlo re same (.9). | 3.70 |
| 08/09/22 | JES | 020 | Review and revise 9019 settlement motion (2.0); correspond with S. Brauner and Z. Lanier re same (.6); coordinate filing 9019 settlement motion, settlement agreement and declaration in support of 9019 motion (.4); draft correspondence to Kroll re same (.5). | 3.50 |
| 08/10/22 | ISD | 020 | Analyze open issues re settlement (1.3); confer with S. Brauner re same (.4). | 1.70 |
| 08/10/22 | DLC | 020 | Review materials related to settlement agreement (.3); confer with experts and vendors re: same (.2); review ASK analysis re same (.4); follow-up correspondence with ASK re: same (.2). | 1.10 |
| 08/10/22 | JRW | 020 | Continue analyzing tax and withholding issues in connection with settlement agreement. | 0.90 |
| 08/10/22 | SLB | 020 | Correspondence with mediation parties re executed settlement agreement (.6); revise notice of filing re same (.4); correspondence with J. Szydlo re same (.2); analyze issues re 9019 motion (.9); confer with I. Dizengoff re same (.4); review letter for 507(b) appeal in connection with same (.2); correspondence with G. Fail and P. Anker re same (.2); correspondence with Designee re same (.3). | 3.20 |
| 08/10/22 | JES | 020 | Prepare notice of filing executed settlement agreement (.4); correspond with S. Brauner re same (.2). | 0.60 |
| 08/11/22 | ISD | 020 | Review waterfall issues (.9); call with S. Brauner re same (.2). | 1.10 |
| 08/11/22 | DLC | 020 | Review materials re: settlement (.2); confer with K. Casteel re: public shareholder defendants (.2). | 0.40 |
| 08/11/22 | SLB | 020 | Draft correspondence to R. Schrock and G. Fail re open issues in connection with settlement (.3); analyze same (.9); review materials in connection with the same and related waterfall (.4); confer with I. Dizengoff re same (.4). | 2.00 |
| 08/12/22 | SLB | 020 | Analyze open issues re settlement (.9); correspondence with counsel to PBGC re same (.2); review materials re same (.6). | 1.70 |
| 08/15/22 | DLC | 020 | Call with H5 re: document retention issues in connection with settlement agreement. | 0.30 |
| 08/15/22 | SLB | 020 | Correspondence with FTI re settlement and related analysis (.4); analyze | 4.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | issues re same (1.5); review materials re same (.9); correspondence with counsel to PBGC re same (.3); confer with counsel to PBGC re same (.5); correspondence with Weil team re same (.5). | |
| 08/16/22 | DLC | 020 | Review summary of confidentiality obligations in connection with entry into settlement agreement. | 0.40 |
| 08/16/22 | SLB | 020 | Analyze open issue re settlement and related matters (.8); review materials in connection with same (.5). | 1.30 |
| 08/17/22 | ISD | 020 | Analyze issues re settlement (.8); review correspondence from Weil team and S. Brauner re same (.6). | 1.40 |
| 08/17/22 | SLB | 020 | Analyze open issues re settlement (.9); correspondence with Weil (.2) and FTI (.4) re same; draft correspondence to mediator re same (.5); correspondence with I. Dizengoff re same (.2). | 2.20 |
| 08/18/22 | ISD | 020 | Analyze issues re waterfall and PBGC in connection with settlement. | 1.00 |
| 08/18/22 | SLB | 020 | Various calls with Debtors' advisors and counsel to PBGC re open settlement issues (1.2); follow-up correspondence with PBGC's counsel re same (.2); analyze same (1.4); review materials re same (.8); draft internal correspondence to members of FR and Lit teams re same (.4); correspondence with members of Weil team re same (.3). | 4.30 |
| 08/19/22 | ISD | 020 | Review correspondence from Weil and S. Brauner re settlement issues. | 0.70 |
| 08/19/22 | DLC | 020 | Confer with vendor re: settlement agreement (.2); review FTI materials re settlement agreement (.2). | 0.40 |
| 08/19/22 | SLB | 020 | Review and revise FTI waterfall analysis re settlement (1.5); confer with FTI re same (.3); correspondence with Debtors' advisors re same and related issues (.4); correspondence with counsel to PBGC re same (.3); analyze issues re settlement and related waterfall (.9); correspondence with P. Anker and G. Fail re settlement motion (.2). | 3.60 |
| 08/22/22 | SLB | 020 | Calls with G. Fail re settlement and related issues (.3); calls (.5) and correspondence (.3) with counsel to PBGC re same; analyze issues re same (.8); review materials re same (.6). | 2.50 |
| 08/23/22 | DLC | 020 | Review FTI waterfall analysis re: 9019 motion. | 0.30 |
| 08/23/22 | SLB | 020 | Correspondence with G. Fail, PBGC and P. Anker re settlement and related issues (.7); analyze issues re same (1.4); review and analyze revisions to order re same (.5); review responses to settlement motion (.8); correspondence (.2) and call (.3) with FTI re same; review correspondence between claimant and Debtors re same (.3). | 4.20 |
| 08/23/22 | JES | 020 | Review responses to 9019 settlement motion (.5); send same to members of Akin team (.1); summarize same for Akin team (.4). | 1.00 |
| 08/24/22 | DLC | 020 | Multiple calls with K. Casteel re: public shareholder defendants (.4); confer with defendant's counsel re: same (.2); review information on settling defendants (.2); confer with S. Brauner and P. Bartels re: declaration (.2). | 1.00 |
| 08/24/22 | SLB | 020 | Confer with Debtors' advisors and PBGC re settlement and related issues (1.0); follow-up correspondence with counsel to PBGC re same (.3); analyze issues re settlement and related issues (1.6); correspondence with Weil re same (.4); correspondence with P. Anker re same (.2); correspondence with conflicts counsel re same (.3); confer with P. Bartels and D. Chapman re same (.2). | 4.00 |
| 08/24/22 | JES | 020 | Review responses to 9019 settlement motion filed by parties in interest. | 0.40 |
| 08/25/22 | DMZ | 020 | Review memorandum re settlement agreement issues. | 0.10 |
| 08/25/22 | DLC | 020 | Review materials from ASK re: public shareholder defendants (.9); draft memorandum to team re: same and related settlement issues (.6); correspond with S. Brauner re settlement issues (.2). | 1.70 |
| 08/25/22 | SLB | 020 | Correspondence with P. Anker, G. Fail and B. Raynor re settlement issues (.3); analyze same (.8); correspondence with Designees re same (.2); correspondence with D. Chapman re same (.2). | 1.50 |
| 08/25/22 | JES | 020 | Draft correspondence to members of Akin FR and Lit teams re 9019 settlement motion. | 0.40 |
| 08/26/22 | DLC | 020 | Confer with ASK and team re: public shareholder defendants (.1); | 0.30 |

SEARS CREDITORS COMMITTEE                                                                    Page 7
Invoice Number: 2008621                                                                    10/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | review amended exhibit to settlement agreement (.2). | |
| 08/26/22 | SLB | 020 | Various correspondence with Weil team, PBGC and P. Anker re open settlement issues (.6); analyze issues re same (.8); review materials re same (.5); revise proposed order re same (.3); correspondence with J. Szydlo re same (.2); review correspondence between settlement parties re open issues (.4). | 2.80 |
| 08/26/22 | JES | 020 | Review Transform comments to proposed order granting 9019 settlement motion (.4); prepare amended version of same (.4); correspond with S. Brauner re same (.2). | 1.00 |
| 08/28/22 | DLC | 020 | Review (.6) and revise (.2) updated 9019 order and Liquidating Trust Agreement; confer with S. Brauner re: same (.3). | 1.10 |
| 08/28/22 | SLB | 020 | Revise proposed settlement order (.4); correspondence with Weil re same (.2); analyze issue re same (.1); confer with D. Chapman re same (.3). | 1.00 |
| 08/29/22 | DMZ | 020 | Call with members of FR and Lit teams re public shareholder issues in connection with 9019 settlement. | 0.30 |
| 08/29/22 | DLC | 020 | Analyze open issues re  public shareholder action (.6); correspondence with Debtors' counsel re: same (.5); confer with Debtors re: same (.3); confer with defendant's counsel re: same (.2); confer with ASK re: same (.3); confer with D. Zensky and S. Brauner re same (.3); draft talking points re same (.6). | 2.80 |
| 08/29/22 | SLB | 020 | Review and comment on materials for filing in connection with settlement agreement and motion (2.5); correspondence with mediation and related parties re same (.9); analyze issues re same (1.3); calls with members of Weil team re same (.7); correspondence with members of FR and Lit teams re public shareholder issues re settlement (.5); confer with D. Zensky and D. Chapman re same (.3). | 6.20 |
| 08/29/22 | JES | 020 | Draft notice of filing amended proposed order approving 9019 settlement agreement. | 0.60 |
| 08/30/22 | DMZ | 020 | Calls with Debtors' counsel re non-settling public shareholder defendants. | 0.30 |
| 08/30/22 | DK | 020 | Confer with J. Szydlo re filing of amended list of participating public shareholder defendants (.2); coordinate the above (.6); prepare amended list to be filed (.2); effect the above (.3); prepare status email for attorney team (.2). | 1.50 |
| 08/30/22 | DLC | 020 | Confer with S. Brauner re 9019 settlement agreement (.5); calls with defendant's counsel re same (.2); calls with Debtors' counsel re same (.5); analyze issues re public shareholder action (.2). | 1.40 |
| 08/30/22 | SLB | 020 | Review and revise materials related to settlement agreement and motion (2.6); coordinate filing of the same (.4); confer with D. Chapman re same (.5); correspondence with mediation and related parties re same (.9); analyze issues re same (.9); calls with G. Fail re same (.6); calls (.3) and correspondence (.4) with counsel to PBGC re same. | 6.60 |
| 08/30/22 | JES | 020 | Prepare notice of filing amended order approving settlement (.5); review amended order in connection with same (.7); prepare notice of filing amended exhibit to settlement agreement (.5); confer with D. Krasa re filing of same (.2); prepare notice of filing further amended order approving settlement motion (.4); review further amended order (.4); coordinate filing of same (.7); review settlement agreement, declaration ISO of same and 9019 motion in connection with same (1.5). | 4.90 |
| 08/31/22 | ISD | 020 | Review revised Cyrus and PBGC settlement constructs (.6); analyze issues re same (.5). | 1.10 |
| 08/31/22 | DK | 020 | Confer with J. Szydlo re filing of amended order approving 9019 settlement motion (.2); coordinate the above (.5); prepare proposed order to be filed (.2); effect the above (.3); prepare status email for attorney team (.2). | 1.40 |
| 08/31/22 | DLC | 020 | Confer with K. Casteel re: public shareholder action (.3); follow-up correspondence with Stout re: fees (.1). | 0.40 |

SEARS CREDITORS COMMITTEE                                                                 Page 8
Invoice Number: 2008621                                                                   10/12/22

| Date | Tkpr | Task | | Hours |
|------|------|------|--------------------------------------------------------------------|-------|
| 08/31/22 | JES | 020 | Prepare notice of filing amended order approving settlement motion (.5); confer with D. Krasa re same (.2); correspond with Weil re same (.5); revise notice per comments from Cyrus and PBGC (.9); review correspondence from mediation parties in connection with same (.6). | 2.70 |
| 08/01/22 | SLB | 022 | Analyze open ED issues (.4); correspondence with M3 re same (.2). | 0.60 |
| 08/04/22 | SLB | 022 | Calls (.8) and correspondence (.4) with UCC members re open plan issues and next steps; review plan and confirmation order in connection with the same (.7); correspondence with G. Fail re same (.3). | 2.20 |
| 08/15/22 | ISD | 022 | Analyze implementation issues in connection with effective date (1.5); review materials re same (1.0); confer with S. Brauner re same (.3). | 2.80 |
| 08/15/22 | SLB | 022 | Correspondence with M3 re effective date issues (.2); correspondence with Designees re same (.4); correspondence with FTI re same (.2); correspondence with Weil re same (.3);  correspondence with I. Dizengoff re same (.3). | 1.40 |
| 08/16/22 | SLB | 022 | Confer with C. Carty (Herrick) re various case issues related to effective date planning (.3); analyze issues re same (.9); correspondence with Weil team re same (.4). | 1.60 |
| 08/17/22 | SLB | 022 | Analyze open effective date issues (1.1); correspondence with Weil re same (.2). | 1.30 |
| 08/19/22 | SLB | 022 | Correspondence with UCC members re Effective Date issues (.4); analyze same (.4); correspondence with Weil re same (.3). | 1.10 |
| 08/20/22 | SLB | 022 | Correspondence with R. Schrock and G. Fail re ED issues and related analysis (.4); analyze same (.5). | 0.90 |
| 08/22/22 | SLB | 022 | Review correspondence from Weil re open ED issues (.2); analyze same (.6). | 0.80 |
| 08/23/22 | SLB | 022 | Correspondence with G. Fail re ED issues (.3); analyze issues re same (1.4). | 1.70 |
| 08/24/22 | SLB | 022 | Confer with FTI re ED issues (.3); correspondence (.3) and calls (.2) with Weil re same; analyze issues re same (.7); correspondence (.3) and calls (.4) with other estate professionals re same. | 2.20 |
| 08/25/22 | SLB | 022 | Analyze open ED issues. | 0.60 |
| 08/26/22 | SLB | 022 | Correspondence with Weil re ED issues (.2); analyze issues re same (.4); correspondence with UCC professionals re same (.2). | 0.80 |
| 08/28/22 | SLB | 022 | Review and comment on revised Trust Agreement (1.1); confer with D. Chapman re same and 9019 order (.3). | 1.40 |
| 08/28/22 | SLB | 022 | Draft correspondence to members of FR and Lit teams re ED issues (.3); correspondence with Weil re same (.3); analyze issues re ED (.7); review and revise Liquidating Trust Agreement (1.4). | 2.70 |
| 08/28/22 | ZDL | 022 | Review revised LTA. | 0.90 |
| 08/30/22 | SLB | 022 | Correspondence with creditors re ED issues (.3); calls with counsel to IT re same (.3); follow-up correspondence with Weil re same (.2). | 0.80 |
| 08/31/22 | SLB | 022 | Analyze ED issues (.8); correspondence with UCC members (.2) and creditors (.2) re same. | 1.20 |
| 08/01/22 | SLB | 023 | Review correspondence re Transform document storage issues from R. Schrock and counsel to Transform. | 0.30 |
| 08/08/22 | ISD | 023 | Review and analysis of open issues re Transform sale. | 0.30 |
| 08/11/22 | SLB | 023 | Analyze asset sale proposal (.2); respond to M3 re same (.1). | 0.30 |
| 08/31/22 | ZDL | 023 | Call with Transform's counsel on APA issues (.3); analyze same (.4); emails with objecting parties regarding language for sale order (.3); review sale order (.6); call with S. Cho on sale (.3). | 1.90 |

Total Hours

303.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|-----|------------|---|-------------|
| D M  ZENSKY | 2.10 | at | $1775.00 | = | $3,727.50 |
| I S  DIZENGOFF | 22.30 | at | $1775.00 | = | $39,582.50 |

SEARS CREDITORS COMMITTEE                                                        Page 9
Invoice Number: 2008621                                                        10/12/22

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D L  CHAPMAN | 30.90 | at | $1400.00 | = | $43,260.00 |
| J R  WILLIAMS | 6.20 | at | $1435.00 | = | $8,897.00 |
| S L  BRAUNER | 156.30 | at | $1400.00 | = | $218,820.00 |
| Z D  LANIER | 24.80 | at | $1095.00 | = | $27,156.00 |
| J E  SZYDLO | 53.20 | at | $965.00 | = | $51,338.00 |
| D K  KRASA | 7.40 | at | $475.00 | = | $3,515.00 |

Current Fees                                                        $396,296.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $87.91 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $497.92 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,461.09 |
| Professional Fees - Miscellaneous | $96,984.58 |
| Local Transportation - Overtime | $126.13 |

Current Expenses                                                        $99,157.63

| Date | | Value |
|---|---|---|
| 02/28/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000803517 DATE: 2/28/2022 Data Hosting (GB); hosting project management (hrs); user fees (Users) | $15,441.03 |
| 04/30/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000810191 DATE: 4/30/2022 Fees for data hosting, project management, user fees. | $18,895.70 |
| 05/31/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000812145 DATE: 5/31/2022 Data Hosting (GB); User Fees (Users) | $15,595.30 |
| 06/30/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000815187 DATE: 6/30/2022 Data Hosting (GB); User Fees (Users) | $15,595.30 |
| 07/31/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000818473 DATE: 7/31/2022 Data Hosting, User Fees | $15,595.30 |
| 08/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: | $32.83 |

**<u>Exhibit D</u>**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research – Other | 87.91 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 1,461.09 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 497.92 |
| Professional Fees - Miscellaneous | 96,984.58 |
| Local Transportation - Overtime | 126.13 |
| **TOTAL:** | **99,157.63** |

## **Exhibit E**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                                    Page 9
Invoice Number: 2008621                                                                     10/12/22

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D L  CHAPMAN | 30.90 | at | $1400.00 | = | $43,260.00 |
| J R  WILLIAMS | 6.20 | at | $1435.00 | = | $8,897.00 |
| S L  BRAUNER | 156.30 | at | $1400.00 | = | $218,820.00 |
| Z D  LANIER | 24.80 | at | $1095.00 | = | $27,156.00 |
| J E  SZYDLO | 53.20 | at | $965.00 | = | $51,338.00 |
| D K  KRASA | 7.40 | at | $475.00 | = | $3,515.00 |

|  | | | | | |
|---|---|---|---|---|---|
| Current Fees | | | | | $396,296.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $87.91 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $497.92 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,461.09 |
| Professional Fees - Miscellaneous | $96,984.58 |
| Local Transportation - Overtime | $126.13 |

| | |
|---|---|
| Current Expenses | $99,157.63 |

| Date | | Value |
|---|---|---|
| 02/28/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000803517 DATE: 2/28/2022 Data Hosting (GB); hosting project management (hrs); user fees (Users) | $15,441.03 |
| 04/30/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000810191 DATE: 4/30/2022 Fees for data hosting, project management, user fees. | $18,895.70 |
| 05/31/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000812145 DATE: 5/31/2022 Data Hosting (GB); User Fees (Users) | $15,595.30 |
| 06/30/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000815187 DATE: 6/30/2022 Data Hosting (GB); User Fees (Users) | $15,595.30 |
| 07/31/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000818473 DATE: 7/31/2022 Data Hosting, User Fees | $15,595.30 |
| 08/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: | $32.83 |

| | | |
|---|---|---|
| | ACKER-RAMIREZ REFUGIO Date: 8/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 08/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.10 |
| 08/02/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 08/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 08/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 08/04/22 | Local Transportation - Overtime VENDOR: JOSEPH E. SZYDLO INVOICE#: 5332526908081402 DATE: 8/8/2022 Working Late in Office Taxi/Car/etc, 08/04/22, Late Uber Home After Working in Office on Sears Final Fee Application., Uber | $57.26 |
| 08/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $22.12 |

| | | |
|---|---|---|
| | COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | |
| 08/08/22 | Local Transportation - Overtime VENDOR: SARA L. BRAUNER INVOICE#: 5340935708111405 DATE: 8/11/2022 Working Late in Office Taxi/Car/etc, 08/08/22, Late taxi from office to home after working on Sears related matters, Curb | $24.36 |
| 08/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 08/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.13 |
| 08/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 08/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 08/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/11/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |

SEARS CREDITORS COMMITTEE
Invoice Number: 2008621

| 08/11/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/11/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 08/12/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 08/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/16/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 08/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 08/17/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $57.46 |

SEARS CREDITORS COMMITTEE
Invoice Number: 2008621

| Date | Description | Amount |
|------|-------------|--------|
| | DORIS Date: 8/18/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 08/19/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.12 |
| 08/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 08/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 08/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 08/24/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/25/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/25/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |

| Date | Description | Amount |
|---|---|---|
| 08/26/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 08/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/30/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 08/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/30/22 | Local Transportation - Overtime VENDOR: SARA L. BRAUNER INVOICE#: 5377937108311803 DATE: 8/31/2022 Working Late in Office Taxi/Car/etc, 08/30/22, Late uber from office after working on Sears related matters., Uber | $44.51 |
| 08/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 8/31/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 08/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/31/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 08/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 8/31/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 08/31/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 2.0 | $11.07 |
| 08/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2208 DATE: 8/31/2022 - Document retrieval in various courts | $59.06 |

SEARS CREDITORS COMMITTEE                                                      Page 15
Invoice Number: 2008621                                                       10/12/22

| | | |
|---|---|---|
| 08/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2208 DATE: 8/31/2022 - Document retrieval in various courts | $1.52 |
| 08/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2208 DATE: 8/31/2022 - Document retrieval in various courts | $17.53 |
| 08/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2208 DATE: 8/31/2022 - Document retrieval in various courts | $4.90 |
| 08/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2208 DATE: 8/31/2022 - Document retrieval in various courts | $4.90 |
| 08/31/22 | Professional Fees - Miscellaneous VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000821356 DATE: 8/31/2022 Data Hosting , Hosting Project Management; User Fees | $15,861.95 |

Current Expenses                                                              $99,157.63

**Total Amount of This Invoice**                                         **$495,453.63**



# Invoice

51 University St #400 | Seattle, WA 98101
206.233.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

Invoice Number: INV000803517

Invoice Date: 2/28/2022

Billing Contact:

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Terms: Payment due on receipt

Client PO Number:

Service Date: 2/1/2022 - 2/28/2022

LH Internal Ref: 5371NS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.10 | GB | $9.00 | $15,021.90 |
| Hosting Project Management (Hours) | 0.50 | Hr | $185.00 | $92.50 |
| User Fees (Users) | 4.00 | User | $75.00 | $300.00 |
| **Subtotal** | | | | $15,414.40 |
| **Sales Tax** | | | | $26.63 |
| **Invoice Total** | | | | $15,441.03 |

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
2000 Clayton Rd Bldg D
Concord, CA 94520-2400

Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**
**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc**



# Invoice

Invoice Number: INV000810191

Invoice Date: 4/30/2022

Billing Contact:

Terms: Payment due on receipt

Client PO Number: Due upon receipt

Service Date: 4/1/2022 - 4/30/2022

LH Internal Ref: 5371NS

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| Hosting Project Management (Hours) | 17.84 | Hr | $185.00 | $3,300.40 |
| User Fees (Users) | 7.00 | User | $75.00 | $525.00 |
| **Subtotal** | | | | $18,849.10 |
| **Sales Tax** | | | | $46.60 |
| **Invoice Total** | | | | $18,895.70 |

---

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:  BOFAUS6S

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.
Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc



# Invoice

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

Invoice Number: INV000812145

Invoice Date: 5/31/2022

Billing Contact:

Terms: Payment due on receipt

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Client PO Number:

Service Date: 5/1/2022 - 5/31/2022

LH Internal Ref: 5371NS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| User Fees (Users) | 7.00 | User | $75.00 | $525.00 |
| **Subtotal** | | | | $15,548.70 |
| **Sales Tax** | | | | $46.60 |
| **Invoice Total** | | | | $15,595.30 |

---

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:  BOFAUS6S

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**
**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc**



# Invoice

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

Invoice Number: INV000815187

Invoice Date: 6/30/2022

Billing Contact:

Terms: Payment due on receipt

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Client PO Number:

Service Date: 6/1/2022 - 6/30/2022

LH Internal Ref: 5371NS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| User Fees (Users) | 7.00 | User | $75.00 | $525.00 |

| | |
|---|---|
| **Subtotal** | $15,548.70 |
| **Sales Tax** | $46.60 |
| **Invoice Total** | $15,595.30 |

---

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #: 138110584278    ABA Routing #:125000024
Swift Code: BOFAUS3N

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

---

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.
Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc



# Invoice

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

Invoice Number: INV000818473

Invoice Date: 7/31/2022

Billing Contact:

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Terms: Payment due on receipt

Client PO Number:

Service Date: 7/1/2022 - 7/31/2022

LH Internal Ref: 5371NS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| User Fees (Users) | 7.00 | User | $75.00 | $525.00 |
| **Subtotal** | | | | $15,548.70 |
| **Sales Tax** | | | | $46.60 |
| **Invoice Total** | | | | $15,595.30 |

---

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:  BOFAUS3N

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

*Lighthouse eDiscovery does not accept responsibility for third party billing.*
*Past due accounts will be charged interest at the rate of 1.5% per month.*
*Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc*

 **LIGHTHOUSE**

# Invoice

Invoice Number: INV000821356

Invoice Date: 8/31/2022

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

Billing Contact:

Terms: Payment due on receipt

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Client PO Number:

Service Date: 8/1/2022 - 8/31/2022

LH Internal Ref: 5371NS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| Hosting Project Management (Hours) | 1.00 | Hr | $185.00 | $185.00 |
| User Fees (Users) | 8.00 | User | $75.00 | $600.00 |
| **Subtotal** | | | | $15,808.70 |
| **Sales Tax** | | | | $53.25 |
| **Invoice Total** | | | | $15,861.95 |

---

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:  BOFAUS3N

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

---

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.
Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc