UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Sears Holdings Corporation

                                 Debtor

Case No.: 18-23538
Chapter 11

------------------------------------------------------------x

                                Plaintiff

Adversary Proceeding No.: _____

v.

                                Defendant

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Terence F. Traverso, to be admitted, ***pro hac vice***, to represent Shelley S. Hawkins, (the "Client") a party-in-interest in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Washington (state) and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that Terence F. Traverso, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 14, 2022
  White Plains, New York

/s/ Sean H. Lane
UNITED STATES BANKRUPTCY JUDGE