# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                         Case Number: <u>18-23538</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the Allowed claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>                                  <u>SOS Maintenance Inc.</u>
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>N/A</u>
should be sent:                                       Ballot ID Number: <u>182353801041172</u>
                                                      Allowed Claim Amount: <u>USD$59,330.31</u>
                                                      Date Claim Filed: <u>N/A</u>

TRC MASTER FUND LLC
Attn: Terrel Ross                                     Phone: <u>(718) 323-1861</u>
PO BOX 633                                            Last four digits of Acct.#  <u>N/A</u>
Woodmere, NY 11598
                                                      Name and Current Address of Transferor:

Phone: <u>516-255-1801</u>                              SOS Maintenance Inc.
Last four digits of Acct#:  <u>N/A</u>                  71-19 80th St
                                                      Glendale, NY 11385
Name and address where transferee payments
should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:   <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                              Date: <u>October   16  </u>, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
         Southern District of New Yok
         Attention: Clerk

AND TO:  Sears Holding Corporation, et al (Debtor)
           Case No. 18-23538
           (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

<u>Claim # N/A</u>
<u>Ballot ID #182353801041172</u>

**SOS Maintenance Inc.,** its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("<u>Assignee</u>"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Allowed Administrative Claim in the amount of USD$59,330.31** ("<u>Claim</u>"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __12__ DAY OF __10__, 2022.

ASSIGNOR: SOS Maintenance Inc.          ASSIGNEE: TRC MASTER FUND LLC

*Pete Sepulveda* (DocuSigned)          *TR*
(Signature)                                       (Signature)

Pete Sepulveda                           Terrel Ross
(Print Name)                                   (Print Name)

CEO                                              Managing Member
(Title)                                               (Title)

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Settled Administrative | Estimated Fourth Distribution |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Claim Amount | Amount |
| 126. | SHANGHAI FOCHIER INTL TRADE CO LTD | 182353801043035 | $138,103.48 | $17,938.16 |
| 127. | SIMON PROPERTY GROUP, L.P. | 182353801018176 | $47,686.72 | $6,193.99 |
| 128. | SOFTWARE AG USA INC | 182353801041168 | $84,351.87 | $10,956.41 |
| 129. | SOS MAINTENANCE INC | 182353801041172 | $59,330.31 | $7,706.38 |
| 130. | STAPLES INC | 182353801041214 | $382,952.05 | $49,741.35 |
| 131. | STAPLES NATIONAL ADVANTAGE | 182353801018969 | $273,264.18 | $35,494.09 |
| 132. | STIG JIANGSU LIGHT & TEXTILE | 182353801017472 | $320,097.08 | $41,577.16 |
| 133. | SUMIT TEXTILE INDUSTRIES | 182353801017033 | $94,381.64 | $12,259.16 |
| 134. | SUN VALLEY CONSTRUCTION OF MICHIGAN | 182353801041216 | $67,326.00 | $8,744.92 |
| 135. | SUNBEAM PRODUCTS, INC. | 182353801041219 | $79,685.64 | $10,350.31 |
| 136. | SUNSHINE MILLS INC | 182353801020524 | $156,333.08 | $20,305.98 |
| 137. | SUZHOU KAILAI TRADING CO LTD | 182353801043103 | $147,383.76 | $19,143.56 |
| 138. | SYNERGETIC STAFFING, LLC | 182353801047332 | $96,017.35 | $12,471.63 |
| 139. | TEGRETE CORPORATION | 182353801040783 | $62,662.79 | $8,139.23 |
| 140. | TF LLC | 182353801018492 | $51,460.45 | $6,684.16 |
| 141. | T-FAL/WEAREVER | 182353801020652 | $160,921.64 | $20,901.99 |
| 142. | THE SEGERDAHL CORP. | 182353801041302 | $107,735.77 | $11,032.83 |
| 143. | TRC MASTER FUND LLC AS TRANSFEREE OF ABRIM ENTERPRISES, INC. | 182353801017130 | $76,376.00 | $9,920.42 |
| 144. | TRC MASTER FUND LLC AS TRANSFEREE OF CHERVON (HK) LTD. | 182353801039832 | $351,112.25 | $45,605.72 |
| 145. | TRC MASTER FUND LLC AS TRANSFEREE OF IN GEAR FASHIONS INC | 182353801015414 | $85,995.50 | $11,169.88 |
| 146. | TRC MASTER FUND LLC AS TRANSFEREE OF RENAISSANCE IMPORTS, INC. | 182353801018591 | $97,135.30 | $12,616.83 |
| 147. | TULIP HOME MANUFACTURE CO., LTD | 182353801043467 | $166,913.46 | $21,680.39 |
| 148. | TUP 130,LLC | 182353801018155 | $58,824.23 | $7,640.64 |
| 149. | UE 839 NEW YORK AVENUE LLC | 182353801043352 | $80,278.17 | $10,427.27 |
| 150. | URBAN EDGE CAGUAS LP | 182353801043353 | $144,260.76 | $18,737.92 |
| 151. | VOGUE TEX | 182353801043190 | $147,365.54 | $19,141.20 |
| 152. | WEIHAI LIANQIAO INT'L. COOP. GROUP CO., LTD. | 182353801018202 | $509,027.63 | $66,117.24 |
| 153. | WESTFALL TOWN CENTER JV | 182353801018438 | $47,531.27 | $6,173.81 |
| 154. | WESTPORT CORPORATION | 182353801021231 | $139,623.57 | $18,135.61 |
| 155. | WING HING SHOES FACTORY LIMITED | 182353801156410 | $113,164.43 | $14,698.84 |
| 156. | WPG WESTSHORE LLC | 182353801018435 | $100,021.46 | $12,991.71 |
| 157. | ZHEJIANG FANSL CLOTHING CO. LTD. | 182353801043483 | $491,803.23 | $63,879.95 |
| 158. | ZURU LLC | 182353801017847 | $172,941.64 | $22,463.26 |
| **Total:** | | | **$42,385,890.40** | **$5,491,373.42** |