# **EXHIBIT C**

## **MIGUEL DECLARATION**

**MALCOLM LAW FIRM PLLC**
Sean B. Malcolm, WSBA #36245
8201 164th Ave NE, Ste. 200
Redmond, WA 98052
Telephone: (206) 659-9514
Email: sean@kirklandtriallawyer.com

*Counsel to Edwin G. Miguel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**SEARS HOLDINGS CORPORATION**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (SHL)<br><br>(Jointly Administered) |

**DECLARATION OF EDWIN G. MIGUEL IN SUPPORT OF OBJECTION OF SHELLEY S. HAWKINS TO MOTION OF THE CHUBB COMPANIES FOR ENTRY OF AN ORDER (I) RULING THAT DEFAULT JUDGMENT, SETTLEMENT AGREEMENTS AND STATE COURT ORDERS ARE EACH VOID AB INITIO PURSUANT TO 11 U.S.C. §§ 105(a) AND 362(a) AND WITHOUT EFFECT; AND (II) GRANTING RELATED RELIEF**

Edwin G. Miguel, pursuant to 28 U.S.C. § 1746, being of full age, hereby declares as follows:

1. I am a defendant in state court litigation brought by Shelley S. Hawkins.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816

1

2.  I submit this declaration in support of the *Objection of Shelley S. Hawkins to Motion of the Chubb Companies for Entry of an Order (I) Ruling that Default Judgment, Settlement Agreements and State Court Orders are Each Void* Ab Initio *Pursuant to 11 U.S.C. §§ 105(a) and 362(a) and (II) Granting Related Relief* (the "Objection"). Capitalized terms used herein are intended to have the same meanings ascribed to such terms in the Objection.

3.  In or around October 2020, I signed what the Objection refers to as the First Settlement Agreement. I did so freely and voluntarily, on advice of counsel.

4.  In or around June 2021, I executed what the Objection refers to as the Second Settlement Agreement and the Confession of Judgment. I did so freely and voluntarily, on advice of counsel.

5.  I did not, in any way, enter into either the First Settlement Agreement, the Second Settlement Agreement, or the Confession of Judgment for an improper purpose or as a result of coercion or harassment. Upon advice of counsel, I determined, in both cases, that settling with Hawkins would help me protect my personal assets and avoid bankruptcy, and was therefore in my best interests. The Settlement Agreements were not based, in whole or in part, upon the default judgment.

6.  Before signing the Agreements and Confession of Judgment, my insurance company never defended me or offered me any protection or legal advice with respect to the lawsuit brought against me by Shelley Hawkins.

7.  I oppose the insurance company's motion to void the Second Settlement Agreement, which I negotiated and executed upon the advice, and with the assistance of, my personal lawyer.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 14th day of October, 2022 at Bothell, Washington.

_____
Edwin G. Miguel

*[Signature Page to Miguel Declaration]*