UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.,

                   Debtor

Case No.: 18-23538

Chapter 11

---------------------------------------------------------------x

                   Plaintiff

              v.

                   Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lloyd Bernstein, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent The Chubb Companies, a party-in-interest in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Oregon and, if applicable, the bar of the U.S. District Court for the District of Oregon.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10-20-22
Portland, Oregon, New York

s/ Lloyd Bernstein
*Mailing Address*:
One SW Columbia Street
Suite 800
Portland, OR 97204
*E-mail address*: lloyd.bernstein@bulliva
*Telephone number*: (503) 228-6351