UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al

                                                       Debtor

Case No.: 18-23538 (SHL)

Chapter 11

-----------------------------------------------------------------x

Adversary Proceeding No.: _____

                                                Plaintiff

v.

                                                Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of  Lloyd Bernstein , to be admitted, ***pro hac vice***, to represent  The Chubb Companies , (the "Client") a  party-in-interest  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Oregon  and, if applicable, the bar of the U.S. District Court for the _____ District of  Oregon , it is hereby

      **ORDERED**, that  Lloyd Bernstein , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                              UNITED STATES BANKRUPTCY JUDGE