UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al

Debtor

Case No.: 18-23538 (SHL)

Chapter 11

-------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Lloyd Bernstein, to be admitted, ***pro hac vice***, to represent The Chubb Companies, (the "Client") a party-in-interest in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Oregon and, if applicable, the bar of the U.S. District Court for the _____ District of Oregon, it is hereby

**ORDERED**, that Lloyd Bernstein, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 20, 2022
White Plains, New York

/s/ ***Sean H. Lane***

UNITED STATES BANKRUPTCY JUDGE