WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh
Jared R. Friedmann

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|                                                   :
In re                                              :
                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,          :
                                                   :    **Case No. 18-23538 (SHL)**
                                                   :
          Debtors.[1]                              :    **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**TO BE CONDUCTED THROUGH ZOOM ON OCTOBER 25, 2022 AT 2:00 P.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601-4140

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.**

I.     **OMNIBUS OBJECTIONS:**

1. Debtors' Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims) **[ECF No. 10618]**

    Response Deadline:   September 20, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed:   None.

    Related Documents:

    A.   Certificate of No Objection **[ECF No. 10652]**

    B.   Notice of Hearing **[ECF No. 10671]**

    Status:  This matter is going forward only for the claims that are uncontested. Any responses received have been adjourned to a date to be determined.

2. Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims) **[ECF No. 10619]**

    Response Deadline:   September 20, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed:   None.

    Related Documents:

    A.   Certificate of No Objection **[ECF No. 10653]**

    B.   Notice of Hearing **[ECF No. 10671]**

    Status:  This matter is going forward only for the claims that are uncontested. Any responses received have been adjourned to a date to be determined.

3. Debtors' Fiftieth Omnibus Objection to Proofs of Claim (Reclassify Claims) **[ECF No. 10620]**

    Response Deadline:   September 20, 2022 at 4:00 p.m. (Eastern Time)

Responses Filed:     None.

Related Documents:

    A.    Certificate of No Objection **[ECF No. 10654]**

    B.    Notice of Hearing **[ECF No. 10671]**

Status:  This matter is going forward only for the claims that are uncontested. Any responses received have been adjourned to a date to be determined.

Dated:  October 24, 2022
       New York, New York

                                        /s/ Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        Garrett A. Fail
                                        Sunny Singh
                                        Jared R. Friedmann

                                        *Attorneys for Debtors and*
                                        *Debtors in Possession*