AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**FORTY-EIGHTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | September 1, 2022 through September 30, 2022 |
| Monthly Fees Incurred: | **$37,425.50** |
| 20% Holdback: | **$7,485.10** |
| Total Compensation Less 20% Holdback: | **$29,940.40** |
| Monthly Expenses Incurred: | **$1,959.03** |
| Total Fees and Expenses Requested: | **$31,899.43** |

This is a __x__ monthly____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Eighth Monthly Fee Statement") covering the period from September 1, 2022 through and including September 30, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Eighth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($39,384.53) reflects voluntary reductions for the Compensation Period of $14,827.50 in fees and $972.87 in expenses.

2

compensation in the amount of $29,940.40 (80% of $37,425.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,959.03 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Forty-Eighth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

4

Objections to this Forty-Eighth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **November 8, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Forty-Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Eighth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York
October 24, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/     Ira S. Dizengoff*
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
        pdublin@akingump.com
        sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.*

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 20.70 | 28,980.00 |
| Ira Dizengoff | Financial Restructuring | 1993 | 1,775.00 | 0.30 | 532.50 |
| **Total Partner** | | | | **21.00** | **29,512.50** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 8.20 | 7,913.00 |
| **Total Associates and Staff Attorneys** | | | | **8.20** | **7,913.00** |
| **Total Hours / Fees Requested** | | | | **29.20** | **37,425.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,405.36 | 21.00 | 29,512.50 |
| Associates | 965.00 | 8.20 | 7,913.00 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 1,281.70 | | |
| **Total Fees Incurred** | | **29.20** | **37,425.50** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 7.50 | 7,846.50 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 2.30 | 2,306.50 |
| 20 | Jointly Asserted Causes of Action | 12.20 | 17,192.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 7.00 | 9,800.00 |
| 23 | Asset Dispositions/363 Asset Sales | 0.20 | 280.00 |
| | **TOTAL:** | **29.20** | **37,425.50** |

**Exhibit C**

**Itemized Fees**



Akin Gump
Strauss Hauer & Feld LLP

| | |
|---|---|
| SEARS CREDITORS COMMITTEE | |
| CHIEF RESTRUCTURING OFFICER | |
| SEARS HOLDING CORP. | |
| 3333 BEVERLY ROAD | |
| HOFFMAN ESTATES, IL 60179 | |
| ATTN: ROBERT  RIECKER | |

| | |
|---|---|
| Invoice Number | 2010255 |
| Invoice Date | 10/24/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 7.50 | $7,846.50 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 2.30 | $2,306.50 |
| 020 | Jointly Asserted Causes of Action | 12.20 | $17,192.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 7.00 | $9,800.00 |
| 023 | Asset Dispositions/363 Asset Sales | 0.20 | $280.00 |
| | TOTAL | 29.20 | $37,425.50 |

SEARS CREDITORS COMMITTEE                                                                                    Page 2
Invoice Number: 2010255                                                                                      10/24/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/12/22 | JES | 003 | Review invoice for privilege and confidentiality. | 1.10 |
| 09/19/22 | JES | 003 | Review invoice for privilege and confidentiality (1.8); correspond with Akin accounting team re same (.3). | 2.10 |
| 09/20/22 | JES | 003 | Review invoice for privilege and confidentiality (.8); correspond with Akin accounting team re same (.2). | 1.00 |
| 09/23/22 | JES | 003 | Review invoice for privilege and confidentiality. | 1.90 |
| 09/27/22 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines. | 1.40 |
| 09/13/22 | JES | 007 | Calls with creditors re case updates and inquiries. | 0.70 |
| 09/15/22 | JES | 007 | Respond to creditor inquiries re cases status. | 0.60 |
| 09/16/22 | JES | 007 | Respond to creditor inquiries re cases status. | 0.80 |
| 09/27/22 | SLB | 007 | Draft correspondence to J. Szydlo re claimant inquiries (.1); review same (.1). | 0.20 |
| 09/01/22 | SLB | 020 | Multiple calls with counsel to Debtors, Cyrus and PBGC re settlement order and related issues (1.4); analyze issues re same (1.6); review materials re same (.5); correspondence with such parties re same (.8); revise order re same (.4); review comments to same (.4); correspondence with K. Casteel re same (.3); correspondence with mediation parties re same (.2). | 5.60 |
| 09/02/22 | SLB | 020 | Correspondence with counsel to mediation parties and PBGC re revised order and related issues (.8); confer with G. Fail re same (.2); analyze issues re same (1.5); review revisions to same (.3). | 2.80 |
| 09/06/22 | ISD | 020 | Review correspondence from S. Brauner and other settlement parties re status and open settlement issues. | 0.30 |
| 09/06/22 | SLB | 020 | Review and revise notice of filing amended exhibit to Settlement Agreement (.4); correspondence with settlement parties re same (.3). | 0.70 |
| 09/09/22 | SLB | 020 | Review relevant dates in settlement motion, order and notice of presentment and analyze issues re same. | 0.70 |
| 09/14/22 | SLB | 020 | Correspondence with P. Anker re amended exhibit to settlement agreement (.2); review same (.2); review and comment on draft notice re same (.2). | 0.60 |
| 09/30/22 | SLB | 020 | Correspondence with K. Casteel (ASK) re settlement agreement and related triggers (.3); review materials re same (.4); analyze issues re same (.8). | 1.50 |
| 09/13/22 | SLB | 022 | Draft correspondence to G. Fail re ED issues. (.2); correspondence with other parties in interest re same (.2); review materials re same (.4). | 0.80 |
| 09/15/22 | SLB | 022 | Correspondence with Weil re case status and ED issues. | 0.30 |
| 09/21/22 | SLB | 022 | Correspondence with M3 and Weil re ED issues (.3); correspondence with parties in interest re same (.2). | 0.50 |
| 09/27/22 | SLB | 022 | Correspondence with Debtors and other parties in interest re ED and related issues. | 0.70 |
| 09/28/22 | SLB | 022 | Confer with G. Fail re ED and related issues (.2); correspondence with creditor parties re same (.2); analyze issue re same (.8). | 1.20 |
| 09/29/22 | SLB | 022 | Correspondence with parties in interest re ED issues (.7); correspondence with Weil re same (.2); analyze issue re same (.6); draft correspondence to members of FR and Lit teams re ED issues (.4); follow-up internal correspondence re same (.2). | 2.30 |
| 09/30/22 | SLB | 022 | Analyze ED issues (.7); review materials re same (.5). | 1.20 |
| 09/24/22 | SLB | 023 | Review proposed RE sale correspondence from M3 and respond to same. | 0.20 |

Total Hours                                                                     29.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| I S  DIZENGOFF | 0.30 | at | $1775.00 | = | $532.50 |

SEARS CREDITORS COMMITTEE

Page 3

Invoice Number: 2010255

10/24/22

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S L  BRAUNER | 20.70 | at | $1400.00 | = | $28,980.00 |
| J E  SZYDLO | 8.20 | at | $965.00 | = | $7,913.00 |

Current Fees

$37,425.50

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Computerized Legal Research - Other | $73.16 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $442.99 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,236.48 |
| Transcripts | $206.40 |

Current Expenses

$1,959.03

| Date | | Value |
|---|---|---|
| 09/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 09/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.18 |
| 09/02/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 09/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 09/06/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 6016061 DATE: 9/6/2022 Transcriber fee for transcript of August 31, 2022 hearing. | $206.40 |
| 09/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 09/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: | $22.14 |

## Exhibit D

### Disbursement Summary

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Other | 73.16 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 1,236.48 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 442.99 |
| Transcripts | 206.40 |
| **TOTAL:** | **1,959.03** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE

Invoice Number: 2010255

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S L BRAUNER | 20.70 | at | $1400.00 | = | $28,980.00 |
| J E SZYDLO | 8.20 | at | $965.00 | = | $7,913.00 |

Current Fees

$37,425.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|---|
| Computerized Legal Research - Other | $73.16 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $442.99 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,236.48 |
| Transcripts | $206.40 |

Current Expenses

$1,959.03

| Date | | Value |
|---|---|---|
| 09/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 09/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.18 |
| 09/02/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 09/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 09/06/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 6016061 DATE: 9/6/2022 Transcriber fee for transcript of August 31, 2022 hearing. | $206.40 |
| 09/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 09/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: | $22.14 |

|  |  |  |
|---|---|---|
|  | NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 |  |
| 09/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 9/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |
| 09/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 9/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 09/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 9/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 09/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 9/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 09/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 09/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.15 |
| 09/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 9/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 09/12/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/13/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 9/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 09/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: ACKER-RAMIREZ REFUGIO Date: 9/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $24.63 |

| 09/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 09/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 09/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 09/16/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 09/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $32.83 |
| 09/19/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 09/20/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14 |
| 09/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 09/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $23.10 |
| 09/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $84.70 |

|          |                                                                                                                                                          |         |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|          | DORIS Date: 9/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0                                                                                             |         |
| 09/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0                  | $7.70   |
| 09/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61  |
| 09/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61  |
| 09/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0                  | $53.90  |
| 09/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61  |
| 09/26/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14  |
| 09/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0     | $32.83  |
| 09/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 9/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0     | $90.29  |
| 09/27/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.14  |
| 09/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 3.0 | $16.61  |
| 09/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 9/28/2022 AcctNumber:                                              | $90.29  |

SEARS CREDITORS COMMITTEE                                                                              Page 7
Invoice Number: 2010255                                                                               10/24/22

---

|            | 1003389479 ConnectTime: 0.0 | |
| 09/28/22 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User: YEN<br>DORIS Date: 9/28/2022 AcctNumber:<br>1003389479 ConnectTime: 0.0 | $8.21 |
| 09/29/22 | Computerized Legal Research - Westlaw<br>- in contract 30% discount  User: YEN<br>DORIS Date: 9/29/2022 AcctNumber:<br>1003389479 ConnectTime: 0.0 | $57.46 |
| 09/29/22 | Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS;<br>Quantity: 4.0 | $22.14 |
| 09/30/22 | Computerized Legal Research - Courtlink<br>- In Contract 50% Discount  Service:<br>COURTLINK TRACK; Employee:<br>NYCLERKS  CLERKS; Charge Type:<br>OTHER FREQUENCY TRACKS;<br>Quantity: 4.0 | $22.14 |
| 09/30/22 | Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 134294-2209 DATE:<br>9/30/2022<br>- Document retrieval in various courts | $57.16 |
| 09/30/22 | Computerized Legal Research - Other<br>VENDOR: COURTALERT.COM, INC<br>INVOICE#: 328396-2209 DATE:<br>9/30/2022<br>- Document retrieval in various courts | $16.00 |

| | |
|---|---|
| Current Expenses | $1,959.03 |
| **Total Amount of This Invoice** | **$39,384.53** |
| **Prior Balance Due** | $9,516,367.92 |
| **Total Balance Due Upon Receipt** | $9,555,752.45 |