UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                          :
                                                                :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                           :
                                                                :     Case No. 18-23538 (SHL)
                                                                :
          Debtors.[1]                                           :     (Jointly Administered)
----------------------------------------------------------------x

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Juan Salazar, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 21, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on LTMAC Properties, LLC (Address ID: 2521667), c/o John T. Farnum, Linowes and Blocher LLP, 10211 Wincopin Cir, Ste 500, Columbia, MD 21044-3432:

- Joint Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Certain Related Relief, and Authorizing Certain Nonmaterial Plan Modifications in Furtherance of the Effective Date of the Plan [Docket No. 10566]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Declaration in Support of Joint Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Certain Related Relief and Authorizing Certain Nonmaterial Plan Modifications in Furtherance of the Effective Date of the Plan [Docket No. 10567]

- Declaration of Brian J. Griffith in Support of the Joint Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Certain Related Relief, and Authorizing Certain Non-Material Plan Modifications in Furtherance of the Effective Date of the Plan [Docket No. 10568]

- Eleventh Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of October 24, 2018 Through and Including June 30, 2022 [Docket No. 10569]

- Eighth Interim and Final Application of Herrick, Feinstein LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 2, 2019 through June 30, 2022 [Docket No. 10572]

- Eleventh Interim and Final Application of Weil, Gotshal & Manges LLP, as Attorneys for Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for (I) the Eleventh Interim Compensation Period of March 1, 2022, Through and Including June 30, 2022 and (II) the Final Compensation Period of October 15, 2018 Through and Including June 30, 2022 [Docket No. 10574]

On October 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Hearing on Debtors' Forty-Eighth Omnibus Objection to Proofs of Claim (Reclassify Claims) [Docket No. 10618]

On October 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice of Hearing on Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims) [Docket No. 10619]

On October 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit C**:

- Notice of Hearing on Debtors' Fiftieth Omnibus Objection to Proofs of Claim (Reclassify Claims) [Docket No. 10620]

Dated: October 26, 2022

                                                              */s/ Juan Salazar*
                                                              Juan Salazar

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 26, 2022, by Juan Salazar, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

# Exhibit A

Supplemental Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4494002 | BOOTEN, BARBARA A. | ADDRESS ON FILE | | | |
| 4717481 | Brower, Norma | ADDRESS ON FILE | | | |
| 4633714 | Cox, Bessie M. | ADDRESS ON FILE | | | |
| 4518605 | DE FLORIO, CAROLE L | ADDRESS ON FILE | | | |
| 4703163 | Dimitriou, Dimitrios J. | ADDRESS ON FILE | | | |
| 4507722 | FRANCIS, CLIFFORD C. | ADDRESS ON FILE | | | |
| 4496966 | FRITZ, MARGARETTE H | ADDRESS ON FILE | | | |
| 4632276 | HANGER, ALBERTA ESTHER | ADDRESS ON FILE | | | |

**<u>Exhibit B</u>**

# Exhibit B

Supplemental Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4589045 | Johnson, Mary Anne | ADDRESS ON FILE | | | |
| 4619531 | Jones, Herbert D | ADDRESS ON FILE | | | |
| 4511258 | MURRIE, MARLENE | ADDRESS ON FILE | | | |
| 4668877 | Posey, Nelma | ADDRESS ON FILE | | | |
| 4617898 | Rondone, Eileen Marie | ADDRESS ON FILE | | | |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (SHL)                                                                  Page 1 of 1

Pg 8 of 9

**Exhibit C**

Exhibit C

Supplemental Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4669664 | Smith, LaDoris S. | ADDRESS ON FILE | | | |
| 4669011 | Solomon, Phillip E. | ADDRESS ON FILE | | | |
| 4589582 | TRAMMELL, FRANZISKA H | ADDRESS ON FILE | | | |
| 4660195 | Vindasius, Birute | ADDRESS ON FILE | | | |
| 4632408 | Wethli, Marilyn N. | ADDRESS ON FILE | | | |
| 4696506 | Young, Delores Maxine | ADDRESS ON FILE | | | |
| 8845956 | Zurn, Carol J. | ADDRESS ON FILE | | | |