**HERRICK, FEINSTEIN, LLP**
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------------ x

### THIRTY FIRST MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2022 THROUGH AUGUST 31, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | July 1, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | $78,748.00 |
| 20% Holdback: | $15,749.60 |
| Total Compensation Less 20% Holdback: | $62,998.40 |
| Monthly Expenses Incurred: | $463.20 |
| Total Fees and Expenses Requested: | $63,461.60 |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Thirty First Monthly Fee Statement") covering the period from July 1, 2022 through August 31, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Thirty First Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions, Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $62,998.40 (80% of $78,748.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein,

HF 14710018v.1

and (b) reimbursement of actual and necessary costs and expenses in the amount of $463.20 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 14710018v.1

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Eighth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Thirty First Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **November 15, 2022** (the

HF 14710018v.1

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Thirty First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirty First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

HF 14710018v.1

Dated: New York, New York
      October 31, 2022

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
     Sean E. O'Donnell
     Stephen B. Selbst
     Steven B. Smith
     Christopher Carty
     Two Park Avenue
     New York, NY 10016
     Telephone: (212) 592-1400
     Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
      sselbst@herrick.com
      ssmith@herrick.com
      ccarty@herrick.com

*Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors of Sears*
*Holdings Corporation, et al.*

HF 14710018v.1

## **Exhibit A**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | 925.00 | 34.50 | $32,005.00 |
| Sean E. O'Donnell | Restructuring and Finance Litigation | 1998 | 1125.00 | 15.50 | $17,437.50 |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | 715.00 | 23.70 | $16,945.50 |
| Steven Smith | Restructuring & Finance Litigation | 2001 | 850.00 | 2.9 | $2,465.00 |
| **Total Partners** | | | | **76.60** | **$68,853.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Rachel Ginzburg | Restructuring & Finance Litigation | 2017 | 550.00 | 10.8 | $5,940.00 |
| **Total Associates** | | | | **10.8** | **$5,940.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Larisa Poretsky | Litigation | 455.00 | 4.8 | $2,184.00 |
| Linda Schepp | Restructuring & Finance Litigation | 410.00 | 3.9 | $1,599.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **8.7** | **$3,783.00** |

# **EXHIBIT B**

**Task Code Summary**

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications – B160 | 71.00 | $54,979.50 |
| Other Contested Matters – B190 | 17.20 | $14,596.50 |
| Case Administration – B110 | 8.40 | $9,172.00 |
| **Total** | **96.60** | **$78,748.00** |

| Managing Attorney's Office | AMOUNT ($) |
|---|---|
| Electronic/Paper Filing | $172.00 |

## **Exhibit C**

**Itemized Fees**



Official Committee of Unsecured Creditors of Sears Holdings      October 31, 2022
Attn: Ron Tucker      Invoice Number: 572708
225 W. Washington Street      Matter Number: 19609.0001
Indianapolis, IN 46204      Tax ID:      1662

Re:   **Sears Bankruptcy**

| | |
|---|---:|
| Fees for legal services rendered through September 30, 2022 | $78,748.00 |
| Expenses posted through September 30, 2022 | 463.20 |
| **TOTAL** | **$79,211.20** |

## INVOICE PAYMENT IS DUE UPON RECEIPT. THANK YOU.

Kindly return this page with your **check payment** to:
Herrick, Feinstein LLP
Attn: Billing Department
2 Park Avenue
New York, NY 10016

Send **wire or ACH payments** to:
Citibank, N.A.
ABA Number:      0089
Account Number:      6165
SWIFT #:      US33

**Credit card payments:**
www.herrickpay.com
*URL/link redirects to our
processor SlimCD*

*Please note as of September 1, 2022
there will be a **2.45%** surcharge on all
credit card payments.*

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Invoice Number: 572708
Matter Number: 19609.0001
Page: 2

**LEGAL SERVICES RENDERED:**

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|------|------|-----------|-----------|-------|
| 07/25/22 | C. Carty | B160 | Correspondence re status update and final fee application. | 0.50 |
| 07/25/22 | K. Kolb | B160 | Prepare final fee applications. | 0.20 |
| 07/26/22 | K. Kolb | B160 | Confer with expert regarding fee application. | 0.10 |
| 07/29/22 | C. Carty | B160 | Analyze issues related to final fee application. | 0.50 |
| 07/29/22 | L. Poretsky | B160 | Revise, redact, assemble, finalize and e-file 30th monthly fee statement | 0.90 |
| 07/29/22 | L. Poretsky | B160 | Prepare and submit request for service of 30th fee statement to PrimeClerk and circulate filed copy to the team | 0.40 |
| 08/01/22 | C. Carty | B160 | Analyze status of payments for purpose of draft final fee application. | 0.50 |
| 08/01/22 | K. Kolb | B160 | Attend to initial figures and drafting of fee application. | 1.10 |
| 08/02/22 | C. Carty | B160 | Coordinate drafting of final fee application. | 1.20 |
| 08/02/22 | K. Kolb | B160 | Revise final fee application. | 2.40 |
| 08/02/22 | R. Ginzburg | B160 | Confer with K. Kolb regarding final fee application. | 0.10 |
| 08/02/22 | R. Ginzburg | B160 | Work on final fee application. | 1.30 |
| 08/03/22 | R. Ginzburg | B160 | Review interim fee applications in preparation for preparing final fee application and send same to K. Kolb. | 1.50 |
| 08/04/22 | C. Carty | B160 | Review and revise draft final fee application. | 2.20 |
| 08/04/22 | K. Kolb | B160 | Further revisions and review of final fee application materials. Discuss with C. Carty and V. Martinez. | 5.90 |
| 08/04/22 | R. Ginzburg | B160 | Confer with K. Kolb regarding fee application charts. | 0.20 |
| 08/04/22 | R. Ginzburg | B160 | Confer with K. Kolb regarding monthly fee statements. | 0.10 |
| 08/04/22 | R. Ginzburg | B160 | Confer with K. Kolb regarding question with respect to blended rates for fee application. | 0.40 |
| 08/05/22 | C. Carty | B160 | Revise and finalize draft of final fee application for client review and approval. | 5.20 |
| 08/05/22 | K. Kolb | B160 | Revise final fee application and confirm supporting calculations. | 5.30 |
| 08/05/22 | R. Ginzburg | B160 | Review e-mails with Prime Clerk regarding affidavit of service. | 0.10 |
| 08/05/22 | R. Ginzburg | B160 | Review and revise final fee application. | 1.00 |
| 08/07/22 | K. Kolb | B160 | Review and confirm exhibits to fee application. | 0.60 |
| 08/08/22 | C. Carty | B160 | Revise sections of final fee application. | 1.40 |



Invoice Number: 572708
Matter Number: 19609.0001
Page: 3

| Date | Name | Task Code | Narrative | Hours |
|------|------|-----------|-----------|-------|
| 08/08/22 | K. Kolb | B160 | Finalize fee application. | 1.90 |
| 08/08/22 | R. Ginzburg | B160 | Confer with K. Kolb regarding finalizing final fee application. | 0.10 |
| 08/08/22 | L. Poretsky | B160 | Conference call with Kyle Kolb to discuss final fee application | 0.40 |
| 08/09/22 | C. Carty | B190 | Review and analyze joint motion to approve settlement of adversary proceeding. | 1.50 |
| 08/09/22 | K. Kolb | B160 | Final revisions to fee application. Analyze settlement terms. | 1.60 |
| 08/09/22 | L. Poretsky | B160 | Assist in preparation of final fee application for filing, redact exhibits to comply with bankruptcy court rules | 1.10 |
| 08/09/22 | L. Poretsky | B160 | Revise, assemble, finalize and e-file final fee application | 1.40 |
| 08/09/22 | L. Poretsky | B160 | Prepare filed final fee application for service and submit to PrimeClerk with instructions. | 0.60 |
| 08/16/22 | C. Carty | B160 | Review and analyze letter from fee examiner and respond to same. | 0.80 |
| 08/16/22 | S. Smith | B160 | Review docket and emails for correspondence from Fee Examiner. | 0.30 |
| 08/17/22 | C. Carty | B160 | Review and analyze fee examiner preliminary report in preparation for hearing on final fee applications. | 2.50 |
| 08/17/22 | K. Kolb | B190 | Review Sears fee examiner report in preparation for hearing on final fee applications. | 0.20 |
| 08/17/22 | S. Smith | B160 | Review correspondence from fee examiner and lated pleadings and discussions. | 0.80 |
| 08/18/22 | C. Carty | B160 | Analyze fee examiner report in preparation for hearing on final fee applications. | 1.50 |
| 08/18/22 | K. Kolb | B190 | Sears fee examiner report. | 0.30 |
| 08/18/22 | S. Smith | B160 | Analyze issues related to fee examiner report in preparation for hearing on final fee applications. | 0.80 |
| 08/18/22 | R. Ginzburg | B160 | Confer with S. Smith regarding fee examiner preliminary report. | 0.20 |
| 08/18/22 | L. Schepp | B190 | Confirm batches reviewed by Herrick to support fees filing. | 1.60 |
| 08/19/22 | C. Carty | B160 | Analyze responses to fee examiner preliminary report. | 1.10 |
| 08/19/22 | S. Smith | B160 | Discussions with R. Ginzburg re fee app challenges. | 0.60 |
| 08/19/22 | R. Ginzburg | B160 | Review and analyze US Trustee Guidelines and case law regarding fee examiner's letter. | 2.00 |
| 08/19/22 | R. Ginzburg | B160 | Confer with S. Smith regarding issues for call with fee examiner. | 0.10 |
| 08/19/22 | L. Schepp | B190 | Update document review chart to indicate batches reviewed and confirm totals for use in fees filings. | 2.30 |
| 08/22/22 | C. Carty | B160 | Prepare responses to fee examiner preliminary report. | 1.20 |

 **HERRICK**

Invoice Number: 572708
Matter Number: 19609.0001
Page: 4

| Date | Name | Task Code | Narrative | Hours |
|---|---|---|---|---|
| 08/22/22 | C. Carty | B160 | Participate in call with fee examiner and his counsel concerning preliminary report and prepare for same. | 0.60 |
| 08/22/22 | K. Kolb | B160 | Further review of examiner report and related research. | 0.60 |
| 08/22/22 | K. Kolb | B160 | Attend call with Fee Examiner with C. Carty and R. Ginzburg. | 0.80 |
| 08/22/22 | K. Kolb | B160 | Draft bullets for fee examiner regarding document review scope. | 0.50 |
| 08/22/22 | S. Smith | B160 | Review RG's revised memo to Carty and follow up email consideration. | 0.40 |
| 08/22/22 | R. Ginzburg | B160 | Call with fee examiner, fee examiner counsel, K. Kolb, and C. Carty regarding objections to fee applications. | 0.70 |
| 08/22/22 | R. Ginzburg | B160 | Call with K. Kolb and C. Carty regarding letter to fee examiner. | 0.10 |
| 08/22/22 | R. Ginzburg | B160 | Draft letter responding to Fee Examiner's Preliminary Report. | 1.50 |
| 08/22/22 | R. Ginzburg | B160 | Draft calculations for call with fee examiner and send to C. Carty. | 0.50 |
| 08/22/22 | R. Ginzburg | B160 | Revise calculations for conversation with fee examiner and confer with C. Carty regarding same. | 0.20 |
| 08/22/22 | R. Ginzburg | B160 | Prepare for call with fee examiner. | 0.40 |
| 08/23/22 | C. Carty | B160 | Review and revise draft response to fee examiner preliminary report. | 3.20 |
| 08/23/22 | K. Kolb | B160 | Continued drafting of bullets for use in fee examiner discussions regarding document review process. | 0.60 |
| 08/23/22 | K. Kolb | B160 | Revise response letter to fee examiner in preparation for hearing on final fee applications. | 0.50 |
| 08/23/22 | S. O'Donnell | B160 | Calls/emails re Sears fees in preparation for hearing on global settlement | 3.50 |
| 08/23/22 | R. Ginzburg | B160 | Review revised version to preliminary report and provide comments. | 0.30 |
| 08/24/22 | C. Carty | B160 | Analyze issues related to fee examiner potential objection to Herrick fees and draft summary of same. | 3.10 |
| 08/24/22 | K. Kolb | B160 | Draft timeline of MTN investigation in preparation for hearing on global settlement. | 1.10 |
| 08/25/22 | S. O'Donnell | B190 | Confer re fee objection in preparation for hearing on final fee applications (1.3); outline MTN investigation presentation in preparation for hearing on global settlement (2.7). | 4.00 |
| 08/26/22 | C. Carty | B160 | Review and analyze fee examiner statement re final fee applications. | 0.30 |
| 08/29/22 | S. O'Donnell | B110 | Confer w/ Akin re misc. matters; coordinate prep for hearing. | 1.00 |



Invoice Number: 572708
Matter Number: 19609.0001
Page: 5

| DATE | NAME | TASK CODE | NARRATIVE | HOURS |
|---|---|---|---|---|
| 08/30/22 | C. Carty | B190 | Prepare for hearing on joint motion to approve settlement and final fee applications. | 2.30 |
| 08/30/22 | C. Carty | B190 | Call with counsel to Debtors, UCC, Cyrus, and PGBC regarding PGBC, Cyrus, Estate settlement and revised order. | 0.50 |
| 08/30/22 | C. Carty | B190 | Review and provide comments to revised order incorporating PGBC, Cyrus, Estate settlement (0.8, 0.2). | 1.00 |
| 08/30/22 | S. O'Donnell | B110 | Prep for hearing; confer re releases and filings. | 2.00 |
| 08/31/22 | C. Carty | B190 | Prepare for hearing on joint settlement of insider transfer litigation and final fee applications (1.0); attend hearing on joint settlement of insider transfer litigation and final fee applications (2.5). | 3.50 |
| 08/31/22 | S. O'Donnell | B110 | Prep and attend court hearing; f/up calls/emails re same; confer re language | 5.00 |

**TOTAL**   **$78,576.00**

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 34.60 | 925.00 | 32,005.00 |
| R. Ginzburg | 10.80 | 550.00 | 5,940.00 |
| K. Kolb | 23.70 | 715.00 | 16,945.50 |
| S. O'Donnell | 15.50 | 1,125.00 | 17,437.50 |
| L. Poretsky | 4.80 | 455.00 | 2,184.00 |
| L. Schepp | 3.90 | 410.00 | 1,599.00 |
| S. Smith | 2.90 | 850.00 | 2,465.00 |
| **TOTAL** | **96.20** | | **$78,576.00** |

**MANAGING ATTORNEY'S OFFICE**

| Electronic/Paper Filing | 172.00 |
|---|---|
| **TOTAL** | **$172.00** |

**TOTAL LEGAL SERVICES**     **$78,748.00**

**DISBURSEMENTS:**



Invoice Number: 572708
Matter Number: 19609.0001
Page: 6

|  | Amount |
|---|---|
| Duplication | 126.00 |
| E-Discovery Data Hosting | 300.00 |
| Online Research | 20.70 |
| Pacer Charges | 16.50 |
| TOTAL: | $463.20 |

**TASK SUMMARY**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 8.40 | 9,172.00 |
| B160 | Fee/Employment Applications | 71.00 | 54,979.50 |
| B190 | Other Contested Matters | 17.20 | 14,596.50 |
| **TOTALS** | | **96.60** | **$78,748.00** |

**<u>Exhibit D</u>**

**Disbursement Summary**

| | |
|---|---:|
| E-Discovery Data Hosting | $300.00 |
| Duplication | $126.00 |
| Online Research | $20.70 |
| Pacer Charges | $16.50 |
| **Total** | **$463.20** |

## **Exhibit E**

**Itemized Disbursement**

# Disbursement Detail

**Applied filters:** Matter: Official Committee of Unsecured Creditor (19609) Sears Bankruptcy (0001), Transaction Date: From 2022-07-01 To 2022-09-30

| Disbursement ID ↑ | Client/Matter | Transaction Date | Disb Code | Quantity | To Bill Amount $463.20 | Phase/Task | Narrative | Bill Number | Base Quantity | Billed Quantity | Base Amount | Billed Amount $463.20 | Posted Period | Billed Period | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9388123 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/31/2022 | E-Discovery Data Hosting Mi | 1 | $100.00 | Expenses Only (EXP:EXP) Expenses Only | Sears Bankruptcy UCC - Rule 2004 MTN | 572708 | 1 | 1 | $100.00 | $100.00 | 202207 | 202210 | 10/31/2022 |
| 9388746 | Official Committee of Unsec Sears Bankruptcy (0001) | 7/7/2022 | Pacer charges (074) | 1 | $16.50 | Expenses Only (EXP:EXP) Expenses Only | Vendor: Pacer Service Center; Invoice#: 2560425-Q22022; Date: 7/7/2022 | 572708 | 1 | 1 | $16.50 | $16.50 | 202207 | 202210 | 10/31/2022 |
| 9390455 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 100 | $18.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 100 | 100 | $18.00 | $18.00 | 202208 | 202210 | 10/31/2022 |
| 9390456 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 0 | $0.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 0 | 0 | $0.00 | $0.00 | 202208 | 202210 | 10/31/2022 |
| 9390457 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 100 | $18.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 100 | 100 | $18.00 | $18.00 | 202208 | 202210 | 10/31/2022 |
| 9390458 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 0 | $0.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 0 | 0 | $0.00 | $0.00 | 202208 | 202210 | 10/31/2022 |
| 9390459 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 100 | $18.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 100 | 100 | $18.00 | $18.00 | 202208 | 202210 | 10/31/2022 |
| 9390460 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 0 | $0.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 0 | 0 | $0.00 | $0.00 | 202208 | 202210 | 10/31/2022 |
| 9390461 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 100 | $18.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 100 | 100 | $18.00 | $18.00 | 202208 | 202210 | 10/31/2022 |
| 9390462 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 0 | $0.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 0 | 0 | $0.00 | $0.00 | 202208 | 202210 | 10/31/2022 |
| 9390463 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 77 | $13.86 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 77 | 77 | $13.86 | $13.86 | 202208 | 202210 | 10/31/2022 |
| 9390464 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 0 | $0.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 0 | 0 | $0.00 | $0.00 | 202208 | 202210 | 10/31/2022 |
| 9390465 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 100 | $18.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 100 | 100 | $18.00 | $18.00 | 202208 | 202210 | 10/31/2022 |
| 9390466 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/9/2022 | e-Copy (Scan) (067) | 0 | $0.00 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 0 | 0 | $0.00 | $0.00 | 202208 | 202210 | 10/31/2022 |
| 9393831 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/17/2022 | Printing (080) | 123 | $22.14 | Expenses Only (EXP:EXP) Expenses Only | IIII | 572708 | 123 | 123 | $22.14 | $22.14 | 202208 | 202210 | 10/31/2022 |
| 9399900 | Official Committee of Unsec Sears Bankruptcy (0001) | 8/31/2022 | E-Discovery Data Hosting Mi | 1 | $100.00 | Expenses Only (EXP:EXP) Expenses Only | Sears Bankruptcy UCC - Rule 2004 MTN | 572708 | 1 | 1 | $100.00 | $100.00 | 202208 | 202210 | 10/31/2022 |
| 9410524 | Official Committee of Unsec Sears Bankruptcy (0001) | 9/1/2022 | Online research - West (075) | 1 | $20.70 | Expenses Only (EXP:EXP) Expenses Only | Vendor: West Group - GSI Payment Center-Westlaw; Invoice#: 846952475; Date: 9/1 | 572708 | 1 | 1 | $20.70 | $20.70 | 202209 | 202210 | 10/31/2022 |
| 9413002 | Official Committee of Unsec Sears Bankruptcy (0001) | 9/30/2022 | E-Discovery Data Hosting Mi | 1 | $100.00 | Expenses Only (EXP:EXP) Expenses Only | Sears Bankruptcy UCC - Rule 2004 MTN | 572708 | 1 | 1 | $100.00 | $100.00 | 202209 | 202210 | 10/31/2022 |