ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and*
*its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**CERTIFICATE OF NO OBJECTION REGARDING THIRD INTERIM REPORT OF ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LITIGATION DESIGNEES FOR THE PERIOD OFJULY 1, 2021 THROUGH OCTOBER 31, 2021**

I, Kara E. Casteel, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Third Interim Report of ASK LLP For Allowance of Compensation and Reimbursement of Expenses as Counsel to the Litigation Designees for the Period From July 1, 2021 through October 31, 2021* (filed on December 10, 2021, at Docket No. 10144) (the "Motion").

The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 7, 2022, at 4:00 p.m. (EST).

It is hereby respectfully requested that the Order as be entered at its earliest convenience of the Court.

Dated: October 31, 2022	ASK LLP

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation, and its debtor affiliates, debtors and debtors in possession*