ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (SHL) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF FOURTH AND FINAL INTERIM REPORT OF
ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LITIGATION DESIGNEES
FOR THE PERIOD OF NOVEMBER 1, 2021 THROUGH OCTOBER 31, 2022**

**NOTICE IS HEREBY GIVEN** that ASK LLP ("ASK"), counsel to the Litigation

Designees, which designees were identified pursuant to the Confirmation Order for Sears

Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the

"Debtors") has filed its Fourth and Final Interim Report for Allowance of Contingent Fees and

Reimbursement of Expenses for the Period From November 1, 2021 through October 31, 2022,

seeking allowance and payment of ASK's contingent fees in the amount of $7,965.00 and actual

and necessary expenses in the amount of $18.74 (the "Fourth and Final Interim Report").

**NOTICE IS FURTHER GIVEN** by overnight delivery or email where available upon

(i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention:

Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil,

Gotshal & Manges LLP, 767 Sixth Avenue, New York, NY 10153, Attention: Ray C. Schrock

(email:  ray.schrock@weil.com),  Jacqueline  Marcus  (email:  jacqueline.marcus@weil.com),

Garrett    A.    Fail    (email:    garrett.fail@weil.com),    and    Sunny    Singh    (email:

sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal

Office  Building,  201  Varick  Street,  Suite  1006,  New  York,  NY  10014,  Attention:  Paul

Schwartzberg  (e-mail:  paul.schwartzberg@usdoj.gov)  and  Richard  Morrissey  (e-mail:

richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate,

Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:

paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R.

Howard  (email:  george.howard@skadden.com);  (v)  Paul  E.  Harner,  fee  examiner,  1675

Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); and (vi) counsel to the

fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

NOTICE IS FURTHER GIVEN that Objections to this Fourth and Final Interim Report if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **November 29, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection"). In the event timely objections are filed, a hearing on the Fourth and Final Interim Report and the objection(s) thereto will be scheduled and further notice of the date and time of such hearing will be provided.

PLEASE TAKE FURTHER NOTICE that, in the absence of any timely objections to the Fourth and Final Interim Report, ASK shall file a certificate of no objection with the Bankruptcy Court, after which the fees and expenses requested in the Fourth and Final Interim Report may be allowed by the Bankruptcy Court on an interim basis.

Dated: November 1, 2022                     ASK LLP

                                            */s/ Kara E. Casteel*
                                            Kara E. Casteel
                                            Joseph L. Steinfeld, Jr.
                                            2600 Eagan Woods Drive, Suite 400
                                            Saint Paul, MN  55121
                                            Telephone: (651) 406-9665
                                            Email: kcasteel@askllp.com

                                            *-and-*

                                            Edward E. Neiger
                                            Marianna Udem
                                            60 East 42nd Street
                                            New York, NY 10065
                                            Telephone: (212) 267-7342
                                            Email: eneiger@askllp.com

                                            *Counsel for Sears Holdings Corporation, and its
                                            debtor affiliates, debtors and debtors in possession*

ASK LLP
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

Edward E. Neiger
Marianna Udem
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[2] | (Jointly Administered) |

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**FOURTH AND FINAL INTERIM REPORT OF ASK LLP AS SPECIAL
AVOIDANCE COUNSEL FOR THE DEBTORS FOR THE PERIOD
NOVEMBER 1, 2021 THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | ASK LLP |
| Authorized to Provide Professional Services to: | Litigation Designees[3] |
| Date of Retention: | June 26, 2019 nunc pro tunc to April 1, 2019 as to retention as special avoidance action counsel to the Debtors; September 22, 2020 as to retention as counsel to the Litigation Designees for the Jointly Asserted Causes of Action[4] |
| Period for which compensation and reimbursement is sought: | November 1, 2021 to October 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $7,965.00 |
| Amount of expense reimbursement as actual, reasonable, and necessary: | $18.74 |

---

[3] Pursuant to the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (the "Confirmation Order") [D.I. 529], the Litigation Designees shall comprise (a) Patrick J. Bartels, (b) Eugene I. Davis, and (c) Raphael T. Wallander, as the Creditors' Committee's designees, and (x) Alan J. Carr and (y) William L. Transier, as the Debtors' designees, which designees shall become the initial members of the Liquidating Trust Board upon the Effective Date pursuant to Section 10.6(a) of the Plan.

[4] The Confirmation Order, among other things, granted the Creditors' Committee joint standing with the Debtors to prosecute the Jointly Asserted Causes of Action, subject to the oversight of the Litigation Designees, which designees shall become the initial members of the Liquidating Trust Board upon the effective date of the Plan. The Jointly Asserted Causes of Action are those actions defined in paragraph 17 of the Confirmation Order.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, hourly billing rates and aggregate hours spent by each ASK professional and paraprofessional who provided services to the Litigation Designees during the Compensation Period. The rates charged by ASK for services rendered to the Litigation Designees are the same rates that ASK charges generally for professional services rendered to all hourly bankruptcy clients.

**Exhibit B** sets forth a complete itemization of tasks performed by ASK professionals and paraprofessionals who provided services to the Litigation Designees during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit C** sets forth a complete itemization of disbursements incurred by ASK in connection with services rendered to the Litigation Designees during the Compensation Period.

Dated: November 1, 2022

**ASK LLP**

*/s/ Kara E. Casteel*
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street
New York, NY 10065
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Sears Holdings Corporation, and its
debtor affiliates, debtors and debtors in possession*

**<u>Exhibit A</u>**

**Timekeeper Summary**

| Name of Professional | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Casteel, Kara | Partner | $675.00 | 11.80 | $7,965.00 |

**Exhibit B**

**Itemized Fees**

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 KC | Draft Pleading<br>Further edits/emails internally concerning QIT2 | | 0.30<br>675.0/hr | 202.5 |
| 6/21/2022 KC | Draft Pleading<br>Begin drafting 9019 motion for QIT2 | | 0.60<br>675.0/hr | 405.0 |
| 6/22/2022 KC | Draft<br>Continue drafting 9019 motion | | 0.50<br>675.0/hr | 337.5 |
| KC | Phone Opp Atty<br>Speak with Alfond counsel about share information and produce the same | | 0.30<br>675.0/hr | 202.5 |
| 6/23/2022 KC | Phone Opp Atty<br>Phone call with counsel for Kenden Alfond; produce documents pursuant to request | | 0.30<br>675.0/hr | 202.5 |
| KC | Draft Pleading<br>Finish initial draft 9019 motion | | 1.00<br>675.0/hr | 675.0 |
| KC | File Review<br>Credit Suisse document production pursuant to request | | 0.30<br>675.0/hr | 202.5 |
| 6/27/2022 KC | Phone Opp Atty<br>Phone call with QIT2 counsel | | 0.20<br>675.0/hr | 135.0 |
| 8/9/2022 KC | File Review<br>Work on updating defendant files for purposes of shareholder litigation settlement | | 1.40<br>675.0/hr | 945.0 |
| 8/10/2022 KC | File Review<br>Continue work on checking service, other issues for remaining defendants | | 0.60<br>675.0/hr | 405.0 |
| 8/24/2022 KC | File Review<br>File review and updates concerning certain defendants' participation in 9019/global settlement | | 0.50<br>675.0/hr | 337.5 |

|            |    |                |                                                                                                            | Hrs/Rate | Amount |
|------------|----|----------------|------------------------------------------------------------------------------------------------------------|----------|--------|
| 8/24/2022  | KC | Correspondence | Email correspondence with opposing counsel, co-counsel concerning 9019/global settlement                   | 0.40 675.0/hr | 270.0 |
| 8/25/2022  | KC | Correspondence | File review and emails with co-counsel concerning 9019/global settlement                                   | 0.30 675.0/hr | 202.5 |
| 8/29/2022  | KC | Correspondence | Phone calls and emails with co-counsel and opposing counsel concerning 9019/global settlement, file review of defendants' status | 1.70 675.0/hr | 1,147.5 |
| 8/30/2022  | KC | Correspondence | Additional phone calls and emails with co-counsel and opposing counsel concerning 9019/global settlement   | 0.60 675.0/hr | 405.0 |
| 9/8/2022   | KC | Correspondence | Email to co-counsel discussing non-settlement defendants                                                   | 0.30 675.0/hr | 202.5 |
| 9/30/2022  | KC | Correspondence | Draft email to client concerning remaining defendants                                                      | 0.50 675.0/hr | 337.5 |
| 10/2/2022  | KC | Draft          | Edit email to counsel concerning remaining defendants                                                      | 0.50 675.0/hr | 337.5 |
| 10/3/2022  | KC | Draft          | Revisions to draft stipulation of dismissal for settling parties                                           | 0.30 675.0/hr | 202.5 |
|            | KC | Phone client   | Further discussions with co-counsel concerning client communications                                       | 0.30 675.0/hr | 202.5 |
| 10/4/2022  | KC | Correspondence | Emails with opposing counsel concerning stipulation of dismissal                                           | 0.20 675.0/hr | 135.0 |
| 10/5/2022  | KC | Correspondence | Further emails with opposing counsel concerning stipulation and notices of dismissal                       | 0.20 675.0/hr | 135.0 |
|            | KC | Correspondence | Emailed stipulation of dismissal to settling parties                                                       | 0.20 675.0/hr | 135.0 |
| 10/6/2022  | KC | Correspondence | Emails with various opposing counsel concerning stipulation of dismissal                                   | 0.30 675.0/hr | 202.5 |

|                                       | Hrs/Rate | Amount |
|---------------------------------------|----------|--------|
| For professional services rendered    | 11.80    | $7,965.0 |

**<u>Exhibit C</u>**

**Itemized Expenses**

| Disbursement Activity | Amount |
| --- | --- |
| Computerized Legal Research - Westlaw | $12.04 |
| Telephone | $6.70 |