UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al

Debtor

Case No.: 18-23538

Chapter 11

---------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Richard Williams, request admission, **pro hac vice**, before the Honorable Sean H. Lane, to represent The Chubb Companies, a party-in-interest in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Oregon and, if applicable, the bar of the U.S. District Court for the _____ District of Oregon.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/01/2022
Portland, Oregon, New York

s/ Richard Williams
*Mailing Address*:
Bullivant Houser Bailey PC
One SW Columbia St., Ste. 800
Portland, OR 97204
*E-mail address*: richard.williams@bullivant.com
*Telephone number*: (503) 228-6351