UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al

                     Debtor

Case No.: __18-23538__ (SHL)

Chapter __11__

---------------------------------------------------------------x

                     Plaintiff

               v.

                     Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of __Richard Williams__, to be admitted, ***pro hac vice***, to represent __The Chubb Companies__, (the "Client") a __party-in-interest__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Oregon__ and, if applicable, the bar of the U.S. District Court for the _____ District of __Oregon__, it is hereby

      **ORDERED**, that __Richard Williams__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

                                   UNITED STATES BANKRUPTCY JUDGE