**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al

        Debtor

Case No.: 18-23538 (SHL)

Chapter 11

---------------------------------------------------------------x

        Plaintiff

v.

        Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Richard Williams**, to be admitted, ***pro hac vice***, to represent **The Chubb Companies**, (the "Client") a **party-in-interest** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Oregon** and, if applicable, the bar of the U.S. District Court for the _____ District of **Oregon**, it is hereby

**ORDERED**, that **Richard Williams**, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 2, 2022
White Plains, New York

        */s/ Sean H. Lane*
        UNITED STATES BANKRUPTCY JUDGE