# United States District Court
## for the
## Southern District of New York

*In re Sears Holdings Corporation, et al.,*
Debtors[1]

| | |
|---|---|
| Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.*, vs. ESL Investments, Inc.; Wilmington Trust, National Association; and Cyrus Capital Partners, L.P., Defendants. | Case Number<br><br>19-cv-08237 |

**& ORDER**

## STIPULATION OF VOLUNTARY PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among the Official Committee of Unsecured Creditors of Sears Holdings Corporation and its debtor affiliates, ESL Investment, Inc., and Wilmington Trust, National Association, as indenture trustee and collateral agent (collectively,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

the "**Parties**"), through their respective counsel that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure and in accordance with the *Order Approving Joint Motion of Debtors and Official Committee of Unsecured Creditors for Entry of an Order Approving Settlement Agreements, Granting Related Relief and Authorizing Certain Nonmaterial Plan Modifications in Furtherance of the Effective Date of the Plan* (United States Bankruptcy Court for the Southern District of New York Chapter 11 Case No. 18-23538, ECF No. 10629) entered on September 2, 2022, that this Appeal is and shall be voluntarily dismissed, *with prejudice*, with each Party to bear its own costs and expenses. **For the avoidance of doubt, this stipulation does not affect this Appeal against Cyrus Capital Partners, L.P.**

*[Signature Page to Follow]*

Dated: October 31, 2022
   New York, New York

| | |
|---|---|
| SEYFARTH SHAW LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |

By: _____
Edward M. Fox
Owen R. Wolfe
620 Eighth Avenue
New York, NY 10018
(212) 218-5500

*Counsel for Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent*

By: /s/ [signature]
Ira S. Dizengoff
Philip C. Dublin
Joseph L. Sorkin
One Bryant Park
New York, New York 10036
Telephone: (212) 870-1000
Facsimile: (212) 872-1002
E-mail: idizengoff@akingump.com
         pdublin@akingump.com
         jsorkin@akingump.com

Z.W. Julius Chen, *pro hac vice*
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: (202) 887-4475
Facsimile: (202) 887-4288
E-mail: chenj@akingump.com

*Counsel for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

WILMER CUTLER PICKERING HALE AND DORR LLP
By: _____
Philip D. Anker
Noah A. Levine
Ryanne E. Perio
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Counsel for ESL Investment, Inc.*

Dated: October 31, 2022
New York, New York

| SEYFARTH SHAW LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By: _____<br>Edward M. Fox<br>Owen R. Wolfe<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 218-5500<br><br>*Counsel for Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent* | By: _____<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Joseph L. Sorkin<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 870-1000<br>Facsimile: (212) 872-1002<br>E-mail: idizengoff@akingump.com<br>            pdublin@akingump.com<br>            jsorkin@akingump.com<br><br>Z.W. Julius Chen, *pro hac vice*<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>Telephone: (202) 887-4475<br>Facsimile: (202) 887-4288<br>E-mail: chenj@akingump.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.* |

WILMER CUTLER PICKERING HALE AND DORR LLP
By: /s/ Philip D. Anker
Philip D. Anker
Noah A. Levine
Ryanne E. Perio
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Counsel for ESL Investment, Inc.*

Dated: October 31, 2022
      New York, New York

SEYFARTH SHAW LLP
By: /s/
Edward M. Fox
Owen R. Wolfe
620 Eighth Avenue
New York, NY 10018
(212) 218-5500

*Counsel for Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent*

WEIL, GOTSHAL & MANGES LLP
By: _____
Ray C. Schrock, P.C.
David Lender
Gregory Silbert
Jared R. Friedman
Sunny Singh
767 Fifth Avenue, New York, NY 10153
(212) 310-8000

-and-

Paul R. Genender
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7700

*Counsel for Debtors*

WILMER CUTLER PICKERING HALE AND DORR LLP
By: _____
Philip D. Anker
Noah A. Levine
Ryanne E. Perio
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Counsel for ESL Investment, Inc.*

SO ORDERED:
/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J., 11/2/2022