UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,                     Case No. 18-23538 (SHL)

                                              Debtors.                       (Jointly Administered)
---------------------------------------------------------x

## ORDER REGARDING CONTACT WITH CHAMBERS

The Court has received numerous direct email communications from Beau LeBaron regarding the above-captioned cases.[1] Mr. LeBaron, who is representing himself *pro se*, has been told repeatedly that he is not permitted to email the Court directly. Such email inquiries are not appropriate to direct to the Court, which cannot provide Mr. LeBaron with advice and counsel regarding the Debtors' cases and cannot communicate with Mr. LeBaron on an *ex parte* basis. It is therefore:

**ORDERED**, that to the extent Mr. LeBaron is seeking relief before the Court regarding outstanding, meritorious legal issues that he might have in the above-captioned cases, he is directed to file an appropriate pleading in writing, which pleading must be submitted to the Clerk's Office either in person or by U.S. mail; and it is further

**ORDERED**, that Mr. LeBaron is barred from contacting the Court by email and that failure to comply with this direction may subject Mr. LeBaron to sanctions; and it is further

**ORDERED**, that Debtors' counsel shall serve a copy of this Order on Mr. LeBaron by overnight mail and file a certificate of such service on the Case Management/Electronic Case Filing Docket.

Dated: White Plains, New York
       November 3, 2022

                                                ***/s/ Sean H. Lane***
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The above-captioned cases were previously assigned to Judge Robert D. Drain. On July 2, 2022, the cases were reassigned to Judge Sean H. Lane. *See Notice of Case Reassignment* [ECF No. 10516]. Notwithstanding that Judge Drain no longer presides over these cases—and Mr. LeBaron having been repeatedly informed of that fact—Mr. LeBaron continues to email Judge Drain directly.