**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
**SEARS HOLDINGS CORPORATION,** *et al.*,    :    Case No. 18-23538 (SHL)
                                                                   :
Debtors.[1]                                                :    (Jointly Administered)
------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)

Upon the *Debtors' Forty-Ninth Omnibus Objection to Proofs of Claim (Reclassify Claims)*, filed on August 30, 2022 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is granted.

2. Each proof of claim listed on **Exhibit 1** annexed hereto is reclassified in its entirety to a general unsecured claim.

3. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. The terms and conditions of this Order are effective immediately upon entry.

Dated: November 4, 2022
White Plains, New York

/s/ Sean H. Lane
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

**Reclassified Claims**

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 1. | Hare, Hazel F | 25923 |
| 2. | Hare, Lanella | 21720 |
| 3. | Harper, Peggy Wooten | 25636 |
| 4. | HARPER, ROBERT D | 23124 |
| 5. | HARRELSON, BETTY | 24813 |
| 6. | Harris, Marian L | 24667 |
| 7. | Harris, Velma J. | 25535 |
| 8. | HARRISON, MARGARET C | 22616 |
| 9. | Hart, Joyce F. | 25618 |
| 10. | Harvey, Helen | 25384 |
| 11. | HATCHER, FRANK H | 20695 |
| 12. | HAUGAN, CURTIS M. | 24984 |
| 13. | Hawkins, Betty S | 22707 |
| 14. | HAWRYLIAK, PAUL | 24825 |
| 15. | Heaney, Marie F | 23521 |
| 16. | Heggs, Bernice V. | 23430 |
| 17. | HEIDEMAN, LEE A. | 21049 |
| 18. | Heinz, H. Peter | 21955 |
| 19. | Hemry, Norman | 21380 |
| 20. | Henderson, William | 21163 |
| 21. | Hendricks, Mary Ellen | 24069 |
| 22. | Henning, Sr., David L. | 25292 |
| 23. | Hernandez, Martin G | 26196 |
| 24. | Hernandez, Paul B. | 23429 |
| 25. | Hernandez, Teodoro | 22635 |
| 26. | HESSLER, BERNICE M | 22958 |
| 27. | Hester, Helen R. | 25903 |
| 28. | Hester, Woodrow F. | 25925 |
| 29. | Hill, Billy Rose | 23373 |
| 30. | Hill, Linda N. | 25370 |
| 31. | HILL, MARVA L. | 20960 |
| 32. | Hill, Olen D. | 24663 |
| 33. | Hobbs, Violet H. | 24060 |
| 34. | Hodge, Emma | 22888 |
| 35. | Hogan, Edith | 25017 |
| 36. | Hoke, Carl P | 21162 |
| 37. | Hoke, Rita M | 21164 |
| 38. | Holbrook, Steve M | 21944 |
| 39. | Holder, Louise L. | 24000 |
| 40. | Hollis, Suzanne | 20792 |
| 41. | HOLT, MARY | 21587 |
| 42. | Hornsby, Cecil Wayne | 21240 |
| 43. | Hornsby, Jeanette | 21239 |
| 44. | Horvat, Thomas | 26030 |
| 45. | Houck, Orvel George | 22548 |
| 46. | Houk, Dorothy K. | 22570 |
| 47. | Howell, Arlene Leona | 22082 |
| 48. | Hoyas, Edward M | 21178 |

| | Debtors' Forty-ninth Omnibus Objection to Claims<br>Exhibit A<br>Schedule of Claims to be Reclassed to General Unsecured | |
|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. |
| 49. | HUBBARD, HARRY C. | 20972 |
| 50. | Hufnagle, John J. | 21238 |
| 51. | Hugh J. Kiristy | 26309 |
| 52. | HUGHES, WALTER T | 23601 |
| 53. | HUNTLEY, RONALD E. | 21764 |
| 54. | Hurley, Conrad | 23678 |
| 55. | Ide, Leola | 21185 |
| 56. | Impastato, Barbara | 24436 |
| 57. | Infante, Valentine | 21681 |
| 58. | Isaacman, Reva Betty | 26376 |
| 59. | Jackson, Dorothy W. | 25414 |
| 60. | JACKSON, GEORGE | 25233 |
| 61. | Jackson, Roy E | 23156 |
| 62. | JACOB, JAMES C. | 23093 |
| 63. | Jamerino, Joseph Gary | 23111 |
| 64. | James P Hayes - Betty A. Hayes | 25413 |
| 65. | JAMES, FRANCIS EAKES | 21787 |
| 66. | James, Raymond Earl | 26553 |
| 67. | Janet L. Slater (Beneficiary) | 21320 |
| 68. | JAZWINSKI, AGNES | 21802 |
| 69. | Jeanmarie, Emelda F. | 25858 |
| 70. | Jernigan, Margaret | 25094 |
| 71. | JIRIK, BETTY J. | 22338 |
| 72. | JOHNOFF, MARILYN J | 22422 |
| 73. | Johnson, Berie | 26454 |
| 74. | Johnson, Chester K | 21322 |
| 75. | Johnson, Jr, Walter Richard | 21820 |
| 76. | Johnson, Martha Nell | 23848 |
| 77. | Johnson, Mary Anne | 21363 |
| 78. | Jones, Ann | 24559 |
| 79. | Jones, Burtis E | 24467 |
| 80. | Jones, Fannie Mae | 25056 |
| 81. | Jones, Herbert D | 22018 |
| 82. | JONES, PALMA MARIE | 25300 |
| 83. | Jordan, Concepcion R | 22195 |
| 84. | Jordan, Lori A | 22171 |
| 85. | JUDKINS, CAROL A | 23539 |
| 86. | Kabalka, Michael P | 24161 |
| 87. | KALENAK, MARGARET | 22580 |
| 88. | Kampman, Carolyn Sue | 25247 |
| 89. | Kasprzyk, Mary L. | 24295 |
| 90. | KATOLL, EDWARD | 21083 |
| 91. | Katt, Robert | 25750 |
| 92. | KEARNEY, NANCY | 23195 |
| 93. | Keil, Irma H. | 23467 |
| 94. | KELLER, JOHN R | 22003 |
| 95. | Kelley, Harold D. | 24518 |
| 96. | Kelly, J.H. | 21355 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 97. | Kelly, William F. | 24403 |
| 98. | Kelly, Willie D. | 25546 |
| 99. | KENNEDY, PAUL R | 22844 |
| 100. | Kern, Clifton E. | 22225 |
| 101. | Kerner, Janice M | 23562 |
| 102. | Kerr, James R. | 25714 |
| 103. | Kibler, Ila | 24735 |
| 104. | KICK, ROSEMARY M | 21841 |
| 105. | KILPATRICK, MARTHA | 22914 |
| 106. | Kinder, Nelda Jean | 21684 |
| 107. | KING, ORMONDE | 22407 |
| 108. | Kish (Snyder, Nettiebell Margaret) | 23286 |
| 109. | KLINE, SUE | 25089 |
| 110. | KNAPP, ERNEST JAMES | 22909 |
| 111. | Knipe, Roland George | 23954 |
| 112. | KNOLHOFF, GAYE | 20864 |
| 113. | Kody, Robert | 22295 |
| 114. | KOLLAR, BERNICE | 21695 |
| 115. | Kosiek, Francis John | 23370 |
| 116. | KOSINSKI, ROBERT | 23545 |
| 117. | Kosis, Donald J. | 21759 |
| 118. | Kota, Jean R | 23132 |
| 119. | Kowalewski, Mary Ann | 23133 |
| 120. | Kramer Jr., Jerome H | 23007 |
| 121. | Kroskey, Elizabeth L | 24047 |
| 122. | Kruckewitt, Lorraine C | 23567 |
| 123. | KRUMMERT, EDWARD J. | 21899 |
| 124. | Krupitzer, Marion J. | 23196 |
| 125. | Kruszewski, Barbara Ann | 21075 |
| 126. | Kruysman, Harry | 21667 |
| 127. | KUHNS, BETTY | 22776 |
| 128. | KYHN, JOAN M | 22833 |
| 129. | Kyler, Betty L. | 23893 |
| 130. | LaBelle, Gail A | 21888 |
| 131. | Lackey, Marion Lousie | 21004 |
| 132. | LaCoste, Carol L | 22193 |
| 133. | Lafond, Rose | 24310 |
| 134. | LAJEWSKI, JOANN F | 25848 |
| 135. | Lamanna, Peter P. | 25843 |
| 136. | LAMPHEAR, MILDRED | 22490 |
| 137. | Lanagan, Merle | 22266 |
| 138. | LAND, RONALD | 24011 |
| 139. | Landers, Brenda | 24644 |
| 140. | LANIER, WILLIAM G | 24379 |
| 141. | Lanter, Harold R. | 25171 |
| 142. | LARSEN, LILLIAN R | 23922 |
| 143. | LATHROP, AUSTIN | 21806 |
| 144. | Lauritz, Mary R. | 25097 |

| | Debtors' Forty-ninth Omnibus Objection to Claims<br>Exhibit A<br>Schedule of Claims to be Reclassed to General Unsecured | |
|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. |
| 145. | Layfield, David | 21058 |
| 146. | Leali, Frank | 23044 |
| 147. | Lebo, Doris M. | 24622 |
| 148. | Lee, Frank R | 22474 |
| 149. | Leonard, Harvey L. | 26168 |
| 150. | LePere, Joel P. | 23736 |
| 151. | Leverett, Linda J | 25781 |
| 152. | Liguori, Eileen | 21385 |
| 153. | LINDEMAN, ROBERT C | 24941 |
| 154. | LINDSEY, MARY JOYCE | 24859 |
| 155. | LOCKHART, EMOGENE | 24552 |
| 156. | LOCKHART, JOYCE G | 25023 |
| 157. | Lockmiller, Florrie Jo | 22009 |
| 158. | Loibel, Delores B | 24591 |
| 159. | Long, Barbara A. | 23239 |
| 160. | Looby, John  P | 24775 |
| 161. | Lord, Mary F. | 23642 |
| 162. | Louise Ross, Deceased | 25015 |
| 163. | Love, Billy B. | 20754 |
| 164. | Lovell, David L | 21269 |
| 165. | LUNSFORD, CHARLES | 22156 |
| 166. | Lyman, Ann M | 24875 |
| 167. | Mabe, Keith R. | 21205 |
| 168. | MACY, HOMER E. | 21791 |
| 169. | Maddox, Bessie B. | 20734 |
| 170. | Magaret I. Rowe (Deceased) Jacalyn S. Schussler | 23769 |
| 171. | MAGGIOLI, MARY | 22206 |
| 172. | Mahanay, Donald | 24150 |
| 173. | Maine, Vernon R. | 23441 |
| 174. | Makielski, Betty Jane | 23868 |
| 175. | MALENZI, INGE E | 25540 |
| 176. | Mally, Joan R | 25143 |
| 177. | Malmborg, Mary | 24627 |
| 178. | MANGINI, JUNE B | 23150 |
| 179. | Mannion, Daniel R | 23517 |
| 180. | MANZETTI, MARGARET A. | 24466 |
| 181. | MARCHETTI, GERALD | 25946 |
| 182. | Marchica, Vincent | 25761 |
| 183. | Marcucci, Audrey J. | 25809 |
| 184. | Mariani, Robert Z | 22584 |
| 185. | MARSHALL, JUNE W | 21054 |
| 186. | MARTELLO, PASQUAL | 23662 |
| 187. | Martenka, Gerlinde Maria | 21423 |
| 188. | Martin Jr., John Paul | 24354 |
| 189. | Martin, Johnnie H | 21389 |
| 190. | Martin, Yvonne | 20800 |
| 191. | MARTINEZ, LYDIA | 23590 |
| 192. | Martinez, Marilyn | 25782 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 193. | MARTINEZ, VICTORIA C | 22470 |
| 194. | MARX, VERNON H. | 21424 |
| 195. | Matthews, Cleo B | 26100 |
| 196. | Mattice, Valerie | 21033 |
| 197. | Matumura, Bernice | 24481 |
| 198. | Maxfield, Gerard Peter | 24590 |
| 199. | May, Robert E. | 25695 |
| 200. | MAYOBRE, JOSEPHINE P. | 23319 |
| 201. | MAYS, SAMELLA M. | 24430 |
| 202. | Mazzula, Joseph C. | 21640 |
| 203. | MCCOY, BARBARA | 22968 |
| 204. | McCoy, Shirley | 24695 |
| 205. | McCullough, Vera M. | 24325 |
| 206. | McDonald, John J. | 21976 |
| 207. | McDuffie, Marjorie B. | 24638 |
| 208. | MCFARLIN, EUGENE | 22613 |
| 209. | Mchale, Betty J. | 24777 |
| 210. | MCHALE, ROBERT RICHARD | 24719 |
| 211. | McHenry, Tommie S | 24870 |
| 212. | MCKNELLY, LOURENE GREEN | 22163 |
| 213. | McLaughlin, Robert | 22760 |
| 214. | MCMAHAN, FRANCES | 23629 |
| 215. | McNamara, Raymond T. | 22208 |
| 216. | McQuinn, Mollie T | 24506 |
| 217. | Medeiros, Manuel L. | 23358 |
| 218. | Meehan, John A. | 25577 |
| 219. | Mehaffie, Betty | 23833 |
| 220. | MEIRSTIN, JEANNIE L | 23256 |
| 221. | Metcalf, Dorothy | 20878 |
| 222. | Meyers, Carol L. | 22227 |
| 223. | Michaletz, Richard J | 25784 |
| 224. | MIELE, ROSETTA | 22094 |
| 225. | MILAM, JO ELLEN | 24281 |
| 226. | Milican, Betty B | 25512 |
| 227. | Miller, Irene | 24737 |
| 228. | Miller, Richard R. | 21548 |
| 229. | Miller, Robert M | 21603 |
| 230. | Mills, Darlene | 23856 |
| 231. | Mills, Laura L | 25581 |
| 232. | Millwood, Lavone P | 24493 |
| 233. | Mobley, Gloria K | 24982 |
| 234. | MOELLER, JOYCE | 20697 |
| 235. | Mogonye, Dorothy L. | 24792 |
| 236. | Monro, Barbara Eileen | 25431 |
| 237. | Monroe, William E | 21124 |
| 238. | Montegny, James A. | 24284 |
| 239. | Montes, Barbara | 20852 |
| 240. | MOODY, RONALD | 24130 |

| | Debtors' Forty-ninth Omnibus Objection to Claims<br>Exhibit A<br>Schedule of Claims to be Reclassed to General Unsecured | |
|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. |
| 241. | Moore, Janice A. | 20886 |
| 242. | Moragne, Sophia C. | 22933 |
| 243. | Morgan, Betty | 24976 |
| 244. | Moskowitz, Blanche | 23194 |
| 245. | Moskowitz, Geraldine | 23549 |
| 246. | Moss, Zelma K | 21470 |
| 247. | MOTT, CLIFFORD RAY | 21953 |
| 248. | Mundy, Johnie | 23808 |
| 249. | MURPHY, BERNARD G. | 22059 |
| 250. | Murray, Dorothy M. | 22652 |
| 251. | MURRIE, MARLENE | 21781 |
| 252. | Myers, Arthur J. | 21400 |
| 253. | Myers, Doris M. | 24256 |
| 254. | Myles, Homer G. | 26249 |
| 255. | Nadler, Gloria R. | 25852 |
| 256. | Nance, Ila Faye | 22579 |
| 257. | NAZELROD, EMORY | 24465 |
| 258. | Nega, Mary K | 25752 |
| 259. | Nemer, Alice M. | 24206 |
| 260. | Neukam, Helga E. | 21035 |
| 261. | Newsome, Franklin D | 21191 |
| 262. | Nigh, Buddy Ray | 23348 |
| 263. | NISHIMURA, NOBUKO | 23595 |
| 264. | Nolan, Ralph E. | 21952 |
| 265. | North, Carolyn L | 22383 |
| 266. | Novotny, Catherine | 20849 |
| 267. | Nowakowski, Helen M. | 22789 |
| 268. | NYE, VERNON B | 23588 |
| 269. | Oakley, Jo Ann Dawson | 25403 |
| 270. | Oberlander, Ruben F. | 21398 |
| 271. | OGDEN, WILLIAM E | 22555 |
| 272. | OLIVE, DAVID S. | 21619 |
| 273. | Oliver, Paul | 24492 |
| 274. | Olson, Dale A. | 23166 |
| 275. | Oneto, Ellen B | 22027 |
| 276. | Orpin, Margaret R | 21233 |
| 277. | Ortlieb, Jerome | 24147 |
| 278. | Ortner, Donna M. | 21147 |
| 279. | OSWALT, CLARENCE | 26012 |
| 280. | OVERFIELD, WILLIAM ROBERT | 24296 |
| 281. | Owens, Michael Joseph | 23578 |
| 282. | Ozment, Leilani S | 22043 |
| 283. | Ozment, Ruth S. | 26175 |
| 284. | PALMER, ANNA M | 25156 |
| 285. | PALMER, BETTY B | 23641 |
| 286. | PANAGAKOS, GEORGE M | 26055 |
| 287. | Pancoe, Gertrude J. | 25962 |
| 288. | Pape, Dorothy M | 21830 |

**Debtors' Forty-ninth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 289. | Parker Family Trust UA Dtd 11-02-93 or William E. | 24317 |
| 290. | Parker, Beverly Anne | 24416 |
| 291. | Parker, Charlene | 25317 |
| 292. | Parker, Greta F | 20756 |
| 293. | Parker, Otis Mitchell | 24550 |
| 294. | Parkinson, Nancy L. | 21870 |
| 295. | Parks, Helen Leah | 23201 |
| 296. | PAYAN, VILMA F | 25517 |
| 297. | PAYNE, BENJAMIN | 22062 |
| 298. | Pearcy, Ola Ann | 22157 |
| 299. | Peele, Larry L | 21661 |
| 300. | Peersen, Arthur C. | 24746 |
| 301. | Peluso, Joseph S. | 23103 |
| 302. | PENDERGAST, TED F. | 24842 |
| 303. | Pentland, Richard N | 22079 |
| 304. | PERCIVAL, JOHN G | 22852 |
| 305. | Perdue, Edith C | 22839 |
| 306. | Perkins, Billy F | 23457 |
| 307. | Perovanovic, Veselin | 24902 |
| 308. | PERRY, JUNE H. | 22424 |
| 309. | PERRYMAN, RALPH C. | 23001 |
| 310. | PERSBACKER, PATRICIA | 25473 |
| 311. | Peters, Donald B. | 21256 |
| 312. | Pettibone, Jeannette B. | 22037 |
| 313. | Petty, Harold Archer | 23843 |
| 314. | Pheagin, Marilyn | 25405 |
| 315. | Phillips, Sammy Dwain | 22131 |
| 316. | Phillips, Sarah L. | 21366 |
| 317. | Phillips, Virlin Elizabeth W. | 21538 |
| 318. | PICHINI, BETTY H. | 24863 |
| 319. | Pickrell, Alton J. | 21160 |
| 320. | Pierce, Eloise L | 24432 |
| 321. | PIPER, DONALD R | 22824 |
| 322. | Pisarek, Elizabeth | 24191 |
| 323. | PLOTNER, VINCENT NORMAN | 24987 |
| 324. | POLEFRONE, DOROTHY MAE | 21630 |
| 325. | POOR, LULA | 25561 |
| 326. | Popham, Shirley | 26027 |
| 327. | PORTER, JULIA M. | 24534 |
| 328. | Posey, Nelma | 24221 |
| 329. | POST, DOROTHY M | 22214 |
| 330. | POTTER, HUGH LAWRENCE | 22702 |
| 331. | Powers, David George | 24568 |
| 332. | Poynor, Gene | 25627 |
| 333. | Price, Thomas W | 24501 |
| 334. | PRITCHETT, ELOUISE S | 22492 |
| 335. | Provencio, Mary Ruby | 23043 |
| 336. | Provost, James J. | 23004 |

| | Debtors' Forty-ninth Omnibus Objection to Claims<br>Exhibit A<br>Schedule of Claims to be Reclassed to General Unsecured | |
|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. |
| 337. | Provost, John Felix | 23735 |
| 338. | Pruitt, Wayne G. | 25739 |
| 339. | PUGH, CECIL B | 25381 |
| 340. | PULLIN, MURIEL CRADDOCK | 24909 |
| 341. | Pumilia, Rosa | 23963 |
| 342. | Putty, Helen | 25628 |
| 343. | QUINN, JERRY S | 23615 |
| 344. | Quintana, Carmen | 24723 |
| 345. | RABICK, MARY ANN | 23617 |
| 346. | Rae, Robert P. | 24555 |
| 347. | Raines, Yvonne Wiggins | 24121 |
| 348. | Rakauskas, Stanley | 20869 |
| 349. | Ramey, Darlene J | 23097 |
| 350. | Ratz, Mary Caroline | 22720 |
| 351. | REAGAN, JOE T. | 25485 |
| 352. | Reck, June | 23827 |
| 353. | Redditt, Charles C. | 21758 |
| 354. | Reeb, Frederick W | 24575 |
| 355. | Reichert, Laurence A. | 23896 |
| 356. | Reifsnyder, Volita | 21088 |
| 357. | Reinharpt, Melvene E. | 21496 |
| 358. | Remsing, Linda M. | 22301 |
| 359. | Reser, Vernon L. | 22895 |
| 360. | REYNOLDS, ARTHUR M | 24226 |
| 361. | REYNOLDS, CLOTEA | 24901 |
| 362. | Rhoades, Phyllis J. | 22669 |
| 363. | Ribaudo, Paul J | 21966 |
| 364. | Richardson, Joseph | 25331 |
| 365. | RICHEY, JANET | 22166 |
| 366. | Rieth, Theodore | 22748 |
| 367. | Riggillo, Josephine M. | 20802 |
| 368. | Ritter, Audrey G | 24731 |
| 369. | Roark, Helen Hedson | 25145 |
| 370. | Robbins, William J. | 25940 |
| 371. | ROBERSON, ERNEST C | 25657 |
| 372. | Roberson, Joe H. | 22343 |
| 373. | Robert Einhart / Barbara Rowett POA | 24558 |
| 374. | Roberts, Joseph Eugene | 22644 |
| 375. | Roberts, Sally A | 21377 |
| 376. | ROBERTSON, ELIZABETH J. | 23090 |
| 377. | Rodenburg, Josephine | 23834 |
| 378. | Rodriguez, Demetrio | 22388 |
| 379. | Rodriguez, Samuel | 24094 |
| 380. | Roman Sr., Theodore P. | 21228 |
| 381. | Rondone, Eileen Marie | 22268 |
| 382. | Rose, Betty Jean | 26042 |
| 383. | Rosenfeld, Norman | 22863 |
| 384. | Ross, Kenneth R | 26129 |

| | **Debtors' Forty-ninth Omnibus Objection to Claims** **Exhibit A** **Schedule of Claims to be Reclassed to General Unsecured** | |
|---|---|---|
| **Ref #** | **Name of Claimant** | **Affected Proof of Claim No.** |
| 385. | Ross, Mary P | 26254 |
| 386. | ROWLES, PATSY | 21761 |
| 387. | Rush, James J | 23014 |
| 388. | RUSSELL, DAVID L. | 23028 |
| 389. | RUSSELL, WILLIAM B. | 24769 |
| 390. | RYAN, PHILIP E. | 24856 |
| 391. | RYSKAMP, MYRON JACK | 22794 |
| 392. | Sachs, Arlene | 23988 |
| 393. | Sacra, Christine E. | 24721 |
| 394. | Saldivar, Josephine | 25377 |
| 395. | Salmorin, Adrian K. | 23176 |
| 396. | Salpeter, Stanley | 21308 |
| 397. | Sampere, Joseph A. | 23488 |
| 398. | Sampson, William E. | 25326 |
| 399. | SAMULES, DON | 21746 |