**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                              :            **Chapter 11**
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :            **Case No. 18-23538 (SHL)**
                                                   :
            **Debtors.**[1]                        :            **(Jointly Administered)**

---------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FIFTIETH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFY CLAIMS)

Upon the *Debtors' Fiftieth Omnibus Objection to Proofs of Claim (Reclassify Claims)*, filed on August 30, 2022 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), all as more fully set forth in the Objection; and the Bankruptcy Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.       The Objection is granted.

2.       Each proof of claim listed on **Exhibit 1** annexed hereto is reclassified in its entirety to a general unsecured claim.

3.       This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

4.       The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5.      The terms and conditions of this Order are effective immediately upon

entry.


Dated:   November 4, 2022
             White Plains, New York

                                              */s/ Sean H. Lane*
                                              THE HONORABLE SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**Reclassified Claims**

**Debtors' Fiftiteth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 1. | Sanders, Catherine Lois | 24349 |
| 2. | Sanders, Dorothy | 21280 |
| 3. | Sanders, Elizabeth B. | 25900 |
| 4. | Sanders, Robert E. | 22389 |
| 5. | Sandra L. Anderson (Mrs Paul A. Anderson | 22242 |
| 6. | Sass Sr., Frank | 21970 |
| 7. | Sawukaytis, Josef S. | 22768 |
| 8. | Schaffstein, Jerald E. | 25213 |
| 9. | Schiltz, Shirley M. | 25724 |
| 10. | Schmitt, Edward | 23709 |
| 11. | Schohn, Cecelia A | 26074 |
| 12. | Schott, Terrence | 20899 |
| 13. | Schreppel, Irene | 25812 |
| 14. | SCHUERGER, DARLENE C. | 24771 |
| 15. | Schulz, Howard | 25418 |
| 16. | SCOTT, CONNEY D. | 21416 |
| 17. | SCOTT, MILDRED ANNETTE | 25549 |
| 18. | Scott, Paul W. | 24378 |
| 19. | SCULLY, PATRICIA | 26162 |
| 20. | SEAMAN, MARGARET A | 21345 |
| 21. | Sears, Grace B. | 23375 |
| 22. | Sebastian, Roy E. | 22484 |
| 23. | Sendra, Robert F | 20892 |
| 24. | SEWELL, HOWARD W | 21798 |
| 25. | Sforza, Donald | 24131 |
| 26. | SHAFER, NORMAN J | 23435 |
| 27. | Shaffer, Thomas D. | 25487 |
| 28. | Sharp, Richard B. | 22572 |
| 29. | SHARPE, ROBERT N | 25211 |
| 30. | Shaw, Coleen J | 23363 |
| 31. | Shaw, Thomas R. | 22456 |
| 32. | Shawhan, Luella M | 25601 |
| 33. | Shealey, Tindora F. | 25476 |
| 34. | Sheffield, Dorothy K. | 23684 |
| 35. | Sherrod, Judith H. | 25718 |
| 36. | SHIRLEY, ROSE L | 23355 |
| 37. | Shonkwiler, Donald L. | 20816 |
| 38. | Shormas Jr., Joseph | 25788 |
| 39. | SHORTALL, MARY J | 21459 |
| 40. | SHUMAKER, BRUCE | 20693 |
| 41. | SIBLEY, WEBSTER ALLEN | 25318 |
| 42. | SICHROVSKY, CONSTANCE | 23136 |
| 43. | SIDES, BENJAMIN | 22434 |
| 44. | Sigman, Jean A | 25787 |
| 45. | Silverman, Meyer H. | 22049 |
| 46. | SIMEON, ELIZABETH S. | 21792 |
| 47. | SIMIEN, ANGELINE M | 22800 |
| 48. | SIMPSON, ERNEST L | 25104 |

**Debtors' Fiftiteth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 49. | Sinkiewicz, Robert  W. | 24527 |
| 50. | Sinks, Margaret L | 21875 |
| 51. | Sirls, Edward T. | 21139 |
| 52. | Skidmore, Henry David | 25910 |
| 53. | Skupien, Thaddeus J | 22179 |
| 54. | Slabodnik, Joan C | 22089 |
| 55. | Sloat, Mary Louise | 22408 |
| 56. | SLOTHOWER JR, DAVID G | 23686 |
| 57. | SMALL, RICHARD ALLEN | 21500 |
| 58. | Smith, Anita M. | 23211 |
| 59. | Smith, Betty  A. | 23401 |
| 60. | SMITH, CATHY R | 22096 |
| 61. | SMITH, DORIS A | 23598 |
| 62. | SMITH, GLORIA R | 23799 |
| 63. | Smith, LaDoris S. | 24458 |
| 64. | SMITH, LEROY | 25010 |
| 65. | Smith, Mavis N. | 24058 |
| 66. | SMITH, PATRICIA M | 22908 |
| 67. | Smith, Richard N. | 23877 |
| 68. | Snowden, Alberta | 24142 |
| 69. | SNYDER, DON HAX | 21454 |
| 70. | Solomon, Phillip E. | 24088 |
| 71. | SOPCHEK, ESTHER L. | 23009 |
| 72. | Soro, Mary Ann | 25511 |
| 73. | Sosna, Domenica R | 24840 |
| 74. | SOTO, PROSPERO | 23605 |
| 75. | Sparrow, Rosemarie | 24201 |
| 76. | Spencer, Ola Mae | 25997 |
| 77. | Sperling, Lester F. | 21971 |
| 78. | Spiczenski, Marilyn J. | 24938 |
| 79. | SPIVEY, CECIL | 23801 |
| 80. | Squeo, Mary Ann | 25459 |
| 81. | Stafford, Edwin E. | 25737 |
| 82. | Stamper, Robert L. | 24055 |
| 83. | Standridge, Gerald B. | 23298 |
| 84. | Stanghellini, Renzo | 24574 |
| 85. | Stanley, Louis Walden | 21145 |
| 86. | Stanton, Sandra | 21872 |
| 87. | STARBUCK, LOIS | 22751 |
| 88. | Starks, Marvin L. | 24072 |
| 89. | Steger, Carolyn E. | 21779 |
| 90. | Stehlik, Robert J | 21547 |
| 91. | Stein, Gilbert | 22008 |
| 92. | STEINMILLER, DIANE | 23798 |
| 93. | Stephens, Geraldine A. | 21433 |
| 94. | STEPHENSON, NORMAN CARL | 21326 |
| 95. | Steven A Maiselson (Beneficiary of "Recently Decea | 26113 |
| 96. | Stewart, Bernice | 26014 |

**Debtors' Fiftieth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 97. | Storlie, Charles Clifford | 22042 |
| 98. | STOUFFER, KENNETH A | 23861 |
| 99. | Streit, Walter R | 21027 |
| 100. | Stretch, Helen | 20809 |
| 101. | STRYKER SR., WALTER H | 22222 |
| 102. | Stubblefield, Charles Junior | 21729 |
| 103. | Studley, Sr., Everitt C | 23229 |
| 104. | STUTZMAN, ANNE | 24708 |
| 105. | STYGER, MAURICE E | 22625 |
| 106. | Suire, Jr., Anthony | 21757 |
| 107. | Surles, Balam A. | 26437 |
| 108. | Suzanne K. Fleisher and Sharon Dunlap | 21494 |
| 109. | Swanson, Laura C. | 20755 |
| 110. | Swedberg, Carol J. | 20956 |
| 111. | Sweeney, Carolyn V. | 25142 |
| 112. | SWEENEY, MARK | 25172 |
| 113. | Swinson, Jack M | 25733 |
| 114. | Sylvis, Stella | 21150 |
| 115. | Tamporello, Lucille R | 21425 |
| 116. | Tanaka, Betty Y. | 23571 |
| 117. | Tanner, Earnestine | 22405 |
| 118. | Tasker, Cora M. | 22761 |
| 119. | Tatham, Yvonne Lola | 24989 |
| 120. | Tatsui, Hanabusa Han | 22585 |
| 121. | Teel, Nina R | 20947 |
| 122. | Thomas, Ruth F. | 22465 |
| 123. | THOMPSON, BARBARA J. | 23142 |
| 124. | THOMPSON, ROY FRANKLIN | 22187 |
| 125. | THOMPSON, RUTH MARIE | 22901 |
| 126. | THORNHILL, DOROTHY | 21641 |
| 127. | Throneberry, Yvetta L. | 25772 |
| 128. | Tilley, Helen S | 21177 |
| 129. | TIMMONS, NEOMA B. | 25607 |
| 130. | Todd, Patricia A. | 25780 |
| 131. | TOMKO, NANCY | 22605 |
| 132. | TOWERS, SYLVESTER FORBES | 24364 |
| 133. | TRAMMELL, FRANZISKA H | 21439 |
| 134. | Trinidad, Rafaela | 25234 |
| 135. | Trzepkowski, Alfred J. | 23658 |
| 136. | Turbov, Shirley | 24090 |
| 137. | Turner, Ida M | 24484 |
| 138. | Turner, Wilma J. | 25687 |
| 139. | UECKER, GEORGIENA M | 22627 |
| 140. | UPSHAW, ROBERT L. | 23423 |
| 141. | Valdez, Raymond F. | 20749 |
| 142. | VALENTINE, ELAINE G | 22526 |
| 143. | VALENTIN-MERCADO, HUBILIO | 25380 |
| 144. | Valentino, Albert S. | 21296 |

**Debtors' Fiftieth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 145. | Valus, Beatrice H. | 25728 |
| 146. | VARRASSO, JOHN G | 22429 |
| 147. | VAUPEL, MARY C | 23320 |
| 148. | VELNOSKY, ELIZABETH | 22880 |
| 149. | Venincasa, Sylvia Mae | 20750 |
| 150. | VIA, DONALD E | 25869 |
| 151. | Vick, Laura | 21262 |
| 152. | Vincent, Doris J. | 21894 |
| 153. | Vindasius, Birute | 23908 |
| 154. | Voss, Heinz F.T. | 26172 |
| 155. | WAGGONER, BETTY | 23262 |
| 156. | WAHL, HERBERT R | 23340 |
| 157. | Waine, William W | 24720 |
| 158. | Wakefield, Richard | 23784 |
| 159. | Walker, Josephine J | 25619 |
| 160. | WALLS, FRANK N. | 22336 |
| 161. | WALTON, ELIZABETH L. | 24915 |
| 162. | Ward, Barbara A. | 24509 |
| 163. | Warren, Eva G | 24659 |
| 164. | Wass, Carolene | 26039 |
| 165. | WATERS, EDWARD F | 26104 |
| 166. | Waters, Thelma L. | 22759 |
| 167. | Watkins, Claudean  C. | 24082 |
| 168. | Wear, Kay | 25564 |
| 169. | Weatherby, James A. | 25626 |
| 170. | Weatheroy, Beatrice | 25076 |
| 171. | WEAVER, JUDY | 21660 |
| 172. | Webb, Etoyl S. | 23114 |
| 173. | Weber, Estelle | 26297 |
| 174. | Weeks Sr, William E | 21457 |
| 175. | Wehunt, Alma | 24521 |
| 176. | Weihmeir, Shirley J | 21475 |
| 177. | Weinberg, Brenda | 21810 |
| 178. | Weinstein, Edward M. | 22618 |
| 179. | WEIPPERT, CECIL W | 22700 |
| 180. | Weld, Shirley M. | 26176 |
| 181. | WELLER, ROSE A | 26059 |
| 182. | Wells, Martha S | 21502 |
| 183. | West, Mary Ragland | 22392 |
| 184. | Wethli, Marilyn N. | 23245 |
| 185. | WHAITE, RAYMOND E | 23277 |
| 186. | WHALIN, RUTH | 22655 |
| 187. | WHEELER JR,, STEPHEN P | 25146 |
| 188. | WHILDEN, JOSEPH H | 22782 |
| 189. | Whitacse, Nancy A. | 24690 |
| 190. | White, Carolyn S. | 24143 |
| 191. | White, James | 22378 |
| 192. | WHITE, LINDA | 26018 |

**Debtors' Fiftieth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 193. | WHITE, WILLIAM JOHN | 26057 |
| 194. | Whitlock, Barbara A. | 24981 |
| 195. | WHITTED, GEORGE E | 23470 |
| 196. | WILDE, RUTH D | 26056 |
| 197. | Willett, Morris LeVan | 21052 |
| 198. | Williams, Bernice S. | 22139 |
| 199. | WILLIAMS, CLOYCE V | 23131 |
| 200. | Williams, Dean R | 21224 |
| 201. | Williams, Frances Ann | 24958 |
| 202. | WILLIAMS, MARCELLA | 26142 |
| 203. | Williams, Mattie A. | 24198 |
| 204. | Williams, Ocenetta R. | 21076 |
| 205. | Williams, Tiffany | 21493 |
| 206. | Williamson, Jr, Ruben | 22046 |
| 207. | Wilson Smith, Sandra R. | 24661 |
| 208. | Wilson, Billy C | 23592 |
| 209. | Wilson, Jesse W. | 25141 |
| 210. | Wilson, Rosa N | 22287 |
| 211. | Winchester, Wendell F | 25402 |
| 212. | Windhausen, Karen | 23657 |
| 213. | Winne, Roy | 21219 |
| 214. | WINSETT, HERBERT G. | 24241 |
| 215. | Winslager, Marvin | 21180 |
| 216. | Winter, Dale L | 25071 |
| 217. | Wise, Robert K | 21321 |
| 218. | Withrow, Barbara | 23249 |
| 219. | Wojciechowski, Cecilia | 25507 |
| 220. | WOLF, DOROTHY J | 25041 |
| 221. | WOLLETT, JAMES E | 23297 |
| 222. | Workmen, Kenneth | 26060 |
| 223. | Worley, Jacqueline Hollifield | 26412 |
| 224. | WORLEY, JAMES E | 21480 |
| 225. | WRIGHT, DAVID S | 24604 |
| 226. | Wright, Joan | 22812 |
| 227. | WULFF, HELENE | 24237 |
| 228. | Wunch, Thomas F | 22100 |
| 229. | Wynne, Janath R. | 26349 |
| 230. | YAMBRA, MICHAEL | 24969 |
| 231. | YAMRISKA, OLGA V. | 23219 |
| 232. | Yancey, Clarence Donald | 23904 |
| 233. | YARBROUGH, GRADY P | 23639 |
| 234. | Yoshida, Harry | 25406 |
| 235. | Young, Delores Maxine | 24893 |
| 236. | Young, Inea B | 23757 |
| 237. | Young, Joan M | 24500 |
| 238. | Zavala, Eduardo | 22476 |
| 239. | ZEIDLER, LOUISE M. | 23078 |
| 240. | Zern, Jon S. | 22826 |

**Debtors' Fiftiteth Omnibus Objection to Claims**
**Exhibit A**
**Schedule of Claims to be Reclassed to General Unsecured**

| Ref # | Name of Claimant | Affected Proof of Claim No. |
|---|---|---|
| 241. | Ziliak, Donald A. | 20964 |
| 242. | Ziliak, Edwin A | 21210 |
| 243. | Zimmerman, Ida Frances | 23153 |
| 244. | Zimowski, Ernest | 24297 |
| 245. | Zulli, Anthony C. | 24280 |
| 246. | Zurn, Carol J. | 26425 |