**BARCLAY DAMON LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
Facsimile: (315) 703-7349
Kevin M. Newman

*Attorneys for Salmon Run Shopping Center, L.L.C.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.* | Case No. 18-23538-rdd |
| Debtors. | Jointly Administered |

---------------------------------------------------------------

**WITHDRAWAL OF PROOF OF CLAIM FILED BY
SALMON RUN SHOPPING CENTER, L.L.C.**

Pursuant to Federal Rule of Bankruptcy Procedure 3006, Salmon Run Shopping Center, L.L.C. hereby withdraws the following proof of claim filed against Sears, Roebuck and Co. (Case No. 18-23537) in the above referenced bankruptcy cases:

> Claim No. 11881 in the amount of $20,623.68 plus any and all additional rent and charges that accrue or come due on or after 10/15/2018 plus indemnity obligations and amounts subject to rights of setoff and/or recoupment, plus attorneys' fees.

Such withdrawal does not nor is it intended to limit or affect any other claims filed by Salmon Run Shopping Center, L.L.C. in the above referenced bankruptcy cases.

Dated: November 7, 2022        **BARCLAY DAMON LLP**
                               *Attorneys for Salmon Run Shopping Center, L.L.C.*

                               By:   */s/Kevin M. Newman*
                               Kevin M. Newman
                               Barclay Damon Tower
                               125 East Jefferson Street
                               Syracuse, New York 13202
                               Telephone: (315) 413-7115
                               Facsimile: (315) 703-7349
                               Email: knewman@barclaydamon.com