**BARCLAY DAMON LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:  (315) 413-7115
Facsimile:  (315) 703-7349
Kevin M. Newman

*Attorneys for Holyoke Mall Company, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

In re:                                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.*                Case No. 18-23538-rdd

                                  Debtors.                        Jointly Administered
-------------------------------------------------------------

## WITHDRAWAL OF PROOF OF CLAIM FILED BY
## HOLYOKE MALL COMPANY, L.P.

Pursuant to Federal Rule of Bankruptcy Procedure 3006, Holyoke Mall Company, L.P.

hereby withdraws the following proof of claim filed against Sears, Roebuck and Co. (Case No.

18-23537) in the above referenced bankruptcy cases:

> Claim No. 8370 in the amount of $80,475.77 plus any and all additional
> rent and charges that accrue or come due on or after 10/15/2018 plus
> indemnity obligations and amounts subject to rights of setoff and/or
> recoupment, plus attorneys' fees.

Such withdrawal does not nor is it intended to limit or affect any other claims filed by

Holyoke Mall Company, L.P. in the above referenced bankruptcy cases.

Dated:  November 7, 2022                    **BARCLAY DAMON LLP**
                                      *Attorneys for Holyoke Mall Company, L.P.*

                                      By:   */s/Kevin M. Newman*
                                      Kevin M. Newman
                                      Barclay Damon Tower
                                      125 East Jefferson Street
                                      Syracuse, New York 13202
                                      Telephone:  (315) 413-7115
                                      Facsimile:  (315) 703-7349
                                      Email:  knewman@barclaydamon.com