**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.,

Case No.: 18-23538

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*


I, Peter J. Barrett, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Zhejiang Kata Technology Co. Ltd., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Virginia and, if applicable, the bar of the U.S. District Court for the Eastern District of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: 11/9/2022
Richmond, Virginia

/s/ Peter J. Barrett

*Mailing Address*:

Kutak Rock LLP
901 E Byrd St., Ste. 1000
Richmond, VA 23219

*E-mail address*: peter.barrett@kutakrock.com
*Telephone number*: (804) 644-1700