**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------- x

In re: Sears Holdings Corporation, et al.,    Case No.: <u>18-23538</u>
                                               Chapter ___
                                               11

                    Debtor

-------------------------------------- x

                                               Adversary Proceeding No.:

                    Plaintiff

            v.

                    Defendant

                                               x
-------------------------------------- 

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of <u>Peter J. Barrett</u>, to be admitted, ***pro hac vice***, to represent <u>Zhejiang Kata Technology Co. Ltd.</u>, (the "Client") a <u>creditor</u> in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Virginia</u> and, if applicable, the bar of the U.S. District Court for the <u>Eastern</u> District of <u>Virginia</u>, it is hereby

    **ORDERED**, that <u>Peter J. Barrett</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 15, 2022
White Plains, New York                    */s/ Sean H. Lane*
                                          UNITED STATES BANKRUPTCY JUDGE