WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                      :
                                                           :     **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                  :
                                                           :     **Case No. 18-23538 (SHL)**
                                                           :
                       **Debtors.** [1]                    :     **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE REGARDING DEBTOR'S EIGHTEENTH OMNIBUS**
**OBJECTION TO PROOFS OF CLAIM NUMBERS 20119 AND 20121 (ECF NO. 7859)**

On April 22, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases filed the *Debtors'*

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

*Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduce or Reclassify Claims/Ballots)* (ECF No. 7859) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

The Objection sought to reclassify as general unsecured claims, amongst others, Proofs of Claim Nos. 20119 and 20121 (the "**PREPA Claims**") filed by the Puerto Rico Electric Power Authority ("**PREPA**").

On May 27, 2020, PREPA filed its *Response to Debtors' Request for Reclassification of PREPA's Claim in Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots* (ECF No. 7985) (the "**PREPA Response**").

On December 21, 2021, the Debtors filed their *Reply in Support of Debtors' Eighteenth Omnibus Objection to Proofs of Claim Solely with Respect to Claims of Puerto Rico Electric Power Authority (Claim Nos. 20119 & 20121)* (ECF No. 10168) (the "**Debtors' Reply**" and, together with the Objection and the PREPA Response, the "**Pleading**s").

**PLEASE TAKE NOTICE** that the Liquidating Trustee and PREPA have agreed to submit the Objection with respect to the PREPA Claims to the Bankruptcy Court for a decision on the basis of the Pleadings, without oral argument or a hearing unless requested by the Court.

Dated: November 18, 2022
New York, New York

        */s/ Garrett A. Fail*
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York  10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007
        Ray C. Schrock, P.C.
        Garrett A. Fail
        Sunny Singh

        *Attorneys for Liquidating Trustee*