Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 18-23538-shl

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SEARS HOLDINGS CORPORATION,

8

9          Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                  United States Bankruptcy Court

13                  300 Quarropas Street, Room 248

14                  White Plains, NY 10601

15

16                  November 17, 2022

17                  2:05 PM

18

19

20

21    B E F O R E :

22    HON SEAN H. LANE

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO: UNKNOWN

Page 2

1    HEARING re OMNIBUS HEARING

2

3    HEARING re Doc. #10144 Application For Interim Professional

4    Compensation / Third Application For Interim Professional

5    Compensation for ASK LLP As Special Counsel, Period:

6    7/1/2021 To 10/31/2021, Fee: $3,592.50, Expenses: $5,502.80.

7

8    HEARING re Doc. #10667 Application For Final Professional

9    Compensation / Final Fee Application of Stout Risius Ross,

10   LLC Real Estate Consultant and Advisor For the Debtors For

11   the Period From November 21, 2018 Through and Including June

12   30, 2019 for Stout Risius Ross, LLC, Consultant, period:

13   11/21/2018 to 6/30/2019, fee: $192,695.50, expenses:

14   $6,960.60.

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :

 2

 3   PAUL, WEISS, RIFKIND, WHARTON GARRISON LLP

 4        Attorneys for the Debtor

 5        1285 Avenue of the Americas

 6        New York, NY 10019

 7

 8   BY:  ROBERT BRITTON

 9

10   ASK LLP

11        Attorneys for the Debtor

12        2600 Eagan Woods Drive, Suite 400

13        St. Paul, MN 55121

14

15   BY:  KARA E. CASTEEL

16

17   STOUT RISIUS ROSS

18        150 West Second Street, Suite 400

19        Royal Oak, MI 20005

20

21   BY:  KEVIN KERNEN

22

23   ALSO PRESENT TELEPHONICALLY:

24   ERIKA L. MORABITO

25   JOSEPH SZYDIO
```

Page 4

1                        P R O C E E D I N G S

2              THE COURT:  Good afternoon.  This is Judge Sean

3    Lane in the United State Bankruptcy Court for the Southern

4    District of New York, and we are here for a 2:00 hearing in

5    the Sears Holding Corporation Chapter 11 jointly-

6    administered case.  And so let me find out who is here on

7    behalf of the Debtors.

8              Mr. Britton, I think you're on mute.  You're still

9    on mute.  You're not muted on our system.  And I would love

10   to be able to tell you I had wisdom to offer on how to fix

11   your problem, but I would be lying if I did.

12             MR. BRITTON:  Can you hear me now, Your Honor?

13             THE COURT:  There you go.

14             MR. BRITTON:  Excellent.  Technological issues on

15   our end.  Your Honor, Bob Britton, Paul Weiss, on behalf of

16   the former restructuring subcommittee of the Debtors.

17             THE COURT:  All right, good afternoon.  And on

18   behalf of ASK?

19             MS. CASTEEL:  Good afternoon, Your Honor.  This is

20   Kara Casteel of ASK for the litigation designees, or former

21   litigation designees.

22             THE COURT:  All right.  And on behalf of Stout?

23             MR. KERNEN:  Good afternoon, Your Honor.  Kevin

24   Kernen with Stout Risius Ross.

25             THE COURT:  All right.  Good afternoon to you.

Page 5

1    And let me ask if there are any other appearances this

2    afternoon.

3            MR. BRITTON:  For clarification purposes, Your

4    Honor, Stout submitted its application as a professional of

5    the restructuring subcommittee.  I will present their

6    application today.

7            THE COURT:  All right.  Thank you.  So I have the

8    notice of agenda and then I have the revised notice of

9    agenda.  So I think I'm working off the notice of agenda

10   that was filed on the 16th at midday and at Docket 10732.

11   And so with that, I'll turn it over to the liquidating

12   trustee to -- counsel for the liquidating trustee to walk us

13   through what's on.

14           MS. CASTEEL:  Your Honor, would you like me so

15   discuss the ASK application?

16           THE COURT:  I will leave it to your considered

17   professional judgment as to who should tackle what.  So...

18           MS. CASTEEL:  Well, Your Honor, I'm happy to

19   start.  I figured this status conference might be where you

20   were hoping to catch up and figure out what's going on and

21   what's left with what ASK is doing.  So I'm happy to fill

22   you in.  This is basically some cleanup.

23           ASK was hired in two different capacities.  We

24   have been (indiscernible) and are continuing to do

25   preference work now that the plan has gone effective.  We

Page 6

1   still are prosecuting preferences and are working on a final

2   fee app for that.  That is separate and apart from the

3   hourly work we did.  I would say -- I guess we would be

4   called efficiency counsel in the shareholder litigation.

5   Akin Gump did the insider action and ASK was hired to do the

6   public shareholder portion of that.  And so because it

7   wasn't really clear if the insiders were going to settle and

8   the public shareholders would remain or if everything was

9   going to be wrapped up shortly after October, we didn't

10  submit our final fee app yet.  We are working on that now.

11         The vast majority of our work and fees were

12  already incurred and taken care of in 2020 and 2021.  We had

13  first and second interim fee apps and the fees there totaled

14  approximately $214,000.  Those have already been approved.

15  We filed our third interim last year.  And when preparing

16  for the final realized we had inadvertently forgotten to

17  file C&O on the third.  So we have our third interim filed,

18  which you set for this hearing.  We filed the C&O, and out

19  of the total $225,000 in fees we incurred, this third

20  interim is approximately $3,500, and the fourth and final,

21  which we also filed, is approximately $7,600 in fees.

22         So we're done, we're wrapped up.  All the public

23  shareholders have either had a stipulated dismissal or a

24  notice of dismissal.  We will get that final fee app

25  shortly.  But the third and fourth interim were essentially

Page 7

1    just cleaning up the small things we were doing while the

2    motions to dismiss were under advisement and the insider

3    parties were working on meditation.  There wasn't

4    significant work.

5            But other than the final fee app, the third and

6    fourth ones are the final, and you won't be getting ongoing

7    work from us.

8            THE COURT:  All right.  And I know that your firm

9    has been doing preference work, and I think, frankly, from

10   the point of view of receiving information, particularly on

11   things like defaults, that's gone very smoothly.  I think my

12   chambers had the pleasure of working with folks at ASK way

13   back when in the Quebécor case I think.  When I first got on

14   the bench, I inherited some 1,600 adversaries.  And so I

15   think you have a system that seems to be a pretty well-oiled

16   machine, so thank you for that.  I know because judges I

17   suspect have slightly different things that they do on that.

18   So I appreciate the fact that it's so smooth and no doubt

19   you can offer assistance to other folks who may not have the

20   background that you all have in terms of that stuff.  So,

21   thank you for that.

22           So I know that's listed as a status.  Right?  So,

23   Mr. Britton, I don't know if there's anything that you

24   wanted to address vis-á-vis status either on the fee matter,

25   which is listed as status, or anything else for that matter.

Page 8

1            You're on mute again.

2            MR. BRITTON:  Can you hear me now, Your Honor?

3            THE COURT:  I can hear you now, yes.

4            MR. BRITTON:  Okay, great.  Nothing on Ask, Your

5    Honor.  We could present Stout's final fee application for

6    approval if we're going to move to --

7            THE COURT:  All right.  Well, while I have you on

8    the phone though, or on Zoom, maybe you could just give me

9    an overview of the case.  I think I know where things stand

10   in light of all the work that was done with Judge Drain

11   through the end of the summer, but I don't want to run afoul

12   of sort of institutional arrogance and think I know what's

13   left without asking the people who actually do know.  So I

14   thought maybe if you had a sense or two on that, just

15   generally speaking.

16           MR. BRITTON:  So I don't, Your Honor.  Maybe it

17   would be a help just to frame what our role in the case is

18   or was at one point in time and where we are today.  I don't

19   know if anybody from Weil Gotshal is on the line, but they

20   might be better-equipped to give that update.

21           So the Debtors were represented by Weil Gotshal,

22   you know, in their entirety.  At the time of the filing, a

23   restructuring subcommittee made up of independent, newly-

24   appointed board members was created for the specific

25   purposes of, one, negotiating on behalf of the Debtors, the

Page 9

1    sale that was ultimately made to ESL.  And then two,

2    investigating and pursuing any claims that the Debtors may

3    have had against ESL, Mr. Lampert, other individuals,

4    insiders.

5           Stout was an estate professional engaged by that

6    restructuring subcommittee along with Paul Weiss and others

7    to pursue that investigation, the ultimate output of which

8    was the first complaint against ESL and others that was

9    filed in these cases.

10          At the time of confirmation of the plan, the

11   litigation trust was formed.  This is going back several

12   years to 2019.  The litigation trust was formed, and at that

13   point Akin took over the litigation and the work of the

14   restructuring subcommittee for all intents and purposes was

15   over.  So we have not been actively involved in the cases

16   since 2019.  I am here only to clean up the final fee

17   application on behalf of Stout, which is still open.  But in

18   order to give (indiscernible) update on where the cases are

19   post-closing and post-settlement, I think we would need Weil

20   Gotshal.

21          THE COURT:  All right.  That's fine.  All right.

22   Thank you very much.

23          So if you -- is there anything else to do on ASK

24   at the moment, or should we move on to the Stout final fee

25   application?  All right, let's move on to the final fee

Page 10

1    application of Stout.

2            MR. BRITTON:  Okay, Your Honor.  The final fee

3    application of Stout is on file at ECF 10667.  No objections

4    were filed.  The total amount being sought for final

5    approval is $199,656.10.  This relates to two prior interim

6    fee applications which were approved for the period covering

7    November 2018 through June 2019, which is the period during

8    which Stout's work was performed.

9            We're not seeking any new payments.  All this

10   money has already been pursuant to those interim fee

11   applications.  We're just seeking final approval at this

12   time pursuant to the final application.

13           THE COURT:  All right.  Anything from Stout?

14           MR. KERNEN:  Nothing further, Your Honor.

15           THE COURT:  All right.  Thank you very much.

16           I'm happy to approve the final fee application of

17   Stout, which, as noted, is approval of monies that have

18   already been paid, and the amounts set forth in the final

19   fee application and for the services, the real estate

20   consulting services that are summarized in the application,

21   and I find it appropriate as a matter of the facts and

22   circumstances of the case and applicable law, and I rely on

23   the information that's been provided in terms of the backup

24   as well as the certification of Mr. Kernen in connection

25   with those services.  So that is granted.

Page 11

1            And with that, I guess the only other question I

2     had is I just wanted to confirm.  I think we now have moved

3     everything in the case.  The next hearing I think is either

4     on the 20th or 21st, and the hearing that was scheduled

5     before that I think has been -- those matters have been

6     moved.  Is that right?

7            MR. BRITTON:  I believe that's correct, Your

8     Honor, but that's, again, I think a question for Weil

9     Gotshal.

10           THE COURT:  No, that's fair.  And no worries.

11    With that, anything else that needs to be addressed here

12    this afternoon?

13           MS. CASTEEL:  No, Your Honor.  Just to give you a

14    heads up, we should be getting the final fee app for both

15    shareholder litigation and the preferences within the next

16    two weeks, and so hopefully that's the last time you'll have

17    to address any lingering fees from us.

18           THE COURT:  All right.  Thank you very much for

19    the update.  And with that, all of you be well, happy

20    Thanksgiving to you all, and see you in December.  Thank

21    you.

22           (Whereupon these proceedings were concluded)

23

24

25

Page 12

```
 1                          I N D E X

 2

 3                           RULINGS

 4                                          Page       Line

 5

 6    Final Fee Application of Stout Approved      10         16

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

Page 13

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *Sonya M. Ledanski Hyde*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  November 18, 2022

**[1,600 - clarification]**                                                    Page 1

| 1 | | |
|---|---|---|
| **1,600** 7:14 | | |
| **10** 12:6 | | |
| **10/31/2021** 2:6 | | |
| **10019** 3:6 | | |
| **10144** 2:3 | | |
| **10601** 1:14 | | |
| **10667** 2:8 10:3 | | |
| **10732** 5:10 | | |
| **11** 4:5 | | |
| **11/21/2018** 2:13 | | |
| **11501** 13:23 | | |
| **12151** 13:7 | | |
| **1285** 3:5 | | |
| **150** 3:18 | | |
| **16** 12:6 | | |
| **16th** 5:10 | | |
| **17** 1:16 | | |
| **18** 13:25 | | |
| **18-23538** 1:3 | | |
| **192,695.50** 2:13 | | |
| **199,656.10.** 10:5 | | |

| 2 | | |
|---|---|---|
| **20005** 3:19 | | |
| **2018** 2:11 10:7 | | |
| **2019** 2:12 9:12 9:16 10:7 | | |
| **2020** 6:12 | | |
| **2021** 6:12 | | |
| **2022** 1:16 13:25 | | |
| **20th** 11:4 | | |
| **21** 2:11 | | |
| **214,000** 6:14 | | |
| **21st** 11:4 | | |
| **225,000** 6:19 | | |
| **248** 1:13 | | |
| **2600** 3:12 | | |
| **2:00** 4:4 | | |

**2:05** 1:17

| 3 |
|---|
| **3,500** 6:20 |
| **3,592.50** 2:6 |
| **30** 2:12 |
| **300** 1:13 13:22 |
| **330** 13:21 |

| 4 |
|---|
| **400** 3:12,18 |

| 5 |
|---|
| **5,502.80.** 2:6 |
| **55121** 3:13 |

| 6 |
|---|
| **6,960.60.** 2:14 |
| **6/30/2019** 2:13 |

| 7 |
|---|
| **7,600** 6:21 |
| **7/1/2021** 2:6 |

**a**

**able** 4:10
**accurate** 13:4
**action** 6:5
**actively** 9:15
**address** 7:24 11:17
**addressed** 11:11
**administered** 4:6
**adversaries** 7:14
**advisement** 7:2
**advisor** 2:10
**afoul** 8:11
**afternoon** 4:2 4:17,19,23,25 5:2 11:12
**agenda** 5:8,9,9

**akin** 6:5 9:13
**americas** 3:5
**amount** 10:4
**amounts** 10:18
**anybody** 8:19
**apart** 6:2
**app** 6:2,10,24 7:5 11:14
**appearances** 5:1
**applicable** 10:22
**application** 2:3 2:4,8,9 5:4,6,15 8:5 9:17,25 10:1 10:3,12,16,19 10:20 12:6
**applications** 10:6,11
**appointed** 8:24
**appreciate** 7:18
**appropriate** 10:21
**approval** 8:6 10:5,11,17
**approve** 10:16
**approved** 6:14 10:6 12:6
**approximately** 6:14,20,21
**apps** 6:13
**arrogance** 8:12
**asking** 8:13
**assistance** 7:19
**attorneys** 3:4,11
**avenue** 3:5

**b**

**b** 1:21
**back** 7:13 9:11
**background** 7:20

**backup** 10:23
**bankruptcy** 1:1 1:12,23 4:3
**basically** 5:22
**behalf** 4:7,15,18 4:22 8:25 9:17
**believe** 11:7
**bench** 7:14
**better** 8:20
**board** 8:24
**bob** 4:15
**britton** 3:8 4:8 4:12,14,15 5:3 7:23 8:2,4,16 10:2 11:7

**c**

**c** 3:1 4:1 13:1,1
**c&o** 6:17,18
**called** 6:4
**capacities** 5:23
**care** 6:12
**case** 1:3 4:6 7:13 8:9,17 10:22 11:3
**cases** 9:9,15,18
**casteel** 3:15 4:19 4:20 5:14,18 11:13
**catch** 5:20
**certification** 10:24
**certified** 13:3
**chambers** 7:12
**chapter** 4:5
**circumstances** 10:22
**claims** 9:2
**clarification** 5:3

**[clean - hearing]**                                                                        Page 2

| | | | |
|---|---|---|---|
| clean  9:16 | debtors  2:10 4:7 | essentially  6:25 | folks  7:12,19 |
| cleaning  7:1 | 4:16 8:21,25 9:2 | estate  2:10 9:5 | foregoing  13:3 |
| cleanup  5:22 | december  11:20 | 10:19 | forgotten  6:16 |
| clear  6:7 | defaults  7:11 | excellent  4:14 | formed  9:11,12 |
| closing  9:19 | designees  4:20 | expenses  2:6,13 | former  4:16,20 |
| compensation | 4:21 | **f** | forth  10:18 |
| 2:4,5,9 | didn't  6:9 | f  1:21 13:1 | fourth  6:20,25 |
| complaint  9:8 | different  5:23 | fact  7:18 | 7:6 |
| concluded  11:22 | 7:17 | facts  10:21 | frame  8:17 |
| conference  5:19 | discuss  5:15 | fair  11:10 | frankly  7:9 |
| confirm  11:2 | dismiss  7:2 | fee  2:6,9,13 6:2 | further  10:14 |
| confirmation | dismissal  6:23 | 6:10,13,24 7:5 | **g** |
| 9:10 | 6:24 | 7:24 8:5 9:16,24 | g  4:1 |
| connection | district  1:2 4:4 | 9:25 10:2,6,10 | garrison  3:3 |
| 10:24 | doc  2:3,8 | 10:16,19 11:14 | generally  8:15 |
| considered  5:16 | docket  5:10 | 12:6 | getting  7:6 |
| consultant  2:10 | doing  5:21 7:1,9 | fees  6:11,13,19 | 11:14 |
| 2:12 | don't  7:23 8:11 | 6:21 11:17 | give  8:8,20 9:18 |
| consulting  10:20 | 8:16,18 | figure  5:20 | 11:13 |
| continuing  5:24 | doubt  7:18 | figured  5:19 | go  4:13 |
| corporation  1:7 | drain  8:10 | file  6:17 10:3 | going  5:20 6:7,9 |
| 4:5 | drive  3:12 | filed  5:10 6:15 | 8:6 9:11 |
| correct  11:7 | **e** | 6:17,18,21 9:9 | good  4:2,17,19 |
| counsel  2:5 5:12 | e  1:21,21 3:1,1 | 10:4 | 4:23,25 |
| 6:4 | 3:15 4:1,1 12:1 | filing  8:22 | gotshal  8:19,21 |
| country  13:21 | 13:1 | fill  5:21 | 9:20 11:9 |
| court  1:1,12 4:2 | eagan  3:12 | final  2:8,9 6:1 | granted  10:25 |
| 4:3,13,17,22,25 | ecf  10:3 | 6:10,16,20,24 | great  8:4 |
| 5:7,16 7:8 8:3,7 | ecro  1:25 | 7:5,6 8:5 9:16 | guess  6:3 11:1 |
| 9:21 10:13,15 | effective  5:25 | 9:24,25 10:2,4 | gump  6:5 |
| 11:10,18 | efficiency  6:4 | 10:11,12,16,18 | **h** |
| covering  10:6 | either  6:23 7:24 | 11:14 12:6 | h  1:22 |
| created  8:24 | 11:3 | find  4:6 10:21 | happy  5:18,21 |
| **d** | engaged  9:5 | fine  9:21 | 10:16 11:19 |
| d  4:1 12:1 | entirety  8:22 | firm  7:8 | heads  11:14 |
| date  13:25 | equipped  8:20 | first  6:13 7:13 | hear  4:12 8:2,3 |
| debtor  1:9 3:4 | erika  3:24 | 9:8 | hearing  2:1,1,3 |
| 3:11 | esl  9:1,3,8 | fix  4:10 | 2:8 4:4 6:18 |
| | | | 11:3,4 |

[help - period]                                                                    Page 3

| | | | |
|---|---|---|---|
| **help** 8:17 | **involved** 9:15 | **listed** 7:22,25 | **newly** 8:23 |
| **hired** 5:23 6:5 | **issues** 4:14 | **litigation** 4:20 | **noted** 10:17 |
| **holding** 4:5 | **it's** 7:18 | 4:21 6:4 9:11,12 | **notice** 5:8,8,9 |
| **holdings** 1:7 | **i'll** 5:11 | 9:13 11:15 | 6:24 |
| **hon** 1:22 | **i'm** 5:9,18,21 | **llc** 2:10,12 | **november** 1:16 |
| **honor** 4:12,15 | 10:16 | **llp** 2:5 3:3,10 | 2:11 10:7 13:25 |
| 4:19,23 5:4,14 | **j** | **love** 4:9 | **ny** 1:14 3:6 |
| 5:18 8:2,5,16 | **jointly** 4:5 | **lying** 4:11 | 13:23 |
| 10:2,14 11:8,13 | **joseph** 3:25 | **m** | **o** |
| **hopefully** 11:16 | **judge** 1:23 4:2 | **machine** 7:16 | **o** 1:21 4:1 13:1 |
| **hoping** 5:20 | 8:10 | **majority** 6:11 | **oak** 3:19 |
| **hourly** 6:3 | **judges** 7:16 | **matter** 1:5 7:24 | **objections** 10:3 |
| **hyde** 2:25 13:3,8 | **judgment** 5:17 | 7:25 10:21 | **october** 6:9 |
| **i** | **june** 2:11 10:7 | **matters** 11:5 | **offer** 4:10 7:19 |
| **inadvertently** | **k** | **meditation** 7:3 | **oiled** 7:15 |
| 6:16 | **kara** 3:15 4:20 | **members** 8:24 | **okay** 8:4 10:2 |
| **including** 2:11 | **kernen** 3:21 | **mi** 3:19 | **old** 13:21 |
| **incurred** 6:12 | 4:23,24 10:14 | **midday** 5:10 | **omnibus** 2:1 |
| 6:19 | 10:24 | **mineola** 13:23 | **ones** 7:6 |
| **independent** | **kevin** 3:21 4:23 | **mn** 3:13 | **ongoing** 7:6 |
| 8:23 | **know** 7:8,16,22 | **moment** 9:24 | **open** 9:17 |
| **indiscernible** | 7:23 8:9,12,13 | **money** 10:10 | **order** 9:18 |
| 5:24 9:18 | 8:19,22 | **monies** 10:17 | **output** 9:7 |
| **individuals** 9:3 | **l** | **morabito** 3:24 | **overview** 8:9 |
| **information** | **l** 3:24 | **motions** 7:2 | **p** |
| 7:10 10:23 | **lampert** 9:3 | **move** 8:6 9:24 | **p** 3:1,1 4:1 |
| **inherited** 7:14 | **lane** 1:22 4:3 | 9:25 | **page** 12:4 |
| **insider** 6:5 7:2 | **law** 10:22 | **moved** 11:2,6 | **paid** 10:18 |
| **insiders** 6:7 9:4 | **leave** 5:16 | **mute** 4:8,9 8:1 | **particularly** |
| **institutional** | **ledanski** 2:25 | **muted** 4:9 | 7:10 |
| 8:12 | 13:3,8 | **n** | **parties** 7:3 |
| **intents** 9:14 | **left** 5:21 8:13 | **n** 3:1 4:1 12:1 | **paul** 3:3,13 4:15 |
| **interim** 2:3,4 | **legal** 13:20 | 13:1 | 9:6 |
| 6:13,15,17,20 | **let's** 9:25 | **need** 9:19 | **payments** 10:9 |
| 6:25 10:5,10 | **light** 8:10 | **needs** 11:11 | **people** 8:13 |
| **investigating** | **line** 8:19 12:4 | **negotiating** 8:25 | **performed** 10:8 |
| 9:2 | **lingering** 11:17 | **new** 1:2 3:6 4:4 | **period** 2:5,11,12 |
| **investigation** | **liquidating** 5:11 | 10:9 | 10:6,7 |
| 9:7 | 5:12 | | |

**[phone - thanksgiving]**                                                                Page 4

| | | | |
|---|---|---|---|
| phone  8:8 | **r** | sean  1:22 4:2 | status  5:19 7:22 |
| plains  1:14 | r  1:21 3:1 4:1 | sears  1:7 4:5 | 7:24,25 |
| plan  5:25 9:10 | 13:1 | second  3:18 | stipulated  6:23 |
| pleasure  7:12 | real  2:10 10:19 | 6:13 | stout  2:9,12 3:17 |
| pm  1:17 | realized  6:16 | see  11:20 | 4:22,24 5:4 9:5 |
| point  7:10 8:18 | really  6:7 | seeking  10:9,11 | 9:17,24 10:1,3 |
| 9:13 | receiving  7:10 | sense  8:14 | 10:13,17 12:6 |
| portion  6:6 | record  13:4 | separate  6:2 | stout's  8:5 10:8 |
| post  9:19,19 | relates  10:5 | services  10:19 | street  1:13 3:18 |
| preference  5:25 | rely  10:22 | 10:20,25 | stuff  7:20 |
| 7:9 | remain  6:8 | set  6:18 10:18 | subcommittee |
| preferences  6:1 | represented | settle  6:7 | 4:16 5:5 8:23 |
| 11:15 | 8:21 | settlement  9:19 | 9:6,14 |
| preparing  6:15 | restructuring | shareholder  6:4 | submit  6:10 |
| present  3:23 5:5 | 4:16 5:5 8:23 | 6:6 11:15 | submitted  5:4 |
| 8:5 | 9:6,14 | shareholders | suite  3:12,18 |
| pretty  7:15 | revised  5:8 | 6:8,23 | 13:22 |
| prior  10:5 | rifkind  3:3 | shl  1:3 | summarized |
| problem  4:11 | right  4:17,22,25 | shortly  6:9,25 | 10:20 |
| proceedings | 5:7 7:8,22 8:7 | signature  13:7 | summer  8:11 |
| 11:22 13:4 | 9:21,21,25 | significant  7:4 | suspect  7:17 |
| professional  2:3 | 10:13,15 11:6 | slightly  7:17 | system  4:9 7:15 |
| 2:4,8 5:4,17 9:5 | 11:18 | small  7:1 | szydio  3:25 |
| prosecuting  6:1 | risius  2:9,12 | smooth  7:18 | **t** |
| provided  10:23 | 3:17 4:24 | smoothly  7:11 | t  13:1,1 |
| public  6:6,8,22 | road  13:21 | solutions  13:20 | tackle  5:17 |
| purposes  5:3 | robert  3:8 | sonya  2:25 13:3 | taken  6:12 |
| 8:25 9:14 | role  8:17 | 13:8 | technological |
| pursuant  10:10 | room  1:13 | sort  8:12 | 4:14 |
| 10:12 | ross  2:9,12 3:17 | sought  10:4 | telephonically |
| pursue  9:7 | 4:24 | southern  1:2 4:3 | 3:23 |
| pursuing  9:2 | royal  3:19 | speaking  8:15 | tell  4:10 |
| **q** | rulings  12:3 | special  2:5 | terms  7:20 |
| quarropas  1:13 | run  8:11 | specific  8:24 | 10:23 |
| quebécor  7:13 | **s** | st  3:13 | thank  5:7 7:16 |
| question  11:1,8 | s  3:1 4:1 | stand  8:9 | 7:21 9:22 10:15 |
| | sale  9:1 | start  5:19 | 11:18,20 |
| | scheduled  11:4 | state  4:3 | thanksgiving |
| | | states  1:1,12 | 11:20 |

**[that's - á]**                                                                                           Page 5

| | | |
|---|---|---|
| **that's** 7:11,22<br>  9:21 11:7,8,10<br>  11:16<br>**there's** 7:23<br>**things** 7:1,11,17<br>  8:9<br>**think** 4:8 5:9 7:9<br>  7:11,13,15 8:9<br>  8:12 9:19 11:2,3<br>  11:5,8<br>**third** 2:4 6:15<br>  6:17,17,19,25<br>  7:5<br>**thought** 8:14<br>**time** 8:18,22<br>  9:10 10:12<br>  11:16<br>**today** 5:6 8:18<br>**total** 6:19 10:4<br>**totaled** 6:13<br>**transcribed**<br>  2:25<br>**transcript** 13:4<br>**true** 13:4<br>**trust** 9:11,12<br>**trustee** 5:12,12<br>**turn** 5:11<br>**two** 5:23 8:14<br>  9:1 10:5 11:16 | **v**<br>**vast** 6:11<br>**veritext** 13:20<br>**view** 7:10<br>**vis** 7:24,24<br>**w**<br>**walk** 5:12<br>**want** 8:11<br>**wanted** 7:24<br>  11:2<br>**wasn't** 6:7 7:3<br>**way** 7:12<br>**weeks** 11:16<br>**weil** 8:19,21<br>  9:19 11:8<br>**weiss** 3:3 4:15<br>  9:6<br>**west** 3:18<br>**we're** 6:22,22<br>  8:6 10:9,11<br>**wharton** 3:3<br>**what's** 5:13,20<br>  5:21 8:12<br>**white** 1:14<br>**wisdom** 4:10<br>**won't** 7:6<br>**woods** 3:12<br>**work** 5:25 6:3 | **y**<br>**year** 6:15<br>**years** 9:12<br>**york** 1:2 3:6 4:4<br>**you'll** 11:16<br>**you're** 4:8,8,9<br>  8:1<br>**z**<br>**zoom** 8:8<br>**á**<br>**á** 7:24 |
| **u**<br>**u.s.** 1:23<br>**ultimate** 9:7<br>**ultimately** 9:1<br>**united** 1:1,12<br>  4:3<br>**unknown** 1:25<br>**update** 8:20<br>  9:18 11:19 |   6:11 7:4,7,9<br>  8:10 9:13 10:8<br>**working** 5:9 6:1<br>  6:10 7:3,12<br>**worries** 11:10<br>**wrapped** 6:9,22<br>**x**<br>**x** 1:4,10 12:1 | |

Veritext Legal Solutions
212-267-6868       www.veritext.com       516-608-2400