UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :     Case No. 18-23538 (SHL)
                                                               :
                   Debtors.[1]                                 :     (Jointly Administered)
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Party Service List attached hereto as **Exhibit A**:

- Retiree Claimants Letter to Collect W9

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: November 30, 2022

                                                                              */s/ Nataly Diaz*
                                                                              Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 30, 2022, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Notice Party Service List
Served as set forth below

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 4587759 | Alberts, Donald Vernon | Address on File | | | | | | eileenndon16@charter.net | First Class Mail and Email |
| 4499492 | ALLEN P. KIMMEL, DECEASED | Address on File | | | | | | d.kimmel@comcast.net | First Class Mail and Email |
| 9547868 | Andrew Durick, Deceased | Address on File | | | | | | lisascow559@yahoo.com | First Class Mail and Email |
| 4590183 | Angela M. Brewer c/o Maebell Gaddis | Address on File | | | | | | qtabrew@gmail.com | First Class Mail and Email |
| 4586864 | Anne Sue Elam as beneficiary for Bety Jo Broughton | Address on File | | | | | | Sueelam1@mac.com | First Class Mail and Email |
| 4621469 | Beneficiaries Donald W. Rominski & Linda Florendo of deceased retired insured employee Lillian R. Ro | Address on File | | | | | | dlromi@sbcglobal.net | First Class Mail and Email |
| 4698315 | Betty Lorraine Whitney - Deceased 6-4-19, Steven L. Whitney Trustee | Address on File | | | | | | eli44@charter.net | First Class Mail and Email |
| 6272979 | Blofeld, Tammy L. | Address on File | | | | | | tammyblofeld@yahoo.com | First Class Mail and Email |
| 4666738 | Boyko, James P. | Address on File | | | | | | donna@millvalleysplicing.com | First Class Mail and Email |
| 4661934 | Bratcher, Ann W | Address on File | | | | | | bratcher4358@comcast.net | First Class Mail and Email |
| 4587099 | Bruce, Marjorie L. | Address on File | | | | | | | First Class Mail |
| 4744426 | Bryan, Patricia Jo | Address on File | | | | | | | First Class Mail |
| 4691843 | Bryant, Gary | Address on File | | | | | | candysportin@hotmail.com | First Class Mail and Email |
| 4691732 | Callahan, Dennis Charles | Address on File | | | | | | maureendzahn@yahoo.com | First Class Mail and Email |
| 4621184 | Carol Brown c/o Estate of Phyllis Gottung | Address on File | | | | | | Sbrown5243@aol.com | First Class Mail and Email |
| 4586031 | Children of Dorothy D Southard | Address on File | | | | | | jnastout@earthlink.net | First Class Mail and Email |
| 4589095 | Chimenti, Patsy W. | Address on File | | | | | | pat.chimenti@cox.net | First Class Mail and Email |
| 4494955 | Chmiel, Thaddeus E. | Address on File | | | | | | waxpack64@yahoo.com | First Class Mail and Email |
| 4660274 | Christine B Spinks Trust (Robert W Ryder Administrative claim) | Address on File | | | | | | bobryder1@comcast.net; rwryder1@gmail.com | First Class Mail and Email |
| 4667787 | Christine B Spinks Trust (Robert W Ryder Administrative claim) | Address on File | | | | | | bobryder1@gmail.com | First Class Mail and Email |
| 4596664 | Claudia D. Bartram, Daughter (Betty Riddle) | Address on File | | | | | | Claudia.bartram13@mail.com | First Class Mail and Email |
| 4669874 | Clemmer, Denise | Address on File | | | | | | Dkclemmer@gmail.com | First Class Mail and Email |
| 4697215 | Colando, Patsey L. | Address on File | | | | | | mklein@theenergycoop.com | First Class Mail and Email |
| 4624850 | Collins, Ronald Douglas | Address on File | | | | | | hd.collins@hotmail.com | First Class Mail and Email |
| 4697901 | Dammers, Mary Ann C. | Address on File | | | | | | madammers@aol.com | First Class Mail and Email |
| 4698570 | Delane, Lila Mae | Address on File | | | | | | | First Class Mail |
| 4627432 | Derr, Erma S. | Address on File | | | | | | pjderr@gmail.com | First Class Mail and Email |
| 4619945 | Dorothy Borr - Deceased Employee | Address on File | | | | | | rhfisher1962@gmail.com | First Class Mail and Email |
| 4744265 | Dunbar, Michael K. | Address on File | | | | | | dunbarmk@yahoo.com | First Class Mail and Email |
| 4625333 | Durkin, Mary Anne | Address on File | | | | | | | First Class Mail |
| 4698466 | Edwards, Nora Lee | Address on File | | | | | | | First Class Mail |
| 4511713 | EMBRY, JAMES D | Address on File | | | | | | embry2135@yahoo.com | First Class Mail and Email |
| 4664835 | Estate of Dwight L. Miller, Jr. by and through Phyllis Miller, beneficiary | Address on File | | | | | | | First Class Mail |
| 4597881 | Estate of Edward Bayer | Address on File | | | | | | lisa@opusfinsolutions.com | First Class Mail and Email |
| 4625392 | Estate of Eva Zahorai | Address on File | | | | | | | First Class Mail |
| 4589711 | Estate of Joseph Werner | Address on File | | | | | | mhwerner@gmail.com | First Class Mail and Email |
| 4716125 | Estate of Josephine M. Gregorio | Address on File | | | | | | MFGREGORIO@PM.ME | First Class Mail and Email |
| 4624677 | ESTATE OF LOIS LEES | Address on File | | | | | | rhutsell@phmdcorp.com | First Class Mail and Email |
| 4662017 | Estate of Patricia M. Archer | Address on File | | | | | | bkvanselow@comcast.net | First Class Mail and Email |
| 4625977 | Estate of Paul Adams | Address on File | | | | | | | First Class Mail |
| 4669400 | Estate of Robert Treat (Amy Jefferies is Executor) | 7004 148th Ave NE | | Lake Stevens | WA | 98258 | | amy.jefferies@hotmail.com | First Class Mail and Email |
| 4667180 | Estate of Samuel E. Bright | Address on File | | | | | | tmbosquet@gmail.com | First Class Mail and Email |
| 9541505 | Estate of Virginia Louise Curry | Address on File | | | | | | m.d.curry@hotmail.com | First Class Mail and Email |
| 4596243 | Fitzgerald, Betty J. | Address on File | | | | | | robgeorgia@aol.com | First Class Mail and Email |
| 4673034 | Florence Daudell as Beneficiary of Mr. Robert Daudell | Address on File | | | | | | jrenzi@jprlaw.net | First Class Mail and Email |
| 4667879 | Florence Daudell as Beneficiary of Mr. Robert Daudell | Address on File | | | | | | | First Class Mail |
| 4597402 | FORTH, WILLIAM A | Address on File | | | | | | wforth@msn.com | First Class Mail and Email |
| 4692179 | Frank B Horner Liquidity Trust | William B Horner, Trustee | 425 Avenida Arlena | San Clemente | CA | 92672 | | billh@fitnessintt.com | First Class Mail and Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

Page 1 of 3

Exhibit A
Notice Party Service List
Served as set forth below

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 9548618 | Garcia, Gloria | Address on File | | | | | | gloray1930@gmail.com | First Class Mail and Email |
| 9548678 | Garcia, Gloria | Address on File | | | | | | | First Class Mail |
| 4591786 | Gerbing, Geraldine | Address on File | | | | | | jajanelson19@gmail.com | First Class Mail and Email |
| 4659995 | GLOVER, ANNETTE | Address on File | | | | | | | First Class Mail |
| 4715829 | Good , Marilyn M. | Address on File | | | | | | mmgood2635@comcast.net | First Class Mail and Email |
| 4691073 | Good, Bernadette M. | Address on File | | | | | | bbgood@wctel.net | First Class Mail and Email |
| 4660487 | Goodloe, Milrene | Address on File | | | | | | sgr33n78@gmail.com | First Class Mail and Email |
| 4586252 | Greubel, Sharon G | Address on File | | | | | | sharon@greubel.net | First Class Mail and Email |
| 4632182 | Harold C Jr. Richardson, deceased | Address on File | | | | | | aprilr115@comcast.net | First Class Mail and Email |
| 4746051 | Harriett Baczynski, Beneficiary | Address on File | | | | | | hedy_jeanne@pacbell.net | First Class Mail and Email |
| 9547265 | HEIDEL, JANE P | Address on File | | | | | | JANEANDHARRY@HEIDEL.COM | First Class Mail and Email |
| 4623523 | Heirs of Margaret A. Mead | Address on File | | | | | | slea53@gmail.com | First Class Mail and Email |
| 4622038 | HINDSON, NANCY | Address on File | | | | | | tehindson@cox.net | First Class Mail and Email |
| 4659145 | Holland, Barbara Ann | Address on File | | | | | | brbholland@mail.com | First Class Mail and Email |
| 4587659 | Hughes, Helen L | Address on File | | | | | | mjhughes33990@comcast.net | First Class Mail and Email |
| 4632422 | Humphreys, Stanley W. | Address on File | | | | | | swhlch@hotmail.com | First Class Mail and Email |
| 4623270 | Hunter, Betty L. | Address on File | | | | | | candyhunterjazz@comcast.net | First Class Mail and Email |
| 4498918 | JAMES, SCOTT | Address on File | | | | | | | First Class Mail |
| 4623876 | Janet M. Emery only child and executor and administrator of estate of Margaret G. Conklin deceased r | Address on File | | | | | | | First Class Mail |
| 4747258 | Janette Watkins, deceased, [Beneficiaries Curtis Watkins, Melodie Grem Susan Joiner] | Address on File | | | | | | melodiegrem@gmail.com | First Class Mail and Email |
| 4725569 | Janicki, Joseph Earl | Address on File | | | | | | jej@usa.com | First Class Mail and Email |
| 4726453 | Jay Frank Castle, Trustee | 3223 Pine Valley Drive | | Sarasota | FL | 34239 | | jayfrankcastle@gmail.com | First Class Mail and Email |
| 4706101 | Jeanette Staffa Trust | Address on File | | | | | | | First Class Mail |
| 4503519 | JEANNE J. ROMERO (SPOUSE OF DECEASED, FRED ROMERO | Address on File | | | | | | popnmimi@hotmail.com | First Class Mail and Email |
| 5071064 | Joan B Johnson(deceased), Terry Johnson | Address on File | | | | | | saved81@triad.rr.com | First Class Mail and Email |
| 4496578 | Joanne E. Farthing Surviving Spouse of Earl Eugene Farthing | Address on File | | | | | | | First Class Mail |
| 4665727 | Jordan, Eleanor J. | Address on File | | | | | | eleanorjjordan36@gmail.com | First Class Mail and Email |
| 4690350 | Joseph, Gale A. | Address on File | | | | | | downeast1@optonline.net | First Class Mail and Email |
| 4704968 | Joyce F. Nagle, (beneficiary of Grace E. Spare) | 11350 Leland Groves Drive | | Riverview | FL | 33579-2441 | | Beachouse7@verizon.net | First Class Mail and Email |
| 4737853 | Joyce R. Blickley as Beneficiary of Lillian R. Trumbette | Address on File | | | | | | Blickleypj@gmail.com | First Class Mail and Email |
| 4595934 | KELTNER, MARY A. | Address on File | | | | | | | First Class Mail |
| 4630406 | Kirk A. Williard, Estate Executor of Ruth M. Williard | Address on File | | | | | | williardkirksr@netzero.net | First Class Mail and Email |
| 4660166 | Knoth, James E. | Address on File | | | | | | jimknoth09@gmail.com | First Class Mail and Email |
| 4632853 | KOSOSKI, CHARMAINE A. | Address on File | | | | | | ekososki07@aol.com | First Class Mail and Email |
| 4620447 | Lawrence R. Kaufmann, Executor for Angela Kaufmann's Estate | Address on File | | | | | | renzowow95@aol.com | First Class Mail and Email |
| 4670433 | Lieback, Mary | Address on File | | | | | | pt.lieback@verizon.net | First Class Mail and Email |
| 4691968 | Lilla, Evelyn Wine | Address on File | | | | | | biggreen3830@aol.com | First Class Mail and Email |
| 4705816 | Linda D. Presley & George S. Presley (beneficiares) | Address on File | | | | | | | First Class Mail |
| 4587793 | Livingston Jr., Jack Edward | Address on File | | | | | | jeddiejr@yahoo.com | First Class Mail and Email |
| 4592030 | Lois M. Heckman beneficiary of Cloyd E. Heckman | Address on File | | | | | | | First Class Mail |
| 4590250 | Lovings, James D. | Address on File | | | | | | sherryrsmith07@yahoo.com | First Class Mail and Email |
| 4647213 | Lynette McIver beneficiary of William H. McIver | Address on File | | | | | | | First Class Mail |
| 4619673 | Massucci, Dorothy | Address on File | | | | | | | First Class Mail |
| 4624863 | Massucci, Dorothy | Address on File | | | | | | | First Class Mail |
| 4624864 | Massucci, Dorothy | Address on File | | | | | | | First Class Mail |
| 4658400 | Mattson, Sandra G. | Address on File | | | | | | sandi8707@yahoo.com | First Class Mail and Email |
| 4647027 | McCall Smith, Tempie | Address on File | | | | | | | First Class Mail |

Exhibit A
Notice Party Service List
Served as set forth below

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 4589698 | Michael K. Drummond (for Hilda Drummond, deceased) | Address on File | | | | | | mikevtoe@gmail.com | First Class Mail and Email |
| 4660020 | Mikki La Roche Personal Representative of the Estate of Bettie L. Harrell | Address on File | | | | | | mikkilaroche@yahoo.com | First Class Mail and Email |
| 4589659 | Miller, Georgia M. | Address on File | | | | | | jerrygeorgia123@gmail.com | First Class Mail and Email |
| 4586612 | Minasian, Robert A. | Address on File | | | | | | bobm@robertminasian.com | First Class Mail and Email |
| 4509471 | MORENO, RICHARD | Address on File | | | | | | kimro4@yahoo.com | First Class Mail and Email |
| 4646761 | Mowrer, Marthann | Address on File | | | | | | | First Class Mail |
| 4630663 | Munoz, Tomas G | Address on File | | | | | | | First Class Mail |
| 4675695 | Nelms, Bennie R. | Address on File | | | | | | Casey6479cade@yahoo.com | First Class Mail and Email |
| 4744330 | NIKUCKI, MARK | Address on File | | | | | | MR.MARKIE@NETZERO.COM | First Class Mail and Email |
| 4658028 | Noles, Pamela | Address on File | | | | | | pamnoles@bellsouth.net | First Class Mail and Email |
| 4660502 | Nygaard, Larrygene Curtis | Address on File | | | | | | 1francello@hotmail.com; lgnygaard@msn.com | First Class Mail and Email |
| 4698621 | Oscar C. Hardin, Deceased | Address on File | | | | | | | First Class Mail |
| 4724315 | Oscar C. Hardin, Deceased | Address on File | | | | | | | First Class Mail |
| 4514170 | Patricia Kief (Spouse) | Address on File | | | | | | pattikief@comcast.net | First Class Mail and Email |
| 4621652 | Patricia Valdez (Beneficiary of Rebecca A. Gienapp) | Address on File | | | | | | angelsprite21@aol.com | First Class Mail and Email |
| 4670308 | Paul Gregory Bauserman, Beneficiary for Georgie W. Bauserman | Address on File | | | | | | pgbauserman@yahoo.com | First Class Mail and Email |
| 4744145 | Place Family Trust | Address on File | | | | | | ctp215@gmail.com | First Class Mail and Email |
| 4629497 | Price, Rebecca G. | Address on File | | | | | | bprice7@triad.rr.com | First Class Mail and Email |
| 4647108 | Pulskamp, Shirley M. | Address on File | | | | | | | First Class Mail |
| 4624176 | Reynolds, James P. | Address on File | | | | | | jreysta@comcast.net | First Class Mail and Email |
| 4648282 | REZZUTO, MARY P | Address on File | | | | | | | First Class Mail |
| 4659631 | Richard J. Kukulka, Husband of Joan N. Kukulka Deceased | Address on File | | | | | | Ranjk4k@comcast.net | First Class Mail and Email |
| 4630403 | RIOS, PATSY | Address on File | | | | | | patrios1944@gmail.com | First Class Mail and Email |
| 4620034 | Roberts, Betty A | Address on File | | | | | | | First Class Mail |
| 4589654 | Rogala, Joseph John | Address on File | | | | | | rogala@justice.com | First Class Mail and Email |
| 4662597 | Rudolph J. Cepak, Deceased | Address on File | | | | | | raecepak@gmail.com | First Class Mail and Email |
| 4732010 | Sally M. Washington 50% and Ruby L. Williams 50% - Primary | Sally M. Washington and Ruby L. Washington / in care of Sally M. Washington | 231 Evergreen Avenue, Apt 51A | Woodbury | NJ | 08096 | | psouane61@gmail.com | First Class Mail and Email |
| 4598022 | Sam J. Compagno (deceased 08/13/19) beneficiary wife Raedeene Compagno | Address on File | | | | | | maelston@hotmail.com | First Class Mail and Email |
| 4589431 | Scammon, Steve | Address on File | | | | | | skeeds@charter.net | First Class Mail and Email |
| 4617970 | Schnitzer, Frederick C. | Address on File | | | | | | dna.schnitzer@yahoo.com | First Class Mail and Email |
| 4698921 | Searcy , Jane M. | Address on File | | | | | | martinac@comcast.net | First Class Mail and Email |
| 4691922 | Smith, Frank J. | Address on File | | | | | | MAEZYSMITH2@gmail.com | First Class Mail and Email |
| 4733238 | Talevski, Liljana | Address on File | | | | | | axt31@aol.com | First Class Mail and Email |
| 4658416 | THE MANNING FAMILY TRUST | Address on File | | | | | | markemail@juno.com | First Class Mail and Email |
| 4716021 | Valencia, Diana R. | Address on File | | | | | | | First Class Mail |
| 4591893 | Viehweg, Patricia | Address on File | | | | | | jcstclair133@hotmail.com; roguelady7@msn.com | First Class Mail and Email |
| 4699179 | Vitale, Joan | Address on File | | | | | | iobject13@att.net | First Class Mail and Email |
| 4670189 | Weir, Jim Christie | Address on File | | | | | | weir96@gmail.com | First Class Mail and Email |
| 4761422 | Weldon, Lylalee L. | Address on File | | | | | | momknowsall@hotmail.com | First Class Mail and Email |
| 4734768 | Wells, Linda M. | Address on File | | | | | | Lilwell@aol.com | First Class Mail and Email |
| 4718019 | White, Keith M. | Address on File | | | | | | | First Class Mail |
| 4622820 | Wilkins, William G. | Address on File | | | | | | manbill25@comcast.net | First Class Mail and Email |
| 9541536 | Wriston, Shirley McCarn | Address on File | | | | | | charles2080@twc.com | First Class Mail and Email |
| 4621512 | Yankowsky, Irene | Address on File | | | | | | | First Class Mail |