STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099
Lea Pauley Goff (*pro hac vice*)
Emily L. Pagorski (*pro hac vice*)

*Counsel for Creditor,*
*Tempur Sealy International, Inc. and its affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------- x
In re                                              :        Case No. 18-23538-RDD
                                                   :
SEARS HOLDING CORPORATION, et al., :               Chapter 11
                                                   :
            Debtors.¹                              :        (Jointly Administered)
-------------------------------------------------- x
```

### ORDER GRANTING MOTION FOR WITHDRAWAL OF
### <u>LEA PAULEY GOFF AS ATTORNEY OF RECORD</u>

Upon consideration of the Motion (the "Motion") of Lea Pauley Goff ("Counsel") to

withdraw her appearance on behalf of Tempur Sealy International, Inc. and its affiliates, Sealy

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brand Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company

of Puerto Rico, and Comfort Revolution, LLC (collectively "Tempur") in the above-referenced

bankruptcy cases; and the Court having jurisdiction to consider the Motion in accordance with 28

U.S.C. §§ 157; and no additional notice or hearing being required under the circumstances; and

good and sufficient cause appearing, it is hereby

ORDERED, THAT Lea Pauley Goff is removed pursuant to Local Bankruptcy Rule 2090-

1 as counsel of record for Tempur Sealy International, Inc. and its affiliates, Sealy Mattress

Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto

Rico, and Comfort Revolution, LLC in the above-captioned cases and shall be removed from any

applicable notice and service lists.

Dated:   December 2, 2022
         White Plains, New York

                          */s/ Sean H. Lane*
                          THE HONORABLE ROBERT D. DRAIN
                          UNITED STATES BANKRUPTCY JUDGE

8792233.1