AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

**FORTY-NINTH MONTHLY FEE**
**STATEMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP FOR PROFESSIONAL SERVICES**
**RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | December 10, 2018 *nunc pro tunc* to October 24, 2018 |
| Period for Which Compensation and Reimbursement Is Sought: | October 1, 2022 through October 31, 2022 |
| Monthly Fees Incurred: | **$65,276.00** |
| 20% Holdback: | **$13,055.20** |
| Total Compensation Less 20% Holdback: | **$52,220.80** |
| Monthly Expenses Incurred: | **$32,362.51** |
| Total Fees and Expenses Requested: | **$84,583.31** |

This is a __x__ monthly_____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Ninth Monthly Fee Statement") covering the period from October 1, 2022 through and including October 31, 2022 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Forty-Ninth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of

---

[2] The total amount sought for fees and expenses ($97,638.51) reflects voluntary reductions for the Compensation Period of $16,020.00 in fees and $385.10 in expenses.

2

compensation in the amount of $52,220.80 (80% of $65,276.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $32,362.51[3] incurred by Akin Gump during the Compensation Period.

**FEES FOR SERVICES RENDERED**
**DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Creditors' Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Creditors' Committee during the Compensation Period.

---

[3] This amount includes: (i) $31,255.65 of expenses relating to the payment of professional fees and expenses incurred by Lighthouse Document Technologies, Inc., Akin Gump's document management and e-discovery provider;

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Creditors' Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Forty-Ninth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

4

Objections to this Forty-Ninth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **December 19, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Forty-Ninth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Forty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Ninth Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*[Remainder of page left blank intentionally]*

Dated: New York, New York           AKIN GUMP STRAUSS HAUER & FELD LLP
December 2, 2022

By: */s/    Ira S. Dizengoff*
     Ira S. Dizengoff
     Philip C. Dublin
     Sara L. Brauner
     One Bryant Park
     New York, New York 10036
     Telephone: (212) 872-1000
     Facsimile: (212) 872-1002
     Email: idizengoff@akingump.com
            pdublin@akingump.com
            sbrauner@akingump.com

     *Counsel to the Official Committee of*
     *Unsecured Creditors of Sears Holdings*
     *Corporation, et al.*

6

**<u>Exhibit A</u>**

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | 2011 | 1,400.00 | 31.30 | 43,820.00 |
| Dean Chapman | Litigation | 2009 | 1,400.00 | 5.40 | 7,560.00 |
| **Total Partner** | | | | **36.70** | **51,380.00** |
| **ASSOCIATES AND STAFF ATTORNEYS** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE ($)** | **HOURS** | **AMOUNT ($)** |
| Joseph Szydlo | Financial Restructuring | 2019 | 965.00 | 14.40 | 13,896.00 |
| **Total Associates and Staff Attorneys** | | | | **14.40** | **13,896.00** |
| **Total Hours / Fees Requested** | | | | **51.10** | **65,276.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,400.00 | 36.70 | 51,380.00 |
| Associates | 965.00 | 14.40 | 13,896.00 |
| Paralegals/Non-Legal Staff | 0.00 | 0.00 | 0.00 |
| Blended Timekeeper Rate | 1,277.42 | | |
| **Total Fees Incurred** | | **51.10** | **65,276.00** |

### Exhibit B

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 8.60 | 9,125.50 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 0.50 | 482.50 |
| 15 | Secured Creditors Issues/Communications/Meetings | 3.60 | 4,300.50 |
| 20 | Jointly Asserted Causes of Action | 15.00 | 20,782.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 23.40 | 30,585.00 |
| | **TOTAL:** | **51.10** | **65,276.00** |

**Exhibit C**

**Itemized Fees**



SEARS CREDITORS COMMITTEE
CHIEF RESTRUCTURING OFFICER
SEARS HOLDING CORP.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179
ATTN: ROBERT  RIECKER

| | | |
|---|---|---|
| Invoice Number | 2017461 |
| Invoice Date | 11/30/22 |
| Client Number | 700502 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 003 | Akin Gump Fee Application/Monthly Billing Reports | 8.60 | $9,125.50 |
| 007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 0.50 | $482.50 |
| 015 | Secured Creditors Issues/Communications/Meetings | 3.60 | $4,300.50 |
| 020 | Jointly Asserted Causes of Action | 15.00 | $20,782.50 |
| 022 | Disclosure Statement/Solicitation/Plan/Confirmation | 23.40 | $30,585.00 |
| | TOTAL | 51.10 | $65,276.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 10/03/22 | JES | 003 | Finalize July invoice (.5); prepare fee statement for same (1.0). | 1.50 |
| 10/06/22 | SLB | 003 | Draft correspondence to P. Dublin re invoicing issues (.3); analyze same (.3). | 0.60 |
| 10/12/22 | SLB | 003 | Review Akin invoice for privilege and compliance with UST guidelines (1.2); correspondence with J. Szydlo re same (.1). | 1.30 |
| 10/12/22 | JES | 003 | Review invoice for privilege and confidentiality (1.3); correspond with S. Brauner re same (.1). | 1.40 |
| 10/13/22 | JES | 003 | Prepare fee statement (.9); confer with B. Kemp re same (.1); coordinate filing and service of same (.3). | 1.30 |
| 10/17/22 | JES | 003 | Review invoice for privilege and confidentiality. | 0.50 |
| 10/24/22 | JES | 003 | Review invoice for privilege and confidentiality (.4); confer with D. Krasa re same (.2). | 0.60 |
| 10/31/22 | JES | 003 | Respond to questions from MIII re payment of outstanding fees (.5); review fee applications and fee statements in connection with same (.9). | 1.40 |
| 10/25/22 | JES | 007 | Respond to creditor inquiries re case status. | 0.50 |
| 10/14/22 | SLB | 015 | Review 507(b)/506(c) appeal decision (1.0); correspondence with J. Szydlo re same (.4). | 1.40 |
| 10/14/22 | JES | 015 | Draft notice of dismissal of 506(c) appeal (.4); correspond with S. Brauner re same (.4). | 0.80 |
| 10/28/22 | SLB | 015 | Correspondence with parties in interest re 506c stip of dismissal (.2); correspond with J. Szydlo re same (.3). | 0.50 |
| 10/28/22 | JES | 015 | Prepare notice of voluntary dismissal of 506(c) appeal (.3); correspond with S. Brauner re same (.3); coordinate filing of same (.3). | 0.90 |
| 10/02/22 | DLC | 020 | Review and respond to emails with S. Brauner and K. Casteel re: public shareholder action. | 0.20 |
| 10/02/22 | SLB | 020 | Revise analysis for designees re dismissal of litigation and related issues (1.2); correspondence with D. Chapman and K. Casteel re same (.2). | 1.40 |
| 10/03/22 | DLC | 020 | Confer with S. Nolan re: finalizing settlement (.3); correspond with S. Brauner re: settlement (.3); review and comment on draft stipulation of dismissal (.2). | 0.80 |
| 10/04/22 | DLC | 020 | Correspond with parties in interest re: receipt of settlement proceeds and stipulation of dismissal (.3); correspond with S. Brauner re same (.2); correspond with S. Nolan re same (.2). | 0.70 |
| 10/04/22 | SLB | 020 | Review notices and stip of dismissal (.3); correspondence with D. Chapman re same (.2); correspondence with parties in interest re same (.3); correspondence with Weil re settlement payments and related issues (.4); correspondence with parties in interest re same (.4). | 1.40 |
| 10/05/22 | DLC | 020 | Correspond with parties in interest re: receipt of funds and stipulation of discontinuance. | 0.50 |
| 10/05/22 | SLB | 020 | Correspondence with parties in interest re settlement agreement and related issues (.6); review materials re same (.6). | 1.20 |
| 10/06/22 | DLC | 020 | Correspond with parties in interest re stipulations of dismissal (.2); correspond with S. Brauner re same (.3). | 0.50 |
| 10/06/22 | SLB | 020 | Correspondence with D. Chapman re stipulation and notice of dismissal (.3); review revised drafts of same (.3); review correspondence among parties in interest re same (.3); correspondence with S. Nolan re same (.2). | 1.10 |
| 10/07/22 | DLC | 020 | Confer with parties in interest re dismissal of actions. | 0.30 |
| 10/07/22 | JES | 020 | Correspond with accounting team re settlement proceeds distribution issues (.2); calls with accounting team re same (.3). | 0.50 |
| 10/10/22 | DLC | 020 | Prepare materials re litigation vendor invoices (1.4); confer with vendors re final invoices in connection with Adversary Proceeding (.7). | 2.10 |
| 10/11/22 | SLB | 020 | Correspondence with parties in interest re settlement agreement and | 1.10 |

SEARS CREDITORS COMMITTEE
Bill Number: 2017461

Page 3
11/30/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | related stipulations (.3); review same (.3); analyze issues re same (.5). | |
| 10/12/22 | SLB | 020 | Draft correspondence to members of Lit team re stipulations contemplated by settlement agreement (.2); correspondence with parties in interest re same (.4); correspondence with Debtors' counsel re same (.2). | 0.80 |
| 10/14/22 | SLB | 020 | Review stipulation of dismissal per settlement agreement and revise same (.5); correspondence with parties in interest re same (.5); analyze issues re same (.5); correspondence with counsel to PBGC re open issues in connection with same (.2); correspondence with Debtors' counsel re same (.4). | 2.10 |
| 10/21/22 | DLC | 020 | Draft correspondence to J. Szydlo and litigation vendor re payment issues. | 0.20 |
| 10/31/22 | DLC | 020 | Review issues re payment of litigation vendors in connection with Adv. Proc. | 0.10 |
| 10/03/22 | SLB | 022 | Correspondence with Weil team re ED issues (.6); draft correspondence to members of FR and Lit teams re same (.4); analyze issues re same (.7); draft correspondence to Designees re same (.4). | 2.00 |
| 10/04/22 | SLB | 022 | Correspondence with Debtors' advisors (.4) and Designees (.4) re ED issues and distributions; analyze issues re same (.5). | 1.30 |
| 10/06/22 | SLB | 022 | Review correspondence from Weil re ED issues (.2); draft correspondence to I. Dizengoff re same (.1); review revised notices re same (.3). | 0.60 |
| 10/07/22 | SLB | 022 | Draft correspondence to members of Akin team re effectuation of settlement and upcoming ED (.6); correspondence with parties in interest re same (.6); analyze issues re same (.8); correspondence with claimants re same (.3); correspondence with Debtors' advisors re same (.3); correspondence with Designees re same (.5); confer with M. Eisler (FTI) re same (.2). | 3.30 |
| 10/08/22 | SLB | 022 | Correspondence with Designee re ED payment. | 0.20 |
| 10/10/22 | SLB | 022 | Correspondence with M3 re ED payments and related issues (.4); analyze issues re same (.9); correspondence with parties in interest re same (.5); | 1.80 |
| 10/11/22 | SLB | 022 | Correspondence with creditors re ED issues. | 0.40 |
| 10/12/22 | SLB | 022 | Analyze open ED issue (.4); correspondence with creditor re same (.2). | 0.60 |
| 10/13/22 | SLB | 022 | Correspondence with parties in interest re ED payments and related issues. | 0.50 |
| 10/17/22 | SLB | 022 | Correspondence with FTI re ED issues (.2); analyze same (.3). | 0.50 |
| 10/18/22 | SLB | 022 | Correspondence with B. Raynor (PBGC) re ED issues (.2); analyze issue re same (.5). | 0.70 |
| 10/19/22 | SLB | 022 | Correspondence with Weil team re ED issues. | 0.20 |
| 10/23/22 | SLB | 022 | Correspondence with Weil team re ED issues. | 0.30 |
| 10/24/22 | SLB | 022 | Correspondence with Weil re ED issues and related ED notice (.3); review notice (.4); analyze issue re same (.3). | 1.00 |
| 10/25/22 | SLB | 022 | Correspondence with Weil re ED issues (.3); analyze same (.6). | 0.90 |
| 10/26/22 | SLB | 022 | Correspondence with Weil re ED issues (.3); analyze issues re same (.3); correspondence with creditors re same (.2). | 0.80 |
| 10/27/22 | SLB | 022 | Confer with J. Szydlo re ED issues and distributions (.6); analyze issues re same (.4); confer with B. Murphy (M3) re same (.3). | 1.30 |
| 10/27/22 | JES | 022 | Confer with S. Brauner re emergence distribution issues (.6); call with K. Casteel of Ask re same (.2); draft correspondence to M3 re same (.6); prepare materials re same (2.2). | 3.60 |
| 10/28/22 | SLB | 022 | Correspondence with M3 re ED issues (.4); prepare materials in connection with distributions (1.2); confer with J. Szydlo re same (.4). | 2.00 |
| 10/28/22 | JES | 022 | Prepare materials requested by Debtors in connection with emergence (.6); calls with Akin accounting team re same (.4); confer with S. Brauner re ED issuees (.4). | 1.40 |

SEARS CREDITORS COMMITTEE                                                              Page 4
Bill Number: 2017461                                                                   11/30/22

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Total Hours | 51.10 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D L CHAPMAN | 5.40 | at | $1400.00 | = | $7,560.00 |
| S L BRAUNER | 31.30 | at | $1400.00 | = | $43,820.00 |
| J E SZYDLO | 14.40 | at | $965.00 | = | $13,896.00 |
| | Current Fees | | | | $65,276.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | Value |
|---|-------|
| Computerized Legal Research - Other | $346.80 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $121.88 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $614.18 |
| Prof Fees - Consultant Fees | $31,255.65 |
| Transcripts | $24.00 |
| Current Expenses | $32,362.51 |

| Date | | Value |
|------|---|-------|
| 09/30/22 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000824259 DATE: 9/30/2022 Data Hosting (GB), User Fees (Users) | $15,676.95 |
| 10/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 10/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $8.21 |

**Exhibit D**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research – Other | 346.80 |
| Computerized Legal Research – Westlaw – in contract 30% discount | 614.18 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | 121.88 |
| Professional Fees – Consultant Fees | 206.40 |
| **TOTAL:** | **31,255.65** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

SEARS CREDITORS COMMITTEE                                                        Page 4
Bill Number: 2017461                                                             11/30/22

---

| Date | Tkpr | Task | | | | Hours |
|------|------|------|---|---|---|-------|
| | | | Total Hours | | | 51.10 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| D L CHAPMAN | 5.40 | at | $1400.00 | = | $7,560.00 |
| S L BRAUNER | 31.30 | at | $1400.00 | = | $43,820.00 |
| J E SZYDLO | 14.40 | at | $965.00 | = | $13,896.00 |
| | | | | | |
| Current Fees | | | | | $65,276.00 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | Value |
|---|-------|
| Computerized Legal Research - Other | $346.80 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $121.88 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $614.18 |
| Prof Fees - Consultant Fees | $31,255.65 |
| Transcripts | $24.00 |
| | |
| Current Expenses | $32,362.51 |

| Date | | Value |
|------|---|-------|
| 09/30/22 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000824259 DATE: 9/30/2022 Data Hosting (GB), User Fees (Users) | $15,676.95 |
| 10/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 10/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $8.21 |

|          | DORIS Date: 10/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | |
|----------|---------------------------------------------------------------|---------|
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $65.20 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $6.60 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $3.30 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $33.00 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $160.00 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $3.80 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 -- Usage from 07/01/2022 to 09/30/2022 | $0.60 |
| 10/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 10/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 4.0 | $22.16 |
| 10/10/22 | Prof Fees - Consultant Fees  VENDOR: LIGHTHOUSE/LIGHTHOUSE DOCUM TECHNOLOGIES INVOICE#: INV000824539 DATE: 10/10/2022 Data Hosting; Hosting Project | $15,578.70 |

| | | |
|---|---|---|
| | Management (Hrs) | |
| 10/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: NYCLERKS  CLERKS; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 2.0 | $11.08 |
| 10/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 10/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 10/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $90.29 |
| 10/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $57.46 |
| 10/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $84.70 |
| 10/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 10/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $53.90 |
| 10/27/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 6133064 DATE: 10/27/2022 Transcriber fee for transcript of October 25, 2022 hearing. | $24.00 |
| 10/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2210 DATE: 10/31/2022 - Document retrieval in various courts | $59.06 |
| 10/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 328396-2210 DATE: 10/31/2022 - Document retrieval in various courts | $15.24 |

Current Expenses                                                                    $32,362.51

**Total Amount of This Invoice**                                      **$97,638.51**

                              **Prior Balance Due**                       $1,028,768.40

                   **Total Balance Due Upon Receipt**            $1,126,406.91

 **LIGHTHOUSE.**

# Invoice

Invoice Number: INV000824259

Invoice Date: 9/30/2022

Billing Contact:

Terms: Payment due on receipt

Client PO Number:

Service Date: 9/1/2022 - 9/30/2022

LH Internal Ref: 5371NS

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| User Fees (Users) | 8.00 | User | $75.00 | $600.00 |
| **Subtotal** | | | | $15,623.70 |
| **Sales Tax** | | | | $53.25 |
| **Invoice Total** | | | | $15,676.95 |

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #: 138110584278   ABA Routing #:125000024
Swift Code: BOFAUS3N

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**
**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc**



# Invoice

51 University St #400 | Seattle, WA 98101
206.223.9690 | www.lighthouseglobal.com
FEIN: 43-1676776

**Bill To Address:**
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036-6728
USA

Invoice Number: INV000824539

Invoice Date: 10/10/2022

Billing Contact:

Terms: Payment due on receipt

Client PO Number:

Service Date: 10/1/2022 - 10/31/2022

LH Internal Ref: 5371NS

Matter Name: In re: Sears Holding Corp.

| Invoice Item | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|
| **Hosting** | | | | |
| Data Hosting (GB) | 1,669.30 | GB | $9.00 | $15,023.70 |
| Hosting Project Management (Hours) | 3.00 | Hr | $185.00 | $555.00 |
| **Subtotal** | | | | $15,578.70 |
| **Sales Tax** | | | | $0.00 |
| **Invoice Total** | | | | $15,578.70 |

Remittance Information
Email Remittance Info: **accountsreceivable@lighthouseglobal.com**

ACH PAYMENTS:
Bank Of America
401 Union Street, FL 23

Seattle, WA 98101
Account Name: Lighthouse Document Technologies, Inc.
Account Type: Deposit Account
Account #:  138110584278    ABA Routing #:125000024
Swift Code:  BOFAUS3N

CHECK REMITTANCE:
Lighthouse Document Technologies
Lighthouse Document Technologies Inc.
PO Box 7410525
Chicago, IL 60674-0525

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**
**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc**