# EXHIBIT B



**JLL Valuation & Advisory Services**
Tax ID: 81-3802842
200 East Randolph Drive
Chicago, IL 60601
United States

Attention: **Roger Puerto**

**Sears Holding Corporation**
3333 Beverly Road
Hoffman Estates IL 60179
United States

| | |
|---|---|
| Invoice Number: | US024VAS005743 |
| Invoice Date: | 30-Nov-2018 |
| Payment Terms: | 30 Days |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100080671 |
| Project Number: | 1701-18-145159 |
| Project Name: | MASTER Job  Property |

| INVOICE | Amount (USD) |
|---|---|

Appraiser Contact:  Michael Welch

Appraisal Services                                                  93,500.00

Sears Portfolio Phase I

See Attached Detail A

**Subtotal**     **93,500.00**

**Total Amount Due $:**     **93,500.00**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance Advice**

Please include stub with Your payment

Please make check payable to:
**JLL Valuation & Advisory Services**
Note: Indicate the Invoice Number on check as a reference

| | |
|---|---|
| Invoice Number: | US024VAS005743 |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100080671 |
| Project Number: | 1701-18-145159 |
| Project Name: | MASTER Job Property |

**Mail Check To:**

| Name of Bank: | BMO Harris Bank N.A. |
|---|---|
| ADDRESS: | PO Box 71893 |
| | Chicago IL 60694-1893 |
| | United States |

**Wire Funds To:**

| Account Name: | Jones Lang LaSalle Americas, Inc. |
|---|---|
| Bank Name: | BMO Harris Bank N.A. IL United States |
| Account Number: | 304-440-1 |
| ABA #: | 071000288 |

If you have questions regarding this invoice, please contact: CorpAR.ServCent@am.jll.com

**Detail A**

| JLL File Number | Parcel Description | Fee |
|---|---|---|
| 1101-18-145209 | Bruckner Plaza Shopping Center Kmart – Phase 1 | $3,500 |
| 1101-18-145360 | Sears Coral Gables – Phase 1 | $3,500 |
| 1101-18-145363 | Searstown Ft Lauderdale – Phase 1 | $3,500 |
| 1101-18-145365 | Volusia Mall Sears – Phase 1 | $3,500 |
| 1101-18-145368 | Kendale Lakes Plaza Kmart – Phase 1 | $3,500 |
| 1206-18-145221 | 770 Broadway Kmart Office – Phase 1 & 2 | $5,500 |
| 1206-18-145222 | One Penn Plaza Kmart – Phase 1 & 2 | $5,500 |
| 1206-18-145220 | Bridgehampton Commons Kmart – Phase 1 & 2 | $5,500 |
| 1206-18-145410 | Sears Distribution Rio Piedras – Phase 1 | $3,500 |
| 1206-18-145411 | Sears Logistics Manteno – Phase 1 | $3,500 |
| 1400-18-145185 | Southland Mall Sears – Phase 1 | $3,500 |
| 1400-18-145435 | Mervyn's Plaza Kmart – Phase 1 | $3,500 |
| 1400-18-145436 | The Streets at Southpoint Sears – Phase 1 | $3,500 |
| 1400-18-145437 | Hilltop Mall Sears – Phase 1 | $3,500 |
| 1701-18-145177 | Bueno Park Downtown Sears – Phase 1 | $3,500 |
| 1701-18-145183 | Del Amo Sears – Phase 1 | $3,500 |
| 1701-18-145179 | Glendale Sears – Phase 1 | $3,500 |
| 1701-18-145310 | Burbank Town Center Sears – Phase 1 | $3,500 |
| 1701-18-145311 | Rosemead Blvd Kmart – Phase 1 | $3,500 |
| 1701-18-145312 | Kiowa Plaza Kmart – Phase 1 | $3,500 |
| 1701-18-145314 | Sears Ansar Gallery – Phase 1 | $3,500 |
| 1205-18-145194 | Woodbridge Center Sears – Phase 1 | $3,500 |
| 1205-18-145316 | Assembly Square Kmart – Phase 1 | $3,500 |
| 1205-18-145317 | Marley Station Mall Sears – Phase 1 | $3,500 |
| 1205-18-145318 | Kmart Plaza – Phase 1 | $3,500 |
| **Total Amount Due:** | | **$93,500.00** |



**JLL Valuation & Advisory Services**
Tax ID: 81-3802842
200 East Randolph Drive
Chicago, IL 60601
United States

Attention:  **Roger Puerto**

**Sears Holding Corporation**
3333 Beverly Road
Hoffman Estates IL 60179
United States

| | |
|---|---|
| Invoice Number: | US024VAS005742 |
| Invoice Date: | 30-Nov-2018 |
| Payment Terms: | 30 Days |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100082158 |
| Project Number: | 1701-18-145766 |
| Project Name: | MASTER Job  Property |

| INVOICE | Amount (USD) |
|---|---|

Appraiser Contact:  Michael Welch

| | |
|---|---|
| Appraisal Services | 42,000.00 |
| Sears Portfolio Phase II | |
| See Attached Detail A | |
| **Subtotal** | **42,000.00** |

| **Total Amount Due $:** | **42,000.00** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - **Remittance Advice** - - - - - - - - - - - - - - - - - - - - - - - - -

Please include stub with Your payment

Please make check payable to:
**JLL Valuation & Advisory Services**
Note: Indicate the Invoice Number on check as a reference

| Invoice Number: | US024VAS005742 |
|---|---|
| Customer ID: | CUS0016603 |
| Contract Number: | CON100082158 |
| Project Number: | 1701-18-145766 |
| Project Name: | MASTER Job Property |

**Mail Check To:**
Name of Bank:    BMO Harris Bank N.A.
ADDRESS:          PO Box 71893
                           Chicago IL 60694-1893
                           United States

**Wire Funds To:**
Account Name:      Jones Lang LaSalle Americas, Inc.
Bank Name:          BMO Harris Bank N.A. IL United States
Account Number:   304-440-1
ABA #:                 071000288

If you have questions regarding this invoice, please contact: CorpAR.ServCent@am.jll.com

**Detail A**

| JLL File Number | Parcel Description | Fee |
|---|---|---|
| 1101-18-145767 | Bruckner Plaza Shopping Center Kmart – Phase 2 | $2,000 |
| 1101-18-145768 | Sears Coral Gables – Phase 2 | $2,000 |
| 1101-18-145769 | Searstown Ft Lauderdale – Phase 2 | $2,000 |
| 1101-18-145770 | Volusia Mall Sears – Phase 2 | $2,000 |
| 1101-18-145771 | Kendale Lakes Plaza Kmart – Phase 2 | $2,000 |
| 1206-18-145773 | Sears Logistics Manteno – Phase 2 | $2,000 |
| 1400-18-145774 | Southland Mall Sears – Phase 2 | $2,000 |
| 1400-18-145775 | Mervyn's Plaza Kmart – Phase 2 | $2,000 |
| 1400-18-145776 | The Streets at Southpoint Sears – Phase 2 | $2,000 |
| 1400-18-145778 | Hilltop Mall Sears – Phase 2 | $2,000 |
| 1701-18-145779 | Bueno Park Downtown Sears – Phase 2 | $2,000 |
| 1701-18-145780 | Del Amo Sears – Phase 2 | $2,000 |
| 1701-18-145781 | Glendale Sears – Phase 2 | $2,000 |
| 1701-18-145782 | Burbank Town Center Sears – Phase 2 | $2,000 |
| 1701-18-145783 | Rosemead Blvd Kmart – Phase 2 | $2,000 |
| 1701-18-145784 | Kiowa Plaza Kmart – Phase 2 | $2,000 |
| 1701-18-145785 | Sears Ansar Gallery – Phase 2 | $2,000 |
| 1205-18-145786 | Woodbridge Center Sears – Phase 2 | $2,000 |
| 1205-18-145787 | Assembly Square Kmart – Phase 2 | $2,000 |
| 1205-18-145788 | Marley Station Mall Sears – Phase 2 | $2,000 |
| 1205-18-145789 | Kmart Plaza – Phase 2 | $2,000 |
| **Total Amount Due:** | | **$42,000.00** |

# JLL

## INVOICE

| Attention: | Invoice #: | RT00000390871001 |
|---|---|---|

**Attention:**

**Debtors:** Jane.Borden@searshc.com,
Searsprofessionalfeeinvoices@miiipartners, mkorycki@miiipartners,
catherine.diktaban@weil.com

**Creditor's Committee:** sears-akin@akin.com

**Lenders:** cprice@milbank.com, ereimer@milbank.com,
george.howard@skadden.com, jacqueline.trudeau@skadden.com,
robert.fitzgerald@skadden.com

**Invoice #:** RT00000390871001

*Please reference this number on payment*

**Invoice Date:** 12/31/2018

**Invoice Due Date:** 12/31/2018

**Deal Name:** Sears / Kmart Bankruptcy Advisory

---

### Fee & Expense Calculations*:

Non-core GOB (effective date Nov. 5)
Advisory Fee November (prorated 26 days): $26,000
Advisory Fee December: $30,000
On going Monthly Fee November (prorated 26 days): $2,167
On going Monthly Fee December: $2,500

Expenses:
Website set up fee-RCM (property marketing): $3,000
Legal fees: $6,086.25
JLL Staff Overtime Expense: $337.62

Real estate Sales Process- Go Forward (effective date Nov. 26)
Advisory Fee November (prorated 6 days): $16,667
Advisory Fee December: $100,000

Expenses:
Legal fees: $6,086.25
JLL Staff Overtime Expense: $337.62
Temporary Staff Expense for project to date: $454.15

Total Due this Invoice: $193,635.89

*This is partial invoice, additional expenses incurred in November and December not shown above will be invoiced in January.

Non-Core GOB Project: JLL created a project web site for public access of information, proposed the use of a project Confidentiality Agreement, standardized all marketing materials, collected Broker Opinion of Values in order to establish Sears approved list prices, down loaded property due diligence from Lazard web site then uploaded to the project web site, coordinated the execution and delivery of the listing agreements between Sears and the Listing Brokers.

Real Estate Sales Process- Go Forward Project: Broadened marketing to include Sears Go Forward Properties, then further expanded prospect access to all properties controlled by Sears, coordinated the execution of the project Confidentiality Agreement with access to the Lazard data room. Widely distributed the Real Estate Sales Process letter to prospective buyers, attorneys and their advisors. Kept track of letters and forms sent, the return of properly executed agreement, access to data room and receipt of offers, provided daily reporting of entities requesting access, coordinated the collection of offers and advised Sear regarding various steps of the process.

Attachements:
Jones Lang LaSalle Invoices for Bria Davis as of 123118
95661 W-9 Signed
Real Estate Advisory Agreement effective November 5, 2018, GOB Non-Core FINAL
Real Estate Advisory First Amendment - GOB None-core
Real Estate Advisory Services Agreement Dec 2018 Sales Process for Real Estate - First Amendment 12-12-18
Real Estate Advisory Services December 2018 Sales Process for Real Estate Effective Nov. 26, 2018 FINAL
Signed Order Authorizing the Retention of JLL final 12-21-18

## Remittance Instructions

**EFT - Wire payments should be directed as follows:**

Jones Lang LaSalle Americas, Inc.

Tax ID # 36-4160760

**ABA Routing Code:** 071-000-288

**Account Number:** 320-510-1

**Name of Bank:** BMO Harris Bank N.A.
111 West Monroe Street
Chicago, IL 60603

**JLL Contact:**

Chelle.Smith
1(713)4255834
Chelle.Smith@am.jll.com

**Invoice #:** RT00000390871001



**JLL Valuation & Advisory Services**
Tax ID: 81-3802842
200 East Randolph Drive
Chicago, IL 60601
United States

Attention: **Roger Puerto**

**Sears Holding Corporation**
3333 Beverly Road
Hoffman Estates IL 60179
United States

| | |
|---|---|
| Invoice Number: | US024VAS006553 |
| Invoice Date: | 17-Jan-2019 |
| Payment Terms: | 30 Days |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

| INVOICE | Amount (USD) |
|---|---|

Appraiser Contact: Michael Welch

| | |
|---|---|
| Appraisal Services<br>Sears Bankruptcy Phase III<br>See attached property listing | 1,262,000.00 |
| **Subtotal** | **1,262,000.00** |

| **Total Amount Due $:** | **1,262,000.00** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - **Remittance Advice** - - - - - - - - - - - - - - - - - - - - - - -

Please include stub with Your payment

Please make check payable to:
**JLL Valuation & Advisory Services**
Note: Indicate the Invoice Number on check as a reference

| | |
|---|---|
| Invoice Number: | US024VAS006553 |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

**Mail Check To:**
| | |
|---|---|
| Name of Bank: | BMO Harris Bank N.A. |
| ADDRESS: | PO Box 71893<br>Chicago IL 60694-1893<br>United States |

**Wire Funds To:**
| | |
|---|---|
| Account Name: | Jones Lang LaSalle Americas, Inc. |
| Bank Name: | BMO Harris Bank N.A. IL United States |
| Account Number: | 304-440-1 |
| ABA #: | 071000288 |

If you have questions regarding this invoice, please contact: CorpAR.ServCent@am.jll.com

## Property Name

Kmart Acton - 252 Main St

Kmart Aguadilla - Road 2 Km 126.5

Kmart Alliance - 1515 W 3Rd

Kmart Apple Valley - 20777 Bear Valley Road

Kmart Arecibo - State Road 2 Km 80.2

Kmart Asheville - 980 Brevard Road

Kmart Atascadero - 3980 El Camino Real

Kmart Auburn - 2505 Bell Rd

Kmart Auburn - 603 Center St

Kmart Augusta - 58 Western Avenue

Kmart Avenel - 1550 St George Ave

Kmart Baltimore - 8980 Waltham Woods Rd

Kmart Barberton - 241 Wooster Rd North

Kmart Bath - Plaza 15  Route 415

Kmart Bayamon - Plaza Rio Hondo & Comerio Ave

Kmart Bear - 301 Governor Place

Kmart Belleville - 2095 Rawsonville Rd

Kmart Belleville - 371-411 Main Street

Kmart Berwick - 1520 W Front St

Kmart Billerica - 484 Boston Rd

Kmart Bishop - 1200 N Main St

Kmart Bismarck - 2625 State St

Kmart Boca Raton - 1401 W Palmetto Park Rd

Kmart Bohemia - 5151 Sunrise Hwy

Kmart Bridgehampton - 2044 Montauk Hwy

Kmart Bridgeview - 7325 W 79Th Street

Kmart Brockton - 2001 Main Street

Kmart Bronx - 1998 Bruckner Blvd

Kmart Bronx - 300 Baychester Avenue

Kmart Brunswick - 3301 Center Rd

Kmart Buffalo - 1001 Hertel Avenue

Kmart Burbank - 1000 San Fernando Road

Kmart Burlington - 1550 S Burlington Blvd

Kmart Caguas - Rafael Cordero & Hwy 30

Kmart Camarillo - 940 Arneill Rd

Kmart Carolina - 65Th Infantry Ave

Kmart Cayey - Carr Rt #1 - Km 106

Kmart Chambersburg - 1005 Wayne Ave

Kmart Charleston - 6531 Mccorkle Avenue S E

Kmart Chesapeake - 2001 South Military Hwy

Kmart Chico - 2155 Pillsbury Rd

Kmart Clemmons - 2455 Lewisville-Clemmon

Kmart Cleveland - 7701 Broadview Road

Kmart Clifton Heights - 713 E Baltimore Pike

Kmart Clinton - 2501 Redwheat Drive
Kmart Clio - 4290 W Vienna Rd
Kmart Concord - 5100 Clayton Road
Kmart Corvallis - 400 North East Circle Blv
Kmart Costa Mesa - 2200 Harbor Blvd
Kmart Crystal City - 155 Twin City Mall
Kmart Des Plaines - 1155 Oakton St
Kmart Desert Hot Springs - 14011 Palm Drive
Kmart Doylestown - 4377 Route 313
Kmart Easton - 320 South 25Th Street
Kmart Edwardsville - U S Route 11 Mark Plaza
Kmart Elizabethtown - 1605 South Market Street
Kmart Elkview - I-79/Us 43 Crossings Mall
Kmart Ellenton - 6126 Highway 301
Kmart Elwood - 1519 State Road 37 S
Kmart Ephrata - 1127 S State St
Kmart Erie - 2873 W 26Th Street
Kmart Erlanger - 3071 Dixie Hwy
Kmart Fairless Hills - One Kresge Rd.
Kmart Fajardo - Eastern Reg'l S/C; State Road #3
Kmart Fargo - 2301 S University Dr
Kmart Farmingville - 2280 North Ocean Ave.
Kmart Fort Walton Beach - 200 Irwin N E
Kmart Fostoria - 620 Plaza Dr
Kmart Frederick - 1003 W Patrick St
Kmart Frederiksted - Remainder Matriculate #1
Kmart Freedom - 1702 Freedom Boulevard
Kmart Grand Forks - 1900 S Washington St
Kmart Grass Valley - 111 W Mc Knight Way
Kmart Grayling - 2425 S Grayling
Kmart Greenville - Church St Extension
Kmart Greenwich - West Main St R D #1
Kmart Grove City - 2400 Stringtown Road
Kmart Guayama - Puerto Rico Hwy 3
Kmart Gulfport - 12057-A Highway 49
Kmart Hagerstown - 1713 Massey Blvd
Kmart Hamilton - 1235 North First Street
Kmart Harrison - 10560 Harrison Avenue
Kmart Hastings - 802 West State Street
Kmart Hato Rey - Pr #22 & Pr #18
Kmart Hayward - 26231 Mission Blvd
Kmart Hollister - 491 Tres Pinos Road
Kmart Hollywood - 3800 Oakwood Blvd
Kmart Holmes - 600 Macdade Blvd
Kmart Holyoke - 2211 Northampton St
Kmart Hooksett - 1267 Hooksett Rd
Kmart Horseheads - 1020 Center Street

Kmart Hyannis - 768 Iyanough Rd
Kmart Hyattsville - 6411 Riggs Road
Kmart International Falls - 1606 Hwy 11-71
Kmart Jackson - 510 S Hwy 89
Kmart Jamestown - 975 Fairmount Ave
Kmart Juana Diaz - State Rd 149&State Rd 584
Kmart Kalispell - 2024 Us Hwy 2 E
Kmart Kearny - 200 Passaic Ave
Kmart Kenosha - 4100 52Nd St
Kmart Key Largo - 101399 Overseas Highway
Kmart Key West - 2928 North Roosevelt Blvd
Kmart Kill Devil Hills - 1091 N Croatan Highway
Kmart Kingsport - 1805 E Stone Dr
Kmart Kokomo - 705 North Dixon
Kmart Lake Havasu City - 1870 Mc Cullouch Blvd
Kmart Lakeport - 2019 South Main
Kmart Lantana - 1201 S Dixie
Kmart Las Vegas - 5051 E Bonanza Rd
Kmart Lebanon - 1443 W Main St
Kmart Leechburg - 451 Hude Park Road
Kmart Lewiston - 1815-21St St
Kmart Lexington - 748 W Main Street
Kmart Long Beach - 2900 Bellflower Blvd
Kmart Loveland - 2665 W Eisenhower
Kmart Manteno - 333 South Spruce Street
Kmart Marathon - 5561 Overseas Hwy
Kmart Marine City - 6730 S River Road
Kmart Marshall - 15861 Michigan Avenue
Kmart Mattydale - 2803 Brewerton Rd
Kmart Mauston - 800 North Union
Kmart McAllen - 1801 South 10Th Street
Kmart Menominee - 1101-7Th Ave
Kmart Metairie - 2940 Veterans Blvd
Kmart Miami - 14091 SW 88th Street
Kmart Miami - 3825 7Th Street North W
Kmart Midland - 1820 S Saginaw Rd
Kmart Minneapolis - 10 W Lake Street
Kmart Morehead City - 4841 Arendell St
Kmart Morganton - 110-112 Bost Rd
Kmart New Castle - 2650 Ellwood Rd
Kmart New York - 250 W. 34th Street
Kmart New York - 770 Broadway
Kmart North Hollywood - 13007 Sherman Way
Kmart Oakdale - 175 Maag Avenue
Kmart Oconomowoc - 1450 Summit Avenue
Kmart Ontario - 5600 East Airport Dr.
Kmart Oscoda - 5719 N US 23

- Kmart Palmer - Wilbraham Road (Sr 20)
- Kmart Paradise - 6600 Clark Road
- Kmart Peru - 11 Sherwood Square
- Kmart Petaluma - 261 N Mc Dowell Blvd
- Kmart Pittsburgh - 996 W View Park Dr
- Kmart Pueblo - 3415 N Elizabeth St
- Kmart Queensbury - 308 Dix Avenue
- Kmart Racine - 5141 Douglas Ave
- Kmart Raleigh - 8701 Six Forks Road
- Kmart Rapid City - 1111 E North St
- Kmart Redlands - 1625 W Redlands
- Kmart Richmond - 3150 National Road West
- Kmart Rio Piedras - 9410 Ave Los Romeros
- Kmart Ripon - 1200 West Fond Du Lac St
- Kmart Riverside - 7840 Limonite Ave
- Kmart Rochester - 201 Ninth St S E
- Kmart Roswell - 1705 S Main St
- Kmart Salem - 1355 West Main Street
- Kmart Salem - 161 S Broadway
- Kmart Salinas - 1050 North Davis Road
- Kmart San Mateo - 1155 Veterans Boulevard
- Kmart Santa Fe - 1712 St Michael'S Dr
- Kmart Santa Maria - 2875 Santa Maria Way
- Kmart Scotts Valley - 270 Mt Hermon Rd
- Kmart Sevierville - 217 Forks Of River Pkwy
- Kmart Shillington - 1 Parkside Ave
- Kmart Silver Spring - 14014 Connecticut Ave
- Kmart Somers Point - 250 New Rd (Rt 9)
- Kmart Somerset - 411 Russell Dyche Hwy
- Kmart Sommerville - 77 Middlesex Ave.
- Kmart South Lake Tahoe - 1056 Emerald Bay Rd
- Kmart Spokane - 4110 E Sprague Ave
- Kmart St. Croix - Sunny Isle S/C, Space #1
- Kmart St. George - 785 S Bluff
- Kmart St. Paul - 245 E Maryland Ave
- Kmart St. Thomas - 26 - A Tutu Park Mall
- Kmart St. Thomas - 9000 Lockhart Gdns S/C; Ste 1
- Kmart Stevensville - 200 Kent Landing
- Kmart Stockton - 2180 E Mariposa Rd
- Kmart Sumter - 1143 Broad St
- Kmart Tabb - 5007 Victory Blvd
- Kmart Tamuning - 404 N Marine Dr Rte 1
- Kmart Tehachapi - 710 West Tehachapi
- Kmart Temple City - 5665 N Rosemead Blvd.
- Kmart Toms River - 213 Highway 37 E
- Kmart Towanda - Rt #6 Brandford Town Ctr
- Kmart Trenton - 1061 Whitehorse-Mercervil

Kmart Trujillo Alto - 200 Carr 181
Kmart Tucson - 7055 E Broadway St
Kmart Twin Falls - 2258 Addison Ave East
Kmart Valparaiso - 2801 Calumet Ave
Kmart Vega Alta - Carr 2, Estatal, Plaza Caribe Mall
Kmart Vernon - 295 Hartford Turnpike
Kmart Vero Beach - 1501 U S 1
Kmart Wall - 1825 Highway 35
Kmart Walla Walla - 2200 East Isaacs Ave
Kmart Warren - 2000 Ten Mile Rd
Kmart Warsaw - 3350 U S 30 East
Kmart Waterford Twp. - 5100 Dixie Hwy
Kmart Watertown - 595 Straits Turnpike
Kmart Waupaca - 830 West Fulton St
Kmart Wayne - 1020 Hamburg Turnpike
Kmart Waynesville - 1300 Dellwood Road
Kmart Webster - Route 12
Kmart Wellsville - 121 Bolivar Rd
Kmart West Chester - 985 Paoli Pike
Kmart West Columbia - 1500 Charleston Hwy
Kmart West Covina - 730 South Orange
Kmart West Lebanon - 200 S Main
Kmart West Long Branch - 108 Monmouth Rd
Kmart West Orange - 235 Prospect Ave
Kmart Westwood - 700 Broadway
Kmart White Plains - 399 Tarrytown Rd
Kmart Wilkes-Barre - 910 Wilkes Barre Twp Blvd
Kmart Williamsport - 1915 E Third St
Kmart Willow Street - 2600 N Willow Street Pike
Kmart Wilmington - 4700 Limestone Road
Kmart Wind Gap - 803 Male Rd
Kmart Yauco - Sr 128 @ Sr 2 Km 0.5
Kmart Yorktown Heights - Rte 118, 355 Downing Dr
Sears Aberdeen - 1219 S Boone St
Sears Abilene - 4310 Buffalo Gap Rd
Sears Aiea Oahu-Pearl Rdg - 98-180 Kamehameha Hwy
Sears Altoona - 5580 Goods Lane Suite 1005
Sears Amarillo - 7701 1-40 W
Sears Annapolis - 1040 Annapolis Mall
Sears Antioch - 2600 Somersville Rd
Sears Appleton - 4301 W Wisconsin Ave
Sears Arden - 1601 Arden Way
Sears Arlington/Parks - 3871 S Cooper St
Sears Athens - 3700 Atlanta Hwy Ste 270
Sears Auburn - 385 Southbridge St
Sears Augusta - 3450B Wrightsboro Rd
Sears Aurora - 14200 E Alameda Ave

Sears Baldwin Hills - 3755 Santa Rosalia Dr
Sears Baltimore-West - 6901 Security Sq Blvd
Sears Barboursville - 100 Huntington Mall Rd
Sears Baton Rouge - 6501 Blubonnet Blvd
Sears Bayamon - Avenida Aguas Buenas
Sears Beaumont - 6461 Eastex Fwy
Sears Bel Air - 658 Baltimore Pike
Sears Bloomingdale - 5 Stratford Sq(Gary & Schick)
Sears Bloomington - 2000 N E Court
Sears Boyle - 2650 E Olympic Blvd
Sears Braintree - 250 Granite St
Sears Brandon - 686 Brandon Town Center Mall
Sears Brighton - 18875 Bromley Lane
Sears Brockton-Westgate - 200 Westgate Dr
Sears Brooklyn - 2307 Beverley Rd
Sears Brooksville - 13085 Cortez Blvd
Sears Brownsville - 2320 N Expressway
Sears Brunswick - 8 Gurnet Rd
Sears Buena Park - 8150 La Palma Avenue
Sears Buffalo/Hamburg - S 3701 Mckinley Pkwy
Sears Burbank - 111 E Magnolia Blvd.
Sears Burlington - 100 Colonial Mall
Sears Burlington - 155 Dorest St
Sears Camp Hill - 3505 Capitol Hill City Mall Dr
Sears Cape Girardeau - 330 Siemers Dr
Sears Carlsbad - 2561 El Camino Real
Sears Chapel Hills - 1650 Briargate Blvd
Sears Charlottesville - 1531Rio Rd E
Sears Chesterfield - 11500 Midlothian Tpke
Sears Chicago Ridge - 6501 95Th St
Sears Cincinnati-Eastgate - 4595 Eastgate Blvd
Sears Clovis - 1140 Shaw Ave
Sears Colorado Springs - 2050 Southgate Rd
Sears Concord - 1001 Sunvalley Blvd
Sears Concord - 1480 Concord Pkwy N
Sears Concord - 270 Loudon Rd
Sears Coral Gables - 3655 SW 22nd Street
Sears Coral Springs - 9565 W Atlantic Blvd
Sears Corpus Christi - 1305 Airline Rd
Sears Cumberland - 1262 Vocke Rd
Sears Cupey Bajo - Carretera #176 KM 0.5
Sears Daytona Beach - 1700 W. International Speedway
Sears Delano - 1700 Schuster Rd.
Sears Douglasville - 6580 Douglas Blvd
Sears Downey - 500 Stonewood St
Sears Durham - 6910 Fayetteville
Sears Durham-Northgate - 1620 Guess Rd

Sears E Valley - 14720 E Indiana Ave
Sears El Paso - 8401 Gateway Blvd W
Sears Escondido - 210 E Via Rancho Pkwy
Sears Eureka - 3300 Broadway
Sears Everett - 1302 Se Everett Mall Way
Sears Exton - 222 Exton Square Mall
Sears Fairview Hts - 235 Saint Clair Sq
Sears Fajardo - State Rd 3
Sears Falls Church - 6211 Leesburg Pike
Sears Farmington - 4601 E Main St
Sears Frederick - 5500 Buckeystown Pike
Sears Fredericksburg - 100 Spotsylvania Mall
Sears Ft Collins - 205 E Foothills Pkwy
Sears Ft. Lauderdale - 901 N. Federal Hwy
Sears Gainesville - 150 Pearl Nix Pkwy
Sears Gaithersburg - 701 Russell Ave
Sears Glen Burnie - 7900 Gov Ritchie Hwy
Sears Glendale - 236 N Central Ave.
Sears Goodlettsville - 1000 Rivergate Pkwy
Sears Grandville - 3622 Rivertown Pkwy Sw
Sears Greensboro - 3200 W Friendly Ave
Sears Greensburg - 5256 Route 30
Sears Greenville - 240 Carolina East Mall
Sears Greenville - 700 Haywood Rd
Sears Guayama - Road 3 Km.L34.7
Sears Hackensack - 436 Main St
Sears Hanover - 1775 Washington St
Sears Harrisburg - 4600 Jonestown Rd
Sears Hatillo(Arecibo) - 506 Calle Truncado
Sears Hato Rey - Ave F D Roosevelt
Sears Hayward - 660 W Winton Ave.
Sears Heath - 771 S 30Th St
Sears Hemet - 2200 W Florida Ave
Sears Hickory - 1940 Us Highway 70 Se
Sears Hilo(Sur) - 111 E Puainako St
Sears Honolulu - 1505 Kapioloni Blvd
Sears Horseheads/Elmira - 3300 Chambers Rd
Sears Hot Springs - 4501 Central Ave Ste 101
Sears Hulen - 4900 S Hulen St
Sears Humble - 20131 Highway 59 N
Sears Hurst - 1101 Melbourne Rd Ste 7000
Sears Independence - 18777 E 39Th St S
Sears Jackson - 2021 N Highland Ave
Sears Jacksonville - 344 Jacksonville Mall
Sears Jersey Cty/Newport - 50 Mall Dr W
Sears Johnson City - 2011 N Roan St
Sears Joplin - 101 N Rangeline Rd

| |
|---|
| Sears Kahului Maui(Sur) - 275 Kaahumanu Ave  Ste 1000 |
| Sears Kaneohe(Sur) - 46-056 Kamehameha Hwy |
| Sears Kennesaw - 400 Ernest W Barrett Pkwy Nw |
| Sears Kennewick(Pasco) - 1321 N Columbia Center Blvd |
| Sears Key West - 3200 N Roosevelt Blvd |
| Sears Killeen - 2000 Killeen Mall |
| Sears Lacey/Olympia - 651 Sleater Kinney Rd Se 1300 |
| Sears Lake Grove - 4 Smith Haven Mall |
| Sears Lancaster - 200 Park City Ctr |
| Sears Lansing - 3131 E Michigan Ave |
| Sears Laredo - 5300 San Dario Ave |
| Sears Las Cruces - 700 S Telshor Blvd |
| Sears Las Vegas(Blvd) - 3450 S Maryland Pkwy |
| Sears Lawrence - 2400 Kresge Rd. |
| Sears Leesburg - 10401 Us Highway 441 Ste 2002 |
| Sears Leominster - 100 Commercial Rd |
| Sears Lincoln - 6400 O St |
| Sears Littleton/Denver - 8501 W Bowles Ave |
| Sears Livingston - S Orange Ave & Walnut St |
| Sears Livonia - 29500 7 Mile Rd |
| Sears Long Beach - 2100  N Bellflower Blvd |
| Sears Loudoun/Dulles - 21000 Dulles Town Cir |
| Sears Madison-East - 43 East Towne Mall  C |
| Sears Manassas - 8200 Sudley Rd |
| Sears Manchester - 190 Buckland Hills Dr |
| Sears Mansfield - 600 Richland Mall |
| Sears Manteno - 8374 N 4000 EAST RD |
| Sears Marlborough - 521 Lynch Blvd |
| Sears Massapequa - 800 Sunrise Mall |
| Sears Mayaguez - 975 Hostos Ave Ste 110 |
| Sears Medford - 501 Medford Ctr |
| Sears Media - 1067 W Baltimore Pike |
| Sears Merrillville - 2300 Southlake Mall |
| Sears Merritt Island - 777 E Merritt Island Cswy |
| Sears Mesquite-Town East - 3000 Town East Mall |
| Sears Metairie - 4400 Veterans Mem Blvd |
| Sears Mishawaka - 6501 Grape Rd Us 23 |
| Sears Moorestown - Rt 38 And Lenola Rd |
| Sears Muskegon - 5500 Harvey St |
| Sears Myrtle Beach - 1200 Coastal Grand Circle |
| Sears N Attleboro - 1009 S Washington St |
| Sears Naranjito - El Mercado Plaza |
| Sears New Brunswick - 51 Us Hwy 1 |
| Sears Newburgh - 1401 Route 300 |
| Sears No Dartmouth - 100 N Dartmouth Mall |
| Sears No Olmsted - 5000 Great Northern Mall |
| Sears North Wales - 600 Montgomery Mall |

| |
|---|
| Sears Novi - 27600 Novi Rd |
| Sears Ocala - 655 SW 52nd Ave. |
| Sears Omaha - 7424 Dodge St |
| Sears Orange - 2100 N Tustin St |
| Sears Orange Pk - 1910 Wells Rd |
| Sears Orlando-South - 8001 S Orange Blossom Trl |
| Sears Oviedo - 1360 Oviedo Blvd |
| Sears Palm Beach Gardens - 3101 Pga Blvd |
| Sears Palmdale - 1345 W Avenue P |
| Sears Parkville - 8200 Perry Hall Blvd |
| Sears Pasadena - 3801 E Foothill Blvd |
| Sears Pasadena - 999  Pasedena Blvd |
| Sears Peoria - 2200 W War Memorial Dr Ste 998 |
| Sears Pharr - 500 N. Jackson Road |
| Sears Plano - 851 N Central Expwy |
| Sears Polaris - 1400 Polaris Pkwy |
| Sears Ponce - Plaza Del Caribe 2050 (Rd 2) |
| Sears Port Arthur - 3100 FM 365 |
| Sears Port Charlotte - 1441 Tamiami Trl |
| Sears Port Richey - 9409 Us Highway 19 N Ste 101 |
| Sears Portage - 6780 S Westnedge Ave |
| Sears Poughkeepsie - 2001 South Rd |
| Sears Pueblo - 3201 Dillon Dr |
| Sears Raleigh - 7330 Old Wake Forest Rd |
| Sears Rancho Cucamonga - 8250 Day Creek Blvd |
| Sears Richardson - 201 S Plano Rd |
| Sears Richmond - 2300 Hilltop Road |
| Sears Riverchase - 2500 Riverchase Galleria |
| Sears Roanoke - 4812 Valley View Blvd Ne |
| Sears Rochester - 10 Miracle Mile Dr |
| Sears Rockaway - Rt 80 & Mt Hope Ave |
| Sears Rockford-Cherryvale - 7200 Harrison Ave |
| Sears Rolling Oaks - 6909 N Loop 1604 E |
| Sears Saginaw - 4900 Fashion Square Mall |
| Sears Salisbury - 2306 N Salisbury Blvd |
| Sears San Antonio - 2310 Sw Military Dr |
| Sears Schaumburg - 2  Woodfield Mall |
| Sears Sebring - 901 Us  27 N Ste 130 |
| Sears Silver Spring - 11255 New Hampshire Ave |
| Sears Silverdale - 10315 Silverdale Way Nw |
| Sears Sioux City - 4480 Sergeant Rd |
| Sears So Portland - 400 Maine Mall Rd |
| Sears Spokane - 4700 N Division St |
| Sears Springfield - 1475 Upper Valley Pike |
| Sears Springfield - 2825 S Glenstone Ave |
| Sears St Clairsville - Banfield Rd & I-70 |
| Sears St Peters - 3 Mid Rivers Mall Dr |

| |
|---|
| Sears Stockton - 5110 Pacific Ave |
| Sears Tallahassee - 1500 Apalachee Pkwy |
| Sears Tampa/Westshore - 347 Westshore Plz |
| Sears Texas City - 10000 Emmett F Lowry Expy |
| Sears The Avenues - 10302 Southside Blvd |
| Sears Thornton - 16395 Washington St |
| Sears Torrance - 22100 Hawthorn Blvd. |
| Sears Tracy - 3350 Naglee Rd |
| Sears Tucson - 4570 N Oracle Rd |
| Sears Tukwila - 400 Southcenter Mall |
| Sears Tuttle Crossing - 5053 Tuttle Crossing Blvd |
| Sears Union Gap - 9 E Valley Mall Blvd |
| Sears Valley Stream - 1150 Sunrise Hwy |
| Sears Vero Beach - 6200 20Th St Ste 300 |
| Sears Victorville - 14420 Bear Valley Rd |
| Sears Waco - 6001 W Waco Dr |
| Sears Waldorf - 11170 Mall Circle |
| Sears Washington - 1500 W Chestnut St |
| Sears Wasilla - 1000 S Seward Meridian Rd |
| Sears West Dundee - 5000 Spring Hill Mall |
| Sears Westland - 35000 Warren Rd |
| Sears White Plains - 100 Main St |
| Sears Whitehall - 1259 Whitehall Mall |
| Sears Whittier - 15600 Whittwood Ln |
| Sears Wichita-Town East - 7700 E Kellogg Dr |
| Sears Willow Grove - 2500 W Moreland Rd |
| Sears Willowbook - 7925 Fm 1960 Rd W |
| Sears Wilmington - 4737 Concord Pike |
| Sears Winchester - 1850 Apple Blossom Dr |
| Sears Woodbridge - 150 Woodbridge Ctr. Ct. |
| Sears Yonkers - Rte 87(Ny St) & Cross Ct Pkwy |
| Sears Yuba City - 1235 Colusa Ave |

 **JLL**

# INVOICE

| | |
|---|---|
| **Attention:** | **Invoice #:** RT00000393487001 |
| Debtors: Jane.Borden@searshc.com, Searsprofessionalfeeinvoices@miiipartners, mkorycki@miiipartners, catherine.diktaban@weil.com | *Please reference this number on payment* |
| | **Invoice Date:** 1/25/2019 |
| Creditor's Committee: sears_akin@akingump.com | **Invoice Due Date:** 1/31/2019 |
| Lenders: cprice@milbank.com, ereimer@milbank.com, george.howard@skadden.com, jacqueline.trudeau@skadden.com, robert.fitzgerald@skadden.com | **Deal Name:** Sears / Kmart Bankruptcy Advisory |
| United States Trustee for Region 2: paul.schwartzberg@usdoj.gov | |

## Fee & Expense Calculations*:

| | |
|---|---|
| Non-core GOB (effective date Nov. 5) | |
| Advisory Fee January: | $30,000 |
| On going Monthly Fee January: | $2,500 |
| | |
| Real estate Sales Process- Go Forward (effective date Nov. 26) | |
| Advisory Fee January: | $100,000 |
| | |
| Expenses: | |
| Website set up fee-RCM (property marketing): $1500 | |
| JLL Staff Overtime Expense: $198.30 | |
| Temporary Staff Expense for project through 1/31/19: $11,811.67 | |
| Expenses Total: | $13,509.97 |

| | |
|---|---|
| **Total Due this Invoice:** | **$146,009.97** |

*This is partial invoice, additional expenses incurred in January not shown above will be invoiced in February.

Non-core GOB Project: JLL maintained the project web site, added new documents to the due diligence folders, monitored receipt of signed Confidentiality Agreements, collected Indicative Bids for the Non-Core GOB properties and Responded to questions by the local listing brokers, cooperating brokers, buyers and their legal counsel. We input offers received into the Tracker Database and contacted buyers if we had questions about their offers.

Real Estate Sales Process- Go Forward Project: JLL continued to market the GO Forward Properties, input late offers, continued to provide access to the Lazard Web site, published multiple lists of all offers received throughout the month and helped bidders negotiate revised Confidentiality Agreements so they could receive access to the web site. We responded to buyers, brokers and their legal counsel about the submission of Definitive Bids process, received the Definitive Bids, input these Bids into the Trackers system,  coordinated the submission of "Good Faith" Money with Chicago Title and coordinated the collection/receipt of supporting documents for the Definitive Bids including Financial reports, Escrow Agreements, Definitive Bids and executed/redlined transaction documents such as Purchase agreement. Lease termination agreements and Lease Purchase Agreements.  JLL generated a series of Indicative Bid reports for Sears and its advisors. JLL participated in 3 conference calls per week with Sears Advisors and sought to get answers for missing due diligence information in the Lazard data room.

Attachments:
    Jones Lang LaSalle Invoices for Bria Davis, Matilda Vega and Emily Tea as of 1/25/19
    95661 W-9 Signed
    Real Estate Advisory Agreement effective November 5, 2018, GOB Non-Core FINAL
    Real Estate Advisory First Amendment - GOB None-core
    Real Estate Advisory Services Agreement Dec 2018 Sales Process for Real Estate - First Amendment 12-12-18
    Real Estate Advisory Services December 2018 Sales Process for Real Estate Effective Nov. 26, 2018 FINAL
    Signed Order Authorizing the Retention of JLL final 12-21-18

## Remittance Instructions

**EFT - Wire payments should be directed as follows:**

Jones Lang LaSalle Americas, Inc.

Tax ID # 36-4160760

**ABA Routing Code:** 071-000-288

**Account Number:** 320-510-1

**Name of Bank:** BMO Harris Bank N.A.
111 West Monroe Street
Chicago, IL 60603

**JLL Contact:**

Chelle.Smith
1(713)4255834
Chelle.Smith@am.jll.com

**Invoice #:** RT00000393487001



**JLL Valuation & Advisory Services**
Tax ID: 81-3802842
200 East Randolph Drive
Chicago, IL 60601
United States

Attention: **Roger Puerto**

**Sears Holding Corporation**
3333 Beverly Road
Hoffman Estates IL 60179
United States

| | |
|---|---|
| Invoice Number: | US024VAS007116 |
| Invoice Date: | 15-Feb-2019 |
| Payment Terms: | 30 Days |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

| INVOICE | Amount (USD) |
|---|---|

Appraiser Contact: Michael Welch

| | | |
|---|---|---|
| Appraisal Services | | 77,971.51 |
| 97.5 Hours @ $750/Hour - $73,125.00 | **Subtotal** | **77,971.51** |
| Expenses - $4,846.51 | | |

| **Total Amount Due $:** | 77,971.51 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Remittance Advice**

Please include stub with Your payment

Please make check payable to:
**JLL Valuation & Advisory Services**
Note: Indicate the Invoice Number on check as a reference

| Invoice Number: | US024VAS007116 |
|---|---|
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

**Mail Check To:**
Name of Bank: BMO Harris Bank N.A.
ADDRESS: PO Box 71893
Chicago IL 60694-1893
United States

**Wire Funds To:**
Account Name: Jones Lang LaSalle Americas, Inc.
Bank Name: BMO Harris Bank N.A. IL United States
Account Number: 304-440-1
ABA #: 071000288

If you have questions regarding this invoice, please contact: CorpAR.ServCent@am.jll.com

| Date | Description | Hours |
|---|---|---|
| 1/28/2019 | Discuss Declaration with Counsel | 2 |
| 1/29/2019 | Discuss/Prepare Declaration with Counsel | 4 |
| 1/30/2019 | Discuss/Finalize Declaration | 3.5 |
| 1/30/2019 | Verify Informaton with M III | 3 |
| 1/30/2019 | Review Greenspan Declaration | 2.5 |
| 1/30/2019 | Meet with Counsel | 3 |
| 1/31/2019 | Attend Greenspan Deposition | 5 |
| 1/31/2019 | Depostion Preparation | 3.5 |
| 1/31/2019 | Review Valuation Tables | 4.5 |
| 2/1/2019 | Deposition Testimony | 7 |
| 2/1/2019 | Travel to Houston | 4.5 |
| 2/2/2019 | Review individual asset assumptions | 5.5 |
| 2/3/2019 | Travel to NYC/Trial Prep | 4.5 |
| 2/3/2019 | Reviewing Modeling Assumptions | 3.5 |
| 2/3/2019 | Meet/Prep with Counsel | 2 |
| 2/3/2019 | Review Declaration/Deposition | 2 |
| 2/4/2019 | Attend Trial | 6 |
| 2/4/2019 | Review Meghji Declaration | 1.5 |
| 2/4/2019 | Review Meghji Deposition | 2 |
| 2/5/2019 | Review Burian Declaration | 1.5 |
| 2/5/2019 | Meet/Prep with Counsel | 3.5 |
| 2/5/2019 | Review Asset Values | 3.5 |
| 2/5/2019 | Review Welch Deposition | 2 |
| 2/5/2019 | Review Welch Declaration | 1 |
| 2/6/2019 | Attend Trial/Testify | 12 |
| 2/7/2019 | Travel Home | 4.5 |
| | **Total Hours** | **97.5** |

⊘ A confirmation email has been sent to: **erica.ries@am.jll.com**

## Trip information

Confirmation number:                        Houston, TX, US (IAH - Intercontinental) to
                                            New York, NY, US (LGA - LaGuardia)

# DCGMFW

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $1,354.42 |
| Taxes and fees | $130.18 |
| 1 adult (18-64): | $130.18 /person |
| U.S. Transportation Tax | $54.14 |
| U.S. Transportation Tax | $47.44 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.20 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.20 |

| **Total** | **$1,484.60** |
|---|---|

Credit card payment: $1,484.60 (Visa-**3164)

## Trip summary

Wednesday, January 30, 2019

| 8:25 am  ✈  12:48 pm | Nonstop |
|---|---|
| **Houston, TX, US (IAH -** **New York, NY, US (LGA** | 3h 23m total |
| **Intercontinental)** **- LaGuardia)** | |

**Houston, TX, US (IAH - Intercontinental) to New York, NY, US (LGA -**     United First (C)
**LaGuardia)**
8:25 am - 12:48 pm (3h 23m)                                                  Breakfast

🚊 UA 1573 | Boeing 737-700

📶 Wi-Fi     📺 DIRECTV®     🔌 Power outlets

Friday, February 01, 2019

| 6:59 pm  ✈  10:09 pm | Nonstop |
|---|---|
| **New York, NY, US (LGA -** **Houston, TX, US (IAH -** | 4h 10m total |
| **LaGuardia)** **Intercontinental)** | |

**New York, NY, US (LGA - LaGuardia) to Houston, TX, US (IAH -**     United First (C)
**Intercontinental)**
6:59 pm - 10:09 pm (4h 10m)                                           Dinner

🚊 UA 1167 | Airbus A320

📶 Wi-Fi

# GRAND | HYATT

**Grand Hyatt New York**
109 East 42nd Street
New York, NY 10017
Tel: 212-883-1234
Fax: 212-697-3772
www.grandnewyork.hyatt.com

INVOICE

Michael Welch
5 Riverway Ste 200
Houston, TX 77056
United States

| | |
|---|---|
| Room No. | 2268 |
| Arrival | 2019-01-30 |
| Departure | 2019-02-01 |
| Page No. | 1 of 1 |

Confirmation No.    2292801701

Group Name

| | |
|---|---|
| Folio Window | 1 |
| Folio No. | 24638929 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-30-2019 | Accommodation | | 260.55 | |
| 01-30-2019 | NY/NYC Sales Tax 8.875% | | 23.12 | |
| 01-30-2019 | NYC Occupancy Tax 5.875% | | 15.31 | |
| 01-30-2019 | NYC Unit Occupancy Tax | | 2.00 | |
| 01-30-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 01-30-2019 | Destination Fee | | 30.00 | |
| 01-30-2019 | NY/NYC Sales Tax 8.875% | | 2.66 | |
| 01-30-2019 | NYC Occupancy Tax 5.875% | | 1.76 | |
| 01-31-2019 | Accommodation | | 255.55 | |
| 01-31-2019 | NY/NYC Sales Tax 8.875% | | 22.68 | |
| 01-31-2019 | NYC Occupancy Tax 5.875% | | 15.01 | |
| 01-31-2019 | NYC Unit Occupancy Tax | | 2.00 | |
| 01-31-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 01-31-2019 | Destination Fee | | 30.00 | |
| 01-31-2019 | NY/NYC Sales Tax 8.875% | | 2.66 | |
| 01-31-2019 | NYC Occupancy Tax 5.875% | | 1.76 | |
| 02-01-2019 | Visa | XXXXXXXXXXXX3164 | | -668.06 |

| | | | |
|---|---|---|---|
| **Total** | | 668.06 | -668.06 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## World of Hyatt Summary

Membership: XXXXXX789T
Bonus Codes:
Qualifying Nights: 2
Eligible Spend: 574.37
Redemption Eligible: 60.00

Summary Invoice, please see front desk
for eligibility details.

**Butler, Lindsay**

| | |
|---|---|
| **From:** | Michael Welch <integrawelch@gmail.com> |
| **Sent:** | Wednesday, January 30, 2019 9:34 AM |
| **To:** | Butler, Lindsay |
| **Subject:** | [EXTERNAL] Fwd: United Airlines Inflight Wi-Fi Receipt - Flight  1573 |

Michael Welch

Sent via AT&T Wireless

Begin forwarded message:

> **From:** UnitedAirlines@united.com
> **Date:** January 30, 2019 at 9:24:06 AM CST
> **To:** integrawelch@gmail.com
> **Subject: United Airlines Inflight Wi-Fi Receipt - Flight  1573**



**Inflight Wi-Fi Receipt**
**Network provided by Thales**
Issue Date: 1/30/2019

| **Traveler** | **Receipt Number** |
|---|---|
| Michael Welch | 01629271411471 |

| **Method of Payment** | **Cardholder Name** |
|---|---|
| VI xxxx xxxx xxxx 3164 | Michael Welch |

## FLIGHT INFORMATION

| **Day** | **Date** | **Flight** | **Departure City** | **Arrival City** |
|---|---|---|---|---|
| Wednesday | January 30, 2019 | 1573 | Houston, TX (IAH - Intercontinental) | New York, NY (LGA - LaGuardia) |

## CHARGES

| **Description** | **Quantity** | **Charges** |
|---|---|---|
| Basic Internet:Full flight | 1 | **$15.99** USD |

> After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

| **TOTAL** | **$15.99** USD |
|---|---|

**Additional Information**

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip**: MileagePlus® members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus

1

## Butler, Lindsay

| | |
|---|---|
| **From:** | Michael Welch <integrawelch@gmail.com> |
| **Sent:** | Friday, February 1, 2019 6:23 PM |
| **To:** | Butler, Lindsay |
| **Subject:** | [EXTERNAL] Fwd: United Airlines Inflight Wi-Fi Receipt - Flight  1270 |

Michael Welch

Sent via AT&T Wireless

Begin forwarded message:

> **From:** UnitedAirlines@united.com
> **Date:** February 1, 2019 at 7:00:21 PM EST
> **To:** integrawelch@gmail.com
> **Subject: United Airlines Inflight Wi-Fi Receipt - Flight  1270**



Inflight Wi-Fi Receipt
Network provided by Thales
Issue Date: 2/1/2019

| **Traveler** | **Receipt Number** |
|---|---|
| Michael Welch | 01629273855090 |

| **Method of Payment** | **Cardholder Name** |
|---|---|
| VI xxxx xxxx xxxx 3164 | Michael Welch |

## FLIGHT INFORMATION

| Day | Date | Flight | Departure City | Arrival City |
|---|---|---|---|---|
| Friday | February 1, 2019 | 1270 | New York, NY (LGA - LaGuardia) | Houston, TX (IAH - Intercontinental) |

## CHARGES

| Description | Quantity | Charges | |
|---|---|---|---|
| Basic Internet:Full flight | 1 | $17.99 USD | After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience |

| **TOTAL** | **$17.99** USD |
|---|---|

**Additional Information**

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip:** MileagePlus® members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus

1

**Butler, Lindsay**

| | |
|---|---|
| **From:** | Ries, Erica |
| **Sent:** | Friday, February 1, 2019 2:52 PM |
| **To:** | Butler, Lindsay |
| **Subject:** | FW: [EXTERNAL] eTicket Itinerary and Receipt for Confirmation JB5331 |

Use this one for the expenses, since this is the actual receipt.

Kind Regards,

**Erica Ries**
T +1 713 243 3342

**From:** United Airlines, Inc. <unitedairlines@united.com>
**Sent:** Friday, February 1, 2019 2:50 PM
**To:** Ries, Erica <Erica.Ries@am.jll.com>
**Subject:** [EXTERNAL] eTicket Itinerary and Receipt for Confirmation JB5331

**Receipt for confirmation number JB5331**

 A STAR ALLIANCE MEMBER
United logo link to home
page

# Confirmation: JB5331

Check-In >
# Issue Date: February 01, 2019

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| WELCH/MICHAEL | 0162436689282 | UA-XXXXX571 Global Services / *G · | 10K/3B |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 03FEB19 | UA557 | C | HOUSTON, TX (IAH -BUSH INTL) **10:10 AM** | NEWARK, NJ (EWR - LIBERTY) **2:33 PM** | 777-200 | Lunch |
| Thu, 07FEB19 | UA2098 | D | NEW YORK, NY (LGA - LAGUARDIA) **7:40 AM** | HOUSTON, TX (IAH -BUSH INTL) **10:45 AM** | 737-800 | Breakfast |

1

# FARE INFORMATION

## Fare Breakdown

Form of Payment:
VISA
Last Four Digits 3164

? Airfare:

1,306.04

USD

? U.S. Transportation Tax:

97.96

? September 11th Security Fee:

11.2

? U.S. Flight Segment Tax:

8.4

? U.S. Passenger Facility Charge:

9

? Per Person Total:

1,432.60

USD

? eTicket Total:

1,432.60

USD

The airfare you paid on this itinerary totals: 1,306.04 USD

The taxes, fees, and surcharges paid total: 126.56 USD

Fare Rules:    Additional charges may apply for changes in addition to any fare rules
listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS
NO VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

## Butler, Lindsay

| | |
|---|---|
| **From:** | Michael Welch <integrawelch@gmail.com> |
| **Sent:** | Sunday, February 3, 2019 9:26 AM |
| **To:** | Butler, Lindsay |
| **Subject:** | [EXTERNAL] Fwd: United Airlines Inflight Wi-Fi Receipt - Flight  1573 |

Michael Welch

Sent via AT&T Wireless

Begin forwarded message:

> **From:** UnitedAirlines@united.com
> **Date:** February 3, 2019 at 9:24:12 AM CST
> **To:** integrawelch@gmail.com
> **Subject:** United Airlines Inflight Wi-Fi Receipt - Flight  1573



| Inflight Wi-Fi Receipt |
|---|
| Network provided by Thales |
| Issue Date: 2/3/2019 |

| | |
|---|---|
| **Traveler** | **Receipt Number** |
| Michael Welch | 01629274948836 |

| | |
|---|---|
| **Method of Payment** | **Cardholder Name** |
| VI xxxx xxxx xxxx 3164 | Michael Welch |

## FLIGHT INFORMATION

| Day | Date | Flight | Departure City | Arrival City |
|---|---|---|---|---|
| Sunday | February 3, 2019 | 1573 | Houston, TX (IAH - Intercontinental) | New York, NY (LGA - LaGuardia) |

## CHARGES

| Description | Quantity | Charges | |
|---|---|---|---|
| Basic Internet:Full flight | 1 | $15.99 USD | After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience |

| **TOTAL** | $15.99 USD |
|---|---|

**Additional Information**

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip:** MileagePlus® members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus

1

# GRAND | HYATT

**Grand Hyatt New York**
109 East 42nd Street
New York, NY 10017
Tel: 212-883-1234
Fax: 212-697-3772
www.grandnewyork.hyatt.com

## INVOICE

Michael Welch
5 Riverway Ste 200
Houston, TX 77056
United States

| | |
|---|---|
| Room No. | 2841 |
| Arrival | 2019-02-03 |
| Departure | 2019-02-07 |
| Page No. | 1 of 2 |
| Folio Window | 1 |
| Folio No. | 24638929 |

Confirmation No.    2292808801

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-03-2019 | Accommodation | | 197.10 | |
| 02-03-2019 | NY/NYC Sales Tax 8.875% | | 17.49 | |
| 02-03-2019 | NYC Occupancy Tax 5.875% | | 11.58 | |
| 02-03-2019 | NYC Unit Occupancy Tax | | 2.00 | |
| 02-03-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 02-03-2019 | Destination Fee | | 30.00 | |
| 02-03-2019 | NY/NYC Sales Tax 8.875% | | 2.66 | |
| 02-03-2019 | NYC Occupancy Tax 5.875% | | 1.76 | |
| 02-04-2019 | Parking Valet | | 80.00 | |
| 02-04-2019 | Accommodation | | 213.05 | |
| 02-04-2019 | NY/NYC Sales Tax 8.875% | | 18.91 | |
| 02-04-2019 | NYC Occupancy Tax 5.875% | | 12.52 | |
| 02-04-2019 | NYC Unit Occupancy Tax | | 2.00 | |
| 02-04-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 02-04-2019 | Destination Fee | | 30.00 | |
| 02-04-2019 | NY/NYC Sales Tax 8.875% | | 2.66 | |
| 02-04-2019 | NYC Occupancy Tax 5.875% | | 1.76 | |
| 02-05-2019 | Accommodation | | 213.05 | |
| 02-05-2019 | NY/NYC Sales Tax 8.875% | | 18.91 | |
| 02-05-2019 | NYC Occupancy Tax 5.875% | | 12.52 | |
| 02-05-2019 | NYC Unit Occupancy Tax | | 2.00 | |
| 02-05-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 02-05-2019 | Destination Fee | | 30.00 | |
| 02-05-2019 | NY/NYC Sales Tax 8.875% | | 2.66 | |
| 02-05-2019 | NYC Occupancy Tax 5.875% | | 1.76 | |
| 02-06-2019 | Accommodation | | 213.05 | |
| 02-06-2019 | NY/NYC Sales Tax 8.875% | | 18.91 | |
| 02-06-2019 | NYC Occupancy Tax 5.875% | | 12.52 | |
| 02-06-2019 | NYC Unit Occupancy Tax | | 2.00 | |
| 02-06-2019 | NYC Javits Occupancy Tax | | 1.50 | |
| 02-06-2019 | Destination Fee | | 30.00 | |
| 02-06-2019 | NY/NYC Sales Tax 8.875% | | 2.66 | |
| 02-06-2019 | NYC Occupancy Tax 5.875% | | 1.76 | |
| 02-07-2019 | Visa | XXXXXXXXXXXX3164 | | -1191.29 |

| | | Charges | Credits |
|---|---|---|---|
| **Total** | | 1191.29 | -1191.29 |
| **Balance** | | 0.00 | |

Guest Signature

# GRAND│HYATT

**Grand Hyatt New York**
109 East 42nd Street
New York, NY 10017
Tel: 212-883-1234
Fax: 212-697-3772
www.grandnewyork.hyatt.com

INVOICE

Michael Welch
5 Riverway Ste 200
Houston, TX 77056
United States

| | |
|---|---|
| Room No. | 2841 |
| Arrival | 2019-02-03 |
| Departure | 2019-02-07 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio No. | 24638929 |

Confirmation No.      2292808801

Group Name

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## World of Hyatt Summary

Membership: XXXXXX789T
Bonus Codes:
Qualifying Nights: 4
Eligible Spend: 954.08
Redemption Eligible: 200.00

Summary Invoice, please see front desk
for eligibility details.

**Butler, Lindsay**

| | |
|---|---|
| **From:** | Michael Welch <integrawelch@gmail.com> |
| **Sent:** | Thursday, February 7, 2019 7:43 AM |
| **To:** | Butler, Lindsay |
| **Subject:** | [EXTERNAL] Fwd: United Airlines Inflight Wi-Fi Receipt - Flight 2098 |

Michael Welch

Sent via AT&T Wireless

Begin forwarded message:

> **From:** UnitedAirlines@united.com
> **Date:** February 7, 2019 at 8:41:55 AM EST
> **To:** integrawelch@gmail.com
> **Subject: United Airlines Inflight Wi-Fi Receipt - Flight 2098**



## Inflight Wi-Fi Receipt
### Network provided by Thales
Issue Date: 2/7/2019

| **Traveler** | **Receipt Number** |
|---|---|
| Michael Welch | 01629279174843 |

| **Method of Payment** | **Cardholder Name** |
|---|---|
| VI xxxx xxxx xxxx 3164 | Michael Welch |

## FLIGHT INFORMATION

| Day | Date | Flight | Departure City | Arrival City |
|---|---|---|---|---|
| Thursday | February 7, 2019 | 2098 | New York, NY (LGA - LaGuardia) | Houston, TX (IAH - Intercontinental) |

## CHARGES

| Description | Quantity | Charges | |
|---|---|---|---|
| Basic Internet:Full flight | 1 | $19.99 USD | After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience |

| **TOTAL** | | **$19.99 USD** |
|---|---|---|

### Additional Information

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip:** MileagePlus® members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus

1



**JLL Valuation & Advisory Services**
Tax ID: 81-3802842
200 East Randolph Drive
Chicago, IL 60601
United States

Attention: **Roger Puerto**

**Sears Holding Corporation**
3333 Beverly Road
Hoffman Estates IL 60179
United States

| | |
|---|---|
| Invoice Number: | US024VAS007118 |
| Invoice Date: | 15-Feb-2019 |
| Payment Terms: | 30 Days |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

| INVOICE | Amount (USD) |
|---|---|

Appraiser Contact: Michael Welch

| | |
|---|---|
| Appraisal Services | 153,000.00 |
| 51 Additional Assets | |
| See attached property listing | |
| | |
| **Subtotal** | **153,000.00** |

| **Total Amount Due $:** | **153,000.00** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Remittance Advice**

Please include stub with Your payment

Please make check payable to:
**JLL Valuation & Advisory Services**
Note: Indicate the Invoice Number on check as a reference

| | |
|---|---|
| Invoice Number: | US024VAS007118 |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

**Mail Check To:**
| | |
|---|---|
| Name of Bank: | BMO Harris Bank N.A. |
| ADDRESS: | PO Box 71893 |
| | Chicago IL 60694-1893 |
| | United States |

**Wire Funds To:**
| | |
|---|---|
| Account Name: | Jones Lang LaSalle Americas, Inc. |
| Bank Name: | BMO Harris Bank N.A. IL United States |
| Account Number: | 304-440-1 |
| ABA #: | 071000288 |

If you have questions regarding this invoice, please contact: CorpAR.ServCent@am.jll.com

| Asset | UnitID | Address | City | ST | Zip |
|---|---|---|---|---|---|
| Sears_Amherst_NY | 26741 | 1261 Niagara Falls Blvd | Amherst | NY | 14226 |
| Sears_Springdale_OH | 1280 | 300 E Kemper Rd | Springdale | OH | 45246 |
| Kmart_Trujillo Alto_PR | 4494 | 200 Carr 181 | Trujillo Alto | PR | 00976 |
| Kmart_Kansas City_MO | 3239 | 7100 Nw Prairie View Rd | Kansas City | MO | 64151 |
| Kmart_Knoxville_TN | 7460 | 6909 Maynardville Pike Ne | Knoxville | TN | 37918 |
| Sears_Scottsdale_AZ | 61901 | 16275 N Scottsdale Rd | Scottsdale | AZ | 85260 |
| Kmart_Griffith_IN | 9354 | 430 W Ridge Rd | Griffith | IN | 46319 |
| Sears_Mayaguez_PR | 1935 | 975 Hostos Ave Ste 110 | Mayaguez | PR | 00680 |
| Sears_Tuscaloosa_AL | 2796 | 1701 McFarland Blvd E #207 | Tuscaloosa | AL | 35404 |
| Sears_Guayama_PR | 2675 | Road 3 Km.L34.7 | Guayama | PR | 00784 |
| Kmart_West St. Paul_MN | 30956 | 50 Signal Hill Mall | West St. Paul | MN | 55118 |
| Sears_Gadsden_AL | 2306 | 1001 Rainbow Dr | Gadsden | AL | 35901 |
| Sears_Hanover_PA | 2244 | 1155 Carlisle St Ste 5 | Hanover | PA | 17331 |
| Kmart_Kansas City_KS | 4215 | 7836 State Ave | Kansas City | KS | 66112 |
| Kmart_Bellingham_WA | 3133 | 1001 E Sunset Drive | Bellingham | WA | 98226 |
| Kmart_Wilmington_NC | 3116 | 815 S College Rd | Wilmington | NC | 28403 |
| Kmart_Fitchburg_MA | 4444 | 140 Whalon St | Fitchburg | MA | 01420 |
| Kmart_Asheville_NC | 4112 | 1001 Patton Ave | Asheville | NC | 28806 |
| Kmart_Pleasant Hills_PA | 9438 | 720 Clairton Blvd/Rte 51 | Pleasant Hills | PA | 15236 |
| Kmart_Temecula_CA | 3828 | 26471 Ynez Road | Temecula | CA | 92591 |
| Kmart_Mahopac_NY | 9415 | 987 Route 6 | Mahopac | NY | 10541 |
| Kmart_Riverside_CA | 4706 | 375 E Alessandro Blvd | Riverside | CA | 92508 |
| Kmart_OFallon_MO | 7324 | 20 O'Fallon Square | O'Fallon | MO | 63366 |
| Kmart_Cherokee_IA | 9222 | 1111 N 2Nd | Cherokee | IA | 51012 |
| Sears_Dover_DE | 2654 | 1000 Dover Mall | Dover | DE | 19901 |
| Kmart_Russell Springs_KY | 3941 | Northridge S/C Us Hwy 127 | Russell Springs | KY | 42642 |
| Kmart_Grayson_KY | 7229 | 600 C W Stevens Blvd | Grayson | KY | 41143 |
| Kmart_Statesville_NC | 3808 | 1530 East Broad Street | Statesville | NC | 28625 |
| Kmart_Allentown_PA | 3361 | 1502 South Fourth St | Allentown | PA | 18103 |
| Kmart_New Kensington_PA | 4054 | 100 Tarentum Rd | New Kensington | PA | 15068 |
| Kmart_Mauldin_SC | 7274 | 129 West Butler Avenue | Mauldin | SC | 29662 |
| Kmart_Milford_CT | 3495 | 589 Bridgeport Ave | Milford | CT | 06460 |
| Sears_Enfield_CT | 1014 | 90 Elm St | Enfield | CT | 06082 |
| Sears_BaltimoreE Pt_MD | 2823 | 7885 Eastern Blvd | Baltimore/E Pt | MD | 21224 |
| Kmart_Schenectady_NY | 3600 | 93 West Campbell Rd | Schenectady | NY | 12306 |
| Kmart_Batavia_NY | 4741 | 8363 Lewiston Road | Batavia | NY | 14020 |
| Kmart_Jasper_IN | 3823 | 723 3Rd Ave | Jasper | IN | 47546 |
| Sears_Greenwood_IN | 1470 | 1251 Us Highway 31 N | Greenwood | IN | 46142 |
| Kmart_Lake Orion_MI | 3308 | 1025 M-24 | Lake Orion | MI | 48360 |
| Kmart_Charlevoix_MI | 3820 | 06600 M-66 North | Charlevoix | MI | 49720 |
| Kmart_East Liverpool_OH | 7209 | 15891 State Rt 170 | East Liverpool | OH | 43920 |
| Kmart_Council Bluffs_IA | 3097 | 2803 E Kanesville Blvd | Council Bluffs | IA | 51503 |
| Kmart_Salina_KS | 7169 | 400 South Broadway | Salina | KS | 67401 |
| Kmart_Brownsville_TX | 30954 | 2440 Pablo Kisel Blvd | Brownsville | TX | 78526 |
| Sears_Las Vegas_NV | 1828 | 4355 Grand Canyon Dr | Las Vegas | NV | 89147 |
| Kmart_Ontario_CA | 3483 | 2530 S Euclid Ave | Ontario | CA | 91762 |
| Kmart_Visalia_CA | 9761 | 3247 W Noble Ave | Visalia | CA | 93277 |
| Kmart_Modesto_CA | 3345 | 1351 E Hatch Rd | Modesto | CA | 95351 |
| Sears_Bayamon_PR | 1915 | Avenida Aguas Buenas | Bayamon | PR | 00959 |
| Sears_Hatillo(Arecibo)_PR | 2355 | 506 Calle Truncado | Hatillo(Arecibo) | PR | 00659 |
| Kmart_Caguas_PR | 7419 | Rafael Cordero & Hwy 30 | Caguas | PR | 00725 |
| **Totals** | **51** | | | | |



**JLL Valuation & Advisory Services**
Tax ID: 81-3802842
200 East Randolph Drive
Chicago, IL 60601
United States

Attention: **Roger Puerto**

**Sears Holding Corporation**
3333 Beverly Road
Hoffman Estates IL 60179
United States

| | |
|---|---|
| Invoice Number: | US024VAS007116 |
| Invoice Date: | 15-Feb-2019 |
| Payment Terms: | 30 Days |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

| INVOICE | Amount (USD) |
|---|---|

Appraiser Contact: Michael Welch

| | |
|---|---|
| Appraisal Services | 73,125.00 |
| 97.5 Hours @ $750/Hour | |
| **Subtotal** | **73,125.00** |

| **Total Amount Due $:** | **73,125.00** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - **Remittance Advice** - - - - - - - - - - - - - - - - - - - - - -

Please include stub with Your payment

Please make check payable to:
**JLL Valuation & Advisory Services**
Note: Indicate the Invoice Number on check as a reference

| | |
|---|---|
| Invoice Number: | US024VAS007116 |
| Customer ID: | CUS0016603 |
| Contract Number: | CON100084172 |
| Project Number: | 1701-18-146182 |
| Project Name: | Sears Bankruptcy Phase III |

**Mail Check To:**
Name of Bank: BMO Harris Bank N.A.
ADDRESS: PO Box 71893
Chicago IL 60694-1893
United States

**Wire Funds To:**
Account Name: Jones Lang LaSalle Americas, Inc.
Bank Name: BMO Harris Bank N.A. IL United States
Account Number: 304-440-1
ABA #: 071000288

If you have questions regarding this invoice, please contact: CorpAR.ServCent@am.jll.com

| Date | Description | Hours |
|---|---|---|
| 1/28/2019 | Discuss Declaration with Counsel | 2 |
| 1/29/2019 | Discuss/Prepare Declaration with Counsel | 4 |
| 1/30/2019 | Discuss/Finalize Declaration | 3.5 |
| 1/30/2019 | Verify Informaton with M III | 3 |
| 1/30/2019 | Review Greenspan Declaration | 2.5 |
| 1/30/2019 | Meet with Counsel | 3 |
| 1/31/2019 | Attend Greenspan Deposition | 5 |
| 1/31/2019 | Depostion Preparation | 3.5 |
| 1/31/2019 | Review Valuation Tables | 4.5 |
| 2/1/2019 | Deposition Testimony | 7 |
| 2/1/2019 | Travel to Houston | 4.5 |
| 2/2/2019 | Review individual asset assumptions | 5.5 |
| 2/3/2019 | Travel to NYC/Trial Prep | 4.5 |
| 2/3/2019 | Reviewing Modeling Assumptions | 3.5 |
| 2/3/2019 | Meet/Prep with Counsel | 2 |
| 2/3/2019 | Review Declaration/Deposition | 2 |
| 2/4/2019 | Attend Trial | 6 |
| 2/4/2019 | Review Meghji Declaration | 1.5 |
| 2/4/2019 | Review Meghji Deposition | 2 |
| 2/5/2019 | Review Burian Declaration | 1.5 |
| 2/5/2019 | Meet/Prep with Counsel | 3.5 |
| 2/5/2019 | Review Asset Values | 3.5 |
| 2/5/2019 | Review Welch Deposition | 2 |
| 2/5/2019 | Review Welch Declaration | 1 |
| 2/6/2019 | Attend Trial/Testify | 12 |
| 2/7/2019 | Travel Home | 4.5 |
| | **Total Hours** | **97.5** |

# JLL

# INVOICE

| | |
|---|---|
| **Attention:** | **Invoice #:** RT00000396945001 |
| Debtors: wgallagher@miiipartners.com, | *Please reference this number on payment* |
| Searsprofessionalfeeinvoices@miiipartners, | |
| mkorycki@miiipartners.com, catherine.diktaban@weil.com | **Invoice Date:** 02/28/2019 |
| | **Invoice Due Date:** 02/28/2019 |
| Creditor's Committee: sears_akin@akingump.com | |
| | **Deal Name:** Sears / Kmart Bankruptcy Advisory |
| United States Trustee for Region 2: paul.schwartzberg@usdoj.gov | |

---

**Fee & Expense Calculations*:**

| | |
|---|---|
| Non-core GOB (effective date Nov. 5) | |
|     Advisory Fee February: | $30,000.00 |
|     On going Monthly Fee February: | $2,500.00 |
| | |
| Real estate Sales Process- Go Forward (effective date Nov. 26) | |
|     Advisory Fee February: | $100,000.00 |
| | |
| Expenses: | |
| | |
|     Temporary Staff Expense for project through 2/24/19: $ 4,453.60 | |
|     Expenses Total:  $4,453.60 | $4,453.60 |
| | |
| **Total Due this Invoice:** | **$136,953.60** |

*This is partial invoice, additional expenses incurred in February not shown above will be invoiced in March.

**Non-core GOB Project:** JLL maintained the project website, added new documents found on the Intralinks web site, fixed corrupt documents and updated property information for the 125 properties in this category. Meanwhile, JLL continued to process the Confidentiality Agreements signed by prospective buyers and brokers and provided confidential access to the due diligence information. JLL continued to receive offers on the listed properties, forwarded them to Sears and the Listing Brokers and input them into the Tracker database. JLL addressed on-going questions from buyers, brokers and listing brokers regarding the status of their offers.  After the sale of Sears Go Forward properties were sold to Transform Holdings, JLL communicated with the Listing Broker team regarding the impact on Excluded listed properties as well as Included properties that were previously listed, making sure that everyone was well informed and knew the protocol of soliciting offers per instructions from Weil Gotshall & Manges. JLL identified land parcels for which Sears had limited information. This information has been shared with Sears and their Listing brokers. Valuation are pending.

**Real Estate Sales Process-Go Forward Project:** JLL continued to serve as the point of contact for parties interested in Sears' real estate which included former Indicative Bidders, Definitive Bidders, their attorneys, and their brokers. We downloaded new property information that was being posted to the Data room, including title information. JLL tracked requests for missing information and coordinated its collection. During this period, JLL provided to Sears numerous updated reports of all offers received, sorted by property, and ranked by price with a summary of terms. We continued to receive unsolicited requests for information and new offers and recorded this interest. We also continued ongoing communications with Bidders, their attorneys and Brokers providing updates to the status of their offers during February. Contact by bidders escalated once ESL's bid was received and during the hearing process. JLL has concluded its work for Sears and took steps to finalize all activities.

Attachments:

    Jones Lang LaSalle Invoices for Bria Davis as of 2/24/19
    95661 W-9 Signed
    Real Estate Advisory Agreement effective November 5, 2018, GOB Non-Core FINAL
    Real Estate Advisory First Amendment - GOB None-core
    Real Estate Advisory Services Agreement Dec 2018 Sales Process for Real Estate - First Amendment 12-12-18
    Real Estate Advisory Services December 2018 Sales Process for Real Estate Effective Nov. 26, 2018 FINAL
    Signed Order Authorizing the Retention of JLL final 12-21-18

## Remittance Instructions

**EFT - Wire payments should be directed as follows:**

Jones Lang LaSalle Americas, Inc.

Tax ID # 36-4160760

**ABA Routing Code:** 071-000-288

**Account Number:** 320-510-1

**Name of Bank:** BMO Harris Bank N.A.
111 West Monroe Street
Chicago, IL 60603

**JLL Contact:**

Chelle.Smith
1(713)4255834
Chelle.Smith@am.jll.com

**Invoice #:** RT00000396945001

**Client Report**

 JLL®

Broker Market (s): All
Date Range: 1/1/2016 - 12/31/2022
Adjust for Probability: All
Status (s): All

## Sears Holdings
### Closed Transactions

| Deal Name | Deal ID | Close Date / Forecasted Date | Assignment Type | Square Footage | Entire JLL Net Fee | Collected During Selected Period | Participating Markets | Participating Brokers | City | State |
|---|---|---|---|---|---|---|---|---|---|---|
| WA, Spokane - Site No 6579 | 424162 | 07/25/2019 | Retail Tenant Rep | 115,992.00 | 9,500.00 | 9,500.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Spokane | WA |
| GA, Lithonia - Sears #1251 | 399448 | 07/22/2020 | Retail Tenant Rep | 135,013.00 | 63,000.00 | 63,000.00 | AM1001 - Atlanta: Atlanta/200009 - Agency - Retail (10.00), AM1701 - Houston: Houston/200009 - Agency - Retail (36.30), AM2271 - US NE NY - NY Martin hw/200043 Leasing - General (53.70) | Christopher Owens (18.15), Donna Kolius (18.15), Gary Woodward (10.00), Robert Martin (53.70) | lithonia | GA |
| OH, Trotwood - Sears #26588 | 424245 | 10/30/2019 | Retail Tenant Rep | 125,184.00 | 1,125.63 | 1,125.63 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Trotwood | OH |
| CA, Covina - Sears / Kmart #6233 | 396895 | 03/05/2019 | Retail Tenant Rep | 18,263.00 | 12,500.00 | 12,500.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Covina | CA |
| CA, San Luis Obispo - Sears Warehouse #9858 | 402913 | 04/30/2019 | Retail Tenant Rep | 12,397.00 | 8,250.00 | 8,250.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | San Luis Obispo | CA |
| IL, Lansing - Sears #30901 | 517895 | 12/31/2020 | Retail Tenant Rep | 96,268.00 | 9,000.00 | 9,000.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Lansing | IL |
| TN, Clarksville - Sears / Kmart | 396886 | 02/28/2019 | Retail Tenant Rep | 19,171.00 | 12,500.00 | 12,500.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (37.00) | Clarksville | TN |
| VA, Glen Allen -Sears #1065 | 451669 | 01/23/2020 | Retail Tenant Rep | 132,638.00 | 12,500.00 | 12,500.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Glen Allen | VA |
| VA, Richmond - 1400 N Parham Road #7505 | 399911 | 04/30/2019 | Retail Tenant Rep | 17,000.00 | 10,500.00 | 10,500.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Richmond | VA |
| Streetsboro & Elyria - Sears | 396243 | 02/22/2019 | Retail Tenant Rep | 333,710.00 | 18,250.00 | 18,250.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Elyria | OH |
| Sears - Memphis, TN - Dispo | 419037 | 12/23/2019 | Agency - Disposition | 1,474,183.00 | 460,000.00 | 460,000.00 | AM1002 - Atlanta: Memphis TN/200015 - Ten Rep - Industrial (70.00), AM1701 - Houston: Houston/200009 - Agency - Retail (30.00) | Christopher Owens (15.00), Donna Kolius (15.00), Earl Wehrman (31.50), Matthew Denny (7.000), Russell | Memphis | TN |
| Sears - Riverside, CA - Assignment of Leases | 418462 | 06/11/2019 | Retail Tenant Rep | 17,000.00 | 6,325.00 | 6,325.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Riverside | CA |
| TX, Houston-Sears #8/717 (Griggs Road) | 399906 | 03/29/2019 | Retail Tenant Rep | 295,008.00 | 30,000.00 | 30,000.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Houston | TX |
| PR, Mayaguez | 561652 | 12/30/2021 | Retail Tenant Rep | 12.43 | 3,000.00 | 3,000.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (55.00), Donna Kolius (45.00) | Mayagüez | PR |
| Sears Holdings - Sears Store #2435 | 394198 | 09/23/2020 | Retail Tenant Rep | 465,656.00 | 70,000.00 | 70,000.00 | AM1200 - Midwest Region/200009 - Agency - Retail (100.0) | Holdback (1.000), Lawrence Kilduff (99.00) | La Crosse | WI |
| CA, Coalinga #4721 (land) | 399543 | 05/13/2019 | Retail Tenant Rep | 0.89 | 600.00 | 600.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Coalinga | CA |
| OH, Columbus (Westland Mall)- Sears #1150 | 401421 | 04/19/2019 | Retail Tenant Rep | 207,417.00 | 15,750.00 | 15,750.00 | AM1701 - Houston: Houston/200009 - Agency - Retail (100.0) | Christopher Owens (50.00), Donna Kolius (50.00) | Columbus | OH |
| | | | | 3,794,913 | 1,250,984.63 | 1,250,984.63 | | | | |

Jones Lang LaSalle Proprietary

# JLL

# INVOICE

| | |
|---|---|
| **Attention:** | **Invoice #:** RT00000401430001 |
| Debtors: wgallagher@miiipartners.com, | *Please reference this number on payment* |
| Searsprofessionalfeeinvoices@miiipartners, | **Invoice Date:** 03/01/2019 |
| mkorycki@miiipartners.com, catherine.diktaban@weil.com | **Invoice Due Date:** 03/31/2019 |
| **Creditor's Committee:** sears_akin@akingump.com | **Deal Name:** Sears / Kmart Bankruptcy Advisory |
| **United States Trustee for Region 2:** paul.schwartzberg@usdoj.gov | |

**Fee & Expense Calculations\*:**

Non-core GOB (effective date Nov. 5)
    Advisory Fee March:                                             $30,000.00
    On going Monthly Fee March:                             $2,500.00


Expenses:


Temporary Staff Expense for project through 3/31/19: $ 5,860.00

Expenses Total:  $5,860.00                                  $5,860.00

Total Due this Invoice:                                                $38,360.00

\*This is partial invoice, additional expenses incurred in March not shown above will be invoiced in April.

**Non-core GOB Project:** JLL continue to maintain the RCM project website which included adding new documents found on the Intralinks web site, fixed corrupt documents and updated property information.  JLL also revised the Portfolio Brochure by (1) removing the properties purchased by Transform Holdings and (2) removing their related documents. JLL made another significant revision to the web site when notified that all Kmart land parcels were to be removed from the brochure and web site.  JLL also used its internal resources to help Sears identify several miscellaneous land parcels for which they had limited information other than parcel numbers. JLL successfully identified these assets, requested Broker Opinions on each and facilitated offer submission and seller responses.  Meantime, JLL continued to process the Confidentiality Agreements signed by prospective buyers and brokers and provided confidential access to the due diligence information. JLL continued to receive offers on the listed properties, (1) forwarded them to Sears and (2) the Listing Brokers , (3) input them into the Tracker database and (4) posted them to BOX for access by the Sears team. JLL addressed on-going questions from buyers, brokers and listing brokers regarding the status of their offers. During this period, JLL continued to facilitate offer negotiations, contract negotiations and submitted commission invoices to the closing team.

Attachments:

    Jones Lang LaSalle Invoices for Bria Davis as of 3/31/19
    95661 W-9 Signed
    Real Estate Advisory Agreement effective November 5, 2018, GOB Non-Core FINAL
    Real Estate Advisory First Amendment - GOB None-core
    Signed Order Authorizing the Retention of JLL final 12-21-18

## Remittance Instructions

**EFT - Wire payments should be directed as follows:**

Jones Lang LaSalle Americas, Inc.

Tax ID # 36-4160760

**ABA Routing Code:** 071-000-288

**Account Number:** 320-510-1

**Name of Bank:** BMO Harris Bank N.A.
                         111 West Monroe Street
                         Chicago, IL 60603

**JLL Contact:**

Chelle.Smith
1(713)4255834
Chelle.Smith@am.jll.com

**Invoice #:** RT00000401430001

# JLL

# INVOICE

**Attention:**

Debtors: wgallagher@miiipartners.com,
Searsprofessionalfeeinvoices@miiipartners,
mkorycki@miiipartners.com, catherine.diktaban@weil.com

Creditor's Committee: sears_akin@akingump.com

United States Trustee for Region 2: paul.schwartzberg@usdoj.gov

**Invoice #:**  RT00000404994001

*Please reference this number on payment*

**Invoice Date:**  05/01/2019

**Invoice Due Date:**  05/01/2019

**Deal Name:** Sears / Kmart Bankruptcy Advisory

---

**Fee & Expense Calculations\*:**

Non-core GOB (effective date Nov. 5)
    Advisory Fee April:                                                                    $30,000.00
    On going Monthly Fee April:                                                    $2,500.00

Expenses:

    Temporary Staff Expense for project through 4/30/19: $586.00 (20 hours at $29.30/hour)

    Expenses Total:  $586.00

                                                                                                      $586.00

Total Due this Invoice:                                                                 $33,086.00

\*This is partial invoice, additional expenses incurred in April not shown above will be invoiced in May.

**Non-core GOB Project:** JLL continues to maintain the RCM project web- site. Twenty-three properties were removed from the market . JLL revised the web site, removed the postings from multiple listing services such as CoStar and RCM and notified the local listing brokers that the properties were on hold until further notice. During April, JLL and Sears Holdings continued the weekly conference calls to provide updates on(1) pending legal issues for Lawton, OK and Memphis, TN, (2)monitored the status of contract negotiations on the remaining assets (including Lansing, Coalinga, Salem, Mayaguez, etc.) (3) reviewed new offers for Manteca, CA, and Mountain Home, ID, (4) provided Broker's Price Opinion for Riverside, CA and (5) finalized the listing negotiations for Vernon, CA. There were several closings this month and JLL helped verify and facilitated the payment of third-party brokerage commissions via collection of invoices and wire transfer instructions.

Attachments:

    Jones Lang LaSalle Invoices for Bria Davis as of 4/30/19
    95661 W-9 Signed
    Real Estate Advisory Agreement effective November 5, 2018, GOB Non-Core FINAL
    Real Estate Advisory First Amendment - GOB None-core
    Signed Order Authorizing the Retention of JLL final 12-21-18

## Remittance Instructions

**EFT - Wire payments should be directed as follows:**

Jones Lang LaSalle Americas, Inc.

Tax ID # 36-4160760

**ABA Routing Code:** 071-000-288

**Account Number:** 320-510-1

**Name of Bank:** BMO Harris Bank N.A.
111 West Monroe Street
Chicago, IL 60603

**JLL Contact:**

Chelle.Smith
1(713)4255834
Chelle.Smith@am.jll.com

**Invoice #:** RT00000404994001