# EXHIBIT C

**JLL**

EXHIBIT C
List of Commissions Paid to JLL

| Deal Name | Deal ID | Close Date | Asset Sold | Entire Square Footage | JLL Fee | City | State |
|---|---|---|---|---|---|---|---|
| GA, Lithonia - Sears #1251 | 399448 | 07/22/2020 | Real Property | 135,013.00 | 63,000.00 | Lithonia | GA |
| OH, Trotwood - Sears #26588 | 424245 | 10/30/2019 | Real Property | 125,184.00 | 1,125.63 | Trotwood | OH |
| CA, Covina - Sears / Kmart #6233 | 396895 | 03/05/2019 | Real Property | 18,263.00 | 12,500.00 | Covina | CA |
| CA, San Luis Obispo - Sears Warehouse #6858 | 402913 | 04/30/2019 | Real Property | 12,397.00 | 8,250.00 | San Luis Obispo | CA |
| IL, Lansing - Sears #30901 | 517895 | 12/31/2020 | Real Property | 96,268.00 | 9,000.00 | Lansing | IL |
| TN, Clarksville - Sears / Kmart | 396886 | 02/28/2019 | Real Property | 19,171.00 | 12,500.00 | Clarksville | TN |
| VA, Glen Allen -Sears #1065 | 451869 | 01/23/2020 | Real Property | 132,638.00 | 12,500.00 | Glen Allen | VA |
| VA, Richmond - 1400 N Parham Road #7505 | 399911 | 04/30/2019 | Real Property | 17,000.00 | 10,500.00 | Richmond | VA |
| Streetsboro & Elyria - Sears | 396243 | 02/22/2019 | Real Property | 333,710.00 | 18,250.00 | Elyria | OH |
| Sears - Memphis, TN - Dispo | 419037 | 12/23/2019 | Real Property | 1,474,183.00 | 460,000.00 | Memphis | TN |
| Sears - Riverside, CA - Assignment of Leases | 418462 | 06/11/2019 | Lease Assignment | 17,000.00 | 6,325.00 | Riverside | CA |
| PR, Mayaguez | 561652 | 12/30/2021 | Real Property | 12.43 | 3,000.00 | Mayagüez | PR |
| CA, Coalinga Sears #4721 (land) | 399543 | 05/13/2019 | Real Property | 0.89 | 600.00 | Coalinga | CA |
| OH, Columbus (Westland Mall)- Sears #1150 | 401421 | 04/19/2019 | Real Property | 207,417.00 | 15,750.00 | Columbus | OH |
| | | | | | **633,300.63** | | |