**Hearing Date and Time: January 19, 2023 at 2:00 p.m. (Eastern Time)**
**Objection Date and Time: January 12, 2023 at 4:00 p.m. (Eastern Time)**

**FRANKGECKER LLP**
1327 West Washington Blvd. Suite 5G-H
Chicago, IL 60607
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
Joseph D. Frank
Jeremy C. Kleinman
jfrank@fgllp.comp
jkleinman@fgllp.com

*Attorneys for Jones Lang LaSalle Americas, Inc. and*
*JLL Valuation & Advisory Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                         :
                                                              :     **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                     :
                                                              :     **Case No. 18-23538 (SHL)**
                                                              :
Debtors.[1]                                                   :     **(Jointly Administered)**
------------------------------------------------------------x

## NOTICE OF HEARING ON
## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES ON JANUARY 19, 2023 AT 2:00 P.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**Hearing Date and Time: January 19, 2023 at 2:00 p.m. (Eastern Time)**
**Objection Date and Time: January 12, 2023 at 4:00 p.m. (Eastern Time)**

**PLEASE TAKE NOTICE** that the hearing is to be held before the Honorable Sean H. Lane, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), on **January 19, 2023 at 2:00 p.m. (Eastern Time)**. The following application for final allowance of compensation for services provided, and reimbursement of expenses incurred (the "**Fee Application**") shall be considered:

|   | Applicant | ECF No. | First and Final Period |
|---|-----------|---------|------------------------|
| 1 | Jones Lang LaSalle Americas, Inc. and JLL Valuation & Advisory Services LLC | 10753 | November 5, 2018 – December 31, 2021 |

**PLEASE TAKE FURTHER NOTICE** that the Fee Application has been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by contacting the respective applicant or by accessing the Court's website (http://www.nysb.uscourts.gov) or, without a fee, the website established by the Debtors' Court approved claims agent, Prime Clerk, LLC, in connection with these chapter 11 cases (https://restructuring.primeclerk.com/sears).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Fee Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Amended Order Implementing Certain Notice and Case Management Procedures*, dated November 1, 2018 (ECF No. 405), so as to be so filed and received no later than **January 12, 2023 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objection to a Fee Application is received by the Objection Deadline, such Fee Application shall be deemed unopposed, and the Bankruptcy Court may enter an order granting such Application without a hearing.

Dated: December 13, 2022

/s/ *Joseph D. Frank*
FRANKGECKER LLP
1327 West Washington Blvd. Suite 5G-H
Chicago, IL 60607
Telephone: (312)276-1400
Facsimile: (312) 276-0035
Joseph D. Frank
Jeremy C. Kleinman
jfrank@fgllp.com
jkleinman@fgllp.com

{JLL/001/00063833.DOCX/}

# CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, hereby certify that I caused a true and correct copy of the *First and Final Application of Jones Lang La Salle Americas, Inc. and JLL Valuation & Advisory Services, LLC For Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Debtors' Real Estate Advisors from November 5, 2018 through December 31, 2021* to be served on December 13, 2022 by operation of the Court's CM/ECF system and/or by U.S. Mail to the parties listed below.

/s/ *Jeremy C. Kleinman*

Weil Gotshal & Manges LLP
ATTN:  Ray C. Schrock, Garrett A. Fail, Jacqueline Marcus, Sunny Singh
767 Fifth Avenue
New York, NY 10153
rayschrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

Akin Gump Straus Hauer & Feld LLP
ATTN:  Ira S. Dizengoff, Philip C. Dublin Abid Qureshi, Sara L. Brauner
One Bryant Park
New York, NY 10036
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

M3 Advisory Partners, LP
Liquidating Trustee
ATTN:  Mohsin Y. Meghji
1700 Broadway, 19th Floor
New York, NY  10019
mmeghji@m3-partners.com

United States Trustee
ATTN:  Paul Schwartzberg, Richard Morrissey
201 Varick Street, Suite 1006
New York, NY  10014
paul.schwartzberg@usdo00j.gov
richard.morrissey@usdoj.gov

Ballard Spahr LLP
ATTN: Tobey M. Daluz, Laurel D. Roglen
Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspar.com
roglen@ballardspar.com
mcclambc@ballardspar.com

Shepard Mullin
ATTN: Paul Harner
30 Rockefeller Plaza
New York, NY 10012
pharner@sheppardmullin.com