UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (SHL)<br>(Jointly Administered)<br><br>Re: Docket Index 10697 |

### ORDER GRANTING FOURTH AND FINAL INTERIM REPORT OF ASK LLP AS COUNSEL TO THE LITIGATION DESIGNEES FOR THE PERIOD OF NOVEMBER 1, 2021 THROUGH OCTOBER 31, 2022

ASK LLP, counsel to the Litigation Designees, which designees were identified pursuant to the Confirmation Order for Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), having filed its Fourth and Final Interim Report for the Period of November 1, 2021 through October 31, 2022 (the "Fourth and Final Interim Report");[2] and the Court having reviewed the Fourth and Final Interim Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Fourth and Final Interim Report, and any hearing on the Fourth and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Third Interim Report.

Final Interim Report, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth and Final Interim Report;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Fourth and Final Interim Report is GRANTED.

2. ASK LLP is awarded approval for compensation in the amount of $7,965.00 for professional services rendered on a contingency fee basis and $18.80 for costs and expenses for a total of $7,903.80 for the Fourth and Final Interim Report Period of November 1, 2021 through October 31 2022.

3. Such sums are authorized for payment less any amounts previously paid to ASK LLP.

Dated: December 19, 2022  
New York, New York

*/s/ Sean H. Lane*  
THE HONORABLE SEAN H. LANE  
UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (SHL)                                                              Schedule A
Case Name: In re Sears Holdings Corporation, *et al.*

**CURRENT FEE PERIOD**

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | 11/1/2022 Docket No. 10697 | 11/1/2021 through 10/31/2022 | $7,965.00 | $7,965.00 | $7,965.00 | $18.74 | $18.74 | $18.74 |

Dated: 12-19-2022                        INITIALS: SHL USBJ

Case No.: 18-23538 (SHL)  Schedule B
Case Name: In re Sears Holdings Corporation, *et al*.

**QUARTERLY REPORT TOTALS**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | $226,251.70 | $169,223.36 | $36,582.70 | $11,121.26 |

Dated: 12-19-2022  INITIALS: SHL USBJ

2