UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           : Case No. 18-23538 (SHL)
                                                :
Debtors.[1]                                     : (Jointly Administered)
                                                :
---------------------------------------------------------------x

### ORDER GRANTING STOUT RISIUS ROSS, LLC'S APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *Final Fee Application of Stout Risius Ross, LLC Real Estate Consultant and Advisor For the Debtors For the Period From November 21, 2018 Through and Including June 30, 2019* [Docket No. 10667] (the "Application") for entry of an order, pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for final allowance of compensation in the amount of $192,695.50 for professional services performed and reimbursement of actual and necessary expenses incurred in the amount of $6,960.60 by Stout Risius Ross, LLC ("Stout") on behalf of the Debtors and Debtors in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 1700 Broadway, 19th Floor, New York, New York 10019.

Possession, Acting at the Direction of the Restructuring Sub-Committee, during the period from November 21, 2018 through and including June 30, 2019 (the "Fee Period"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the deadline for filing objections to the relief requested therein having been provided; and due consideration given that responses or objections have not been made; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted on a final basis under 11 U.S.C. §§ 328 and 330 as set forth in **Schedule A** and **Schedule B** attached hereto.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: December 20, 2022
White Plains, New York

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

Case No. 18-23538 (SHL)
In re Sears Holdings Corporation, *et al.*

**Final Fee Application**

| (1) Applicant | (2) Application Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order[2] | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order[3] |
|---|---|---|---|---|---|---|---|---|
| Stout Risius Ross, LLC | October 11, 2022<br><br>ECF No. 10667 | 11/21/18–06/30/19 | $192,695.50 | $192,695.50 | $192,695.50 | $6,960.60 | $6,960.60 | $6,960.60 |

Date Order Signed: 12/20/2022
Initials:
SHL USBJ

---

[2] Subject to amounts previously paid by the Debtors.
[3] *Id.*

**Schedule B**

Case No. 18-23538 (SHL)
In re Sears Holdings Corporation, *et al.*

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| Stout Risius Ross, LLC | $192,695.50 | $192,695.50 | $6,960.60 | $6,960.60 |

Date Order Signed: 12/20/2022
Initials: SHL USBJ