UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (SHL)<br>(Jointly Administered)<br><br>Re: Docket Index 10144 |

## ORDER GRANTING THIRD INTERIM REPORT OF ASK LLP AS COUNSEL TO THE LITIGATION DESIGNEES FOR THE PERIOD OF JULY 1, 2021 THROUGH OCTOBER 31, 2021

ASK LLP, counsel to the Litigation Designees, which designees were identified pursuant to the Confirmation Order for Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), having filed its Third Interim Report for the Period of July 1, 2021 through October 31, 2021 (the "Third Interim Report");[2] and the Court having reviewed the Third Interim Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Third Interim Report, and any hearing on the Third Interim Report, was adequate under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Third Interim Report.

circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Report;

                NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Third Interim Report is GRANTED.

2.     ASK LLP is awarded approval for compensation in the amount of $3,592.50 for professional services rendered on a contingency fee basis and $5,502.80 for costs and expenses for a total of $9,095.30 for the Third Interim Report Period of July, 2021 through October 31 2021.

3.     Such sums are authorized for payment less any amounts previously paid to ASK LLP.

Dated: January 12, 2023
New York, New York

                                      */s/ Sean H. Lane*
                                      THE HONORABLE SEAN H. LANE
                                      UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (SHL)            **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al.*

**CURRENT FEE PERIOD**

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | 12/10/2021 Docket No. 10144 | 7/1/2021 through 10/31/2021 | $3.592.50 | $3,592.50 | $3,592.50 | $5,502.80 | $5,502.80 | $5,502.80 |

**DATE ON WHICH ORDER WAS SIGNED: <u>1-12-2023</u>**          INITIALS: <u>**SHL**</u> USBJ

Case No.: 18-23538 (SHL)  **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

**QUARTERLY REPORT TOTALS**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| ASK LLP, counsel to the Litigation Designees | $218,286.70 | $169,223.36 | $36,563.96 | $11,121.26 |

**DATE ON WHICH ORDER WAS SIGNED: 1-12-2023**                    **INITIALS: SHL USBJ**

2