WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                   :
                                                            :    **Case No. 18-23538 (SHL)**
                                                            :
                        Debtors.[1]                         :    **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
TO BE CONDUCTED THROUGH ZOOM ON JANUARY 18, 2023 AT 11:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601-4140

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is c/o M-III Partners, LP, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted through Zoom. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must contact the Court at (914) 467-7250 to register for attendance at the Hearing. Pro se parties may participate in the hearing free of charge using Zoom.**

I.     **FEE MATTERS:**

1.  First and Final Application of Jones Lang Lasalle Americas, Inc. and JLL Valuation & Advisory Services, LLC for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Debtors' Real Estate Advisors from November 5, 2018 through December 31, 2021 **[ECF No. 10753]**

    Response Deadline:    January 11, 2023 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None.

    Related Document:

        A.    Notice of Hearing **[ECF No. 10760]**

    Status:  This matter is going forward on an uncontested basis.

2.  Second Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys for the Debtors, for the Period from August 1, 2022 through and including October 29, 2022 **[ECF No. 10755]**

    Response Deadline:    January 11, 2023 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None.

    Related Documents:

        A.    Notice of Adjournment **[ECF No. 10760]**

    Status:  This matter is going forward on an uncontested basis.

3.  Final Application of Herrick, Feinstein LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of July 1, 2022 through August 31, 2022 **[ECF No. 10756]**

    Response Deadline:    January 11, 2023 at 4:00 p.m. (Eastern Time)

        Responses Filed:     None.

        Related Documents:

           A.    Notice of Adjournment **[ECF No. 10760]**

        Status:  This matter is going forward on an uncontested basis.

4.    Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of July 1, 2022 through and including October 31, 2022 **[ECF No. 10757]**

        Response Deadline:   January 11, 2023 at 4:00 p.m. (Eastern Time)

        Responses Filed:     None.

        Related Documents:

           A.    Notice of Adjournment **[ECF No. 10760]**

        Status:  This matter is going forward on an uncontested basis.

5.    Final Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. for Final Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 29, 2022 **[ECF No. 10758]**

        Response Deadline:   January 11, 2023 at 4:00 p.m. (Eastern Time)

        Responses Filed:     None.

        Related Documents:

           A.    Notice of Adjournment **[ECF No. 10760]**

        Status:  This matter is going forward on an uncontested basis.

**II.**    **ADJOURNED MATTERS:**

6.    Kmart Holding Corporation, *et al*. v. Bond Manufacturing Co., Inc. **[Adversary Proceeding No. 20-06591]**

        **Motion to Strike Defendants Answer**

        Response Deadline:  January 11, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Related Documents:

A. Adversary Complaint **[ECF No. 1]**

B. Summons **[ECF No. 2]**

C. Bond Manufacturing Co Inc.'s Response **[ECF No. 4]**

D. Motion to Strike Defendant's Answer **[ECF No. 6]**

E. Notice of Adjournment **[ECF No. 7]**

Status:   This matter has been adjourned to February 22, 2023 at 2:00 p.m. (Prevailing Eastern Time).

7. Motion of Movant, Nationwide General Insurance Company, for Relief from Automatic Stay of Proceedings **[ECF No. 10759]**

Responses Filed:   None.

Related Documents:   None.

Status:   This matter is has been adjourned to a date to be determined.

Dated:  January 17, 2023
        New York, New York

                              /s/  Garrett A. Fail
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007
                              Ray C. Schrock, P.C.
                              Garrett A. Fail
                              Sunny Singh

                              *Attorneys for the Liquidating Trustee*