

January 17, 2023

United States Bankruptcy Court
Southern District of New York
Honorable Sean H. Lane
300 Quarropas Street
White Plains, New York 10601

Re: **Case Name: Sears Holdings Corporation**
**Case Number: 18-23538-shl**
**Document Number: 10777**
Our Client: Sonia G. Vargas
Date of Accident: February 23, 2015
Our File Number: P15431-15

Dear Judge Lane:

Relative to the above referenced matter, please be advised that the claimant Sonia Vargas motion to lift the automatic stay returnable on February 22, 2023, is hereby withdrawn.

Thank you for attention to this matter.

Very truly yours,

*Kenneth E. Mangano*

Kenneth E. Mangano, Esq.

kcr

825 Veterans Highway, Hauppauge, NY 11788  O 631.581.9494  F 631.883.9494
321 Broadway, Suite 400, New York, NY 10007  O 212.244.7676  F 212.244.9393

ferrokuba.com