Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 18-23538-shl

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SEARS HOLDINGS CORPORATION,

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                   United States Bankruptcy Court

13                   300 Quarropas Street, Room 248

14                   White Plains, NY 10601

15

16                   January 18, 2023

17                   11:02 AM

18

19

20

21   B E F O R E :

22   HON SEAN H. LANE

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  ART

1    HEARING re Omnibus Hearing

2

3    HEARING re Doc. #10753 Final Application For Final

4    Professional Compensation For Jones Lang LaSalle Americas,

5    Inc. And JLL Valuation And Advisory Services, LLC, Other

6    Professionals

7

8    HEARING re Doc. #10755 Second Application For Final

9    Professional Compensation Of Paul, Weiss, Rifkind, Wharton &

10   Garrison LLP, Attorneys For The Debtors

11

12   HEARING re Doc. #10756 Final Application For Final

13   Professional Compensation Of Herrick, Feinstein LLP As

14   Special Conflicts Counsel To The Official Committee of

15   Unsecured Creditors

16

17   HEARING re Doc. #10757 Final Application For Final

18   Professional Compensation Of Akin Gump Strauss Hauer & Feld

19   LLP As Counsel to the Official Committee of Unsecured

20   Creditors

21

22   HEARING re Doc. #10758 Final Application For Final

23   Professional Compensation Of FTI Consulting, Inc., Financial

24   Advisor To The Official Committee of Unsecured Creditors

25

1    HEARING re Doc. #10760 Notice Of Hearing On Final

2    Applications For Allowance Of Compensation And Reimbursement

3    Of Expenses

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 4

1    A P P E A R A N C E S :

2

3    AKIN GUMP STRAUSS HAUER & FELD LLP

4         Attorneys for Official Committee of Unsecured Creditors

5         One Bryant Park

6         New York, NY 10036

7

8    BY:  SARA BRAUNER

9

10   WEIL, GOTSHAL & MANGES LLP

11        Attorneys for the Debtor

12        767 Fifth Avenue

13        New York, NY 10153

14

15   BY:  PHIL DIDONATO

16

17   PAUL, WEISS, RIFKIND, WHARTON GARRISON

18        Attorneys for the Restructuring Subcommittee

19        1285 Ave of the Americas

20        New York, NY 10022

21

22   BY:  ROBERT BRITTON

23

24

25

Page 5

1   FRANKGECKER LLP

2        Attorneys for Jones Lang LaSalle Americas and JLL

3        Valuation and Advisory Services

4        1327 W. Washington, Suite 5g-H

5        Chicago, IL 60607

6

7   BY:   JEREMY C. KLEINMAN

8

9   HERRICK, FEINSTEIN LLP

10        Official Committee of Unsecured Creditors

11        2 Park Avenue

12        New York, NY 10016

13

14   BY:   CHRISTOPHER CARTY

15

16   ALSO PRESENT:

17

18   MATTHEW DIAZ, FTI CONSULTING

19

20

21

22

23

24

25

```
                                                          Page 6

1                    P R O C E E D I N G S

2              THE COURT:  Good morning.  This is Judge Sean Lane

3    in the United States Bankruptcy Court for the Southern

4    District of New York, here for an 11:00 hearing in Sears

5    Holding Corporation.  And let me get appearances from the

6    parties.  On behalf of the Debtors?

7              MR. DIDONATO:  Good morning, Your Honor.  For the

8    record, Phil DiDonato, Weil Gotshal & Manges.

9              THE COURT:  All right.  Good morning.

10             On behalf of the Committee?

11             MS. BRAUNER:  Good morning, Your Honor.  Sara

12   Brauner, Akin Gump Strauss Hauer & Feld, on behalf of both

13   the Committee and the litigation designees.  With me is my

14   partner, Dean Chapman.  And I believe some other

15   UCC/designee professionals are on if they want to make their

16   appearances.

17             THE COURT:  All right.  Good morning.

18             On behalf of the liquidating trustee?  All right.

19             MR. DIDONATO:  It's me again, Your Honor.  Phil

20   DiDonato, Weil Gotshal.

21             THE COURT:  All right.

22             MR. DIDONATO:  Should have made that clear the

23   first time.

24             THE COURT:  No worries.  No worries.  Let me get

25   any other appearances that need to be made.
```

Page 7

1          MR. BRITTON:  Good afternoon, Your Honor.  Bob

2     Britton, Paul Weiss, on behalf of the restructuring

3     subcommittee of the board of the Debtors.

4          THE COURT:  All right.  Good morning.

5          MR. KLEINMAN:  Good morning, Your Honor.  Jeremy

6     Kleinman on behalf of Jones Lang LaSalle Americas Inc. and

7     JLL Valuation and Advisory Services.

8          THE COURT:  All right.  Good morning.

9          MR. CARTY:  Good morning, Your Honor.  Christopher

10    Carty of Herrick Feinstein on behalf of the Official

11    Committee of Unsecured Creditors (indiscernible).

12          THE COURT:  All right.  Your audio is not the

13    greatest, let's put it that way.  But I think we'll cross

14    that bridge if we have to in the hearing.

15          Any other appearances?  All right.

16          So thank you for being here this morning.  I know

17    there was a question asked of chambers whether we need to

18    have the hearing.  I saw the certificate of no objection

19    last night.  It's a very reasonable question.  My general

20    view is that in a case of this size and importance -- well,

21    all cases are important, but I guess of public interest --

22    my view is to have a hearing on fees, even if it's a fairly

23    prompt hearing, just because I think it's a matter of optics

24    and transparency to the public that that's an important

25    value that we have.

Page 8

```
1              And so as is often the case what happens though is

2       that the opportunity availed to the public and anybody else

3       who wants to be heard, sometimes no one wants to be heard

4       and the hearing proceeds fairly quickly.  But that's the

5       thinking behind it, but my expectation is the hearing this

6       morning will be fairly prompt.

7              And with that, I know we're only on for a fee

8       application as everything else has been adjourned.  So let

9       me turn it over to the liquidating trustee/Debtors.

10             MR. DIDONATO:  Sure, Your Honor.  And I am happy

11      to just walk through the agenda in the order.  We filed the

12      agenda yesterday at Docket 10779.  The first fee application

13      that's up to be heard today is for Jones Lang LaSalle.

14             THE COURT:  All right.  Good morning.  And if you

15      want to group them according to sort of who they work for,

16      or however you think is appropriate to group them, I am open

17      to whatever suggestion you have on that front.

18             MR. DIDONATO:  And I'm sorry, Your Honor, I think

19      we're going to leave it to the professionals.  And I think

20      we have representation from JLL on to address any questions

21      you have on the applications.  So I would defer to them.

22             THE COURT:  All right.

23             MR. KLEINMAN:  Good morning once again, Your

24      Honor.  Jeremy Kleinman from the law firm of FrankGecker LLP

25      on behalf of the JLL entities.
```

Page 9

1        Your Honor, we've heard no informal objection or

2    comment regarding the application and no formal objections

3    have been filed.  Happy to answer any questions that the

4    Court might have.  JLL served as a real estate advisor to

5    the Debtors and also provided real estate valuation and

6    appraisal services in connection with the Debtor's

7    exploration of the disposition of its 500-plus stores.

8        THE COURT:  All right.  Thank you very much.  I

9    guess my only question really isn't necessarily so much as

10   to you, but perhaps it's the liquidating trustee or perhaps

11   somebody else who wants to address it.  I know that there's

12   some history here in the sense of the winding up of the case

13   and some things that Judge Drain presided over this summer

14   in terms of the amount of money available in the estate to

15   pay attorney's fees.  And as somebody fairly new to the

16   case, it would be helpful maybe to get the two-minute

17   summary of that just for my own edification in terms of

18   understanding the posture of the case vis-á-vis today's fee

19   applications.  I don't know if anybody feels like jumping

20   into that particular void.

21       MR. DIDONATO:  Your Honor, I wish I had M3, the

22   liquidating trustee representative on today, who I'm sure

23   could answer that question.  I did connect with them

24   yesterday just in advance of this hearing, and I understand

25   from their perspective the amounts that are requested today

Page 10

1    are within what's been reserved for the professionals in the

2    cases.  I would hesitate to get into more detail than that,

3    frankly.

4                 THE COURT:  All right, that's fine.  I wasn't

5    trying to put anybody unfairly on the spot.  It was just

6    really for context for today.  So I don't know if anybody

7    else has anything else they want to add.  If not, we'll go

8    back to the application that was just presented.  All right.

9    All right.

10               And let me ask if anybody wishes to be heard on

11   the Jones Lang LaSalle application, which I believe is on at

12   Docket 10753.  All right.

13               Hearing no response, I'm happy to grant that

14   application in full given the history of the case and the

15   documentation that was submitted in connection with the

16   final application.  Thank you very much.

17               MR. KLEINMAN:  Thank you, Your Honor.  And to put

18   any concerns the Court has at ease regarding the impact on

19   the remaining funds in the estate.  The amount to be paid

20   that remains unpaid is the modest amount of $3,788.54.

21               THE COURT:  All right.  Thank you very much for

22   that.  I appreciate it.  All right.

23               Next up?

24               MR. DIDONATO:  Next on the agenda is the final fee

25   application of Paul Weiss.  And I believe that they are also

Page 11

1    represented today, so I will leave it to them.

2              MR. BRITTON:  Good morning, Your Honor.  Bob

3    Britton, Paul Weiss.

4              Your Honor, our final fee application is on file

5    at Docket Number 10755 seeking payment of fees in the amount

6    of $60,539.50 and expenses in the amount of $312.91.

7              Prior to your taking over the matter and Judge

8    Drain's retirement, all of our fees incurred in the case up

9    to August or so were approved on a final basis.  These fees

10   cover essentially the approval and settlement of the --

11   approval of the global settlement in the cases.

12             In connection with that final fee application that

13   Judge Drain had approved, we had entered into a settlement

14   with the fee examiner in the case pursuant to which we

15   agreed to write off just under $245,000 of total fees for

16   the case.  I can confirm for you that this final fee

17   application is net of the remaining balance of that write

18   off.

19             THE COURT:  All right.

20             MR. BRITTON:  And so we are seeking the balance

21   after the implementation of that settlement.

22             THE COURT:  All right.  Thank you very much.

23             Any party wish to be heard in connection with the

24   second application for final professional compensation of

25   the Paul Weiss firm?  All right.

Page 12

1          Thank you for the background, Mr. Britton.  I

2    think that my earlier question was somewhat an inartful

3    attempt to elicit that background.  So I appreciate that.

4    Thank you very much.

5          I'm happy to approve the second application for

6    final professional compensation in this case given all the

7    facts and circumstances of the case and after review of the

8    appliable documentation and my review of the history of the

9    case based on the docket.  So that second application is

10   approved.

11         Next up?

12         MR. BRITTON:  Thank you, Your Honor.

13         MR. DIDONATO:  Next on the agenda, Your Honor, is

14   the final application of Herrick Feinstein as special

15   conflicts counsel to the UCC.

16         MR. CARTY:  Your Honor, Christopher Carty of

17   Herrick Feinstein.  Can you hear me better this time?

18         THE COURT:  Yeah, I can hear you just fine now.

19         MR. CARTY:  Okay, great.  The background for this

20   final fee application is at Docket 10756.  It's similar to

21   what Mr. Britton described.  In connection with our prior

22   final fee application, which was for fees through June 2022,

23   we participated in global settlement with the fee examiner

24   for Herrick, agreed to write down about $200,000 of its

25   fees.  This final application is for the months of July and

Page 13

1    August 2022.  And while we seek approval of $79,211.20 in

2    fees and expenses, pursuant to that settlement, we will not

3    be collecting those funds from the estate.  They be part of

4    the (indiscernible).

5              THE COURT:  All right.  Thank you very much.

6              Any party wish to be heard in connection with this

7    application of Herrick Feinstein?  All right.

8              For similar reasons as enunciated, I am happy to

9    approve this final application for professional compensation

10   as the Herrick Feinstein firm as special counsel in light of

11   the work done on the global settlement after the time period

12   in question.  Thank you very much.

13             And next up?

14             MR. DIDONATO:  Sure.  Next on the agenda, Your

15   Honor, is the final fee application of Akin Gump as counsel

16   to the UCC.

17             MS. BRAUNER:  Good morning, Your Honor.  Again,

18   Sara Brauner, Akin Gump, on behalf of both the UCC and the

19   litigation designees.

20             As Mr. Carty and Mr. Britton articulated, there

21   were discussions with the fee examiner among all of the

22   estate professionals, and Akin Gump agreed to reduce its

23   overall fees by $1 million.  That million was spread across

24   a number of applications beginning in I believe June of

25   2020.  The ratable portion of reductions that applied for

Page 14

1    the periods July and August of 2022 are of course reflected

2    in this application.  So while we seek approval for all of

3    the amounts sought, it is reflective of that reduction.  And

4    therefore, the amount paid will not include the two ratable

5    months of reductions contemplated by this fee period.

6             Again, if the Court has any questions, happy to

7    answer them.  I would just note in final form that this

8    request covers both the fees incurred on behalf of the

9    litigation designees, which is a majority of the fees

10   sought, as well as a small amount sought on behalf of the

11   Committee.  And that breakdown is set forth in our

12   application as well.

13            THE COURT:  Yes, all right.  Thank you very much.

14   Anybody wish to be heard on this application for

15   professional compensation of the Akin Gump firm?  All right.

16            Once again, hearing no response, I am happy to

17   approve this final application given all the facts and

18   circumstances of the case here, which include the resolution

19   of fee issues with the fee examiner.  Thank you very much.

20            And next up, of perhaps last up, is FTI.  I'm not

21   sure if there's someone separate here for FTI or if somebody

22   from the official committee is going to handle that.

23            MS. BRAUNER:  I believe Mr. Diaz can speak on

24   behalf of FTI.

25            THE COURT:  All right.  Thank you.

Page 15

1          MR. DIAZ:  Hi, good morning.  This is Matt Diaz

2    from FTI.  Like some of the other professionals, our fee

3    application is for the period -- you know, the final fee

4    application is for the sub-period after Judge Drain's

5    previous order.  Our period was from July 1st, 2022 through

6    October 29th, 2022.  The total amount was $14,437

7    (indiscernible), the bulk of that related to work we've done

8    for the Committee as well as work we did for litigation

9    designees.  And we have received no formal or informal

10   objections in connection with this application.  If Your

11   Honor has any questions, I would be happy to answer them.

12          THE COURT:  All right.  Thank you very much.

13          Anybody wish to be heard on this application of

14   FTI Consulting, Inc.?  All right.

15          Hearing no response, I am happy to approve the

16   final application for this sub-period for the reasons set

17   forth in the application and based on all the facts and

18   circumstances of the case.  Thank you very much.

19          MR. DIAZ:  Thank you very much.

20          THE COURT:  And with that, is there anything else

21   left on the agenda for this morning?

22          MR. DIDONATO:  That concludes the agenda, Your

23   Honor.

24          THE COURT:  All right.  Thank you very much.  Let

25   me ask if there's any need for any other dates or if all

Page 16

1    those dates I guess would be in the context of adversary

2    proceedings.

3              MR. DIDONATO:  I think that's right, Your Honor.

4    We will coordinate with chambers.  I think we are looking to

5    schedule perhaps a February date for some adversary

6    proceedings.

7              THE COURT:  All right.  Reach out to Ms. Ebanks.

8    If you have any particular dates in mind now, I'm happy to

9    address them.  But I'm also perfectly happy to have you

10   think about it and then reach out to Ms. Ebanks.  Thank you

11   very much.

12             MR. DIDONATO:  Thank you, Your Honor.

13             THE COURT:  Have a good day.

14             (Whereupon these proceedings were concluded at

15   11:18 AM)

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5

6     *Sonya M. Ledanski Hyde*

7

8     Sonya Ledanski Hyde

9     -

10

11

12

13

14

15

16

17

18

19

20     Veritext Legal Solutions

21     330 Old Country Road

22     Suite 300

23     Mineola, NY 11501

24

25     Date:  January 19, 2023