Form 210A (10/06)

# United States Bankruptcy Court
# Southern District Of New York

In re:     Kmart Corporation,
Jointly administered under Case No. 18-23538.

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Fair Harbor Capital, LLC** | **Igoseating Limited** |
| As assignee of Igoseating Limited | |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 4457
Amount of Claim: $39,292.50
Date Claim Filed:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Phone: ___212 967 4035_____         Phone:
Last Four Digits of Acct #: ____n/a_____         Last Four Digits of Acct. #: ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____   Date:____January 25, 2023_____
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Southern District Of New York

In re:      Kmart Corporation,
Jointly administered under Case No. 18-23538.

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. 4457(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 25, 2023.

Name of Transferee:                                    Name of Alleged Transferor:
  **Fair Harbor Capital, LLC**                            **Igoseating Limited**
  **As assignee of Igoseating Limited**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                          Clerk of the Court

## Notice of Transfer and Waiver of Notice

Igoseating Limited ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Administrative Opt Out Claim (as defined in the Agreement) including cure rights, against **Kmart Corporation** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$39,292.50**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Southern District of New York, Case No 18-23538, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, Igoseating Limited (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below.

**Igoseating Limited ("Seller")**
Suite 1616, 16/F Star House 3 Salisbury Road , Tsim Sha Tsui
Kowloon, Hong Kong

Print Name: CHI PO LAW    Title: MANAGING DIRECTOR
Signature: [signed]    Date: Jan 23, 2023
Phone: (852) 92622188    Fax: _____
Email: cp@igoseating.com    (Clearly Please)

**Fair Harbor Capital, LLC ("Purchaser")**
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: [signed]
Fred Glass, Member Fair Harbor Capital, LLC