**United States Bankruptcy Court**
**Southern District of New York**

---------------------------------------------------X
In re:
    Kmart Corporation
    Debtor(s)

Chapter 11
Case No 18-23538, et al.
Amount $39,292.50

---------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Igoseating Limited**, a creditor in the cases of the above-captioned debtors ("Debtors"), direct the Debtors, debtor in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its claim _____ ( as listed on the Debtor's schedules or on proof of claim filed in the cases), and hereby requests that service of any pleading, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Igoseating Limited hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claim(s) or any distribution or payment thereon shall be accepted by the Debtors or an Debtor Party without the express written consent of Fair Harbor Capital, LLC.

**Former Address:**

Igoseating Limited
Suite 1616, 16/F Star House 3 Salisbury
Road, Tsim Sha Tsui
Kowloon, Hong Kong

**New Address:**

Igoseating Limited
c/o Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

I declare that the foregoing is true and correct:

Igoseating Limited

By: _____ [signature]

Print: CHI PO LAW

Date: Jan 23, 2023