Ajay Gupta, Esq. (#242132)
Chris S. Evans, Esq. (#293785)
GUPTA EVANS AND AYRES, PC
1620 5th Avenue, Suite 650
San Diego, CA 92101
(619) 866-3444
(619) 330-2055 Facsimile
e-mail: ag@SoCal.law

Attorney for Defendant Chatmeter Inc.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SEARS HOLDING CORPORATION, et al. [1]. | **Case No.: 18-23538-shl** |
| Debtors. | **Chapter 7** |
| | **Hon. Sean H. Lane** |
| | **ORDER GRANTING MOTION OF WITHDRAWAL OF AJAY GUPTA AS ATTORNEY OF RECORD** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**ORDER GRANTING MOTION OF WITHDRAWAL OF AJAY GUPTA AS ATTORNEY OF RECORD**

Upon consideration of the Motion (the "Motion") of Ajay Gupta ("Counsel") to withdraw his appearance of behalf of Chatmeter Inc. ("Chatmeter") in the above-referenced bankruptcy cases; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S. C. §§ 157; and no additional notice or hearing being required under the circumstances; and good and sufficient cause appearing, it is hereby

ORDERED, THAT Ajay Gupta is removed pursuant to Local Bankruptcy Rule 2090-1 as counsel of record for Chatmeter, Inc. in the above-captioned cases and shall be removed from any applicable notice and service lists.

Dated: February 7, 2023           */s/ Sean H. Lane*
       White Plains, New York     UNITED STATES BANKRUPTCY JUDGE

2

**ORDER GRANTING MOTION OF WITHDRAWAL OF AJAY GUPTA AS ATTORNEY OF RECORD**