1  Beau Brady LeBaron
   Self-Represented
2  217 E Acacia St Apt A
   Brea CA 92821
3  714-476/0192
   Beau@bluesoulpub.com
4

WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue New York, New York 10153

Telephone: (212) 310-8000

Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jared R. Friedman
Dominic Litz

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE::

SEARS HOLDINGS CORPORATION, ET AL.,:

DEBTORS.1

Case No. 18-23538 (RRD)

REQUEST FOR USBK 362 AND PROTECTIONS CLAIMED IN CALIF LABOR BOARD CASE TO AVOID PROSECUTION WILLFUL AND NEGLIGENT MISREPRESENTATION

TO THE HONORALE JUDGE Sean H. Lane,

Your Honor my name is Beaub Brady Lebaron I am a self-represented individual who up to mid-August had held my own I-n this court with Claims that the Industrial Relation Division seemed to feel were supposed to be part of this Case 18-23538

I have run out of hope… That I will ever get paid. That is wages that have not been paid and I am no fully with the understanding that in California the Directors at the Industrial Relations division who received word from the entity Buyer the Sears Holdings Corp Case 18-23538 . Transform Sr Home Improvement Products LLC is somehow protected by an order in the is case 18-23537 .

I am so tired of the what I am being put through as I am and have been through this entire process been treated as if I did not perform … yet I am here and my claims are sitting in the 23 omnibus and the only issue is The debtor objection . That would be objection to Being late to file a claim before the Bar date 4-19-19.

I have a request and a statement that I hope you may consider with regards to the Bar date

I was not aware that I would be paid as no pay from either the Debtor or the entity Buyer had been correct . To compound this I was required by Both Debtor and Buyer to Attend to the appointments and one call close interior projects and I did do this . I was injured and no employer paid sick pay. I was harassed by Managers who were aware of a licensing issue that may or may not stem from the first failed bid.

I submit to you and request the court consider my excusable neglect for filing before 4-19-19 Bar Date

The following is my pay and I did perform and generate just as I was asked by those responsible in the office were I worked

I need a the court to understand that I am not being given my right to submit my response requested by Judge Drain and that is in part due to the fact that I am Blocked from Chambers ..

The Last three years the entity buyer has been allowed in California to commit fraud and escape prosecution in two of three Cases filed against just the Entity Buyers division known as Transform Sr Home Improvement Products LLC. Created months after the Debtor begins this case. 18-23538.

I am not sure at this moment if I even have the patience after what I have been through since Transform Managers accused me of altering documents way back in July 12 2019. About a week later they just abused their Position as managers and mislead and willfully gave fraudulent statements to Labor Investigators 1-21-20 to this moment .

I would gladly give you the names but I'm not out to harm their families like they did mine.

Their response included statements that I forge legal documents

That I threatened Fellow employees and if seem the my piers should contact 911

They stated that I was harming clients who never complained and my license in California is valid yet.

I was just a criminal according to their statement.

I am deeply hurt by the all the fraudulent statements and worse My Mom passed away with the fraud that David, Richard, Edgar and Kevin From the Los Angles South Transform Sr Home Improvement Product LLC provided to investigators in my case for retaliation and wage theft

And IF any would like to see how the New Entity Buyer behaves in the Cases that now are Dismissed or Negligently decided That I did do these seriously criminal acts while I was caring for my Mom weekly . Selling clients who I thought respected me for being so honest while the Transform broke the Law in California and if they to challenge me I hope they do

I will prevail as they did commit fraud, lied to state investigators, willfully negate my wages after I am separated from the company.

The Litigation and Management had me apologizing to my mom the last hours she was alive . And I will not forget how they laughed about it sending me messages that I say are just a part of the preponderance of evidence that I tried to submit to Labor officials in California who to today date Have protected their positions instead of upholding the law. I am aware the debtor and their Counsel as I told them how transform used the Chap 11 us bk code 362 in the response that transform legally provided to California Labor Board Directors who then just refuse to do their sworn duty to preside impartially over hearings where after the response comes 1-21-20 for the 1st time and I did state it is not correct. Then it come in a way I can re type as its already in my claim 245733 page 1 of summary of Beau LeBaron who broke records in sales for the debtor and never was called close to what Transform calls me . A common Criminal and willfully they mislead knowing full well they are committing fraud by stating I threaten . was unprofessional and the worst was I alter legal documents added a 5 and scratched out a date

That may not seem much to Judge who I'm certain has seen a lot of things . But to me it is devastating and impossible to explain as I was called the epitome of professionalism or I was a asset and also 1 of 4 meeting and

exceeding my requirements as per Kevin S my AGM who two to three weeks later text me while I was selling a client yet another project that I resigned and I was no longer employed

Then the group zero out my wages and I have not been paid and this is all covered in the assumption agreement in the docket in case 18-23538 o docket number 2456 and chapter 9.7 employment offer .
As well there is sentence that states the Debtor and Buy will resolve issue like mine that regarding wages and warn act violations and perhaps violations or misuse of the US BK CODE 362 BY THE ENTITY BUYER IN A CALIFORIA UNRELATED TO THE THIS BK BUT RELATED BECAUSE THEY DO NOT FOLLLOW THE LAW IN CALIFORNIA

I WOULD LIKE TO POINT THERE IS A CLASS ACTION SETTLEMENT IN CALIFORNIA SUPERIPOR COURT IN SACREMENTO HAGE VS TRANSFORM / SEARS AND I HOLD TWO EXCLUSION LETTERS THAT ALLOW ME TO RETAIN MY RIGHT TO PURSUE THE DEBTOR AND ENTITY BUYER WHO DID USE THIS COURT AND US BK CODE 362 SITING CASE 18-23537.

I AM ASKING THAT IF THERE IS ANY DAMAGES THAT I MAY FILE IN THIS VENUE WITH REGARDS TO THE USE OF THE US BK CHAP 11 362 I RESPECTFULLY REQUEST THAT I BE PROVIDED THE DOCUMENT NECESSARY.  AS THE ACT DOES CLOSE MY CASE IN CALIFORNIA AND I CAN AND WILL PROVIDE THAT PROOF AS WHY DID THE DIRECTORS SEND ME HERE. THE BUYER AKA TRANSFORM CLAIMS PROTECTIONS

PLEASE TAKE NOTICE THAT I WILL NEVER BE ABLE TO CHANGE THE LAST MOMENTS OF MY TIME WITH MY MOM JULY 15 2022 AND THE FACT THE BUYER TRANSFORM AND THE RESPONSE THAT THEY WILLFULY PROVIDE WHERE FRAUD IS USED TO AVOID PROSECUTION IN A CALIFORNIA CASE HAS LEFT ME DAMAGED INJURED AND UNEMPLOYED AS HOW DO I TELL FUTURE EMPLOYERS THAT I COMMITT A CRIME WHERE I HOLD THE EVIDENCE

DO NOT ALLOW THIS AS I BELEVE JURSITICTION IS IN YOUR COURT AS THE BUYER USES YOUR COURT ORDERED USD BK CODE 362 IN SUCH A NEGLIGENT MISREPRESENTATION

I REQUEST THE COURT GIVE TRANSFROM WHAT THEY DESERVE

THEY SHOULD NOT GET AWAY WITH NOT PAYING AN EMPLOYEE WHO DID PERFORM AND WAS PURCHASED AND SOLD TO BY THE DEBTOR WITH 361.0000 IN PROJECTS AND I AM PAID $1400 DOLLARS

PLEASE TELL ME YOU WILL REMOVE THE BLOCK FROM CHAMBERS
PLEASE DO SEND ME PROOF FROM THE COURT TO ME SO I MAY PROVIDE THE CALIFORNIA LABOR BOARD THE TRUTH THAT TRANSFORM COMMITTS FRAUD BY WILLFULLY STATED THEY ARE THE DEBTOR IN CASE 18-23537 PAGE OF MY PAGE CLAIM   24733  FILED APRIL 13-2020

FILED BY
BEAU BRADY LEBARON
THIS 9 TH DAY OF FEBRUARY 2022     _____
                                                                  SELF REPRESENTED