# EXHIBIT F

# RÍOS GAUTIER & CESTERO, C.S.P.
*Attorneys at Law*

Carlos R. Ríos Gautier  
María Cristina Mullan Dávila

Herman Cestero Rodríguez  
Counsel

December 15, 2022

Lexington UK, a division of AIG Europe Limited.  
c/o Courtney E. Murphy, Esq.  
Clausen & Miller, 28 Liberty St.,  
39 Floor, NY, NY 1005, and  
Hinshaw & Culbertson LLC  
800 Third Avenue, 13th Floor  
New York, NY 10022

Messrs. Mendes & Mount  
750 Seventh Avenue  
New York NY 10019-6829

Insured and/or Loss Payee: **Santa Rosa Mall, LLC**  
**CCM Puerto Rico, Commercial Centers Management Realty S. en C.,**  
 **and 3 Pals Caribe, LLC**  
Location of property insured: **Santa Rosa Mall, Bayamon, Puerto Rico**  
Policy No. is **PTNAM1701557**  
Effective date: **June 1st 2017 to June 1, 2018**  
Date of Loss: **On or around September 20, 2017**

Gentleperson:

On December 8, 2022, the undersigned, as attorneys on behalf of Santa Rosa Mall, LLC and the additional insureds or loss payees mentioned above (collectively "SRM"), filed a "Notice Prior to Initiating Civil Action" with the Office of the Commissioner of Insurance of Puerto Rico, pursuant to and in compliance with Law No. 247 adopted on November 17, 2018, Article 27.164 of the Puerto Rico Insurance Code ("PRIC"), 26 LPRA § 2716d.

Enclosed please find an Amended Notice we filed today with the Office of the Insurance Commissioner confirming that the insurance claimant is Santa Rosa Mall LLC (SRM) and informing as well that CCM is the property management company that manages the business of SRM. We realize that this may extend the 60 days period.

Thanking you for your cooperation and waiting to hear from you soon, I remain

Sincerely yours,

Carlos R. Ríos Gautier

Encl.

27 González Giusti, Ste 300 • Guaynabo, Puerto Rico 00968-3076  
Phone (787) 753-7750 • Fax (787) 759-6768

## RÍOS GAUTIER & CESTERO, C.S.P.
*Attorneys at Law*

Carlos R. Ríos Gautier  
María Cristina Mullan Dávila

Herman Cestero Rodríguez  
Counsel

BY-HAND

December 15, 2022

Office of the Insurance Commissioner  
World Plaza 268  
268 Ave. Muñoz Rivera  
San Juan, P.R.

Re: Name of Loss Payee or Insured Claimant: Santa Rosa Mall, LLC

Gentlemen:

On December 8, 2022, the undersigned, as attorneys on behalf of Santa Rosa Mall LLC and the additional insureds or loss payees mentioned above ("collectively "SRM") filed a "Notice Prior to Initiating Civil Action".

Enclosed please find an Amended Notice confirming that the insurance claimant is Santa Rosa Mall LLC and informing as well that CCM is the property management company that manages the business of SRM.

Sincerely yours,

Carlos R. Ríos Gautier

Encl.

27 González Giusti, Ste 300 • Guaynabo, Puerto Rico 00968-3076  
Phone (787) 753-7750 • Fax (787) 759-6768

AMENDED NOTICE
RE: NOTICE PRIOR TO INITIATING CIVIL ACTION
(Article 27.164, Puerto Rico Insurance Code)

To: Office of the Insurance Commissioner of Puerto Rico
Messrs. Mendes & Mount
Courtney E. Murphy, Hinshaw & Culbertson LLC
Clausen Miller P.C., Courtney E. Murphy

From: Santa Rosa Mall
Commercial Centers Management

Date: December 14, 2022

Please be advised that on December 8, 2022, Commercial Centers Management (CCM) served upon you a "Notice Prior to Initiating Civil Action (Article 27.164, Puerto Rico Insurance Code) (the "Notice"). The Notice identifies Santa Rosa Mall as a claimant throughout and is signed by CCM. Footnote 1 of Exhibit E of the Notice specified that CCM is an affiliate of and Santa Rosa Mall's property management company.

This Amended Notice is being served to clarify and specify that the Notice was filed and served by CCM on its own as well as on behalf of Santa Rosa Mall. Through this Amended Notice, in an overabundance of caution, Santa Rosa Mall is being added as an individual and signatory claimant to the original Notice.

All terms, information, allegations, claims and content of the original Notice and its Exhibits remain unaltered and in full force and effect as if literally transcribed herein.

SANTA ROSA MALL and
COMMERCIAL CENTERS MANAGEMENT on
behalf of CCM and as property management
company of Santa Rosa Mall
1498 Ave. F.D. Roosevelt
Guaynabo, P.R. 00968
Tel. (787) 622-9600

By: _____
JORGE FOURNIER