**Exhibit 2**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Robert L. Janega, Individually and as Administrator of the Estate of John R. Janega, deceased, and Pamela Janega, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., a foreign corporation; SEARS, ROEBUCK AND CO., a corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign corporation; TRANSFORM HOLDCO LLC, a Delaware corporation; and TRANSFORM SR BRANDS LLC, a foreign corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. __2021 L 6219__ <br> ) <br> ) Motion Call __C__ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CASE MANAGEMENT ORDER – CATEGORY 2 CASES

- The intent of this order is for the parties to complete all discovery and for the court to rule on all dispositive motions within **36 months** following the filing of the complaint.
- This order **does not alter** the application of Illinois Supreme Court Rule 218 – **the 60-day rule.**

| | Months after Complaint filed | Date |
|---|---|---|
| Service of process achieved, responsive pleadings filed, treaters' list with names and addresses sent, audit trail (if any) produced, HIPPA order entered, Rule 213(f)(1), (f)(2), (f)(3) & Rule 214 written discovery issued no later than | 6 | October 28, 2022 |
| Rule 213(f)(1), (f)(2), & Rule 214 written discovery completed no later than | 10 | December 16, 2022 |
| Rule 213(f)(2) subpoenas issued no later than | 11 | April 14, 2023 |
| Rule 213(f)(1) depositions completed no later than | 16 | July 14, 2023 |
| Rule 213(f)(2) depositions completed no later than | 17 | October 14, 2023 |

Order: Page One of Two:

Est of Janega vs. Electrolux, 2021 L 6219
Order: Page Two of Two:

| | | |
|---|---|---|
| Dispositive motions filed and Rule 215 & 216 discovery completed no later than | 18 | November 17, 2023 |
| Rule 213(f)(3) disclosures completed no later than | 20 | January 12, 2024 |
| Rule 213(f)(3) depositions completed no later than | 34 | April 19, 2024 |
| Case management for trial certification at ___9:30___ a.m. | 36 | June 17, 2024 |

4619

**ENTERED:**

_____
**Circuit Court Judge** Associate Judge
Melissa A. Durkin

OCT 12 2022

Circuit Court - 2110

Mark V. Ferrante
LAW OFFICES OF MARK V. FERRANTE
221 North La Salle Street Suite 1500
Chicago, Illinois 60601
312-578-0303
Facsimile: 312-578-9707
Email: MVF@FerranteLaw.com

Attorney No: 15175