**Exhibit 4**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ROBERT L. JANEGA, Individually, and as )
Administrator of the Estate of John R. Janega, )
Deceased, and Pamela Janega, )
 )
        Plaintiffs, )
 )
v. )
 ) Case No. 21 L 006219
 )
ELECTROLUX HOME PRODUCTS, INC., a )
foreign corporation; SEARS, ROEBUCK AND )
CO., a corporation; SEARS HOLDINGS )
MANAGEMENT CORPORATION, a foreign )
corporation; TRANSFORM SR BRANDS LLC, )
a foreign corporation, )
 )
        Defendants. )

## ORDER

This matter coming to be heard on Defendant Transform SR Brands LLC's Motion to Dismiss with the Court being fully advised, IT IS HEREBY ORDERED:

1) The Court finds that discovery is necessary on the successor liability issue;
2) The Court enters and continues Defendant Transform SR Brands LLC's Motion to Dismiss pending discovery.

_____
Associate Judge Melissa A. Durkin
Judge Melissa Durkin

NOV 14 2022
Circuit Court-2110

Prepared by:
Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
PH: (312) 422-6100
lsun@ohaganmeyer.com