# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 3/16/2023 |
| Case: 18−23538−shl | Form ID: pdf001 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty        Garrett A. Fail         garrett.fail@weil.com
aty        Jared R. Friedmann      jared.friedmann@weil.com
aty        Sunny Singh             sunny.singh@weil.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7705917    BEAU BRADY LEBARON      217 E Acacia St    Apt A    Brea, CA 92821

TOTAL: 1