LAW OFFICES OF
# BRIAN RAYHILL
*EMPLOYEES OF NATIONWIDE® MUTUAL INSURANCE COMPANY*
*NOT A LEGAL PARTNERSHIP OR PROFESSIONAL CORPORATION*

| | | |
|---|---|---|
| BRIAN RAYHILL<br>*MANAGING TRIAL ATTORNEY*<br>VIRGINIA E. MCDONALD<br>*MANAGING TRIAL ATTORNEY*<br>DAVID H. WAHAB<br>*MANAGING TRIAL ATTORNEY* | 990 STEWART AVENUE, SUITE 400<br>GARDEN CITY, NY 11530<br>TELEPHONE: 516-493-4500<br>FACSIMILE: 866-909-6658 | MICHAEL A. BUFFA<br>ANGELO CAPALBO<br>ERIC L. COOPER<br>ANDREW J. FRANK<br>JAMES R. PIERET<br>RICHARD WARD |

March 7, 2023

U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 147
White Plains, NY 10601-4140

<u>Attention</u>:   Motion clerk

Re:   In re: Sears Holding Corporation et al.
Case No. 18-23538 (RDD);
Nationwide General Insurance Company a/s/o Norman and Debra Dawkins v. Sears Home Improvement Products, Inc. et- al,
Case No. GD-17-009962 (Allegheny County, PA)

To Whom It May Concern:

On December 15, 2022, this office filed a Motion for Relief from Stay to permit Nationwide to proceed against Defendant Sears Home Improvement Products, Inc., et al. in this matter. This office now requests the withdrawal of our Motion. Please advise if you need anything further to confirm the withdrawal.

Thank you.

Very truly yours,

Angelo Capalbo

cc:   The Honorable Sean H. Lane