**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                             Case No.: _____

                                                                                                         Chapter ___

                                Debtor

---------------------------------------------------------------x

                                                          Adversary Proceeding No.: _____

                                Plaintiff

                 v.

                                Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

      I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced   case   adversary proceeding.

      *I certify that I am a member in good standing* of the bar in the Commonwealth of Puerto Rico (**Exhibits I** and **II**) and, if applicable, the bar of the U.S. District Court for the District of Puerto Rico (USDC-PR No. 126912).

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, Puerto Rico                       _____

                                                               *Mailing Address*:

                                                               _____

                                                               _____

                                                               _____

                                                               *E-mail address*: _____

                                                               *Telephone number*: (____)_____