# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Sears Holdings Corporation, *et al.*,<br><br>          Debtor. | Case No.: 7:18-bk-23538-SHL<br><br>Chapter 11 |
| AIG Europe, S.A. et al.,<br><br>          Plaintiff(s).<br><br>v.<br><br>Sears Holdings Corporation, *et als.*<br><br>          Defendant(s). | Adv. Proc. No. 7:23-ap-07004-SHL<br><br>**AFFIDAVIT PURSUANT TO LOCAL RULE 1.3(c)** |

I, Orlando Fernández, being first duly sworn upon oath, hereby state and allege as follows:

1. I am an attorney and principal partner of ORLANDO FERNANDEZ LAW OFFICES, P.S.C., with its office at 27 Calle González Giusti Ste. 300, Guaynabo, Puerto Rico 00968-3076.

2. This Declaration is being submitted in connection with the Motion for Admission to Practice, *Pro Hac Vice* on behalf of Santa Rosa Mall, LLC ("Movant"), a creditor in the captioned case.

3. I certify that (a) I have not ever been convicted of a felony; (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; (c) there are not any disciplinary proceedings presently against me; and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c).

18-23538-shl    Doc 10805-1    Filed 03/08/23    Entered 03/08/23 07:38:16    Exhibit
Affidavit    Pg 3 of 3

Affidavit of Orlando Fernández in Support of Motion for Admission to Practice, *Pro Hac Vice*
AIG Europe S.A., et al., v. Sears Holdings Corporation, et als., Adv. Proc. No. 7:23-ap-07004-SHL
Page **2** of **2**

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 7, 2023.

_____
Orlando Fernández, Esq.

Affidavit No. -1985-

Sworn and subscribed before me, by Orlando Fernández, single, attorney and resident of San Juan, Puerto Rico, whom I personally know in Guaynabo, Puerto Rico, on this 7 day of March, 2023.



_____
NOTARY PUBLIC
My commission does not expire.