# EXHIBIT II

# Commonwealth of Puerto Rico
## Supreme Court
### San Juan, Puerto Rico

# Certificate of Good Standing

This is to certify that on the 6th day of November, 1979

## Orlando Fernández-Carmona

was duly licensed and admitted by this Supreme Court to practice as an Attorney at Law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that, as of this date, **Orlando Fernández-Carmona Esq.** is in Good Standing on the Roll of Attorneys of this Court. On January 8th 1981, **Fernández-Carmona Esq.** was also admitted to practice the notarial profession in Puerto Rico.

**In Witness Whereof**, I issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 6th day of March, 2023.

*Dianiris Burgos Díaz*
Assistant Clerk, Supreme Court of Puerto Rico



4U30016935973 6/3/23