**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                        Case No.: _____

                                                                                   Chapter ___

                                  Debtor

---------------------------------------------------------------x

                                                                             Adversary Proceeding No.: _____

                                  Plaintiff

                          v.

                                  Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

       Upon the motion of _____, to be admitted, *pro hac vice*, to represent _____, (the "Client") a _____ in the above referenced ___ case ___ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Puerto Rico and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

       **ORDERED**, that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ___ case ___ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/ _____

                                                                      UNITED STATES BANKRUPTCY JUDGE