#60938
FILED
7/13/2021 3:19 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L006219

14023048

FILED DATE: 7/13/2021 3:19 PM    2021L006219

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROBERT L. JANEGA, Individually, and as Administrator of the Estate of John R. Janega, Deceased, and Pamela Janega, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>)<br>) Case No. 21 L 006219 |
| ELECTROLUX HOME PRODUCTS, INC., a foreign corporation; SEARS, ROEBUCK AND CO., a corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign corporation; TRANSFORM SR BRANDS LLC, a foreign corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**APPEARANCE AND 12 PERSON JURY DEMAND**

We hereby enter our appearance for Defendants**, Transform SR Brands LLC and Transform Holdco LLC,** in the above-entitled cause, and demand a jury for the trial of said cause.

O'HAGAN MEYER, LLC

By: _[signature]_

_____
One of the Attorneys for Defendants,
Transform SR Brands LLC and Transform
Holdco LLC

Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
lsun@ohaganmeyer.com
312-422-6100
312-422-6110 (Fax)