IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROBERT L. JANEGA, Individually, and as Administrator of the Estate of John R. Janega, Deceased, and Pamela Janega,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a foreign corporation; SEARS, ROEBUCK AND CO., a corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a foreign corporation; TRANSFORM SR BRANDS LLC, a foreign corporation,<br><br>Defendants. | Case No. 21 L 006219 |

## ORDER

This matter coming to be heard on Defendant Transform SR Brands LLC's Motion to Dismiss with the Court being fully advised, IT IS HEREBY ORDERED:

1) The Court finds that discovery is necessary on the successor liability issue;
2) The Court enters and continues Defendant Transform SR Brands LLC's Motion to Dismiss pending discovery.

Associate Judge Melissa A. Durkin
Judge Melissa Durkin

NOV 14 2022
Circuit Court-2110

Prepared by:
Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
PH: (312) 422-6100
lsun@ohaganmeyer.com