UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: Sears Holdings Corporation, et als.,          Case No.: 7:18-bk-23538-SHL

                                                                     Chapter 11

                                         Debtor

----------------------------------------------------------------x

AIG Europe, S.A. et al.,          Adversary Proceeding No.: 7:23-ap-07004-SHL

                                         Plaintiff

                                                v.

Sears Holding Corporation et al.,

                                         Defendant

----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Orlando Fernández-Carmona, to be admitted, ***pro hac vice***, to represent Santa Rosa Mall, LLC, (the "Client") a creditor in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Puerto Rico and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that Orlando Fernández-Carmona, Esq., is admitted to practice, ***pro hac vice***, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 13, 2023

White Plains, New York                  /s/ Sean H. Lane

                                                       UNITED STATES BANKRUPTCY JUDGE